| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Joseph R. Re (SBN 134,479) joe.re@knobbe.com<br>Christy G. Lea (SBN 212,060) christy.lea@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA  92614<br>Phone: (949) 760-0404, Facsimile: (949) 760-9502<br><br>ATTORNEY(S) FOR: Pavemetrics Systems, Inc. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>                                        Plaintiff(s),<br>                v.<br>TETRA TECH, INC.<br><br>                                        Defendant(s) | CASE NUMBER:<br>2:21-cv-1289<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Pavemetrics Systems, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Pavemetrics Systems, Inc. | Plaintiff |
| Tetra Tech, Inc. | Defendant |

02/11/2021                                         /s/ Christy G. Lea
Date                                                    Signature

Attorney of record for (or name of party appearing in pro per):

Pavemetrics Systems, Inc.