**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> PLAINTIFF(S) <br> v. <br><br> TETRA TECH, INC., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 21-1289 MWF (Ex) <br><br> ☐ NOTICE   ☒ NOTICE AND ORDER REGARDING TRANSFER AND/OR REASSIGNMENT OF PATENT CASE |

IT IS HEREBY ORDERED, pursuant to General Order 19-10, that:

☒ this case be transferred to the Patent Pilot Program and reassigned as necessary to participating judges.

☐ all discovery matters that are or may be referred to a magistrate judge be reassigned to a Program Magistrate Judge.

February 16, 2021
Date

_(signed) Michael W. Fitzgerald_
United States District Judge / Magistrate Judge

---

**NOTICE TO COUNSEL FROM CLERK**

As ordered above, or as directed by General Order 19-10 without need of further order, this case has been reassigned as follows:

☒ from Judge   Michael W. Fitzgerald
  to Judge   John W. Holcomb  , for all further proceedings.

☒ from Magistrate Judge   Charles F. Eick
  to Magistrate Judge   Maria A. Audero  , for any discovery matters that are or may be referred to a magistrate judge.

On all documents subsequently filed in this case, please substitute the initials   JWH (MAAx)   after the case number, so that the case number will now read :

2:21-cv-01289-JWH (MAAx)

This is very important because documents are routed to the assigned judges by means of these initials.

cc:  ☒ *Previous Judge(s)*

CV-128 (11/19)     NOTICE/ORDER REGARDING TRANSFER AND/OR REASSIGNMENT OF PATENT CASE