## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Pavemetrics Systems, Inc.,

CASE NUMBER

2:21-cv-01289-JWH-MAAx

PLAINTIFF(S)/PETITIONER(S)

v.

Tetra Tech, Inc.,

**ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03**

DEFENDANT(S)/RESPONDENTS(S)

The undersigned Judge, to whom the above-entitled case was assigned, is of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)* :

From 2002-2018, the undersigned district judge was a partner in the law firm representing the plaintiff.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:
- [x] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

February 17, 2021

Date

John W. Holcomb

United States District Judge/~~Magistrate Judge~~

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____Mark C. Scarsi_____ for all further proceedings.

- [ ] Pursuant to General Order 19-10, all discovery matters that are or may be referred to a magistrate judge are hereby reassigned from Magistrate Judge_____to Program Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials ___MCS(MAAx)___ after the case number in place of the initials of the prior judge so that the case number will read 2:21-cv-01289-MCS(MAAx) . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  [x] *Previous Judge*   [x] *Statistics Clerk*