# EXHIBIT G





## Project Overview

- **Mission** – Evaluate the potential for 3D Laser Triangulation and Deep Neural Network (DNN) technologies to provide value-added inspection data to existing geometry car inspection systems

- **Timeline:** May 2019 → October 2020 (live)

- **Objectives:**
  - Improve railway network safety through improved reliability and robustness of track inspections
  - Provide value-added inspection data to existing geometry car inspection systems in two different scenarios:
    - A. No prior knowledge inspections
    - B. Repeat inspections (change detection)

**Project Partners:**





**Industry Partners:**











**Exhibit G**
**207**

# *Railmetrics*                   Project Approach



**Field Work**

**DNN Training Data Preparation**

**DNN Training**

**Testing and Evaluating the Trained DNN**

**Change Detection**

- TTCI High Tonnage Loop
- 6 Weeks of FAST operations
- Walking ground-truth surveys
- LR*AIL* scanning

- RailTEC manual image review to build a database
- Feature identification
- Condition of interest identification

- Input of training set
- DNN feature and condition identification
- Review and correction of DNN analysis
- Retraining of DNN

- A set of "Novel" images are presented
- DNN processes the images detects features and conditions
- DNN performance analysis

- DNN processes two separate runs
- Run-to-run alignment
- Change detection algorithm detects differences between runs


U.S. Department of Transportation
**Federal Railroad Administration**


**RAILTEC**
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN


*Pavemetrics*

**Exhibit G**
**208**

# *Railmetrics* — Convolution Neural Network

- We use a kind of DNN, a Convolution Neural Network (CNN or ConvNet)

- CNNs are a special kind of multi-layer neural network that is designed to recognize visual patterns directly from pixel images with minimal preprocessing

- Normally computers "see" images as just another array of numbers

- CNNs help computers to analyze images in a way that is similar to how a human would analyze them

- You train a CNN by presenting it numerous different images of the features that you want it to be able to recognize



What We See                    What Computers See

https://adeshpande3.github.io/A-Beginner%27s-Guide-To-Understanding-Convolutional-Neural-Networks/


U.S. Department of Transportation
Federal Railroad Administration




*Pavemetrics*



# Field Work

Vision Systems for the Automated
Inspection of Transportation Infrastructure

# Railmetrics     3D Scanning Dataset

- 7 weeks of repeat scans; Sept 10 to Oct 23
- 22 complete runs around HTL
- Full loops, forwards and backwards
- Diverging trips through turnouts
- Each pass through the HTL results in approximately 2,000 3D scan files
- Each 3D scan file covers a 2m x 3.4m surface area
- Each 3D scan file contains both an intensity dataset and a range dataset







U.S. Department of Transportation
Federal Railroad Administration



RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN



Pavemetrics

**Exhibit G**
**211**

**Railmetrics**

# Ground Truth Walking Inspections

- Spreadsheet list of features prepared prior to arrival
- Tablet used to record manual inspection data in the field
- 15 features of interest
- Subcategories for features: missing spike, center crack, broken clip, etc.
- 7,500 ties inspected; categorized by type, section, number, material









# **Railmetrics**

# Ground Truth Summary



Feature Occurrence

- ■ Concrete
- ■ Wood/Composite

| Category | Value |
|---|---|
| Rail Surface Issue | 544 / 57 |
| Spike Missing/Broken | 265 |
| Center Crack | 191 |
| Raised Spike | 121 / 64 |
| Shoulder Ballast | 39 |
| Anchor Damage/Missing | 93 |
| Tie Split/Cracked | 82 |
| Crib Ballast | 33 / 28 |
| Clip Missing/Broken | 13 / 25 |
| Insulator Missing/Broken | 20 |
| Rail Pad Missing/Skewed | 10 |
| Other Tie Damage | 10 |
| Shoulder Broken | 7 |
| Cut Tie | 6 |
| Longitudinal Crack | 3 |







U.S. Department of Transportation
**Federal Railroad Administration**

**RAILTEC**
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

*Pavemetrics*


**Exhibit G**
**213**

# **Railmetrics** Intensity and Range Image Data Collection (LR*A*/L)



Sensor Mounting

~2m

DMI



Operator's Station





- Sensor Controller
- Data Storage PC
- Data Processing PC
- Power Invertor
- UPS

- 1 point every mm transversely and longitudinally
- 0.1mm vertical resolution
- 3.4m scan width (as tested)
- 2D Images + 3D scan
- IMUs for motion correction



U.S. Department of Transportation
Federal Railroad Administration



RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN



Pavemetrics

# **Railmetrics**

# Fully Self-contained LR*AI*L Test Trailer










# Railmetrics

## Real-time Data Collection Interface











Exhibit G
216



# Railway Scanning









**Exhibit G**
**217**













3D Range Image





**Exhibit G**
**219**



# Combined Result









**Exhibit G**
**220**

# **Railmetrics** Algorithm to Correct for Vehicle Motion (uncorrected example)













# *Railmetrics* — Algorithm to Correct for Vehicle Motion (corrected example)









**Exhibit G**
**222**



# A Word on LR*AI*L Repeatability (based on prior project work with Amtrak)

- 9 mile test loop on Amtrak lines between south leg of Wye Landlith (DE) and the Hook Interlocking (PA)
- Repeat runs in same and opposite directions used to establish noise floor and repeatability of measurements related to:
    - Ballast height measurements
    - Ballast fouling measurements
    - Tie skew and condition measurements
    - Fastener inventory
    - Joint bar bolting
    - Joint gap measurement
    - Rail surface defect detection
- Average overall repeatability between runs for all measurements, collected in all directions was 99.28%
- Multiple measurements at 100% repeatability including fasteners, joint bar bolting and tie rating







Exhibit G
223



# DNN Training

Vision Systems for the Automated Inspection of Transportation Infrastructure

**Exhibit G**
**224**

# Railmetrics

# A Few Notes about the HTL Environment (Related to Training)

- Best *and* worst case scenario
- Plenty of change in a short period of time...just what we need
- However, from a DNN training perspective, it's challenging
- Training (humans and DNNs) relies on lots of similar examples of each thing/condition
  - Unfortunately, the HTL is pretty heterogenous and constantly changes along its length
  - Plus...numerous tie types
  - Plus...numerous clip types
  - Plus...numerous clip install plates
  - Plus...numerous spike patterns
  - Plus...strange hardware along the track that algorithms must ignore
- The upshot? The HTL is harder to train on than regular track



Large Variety of Clips and Installations









# DNN Training

- 3D scans are first automatically analyzed, then the user performs a manual review to correct errors and to add additional data; this creates a DNN training feedback loop

- Manual review is "point an click" and is performed in Railmetrics inspection software

- User can select from a list of pre-programmed features and conditions in order to maximize data quality

- Manual marking of images creates XML records that are tied to each image containing feature location, dimensions, type, etc.

- XML used as an input to train DNN, algorithms are updated, training cycle repeats until no further improvements are possible













# DNN Training

- **Full cycle through the training data set is called an epoch; millions of epochs performed**
- **Training for feature identification**
  - Multiple kinds of spikes
  - Multiple kinds of clips
  - Multiple kinds of tie plates
  - Etc.
- **Training for condition state identification**
  - Defective tie plate (missing spike, twisted)
  - Defective clip (loose, damaged)
  - Defective spike (raised, broken)
  - Change in spiking pattern
  - Etc.













Exhibit G
228

# Railmetrics

## Preliminary Results – Plates and Spikes









# **Railmetrics**

# Preliminary Results – Plates, Chair Screws and e-Clips









# *Railmetrics*

# Preliminary Results – Plates, Chair Screws and e-Clips











# Preliminary Results – e-Clips









# Railmetrics

## Preliminary Results – Fastclip




U.S. Department of Transportation
Federal Railroad Administration







# Preliminary Results – Fastclip









**Exhibit G**
**234**



# Preliminary Results









**Exhibit G**
**235**



# Preliminary Results









**Exhibit G**
**236**











**Exhibit G**
**237**



# Preliminary Results









**Exhibit G**
**238**











**Exhibit G**
**239**



# Change Detection

Vision Systems for the Automated Inspection of Transportation Infrastructure

 **Change Detection Process**

1. Same length of track is inspected two times; can be collected in same or opposite directions

2. Each run is analysed by the DNN plus human-devised algorithms to create features of interest for change detection

3. 2 runs are then automatically aligned (or "collocated")

4. Differences between the two runs (changes) are reported

  



# Run-to-Run Alignment

- Inspection vehicle never starts nor stops at the exact same location

- Therefore, must determine which points in RUN A match which points in RUN B

- Matching is fully automatic

- GPS is used to "get close"

- Then exact match made through 3D analysis of features in each run











  









**Continuous Rail**                    **Joint and Bar Added**

  

**Exhibit G**
**245**

# Ballast Level Change (Sept 10 vs. Oct 23, 2019)





| Left Rail Ballast Change | Gauge Ballast Change | Right Rail Ballast Change |
|---|---|---|
| -23.82 | 8.44 | 0.33 |







Exhibit G
246

# Railmetrics

# Fastener Change
# (Sept 10 vs. Oct 23, 2019)









**Exhibit G**
**247**

# Railmetrics

## Rail Surface Defect Change (Increase, Sept 10 vs. Oct 23, 2019)




1,708 square mm…(17 sq cm, 2.65 sq inches)…about the size of 3 quarters


U.S. Department of Transportation
Federal Railroad Administration


RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Pavemetrics

# **Railmetrics**

# Rail Surface Defect Change (Decrease, Sept 10 vs. Oct 23, 2019)




1,933 square mm…(19 sq cm, 3 sq inches)…about the size of 4 quarters


U.S. Department of Transportation
**Federal Railroad Administration**


**RAILTEC**
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN


*Pavemetrics*

 Acknowledgements

- **Research Sponsor:** 

- Subcontractor: 

- Industry Partners:  

- Field Testing Support: 

  



# Project Team Contact Information







**J. Riley Edwards, Ph.D., P.E.**
*Research Sci. and Sr. Lecturer*
jedward2@Illinois.edu

**John Laurent**
*CTO and VP Sales & Marketing*
jlaurent@pavemetrics.com

**Marcus S. Dersch, P.E.**
*Principal Research Engineer*
mdersch2@Illinois.edu

**Richard Fox-Ivey**
*Principal Consultant*
rfoxivey@pavemetrics.com

**Arthur de O. Lima**
*Research Engineer* aolima@Illinois.edu

**Ryan M. Harrington**
*Graduate Research Assistant*
rhrrngt2@Illinois.edu







**Exhibit G**
**251**