# EXHIBIT I

# Use of Laser Triangulation and Deep Neural Networks (DNNs) for Railway Track Safety Inspections

## Project Introduction and Update

**Ryan M. Harrington**
**Arthur de O. Lima**
**J. Riley Edwards**
**Marcus S. Dersch**

**Industry Partners Meeting**
16 October 2019
Tucson, AZ









Exhibit I
- 254 -

# Outline



► Background and approach
  - Project overview
  - Current inspection characteristics
  - Potential inspection improvements

► Technology and methodology
  - Railmetrics prior experience
  - Deep neural networks
  - Data collection methods

► Progress to date
  - Features of interest
  - Areas inspected
  - Current results
  - Challenges

► Path forward



RailTEC at Illinois | 2

Exhibit I
- 255 -

# Project Overview



► **Mission** – Evaluate the potential for use of Laser Triangulation and Deep Neural Network (DNN) technologies to provide value-added inspection data to existing geometry car inspection systems

► **Objectives:**

- Improve railway network safety through improved reliability and robustness of track inspections

- Provide value-added inspection data to existing geometry car inspection systems in operating conditions that include both:

  - Locations without a priori knowledge (e.g., the first inspection of a given route)

  - A posteriori scenarios (e.g., a repeat inspection of a route)

► **Timeline:** May 2019 → August 2020

**Project Partners:**





**Industry Partners:**





RailTEC at Illinois | 3

**Exhibit I**
**- 256 -**

# Project Approach



► Use Railmetrics sensors to **collect data on the High Tonnage Loop (HTL)** at the Transportation Technology Center (TTC).

- Tonnage accumulated by Facility for Accelerated Service Testing (FAST) train operations.

► Scans will be analyzed by RailTEC @ Illinois researchers in order to identify locations with defects and/or degradation in order to **build a condition database**.

► This database will be used by Railmetrics to subsequently **train a DeepCNet-based neural network** in the automated identification of features of interest.

► **Evaluate performance of the DNN** through the analysis of a separate set of test data and comparison of the DNN's outputs to experts.

- Goal of at least 75% agreement between the DNN and expert raters



RailTEC at Illinois | 4

**Exhibit I**
**- 257 -**

# Current Methods and Proposed Technology



► Current visual inspections (FRA Class 6+)
- Costly
- Time consuming
- Risk associated with personnel on track
- Impact track capacity



► Alternative technologies
- Machine learning (in use in industry)
  - Process large amounts of data
  - Reliant on human recommendations
  - Limited to problems designer can solve

- Deep Neural Network (DNN)
  - Subset of machine learning
  - Develop own analysis method
  - No retraining



RailTEC at Illinois | 5

Exhibit I
- 258 -

# Railmetrics Data Collection





**Successive Scans are Compiled to Form a Continuous Image**



**Road/Runway/Tunnel/Rail Surface**

Content Developed in Part by Railmetrics

# Railmetrics Data Collection







**Successive Scans are Compiled to Form a Continuous Image**



**Road/Runway/Tunnel/Rail Surface**

Content Developed in Part by Railmetrics

Exhibit I
- 260 -

# Railmetrics Data Collection







**Successive Scans are Compiled to Form a Continuous Image**

**Road/Runway/Tunnel/Rail Surface**

Content Developed in Part by Railmetrics

Exhibit I
- 261 -

# Railmetrics Data Collection





**Successive Scans are Compiled to Form a Continuous Image**



**LR*AI*L Sensor**

**Road/Runway/Tunnel/Rail Surface**

Content Developed in Part by Railmetrics

RailTEC at Illinois | 9

**Exhibit I**
**- 262 -**

# Scanning Technology



► Two types of scans combined for analysis
  • Unique to Railmetrics

► Intensity Scan
  • Measure intensity of laser light reflected off surface
  • Produce black and white image

► 3D Scan ("Range")
  • Measure elevation
  • Produce 3D profile



RailTEC at Illinois | 10

**Exhibit I**
**- 263 -**



Exhibit I
- 264 -



3D Scan ("Range")

Content Developed in Part by Railmetrics

Exhibit I
- 265 -



Exhibit I
- 266 -

# Benefits of Two Scans





**This is an "Intensity Image" Can you tell which ties/sleepers are bad just by looking at them?**

Content Developed in Part by Railmetrics

**Exhibit I**
**- 267 -**

# Benefits of Two Scans





**This is a "Range Image"; we can now detect a bad tie that _appeared_ to be OK based on the Intensity Image alone**

Content Developed in Part by Railmetrics

RailTEC at Illinois | 15

Exhibit I
- 268 -

# High-Rail and Trailer



▶ Optical wheel encoder
- Back of trailer
- Rolls on wheel
- Trigger image capture

▶ Data capture
- RailTEC and/or Railmetrics personnel on site at TTC
- Images relayed from trailer to computer in high-rail vehicle
- Uploaded to Railmetrics database for further processing and transfer to RailTEC





Exhibit I
- 269 -

# Project Breakdown Overview



► Phase 1:
- Task 1 – Project initiation
- Task 2 – Definition of safety parameters for analysis
- Task 3 – Sensor installation and field data collection
  - Ground truth inspection
  - High rail inspection



► Phase 2:
- Task 4 –Development of features-of-interest database
- Task 5 – DNN training

► Phase 3:
- Task 6 – DNN testing and evaluation
- Task 7 – Final reporting and results dissemination

RailTEC at Illinois | 17

Exhibit I
- 270 -

# Ground Truth Walking Inspections



► Record of features of interest
- Spreadsheet list of features prepared prior to arrival
- Use tablet to categorize ties by type, section and number
  - Concrete, timber, composite, etc.
- Subcategories for features
  - Missing spike, center crack, broken clip, etc.

| Tie #s | CONCRETE | | | | | | |
|---|---|---|---|---|---|---|---|
| | Cent. Crack | Long. Crack | RSD | Broken Shoulder | Insulator Defect | Missing Dowel | Broken Dowel |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |



RailTEC at Illinois | 18

**Exhibit I**
**- 271 -**

# Summary of Progress to Date



► Ground Truth Inspections
  - Documented fifteen different features of interest
    - Multiple of same defect documented once per tie
  - Approximately 7,500 ties inspected



► Data Collection via High-Rail
  - 5 weeks of data collection
  - Average 3 runs per week

► Challenges
  - Inconsistent judgement
    - Raised spike
  - Major issues repaired before detection
    - Broken tie plates
    - Clusters
  - Intentional variance interferes
    - Different manufacturers for similar tie plates

RailTEC at Illinois | 19

**Exhibit I**
**- 272 -**

# Ground Truth Summary





# Path Forward



► Weekly data capture on HTL
  • During Fall 2019 FAST operations
  • Walking inspections as needed

► Initial processing of data for automatic identification of features (Railmetrics)

► Tag new "features of interest" (RailTEC)

► Train DNN (Railmetrics)

► Evaluate DNN performance (Railmetrics)



RailTEC at Illinois | 21

**Exhibit I**
**- 274 -**

# Acknowledgements



► Research Sponsor:



► Subcontractor:



► Industry Partners:

   

► Field Testing Support:



**Exhibit I**
**- 275 -**

# Project Team Contact Information



**J. Riley Edwards, Ph.D., P.E.**
*Research Sci. and Sr. Lecturer*
jedward2@Illinois.edu

**Marcus S. Dersch, P.E.**
*Principal Research Engineer*
mdersch2@Illinois.edu

**Arthur de O. Lima**
*Research Engineer*
aolima@Illinois.edu

**Ryan M. Harrington**
*Graduate Research Assistant*
rhrrngt2@Illinois.edu

**John Laurent**
*CTO and VP Sales & Marketing*
jlaurent@pavemetrics.com

**Richard Fox-Ivey**
*Principal Consultant*
rfoxivey@pavemetrics.com

**Mario Talbot**
*Scientist*
mtalbot@pavemetrics.com





RailTEC at Illinois | 23

Exhibit I
- 276 -

# Thank you for your attention!



**J. Riley Edwards**
Research Sci. and Sr. Lecturer
jedward2@Illinois.edu

**Ryan M. Harrington**
Graduate Research Assistant
rhrrngt2@Illinois.edu

**University of Illinois at Urbana-Champaign (UIUC)
Rail Transportation and Engineering Center (RailTEC)**



This project is supported by the National University Rail Center (NURail),
a US DOT-OST Tier 1 University Transportation Center

RailTEC at Illinois | 24

**Exhibit I
- 277 -**