# EXHIBIT L

Running head: DEEP LEARNING FOR RAILROAD INSPECTION                                        1

**Deep Learning for Railroad Inspection**

Richard Fox-Ivey, Mario Talbot, John Laurent

Pavemetrics Systems Inc.

**Exhibit L**
**- 309 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                                2

## Table of Contents

Abstract ........................................................................................................................3

1    Introduction ...........................................................................................................4

2    Artificial Intelligence, Machine Learning and Deep Learning ..................................5

    2.1    Artificial Intelligence Background.....................................................................5

    2.2    A Deep Learning Case Study: Identifying Cancer Cells in Lymph Nodes .........7

3    Applying Deep Learning to Railway Inspection ....................................................10

    3.1    Inspection Challenges in the Railway Industry ...............................................10

    3.2    Overview of the Approach...............................................................................11

    3.3    Image Capture Equipment ..............................................................................12

        3.3.1    Motion Compensation ...............................................................................16

    3.4    Algorithm Details...........................................................................................17

    3.5    Training Process.............................................................................................18

    3.6    Algorithm Performance Testing......................................................................19

4    Conclusion............................................................................................................21

References...................................................................................................................22

**Exhibit L**
**- 310 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                          3

## Abstract

Railway networks around the world are an important part of the transportation network and represent billions of dollars of investment. Poorly maintained networks negatively impact asset longevity, schedule performance and pose a serious threat to safety. In order to safeguard against these risks, Railroads typically inspect 100% of their mainline network at least annually and key locations even more frequently. Railroad inspection has traditionally been a manual process with inspectors walking the track or driving slowly in a high-rail vehicle to visually spot problems. This practice is very costly, time consuming, impacts schedule performance (due to the need for track possession), and puts staff at risk. While there have been some recent attempts to modernize the inspection process through the adoption of machine-vision technologies, these technologies are often still reliant on human inspectors manually reviewing images in order to spot defects. Manual review of images suffers from many of the same problems as manual inspections do: it is time consuming, subjective as opposed to being objective, and requires significant amounts of labor. This paper will explore a new approach which makes use of Deep Learning algorithms, specifically a Deep Neural Network, to automatically inspect images and has the potential to overcome these limitations.

*Keywords*:  Artificial Intelligence, Neural Network, Machine Learning, Deep Learning, Deep Neural Networks, Railway, Safety, Inspection, 3D Laser Triangulation

**Exhibit L**
**- 311 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                                4

## 1   Introduction

Railway networks around the world are an important part of the transportation network and represent billions of dollars of investment. Poorly maintained networks negatively impact asset longevity, schedule performance and pose a serious threat to safety. In order to safeguard against these risks, Railroads typically inspect 100% of their mainline network at least annually and key locations even more frequently. Railroad inspection has traditionally been a manual process with inspectors walking the track or driving slowly in a high-rail vehicle to visually spot problems.

This practice is very costly, time consuming, impacts schedule performance (due to the need for track possession), and puts staff at risk. While there have been some recent attempts to modernize the inspection process through the adoption of machine-vision technologies, these technologies are often still reliant on human inspectors manually reviewing images in order to spot defects. Manual review of images suffers from many of the same problems as manual inspections do: it is time consuming, subjective as opposed to being objective, and requires significant amounts of labor.

This paper will explore a new approach that has the potential to overcome these limitations using Deep Learning algorithms, specifically a Deep Neural Network (DNN), to automatically inspect 3D Laser Triangulation images.

3D laser triangulation captures a both a high-resolution image (2D) and a 3D point cloud of the entire track area and can be used at revenue speeds, day or night.

DNN is a type of machine learning wherein the computer develops a solution to a complex problem in a way that is similar to how humans learn (using a neural network). Deep

**Exhibit L**
**- 312 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                          5

Learning is well-suited to image analysis and has even been demonstrated to improve the accuracy of cancer detection by oncologists when used to analyze images of lymph nodes.

This paper includes an overview of the principle of operation of 3D laser triangulation sensors as well as the field of Deep Learning. Sensor scanning frequency, resolution and accuracy are discussed along with data storage requirements and formats. The Deep Learning algorithm training process is also discussed and examples of Deep Learning image classification from both outside the rail industry, as well as inside the industry, are presented.

## 2    Artificial Intelligence, Machine Learning and Deep Learning

### 2.1    Artificial Intelligence Background

John McCarthy (1927-2011), an American computer and cognitive scientist, coined the term Artificial Intelligence (AI) at the Dartmouth Conference in 1956 (John McCarthy (computer scientist), 2018). Since that time significant advances have been made in the field of AI, particularly in the area of Machine Learning (ML), and more recently in the sub discipline of Deep Learning (DL).

Broadly speaking, ML relies on the use of human-developed algorithms to parse data, learn from the data, and then apply that knowledge to make subsequent decisions. One application of ML is the recommendation of new songs to streaming music subscribers based on matches with their historical listening preferences (Ciocca, 2017). However, while ML can be used to crunch large volumes of data in order to make useful recommendations, it relies upon a human designer to spell-out the logic behind those recommendations and, as such, it is ultimately limited to solving problems which the designer already knows how to solve.

DL, a subset of ML, has the potential to outstrip ML due to its ability to develop its own methods of analysis, much in the same way that a human brain does, through the use of Artificial

**Exhibit L**
**- 313 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                         6

Neural Networks (ANN). DL algorithms also have the advantage of not requiring re-training as

new examples or classes are added.

In ANN individual elements in the network are referred to as neurons and they are

arranged in layers (input, hidden layers and the output layer) with connections between neurons

being referred to as synapses (Figure 1 - Neural Network, (Stanford University, 2017)).



*Figure 1 - Neural Network*

The size and complexity of a neural network is typically defined in terms of its number of

hidden layers and its total number of learnable parameters (Stanford University, 2017). Deep

networks are networks which contain multiple hidden layers as opposed to just one or two.

The total number of parameters in an ANN is determined by summing its weights and

biases. Weights are determined by the number of possible permutations of its input, hidden layers

and output layer. Biases are determined by summing the neurons in its hidden layers and the

output layer. As an example, the ANN in Figure 1 contains a total of 9 neurons (not counting the

inputs), 32 weights, 9 biases and 41 learnable parameters.

In 2018 the science behind DL already impacts millions of people on a daily basis as it is

behind both the recommendations that Netflix makes regarding what to watch next (Alex Chen,

2014), and the facial recognition Facebook performs to tag friends in uploaded images (Marr, 4

Mind-Blowing Ways Facebook Uses Artificial Intelligence, 2016).

**Exhibit L**
**- 314 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                    7

The ability of DL to solve problems which the designer does not yet know how to solve is one of its key advantages. An example of this advantage can be found in Google's AlphaGo computer program. The DL algorithms in AlphaGo have enabled it to learn how to play the 2,500+ year old Chinese strategy game *Go* by playing against human opponents. Over time the AlphaGo DL algorithm has been able to improve its playing ability (essentially learn), through repeated matches, to the point where it has been able to beat a number of the world's top players (The story of AlphaGo so far, 2018). This feat would not have been possible using ML only as a ML computer would be limited to consulting a pre-defined list of moves and recommended counter-moves rather than developing its own strategy for matches.

Directly relevant to the topic at hand, is the application of DL in the medical field to solve the problem of cancer cell identification in lymph node images. In 2016 a DL team from the Harvard Medical School's Beth Israel Deaconess Medical Center (BIDMC) and the Michigan Institute of Technology (MIT) was able to reduce the human error rate in cancer diagnosis by an incredible 85 percent and successfully identify cancer 92 percent of the time (Kontzer, 2016).

In theory there is no limit to the application of DL due to its ability to tackle novel problems by developing its own solutions. It is with this in mind that the research team turned to the challenging problem of developing DL strategies for the automated inspection of railway asset condition and safety.

## 2.2    A Deep Learning Case Study: Identifying Cancer Cells in Lymph Nodes

The field of Pathology is responsible for providing accurate and repeatable diagnoses of disease in order to help patients make informed decisions about treatment and management. However the task of disease identification primarily relies upon the qualitative assessment of cells under a microscope. Even for well-trained pathologists this is a time consuming and

**Exhibit L**
**- 315 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                            8

strenuous task due to lack of standardization, diagnostic errors, and the significant cognitive load associated with manually evaluating images (Dayong Wang, 2016).

In 2016 a team from Harvard's Beth Israel Deaconess Medical Center and the Massachusetts Institute of Technology (The Harvard and MIT Team) was successful in placing first for both competition categories at the prestigious Camelyon Grand Challenge. Their project involved the development of a DL algorithm to assist pathologists in the identification of metastatic breast cancer cells.

Their approach involved "millions of training patches to train a deep convolutional neural network to make patch-level predictions to discriminate tumor-patches from normal-patches" (Dayong Wang, 2016).

The algorithm development process involved the use of a dataset of 400 images containing both cancerous and non-cancerous cells (identified by a pathologist). Of the 400 images 270 were used for algorithm training purposes and the remaining 130 were used to test the resulting algorithms. During the training process slide images were  combined with ground truth data in order to create both positive and negative, 256 x 256 pixel, sample images which were used to teach the DL algorithm how to distinguish between cancerous and non-cancerous cells. Following the training process the DL algorithm was tested against the 130 test images in order to determine algorithm performance (Figure 2 - Framework of Cancer Metastases Detection).

**Exhibit L**
**- 316 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                        9



*Figure 2 - Framework of Cancer Metastases Detection*

The performance of four popular deep learning architectures, including GoogLeNet, AlexNet, VGG16 and FaceNet, were evaluated by the team. Of the four architectures tested, the two deeper architectures, GoogLeNet and VGG16, produced the best results (Dayong Wang, 2016).

The team ultimately settled on the use of GoogLeNet, which offers 27 layers and more than 6 million parameters, for its fast performance and stability. While the performance of the DL algorithm at the time of the competition was not yet able to best a human pathologist (it yielded an error rate of 7.5% versus 3.4%) the algorithm *was* able to reduce the pathologist's error rate to just 0.52% when its predictions were combined with the pathologist's (Dayong Wang, 2016).

It is with this success in mind that the research team decided to adopt a similar approach in the development of DL algorithms for the analysis of railway inspection images and the identification of railway maintenance and safety defects.

Exhibit L
- 317 -

DEEP LEARNING FOR RAILROAD INSPECTION                                          10

## 3    Applying Deep Learning to Railway Inspection

### 3.1    Inspection Challenges in the Railway Industry

Railway networks around the world represent billions of dollars of investment. Poorly maintained networks negatively impact asset longevity, schedule performance and pose a serious threat to safety. In order to safeguard against these risks, Railroads typically inspect on hundred (100) percent of their mainline network at least annually, and key locations even more frequently.

However, aside from the use of rail geometry measurement cars, the average railroad inspection is largely a manual process with inspectors walking the track or driving slowly in a high-rail vehicle to visually spot problems. This practice is very costly, time consuming, impacts schedule performance (due to the need for possession), and puts staff at risk.

In contrast, modern image-based approaches to railway inspection seek to create a permanent visual record of railway conditions which can be subsequently analyzed by trained inspectors from the comfort and safety of an office environment. Inspectors are trained to spot potential problems in the railway network visually, including: rail surface damage, damaged crossties (sleepers) and missing fasteners.

However the task is not an easy one as rail networks are typically not homogenous in nature and can contain a wide variety of rail types and weights, fastener types and configurations, crosstie materials and conditions, special track work, and other elements which the inspector must identify and evaluate.

While there are indeed a great many advantages to the use of human expertise for visual inspection, there are also a number of challenges. Key among them is the subjective nature of human inspection in terms of data quality with no two inspectors "seeing" the same railway condition in exactly the same way. Compounding this problem is the repetitive nature of the task

**Exhibit L**
**- 318 -**

which tends to lower inspector performance as their working shift progresses. Lastly there is the impact of both personal and professional pressures on the quality of results from factors such as work deadlines, personal health, etc.

In recent years the industry has responded to this challenge by attempting to develop computer-based image processing techniques to supplement or replace the efforts of human inspectors. Invariably these approaches involve ML techniques which rely upon the designer defining the elements which the computer algorithm should identify. While some successes have been realized using this approach, the complex nature of the railway environment makes it very difficult to program for all instances.

DL has the potential to address the short comings of both human-based inspection and ML-based inspection by leveraging the best qualities of both approaches. Much in the same way that DL has shown potential to assist pathologists with the challenging task of image analysis in the medical field, the authors believe that inspectors in the railway industry can be likewise benefit from the power of DL.

**3.2    Overview of the Approach**

The task of automatic identification of railway assets was selected in order to evaluate the potential for DNN to assist in railway inspection. This was deemed a logical first step as later research into the reporting of missing or damaged components, for example, would require existing features to first be detected and identified.

The first step in the process was to capture intensity and range images using a 3D Laser Triangulation sensor, and to correct them for the effects of vehicle motion. Captured images were then fed into the DNN and 35 x 35 pixel sub images were created to serve as inputs for algorithm training and testing. Sub images were then processed in order to create raw labeled images

**Exhibit L**
**- 319 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                            12

corresponding to four railway asset types; fasteners, ballast, wooden ties and concrete ties.

Adjacent classified sub images with the same classification where then grouped together in order

form regions corresponding to assets. Output from the image grouping process was then used to

identify features present in the full resolution images (Figure 3 - High-Level Approach):



*Figure 3 - High-Level Approach*

## 3.3    Image Capture Equipment

Pavemetrics' Laser Rail Inspection System (LRAIL) was used for image capture. The

LRAIL is a 3D Laser Triangulation sensor which combines pulsed high-power invisible laser line

projectors, custom filters, and synchronized cameras to capture a high-resolution intensity image

and 3D range profile of the railway trackbed. Laser light is used to illuminate railway surfaces

and high-speed cameras are used to capture images of the projected light including its intensity

and 3D shape (Figure 4 - Laser Triangulation Principle of Operation).

**Exhibit L**
**- 320 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                                13



*Figure 4 - Laser Triangulation Principle of Operation*

An optical encoder is used to trigger image capture and images are sent to a frame grabber to be digitized and then processed by the CPU. Image compression is performed on-the-fly using lossless algorithms to minimize data storage without compromising the usefulness of the data.

The LRAIL captures both Intensity and Range images of railway assets simultaneously. Intensity images (Figure 5 - Intensity Image) are produced by mapping the intensity of the reflected laser light, and Range images (Figure 6 - Range Image) are produced by mapping the elevation of each measurement point.

Exhibit L
- 321 -

DEEP LEARNING FOR RAILROAD INSPECTION                                         14



*Figure 5 - Intensity Image*



*Figure 6 - Range Image*

Resulting images are approximately 4,000 pixels wide with a lateral resolution of a point per millimeter and a longitudinal scan interval (as the inspection vehicle travels along the track) of a scan per millimeter. The end result is a 1 millimeter by 1 millimeter scan of the railway (Figure 7 - 1mm by 1mm Scan of Railway).

**Exhibit L**
**- 322 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                    15



*Figure 7 - 1mm by 1mm Scan of Railway*

For this project, Pavemetrics' Laser Rail Inspection System (LRAIL) along with associated hardware (wheel-encoder, GPS receiver, DC to AC power invertor, etc.) was deployed on a high-rail (Figure 8 - LRAIL Sensor Deployment on High-Rail Vehicle).



*Figure 8 - LRAIL Sensor Deployment on High-Rail Vehicle*

The key parameters of the LRAIL are presented in Table 1 - Key LRAIL Parameters:

*Table 1 - Key LRAIL Parameters*

| Criteria | Performance |
|---|---|
| Longitudinal Scan Interval | Adjustable; 1 millimeter as tested |
| Vertical Resolution | 0.1 millimeter |

**Exhibit L**
**- 323 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                    16

| Horizontal Resolution | 1 point per millimeter |
|---|---|
| Transversal Field of View | Adjustable; 3.5m as tested |
| Data Storage Requirements | Approximately 5GB per mile at 1mm scan intervals |
| Output Formats | JPEG Images, XML, LAS |

### 3.3.1   Motion Compensation

As the high-rail vehicle traverses the track there is a great deal of vehicle vibration due to track conditions and features which would otherwise create distortions in 2D and 3D data preventing subsequent analysis. To overcome this challenge inertial sensors are incorporated into each laser head in order to track pitch, roll and heading (inertial) for each sensor while the inspection vehicle is in motion. These data are processed by specialized algorithms in order to remove their effect on captured scans (Figure 9 - Correction for Vehicle Motion).



*Figure 9 - Correction for Vehicle Motion*

**Exhibit L**
**- 324 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                    17

### 3.4   Algorithm Details

The image classification algorithm is a seven layer (6 hidden layers and 1 output layer)

Supervised Machine Learning (SML) algorithm based on DeepCNet which combines 62,040

weights and 76 biases for a total of 62,116 learnable parameters (Figure 10 - DNN Diagram).



*Figure 10 - DNN Diagram*

In order to determine if an image contains a fastener, some ballast, a concrete tie or a

wooden tie, the algorithm first divides each 4,000 pixel x 2,000 pixel image into two 35 x 35

pixel sub-images. Each 35 x 35 pixel image is then labeled by the algorithm as either "fastener,"

"ballast," "wood," or "concrete" thus creating  a "raw labeled" image.

Then the full 4,000 x 2,000 pixel image is processed in order to group adjacent pixels

which share the same label in order to form regions which will ultimately correspond to

identified railway components (Figure 11 - Illustration of the Processing Steps: A) Input Images,

B) Image Labeling, C) Raw Labeled Image, D) Final Labeled Image).

**Exhibit L**
**- 325 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                                18



*Figure 11 - Illustration of the Processing Steps: A) Input Images, B) Image Labeling, C) Raw Labeled Image, D) Final Labeled Image*

## 3.5    Training Process

The training of SML algorithms is iterative in nature with training data fed into the algorithm, the algorithm performing a classification, and finally feedback as necessary from a human "trainer" in order to improve performance over time (Brownlee, 2017) and (Marr, Supervised V Unsupervised Machine Learning -- What's The Difference?, 2017). The training process continues until no further improvements can be realized in classification performance; at this point the DL algorithm is said to have *converged*. Each complete run through of the training dataset is referred to as an *epoch* with a typical training cycle requiring fifty (50) or more epochs.

For this project a dataset of just over two hundred (200) 3.5m x 2m Intensity images and 3.5 x 2m range images (100 of each) was developed. The two hundred image dataset was divided, with half of the images being used for training purposes (50 intensity images and 50 range images) and the other half (50 intensity images and 50 range images) used for testing

**Exhibit L**
**- 326 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                        19

purposes. Each set of one hundred (50 intensity + 50 range) images was then processed in order to create 35 x 35 pixel sub images for a total of two hundred sub images (100 intensity sub images and 100 range sub images) for both the training dataset and the testing dataset.

During training sub-images containing example fasteners, ballast materials, concrete ties and wooden ties were input into the DNN in order to generate a candidate image classification (Figure 12 - Fastener Classification Example).



*Figure 12 - Fastener Classification Example*

Candidate classifications where then compared to the recommended classifications from the trainer; creating a feedback loop in order for the DNN to improve its recommendations. This training process was repeated a total of one hundred and seven times (107 epochs) and the DNN error (the difference between expected and actual classification) was calculated for each epoch in order to subsequently adjust the weight of algorithm parameters.

### 3.6    Algorithm Performance Testing

Once the training process was completed, the DNN was applied to the test dataset in order to evaluate performance using novel cases. The overall performance of the algorithm

**Exhibit L**
**- 327 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                        20

exceeded expectations with 100% accuracy achieved for fastener, ballast and concrete tie

classification. However, classification of wooden ties suffered slightly with two 35 x 35 pixel

images containing wooden ties being incorrectly labeled as concrete (Table 2 - Number of Errors

of Each of the Classes). However, due to the algorithm's subsequent step of grouping like-

labeled images together in order to form regions, these incorrect cases were discarded as noise.

*Table 2 - Number of Errors of Each of the Classes*

| | Fastener | Ballast | Concrete Tie | Wooden Tie |
|---|---|---|---|---|
| **Number of Errors** | 0 | 0 | 0 | 2 |
| **Percentage Error** | 0% | 0% | 0% | 1% (1/99) |

**Exhibit L**
**- 328 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                      21

## 4   Conclusion

This study demonstrates the potential of DNNs to automate railway inspection. From a relatively small set of two hundred (200) training images, and one hundred and seven (107) epochs, the algorithm was able to correctly identify 100% of the images containing fasteners, ballast, and concrete ties in the 200 test image dataset.

While there was a 1% error rate in the identification of sub images containing wooden ties, this error was able to be eliminated through the algorithm's region grouping function.

One interesting observation from the researchers is that much like every human brain, each DNN is unique due to its specific combination of nodes, layers and connections as well as the constant evolution of these same factors. This quality makes it impossible to define the exact methodology of any given DNN and has the interesting implication of preventing a DNN from being patented as well as preventing a DNN from infringing upon an existing patent.

Network level validation of the DNN is now underway using an expanded dataset and the inclusion of new features such as spikes, joint bars, crossings and switches.

**Exhibit L**
**- 329 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                                22

## References

Alex Chen, J. B. (2014, 02 10). *Distributed Neural Networks with GPUs in the AWS Cloud*.

Retrieved from The Netflix Tech Blog: https://medium.com/netflix-techblog/distributed-neural-networks-with-gpus-in-the-aws-cloud-ccf71e82056b

Brownlee, J. (2017, 3 16). *Supervised and Unsupervised machine Learning Algorithms.*

Retrieved from Machine Learning Mastery:

https://machinelearningmastery.com/supervised-and-unsupervised-machine-learning-algorithms/

Ciocca, S. (2017, 10 10). *Spotify's Discover Weekly: How machine learning finds your new music*. Retrieved from Hackernoon: https://hackernoon.com/spotifys-discover-weekly-how-machine-learning-finds-your-new-music-19a41ab76efe

Dayong Wang, A. K. (2016, 06 18). *Deep Learning for Identifying Metastatic Breast Cancer.*

Retrieved from Cornell University Library: https://arxiv.org/pdf/1606.05718

*John McCarthy (computer scientist)*. (2018, 2 14). Retrieved from Wikipedia:

https://en.wikipedia.org/wiki/John_McCarthy_(computer_scientist)

Kontzer, T. (2016, 09 19). *Deep Learning Drops Error Rate for Breast Cancer Diagnoses by 85%*. Retrieved from Nvidia Blog: https://blogs.nvidia.com/blog/2016/09/19/deep-learning-breast-cancer-diagnosis/

*Laser Rail Inspection System (LRAIL)*. (2018, 02 14). Retrieved from Pavemetrics.com:

http://www.pavemetrics.com/applications/rail-inspection/laser-rail-inspection-system/

Marr, B. (2016, 12 29). *4 Mind-Blowing Ways Facebook Uses Artificial Intelligence*. Retrieved from Forbes.com: https://www.forbes.com/sites/bernardmarr/2016/12/29/4-amazing-ways-facebook-uses-deep-learning-to-learn-everything-about-you/#204b273accbf

**Exhibit L**
**- 330 -**

DEEP LEARNING FOR RAILROAD INSPECTION                                                23

Marr, B. (2017, 3 16). *Supervised V Unsupervised Machine Learning -- What's The Difference?*

Retrieved from Forbes.com:

https://www.forbes.com/sites/bernardmarr/2017/03/16/supervised-v-unsupervised-

machine-learning-whats-the-difference/#5fcd94a3485d

*The story of AlphaGo so far*. (2018, 02 14). Retrieved from AlphaGo:

https://deepmind.com/research/alphago/

**Exhibit L**
**- 331 -**