# EXHIBIT O



HOME    ABOUT    APPLICATIONS    INTEGRATORS    NEWS    ARTICLES    EVENTS    CONTACT    FR

# Laser Crack Measurement System (LCMS®-2)

## LCMS-2 MEASUREMENT CAPABILITIES

Pavemetrics® Laser Crack Measurement System (LCMS®-2) is the ultimate single-pass 3D sensor for pavement inspection. The LCMS-2 is able to automatically geo-tag, measure, detect and quantify **all** key functional parameters of pavement in a single pass, including (but not limited to): cracking, rutting, texture, potholes, bleeding, shoving, raveling and roughness.

The LCMS-2 delivers standards-compliant and industry-proven results on more surfaces than any other sensor in the market; from hotmix asphalt to chipseal, porous pavement, and both standard and grooved (tined) concrete.

The LCMS-2 can dramatically reduce your labor costs and project completion time; a complete **1mm resolution automated** pavement condition survey can be completed day or night from 0-100+ km/h.

LCMS-2 outputs include detailed distress data in XML format and geo-tagged pavement-view images in JPEG format.

Please refer to the specification tabs below for further details.



Cracking
PASER Distress Rating Protocol
Geodatabase Output for GIS Integration
Sealed Cracking
Simplified AASHTO Cracking Protocol
Roughness and IRI
Rutting
Curb and Edge Drop-off
Road Geometry
Water Entrapment
Macrotexture
Potholes
Raveling
Concrete Joint Inspection
Manholes and Storm Drains
Patching
Lane Markings
Rumble Strips
Bleeding
Pop-outs and Pick-outs
Shoving

## OUR PRODUCTS

### ROAD INSPECTION
Laser Crack Measurement System (LCMS-2)

### RAILWAY INSPECTION
Laser Rail Inspection System (LRAIL)

### DIGITAL TERRAIN MAPPING
Laser Digital Terrain Mapping System (LDTM)

### TUNNEL INSPECTION
Laser Tunnel Scanning System (LTSS)

### AIRFIELD INSPECTION
Laser FOD Detection System (LFOD)

### The Right Data; According to the Right Standards

Key automated measurement capabilities include: cracking, rutting, potholes, raveling, macro texture, and more all measured and reported compliant to ASTM and AASHTO standards.

### The Most Widely Trusted Sensor

The LCMS-2 is the highly-anticipated successor to the incredibly popular LCMS-1. More than 100 LCMS-1 units have been delivered around the world; making it the most widely adopted and trusted sensor of its kind.

### Objective, Accurate and More Repeatable

Data quality is also improved as the process is fully computer-driven and objective, with results being just as accurate, and much more repeatable, than manual rating.

### Longitudinal Profiling and IRI Option

This option enables the capture of longitudinal profile and reporting of IRI, PPF and ERD data using the LCMS-2's built-in high-precision Inertial Measurement Units (IMUs). With this the feature the LCMS-2 is able to capture and report profile and IRI at the precision and bias of an ASTM E950 Class 1 profiler across the entire 4m lane width. Users can also apply a custom tire bridging algorithm as well as custom waveband filters (e.g., short, medium and long) as desired.

### Curvature, Grade and Crossfall Option

This option enables the reporting of longitudinal grade, horizontal crossfall (cross slope), curve super elevation and water entrapment using the LCMS-2's built-in high-precision Inertial Measurement Units (IMUs). Crossfall and water entrapment is calculated and reported according to AASHTO PP 69 (Determining Pavement Deformation Parameters and Cross Slope from Collected Transverse Profiles).

## CONTACT US

General inquiries:
Richard Habel
rhabel@pavemetrics.com
+1 418 210 3629

Sales:
John Laurent
jlaurent@pavemetrics.com
+1 418 210 3909

Technical support:
Jean-François Hébert
jfhebert@pavemetrics.com
+1 418 717 6671

CONTACT FORM

### See it in Action

Click on the movie below to see 100% automated crack detection results from the LCMS-2.



| KEY FEATURES | LCMS-2 SPECS | INDUSTRY STANDARDS | ARTICLES |

**Key Features of the LCMS-2**

- Automatic detection and measurement of cracking (both sealed and unsealed)
- Automatic rutting measurement (compliant with ASTM E1703, Taut Wire, Moving Ruler, Brazilian method, 5 Point rut depth calculation)
- Automatic pothole detection and measurement



- Automatic pothole detection and measurement
- Automatic detection and measurement of raveling (an industry first)
- Automatic measurement of macro-texture (MPD, MTD) in all 5 AASHTO bands
- Pick-out detection
- Bleeding detection and measurement
- Delamination detection and measurement
- Shoving detection and measurement
- Sewer and storm-drain detection and inventory
- Rumble strip detection and inventory
- Water-entrapment calculation
- Edge drop off and curb detection and measurement
- Joint detection and faulting measurement
- Pavement type detection (asphalt and concrete)
- Pavement marking detection and dimension measurement
- GPS tagging of measurements and images (using Customer-supplied GPS)
- Measurement of longitudinal profile and calculation of roughness (optional)
- Slope, Cross Fall and Super Elevation (optional)

[Download Datasheet]   [Contact Us]



**ABOUT OUR COMPANY**

Pavemetrics

3D systems for automated infrastructure inspection

**MENU**

HOME
ABOUT
APPLICATIONS
INTEGRATORS
NEWS
ARTICLES
EVENTS
CONTACT

**BUSINESS PLACE**

150, boul. Rene-Levesque Est, suite 1820
Quebec (Quebec)
CANADA, G1R 5B1
+1 418 210 3629

**NEWSLETTER**

Email

Subscribe/S'abonner