# EXHIBIT P

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | | Back to Search | Print |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2021-02-22 12:15:00 EST |
| **Mark:** | RAILMETRICS |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 90296509 | **Application Filing Date:** | Nov. 03, 2020 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/APPLICATION/Awaiting Examination  The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned | |
| **Status:** | New application will be assigned to an examining attorney approximately 3 months after filing date. | | |
| **Status Date:** | Jan. 03, 2021 | | |

### Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | RAILMETRICS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

### Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 2059425 | **Foreign Application Filing Date:** | Oct. 22, 2020 |
| **Foreign Application/Registration Country:** | CANADA | | |

### Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Electronic inspection and detection systems comprised of cameras used in conjunction with laser line proje[ctors] for use in the inspection of transportation infrastructures and detection of changes, defects and alterations t[o] infrastructures; proximity sensors; opto-electronic sensors and laser sensors for inspection and managemen[t] |

2/22/2021                                                                 Trademark Status & Document Retrieval

|  |  |
|---|---|
|  | infrastructure integrity, safety and reliability; computer software and downloadable computer software, all de mapping and management of transportation infrastructures; computer software and downloadable compute the detection of changes, defects, alterations to transportation infrastructures |
| **International Class(es):** | 009 - Primary Class |
| **U.S Class(es):** | 021, 023, 026, 036, 0 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) 44(d) |

### ▼ Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

### ▼ Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Pavemetrics Systems inc. |
| **Owner Address:** | Suite 1820<br>150, Boulevard René-Lévesque Est<br>Quebec, Quebec CANADA G1R5B1 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CANADA |

### ▼ Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Michael J, Leonard | **Docket Number:** | 114647.00089 |
| **Attorney Primary Email Address:** | ipdocket@foxrothschild.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MICHAEL J, LEONARD<br>FOX ROTHSCHILD LLP<br>997 LENOX DRIVE, BLDG. 3<br>LAWRENCEVILLE, NEW JERSEY UNITED STATES 08648-2311 |
| **Phone:** | 215-299-2085 |
| **Correspondent e-mail:** | ipdocket@foxrothschild.com<br>mleonard@foxrothschild.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

### ▼ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|

Exhibit P
- 419 -

| 2/22/2021 | Trademark Status & Document Retrieval |
|---|---|
| Jan. 03, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM |
| Nov. 28, 2020 | TEAS VOLUNTARY AMENDMENT RECEIVED |
| Nov. 06, 2020 | NEW APPLICATION ENTERED IN TRAM |

### ▼ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: | NEW APPLICATION PROCESSING | Date in Location: | Jan. 03, 2021 |
|---|---|---|---|

### ▲ Assignment Abstract Of Title Information - Click to Load

### ▲ Proceedings - Click to Load