Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*Pro Hac Vice* pending)
aaron.parker@finnegan.com
David C. Reese (*Pro Hac Vice* pending)
david.reese@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice* pending)
nicholas.cerulli@finnegan.com
Ryan T. Davies (SBN: 330922)
ryan.davies@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile:  (202) 408-4400

*Attorneys for Defendant and Counterclaim Plaintiffs*
*TETRA TECH, INC. AND TETRA TECH TAS INC.*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**DEFENDANT AND COUNTERCLAIM PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>[Honorable Mark C. Scarsi] |

1

| | |
|---|---|
| TETRA TECH, INC. | |
|            Counterclaim Plaintiff, | |
| TETRA TECH TAS INC. | |
|            Third-Party Counterclaim Plaintiff, | |
|     v. | |
| PAVEMETRICS SYSTEMS, INC. | |
|            Counterclaim Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Central District of California Local Rule 7.1-1, Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Third-Party Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively "Tetra Tech") hereby file its Corporate Disclosure Statement and Notice of Interested Parties.

Tetra Tech, by and through its undersigned counsel of record, hereby states that Tetra Tech TAS Inc. is an indirect wholly owned subsidiary of Tetra Tech, Inc., a publicly-traded corporation. No publicly held entities own 10% or more of Tetra Tech, Inc. stock.

The undersigned, counsel of record for Tetra Tech, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**Tetra Tech Holding LLC** -- wholly owned subsidiary of Tetra Tech, Inc., and indirect wholly owned parent of Tetra Tech TAS Inc.

**Tetra Tech Canada Holding Corporation** -- indirect wholly owned subsidiary of Tetra Tech, Inc., and indirect wholly owned parent of Tetra Tech TAS Inc.

**Tetra Tech Canada Inc.** -- indirect wholly owned subsidiary of Tetra Tech, Inc., and wholly owned parent of Tetra Tech TAS Inc.

Dated: March 3, 2021          **CLARK HILL LLP**

By:     /s/
      Donald L. Ridge

*Attorneys for Defendant and Counterclaim Plaintiffs*
TETRA TECH, INC. AND TETRA TECH TAS INC.

Aaron L. Parker (Pro Hac Vice *pending)*
David C. Reese (Pro Hac Vice *pending)*
Nicholas A. Cerulli (Pro Hac Vice *pending)*
Ryan T. Davies (SBN: 330922)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**