Name and address:
Nicholas A. Cerulli
Finnegan Henderson
901 New York Ave NW
Washington, D.C. 20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>v.                                     Plaintiff(s)<br><br>TETRA TECH, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-1289<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Cerulli, Nicholas A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 408-4000
*Telephone Number*

(202) 408-4400
*Fax Number*

nicholas.cerulli@finnegan.com
*E-Mail Address*

of

Finnegan Henderson
901 New York Ave NW
Washington, D.C. 20001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Tetra Tech, Inc.
Tetra Tech TAS Inc.

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☒ Defendant(s)   ☒ Other: Counterclaim Plaintiff

**and designating as Local Counsel**

Ridge, Donald L.
*Designee's Name (Last Name, First Name & Middle Initial)*

132171
*Designee's Cal. Bar No.*

(213) 417-5117
*Telephone Number*

(213) 488-1178
*Fax Number*

dridge@clarkhill.com
*E-Mail Address*

of

Clark Hill
1055 West Seventh Street
Suite 2400
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge