Name and address:

Aaron L. Parker
Finnegan Henderson
901 New York Ave NW
Washington, D.C. 20001

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAVEMETRICS SYSTEMS, INC. | CASE NUMBER | |
| | | 2:21-cv-1289 |
| v. Plaintiff(s) | | |
| TETRA TECH, INC. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** | |
| Defendant(s). | | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Parker, Aaron L.                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 408-4000          (202) 408-4400

*Telephone Number          Fax Number*

aaron.parker@finnegan.com

*E-Mail Address*

Finnegan Henderson
901 New York Ave NW
Washington, D.C. 20001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Tetra Tech, Inc.

Tetra Tech TAS Inc.

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☒ *Other:* Counterclaim Plaintiff

**and designating as Local Counsel**

Ridge, Donald L.                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

132171          (213) 417-5117          (213) 488-1178

*Designee's Cal. Bar No.     Telephone Number          Fax Number*

dridge@clarkhill.com

*E-Mail Address*

Clark Hill
1055 West Seventh Street
Suite 2400
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____          _____

**U.S. District Judge/U.S. Magistrate Judge**