Name and address:
David C. Reese
Finnegan Henderson
901 New York Ave NW
Washington, D.C. 20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAVEMETRICS SYSTEMS, INC.

Plaintiff(s),

v.

TETRA TECH, INC.

Defendant(s).

CASE NUMBER: 2:21-cv-1289

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Reese, David C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 408-4000
*Telephone Number*

(202) 408-4400
*Fax Number*

david.reese@finnegan.com
*E-Mail Address*

of

Finnegan Henderson
901 New York Ave NW
Washington, D.C. 20001
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Tetra Tech, Inc.
Tetra Tech TAS Inc.
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☒ Defendant(s)  ☒ Other: Counterclaim Plaintiff

and designating as Local Counsel

Ridge, Donald L.
*Designee's Name (Last Name, First Name & Middle Initial)*

132171
*Designee's Cal. Bar No.*

(213) 417-5117
*Telephone Number*

(213) 488-1178
*Fax Number*

dridge@clarkhill.com
*E-Mail Address*

of

Clark Hill
1055 West Seventh Street
Suite 2400
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge