1  Donald Ridge, Esq. (SBN: 132171)
2  **CLARK HILL LLP**
   1055 West Seventh Street, Suite 2400
3  Los Angeles, CA 90017
   Telephone: (213) 891-9100
4  Facsimile: (213) 488-1178
5  DRidge@clarkhill.com

6
7  Aaron L. Parker (*Pro Hac Vice* pending)
   aaron.parker@finnegan.com
8  David C. Reese (*Pro Hac Vice* pending)
   david.reese@finnegan.com
9  Nicholas A. Cerulli (*Pro Hac Vice* pending)
10 nicholas.cerulli@finnegan.com
   Ryan T. Davies (SBN: 330922)
11 ryan.davies@finnegan.com
12 **FINNEGAN, HENDERSON, FARABOW,**
   **GARRETT & DUNNER, LLP**
13 901 New York Avenue NW
   Washington, D.C. 20001-4413
14 Telephone: (202) 408-4000
15 Facsimile: (202) 408-4400

16
   *Attorneys for Defendant and Counterclaim Plaintiffs*
17 *TETRA TECH, INC. AND TETRA TECH TAS INC.*

18
                       **UNITED STATES DISTRICT COURT**
19
                       **CENTRAL DISTRICT OF CALIFORNIA**
20

| 21 | PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
|---|---|---|
| 22 | Plaintiff, | **NOTICE OF COUNTERCLAIM PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| 23 | | |
| 24 | v. | |
| 25 | TETRA TECH, INC. | [Honorable Mark C. Scarsi] |
| 26 | Defendant. | **Date: April 5, 2021** |
| 27 | | **Time: 9:00 a.m.** |
| 28 | | **Courtroom: 7C** |

1

| | |
|---|---|
| 1 | |
| 2 | TETRA TECH, INC. |
| 3 |                 Counterclaim Plaintiff, |
| 4 | TETRA TECH TAS INC. |
| 5 | |
| 6 |                 Third-Party Counterclaim Plaintiff, |
| 7 | |
| 8 |          v. |
| 9 | PAVEMETRICS SYSTEMS, INC. |
| 10 | |
| 11 |                 Counterclaim Defendant. |

**PLEASE TAKE NOTICE** that on April 5, 2021, at 9:00 a.m. or as soon thereafter as counsel may be heard, Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively "Tetra Tech"), by and through their attorneys, will respectfully move before the Honorable Mark C. Scarsi, at the First Street Courthouse, 350 W. 1st Street, Courtroom 7C, Los Angeles, California, 90012, pursuant to 35 U.S.C. § 283, for a Preliminary Injunction against Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics"). Tetra Tech submits that a preliminary injunction is warranted because (i) Tetra Tech is likely to succeed on the merits of its allegations that Pavemetrics has and continues to infringe U.S. Patent No. 10,362,293, (ii) Tetra Tech has and will continue to be irreparably harmed without the preliminary injunction, (iii) the balance of equities favor Tetra Tech, and (iv) the sought injunction is in the public interest. *Metalcraft of Mayville, Inc. v. The Toro Co.*, 848 F.3d 1359, 1363 (Fed. Cir. 2017).

The grounds for Tetra Tech's motion are fully set forth in Tetra Tech's Memorandum of Points and Authorities filed herewith, the Declarations of Darel Mesher, Ph.D., and Gary Keyes, the attached exhibits, and upon the pleadings filed

herewith with the Court. Pursuant to L.R. 7-3, conference of counsel is not required for applications for preliminary injunctions.

Further, Tetra Tech has filed herewith a proposed order for the sought preliminary injunction.

Tetra Tech additionally notes that it has concurrently filed an application to file portions of the following documents under seal: Counterclaim Plaintiffs' Memorandum in Support of Its Motion for Preliminary Injunction; the Declaration of Gary Keyes in Support of Counterclaim Plaintiffs' Motion for Preliminary Injunction ("Keyes Declaration"); and Exhibits Q, R, and S.

Dated: March 3, 2021

**CLARK HILL LLP**

By: _____/s/_____
     Donald L. Ridge

*Attorneys for Defendant and Counterclaim Plaintiffs*
TETRA TECH, INC. AND TETRA TECH TAS INC.

Aaron L. Parker (Pro Hac Vice *pending*)
David C. Reese (Pro Hac Vice *pending*)
Nicholas A. Cerulli (Pro Hac Vice *pending*)
Ryan T. Davies (SBN: 330922)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**