Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*Pro Hac Vice* pending)
aaron.parker@finnegan.com
David C. Reese (*Pro Hac Vice* pending)
david.reese@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice* pending)
nicholas.cerulli@finnegan.com
Ryan T. Davies (SBN: 330922)
ryan.davies@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Defendant and Counterclaim Plaintiffs*
*TETRA TECH, INC. AND TETRA TECH TAS INC.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**DECLARATION OF DAREL MESHER, PH.D. IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Honorable Mark C. Scarsi]<br><br>**Date: April 5, 2021**<br>**Time: 9:00 a.m.**<br>**Courtroom: 7C** |

1

| | |
|---|---|
| TETRA TECH, INC. | |
| | Counterclaim Plaintiff, |
| TETRA TECH TAS INC. | |
| | Third-Party Counterclaim Plaintiff, |
| v. | |
| PAVEMETRICS SYSTEMS, INC. | |
| | Counterclaim Defendant. |

I, Darel Mesher, Ph.D., declare as follows:

1. My name is Darel Mesher. I am over 21 years, have personal knowledge of the facts contained in this declaration, and could and would testify competently to these facts to the best of my knowledge, information, and belief if called upon to do so. I have been employed by various subsidiaries of Tetra Tech, Inc. for almost 30 years. I am currently the Chief Technical Officer at Tetra Tech TAS Inc. My current responsibilities include managing day-to-day operations as well as leading our company's product development.

2. I am the inventor of U.S. Patent No. 10,362,293 ("the '293 patent"), which I understand is the subject of this lawsuit.

**A.     Background and Expertise in Computer Vision Systems**

3. I received a bachelor's degree in computer engineering from McMaster University, located in Hamilton, Ontario, in 1985. In 1987, I received a master's degree in electrical engineering from McMaster University. While at McMaster University, my thesis, "An Environmental Controller for Passive R2000 Residential Buildings" (U.S. Patent No. 5,082,173), focused on novel intelligent real-time control of tightly sealed buildings. In 1992, I received a doctoral degree in electrical engineering from McMaster University, where my dissertation, "Artificial Intelligence Applied to Bridge Deck Radar Interpretation," developed innovative machine learning methods for the interpretation of radar-based time-series data for non-destructive bridge deck assessments. After receiving my doctoral degree, I was awarded a federally funded Industrial Research Fellowship for post-doctoral research to develop the Road Radar Artificial Intelligence and Signal Processing Development Group at Canpolar Inc. I hold the license of registered Professional Engineer. A copy of my curriculum vitae is attached as Exhibit A.

4. Since completing my post-doctoral research, I have worked continuously at Tetra Tech. I have been involved in the design, implementation, and evaluation of radar, laser and 2D and 3D imaging sensors, real-time data collection systems, real-

time control systems, artificial intelligence and computer vision systems for more than 35 years. I designed and built Tetra Tech's three-dimensional track assessment system ("3DTAS"). I also wrote the source code for the 3DTAS.

5. Throughout this document, I may refer to "Tetra Tech," in which I am referring to either Tetra Tech, Inc. or Tetra Tech TAS Inc. individually or both entities together. Unless I specifically identify one of the two entities, I am referring to one or both of these entities.

### B. Tetra Tech's 3DTAS and the '293 Patent

6. We at Tetra Tech recognized there was an opportunity to serve the railroad industry by improving methods and systems of railroad inspection. Rail infrastructure owners are motivated to replace time consuming and subjective processes such as manual track inspection with objective and automated processes. The railroad industry is also driven by a desire to improve rail safety against the backdrop of increasing annual rail traffic volumes and increasing regulatory reporting requirements. Systems and methods providing objective, repeatable, and accurate track inventory and condition assessment are desirable because they help facilitate achieving advanced tasks such as comprehensive asset management. Automated systems such as these provide specific track component deterioration models. Automated systems may yield significant economic benefits in the operation, maintenance, and capital planning of rail networks.

7. One objective that we identified for automated inspection systems was the high-speed assessment of railway track infrastructure in a non-destructive way (i.e., without changing or damaging the track). Some track inspection and assessment systems of previous generations have used structured light emitting technology, such as coherent laser radiation, to illuminate regions of a railway track bed during assessment operations. But an important consideration for such systems is the manner in which data is processed after field data collection. One of the most time-consuming tasks is to identify different railway track features and to categorize and track these

features. New systems and methods were needed to improve the identification of railway track features such that track inspection could be done at high speeds.

8. At least as early as 2015, I spent considerable time and resources developing an innovative solution to these industry problems. A product that resulted from this development was the 3DTAS. We protected the 3DTAS with the '293 patent, entitled 3D Track Assessment System and Method. I am listed as the sole inventor of the '293 patent.

9. In my opinion, the 3DTAS addresses many of the drawbacks of the prior technology and other track inspection needs by providing a robust and reliable system for quickly and accurately identifying railway track features and associated measured data at high speeds. An aspect of 3DTAS is to automatically process full width track surface elevation and intensity data to identify features and extract physical parameters of interest. Surface elevation data refers to the measured elevation at each location, and intensity data refers to the measured intensity of reflected laser light at each location. From this data, 3D elevation maps may be created and used to identify railway track features using Tetra Tech's proprietary algorithms.

### C. Pavemetrics' LRAIL

10. Based on publicly available documents, I understand that Pavemetrics, in 2017, began importing, testing, and using a new system for railroad inspection, its Laser Rail Inspection System ("LRAIL") in the United States. *See* Exhibits B, C, D, E, F, G, H, I, J, K, and L.

11. In my opinion, Pavemetrics' LRAIL includes every element of at least claim 1 of the '293 patent.

12. Claim 1 of the '293 patent recites:

A system for assessing a railway track bed, the system comprising:

a power source;

    a light emitting apparatus powered by the power source for emitting light energy toward a railway track;

5

        a data storage apparatus in communication with at least one processor;

        at least one sensor for sensing reflected light that was emitted from the light emitting apparatus and acquiring three dimensional surface elevation and intensity image data of the railway track to be stored in the data storage apparatus, wherein the at least one sensor is in communication with the at least one processor; and

        wherein the at least one processor is configured to run an algorithm for processing three-dimensional surface elevation and intensity data gathered from the at least one sensor and saved in the data storage apparatus, the algorithm comprising the steps of:

            a. acquiring three dimensional surface elevation and intensity data representative of an area segment of railway track bed;

            b. generating a track elevation map based on the acquired three dimensional data;

            c. identifying a railway track bed feature from the track elevation map further including the steps of:

                i. defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated and

                ii. moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor; and

            d. storing information corresponding to the identified railway track bed feature in the data storage apparatus.

13.    For the purposes of this declaration, I have used the plain and ordinary meaning of the terms recited in claim 1.

**"A system for assessing a railway track bed, the system comprising:"**

14. In my opinion, as shown below in the annotated images, Pavemetrics' LRAIL is "[a] system for assessing a railway track bed," as recited in claim 1 of the '293 patent. *See* Exhibit E, 55; Exhibit G, 139.



**"a power source;"**

15. In my opinion, as shown below in the annotated images, the LRAIL comprises "a power source," as recited in claim 1 of the '293 patent. *See* Exhibit F, 71; Exhibit G, 138-139; Exhibit K, 224.



7

**"a light emitting apparatus powered by the power source for emitting light energy toward a railway track;"**

16. In my opinion, the LRAIL comprises "a light emitting apparatus powered by the power source for emitting light energy toward a railway track," as recited in claim 1 of the '293 patent. As shown in the annotated images below, the LRAIL includes laser profilers for emitting light energy toward a railway track. The laser profilers are powered by the LRAIL's power source. *See* Exhibit D, 54; Exhibit G, 139.



**"a data storage apparatus in communication with at least one processor;"**

17. In my opinion, as shown below in the annotated images, the LRAIL comprises "a data storage apparatus in communication with at least one processor," as recited in claim 1 of the '293 patent. *See* Exhibit F, 71; Exhibit G, 138-139; Exhibit K, 224.

Figure 2 – Onboard Computing and Power Supply

> "at least one sensor for sensing reflected light that was emitted from the light emitting apparatus and acquiring three dimensional surface elevation and intensity image data of the railway track to be stored in the data storage apparatus, wherein the at least one sensor is in communication with the at least one processor; and"

18. In my opinion, the LRAIL comprises "at least one sensor for sensing reflected light that was emitted from the light emitting apparatus and acquiring three dimensional surface elevation and intensity image data of the railway track to be stored in the data storage apparatus, wherein the at least one sensor is in communication with the at least one processor," as recited in claim 1 of the '293 patent. As shown in the below annotated images, the LRAIL includes at least one sensor for sensing reflected light emitted from the LRAIL's light emitting apparatus and acquiring three-dimensional surface elevation and intensity image data of the railway to be stored in the LRAIL's data storage apparatus. The at least one sensor is also in communication with the LRAIL's at least one processor. *See* Exhibit D, 53-54; Exhibit G, 139; Exhibit K, 224.

9





> **"wherein the at least one processor is configured to run an algorithm for processing three-dimensional surface elevation and intensity data gathered from the at least one sensor and saved in the data storage apparatus,"**

19. In my opinion, the LRAIL comprises a processor "configured to run an algorithm for processing three-dimensional surface elevation and intensity data gathered from the at least one sensor and saved in the data storage apparatus," as recited in claim 1 of the '293 patent. As shown in the annotated images below, the LRAIL's at least one processor is configured to run an algorithm for processing three-dimensional surface and elevation and intensity data gathered from the LRAIL's at least one sensor and stored in the data storage apparatus. *See* Exhibit I, 193; Exhibit K, 224.



**"the algorithm comprising the steps of: a. acquiring three dimensional surface elevation and intensity data representative of an area segment of railway track bed; b. generating a track elevation map based on the acquired three dimensional data;"**

20.     In my opinion, the LRAIL comprises an algorithm comprising the steps of "a. acquiring three dimensional surface elevation and intensity data representative of an area segment of railway track bed; [and] b. generating a track elevation map based on the acquired three dimensional data," as recited in claim 1 of the '293 patent. As shown in the figures below, range images are produced by mapping the elevation of each measurement point and intensity images are produced by mapping the intensity of reflected laser light, resulting in a scan of the railway. *See* Exhibit F, 72-73; *see also*, Exhibit G, 142-144; Exhibit I, 187-190; Exhibit K, 225-227.



Figure 6 – Range Image          Figure 5 – Intensity Image



Figure 7 – 1 mm by 1 mm Scan of Railway

**"c. identifying a railway track bed feature from the track elevation map further including the steps of: i. defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated and ii. moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor; and"**

21. In my opinion, the LRAIL comprises an algorithm comprising the step of "identifying a railway track bed feature from the track elevation map further including the steps of: i. defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated and ii. moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor," as recited in claim 1 of the '293 patent. For example, as shown in the annotated images below, the LRAIL's processor executes algorithms including the step of defining a region of interest (ROI), which I understand based on Pavemetrics' public information, to represent a small 2D track section over which differential vertical measurements are calculated, at the intersection of rails (vertical) and ties (horizontal) and identifies railway track bed features, such as anchors and fasteners, using a 3D model. *See* Exhibit B, 41-42. I also understand, based on Pavemetrics' public information, that the ROI gradient neighborhood is moved like a sliding window over the 3D elevation data using the processor in order to identify

track features, such as, for example, a fastener (labeled blue below), or an anchor (labeled in red below). In the annotated figures below, red arrows were added to identify the exemplary ROI gradient neighborhoods. The blue circles and red boxes are part of the original figures. *See* Exhibit B, 41-42.



### 3.2 Fastener Change Detection

The change detection process first detects the ties and rails, and then defines four regions of interest (ROI) at each intersection (two on the gauge side and two on the field side). Each ROI is then inspected for the presence of fasteners using a three-dimensional model. The status of each ROI was reported in three states: a) fastener present, b) ROI contained an object that resembles a fastener, and c) ROI was empty (Figure 16).

### 3.3 Anchor Change Detection

For change detection of anchors, each ROI was inspected for the presence of anchors using a 3-dimensional model before a run-to-run comparison was completed to detect changes (Figure 17).

> **"d. storing information corresponding to the identified railway track bed feature in the data storage apparatus."**

22. In my opinion, the LRAIL comprises an algorithm comprising the step of "storing information corresponding to the identified railway track bed feature in the data storage apparatus," as recited in claim 1 of the '293 patent. As shown in the annotated images below, the LRAIL's data storage apparatus stores information

corresponding to the identified railway track bed features. *See* Exhibit I, 193; Exhibit K, 224.



23. Therefore, in my opinion, Pavemetrics' LRAIL includes every element of claim 1 of the '293 patent.

**D.     Conversation with Richard Habel from Pavemetrics in 2015**

24. In 2015, I spoke with Richard Habel, the CEO of Pavemetrics, about a patent dispute between Tetra Tech and Georgetown Rail Equipment Company ("GREX"), in which Tetra Tech ultimately prevailed. During my conversation, Mr. Habel indicated that Pavemetrics had no desire to enter the railroad inspection business. Mr. Habel indicated that Pavemetrics viewed the risk of entering the railroad inspection business as too high due in part to certain of GREX's patents (which I note have since been invalidated).

25. At the time, I understood Pavemetrics to be in the business of pavement (i.e., road) inspection. For example, I was aware of Pavemetrics' 3D Laser Crack Measurement System ("LCMS") that was used to inspect pavement. To my knowledge, at that time, Pavemetrics was not using its LCMS, or any other system, to inspect railroad tracks, much less one that included every element of claim 1 of the

14

1  '293 patent. Therefore, I do not believe Pavemetrics was in possession of a system
2  that met all the limitations of claim 1 of the '293 patent in 2015, or any year prior.
3
4        I declare under penalty of perjury under the laws of the United States that the
5  foregoing is true and correct. Executed this 3rd day of March, 2021 at Edmonton,
6  Canada.

_____
Darel Mesher, Ph.D.