# EXHIBIT A

## EXPERIENCE SUMMARY

Dr. Mesher is the Chief Technical Officer of the Transportation Practice. Darel has been involved in pavement and rail data collection system design and implementation for more than 35 years. During this time, Dr. Mesher's critical focus has been on development of specialized instrumentation, data acquisition systems, and analysis methods and systems for non-destructive testing technologies for transportation infrastructure. This has included rail and roadway corridors with particular emphasis on data quality assessment and the application of emerging and innovative technologies.

Darel has been an active member of the ASTM Vehicle-Pavement Systems technical committee responsible for the development of techniques and standards for pavement management technologies, vehicle pavement interactions, and intelligent vehicle/ highway systems since 2005.

Darel's current research and development focus is the development of disruptive real-time measurement, assessment and reporting technologies for next generation fully autonomous high speed testing platforms. Real-time technology development including autonomous control, high performance CPU-GPU clusters, high resolution LiDAR, artificial intelligence and machine learning, and innovative 3D measurement systems.

## RELEVANT EXPERIENCE

Dr. Mesher is responsible for providing technical guidance and direction for Tetra Tech's broad engineering large data collection, analysis, and reporting services. These services are primarily provided by the environmental engineering, geotechnical engineering, transportation engineering, roadway infrastructure and rail services groups. Technical direction includes business development, large data management, technology development, data collection and survey methodology development, AI and machine learning applications, autonomous system development, equipment maintenance, calibration, and quality management programs.

Typical complex transportation data collection assignments have included:

- Project Manager responsible for the development, design, and overall technical direction for real-time rail-based production data collection, data analysis and reporting, control systems using artificial intelligent computer vision systems.
- Project Manager responsible for the development and evaluation of rail-based 3D track and oblique angle rail data collection and high performance GPU-based machine learning data analysis and reporting technologies.
- Project Manager and Principal Investigator for the development of leading edge autonomous rail testing technologies. Technologies include ubiquitous telemetry, cross-plane LiDAR, 3D track surface measurement and assessment, 3D rail cross-section measurements, panoramic digital imagery and broken wheel assessment and detection.
- Project Director responsible for pavement surface condition data (IRI/Rut/Video/GPS) on the primary and secondary highways in Alberta and British Columbia. Responsible for developing processes and procedures to identify and resolve significant network referencing errors and ensure data quality and accuracy.
- Project Director responsible for all aspects of road ban and inventory FWD testing in the central and southern regions of Alberta. Developed processes and procedures for pre-screening field data prior to submission to ensure correct control section referencing and FWD deflection data quality.
- Transportation Association of Canada, Standardization of IRI Data Collection and Reporting - Project Manager of study that developed "Best Practices Guidelines" for measurement, calibration and verification of roadway longitudinal profile data.

### EDUCATION

Ph.D., Electrical Engineering, McMaster University

M.Eng., Electrical Engineering, McMaster University

B.Eng., Computer Engineering, McMaster University

Corporate Executive Program, University of Alberta

### AREA OF EXPERTISE

Dr. Mesher has extensive experience in both electronic hardware and software design.

Areas of hardware expertise include instrumentation, data acquisition and data analytics. Software expertise includes Artificial Intelligence, machine learning, IOT, massively distributed GPU architectures, rule-based expert systems, neural network based recognition, time and frequency domain DSP, and data acquisition processes and procedures.

### REGISTRATIONS/ AFFILIATIONS

Member, Association of Professional Engineers and Geoscientists of Alberta (APEGA)

Technical Member ASTM Committee on Vehicle-Pavement Systems

### PATENTS

Ten US Transportation, four Canadian, one Australian. Additional Patents Pending

### OFFICE

Edmonton, AB

### CONTACT

Darel.Mesher@tetratech.com

## PUBLICATIONS

- A Comparison of Ride Improvements for Various Rehabilitation Treatments in Western Canada, Mesher, D., Palsat, D., Palsat, B., McMillan, C., Annual Conference of the Canadian Technical Asphalt Association (CTAA) 2008; Polyscience Publications Inc., 2013.
- Pavement Asset Design and Management Guide (2013),D.E. Mesher (contributing author), Transportation Association of Canada, 2013.
- Alternative Condition Assessment For Concrete Bridge Decks - A Case Study, Czarnecki, B., Johnston, W., Mesher, D., Kung, E., Macfarlane, C., 2010 Annual Conference and Exhibition of the Transportation Association of Canada ; Transportation Association of Canada, 2010.
- Case Study of an Innovative Forensic Investigation of A Dramatic Pavement Failure, 14 Street NW, Calgary, Alberta, Johnston, A., Chyc-Cies, J., Mesher, D., 2009 Annual Conference and Exhibition of the Transportation Association of Canada - Transportation in a Climate of Change; Transportation Association of Canada, 2009.
- The Effect of Pavement Crack Treatments on IRI and Surface Profile - A Case Study in Alberta", Hamid R Soleymani, Dave Palsat, Darel Mesher, Paula Campbell, TRB Seventh International Conference on Managing Pavement Assets, 2008, 10p.
- Developing a Performance-Based Specification for Spray-Patch Crack Treatment - A Case Study In Alberta, Palsat, D. P., Soleymani, H. R., Mesher, D. E, Campbell, P. Proceedings of the Fifty-Third Annual Conference of the Canadian Technical Asphalt Association (CTAA) 2008; Polyscience Publications Inc., 2008.
- Seasonal Variation and Repeatability in High Speed IRI Surveys on Alberta Provincial Highways, D. Mesher, C. Coram, W. He, C. McMillan, TRB Seventh International Conference on Managing Pavement Assets, 2008, 11p.
- Ice Road Assessment, Modeling and Management, D. Mesher, S. Proskin, TRB Seventh International Conference on Managing Pavement Assets, 2008, 11p.
- Ice Road Assessment, Modeling, and Management, Mesher, D., Proskin, S., Madsen, E.  2008 Annual Conference and Exhibition of the Transportation Association of Canada: Transportation; Transportation Association of Canada, 2008.
- Seasonal Effects on Roadway Profile and IRI of Asphalt Pavements In Cold Regions, Palsat, D., Soleymani, H. R., Mesher, D. E., Brown, A.  Proceedings of the Fifty-First Annual Conference of the Canadian Technical Asphalt Association (CTAA): Charlottetown, Prince Edward Island, November 2006; Polyscience Publications Inc.
- An Integrated System for Accurate Tie and Ballast Condition Assessment, D. Mesher, T. Keogh, T. R. Keegan, 2006 American Railway Engineering and Maintenance-of-Way Association (AREMA) Conference Proceedings.
- Rutting Trends At C-SHRP LTPP Test Sites, Palsat, D., McMillan, C., Mesher, D., Transportation Association of Canada, Canadian Strategic Highway Research Program, 2001.
- Standardization of IRI Data Collection and Reporting in Canada, Palsat, D., Mesher, D., et al., Transportation Association of Canada, 2001.
- Application of Ground Penetrating Radar Technology for Evaluating and Monitoring Asphalt Concrete Pavement Structures, Mesher, D. E., Dawley, C. B., Pulles, B.C. Proceedings of the Forty-First Annual Conference of Canadian Technical Asphalt Association, Edmonton, Alberta, 1996, Polyscience Publications 1996.
- Characterization of Multi-Layering Pavement Structures Using a New GPR Technology, Dawley, C.B., Mesher, D.E. Proceedings, International Road Federation Conference and Exposition, Cosponsored By the Transportation Association of Canada, Calgary, Alberta, July 3-7, 1994, Volume 6; Transportation Association of Canada, 1994.
- Evaluation of a New Ground Penetrating Radar Technology to Quantify Pavement Structures, D.E. Mesher, C.B. Dawley, J.L. Davis, and J.R. Rossiter. Presented at the 74th Annual Meeting of the Transportation Research Board, Washington, D.C., 1995. TRB Transportation Research Record, Issue 1505, 1995, p. 17-26.
- Characterization of Multi-Layer Pavement Structures Using a New GPR Technology, D.E. Mesher, C.B. Dawley. Presented at the Innovative Design and Construction Session of the 1994 International Road Federation Conference and Exposition, Calgary, Alberta.
- Quantitative Measurement of Pavement Structures Using Radar, D.E. Mesher J.L. Davis, C.B. Dawley, and J.R. Rossiter. Presented at the 5th International Conference on Ground Penetrating Radar, June 12-16, 1994. Published in the conference proceedings.
- Artificial Intelligence Applied to Bridge Deck Radar Interpretation, Ph.D. dissertation McMaster University, Hamilton, Ontario, Canada, 1992.
- Interpretation of Pulsed Radar Backscatter Waveforms Using a Knowledge Based System, D.E. Mesher, W.F.S. Poehlman. Submitted (November, 1991) for presentation at AIENG'92: Applications of Artificial Intelligence in Engineering occurring at the University of Waterloo, Ontario, Canada from July 14-17, 1992 (Wessex Computational Mechanics Institute, UK).

- An Intelligent Environmental Controller for R2000 Residential Homes, D.E. Mesher, W.F.S. Poehlman. Canadian Journal, Elect. & Comp. Eng., Vol. 15, pp. 73-82, 1990.
- Monitoring the Behaviour of an Ultra-Energy Efficient House at Noble Kirk Farm, D.E. Mesher, W.F.S. Poehlman and C.R. Meadowcroft. Energy and Buildings, Vol. 12, pp. 219-232, 1988.
- Impulse Radar Ground Profiling System, D.E. Mesher W.F.S. Poehlman. Presented at Telecommunication Research Institute of Ontario (TRIO) Expert System Group Report, March, 1988. McMaster University.
- An Environmental Controller for Passive R2000 Residential Buildings, McMaster University, Hamilton, Ontario, (M.Eng. Thesis), 1987.

**PATENTS**

| Country | Patent Name | Number(s) | Status |
|---|---|---|---|
| United States | Light Emission Power Control Apparatus and Method | 9,618,335 / 9,950,720 / 9,860,962 / 10,349,491 / 10,728,988 | Granted |
| United States | Protective Shroud | 9,849,894 / 10,384,697 | Granted |
| United States | 3D Track Assessment System and Method | 10,616,556 / 10,616,557 / 10,616,558 / 10,582,187 | Granted |
| United States | 3D Track Assessment System Post-Processing, Analysis and Reporting System | 10,362,293 | Granted |
| United States | Apparatus and Method for Calculating Plate Cut and Rail Seat Abrasion Based on Measurements Only of Rail Head Elevation and Crosstie Surface Elevation | 10,730,538 | Granted |
| United States | Apparatus and Method For Calculating Wooden Crosstie Plate Cut Measurements and Rail Seat Abrasion Measurements Based On Rail Head Height | 10,625,760 B2 | Granted |
| United States | Apparatus and Method for Gathering Data From Sensors Oriented at an Oblique Angle Relative to a Railway Track | 10,870,441 / 10,807,623 B2 | Granted |
| United States | Broken Wheel Detection System | 10435052 / 10723373 | Granted |
| United States | Sensor Synchronization Apparatus and Method | 9849895 10322734 | Granted |
| United States | Environmental Controller for a sealed structure | 5,082,173 | Granted |
| Canada | Light Emission Power Control Apparatus and Method | 2,893,017 | Granted |
| Canada | Protective Shroud | 2,892,952 | Granted |
| Canada | 3D Track Assessment System and Method | 2,892,885 | Granted |
| Canada | Sensor Synchronization Apparatus and Method | 2,893,007 | Granted |
| Australia | Broken Wheel Detection System | 2,018,224,073 | Granted |