# EXHIBIT C



HOME   ABOUT   APPLICATIONS   INTEGRATORS   NEWS   ARTICLES   EVENTS   CONTACT   FR

# Laser Rail Inspection System (LRAIL™)

Pavemetrics® Laser Rail Inspection System (LR*AIL*™) delivers an entirely new and more cost effective means to inspect railway assets.

Most rail inspection sensors in the marketplace today are limited to a single function; they measure a specific parameter such as gauge, or perform a single task, such as imaging or tie grading.

The LR*AIL* delivers greater ROI by delivering a multi-functional inspection that delivers 2D imaging and 3D scanning in a single pass with fully automated analysis using Artificial Intelligence.

The LR*AIL* captures an impressive 1 mm X and Y, and 0.1 mm Z, resolution scan of the rails, ties and ballast area at speeds up 60 km/h at 1mm intervals (suitable for high-rail mounting), 120 km/h at 2mm intervals, and 180 km/h at 3mm intervals (suitable for dedicated test cars and autonomous box cars).

The LR*AIL*'s Artificial Intelligence algorithms automatically measure and detect changes related to gauge, cross level, alignment, spikes, clips, tie plates, joint gap, joint bar bolting, rail surface wear and tie grade.



### Artificial Intelligence-based Inspection and Change Detection

The LR*AIL*'s advanced Deep Neural Network automatically detects railway components, assesses their condition and detects changes between repeat runs.

### Sensor Technology That is Proven in More than 45 Countries

The LR*AIL* leverages Pavemetrics prolific LCMS® technology; with more than 200 units in use in more than 45 countries, the LCMS is hands-down the most widely adopted and trusted sensor of its kind.

### FRA Field-proven Results

The inspection process is fully computer-driven and objective, with results being just as accurate, and much more repeatable, than manual inspections. The LR*AIL*'s performance has also been field-tested and verified by the United States Federal Railroad Administration (FRA).

### Simultaneous Geometry Measurement, 2D Imaging and 3D Scanning

By capturing both 2D images and 3D profiles all in the same pass, and including Artificial Intelligence-based data processing, the LR*AIL* can easily replace multiple legacy measurement systems. Saving you cost, weight and power.

### See it in Action

Click on the movie below to see high resolution 3D scans from the LRAIL.



## LRAIL MEASUREMENT CAPABILITIES

Rail Geometry

Rail Wear Inspection

Spike Inspection

Clip Inspection

Ballast Level and Fouling Inspection

Cross Tie (Sleeper) Inspection

Change Detection

## OUR PRODUCTS

**ROAD INSPECTION**
 Laser Crack Measurement System (LCMS-2)

**RAILWAY INSPECTION**
 Laser Rail Inspection System (LRAIL)

**DIGITAL TERRAIN MAPPING**
 Laser Digital Terrain Mapping System (LDTM)

**TUNNEL INSPECTION**
 Laser Tunnel Scanning System (LTSS)

**AIRFIELD INSPECTION**
 Laser FOD Detection System (LFOD)

## CONTACT US

General inquiries:
Richard Habel
rhabel@pavemetrics.com
+1 418 210 3629

Sales:
John Laurent
jlaurent@pavemetrics.com
+1 418 210 3909

Technical support:
Jean-François Hébert
jfhebert@pavemetrics.com
+1 418 717 6671





