# EXHIBIT I

# Use of Laser Triangulation and Deep Neural Networks (DNNs) for Railway Track Safety Inspections

## Project Introduction and Update

**Ryan M. Harrington**
**Arthur de O. Lima**
**J. Riley Edwards**
**Marcus S. Dersch**

**Industry Partners Meeting**
16 October 2019
Tucson, AZ



U.S. Department of Transportation
**Federal Railroad Administration**







**Exhibit I**
**- 178 -**

# Outline



► Background and approach
  - Project overview
  - Current inspection characteristics
  - Potential inspection improvements

► Technology and methodology
  - Railmetrics prior experience
  - Deep neural networks
  - Data collection methods

► Progress to date
  - Features of interest
  - Areas inspected
  - Current results
  - Challenges

► Path forward



RailTEC at Illinois | 2

**Exhibit I - 179 -**

# Project Overview



► **Mission** – Evaluate the potential for use of Laser Triangulation and Deep Neural Network (DNN) technologies to provide value-added inspection data to existing geometry car inspection systems

► **Objectives:**

- Improve railway network safety through improved reliability and robustness of track inspections
- Provide value-added inspection data to existing geometry car inspection systems in operating conditions that include both:
  - Locations without a priori knowledge (e.g., the first inspection of a given route)
  - A posteriori scenarios (e.g., a repeat inspection of a route)

► **Timeline:** May 2019 → August 2020

**Project Partners:**





**Industry Partners:**





RailTEC at Illinois | 3

**Exhibit I**
**- 180 -**

# Project Approach



► Use Railmetrics sensors to **collect data on the High Tonnage Loop (HTL)** at the Transportation Technology Center (TTC).
  • Tonnage accumulated by Facility for Accelerated Service Testing (FAST) train operations.

► Scans will be analyzed by RailTEC @ Illinois researchers in order to identify locations with defects and/or degradation in order to **build a condition database**.

► This database will be used by Railmetrics to subsequently **train a DeepCNet-based neural network** in the automated identification of features of interest.

► **Evaluate performance of the DNN** through the analysis of a separate set of test data and comparison of the DNN's outputs to experts.
  • Goal of at least 75% agreement between the DNN and expert raters



RailTEC at Illinois | 4

**Exhibit I**
**- 181 -**

# Current Methods and Proposed Technology



► Current visual inspections (FRA Class 6+)
  • Costly
  • Time consuming
  • Risk associated with personnel on track
  • Impact track capacity



► Alternative technologies
  • Machine learning (in use in industry)
    - Process large amounts of data
    - Reliant on human recommendations
    - Limited to problems designer can solve

  • Deep Neural Network (DNN)
    - Subset of machine learning
    - Develop own analysis method
    - No retraining



Deep Learning

Machine Learning

Artificial Intelligence

RailTEC at Illinois | 5

Exhibit I
- 182 -

# Railmetrics Data Collection







**Successive Scans are Compiled
to Form a Continuous Image**

**Road/Runway/Tunnel/Rail Surface**

Content Developed in Part by Railmetrics

# Railmetrics Data Collection





**Successive Scans are Compiled
to Form a Continuous Image**



**Road/Runway/Tunnel/Rail Surface**

Content Developed in Part by Railmetrics

**Exhibit I
- 184 -**

# Railmetrics Data Collection







**Successive Scans are Compiled to Form a Continuous Image**

Content Developed in Part by Railmetrics

RailTEC at Illinois | 8

Exhibit I
- 185 -

# Railmetrics Data Collection







**Successive Scans are Compiled to Form a Continuous Image**



**Road/Runway/Tunnel/Rail Surface**

Content Developed in Part by Railmetrics

**Exhibit I
- 186 -**

# Scanning Technology



► Two types of scans combined for analysis
  • Unique to Railmetrics

► Intensity Scan
  • Measure intensity of laser light reflected off surface
  • Produce black and white image

► 3D Scan ("Range")
  • Measure elevation
  • Produce 3D profile



**Exhibit I**
**- 187 -**



Intensity Scan

Content Developed in Part by Railmetrics

**Exhibit I**
**- 188 -**



# 3D Scan ("Range")

Content Developed in Part by Railmetrics

**Exhibit I**
**- 189 -**



**Exhibit I**
**- 190 -**

# Benefits of Two Scans





**This is an "Intensity Image" Can you tell which ties/sleepers are bad just by looking at them?**

Content Developed in Part by Railmetrics

**Exhibit I**
**- 191 -**

# Benefits of Two Scans





This tie appeared to be cracked, but isn't

**This is a "Range Image"; we can now detect a bad tie that _appeared_ to be OK based on the Intensity Image alone**

Content Developed in Part by Railmetrics

RailTEC at Illinois | 15

Exhibit I
- 192 -

# High-Rail and Trailer



► Optical wheel encoder
  • Back of trailer
  • Rolls on wheel
  • Trigger image capture

► Data capture
  • RailTEC and/or Railmetrics personnel on site at TTC
  • Images relayed from trailer to computer in high-rail vehicle
  • Uploaded to Railmetrics database for further processing and transfer to RailTEC





RailTEC at Illinois | 16

Exhibit I
- 193 -

# Project Breakdown Overview



► Phase 1:
- Task 1 – Project initiation
- Task 2 – Definition of safety parameters for analysis
- Task 3 – Sensor installation and field data collection
  - Ground truth inspection
  - High rail inspection



► Phase 2:
- Task 4 –Development of features-of-interest database
- Task 5 – DNN training

► Phase 3:
- Task 6 – DNN testing and evaluation
- Task 7 – Final reporting and results dissemination

RailTEC at Illinois | 17

Exhibit I
- 194 -

# Ground Truth Walking Inspections



► Record of features of interest
- Spreadsheet list of features prepared prior to arrival
- Use tablet to categorize ties by type, section and number
  - Concrete, timber, composite, etc.
- Subcategories for features
  - Missing spike, center crack, broken clip, etc.

| Tie #s | CONCRETE | | | | | | |
|---|---|---|---|---|---|---|---|
| | Cent. Crack | Long. Crack | RSD | Broken Shoulder | Insulator Defect | Missing Dowel | Broken Dowel |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |



RailTEC at Illinois | 18

**Exhibit I**
**- 195 -**

# Summary of Progress to Date



► Ground Truth Inspections
- Documented fifteen different features of interest
  - Multiple of same defect documented once per tie
- Approximately 7,500 ties inspected



► Data Collection via High-Rail
- 5 weeks of data collection
- Average 3 runs per week

► Challenges
- Inconsistent judgement
  - Raised spike
- Major issues repaired before detection
  - Broken tie plates
  - Clusters
- Intentional variance interferes
  - Different manufacturers for similar tie plates

RailTEC at Illinois | 19

Exhibit I
- 196 -

# Ground Truth Summary





**Exhibit I**

**- 197 -**

# Path Forward



► Weekly data capture on HTL
  • During Fall 2019 FAST operations
  • Walking inspections as needed

► Initial processing of data for automatic identification of features (Railmetrics)

► Tag new "features of interest" (RailTEC)

► Train DNN (Railmetrics)

► Evaluate DNN performance (Railmetrics)



RailTEC at Illinois | 21

**Exhibit I**
**- 198 -**

# Acknowledgements



► Research Sponsor:



► Subcontractor:



► Industry Partners:

  

► Field Testing Support:



RailTEC at Illinois | 22

Exhibit I
- 199 -

# Project Team Contact Information



**J. Riley Edwards, Ph.D., P.E.**
*Research Sci. and Sr. Lecturer*
jedward2@Illinois.edu

**Marcus S. Dersch, P.E.**
*Principal Research Engineer*
mdersch2@Illinois.edu

**Arthur de O. Lima**
*Research Engineer*
aolima@Illinois.edu

**Ryan M. Harrington**
*Graduate Research Assistant*
rhrrngt2@Illinois.edu

**John Laurent**
*CTO and VP Sales & Marketing*
jlaurent@pavemetrics.com

**Richard Fox-Ivey**
*Principal Consultant*
rfoxivey@pavemetrics.com

**Mario Talbot**
*Scientist*
mtalbot@pavemetrics.com





Exhibit I
- 200 -

# Thank you for your attention!



**J. Riley Edwards**
Research Sci. and Sr. Lecturer
jedward2@Illinois.edu

**Ryan M. Harrington**
Graduate Research Assistant
rhrrngt2@Illinois.edu

**University of Illinois at Urbana-Champaign (UIUC)
Rail Transportation and Engineering Center (RailTEC)**






This project is supported by the National University Rail Center (NURail),
a US DOT-OST Tier 1 University Transportation Center

**Exhibit I
- 201 -**