Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*Pro Hac Vice* pending)
aaron.parker@finnegan.com
David C. Reese (*Pro Hac Vice* pending)
david.reese@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice* pending)
nicholas.cerulli@finnegan.com
Ryan T. Davies (SBN: 330922)
ryan.davies@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
 **GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile:   (202) 408-4400

*Attorneys for Defendant and Counterclaim Plaintiffs*
*TETRA TECH, INC. AND TETRA TECH TAS INC.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>            Plaintiff,<br><br>      v.<br><br>TETRA TECH, INC.<br><br>            Defendant. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**DECLARATION OF AARON PARKER IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Honorable Mark C. Scarsi]**<br><br>**Date: April 5, 2021**<br>**Time: 9:00 a.m.** |

1

| | |
|---|---|
| TETRA TECH, INC.<br><br>           Counterclaim Plaintiff,<br><br>TETRA TECH TAS INC.<br><br>           Third-Party<br>           Counterclaim Plaintiff,<br><br>           v.<br><br>PAVEMETRICS SYSTEMS, INC.<br><br>           Counterclaim<br>           Defendant. | **Courtroom:7C** |

I, Aaron Parker, hereby declare as follows:

    1.    I am an attorney at law admitted to practice in the Commonwealth of Virginia and the District of Columbia and before the United States Court of Appeals for the Federal Circuit and United States Court of Appeals for the Fourth Circuit, among others, and I have applied for admission *pro hac vice* in this matter. I am a partner of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys for Defendant and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc., in the above-captioned matter. The facts stated herein are true and correct and of my personal knowledge, and if called and sworn as a witness, I could and would competently testify thereto under oath.

    2.    Attached hereto as Exhibit M is a true and correct copy of a letter received from Pavemetrics' counsel Christy G. Lea of Knobbe, Martens, Olsen & Bear, LLP via email on February 12, 2021.

    3.    Attached hereto as Exhibit N is a true and correct copy of a document titled

2

1  Pavement Asset Management Program, received as an attachment to Exhibit M from
2  Pavemetrics' counsel Christy G. Lea of Knobbe, Martens, Olsen & Bear, LLP via email
3  on February 12, 2021.

4      4.    Attached hereto as Exhibit O is a true and correct copy of a printout
5  obtained from Pavemetrics' website for LCMS located at
6  http://www.pavemetrics.com/applications/road-inspection/lcms2-en/ on February 25,
7  2021.

8      5.    Attached hereto as Exhibit P is a true and correct copy of a printout
9  obtained from the U.S. Patent and Trademark Office's Trademark Status and Retrieval
10 website showing the status of Trademark Serial No. 90296509.

12 I hereby declare under penalty of perjury under the laws of the United States of
13 America that the foregoing is true and correct. Executed in Washington, D.C. on March
14 3, 2021.

By:     /s/
Aaron L. Parker