# EXHIBIT P

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are loo ing for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | | Back to Search | Print |
|---|---|---|---|---|

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2021-02-22 12:15:00 EST |
| Mark: | RAILMETRICS |

**RAILMETRICS**

| | | | |
|---|---|---|---|
| US Serial Number: | 90296509 | Application Filing Date: | Nov. 03, 2020 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: | | LIVE/APPLICATION/Awaiting Examination The trademark application has been accepted by the Office ( minimum filing requirements) and has not yet been assigned | |
| Status: | New application will be assigned to an examining attorney approximately 3 months after filing date. | | |
| Status Date: | Jan. 03, 2021 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | RAILMETRICS |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| Priority Claimed: | Yes | | |
| Foreign Application Number: | 2059425 | Foreign Application Filing Date: | Oct. 22, 2020 |
| Foreign Application/Registration Country: | CANADA | | |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Electronic inspec ion and de c ion syste s co prised of cameras used in conjunction wi h laser line proje for use in the inspection of transportation infrastructures and detection of changes, defects and alterations t infrastructures; proximity sensors; opto-elec ronic sensors and laser sensors for inspec ion and managemen

**Exhibit P**
**- 090 -**

infrastructure integrity, safety and reliability; computer software and downloadable computer software, all de mapping and management of transportation infrastructures; computer software and downloadable compute the detection of changes, defects, alterations to transportation infrastructures

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 0 1, 023, 026, 036, 03 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) 44(d) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Pavemetrics Systems inc. |
| **Owner Address:** | Suite 1820<br>150, Boulevard René-Lévesque Est<br>Quebec, Quebec CANADA G1R5B1 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CANADA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Michael J, Leonard | **Docket Number:** | 114647.00089 |
| **Attorney Primary Email Address:** | ipdocket@foxrothschild.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MICHAEL J, LEONARD<br>FOX ROTHSCHILD LLP<br>997 LENOX DRIVE, BLDG. 3<br>LAWRENCEVILLE, NEW JERSEY UNITED STATES 08648-2311 |
| **Phone:** | 215-299-2085 |
| **Correspondent e-mail:** | ipdocket@foxrothschild.com<br>mleonard@foxrothschild.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|

Exhibit P
- 091 -

| Jan. 03, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM |
| --- | --- |
| Nov. 28, 2020 | TEAS VOLUNTARY AMENDMENT RECEIVED |
| Nov. 06, 2020 | NEW APPLICATION ENTERED IN TRAM |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Jan. 03, 2021 |
| --- | --- | --- | --- |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load