Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*Pro Hac Vice* pending)
aaron.parker@finnegan.com
David C. Reese (*Pro Hac Vice* pending)
david.reese@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice* pending)
nicholas.cerulli@finnegan.com
Ryan T. Davies (SBN: 330922)
ryan.davies@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Defendant and Counterclaim Plaintiffs*
*TETRA TECH, INC. AND TETRA TECH TAS INC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TETRA TECH, INC.<br><br>　　　　　Defendant. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**COUNTERCLAIM PLAINTIFFS' APPLICATION FOR LEAVE TO SEAL PORTIONS OF ITS MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Honorable Mark C. Scarsi]<br><br>**Date: April 5, 2021<br>Time: 9:00 a.m.<br>Courtroom: 7C** |

1

| | |
|---|---|
| 1 | |
| 2 | TETRA TECH, INC. |
| 3 |           Counterclaim Plaintiff, |
| 4 | TETRA TECH TAS INC. |
| 5 | |
| 6 |           Third-Party Counterclaim Plaintiff, |
| 7 | |
| 8 |     v. |
| 9 | PAVEMETRICS SYSTEMS, INC. |
| 10 | |
| 11 |           Counterclaim Defendant. |

**APPLICATION TO SEAL**

Pursuant to Local Rule 79-5, Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc., through counsel, hereby apply for leave of the Court to seal portions of its Motion for Preliminary Injunction.

As set forth in the sealed Declaration of Aaron Parker filed concurrently herewith, portions of Counterclaim Plaintiffs' Motion for Preliminary Injunction contain highly sensitive pricing strategy, competitive strategy, budgetary plans, vulnerabilities to competitor, and other confidential and proprietary information. *See* Declaration of Aaron Parker in Support of Counterclaim Plaintiffs' Application to file under seal.

The items proposed to be filed under seal are listed below:

1. The unredacted version of the Memorandum of Points and Authorities in Support of Counterclaim Plaintiffs' Motion for Preliminary Injunction;
2. The unredacted version of the Declaration of Gary Keyes in Support of Counterclaim Plaintiffs' Motion for Preliminary Injunction;
3. Exhibit Q to the Declaration of Gary Keyes;

2

4. Exhibit R to the Declaration of Gary Keyes; and

5. Exhibit S to the Declaration of Gary Keyes.

The material is being filed under seal to protect the confidentiality of the information disclosed therein. To the extent possible, Counterclaim Plaintiffs have redacted these materials for filing, omitting only the confidential and proprietary portions of the documents.

Accordingly, Counterclaim Plaintiffs apply for leave to file under seal the identified material and respectfully requests entry of the attached proposed order.

Dated: March 3, 2021　　　　　**CLARK HILL LLP**

By: _____/s/_____
　　　　Donald L. Ridge

*Attorneys for Defendant and Counterclaim Plaintiffs*
TETRA TECH, INC. AND TETRA TECH TAS INC.

Aaron L. Parker (*Pro Hac Vice* pending)
David C. Reese (*Pro Hac Vice* pending)
Nicholas A. Cerulli (*Pro Hac Vice* pending)
Ryan T. Davies (SBN: 330922)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**