1  Donald Ridge, Esq. (SBN: 132171)
   **CLARK HILL LLP**
2  1055 West Seventh Street, Suite 2400
3  Los Angeles, CA 90017
   Telephone: (213) 891-9100
4  Facsimile: (213) 488-1178
5  DRidge@clarkhill.com

6
   Aaron L. Parker (*Pro Hac Vice* pending)
7  aaron.parker@finnegan.com
   David C. Reese (*Pro Hac Vice* pending)
8  david.reese@finnegan.com
9  Nicholas A. Cerulli (*Pro Hac Vice* pending)
   nicholas.cerulli@finnegan.com
10 Ryan T. Davies (SBN: 330922)
11 ryan.davies@finnegan.com
   **FINNEGAN, HENDERSON, FARABOW,**
12  **GARRETT & DUNNER, LLP**
13 901 New York Avenue NW
   Washington, D.C. 20001-4413
14 Telephone: (202) 408-4000
15 Facsimile: (202) 408-4400

16
   *Attorneys for Defendant and Counterclaim Plaintiffs*
17 *TETRA TECH, INC. AND TETRA TECH TAS INC.*

18                **UNITED STATES DISTRICT COURT**
19                **CENTRAL DISTRICT OF CALIFORNIA**

20 | PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
21 | | **DECLARATION OF GARY KEYES IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
22 | Plaintiff, | |
23 | v. | |
24 | TETRA TECH, INC. | **REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** |
25 | | |
26 | Defendant. | [Honorable Mark C. Scarsi] |
27 | | Date: April 5, 2021 |
28 | | Time: 9:00 a.m. |
   | | Courtroom: 7C |

1

| | |
|---|---|
| 1 | |
| 2 | TETRA TECH, INC. |
| 3 |         Counterclaim Plaintiff, |
| 4 | TETRA TECH TAS INC. |
| 5 | |
| 6 |         Third-Party Counterclaim Plaintiff, |
| 7 | |
| 8 |     v. |
| 9 | PAVEMETRICS SYSTEMS, INC. |
| 10 | |
| 11 |         Counterclaim Defendant. |

2

I, Gary Keyes, declare as follows:

1. My name is Gary Keyes. I am over 21 years, have personal knowledge of the facts contained in this declaration, and could and would testify competently to these facts to the best of my knowledge, information, and belief if called upon to do so. I have been employed at Tetra Tech, Inc. for over 19 years. My current title is Vice President. During my time at Tetra Tech, Inc., I have been responsible for matters relating to new ventures, intellectual property, and risk management relating to Tetra Tech, Inc. and its wholly owned subsidiaries, including Tetra Tech TAS Inc.

A. **Tetra Tech's History**

2. Tetra Tech, Inc. was founded in 1966. Tetra Tech, Inc. is a leading provider of worldwide consulting and engineering products and services. Tetra Tech, Inc.'s motto is Leading with Science®. Tetra Tech, Inc. has built a legacy of Leading with Science® by providing innovative, technical solutions for its clients. At Tetra Tech, Inc., we bring together the best technical experts to solve some of the world's most complex problems using the latest tools and technologies. With experts in science, research, engineering, construction, and information technology, Tetra Tech, Inc.'s innovative, sustainable solutions help clients address their water, environment, infrastructure, transportation, resource management, energy, and international development challenges.

3. Tetra Tech, Inc., including through its subsidiaries, has 20,000 associates in 450 worldwide offices. Tetra Tech, Inc.'s capabilities span the entire project life cycle. In keeping with Tetra Tech, Inc.'s full-service reputation and client-focused approach, Tetra Tech TAS Inc., a subsidiary of Tetra Tech, Inc., provides a complete range of innovative products and services in the railroad transportation sector.

4. Throughout this document, I may refer to "Tetra Tech," in which I am referring to either Tetra Tech, Inc. or Tetra Tech TAS Inc. individually or both entities together. Unless I specifically identify one of the two entities, I am referring to one or both of these entities.

1    5.    Tetra Tech focuses heavily on R&D and diligently protects its intellectual
2 property. Tetra Tech carefully considers how and when to introduce its products,
3 thoroughly assessing the relevant market and the impact of its developed solutions for
4 particular applications. Tetra Tech invests resources in its systems both before and
5 after launch by tailoring its proposals to individual clients and by providing
6 installation and follow-up support. Tetra Tech received U.S. Patent No. 10,362,293
7 ("the '293 patent"), entitled 3D Track Assessment System and Method, which issued
8 on July 23, 2019 for one such solution. The '293 patent is directed to a three-
9 dimensional track assessment system ("3DTAS") developed and sold by Tetra Tech.

**B.    Tetra Tech's Negotiations with CSX**

6.    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.

7.    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.

8.    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.

9.    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■









1. ███████████████████████████████
2. ███████████████████████████████
3. ███████████████████████████████
4. ███████████████████████████████
5. ██████████████.
6. 22. ██████████████████████████
7. ███████████████████████████████
8. ██.
9. 23. ██████████████████████████
10. ███████████████████████████████
11. ███████████████████████████████
12. ███████████████████████████████
13. ███████████████████████████████
14. ███████████████████████████████
15. ███████████████████████████████
16. ██████████████.

**C.     The Market for Railroad Inspection Services**

24.     Tetra Tech targets the market of the seven North American Class I railroad companies operating in the U.S., including (1) Burlington Northern Santa Fe, LLC ("BNSF"); (2) CSX Transportation ("CSX"); (3) Canadian National Railway Company ("CN"), (4) Canadian Pacific Railway Limited ("CP"); (5) Norfolk Southern Corporation ("NS"); (6) Kansas City Southern ("KCS"); and (7) Union Pacific Railroad Company ("UP"). To my knowledge, Pavemetrics also targets the group of the Class I railroads, as evidenced by the CSX sale.

25.     Tetra Tech TAS Inc. (Tetra Tech, Inc.'s railroad inspection business) and Pavemetrics are therefore direct competitors at least because we target the same kind of customers and market segment.

26. Among the Class I railroads that Tetra Tech targets, we consider the size of their total route miles to approximately correlate to the opportunity to sell our RailAI™ systems. This is because a Class I customer's need for track assessment is generally proportional to its route miles. CSX represented one of our best opportunities, with approximately 20,000 route miles, similar in size to CN (19,500 route miles) and NS (19,450 route miles). UP and BNSF have approximately 32,000 route miles each, while CP has approximately 14,900 route miles and KCS has 6,700 route miles.

27. As a percentage of the North American Class I route miles, CSX represents approximately one-seventh of the market opportunity for Tetra Tech.

28. The Class I railroads make purchases of automated railroad track inspection system (e.g., items like 3DTAS) infrequently. ███████████████████████████████████████████████████████████.

29. ███████████████████████████████████████████████████████████

30. We anticipated that a customer who purchased an automated railroad track inspection system, such as 3DTAS, would typically remain a customer after making the purchase and would be unlikely to later switch to a competitor's product.

31. Additionally, federal contracts are attractive targets that Tetra Tech desires to bid for and win. Federal contracts do not compare in size to selling RailAI™ track inspection systems to Class I railroads, but they do provide paid research and development opportunities, beneficial publicity, industry connections, and opportunities to build working relationships with other entities in the market, including potential customers. The Federal Railroad Administration (FRA) is one agency within the U.S. Department of Transportation that offers contracts for competitive bidding.

32. Pavemetrics has taken and continues to take away FRA opportunities from Tetra Tech.

### D. Tetra Tech's 3DTAS

33. From its development beginning around 2015, Tetra Tech's 3DTAS was a highly differentiated, high value product that no one else was offering in the market, that is, at least until Pavemetrics introduced their infringing LRAIL.

34. I was not aware of any other competitors having similar offerings as our 3DTAS.

35. Tetra Tech primarily marketed 3DTAS through our product called RailAI™, an unmanned, fully autonomous real-time track inspection platform.

36. We distinguished RailAI™ from other offerings by competitors by advertising the features of our patented 3DTAS technology, including the ability to accurately evaluate railroad features like railroad ties, tie plates, fasteners, and rails. We also advertised that 3DTAS may identify defects associated with identified railroad features. 3DTAS may do this while operating autonomously at high speeds.

37. Our RailAI™ system was described by some as "game-changing."

38. Within the last few years, the FRA has launched several pilot programs to evaluate autonomous track inspection systems.

39. As FRA pilot programs mature to allow autonomous inspection to incrementally replace manual inspection methods, Tetra Tech's 3DTAS holds great promise to revolutionize the railroad track inspection industry.

### E. Pavemetrics' LRAIL Sells for Much Less than Tetra Tech's 3DTAS

40. Pavemetrics markets its LRAIL as a cheaper alternative to Tetra Tech's 3DTAS.

41. To my knowledge, Pavemetrics has offered to sell the LRAIL to CSX for a unit price of ▮▮▮▮▮▮▮▮ the price of Tetra Tech's 3DTAS.

42. Tetra Tech's 3DTAS is marketed as a premium product. It is primarily provided in conjunction with our RailAI™ boxcar. We consider the RailAI™ boxcar

to be the ideal platform for 3DTAS because it enables objective, repeatable, and accurate measurements.

43. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

44. I understand that Pavemetrics offered its LRAIL to CSX for around $500,000-$600,000.

45. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of March, 2021 at Healdsburg, California, USA.

_____
Gary Keyes

11