# EXHIBIT Q

EXHIBIT "Q" TO DECLARATION OF GARY KEYES IN SUPPORT OF
COUNTERCLAIM PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



TETRA TECH TAS

i



**Exhibit Q**
**- 016 -**









**Exhibit Q**
**- 022 -**





**Exhibit Q**
**- 025 -**

