# EXHIBIT R

EXHIBIT "R" TO DECLARATION OF GARY KEYES IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Exhibit R**
**- 030 -**









Exhibit R
- 036 -



**Exhibit R**
**- 037 -**











**Exhibit R**





**Exhibit R**
**- 045 -**





Exhibit R
- 047 -







**Exhibit R**
**- 050 -**







**Exhibit R**
**- 054 -**





**Exhibit R**
**- 056 -**