# EXHIBIT S

EXHIBIT "S" TO DECLARATION OF GARY KEYES IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

















**Exhibit S**









**Exhibit S**
**- 074 -**



**Exhibit S**
**- 076 -**



Exhibit S
- 077 -













**Exhibit S**
**- 086 -**



















**Exhibit S**





**Exhibit S**





**Exhibit S**
**- 107 -**