**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>TETRA TECH, INC.<br><br>        Defendant.<br><hr>TETRA TECH, INC.<br><br>        Counterclaim Plaintiff,<br><br>TETRA TECH TAS INC.<br><br>        Third-Party Counterclaim Plaintiff,<br><br>    v.<br><br>PAVEMETRICS SYSTEMS, INC.<br><br>        Counterclaim Defendant. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF COUNTERCLAIM PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Honorable Mark C. Scarsi]** |

1

Having considered and reviewed Counterclaim Plaintiffs' Application for Leave to Seal Portions of its Motion for Preliminary Injunction, and the documents and papers in support thereof, and

WHEREAS there is good cause as set forth in Counterclaim Plaintiffs' Application, the Court hereby **GRANTS** Counterclaim Plaintiffs' Application for Leave to Seal Portions of its Motion for Preliminary Injunction and Orders that the clerk file under seal:

1. The unredacted version of the Memorandum of Points and Authorities in Support of Counterclaim Plaintiffs' Motion for Preliminary Injunction;
2. The unredacted version of the Declaration of Gary Keyes in Support of Counterclaim Plaintiffs' Motion for Preliminary Injunction;
3. Exhibit Q to the Declaration of Gary Keyes;
4. Exhibit R to the Declaration of Gary Keyes; and
5. Exhibit S to the Declaration of Gary Keyes.

**IT IS SO ORDERED.**

Dated: _____        _____
**HONORABLE MARK C. SCARSI**
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
_____
Donald L. Ridge

*Attorney for Defendants and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc.*