| | |
|---|---|
| 1 | Donald Ridge, Esq. (SBN: 132171) |
| 2 | **CLARK HILL LLP** |
| | 1055 West Seventh Street, Suite 2400 |
| 3 | Los Angeles, CA 90017 |
| 4 | Telephone: (213) 891-9100 |
| | Facsimile: (213) 488-1178 |
| 5 | DRidge@clarkhill.com |
| 6 | |
| 7 | Aaron L. Parker (*Pro Hac Vice* pending) |
| | aaron.parker@finnegan.com |
| 8 | David C. Reese (*Pro Hac Vice* pending) |
| | david.reese@finnegan.com |
| 9 | Nicholas A. Cerulli (*Pro Hac Vice* pending) |
| 10 | nicholas.cerulli@finnegan.com |
| | Ryan T. Davies (SBN: 330922) |
| 11 | ryan.davies@finnegan.com |
| 12 | **FINNEGAN, HENDERSON, FARABOW,** |
| | **GARRETT & DUNNER, LLP** |
| 13 | 901 New York Avenue NW |
| 14 | Washington, D.C. 20001-4413 |
| | Telephone: (202) 408-4000 |
| 15 | Facsimile: (202) 408-4400 |
| 16 | |
| 17 | *Attorneys for Defendant and Counterclaim Plaintiffs*<br>*TETRA TECH, INC. AND TETRA TECH TAS INC.* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | **[Honorable Mark C. Scarsi]** |
| TETRA TECH, INC. | |
| Defendant. | |

1

# CERTIFICATE OF SERVICE
*Pavemetrics Systems, Inc. v. Tetra Tech, Inc.*
**United States District Court for the Central District of California**
**Case No. 2:21-cv-1289 MCS-MMA**

I, the undersigned, am a citizen of the United States and resident of the State of California.  I am an employee of Clark Hill LLP, located at 1055 West Seventh Street, 24th Floor, Los Angeles, California, 90017.  I declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter, action or proceeding.

On March 3, 2021, I caused to be served the foregoing document, described as **COUNTERCLAIM PLAINTIFFS' APPLICATION FOR LEAVE TO SEAL PORTIONS OF ITS MOTION FOR PRELIMINARY INJUNCTION; DECLARATION IN SUPPORT OF APPLICATION FOR LEAVE TO SEAL PORTIONS OF ITS MOTION FOR PRELIMINARY JUNCTION; UNREDACTED DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; EXHIBITS**

in this action, in the manner described below, to the following party(ies):
*SEE ATTACHED SERVICE LIST*

☒ **BY U.S. MAIL:** I deposited such envelope in the mail at Los Angeles, California.  The envelopes were mailed with postage thereon fully prepaid.  I am readily familiar with Clark Hill LLP's practice of collection and processing correspondence for mailing.  Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ **BY FEDERAL EXPRESS**  I am familiar with the firm's practice of collecting and processing correspondence for delivery via Federal Express.  Under that practice, it would be picked up by Federal Express on that same day at Los Angeles, California and delivered to the parties as listed on this Proof of Service the following business morning.

☐ **BY E-MAIL** I caused the above-referenced document to be transmitted via e mail to the parties as listed on this Proof of Service.

///

I have made this service at the direction of a member of the bar of this Court.

I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

Executed on March 3, 2021, at Los Angeles, California

_____
Amanda Melhado- Burke

**SERVICE LIST**
*Pavemetrics Systems, Inc. v. Tetra Tech, Inc.*
**United States District Court for the Central District of California**
**Case No. 2:21-cv-1289 MCS-MMA**

| | |
|---|---|
| Christy L Lea<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street 14th Floor<br>Irving, CA 92614<br>Tel: 949-760-0404<br>Fax: 949-760-9502<br>Email: litigation@kmob.com<br><br>Joseph R Re<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street 14th Floor<br>Irvine, CA 92614<br>Tel: 949-760- 0404<br>Fax: 949- 760-9502<br>Email: litigation@kmob.com | **Attorneys for Pavemetrics Systems, Inc.** |