Nicholas A. Cerulli
Finnegan Henderson
901 New York Ave NW
Washington, D.C. 20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>　　　　　　　　　　　　　　Plaintiff(s)<br>　　　v.<br><br>TETRA TECH, INC.<br><br>　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>2:21-cv-1289 MCS (MAAx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cerulli, Nicholas A.
*Applicant's Name (Last Name, First Name & Middle Initial*

(202) 408-4000　　　　(202) 408-4400
*Telephone Number*　　*Fax Number*

nicholas.cerulli@finnegan.com
*E-Mail Address*

of

Finnegan Henderson
901 New York Ave NW
Washington, D.C. 20001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Tetra Tech, Inc.
Tetra Tech TAS Inc.

*Name(s) of Party(ies) Represent*　　☐ *Plaintiff(s)*　☒ *Defendant(s)*　☒ *Other:* Counterclaim Plaintiff

**and designating as Local Counsel**

Ridge, Donald L.
*Designee's Name (Last Name, First Name & Middle Initial*

132171　　　　(213) 417-5117　　　　(213)488-1178
*Designee's Cal. Bar No.*　*Telephone Number*　*Fax Number*

dridge@clarkhill.com
*E-Mail Address*

of

Clark Hill
1055 West Seventh Street
Suite 2400
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: March 5, 2021**

*/s/ Mark C. Scarsi*

**Mark C. Scarsi, U.S. District Judge**