Aaron L. Parker
Finnegan Henderson
901 New York Ave NW
Washington, D.C. 20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAVEMETRICS SYSTEMS, INC.

Plaintiff(s)

v.

TETRA TECH, INC.

Defendant(s).

CASE NUMBER

2:21-cv-1289 MCS (MAAx)

### ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Aaron L. Parker

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 408-4000          (202) 408-4400

*Telephone Number          Fax Number*

aaron.parker@finnegan.com

*E-Mail Address*

of

Finnegan Henderson
901 New York Ave NW
Washington, D.C. 20001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Tetra Tech, Inc.

Tetra Tech TAS Inc.

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☒ *Other:* ___Counterclaim Plaintiff___

**and designating as Local Counsel**

Ridge, Donald L.

*Designee's Name (Last Name, First Name & Middle Initial)*

132171          (213) 417-5117          (213)488-1178

*Designee's Cal. Bar No.          Telephone Number          Fax Number*

dridge@clarkhill.com

*E-Mail Address*

of

Clark Hill
1055 West Seventh Street
Suite 2400
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒GRANTED

☐DENIED:          ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid** ☐ be refunded ☐ not be refunded.

**Dated: March 5, 2021**

*Mark C. Scarsi*

**Mark C. Scarsi, U.S. District Judge**