David C. Reese
Finnegan Henderson
901 New York Ave NW
Washington, D.C. 20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>v.<br><br>TETRA TECH, INC.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-1289 MCS (MAAx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

David C. Reese                                                                          of   Finnegan Henderson
*Applicant's Name (Last Name, First Name & Middle Initial*                                   901 New York Ave NW
(202) 408-4000            (202) 408-4400                                                     Washington, D.C. 20001
*Telephone Number*        *Fax Number*
david.reese@finnegan.com
*E-Mail Address*                                                                             *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Tetra Tech, Inc.
Tetra Tech TAS Inc.

*Name(s) of Party(ies) Represent*            ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☒ *Other:*   Counterclaim Plaintiff

**and designating as Local Counsel**

Ridge, Donald L.                                                                        of   Clark Hill
*Designee's Name (Last Name, First Name & Middle Initial)*                                   1055 West Seventh Street
132171            (213) 417-5117         (213)488-1178                                       Suite 2400
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*                                Los Angeles, CA 90017
dridge@clarkhill.com
*E-Mail Address*                                                                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application:
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: March 5, 2021**

*Mark C. Scarsi* (signature)

**Mark C. Scarsi, U.S. District Judge**