Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

Donald Ridge, Esq. (SBN: 13171)
CLARK HILL LLP
1055 West Seventh Street, Ste. 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*Pro Hac Vice*)
aaron.parker@finnegan.com
David C. Reese (*Pro Hac Vice*)
david.reese@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice*)
nicholas.cerulli@finnegan.com
Ryan T. Davies (SBN: 330922)
ryan.davies@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant and Counterclaim Plaintiffs TETRA TECH, INC. and TETRA TECH TAS INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TETRA TECH, INC.<br><br>　　　Defendant.<br><br>TETRA TECH, INC.<br><br>　　　Counterclaim Plaintiff<br><br>TETRA TECH TAS INC.<br><br>　　　Third-Party | Case No. 2:21-cv-1289 MCS-MMA<br><br>**JOINT STIPULATION TO MODIFY MOTION HEARING DATE AND BRIEFING SCHEDULE**<br><br><br>Honorable Mark C. Scarsi |

|   |   |   |
|---|---|---|
| | Counterclaim Plaintiff | ) |
| | v. | ) ) |
| | PAVEMETRICS SYSTEMS, INC. | ) ) |
| | Counterclaim Defendant | ) ) ) |

Pursuant to L.R. 7-1, Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") and Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Third-Party Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech") submit this Joint Stipulation to Modify Hearing Date and Briefing Schedule.

WHEREAS, on March 3, 2021, Tetra Tech filed a Motion for Preliminary Injunction and noticed the hearing for April 5, 2021;

WHEREAS, Tetra Tech served Pavemetrics' counsel various documents that Tetra Tech had filed under seal, including its memorandum, one declaration, and three exhibits, via U.S. mail on March 3, 2021, and again, via email on March 4, 2021;

WHEREAS, the current deadline for Pavemetrics' Opposition is March 15, 2021, and the current deadline for Tetra Tech's Reply is March 22, 2021;

WHEREAS, Tetra Tech's Motion seeks to enjoin Pavemetrics from importing, using, offering for sale, and selling its laser rail inspection system known as LRAIL;

WHEREAS, Tetra Tech's memorandum acknowledges that Pavemetrics has been using the LRAIL system since 2017;

WHEREAS, Tetra Tech submitted three declarations and more than 400 pages of exhibits in support of its Motion;

WHEREAS, Pavemetrics disputes virtually all of the contentions in the memorandum and supporting declarations, and contends that it will show it has been selling its LRAIL system since at least 2012;

WHEREAS, Pavemetrics is working with an independent expert and will be submitting multiple declarations and numerous exhibits in support of its Opposition;

WHEREAS, the parties conferred and agreed that the hearing date and briefing deadlines for Tetra Tech's Motion should be changed to allow the parties a reasonable amount of time to fully present the issues before the Court;

WHEREAS, the parties reviewed the Court's Initial Standing Order and conferred and agreed to provide Pavemetrics and Tetra Tech one additional week each to submit their Opposition and Reply papers; and

WHEREAS, the parties also request that the Court move the hearing date by two weeks to April 19, 2021, providing for the same two-week period between the reply brief and the hearing as provided by the current schedule.

NOW, THEREFORE, the parties hereby stipulate to and jointly request that the Court modify the briefing deadlines and hearing date for Tetra Tech's Motion, and enter an Order setting the following modified dates:

| Event | Current Date | Modified Date |
|---|---|---|
| Pavemetrics' deadline to file Opposition papers | March 15, 2021 | March 22, 2021 |
| Tetra Tech's deadline to file Reply papers | March 22, 2021 | April 5, 2021 |
| Hearing | April 5, 2021 at 9:00 am | April 19, 2021 at 9:00 am |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

| | | |
|---|---|---|
| Dated: March 8, 2021 | By: | */s/ Joseph R. Re* |
| | | Joseph R. Re |
| | | Christy G. Lea |
| | | Nicholas M. Zovko |

Attorneys for Plaintiff/Counterclaim Defendant, PAVEMETRICS SYSTEMS, INC.

CLARK HILL LLP

| | | |
|---|---|---|
| Dated: March 8, 2021 | By: | */s/ Donald Ridge* |
| | | Donald Ridge, Esq |

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

| | | |
|---|---|---|
| Dated: March 8, 2021 | By: | */s/ Aaron L. Parker* |
| | | Aaron L. Parker |
| | | David C. Reese |
| | | Nicholas A. Cerulli |
| | | Ryan T. Davies |

Attorneys for Defendant and Counterclaim Plaintiffs TETRA TECH, INC. and TETRA TECH TAS INC.

# ATTESTATION OF E-FILED SIGNATURE

I, Joseph R. Re, attest that all signatories listed above have read and approved this stipulation and consent to the filing of same in this action.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 8, 2021         By: */s/ Joseph R. Re*
                                        Joseph R. Re
                                        Christy G. Lea
                                        Nicholas M. Zovko

Attorneys for Plaintiff/Counterclaim Defendant,
PAVEMETRICS SYSTEMS, INC.