# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. | Case No. 2:21-cv-01289-MCS-MMA <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY MOTION HEARING DATE AND BRIEFING SCHEDULE** <br><br> Honorable Mark C. Scarsi |
| TETRA TECH, INC., <br><br> Counterclaim Plaintiff, <br><br> TETRA TECH TAS INC., <br><br> Third-Party Counterclaim Plaintiff, <br><br> v. <br><br> PAVEMETRICS SYSTEMS, INC., <br><br> Counterclaim Defendant. | |

The Court, having read the parties' Joint Stipulation to Modify Motion Hearing Date and Briefing Schedule, and finding good cause, approves of the Joint Stipulation. The Court modifies the briefing deadlines and hearing date for Tetra Tech's Motion for Preliminary Injunction (ECF No. 17) as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Pavemetrics' deadline to file Opposition papers | March 15, 2021 | March 22, 2021 |
| Tetra Tech's deadline to file Reply papers | March 22, 2021 | April 5, 2021 |
| Hearing | April 5, 2021 at 9:00 am | April 19, 2021 at 9:00 am |

Dated: March 9, 2021

By: *Mark C. Scarsi*
Mark C. Scarsi
United States District Judge