**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>TETRA TECH, INC.<br><br>          Defendant. | CASE NO. 2:21-cv-1289 MCS-MAA<br><br>**ORDER SEALING PORTIONS OF COUNTERCLAIM PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Honorable Mark C. Scarsi]** |
| TETRA TECH, INC.<br><br>          Counterclaim Plaintiff,<br><br>TETRA TECH TAS INC.<br><br>          Third-Party<br>          Counterclaim Plaintiff,<br><br>     v.<br><br>PAVEMETRICS SYSTEMS, INC.<br><br>          Counterclaim Defendant. | |

1

     Having considered and reviewed Counterclaim Plaintiffs' Application for Leave to Seal Portions of its Motion for Preliminary Injunction ("the Application"), and the documents and papers in support thereof, and

     WHEREAS there is good cause as set forth in the Application, the Court hereby **GRANTS** the Application and orders the following documents to be filed under seal:

1. The unredacted version of the Memorandum of Points and Authorities in Support of Counterclaim Plaintiffs' Motion for Preliminary Injunction;
2. The unredacted version of the Declaration of Gary Keyes in Support of Counterclaim Plaintiffs' Motion for Preliminary Injunction;
3. Exhibit Q to the Declaration of Gary Keyes;
4. Exhibit R to the Declaration of Gary Keyes; and
5. Exhibit S to the Declaration of Gary Keyes.

**IT IS SO ORDERED.**

Dated: March 12, 2021

_____
**HONORABLE MARK C. SCARSI**
UNITED STATES DISTRICT JUDGE

2