Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>TETRA TECH, INC.<br><br>    Defendant.<br><br>TETRA TECH, INC.<br><br>    Counterclaim Plaintiff<br><br>TETRA TECH TAS INC.<br><br>    Third-Party Counterclaim Plaintiff<br><br>  v.<br><br>PAVEMETRICS SYSTEMS, INC.<br><br>    Counterclaim Defendant | Case No. 2:21-cv-1289 MCS-MMA<br><br>**DECLARATION OF NICHOLAS M. ZOVKO IN SUPPORT OF PAVEMETRICS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    April 19, 2021<br>Time:   9:00 a.m.<br>Crtrm:  7C<br><br>Honorable Mark C. Scarsi |

I, Nicholas M. Zovko, declare and state as follows:

1. I am a partner in the law firm of Knobbe Martens Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am a member of the bar of this Court, and counsel for Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. in the above-captioned action. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of a highlighted and annotated version of U.S. Patent No. 10,362,293.

3. Attached as **Exhibit 2** is a true and correct copy of highlighted excerpts from the prosecution history of U.S. Patent No. 10,362,293. The excerpts include Claim 1 as originally filed, multiple office actions, multiple responses to office actions, and a notice of allowance.

4. Attached as **Exhibit 3** is a true and correct copy of U.S. Patent No. 4,040,738 to Herbert A. Wagner, titled "Railroad Track Profile Spacing and Alignment Apparatus" and issued on August 9, 1977.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the second volume, titled "Signal Processing and Pattern Recognition," of a book titled "Handbook of Computer Vision and Applications." The book indicates that it was published in 1999 by Academic Press. The excerpts include Chapter 6, titled "Principles of Filter Design."

6. Attached as **Exhibit 5** is a true and correct copy of a paper titled "Automated Railhead Surface Flaw Inspection" by Sue McNeil, Behnam Motazed, Roemer Alfelor, and Thomas Short. The article indicates that it was published by Gordon and Breach Science Publishers in 1999 in a book titled "International Advances in Nondestructive Testing," edited by Warren J. McGonnagle.

/ / /

7. Attached as **Exhibit 6** is a true and correct copy of a doctoral dissertation by Pavel Babenko, titled "Visual Inspection of Railroad Tracks" and dated 2009, which was downloaded from the University of Central Florida Showcase of Text, Archives, Research & Scholarship website at http://purl.fcla.edu/fcla/etd/CFE0002895.

8. Attached as **Exhibit 7** is a true and correct copy of the Final Report for Florida Department of Transportation Project No. BD550-08, dated July 2010, which was downloaded from the Florida Department of Transportation website at http://ftp.fdot.gov/file/d/FTP/FDOT%20LTS/CO/research/Completed_Proj/Summary_PTO/FDOT_BD550-08_rpt.pdf. The report is titled "Automated Visual Inspection/Detection of Railroad Track," and authored by Dr. Mubarak Shah.

9. Attached as **Exhibit 8** is a true and correct copy of U.S. Patent Publication No. 2012/0300060 A1 to Shane M. Farritor, titled "Vision System for Imaging and Measuring Rail Deflection," and published on November 29, 2012.

10. Attached as **Exhibit 9** is a true and correct copy of U.S. Patent Publication No. 2013/0191070 A1 to John J. Kainer et al., titled "System and Method for Inspecting Railroad Ties," and published on July 25, 2013.

11. Attached as **Exhibit 10** is a true and correct copy of a highlighted version of a paper by Samy Metari, Yuanchang Xie, Mario Talbot, Kaiguang Zhao, and John Laurent titled "Automatic Track Inspection Using 3D Laser Profilers to Improve Rail Transit Asset Condition Assessment and State of Good Repair – A Preliminary Study" and dated November 11, 2013, which was reproduced from a disc archived at the Georgia Tech Library. The exhibit includes the Georgia Tech Library catalog listing for the paper and an image of the disk from which the paper was reproduced.

/ / /

12. Attached as **Exhibit 11** is a true and correct copy of a paper titled "Implementation and Validation of a New 3D Automated Pavement Cracking Measurement Equipment," by John Laurent, Daniel Lefebvre, Eric Samson, Yves Savard, and Mathieu Grondin. I understand that the paper was presented at the 11th International Conference on Asphalt Pavements in Japan, held on August 1–6, 2010, and was published in the proceedings of the conference. The paper was downloaded from the indexed link for this paper provided by Google Scholar, http://data.abacus.hr/h-a-d/radovi_s_kongresa/nagoya_japan_2010/90078.pdf.

13. Attached as **Exhibit 12** is a true and correct copy of a highlighted version of a Final Written Decision dated August 25, 2020 in an Inter Partes Review (IPR) proceeding of U.S. Patent No. 9,441,956. Tetra Tech Canada Inc. was the Petitioner, and Georgetown Rail Equipment Company was the Patent Owner, in that IPR proceeding, Case IPR2019-00662.

14. Attached as **Exhibit 13** is a true and correct copy of highlighted excerpts from the 2020 Annual Report for Tetra Tech, Inc., which I downloaded from Tetra Tech's website at https://investor.tetratech.com/financials/annual-reports/ default.aspx.

15. Attached as **Exhibit 14** is a true and correct copy of a highlighted version of a Federal Railroad Administration Track Safety Standards Fact Sheet, which I downloaded from the Federal Railroad Administration's website at https://railroads.dot.gov/newsroom/fact-sheets/fra-track-safety-standards.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 22, 2021 at Foothill Ranch, California.

*/s/ Nicholas M. Zovko*
Nicholas M. Zovko