# Handbook of Computer Vision and Applications

## Volume 2
## Signal Processing and Pattern Recognition

### Editors
### Bernd Jähne

Interdisciplinary Center for Scientific Computing
University of Heidelberg, Heidelberg, Germany
and
Scripps Institution of Oceanography
University of California, San Diego

### Horst Haußecker

### Peter Geißler

Interdisciplinary Center for Scientific Computing
University of Heidelberg, Heidelberg, Germany



ACADEMIC PRESS

San Diego   London   Boston
New York   Sydney   Tokyo   Toronto

**EXHIBIT 4**
**-136-**

This book is printed on acid-free paper. ∞

Copyright © 1999 by Academic Press.

All rights reserved.
No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

The appearance of code at the bottom of the first page of a chapter in this book indicates the Publisher's consent that copies of the chapter may be made for personal or internal use of specific clients. This consent is given on the condition, however, that the copier pay the stated per-copy fee through the Copyright Clearance Center, Inc. (222 Rosewood Drive, Danvers, Massachusetts 01923), for copying beyond that permitted by Sections 107 or 108 of the U.S. Copyright Law. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale. Copy fees for pre-1999 chapters are as shown on the title pages; if no fee code appears on the title page, the copy fee is the same as for current chapters. ISBN 0-12-379770-5/$30.00

ACADEMIC PRESS
*A Division of Harcourt Brace & Company*
525 B Street, Suite 1900, San Diego, CA 92101-4495
http://www.apnet.com

ACADEMIC PRESS
24-28 Oval Road, London NW1 7DX, UK
http://www.hbuk.co.uk/ap/


**Library of Congress Cataloging-In-Publication Data**
Handbook of computer vision and applications / edited by Bernd Jähne, Horst Haussecker, Peter Geissler.
    p.  cm.
  Includes bibliographical references and indexes.
  Contents: v. 1. Sensors and imaging — v. 2. Signal processing and pattern recognition — v. 3. Systems and applications.
  ISBN 0-12-379770-5 (set). — ISBN 0-12-379771-3 (v. 1)
  ISBN 0-12-379772-1 (v. 2). — ISBN 0-12-379773-X (v. 3)
  1. Computer vision — Handbooks, manuals. etc.  I. Jähne, Bernd
  1953–  . II. Haussecker, Horst, 1968–  . III. Geissler, Peter, 1966– .
TA1634.H36  1999
006.3′7 — dc21                                                        98–42541
                                                                          CIP


Printed in the United States of America
99  00  01  02  03  DS  9  8  7  6  5  4  3  2  1

**EXHIBIT 4**
**-137-**

# 6   Principles of Filter Design

Bernd Jähne, Hanno Scharr, and Stefan Körkel

Interdisziplinäres Zentrum für Wissenschaftliches Rechnen (IWR)
Universität Heidelberg, Germany

| | | |
|---|---|---:|
| 6.1 | Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 125 |
| 6.2 | Filter design criteria . . . . . . . . . . . . . . . . . . . . . . . . . | 126 |
| | 6.2.1   Classical design criteria in signal processing . . . . . . | 126 |
| | 6.2.2   Filter design criteria for computer vision . . . . . . . . | 127 |
| 6.3 | Windowing techniques . . . . . . . . . . . . . . . . . . . . . . . . | 128 |
| 6.4 | Filter cascading . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 132 |
| 6.5 | Filter design as an optimization problem . . . . . . . . . . . . . | 133 |
| | 6.5.1   Parameterized ansatz . . . . . . . . . . . . . . . . . . . . . | 134 |
| | 6.5.2   Reference function . . . . . . . . . . . . . . . . . . . . . . . | 136 |
| | 6.5.3   Error functional  . . . . . . . . . . . . . . . . . . . . . . . . | 137 |
| | 6.5.4   Solution strategies . . . . . . . . . . . . . . . . . . . . . . . | 138 |
| | 6.5.5   Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 139 |
| 6.6 | Design of steerable filters and filter families . . . . . . . . . . . | 143 |
| | 6.6.1   Gradient computation  . . . . . . . . . . . . . . . . . . . . | 144 |
| | 6.6.2   Steerable one-dimensional higher-order derivatives  . | 145 |
| | 6.6.3   Optimization of filter families . . . . . . . . . . . . . . . | 145 |
| 6.7 | References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 151 |

## 6.1   Introduction

Filter design is a well-established area both in continuous-time and discrete-time signal processing and subject of standard textbooks [1, 2]. This is not the case, however, for multidimensional signal processing for three reasons:

- Filter design of higher-dimensional signals poses difficult mathematical problems [3, Chapter 2].

- While design criteria for the analysis of 1-D signals (time series) are quite clear, this is less certain for higher-dimensional signals including images.

Handbook of Computer Vision and Applications
Volume 2
Signal Processing and Pattern Recognition

Copyright © 1999 by Academic Press
All rights of reproduction in any form reserved.

**EXHIBIT 4**

**-138-**



**Figure 6.1:** *Design criteria for 1-D filters:* **a** *low-pass; and* **b** *bandpass.*

- The higher the dimension of the signal, the more dominant becomes the question to design efficient filters, that is, filters that can be computed with a minimum number of operations.

Consequently, this chapter starts with a discussion of filter design criteria in Section 6.2. Then two filter design techniques are discussed: windowing (Section 6.3) and filter cascading (Section 6.4). In the final sections, filter design is formulated as an optimization problem (Section 6.5) and applied to the design of steerable filters and filter families (Section 6.6).

## 6.2 Filter design criteria

### 6.2.1 Classical design criteria in signal processing

Filter design is a well-established area both in continuous-time and discrete-time signal processing. Well-defined basic classes of filters can be distinguished. A *low-pass filter* suppresses all frequencies above a certain threshold. Conversely, a *high-pass filter* passes only frequencies above a certain threshold. Finally, a *bandpass filter* transfers frequencies only in a specified frequency range while a *bandstop filter* suppresses all frequencies in a specified band.

With these basic types of filters, the ideal transfer function takes only the values one and zero. Thus the design is centered around the idea of a *passband* and a *stopband* (Fig. 6.1). In the passband, the real transfer function should be one within a tolerance $\delta_1$. Additional constraints may specify the tolerable degree of ripples. In contrast, in the stopband the frequencies should be suppressed as much as possible, with a maximum amplitude of $\delta_2$. Finally, the width of the transition region $v_s - v_p$ determines how fast the filter changes from the passband to the stopband.

**EXHIBIT 4**

**-139-**



**Figure 6.2:** *Disadvantage of classical 1-D filtering for computer vision: convolution of a step edge with an ideal low-pass filter causes overshoots.*

An ideal filter, that is, a filter with a flat passband and stopband and a zero width transition region, can only be realized by a mask with an infinite number of coefficients. This general rule is caused by the reciprocity between the Fourier and space domains (Section 3.2.3). A discontinuity as shown for the ideal low-pass filter in Fig. 6.1a causes the envelope of the filter coefficients to decrease not faster than with $1/x$ from the center coefficient. From the uncertainty relation (Section 3.2.3), we can conclude that the narrower the selected wave-number range of a filter is, the larger its filter mask is.

Discrete-time signal processing is dominated by *causal recursive filters* (Section 5.4). This type of filters is more efficient than finite impulse response filters, that is, less filter coefficients are required to meet the same design criteria.

Filter design of 1-D filters according to the criteria discussed here is treated extensively in standard textbooks of signal processing. Good examples are, for example, [1, Chapter 7] and [2, Chapter 8].

### 6.2.2 Filter design criteria for computer vision

These design criteria for 1-D signals can, in principle, be applied for higher-dimensional signals including images. Depending on the application, the shape of the passband and/or stopband could be either circular (hyperspherical) for isotropic filters or rectangular (hypercubic) for separable filters. However, it is not advisable to use filters designed for the analysis of time series blindly in computer vision.

We demonstrate the disadvantages of these criteria applied to images with an ideal low-pass filter. Figure 6.2 shows that filtering of a step edge with an ideal low-pass filter leads to undesirable overshooting effects including negative gray values. A causal recursive filter—commonly used for time series—causes the edge to shift by a distance proportional to the relaxation length of the filter.

Because both of these effects are undesirable for computer vision, different design criteria have to be applied for filters to be used for

**EXHIBIT 4**
**-140-**

computer vision. It is essential to establish such criteria *before* any design techniques are considered.

The purpose of filtering for computer vision is feature extraction. One of the most general features are gray value changes as they mark the edges of objects. Thus the general design criteria for filters to be used for image processing include the following rules:

**No overshooting at step edges.** This requirement implies monotonic transfer functions.

**No shift** of the center of gravity of an object or of edges of an object. This condition implies that filters have either an even or odd mask in all directions and leads to the four types of FIR filters discussed in Section 5.3.5.

**Isotropy.** In order not to bias any directions in images, smoothing filters, edge detectors, and other filters should generally be isotropic.

**Separability.** Separable filters are preferable because they can generally be computed much more efficiently than equivalent nonseparable filters (Section 5.6.1). This requirement is even more important for higher-dimensional images.

## 6.3 Windowing techniques

Most ideal filters contain discontinuities in their transfer functions. This includes not only the classical low-pass, high-pass, bandpass, and bandstop filters (Fig. 6.1) but also most key filters for low-level higher-dimensional signal processing. The ideal *derivative filter* $i\pi\tilde{k}$ has a hidden discontinuity. It appears right at $\tilde{k} = \pm 1$ where the value jumps from $\pi$ to $-\pi$; the periodic extension of the ideal derivative filter leads to the sawtooth function. The transfer function of the ideal *interpolation filter* mask, the sinc function, is a box function, which is also discontinuous (Section 2.4.4). Finally, the transfer function of the *Hilbert filter*, the sgn function, has a discontinuity at $\tilde{k} = 0$ (Section 4.2.2).

The direct consequence of these discontinuities is that the corresponding nonrecursive filter masks, which are the inverse Fourier transforms of the transfer functions, are infinite. Although recursive filters have an infinite impulse response they do not help to solve this problem. The impulse response of IIR filters always decays exponentially, while discontinuities in the value ($C^0$) or the slope ($C^1$) of the transfer function cause the envelope of the filter coefficients only to decay with $x^{-1}$ or $x^{-2}$, respectively.

The basic principle of filter design techniques by windowing is as follows:

1. Start with ideal transfer functions and compute the corresponding filter coefficients.

**EXHIBIT 4**
**-141-**



**Figure 6.3:** *Transfer functions of some classical window functions (here 20 pixels wide): **a** rectangle and triangle (Barlett) window; **b** cosine (Hanning) and cosine squared window; **c** and **d** show an expanded version of **a** and **b**, respectively.*

2. Apply a window function of finite size to the filter coefficients. The multiplication of the filter coefficients with the window function results in a filter mask with a limited number of coefficients.

3. Check the resulting transfer function by convolving the transfer function of the window with the ideal transfer function and compute critical design parameters. Optimize the window function until the desired criteria are met.

One of the big advantages of the windowing technique for filter design is that it is very easy to predict the deviations from the ideal behavior. As we multiply the filter mask with the window function, the transfer function—according to the convolution theory (Section 3.2.3)—is convolved by the Fourier transform of the window function. Convolution in Fourier space will have no effects where the transfer function is flat or linear-increasing and thus will only change the transfer functions near the discontinuities. Essentially, the discontinuity is blurred by the windowing of the filter mask. The scaling property of the Fourier transform (Section 3.2.3) says that the larger the blurring is the smaller the window is. The exact way in which the discontinuity changes depends on the shape of the window.

**EXHIBIT 4**

**-142-**

***Table 6.1:*** *Some commonly used 1-D window functions with a width of R pixels and their properties. The last column gives the width of the transition range. (For a definition of the* sinc *function and other functions, see Table 3.4.)*

| Name | Form | Transfer function | $\Delta\tilde{k}$ |
|------|------|-------------------|-------------------|
| Rectangular | $\Pi(x/R)$ | $R\,\mathrm{sinc}(R\tilde{k}/2)$ | $1/R$ |
| Triangular | $\Lambda(2x/R)$ | $(R/2)\,\mathrm{sinc}^2(\tilde{k}/4)$ | $2/R$ |
| Cosine | $\cos(2\pi x/R)\Pi(x/R)$ | $(R/(\pi\sqrt{2})(\mathrm{sinc}(R\tilde{k}/2+1/2)+\mathrm{sinc}(R\tilde{k}/2-1/2))$ | $\pi/(2R)$ |
| Cosine squared | $\cos^2(2\pi x/R)\Pi(x/R)$ | $(1/R)(\mathrm{sinc}(R\tilde{k}/2+1)+2\,\mathrm{sinc}(R\tilde{k}/2)+\mathrm{sinc}(R\tilde{k}/2-1))$ | $2/R$ |

Figure 6.3 shows the transfer functions of several common window functions. All transfer functions show unwanted oscillations. The rectangular window gives the sharpest transition but shows also the strongest oscillations decaying only with $k^{-1}$. The oscillations are much less for the cosine (Hanning) and cosine squared window (Fig. 6.3b) but still not completely removed. The triangle window (Bartlett window) has the advantage that its transfer function is nonnegative, resulting in a monotonous low-pass filter.

The Gaussian window is, in principle, infinite. However, it decays very rapidly so that it is not a practical problem. Its big advantage is that the shape of the window and its transfer functions are identical. Moreover, as the Gaussian window is strictly positive in both domains, there are no oscillations at all in the transition region of a transfer function nor any overshooting at step edges in the space domain. For discrete filters, the Gaussian function is well approximated by the binomial distribution.

These are some general properties of window functions for filter design:

- The integral over the transfer function of the window function is one:

$$\int_{-1}^{1} \hat{w}(\tilde{k})\,\mathrm{d}\tilde{k} = 1 \iff w(0) = 1 \tag{6.1}$$

- The integral over the window function is equal to its transfer function at $\tilde{k} = 0$:

$$\int_{-\infty}^{\infty} w(x)\,\mathrm{d}x = \hat{w}(0) \tag{6.2}$$

- The steepness of the transition for a filter with a discontinuity is equal to $\hat{w}(0)$. This simple relation can be obtained by computing

**EXHIBIT 4**
**-143-**



**Figure 6.4:** *Window technique applied to the design of a $2R + 1$ first-order derivative filter for R = 1 to 5. Imaginary part of the transfer function for **a** rectangle; **b** binomial; and **c** triangular window. The dashed line is the ideal transfer function, $i\pi\tilde{k}$.*

the derivative of the convolution between the transfer function of the filter and the window function and using a shifted unit step at $\tilde{k}_0$ for $\hat{h}$:

$$
\begin{aligned}
\frac{d}{d\tilde{k}}(\hat{h} * \hat{w})\big|_{\tilde{k}_0} &= -\int_{-\infty}^{\infty} u(\tilde{k}' - \tilde{k}_0)\frac{d\hat{w}(\tilde{k}_0 - \tilde{k}')}{d\tilde{k}'}\,d\tilde{k}' \\
&= -\int_{\tilde{k}_0}^{\infty} \frac{d\hat{w}(\tilde{k}_0 - \tilde{k}')}{d\tilde{k}'}\,d\tilde{k}' = \hat{w}(0)
\end{aligned}
\tag{6.3}
$$

Thus the transition region is about $1/\hat{w}(0)$ wide.

**Example 6.1: First-order derivative filter**

The transfer function of an ideal derivative filter is purely imaginary and proportional to the wave number:

$$\hat{D} = i\pi\tilde{k}, \quad |\tilde{k}| \le 1 \tag{6.4}$$

An expansion of this transfer function into a Fourier series results in

$$\hat{D}(\tilde{k}) = 2i\left(\sin(\pi\tilde{k}) - \frac{\sin(2\pi\tilde{k})}{2} + \frac{\sin(3\pi\tilde{k})}{3} - \ldots\right) \tag{6.5}$$

**EXHIBIT 4**
**-144-**

corresponding to the following odd filter mask with the coefficients

$$h_r = -h_{-r} = \frac{(-1)^r}{r} \quad r \in [1, R] \tag{6.6}$$

The usage of the rectangular window would be equivalent to keeping only a number of elements in the Fourier series. As Fig. 6.4a shows, the oscillations are still large and the slope of the transfer function at low wave numbers flips with the order of the series between 0 and twice the correct value. Thus, the resulting truncated filter is not useful at all.

Much better results can be gained by using a binomial window function.

| Window | Resulting mask | |
|--------|----------------|---|
| 1/4[1 2 1] | 1/2[1 0 −1] | |
| 1/16[1 4 6 4 1] | 1/12[−1 8 0 −8 1] | (6.7) |
| 1/64[1 6 15 20 15 6 1] | 1/60[1 −9 45 0 −45 9 −1] | |

These approximations show no oscillations; the deviation from the ideal response increases monotonically (Fig. 6.4b). The convergence, however, is quite slow. Even a filter with 11 coefficients ($R = 5$) shows significant deviations from the ideal transfer functions for wave numbers $\tilde{k} > 0.6$.

A triangular window results in other deficits (Fig. 6.4c). Although the transfer function is close to the ideal transfer function for much higher wave numbers, the slope of the transfer function is generally too low.

Example 6.1 indicates some general weaknesses of the windowing technique for filter design. While it is quite useful for filters with flat responses and discontinuities such as ideal low-pass filters in balancing overshooting and ripples vs steepness of the transitions, it does not obviously lead to optimal solutions. It is not clear in which way the filters are improved by the different windows.

## 6.4  Filter cascading

Cascading of simple filters is a valuable approach to filter design, especially for higher-dimensional signals. Complex filters can be built by applying simple 1-D filters repeatedly in all directions of the signal. This approach has a number of significant advantages.

**Known properties.** The properties of the simple filters are well known. The transfer function can be expressed analytically in simple equations. As cascading of filters simply means the multiplication of the transfer functions, the resulting transfer functions for even complex filters can be computed easily and analyzed analytically.

**EXHIBIT 4**
**-145-**

**Arbitrary signal dimension.** If filters can be composed of 1-D filters, that is, they are separable, then filter cascading works not only in two dimensions but also in *any* higher dimension. This greatly simplifies and generalizes the filter design process.

**Efficient computation.** In most cases, filters designed in this way are computed efficiently. This means that the filter cascading approach not only leads to filters that can be analyzed analytically but that can simultaneously be computed very efficiently.

**Inclusion of recursive 1-D filters.** In Section 5.4.2 the inherent difficulty of the design of higher-dimensional recursive filters is pointed out. Thus it appears advantageous to combine the elementary recursive relaxation and resonance filters (Section 5.4.6) with nonrecursive filters. Examples of such filter combinations are shown in Section 6.5.5.

## 6.5 Filter design as an optimization problem

The filter design techniques discussed in the previous sections provide useful ways but it is not really known whether the solutions are optimal. In other words, it is much better to treat filter design in a rigorous way as an optimization problem. This means that we seek an optimal solution in a sense that the filter deviates as little as possible from an ideal filter under given constraints. In order to perform such an approach, it is necessary to define a number of quantities carefully:

**Parameterized ansatz.** The number of coefficients and their values are the parameters to be varied for an optimal filter. This leads to a parameterized *ansatz function* for a specific design criterion of the filter, for example, its transfer function. For optimal results it is, however, of importance to reduce the number of parameters by incorporating given symmetries and other constraints into the ansatz function.

**Reference function.** The reference function describes the ideal design criterion of the filter, for example, the transfer function of the ideal filter (Section 6.5.2). Often better results can be gained, however, if functions related to the transfer function are used as a reference function.

**Error functional.** The deviation of the ansatz function from the reference function is measured by a suitable error functional (Section 6.5.3). Into this error functional often a specific weighting of wave numbers is included. In this way it is possible to optimize a filter for a certain wave number range.

**Optimization strategies.** While the solution is trivial for a linear optimization problem with the Euclidean norm, it can be much harder

**EXHIBIT 4**

**-146-**

for nonlinear approaches, other error norms, and optimization for fixed-point filter coefficients. The strategies to solve the various types of optimization problems in filter design are summarized in Section 6.5.4.

Some examples that illustrate these rigorous optimization techniques for filter design are discussed in Section 6.5.5 in this chapter.

### 6.5.1 Parameterized ansatz

As discussed in Section 5.3.4 the transfer function of a filter can be expressed directly as a function of the filter coefficients. The transfer function of a 1-D filter with $R + 1$ coefficients can generally be written as

$$\hat{h}(\tilde{k}) = \sum_{r=0}^{R} h_r \exp(-\pi i (r - R/2)\tilde{k}) \tag{6.8}$$

This equation corresponds to Eq. (5.18) except that the numbering of the filter coefficients has been rearranged and the correct shift in the exponential term has been considered when the output for filters with even number of coefficients ($R$ odd) is written to a lattice shifted by half a pixel distance.

As all filters that are used in image processing are of odd or even symmetry, their transfer functions reduce to linear combinations of either sine or cosine functions as expressed in Section 5.3.5 by Eqs. (5.24) to (5.27).

If there are additional constraints for a filter to be designed, it is the best approach to include these directly into the ansatz function. In this way it is ensured that the constraints are met. Furthermore, each constraint reduces the number of parameters.

**Example 6.2: First-order derivative filter**

A *first-order derivative filter* of odd symmetry has a purely imaginary transfer function. Therefore the transfer function for a filter with $2R + 1$ coefficients is

$$\hat{D}(\tilde{k}) = 2i \sum_{r=1}^{R} d_r \sin(\pi r \tilde{k}) \tag{6.9}$$

Often it is useful for a derivative filter to force the transfer function for low wave numbers to the correct behavior. At the wave-number origin, the slope of $\hat{D}(\tilde{k})$ has to be 1, so we obtain the constraint

$$1 = 2 \sum_{r=1}^{R} d_r r \tag{6.10}$$

**EXHIBIT 4**
**-147-**

This constraint is used to set the value of the first coefficient $d_1$ to

$$d_1 = 1/2 - \sum_{r=2}^{R} d_r r \tag{6.11}$$

If we introduce this equation into Eq. (6.9), we obtain a new constrained ansatz function with only $R - 1$ parameters:

$$\hat{D}(\tilde{k}) = \mathrm{i} \sin(\pi \tilde{k}) + 2\mathrm{i} \sum_{r=2}^{R} d_r (\sin(\pi r \tilde{k}) - r \sin(\pi \tilde{k})) \tag{6.12}$$

If a recursive filter is included into the first-order derivative filter, the ansatz function becomes nonlinear in the filter coefficients for the recursive part of the filter. The simplest case is the inclusion of the relaxation filter running back and forth as discussed in Section 5.4.6, Eq. (5.55). This filter adds one more parameter $d_0$ and the ansatz function becomes

$$\hat{D}(\tilde{k}) = \frac{(1 - d_0)^2 \left( \mathrm{i} \sin(\pi \tilde{k}) + 2\mathrm{i} \sum_{r=2}^{R} d_r (\sin(\pi r \tilde{k}) - r \sin(\pi \tilde{k})) \right)}{1 + d_0^2 - 2d_0 \cos(\pi \tilde{k})} \tag{6.13}$$

**Example 6.3: Smoothing filter**

A normalized even smoothing filter with a $2R + 1$ mask

$$[b_R, \dots, b_1, b_0, b_1, \dots, b_R] \tag{6.14}$$

meets the constraint that the sum of all coefficients is equal to one. This can be forced by

$$b_0 = 1 - 2 \sum_{r=1}^{R} b_r \tag{6.15}$$

The resulting transfer function $\hat{B}$ can then be written as

$$\hat{B}(\tilde{k}) = 1 + 2 \sum_{r=1}^{R} b_r (\cos(r \pi \tilde{k}) - 1) \tag{6.16}$$

**Example 6.4: Hilbert filter**

A *Hilbert filter* (Section 4.2.2) is also of odd symmetry. Thus it has the same ansatz function as a first-order derivative filter in Eq. (6.9). The constraint applied in Eq. (6.12), however, makes no sense for a Hilbert filter. It may be useful to add the constraint that the Hilbert filter is symmetrical around $\tilde{k} = 0.5$. This additional symmetry constraint

**EXHIBIT 4**
**-148-**

forces all filter coefficients with even $r$ in Eq. (6.9) to zero. Thus the ansatz function for such a symmetric Hilbert filter is

$$\hat{D}(\tilde{k}) = 2\mathrm{i} \sum_{r=1}^{R} d_{2r-1} \sin(\pi(2r-1)\tilde{k}) \tag{6.17}$$

As with the first-order derivative filter, a recursive part can be included into the design of a Hilbert filter. As the correction that is performed by such a recursive filter must also be symmetric around $\tilde{k} = 0.5$ ($\hat{H}(1-\tilde{k}) = \hat{H}(\tilde{k})$) and enhance lower and higher wave numbers, the following ansatz function is useful:

$$\hat{H}(\tilde{k}) = \frac{(1+d_0)^2}{1 + d_0^2 - 2d_0 \cos(2\pi\tilde{k})} 2\mathrm{i} \sum_{r=1}^{R} d_{2r-1} \sin(\pi(2r-1)\tilde{k}) \tag{6.18}$$

The recursive filter is a mirrored *relaxation filter* (Section 5.4.6) with double step width.

### 6.5.2 Reference function

At first glance, it appears that not much has to be said about the reference function because often it is simply the ideal transfer function. This is, however, not always the best choice. As an example, we discuss the reference function for a first-order derivative filter in multidimensional signals.

**Example 6.5: First-order derivative filter**

The transfer function of an ideal first-order derivative filter in the direction $d$ is

$$\hat{D}_d(\tilde{\boldsymbol{k}}) = \mathrm{i}\pi\tilde{k}_d \tag{6.19}$$

This is not always the best choice as a reference function as it is often required that only the gradient direction, for example, for motion determination in spatiotemporal images (Chapter 13), must be correct. The direction of the gradient can be expressed by the angles of polar coordinates in a natural way. The angles $\phi_i$ occurring in $D$-dimensional polar coordinates for the gradient direction are

$$
\begin{aligned}
\phi_1 &= \arctan\left(\tilde{k}_2/\tilde{k}_1\right) & \in & \ ]-\pi,\pi] \\
\phi_d &= \arctan\left(\tilde{k}_{d+1} \Big/ \left(\sum_{d'=1}^{d} \tilde{k}_{d'}^2\right)^{1/2}\right) & \in & \ [-\pi/2, \pi/2]
\end{aligned}
\tag{6.20}
$$

as the ideal transfer function of the derivative is $\hat{D}_0(\tilde{k}) = \mathrm{i}\pi\tilde{k}$. Figure 6.5 explains the square root term in the denominator of the preceding formula for higher dimensions. Thus this set of angles is now the reference function and has to be compared with the angles of the gradient computed by the filter.

**EXHIBIT 4**

**-149-**



**Figure 6.5:** *Definition of the angles in D-dimensional polar coordinates: **a** 2 dimensions, $\phi_1 = \arctan(k_2/k_1)$; and **b** 3 dimensions, $r_2 = (k_1^2 + k_2^2)^{1/2}$ and $\phi_2 = \arctan(k_3/r_2)$.*

This different reference function gives additional degrees of freedom in defining the ansatz function. As only the ratio of the transfer functions of the components of the gradient occurs in the angle computation

$$\frac{\tilde{k}_p}{\tilde{k}_q} = \frac{\hat{D}_p(\tilde{\boldsymbol{k}})}{\hat{D}_q(\tilde{\boldsymbol{k}})} \tag{6.21}$$

the transfer functions can be multiplied by an arbitrary function $\hat{B}(\tilde{\boldsymbol{k}})$. Choosing $\hat{B}(\tilde{\boldsymbol{k}})$ suitably we get a regularized version of a first-order derivative filter

$$\hat{D}_d(\tilde{\boldsymbol{k}}) = i\pi\hat{B}(\tilde{\boldsymbol{k}})\tilde{k}_d \tag{6.22}$$

Approaches like the one just discussed do not fix the transfer function but rather a nonlinear functional of it. Thus the optimization problem becomes nonlinear even if the ansatz function is linear in the filter coefficients.

### 6.5.3 Error functional

In order to compare the ansatz function $a(\tilde{k}, \boldsymbol{h})$, where $\boldsymbol{h}$ is the vector with the parameters, and the reference function $t(\tilde{k})$, a suitable measure for the difference between these two functions is required. An error functional $e(\boldsymbol{h})$ computes the norm of the difference between the two functions by

$$e(\boldsymbol{h}) = \left\| w(\tilde{k}) \left( t(\tilde{k}) - a(\tilde{k}, \boldsymbol{h}) \right) \right\| \Big/ \left\| w(\tilde{k}) \right\| \tag{6.23}$$

**EXHIBIT 4**
**-150-**

In this error functional, the ansatz and reference functions are compared directly. A weighting function $w(\tilde{k})$ is introduced in order to optimize the filter for a certain distribution of wave numbers. This is the error given in all figures and tables (Tables 6.2–6.8) in this chapter. Common norms are $L_1$ (sum of absolute values), $L_2$ (square root of the sum of squares),

$$e^2(\boldsymbol{h}) = \int_0^1 w^2(\tilde{k}) \left( t(\tilde{k}) - a(\tilde{k}, \boldsymbol{h}) \right)^2 \, \mathrm{d}\tilde{k} \Big/ \int_0^1 w^2(\tilde{k}) \, \mathrm{d}\tilde{k} \qquad (6.24)$$

and $L_\infty$ (maximum absolute value):

$$e(\boldsymbol{h}) = \max_{\tilde{k}=0,\dots,1} w(\tilde{k}) \left| t(\tilde{k}) - a(\tilde{k}, \boldsymbol{h}) \right| \Big/ \max_{\tilde{k}=0,\dots,1} w(\tilde{k}) \qquad (6.25)$$

Minimizing one of the first two norms provides the lowest expected mean error, the last one gives the best worst case estimation for an unknown data set or image content.

For multidimensional filters, the evaluation of Eq. (6.23) is extended over the corresponding $k$ space. Often an isotropic weighting function is used. However, this is not required. As a multidimensional signal may have a nonisotropic power spectrum, the weighting function does not need to be isotropic as well.

### 6.5.4  Solution strategies

Generally, the optimization problem is of the form

$$\min_{\boldsymbol{h}} \left\| w(\tilde{\boldsymbol{k}}) \left( t(\tilde{\boldsymbol{k}}) - a(\tilde{\boldsymbol{k}}, \boldsymbol{h}) \right) \right\| = \min_{\boldsymbol{h}} \left\| d(\tilde{\boldsymbol{k}}, \boldsymbol{h}) \right\| \qquad (6.26)$$

This error functional is evaluated over the entire wave-number space. To this end it is required to approximate the continuous $k$ space by discrete samples using a Cartesian lattice. We assume that space is sampled at $J$ wave numbers $\tilde{\boldsymbol{k}}_j$.

In the following, we briefly describe which solution methods have been chosen to solve the various types of optimization problems that arise for different error norms and for real and fixed-point filter coefficients.

**Euclidean norm.**  For the *Euclidean norm* ($L_2$) the minimum of the following expression has to be found:

$$\min_{\boldsymbol{h}} \sum_{j=1}^{J} d^2(\tilde{\boldsymbol{k}}_j, \boldsymbol{h}) \qquad (6.27)$$

**EXHIBIT 4**
**-151-**

This optimization problem is (generally) a nonlinear regression problem. Problems of this type can be solved by a generalized Gauss-Newton-method, for example, [4, Section 6.1] .

**Maximum norm.** Using the *maximum norm* ($L_\infty$), the Eq. (6.26) is not differentiable. Therefore we reformulate the problem using an additional variable $\delta$

$$\delta := \max_{j=1,\dots,J} \left| d(\tilde{\boldsymbol{k}}_j, \boldsymbol{h}) \right| \tag{6.28}$$

and write the maximum of the absolute value in Eq. (6.28) as inequality constraints

$$-\delta \le d(\tilde{\boldsymbol{k}}_j, \boldsymbol{h}) \le \delta \qquad \forall\, j = 1, \dots, J$$

We obtain the following inequality constrained (generally) nonlinear optimization problem

$$\min_{\delta, \boldsymbol{h}} \delta, \text{ subject to } -\delta \le d(\tilde{\boldsymbol{k}}_j, \boldsymbol{h}) \le \delta \qquad \forall\, j = 1, \dots, J \tag{6.29}$$

Such problems can be solved by a successive quadratic programming (SQP) method, for example, [5, Chapter 6] or [4, Section 12.4].

**Fixed-point optimization.** Using the methods described here, we get real numbers for the optimal filter coefficients. Because of recent hardware developments (like Intel's MMX or Sun's VIS) that improve integer arithmetic performance in computational calculations, it is also desirable to optimize filters with integer or rational filter coefficients.

Therefore we formulate the forementioned optimization problems as nonlinear integer problem, more precisely, we discretize the coefficient variable space

$$h_r = \alpha_r / 2^M, \quad r = 1, \dots, R, \ \alpha_r \in \mathbb{Z}$$

with $M$ chosen suitably. We optimize over the integer variables $\alpha_r$ instead of $h_r$. Problems of this type are known to be NP-hard [6, Section I.5]. In our case we use the branch and bound method [7, Chapter 5.3, Section 6.2] combined with the methods as described here for the solution of relaxed problems and some rounding heuristics to find integer feasible solutions.

### 6.5.5 Examples

In this section, some examples illustrate the various optimization techniques discussed in the previous sections.

**EXHIBIT 4**
**-152-**



**Figure 6.6:** *Error in transfer function of optimized 1-D first-order derivative filters. Shown is the absolute deviation from the ideal transfer function* $i\pi\tilde{k}$ *for* ***a*** *nonrecursive filter according to Eq. (6.12) with two free parameters (solid line floating-point solution, narrow-dashed line [28 -9 2]/32 integer coefficients, and wide-dashed line [108 -31 6]/128 integer coefficients); and* ***b*** *recursive filter according to Eq. (6.33) with two free parameters.*

**Table 6.2:** *Filter coefficients of first-order derivative filters optimized according to Eq. (6.12) with $2R + 1$ coefficients. The second column contains the filter coefficients $d_1, \ldots, d_R$ and the lower part of the table the coefficients for fixed-point arithmetic with varying computational accuracy. Boldface filters are an optimal choice with minimal filter coefficients and still an acceptable error as compared to the floating-point solution.*

| $R$ | Filter coefficients | Error |
|---|---|---|
| 1 | 0.5 | $1.5 \times 10^{-1}$ |
| 2 | 0.758, -0.129 | $3.6 \times 10^{-2}$ |
| 3 | 0.848, -0.246, 0.0480 | $1.3 \times 10^{-2}$ |
| 4 | 0.896, -0.315, 0.107, -0.0215 | $5.6 \times 10^{-3}$ |
| 5 | 0.924, -0.360, 0.152, -0.0533, 0.0109 | $2.8 \times 10^{-3}$ |
| 6 | 0.942, -0.391, 0.187, -0.0827, 0.0293, -0.00601 | $1.6 \times 10^{-3}$ |
| **2** | **[6, -1]/8** | $3.60 \times 10^{-2}$ |
| 2 | [12, -2]/16 | $3.60 \times 10^{-2}$ |
| 2 | [24, -4]/32 | $3.60 \times 10^{-2}$ |
| 2 | [48, -8]/64 | $3.60 \times 10^{-2}$ |
| 2 | [96, -16]/128 | $3.60 \times 10^{-2}$ |
| 2 | [194, -33]/256 | $3.57 \times 10^{-2}$ |
| 3 | [6, -1, 0]/8 | $3.6 \times 10^{-2}$ |
| 3 | [12, -2, 0]/16 | $3.6 \times 10^{-2}$ |
| **3** | **[28, -9, 2]/32** | $1.6 \times 10^{-2}$ |
| 3 | [55, -16, 3]/64 | $1.5 \times 10^{-2}$ |
| **3** | **[108, -31, 6]/128** | $1.3 \times 10^{-2}$ |
| 3 | [216, -62, 12]/256 | $1.3 \times 10^{-2}$ |

**EXHIBIT 4**
**-153-**

**Example 6.6: Optimal 1-D first-order derivative filter**

The classical approaches to optimized 1-D derivative filters are well described in standard textbooks [8, 9]. For the optimization of a 1-D first-order derivative filter, the transfer function of the ideal derivative filter (Eq. (6.19)) is directly taken as the reference function.

**Finite impulse response ansatz function.** In this case, we take the ansatz function Eq. (6.12) with the additional constraint that we force the slope of the transfer function for small wave numbers to be $i\pi\tilde{k}$. Equation (6.12) is valid for filters with an odd number of coefficients $(2R + 1)$ with the mask

$$D = [d_R, \ldots, d_1, 0, -d_1, \ldots, -d_R] \qquad (6.30)$$

For even-length filters the mask is

$$D = [d_R, \ldots, d_1, -d_1, \ldots, -d_R] \qquad (6.31)$$

and the ansatz function is slightly different from Eq. (6.12):

$$\hat{D}(\tilde{k}) = i\sin(\pi\tilde{k}/2) + 2i\sum_{r=2}^{R} d_r(\sin(\pi(r-1/2)\tilde{k}) - (r-1/2)\sin(\pi\tilde{k})) \qquad (6.32)$$

**Infinite impulse response ansatz function.** The ansatz function in Eq. (6.13) can be taken for optimization of filters with real filter coefficients for floating-point arithmetic. In integer arithmetic we directly include the coefficent $\alpha_1/2^M$ of the recursive relaxation filter:

$$\hat{D}(\tilde{k}) = i\frac{(1-\alpha_1/2^M)^2}{1+\alpha_1^2/2^{2M} - 2(\alpha_1/2^M)\cos(\pi\tilde{k})} \\ \left(\sin(\pi\tilde{k}) + 2\sum_{r=2}^{R} \alpha_r/2^M(\sin(\pi r\tilde{k}) - r\sin(\pi\tilde{k}))\right) \qquad (6.33)$$

The filter coefficients shown in Tables 6.2 and 6.3 and the corresponding transfer functions depicted in Fig. 6.6 are computed using the $L_2$ norm combined with the weighting function $w(\tilde{k}) = \cos^4(\pi\tilde{k}/2)$.

**Example 6.7: Optimal Hilbert filter**

As an example for the influence of the weighting function we use the 1-D Hilbert filter. As it is separable in $n$-D, the solution is valid for higher dimensions, too.

**Reference function.** We choose the transfer function $\hat{H}_r$ of the ideal Hilbert filter as reference function:

$$\hat{H}_r(\tilde{k}) = i\,\text{sgn}(k)$$

**Ansatz function.** For weighting functions with a symmetry of around $\tilde{k} = 0.5$ we use the ansatz function Eq. (6.17). If the weighting function does not have this symmetry, the optimal filter will not have it

**EXHIBIT 4**
**-154-**

**Table 6.3:** *Filter coefficients of first-order derivative filters optimized according to Eq. (6.33) with $2R + 1$ coefficients; the second column contains the filter coefficients $d_0, d_1, \ldots, d_R$, where $d_0$ is the filter coefficient for the recursive relaxation filter part, and the lower part of the table the coefficients for fixed-point arithmetic (note the loss of coefficients for small denominators shown for $R = 5$).*

| $R$ | Filter coefficients | Error |
|---|---|---|
| 1 | -3.13, 0.5 | $1.1 \times 10^{-2}$ |
| 2 | -0.483, 0.442, 0.0292 | $2.1 \times 10^{-3}$ |
| 3 | -0.583, 0.415, 0.0487, -0.00427 | $6.4 \times 10^{-4}$ |
| 4 | -0.650, 0.402, 0.0596, -0.00851, 0.00112 | $2.4 \times 10^{-4}$ |
| 5 | 0.698, 0.394, 0.0662, -0.0115, 0.00249, -0.000400 | $1.1 \times 10^{-4}$ |
| 1 | [801, 128]/256 | $1.1 \times 10^{-2}$ |
| 2 | [-120, 114, 7]/256 | $2.3 \times 10^{-3}$ |
| 3 | [-146, 107, 12, -1]/256 | $6.8 \times 10^{-4}$ |
| 4 | [-146, 107, 12, -1, 0]/256 | $6.8 \times 10^{-4}$ |
| 5 | [-146, 107, 12, -1, 0, 0]/256 | $6.8 \times 10^{-4}$ |
| 5 | [-651, 414, 59, -8, 1, 0]/1024 | $2.8 \times 10^{-4}$ |
| 5 | [-1495, 799, 142, -26, 6, -1]/2048 | $2.0 \times 10^{-2}$ |

either. In that case we choose a filter mask $[h_R \cdots h_1\ 0\ -h_1 \cdots -h_R]$, as the 1-D Hilbert filter shall be imaginary and antisymmetric. The corresponding transfer function $\hat{H}$ is

$$\hat{H}(\tilde{k}, \boldsymbol{h}) = 2\,\mathrm{i} \sum_{r=1}^{R} h_r \sin(r\pi\tilde{k}) \qquad (6.34)$$

The filter coefficients are computed in $L_2$ norm combined with a weighting function $\cos^4(\pi/2\,\tilde{k})$ and given in Table 6.4. The slow convergence of the error indicates that the ansatz function with the weighting function $\cos^4(\pi/2\,\tilde{k})$ was not chosen properly. It puts the most weight at the discontinuity of the Hilbert filter at $\tilde{k} = 0$ (the discontinuities at $\tilde{k} = \pm 1$ are suppressed), which cannot be well approximated with a series of sinusoidal functions.

The weighting function $\sin^2(\pi\tilde{k})$, which emphasizes wave numbers around $\tilde{k} = 0.5$ and a Hilbert filter that is even with respect to $\tilde{k} = 0.5$, gives much better results (Table 6.5).

**EXHIBIT 4**
**-155-**

**Table 6.4:** *Filter coefficients of Hilbert filters optimized according to Eq. (6.34) with $2R + 1$ coefficients and weighting function $\cos^4(\pi/2\,\tilde{k})$; the second column contains the filter coefficients $d_1, \ldots, d_R$ in floating point arithmetic.*

| $R$ | Filter coefficients | Error |
|-----|---------------------|-------|
| 1 | 0.776 | $5.31 \times 10^{-1}$ |
| 2 | 0.274, 0.439 | $4.53 \times 10^{-1}$ |
| 3 | 0.922, –0.391, 0.467 | $3.89 \times 10^{-1}$ |
| 4 | 0.228, 0.651, 0.426, 0.409 | $3.54 \times 10^{-1}$ |
| 5 | 1.038, –0.671, 0.937, –0.560, 0.394 | $3.26 \times 10^{-1}$ |

**Table 6.5:** *Filter coefficients of Hilbert filters optimized according to Eq. (6.17) with $4R - 1$ coefficients and weighting function $\sin^2(\pi\,\tilde{k})$; The corresponding filter coefficients are given; the second column contains the filter coefficients $d_1, \ldots, d_R$ in floating point arithmetic and the lower part of the table the coefficients for fixed-point arithmetic.*

| $R$ | Filter coefficients | Error |
|-----|---------------------|-------|
| 1 | 0.543 | $1.3 \times 10^{-1}$ |
| 2 | 0.599, 0.111 | $4.4 \times 10^{-2}$ |
| 3 | 0.616, 0.154, 0.0431 | $2.1 \times 10^{-2}$ |
| 4 | 0.624, 0.175, 0.0698, 0.0214 | $1.2 \times 10^{-2}$ |
| 5 | 0.627, 0.186, 0.0861, 0.0384, 0.0122 | $7.5 \times 10^{-3}$ |
| 1 | [139]/256 | $1.3 \times 10^{-1}$ |
| 2 | [153, 28]/256 | $4.4 \times 10^{-2}$ |
| 3 | [158, 40, 11]/256 | $2.1 \times 10^{-2}$ |
| 4 | [160, 46, 19, 6]/256 | $1.2 \times 10^{-2}$ |
| 5 | [161, 48, 22, 10, 3]/256 | $8.0 \times 10^{-3}$ |

## 6.6 Design of steerable filters and filter families

Steerable filters are well described in the literature [for example, 10, 11, 12, 13, 14, 15]. Because of existing detailed mathematical treatments [see, for example, 16, 17], only a short introduction to steerability shall be given here. As angular steerability is the most common case, it is used as an explanatory example, but steerability in any other domain works in the same way.

Steerable filters are a special case of filter families, fulfilling the sampling theorem (see Section 2.4) exactly in a specific domain. Therefore, the interpolation of the filter responses to a continuous response is exactly possible.

**EXHIBIT 4**
**-156-**

**Example 6.8: Angular steerability**

The question to answer is: Wanting to compute the exact answer of an anisotropic filter at any angle $\alpha$ only by linear combination of its answers at $n$ given angles, which shape must it have? Or: Which properties has a signal to fulfill to be reconstructable to a continuous periodic signal (the answer of the filter at $\alpha$) only by knowing $n$ samples of the signal?

As we learned from Section 2.4 the signal has to be bandlimited. Further, the first Brillouin zone of the (discrete) Fourier domain of this signal must contain only $n$ nonzero values. This implies that we have to smooth the signal by a suitable convolution first to obtain a signal we are able to reconstruct by $n$ samples. Then we can sample the signal at least $n$ points.

Having this in mind, the shape of an angular steerable filter is clear. Its angular part is the kernel of the smoothing convolution, its radial part is arbitrary.

### 6.6.1 Gradient computation

The smallest nontrivial set of steerable filters contains two filters in a 1-D domain like the one given by the angle $\alpha$ in 2-D polar coordinates. The signal $s(\alpha)$ we are able to reconstruct with only two samples is

$$s(\alpha) = \cos(\alpha - \alpha_0)$$

The smoothing kernel $k(\alpha)$ therefore is

$$k(\alpha) = \cos(\alpha)$$

This gives us the most common pair of steerable filters $\mathcal{D}$

$$\hat{D}_x(r, \phi) = \qquad f(r)\, k(\phi) = \qquad f(r)\, \cos(\phi)$$
$$\hat{D}_y(r, \phi) = \quad f(r)\, k(\phi - \pi/2) = \quad f(r)\, \sin(\phi)\,,$$

where $f(r)$ is the arbitrary radial component of the transfer function $\hat{D}$. These filters are derivative filters and $\alpha_0$ is the direction of the gradient. With $\boldsymbol{D}$ denoting the result of a convolution of the image with the operator $\mathcal{D}$, the direction is computed by

$$\alpha_0 = \arctan(\frac{\boldsymbol{D}_y}{\boldsymbol{D}_x}) \tag{6.35}$$

as we can see by the reconstruction, that is, the interpolation of the signal $s(\alpha)$

$$s(\alpha) = \boldsymbol{D}_x \cos(\alpha) + \boldsymbol{D}_y \sin(\alpha) \tag{6.36}$$

Please note the difference between the angle $\alpha$ of the interpolating functions and the parameters $r$ and $\phi$ used in the integration to obtain the

**EXHIBIT 4**
**-157-**

filter values. The maximum of the signal is computed by building its derivative and solving for its zero crossing:

$$
\begin{aligned}
s'(\alpha_0) &= -\boldsymbol{D}_x \sin(\alpha_0) + \boldsymbol{D}_y \cos(\alpha_0) \stackrel{!}{=} 0 \\
\Leftrightarrow \alpha_0 &= \arctan(\frac{\boldsymbol{D}_y}{\boldsymbol{D}_x})
\end{aligned}
$$

Similar results can be received for higher dimensions (compare Section 6.5.2).

### 6.6.2 Steerable one-dimensional higher-order derivatives

Using Eq. (6.36) for the exact computation of a steerable derivative, we get steerable higher order 1-D derivatives $\boldsymbol{D}_\alpha^n$ by

$$
\boldsymbol{D}_\alpha^n = (\boldsymbol{D}_x \cos(\alpha) + \boldsymbol{D}_y \sin(\alpha))^n
$$

for example, for the case $n = 2$ we obtain

$$
\begin{aligned}
\boldsymbol{D}_\alpha^2 &= (\boldsymbol{D}_x \cos(\alpha) + \boldsymbol{D}_y \sin(\alpha))^2 \\
&= \boldsymbol{D}_x^2 \cos^2(\alpha) + 2\boldsymbol{D}_x \boldsymbol{D}_y \cos(\alpha)\sin(\alpha) + \boldsymbol{D}_y^2 \sin^2(\alpha)
\end{aligned}
$$

where the successive application of the derivative filters can be replaced by the filter family $\mathcal{D}_{xx} := \mathcal{D}_x^2$, $\mathcal{D}_{xy} := \mathcal{D}_x \mathcal{D}_y$, $\mathcal{D}_{yy} := \mathcal{D}_y^2$. As in the preceding, the direction of maximal $D_\alpha^2$ can be found in the zero crossing of its derivative. The angle $\alpha_0$ of this direction is

$$
\alpha_0 = \frac{1}{2}\arctan(\frac{2\boldsymbol{D}_{xy}}{\boldsymbol{D}_{yy} - \boldsymbol{D}_{xx}}) \tag{6.37}
$$

### 6.6.3 Optimization of filter families

Having any property of a filter family formulated in Fourier space, we can optimize the whole family with the method already described here (see Section 6.5). Examples for these properties are Eqs. (6.35) and (6.37). Given the spatial support and the symmetries of the filters, these equations yield both a reference function and an ansatz function.

#### Example 6.9: Gradient—Cartesian lattice

As we have already seen in Section 6.6.1, optimizing the direction of the gradient is equivalent to an optimization of a steerable filter pair. As before, the characteristic design criterion is formulated in the reference function.

**Reference function.** We use the direction $\phi$ of the gradient as reference. For the 2-D case it is

$$
\phi_{0,0}(\tilde{\boldsymbol{k}}) = \arctan(\frac{\tilde{k}_y}{\tilde{k}_x})
$$

**EXHIBIT 4**
**-158-**

in 3-D

$$\phi_{0,0}(\tilde{\boldsymbol{k}}) = \arctan(\frac{\tilde{k}_y}{\tilde{k}_x}), \qquad \phi_{1,0}(\tilde{\boldsymbol{k}}) = \arctan(\frac{\tilde{k}_z}{\sqrt{\tilde{k}_x^2 + \tilde{k}_y^2}})$$

(compare Example 6.5).

**Ansatz function.** In an n-D isotropic domain a separable derivative filter with the same support length in every coordinate direction can be composed of a 1-D derivative filter $D^1$ and the same smoothing filter $B$ for any other direction. In 2-D the filters $D$ are

$$D_x = D_x^1 * B_y, \qquad D_y = D_y^1 * B_x$$

In 3-D the filters $D$ are

$$D_x = D_x^1 * B_y * B_z, \qquad D_y = D_y^1 * B_x * B_z, \qquad D_z = D_z^1 * B_x * B_y$$

The transfer function of the smoothing filter and the derivative are given in Eq. (6.16) and Eqs. (6.12) and (6.32) respectively. The ansatz function $\phi(\tilde{\boldsymbol{k}}, \boldsymbol{d})$ in 2-D is

$$\phi_0(\tilde{\boldsymbol{k}}, \boldsymbol{d}) = \arctan(\frac{\hat{D}_y}{\hat{D}_x})$$

in 3-D

$$\phi_0(\tilde{\boldsymbol{k}}, \boldsymbol{d}) = \arctan(\frac{\hat{D}_y}{\hat{D}_x}), \qquad \phi_1(\tilde{\boldsymbol{k}}, \boldsymbol{d}) = \arctan(\frac{\hat{D}_z}{\sqrt{\hat{D}_x^2 + \hat{D}_y^2}})$$

Please note that the application of a filter to an image in Fourier space is a multiplication. Therefore the image data in the fraction cancel out.

**Error.** The error function $d(\tilde{\boldsymbol{k}}, \boldsymbol{d})$ is computed straightforward. In 2-D it is

$$d(\tilde{\boldsymbol{k}}, \boldsymbol{d}) = \phi_0(\tilde{\boldsymbol{k}}, \boldsymbol{d}) - \phi_{0,0}(\tilde{\boldsymbol{k}}) \qquad (6.38)$$

and in 3-D

$$d(\tilde{\boldsymbol{k}}, \boldsymbol{d}) = \sqrt{(\phi_0(\tilde{\boldsymbol{k}}, \boldsymbol{d}) - \phi_{0,0}(\tilde{\boldsymbol{k}}))^2 + (\phi_1(\tilde{\boldsymbol{k}}, \boldsymbol{d}) - \phi_{1,0}(\tilde{\boldsymbol{k}}))^2} \qquad (6.39)$$

**Results.** The filters in Table 6.6 are optimized in $L_2$ norm combined with a weighting function $\Pi_i \cos^4(\pi/2\, \tilde{k}_i)$. Some plots for the magnitude of the angle error in degree for the direction of the biggest error (22.5°) can be found in Fig. 6.7.

**EXHIBIT 4**
**-159-**

*Table 6.6: Filter coefficients for derivative filters optimized according to either Eq. (6.38) or Eq. (6.39). The first and second columns contain the filter parts. The first part of the table lists well-known approaches, followed by optimal filters in floating point and fixed-point arithmetic. The last part summarizes the results of a study on varying the denominator for fixed-point arithmetic.*

| Derivative (odd mask) | Smoothing (even mask) | Error $[10^{-4}]$ | Name |
|---|---|---|---|
| [1, 0]/2 | none | 400 | 3 tab |
| [1, 2, 0]/6 | none | 1700 | 5 tab.a |
| [-1, 8, 0]/12 | none | 150 | 5 tab.b |
| [1] | [1]/2 | 180 | 2×2 |
| [1, 0]/2 | [1, 2]/4 | 190 | Sobel |
| [-1, 8, 0]/12 | [1, 4, 6]/16 | 800 | 5×5 Gauß |
| [-0.262, 1.525, 0 ] | none | 93 | 5-tab.opt |
| [1, 0]/2 | [46.84 162.32]/256 | 22 | 3×3-opt |
| [77.68, 139.48]/256 | [16.44, 111.56]/256 | 3.4 | 4×4-opt |
| [21.27, 85.46, 0]/256 | [5.91, 61.77, 120.64]/256 | 0.67 | 5 ×5-opt |
| [21.38, 85.24, 0]/256 | [5.96, 61.81, 120.46]/256 | 1.1 | 5×5×5-opt |
| [-67, 390 0]/256 | none | 92 | 5-tab.int |
| [1, 0]/2 | [47, 162]/256 | 22 | 3×3-int |
| [76, 142]/256 | [16, 112]/256 | 3.9 | 4×4-int |
| [24, 80, 0]/256 | [7, 63, 116]/256 | 1.9 | 5×5-int |
| [1, 0]/2 | [1, 2]/4 | 190 | 3×3-int |
| [1, 0]/2 | [1, 6]/8 | 150 | 3×3-int |
| [1, 0]/2 | [3, 10]/16 | 26 | 3×3-int |
| [1, 0]/2 | [6, 20]/32 | 26 | 3 ×3-int |
| [1, 0]/2 | [12, 40]/64 | 26 | 3×3-int |
| [1, 0]/2 | [23, 82]/128 | 25 | 3×3-int |
| [1, 0]/2 | [47, 162]/256 | 23.16 | 3×3-int |
| [1, 0]/2 | [46.84, 162.32]/256 | 23.11 | 3×3-opt |

**Example 6.10: Gradient filters on a hexagonal grid**

On a hexagonal grid only the ansatz function differs from the Cartesian case; reference function and error are the same. As in the Cartesian case there are two ways to get an ansatz function: a direct one simply using the fact that we want to compute the derivative; and a steerable one respecting the fact that we want to compute a direction.

**EXHIBIT 4**
**-160-**



**Figure 6.7:** *Magnitude of the angle error in degree for the direction of the largest error (22.5°). Upper line: 3 × 3-filters (**a** symmetric difference, **b** Sobel, **c** optimized). Lower line: 5 × 5-filters (**d** [-1 8 0 -8 1]/16, **e** derivative of Gauss, **f** optimized; refer to results in Example 6.9 and Table 6.6). Please note the different scales of the y axes.*

**Direct ansatz.** A direct ansatz for the derivative filters is

$$D_x = \frac{1}{2}\begin{bmatrix} d & -d \\ 1-d & 0 & -(1-d) \\ d & -d \end{bmatrix} \qquad (6.40)$$

$$D_y = \frac{1}{2\sqrt{3}}\begin{bmatrix} -1 & -1 \\ 0 & 0 & 0 \\ 1 & 1 \end{bmatrix} \qquad (6.41)$$

with the transfer functions

$$\hat{D}_x = (1-d)\sin(\pi\tilde{k}_x) + 2d\cos(\frac{\sqrt{3}\pi}{2}\tilde{k}_y)\sin(\frac{\pi}{2}\tilde{k}_x)$$

$$\hat{D}_y = \frac{2}{\sqrt{3}}\sin(\frac{\sqrt{3}\pi}{2}\tilde{k}_y)\cos(\frac{\pi}{2}\tilde{k}_x)$$

For this size of filters there are no more degrees of freedom, considering the symmetries and the claim $\hat{D}(\tilde{\boldsymbol{k}} = 0) = i$. With these filters the reference function and error can be computed in the same way as in the 2-D case on a Cartesian grid.

**Steerability ansatz.** Gradient computation can be understood as computation of the maximum of the response $D_\phi$ of a set of steerable

**EXHIBIT 4**

**-161-**

**Table 6.7:** *Filter coefficients of a first-order derivative filter optimized for hexagonal lattices. The first column contains the filter coefficient in floating point and fixed-point arithmetic.*

| Filter coefficient $d$ | Error |
|---|---|
| 85.31/256 | $1.28 \times 10^{-5}$ |
| 85/256 | $1.59 \times 10^{-5}$ |

directional derivative filters. They are of the same form as $D_x$ in Eq. (6.40) for all three equivalent directions. The ansatz then is

$$D_\phi = D_1 \cos(\phi) + D_2 \cos(\phi + \frac{\pi}{3}) + D_3 \cos(\phi + \frac{2\pi}{3})$$

For the maximum at $\phi_0$, we get

$$0 = D'_\phi \Leftrightarrow 0 = D_1 \sin(\phi_0) + D_2 \sin(\phi_0 + \frac{\pi}{3}) + D_3 \sin(\phi_0 + \frac{2\pi}{3})$$

$$\Leftrightarrow 0 = (D_1 + \frac{1}{2} D_2 - \frac{1}{2} D_3) \sin(\phi_0) + (\frac{\sqrt{3}}{2} D_2 + \frac{\sqrt{3}}{2} D_3) \cos(\phi_0)$$

The sum of filters ($\frac{\sqrt{3}}{2} D_2 + \frac{\sqrt{3}}{2} D_3$) yields exactly $3 D_y/2$ of Eq. (6.41), $(D_1 + D_2/2 - D_3/2)$ is equal to $3 D_x/2$ of Eq. (6.40) for an adequate choice of the parameter $d$. This implies, as in the Cartesian case, that the steerable ansatz and the derivative ansatz lead to an identical optimization.

**Results.** For comparability, the results that follow are obtained with the same norm and weighting function as Example 6.9. Table 6.7 shows that the error of this filter with a single(!) parameter is about a factor 5 smaller than for the 5×5-opt filter on a Cartesian lattice providing 3 free parameters for optimization (see Fig. 10.2).

**Example 6.11: Steerable 1-D second-order derivative**

According to Section 6.6.2 we demonstrate how to optimize a filter family designed to compute the maximum direction of a 1-D second-order derivative.

**Reference function.** We use the direction $\phi_0$ of maximal second-order 1-D derivative as reference. Referring to Eq. (6.37) it is

$$\phi_0(\tilde{\boldsymbol{k}}) = \frac{1}{2} \arctan(\frac{2\,\tilde{k}_x\,\tilde{k}_y}{\tilde{k}_y^2 - \tilde{k}_x^2})$$

**Ansatz function.** As in the preceding (see Example 6.9), separable filters can be composed by 1-D derivative filters $D^1$ and 1-D smoothing filters $B$. As in Section 6.6.2 we need

$$D_{xx} = D_x^1 * D_x^1 * B_x * B_y$$
$$D_{yy} = D_y^1 * D_y^1 * B_x * B_y$$
$$D_{xy} = D_x^1 * D_y^1 * B_x * B_y$$

**EXHIBIT 4**
**-162-**

**Table 6.8:** *Filter coefficients $d_i$ of the optimized second-order steerable deriva-tive filter basis according to Eq. (6.42); the first column contains the filter coef-ficients; the first part of the table lists well-known approaches, followed by the optimal filters in floating point arithmetic.*

| Filter coefficients | Error |
|---|---|
| 1/12, 0, 0, -1/6 | $4.69 \times 10^{-2}$ |
| 1/12, 4/16, 1/16, -1/6 | $3.72 \times 10^{-2}$ |
| 0.208, 0.113, -0.137, 0.128 | $2.54 \times 10^{-4}$ |

where the symbols for the filters do not always denote the same filter but the same filter behavior. For example, a $5 \times 5$ filter family is

$$
\begin{aligned}
D_{xx} &= [1\,-1]_x * [1\,-1]_x * [d_0\,(1-2\,d_0)\,d_0]_x * \\
&\quad [d_2\,d_1\,(1-2(d_1+d_2))\,d_1\,d_2]_y, \\
D_{yy} &= [1\,-1]_y * [1\,-1]_y * [d_0\,(1-2\,d_0)\,d_0]_y * \\
&\quad [d_2\,d_1\,(1-2(d_1+d_2))\,d_1\,d_2]_x, \\
D_{xy} &= \tfrac{1}{4}[d_3\,(1-2d_3)\,0\,-(1-2d_3)\,-d_3]_x * \\
&\quad [d_3\,(1-2d_3)\,0\,-(1-2d_3)\,-d_3]_y
\end{aligned}
\tag{6.42}
$$

For this filter family all symmetries and degrees of freedom $\boldsymbol{d}$ are already considered. Standard parameter choices are

$$d_0 = 1/12, \quad d_1 = d_2 = 0, \quad d_3 = -1/6$$

and

$$d_0 = 1/12, \quad d_1 = 4/16, \quad d_2 = 1/16, \quad d_3 = -1/6$$

where the occurring derivative filters are optimized for small $\tilde{k}$ and there is either no or Gaussian smoothing in cross direction. The ansatz function $\phi$ is

$$\phi(\tilde{\boldsymbol{k}}, \boldsymbol{d}) = \frac{1}{2} \arctan\left(\frac{2\hat{D}_{xy}}{\hat{D}_{yy} - \hat{D}_{xx}}\right)$$

The transfer function of the smoothing filters $B$ and the derivatives $d$ are given in Eq. (6.16) and Eqs. (6.12) and (6.32), respectively.

**Results.** For the example filter family of Eq. (6.42) the parameters $\boldsymbol{d}$ are given in Table 6.8. All results are computed in $L_2$ norm combined with the weighting function $\Pi_i \cos(\pi/2\,\tilde{k}_i)^4$.

**EXHIBIT 4**
**-163-**

## 6.7   References

[1] Oppenheim, (1975). *Digital signal processing*. Englewood Cliffs, NJ: Pentice-Hall.

[2] Proakis, J. G. and Manolakis, D. G., (1992). *Digital Signal Processing. Principles, Algorithms, and Applications*. New York: McMillan.

[3] Lim, J. S., (1990). *Two-dimensional Signal and Image Processing*. Englewood Cliffs, NJ: Prentice-Hall.

[4] Fletcher, R., (1987). *Practical Methods of Optimization*, 2 edition. New York: Wiley.

[5] Gill, P., Murray, W., and Wright, M., (1981). *Practical Optimization*. London: Academic Press.

[6] Nemhauser, G. and Wolsey, L., (1988). *Integer and Combinatorial Optimization*. New York: J. Wiley.

[7] Floudas, C., (1995). *Nonlinear and Mixed-Integer Optimization*. Oxford: Oxford University Press.

[8] Oppenheim, A. V. and Schafer, R. W., (1989). *Discrete-Time Signal Processing*. Englewood Cliffs, NJ: Prentice Hall.

[9] Proakis, J. G. and Manolakis, D. G., (1992). *Digital Signal Processing, Principles, Algorithms, and Applications*. New York: Macmillan.

[10] Karasaridis, A. and Simoncelli, E. P., (1996). A filter design technique for steerable pyramid image transforms. In *ICASSP*, Vol. IV, pp. 2389–2392. Atlanta, GA: IEEE Sig. Proc. Society.

[11] Manduchi, R. and Perona, P., (1995). Pyramidal implementation of deformable kernels. In *Proc. International Conference on Image Processing*, pp. 378–381. Washington: IEEE.

[12] Perona, P., (1991). *Deformable kernels for early vision*. Technical Report MIT-LIDS-P-2039, California Institute of Technology 116-81, Pasadena. CA 91126, USA.

[13] Perona, P., (1992). Steerable-scalable kernels for edge detection and junction analysis. *Image and Vision Comp.*, **10**:663–672.

[14] Simoncelli, E. and Farid, H., (1996). Steerable Wedge Filters for Local Orientation Analysis. *IEEE Trans Image Proc*, **5**(9):1377–1382.

[15] Simoncelli, E. P., Freeman, W. T., Adelson, E. H., and Heeger, D. J., (1992). Shiftable multiscale transforms. *IEEE Trans. Information Theory*, **38**:587–607.

[16] Manduchi, R., Perona, P., and Shy, D., (1997). *Efficient implementation of deformable filter banks*. Technical Report CNS-TR-97-04, California Institute of Technology 116-81, Pasadena. CA 91126, USA.

[17] Freeman, W. T. and Adelson, E. H., (1991). The design and use of steerable filters. *IEEE Trans. Patt. Anal. Mach. Intell.*, **13**:891–906.

**EXHIBIT 4**
**-164-**