# International Advances in
# **Nondestructive Testing**

**Volume 16**

Edited by

Warren J. McGonnagle

GORDON AND BREACH SCIENCE PUBLISHERS

Philadelphia Reading Paris Montreux Tokyo Melbourne

**EXHIBIT 5**
**-165-**

Copyright © 1991 by Gordon and Breach Science Publishers S.A., Post Office Box 161, 1820 Montreux 2, Switzerland. All rights reserved.

**Gordon and Breach Science Publishers**

5301 Tacony Street, Drawer 330     3-14-9, Okubo
Philadelphia, Pennsylvania 19137   Shinjuku-ku, Tokyo 169
United States of America           Japan

Post Office Box 90                 Private Bag 8
Reading, Berkshire RG1 8JL         Camberwell, Victoria 3124
United Kingdom                     Australia

58, rue Lhomond
75005 Paris
France

"Acousto-Ultrasonic Verification of the Strength of Filament Wound Composite Material" by Harold E. Kautz is printed with permission of the United States Government, not subject to copyright.

"Neutron Radiography in the Nuclear Industry" and "Neutron Tomography" by Grant C. McClellan are printed with permission of the United States Government, not subject to copyright.

"A Hand-Held Pulsed X-Ray Source for Dental Radiography" by Julian H. Sparrow and Charles E. Dick is printed with permission of the United States Government, not subject to copyright.

Library of Congress catalog number 77-2536. ISSN 0140-072X.
ISBN 2-88124-497-1.

No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, without permission in writing from the publisher. Printed in the United States of America.

**EXHIBIT 5**
**-166-**

This material may be protected by Copyright law (Title 17 U.S. Code)

# AUTOMATED RAILHEAD SURFACE FLAW INSPECTION

SUE MCNEIL
Associate Professor, Department of Civil Engineering, Carnegie Mellon
University, Pittsburgh, PA, USA

BEHNAM MOTAZED
Research Scientist, Field Robotics Center, Carnegie Mellon University,
Pittsburgh, PA, USA

ROEMER ALFELOR
Research Assistant, Department of Civil Engineering, Carnegie Mellon
University, Pittsburgh, PA, USA

THOMAS SHORT
Department of Statistics, Carnegie Mellon University, Pittsburgh, PA, USA

**Abstract**   Rail surface condition data are important for making
maintenance decisions, and planning maintenance and rail replacement. Existing
approaches to rail head surface flaw inspection are time consuming and relatively
unreliable. Recent advances in computer based inspection, the automation of the
inspection of other track components and road surfaces indicate that automated
rail head surface inspection is feasible. Laboratory experiments were used to
demonstrate the procedures and define future directions. This paper describes the
elements of a system for automated rail surface flaw identification and presents
the results of the laboratory experiments. A proposed system including hardware
and software for data acquisition, processing, storage and output is described.

## INTRODUCTION

Advances in sensor technology and measurement have led to an array of devices for
measuring track condition including rail wear, track geometry, internal rail defects and
surface corrugations. The potential for the automated collection of additional data on
another anomaly, the surface flaws on the rail head, has been identified with recent
advances in sensors for data acquisition, and computer software and hardware for
image processing. In general, the fundamental element in the operation of automated
systems for high speed data collection and interpretation is the sensing technology that

**137**

**EXHIBIT 5**
**-167-**

can efficiently and consistently detect surface anomalies. Electromagnetic eddy current
and ultrasonic measurement techniques are two of the more traditional approaches for
surface flaw detection. Although these techniques are able to identify and characterize
internal defects, their use for surface flaw detection is limited by the need to maintain
contact between the sensor and the surface, and the inability to identify the type and
measure the size of the surface flaw. More recently, techniques in computer visual
inspection and advances in remote ultra-accurate displacement measuring devices have
opened alternative solutions to this problem.

Investigation of methods to achieve high speed and on-the-fly inspection of rail
surfaces has indicated that it is difficult to interpret and extract unique features in eddy
current or ultrasonic signals to accurately characterize and categorize different surface
flaws. Recent advances in techniques for computerized visual inspection and accurate
range sensing offer non-contact and more straightforward solutions that have not been
applied to the problem of rail inspection yet, and with further develo; ment will prove
more effective. These approaches were explored in a laboratory investigation.

BACKGROUND

Before describing the laboratory based experiments and reporting the results of the
investigation, some background is presented. This includes the role of rail head surface
condition data, existing approaches to inspecting rail surfaces, approaches to inspecting
other aspects of rail condition and facilities with similar surface flaws, such as highway
pavements, and issues to be considered.

Rail head condition represents one component of track condition that affects the
operation of the railroad including safety, speed of travel, energy costs and rail
maintenance and replacement costs. Rail head condition includes surface flaws (such
as head checks, spalls, engine burns, shells and surface damage), as well as,
corrugations, metal flow and rail wear.

The cause of surface flaws is an area for debate. Some railroads claim that
surface flaws have not been a problem prior to the introduction of the 125 ton car.
Others claim that head checking (like corrugations) have been a problem since the
introduction of the 100 ton car. Therefore, there is not the breadth or depth of
experience and understanding associated with these defects that exists with fatigue
defects, to be able to clearly state the role of rail head surface flaw data. Based on this
limited experience, some railroads are interested in the presence of rail surface flaws for

EXHIBIT 5

planning both track maintenance and relays, and for developing specific grinding strategies.

Condition data is used in the decision making process in two different ways. First, although surface defects on the rail head are unlikely to cause a derailment, they may be indicators or precursors of more serious defects[1]. Furthermore, surface defects may mask internal defects preventing detection by the defect detector car[2,3]. Second, available surface rail condition data, together with wear profiles, are used to develop grinding strategies and rail relay programs. Severe surface defects may lead to the imposition of slow orders if distributed along a section of rail, or plug replacement if localized. Therefore, the following corrective actions in order of severity are possible:

- Preventive or profile grinding - used to retard, reduce or eliminate head checks, shells and engine burns[4].
- Corrective grinding - used to eliminate surface defects.
- Plug replacement - used to eliminate very localized surface defects when grinding would reduce rail life significantly.
- Rail relays - used to replace the rail when defects are widespread.

Alternatively, the role of rail head condition data can be looked at in terms of different uses at different points in time[5]. In the short term, considered to be a period within one year of the time of acquisition, the data are used for directing rail transposition or plug replacement operations and developing rail grinding programs. In the medium term, considered to be the period between one and two years from the time of acquisition, the data are used to plan relay programs, for scheduling rail including cascading and replacement and planning and evaluating grinding activities. In the long term, considered to be the period between 2 and 10 years after data acquisition, the data are used for long term planning, development of rail deterioration models, evaluation of alternative maintenance programs and the generation of multiyear budget forecasts.

Inspection of rail surfaces for cracks (head checks) and other flaws is currently performed in an *ad hoc* manner by human operators who use visual means to detect surface irregularities. Clearly manual inspection of thousands of miles of rail can be tedious, costly and consequently suffer from inconsistent and sparse measurements. The quality of the data varies with the skill and experience of the inspector in identifying surface conditions, and with the distribution of the surface flaws along the rail, as randomly selected short sections of rail are often assumed to be representative of the condition of the rail along a much longer segment. To alleviate this problem, we are investigating the automation of this process by robotic systems that travel over rails, detect flaws and categorize them for type and severity.

**EXHIBIT 5**
**-169-**

Over the past twenty years, track inspection, in general, has become more automated. Track geometry cars record gage, crosslevel and other track geometry parameters at speeds of 50 mph. Defect detector cars use ultrasound to locate internal rail defects at speeds of 20 mph. More recently, corrugation analyzers and automated profile analyzers[6] have been used to collect data on corrugations and raw railhead profile data for developing wear measures both at speeds of up to 70 mph. In all cases the emphasis has been on high speed data acquisition. In general the automated inspection of a particular aspect of rail or track condition has involved sensors for data acquisition and post processing, analysis and interpretation has been completed in the office to derive the maximum benefit from the information. However, in general, these automated inspection systems also require significant manual intervention. For example, defects identified by the defect detector are also verified by hand and the depth of corrugations are manually measured from longitudinal profile data collected by the corrugation analyzer. The approaches used for inspection of these aspects of rail or track condition indicate that the industry is receptive to methods for obtaining consistent track condition data at high speeds.

A similar problem to automated inspection of rail surface defects is highway pavement surface distress data acquisition. Automated surface inspection of highway pavements has been applied extensively throughout the U.S. and in other countries. Sensors include range finders, optical and acoustic devices[7]. The most popular crack detection technology for pavements is machine vision. Video camera and image processing techniques for collecting pavement data have improved considerably over the past few years. Highway researchers are anticipating substantial gains in productivity and reduction in maintenance costs with the advent of this type of advanced sensor technology for pavement inspection.

The experience in developing automated inspection systems for pavements and other aspects of rail and track condition can be used to develop systems for obtaining surface flaw data. However, appropriate measures also need to be developed. The terminology for use on detector cars[2] includes the classification of surface flaws, however, features associated with surface defects and their measures have not been developed. The issues related to the development of a grammar associated with surface defects and a description of their characteristics, causes, location and impact are presented in McNeil[8].

To illustrate some of these issues, consider a section of rail of length L as shown in Figure 1. The section is homogeneous in terms of age, metallurgy, traffic and curvature. N head checks are observed over a length $l_2$ of rail, a distance $l_1$ from one

**EXHIBIT 5**

**-170-**

end of the rail. The head checks cover a width of $w_1$. Assume all head checks are the same width, depth and length, denoted **hcw**, **hcd** and **hcl** respectively. Possible measures include:

- Crack density - $N/l_2$, or $N/L$ (#/unit length), or $N/(w_1{}^*l_2)$ (#/area)
- Linear density - $l_2/L$, or $N * $ **hcl** $/L$ (non-dimensional)
- Areal density - $(w_1{}^*l_2)/(w_2{}^*L)$, or $N{}^*$**hcw**${}^*$**hcl**$/(L{}^*w_2)$ (non-dimensional)



FIGURE 1.    Measuring Rail Defects

Our study has shown that rail surface flaw data are important for decisions making, and existing approaches to the inspection of the rail head for surface flaws are time consuming and relatively unreliable. Furthermore, advances in the automation of the inspection of other track components and road surfaces indicate that automated rail head surface inspection is feasible. Laboratory experiments were used to demonstrate the procedures and define future directions. The proposed system includes hardware and software for data acquisition, processing, storage and output.

## SYSTEM ELEMENTS

A system for condition assessment using any technology such as the human eye or a video camera involves several elements that accomplish the following set of actions[9]:

- sensor data acquisition
- sensor and processed data storage
- data processing

**EXHIBIT 5**
**-171-**

• use of the data and report generation

The development of an automated vision inspection system requires the selection of appropriate hardware, software and procedural elements[9]. The hardware component includes the vehicle, cameras, other sensors, lighting, frame grabber, and computer. Equally important is development of software, which will be able to perform pre-processing, feature extraction, classification and segmentation, pattern analysis, and pattern recognition[10].

The procedural component represents approaches to the design, operation and output of the system such as the measures and classification of flaws, the sampling strategy used and the speed of operation. For most actions undertaken by the system, various combinations of hardware, software and procedural elements are used. Of these elements, this paper concentrates on procedures for measuring and categorizing flaws, sensor hardware acquisition and assembly, and procedures and software for data processing.

In the past decade, computer vision techniques have gained significant sophistication and capability for processing and interpretation of images. To date many vision systems are in use to inspect industrial parts for automated manufacturing and assembly. The computer-based visual inspection of rails for cracks and flaws is well within the capability of today's vision systems. The geometry of the rail head itself defines a relatively well specified area of interest so that visual referencing for dimensions and location of cracks becomes relatively simple. However, the frequent use of rails makes the surface of rail heads shiny and very specular. Due to this characteristic, it is imperative to provide controlled lighting and camera placement for image acquisition. In these circumstances, the solution is to apply diffused or indirect lighting on the rail surface, in turn minimizing direct reflectance of incident light beams into the inspection camera.

In order to explore these ideas, a simple, laboratory, experimental testbed was assembled. The testbed consists of an image analysis workstation that is based on a Macintosh II, equipped with a Data Translation image capture board, a color video monitor, a vidicon black and white camera and a menu driven image processing software package named IMAGE[11]. By selecting commands from the menu, the user can capture and digitize analog images from the camera and examine the effect of a sequence of processes that can transform a raw image of a defective rail head into an image with only the cracks as the dominant features in the image. It is up to the user which sequence of pre-processing algorithms to apply to the raw images in order to segment the images into only crack features and background. An extensive discussion

**EXHIBIT 5**
**-172-**

is presented later in the experimentation section of this paper.

The principles that govern data acquisition, data storage, computational environment and data processing are briefly reviewed The application of these elements to rail head condition are presented later, followed by a recommended preliminary system design.

Hardware

Hardware required for the system includes sensors, lighting, storage devices, and computer hardware. This section describes some of the features of various hardware options.

The choice of hardware components for optical inspection system is rather lengthy[12]. The types of cameras are vidicon (tube-type), CCD's (charged-couple devices, also called solid state cameras), line scan cameras and solid state matrix cameras[13, 12]. The choice of camera depends on the following features:

- resolution,
- sensitivity, and
- compatibility with the imaging hardware.

Optics is an important consideration in designing a vision system. The focal length of the lens should ensure that the entire object will be in the field of view of the camera. A zoom lens offers the most flexibility because the field of view can be changed without making the image out of focus. Field of view determines the resolution of the image. Optical filters are also available which are used to enhance the contrast of the image. To distinguish dull surfaces from reflective surfaces, polarizers are often used. Just as important as the camera and its lens is the lighting source. The color of the surface varies with different sources of illumination. Some of the major sources of lighting are:

- incandescent bulbs (tungsten, tungsten halogen)
- fluorescent tubes
- xenon tubes (strobe lights)

Incandescent lights are the most common sources of illumination and their main advantages are availability and simplicity. On the other hand, fluorescent lights are more efficient than incandescent lights and provide more diffused light which is appropriate for highly reflective surfaces (like rail). Strobe lights are best when the object under inspection (or the sensor itself) is moving at high speeds. To freeze the relative motion of the object, strobe lights allow the light from the object to enter the camera for a short period of time by controlled duration of its large amount of light

**EXHIBIT 5**
**-173-**

output.  Ultraviolet strobe lights are good for inspecting surfaces that are contaminated with grease (like lubrication contamination on rail) as they minimize reflection from the rail.

An alternative to good lighting and camera for making surface cracks visible is the use of surface inspection penetrants[14].  These penetrants are applied on the surface to change the reflective properties of the different components of the image.  An example is the fluorescent magnetic particle inspection (FMPI) technology[15].  The low contrast crack indications in most ferromagnetic surfaces (e.g. head checking on rail ) is overcome by rinsing the surface with a solution which enhances the contrast between the small cracks and their background.

High precision non-contact range measurement is another means for locating and measuring surface defects on rail head. These devices directly measure the distance between the rail surface and a fixed reference plane above the rail.  The resulting data can not only show gross deformities from a perfect rail head, but also can reveal finer discontinuities in the profile due to crack defects.  In manual inspection of rail heads, field operators attempt to perform the same function by using a template gauge to measure gross profile deformities, and classify finer defects such as cracks by visual inspection.  However, as stated earlier these are sparse observations, and do not produce an accurate and quantitative measure of surface flaws over the entire length of rail.

The sensor should determine range quickly, accurately and use only a very finite area on the rail surface to make the measurement.  For instance, a typical crack may be a millimeter wide, and half as deep.  For the sensor to detect this anomaly, it should have a foot print considerably less than a millimeter wide, and should have a depth resolution better than half a millimeter.  Although a rail is only three inches (7.5 cm.) wide, the sensor controller would have to be quite fast to scan the width of the rail as the vehicle progresses.   This speed efficiency dictates the forward speed of the inspection system.

Choice of vision system and hardware components depends in most part on the characteristics of the applications ( e.g.  the type of surface or the environment ) and more importantly, on the trade-offs among cost, speed of data acquisition and image quality.

Data storage is required at three functional levels in the system. The first level is the storage of raw image data. This involves storing large quantities of data on video tapes or compact discs.  Alternatively, digital storage devices, such as hard drives and magnetic tape, provide convenient access for processing but are impractical with respect to capacity for storing large quantities of data. The second level is the storage of

EXHIBIT 5
-174-

digitized raw and enhanced images, features and interpreted data during processing. This requires large amounts of RAM in the form of frame buffers and system memory. Although this is dynamic storage (that is, not permanent) it is an important consideration to prevent data processing bottlenecks. The third level is the storage of the results from data processing. These results are most commonly stored as digital data.

When selecting data storage devices the following attributes must be considered:

- access speed - fast access speeds are important because of the large quantities of data involved and the need for image processing software to read raw image data and write results quickly.
- capacity - the large quantities of data involved require careful selection of device type and size.
- re-use - optical discs (while providing quick image addressing and access, and large capacity) are expensive, but reusable ones are soon to be competitive.

Furthermore, the processing sequence can significantly affect the storage devices required. For example, if data is processed in real time then it is advantageous to have large amounts of RAM, but additional storage device may not be required as the results may be stored on a hard disk or magnetic tape.

General purpose processors are required to control the operation of the system, however, dedicated or special purpose processors may be used to reduce computation time. Therefore there is a tradeoff between hardware and software with software implementations being less costly but significantly slower. Software implementation environments are usually high level languages, such as C, that are portable, capable of high level abstraction and fairly modularized for ease of enhancement.

Image Processing

Image processing is the art of manipulating raw data such as grey level pixel intensities in a frame from a video to produce useful measures of surface defects. More specifically it is the processing of images prior to feature extraction and analysis, thus, it corresponds to the pre-processing stage. The second stage, feature extraction, refers to the measurement of certain properties of the objects or patterns in the image, such as length, area and shape. The third stage, classification groups objects in the image based on the features extracted. For example, the dark tiny spots on an image may be classified as simply texture or noise based on the area of these spots. Feature extraction and segmentation are usually designed to separate the patterns or objects of interest from the background and unwanted noise or texture. When this is accomplished, a more sophisticated analysis of patterns is made.

**EXHIBIT 5**
**-175-**

Computer based image processing operates on digital images. Most of these operations are designed to enhance poor images by cleaning noise or restoring degraded elements due to motion blur or improper illumination. This is why image processing is often called image enhancement.

The unit of measure for digitized video images is the picture element, or pixel. For instance, a pixel on an 8-bit gray-scale image can have a gray-level intensity that ranges from 0 (black) to 255 (white). The intermediate levels correspond to different shades of gray. Image processing algorithms are computer programs that operate on these pixel values[16, 17]. These algorithms may be point processes (individual pixel level), group or area processes (individual pixel and its neighbors) or geometric processes (spatial arrangement of pixels). Some of the most commonly used image processing algorithms are:

1. Contrast Enhancement

2. Noise Reduction

3. Spatial Filtering

4. Edge Detection

5. Thresholding

A detailed explanations of image processing algorithms may be found in Ballard[18].

The objective of the next stage, pattern analysis, is to explore alternative ways of representing objects in terms of their features. There are two major types of representation - mathematical and syntactic. In the pattern recognition phase of image analysis, the extracted features and descriptions of objects and pattern in an image are analyzed to separate them into classes. There are many techniques available for pattern recognition. The suitability of each technique for a particular application depends on the characteristics of the objects themselves and the level of accuracy desired in recognizing these objects. Depending on how patterns are represented, classification may be accomplished using statistical or syntax analysis. The literature on pattern recognition/classification is quite large. This work focuses on mathematical rather than syntactic techniques as surface defects are not simply decomposed into recognizable shapes to form the primitives used in syntax analysis.

Mathematical (also called analytical) techniques deal with patterns on a strictly quantitative basis[19]. They ignore the interrelationships between the components of the pattern. For example, a line may be represented by a line-fitting equation. A curve, on the other hand, may be broken at its maximum points of curvature and the breakpoints connected by straight lines. Mathematical descriptions of shape use properties which include:

EXHIBIT 5

- connectedness (topological),
- length, area, perimeter, thinness ratio, aspect ratio (metric), and
- Fourier transform, characteristic function of figure (analytic).

An implementation of video sensing for highway pavements developed by Earth Technology Corp[20] uses metric properties such as length, direction, area and thinness ratio (area to perimeter ratio) to represent cracks on the pavement.

Statistical pattern recognition is usually employed to arrive at decision rules when classes are not easily separable[19]. The vector of features chosen to represent patterns does not always provide unique classification for a pattern of interest. For example, the range of length for head checking on rail overlaps with the range of length of other surface flaws, e.g. shells. By the same token, some nicks may be as large as spalls in terms of area. Statistical pattern recognition provides a rational approach to resolving these classification problems. Although the procedures that actually perform the classification may be both theoretically and computationally intensive, the treatment of features as random variables with a certain distribution and set of parameters is a reasonable representation of the occurrence of these features.

## HARDWARE INVESTIGATED

Two types of sensors for condition assessment have been explored. It is intended that the approaches will be used to complement each other and the design decisions are related to the trade-offs between the quality and quantity of data obtained from each type of sensing. The first approach, video camera, has the advantage of being able to infer color and texture information and provides a representation of the profile and shape of the surface from which geometric properties can be measured. The second approach, range finding methods such as laser or infrared, is used to represent physical dimensions.

Video has been widely used to collect surface distress data for other types of facilities. A high speed, high resolution camera is required. The experimental work concentrated on exploring the resolution limitations as high speed cameras have only recently become available.

The investigation of high precision range finding sensors attempted to identify proven technologies that would meet the requirements of speed and accuracy. Specifically, three optical range sensing systems that operate on the principle of optical triangulation were identified[8].

**EXHIBIT 5**
**-177-**

PROCESSING OF RAIL SURFACE IMAGES

Two approaches to processing the rail surface data are being explored. The first
parallels the procedures outlined in Section 3 involving preprocessing for image
enhancement, feature extraction and pattern classification. The second approach is
attempting to extend existing image reconstruction methods to include pattern
classification. Each approach is briefly described.

## Sequential Approach to Processing

Several commercial software packages that do image processing are available in the
market today. These packages can do standard image processing operations. The
software IMAGE was explored and its capabilities will be discussed and demonstrated
later.

In the classification and recognition of surface defects, the statistical approach is
more appropriate because of the probabilistic nature of the class features. The a priori
probabilities of different classes of defects may be considered to be influenced by the
location of the rail segment, its geometry, the type of connection (continuously welded
or jointed) and by the adjacent defects (since surface cracks tend to cluster on the rail
head). On the other hand, the probability density function for a particular class of
defect may be a function of the defect features which include the metric properties like
length, thinness ratio, area etc. It is important that all types of defects and the variations
in the features be represented in the design sample in order that the estimation of the
classifier be successful.

Statistical methods will play an important role in the ultimate success of the
railhead defect classification project. One reason is that the various classes of defects
will certainly share overlapping features. Many of the features and characteristics that
distinguish any one class of defects will be shared by other classes. Because of this
inherent overlap, the classification for a particular observed defect will be able to
specify the category it most probably belongs to, rather than the category it certainly
belongs to. This element of uncertainty in the problem requires the use of proper
statistical tools and methods.

## Integrated Approach to Processing

A recent development in statistical image enhancement is the Iterated Conditional

EXHIBIT 5
-178-

Modes (ICM) procedure[21]. This procedure provides relatively accurate reconstruction
of noisy or blurred images for much less cost in terms of computing time than other
algorithms used for the same purpose, such as Simulated Annealing[22]. The idea behind
the Iterated Conditional Modes procedure as a reconstruction technique is to find the
intensity or color for each pixel that has the maximum probability given the current
intensities of the pixels in some specified neighboring group.

We have decided to try to modify the ICM procedure so that it will have the
capability to perform feature extraction and pattern recognition as well as image
reconstruction. The procedure will visit each pixel in the image individually, and
maximize the joint probability of the intensity and the defect classification of the pixel,
conditional on the intensities and classifications of a neighboring system. In the
process of visiting each of the pixels, the features of defects that are detected can be
accumulated. Since the ICM algorithm will require more than one pass through the
image, the measured features of the defects can be updated and adjusted with each
iteration.

We expect to encounter at least two forms of distortion in the rail surface images:
distortion due to the image acquisition process, and that caused by physical features on
the rail itself. A major advantage of the proposed extension of the ICM procedure over
conventional pattern recognition algorithms is that it will have the capability to recover
a close approximation to the true image after removing any extraneous noise. This
combination of recognition and reconstruction abilities allow for greater flexibility and
efficiency. We are hopeful that the modified ICM procedure will provide a practical
and relatively efficient method for the detection and classification of railhead defects.

LABORATORY BASED EXPERIMENTS

To explore the ideas and concepts presented in the previous section laboratory based
experiments were conducted using actual rail with a variety of surface defects.

Video Data Acquisition

The preliminary investigation of vision system for rail surface inspection was carried
out using simple vidicon camera and incandescent lighting system. The light box and
camera set-up is illustrated in Figure 2. The camera is placed vertically inside and at
the center of the box. The rails are moved under the camera using a dolly. Since the
surface of the rails are highly reflective of light, a filter of white paper is placed

**EXHIBIT 5**
**-179-**

**150**        **S. McNEIL, B. MOTAZED, R. ALFELOR, T. SHORT**

horizontally inside the box at the same level as the camera. The paper diffuses the light coming from the bulbs to prevent specular reflection on the rail from appearing on the digitized image.



FIGURE 2.    Light Box and Camera Set-up

The analog image from the camera is converted to a digital image using a frame grabber board called QuickCapture manufactured by Data Translation[23]. This A/D converter came with image processing software. Both the grabber and the software are installed in a MacII machine. Another image processing package called IMAGE supports the Data Translation card. This software has more image processing capabilities than Quick Capture and hence was used in the project[11].

With this relatively simple set-up, unprocessed rail surface images of the rail samples were taken and recorded. The resolution of all the images shown here is approximately .25 mm. An example of raw image is shown in Figure 3. This is a

**EXHIBIT 5**
**-180-**

section of a rail with advanced head checking. The contrast between the cracks and the
background is very low. The image can be processed to enhance contrast and filter out
noise. A binarized processed image is also shown in Figure 3. The headchecks, texture
and some noise are now converted into black pixels while the background is white. As
described earlier, feature extraction and segmentation can now be applied to this
processed image to separate the cracks from texture and unwanted noise. Figures 4 and
5 show raw and processed images of the sample rails exhibiting spalling and shelling.

Unprocessed Rail Surface Image          Binarized Processed Image



FIGURE 3.    Rail Images

EXHIBIT 5
-181-

152           S. McNEIL, B. MOTAZED, R. ALFELOR, T. SHORT



FIGURE 4.     Spalling

## Laser Range Finder

It was necessary to determine if the laser range finder was capable of producing an accurate depth map of rail surface defects. The sensors specifications included a 0.5 millimeter footprint, and ability to measure a 20 micron deviation up to a maximum

EXHIBIT 5
-182-

Raw Image                          Processed Image



FIGURE 5.     Shelling

range of 1cm. It was expected that this performance is quite suitable for rail inspection, since one does not expect to see a crack deeper than 1cm. in the field.

A defective rail with noticeable head checking was selected for this purpose. The sensor head was then mounted on a 2-axis translation bed, where it could be moved up and down, and side to side within 0.5 millimeter increments. A patch, 12.5x15 millimeters, was designated over the edge of the rail. The sensor head was positioned at 6.5 cm away from this patch. Measurements were taken every 0.5 millimeters along the short side and every millimeter along the long side resulting in a depth array of

EXHIBIT 5
-183-

**154**        **S. McNEIL, B. MOTAZED, R. ALFELOR, T. SHORT**

25x15 elements. Grey scale and perspective representations of the data are shown in Figures 6 and 7. The perspective representation of the data shows an exaggerated view of the hills and valleys of the surface anomalies, with some scenes hidden from view. However, the grey scale image presents a topographic view of all data, with contour lines revealing the depth and acuteness of cracks. The most dominant feature in the data is the presence of a large crack, 7 mm long, 1.3 mm wide, with a depth of 1.9 mm in the middle. As it can be seen, the sensor proves to be quite capable of detecting those surface anomalies that are significant for surface flaw characterization. Clearly, other patterns can be seen in the image as well, however, some may be attributed to noise, and some to actual isolated pitting. Therefore, it is not necessary to retain all depth information about the rail surface, and simply by setting a depth severity threshold, only those defects with severe anomalies may be tagged for position and level of severity.



FIGURE 6.      Results for the OD Sensor as a Grey Scale Plot

**EXHIBIT 5**

**AUTOMATED RAILHEAD SURFACE FLAW INSPECTION          155**



FIGURE 7.    Results for the OD Sensor as a Perspective of a 3D Contour Map

In a depth map analysis of data acquired in the field, a defect's depth is measured relative to the rail surface, no matter how deformed a rail surface may be from a new rail. This is due to the sensor head riding right on the rail. In order to capture surface corrugation or slowly varying deformities, it is necessary to measure the position of the sensor head from a fixed reference plane.

In array configuration, a single sensor is dedicated to each 0.5 millimeter length along the width of the rail head. This translates to 4000 times speed increase, which means 4000x18m/hr = 72km/hr, a speed which with all anticipated processing overhead of integrating 200 sensors can still be practical for field inspection.

**EXHIBIT 5**
**-185-**

156         S. McNEIL, B. MOTAZED, R. ALFELOR, T. SHORT



FIGURE 8.    Sketch of Proposed System for Automated Rail Head Inspection

• Database management will be important to permit integration of data from
multiple sensors and ensure access to all data including other sources of condition

EXHIBIT 5
-186-

ECONOMIC ANALYSIS

A preliminary economic analysis of the cost to operate and maintain a system for automated surface condition assessment indicates that it would yield significant savings. This includes the labor involved in visual inspection and recording, and the economic implications of an inappropriate maintenance decision due to poor information. The analysis included both the quality of the data and impacts of poor data using decision analysis[24]. The analysis is described in McNeil[8].

   The analysis is based on the following assumptions:
   - Reliability of the automated methods is approximately 30% better than existing visual approaches to rail inspection.
   - The *a priori* condition of the rail is generally good.
   - Productivity of the automated method versus the existing method is measured as the speed of inspection. The new method inspects rail at 10 mph where an inspector moves at 2 mph.
   - The impacts of incorrect decisions are in the form of:
        - reduced life of the rail (for example, due to excessive grinding),
        - higher maintenance costs,
        - premature relay, and
        - higher defect rates.
   - Increased probability of derailment with deteriorated track is ignored.
   - Data is collected annually and will be used in conjunction with data from an automated profile analyzer.
   - Future years data collection efforts are "perfect".

   The preliminary analysis indicates that the returns warrant significant investments in system development and acquisition.


FUTURE DIRECTIONS

As a result of the investigation and lab based experiments, a preliminary design of a prototype system was developed. A sketch of the proposed system is shown in Figure 8.

   The proposed system will have the following features:
   - Video camera and range finding sensors will be used to acquire texture, feature and depth data.

**EXHIBIT 5**
**-187-**

- Customized software for interpretation will facilitate the use of past research at different levels of processing. At the lowest level, general processing for image enhancement will be based on well developed procedures. At the intermediate level, feature extraction will use existing algorithms to identify and measure features required for classification. Finally, at the highest level, classification will require completely customized software.
- Categorization and measurement will be based on the intended use of the data.
- Relatively high speed data acquisition will be used so data can be collected without completely disrupting traffic. In the prototype version the aim is to be able to collect data at 15 kilometers per hour. Although higher speeds may be desirable this speed is considered to be realistic in the available time frame. Data acquired in the field will be stored on removable media such as a video tape recorder and a hard disk.
- Laboratory based processing of data collected in the field will be used. As the data is being used to make decisions about the rail head that will be implemented some time in the future, rather than to control an automated device such as a grinding machine, real time processing is not necessary. A high density optical device will be used to store data.

## CONCLUSIONS

Surface defect data are important for effective rail maintenance and planning. This research has demonstrated the potential for automated surface defect data collection using video and laser range finding devices.

## Acknowledgments

This research was partially supported by Burlington Northern Railroad and the National Science Foundation under Sue McNeil's Presidential Young Investigator Award. The authors would like to acknowledge the support from Mr. J. Eshelby of Burlington Northern Railroad.

## REFERENCES

1. J. Kalousek, Wear and contact fatigue model for railway rail, (Technical Report 27491, National Research Council of Canada, 1986).
2. Sperry Rail Services, Rail Defect Manual, (Sperry Rail Services, 1964).
3. G.J. Posakony, Prevention of Structural Failures:   the Role of Nondestructive Testing, (American Society for Nondestructive Testing, 1978).
4. W.M. Glavin, AREA Bulletin, 90, 722, (1989), pp. 237-255.

**EXHIBIT 5**

5. A.M. Zarembski, Railway Track & Structures, 84, 1, (1988), pp. 11.

6. Railway Track & Structures, 83, 4, (1987), pp 27-33.

7. D.H. Mendelsohn, Automated Pavement Crack Detection: An Assessment of Leading Technologies, (Development Paper for FHWA DTFH61-84-C-00077, EKTRON Applied Imaging, 1984).

8. S. McNeil, B. Motazed, R. Alfelor and T. Short, Preliminary Design of a System for Automated Railhead Surface Inspection, (Report to Burlington Northern Railroad, Department of Civil Engineering, Carnegie Mellon University, 1989).

9. C. Haas, and S. McNeil, Criteria for Evaluating Pavement Imaging Systems, (Working Paper, Department of Civil Engineering, Carnegie Mellon University, Pittsburgh, 1990).

10. Final Design of Automated Pavement Crack Measurement Instrumentation from A Survey Vehicle, (Final report, FHWA, 1985).

11. IMAGE Version 1.14, (1989).

12. A. Novini, AUTOFACT '85 Conference Proceedings, (1985), pp. 16.33-16.51.

13. L. Jasany, Production Engineering, 31, 10, (1984), pp. 72-74.

14. E.J. Strauts, and J.J. Flaherty, Proceedings 4th Control Engineering Conference, (1985), pp. 516-518.

15. Y.F. Cheu, Materials Evaluation, 42, 12, (1984), pp.1506-1514.

16. G. Baxes, Digital Image Processing (A Practical Primer), (Prentice Hall Inc, 1984).

17. B.M. Dawson, BYTE, 12, 13, (1987), pp. 169-186.

18. D.H. Ballard and C.M. Brown, Computer Vision, (Prentice Hall Inc., Englewood Cliffs, NJ., 1982).

19. R.O. Duda and P.E. Hart, Pattern Classification and Scene Analysis, Wiley and Sons, 1973.

20. G. Cox, D. Curphey, et.al., Microcomputers in Civil Engineering, (Elsevier Publishing Company, 1986), pp. 1-13.

21. J. Besag, Journal of the Royal Statistical Society, B., 48, (1986), pp. 259-302.

22. S. Geman, and D. Geman, IEEE Transactions Pattern and Machine Interfaces, 6, (1984), pp. 721-741.

23. Quick Capture User Manual, (Data Translation Inc., 1988).

24. I. Kaimakamidis, (Master's thesis, Carnegie Mellon University, August 1989).

**EXHIBIT 5**

**-189-**