

**EXHIBIT 10**
**-412-**

This article has been provided to you by the Information Delivery Department at the Georgia Tech Library.
Please contact us at 404-894-3989 or
technicalservices@library.gatech.edu
if you have any questions or concerns.

## Notice: Warning Concerning Copyright Restrictions

The Copyright Law of the United States (Title 17, United States Code) governs the making of photocopies or other reproductions of copyrighted material.

Under certain conditions specified in the law, libraries and archives are authorized to furnish a photocopy or other reproduction.

This material may be protected by copyright law. Any reproduction or distribution of this material, in any format, may be an infringement of the Copyright Law. This reproduction is not to be "used for any purpose other than private study, scholarship, or research." If a user makes or later uses a photocopy or reproduction for purposes in excess of "Fair Use," that user may be liable for copyright infringement.

**EXHIBIT 10**
-413-

3/11/2021

[TRB 93rd annual meeting compendium of papers DVD : January 12-16, 2014, Washington, D.C.](#)

- **Author:** National Research Council (U.S.). Transportation Research Board. Annual Meeting 2014 : Washington, D.C.)
- **Author:** National Research Council (U.S.). Transportation Research Board.
- **Subjects:** Transportation; Highway research; Conference papers and proceedings; Biographies
- **Description:** The Transportation Research Board (TRB) 93rd Annual Meeting was held in Washington, D.C. at the Washington Marriott Wardman Park, Omni Shoreham, and Washington Hilton hotels. The information-packed program attracted nearly 12,000 transportation professionals from around the world to Washington, D.C., January 12-16, 2014. The TRB Annual Meeting program covered all transportation modes, with more than 4,500 presentations in nearly 800 sessions and workshops addressing topics of interest to all attendees--policy makers, administrators, practitioners, researchers, and representatives of government, industry, and academic institutions. The spotlight theme for the 2014 TRB Annual Meeting was Celebrating Our Legacy, Anticipating Our Future. More than 30 sessions and workshops focused on this theme, which reflects the last year of the Annual Meeting at the Connecticut Avenue hotels, where it has been for nearly 60 years, and the move to the Walter E. Washington Convention Center in 2015. These spotlight theme sessions were supplemented by 15 to 25 sessions and workshops on each of the following critical transportation issues: performance measurement, automated driving and connected vehicles, extreme weather events, and big data.
- **Publisher:** Washington, D.C. : Transportation Research Board
- **Creation Date:** 2014
- **Format:** 1 DVD-ROM : color ; 4 3/4 in..
- **Language:** English
- **Call Number:** TA1001 .N333x 2014c
- **Source:** 01GALI_GIT_ALMA
- **Alma MMS ID:** 9912786033402947
- **Type:** dvd
- **Terms of Use:** $$I01GALI_GIT
- **Local Notes:** $$I01GALI_GIT

Availability and location:

Georgia Tech Library:

- Available:
    - GTLSC General Collection - TA1001 .N333x 2014c

1/1

**EXHIBIT 10**

**-414-**

1   **Automatic Track Inspection Using 3D Laser Profilers to Improve Rail Transit**
2   **Asset Condition Assessment and State of Good Repair – A Preliminary Study**
3
4
5   Samy Metari
6   Pavemetrics Systems Inc.
7   150, Boulevard René-Lévesque Est, Suite 1820
8   Québec, Quebec G1R 5B1, Canada
9   Email: smetari@pavemetrics.com
10
11  Yuanchang Xie*
12  Dept. of Civil and Environmental Engineering
13  University of Massachusetts Lowell
14  One University Avenue
15  Lowell, MA 01854, United States
16  Email: yuanchang_xie@uml.edu
17
18  Mario Talbot
19  Pavemetrics Systems Inc.
20  150, Boulevard René-Lévesque Est, Suite 1820
21  Québec, Quebec G1R 5B1, Canada
22  Email: mtalbot@pavemetrics.com
23
24  Kaiguang Zhao
25  Joint Global Change Research Institute
26  Pacific Northwest National Laboratory
27  5825 University Research Ct., Ste 3500
28  College Park, MD 20740
29  Email: lidar.rs@gmail.com
30
31  John Laurent
32  Pavemetrics Systems, Inc.
33  150, Boulevard René-Lévesque Est, Suite 1820
34  Québec, Quebec G1R 5B1, Canada
35  Phone: 418 210-3909
36  Email: jlaurent@pavemetrics.com
37
38
39  Paper submitted for presentation at the Transportation Research Board 93rd Annual Meeting and
40         for publication in Transportation Research Record
41
42                        November 15, 2013
43
44          Word count: 4,131 + 1 Table + 12 Figures = 7,381 Words
45
46  * Corresponding Author

47  **ABSTRACT**
48  Track inspection is a critical process for both freight and transit rail safety. Currently, many rail
49  transit agencies rely heavily on visual inspection, which is time and resource consuming,
50  inefficient, and sometimes unreliable. Although some rail transit agencies do use ultrasound or
51  track geometry cars for track inspections, these devices can only identify certain types of defects
52  and are usually expensive. Many small- or medium-sized transit agencies cannot afford to
53  purchase them and only hire consultants to do inspections once or twice a year, even though they
54  do have the need to conduct the inspections more frequently. To address this issue, ==this research
55  introduces a new computer vision framework specially designed for the automatic inspection of
56  railroad tracks==. The proposed framework is based on the Laser Crack Measurement System
57  (LCMS), which consists of two high-performance 3D laser profilers that are able to measure
58  complete transverse railroad profiles with 1mm resolution at high speeds. Compared to
59  ultrasound and track geometry cars, the developed system is much more affordable and can be
60  readily mounted on a hi-rail vehicle that virtually every rail transit agency owns. Based on the
61  3D depth map generated by the LCMS, new methods have been developed for measuring rail
62  gauge, detecting missing or broken fasteners, and identifying cracks in concrete ties. Preliminary
63  results reveal that the newly proposed computer vision framework is a promising cost-effective
64  and reliable alternative to the existing inspection methods.

66  **KEYWORDS**
67  State of good repair, laser, track, fastener, tie, gauge, transit, inspection, safety


70  **1. INTRODUCTION**
71  A 2008 United States Federal Transit Administration (FTA) report [*1*] estimated that about 25%
72  of the rail and bus assets in the U.S. were close to or beyond their useful life. For the nine largest
73  transit agencies, the corresponding percentage was nearly 35%. The National Transportation
74  Safety Board (NTSB) was seriously concerned about the safe operations of the current rail transit
75  industry after investigating the July 2006 Chicago Transit Authority Blue Line derailment
76  accident, concluding that the accident was caused by the failure of the tie plates and fastening
77  systems. A member of the NTSB warned that this accident was a "*wake up call … to all transit
78  agencies … with equipment and infrastructure that age with each passing day*."

80  Defects in railroad tracks are also responsible for thousands of accidents annually around the
81  world. In Canada, in 2012 alone a total of 1,011 rail accidents were reported to the
82  Transportation Safety Board (TSB) [*2*] with a large percentage being attributed to track defects.
83  In the United States, the Federal Railroad Administration (FRA) reported that track defects were
84  responsible for more than 33% of all registered rail accidents. Thus, the reliable detection of
85  defects in railroad tracks is of great importance for both freight and transit rail safety.

87  A critical aspect of the transit state of good repair is the inspection of rail transit infrastructure.
88  During the last few decades, the practice of railroad inspection has evolved to include a wide
89  variety of inspection methodologies, including human visual inspection (done by inspectors),
90  ultrasound inspection methods [*3,4*], electromagnetic acoustic transducer inspection [*5*], and
91  Ground Penetrating Radar (GPR) inspection [*6*]. Many existing methods require inspection staff
92  to be physically on or beside the track in order to set up the testing apparatus as shown in Figure

1. For instance, at Metro St. Louis, ultrasound is used for rail inspection twice a year, and an inspection vehicle is used to check the rail geometry once every year. For all other structures and facilities (e.g., ties and fastening systems), they are inspected manually on a weekly or monthly basis, which requires considerable time and efforts. This practice is very typical for other transit agencies in the United States. Such approaches are slow, labor intensive and ultimately pose a safety risk to inspection workers. An FTA statement [7] released in May 2007 reported that 11 track workers died in heavy rail and commuter rail accidents over an 18-month period in the United States.

Remote sensing technologies have been used by many state Departments of Transportation (DOTs) for highway pavement and bridge inspections. Among them, laser has been tested in several states such as Tennessee, Texas, and Georgia for mapping highway and identifying pavement defects. Due to the encouraging results obtained, laser recently has been receiving increasing attention from state DOTs [8,9]. However, its applications in rail industry are still limited. The ones we found were to use laser for measuring railway clearance [10] and wheel/rail profile [11,12], which are different from the proposed study. Although some companies [13,14] have developed sophisticated inspection vehicles based on laser for track inspection, these vehicles are usually very expensive. Many small- and medium-sized rail transit agencies can only afford to hire these companies to do track inspections once or twice a year, even though they do have the need to conduct automatic inspections more frequently.

In recent years, a number of researchers have studied the potential to use laser or computer vision as an alternative for the automatic inspection of railroad tracks [15,16,17,18,19,20,21,22]. This paper builds upon these studies and introduces a new computer vision-based framework for the automatic inspection of railroad tracks. The proposed framework is based on the Laser Crack Measurement System (LCMS) [23,24]. The LCMS sensor has been used around the world for high-speed highway inspections. By combining high vertical accuracy, intense artificial illumination, and rapid scanning rates, the LCMS is capable of collecting extremely precise and detailed data at speeds up to 100 km/h, day or night, on a wide variety of surface types. Further details as to the performance of the LCMS are provided in the section that follows. The objective of this research is to develop an automated rail infrastructure inspection system based on LCMS for monitoring the health conditions of rail gauge, concrete ties, and fastening systems. This system integrates global positioning systems and geographic information systems and is able to automatically detect and locate those surface safety hazards. Compared to the current manual and automatic inspection methods, this proposed system is a promising cost-effective and reliable alternative.



Figure 1 Manual inspection of rails.

## 2. HARDWARE CONFIGURATION

The LCMS (see Figure 2) combines 3D laser profilers that use high power laser line projectors, custom filters and a camera as the detector [23,24]. During operations, a strip of laser light is projected onto the railroad track and its image is captured by the integrated camera.



Figure 2 Photo of the LCMS system (sensors and controller).

Images from the cameras are sent to a frame grabber to be digitized and then processed by a high-performance computer. Using lossless data compression algorithms, the raw data is compressed. This enables the data to be collected at rates of approximately 20 MB/s or 720

143 MB/km compared to raw data rates of upwards of 30 GB/km at 100 km/h. The key specifications
144 for the LCMS can be found in Table 1.
145
146 Table 1 LCMS specifications.

| | |
|---:|:---|
| No. of laser profilers | 2 |
| Sampling rate (max.) | 11,200 profiles/s |
| Vehicle speed | 100 km/h (max) |
| Profile spacing | Adjustable |
| 3D points per profile | 4,096 points |
| Transverse field-of-view | 4 m |
| Depth range of operation | 250 mm |
| Z-axis (depth) accuracy | 0.5 mm |
| X-axis (transverse) resolution | 1 mm |

147
148 **3. AUTOMATIC INSPECTION OF RAILROAD**
149 For railroad scanning, the LCMS is mounted on a hi-rail vehicle as seen in Figure 3. The right
150 sensor images the right rail (red triangle) and the left sensor images the left rail (blue triangle).
151 The overlapped area covered by both the left and right sensors is used to merge the data from the
152 two sensors, which makes it possible to obtain a complete view of the entire cross section of the
153 track.
154



155
156 Figure 3 LCMS on an inspection hi-rail vehicle.
157
158 The 3D shape of the railroad (see Figure 4) is acquired as the hi-rail inspection vehicle travels
159 along the tracks. The 3D data can be collected at user specified distance intervals (e.g., one
160 image every 1mm or 4 mm) depending on the purpose of the data collection and analysis. This is

161  done by synchronizing the laser line projectors with the vehicle odometer or an encoder installed
162  on the hi-rail vehicle.
163



164
165  Figure 4 3D Shape of the railroad track acquired by the LCMS.
166
167  LCMS sensors simultaneously acquire both "Range" (height of each pixel) and "Intensity" (the
168  intensity of the reflected laser light for each pixel) images of the scanned surfaces. By merging
169  the range and intensity data, 3D profiles of the scanned surfaces can be obtained. Figure 5 shows
170  the results of the different types of images (i.e., intensity, range, and merged 3D image) that can
171  be produced from the LCMS data.
172



Figure 5 LCMS data type: Intensity (left), range (center), 3D merged (right).

The range data acquired by the LCMS system measures the distance from the sensor to the surface (e.g., roadway pavement or railroad track) for every sampled point. The center image in Figure 5 is produced by translating range data values into a grayscale image where farther away points (e.g., the railroad ties) are represented by darker pixels and closer points (e.g., the top of the rails) by lighter pixels.

### 3.1. Rail Gauge Estimation

Rail gauge is the measured distance between two rails at a specific point along the track. It is an important inspection data element as variations in gauge are typically associated with other track defects and can cause devastating accidents. For example, missing fasteners can often lead to changes in rail gauge as the rail is free to move and is no longer properly held in place. To address this key need, this research develops a new vision-based algorithm for rail gauge estimation. This algorithm utilizes the 3D range data from the LCMS sensor as follows:

1. Based on the realistic assumption that the rail head is the nearest object to the imaging system (the LCMS), the algorithm searches for the coordinate of the shallowest point in the generated range data. It is assumed that this point is on the rail head (see Figure 4).

2. A new range image is defined by applying a double threshold operator to the original range image from Step 1. The thresholds are a function of the shallowest point value. As a result, this refined range image only contains the area of interest for inspection: the rail head.

199     3. A remapping process is applied to convert the new range image (from Step 2) to a
200        grayscale image (pixel values between 0 and 255).

202     4. Horizontal and vertical Sobel kernels [25] are applied for edge detection.

204     5. The Canny method [26] is applied in order to extract the rail head contour.

206     6. The extracted contour often includes discontinuities. In order to address this issue, a
207        technique was developed for closing and refining the rail head contour. In addition, at this
208        step the actual positions of the rail edges are calculated.

210     7. Finally, we apply a "Blob Coloring module" which detects and recognizes (extraction of
211        characteristics) blobs in a given binary image. A blob is a region of a digital image in
212        which all the pixels are similar to each other. The final result of this step is that the edges
213        of the rail in a given image are detected and highlighted.

Figure 6 illustrates the result of this process for a rail segment; the rail edges are correctly detected and highlighted in red. Once the rail positions are localized, the next step in the inspection process is to identify a new Region of Interest (ROI) to detect and recognize other features requiring inspection such as tie-plates and fasteners.



Figure 6 Detection and localization of the rail positions.

### 3.2. Detection of Fasteners

Missing fasteners are critical flaws to detect during track inspection. In order to detect missing fasteners, the first step is to detect all of the fasteners in the ROI. In order to do so, a vision-based approach (as opposed to 3D depth) was developed as follows:

1. First, a new 3D ROI is established based on the detected rail positions from the rail gauge detection algorithm. The new ROI dimensions are established using the known dimensions of the rail. Rail height is used to determine the ROI in terms of vertical/depth space and tie plate (see Figure 7) width is used to define the horizontal ROI. As is the

**EXHIBIT 10**
-422-

case for the rail heads in the rail gauge detection algorithm, a new range image which targets fasteners specifically is produced by this process.



Figure 7 Pandrol tie plate.

2. Similar to the rail gauge algorithm, a remapping process is applied in order to convert the range image from Step 1 to a grayscale image (pixel values between 0 and 255)

3. The Canny method is applied in order to extract the contours of fasteners.

4. Two morphological operations (dilation followed by erosion) are applied in order to fill small holes and to eliminate isolated points in the detected fasteners.

5. Finally, a "Blob Coloring module" is applied which detects and recognizes (extraction of characteristics) blobs in a given binary image. In the final output, fasteners are detected and highlighted.

The developed algorithm is applied to some sample data collected from St. Louis, Missouri. The experimental results, shown in Figure 8 and Figure 9, reveal the successful detection of fasteners. More importantly, four missing fasteners (three on the right rail and one on the left rail) are not detected as false positives in Figure 8. Also, all fasteners, except for those three missing ones in Figure 9, are correctly identified and highlighted. False positives refer to missing fasteners that are failed to be detected by the algorithm. When this happens, the algorithm considers there are fasteners (e.g., false positives) at those missing spots, although in fact they do not exist. The fact that missing fasteners are not detected as false positives demonstrates the robustness of our algorithm for missing fastener detection. Currently, the team is working on getting additional rail data with missing fasteners to fine tune the developed algorithm.

In summary, the detection of fasteners is done within a specific 3D ROI around the rail position. The recognition of fasteners is conducted via a template matching method, which allows distinguishing between fasteners and ballast/foreign object debris (FOD). Theoretically, it can identify and recognize different kinds of fasteners (e.g., dog spikes, E-clips). In order to detect

265 different types of clips, we simply need to identify the entire set of existing clips and include
266 them in the template models. However, one may encounter situations where the fastener is
267 partially or fully occluded. In this case, the detection and recognition of fasteners can fail.
268



269
270             Figure 8 Detection of fasteners in railroad tracks.
271



272
273        Figure 9 Another Example of the Detection of fasteners in railroad tracks.
274

TRB 2014 Annual Meeting                              Paper revised from original submittal.

**EXHIBIT 10**
**-424-**

275  **3.3. Detections of Cracks**
276  Railroad track structure often suffers from the presence of cracks (see Figure 10). Due to the
277  natural variability of cracking patterns, detecting cracks reliably is far more complex than the
278  approach of applying a threshold on a range image as was adopted for rail gauge and fastener
279  detection. This is especially true for hairline cracks as shown in Figure 11.
280



281
282  Figure 10 A crack (circled in red) in a concrete-tie.
283



284
285  Figure 11 Hairline crack in a concrete tie at Metro St. Louis.
286
287  Given the collected 3D LCMS data, the algorithm developed for crack detection involves:
288

1. The first step is to apply a set of mathematics-based detection operations upon the 3D data set (i.e., the range image) in order to obtain a binary image where the remaining active pixels are potential cracks.

2. The binary image from Step 1 is then filtered to remove many of the false detections which are caused by various design features and general distress on the railroad ties/sleepers which are not cracks.

3. At this point in the processing, most of the remaining pixels can correctly be identified as cracks. However, many of these crack segments need to be joined together in order to avoid multiple detections of the same crack.

4. After the detection process, the next step consists of the characterization of the identified cracks.

5. Finally, the severity level of cracking is determined by evaluating its width (opening). Severity can be further grouped into categories such as low, medium and high by defining width ranges for each level.

The developed algorithm has been applied to both concrete and wood ties. For the hairline crack (see Figure 11) in a concrete tie in St. Louis, we were unable to detect it. However, for large cracks in concrete ties and especially wood ties, the developed algorithm has demonstrated reasonably good performance. Figure 12 shows the range data of a sample wood tie and the detected cracks are highlighted in red. In fact, those hairline cracks in concrete ties do not pose safety concerns that require immediate attention. Also, wood ties tend to develop cracks as they age and most of those cracks do not affect the wood ties' performance. The developed algorithm allows the filtering of such cracks according to their characteristics (e.g., size, area, orientation).



Figure 12 Detection of cracks in wood cross-ties.

## 4. CONCLUSIONS AND FUTURE WORK

The reliable and automatic inspection of railroad track structures is critical for both freight and passenger rail safety. Most rail transit agencies rely heavily on manual inspection methods,

which are time consuming, labor intensive, and sometimes unreliable. Although some agencies do employ automatic tools (e.g., ultrasound and geometry cars) for track inspections, these tools are usually very expensive and rail transit agencies (especially small- or medium-sized agencies) cannot afford to own them. They can only hire contractors to do the inspection work using these tools on an annual or bi-annual basis, even though they do have the need to inspect tracks more frequently.

The use of computer vision techniques has recently been identified as a promising method for railroad inspection. This paper introduced a new computer vision based framework with the goal of automatic inspection of railroad tracks. The current version of the framework is based on the LCMS that consists of two high-performance laser profilers. The developed framework is capable of estimating rail gauge, detection of existing/missing fasteners and the identification of cracks in railroad ties/sleepers. The developed framework has been tested based on the rail data collected from Chicago and Metro St. Louis. The result suggests that the framework is able to accurately measure rail gauge and identify missing fasteners and cracks in cross ties. Also, the developed framework is much more affordable than existing ultrasound and geometry cars. It can be readily mounted on a hi-rail vehicle and is a promising alternative to existing manual and automatic inspection methods.

The research team is currently working on collecting and analyzing additional rail data from Metro St. Louis and Massachusetts Bay Transit Authority (MBTA), to further test and fine tune the developed framework under various conditions (e.g., different types of ties and fasteners). Since the LCMS can collect rail profiles at 1mm horizontal accuracy and 0.5 mm vertical accuracy, a lot of useful information can be extracted from the acquired detailed 3D profiles. Other than rail gauge, fasteners, and ties, the system setup may be adjusted to allow it to assess the conditions of ballast, running surface, track bed slope, fishplates and their fasteners, wheel/rail profile compatibility, corroded railroad tracks, and overhead power and signal lines. The same system setup can also be used for broad and narrow gauge railways. Additionally, our next steps include a web-based decision support system and a mobile app that can facilitate the data visualization and management, decision making, and field asset inspection. Moving forward, it is expected that the proposed framework will serve as a platform to develop a complete system for the automatic inspection of railroad tracks.

## 5. ACKNOWLEDGMENT

The authors would like to thank the U.S. Department of Transportation's Research and Innovative Technology Administration (USDOT/RITA) for providing financial support (Cooperative Agreement # RITARS-12-H-UML) to this project. However, the views, opinions, findings and conclusions reflected in this paper are the responsibility of the authors only and do not represent the official policy or position of the USDOT/RITA, or any State or other entity.

## REFERENCES

1. U.S. Federal Transit Administration. Transit State of Good Repair: Beginning the Dialogue. October, 2008.
2. Transportation Safety Board of Canada. Statistical Summary, Railway Occurrences 2012. Available online at http://www.tsb.gc.ca/eng/stats/rail/2012/ss12.asp, Accessed on July 20, 2013.

3. Hesse, D. and Cawley, P. Surface wave modes in rails. Journal of the Acoustical Society of America, 120(2):733–740, 2006.
4. Sholl, H. A., Ammar, R. A., Ibrahim, S. High-Speed, Real-Time, Ultrasonic Anomaly Surface Profiling for Rail Inspection Applications. CAINE 2008: 209-214.
5. Hirao, M. and Ogi, H. EMATS For Science and Industry, Kluwer Academic Publishers, 2003.
6. Weil, G.J. Non-destructive, remote sensing technologies for locating subsurface anomalies on railroad track beds. Proc. SPIE, Non-destructive Evaluation of Aging Railroads, vol. 2458, pp. 74-81, 1995.
7. James S. Simpson. Track Worker Protection and Maintenance Oversight, May 2007. Available online at http://www.fta.dot.gov/newsroom_6836.html, Accessed on July 20, 2013.
8. Yen, K.S., B. Ravani, and T.A. Lasky. LiDAR for Data Efficiency. Final Report WA-RD 778.1. Washington State Department of Transportation, September, 2012.
9. Veneziano, D., S. Hallmark, and R. Souleyrette. Comparison of LiDAR and Conventional Mapping Methods for Highway Corridor Studies. Final Report, Center for Transportation Research and Education, Iowa State University, 2002.
10. Sawadisavi, S.V., Edwards, J.R., Resendiz, E., and Hart, J.M. Machine-Vision Inspection of Railroad Track. In Proceedings of the 88th Transportation Research Board Annual Meeting, Washington, D.C., January 11–15, 2009.
11. BeenaVision. WheelView: Accurate, Rugged, Reliable, Automatic Wheel Profile Measurement System. Available online at http://www.beenavision.com/products_wheelview.html, Accessed on March 20, 2012.
12. ENSCO. Rail Surface and Wear Condition Measurement Systems. Available online at http://www.ensco.com/index.cfm?page=415, Accessed on March 20, 2012.
13. Holland Engineering Rail Solutions. Available online at http://www.hollandco.com/track-testing, Accessed on July 20, 2013.
14. ENSCO. Rail Technologies. Available online at http://www.ensco.com/products-services/rail-technologies.htm, Accessed on July 20, 2013.
15. Li, Y., C. Otto, N. Haas, Y. Fujiki, and S. Pankanti. Component-Based Track Inspection Using Machine-Vision Technology. In Proceedings of the 1st ACM International Conference on Multimedia Retrieval, ACM New York, NY, USA 2011.
16. Shah, M. Automated Visual Inspection/Detection of Railroad Track. Final Project Report BD550-08. Computer Vision Lab, University of Central Florida, Orlando, Florida, 2010.
17. Camargo, L.F.M., J.R. Edwards, and C.P.L. Barkan. Emerging Condition Monitoring Technologies for Railway Track Components and Special Trackwork. In Proceedings of the 2011 ASME/ASCE/IEEE Joint Rail Conference, Pueblo, Colorado, USA, March 16-18, 2011.
18. Zhang, H., Yang, J., Tao, W. and Zhao, H. Vision method of inspecting missing fastening components in high-speed railway. Applied Optics, Vol. 50, Issue 20, pp. 3658-3665, 2011.
19. Edwards, J.R., Hart, J.M., Sawadisavi, S., Resendiz, E., Barkan, C.P.L., Ahuja, N., "Advancements in Railroad Track Inspection Using Machine-Vision Technology." 2009 AREMA Conference Proceedings, American Railway and Maintenance of Way Association

|    | (AREMA), Chicago, Illinois. |
|----|---|
| 20 | Resendiz, E., Molina L.F., Hart, J.M., Edwards, J.R., Sawadisavi, S., Ahuja, N., Barkan, C.P.L. "Development of a Machine-Vision System for Inspection of Railway Track Components." 12th World Conference on Transport Research, Lisbon, Portugal, 2010. |
| 21 | Babenko, P. "Visual Inspection of Railroad Tracks". Ph.D dissertation, University of Central Florida, Fall 2009. |
| 22 | Zheng, S., et. al. Railway track gauge inspection method based on computer vision. International Conference on Mechatronics and Automation (ICMA), 1292 - 1296, 2012. |
| 23 | Laurent, J., Lefebvre, D. and Samson E. (2008). Development of a New 3D Transverse Profiling System for the Automatic Measurement of Road Cracks. Proceedings of the 6th Symposium on Pavement Surface Caracteristics, Portoroz, Slovenia. |
| 24 | Laurent, J. and Hébert JF. (2002). High Performance 3D Sensors for the Characterization of Road Surface Defects. Proceedings of the IAPR Workshop on Machine Vision Applications, Nara, Japan. |
| 25 | Jähne, B. , Scharr, H., and Körkel, S. Principles of filter design. In Handbook of Computer Vision and Applications. Academic Press, 1999. |
| 26 | Canny, J., A Computational Approach to Edge Detection, IEEE Trans. Pattern Analysis and Machine Intelligence, 8(6):679–698, 1986. |