

EXHIBIT 13
-567-



**EPS**



**Cash from Operations**



**Backlog**

## Dear Shareholders,



*As we enter 2021, Tetra Tech is in the best position ever in the history of the company.* We are leaders in our markets with #1 rankings in Water for 17 consecutive years, Environment for 12 consecutive years, and 8 additional categories as published by *Engineering News-Record*. Our *Leading with Science®* approach is valued by our clients and augmented by a suite of proprietary technologies and analytical tools we call the Tetra Tech Delta. Through our projects, Tetra Tech is working to build a better future that is improving the lives of millions of people around the world.

*In 2020*, a year marked by the world's response to the global pandemic, Tetra Tech demonstrated that our unwavering focus is on our clients and our work providing essential services in water, environment, sustainable infrastructure, renewable energy, and international development. In fiscal year 2020, our 20,000 associates worked on more than 65,000 projects, in more than 100 countries on 7 continents, generating $3 billion in revenue. As a result of our differentiated high-end services, Tetra Tech achieved record results in 2020, including all-time highs for earnings per share, cash flow, and backlog. Earnings per share in 2020 was up 11 percent from the prior year, and the company generated $262 million of cash flow from operations, which was up 26 percent from last year. The demand for our high-end consulting services and resilience of our business model resulted in new program wins that drove backlog to another all-time high of more than $3.2 billion at year-end.

*In 2020* we expanded our contract capacity to more than $20 billion, providing us with access to some of the largest markets in the world. With new U.S. government contracts, we are prepared to support a resurgence in research and programs to support essential climate change, water, environment, and renewable energy programs. We also advanced our strategic focus on cutting-edge technology solutions with the acquisitions of Segue Technologies and BlueWater Federal Solutions, who augment Tetra Tech's consulting and data analytics resources with more than 550 high-end technical experts in advanced analytics, cybersecurity, artificial intelligence, and enterprise-wide software applications.

*In 2020* we reiterated our commitment to diversity, equity, and inclusion, embracing the breadth of experience of our 20,000 associates worldwide and our culture of technical excellence, innovation, and entrepreneurship. We launched our global Employee Resource Group Program, which broadens and enhances companywide interaction opportunities through collaborative, employee-led teams where all voices are heard, all employees feel safe, and each employee has the opportunity to thrive. As a signatory of the United Nations Global Compact on human rights, labor, environment, and anti-corruption, Tetra Tech embraces the Compact's Ten Principles as part of our strategy, culture, and daily operations.



**EXHIBIT 13**
**-568-**

*Technical excellence, entrepreneurial spirit, and fiscal discipline are the characteristics that make Tetra Tech an exceptional company—and have remained unchanged since our founding in 1966.*

Through both times of economic growth and disruption, Tetra Tech has maintained a consistent focus on the alignment of our industry-leading expertise with the long-term priorities of our clients. Over the past decade Tetra Tech has expanded from North America to include significant operations in Australia and the United Kingdom, and we now perform projects in more than 100 countries around the world.  While remaining focused on our core water and environment services, we have strategically added complementary practices in disaster recovery and response, data analytics and information technology, and sustainable high-performance building design. Through our projects, we have worked on the leading edge of transformative programs such as offshore wind, the management of emerging contaminants such as PFAS and micro-plastics, and the design of resilient infrastructure for extreme conditions. We have leveraged more than 50 years of research and industry-leading applications that serve as the foundation for the solutions that represent the Tetra Tech Delta. Our Tetra Tech Delta solutions include first-of-a-kind rapid inspection services for infrastructure and rail (Rail AI™), water management optimization (CSoft®), and practical applications of artificial intelligence for asset management (Tetra Tech AI Vision™).

As we have shaped the company to prepare for the future, we have also provided value for our shareholders. Over the past five years, total shareholder return has been an extraordinary 283 percent. We have returned over $157 million to shareholders through 26 consecutive quarterly dividends since 2014.  Tetra Tech's capital allocation has resulted in 140 percent return on stock buybacks, funded by our operations, effectively reducing our share count even as the company has grown. Tetra Tech's market cap has quadrupled in 10 years, from $1.3 billion to over $5 billion at the end of the 2020 fiscal year. Our early investments in IT and financial infrastructure throughout the last decade have enabled us to increase efficiency while reducing costs. Today we are 100 percent in the cloud with a global Enterprise Resource Planning System and optimized network that facilitates remote working and interoffice collaboration. Our office space resources have been designed to be flexible through the disciplined negotiation of shorter-term lease agreements, resulting in our ability to reduce office space over the next several years by more than 20 percent with expected annual cost savings of $20 million, as we adapt to hybrid in-office and remote working arrangements.

The consistency of our focus on water and environment, the inherent ingenuity of our world-class technical experts, and our more than $20 billion in contract capacity—these are the elements that set the stage for us to address the challenges of the future. The markets we serve are now at the center of emerging challenges such as adapting to climate change in coastal areas, providing reliable water supplies in drought-stricken regions, identifying innovative sources of renewable energy, and reducing carbon emissions.

We look forward to the opportunities of the next decade and to applying our global resources to provide the clear solutions needed by our clients. On behalf of all of Tetra Tech, I thank you for your support and confidence in our company.

Sincerely,

*Dan Batrack* (signature)

**Dan Batrack**
Chairman and CEO

*With our focus on* **Leading with Science®**, *Tetra Tech is working to build a better future that is improving the lives of millions of people around the world.*

**EXHIBIT 13**
-569-

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

---

**FORM 10-K**

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Fiscal Year Ended September 27, 2020**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Transition Period from                to**

**Commission File Number 0-19655**

---

**TETRA TECH, INC.**

(Exact name of registrant as specified in its charter)

| **Delaware** | **95-4148514** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**3475 East Foothill Boulevard, Pasadena, California 91107**
(Address of principal executive offices) (Zip Code)

**(626) 351-4664**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.01 par value | TTEK | The NASDAQ Stock Market LLC |

Securities registered pursuant to Section 12(g) of the Act:

**None**

---

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.   Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐    Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the registrant's common stock held by non-affiliates on March 29, 2020, was $3.6 billion (based upon the closing price of a share of registrant's common stock as reported by the Nasdaq National Market on that date).

On November 12, 2020, 53,777,381 shares of the registrant's common stock were outstanding.

**DOCUMENT INCORPORATED BY REFERENCE**

Portions of registrant's Proxy Statement for its 2021 Annual Meeting of Stockholders are incorporated by reference in Part III of this report where indicated.

EXHIBIT 13
-570-

TABLE OF CONTENTS

| | | Page |
|---|---|---|
| **PART I** | | |
| Item 1 | Business | 3 |
| | General | 3 |
| | Leading with Science | 4 |
| | Reportable Segments | 4 |
| | Government Services Group | 5 |
| | Commercial/International Services Group | 6 |
| | Remediation and Construction Management | 7 |
| | Project Examples | 7 |
| | Clients | 7 |
| | Contracts | 8 |
| | Growth Strategy | 9 |
| | Sustainability Program | 9 |
| | Acquisitions and Divestitures | 10 |
| | Competition | 10 |
| | Backlog | 11 |
| | Regulations | 11 |
| | Seasonality | 11 |
| | Potential Liability and Insurance | 12 |
| | Human Capital Management | 12 |
| | Executive Officers of the Registrant | 14 |
| | Available Information | 18 |
| Item 1A | Risk Factors | 18 |
| Item 1B | Unresolved Staff Comments | 33 |
| Item 2 | Properties | 33 |
| Item 3 | Legal Proceedings | 33 |
| Item 4 | Mine Safety Disclosures | 33 |
| **PART II** | | |
| Item 5 | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 34 |
| Item 6 | Selected Financial Data | 36 |
| Item 7 | Management's Discussion and Analysis of Financial Condition and Results of Operations | 37 |
| Item 7A | Quantitative and Qualitative Disclosures about Market Risk | 55 |
| Item 8 | Financial Statements and Supplementary Data | 57 |
| Item 9 | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 98 |
| Item 9A | Controls and Procedures | 98 |
| Item 9B | Other Information | 98 |
| **PART III** | | |
| Item 10 | Directors, Executive Officers and Corporate Governance | 98 |
| Item 11 | Executive Compensation | 99 |
| Item 12 | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 99 |
| Item 13 | Certain Relationships and Related Transactions, and Director Independence | 99 |
| Item 14 | Principal Accounting Fees and Services | 99 |
| **PART IV** | | |
| Item 15 | Exhibits, Financial Statement Schedules | 99 |
| | Index to Exhibits | 101 |
| | Signatures | 103 |

*This Annual Report on Form 10-K ("Report"), including the "Management's Discussion and Analysis of Financial Condition and Results of Operations," contains forward-looking statements regarding future events and our future results that are subject to the safe harbors created under the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act"). All statements other than statements of historical facts are statements that could be deemed forward-looking statements. These statements are based on current expectations, estimates, forecasts and projections about the industries in which we operate and the beliefs and assumptions of our management. Words such as "expects," "anticipates," "targets," "goals," "projects," "intends," "plans," "believes," "estimates," "seeks," "continues," "may," variations of such words, and similar expressions are intended to identify such forward-looking statements. In addition, statements that refer to projections of our future financial performance, our anticipated growth and trends in our businesses, and other characterizations of future events or circumstances are forward-looking statements. Readers are cautioned that these forward-looking statements are only predictions and are subject to risks, uncertainties and assumptions that are difficult to predict, including those identified below under "Risk Factors," and elsewhere herein. Therefore, actual results may differ materially and adversely from those expressed in any forward-looking statements. We undertake no obligation to revise or update publicly any forward-looking statements for any reason.*

PART I

**Item 1.   Business**

**General**

Tetra Tech, Inc. ("Tetra Tech") is a leading global provider of consulting and engineering services that focuses on water, environment, sustainable infrastructure, resource management, energy, and international development. We are a global company that is *Leading with Science*® to provide innovative solutions for our public and private clients. We typically begin at the earliest stage of a project by identifying technical solutions and developing execution plans tailored to our clients' needs and resources.

Tetra Tech is *Leading with Science*® to provide sustainable and resilient solutions to our clients' most complex needs. *Engineering News-Record* ("ENR"), the engineering industry's leading magazine, has ranked Tetra Tech #1 in Water for 17 years in a row. In 2020, we were also ranked #1 in dams and reservoirs, environmental management, environmental science, hydro plants, solid waste, water treatment/desalination, water treatment/supply, and wind power. ENR also ranked Tetra Tech in the top 10 in several categories, including chemical and soil remediation, green building design, hazardous waste, solar power, and site assessment and compliance.

Our reputation for high-end consulting and engineering services and our ability to develop solutions for water and environmental management has supported our growth for more than 50 years. Today, we are proud to be making a difference in people's lives worldwide through broad consulting, engineering, and technology service offerings. In fiscal 2020, we worked on over 65,000 projects, in more than 100 countries on seven continents, with a talent force of 20,000 associates. We are *Leading with Science*® throughout our operations, with domain experts across multiple disciplines supported by our advanced analytics, artificial intelligence ("AI"), machine learning, and digital technology solutions. Our ability to provide innovation and first-of-kind solutions is enhanced by partnerships with our forward-thinking clients. We are diverse and inclusive, embracing the breadth of experience across our talented workforce worldwide with a culture of innovation and entrepreneurship. We are disciplined in our business delivering value to customers and high performance to our shareholders. In supporting our clients, we seek to add value and provide long-term sustainable consulting, engineering, and technology solutions.

By combining ingenuity and practical experience, we have helped to advance sustainable solutions for managing water, protecting the environment, providing energy, and engineering the infrastructure for our cities and communities. Our mission is to be the world's leading consulting and engineering firm solving global challenges in water and the environment that make a positive difference in people's lives worldwide.

The following core principles form the underpinning of how we work together to serve our clients:

- *Service.*  We put our clients first. We listen closely to better understand our clients' needs and deliver smart, cost-effective solutions that meet their needs.

- *Value.*  We solve our clients' problems as if they were our own. We develop and implement sustainable solutions that are innovative, efficient and practical.

- *Excellence.*  We bring superior technical capability, disciplined project management, and excellence in safety and quality to all of our services.

- *Opportunity.*  Our people are our number one asset. Opportunity means new technical challenges that provide advancement within our company, encourage an inclusive and diverse workforce, and ensure a safe workplace.

EXHIBIT 13
-572-

We have a strong project management culture that enables us to deliver on more than 65,000 projects in a year. We maintain a strong emphasis on project management at all levels of the organization. Our client-focused project management is supported by strong fiscal management and financial tools. We use a disciplined approach to monitoring, managing, and improving our return on investment in each of our business areas through our efforts to negotiate appropriate contract terms, manage our contract performance to minimize schedule delays and cost overruns, and promptly bill and collect accounts receivable.

We have a broad client and contract base built by proactively understanding our clients' priorities and demonstrating a long track record of successful performance that results in repeat business and limits competition. We believe that proximity to our clients is also instrumental to integrating global experience and resources with an understanding of our local clients' needs. Over the past year, we worked in more than 100 countries, helping our clients address complex water, environment, energy and related infrastructure needs.

Throughout our history, we have supported both public and private clients, many for multiple decades of continuous contracts and repeat business. Long-term relationships provide us with institutional knowledge of our clients' programs, past projects and internal resources. Institutional knowledge is often a significant factor in winning competitive proposals and providing cost-effective solutions tailored to our clients' needs.

We are often at the leading edge of new challenges where we are delivering one-of-a-kind solutions. These might be a new water treatment technology, a unique solution to addressing new regulatory requirements, a new system for automated assessment of infrastructure assets or a digital twin for real time management of water treatment systems.

We combine interdisciplinary capabilities, technical resources, and institutional knowledge to implement complex projects that are at the leading edge of policy and technology development.

*Leading with Science*®

At Tetra Tech, we provide value-generating solutions by combining operational expertise, science, and technology. By *Leading with Science*® and leveraging our collective technology including advanced data analytics and digital technologies, we create transformational solutions for our clients.

Tetra Tech's proprietary technologies and solutions, referred to collectively as the Tetra Tech Delta, differentiate us in the market and provide us with a competitive advantage. We create customized solutions; from smart data collection and advanced analytics that support decision making to AI enabled solutions for asset management. Our Tetra Tech Delta technologies are drawn from our decades of operational experience and a reservoir of technical applications that are shared throughout our company. Our high-end teams connect interdisciplinary experts from across our company's 20,000 staff worldwide. Tetra Tech mobilizes teams that include analysts, statisticians, digital engineers, and industry experts who effectively implement value-generating and pragmatic solutions for our clients.

These advanced analytical solutions enable us to provide clients with real-time reporting, automated and remote data collection, and dashboards for tracking and communicating results. Tetra Tech Delta is continually expanding and includes cutting-edge tools on interpretive analysis, modeling of physical systems, forecasting and scenario analysis, optimization and operations research.

In implementing our *Leading with Science*® approach, we work with our clients to explore, incubate, and test solutions in our Tetra Tech Innovation Hubs ("Tt I-Hub"). Tt I-Hub provides a collaborative platform for exploration, testing, and formulation of new solutions in partnership with clients, academia and donor agencies.

*Leading with Science*® also means fully leveraging the collective expertise provided by our global talent force of 20,000 associates. We actively share information, ideas, and resources across our global operations through our network structure, guided subject matter teams, and project team building. We also proactively share emerging technology and new ideas through our knowledge transfer system, Tetra Tech Technology Transfer ("T4"). T4 facilitates our innovation culture through webcasts, blogs, multi-media, and social media across our global operations.

**Reportable Segments**

In fiscal 2020, we managed our operations under two reportable segments. Our Government Services Group ("GSG") reportable segment primarily includes activities with U.S. government clients (federal, state and local) and all activities with development agencies worldwide. Our Commercial/International Services Group ("CIG") reportable segment primarily includes activities with U.S. commercial clients and international clients other than development agencies. These reportable segments allow us to capitalize on our growing market opportunities and enhance the development of high-end consulting and technical solutions to meet our growing client demand. We continued to report the results of the wind-down of our non-core construction activities in the Remediation and Construction Management ("RCM") reportable segment. The following table presents the percentage of our revenue by reportable segment:

We provide services under contracts, purchase orders, or retainer letters. Our policy requires that all contracts must be in writing. We bill our clients in accordance with the contract terms and periodically based on costs incurred, on either an hourly-fee basis or on a percentage-of-completion basis, as the project progresses. Most of our agreements permit our clients to terminate the agreements without cause upon payment of fees and expenses through the date of the termination. Generally, our contracts do not require that we provide performance bonds. If required, a performance bond, issued by a surety company, guarantees a contractor's performance under the contract. If the contractor defaults under the contract, the surety will, at its discretion, complete the job or pay the client the amount of the bond. If the contractor does not have a performance bond and defaults in the performance of a contract, the contractor is responsible for all damages resulting from the breach of contract. These damages include the cost of completion, together with possible consequential damages such as lost profits.

**Growth Strategy**

Our management team establishes Tetra Tech's overall business strategy. Our strategic plan defines and guides our investment in marketing and business development to leverage our differentiators and target priority programs and growth markets. We maintain centralized business development resources to develop our corporate branding and marketing materials, support proposal preparation and planning, conduct market research, and manage promotional and professional activities, including appearances at trade shows, direct mailings, advertising, and public relations.

We have established company-wide growth initiatives that reinforce internal coordination, track the development of new programs, identify and coordinate collective resources for major bids, and help us build interdisciplinary teams and provide innovative solutions for major pursuits. Our growth initiatives provide a forum for cross-sector collaboration, access to technical solutions, and the development of interdisciplinary solutions. We continuously identify new markets that are consistent with our strategic plan and service offerings, and we leverage our full-service capabilities and internal coordination structure to develop and implement strategies to research, anticipate, and position us for future procurements and emerging programs. Our Tetra Tech Delta program facilitates access and exchange of technology solutions across our company, through the use of internal training, inventories, and facilitated virtual networking events.

Business development activities are implemented by our technical and professional management staff throughout Tetra Tech with the support of company-wide resources and expertise. Our project managers and technical staff have the best understanding of our clients' needs and the effect of local or client-specific issues, laws and regulations, and procurement procedures. Our professional staff members hold frequent meetings with existing and potential clients; give presentations to civic and professional organizations; and present seminars on research and technical applications. Essential to the effective development of business is each staff member's access to all of our service offerings through our internal Tetra Tech Delta and geographic networks. Our strong internal networking programs help our professional staff members to pursue new opportunities for both existing and new clients. These networks also facilitate our ability to provide services throughout the project life cycle from the early studies to operations and maintenance. Networking is further supported by our enterprise-wide knowledge management systems which include skills search tools, business development tracking, and collaboration tools.

To support our growth plans, we actively attract, recruit and retain key hires. Our combination of high-end science and consulting coupled with practical applications provides challenging and rewarding opportunities for our associates, thereby enhancing our ability to recruit and retain top quality talent. Our internal networking programs, leadership training, entrepreneurial environment, focus on *Leading with Science®*, and global project portfolio help to attract and retain highly qualified individuals.

Our strategic growth plans are augmented by our selective investment in acquisitions aligned with our business. Acquisitions enhance plans to add new technologies, broaden our service offerings, add contract capacity and extend our geographic presence. Our long-established experience in identifying and integrating acquisitions strengthens our ability to integrate and rapidly leverage the resources of the acquired companies post-acquisition.

**Sustainability Program**

Tetra Tech supports clients in more than 100 countries around the world, helping them to solve complex problems and achieve solutions that are technically, socially, and economically resilient. Our high-end consulting and engineering services focus on using innovative technologies and creative solutions to minimize environmental impacts and enhance social systems. Our greatest contribution toward sustainability is through the projects we perform every day for our clients, including recycling freshwater supplies, recycling waste products, and reducing greenhouse gas emissions. In developing countries, we also support gender equality programs, strengthen land tenure, and increase climate resiliency and adaptation. As a signatory of the United Nations Global Compact ("UNGC") on human rights, labor, environment, and anti-corruption, Tetra Tech embraces the UNGC Ten Principles as part of the strategy, culture, and daily operations of our company.

Our Sustainability Program enhances our commitment by focusing on the environmental, social, and governance impact of our business via four primary pillars: Projects – the solutions we provide for our clients; Procurement – our procurement and subcontracting approaches; Processes – the internal policies and processes that promote sustainable practices,

reduce costs, and minimize environmental impacts; and People – the 20,000 staff at Tetra Tech and our partners, clients, and communities worldwide. In addition, our program is based on the Global Reporting Initiative ("GRI") Sustainability Report Framework, the internationally accepted sustainability reporting protocol for corporate sustainability plans, which includes three fundamental areas: environmental, economic, and governance.

Our Sustainability Program is led by our Chief Sustainability Officer, who has been appointed by executive management and is supported by other key corporate and operations representatives via our Sustainability Council. We have established a clear set of metrics to evaluate our progress toward our corporate sustainability goals. Each metric corresponds with one or more performance indicators from GRI and include the following categories: environmental (greenhouse gas emissions), economic, health and safety, information technology, human resources, and real estate. We continuously implement sustainability-related policies and practices and assess the results of our efforts in order to improve upon them in the future. Our executive management team reviews and approves the Sustainability Program and evaluates our progress in achieving the goals and objectives outlined in our plan. As part of the UNGC, we fulfill the annual Communication on Progress via Tetra Tech's Sustainability Report Card that is published on Earth Day. Tetra Tech also participates in the Dow Jones Sustainability Index Corporate Sustainability Assessment.

**Acquisitions and Divestitures**

*Acquisitions.* We continuously evaluate the marketplace for acquisition opportunities to further our strategic growth plans. Due to our reputation, size, financial resources, geographic presence and range of services, we have numerous opportunities to acquire privately and publicly held companies or selected portions of such companies. We evaluate an acquisition opportunity based on its ability to strengthen our leadership in the markets we serve, the technologies and solutions they provide, and the additional new geographies and clients they bring. Also, during our evaluation, we examine an acquisition's ability to drive organic growth, its accretive effect on long-term earnings, and its ability to generate return on investment. Generally, we proceed with an acquisition if we believe that it will strategically expand our service offerings, improve our long-term financial performance, and increase shareholder returns.

We view acquisitions as a key component in the execution of our growth strategy, and we intend to use cash, debt or equity, as we deem appropriate, to fund acquisitions. We may acquire other businesses that we believe are synergistic and will ultimately increase our revenue and net income, strengthen our ability to achieve our strategic goals, provide critical mass with existing clients, and further expand our lines of service. We typically pay a purchase price that results in the recognition of goodwill, generally representing the intangible value of a successful business with an assembled workforce specialized in our areas of interest. Acquisitions are inherently risky, and no assurance can be given that our previous or future acquisitions will be successful or will not have a material adverse effect on our financial position, results of operations, or cash flows. All acquisitions require the approval of our Board of Directors.

*Divestitures.* We regularly review and evaluate our existing operations to determine whether our business model should change through the divestiture of certain businesses. Accordingly, from time to time, we may divest or wind-down certain non-core businesses and reallocate our resources to businesses that better align with our long-term strategic direction.

For detailed information regarding acquisitions, see Note 5, "Acquisitions and Divestitures" of the "Notes to Consolidated Financial Statements" included in Item 8.

**Competition**

The market for our services is generally competitive. We often compete with many other firms ranging from small regional firms to large international firms.

We perform a broad spectrum of consulting, engineering, and technical services across the water, environment, sustainable infrastructure, resource management, energy, and international development markets. Our client base includes U.S. federal government agencies such as the DoD, USAID, the U.S. Department of Energy ("DOE"), the U.S. Environmental Protection Agency ("EPA"), and the FAA; U.S. state and local government agencies; government and commercial clients in Canada, Australia, and the United Kingdom; the U.S. commercial sector, which consists primarily of large industrial companies and utilities; and our international commercial clients. Our competition varies and is a function of the business areas in which, and the client sectors for which, we perform our services. The number of competitors for any procurement can vary widely, depending upon technical qualifications, the relative value of the project, geographic location, the financial terms and risks associated with the work, and any restrictions placed upon competition by the client. Historically, clients have chosen among competing firms by weighing the quality, innovation and timeliness of the firm's service versus its cost to determine which firm offers the best value. When less work becomes available in certain markets, price could become an increasingly important factor.

Our competitors vary depending on end markets and clients, and often we may only compete with a portion of a firm. We believe that our principal competitors include the following firms, in alphabetical order: AECOM; Arcadis NV; Black & Veatch Corporation; Booz Allen Hamilton; Brown & Caldwell; CDM Smith Inc.; Chemonics International, Inc.;

Exponent, Inc.; GHD; ICF International, Inc.; Jacobs Engineering Group Inc.; Leidos, Inc.; SAIC; SNC-Lavalin Group Inc.; Stantec Inc.; TRC Companies, Inc.; Weston Solutions, Inc.; and WSP Global Inc.

**Backlog**

We include in our backlog only those contracts for which funding has been provided and work authorization has been received. We estimate that approximately 58% of our backlog at the end of fiscal 2020 will be recognized as revenue in fiscal 2021, as work is being performed. However, we cannot guarantee that the revenue projected in our backlog will be realized or, if realized, will result in profits. In addition, project cancellations or scope adjustments may occur with respect to contracts reflected in our backlog. For example, certain of our contracts with the U.S. federal government and other clients are terminable at the discretion of the client, with or without cause. These types of backlog reductions could adversely affect our revenue and margins. Accordingly, our backlog as of any particular date is an uncertain indicator of our future earnings.

At fiscal 2020 year-end, our backlog was $3.2 billion, an increase of $147.4 million, or 4.8%, compared to fiscal 2019 year-end. Approximately $2.2 billion and $1.0 billion of our backlog at fiscal 2020 year-end related to GSG and CIG, respectively.

**Regulations**

We engage in various service activities that are subject to government oversight, including environmental laws and regulations, general government procurement laws and regulations, and other regulations and requirements imposed by the specific government agencies with which we conduct business.

*Environmental.* A significant portion of our business involves the planning, design, program management and construction management of pollution control facilities, as well as the assessment and management of remediation activities at hazardous waste sites, U.S. Superfund sites, and military bases. In addition, we contract with U.S. federal government entities to destroy hazardous materials. These activities require us to manage, handle, remove, treat, transport, and dispose of toxic or hazardous substances.

Some environmental laws, such as the U.S. Superfund law and similar state, provincial and local statutes, can impose liability for the entire cost of clean-up for contaminated facilities or sites upon present and former owners and operators, as well as generators, transporters, and persons arranging for the treatment or disposal of such substances. In addition, while we strive to handle hazardous and toxic substances with care and in accordance with safe methods, the possibility of accidents, leaks, spills, and events of force majeure always exist. Humans exposed to these materials, including workers or subcontractors engaged in the transportation and disposal of hazardous materials and persons in affected areas, may be injured or become ill. This could result in lawsuits that expose us to liability and substantial damage awards. Liabilities for contamination or human exposure to hazardous or toxic materials, or a failure to comply with applicable regulations, could result in substantial costs, including clean-up costs, fines, civil or criminal sanctions, third party claims for property damage or personal injury, or the cessation of remediation activities.

Certain of our business operations are covered by U.S. Public Law 85-804, which provides for government indemnification against claims and damages arising out of unusually hazardous activities performed at the request of the government. Due to changes in public policies and law, however, government indemnification may not be available in the case of any future claims or liabilities relating to other hazardous activities that we perform.

*Government Procurement.* The services we provide to the U.S. federal government are subject to the FAR and other rules and regulations applicable to government contracts. These rules and regulations:

- require certification and disclosure of all cost and pricing data in connection with the contract negotiations under certain contract types;
- impose accounting rules that define allowable and unallowable costs and otherwise govern our right to reimbursement under certain cost-based government contracts; and
- restrict the use and dissemination of information classified for national security purposes and the exportation of certain products and technical data.

In addition, services provided to the DoD are monitored by the Defense Contract Management Agency and audited by the DCAA. Our government clients can also terminate any of their contracts, and many of our government contracts are subject to renewal or extension annually. Further, the services we provide to state and local government clients are subject to various government rules and regulations.

**Seasonality**

We experience seasonal trends in our business. Our revenue and operating income are typically lower in the first half of our fiscal year, primarily due to the Thanksgiving (in the U.S.), Christmas and New Year's holidays. Many of our clients'

11

EXHIBIT 13
-576-

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this Report on Form 10-K to be signed on its behalf by the undersigned, thereunto duly authorized.

TETRA TECH, INC.

By: /s/ DAN L. BATRACK

Date: November 20, 2020

Dan L. Batrack
Chairman and Chief Executive Officer

**POWER OF ATTORNEY**

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Dan L. Batrack and Steven M. Burdick, jointly and severally, his attorney-in-fact, each with the full power of substitution, for such person, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorney-in-fact and agent full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully to all intents and purposes as he might do or could do in person, hereby ratifying and confirming all that each of said attorneys-in-fact and agents, or his substitute, may do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this Report on Form 10-K has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ DAN L. BATRACK<br>Dan L. Batrack | Chairman and Chief Executive Officer<br>(Principal Executive Officer) | November 20, 2020 |
| /s/ STEVEN M. BURDICK<br>Steven M. Burdick | Executive Vice President, Chief Financial Officer<br>(Principal Financial Officer) | November 20, 2020 |
| /s/ BRIAN N. CARTER<br>Brian N. Carter | Senior Vice President, Corporate Controller<br>(Principal Accounting Officer) | November 20, 2020 |
| /s/ GARY R. BIRKENBEUEL<br>Gary R. Birkenbeuel | Director | November 20, 2020 |
| /s/ PATRICK C. HADEN<br>Patrick C. Haden | Director | November 20, 2020 |
| /s/ J. CHRISTOPHER LEWIS<br>J. Christopher Lewis | Director | November 20, 2020 |
| /s/ JOANNE M. MAGUIRE<br>Joanne M. Maguire | Director | November 20, 2020 |
| /s/ KIMBERLY E. RITRIEVI<br>Kimberly E. Ritrievi | Director | November 20, 2020 |
| /s/ J. KENNETH THOMPSON<br>J. Kenneth Thompson | Director | November 20, 2020 |
| /s/ KIRSTEN M. VOLPI<br>Kirsten M. Volpi | Director | November 20, 2020 |

# COMPANY INFORMATION

### BOARD OF DIRECTORS

**Dan L. Batrack**
Chairman and Chief Executive Officer,
Tetra Tech, Inc.

**Gary R. Birkenbeuel**
Retired Regional Managing Partner,
Ernst & Young LLP

**Patrick C. Haden**
President, Wilson Avenue Consulting

**J. Christopher Lewis**
Managing Director,
Riordan, Lewis & Haden

**Joanne M. Maguire**
Retired Executive Vice President,
Lockheed Martin Space Systems
Company

**Kimberly E. Ritrievi**
President, The Ritrievi Group LLC

**J. Kenneth Thompson**
President and Chief Executive Officer,
Pacific Star Energy, LLC

**Kirsten M. Volpi**
Executive Vice President, COO,
CFO, and Treasurer, Colorado
School of Mines

### CORPORATE LEADERSHIP

**Dan L. Batrack**
Chairman and Chief Executive Officer

**Leslie L. Shoemaker**
President

**Steven M. Burdick**
Executive Vice President,
Chief Financial Officer

**William R. Brownlie**
Senior Vice President,
Chief Engineer

**Brian N. Carter**
Senior Vice President, Corporate
Controller and Chief Accounting Officer

**Craig L. Christensen**
Senior Vice President,
Chief Information Officer

**Preston Hopson**
Senior Vice President,
General Counsel and Secretary

**Richard A. Lemmon**
Senior Vice President,
Corporate Administration

**Brendan M. O'Rourke**
Senior Vice President,
Enterprise Risk Management

### OPERATIONAL LEADERSHIP

**Derek G. Amidon**
President, Commercial/International
Services Group and President,
Client Account Management Division

**Roger R. Argus**
President, Government
Services Group and President,
U.S. Government Division

**Keith Brown**
President, Global Development
Services Division

**Mark A. Rynning**
President, Resilient and
Sustainable Infrastructure Division

**Bernard Teufele**
President, Canada and
South America Division

### CHAIRMAN EMERITUS

**Li-San Hwang**
Former Chairman and
Chief Executive Officer, Tetra Tech, Inc.



**CORPORATE HEADQUARTERS**

Tetra Tech, Inc.
3475 East Foothill Boulevard
Pasadena, California 91107-6024 USA

Telephone: +1 (626) 351-4664
Fax: +1 (626) 351-5291
tetratech.com

**SHAREHOLDER INQUIRIES**

Telephone: +1 (626) 470-2844
Email: investor.relations@tetratech.com

**TRANSFER AGENT AND REGISTRAR**

Computershare Trust Company, N.A.
250 Royall Street
Canton, Massachusetts 02021-1011 USA

Telephone: +1 (800) 962-4284

**STOCK LISTING**

The Company's common stock is
traded on the NASDAQ Global Select
Market (Symbol: TTEK)

EXHIBIT 13
-578-