Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

|  |  |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant. | Case No. 2:21-cv-1289 MCS-MMA<br><br>**DECLARATION OF DAVID FRAKES, PHD IN SUPPORT OF PAVEMETRICS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        April 19, 2021<br>Time:       9:00 AM<br>Crtrm:      7C |
| TETRA TECH, INC.<br><br>Counterclaim Plaintiff<br><br>TETRA TECH TAS INC.<br><br>Third-Party<br>Counterclaim Plaintiff<br><br>v.<br><br>PAVEMETRICS SYSTEMS, INC.<br><br>Counterclaim<br>Defendant | Honorable Mark C. Scarsi |

TABLE OF CONTENTS

I. BACKGROUND .................................................................................... 1

    A.     EXPERIENCE AND QUALIFICATIONS ................................ 1

    B.     MATERIALS CONSIDERED .................................................. 3

    C.     LEGAL STANDARDS ............................................................ 5

           1.     Claim Construction ...................................................... 5

           2.     Infringement ................................................................. 6

           3.     Invalidity ...................................................................... 7

    D.     PERSON OF ORDINARY SKILL IN THE ART ................... 9

II. BACKGROUND OF THE TECHNOLOGY ..................................... 10

    A.     Laser Triangulation .............................................................. 11

    B.     Edge Detection with Computer Vision .................................. 11

    C.     Application of Computer Vision to Rail Inspection ............. 16

III. THE '293 PATENT ............................................................................ 19

    A.     The Prosecution History ....................................................... 19

    B.     Claim 1 .................................................................................. 25

    C.     Claim Construction .............................................................. 26

    D.     No Infringement of Claim 1 ................................................. 30

           1.     Exhibit B: The LRAIL System Tested in 2017 (Before the '293 Patent Issued) ................................. 30

           2.     Exhibits C-L: The LRAIL System Using Deep Learning ...................................................................... 33

    E.     Claim 1 Is Invalid Due to Anticipation ................................ 35

    F.     Claim 1 Is Invalid Due to Obviousness ............................... 42

IV. CONCLUSIONS ................................................................................ 43

I, David Frakes, declare and state as follows:

1.     I have been retained by Counterclaim Defendant Pavemetrics Systems, Inc. as an expert witness to provide my opinions regarding the non-infringement and invalidity of Claim 1 of U.S. Patent No. 10,362,293.

2.     I am being compensated at my standard hourly rate of $500 per hour for my time.  My compensation does not depend on the content of this declaration or the outcome of this proceeding.

## I.  BACKGROUND

### A.     EXPERIENCE AND QUALIFICATIONS

3.     I am Distinguished Faculty Fellow at the Georgia Institute of Technology, where I am a jointly appointed Associate Professor in the Wallace H. Coulter Department of Biomedical Engineering and the School of Electrical and Computer Engineering.  I am the principal investigator of the Georgia Tech Applied Vision Lab.  I also maintain adjunct professor appointments at Arizona State University and the Mayo Clinic.

4.     I also currently consult for Google, writing code for camera and sensor fusion applications.  Prior to joining the faculty at Georgia Tech and consulting for Google, I worked in industry at Apple, Google, and various startups, including roles in the field of computer or machine vision for numerous years.  I also served on the faculty, including as a professor, at various higher learning institutions, including Arizona State University.

5.     I hold a Ph.D. in Bioengineering and a Masters in Electrical Engineering that I earned in 2003 from Georgia Tech.  In 2002, I earned a Masters in Mechanical Engineering from Georgia Tech.  In 1998, I graduated with a Bachelor of Science in Electrical Engineering (High Honors) from Georgia Tech.

6.     While working on my masters and Ph.D. at Georgia Tech from 1999 to 2003, I served as a Graduate Research Assistant in the Georgia Tech

-1-

Cardiovascular Fluid Mechanics Laboratory and the Georgia Tech Center for Signal and Image Processing (CSIP).

7.     After receiving my Ph.D., from 2003 to 2008, I founded and served as the Chief Technology Officer of 4-D Imaging, Inc., a start-up company focused on the computer vision space.  During my time there, I managed teams of software engineers and research scientists creating computer vision algorithms and other products for the biomedical industry and also completed a number of awards and contracts for the United States Armed Forces.

8.     From 2003 to 2005, I also served as a Postdoctoral Fellow in the Georgia Tech/Emory School of Biomedical Engineering where I conducted NIH-funded basic and clinical research in cardiovascular bioengineering, biomedical imaging, and image processing.

9.     In 2008, I became a jointly appointed Assistant Professor at Arizona State University in both the School of Biological and Health Systems Engineering and the School of Electrical, Computer, and Energy Engineering. In 2014, I was promoted to Associate Professor with tenure, and in 2015, I was named the Fulton Entrepreneurial Professor for the Ira A. Fulton Schools of Engineering at Arizona State University.  While at Arizona State University, I led the Image Processing Applications Laboratory, which applied image and video processing and computer vision, among other technologies.

10.     From 2015 to 2017, I was the Technical Lead and Manager of Mobile Vision in the Google Advanced Technologies and Projects (ATAP) Group.  I led a team of approximately 100 engineers creating new computer vision products in mobile hardware/software and immersive commerce via the DARPA innovation model.

11.     From 2017 to 2019, I was the Technical Lead and Manager of Lens Labs at Google Daydream where I led research teams (about 30 engineers) behind Google Lens, an engine that lets you "search what you see."  I was also

responsible for teams creating augmented reality and computer vision-based features in AR Core and Google Lens.

12. From 2019 to 2020, I was the Lead of Camera Software at Apple, leading a team that creates camera software for the iPhone.

13. I served for several years as an Associate Editor of the IEEE Transactions on Image Processing and served multiple times on the Organizing Committee for the IEEE International Conference on Image Processing.

14. Since 2003, I have published more than 30 peer-reviewed journal articles relating to computer vision, as well as many more peer-reviewed conference papers. I have also published multiple books and/or book chapters relating to computer vision.

15. I am also an inventor on more than 10 patents and patent applications in the computer vision space.

16. I have attached a copy of my current curriculum vitae as Exhibit 15.

17. In the previous four years, I have not testified as an expert at trial, but was deposed in *Tenzer v. Overlake Hospital Med. Center*, Case No. 17-2-31429-3 (Superior Court of Washington, King County) in December 2018.

**B.    MATERIALS CONSIDERED**

18. In formulating my opinions, I have reviewed a variety of materials and made use of my own experience, including my years of reviewing and writing code. I have identified the materials I relied on in the table below, and their corresponding exhibit number, if marked as an exhibit:

| Title | Exhibit |
| --- | --- |
| U.S. Patent No. 10,362,293 | 1 |
| Excerpts from the prosecution history of U.S. Patent No. 10,362,293 | 2 |
| U.S. Patent No. 4,040,738 to Wagner (1977) | 3 |

| | |
|---|---|
| Bernd Jähne, Hanno Scharr, & Stefan Körkel, *Principles of Filter Design*, *in* Handbook of Computer Vision and Applications (volume 2, Bernd Jähne, Horst Haussecker, & Peter Geissler eds.) (1999) | 4 |
| Sue McNeil, Behnam Motazed, Roemer Alfelor, Thomas Short, *Automated Railhead Surface Flaw Inspection, in International Advances*, *in* Nondestructive Testing (Warren J. McGonnagle, ed., vol. 16) (1991) | 5 |
| Pavel Babenko, *Visual Inspection of Railroad Tracks* (2009) | 6 |
| Mubarak Shah, *Automated Visual Inspection/Detection of Railroad Track* (2010) | 7 |
| U.S. Patent Publication No. US2012/0300060 A1 to Farritor | 8 |
| U.S. Patent Publication No. US2013/0191070 A1 to Kainer et al. | 9 |
| Samy Metari, Yuanchang Xie, Mario Talbot, Kaiguang Zhao, & John Laurent, *Automatic Track Inspection Using 3D Laser Profilers to Improve Rail Transit Asset Condition Assessment and State of Good Repair – A Preliminary Study* (2014) "UL-TRB2014" | 10 |
| Alejandro García Lorente, David Fernández Llorca, Miguel Gavilán Velasco, José Antonio Ramos García, and Fernando Sánchez Domínguez, *Detection of Range-Based Rail Gage and Missing Rail Fasteners: Use of High-Resolution Two- and Three-Dimensional Images* (2014) | 32 |
| Redacted Counterclaim Plaintiffs' Memo ISO Motion for Preliminary Injunction (ECF 18-1) | |
| Declaration of Darel Mesher (ECF17-1) and Exhibits A-L cited therein | |
| Berthold K.P. Horn, *Regions and Image Segmentation; Edges and Edge Finding; Pattern Classification*, *in* Robot Vision (1986) | |

| | |
|---|---|
| John M. Hart, Luis Fernando Molina, Esther Resendiz, J. Riley Edwards, Narendra Ahuja, & Christopher P. L. Barkan, *Development of a Machine Vision System for the Inspection of Heavy-Haul Railway Turnout and Track Components* (2011) | |
| Steven Sawadisavi, J. Riley Edwards, Esther Resendiz, John M. Hart, Christopher PL Barkan, and Narendra Ahuja, *Machine-vision Inspection of Railroad Track* (2009) | |
| John Laurent & Jean-François Hébert, *High Performance 3D Sensors for the Characterization of Road Surface Defects* (2002) | |
| Sabry F. El-Hakim & J. Angelo Beraldin, *Integration of Range and Intensity Data to Improve Vision-Based Three-Dimensional Measurements* (1994) | |
| Frank J. Pipitone & Thomas G. Marshall, *A Wide-Field Scanning Triangulation Rangefinder for Machine Vision* (1983) | |

## C.   **LEGAL STANDARDS**

19.   I am an engineer by training and profession. The opinions I am expressing in this declaration involve the application of my education, training, and technical knowledge and experience to evaluate certain technical documents with respect to the '293 patent.

20.   Although I am a named inventor on patents and familiar with them, I am not an expert in patent law.  Therefore, counsel have advised me of certain principles of patent law applicable that I have used in arriving at my determinations and opinions.  The paragraphs below express my understanding of how I must apply these principles in forming my opinions.

### 1.   **Claim Construction**

21.   I have been advised that in any infringement and invalidity

analysis, the first step is to interpret the claim language.  I understand that claim terms are generally given their plain and ordinary meaning as they would have been understood by a person of ordinary skill in the art at the time of the '293 patent who has read the specification and prosecution history.

22.    I understand that the Court has not yet construed any terms of the '293 patent.  Dr. Mesher did not propose any specific constructions for any of the relevant claim language.  Rather, he stated that "[f]or purposes of this declaration, I have used the plain and ordinary meaning of the terms recited in claim 1." Mesher Decl. ¶13.

### 2.  **Infringement**

23.    Counsel have informed me that if a patent holder alleges patent infringement, the patent holder has the burden of proving infringement.  I further understand that infringement occurs when a properly construed claim reads on an accused device.

24.    I understand that 35 U.S.C. § 271 governs patent infringement and that Tetra Tech has accused Pavemetrics' LRAIL system of infringing under § 271(a), which states:

> (a) Except as otherwise provided in this title, whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United states any patented invention during the term of the patent therefor, infringes the patent.

25.    After the claim language has been interpreted, I am informed that the next step is to apply the claim as construed to the allegedly infringing product.  I further understand that, if an accused device contains or includes all elements of the asserted claim, then there is infringement. I have also been advised that, if an accused product does not contain or include all elements of the asserted claim, then there is no infringement.

### 3.   Invalidity

26.   I have been informed that a person cannot obtain a patent on an invention if someone else had already made the same invention or if the invention would have been obvious to a person having ordinary skill in the art.

#### i.   Invalidity Due to Anticipation

27.   If an invention is not new, then the invention has been "anticipated" by the prior art.

28.   Counsel has asked me to focus on prior art defined by AIA 35 U.S.C. § 102(a)(1), which provides:

[a] person shall be entitled to a patent unless—

(1) the claimed invention was patented, described in a printed publication, or in public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention; or

29.   I am informed by counsel that no exception in AIA 35 U.S.C. § 102(b) applies to the prior art that I am applying in this declaration.

30.   Counsel has informed me that a patent claim is anticipated if a single prior art reference expressly or inherently describes each claim limitation. I understand that a prior art reference may implicitly or inherently disclose a limitation even if it does not explicitly disclose that limitation.  A limitation is inherently disclosed when the limitation is necessarily present in the thing described in the prior art reference.

31.   Counsel further informed me that to determine anticipation, a properly construed patent claim must be compared to a prior art reference.  If, based on this comparison, a single item of prior art discloses every claim limitation, either expressly or inherently, then the claim is anticipated and, therefore, invalid.

#### ii.   Invalidity Due to Obviousness

32.   I understand that a claim would have been "obvious," and therefore

invalid, if the claimed subject matter as a whole would have been obvious to a person of ordinary skill in the art at the time of the alleged invention.

33.    I also understand that an obviousness analysis involves a number of considerations, including determining (1) the scope and content of the prior art, (2) the level of ordinary skill in the art, and (3) the differences between the prior art and the claimed invention at the time of the invention.

34.    To assess the differences between prior art and the claimed subject matter, it is my understanding that the law requires the claimed invention to be considered as a whole. This "as a whole" assessment requires showing that one of ordinary skill in the art at the time of invention, confronted by the same problems as the inventor and with no knowledge of the claimed invention, would have selected the elements from the prior art and combined them in the claimed manner.

35.    I understand that the following rationales may be considered when determining whether a claimed invention would have been obvious:

(a) combining prior art elements according to known methods to yield predictable results;

(b) simple substitution of one known element for another to obtain predictable results;

(c) use of known techniques to improve similar devices (methods, or products) in the same way;

(d) applying a known technique to a known device (method, or product) ready for improvement to yield predictable results;

(e) "Obvious to try" – choosing from a finite number of identified, predictable solutions, with a reasonable expectation of success;

(f) known work in one field of endeavor may prompt variations of it for use in either the same field or a different one based on design incentives or other market forces if the variations would have been predictable to

one of ordinary skill in the art; and

(g) some teaching, suggestion, or motivation in the prior art that would have led one of ordinary skill to modify the prior art reference or to combine prior art reference teachings to arrive at the claimed invention.

36.    I am informed that when considering obviousness of a combination of known elements, the operative question is whether the improvement is more than the predictable use of prior art elements according to their established functions.

37.    I am also informed that an obviousness determination must be based on what was known at the time of the invention, that it is impermissible to use hindsight, and that it is improper to focus on just a part or element of the invention, as opposed to the invention as a whole.

38.    I also understand that an obviousness analysis must consider whether there are additional factors that would indicate that the invention would not have been obvious.  These factors include whether there was: (i) a long-felt need in the industry; (ii) any unexpected results; (iii) skepticism of the invention; (iv) a teaching away from the invention; (v) commercial success; (vi) praise by others for the invention; and (vii) copying by other companies.  I am informed that these factors are also referred to as "secondary considerations."  I am not aware of any evidence that would suggest that the claims of the '293 patent would have been non-obvious.

**D.     PERSON OF ORDINARY SKILL IN THE ART**

39.    It is my understanding that when interpreting the claims of the '293 patent, I must do so based on the perspective of one of ordinary skill in the art at the relevant priority date. As discussed below, I understand that the earliest claimed priority date is February 20, 2015.

40.    Dr. Mesher did not opine as to what level of skill in the art pertinent to the '293 patent the hypothetical person of ordinary skill would have

1    had at the time the patent was filed in 2015.

2        41.    The '293 patent describes a system for inspecting a railway track

3    using a sensor (camera), a light, a computer, and a particular algorithm to

4    identify track bed features.  Based on my review of the specification and claims

5    of the '293 patent, it is my opinion that one of ordinary skill in the art would

6    have been a person having a bachelor's degree in electrical engineering,

7    computer engineering, mechanical engineering, computer science, physics, or a

8    related field, and at least two years of experience (or the academic equivalent) in

9    the field of computer or machine vision, including an understanding of

10   algorithms used to process data for image processing.

11       42.    I am able to make this assessment because by 2015, I had written

12   and read numerous software codes involving many different algorithms used for

13   image processing and taught many students how to do so.  I also worked with,

14   trained, and supervised numerous engineers writing such algorithms for

15   computer vision applications.  Based on this experience, I know very well how

16   engineers would interpret and understand Claim 1 of the '293 patent, how they

17   would understand the descriptions of the accused device, and how they would

18   understand the disclosures in the prior art.

19   ## II.  BACKGROUND OF THE TECHNOLOGY

20       43.    The claims of the '293 patent relate to a system for inspecting a

21   railway track bed.  The claimed system includes a light emitting apparatus, a

22   sensor for sensing reflected light that was emitted from the light emitting

23   apparatus, and generic computing components.  The '293 patent's specification

24   explains at column 8, lines 65–67, that the light emitting apparatus is a "light

25   line projector," such as a laser.  These elements are used to acquire three-

26   dimensional surface elevation and intensity image data of the railway track and

27   to generate a track elevation map based on the acquired three-dimensional data.

28

These elements involve a conventional application of a technology developed in the 1970s: laser triangulation.

**A.    Laser Triangulation**

44.    Laser triangulation works by projecting a laser onto the surface, detecting where the laser hit that surface using an imaging sensor (camera), and then using the sensor data to calculate the distance between the laser and the surface using geometric principles.  A Pavemetrics illustration of the LRAIL's use of laser triangulation is illustrated below:



45.    Laser triangulation is a well-known technology for computer vision applications and for rail applications.  For example, U.S. Patent No. 4,040,738, issued in 1977, discloses the use of laser triangulation to measure the distance between a reference point on a railroad car and a track.  Ex. 3

**B.    Edge Detection with Computer Vision**

46.    After using the well-known laser triangulation technology to

-11-

generate a track elevation map, the system claimed in the '293 patent uses generic computing components to apply certain algorithms to the track elevation map to identify a railway track bed feature. These elements involve the application of conventional image processing techniques for "computer vision" that were developed as early as the 1960s.

47. Computer vision (or machine vision, a synonym with distinctions unimportant here) refers to the computational processing and analysis of images to extract meaningful information. At its core, the goal of computer vision is to build autonomous systems to perform tasks that humans perform using their visual systems. The '293 patent provides an example of this, seeking to use an autonomous system to identify railway track bed features—a characteristically visual task.

48. A key task for almost any computer vision application—but especially three-dimensional geometric modeling and object recognition applications—is edge detection. Edge detection refers to methods for identifying points in a digital image where the image brightness changes sharply or has discontinuities. Edge detection is important because edges often represent object and surface boundaries. Edge detection is also an important aspect of the claims of the '293 patent. As I explain later in my declaration, the specific algorithm steps recited in claim 1 of the '293 patent are used for the detection of rail edges. Because of the importance of edge detection in computer vision problems, scientists and engineers in computer vision developed many of the most-used edge detection methods. Three of the most important edge-detection tools are the Sobel operator (or filter), the Prewitt operator (or filter), and the Canny operator (or method).

49. The Sobel filter is used to calculate an approximation of the intensity gradient of an image at each point in the image. After a Sobel filter is applied to an image, areas of high gradient are represented as brighter and areas

of low gradient (i.e. constant intensity) are darker. This helps with the process of edge detection because, the areas of high gradient are likely edges. To apply the Sobel filter, the two 3x3 kernels used in the filter are convolved with the image. In simpler terms, the image intensities of pixels within the 3x3 neighborhood are compared to one another, and the magnitude of changes between compared pixel intensities is calculated. This combined result is used as the intensity value for the pixel in the image that results from filtering. *See generally* Ex. 4 (Bernd Jähne, Hanno Scharr, & Stefan Körkel, *Principles of Filter Design*, *in* Handbook of Computer Vision and Applications (volume 2, Bernd Jähne, Horst Haussecker, & Peter Geissler eds.) (1999)). In a traditional "sliding window" application of the filter, this calculation is performed by a processor for each 3x3 pixel neighborhood within an image, one after the other. The Sobel filtering process is illustrated below:



50.    The Sobel filter was first described by Irwin Sobel and Gary Feldman in a 1968 presentation at Stanford University. It was first published in 1973 in *Pattern Classification and Scene Analysis*, by Richard O. Duda and Peter E. Hart.

51.    In 1970, shortly after Sobel and Feldman presented what has

become known as the Sobel filter, Judith Prewitt published the Prewitt filter. The Prewitt filter has a similar purpose, effect, and application process as the Sobel filter. The key difference between the Sobel filter and the Prewitt filter is that the Prewitt filter gives less weight to the pixels directly above, below, left, and right of the pixel being filtered than the Sobel filter. To apply a Prewitt filter rather than a Sobel filter, in the simplified mathematical example illustrated above, the "2" and "-2" values in the convolution filter would be changed to "1" and "-1." The below image shows a) the Prewitt "kernels" and b) the Sobel "kernels" for comparison:




52.    In 1986, John Canny published *A Computational Approach to Edge Detection*, in which he described what is now known as the Canny method. Unlike the Sobel filter or the Prewitt filter, which simply process an initial image into a gradient representation of that image that can then be incorporated into an edge detection algorithm, the Canny method is a multi-step algorithm for edge detection. In fact, the Canny method may include the application of a Sobel filter.

53.    There are five steps to the Canny method. First, a Gaussian filter is applied. The Gaussian filter is used to blur the image, removing some of the noise before the image is further processed. The Gaussian filter is structurally similar to the Sobel or Prewitt filter in that, to apply the Gaussian filter, an image kernel is convoluted with the image—traditionally with a "sliding window" approach. Like a Sobel or Prewitt filter, a Gaussian filter calculates a

-14-

new intensity value for a pixel based on the surrounding neighborhood of pixels. However, the image kernel is chosen so that the new intensity value represents a weighted average of the surrounding pixels (having a smoothing effect that results in blurring), rather than the gradient.  An example "3x3" Gaussian kernel is illustrated below:

| 1 | 2 | 1 |
|---|---|---|
| 2 | 4 | 2 |
| 1 | 2 | 1 |

54.    After the Gaussian filter has been applied, the second step is to apply a gradient filter.  Canny cited the Prewitt filter as an option for a gradient operator in his original paper, but Sobel filters (and other gradient operators) are also commonly used.

55.    As part of the application of the gradient operator, the gradient direction is also calculated.  This is used in the third step in the Canny method, "non-maximum suppression."  This is a step taken to thin the width of the edges, which helps localize edge detection.  In this step, the gradient direction at each pixel is evaluated.  Then, the gradient magnitude of the pixel is compared to the gradient magnitude of its two neighbors' in the direction that the gradient was calculated.  If the pixel does not have a larger gradient magnitude than those neighbors, its magnitude is set to zero.  This is completed for each pixel.

56.    The fourth step of the Canny method, "thresholding," helps to reduce false edges and link potentially missing edges.  In this step, the gradient image is duplicated.  In the first image, all gradient magnitudes below a certain threshold value are set to zero.  In the second image, all gradient magnitudes below a certain threshold approximately double the first threshold are set to zero.  The edges in the first image are presumed to be edges.  Then, any edges in the second image that are connected to edges in the first image are also

presumed to be edges.

## C.   <u>Application of Computer Vision to Rail Inspection</u>

57.   These technologies may seem far afield from railroads, which I understand have long relied on visual and manual inspection of track.  Yet, since at least the early 1990s, scientists and engineers have known that laser triangulation technology and computer vision image processing techniques could be used for the automated inspection of transportation infrastructure, and even railway infrastructure specifically.

58.   For example, a 1991 article noted that "[a]utomated surface inspection of highway pavements has been applied extensively throughout the U.S. and in other countries.  Sensors include range finders, optical and acoustic devices.   The most popular crack detection technology for pavements is machine vision."  *See* Ex. 5 at 170 (Sue McNeil et al., *Automated Railhead Surface Flaw Inspection*, *in* International Advances in Nondestructive Testing 137 (Warren J. McGonnagle, ed., vol. 16) (1991)).   The article notes that automated inspection of rail surface defects presents a similar problem to inspection of highway pavements, and that automated railhead surface inspection is feasible.   *Id.* at 170–71.   The article proposes a system incorporating image sensors and laser range finding sensors to acquire texture, feature, and depth data about the rail.   *Id.* at 187.   It further proposes that software for image enhancement, feature extraction, and classification may be used, including conventional image processing algorithms for tasks such as edge detection. *Id.* at 188, 176.  In short, the article proposes the integration of laser triangulation technology and image processing techniques for automated inspection of railroads.

59.   Further, systems such as the one proposed in the 1991 article were being implemented and tested well before 2015.  In 2009, a doctoral student at

the University of Central Florida wrote his dissertation on a system for the visual inspection of railroad tracks using laser range scanners and computer vision image processing techniques. *See* Ex. 6 (Pavel Babenko, *Visual Inspection of Railroad Tracks*, University of Central Florida Showcase of Text, Archives, Research & Scholarship Electronic Theses and Dissertations, 2004–2019 No. 3990 (2009)). The dissertation describes a system using laser range scanners and a variety of computer vision techniques to calculate rail edges. *See id.* at 223–37. It also describes a complementary system using solely images of the railroad to detect the rails and calculate the rail edge. *See id.* at 238–50. Notably, the image-based rail detection algorithm uses a Sobel filter for edge detection. *Id.* at 240. The dissertation also describes the results of experimental validation of both systems.

60. In 2010, the doctoral student's advisor published a final report for a contract for the Florida Department of Transportation awarded to develop and test an automated railway inspection system. *See* Ex. 7 (Mubarak Shah, *Automated Visual Inspection/Detection of Railroad Track*, FDOT Contract No. BD550-08 Final Report (2010)). The report describes a system of laser range scanners, cameras, and software to obtain 3D elevation data and high-resolution imagery of the railroad track bed and analyze its computer vision image processing techniques. *See id.* at 316–25. The system was installed in a Florida Department of Transportation vehicle and certain features were tested. *See id.* at 326, 336. An image from the report depicting the use of the system to evaluate potential edges of the rail is illustrated below:



61.     The report also describes algorithms for detecting certain railroad defects.  For example, the report describes an algorithm to detect cracks in rails using images acquired by the system.  *See id.* at 339–40.  The algorithm involves the use of edge detectors, including the Canny method or a Sobel filter. *Id.* at 340.

62.     And in 2014, a group of authors, including three authors from Pavemetrics, published a paper on automatic track inspection using 3D laser profilers and computer vision techniques.  *See* Ex. 10 (Samy Metari et al., *Automatic Track Inspection Using 3D Laser Profilers to Improve Rail Transit Asset Condition Assessment and State of Good Repair - A Preliminary Study*, TRB 93rd Annual Meeting Compendium of Papers (2014)).  The paper describes the use of the Pavemetrics Laser Crack Measurement System (LCMS), which includes laser line projectors and cameras, to collect 3D elevation data and high-resolution imagery of railroad tracks.  *Id.* at 417–21.  An image from the paper showing a 3D representation of a railroad track created using data collected by the LCMS is reproduced below:



63.   The paper then describes computer vision techniques for acquiring useful information about the imaged railroad tracks.  For example, the paper describes an algorithm for estimating rail gauge.  *Id.* at 421–22.  The algorithm involves the use of Sobel filters and the Canny method to detect the rail edges and extract the contour of the rail head.  *Id.* at 422.  An image from the paper illustrating the algorithm's detection of the rail edges is reproduced below:



### III.  THE '293 PATENT

64.   I have been asked to respond to opinions by Dr. Darel Mesher that Pavemetrics' infringes Claim 1 of the '293 patent as set forth in Dr. Mesher's declaration dated March 3, 2021.

65.   The '293 patent is titled "3D Track Assessment System and Method" and was filed on May 29, 2015 and purports to claim priority to a provisional application filed on February 20, 2015.  Ex. 1.  Counsel have informed me that because the '293 patent was filed after March 16, 2013, the '293 patent is subject to the Leahy-Smith America Invents Act (AIA) provisions on prior art.

### A.   The Prosecution History

66.   I have reviewed the prosecution history of the '293 patent as it relates to Claim 1.  The applicant made several amendments to Claim 1 to

overcome rejections based on multiple prior art references.

67.     On May 29, 2015, Applicant submitted original claim 1, as shown below.  Ex. 2 at 75.  The parties' dispute focuses on the addition of substeps to the "identifying a railway track bed feature from the track elevation map" limitation, so I have bolded it and the added substeps throughout my report.

A system for assessing a railway track bed, the system comprising:
        a power source;
        a light emitting apparatus powered by the power source for emitting light energy toward a railway track;
        a data storage apparatus in communication with at least one processor;
        at least one sensor for sensing reflected light that was emitted from the light emitting apparatus and acquiring three dimensional image data of the railway track to be stored in the data storage apparatus, wherein the plurality of sensors are in communication with the at least one processor; and the at least one processor
        wherein the at least one processor is configured to run an algorithm for processing three-dimensional elevation data gathered from the plurality of sensors and saved in the data storage apparatus, the algorithm comprising the steps of:
        a. acquiring three dimensional data representative of a segment of railway track bed;
        b. generating a track elevation map based on the acquired three dimensional data;
        c. **identifying a railway track bed feature from the track elevation map**; and
        d. storing information corresponding to the identified railway track bed feature in the data storage apparatus.

68.     On March 30, 2017, the Patent Office rejected original claim 1 under AIA 35 U.S.C. 102(a)(1) as anticipated by Kainer (US Pub. 2013/0191070).  Ex. 2 at 81.  Kainer discloses a system for inspecting railroad ties in a railroad track that includes a light generator, an optical receiver, and a processor.  Ex. 9.  The light generator projects light onto the railroad track and the optical receiver receives light reflected back from the railroad track and generates image data representative of the railroad track.   The processor

-20-

analyzes the image data by applying algorithms to identify features of the railroad track.

69.    In its rejection with respect to limitation (c), the Patent Office cited Kainer at [0083], L1-5 and [0087], L10-15.  Ex. 2 at 82.  Paragraph 83, L1-5 explains that machine vision algorithms are applied to analyze 3-D images to identify railroad ties.  Ex. 9.  Paragraph 87, L10-15 explains that the system identifies regions of the image that include rails, tie plates, and/or fasteners.  *Id.*

70.    On July 31, 2017, Applicant responded that its system and method for generating a 3D model is "very different" from Kainer.  Ex. 2 at 86. Applicant explained that Kainer takes "a very large number of slices or 'frames' across the track surface . . . (about 633,600 per mile)" and uses "variations in height profile of each slice" to identify features of interest.  *Id.*  Kainer then compiles the slices to arrive at a 3D image but does not combine "3D slices to create a surface from which to identify true 3D features (elevations over an area)."  *Id.*  Applicant contrasted its claimed system as using "3D surface elevation and intensity data models (the elevations for an area of the track surface) to identify features of interest."  *Id.*

71.    Applicant then amended claim 1 to require the sensor acquire three dimensional "surface elevation and intensity" image data of the railway track:

at least one sensor for sensing reflected light that was emitted from the light emitting apparatus and acquiring three dimensional <u>surface elevation and intensity</u> image data of the railway track to be stored in the data storage apparatus, wherein the plurality of sensors are in communication with the at least one processor; and

~~the at least one processor~~ wherein the at least one processor is configured to run an algorithm for processing three-dimensional <u>surface</u> elevation <u>and intensity</u> data gathered from the plurality of sensors and saved in the data storage apparatus, the algorithm comprising the steps of:

a. acquiring three dimensional <u>surface elevation and intensity</u> data representative of [[a]] <u>an area</u> segment of railway track bed;

*Id.* at 84.

-21-

72.    On August 16, 2017, the Patent Office rejected claim 1 for a second time under AIA 35 U.S.C. 103(a) as obvious over Kainer in view of Farritor (US Publ. 2012/0300060 A1).  Ex. 2 at 91.  The Patent Office noted that although Kainer teaches a camera receiving reflected light from the track surface, which necessarily means the captured images contain intensity of light, Kainer "does not explicitly teach capturing the intensity image data."  *Id.* at 93.  The Patent Office then cited Farritor for teaching a vision system for imaging and measuring rail deflection that calculates image intensities from the captured image data.  *Id.*  The Patent Office noted it would have been obvious to combine Kainer's  invention of inspecting railroad ties to include Farritor's use of "image intensity data capturing," because this technique can be used to identify the edges of the rail and, thereby, the slope of the rail in the image.  *Id.* at 93-94.

73.    For the "identifying a railway track bed feature from the track elevation map" limitation, the Patent Office again cited Kainer at [0083], L1-5 and [0087], L10-15.  *Id.* at 93.

74.    On January 15, 2018, Applicant filed a Request for Continued Examination (RCE) that contained previously presented claim 1 (i.e., first amended claim 1).  *Id.* at 97.

75.    Applicant repeated its prior remarks about Kainer's system and method for generating a 3D model being "very different" and not teaching creating "a surface from which to identify true 3D features (elevations over an area)."  *Id.* at 99.  Applicant also argued that "[t]he machine vision device described in Farritor cannot accomplish what is required by the simplest embodiment of Applicant's claim 1, namely, the use of **one** sensor for obtaining surface elevation **and** intensity data."  *Id.* at 100.  Applicant acknowledged that "[t]he sensor device used in Kainer could potentially be used to obtain some sense of elevation data while the sensor device used in Farritor could be used to gather intensity data.  *Id.*  However, two sensing devices would be required."

*Id.* Applicant argued that "[f]or this reason, even a combination of Kainer and Farritor does not meet each and every limitation of Applicant's claim 1." *Id.*

76.    On February 23, 2018, the Patent Office rejected claim 1 for a third time under AIA 35 U.S.C. 103(a) as obvious over Kainer in view of Farritor. Ex. 2 at 105.  For the "identifying a railway track bed feature from the track elevation map" limitation, the Examiner again cited Kainer at [0083], L1-5 and [0087], L10-15. *Id.* at 107.

77.    The Patent Office responded to Applicant's comments in part as follows:

> The Examiner cannot concur with the applicant and respectfully disagrees. First of all, independent claim 1 is a system claim where there is no mention of "how" the 3D model is generated. The claim simply recites *"acquiring three dimensional surface elevation"*. Therefore, whether **Kainer et al's** 3D model generation is different than the claimed invention is completely irrelevant in light of the claimed system.

Ex. 2 at 111.

78.    On July 23, 2018, Applicant amended claim 1 to remove reference to a "plurality of sensors" and to add sub-steps for how to identify a railway track bed feature:

at least one sensor for sensing reflected light that was emitted from the light emitting apparatus and acquiring three dimensional surface elevation and intensity image data of the railway track to be stored in the data storage apparatus, wherein the at least one sensor is ~~plurality of sensors are~~ in communication with the at least one processor; and
~~the at least one processor~~ wherein the at least one processor is configured to run an algorithm for processing three-dimensional surface elevation and intensity data gathered from the at least one sensor ~~plurality of sensors~~ and saved in the data storage apparatus, the algorithm comprising the steps of:
a. acquiring three dimensional surface elevation and intensity data representative of an area segment of railway track bed;
b. generating a track elevation map based on the acquired three dimensional data;

-23-

**c. identifying a railway track bed feature from the track elevation map <u>further including the steps of:</u>**

      i.   <u>**defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated and**</u>

     ii.   <u>**moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor**</u>;

Ex. 2 at 114.

79.    In its accompanying remarks, Applicant explained that the sub-step of "moving the gradient neighborhood" limitation is "shown in FIGS. 5, 7, and 12" of the specification. Ex. 2 at 116. Applicant also remarked that "Kainer does not teach or suggest these latter algorithm steps and, therefore, does not teach or suggest each and every limitation of Applicant's claim 1." *Id.* The Applicant also repeated its arguments that Farritor's machine vision techniques to detect edges requires at least two sensors for enhanced data acquisition beyond intensity. *Id.*

80.    On September 27, 2018, the Patent Office issued a Notice of Allowance that included the following characterization of limitation (c):

> identifying track bed feature from the elevation map by defining an appropriate gradient neighborhood of a 2D track section for calculating differential vertical measurements by moving the gradient neighborhood as a sliding window over the 3D elevation data and finally storing the identified track bed feature into the storage unit.

Ex. 2 at 122.

81.    In the Notice of Allowance, the Patent Office also characterized the prior art as follows:

> The reference of **Kainer et al. (US PG Pub 2013/0191070 Al)** teaches a railway bed feature measurement system having power source, light source, storage unit, processor and plurality of image sensors which captures the reflected lights from the railway track for determining 3D elevation map of the railway track for storage into the storage unit. On the other hand, **Farritor (US PGPub 2012/0300060 Al)** teaches a system in the same field of endeavor, where it describes calculating image

intensities from the captured image data, **none of them teaches the process of defining an appropriate gradient neighborhood of a 2D track section for calculating differential vertical measurements by moving the gradient neighborhood as a sliding window over the 3D elevation data.** As a result **Kainer et al.** alone or in combination with **Farritor** fail(s) to teach all the elements of the independent claim 1 and therefore stands allowable.

Ex. 2 at 122-123 (emphasis added).

82.     The prosecution history does not include any response from the Applicant to the Patent Office's comments or characterizations, which inform the claim construction of the "gradient neighborhood," as I discuss later.

83.     In my opinion, the prosecution history confirms that the claim requires a very specific algorithm for identifying the features of the rail track bed and cannot cover use of known operators for calculating differential vertical measurements such as Sobel filters or other known differential operators.

**B.    Claim 1**

84.     In his declaration, Dr. Mesher opined on Claim 1 only.  Claim 1 reads:

A system for assessing a railway track bed, the system comprising:

a power source;

a light emitting apparatus powered by the power source for emitting light energy toward a railway track;

a data storage apparatus in communication with at least one processor;

at least one sensor for sensing reflected light that was emitted from the light emitting apparatus and acquiring three dimensional surface elevation and intensity image data of the railway track to be stored in the data storage apparatus, wherein the at least one sensor is in communication with the at least one processor; and

wherein the at least one processor is configured to run an algorithm for processing three-dimensional surface elevation and intensity data

gathered from the at least one sensor and saved in the data storage apparatus, the algorithm comprising the steps of:

    a.  acquiring three dimensional surface elevation and intensity data representative of an area segment of railway track bed;

    b.  generating a track elevation map based on the acquired three dimensional data;

    **c.  identifying a railway track bed feature from the track elevation map further including the steps of:**

        **i.    defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated and**

        **ii.    moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor**; and

    d.  storing information corresponding to the identified railway track bed feature in the data storage apparatus.

## I.   **OPINIONS**

### C.  **Claim Construction**

85.    Dr. Mesher states that "[f]or purposes of this declaration, I have used the plain and ordinary meaning of the terms recited in claim 1."  Mesher Decl. ¶13.  Dr. Mesher does not explain what plain and ordinary meaning he is giving any of the terms.

86.    As discussed above, Claim 1 requires "c. identifying a railway track bed feature from the track elevation map further involving the steps of:

    **i.    defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated and**

    **ii.    moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor;"**

87.    The c(i) and c(ii) limitations both use the phrase "gradient

neighborhood." A person of ordinary skill, after reviewing the specification and prosecution history, would have understood the claim phrase "gradient neighborhood" to mean a zone of limited area used for calculating differential vertical measurements. A differential vertical measurement is the change in vertical elevation calculated from data measured by the sensor from a first location (e.g. on the rail head edge) to another location (e.g. on the ground).

88. To calculate differential vertical measurements, the processor receives multiple pieces of data (e.g., elevation data for the rail head and gradient neighborhood operator data). The gradient neighborhood operator then performs calculations on the elevation data to produce differential vertical measurements. The processor repeats this calculation by moving or sliding the gradient neighborhood operator window to calculate differential vertical measurements over the entire region to be processed (e.g. the railway track).

89. The '293 patent explains the "gradient neighborhood" as follows:

> This edge analysis method calculates 3D gradient measures over zone of limited area referred to as a 'neighborhood' that is applied in a sequential and sliding and exhaustive fashion over the entire region to be processed. A suitable neighborhood as shown in FIG. 5 is preferably a 10mmx30 mm gradient area.

'293 Patent, 9:50-56.

90. Figure 5, shown below, identifies "suitable neighborhood 30":



FIG. 5

-27-

91.    The '293 patent further explains:

The processing steps for the 3DTAS rail head edge detection are provided in FIG. 6. The process steps are carried out by a program stored on a computer readable medium in communication with a processor. A first step (block 42) of the program includes inputting full width elevation data to a processor (e.g., the processor 12). An appropriate gradient neighborhood, is defined for vertical rail head edge features. This rail head edge neighborhood represents a small 2D track bed surface area over which differential vertical measurements are calculated (block 44), the example given herein is an area of 10mmx30 mm. The gradient neighborhood is applied by the processor to the 3D elevation data and the area is moved like a window sequentially and completely for each position in the railway track bed elevation data (block 46).

'293 Patent, 10:21-35.

92. Figure 6, which is shown below, confirms that, after defining the 3D gradient neighborhood, the processor calculates the 3D gradient "using" the sliding neighborhood window.



FIG. 6

93. The prosecution history, including the Patent Office comments in the Notice of Allowance also inform my understanding of "gradient

neighborhood." The Patent Office commented that it was allowing the claim because the prior art does not teach "the process of defining an appropriate gradient neighborhood of a 2D track section *for* calculating differential vertical measurements by moving the gradient neighborhood as a sliding window over the 3D elevation data." Ex. 2 at 122 (emphasis added). This confirms that the gradient neighborhood is used to calculate the differential vertical measurements and that the gradient neighborhood does so by moving or sliding over the 3D elevation data.

**D.    No Infringement of Claim 1**

94.    I have reviewed Dr. Mesher's declaration and the accompanying Exhibits A-L. Exhibit A appears to be Dr. Mesher's CV. Exhibits B-L are documents describing the LRAIL devices at various points in time.

**1.    Exhibit B: The LRAIL System Tested in 2017 (Before the '293 Patent Issued)**

95.    In paragraph 21, Dr. Mesher opines that "LRAIL comprises an algorithm comprising the step of "identifying a railway track bed feature from the track elevation map further including the steps of: i. defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated and ii. moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor" as recited in Claim 1. In support of his opinion, Dr. Mesher cites to only one exhibit: Exhibit B at 41-42.

96.    Exhibit B, though dated March 2020, states that it is a Technical Report on the testing of the LRAIL system by Amtrack and Pavemetrics from March 2017 to December 2017. That period preceded the issuance of the '293 patent on July 23, 2019. I understand from Pavemetrics that this LRAIL system was never made, used, sold, offered for sale, or imported into the United States after the '293 patent issued. I understand that one cannot infringe a patent until

-30-

1   it issues.

2   97.    But even if Pavemetrics had made, used, sold, offered for sale, or

3   imported a system with the features shown in Exhibit B after the '293 patent

4   issued, those features would not correspond to the claim limitations.    Dr.

5   Mesher's reliance on Exhibit B at pages 41-42 is misplaced.    Those pages do

6   not show that the 2017 LRAIL system uses an algorithm that moves or slides a

7   "gradient neighborhood" to calculate differential vertical measurements.

8   98.    More specifically, Page 41 of Exhibit B discusses a "Fastener

9   Change Detection" and states:

10  The change detection process first detects the ties and rails, and then
11  defines four regions of interest (ROI) at each intersection (two on the
    gauge side and two on the field side). Each ROI is then inspected for the
12  presence of fasteners using a three-dimensional model. The status of each
13  ROI was reported in three states: a) fastener present, b) ROI contained an
    object that resembles a fastener, and c) ROI was empty (Figure 16).



**Figure 16 – Fastener Detection Algorithm**

99.     Dr. Mesher identifies the "four regions of interest (ROI) at each intersection" as the "gradient neighborhood" that he claims "is moved like a sliding window over the 3D elevation data."  Mesher Decl. ¶ 21.  Dr. Mesher then points to Figures 16 and 17 from Exhibit B and identifies stationary fasteners and anchors in the image as "ROI gradient neighborhoods."  *Id.*  I disagree with Dr. Mesher.

100.   Figure 16 is a 2D image that shows railroad track with the fasteners identified as a ROI.  Figure 17 shows four images that include anchors.  Figures 16 and 17 do not show moving a gradient neighborhood like a sliding window to calculate any measurements.  Nor can it be determined from Exhibit B that such calculations were ever performed by the processor.  Rather, the four ROIs are fixed regions where the fasteners are located at each intersection (two on the gauge side and two on the field side).

101.   Section 3.2 of Exhibit B explains that after the change detection process defines the four regions of interest at each intersection, "[e]ach ROI is then inspected for the presence of fasteners using a three-dimensional model."  Similarly, Section 3.3 of Exhibit B explains that for change detection of anchors, "each ROI was inspected for the presence of anchors using a 3-dimensional model before a run-to-run comparison was completed to detect changes."  These descriptions suggest, and I have confirmed with John Laurent of Pavemetrics, that Pavemetrics used a technique known as "template matching" to identify the fasteners and anchors in its 2017 LRAIL system described in Exhibit B.

102.   Template matching is an approach used in computer vision to compare one image (the template) to another image to determine if the two match.  It is commonly used for a variety of applications including defect detection and autonomous navigation.  Although the state-of-the-art techniques in template matching use deep learning, there are also several more

conventional techniques. These techniques evaluate whether the difference between the two images is below a certain threshold or the correlation between the two images is above a certain threshold. If certain criteria are met, the template image is considered to match with the image with which it is being compared, allowing the presence or absence of components like fasteners or anchors to be detected. This method of template matching does not involve calculating differential vertical measurements in an area that is moved like a sliding window, as required by Claim 1.

103. Thus, in my opinion, Dr. Mesher has not shown that the change detection process for the fasteners and the anchors in the 2017 LRAIL system as shown in Exhibit B satisfies the "moving the gradient neighborhood" limitation. Thus, he has not shown that a system with the features in Exhibit B would infringe the '293 patent even if it were made, use, sold, offered for sale, or imported into the United States after the patent issued in May 2019.

## 2.   Exhibits C-L: The LRAIL System Using Deep Learning

104. Dr. Mesher also cites to Exhibit C-L, but he does not cite to those Exhibits to support his opinion that the LRAIL system satisfies the "gradient neighborhood" limitations. Nonetheless, for completeness, I will address those exhibits here to explain that Dr. Mesher could not have relied upon these exhibits because they do not show any thing that could be characterized as a moving gradient neighborhood.

105. Based upon my review of the exhibits, I created the following table to help identify each exhibit:

| Exhibit C | printout from Pavemetrics website on its LRAIL system dated February 23, 2021 |
|---|---|
| Exhibit D | undated LRAIL brochure |
| Exhibit E | undated LRAIL brochure |
| Exhibit F | Federal Railroad Administration Final Report titled Extended Field Trials of LRAIL for Automated Track Change Detection dated |

| | | April 2020 reflecting a Technical Report on the testing of LRAIL on Amtrack lines in the United States from September 13, 2018 to December 31, 2019 |
|---|---|---|
| Exhibit G | | undated PowerPoint slide deck titled LRAIL Deep Neural Network Railway Inspection and Change Detection that describes testing Pavemetrics' LRAIL system from May 2019 to October 2020. |
| Exhibit H | | Blog post or news article titled FRA Report Confirms Utility of AI-based Railway Inspection System dated May 1, 2020 that appears to describe the FRA Final Report (Exhibit F) |
| Exhibit I | | Presentation titled Use of Laser Triangulation and Deep Neural Networks (DNNs) for Railway Track Safety Inspections dated October 16, 2019 |
| Exhibit J | | Article titled Ballast Maintenance, dated November 6, 2020 |
| Exhibit K | | Presentation titled Use of Neural Networks for Railroad Inspection |
| Exhibit L | | Article titled Deep Learning for Railroad Inspection |

106.   Pavemetrics has informed me that Exhibits C-L contain descriptions of Pavemetrics' LRAIL device used in the United States after the patent issued in May 2019.  They describe an LRAIL system that uses a type of deep neural network called a Convolution Neural Network that helps computers analyze images similarly to how a human would analyze them.  Ex. G at 133; Ex. C; Ex. F at 78.  Pavemetrics' integration of the deep neural network into LRAIL is illustrated in Ex. L at 244 (Figure 3):



107.   It is unsurprising that Dr. Mesher does not cite to any of these exhibits as evidence that LRAIL satisfies the moving gradient neighborhood limitation.  Given his background, Dr. Mesher would know that a deep neural network develops its own neighborhood operators and does not utilize gradient

or any other neighborhood operators programmed by Pavemetrics. Nor would deep neural networks be expected to use a moving gradient neighborhood to calculate differential vertical measurements.

**E.     Claim 1 Is Invalid Due to Anticipation**

108.   In my opinion, Claim 1 is invalid at least because it is anticipated by an article titled *Automatic Track Inspection Using 3D Laser Profilers to Improve Rail Transit Asset Condition Assessment and State of Good Repair – A Preliminary Study* by Sami Metari, Mario Talbot, and John Laurent of Pavemetrics Systems Inc., Yuanchang Xie, Department of Civil and Environmental Engineering, University of Massachusetts Lowell, and Kaiguang Zhao, Joint Global Change Research Institute, Pacific Northwest National Laboratory. Exhibit 10. The article, dated November 15, 2013, was published in connection with the Transportation Research Board (TRB) Annual Meeting in January 2014, before the earliest priority date of the '293 patent. I will refer to the article as UL-TRB2014.

109.   UL-TRB2014 describes Pavemetrics' "computer vision framework specially designed for the automatic inspection of railroad track." Ex. 10 at 416. I understand this system later became known as LRAIL.

110.   Below, I lay out an element-by-element analysis explaining why UL-TRB2014 anticipates claim 1 of the '293 patent.

> **"A system for assessing a railway track bed, the system comprising:"**

111.   To the extent the preamble is construed to be limiting, UL-TRB2014 discloses "a system for assessing a railway track bed." "For railroad scanning, the LCMS is mounted on a hi-rail vehicle as seen in Figure 3." Ex. 10 at 419.



Figure 3 LCMS on an inspection hi-rail vehicle.

**"a power source;"**

112.   UL-TRB2014 discloses that the system has "a power source." "The LCMS (see Figure 2) combines 3D laser profilers that use high power laser line projectors, custom filters and a camera as the detector." Ex. 10 at 418. Without a power source, the 3D laser profilers could not function.

**"a light emitting apparatus powered by the power source for emitting light energy toward a railway track;"**

113.   UL-TRB2014 discloses that the system has "a light emitting apparatus powered by the power source for emitting light energy toward a railway truck." "During operations, a strip of laser light is projected onto the railroad track and its image is captured by the integrated camera." Ex. 10 at 418.



Figure 2 Photo of the LCMS system (sensors and controller).

**"a data storage apparatus in communication with at least one processor;"**

114.   UL-TRB2014 discloses that the system has "a data storage apparatus in communication with at least one processor."  "Images from the cameras are sent to a frame grabber to be digitized and then processed by a high-performance computer."  Ex. 10 at 418.

**"at least one sensor for sensing reflected light that was emitted from the light emitting apparatus and acquiring three dimensional surface elevation and intensity image data of the railway track to be stored in the data storage apparatus, wherein the at least one sensor is in communication with the at least one processor; and"**

115.   UL-TRB2014 discloses that the system has "at least one sensor for sensing reflected light that was emitted from the light emitting apparatus and acquiring three dimensional surface elevation and intensity image data of the railway track to be stored in the data storage apparatus, wherein the at least one sensor is in communication with the at least one processor."  The system includes a sensor (a camera).  "During operations, a strip of laser light is projected onto the railroad track and its image is captured by the integrated camera.  Images from the cameras are sent to a frame grabber to be digitized and then processed by a high-performance computer."  Ex. 10 at 418.  UL-TRB2014 explains that the camera acquires both range (surface elevation) and intensity image data. *Id.* at 420.

-37-

**"wherein the at least one processor is configured to run an algorithm for processing three-dimensional surface elevation and intensity data gathered from the at least one sensor and saved in the data storage apparatus,"**

116.   UL-TRB2014 discloses that the system has a processor "configured to run an algorithm for processing three-dimensional surface elevation and intensity data gathered from the at least one sensor and saved in the data storage apparatus."   "[T]his research develops a new vision-based algorithm for rail gauge estimation.   This algorithm utilizes the 3D range data from the LCMS sensor . . . ."   Ex. 10 at 421.

**"the algorithm comprising the steps of:**
**a. acquiring three dimensional surface elevation and intensity data representative of an area segment of railway track bed;**
**b. generating a track elevation map based on the acquired three dimensional data;"**

117.   UL-TRB2014 discloses that the system uses an algorithm that performs the steps of "a. acquiring three dimensional surface elevation and intensity data representative of an area segment of railway track bed; [and] b. generating a track elevation map based on the acquired three dimensional data."   As shown in the figure below, range images are produced by mapping the elevation of each measurement point and intensity images are produced by mapping the intensity of reflected laser light, resulting in a scan of the railway.   Ex. 10 at 421.



Figure 5 LCMS data type: Intensity (left), range (center), 3D merged (right).

**"c. identifying a railway track bed feature from the track elevation map further including the steps of: i.  defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated and ii.   moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor"**

118.   UL-TRB2014 discloses that the system has an algorithm that includes the step of "identifying a railway track bed feature from the track elevation map further including the steps of: i. defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated and ii. moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor."

119.   UL-TRB2014 discloses an algorithm for measuring rail gauge and identifying rail head edges that satisfies the c(1) and c(2) claim limitations.  The '293 patent describes using the claimed algorithm to identify "rail head edges" as "a railway track bed feature."  '293 Patent, 2:63-67.

120.   Specifically, UL-TRB2014 discloses that the following steps of the algorithm to identify the rail head edges:

1. Based on the realistic assumption that the rail head is the nearest object to the imaging system (the LCMS), the algorithm searches for the coordinate of the shallowest point in the generated range data. It is assumed that this point is on the rail head (see Figure 4).

2. A new range image is defined by applying a double threshold operator to the original range image from Step 1. The thresholds are a function of the shallowest point value. As a result, this refined range image only contains the area of interest for inspection: the rail head.

3.  A remapping process is applied to convert the new range image (from Step 2) to a grayscale image (pixel values between 0 and 255).

4. **Horizontal and vertical Sobel kernels [25] are applied for edge detection.**

-39-

5. The Canny method [*26*] is applied in order to extract the rail head contour.

6. The extracted contour often includes discontinuities. In order to address this issue, a technique was developed for closing and refining the rail head contour. In addition, at this step the actual positions of the rail edges are calculated.

7. Finally, we apply a "Blob Coloring module" which detects and recognizes (extraction of characteristics) blobs in a given binary image. A blob is a region of a digital image in which all the pixels are similar to each other. The final result of this step is that the edges of the rail in a given image are detected and highlighted.

Figure 6 illustrates the result of this process for a rail segment; the rail edges are correctly detected and highlighted in red.

[FIGURE 6]

Ex. 10 at 421-422.

121.   In the algorithm described in UL-TRB2014, the step of applying "horizontal and vertical Sobel kernels" for "edge detection" discloses the c(1) and c(2) claim limitations.

122.   Applying Sobel kernels is a well-known edge detection technique. It has been attributed to originating from a presentation by Sobel in 1968. Indeed, Footnote 25 referenced in "Horizontal and vertical Sobel kernels [25] are applied for edge detection" cites a 1999 textbook.  Ex. 10 at 429 (citing Jähne, B. , Scharr, H., and Körkel, S. Principles of filter design. In Handbook of Computer Vision and Applications. Academic Press, 1999, Exhibit 4).

123.   The Sobel kernel (also called a Sobel operator or Sobel filter or Sobel edge detector) is widely used for edge detection in images based on changes in intensity.  The Sobel operator is a gradient detecting filter that slides like a window to calculate local changes in intensity based on a 3x3 neighborhood (or kernel).  More specifically, versions of the filter are used to

detect horizontal and vertical gradients within an image to find edges. In the context of railway data for example, the Sobel operator is particularly useful to identify rail edges based on elevation data because there are considerable local changes in elevation from the rails to other ground-level features. The Sobel operator itself comprises nine values configured to identify high frequency information, better understood in the spatial domain as large changes in intensity (e.g., elevation in this case).

124. When UL-TRB2014 discloses applying "horizontal and vertical Sobel kernels" for "edge detection," one of ordinary skill in the art would appreciate that the Sobel kernel represents a gradient neighborhood consisting of a small 2D track section over which differential vertical measurements are calculated by moving the gradient neighborhood (i.e., the Sobel kernel) like a sliding window over the 3D elevation data using the processor. Calculating the differential vertical measurements by moving the Sobel kernel like a sliding window over the 3D elevation data is a necessary and inevitable result of applying "horizontal and vertical Sobel kernels" for "edge detection."

### d. storing information corresponding to the identified railway track bed feature in the data storage apparatus.

125. UL-TRB2014 discloses that the system has an algorithm that includes the step of "storing information corresponding to the identified railway track bed feature in the data storage apparatus." For example, UL-TRB2014 describes how images "are sent to a frame grabber to be digitized and then processed by a high-performance computer. Using lossless data compression algorithms, the raw data is compressed. This enables the data to be collected at rates of approximately 20 MB/s or 720 MB/km compared to raw data rates of upwards of 30 GB/km at 100 km/h." Ex. 10 at 418-419; see also 421-422 (reflecting extensive processing requiring storing data corresponding to the rail head feature).

**F.     Claim 1 Is Invalid Due to Obviousness**

126.    Even if UL-TRB2014 did not explicitly or inherently disclose each limitation of Claim 1, it would have rendered that claim obvious.  Specifically, UL-TRB2014 combined with the knowledge of one of ordinary skill in the art would have rendered Claim 1 obvious to a person having ordinary skill in the art.

127.    As I discuss in the Background Technology section above, Claim 1 requires conventional structural elements for acquiring image data using conventional algorithms well known in the prior art.  The scope of the prior art includes well known textbooks on differential operators, such as Sobel filters, well-known textbooks on computer vision, and numerous articles on computer vision for transportation (including rail) inspection, including numerous articles on use of the Pavemetrics' system for rail inspection before the filing date of the '293 patent.

128.    There are no apparent differences between the claimed invention and the prior art.  Indeed, Dr. Mesher compares the claim to an accused device that Pavemetrics and others published on in 2014.  UL-TRB2014 identifies all the features Dr. Mesher's cites Exhibits B-L for.  It also contains additional features not identified in Exhibits B-L.  Should Dr. Mesher identify a claimed feature missing from UL-TRB2014, it would be difficult to see how Pavemetrics' LRAIL system could infringe Claim 1.  Moreover, given the conventional structural elements and conventional algorithms recited in Claim 1, the knowledge of one of ordinary skill would readily address any differences that Tetra Tech may identify.

129.    I would expect my students who have had a course in computer vision to understand Claim 1 and would certainly expect an engineer with two years of experience in computer vision to understand Claim 1.  A person of ordinary skill aware of UL-TRB2014 and their own knowledge would readily

have found Claim 1 obvious in 2015.

## IV. CONCLUSIONS

130.   In my opinion, Dr. Mesher has not shown that the LRAIL system infringes Claim 1 of the '293 patent.

131.   In my opinion, Ul-TRB2014 discloses every limitation of Claim 1 of the '293 patent and, thus, anticipates and/or renders obvious that claim.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 22, 2021 at Atlanta, Georgia.

/s/     David Frakes

David Frakes, Ph.D

-43-

# CURRICULUM VITAE

**David H. Frakes**
3135 Wood Valley Road NW
Atlanta, GA 30327
(480) 399-7875
frakules@icloud.com

## I. EDUCATION

| | |
|---|---|
| Ph.D. | Bioengineering – Georgia Institute of Technology, 2003 |
| | Advisors: Mark J.T. Smith, Ph.D. and Ajit P. Yoganathan, Ph.D. |
| M.S. | Electrical Engineering – Georgia Institute of Technology, 2003 |
| M.S. | Mechanical Engineering – Georgia Institute of Technology, 2002 |
| B.S. | Electrical Engineering (High Honor) – Georgia Institute of Technology, 1998 |

## II. EMPLOYMENT

**3/2020 – present**    **Associate Professor with Tenure – *Georgia Institute of Technology, The Wallace H. Coulter Department of Biomedical Engineering, School of Electrical and Computer Engineering***
Conduct novel, high-impact research in the areas of medical devices, cardiovascular fluid dynamics, image and video processing, and computer vision. Develop and implement undergraduate and graduate engineering curriculum. Translate technology from the laboratory to the market.

**1/2019 – 3/2020**    **Lead of Camera Software – *Apple***
Lead a team that creates and ships camera software for the iPhone.

**11/2017 – 1/2019**    **Technical Lead and Manager of Lens Labs – *Google Daydream***
Lead the research teams (~30 engineers) behind Google Lens – the engine that lets you "search what you see". Responsible for teams shipping augmented reality- and computer vision-based features in AR Core and Google Lens.

**4/2015 – 11/2017**    **Technical Program Lead of Mobile Vision – *Google Advanced Technologies and Projects (ATAP) Group***
Lead a team of ~100 engineers. Create new computer vision products in mobile hardware/software and immersive commerce via the DARPA innovation model.

**4/2015 – 3/2020**    **The Fulton Entrepreneurial Professor – *Ira A. Fulton Schools of Engineering at Arizona State University***

**1/2017 – present**    **Adjunct Professor of Radiology – *Mayo Clinic***

**8/2014 – 3/2020**    **Associate Professor with Tenure – *Arizona State University (ASU), School of Biological and Health Systems Engineering (SBHSE) and School of Electrical, Computer, and Energy Engineering (SECEE)***
**Honors Faculty – *Barrett, the Honors College at Arizona State University***

**3/2008 – 3/2020**    **Graduate Faculty – *ASU, School for the Engineering of Matter, Transport, and Energy (SEMTE)***
**Affiliated Research Scientist – *Barrow Neurological Institute (BNI)***

**3/2008 – 8/2014**    **Assistant Professor – *ASU, SBHSE and SECEE***
Conduct novel, high-impact research in the areas of medical devices, cardiovascular fluid dynamics, image and video processing, and computer vision. Develop and implement undergraduate and graduate engineering curriculum. Manage and mentor student teams in research and entrepreneurship.

**9/2013 – 1/2015**    **Chief Science Officer – *Endovantage, LLC***
Supervise technology development and execution in providing endovascular device simulation services to healthcare enterprises and medical device companies.

**5/2011 – 1/2015**    **Chief Science Officer – *Heart in Your Hand, LLC***
Supervised technology development and execution in providing physical models of congenital heart disease to hospitals, medical schools, and biomedical researchers.

**12/2010 – 12/2014**    **Director of Strategy Development – Intrinsic Capital Management, Inc.**
Developed multi-asset class, technical/fundamental algorithmic trading strategies for financial advisory, hedge fund, and high net worth individual investors.

*Curriculum Vitae – David H. Frakes, Ph.D.*        1

**EXHIBIT 15**
**-44-**

| 9/2006 – 3/2008 | **Chief Risk Officer (CRO) and Director –** *Carlyle Blue Wave Partners* |
|---|---|
| | As CRO: Directed risk management for a ~$1B hedge fund. Developed automated tools for performance monitoring and integrated multiple risk management platforms. As Director: Specialized in equity derivatives and volatility. Created/deployed pricing models and technical/fundamental trading strategies across multiple asset classes (equities, commodities, fixed income, etc.) on time-scales from minutes to months. |
| 6/2003 – 3/2008 | **Chief Technology Officer –** *4-D Imaging, Inc.* |
| | Managed teams of software engineers and research scientists. Lead the development of image and video processing solutions for the biotech and military sectors. Raised ~$500k in capital as founder of the venture and secured multiple grants >$100k as PI. |
| 6/2005 – 9/2006 | **Quantitative Analyst –** *Millennium Partners* |
| | Provided software support tools for traders and developed systematic intraday and longer-term technical trading algorithms for equities and index futures products. |
| 9/2003 – 1/2005 | **Postdoctoral Fellow –** *Georgia Tech / Emory School of Biomedical Engineering* |
| | Conducted NIH-funded basic and clinical research in cardiovascular bioengineering, biomedical imaging, and image processing. Supervised a team of graduate students. |
| 1/1999 – 9/2003 | **Graduate Research Assistant –** *Georgia Tech Cardiovascular Fluid Mechanics Laboratory and the Georgia Tech Center for Signal and Image Processing (CSIP)* |
| | Performed AHA- and NIH-funded research in cardiovascular bioengineering, controls, and image processing. Instructed undergrad courses. Developed engineering curriculum. |
| 6/2002 – 9/2002 | **NSF Fellow –** *National Taiwan University, Department of Applied Mechanics* |
| | Designed and executed an investigation of droplet physics in the context of biochip production. Functioned as a member of an international team with Mandarin Chinese as the first language. |
| 5/2000 – 8/2000 | **Summer Intern –** *Deutsche Bank Alex Brown* |
| | Worked on the International Securities Exchange options market-making desk. |
| 4/1998 – 7/1998 | **Professional Athlete –** *Washington Redskins* |
| | Signed a contract with an NFL team and competed during the 1998 preseason. |

**III.  GRANT AWARDS AND CONTRACTS** (* indicates PI, **bold** indicates % of funds received to Frakes' program, and underlining indicates total grant award. Cumulative awards thus far total **~$5.1M** with ~$3.0M going specifically to PI Frakes.)

1. "Applied CFD Technologies": Hooman Farsani*, Co-PI David Frakes. NSF I-Corps (8/2018-7/2019, **100%**), $50k

2. "Applied CFD Technologies": Hooman Farsani*, Co-PI David Frakes. ASU W.P. Carey School of Business New Venture Challenge (4/2018-3/2019, **10%**), $30k

3. "Patient-Specific Neuro-Oncology: Forecasting Tumor Growth and Recurrence in Individual Patients": Eric Kostelich*, Co-PI David Frakes. Arizona Biomedical Research Commission (3/2017-2/2020, **15%**), $750k

4. "3D Printing for Heart Surgery Planning": David Frakes*. ASU Women and Philanthropy Society (4/2016-3/2019, **100%**), $100k

5. "Stereo Image Fusion Algorithms - 2": David Frakes*. Google Advanced Technology and Projects Group (1/2016-6/2016, **100%**), $50k

6. "Virtual Implantation Trial for the Infant Jarvik 2015 Heart": David Frakes*. NIH NHLBI Subcontract (12/2015-3/2016, **100%**), $49k

7. "Stereo Image Fusion Algorithms - 1": David Frakes*. Google Advanced Technology and Projects Group (9/2015-3/2016, **100%**), $70k

8. "Morphological Models for Undergraduate Biomedical Engineering Education": David Frakes*. NSF I/UCRC Research Grant sponsored by Interactive Flow Studies (10/2015-9/2016, **100%**), $50k

9. "Collaborative Research: Wall Shear Stress Sensor for Engineering Fluid Dynamics in Biomedical Systems": David Frakes*. National Science Foundation Award - #1512553 (7/2015-6/2018, **48%**), $446k

10. "Planning Grant: Collaborative Research: Building Reliable Advance and Innovation in Neurotechnologies (BRAIN)": Marco Santello*, Co-PI David Frakes. National Science Foundation Award - #13-594 (6/2015-5/2016, **5%**), $14k

**EXHIBIT 15**
**-45-**

11. "Validating Large Fluid Dynamics Simulations of Complex Geometries with 3D Printing": David Frakes*. Lawrence Livermore National Laboratory (1/2015-9/2015, **100%**), $80k

12. "Virtual Implantation of the Syncardia Total Artificial Heart": David Frakes*. Syncardia Systems (1/2015-12/2015, **100%**), $5k

13. "The EndoVantage Interventional Suite (EVIS) for Personalized Clinical Management of Cerebral Aneurysms": Robert Green*, Co-PI David Frakes. Flinn Foundation Bioscience Entrepreneurship Award (1/2015-12/2015, **25%**), $30k

14. "Motion Treatment and Quality Assessment for Improved Super-resolution Image Generation": David Frakes*. Google Advanced Technology and Projects Group (1/2015-3/2015, **100%**), $80k

15. "Efficient Sub-pixel Image Registration and Demosaicing with Gradient Angle Interpolators": David Frakes*. Google Advanced Technology and Projects Group (8/2014-12/2014, **100%**), $70k

16. "The EndoVantage Interventional Suite (EVIS) for Personalized Clinical Management of Cerebral Aneurysms": Robert Green*, Co-PI David Frakes. Arizona Commerce Authority Innovation Challenge Award (5/2014-4/2015, **25%**), $250k

17. "3D Cardiac Printing": Stephen Pophal*, Co-PI David Frakes. Phoenix Children's Hospital Leadership Circle Grant (5/2014-5/2015, **31%**), $59k

18. "Giant Aneurysm Modeling with Computational Fluid Dynamics": Jonathan Russin*, Co-PI David Frakes. Catholic Healthcare West Research Grant (2/2014-1/2015, **58%**), $14k

19. "Virtual Device Fit Assessment for Enhanced Endovascular Treatment of Congenital Heart Defects": David Frakes*. Phoenix Children's Hospital Lund Foundation Grant (2/2014-12/2014, **100%**), $12k

20. "Predictive Modeling of Aneurysmal Evolution": Eric Kostelich*, Co-PI David Frakes. ASU School of Mathematical and Statistical Sciences Seed Grant (12/2013-11/2014, **11%**), $29k

21. "A System for Forecasting Primary Brain Tumor Growth": David Frakes*, Co-PI Eric Kostelich. ASU Fulton Schools of Engineering Rising Stars Seed Grant (5/2013-5/2014, **100%**), $25k

22. "The EndoVantage Interventional Suite (EVIS) for Personalized Clinical Management of Cerebral Aneurysms": David Frakes*, Co-PI Brian Chong. Mayo-ASU Commercialization in Individualized Medicine Award (2/2013-2/2014, **100%**), $100k

23. "Fabrication of Transparent Vascular Flow Phantoms": Murat Okcay*, Co-PI David Frakes. National Science Foundation REU Supplement (5/2012-8/2012, **0%**), $13k

24. "Patient-specific Anatomical Prototyping": Stephen Pophal*, Co-PI David Frakes. Phoenix Children's Hospital Leadership Circle Grant (5/2012-5/2013, **25%**), $75k

25. "Solidscape 3D Printers": David Frakes*, Co-PI Vincent Pizziconi, Co-PI Michael Caplan, Co-PI Ron Adrian, Co-PI Veronica Santos, Co-PI Marco Santello, Co-PI Jan Snyder, Co-PI Michael Kozicki, Co-PI Brent Vernon. ASU Fulton Schools of Engineering Infrastructure Competition (4/2012-4/2012, **15%**), $44k

26. "MRI Compatible Perfusion Chamber": Kevin Bennet*, Co-PI David Frakes, Co-PI Vikram Kodibagkar, Co-PI Greg Turner, Co-PI Leland Hu. ASU Fulton Schools of Engineering Infrastructure Competition (4/2012-4/2012, **30%**), $44k

27. "Imaging-driven Fluid Dynamic Engineering of Modified Biomedical Systems": David Frakes*. National Science Foundation CAREER Award - #1151232 (2/2012-2/2017, **100%**), $429k

28. "Rotator Cuff Strengthener (ROCS)": David Frakes*. Western Alliance to Expand Student Opportunities - #S12UR015/S2012 (1/2012-5/2012, **100%**), $6k

29. "Investigation of Coil Shape on Aneurysmal Filling": Brian Chong*, Co-PI David Frakes. Unrestricted Research Gift – Johnson & Johnson Corp. (1/2012-5/2012, **50%**), $80k (market value)

30. "Analysis of Procedural Variable Effects on Fluid Dynamics in Coil Embolized Cerebral Aneurysms": David Frakes*, Co-PI Brian Chong. Mayo-ASU Seed Program Grant (1/2012-1/2013, **100%**), $40k

31. "Correlation of Epileptology with MRI Imaging": Jeff Miller*, Co-PI David Frakes. Phoenix Children's Hospital Internal Solicitation Grant (1/2012-1/2013, **100%**), $24k

32. "Fluid Dynamic Engineering of Cerebral Aneurysm Treatments": David Frakes*. American Heart Association Beginning Grant-in-Aid - #11BGIA7970009 (6/2011-6/2013, **100%**), $132k

33. "SenSIP Consortium REU Project": Andreas Spanias*, Co-PI David Frakes. NSF SenSIP I/UCRC REU Supplement - #1136966 (6/2011-8/2011, **0%**), $8k

34. "Extraction of Advanced Geospatial Intelligence from Synthetic Aperture Radar": David Frakes*, Co-PI Andreas Spanias. NSF I/UCRC Research Grant sponsored by Lockheed Martin (6/2011-6/2012, **100%**), $23k

35. "Simulation of Complex Aneurysmal Flows": David Frakes*. ASU High Performance Computing Allocation Grant (6/2011-6/2012, **100%**), 100,000 CPU Hours

36. "Multi-Scale Predictive Models for Capital Flux Transience": David Frakes*. Private Philanthropic Gift (6/2011-6/2014, **100%**), $340k

37. "Numerical Simulation of Blood Flow In Vivo": Ron Adrian*, Co-PI David Frakes, Co-PI Herman Fasel. Arizona Biomedical Research Commission Grant – #11028752 (6/2011-6/2013, **21%**), $375k

38. "Fluid Dynamic Optimization of Endovascular Treatment for Cerebral Aneurysms": David Frakes*. Brain Aneurysm Foundation Research Grant (10/2010-10/2011, **100%**), $25k

39. "Fluid Dynamic Assessment of Endovascular Treatments for Cerebral Aneurysms": David Frakes*. Women and Philanthropy Society Category B Grant (10/2010-10/2011, **100%**), $50k

40. "Real-time Video Restoration Processor for Mitigating Atmospheric Distortion": Richard Pracht*, Key Personnel David Frakes. Army Research Lab Phase I SBIR – #A093-141-1071 (6/2010-6/2011, **22%**), $120k

41. "Clinical Application of MR Perfusion to Characterize Histological Heterogeneity in Post-treatment Glioma": Leland Hu*, Co-PI David Frakes. Arizona Biomedical Research Commission Grant – #09-007 (10/2009-10/2011, **33%**), $375k

42. "3D Modeling of Cerebral Aneurysm Geometries": David Frakes*. Western Alliance to Expand Student Opportunities (1/2009-5/2009, **100%**), $2k

43. Various Project Titles: Various Students*, Investigator David Frakes. Fulton Undergraduate Research Initiative (1/2009-3/2015 (36 projects), **25%**), $72k

44. "Water Diffusion as an MRI Biomarker of Cellular Invasion in Brain Tumors": Kevin Bennet*, Co-PI David Frakes. Mayo-ASU Seed Program Grant (1/2009-1/2010, **50%**), $40k

45. "Characterization of Embolic Coiling": David Frakes*. Unrestricted Research Gift – ev3, Inc. (11/2008-12/2008, **100%**), $50k (market value)

46. "Mitigation of Atmospheric Turbulence Distortion in Video": David Frakes*, Co-PI Richard Pracht. Georgia Research Alliance Phase II Grant (1/2005-1/2006, **100%**), $100k

47. "Mitigation of Atmospheric Turbulence Distortion in Video": David Frakes*, Co-PI Richard Pracht. Georgia Research Alliance Phase I Grant (1/2004-1/2005, **100%**), $50k

48. "Atmospheric Turbulence Mitigation in Dark Video": David Frakes*, Co-PI Richard Pracht. Army Research Laboratory Contract – Night Vision Group (1/2004-1/2005, **100%**), $20k

49. "Investigation of Droplet Impact on Very Thin Liquid Films": David Frakes*. National Science Foundation East Asia Institutes Grant (5/2002-8/2002, **100%**), $10k

## IV. SELECTED UNFUNDED GRANT PROPOSALS

1. NIH NHLBI R01 (2013, as PI, Scored at 29th percentile), $1M
2. NSF CyberSEES: Type 2 (2013, as Co-PI), $1.2M
3. NSF CBET Biosensing (2013, as PI), $154k
4. NIH NINDS R21 EBRG (2013, as PI, Scored at 45th percentile), $275k
5. NSF IIS National Robotics Initiative (2012, as Co-PI), $768k
6. NSF CBET Fluid Dynamics (2011, as PI), $190k
7. AFOSR MURI (2011, as Co-PI), $7M
8. NIH NIBIB R21 (2011, as PI, Scored at 44th percentile), $375k
9. NSF CMMI Manufacturing Machines and Equipment (2010, as Co-PI), $169k
10. NSF ECCS Cyber-Physical Systems (2009, as Co-PI), $168k

## V. PERSONAL HONORS

### A. Academic (*indicates recognition as coauthor and/or mentor of student awardee)

1. *2019 Professional and Scholarly Excellence Award Nominee – Reference Works Category
2. 2019 Apple Week of Code Leadership Demo – One of the Top Ten Projects Company-Wide
3. 2018 Google Puzzle Piece Award for Defensive Publishing
4. 2017 Charles Hahn Foundation Emerging Enterprise Award (Endovantage)
5. 2017 IEEE Senior Member
6. 2017 IEEE Phoenix Section Engineer of the Year

**EXHIBIT 15**
**-47-**

7.    2016 Google Puzzle Piece Award for Patent Filings
8.    2016 IEEE Phoenix Section Startup Company of the Year Award (Endovantage)
9.    2015 Arizona Innovator of the Year Award Finalist  (given by the Governor) – Small Business
10.   *2015 SB3C Conference Ph.D. Paper Competition Awardee (1st Place)
11.   2014 Arizona Innovator of the Year Award  (given by the Governor) – Academia
12.   2014 World Technology Network Award – Health and Medicine Category
13.   2014 Mimics Innovation Award – 1st Place Poster Competition (1,000 EUR award)
14.   2014 PCH Research Day Best Poster Award – Allied Health Professional Category
15.   2014 ASU SBHSE Outstanding Graduate Faculty Member of the Year Award
16.   2014 HUST-Wuxi Research Institute – Honorary Senior Appointment
17.   2013 Journal of Applied Clinical Medical Physics – Best Medical Imaging Paper Award
18.   2013 ASU Serving University Needs (SUN) Award for Excellent Performance
19.   2013 ASU Faculty Achievement Award – Best Innovation
20.   2013 Mimics Innovation Awards – 1st Place Poster Competition (1,000 EUR award)
21.   2013 ASU SBHSE Outstanding Graduate Faculty Member of the Year Award
22.   *2013 ASME Sumer Bioengineering Conference Ph.D. Paper Competition Awardee (3rd Place)
23.   2013 Battle-Fin Trading Tournament Elite Division Runner Up (out of 4000+ entries)
24.   2013 ASU Fulton Schools of Engineering Five Year Service Award
25.   *2012 IEEE Conference on Bioinformatics and Bioengineering Best Paper Competition Finalist
26.   2012 ASU Fulton Schools of Engineering College Marshal – Fall 2012 Commencement
27.   2012 ASU School of Biological and Health Systems Engineering Professor of the Year Award
28.   2012 ASU Faculty Women's Association Outstanding Mentor Award (first ever male recipient)
29.   *2012 ISMRM Annual Meeting Magna Cum Laude Award
30.   2011 Science Foundation of Arizona Grand Challenges Summit People's Choice Poster Award
31.   2011 ASU Faculty Women's Association Outstanding Mentor Award Nominee
32.   2011 Arizona State University Top 5% Excellence in Instruction Award
33.   2011 IEEE Phoenix Section Outstanding Faculty Award
34.   2010 Rosann Donato Chair of Research – The Brain Aneurysm Foundation
35.   2010 UC Systemwide Bioengineering Symposium Outstanding Poster Award
36.   2010 Mimics Innovation Awards – 1st Place Poster Competition (2,500 EUR award)
37.   2010 SBHSE Enviably Cool Faculty Award (given by the undergraduate student body)
38.   Jan 2010 Lulu.com Book Sales Contest – 3rd Place (Introductory Biomechanical Design Tools)
39.   2009 Arizona State University Centennial Professor of the Year Award ($15k award)
40.   2007 Georgia Tech College of Engineering Council of Outstanding Young Alumni
41.   2001 Science Applications International Outstanding Research Paper ($2k award)
42.   Tau Beta Pi Honor Society in Engineering
43.   Eta Kappa Nu Honor Society in Electrical Engineering
44.   Omicron Delta Epsilon Honor Society in Economics
45.   1998 Georgia Tech President's Honors (awarded to outstanding graduate in each department)

**B. Academic/Athletic**

1.    1998 Atlantic Coast Conference Weaver-James-Corrigan Postgraduate Scholarship
2.    1997-98 Atlantic Coast Conference Outstanding Senior Scholar Athlete
3.    GTE Academic All-American Football Team – Southeast Region (1996, 1997)
4.    1997 Burger King National Scholar-Athlete Award
5.    1996 Honda Scholar-Athlete Award
6.    Atlantic Coast Conference All-Academic Football Team (1995-96, 1996-97, 1997-98)

**C. Athletic**

1.    2004 MIT Beaver Relays Pentathlon – Runner Up
2.    1997 All-ACC Football Team (Sporting News, Lindy's College Football, Southeast Sports Writers)
3.    1997 – Georgia Tech Football Leading Scorer
4.    1996 AT&T Long Distance Award (for longest field goal in the country)
5.    1996 – Longest Field Goal in Georgia Tech History (tie under current regulations, 53 yards)
6.    Multiple All-Time Georgia Tech Football Position Strength Records (Squat, Clean, 1996-2003)
7.    Varsity Athletic Letters – Football (4, 1994-97), Track and Field (2, 1998-99)


**VI. HONORS OF SELECTED STUDENT MENTEES (bold indicates major graduate fellowships)**

**EXHIBIT 15**
**-48-**

1. 2018 Edson Student Entrepreneur Initiative ($9k award, team Applied CFD Technologies and Ph.D. student advisee Hooman Farsani)
2. 2018 ASU eSeed Challenge (1st Place, $6k award, team Applied CFD Technologies and Ph.D. student advisee Hooman Farsani)
3. 2016 Metin Akay Graduate Biomedical Engineering Leadership Award (Ph.D. student advisee Jonathan Plasencia)
4. 2016 ASU Barrett Honors College Outstanding Honors Thesis Award (Research Category, undergraduate student advisee Matthew Mortensen)
5. 2016 ASU Engineering Convocation Student Speaker (Ph.D. student advisee Priya Nair)
6. 2016 ASU SBHSE Outstanding Spring Graduate (Ph.D. student advisee Priya Nair)
7. **2015 ASU Fulton Schools of Engineering Ph.D. Dissertation Completion Fellowship** (Ph.D. student advisee Priya Nair)
8. 2015 ASU Fulton Schools of Engineering Outstanding Ph.D. Dissertation Award (Ph.D. student advisee Justin Ryan)
9. 2015 ASU School of Biological and Health Systems Engineering Outstanding Ph.D. Dissertation Award (Ph.D. student advisee Justin Ryan)
10. 2015 SB3C Conference Best Paper Competition Awardee (1st Place at the Ph.D. level, Ph.D. student advisee Priya Nair)
11. 2015 ASU Barrett Honors College Outstanding Honors Thesis Award (Research Category, undergraduate student advisee Girish Pathangey)
12. 2014 Peter E. Crouch Excellence Fellowship (Ph.D. student advisee Justin Ryan)
13. 2014 Mimics Innovation Award – 1st Place Poster Competition (1,000 EUR award, Postdoctoral advisee Haithem Babiker)
14. 2014 Edson Student Entrepreneur Initiative ($20k award, team Endovantage and Ph.D. student advisee Justin Ryan)
15. **2014 ARCS Graduate Fellowship** (Ph.D. student advisees Justin Ryan and Rafeed Chaudhury)
16. **2014 Fulton Schools of Engineering Dean's Fellowship** (Ph.D. student advisee Dustin Plaas)
17. 2014 GLC (Great Little Companies) Award ($3k award, postdoctoral advisee Haithem Babiker)
18. 2014 PCH Research Day Best Poster Award – Allied Health Professional Category (Justin Ryan)
19. 2014 Siemens Summer Internship (M.S. student advisee Dhritiman Das)
20. 2013 Journal of Applied Clinical Medical Physics – Best Medical Imaging Paper Award (Ph.D. student advisee Thomas Boltz)
21. 2013 Dean's Exemplar Scholarship (FURI and Capstone mentee Chris Workman)
22. 2013 SBHSE Graduate Student Leadership Award (Ph.D. student advisee Haithem Babiker)
23. 2013 W. L. Gore Summer Internship (FURI mentee David Dejeu)
24. 2013 Boston Scientific Summer Internship (honors student advisee James Lindsay)
25. **2013 ARCS Graduate Fellowship** (Ph.D. student advisee Justin Ryan)
26. 2013 Edson Student Entrepreneur Initiative ($13k award, team PACR and capstone student mentee Christopher Miranda)
27. 2013 Edson Student Entrepreneur Initiative ($8k award, team LINK and capstone student mentee Alban Shemsedini)
28. 2013 Mimics Innovation Awards – 1st Place Poster Competition (1,000 EUR award, Ph.D. student advisee Justin Ryan)
29. 2013 ASME Sumer Bioengineering Conference Best Paper Competition Awardee (3rd Place at the Ph.D. level, Ph.D. student advisee Haithem Babiker)
30. 2013 Entrepreneurs@ASU Elevator Pitch Competition – 3rd Place ($500 award, team PACR and capstone student mentee Christopher Miranda)
31. 2012 AEMB Travel Grant ($500 award, Ph.D. student advisee Rafeed Chaudhury)
32. 2012 NSF REU Grant ($6k award, FURI mentee Christopher Workman)
33. 2012 NSF REU Grant ($6k award, capstone student mentee Lillee Stomski)
34. 2012 AEMB Honors Society Treasurer (Ph.D. student advisee Rafeed Chaudhury)
35. 2012 Western Alliance to Expand Student Opportunities Grant ($6k award, capstone student mentees Carolina Tostada and Clayton Straker)
36. 2012 ASU GPSA Travel Grant ($500 award, Ph.D. student advisee Rafeed Chaudhury)
37. **2012 NSF GRFP Honorable Mention** (Ph.D. student advisee Justin Ryan)
38. 2012 BMES Travel Grant ($500 award, Ph.D. student advisee Rafeed Chaudhury)

**EXHIBIT 15**
**-49-**

39. **2012 NSF/ASEE Engineering Innovation Fellowship** (Ph.D. student advisee Christine Zwart)
40. 2012 Shumway Undergraduate Surgical Internship at the Stanford University School of Medicine (FURI mentee Girish Pathangey)
41. 2012 SBHSE Chamberlain Memorial Fellowship (undergraduate research advisee Amy Blatt)
42. 2012 IEEE Conference on Bioinformatics and Bioengineering Best Paper Competition Finalist (Ph.D. committee advisees Jayaraman Thiagarajan and Karthikeyan Ramamurthy)
43. 2012 ASU Faculty Women's Association Outstanding Graduate Student Award (Ph.D. student advisee Christine Zwart)
44. 2012 ASU GPSA Teaching Excellence Award (Ph.D. student advisee Berkay Kanberoglu)
45. 2012 ISMRM Annual Meeting Magna Cum Laude Award (M.S. student advisee Kyle Steinke)
46. 2012 Harvard-MIT Health Sciences and Technology Summer Institute in Biomedical Optics for Undergraduates – Participant (undergraduate research advisee Amy Blatt)
47. **2011 ASU Fulton Graduate Fellowship** (Ph.D. student advisee Rafeed Chaudhury)
48. 2011 ASU GPSA Travel Grant ($500 award, Ph.D. student advisee Christine Zwart)
49. 2011 ASU Graduate Student Council Representative (Ph.D. student advisee Christine Zwart)
50. 2011 Wake Forest University Biomedical Engineering Summer Internship (capstone student mentee Rachel Austin)
51. 2011 ASU Faculty Women's Association Outstanding Graduate Student Nominee (Ph.D. student advisee Christine Zwart)
52. 2011 ASU GPSA Teaching Excellence Award Nominee (Ph.D. student advisee Christine Zwart)
53. **2011 NSF GRFP** (Ph.D. student advisee Jonathan Plasencia)
54. 2011 SFAz Grand Challenges Summit People's Choice Poster Award (Ph.D. student advisees Justin Ryan and Christine Zwart)
55. 2011 NSF REU Grant ($8k award, FURI mentee Jonathan Plasencia)
56. 2010 American College of Medical Physics Unfors Award of Excellence for the Best Radiation Measurement Article (Ph.D. student advisee Thomas Boltz)
57. **2010 SFAz Graduate Research Fellowship** (Ph.D. student advisee Justin Ryan)
58. 2010 UC Systemwide Bioengineering Symposium Outstanding Poster Award (Ph.D. student advisee Haithem Babiker and M.S. student advisee Chelsea Gregg)
59. 2010 Mimics Innovation Awards – 1st Place Poster Competition (2,500 EUR award, FURI mentee Jonathan Plasencia)
60. 2010 Medtronic Summer Internship (FURI mentee Jonathan Plasencia)
61. 2010 ASU Moeur Award (undergraduate research advisee Justin Ryan)
62. 2010 SBHSE Distinguished Senior Award (undergraduate research advisee Chelsea Gregg)
63. **2009 NSF GRFP** (Ph.D. student advisee Christine Zwart)
64. 2009 MIT Summer Research Program for Undergraduates – Participant (undergraduate research advisee Jose Rios)
65. **2009 SFAz Graduate Research Fellowship** (Ph.D. student advisee Berkay Kanberoglu)
66. 2009 Western Alliance to Expand Student Opportunities Grant ($2k award, undergraduate research advisee Claudia Perez)
67. 2008 RSNA Trainee Award (Ph.D. student advisee Thomas Boltz)

**VII.  JOURNAL PUBLICATIONS** (72 total, 1 since joining Georgia Tech, 57 independent of previous advisors, and 52 with student coauthors: **<u>underlined bold</u>** indicates supervised students or postdoctoral fellows, **bold** indicates collaborating students, and * indicates journal cover selection)

   **A. Published or Accepted**
1. Feiger B, Gounley J, Adler D, Leopold J, Draeger E, **<u>Chaudhury R</u>**, **<u>Pathangey G</u>**, **<u>Winarta K</u>**, **<u>Ryan J</u>**, Frakes D, Michor F, Randles A. Accelerating Massively Parallel Hemodynamic Models of Coarctation of the Aorta Using Neural Networks. *Nature Scientific Reports.* vol 10 (9508), Jun 2020.
2. Chong B, Bendok B, Krishna C, Sattur M, Brown B, Tawk R, Miller D, Rangel-Castilla L, **<u>Babiker H</u>**, Frakes D, Theiler A, Cloft H, Kallmes D, Lanzino G. A Multi-Center Pilot Study on the Clinical Utility of Computational Modeling for Flow Diverter Treatment Planning. *American Journal of Neuroradiology*. DOI: <u>https://doi.org/10.3174/ajnr.A622</u>, Sep 2019.

**EXHIBIT 15**
**-50-**

3.  **Farsani H**, Scougal E, Herrmann M, Frakes D, Chong B. Numerical Study of Hemodynamics in Brain Aneurysms Treated with Flow Diverter Stents Using Porous Medium Theory. *Computer Methods in Biomechanics and Biomedical Engineering*. vol 22(11), Aug 2019.

4.  Dabagh M, **Nair P**, Gounley J, Frakes D, Gonzalez F, Randles A. Hemodynamic and Morphological Characteristics of a Growing Cerebral Aneurysm. *Neurosurgical Focus*. vol 47(1), Jul 2019.

5.  **Kanberoglu B**, Frakes D. Improving the Accuracy of Two-Color Multiview (2CMV) Advanced Geospatial Information (AGI) Products Using Unsupervised Feature Learning and Optical Flow. *MDPI Sensors*. vol 19(11), Jun 2019.

6.  *Feiger B, Vardhan M, Gounley J, **Mortensen M**, **Nair P**, **Chaudhury R**, Frakes D, Randles A. Suitability of Lattice Boltzmann Inlet and Outlet Boundary Conditions for Simulating Flow and Image-Derived Vasculature. *International Journal for Numerical Methods in Biomedical Engineering*. vol 35(6), Jun 2019.

7.  **Farsani H**, Herrmann M, Chong B, Frakes D.  A New Method for Simulating Embolic Coils as Heterogeneous Porous Media. *Cardiovascular Engineering and Technology*.  vol 10(1), Mar 2019.

8.  **Kanberoglu B**, **Das D**, **Nair P**, Turaga P, Frakes D. An Optical Flow-Based Approach for Minimally-Divergent Velocimetry Data Interpolation. *International Journal of Biomedical Imaging*. vol 2019, Feb 2019.

9.  Gounley J, Draeger E, Oppelstrup T, Krauss W, Gunnels J, **Chaudhury R**, **Nair P**, Frakes D, Leopold J, Randles A. Computing the Ankle-Brachial Index with Parallel Computational Fluid Dynamics. *Journal of Biomechanics*. vol 82(3), Jan 2019.

10. **Plasencia J**, Kamarianakis Y, **Ryan J**, Karamlou T, Park S, Nigro J, Frakes D, Pophal S, Zangwill S. Alternative Methods for Virtual Heart Transplant – Size Matching for Pediatric Heart Transplantation with and without Donor Medical Images Available. *Journal of Pediatric Transplantation*.  vol 22(8), Dec 2018.

11. **Ryan J**, **Plasencia J**, Richardson R, Velez D, Nigro J, Pophal S, Frakes D.  3D Printing for Congenital Heart Disease: A Single Site's Initial Three-Year Experience. *3D Printing in Medicine*. vol 4(10), Nov 2018.

12. Randles A, Frakes D, Leopold J. Computational Fluid Dynamics and Additive Manufacturing for the Diagnosis and Treatment of Cardiovascular Disease. *Trends in Biotechnology*. vol 35(11), Nov 2017.

13. **Rutter E**, **Stepien T**, **Anderies B**, **Plasencia J**, **Woolf E**, Scheck A, Turner G, Liu Q, Frakes D, Kodibagkar V, Kuang Y, Preul M, Kostelich E. Mathematical Analysis of Glioma Growth in a Murine Model. *Nature - Scientific Reports*. vol 7, May 2017.

14. Liu J, Hu Y, Wu B, Frakes D, Wang Y. A Specific Structuring Element-Based Opening Method for Rapid Geometry Measurement of Welding Pool. *International Journal of Advanced Manufacturing Technology*. vol 90(5), May 2017.

15. Chong C, **Plasencia J**, Frakes D, Schwedt T. Structural Alterations of the Brainstem in Migraine. *Neuroimage*. vol 13, Jan 2017.

16. **Ryan J**, Gregg C, Frakes D, Pophal S. Three-Dimensional Printing: Changing Clinical Care or Just a Passing Fad? *Current Opinion in Cardiology*. vol 32(1), Jan 2017.

17. Hu L, Ning S, Eschbacher J, Baxter L, Gaw N, Ranjbar S, **Plasencia J**, Dueck A, Peng S, Smith K, Nakaji P, Karis J, Quarles C, Wu T, Loftus J, Jenkins R, O'Neill B, Elmquist W, Frakes D, Sarkaria J, Swanson K, Tran N, Li J, Mitchell R. Radiogenomics to Characterize Regional Genetic Heterogeneity in Glioblastoma. *Neuro-Oncology*. vol 19(1), Aug 2016.

18. **Chaudhury R**, **Atlasman V**, **Pathangey G**, **Pracht N**, Adrian R, Frakes D. A High Performance Pulsatile Pump for Aortic Flow Experiments in 3-Dimensional Models. *Cardiovascular Engineering and Technology*. vol 7(2), pp 148-58, Jun 2016.

19. **Nair P**, Ankeny C, **Ryan J**, Okcay M, Frakes D. Endovascular Device Testing with Particle Image Velocimetry Enhances Undergraduate Biomedical Engineering Education. *Journal of STEM Education*. vol 17(3), Sep 2016.

20. **Babiker H**, Chun Y, **Roszelle B**, **Hafner W**, **Farsani H**, Gonzalez L, Albuquerque F, Kealey C, Carmen G, Levi D, Frakes D. In-Vitro Investigation of a New Thin Film Nitinol-Based Neurovascular Flow Diverter. *ASME Journal of Medical Devices*. vol 10(4), Sep 2016.

**EXHIBIT 15**
**-51-**

21. K Alkhalili, J Hannallah, M Cobb, N Chalouhi, J Philips, A Echeverria, P Jabbour, **H Babiker**, D Frakes, L Gonzalez. The Effect of Stents in Cerebral Aneurysms: A Review. *Asian Journal of Neurosurgery*. epub, Feb 2016.

22. Pines A, Sattur M, Aoun J, Halasa T, Zimmerman R, Frakes D, Bendok B. Matching Complexity and Educational Goals in Simulation-Based Education. *World Neurosurgery*. epub, Dec 2015.

23. **Ryan J**, Almefty K, Nakaji P, Frakes D. Cerebral Aneurysm Clipping Surgery Simulation Using Patient-Specific 3D Printing and Silicon Casting. *World Neurosurgery*. epub: Jan 2016.

24. **Nair P**, Chong B, **Indahlastari A**, **Ryan J**, **Workman C**, **Babiker H**, **Farsani H**, Baccin C, Frakes D. Hemodynamic Characterization of Geometric Cerebral Aneurysm Templates Treated with Embolic Coils. *Journal of Biomechanical Engineering*. vol 138(2), Jan 2016.

25. **Plasencia J**, Hu L, Turner G, Bennett K, Frakes D. Design and Verification of a Novel Low-Cost MR-Guided Small-Animal Stereotactic System. *Journal of Medical and Biological Engineering*. vol 36(4), Aug 2016.

26. **Nair P**, **Indahlastari A**, **Lindsay J**, **Dejeu J**, Parthasarathy V, **Ryan J**, **Babiker H**, Chong B, Gonzalez L, Frakes D. Hemodynamic Characterization of Geometric Cerebral Aneurysm Templates. *Journal of Biomechanics*. epub, Nov 2015.

27. Hu L, Ning S, Eschbacher J, **Gaw N**, Dueck A, Smith K, Nakaji P, **Plasencia J**, Ranjbar S, Price S, Tran N, Loftus J, Jenkins R, O'Neil B, Elmquist W, Baxter L, Gao F, Frakes D, Karis J, **Zwart C**, Swanson K, Sarkaria J, Wu T, Mitchell R, Li J. Multi-Parametric MRI and Texture Analysis to Visualize Spatial Histological Heterogeneity and Tumor Extent in Glioblastoma. *PLOS ONE*. vol 10(11), Nov 2015.

28. **Ryan J**, Chen T, Nakaji P, Frakes D, Gonzalez L. Ventriculostomy Simulation Using Patient-Specific Ventricular Anatomy, 3D Printing, and Hydrogel Casting. *World Neurosurgery*. vol 84(5), Nov 2015.

29. Samuelson R, **Nair P**, Snyder K, Frakes D, Preul M, Nakaji P, Spetzler R. Fluid Dynamic Characterization of a Novel Branching Anastomosis Design. *International Biomechanics*. vol 2(1), Jul 2015.

30. **Venkatesan R**, Zwart C, Frakes D, Li B. Spatio-temporal Video Deinterlacing Using Control Grid Interpolation. *SPIE Journal of Electronic Imaging*. vol 24(2), Mar 2015.

31. **Ryan J**, Moe T, Richardson R, Frakes D, Nigro JJ, Pophal SG. A Novel Approach to Neonatal Management of Tetralogy of Fallot, with Pulmonary Atresia, and Multiple Aortopulmonary Collaterals. *JACC: Cardiovascular Imaging*. vol 8(1), pp 103-4, Jan 2015.

32. **Chaudhury R**, Herrmann M, Frakes D, Adrian R. Length and Time for Development of Laminar Flow in Tubes Following a Step Increase of Volume Flux. *Experiments in Fluids*. vol 56(22), pp 1-10, Jan 2015.

33. Russin J, **Babiker H**, **Ryan J**, Rangel-Castilla L, Frakes D, Nakaji P. Computational Fluid Dynamics to Evaluate the Management of a Giant Internal Carotid Artery Aneurysm. *World Neurosurgery*. epub, Dec 2014.

34. **Kanberoglu B**, Moore N, Frakes D, Karam L, Debins J, Preul M. Neuronavigation Using Three-dimensional Proton Magnetic Resonance Spectroscopy Data. *Stereotactic and Functional Neurosurgery*. vol 92(5), pp 306-14, Sep 2014.

35. **Thiagarajan J**, **Rajan D**, **Ramamurthy K**, **Puri A**, Preul M, Frakes D, Spanias A. Kernel Sparse Models for Automated Tumor Segmentation. *International Journal on Artificial Intelligence Tools*. vol 23(3), pp 1460004, Jun 2014.

36. **Roszelle B**, **Nair P**, Gonzalez F, **Babiker H**, **Ryan J**, Frakes D. Comparison among Different High Porosity Stent Configurations: Hemodynamic Effects of Treatment in a Large Cerebral Aneurysm. *ASME Journal of Biomechanical Engineering*. vol 136(2), pp 021013, Feb 2014.

37. Park S, Sanders D, Smith B, **Ryan J**, **Plasencia J**, Osborn M, Wellnitz C, Southard R, Pierce C, Arabia F, Lane J, Frakes D, Velez D, Pophal S, Nigro J. Total Artificial Heart in a Small Pediatric Patient with Biventricular Heart Failure. *Perfusion*. vol 29, pp 82-8, Jan 2014.

38. **Ejaz F**, **Ryan J**, **Henriksen M**, **Stomski L**, Osborn M, **Feith M**, Richardson R, Pophal S, Frakes D. Color-coded Patient-specific Physical Models of Congenital Heart Disease. *Rapid Prototyping Journal*. vol 20(4), pp 336-43, Jan 2014.

39. **Yamak D**, Pavlicek B, **Boltz T**, Panse P, Frakes D, Akay M. Coronary Calcium Quantification Using Contrast-enhanced Dual-energy Computed Tomography Scans. *Journal of Applied Clinical Medical Physics*. vol 14(3), pp 4014, Dec 2013.

40. **Babiker M**, Gonzalez L, Chong B, **Cheema S**, Frakes D. Finite Element Modeling of Embolic Coil Deployment: Multifactor Characterization of Treatment Effects on Cerebral Aneurysm Hemodynamics. *Journal of Biomechanics*. vol 46(16), pp 2809-16, Nov 2013.

41. **Zwart C**, Frakes D. Segment Adaptive Gradient Angle Interpolation. *IEEE Transactions on Image Processing*. vol 22(8), pp 2960-9, Aug 2013.

42. **Roszelle B**, Gonzalez F, **Babiker H**, **Ryan J**, Albuquerque F, Frakes D. Flow Diverter Effect on Cerebral Aneurysm Hemodynamics: An In Vitro Comparison of Telescoping Stents and the Pipeline. *Neuroradiology*. vol 55(6), pp 751-8, Jun 2013.

43. **Babiker M**, Gonzalez L, Albuquerque F, Collins D, **Elvikis A**, **Zwart C**, **Roszelle B**, Frakes D. An In Vitro Study of Pulsatile Fluid Dynamics in Intracranial Aneurysm Models Treated with Embolic Coils and Flow Diverters. *IEEE Transactions on Biomedical Engineering*. vol 60(4), pp 1150-9, Apr 2013.

44. **Giers M**, McLaren A, **Plasencia J**, Frakes D, McLemore R, Caplan M. Spatiotemporal Quantification of Local Drug Delivery Using MRI. *Computational and Mathematical Methods in Medicine*. vol 2013, pp 1-12(electronic), Apr 2013.

45. Frakes D, **Zwart C**, Singhose W. Extracting Motion Data from Video Using Optical Flow with Physically-Based Constraints. *International Journal of Control, Automation, and Systems*. vol 11(1), pp 48-57, Feb 2013.

46. **Zwart C**, **Ryan J**, Frakes D, Ganesh T. Hand Drawn: Lessons on Neuromuscular Control and Prosthetic Hand Design. *Science Scope*. vol 36(6), pp 46-53, Feb 2013.

47. **Zwart C**, **Venkatesan R**, Frakes D. Decomposed Multidimensional Control Grid Interpolation for Common Interpolation-Based Image Processing Applications in Consumer Electronics. *SPIE Journal of Electronic Imaging*. vol 21(4), pp 043012, Oct 2012.

48. **Zhang W**, Frakes D, **Babiker H**, Chao S, Youngbull C, Johnson R, Meldrum D. Simulation and Experimental Characterization of Microscopically Accessible Hydrodynamic Microvortices. *Micromachines*. vol 3(2), pp 529-41, Jun 2012.

49. *****Roszelle B**, **Babiker H**, **Hafner W**, Gonzalez F, Albuquerque F, Frakes D. In Vitro and In Silico Study of Intracranial Stent Treatments for Cerebral Aneurysms: Effects on Perforating Vessel Flows. *Journal of NeuroInterventional Surgery*. online first: Jun 2012.

50. **Klein S**, Frakes D, Posner J. Three Dimensional Three Component Particle Velocimetry for Microscale Flows Using Volumetric Scanning. *Measurement Science and Technology*. vol 23(8), pp 5308-21, Jun 2012.

51. Peng K, Singhose W, Frakes D. Hand-Motion Crane Control Using Radio-Frequency Real-Time Location Systems. *IEEE/ASME Transactions on Mechatronics*. vol 17(3), pp 464-71, Jun 2012.

52. Sundareswaran K, Haggerty C, de Zelicourt D, Dasi P, Pekkan K, Frakes D, Powell A, Kanter K, Fogel M, Yoganathan A. Visualization of Flow Structures in Fontan Patients Using Three-Dimensional Phase Contrast Magnetic Resonance Imaging. *Journal of Thoracic and Cardiovascular Surgery*. vol 43(5), pp 1108-16, May 2012.

53. **Babiker M**, Gonzalez F, **Ryan J**, Albuquerque F, Collins D, **Elvikis A**, Frakes D. Influence of Stent Configuration on Cerebral Aneurysm Fluid Dynamics. *Journal of Biomechanics*. vol 45(3), pp 440-7, Feb 2012.

54. Gonzalez F, **Babiker H**, Frakes D. Preoperative Planning for Cerebral Aneurysms Based on In Vitro Experimentation: Are We There Yet? *World Neurosurgery*. vol 77(2), pp 234-35, Feb 2012.

55. **Beeman S**, **Zhang M**, Gubhaju L, Wu T, Bertram J, Cherry B, Frakes D, Bennett K. Measuring Glomerular Number and Size in Perfused Kidneys Using MRI. *American Journal of Physiology – Renal Physiology*. vol 300(6), pp F1454-57, Jun 2011.

56. Dur O, Coskun S, Coskun K, Frakes D, Kara L, Pekkan K. Computer-Aided Patient-Specific Coronary Artery Graft Design Improvements Using CFD Coupled Shape Optimizer. *Cardiovascular Engineering and Technology*. vol 2(1), pp 35-47, Mar 2011.

57. Patrick M, Chen C, Frakes D, Dur O, Pekkan K. Cellular Level Near-Wall Unsteadiness of High-Hematocrit Erythrocyte Flow. *Experiments in Fluids*. vol 50(4), pp 887-904, Jul 2010.

58. **Babiker M**, Gonzalez L, Albuquerque F, Collins D, **Elvikis A**, Frakes D. Quantitative Effects of Coil Packing Density on Cerebral Aneurysm Fluid Dynamics: An In Vitro Steady Flow Study. *Annals of Biomedical Engineering*. vol 38(7), pp 2293-301, Jul 2010.

59. Dambreville S, Chapman A, Torres V, King B, Wallin A, Frakes D, Yoganathan A, Wijayawardana S, Easley K, Bae K, Brummer M. Renal Arterial Blood Flow Measurement by

**EXHIBIT 15**
**-53-**

Breath-Held MRI: Accuracy in Phantom Scans and Reproducibility in Healthy Subjects. *Magnetic Resonance in Medicine*. vol 63(4), pp 940-50, Apr 2010.

60. Sundareswaran K, Frakes D, Fogel M, Soerensen D, Oshinski J, Yoganathan A. Optimum Fuzzy Filters for Phase-Contrast Magnetic Resonance Imaging Segmentation. *Journal of Magnetic Resonance Imaging*. vol 29(1), pp 155-65. Jan 2009.

61. Frakes D, Pekkan K, Dasi LP, Kitajima HD, de Zelicourt D, Leo HL, Carberry J, Sundareswaran K, Simon H, Yoganathan AP. Modified Control Grid Interpolation for the Volumetric Reconstruction of Fluid Flows. *Experiments in Fluids*. vol 45(6), pp 987-97, Dec 2008.

62. Pekkan K, Whited B, Kanter K, Sharma S, Krishnankutty R, Sundareswaran K, Frakes D, Rossignac J, Yoganathan A. Patient-Specific Surgical Planning and Hemodynamic Computational Fluid Dynamic Optimization through Free-Form Haptic Anatomy Editing Tool (SURGEM). *Medical and Biological Engineering and Computing*. vol 46(11), pp 1139-52. Nov 2008.

63. Frakes D, Pekkan K, Dasi LP, Kitajima HD, Yoganathan AP, Smith MJT. A New Adaptive Method for Registration-Based Medical Image Interpolation. *IEEE Transactions on Medical Imaging*. vol 27(3), pp 370-7, Mar 2008.

64. Khalid A, Huey J, Singhose W, Lawrence J, Frakes D. Human Operator Performance Testing Using an Input-Shaped Bridge Crane. *Journal of Dynamic Systems, Measurement, and Control*. vol 128(1), pp 1-8, Dec 2006.

65. Pekkan K, Kitajima HD, de Zelicourt D, Forbess JM, Parks WJ, Fogel MA, Sharma S, Kanter KR, Frakes D, Yoganathan AP. Total Cavopulmonary Connection Flow with Functional Left Pulmonary Artery Stenosis: Angioplasty and Fenestration In Vitro. *Circulation*. vol 112, pp 3264-71, Nov 2005.

66. Pekkan K, Frakes D, de Zelicourt D, Lucas CW, Parks WJ, Yoganathan AP. Coupling Pediatric Ventricle Assist Devices to the Fontan Circulation: Simulations with a Lumped-Parameter Model. *ASAIO Journal*. vol 51, pp 618-28, Sep 2005.

67. Frakes D, Smith MJT, Parks J, Sharma S, Fogel MA, Yoganathan AP. New Techniques for the Reconstruction of Complex Vascular Anatomies from MRI Images. *Journal of Cardiovascular Magnetic Resonance*. vol 7(2), pp 425-32, Aug 2005.

68. Pekkan K, de Zelicourt D, Ge L, Sotiropoulos F, Frakes D, Fogel MA, Yoganathan AP. Physics-Driven CFD Modeling of Complex Anatomical Cardiovascular Flows - a TCPC Case Study. *Annals of Biomedical Engineering*. vol 33, pp 284-300, Jul 2005.

69. de Zelicourt D, Pekkan K, Kitajima HD, Frakes D, Yoganathan AP. Single-Step Stereolithography of Complex Anatomical Models for Optical Flow Measurements. *ASME Journal of Biomechanical Engineering*. vol 127, pp 205-7, Mar 2005.

70. Frakes D, Smith MJT, de Zelicourt D, Pekkan K, Yoganathan AP. Three-Dimensional Velocity Field Reconstruction. *ASME Journal of Biomechanical Engineering*. vol 126(6), pp 727-35, Dec 2004.

71. Frakes D, Conrad CP, Healy TM, Monaco JW, Fogel MA, Sharma S, Smith MJT, Yoganathan AP. Application of an Adaptive Control Grid Interpolation Technique to Morphological Vascular Reconstruction. *IEEE Transactions on Biomedical Engineering*. vol 50(2), pp 197-206, Feb 2003.

72. Travis BR, Leo HL, Shah PA, Frakes D, Yoganathan AP. An Analysis of Turbulent Shear Stresses in Leakage Flow Through a Bileaflet Mechanical Prostheses. *ASME Journal of Biomechanical Engineering*. vol 124(2), pp 155-65, Apr 2002.

**B. Under Review or in Revision**

1. **Nair P**, Baccin C, Chong B, Griessenauer C, **Chavan R**, Abud T, Frakes D. Comparison of Cerebral Aneurysm Volume Quantification Techniques and Effects on Coil Packing Density. *Interventional Neuroradiology*. *submitted:* Dec 2017.

2. **Nair P**, **Babiker H**, Kalani Y, Levitt M, **Mortensen M**, Baccin C, Chong B, Frakes D, Albuquerque F. Computational Neurovascular Braided Stent Deployment: A Clinical Validation Study. *AJNR*. *submitted*: Dec 2017.

**VIII. BOOKS AND BOOK CHAPTERS** (7 since joining ASU and 3 with ASU student coauthors: **underlined bold** indicates supervised ASU students)

1. Frakes D. Handbook of Blood Vessel Motion. *Arteries of the Head and Neck*. Elsevier: Brazil, *in press*: 2018.

**EXHIBIT 15**

**-54-**

2. Rahimpour S, **Nair P**, Frakes D, Gonzalez F. Hemodynamic Modifications of Flow Diverting Stents. *Flow Diversion of Cerebral Aneurysms*. pp 1-6, Thieme Medical Publishers: Stuttgart, 2017.
3. **Zwart C**, Frakes D. *Control Grid Motion Estimation for Efficient Application of Optical Flow*. Morgan & Claypool Publishers: San Rafael, CA, 2013.
4. Richardson R. (Frakes D – Contributor). Atlas of Pediatric Cardiac CTA. Springer Healthcare: New York, NY, 2013.
5. Singhose W, Donnell J, Frakes D. *Introductory Biomechanical Design Tools*. iPad Edition. iBookstore (private), 2012.
6. **Babiker H**, **Ryan J**, Gonzalez F, Frakes D, Jabbour P, Stavropoula T, Dummont A, Rosenwasser R. Biomechanics of Cerebral Aneurysms. *Neurovascular Surgical Techniques*. pp 101-20, Jaypee Brothers Medical Publishers: London, 2012.
7. Singhose W, Donnell J, Frakes D. *Introductory Biomechanical Design Tools*. 3rd Edition. Lulu Online Press, 2011.

**IX. CONFERENCES WITH PROCEEDINGS** (168 total, 131 since joining ASU, and 120 with ASU student coauthors: **underlined bold** indicates supervised ASU students or postdoctoral fellows and **bold** indicates collaborating ASU students)

1. Feiger B, Gounley J, Adler D, Leopold J, Draeger E, Frakes D, Michor F, Randles A. Prediction of Hemodynamic Risk Factors in Coarctation of the Aorta with CFD and Machine Learning. *BMES Annual Meeting*. Philadelphia, PA. Oct 2019.
2. **Farsani H**, Herrmann M, Frakes D, Chong B. Numerical Study of Hemodynamics in a Brain Aneurysm Treated with Flow Diverter Using Porous Medium Theory. *BMES Annual Meeting*. Atlanta, GA. Oct 2018.
3. **Farsani H**, Herrmann M, Chong B, Frakes D. A New Method for Simulating Flow Diverting Stents as Heterogeneous Porous Media. *World Congress of Biomechanics*. Dublin, Ireland. Jul 2018.
4. **Plasencia J**, **Ryan J**, Velez D, Lagerstrom K, Nigro J, Karamlou T, Kamarianakis Y, Pophal S, Frakes D, Zangwill S. Pediatric Donor-Recipient Size Matching – Seeing is Believing, or is it? *ISHLT Annual Meeting*. Nice, France. Apr 2018.
5. Fogel M, **Plasencia J**, **Nair P**, Biko D, Partington S, Harris M, Whitehead K, Frakes D. Patients After Fontan from Pre-Operative Caval Flow: A Cardiac Magnetic Resonance Serial Study. *American Academy of Pediatrics National Conference and Exhibition*. Chicago, IL. Sep 2017.
6. Chong C, **Wong K**, **Plasencia J**, Frakes D, Berisha V, Peplinski J, Ross K, Schwedt T. Thalamic Shape Deformations in Patients with Migraine: An MRI Study. *Western Neuroradiological Society: 49th Annual Meeting*. Koloa, HI. Oct 2017.
7. Dabagh M, **Nair P**, Gounley J, Frakes D, Gonzalez F, Randles A. Hemodynamic and Morphological Characteristics of a Growing Patient-Specific Cerebral Aneurysm. *CNS Annual Meeting*. Boston, MA. Oct 2017.
8. **Hess R**, **Nair P**, Frakes D. Patient-Specific Cerebral Aneurysm Fixtures for Endovascular Coil Design. *BMES Annual Meeting*. Phoenix, AZ. Oct 2017.
9. Dabagh M, **Nair P**, Gounley J, Frakes D, Gonzalez F, Randles A. Introducing New Criteria to Predict Aneurysm Growth. *BMES Annual Meeting*. Phoenix, AZ. Oct 2017.
10. Dabagh M, **Nair P**, Gounley J, Frakes D, Gonzalez F, Randles A. Identifying Growth and/or Stability of Patient-Specific Cerebral Aneurysm Using a Massively Parallel CFD Code. *SB3C*. Tucson, AZ. Jun 2017.
11. Kostelich E, **Rutter E**, **Stepien T**, **Anderies B**, **Plasencia J**, **Woolf E**, Scheck A, Turner G, **Liu Q**, Frakes D, Kodibagkar Vikram, Kuang Y, Preul M. Parameter Estimation in a Mathematical Model of Murine Glioma from MR Imaging. *ISMRM*. Honolulu, HI. Apr 2017.
12. **Kanberoglu B**, Frakes D. Extraction of Advanced Geospatial Intelligence (AGI) from Commercial Synthetic Aperture Radar Imagery. *SPIE DCS*. Anaheim, CA. Apr 2017.
13. **Kanberoglu B**, **Nair P**, Frakes D. An Optical Flow-Based Approach for the Interpolation of Minimally Divergent Velocimetry Data. *IEEE ISBI*. Melbourne, Australia. Apr 2017.
14. **Ryan J**, Teal J, Pophal S, Nigro J, Adachi I, Jacquiss R, Frakes D, Jarvik R, Baldwin T. Virtual Implantation of the Jarvik 15 as Supplementary Information in Eligibility Criteria Establishment. *ISHLT Annual Meeting*. San Diego, CA. Apr 2017.

**EXHIBIT 15**
**-55-**

15. **Plasencia J**, **Ryan J**, Park S, Nigro J, Karamlou T, Kamarianakis Y, Frakes D, Pophal S, Zangwill S. The Virtual Heart Transplant - The Next Step in Size Matching for Pediatric Heart Transplantation. *ISHLT*. San Diego, CA. Apr 2017.

16. Gounley J, **Chaudhury R**, **Pathangey G**, **Winarta K**, **Ryan J**, Draeger E, Frakes D, Randles A. Validation of Large Fluid Dynamic Simulations of Complex Geometries with 3D Printing. *SIAM CSE*. Atlanta, GA. Feb 2017.

17. **Farsani H,** Herrmann M, Chong B, Frakes D. Modeling Endovascular Coils as Heterogeneous Porous Media. *AGU Fall Meeting*. San Francisco, CA. Dec 2016.

18. **Nair P**, Chong B, **Mortensen M**, Frakes D. Effects of Geometric Variations on Idealized Bifurcation Aneurysm Hemodynamics Treated with Pipeline Embolization Device. *BMES Annual Meeting*. Minneapolis, MN. Oct 2016.

19. **Hyslop C**, **Nair P**, **Mortensen M**, **Plasencia J**, **Ryan J**, Chong B, Frakes D. An *In Silico* Study of Hemodynamics in a Virtually Treated Growing Cerebral Aneurysm Model. *BMES Annual Meeting*. Minneapolis, MN. Oct 2016.

20. **Anderies B**, **Rutter E**, **Stepien T**, **Plasencia J**, **Woolf E**, Scheck A, Turner G, Liu Q, Frakes D, Kodibagkar V, Kuang Y, Preul M, Kostelich E. Stochastic Parameterization of the Proliferation-Diffusion Model of Brain Cancer in Mice. *BMES Annual Meeting*. Minneapolis, MN. Oct 2016.

21. Gounley J, **Chaudhury R**, Vardhan M, Driscoll M, **Pathangey G**, **Winarta K**, **Ryan J**, Frakes D, Randles A. Does the Degree of Coarctation of the Aorta Influence Wall Shear Stress Focal Heterogeneity? *IEEE EMBC*. Orlando, FL. Aug 2016.

22. Chong B, **Babiker H**, Kalani Y, Baccin C, **Mortensen M**, Levitt M, McDougall C, Frakes D, Albuquerque F. Predicting Flow Diverter Deployments and Clinical Validation. *SNIS 13th Annual Meeting*. Boston, MA. Jul 2016.

23. **Ryan, J**, **Plasencia J**, Pophal S, Arabia F, Velez D, Nigro J, Frakes D. Virtual Implantation of Mechanical Cardiac Support Devices. *5th International Conference on Engineering Frontiers in Pediatric and Congenital Heart Disease*. Orlando, FL. Jun 2016.

24. Chong C, **Plasencia J**, Frakes D, Schwedt T. Structural Alterations of the Brainstem in Migraine. *5th European Headache and Migraine Trust International Congress*. Glasgow, Scotland. Sep 2016.

25. Chong B, **Babiker H**, Kalani Y, Baccin C, **Mortensen M**, Levitt M, McDougall C, Frakes D, Albuquerque F. Predicting Flow Diverter Deployments and Clinical Validation. *Congress of Neurological Surgeons 2016 Annual Meeting*. San Diego, CA. Sep 2016.

26. **Kaushik T**, Peet Y, **Nair P**, Frakes D. Hemodynamics in Developing Stages of Cerebral Aneurysms Using Spectral-Element Simulations and Comparison with PIV Experiments. *SB3C*. National Harbor, MD. Jun 2016.

27. **Babiker H**, Kalani Y, Levitt M, McDougall C, Baccin C, Chong B, Frakes D, Albuquerque F. Validations of Simulated Neurovascular Braided Stent Deployments. *BMES/FDA Frontiers in Medical Devices Conference*. Washington, DC. May 2016.

28. **Ryan J**, Towbin R, Velez D, Nigro J, Pophal S, Frakes D. Practical Application of 3D Print Technlogy for Clinical Support. *RAPID 2016*. Orlando, FL. May 2016.

29. **Thiagarajan J**, **Ramamurthy K**, **Kanberoglu B**, Frakes D, Bennett K, Spanias A. Measuring Glomerular Number from Kidney MRI Images. *SPIE Medical Imaging*. San Diego, CA. Mar 2016.

30. Gounley J, **Chaudhury R**, **Pathangey G**, **Winarta K**, Frakes D, Randles A. Modeling the Pressure Gradient in Patient-Specific Aortal Geometries. *8th International Biofluids Symposium*. Pasadena, CA. Feb 2016.

31. **Nair P**, **Indahlastari A**, **Lindsay J**, **Dejeu D**, Parthasarathy V, **Ryan J**, **Babiker H**, Chong B, Gonzalez L, Frakes D. Hemodynamic Characterization of Idealized Sidewall Aneurysm Templates using Computational Fluid Dynamics. *8th International Biofluids Symposium*. Pasadena, CA. Feb 2016.

32. **Plasencia J**, **Ryan J**, **Lindquist J**, **Sadaji S**, VanAuker M, Richardson R, Ellsworth E, Park S, Augustyn R, Southard R, Nigro J, Pophal S, Frakes D. Expanding the Donor Pool in Pediatric Heart Transpant with a Novel Three-Dimensional Technique. *American Heart Association Scientific Sessions 2015*. Orlando, FL. Nov 2015.

33. **Nair P,** **Indahlastari A**, **Dejeu D**, Thomas K, **Ryan J**, **Babiker H**, Chong B, Gonzalez L, Frakes D. Hemodynamic Characterization of Aneurysmal Geometry Effects on Endovascular Treatment

**EXHIBIT 15**
**-56-**

Outcomes. Computational Fluid Dynamics in Medicine and Biology II. Albufeira, Portugal.  Oct 2015.

34. **Hyslop C**, **Nair P**, **Ryan J**, **Plasencia J**, Chong B, Kostelich E, Frakes D. Computational Examination of Hemodynamics in a Patient-Specific Growing Cerebral Aneurysm Model. *BMES 2015 Annual Meeting*. Tampa, FL. Oct 2015.

35. Chong B, Baccin C, **Babiker H**, **Farsani H**, Piske R, Frakes D, Keleru M, Levill M, McDougal C, Albuquerque F. Presurgical Planning: Adding Science to the Art. *WNRS Annual Meeting*. Colorado Springs, CO. Sep 2015.

36. Kalani Y, **Babiker H**, Levitt M, McDougall C, Chong B, Frakes D, Albuquerque F. High Fidelity Simulations of Endovascular Cerebral Aneurysm Treatments. *SNIS*. San Francisco, CA. Jul 2015.

37. Hu Y, Kurfess T, Singhose W, Frakes D. Design of a Hands-on Mechatronic Project Integrated into an Introductory Course. *The 2015 International Conference on Electrical Engineering*. Hong Kong, China. Jul 2015.

38. **Nair P**, **Hyslop C**, **Ryan J**, **Plasencia J**, Chong B, Kostelich E, Frakes D. Modeling the Interplay Between Cerebral Aneurysm Growth and Patient-Specific Hemodynamics. *Society for Mathematical Biology Annual Meeting*. Atlanta, GA. Jul 2015.

39. **Farsani H**, Chong B, Hermmann M, Frakes D. A Non-Uniform Porous Medium Model for Simulating the Effects of Endovascular Coiling on Cerebral Aneurysm Hemodynamics. *Society for Mathematical Biology Annual Meeting*. Atlanta, GA. Jul 2015.

40. **Ryan J**, Richardson R, Ellsworth E, Nigro J, Pophal S, Frakes D. Virtual Transplantation to Establish Donor Selection Criteria for Undersized and Complex Heart Recipients. *SB3C*. Snowbird, UT. Jun 2015.

41. **Nair P**, Chong B, Frakes D. Hemodynamic Characterization of Different Basilar Tip Aneurysm Templates Using Computational Fluid Dynamics. *SB3C*. Snowbird, UT. Jun 2015.

42. **Nair P**, **Babiker H**, **Ryan J**, Gonzalez F, Frakes D. FRED versus Pipeline: An In-vitro Comparison of Cerebral Aneurysm Hemodynamics Using Particle Image Velocimetry. *SB3C*. Snowbird, UT. Jun 2015.

43. **Chaudhury R**, **Ryan J**, Frakes D, Adrian R. Prediction of Downstream Velocity Waveforms for In Vitro Aortic Flow Experiments. *SB3C*. Snowbird, UT. Jun 2015.

44. Christian E, **Ryan J**, **Babiker H**, Frakes D, Nakaji P, Russin J. Computational Fluid Dynamics to Predict Recanalization after Coil Embolization of Cerebral Aneurysms. *American Association of Neurological Surgeons Annual Meeting*. Washington, DC. May 2015.

45. **Babiker H**, Chong B, Kalani Y, Albuquerque F, Frakes D. Patient-Based Finite Element Medical Device Evaluation Tools. *2015 BMES Frontiers in Medical Devices Conference*. College Park, MD. May 2015.

46. **Ryan J**, Frakes D. Multi-Modality Patient-Derived Medical Simulators for Surgical Education. *RAPID 2015*. Long Beach, CA. May 2015.

47. Chong B, Baccin C, **Babiker H**, Piske R, **Farsani H**, Frakes D. Presurgical Planning: Adding Science to the Art. *Annual ABC WIN Meeting*. Val d'Isere, France. Jan 2015.

48. Johnson C, Taylor C, Ferraro C, Richardson R, **Ryan J**, Frakes D, Mitchell R, Brady K, Naik H. 3D Printing of Reconstructed Cardiac CT Angiography Models to Aid in Pre-Operative Assessment of Implanted Bioprosthetic Valve Size Before Transcatheter Aortic Valve Replacement (TAVR). *Radiological Society of North America 2014 Scientific Assembly and Annual Meeting*. Chicago, IL. Nov 2014.

49. Caplan M, Frakes D, LaBelle J, Pizziconi V. Early Virtual Design Experience Enhances Relevance of Courses in BME Curriculum. *BMES 2014 Annual Meeting*. San Antonio, TX. Oct 2014.

50. **DeJeu D**, **Nair P**, Chong B, **Babiker H**, **Ryan J**, Frakes D. Computational Analysis of Low-Porosity Stent Effects on Idealized Sidewall Aneurysms. *BMES 2014 Annual Meeting*. San Antonio, TX. Oct 2014.

51. **Lindsay J**, **Nair P**, Chong B, **Babiker H**, **Ryan J**, Frakes D. CFD Analysis of Cerebral Sidewall Aneurysm Hemodynamics. *BMES 2014 Annual Meeting*. San Antonio, TX. Oct 2014.

52. Chong B, **Babiker H**, **Ryan J**, Frakes D. Toward the Pre-surgical Treatment Planning of Cerebral Aneurysms Using High Fidelity Simulations. *Society of NeuroInterventional Surgery 11th Annual Meeting*. Colorado Springs, CO. Jul 2014.

**EXHIBIT 15**
**-57-**

53. **Babiker H**, Chong B, Gonzalez F, **Ryan J**, Frakes D. Finite Element Modeling of Endovascular Treatments. *11th World Congress on Computational Mechanics*. Barcelona, Spain. Jul 2014.

54. **Chaudhury R**, Herrmann M, Frakes D, Adrian R. Impact of Development Time on Boundary Conditions for Flow Experiments Using Piston Pumps. *7th World Congress of Biomechanics*. Boston, MA. Jul 2014.

55. **Babiker H**, Chong B, **Ryan J**, Gonzalez F, Frakes D. Toward Personalized Planning of Endovascular Treatments for Cerebral Aneurysms. *7th World Congress of Biomechanics*. Boston, MA. Jul 2014.

56. **Ryan J**, Pophal S, Frakes D. Virtual Implantation of Mechanical Circulatory Support Devices to Assess Goodness of Fit. *7th World Congress of Biomechanics*. Boston, MA. Jul 2014.

57. Almefty K, **Ryan J**, Frakes D, Nakaji P. Development of an Aneurysm Clipping Model using 3D printing. *AANS Annual Scientific Meeting*. San Francisco, CA, Apr 2014.

58. **Fairfield A**, **Plasencia J**, Jang Y, Theodore N, Crawford N, Frakes D, Maciejewski R. Volume Curtaining: A Focus+Context Effect for Multimodal Volume Visualization. *Proceedings of the SPIE Medical Imaging Conference*. San Diego, CA. Feb 2014.

59. **Venkatesan R**, **Zwart C**, Frakes D, Li B. Perception-inspired Spatio-temporal Video Deinterlacing. *Eighth International Workshop on Video Processing and Quality Metrics for Consumer Electronics*. Chandler, AZ. Jan 2014.

60. **Indahlastari A**, **Babiker H**, **Nair P**, **Ryan J**, Parthasarathy V, Frakes D. The Influence of Dome Size, Parent Vessel Angle, and Coil Packing Density on Coil Embolization Treatment in Cerebral Aneurysms. *Annual Meeting of the APS Division of Fluid Dynamics*. Pittsburgh, PA. Nov 2013.

61. Pizziconi V, Labelle J, Frakes D, Caplan M, Triplett C. Evolution of ASU's Bioengineering Product Design and Global Health Technology Center: Building Capacity Toward a Community and Global Partnership, Pathway, and Pipeline. *BMES 2013 Annual Meeting*. Seattle, WA. Sep 2013.

62. Labelle J, Frakes D, Kleim J, Caplan M, Haynes K, Garcia A, Helms-Tillery S, Pizziconi V. The Design and Implementation of a Four-year Medical Device Product Design Spine. *BMES 2103 Annual Meeting*. Seattle, WA. Sep 2013.

63. **Pracht N**, **Williamson C**, Frakes D. Impact Force Testing on NFL Thigh Pads. *BMES 2103 Annual Meeting*. Seattle, WA. Sep 2013.

64. **Workman C**, **Cirjan C**, **Snyder L**, **Quach A**, **Duong B**, **John C**, Frakes D. Computational Modeling and Force Simulation of Shoulder Pad. *BMES 2013 Annual Meeting*. Seattle, WA. Sep 2013.

65. **Lindsay J**, **Nair P**, **Ryan J**, Frakes D. Effects of Enterprise Stent Treatment on Basilar Tip Aneurysm Hemodynamics. *BMES 2013 Annual Meeting*. Seattle, WA. Sep 2013.

66. **Pradeep A**, **Zwart C**, Soerensen D, **Babiker H**, Sundareswaran K, Yoganathan A, Frakes D. Fast Directional Interpolation for MR Velocimetry Data. *BMES 2013 Annual Meeting*. Seattle, WA. Sep 2013.

67. **Babiker H**, Chong B, **Ryan J**, Gonzalez F, Frakes D. Simulation of Endovascular Treatments for Cerebral Aneurysms. *BMES 2013 Annual Meeting*. Seattle, WA. Sep 2013.

68. Gonzalez F, **Roszelle B**, **Babiker H**, Frakes D. The Use of Patient-specific Aneurysm Models to Determine the Effect of Flow Diversion on Intraaneurysmal Pressure and Flow Patterns. *75th Annual Meeting of the American Association of Neurological Surgeons*. Newport Beach, CA. Sep 2013.

69. Gonzalez F, **Roszelle B**, **Babiker H**, Frakes D. The Effect of Pipeline Embolization Device on Intra-Aneurysmal Pressures: In-Vitro Study. *10th Annual Meeting of the Society of NeuroInterventional Surgery*. Miami, FL. Jul 2013.

70. **Babiker H**, Gonzalez F, Chong B, Frakes D. Simulating the Effects of Embolic Coils on Cerebral Aneurysm Fluid Dynamics Using Finite Element Modeling. *ASME Summer Bioengineering Conference*. Sunriver, OR. Jun 2013.

71. **Zwart C**, Frakes D, Singhose W. Analysis of Human Accident Video Using Optical Flow with Physically-based Constraints. *ASME Summer Bioengineering Conference*. Sunriver, OR. Jun 2013.

72. **Kanberoglu B**, Moore N, Debins J, Karam L, Preul M, Frakes D. Integration of 3D 1H-magnetic Resonance Spectroscopy Data into Neuronavigation Systems for Tumor Biopsies. *SPIE Medical Imaging*. Orlando, FL. Feb 2013.

73. **Babiker H**, Gonzalez F, Chong B, Frakes D. Investigation of the Influence of Coil Configuration on Cerebral Aneurysm Fluid Dynamics Using a Novel Finite Element Approach. *AHA International Stroke Conference*. Honolulu, HI. Feb 2013.

74. **Roszelle B**, Okcay M, Oztekin B, Frakes D. Hands-on Particle Image Velocimetry Experience for Bioengineering Students Using the Interactive Flowcoach System to Understand Aneurysm Hemodynamics. *Annual Meeting of the APS Division of Fluid Dynamics*. San Diego, CA. Nov 2012.

75. **Thiagarajan J**, **Rajan D**, **Ramamurthy K**, Frakes D, Spanias A. Automated Tumor Segmentation using Kernel Sparse Representations. *IEEE International Conference on Bioinformatics and Bioengineering*. Larnaca, Cyprus. Nov 2012.

76. **Chaudhury R**, **Atlasman V**, **Pathangey G**, Adrian R, Frakes D. Design of a New Pulsatile Flow Pump System for Aortic Flow Simulation. *BMES Annual Meeting*. Atlanta, GA. Oct 2012.

77. **Workman C**, **Ryan J**, Frakes D. Classification of Cerebral Aneurysm Fluid Dynamics with Idealized Models of Varying Parameters. *34th Annual International IEEE EMBS Conference*. San Diego, CA. Aug 2012.

78. **Ragunathan S**, Frakes D, Peng K, Stokes L, Singhose W. Kalman Filtering for Improving Radio-Frequency Hand Motion Crane Control. *ASME Dynamic Systems and Control Conference*. Fort Lauderdale, Fl. Oct 2012.

79. **Venkatesan R**, **Zwart C**, Frakes D. Video Deinterlacing with Control Grid Interpolation. *IEEE International Conference on Image Processing*. Orlando, FL. Oct 2012.

80. **Babiker H**, **Roszelle B**, Gonzalez L, Albuquerque F, Collins D, **Elvikis A**, Frakes D. Comparison Of The Effects Of Embolic Coils And A Low Porosity Stent On Cerebral Aneurysm Fluid Dynamics. *Proceedings of the ASME 2012 Bioengineering Conference*. Fajardo, PR. Jun 2012.

81. **Roszelle B**, **Babiker H**, **Ryan J**, Gonzalez L, Albuquerque F, Frakes D. The Pipeline Versus Telescoping Stents: In Vitro Flows in a Treated Cerebral Aneurysm Model. *Proceedings of the ASME 2012 Bioengineering Conference*. Fajardo, PR. Jun 2012.

82. Chun Y, Levi D, Mohanchandra K, Kealey C, **Babiker H**, Frakes D, Hur S, Chang H, Emmons M, Lin P, Tulloch A., Rigberg D, Carlo D, Vinuela F, Carman G. A Novel Flow-Diverting Thin Film Nitinol (TFN) Covered Microstent. *Annual Industrial and Systems Engineering Research Conference (ISERC)*. Orlando, FL. May 2012.

83. **Steinke K**, Frakes D, **Oland G**, **Rios J**, Baxter L. Approximate Entropy as a Metric for Quantifying fMRI Changes Across Time. *ISMRM Annual Meeting*. Melbourne, Australia. May 2012.

84. **Zwart C**, Pracht R, Frakes D. Improved Motion Estimation for Restoring Turbulence Distorted Video. *Proceedings of the SPIE Defense, Security, and Sensing Conference*. Baltimore, MD. Apr 2012.

85. Ralhan T, **Ejaz F**, Richardson R, Frakes D. Use of Color-coded 3D Physical Heart Models of Congenital Heart Diseases for Applications in Medicine and Science. *ARRS Annual Meeting*. Vancouver, Canada. Apr 2012.

86. **Zwart C**, Frakes D. Soft Adaptive Gradient Angle Interpolation of Grayscale Images. *IEEE International Conference on Acoustics, Speech, and Signal Processing*. Kyoto, Japan. Mar 2012.

87. **Babiker H**, Kealey C, Chun Y, Carman G, Levi D, Frakes D. In-Vitro Fluid Dynamic Investigation of a Novel Hyper Elastic-Thin Film Nitinol Stent and the Pipeline Embolization Device for cerebral aneurysm treatment. *AHA International Stroke Conference*. New Orleans, LA. Feb 2012.

88. **Zwart C**, Frakes D. One-dimensional Control Grid Interpolation-based Demosaicing and Color Image Interpolation. *SPIE Electronic Imaging Conference*. San Diego, CA. Jan 2012.

89. **Ragunathan S**, Frakes D, Peng K, Singhose W. Filtering Effects on Input-Shaped Command Signals for Effective Crane Control. *9th IEEE International Conference on Control and Automation*. Santiago, Chile. Dec 2011.

90. **Zwart C**, **Ryan J**, Frakes D, Ganesh T. A Content/Design Model for K-12 Education: First Results with Bioengineering. *BMES Annual Meeting*. Hartford, CT. Oct 2011.

91. **Ejaz F**, Frakes D, Richardson R. Effectiveness of Rapid-Prototyped Color-Coded Physical Models in Education. *Weinstein Cardiovascular Development Conference*. Cincinnati, OH. Jun 2011.

**EXHIBIT 15**
**-59-**

92. **Babiker H**, Chun Y, Kealey C, Carman C, Levi D, Frakes D. Experimental Fluid Dynamic Investigation of a Novel Hyper-Elastic Thin Film for Cerebral Aneurysm Treatment. *Proceedings of the ASME 2011 Bioengineering Conference*. Farmington, PA. Jun 2011.

93. **Babiker H**, Gonzalez L, **Elvikis A**, Collins D, Albuquerque F, Frakes D. The Effects of High Porosity Stent Configurations on Cerebral Aneurysm Hemodynamics. *Proceedings of the ASME 2011 Bioengineering Conference*. Farmington, PA. Jun 2011.

94. **Ragunathan S**, Frakes D, Peng K, Singhose W. Improving Energy Efficiency of Cranes Driven by Noisy Control Signals. *Multibody Dynamics 2011*. Brussels, Belgium. Jul 2011.

95. **Kanberoglu B**, Karam L, Frakes D. Dictionary-Based Sparsification and Reconstruction (DIBSAR). *ISMRM Annual Meeting*. Montreal, Canada. May 2011.

96. **Plasencia J**, Bennett K, Turner G, Hu L, Loftus J, Frakes D. Image-Guided Stereotactic Biopsy System for Small Animal Experiments. *ISMRM Annual Meeting*. Montreal, Canada. May 2011.

97. **Beeman S**, **Zhang M**, Gubhaju L, Frakes D, Bertram J, Wu T, Bennett K. Measuring Whole Kidney Nephron Endowment Using MRI. *ISMRM Annual Meeting*. Montreal, Canada. May 2011.

98. Peng K, **Ragunathan S**, Singhose W, Frakes D. Improved Crane Efficiency Using Radio Frequency Real-Time Location Systems. *IEEE International Conference on Electronic Information and Control Engineering*. Wuhan, China. April 2011.

99. **Henriksen M**, **Ejaz F**, Scott R, Osborn M, Nigro J, Richardson R, Frakes D. Engineering of Physical, Color-Coded Models of Congenital Heart Disease. *Second International Conference on Engineering Frontiers in Congenital Heart Disease*. London, England. Mar 2011.

100. Kealey C, **Babiker H**, Chen Y, Frakes D, Levi D. In Vitro Evaluation of a Novel Hyper-Elastic Thin Film Nitinol Covered Stent for the Treatment of Intracranial Aneurysms. *American Heart Association International Stroke Conference*. Los Angeles, CA. Feb 2011.

101. **Zwart C**, Frakes D. Biaxial Control Grid Interpolation: Reducing Isophote Preservation to Optical Flow. *IEEE Digital Signal Processing and Signal Processing Education Workshop*. Sedona, AZ. Feb 2011.

102. Ujueta D, Ping K, Singhose W, Frakes D. Determination of Control Parameters for a Radio Frequency-Based Crane Controller. *49th IEEE Conference on Decision and Control*. Atlanta, GA. Dec 2010.

103. **Boltz T**, Panse P, Frakes D, Pavlicek W. Coronary Artery Stenosis in the Presence of Calcified Plaque. *RSNA 2010*. Chicago, IL. Nov 2010.

104. **Botadra A**, Frakes D. Optimized Compensation for Atmospheric Distortion in Video. *IEEE Workshop on Signal Processing Systems*. San Francisco, CA. Oct 2010.

105. **Gregg C**, **Ryan J**, **Poterala K**, **Babiker H**, Collins D, Krever A, Frakes D. Multi-Step Production of Anatomical Urethane Phantoms for Optical Experimentation. *Biomedical Engineering Society Annual Meeting*. Austin, TX. Oct 2010.

106. **Zwart C**, **Babiker H**, Frakes D. Directional Interpolation of Fluid Velocity Fields. *Biomedical Engineering Society Annual Meeting*. Austin, TX. Oct 2010.

107. **Babiker H**, Gonzalez F, Albuquerque F, **Elvikis A**, Collins D, Frakes D. In Vitro Fluid Dynamic Effects of a New Coil Design for Cerebral Aneurysm Embolization. *Biomedical Engineering Society Annual Meeting*. Austin, TX. Oct 2010.

108. Gonzalez L, **Hafner W**, **Babiker H**, Albuquerque F, Collins D, **Elvikis A**, Frakes D. In-Vitro Effects of Stent Placement on Perforating Side-Branch Arteries. *Annual Conference of the Congress of Neurological Surgeons*. San Francisco, CA. Oct 2010.

109. Gonzalez F, **Babiker H**, **Elvikis A**, Collins D, Albuquerque F, Frakes D. Quantitative Effects of Sequential Stent Placement on Aneurysmal Inflow and Flow through Perforating Side-Branches. *2010 Intracranial Stent Meeting*. Houston, TX. Sep 2010.

110. Chen C, Patrick M, Pekkan K, Corti P, Roman B, Frakes D. In Vivo Hemodynamic Performance of Wild-Type vs. Mutant Zebrafish Embryos Using High-speed Confocal Micro-PIV. *ASME Summer Bioengineering Conference*. Naples, FL. Jun 2010.

111. **Babiker H**, Gonzalez F, Albuquerque F, Collins D, **Elvikis A**, Frakes,D. Influence of Stent Configuration on Cerebral Aneurysm Fluid Dynamics. *ASME Summer Bioengineering Conference*. Naples, FL. Jun 2010.

112. **Beeman S**, **Henriksen M**, Frakes D, Bennett K. Counting the Total Number of Kidney Glomeruli Using MRI. *ISMRM Scientific Meeting and Exhibition*. Stockholm, Sweden. Apr 2010.

**EXHIBIT 15**
**-60-**

113. **Zwart C**, Frakes D, Debbins J. Metrics for Distinguishing Axon Disorder from Demyelination in Regions of Decreased Fractional Anisotropy. *ISMRM Scientific Meeting and Exhibition*. Stockholm, Sweden. Apr 2010.

114. **Zwart C**, Frakes D. Comparison of Linear and Optical Flow-Based Methods for Medical Image Scaling. *Southwest Conference on Integrated Mathematical Methods*. Tempe, AZ. Feb 2010.

115. **Mahanti P**, **Nandakumar V**, Frakes D. Optical Flow Computation with Selective Spatial Emphasis. *Southwest Conference on Integrated Mathematical Methods*. Tempe, AZ. Feb 2010.

116. Dur O, DeGroff C, Keller B, Frakes D, Pekkan K. Bioengineering Approaches and Insights for the Optimized Management of Single Ventricle Physiology. *1st International Conference on Computational Simulation in Congenital Heart Disease*. La Jolla, CA. Feb 2010.

117. **Plasencia J**, **Babiker H**, Richardson R, Rhee E, Willis B, Nigro J, Cleveland D, Pekkan K, Frakes D. Simulation of Surgical Modification and Post-Operative Flow for Tetralogy of Fallot Repair. *1st International Conference on Computational Simulation in Congenital Heart Disease*. La Jolla, CA. Feb 2010.

118. **Plasencia J**, **Babiker H**, Richardson R, Rhee E, Willis B, Nigro J, Cleveland D, Frakes D. Virtual Surgical Modification for Planning Tetralogy of Fallot Repair. *IS&T/SPIE Electronic Imaging*. San Jose, CA. Jan 2010.

119. Haydar S, Willis B, Chapple K, Sanders D, Frakes D, Rhee E, Nigro J. Impact of Inspired Oxygen Concentration on Cerebral Blood Flow in Univentricular Circulation. *The Society of Thoracic Surgeons 46th Annual Meeting*. Fort Lauderdale, FL. Jan 2010.

120. Peng K, Singhose W, **Gessesse S**, Frakes D. Crane Operation Using Hand-Motion and Radio Frequency Identification Tags. *7th IEEE International Conference on Control and Automation*. Christchurch, New Zealand. Dec 2009.

121. Lara M, Dur O, Frakes D, Pekkan K. Fluid Dynamic Assessment of Hepatic Venous Flow Using Digital Particle Image Velocimetry. *Biomedical Engineering Society Annual Meeting*. Pittsburgh, PA. Oct 2009.

122. **Babiker H**, Gonzalez F, Albuquerque F, Collins D, **Elvikis A**, Frakes D. The Effects of Coil Packing Density on Cerebral Aneurysm Fluid Dynamics: An In Vitro Assessment. *Biomedical Engineering Society Annual Meeting*. Pittsburgh, PA. Oct 2009.

123. **Henriksen M**, **Beeman S**, Bennett K, Frakes D. Quantification of Single Glomerular Function with Molecular Imaging Agents and MRI. *Biomedical Engineering Society Annual Meeting*. Pittsburgh, PA. Oct 2009.

124. Gonzalez F, **Babiker H**, Albuquerque F, Collins D, **Elvikis A**, Frakes D. Effects of Progressive Increased Coil Packing Density on Aneurysm Inflow: In Vitro Study. *CNS Annual Meeting*. New Orleans, LA. Oct 2009.

125. Patrick M, Chen C, Frakes D, Pekkan K. Fluid Dynamics of Erythrocytes using Confocal Microscopy and Micro-PIV. *8th International Symposium on Particle Image Velocimetry*. Melbourne, Victoria, Australia. Aug 2009.

126. Skrinjar O, Bistoquet A, Oshinski J, Sundareswaran K, Frakes D, Yoganathan A. A Divergence-Free Vector Field Model for Imaging Applications. *IEEE International Symposium on Biomedical Imaging*. Boston, MA. Jun 2009.

127. Bennett K, **Elvikis A**, **Plasencia J**, **Beeman S**, Frakes D. Quantitative 3D Molecular Imaging of Kidney Glomeruli. *ISMRM Scientific Meeting and Exhibition*. Honolulu, HI. Apr 2009.

128. Bennett K, **Elvikis A**, **Plasencia J**, **Beeman S**, Frakes D. MRI Quantification of Single Glomerular Function. *National Kidney Foundation Spring Clinical Meetings*. Nashville, TN. Mar 2009.

129. Sundareswaran K, Frakes D, Fogel M, Skrinjar O, Yoganathan A. Divergence Free Interpolation of Phase Contrast MRI. *SPIE Electronic Imaging*. San Jose, CA. Jan 2009.

130. Sundareswaran K, Frakes D, de Zelicourt D, Skrinjar O, Kanter K, Del Nido P, Powell A, Fogel M, Yoganathan A. Comparison of Power Losses, Hepatic Flow Splits, and Vortex Sizes in Different Fontan Types Using Non Invasive Phase Contrast Magnetic Resonance Imaging. *American Heart Association Annual Scientific Sessions*. New Orleans, LA. Nov 2008.

131. Sundareswaran K, Frakes D, Fogel M, Skrinjar O, Yoganathan A. Multi-Dimensional Velocity Field Reconstruction Using Sparsely Acquired PCMRI Data. *ISMRM Scientific Meeting*. Toronto, ON, CA. May 2008.

**EXHIBIT 15**
-61-

132. Sundareswaran K, Frakes D, Fogel M, Skrinjar O, Yoganathan A. 4D Velocity Field Reconstruction from PC MRI Using Adaptive Divergence Free Radial Basis Functions. *Society for Cardiovascular Magnetic Resonance Annual Scientific Sessions*. Los Angeles, CA. Jan 2008.

133. Sundareswaran K, Frakes D, Yoganathan A. Rule-based fuzzy vector median filters for 3D phase contrast MRI segmentation. *SPIE Electronic Imaging*. San Jose, CA. Jan 2008.

134. Frakes D, Pekkan K, Dasi L, Binnion R, Smith MJT. A New Adaptive Method for Registration-Based Medical Image Interpolation. *12th International Conference on Biomedical Engineering*. Singapore. Jan 2006.

135. Li D, Mersereau R, Frakes D, Smith MJT. A New Method for Suppressing Optical Turbulence in Video. *European Signal and Image Processing Conference*. Antalya, Turkey. Sep 2005.

136. Brummer M, Dambreville S, King B, Chapman A, Glockner J, Torres V, Wallin A, Bae K, Frakes D, Yoganathan A. Renal Flow Measurement by Breath-Hold Phase-Velocity MRI: A Validation Study. *ISMRM Annual Scientific Sessions*. Miami, FL. May 2005.

137. Sundareswaran K, Kitajima H, Pekkan K, Soerensen D, Yerneni V, Parks J, Sallee D, Sharma S, Oshinski J, Frakes D, Yoganathan A. Flow Field Comparison of Reverse Engineered Total Cavopulmonary Connection Anatomical Models: High Resolution PCMRI vs CFD. *ISMRM Annual Scientific Sessions*. Miami, FL. May 2005.

138. Frakes D, Wake A, Pekkan K, Oshinski J, Giddens D, Yoganathan, A. Reconstruction of 3D PCMR Velocity Data for Clinical Fluid Dynamics Analysis Applications. *ISMRM Annual Scientific Sessions*. Miami, FL. May 2005.

139. Pekkan K, Frakes D, de Zelicourt D, Lucas C, Parks J, Yoganathan A. Coupling of Pediatric Ventricle Assist Devices to Fontan Circulation, Simulations with a Lumped Parameter Model. *1st International Conference on Pediatric Mechanical Circulatory Support Systems and Pediatric Cardiopulmonary Perfusion*. Hershey, PA. May 2005.

140. Chaikof E, Kasirajan K, Pekkan K, Frakes D, Milner R, Dodson T, Yoganathan A. Non-Invasive Analysis of Aortic Dissection Fluid Dynamics. *Southern Association of Vascular Surgery 29th Annual Meeting*. Marco Island, FL. Jan 2005.

141. Pekkan K, Yoganathan A, Frakes D, Kitajima H, Soerensen D, Sundareswaran K, De Zelicourt D. Progress Towards Understanding Anatomical Fluid Dynamics and Surgical Planning of the TCPC. *BMES Annual Fall Meeting*. Philadelphia, PA. Oct 2004.

142. Yoganathan A, Frakes D, Kitajima H, Soerensen D, Sundareswaran K, Pekkan K, Sotiropoulos F, de Zelicourt D. Flow Dynamics of the Anatomic TCPC: An Integrated MRI, In Vitro Experimentation, and CFD Approach for Surgical Applications. *ISMRM International Interdisciplinary Workshop on Flow and Motion*. Zurich, Switzerland. Jul 2004.

143. de Zelicourt D, Pekkan K, Frakes D, Carberry J, Fogel M, Yoganathan A. Fluid Mechanical Assessment of Anatomical Models of the Total Cavopulmonary Connection. *European Society of Bioengineering Meeting*. Hertogenbosch, The Netherlands. July 2004.

144. Khalid A, Singhose W, Huey J, Lawrence J, Frakes D. Study of Operator Behavior and Performance Using an Input-Shaped Gantry Crane. *Joint CCA, ISIC, and CACSD*. Taipei, Taiwan. Sep 2004.

145. Ma S, Frakes D, Hu X. Adaptive Control Grid Interpolation of DTI Data. *International Society for Magnetic Resonance in Medicine 12th Scientific Meeting and Exhibition*. Kyoto, Japan. Apr 2004.

146. Frakes D, Kitajima H, Pekkan K, Yoganathan A. MRI Velocity Data Reconstruction for Power Loss Estimation. *International Society for Magnetic Resonance in Medicine 12th Scientific Meeting and Exhibition*. Kyoto, Japan. Apr 2004.

147. Frakes D, Fogel M, Parks J, Sharma S, Smith MJT, Yoganathan A. MRI-Based 3D Modeling of Cardiac Vascular Anatomies for Surgical Applications. *American College of Cardiology Annual Scientific Sessions*. New Orleans, LA. Mar 2004.

148. Biediger E, Singhose W, Frakes D, Kashiwa M, Matunaga S. An Investigation of Video Tracking on a Formation Flying Satellite Testbed. *AIAA/AAS Astrodynamics Specialist Conference*. Big Sky, Montana. 2003.

149. Wallin A, Frakes D, Brummer M, Chapman A, Yoganathan A. Improvements in Validation Studies: Polyvinyl Alcohol (PVA) Phantoms and Magnetic Resonance Imaging. *BMES Annual Fall Meeting*. Nashville, TN. Oct 2003.

150. Soerensen D, Frakes D, Yoganathan A. Automated Minimum Intensity Tracking of Heart Valve Markers for Surface Motion Reconstruction. *BMES Annual Fall Meeting*. Nashville, TN. Oct 2003.

151. de Zelicourt D, Frakes D, Pekkan K, Yoganathan A. Construction of Morphologically Accurate TCPC Models for In Vitro Flow Studies. *The First US National Symposium on Frontiers in Biomechanics*. Nashville, TN. Sep 2003.

152. Singhose W, Huey J, Lawrence J, Frakes D. Input Shaping Curriculum: Integrating Interactive Simulations and Experimental Setups. *11th Mediterranean Conference on Control and Automation*. Rhodes, Greece. Jun 2003.

153. Frakes D, Sinotte C, Parks J, Sharma S, Yoganathan A. Three-Dimensional Flow Field Reconstruction from Phase Encoded MR Velocity Images. *ASME Summer Bioengineering Conference*. Key Biscayne, FL. Jun 2003.

154. Liu Y, Ryu K, Frakes D, Yoganathan A. Fluid Dynamic Analysis and Power Loss Assessment for Total Cavopulmonary Connection Using Different Meshing Methods. *ASME Summer Bioengineering Conference*. Key Biscayne, FL. Jun 2003.

155. Frakes D, Wang A. On the Generation of and Droplet Impact upon Very Thin Liquid Films. *The 26th National Conference of Mechanical Engineering*. Beijing, R.O.C. 2003.

156. Frakes D, Smith M, Fogel M, Sharma S, Yoganathan A. Clinical Implementation of MR-Based Pediatric Cardiovascular Surgical Planning. *Society for Cardiac Magnetic Resonance Annual Meeting*. Orlando, FL. 2003.

157. Frakes D, Lucas C, Ensley E, Healy T, Sharma S, Yoganathan A. Analysis of Total Cavopulmonary Connection Fluid Dynamics: Experimental Studies. *4th World Congress on Biomechanics*. Calgary, Alberta, Canada. 2002.

158. Frakes D, Sinotte C, Conrad C, Healy T, Fogel M, Monaco J, Smith M, Yoganathan A. Application of an Adaptive Control Grid Interpolation Technique to MR Data Enhancement for Morphological Vascular Reconstruction. *SPIE Medical Imaging Conference*. San Diego, CA. 2002.

159. Frakes D, Conrad C, Healy T, Monaco J, Smith M, Yoganathan A. Application of an Adaptive Control Grid Interpolation Technique to Morphological Vascular Reconstruction: A Component of a Comprehensive Surgical Planning and Evaluation Tool. *23rd Annual International Conference of the IEEE-EMBS*. Istanbul, Turkey. 2001.

160. Frakes D, Singhose W. Geometrically Constrained Optical Flow-Based Tracking for the Extraction of Kinematic Data from Video. *5th International Symposium on Computer Methods in Biomechanics and Biomedical Engineering*. Rome, Italy. 2001.

161. Frakes D, Conrad C, Healy T, Monaco J, Smith M, Yoganathan A. An Integration of Adaptive Control Grid Interpolation-Based MR Reconstruction and CFD Analysis Aimed at Surgical Planning. *5th International Symposium on Computer Methods in Biomechanics and Biomedical Engineering*. Rome, Italy. 2001.

162. Forest C, Frakes D, Singhose W. Input-Shaped Control of Gantry Cranes: Simulation and Curriculum Development. *ASME Conference on Mechanical Vibration and Noise*. Pittsburgh, PA. 2001.

163. Frakes D, Conrad C, Healy T, Monaco J, Smith M, Fogel M, Sharma S, Yoganathan A. Application of an Adaptive Control Grid Interpolation Technique to MR Data Set Augmentation Aimed at Morphological Vascular Reconstruction. *ISMRM Minimum Data Acquisition Workshop*. Marco Island, FL. 2001.

164. Travis B, Leo H, Frakes D, Yoganathan A. An Analysis of the Turbulence in the Leakage Jets of Bileaflet Prosthetic Heart Valves. *ASME Summer Bioengineering Conference*. Snowbird, UT. 2001.

165. Frakes D, Healy T, Sharma S, Monaco J, Smith M, Yoganathan A. Application of an Adaptive Control Grid Interpolation Technique to Total Cavopulmonary Connection Blood Flow Image Reconstruction. *ASME Summer Bioengineering Conference*. Snowbird, UT. 2001.

166. Ensley A, Healy T, Ramuzat A, Chatzimavroudis G, Sharma S, Frakes D, Ryu K, Lucas C, Yoganathan A. An Integrated Engineering Approach in Assessment of the Total Cavopulmonary Connection. *International Conference on Mechanics and Medicine in Biology*. Maui, HI. 2000.

167. Frakes D, Monaco J, Smith M. Suppression of Atmospheric Turbulence in Video Using an Adaptive Control Grid Interpolation Approach. *International Conference on Acoustics, Speech, and Signal Processing*. Salt Lake City, UT. 2001.

168. Frakes D, Grosser K, Fortgang J, Singhose W. Simulating Motion of an Operator Controlled Gantry Crane in a Cluttered Work Environment. *ASME IMECE 2000*. Orlando, FL. 2000.

## X. CONFERENCES WITHOUT PROCEEDINGS (26 total, 21 since joining ASU, and 20 with ASU student coauthors: **underlined bold** indicates supervised ASU students)

1. Shivaswamy R, Nahman M, Frakes D, Seguin G. What are My Training Samples Worth? A Look into Improving Data Efficiency, Applied to Apple Neural Detectors. *Apple Machine Learning Summit 2020*. Cupertino, CA. Mar 2020.

2. **Plasencia J**, **Ryan J**, **Sajadi S**, **Lindquist J**, Augustyn R, Park S, Southard R, Ellsworth E, Nigro J, Zangwill S, Richardson R, VanAuker M, Frakes D, Pophal S. A Novel Three-Dimensional Tool for Expanding the Donor Pool in Pediatric Heart Transplant. *2015 Annual PCH Research Day*. Phoenix, AZ. Jun 2015.

3. **Ryan J**, Howell C, Richardson R, Southard R, Dodds K, Frakes D, Itkin M, Dori Y, Pophal S. Novel Way of Looking at Plastic Bronchitis Utilizing CT-MRI 3D Modeling. *Cardiology 2015*. Scottsdale, AZ. Feb 2015.

4. Dameworth J, Richardson R, Pophal S, Frakes D, **Ryan J**. 3D Cardiac CTA Analysis of Systemic to Pulmonary Venovenous Collaterals after Fontan Procedure. *Society of Computed Body Tomography and Magnetic Resonance Annual Meeting*. New Orleans, LA. Sep 2014.

5. **Ryan J**, Frakes D. Case Study for 3D Reconstruction and Modeling for Total Artificial Heart Implantation Fit Applications. *2014 Dublin City University Bioprinting Symposium*. Dublin, Ireland. May 2014.

6. **Ryan J**, **Ejaz F**, **Henriksen M**, **Stomski L**, **Feith M**, Osborn M, Ricahrdson R, Pophal S, Frakes D. Color-coded Patient-specific Physical Models of Congenital Heart Disease for Medical and Educational Applications. *2014 Dublin City University Bioprinting Symposium*. Dublin, Ireland. May 2014.

7. **Ryan J**, Richardson R, Wellnitz C, Taylor C, Naik H, Brady K, Ross M, Pophal S, Frakes D. Multi-Material Modeling for Pre-Interventional TAVR Planning. *2014 Annual PCH Research Day*. Phoenix, AZ. Jun 2014.

8. **Babiker H**, Chong B, Frakes D. High Fidelity Simulated Pre-Surgical Planning for Endovascular Treatment of Cerebral Aneurysms. *45th Annual Meeting of the Western Neuroradiological Society*. San Diego, CA. Feb 2013.

9. Frakes D. 3D Printing Advances Patient-Specific Modeling in Biomedical Engineering Applications. *2013 MEPTEC Medical Technology Conference*. Tempe, AZ. Sep 2013.

10. **Ryan J**, Castinghouse E, Wigand J, Frakes D. Utilizing Ancient Casting Techniques and 3D Printing Technology to Accelerate Direct Manufacturing Processes. *RAPID*. Pittsburgh, PA. Jun 2013.

11. **Ryan J**, Wigand J, Dahl W, Frakes D. 3D Printing Advances Patient-Specific Biomedical Engineering Modeling and Experimentation. *RAPID*. Pittsburgh, PA. Jun 2013.

12. **Ryan J**, Collins D, Frakes D. Interdisciplinary Approaches to Anatomical Modeling. *Generation XYZ: Art Symposium*. Phoenix, AZ. Oct 2012.

13. **Ryan J**, **Plasencia J**, Park S, Richardson R, Southard R, Nigro J, Frakes D, Pophal S. Case Study for 3D Reconstruction and Modeling for Total Artificial Heart Implantation Fit Applications. *Mechanical Cardiac Support in Pediatric Heart Disease*. St. Louis, MO. Sep 2012.

14. Park S, Nigro J, Osborn M, **Ryan J**, Wellnitz C, Southard R, Lane J, Sanders, D, Frakes D, Arabia F, Pophal S. Total Artificial Heart in a Small Pediatric Patient with Biventricular Heart Failure. *Mechanical Cardiac Support in Pediatric Heart Disease*. St. Louis, MO. Sep 2012.

15. **Zwart C**, Frakes D. Multidimensional Applications of Optical Flow. *National Science Foundation EIFP Workshop*. Washington, DC. May 2012.

16. Samuelson R, **Nair P**, Frakes D, Snyder K, Nakaji P, Preul M, Spetzler R. Design and Flow Characteristics of a Branching Anastomosis: Implications for Cerebral Bypass. *79th American Association of Neurological Surgeons Annual Meeting*. Denver, CO. April 2011.

**EXHIBIT 15**
**-64-**

17. **Ejaz F**, **Henriksen M**, **Ryan J**, **Babiker M**, **Kanberoglu B**, Richardson R, Nigro J, Osborn M, Frakes D. Rapid Prototyped Patient-Specific Colorized Physical Models of Congenital Heart Disease. *Cardiology 2011*. Scottsdale, AZ. Feb 2011.

18. **Plasencia J**, **Babiker M**, Diab K, Richardson R, Rhee E, Willis B, Nigro J, Cleveland D, Pekkan K, Frakes D. Patient-Specific Computational Fluid Dynamic Simulations of Pulsatile Flow for Planning Tetralogy of Fallot Repair. *Cardiology 2011*. Scottsdale, AZ. Feb 2011.

19. **Ragunathan S**, Peng K, Singhose W, Frakes D. Improving Energy Efficiency of RFID-Based Crane Control. *2010 IEEE Emerging Device and Packaging Technologies Workshop*. Tempe, AZ. Nov 2010.

20. **Babiker H**, Gonzalez F, **Gregg C**, Collins D, Albuquerque F, Frakes D. Quantitative Effects of Coil Packing Density on Cerebral Aneurysm Hemodynamics: An In Vitro Pulsatile Flow Study. *2010 UC Systemwide Bioengineering Symposium*. Davis, CA. Jun 2010.

21. **Zhang W**, Johnson R, Frakes D. Single Living Cell Rotation Device for Multiple Perspective Images. *Biological, Engineering, and Chemical Undergraduate Research Conference*. Tucson, AZ. Mar 2010.

22. **Babiker H**, Gonzalez F, Albuquerque F, Collins D, Frakes D. The Effects of Coil Packing Density on Cerebral Aneurysm Inflow: In Vitro Assessment with Particle Image Velocimetry. *10th Annual UC Systemwide Bioengineering Symposium*. Merced, CA. June 2009.

23. Payli R, Pekkan K, de Zelicourt D, Frakes D, Sotiropoulos F, Yoganathan A. High Performance Clinical Computing on the TeraGrid: Patient-Specific Hemodynamic Analysis and Surgical Planning. *TeraGrid 2007 Conference*. Madison, WI. Jun 2007.

24. Pekkan K, Whited B, Kanter K, Sharma S, Sundareswaran K, Frakes D, Rossignac J, Yoganathan A. Anatomical Image Databases for Computational Fluid Dynamics and Surgical Planning. *3rd Annual Carnegie Mellon University Bioimaging Symposium*. Pittsburgh, PA. Feb 2007.

25. Frakes D, Healy T, Sharma S, Fogel M, Monaco J, Smith M, Yoganathan A. Adaptive Control Grid Interpolation-Based MR Data Reconstruction for Surgical Planning and Evaluation. *IBB Educational Partners Symposium*. Atlanta, GA. 2002.

26. Frakes D, Conrad C, Sharma S, Fogel M, Monaco J, Smith M, Yoganathan A. Realistic Total Cavopulmonary Connection Modeling for Surgical Planning. *IBB Educational Partners Symposium*. Atlanta, GA. 2001.

27. Healy T, Ensley A, Frakes D, Yoganathan A. Palliating Congenital Heart Lesions: Developing Diagnostic Tools and Surgical Planning using Computational Fluid Dynamics. *ANL Surgical Planning Workshop*. Chicago, IL. 2001.

**XI. MEDIA COMMUNICATIONS** (only sources other than ASU media relations are cited)

1. "Harvey's Hemodynamic Heroics", *Science Node*, 2017. https://sciencenode.org/feature/harveys-hemodynamic-heroics.php

2. "3D Printed Heart Helps Family Cope with Toddler's Lifetime of Heart Surgeries", *AZ Central*, 2016. http://www.azcentral.com/story/news/local/phoenix/2016/06/08/3d-printed-heart-helps-family-cope-toddlers-lifetime-heart-surgeries/85564462/

3. "3D Printed Hearts Help Surgeons at Phoenix Children's Hospital", *AZ Family*, 2016. http://www.azfamily.com/clip/12923380/3d-printed-hearts-help-surgeons-at-phoenix-childrens-hospital

4. "Supercomputer Simulates Whole-Body Blood Flow", *BBC News Science and Environment*, 2016. http://www.bbc.com/news/science-environment-35828635

5. "3D Computer Modeling Might Improve Children's Heart Transplants", *U.S. News & World Report Health*, 2015. http://health.usnews.com/health-news/articles/2015/11/08/3-d-computer-modeling-might-improve-childrens-heart-transplants

6. "3D Image May Provide Better Size Match for Child Heart Transplants", *American Heart Association*, 2015. http://newsroom.heart.org/news/3d-image-may-provide-better-size-match-for-child-heart-transplants

7. "3D Technology Shaping Future of Heart Surgery", *12 News Arizona*, 2015. http://www.12news.com/story/news/local/2015/04/23/3d-technology-saving-lives-at-pch/26275233/

8. "The New Screen Savers 18: 3D Printed Hearts", *The New Screen Savers*, 2015. https://twit.tv/shows/new-screen-savers/episodes/18?autostart=false

**EXHIBIT 15**
**-65-**

9. "ASU and Phoenix Children's Hospital Build 3D Printed Hearts for Pre-op Strategies", *AZ Tech Beat*, 2014. http://aztechbeat.com/2014/05/asu-phoenix-childrens-hospital-build-3d-printed-hearts-pre-op-strategies/

10. "Solidscape: Precision 3D Printing that Saves Lives", *Medical Design Technology*, 2014. http://www.mdtmag.com/article/2014/10/solidscape-precision-3d-printing-saves-lives

11. "ASU Researchers Craft Company, Aid Aneurysm Patients", *The State Press*, 2014. http://www.statepress.com/article/2014/11/asu-researchers-craft-company-aid-aneurysm-patients/

12. "Wax 3D Printing Works Quietly in the Background of Essential Cerebral Aneurysm Research", *3D Printing Industry*, 2014. http://3dprintingindustry.com/2014/09/18/wax-3d-printing-works-quietly-background-essential-cerebral-aneurysm-research/

13. "3D Printer Puts Heart into Doctors' Hands", *NBC 12 News Arizona*, 2014. http://www.azcentral.com/videos/news/local/arizona/2014/08/07/13749939/

14. "3D Printer Helping Save Lives at Phoenix Children's Hospital", *ABC 15 News Arizona*, 2014. http://www.abc15.com/news/state/3-d-printer-helping-save-lives-at-valley-hospital

15. "Engineers Use 3D Tech to Improve Cardiac Care", *Product Design and Development*, 2014. http://www.pddnet.com/news/2014/07/engineers-use-3d-tech-improve-cardiac-care

16. "3D Heart Model Library Grows at Phoenix Children's Hospital", *KJZZ (NPR Affiliate)*, 2014. http://kjzz.org/content/38474/3-d-heart-model-library-grows-phoenix-childrens-hospital

17. "Innovative Medical Device Modeling Software Sparks Tech Startup", *World News*, 2014. http://article.wn.com/view/2014/07/17/Innovative_Medical_Device_Modeling_Software_Sparks_Tech_Star_s/

18. "Using 3D Printing to Treat Children's Heart Defects", *Philadelphia Inquirer*, 2014. http://articles.philly.com/2014-02-10/news/47171542_1_heart-defects-3-d-printer-phoenix-children

19. "Virtual Artificial Heart Implantation: No Science Fiction", *Medical Design Briefs*, 2014. http://www.medicaldesignbriefs.com/component/content/article/1104-mdb/news/19540

20. "3D Heart Models Help Save Children's Lives", *Inside Science*, 2013. http://www.insidescience.org/content/3-d-heart-models-help-save-children's-lives/1499

21. "Phoenix Children's Hospital Employs Novel CT-Guided, Virtual 3D Modeling Platform To Correctly Fit the SynCardia Heart", *Syncardia Systems, Inc.*, 2013. http://www.syncardia.com/2013-press-releases/case-report-on-14-year-old-pediatric-patient-bridged-to-transplant-with-syncardia-total-artificial-heart-published-in-the-journal-perfusion/itemid-1337.html

22. "Scan, Animate, Print: 3D Heart Models at PCH", *Raising Arizona Kids*, 2013. http://www.raisingarizonakids.com/2013/02/scan-animate-print-3d-heart-models-at-pch/

23. "Heart in Your Hand & 3DVia – Helping Doctors Save Lives", *3DVia*, 2012. http://www.3dvia.com/blog/heart-in-your-hand-3dvia-helping-doctors-save-lives/

24. "Preoperative Simulation of Endovascular Treatment for Cerebral Aneurysms", *NeuroNews*, 2012. http://www.cxvascular.com/nn-features/neuro-news---features/preoperative-simulation-of-endovascular-treatment-for-cerebral-aneurysms--

25. "Physicians, ASU Professor Make First Personalized Heart Models", *The State Press*, 2012. http://www.statepress.com/2012/01/19/physicians-asu-professor-make-first-personalized-heart-models/

26. "ASU Bioengineers Will Expand Work to Solve Cardiovascular Health Challenges", *MedicalXpress*, 2011. http://medicalxpress.com/news/2011-06-asu-bioengineers-cardiovascular-health.html

**XII. PATENTS AND INTELLECTUAL PROPERTY** (21 total actions, 19 since joining ASU, and 13 involving ASU students: **<u>underlined bold</u>** indicates supervised ASU students and **bold** indicates collaborating ASU students)

1. **<u>Babiker H</u>**, Frakes D, Chong B. Device Specific Finite Element Models for Simulating Endovascular Treatment. US Patent Number 10,290,230, 2019.

2. **Thiagarajan J**, **Ramamurthy K**, Spanias A, Frakes D. Kernel Sparse Models for Automated Tumor Segmentation. US Patent Number 9,710,916, 2018.

3. **Thiagarajan J**, **Ramamurthy K**, Spanias A, Frakes D. Measuring Glomerular Number from Kidney MRI Images. US Patent Number 9,779,497, 2018.

**EXHIBIT 15**
**-66-**

4. Frakes D, **Aboussouan E**, **Venkataraman V**. Minimally Intrusive Screen Writing. US Patent Pending Reference GP-202245-00-PR. 2017.

5. Frakes D, **Abboussouan E**. Location of Writing Instruments Using Position Sensing Diodes in Stereo Configuration.  Defensive Publication Reference IDF 48288, 2017.

6. **Workman C**, Frakes D, **Aboussouan E**, Stelman J, **Venkataraman V**. Screen Writer: Convert Display Device to a Whiteboard. US Patent Pending Reference GP-202244-00-PR, 2017.

7. Frakes D, **Babiker H**, Edwards K, Lo D, **Aboussouan A**. Systems and Methods for Visualizing Garment Fit. US Patent Pending Reference GP-201690-00-PR, 2017.

8. Frakes D, **Plaas D**, Spano M, Maciejewski R, **Thomas J**, **Kirkpatrick N**, **Mortensen M**, **Sansone J**, **Van Putten A**. Real-Time Medical Image Visualization Systems and Related Methods. US Patent Pending Number 62/457,545, 2017.

9. **Hess R**, Frakes D, **Nair P**. Customized Endovascular Devices and Methods Pertaining Thereto. US Patent Pending Number 62/404,541, 2016.

10. **Farsani H**, Hermmann M, Frakes D. Geometry Based Method for Simulating Fluid Flow Through Heterogeneous Porous Media. US Patent Pending Number 15/277,381, 2016.

11. Frakes D, **Aboussouan E**, **Venkataraman V**. Real-time Collaboration in Annotating Printed Paper Using a Pen. US Patent Pending Reference GP-201405-00-PR, 2016.

12. Frakes D, **Aboussouan E**, **Venkataraman V**. Augmented Reality Based Assistive Technology for Writing. US Patent Pending Reference GP-201297-00-PR, 2016.

13. Frakes D, **Aboussouan E**, **Venkataraman V**. Learn2Write: Assistive Technology for Writing. US Patent Pending Reference GP-201223-00-PR, 2016.

14. Frakes D, **Aboussouan E**, Aboussouan M, **Workman C**. Mobile Writing Device for Linking Handwritten Information. Patent Pending Reference GP-24354-00-US, 2016.

15. Frakes D, **Zwart C**. A One-Dimensional Approach to Control Grid Interpolation. US Patent Number 8730268, 2014.

16. **Babiker H**, Frakes D, Chong B. Virtual Pre-interventional Planning Simulator for Endovascular Treatments. Exclusively Licensed Intellectual Property Number M13-231L, 2014.

17. **Babiker H**, Frakes D, Chong B. Virtual Pre-interventional Planning Simulator for Endovascular Treatments. US Patent Pending Number 14/165,061, 2014.

18. Frakes D, **Zwart C**. Rapid Motion Estimation Based on a Semi-separable Matrix Formulation of Optical Flow. Copywritten Software, 2012.

19. Frakes D, **Ryan J**, **Ejaz F**, Collins D. Rapid Prototyped Patient-Specific Colorized Physical Models of Congenital Heart Disease. Exclusively Licensed Intellectual Property Number M120912L/M12-107L/M12-123L, 2012.

20. Frakes D, Monaco J, Smith M, Yoganathan A. Data Reconstruction Using Directional Interpolation Techniques. US Patent Number 8233701, 2012.

21. Frakes D, Monaco J, Smith M, Yoganathan A. Data Reconstruction Using Directional Interpolation Techniques. US Patent Number 7831088, 2010.

**XIII. ENTREPRENEURIAL VENTURES** (5 of 8 ventures remain active. Endovantage offers the first and only FDA approved surgical planning platform for endovascular interventions.)

1. Applied CFD Technologies, LLC. 2016 Co-founder.
2. Endovantage, LLC. 2014 Co-founder as CSO.
3. Grass Roots Imaging, LLC. 2013 Co-founder as Director.
4. Intrinsic Capital Management, Inc. 2011 Co-founder as Director.
5. Heart in Your Hand, LLC. 2011 Co-founder as CSO.
6. Frakules Holdings, LLC. 2008 Founder as CEO.
7. NoNames, LLC. 2008 as Executive Producer.
8. 4-D Imaging, Inc. 2003 Co-founder as CTO.

**XIV. INVITED SPEAKING** (*indicates keynote speaker)

1. ASU Master of Science in Innovation and Venture Development (MSIVD) Program, Invited Talk. Tempe, AZ. Apr 2020.
2. Materialise World Summit, Invited Talk. Brussels, Belgium. April 2017.
3. *Israeli Machine Vision Conference, Invited Talk. Tel Aviv, Israel. Mar 2016.

4. Mayo Clinic Collaborative 3D Printing in Clinical Practice Conference, Invited Talk. Scottsdale, AZ. Mar 2016.
5. Mimics Innovation Conference, Invited Talk. Tampa, Fl. Feb 2016.
6. Georgia Institute of Technology Wallace H. Coulter Dept. of Biomedical Engineering, Seminar. Atlanta, GA. Jan 2016.
7. 3D Heals, Seminar Series. San Francisco, CA. Aug 2015.
8. Medtronic, Technology Prowess Banquet Panel. Tempe, AZ. Aug 2014.
9. Huazhong University of Science and Technology, School of Mechanical Science and Engineering Seminar. Wuhan, China. Aug 2014.
10. HUST-Wuxi Research Institute, Invited Talk. Wuxi, China. Aug 2014.
11. Materialise, Mimics Innovation Conference. Chicago, IL. May 2014.
12. Dublin City University, 2014 Bioprinting Symposium. Dublin, Ireland. May 2014.
13. University of California Los Angeles School of Medicine, Division of Interventional Neuroradiology Conference. Los Angeles, CA. Mar 2014.
14. Purdue University Weldon School of Biomedical Engineering, Seminar Series Distinguished Lecture. West Lafayette, IN. Mar 2014.
15. Materialise NV Headquarters, Invited Talk. Leuven, Belgium. Aug 2013.
16. Medical University of Vienna Working Group on Cardiovascular Dynamics and Artificial Organs, Invited Talk. Vienna, Austria. Aug 2013.
17. *Border States Annual Charity Fundraiser, Benefit for the Brain Aneurysm Foundation. Scottsdale, AZ. Apr 2013.
18. The Raytheon Company Multi-spectral Targeting System Group, Technical Briefing. McKinney, TX. Mar 2013.
19. University of California San Diego Dept. of Mechanical and Aerospace Engineering, Biomechanics Seminar. San Diego, CA. Nov 2012.
20. ASU Engineering World Health Society, Inaugural Meeting. Tempe, AZ. Nov 2012.
21. University of California Los Angeles Dept. of Mathematics, Applied Mathematics Seminar. Brentwood, CA. Oct 2012.
22. Barrow Neurological Institute, Neuroscience Conference. Phoenix, AZ. May 2011.
23. St. Joseph's Hospital and Medical Center, Grand Rounds. Phoenix, AZ. Mar 2011.
24. United States Air Force, Joint Tomography in Materials Science Workshop. Dayton, OH. Dec 2010.
25. Georgia Tech Center for Signal and Image Processing, Seminar Series. Atlanta, GA. Nov 2010.
26. Western Society of Pediatric Cardiologists, Annual Meeting. Scottsdale, AZ. May 2010.
27. University of Arizona Biomedical Engineering Interdisciplinary Program, BME Seminar Series. Tucson, AZ. Oct 2009.
28. *ASU Harrington Dept. of Bioengineering, BME Day. Tempe, AZ. May 2009.
29. ASU Dept. of Mechanical and Aerospace Engineering, Seminar Series. Tempe, AZ. Apr 2009.
30. Carnegie Mellon University Dept. of Biomedical Engineering, BME Seminar Series. Pittsburgh, PA. Mar 2009.
31. ASU Harrington Dept. of Bioengineering, Seminar Series. Tempe, AZ. Oct 2008.
32. St. Joseph's Hospital and Medical Center, Cardiothoracic Journal Club. Phoenix, AZ. Aug 2008.
33. Emory University Hospital, Vascular Laboratory Fellows Conference. Atlanta, GA. Jan 2005.
34. Georgia Institute of Technology, Symposium to Honor Dr. Ajit P. Yoganathan, Atlanta, GA. Jul 2004.
35. *Southeastern Conference of Dental Laboratories, Annual Meeting. Atlanta, GA. Apr 2004.
36. Georgia Tech Venture Lab, Technology Day 2003. Atlanta, GA. Nov 2003.
37. Children's Hospital of Philadelphia, Cardiology Fellows Conference. Philadelphia, PA. Aug 2003.
38. Georgia Tech Center for Signal and Image Processing, Seminar Series. Atlanta, GA. May 2001.
39. Georgia Tech Center for Signal and Image Processing, Seminar Series. Atlanta, GA. Jan 2001.

**XV. TEACHING EXPERIENCE** (84 total credit hours (56 credit hours factoring in joint instruction) taught over 13 semesters at ASU for an average of 6.5 hours taught per semester (4.3 hours per semester factoring in joint instruction). Approximately 1715 total students taught to date.)
1. ASU 101 (EEE) – The Arizona State University Experience, Full Course Instructor. School of Electrical, Computer, and Energy Engineering, ASU (Fall 2010, Fall 2012, Fall 2014).

2. ASU 101 (BME) – The Arizona State University Experience, Full Course Instructor. School of Biological and Health Systems Engineering, ASU (Fall 2009, Fall 2010, Fall 2012, Fall 2013, Fall 2014).

3. BME 300 – Biomedical Engineering Product Design, Full Course Instructor. School of Biological and Health Systems Engineering, ASU (Spring 2009, Spring 2010, Spring 2011, Spring 2014).

4. BME/EEE 494/598 – Biomedical Image Processing, Full Course Instructor. School of Biological and Health Systems Engineering, School of Electrical, Computer, and Energy Engineering, ASU (Fall 2009, Fall 2011, Fall 2013).

5. GRA/IND/MGT 464 – Collaborative Design and Development I, Joint Course Instructor. Innovation Space Program, ASU (Fall 2010, Fall 2011, Fall 2012, Fall 2013).

6. BME 352 – Filtering of Signals, Joint Course Instructor. School of Biological and Health Systems Engineering, ASU (Spring 2013.)

7. BME 342 – 3D Spatial Modeling, Full Course Instructor. School of Biological and Health Systems Engineering, ASU (Spring 2012, Spring 2013).

8. BME 341 – Engineering Design Method, Full Course Instructor. School of Biological and Health Systems Engineering, ASU (Spring 2012, Spring 2013).

9. GRA/IND/MGT 465 – Collaborative Design and Development II, Joint Course Instructor. Innovation Space Program, ASU (Spring 2011, Spring 2012, Spring 2013).

10. BME 598 – Design Studio, Joint Course Instructor. School of Biological and Health Systems Engineering, ASU (Fall 2011).

11. BME 194 – Introduction to Biomedical Engineering, Joint Course Instructor. School of Biological and Health Systems Engineering, ASU (Fall 2011).

12. EEE 101 – Introduction to Engineering Design, Full Course Instructor. School of Electrical, Computer, and Energy Engineering, ASU (Fall 2010).

13. BME 350 – Signals and Systems, Full Course Instructor. Harrington Department of Bioengineering, ASU (Fall 2008).

14. English as a Second Language, Full Course Instructor. Lenox Hill Community Center (2005).

15. BMED 6784 – Cardiovascular Biomechanics, Teaching Assistant. Wallace H. Coulter Department of Biomedical Engineering, Georgia Institute of Technology (2003).

16. Math 1000 – Pre-calculus, Full Course Instructor. Office of Minority Educational Development, Georgia Institute of Technology (1999).

17. Math 1712 – Survey of Calculus, Teaching Assistant. Department of Mathematics, Georgia Institute of Technology (1999).

**XVI. STUDENTS AND MANAGED RESEARCHERS** (*italics alone* indicate graduated students, **bold alone** indicates chaired, graduated non-thesis M.S. students – 20 thus far, ***bold italics alone*** indicate chaired, graduated thesis M.S. students – 9 thus far, **_underlined bold italics_** indicate chaired, graduated Ph.D. students – 7 thus far, and underlining alone indicates formerly supervised postdoctoral fellows – 3 thus far**)**

1. Currently manage the Image Processing Applications Laboratory (IPALab) at ASU

2. Postdoctoral fellow advisor SBHSE, ASU (B Roszelle, H Babiker, J Ryan)

3. Ph.D. thesis committee chair SBHSE, ASU (**_H Babiker_**, **_N Zwart_**, **_C Zwart_** (NSF Fellow, SFAz Fellow), **_T Boltz_**, **_J Ryan_** (TA, SFAz Fellow, ARCS Fellow), **_R Chaudhury_** (Fulton Fellow), J Plasencia (NSF Fellow, TA), P Nair, S Ragunathan)

4. Ph.D. thesis committee chair SECEE, ASU (**_E Aboussouan_**, B Kanberoglu (TA, SFAz Fellow), D Plaas (Dean's Fellow))

5. Ph.D. thesis committee chair SEMTE, ASU (H Farsani, W Wei)

6. M.S. thesis committee chair SBHSE, ASU (*S Ragunathan* (TA), ***W Zhang***, ***J Myers***, ***A Indahlastari***, ***P Bhavsar***)

7. M.S. thesis committee chair SECEE, ASU (***A Botadra***, ***R Venkatesan***, K Steinke, ***D Han***, ***D Das***)

8. M.S. non-thesis committee chair SBHSE (**J Rodriguez**, **A Jones**, **P Nair**, **C Gregg**, **F Ejaz**, **M Henriksen**, **R Austin**, **C Williamson**, **A Puri** (TA), **C Bing**, **D Dejeu**, **J Lindsay**, **C Miranda**, **S Bagalkar**, **R Chavan**, **R Bodida**, **M Ghate**, **C Workman**, **R Bhavirisetty**, C Hyslop, R Chavan, R Bodida, M Ghate)

9. M.S. non-thesis committee chair SECEE (**A Pradeep**)

**EXHIBIT 15**
**-69-**

10. Ph.D. thesis committee member SBHSE, ASU (*A Gomez, D Akkurt, T Chen*, D Bryant, *J Schneider, C Riley, H Bearat, K Anderson, D Welch, M Giers*, D Turley, S Lathers)
11. Ph.D. thesis committee member SECEE, ASU (*A Deveraj, R Robison, A Viswanathan*, *J Thiagarajan, K Ramamurthy, M Yang*)
12. Ph.D. thesis committee member SEMTE, ASU (*S Klein*)
13. Ph.D. thesis committee member George W. Woodruff School of Mechanical Engineering, Georgia Institute of Technology (*J Huey*)
14. M.S. thesis committee member SECEE, ASU (*B Kanberoglu, N Narvekar, S Hiremath, K Kulkarni, P Chandakkar, C Prakash, S Wei*)
15. M.S. thesis committee member SEMTE, ASU (*Karthik Kannan*)
16. M.S. thesis committee member SMSS, ASU (*A Viswanathan*)
17. M.S. thesis committee member HIDA, ASU (N Entrekin)
18. M.S. non-thesis committee member SBHSE, ASU (*A Jensen, M Bloch, C Andresen, J Gladysiewski, K Anderson*)
19. Barrett Honors thesis chair, ASU (*W Burk, W Hafner, J Plasencia, J Rios, F Ejaz, C Gregg, J Lindsay*, K Thomas, G Oland, J Thomas, R Bui, J Schiltz, C Workman, S Haupt, H Chung, L Snyder, G Pathangey, S Iyer, M Mortensen, S Sadaji, J Lindstrom)
20. Barrett Honors thesis committee member, ASU (*R Cetta, M Odish, M Cronin, A Jahnke, S Sandler, J Ludlow, K Soodak, B Mahoney, B Mulligan, J Ludlow, K Selle, J Walters, A Jha, A Maurer*)
21. Capstone Mentor SBHSE, ASU (*B Bowers, C Karimi, F Ejaz, C Gregg, C Kadjan, J Gladysiewski, W Zhang, S Naufel, S Gessesse, E Marek, K Guiang, A Hsia, J Plasencia, M Henriksen, A Jones, K Anderson, M Anderson, M Weber, J Rodriguez, M Cates, M Sonhthipanya, C Thompson, D Sanchez, J Garcia, N Nanda, C Tostado, C Straker, C Tennyson, K Soodak, L Kariniemi, C Gray, J Wong, M Munoz, J Boers, C Hallberg, T Foss, C Williamson, J Freeman, G Frantz, D Nemetz, B Mulligan*, *S Halls, P Velez, M Beltran, L Stomski, K James, Y Wang, A Soulek, Z Jacubowski, L Snyder, B Duong, C Cirjan, C Workman, K Thomas, J Thomas, C Beck, G Pathangey, C Maheny, K Winarda, S Seto, E Tucker, M Dennison, T Pifher, B Simmons, E Murphy, J Smith, G Wohlleb*, S Sadaji, J Lindstrom)
22. Capstone Mentor SECEE, ASU (*V Robles, C Leyva, J White, E Young, D Busch, A Gudeman, A Menicosy, J Ludlow, A Maurer, K Selle, Z Wang, H Liu, J Jin, K Weed, C Falcon, N Turner, J Zinkofsky, M Alhammadi, M Alqurnas, E Shaikh*)
23. Capstone Mentor Innovation Space, ASU (*D Anaya, E Blass, V Burbes, K Heinert, A Hsia, M Ismail, L Johnson, S Sandler, K Sprentall, M Anderson, R Austin, T Banasek, L Chen, S Heitzman, W Loper, A Mangukia, E Mougharbel, J Walters, C Vargas, C Solomon, C Price, M Cisneros, C Miranda, N Heinrich, M Huerta, A Shemsedini, L Ledgerwood, L Snyder, K Thomas, J Thomas, G Pathangey, J Schiltz, S Brown, A Meidinger, G Gonzalez, T Porter, R Joco, R Bui, X Vargas*)
24. Fulton Undergraduate Research Initiative Mentor, ASU (*W Hafner*(3), *J Rios*(3), *J Plasencia*(3), *M Henriksen*(3), *F Ejaz*(2), G Oland(5), C Workman(5), G Pathangey(2), D Dejeu, C Boreland, L Snyder, C Hyslop(2))
25. Western Alliance to Expand Student Opportunities Mentor, ASU (*C Perez, C Tostada, C Straker*)

**XVII.  CURRENT ROLES OF SELECTED TRAINEES** (destination universities are <u>underlined</u> and destination companies are in **bold**)

1. Supervised postdoctoral fellows (B Roszelle – Lecturer at the <u>University of Denver,</u> H Babiker – Chief Technology Officer at **Endovantage**)
2. Chaired Ph.D. students (E Aboussouan – Lead Engineer in Mobile Vision **Google ATAP**, N Zwart – Research Engineer at **Barrow Neurological Institute**, C Zwart – Radiology Informatics Scientist at **Mayo Clinic Arizona**, H Babiker – Chief Technology Officer at **Endovantage**, T Boltz – Radiology Scientist at **Mayo Clinic Arizona**, J Ryan – Research Scientist at **Phoenix Children's Hospital**, R Chaudhury – Systems Engineer at **Google ATAP**)
3. Chaired M.S. students (S Ragunathan – Ph.D. student at <u>ASU</u>, J Myers – Field Engineer II at **Life Technologies**, A Botadra – Engineer at **Intel**, B Kanberoglu – Engineer at **Intel**, R Venkatesan – Ph.D. student at <u>ASU</u>, A Jones – Process Development Engineer at **Medtronic**, C Gregg – Ph.D. student at <u>Cornell University</u>, F Ejaz – Ph.D. student at <u>ASU</u>, M Henriksen – Research Analyst on the **Lunar Reconnaissance Orbiter Camera Science Team**, R Austin – Manufacturing Engineer at **Medtronic**, D Dejeu – Quality Engineer at **C.R. Bard**, J Lindsay – Quality Engineer at **Boston Scientific**, P

**EXHIBIT 15**
**-70-**

Bhavsar – Software Engineer at **Medtronic**, C Workman – Prototyping Engineer in Mobile Vision at **Google ATAP**, R Badida – Research Engineer at **Lifespan**)

4. Chaired Barrett Honors students (W Hafner – Ph.D. student at the University of Colorado, J Plasencia – Ph.D. student at ASU, J Rios – Ph.D. student at Cornell University, K Thomas – M.S. student at the University of California San Diego, G Oland – M.D. at the University of Arizona)

5. Mentored Capstone Senior Design students (J Walters – CFO at **G3Box**, J Gladysiewski – Manufacturing Engineer at **The Tech Group**, S Naufel – Ph.D. student at Northwestern University, E Marek – Regulatory Affairs Specialist at **Stimwave**, M Weber – Orthopedic Sales Representative at **Zimmer**, B Mulligan – Entrepreneurship Coordinator at the University of Hawaii, E Mougarbel – Associate Consultant at **Ariba (an SAP company)**, A Hsia – medical student at Midwestern University, C Straker – Account Manager at **Maldonado Medical**)

## XVIII. SERVICE

1. NIH Center for Scientific Review - ZRG1 ETTN-C (10) Small Business: Clinical Neurophysiology, Devices, Neuroprosthetics, and Biosensors Special Emphasis Panel, Member, 2020
2. International Society for Cardiovascular Translational Research, Scientific Advisory Board Member, 2020-present
3. Arizona State University MSIVD Advisory Council, Member, 2020-present
4. Medical Imaging and Technology Alliance, DICOM Working Group 17 (WG-17) Member, 2017
5. IEEE International Conference on Image Processing, Color/Multispectral Proc. Session Chair, 2016
6. Frontiers in Pediatrics – Pediatric Cardiology, Editorial Board Member, 2016-present
7. Mentor Jackets, Georgia Tech Graduate Student Mentor (Elda Trevino), 2016
8. Mentor Jackets, Georgia Tech Graduate Student Mentor (Timothy Kassis), 2016
9. IEEE International Conference on Image Processing, Exhibits Chair, 2016
10. ASU Engineering Projects in Community Service, Design Reviewer, 2014
11. ASU FSE Dean's Faculty Advisory Committee, SBHSE Representative, 2014
12. ASU SBHSE Graduate Program Committee, Member, 2014
13. ASU Advanced Manufacturing Summer Institute for Community College Instructors, Director, 2014
14. NIH NIBIB Multiscale Modeling R01 Program, Internet Assisted Proposal Review Panelist, 2014
15. ASU FURI Faculty Committee, 2014
16. Barrett – the Honors College at ASU, SBHSE Faculty Advisor, 2013-14
17. IEEE Transactions on Image Processing, Associate Editor, 2013-15
18. IEEE International Conference on Image Processing, Technical Program Committee, 2014
19. ASU SECEE Communication and Signal Processing Faculty Search Committee, Member, 2013
20. ASU SBHSE Bioimaging Faculty Search Committee, Member, 2013
21. IEEE International Conference on Sensing Technology, Technical Program Committee, 2013
22. ASME Summer Bioengineering Conference, Pediatrics and Embriology Session Chair, 2013
23. Journal of Fluids (Hindawi Publishing Corporation), Editorial Board Member, 2013-15
24. Louisiana Board of Regents, Proposal Review Panelist, 2013
25. NIH NIGMS Minority Biomedical Research Program, Proposal Review Panelist, 2013
26. ASU Traithlon Club (student organization), Faculty Advisor, 2012-13
27. NIH Center for Scientific Review Early Career Reviewer Program, Proposal Review Panelist, 2012
28. Annual Meeting of the APS Division of Fluid Dynamics, Experiments: PIV II Session Chair, 2012
29. IEEE International Conference on Image Processing, Biomedical Signals Session Chair, 2012
30. ASU SBHSE Bioimaging Faculty Search Committee, Member, 2012
31. ASU SBHSE Biosensors Faculty Search Committee, Member, 2012
32. ASU SBHSE Design Group Committee, Member, 2011-15
33. The Society of Imaging at ASU (student organization), Founding Advisor, 2011-12
34. IEEE Phoenix Section Signal Processing Society, Chapter Chair, 2010-12
35. IEEE Phoenix Section Communications Society, Chapter Chair, 2010-12
36. ASU Feasting with Faculty, Guest Speaker (8 events), 2010-12
37. ASU SBHSE ABET Preparation Committee, Member, 2009-12
38. ASU E2 Camp, Faculty Session Leader, 2008-12, 2014 (away 2013 as visiting professor)
39. ASU Inventors Workshop Professor of Practice Search Committee, Member, 2011
40. ASU Inventors Workshop Executive Committee, Member, 2011
41. IEEE Digital Signal Processing and Signal Processing Education Meeting, Finance Chair, 2011

**EXHIBIT 15**
**-71-**

42. President Barack Obama Scholars Program, Student Mentor, 2010-11
43. Lighting Audio Video Arts (LAVA) Club (student organization), Founding Advisor, 2010-11
44. Arizona Georgia Tech Club, Executive Board Member (Yellow Jacket Representative) 2009-11
45. NCIIA BMEStart Program, Proposal Review Panelist, 2010
46. ASU SBHSE Imaging Faculty Search Subcommittee, Chair, 2009-10
47. ASU SBHSE Synthetic Biology Faculty Search Subcommittee, Member, 2009-10
48. ASU SBHSE Faculty Search Committee, Member, 2009-10
49. ASU Freshman Teaching Academy, Member, 2009-10
50. IEEE International Conference on Image Processing, Technical Area Chair, 2009
51. IEEE International Conference on Image Processing, Denoising Session Chair, 2009
52. Bioengineering Entrepreneurial Society (BEES) (student organization), Founding Advisor, 2009
53. Robotic Advanced Systems (RAS) Society (student organization), Founding Advisor, 2009
54. WAESO Undergraduate Research, Proposal Review Panel Member, 2009
55. NSF CBET BME Program, Proposal Review Panelist, 2009
56. Oxford University Press, Book Reviewer (Signal Processing and Linear Systems), 2009
57. FURI Summer Honors Institute, Program Instructor, 2009
58. Arizona State University Freshman Curriculum Committee, Member, 2009
59. ASME International Symposium on Flexible Automation, Vision Sensors Session Chair, 2008
60. Georgia Tech/Emory School of Biomedical Engineering Internship Advisory Panel, Member, 2003
61. Internet2 Cardiovascular MRI Special Interest Group, Member, 2003
62. Georgia Tech Emory School of Biomedical Engineering Student Advisory Board, Member, 2001
63. YMCA Summer Athletic Camp, Track and Field Instructor, 2000
64. YMCA Youth Outreach Program, Coordinator, 1997
65. Georgia Tech Athletic Association Coach's Corner Youth Mentor Program, Mentor, 1996
66. Journal Review (IEEE Transactions on Image Processing (7), IEEE Transactions on Medical Imaging (4), IEEE Transactions on Vehicular Technology (4), SPIE Journal of Electronic Imaging (2), Experiments in Fluids, International Journal of Biomedical Imaging, Cardiovascular Engineering and Technology (5), Medical Engineering and Physics (3), Journal of Magnetic Resonance Imaging (2), ASME Journal of Biomechanical Engineering (5), Stroke, Annals of Biomedical Engineering (4), IEEE Transactions on Mechatronics (2), Journal of Biomechanics, SPIE Journal of Optical Engineering (2), IEEE Transactions on Ultrasonics, Ferroelectrics, and Frequency Control (3), IEEE Transactions on Intelligent Transportation Systems (2), Chaos: An Interdisciplinary Journal of Nonlinear Science (2), American Journal of Physiology: Heart and Circulatory Physiology, International Journal for Numerical Methods in Biomedical Engineering (4), PLOS ONE (3), IEEE Transactions on Biomedical Engineering (2), ASME Journal of Medical Devices (2), Journal of Theoretical Computer Science, Journal of NeuroInterventional Surgery (2), Journal of Biomechanics and Modeling in Mechanobiology)
67. Conference Review (IEEE ICIP 2009-14, BMES 2008-09, ASME DSCC 2009, IEEE ISBI 2006, ASME SBC 2011-14, ISMRM 2009)

## XIX. CONSULTING EXPERIENCE
1. Microvention, 2020
2. Microvention, 2019
3. Consulting Alliance, LLC, 2017
4. Frank Frisenda Law, 2017
5. Luvera Law Firm, 2017
6. Luvera Law Firm, 2016
7. Law Offices of Peter G. Angelos, P.C., 2016
8. Pietragallo Gordon Alfano Bosick & Raspanti, LLP, 2015
9. Dankner, Millstein, and Ruffo, P.C., 2015
10. Terumo, 2015
11. Mayo Clinic, Arizona, 2014
12. Microvention, 2014
13. Inhance Digital, 2014
14. Federal Bureau of Investigation, 2013
15. Yavapai County Sheriff's Office, 2013

*Curriculum Vitae – David H. Frakes, Ph.D.*

16. Interactive Flow Studies, 2011
17. BP, 2010-11
18. CR Bard, 2009-2010
19. ev3 Neurovascular, 2008-2009
20. Carlyle Blue Wave Partners, 2008

## XX. SKILLS

1. Programming – MATLAB, Visual Basic, Blox Basic
2. Software Applications – Tecplot, Fieldview, Trading Blox, Mimics, iBooks Author, LaTEX, ANSYS Fluent, SolidWorks
3. Instrumentation – MRI (GE, Philips, Siemens), CT (GE), Rapid Prototyping (Stratasys, Solidscape, 3D Systems), Cluster Computing
4. Foreign Languages – Spanish (Proficient), Mandarin Chinese (Intermediate)
5. Graduate Minors – Mathematics, Organic Chemistry
6. Undergraduate Minors – Economics, Spanish

## XXI. MEMBERSHIPS AND CERTIFICATIONS

1. Deep Learning with MATLAB (2019)
2. IEEE Senior Member (80623531, since 2007)
3. IEEE Signal Processing Society Member (80623531, since 2007)
4. IEEE Communications Society Member (80623531, since 2007)
5. IEEE Engineering in Medicine and Biology Society Member (past)
6. Biomedical Engineering Society, Full Member (27121, since 2010)
7. International Society for Magnetic Resonance in Medicine, Full Member (45817, past)
8. ASEE Professional Member (past)
9. American Heart Association, General Professional Member (160857619, past)
10. American Society of Mechanical Engineers Member (100323842, past)
11. SPIE International Society for Optics and Photonics, Individual Member (past)
12. Society for Cardiovascular Magnetic Resonance, Technologist Member (past)
13. Hedge Fund Association Member (past)
14. Level 1 Certified Chartered Market Technician (2000)
15. DTR Certified International Securities Exchange Trader (2000)

## XXII. PHILANTHROPIC GIFTS

1. The David H. Frakes Endowment, Georgia Tech Foundation ($25k, 2008)

34643424