Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

|  |  |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>TETRA TECH, INC.<br><br>Counterclaim Plaintiff<br><br>TETRA TECH TAS INC.<br><br>Third-Party<br>Counterclaim Plaintiff<br><br>v.<br><br>PAVEMETRICS SYSTEMS, INC.<br><br>Counterclaim<br>Defendant | Case No. 2:21-cv-1289 MCS-MMA<br><br>**DECLARATION OF JOHN LAURENT IN SUPPORT OF PAVEMETRICS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    April 19, 2021<br>Time:    9:00 a.m.<br>Crtrm:   7C<br><br>Honorable Mark C. Scarsi |

I, John Laurent, declare and state as follows:

1.     I am Vice President of Business Development and Chief Technology Officer of Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. in the above-captioned action.  I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2.     I submit this Declaration in support of Pavemetrics' Opposition to Tetra Tech's Motion for Preliminary Injunction.

## I.  BACKGROUND AND EXPERIENCE

3.     I am a co-founder of Pavemetrics.  I have been Vice President of Business Development and Chief Technology Officer since founding the company in 2009.  In my role as Vice President of Business Development, I am responsible for, and actively involved in, developing commercial strategies and finding new business opportunities for our existing line of products.  In my role as Chief Technology Officer, I am responsible for, and actively involved in, orienting our research and development efforts towards the creation of new products designed for the automated inspection of infrastructures.

4.     I completed a bachelor's degree in engineering physics and a master's degree in electrical engineering specializing in image processing from Université Laval in Quebec City, Quebec, Canada, in 1987 and 1991, respectively.  My thesis was entitled "Neuropass, un réseau de neurones pour la segmentation d'images d'intensité et un modèle de la vision préattentive," or "Neuropass, a neural network for segmentation of intensity images and a model of pre-attentive vision."  My thesis focused on the development of a new artificial neural network inspired by the way the human brain's neurons process images in the first steps of what is called pre-attentive vision.  This part of the brain has been biologically demonstrated to "process" images by segmenting them into edges, texture, and color components.  In so doing, I developed edge-

detection algorithms based on Gabor pyramid-type filters that closely emulated pre-attentive vision in humans.

5.     After receiving my master's degree in 1991, I worked at "INO," Canada's National Optics Institute, for 18 years until the time that I co-founded Pavemetrics.  During my time at INO, I began working on the use of optical methods, such as laser scanning, for the 3D measurement and automated inspection of transportation infrastructure.  I published papers on the use of automated inspection of road surfaces as early as 1996.  After my first few years at INO, I created the 3D sensors and machine vision group.  I was named head of the group and was in charge of 10 researchers, mostly Ph.Ds, until I left INO to start Pavemetrics.

6.     Since 1996, I have published more than 30 research papers.  I am the named inventor on at least four issued U.S. patents.  I have made over one hundred technical presentations at conferences around the world on the use of 3D sensors for the evaluation of the condition of transportation infrastructures.

7.     Since my first day working as a researcher at INO 30 years ago, I have been working on developing 3D laser sensors and machine vision systems, mostly for systems for inspecting transportation infrastructures (roads, airports, tunnels, rails).  Our first 3D road inspection prototype was tested on roads as early as 1995.  From that prototype, we developed our first commercial product, the Laser Rut Measurement System (LRMS).  We launched the LRMS in 2001. Over 100 LRMS systems were sold, mainly in the United States.  At the time, over 80% of the state departments of transportation in the United States were using this system to measure ruts on their road networks.

8.     In 2009, after the founding of the company, Pavemetrics announced the first commercial version of the Laser Crack Measurement System (LCMS).  The first version of the LCMS not only could measure ruts in the road, but also could measure cracks as small as 2 mm at speeds of up to 100

km/h (60 mph).  The LCMS uses specialized sensors called 3D laser profilers, custom filters, and a camera to obtain a detailed, millimeter-resolution profile of a surface such as a road, a runway, a tunnel, or a railway track bed.

9.      The LCMS is mounted on a vehicle, which travels along a surface.  To obtain the data, the LCMS projects a strip of laser light onto the surface and captures the resulting image using the integrated camera as the vehicle travels along the surface.  The LCMS sensors simultaneously acquire data that reflects a "Range" measurement—the distance between the sensor and the surface—and an "Intensity" measurement—the intensity of the reflected laser light for each pixel.  This data is merged to form a 3D profile of the scanned surface.  The system is synchronized with a vehicle odometer or an encoder mounted on the vehicle, which helps determine the sampling rate at which the system collects data.  An important feature of the LCMS is the data analysis software that automatically analyzes both the Range and Intensity data from the LCMS sensors to detect and report the presence, severity, and length of cracks, lane markings, and rutting.  Over the last 10 years, Pavemetrics has sold more than 400 LCMS systems in over 45 different countries.

10.      Shortly after the 2009 launch of the LCMS for road inspection applications, Euroconsult (a Spanish engineering firm) acquired several LCMS systems to apply them towards the inspection of railway assets (tunnel linings and rails).  In order to support their initiative and to increase our presence in these markets, Pavemetrics also began developing software tools and algorithms aimed specifically at detecting defects on concrete surfaces and specific railway components (rail, ties, fasteners, ballast).

/ / /

/ / /

/ / /

/ / /

## II.  DEVELOPMENT OF PAVEMETRICS' RAIL INSPECTION TECHNOLOGY AND FIRST SALES

11.    The foundation of Pavemetrics' technology for the automated inspection of transportation infrastructure is its 3D laser triangulation technology.  The National Research Council of Canada pioneered the use of a laser triangulation method for 3D scanning in the late 1970s.  In the late 1990s, INO began working with the Quebec Ministry of Transportation to apply this technology to measure the transverse profile of roadways.  Laser scanning of the transverse profile of roadways provided more accurate estimations of roadway wear, such as wheel path ruts.  I was the leader of the team at INO working on this problem.  As early as 1996, I co-authored papers on the use of laser telemetry for high precision 3D measurements of large flat surfaces, particularly road surfaces.

12.    Our research and development work at INO initially resulted in the Laser Rut Measurement System, which INO began selling around 2001. However, the LRMS obtained only a low resolution transverse profile of the surface being inspected.  This limited the application of the LRMS to measuring ruts in the road.  My colleagues at INO and I recognized that to detect other road defects, such as cracks, we would need to improve the speed and resolution of the sensors and develop new 3D image processing algorithms.  Thus, around 2002, we began developing the Laser Crack Measurement System.

13.    The LCMS incorporated the 3D laser profiling technology from the LRMS, with simultaneous high-resolution 2D imaging of the surface being inspected.  By integrating this 2D and 3D data, the LCMS was able to obtain a detailed, millimeter-resolution 3D profile of the surface it was imaging.  Then, image processing algorithms could be used to identify features of the surface from the detailed shape profile of the surface.  The initial application of the LCMS was to measure cracks, particularly in road surfaces.  The first LCMS

prototype for crack detection was operated by the Quebec Ministry of Transportation around 2006. Pavemetrics began selling the first commercial version of the LCMS in 2009.

14. In 2009, I joined Jean-François Hébert and Richard Habel to found Pavemetrics. Dr. Hébert was a colleague of mine from INO, where he worked with me to develop the LCMS. Mr. Habel provided the vision for the business plan and financial structure of the company, and negotiated with INO to license the intellectual property encompassing the LRMS and LCMS technologies.

15. Since I helped co-found Pavemetrics, we have strived to be the world leader in vision systems for the automated inspection of all transportation infrastructures, not just roadways. As Pavemetrics' LCMS technology proved a commercial success for road inspection, Pavemetrics worked to provide the same automated inspection capabilities for other infrastructure.

16. In February 2010, Pavemetrics first sold three LCMS systems to Euroconsult. Euroconsult used Pavemetrics' LCMS system for a high-performance inspection vehicle for tunnel linings and railways. In 2013 and 2014, Euroconsult published papers describing its use of the LCMS system for tunnel linings and railways. I discuss the 2014 Euroconsult paper below.

17. In September 2012, Pavemetrics sold its first LCMS system with software for rail inspection in the United States. The sale was to the University of Massachusetts Lowell (UMass Lowell). The system was for use in research under a cooperative agreement between UMass Lowell and the United States Department of Transportation (UML Research). A true and correct copy of the invoice for the purchase is attached as **Exhibit 16**. I personally worked with UMass Lowell on this project. Pavemetrics also provided UMass Lowell with the consulting services of engineers Mario Talbot, M.Sc., and Sami Metari, Ph.D. A true and correct copy of invoices for these services is attached as **Exhibit 17**.

18.     The system included the ability to detect railway track bed features. A true and correct copy of the First Quarterly Report of Cooperative Agreement No. RITARS-12-H-UML is attached as **Exhibit 18**.  When discussing future plans for the second quarter, the report explains that "the team will start developing algorithms based on the tools developed by Pavemetrics Systems Inc. to detect various rail surface defects."  Later in the First Quarterly Report, in the Project Kickoff Meeting Minutes, the Report notes that Pavemetrics would "provide algorithms to detect defects in rail ties and fasteners."

## III.  PUBLIC DISCLOSURES OF PAVEMETRICS' RAIL INSPECTION TECHNOLOGY

19.     Pavemetrics began publicly promoting the use of the LCMS technology for inspecting rails at least as early as September 2012.   In September 2012, I presented at the Road Profile Users' Group (RPUG) Conference in Minneapolis, Minnesota.  I understand that RPUG describes its mission as to provide "a forum for the dissemination of knowledge concerning the collection, analysis, and application of information relating to functional characteristics of traveled surfaces."  The annual RPUG Conference serves as a forum for those in the industry to exchange ideas and information in an informal setting.

20.     During my presentation, I explained that Pavemetrics' LCMS sensors could be used to inspect roads, airport runways, tunnels, and railroads. A true and correct copy of excerpts of my presentation slides, is attached as **Exhibit 19**.   The full set of slides is publicly available online at http://rpug.sspa.us/download/2012/7-2-John%20Laurent.pdf.   The presentation includes a slide showing that Pavemetrics' LCMS technology can be used for "Road/Airport/Tunnel/Rail Inspection."

/ / /

/ / /

21.     In  October  2012,  Pavemetrics  posted  a  video  on  its  public YouTube channel, titled "High-speed 3D imaging of rail."  The video was posted on October 4, 2012, and had 640 views as of March 16, 2021.  The video is publicly available at https://www.youtube.com/watch?v=nhtUkqNXVCY.  A true and correct copy of a printout from YouTube for this video is attached as **Exhibit 20**.  A true and correct copy of the video is attached as **Exhibit 21**.  The video depicts a 3D reconstruction of a rail track created using data acquired by a Pavemetrics LCMS.  Below is a screenshot from the video:



22.     In November 2012, Pavemetrics worked with Mandli Communications, a company specializing in the collection and processing of highway and other infrastructure and geospatial data, to publicly demonstrate in Chicago, Illinois, the use of LCMS technology for rail inspection.  Mandli and Pavemetrics co-presented the data from the demonstration to CN, a large North American transportation and logistics company.  A true and correct copy of an email from Richard Fox-Ivey to Dr. Hébert, Mr. Habel, and me providing a preview of the data collected during the demo is attached as **Exhibit 22**.  The email shows a screen capture comparing a picture of the track with the 3D reconstruction.

23.     In December 2012, Pavemetrics posted another video on its public YouTube channel.   The video is titled, "LCMS for High-speed Rail In[sp]ection."  The video was posted on December 10, 2012, and had 4,077 views as of March 16, 2021.  In the description of the video, Pavemetrics explained that the video was "A brief example of using an LCMS to produce a high-resolution, 3D image of rail by mounting the sensor on a high-rail vehicle."  The video is publicly available at https://www.youtube.com/watch?v=gg1p4FRFzzM.  A true and correct copy of a printout from YouTube for this video is attached as **Exhibit 23**.  A true and correct copy of the video is attached as **Exhibit 24**.  The video depicts the LCMS sensors mounted on a high-rail vehicle driving along a railroad track during the Chicago demonstration for CN, and shows the high-resolution 3D image of the rail obtained during the use of the LCMS sensors on the railroad track.  A "high-rail" (or "hi-rail") vehicle is one that can be used on both roads and rail tracks.  Below are screenshots from the video:





**LCMS for High-speed Rail Inpsection**

4,077 views • Dec 10, 2012

👍 3   👎 1      SHARE   SAVE   ...

pavemetrics
80 subscribers

SUBSCRIBE

A brief example of using an LCMS to produce a high-resolution, 3D image of rail by mounting the sensor on a high-rail vehicle.



**LCMS for High-speed Rail Inpsection**

4,077 views • Dec 10, 2012

👍 3   👎 1      SHARE   SAVE   ...

pavemetrics
80 subscribers

SUBSCRIBE

A brief example of using an LCMS to produce a high-resolution, 3D image of rail by mounting the sensor on a high-rail vehicle.



LCMS for High-speed Rail Inpsection
4,077 views · Dec 10, 2012

pavemetrics
80 subscribers

A brief example of using an LCMS to produce a high-resolution, 3D image of rail by mounting the sensor on a high-rail vehicle.

24.     On December 17 and 18, 2012, Pavemetrics worked with Code Red Business Solutions, a company that works in rail asset management, and members of the UMass Lowell team to collect data to demonstrate the LCMS's use to detect rail track defects, particularly cracked concrete ties, on the St. Louis Metro track.  A true and correct copy of the Second Quarterly Report for the UML Research is attached as **Exhibit 25**.  The Second Quarterly Report describes this testing.  The report includes pictures of the collected 3D elevation data and the LCMS mounted on a hi-rail truck.

25.     The report further includes details on the algorithms being used for track defect detection, describing the algorithm for rail detection and recognition in some detail.  The report also describes the algorithm for pinpointing features of interest.  Pictures showing the result of the rail gauge-detection and feature-identification algorithms are included in the report, for example on page 12.

26.     Pavemetrics' involvement in the rail market continued in 2013.  In May 2013, at the third quarterly meeting of the UML Research group, Pavemetrics presented more details on Pavemetrics' algorithms for detecting rail edges.   A true and correct copy of the meeting minutes is attached as **Exhibit 26**.   The meeting minutes recount that to detect the rail edge, the algorithm detects the nearest point to the camera; extracts a new range image based on the detected point; applies a remapping process on the new range image; applies the well-known "Canny method" for rail edge detection; and refines the detected rail edges.   Pavemetrics presented slides to the research group explaining the algorithm and demonstrating its application.  A true and correct copy of the slides is also included in Exhibit 26.

27.     Between July and September 2013, three potential customers from Asia, BS Holdings in South Korea, JR Group in Japan (through Mirukuru Co., Ltd.), and PSC China, requested quotations from Pavemetrics for systems that could perform rail inspection.  Each quotation was for a Laser Tunnel Scanning System (LTSS), the adaptation of Pavemetrics' LCMS system for inspection of tunnels; however, each quotation included an additional pair of sensors for rail scanning.

28.     In August 2013, the UML Research Group conducted four tests using Pavemetrics' LCMS technology for rail inspection.   These tests are described in the UML Research Group's Fifth Quarterly Report.  A true and correct copy of the Fifth Quarterly Report is attached as **Exhibit 27**.  The report describes testing that took place between August 15 and August 21, 2013.  Two more tests were conducted in St. Louis, and two tests were conducted in Boston in partnership with the Massachusetts Bay Transit Authority (MBTA).

29.     The Fifth Quarterly Report also explains that Pavemetrics, working with the UML Research Group, submitted a paper for presentation at the 2014 Transportation Research Board (TRB) Annual Meeting in Washington, DC.

The Fifth Quarterly Report explains that the paper was accepted for presentation and received positive feedback, and that the authors were invited to discuss the paper at the TRB Rail Transit Infrastructure Committee.  I further discuss the paper below.

30.    In September 2013, I presented at the RPUG Conference in San Antonio, Texas.  I mentioned in my presentation that the LCMS could be used to inspect roads, airport runways, tunnels, and railroads.  My presentation slides listed Tetra Tech EBA as a customer.   In fact, Darel Mesher attended the conference, serving with Robert Olenoski of International Cybernetics Corporation as a panelist for a Discussion on Regional/National Profiler Certification.   A true and correct copy of the conference agenda showing Dr. Mesher's and my scheduled presentations, downloaded on March 8, 2021, from the RPUG website http://rpug.sspa.us/download/2013/RPUG-2013-Agenda-details.pdf, is attached as **Exhibit 28**.  A true and correct copy of excerpts of my presentation slides is attached as **Exhibit 29**.  The full set of slides is publicly available online at http://rpug.sspa.us/download/2013/3-2-John%20Laurent.pdf.

31.    In September 2013, I also presented on behalf of Pavemetrics at the European Road Profile Users' Group (ERPUG) Conference in Copenhagen, Denmark.  I understand that ERPUG is a non-profit organization, based in Europe, having a similar mission to RPUG.  In my presentation, I explained that Pavemetrics' LCMS technology could be used for not only road inspection, but also for airport, tunnel, and rail inspection.  A true and correct copy of excerpts from my presentation slides is attached as **Exhibit 30**.  The full set of slides is publicly available online at http://www.erpug.org/media/files/forelasningar_2013/11_John%20Laurents_%20Pavemetrics_3D%20transverse%20road%20profiling.pdf.

32. Throughout 2014, Pavemetrics continued publicly promoting its LCMS technology for rail inspection. In January 2014, as mentioned above, Pavemetrics and UMass Lowell presented a paper at the 2014 TRB Annual Meeting. I understand that TRB serves as an independent scientific adviser to the United State federal government and facilitates transportation innovation through research and information exchange. I understand that the TRB Annual Meeting in 2014 attracted several thousand attendees for presentations covering all transportation modes.

33. I understand that a copy of the paper Pavemetrics presented at the 2014 TRB Annual Meeting has been designated Exhibit 10.

34. As seen in Exhibit 10, Pavemetrics' TRB paper describes an automated rail infrastructure inspection system based on Pavemetrics' LCMS. After describing the operation of the LCMS technology, Pavemetrics' TRB paper details algorithms used for rail inspection, including rail gauge detection, detection of fasteners, and detection of cracks.

35. When presenting the paper at TRB 2014, Pavemetrics described both the LCMS technology's collection of range and intensity data to create a 3D elevation map and the algorithms for processing that data for rail inspection, including rail gauge detection, detection of fasteners, and detection of cracks. A true and correct copy of Pavemetrics' presentation slides from TRB 2014 is attached at **Exhibit 31**.

36. Pavemetrics' customer, Euroconsult Group, also presented a paper at the 2014 TRB Annual Meeting about using Pavemetrics' LCMS technology to inspect railways. Euroconsult is a global infrastructure and construction engineering and management company. Euroconsult's TRB paper was titled "Detection of Range-Based Rail Gage and Missing Rail Fasteners: Use of High-Resolution Two- and Three-Dimensional Images." A true and correct copy of

this paper, obtained from the Transportation Research Record, the journal of the Transportation Research Board, is attached as **Exhibit 32**.

37.   Like UMass Lowell, Euroconsult is another long-time Pavemetrics collaborator in using Pavemetrics' LCMS technology for rail inspection.   The Euroconsult paper from the 2014 TRB Annual Meeting, Exhibit 32, describes the algorithms used for rail gage and fastener detection.   The paper also includes experimental results validating the use of the system.   The paper explains that the experimental results were obtained from testing on Metro Madrid and the London Underground.

38.   In September 2014, Pavemetrics also highlighted the use of LCMS for rail inspection at RPUG's annual conference, which was in Blacksburg, Virginia.   Once again, I explained in my presentation that the LCMS could be used to inspect roads, airport runways, tunnels, and railroads.   A true and correct copy of excerpts of my presentation slides is attached as **Exhibit 33**.   The full set of slides is publicly available online through the Virginia Tech Transportation Institute, the host of RPUG's 2014 conference, at https://www.vtti.vt.edu/PDFs/PE-2014/Laurent.pdf.

39.   By September 2014, Pavemetrics' marketing slides, which are distributed to customers across the United States, highlighted rail inspection as an application for LCMS technology.

40.   In October 2014, Pavemetrics attended the American Public Transportation Association (APTA) Annual Meeting and Expo in Houston, Texas.   I understand that APTA is a non-profit international association of more than 1,500 organizations from all modes of public transportation.   At that conference, Pavemetrics distributed a data sheet promoting its new branding for the application of LCMS technology for inspecting rails, which we called "Laser Rail Inspection System," or "LRAIL."

41.     A true and correct copy of a data sheet advertising Pavemetrics' LRAIL, distributed at APTA 2014, is attached as **Exhibit 34**.  The data sheet describes that "The LRAIL's automated processing software automatically detects railway features such as rails, ties and fasteners as well as defects such as cracking of ties."  Pavemetrics continued to distribute this data sheet at tradeshows and conferences after APTA 2014.

42.     Attached as **Exhibit 35** is a true and correct copy of an email to me from a potential customer, Pierre Tremblay of Cad Railway Industries, dated October 20, 2014.  Cad Railway Industries is a Canadian company that works in rail equipment maintenance and supply.  In the email, which is in French, Mr. Tremblay explains that he met me at APTA 2014 and says that Cad Railway Industries would like to know more about Pavemetrics' technology, mainly the LRAIL.

43.     By December 2014, Pavemetrics marketed the "LRAIL" system on its website.  Attached as **Exhibit 36** is a true and correct copy of Pavemetrics' website, pavemetrics.com, as it existed on December 18, 2014, accessed using the Wayback machine.  This exhibit shows how, by December 18, 2014, Pavemetrics' website explained that its LCMS technology for 3D imaging and automatic detection of distress and defects in infrastructure was used for multiple applications, including the "LRAIL" rail inspection application.

44.     Pavemetrics also posted articles and white papers on its website about rail inspection, including "Range-based Rail Gauge and Rail Fasteners Detection Using High-resolution 2D/3D Images" and "Automatic Track Inspection Using 3D Laser Profilers to Improve Rail Transit Asset Condition Assessment and State of Good Repair."

/ / /

/ / /

/ / /

-15-

45.    By February 2015, Pavemetrics' website had a dedicated page describing the LRAIL system.  Attached as **Exhibit 37** is a true and correct copy of Pavemetrics' website devoted to the LRAIL system, pavemetrics.com/en/lrail.html, as it existed on February 20, 2015, accessed using the Wayback machine.  This Exhibit shows that, by February 20, 2015, Pavemetrics had a dedicated page on its website to specifically market LRAIL. This page explains that LRAIL "automatically detects railway features such as rails, ties and fasteners as well as defects such as cracking on concrete ties," using "high-speed cameras, custom optics and laser line projectors to acquire both 2D images and high-resolution 3D profiles of the railway."

46.    At least by February 2016, competitors in the rail inspection industry, such as Georgetown Rail Equipment Company (GREX), knew about Pavemetrics' LRAIL system.  On February 8, 2016, GREX sent Pavemetrics a notice letter explaining that it believed that the technology used in Pavemetrics' LRAIL system was "closely related to" the inventions claimed in several of GREX's patents.  On February 29, 2016, Pavemetrics responded that it believed Pavemetrics did not infringe GREX's patents.   GREX never replied to Pavemetrics' letter.  A true and correct copy of GREX's letter and Pavemetrics' responsive letter are attached as **Exhibits 38 and 39**, respectively.

47.    In addition to the public disclosures discussed above, Pavemetrics attended many trade shows and conferences from 2012 to 2017, where it marketed its rail inspection capabilities.   Pavemetrics brought marketing materials to these events, such as posters promoting the use of the LCMS for rail inspection.  Pavemetrics also gave sales presentations to various potential customers during this time.   Those events and sales presentations include the following:

/ / /

/ / /

- 2012
    - January: TRB Annual Meeting
- 2013
    - January: TRB Annual Meeting
    - March: Asia Pacific Rail in Hong Kong
    - May: World Tunnel Congress in Geneva, Switzerland
    - December:  Online Presentation for Transport Canada (to the Chief Engineer and technology assessment)
- 2014
    - April: Transport Research Arena (TRA) in Paris, France
    - May: World Tunnel Congress in Iguassu Falls, Brazil
    - October: Northwest Pavement Management Association (NWPMA) annual meeting in Seattle, Washington
    - November: On-site visit to present LRAIL to Holland (a rail maintenance and engineer services provider) in Crete, IL
- 2015
    - January: TRB Annual Meeting, including a presentation at AR055 (Rail Transit Infrastructure) committee
    - February: International Lidar Mapping Forum in Denver, CO
    - March: Joint Rail Conference in San Jose, CA; SPAR International in Houston, TX; American Association of Railroads (AAR) Research Review in Colorado Springs, CO
    - May: Transport Canada presentation to Rail Research Advisory Board; Wheel Rail Interaction (WRI) in Atlanta, GA; Onsite visit and presentation of LRAIL to Herzog (a major U.S.-based rail contractor) in St. Joseph, MO
    - August: Transport Technology Center, Inc. onsite demo in Colorado Springs, CO

- September: National Research Council Canada onsite demo; InterGEO conference in Stuttgart, Germany
- October: InnoRail 2015 in Budapest, Hungary; WRI in Derby, UK; International Railway Equipment Exhibition in New Delhi, India; meeting with Indian rail industry contacts arranged by the Canadian embassy
- November: On-site visit and presentation of LRAIL to TVEMA (Russian railway infrastructure services company) in Moscow, Russia
- December: On-site visit and presentation of LRAIL to Loram (a railway maintenance company) in Hamel, MN

- 2016
  - January: TRB Annual Meeting; National Railroad Construction and Maintenance Conference and NRC-REMSA Exhibition in Coronado, CA; WRI in Las Vegas, NV
  - March: AAR Research Review in Colorado Springs, CO
  - April: Presentation to American Railway Engineering and Maintenance-of-Way Association (AREMA) Committee 2 (Track Measurement and Assessment) in Kansas City, KS; SPAR International in Houston; TRA in Warsaw, Poland
  - May–June: World Congress of Railway Research in Milan, Italy
  - July: LRAIL on-site demonstration in UK with Zetica Rail (a provider of railway track bed condition measurement services and systems)
  - August: AREMA Annual Conference and Exposition in Orlando, FL; InnoTrans in Berlin, Germany

- 2017
  - Jan: TRB Annual Meeting; Track Maintenance & Asset Management Congress in Berlin, Germany
  - March: Intermodalité in Quebec, Canada
  - April: SPAR 3D Expo & Conference in Houston, Texas
  - May: Railtex in Birmingham, United Kingdom
  - June: WRI in Montreal, Canada; Rail Infrastructure and Vehicle Inspection Technology Conference in Urbana, IL
  - September: InterGEO in Berlin, Germany

48.     Pavemetrics continues to sell and offer to sell LRAIL all over the world.

## IV.  FEDERAL RAILROAD ADMINISTRATION CONTRACTS

49.     In 2016, the Federal Railroad Administration (FRA) invited Pavemetrics to submit a proposal to field test the LRAIL system because they thought it could be useful to detect small changes in rail condition over time. In March 2017, the FRA awarded Pavemetrics a contract to demonstrate proof of concept that LRAIL could detect changes in fasteners, anchors, ties, joints, and ballast and record rail stamping information.  The FRA's interest in LRAIL stems from the its strategic priority of developing track inspection technologies that can detect defects before they become failures in service.  The contract served as a step towards proving that LRAIL will provide a "revenue-speed, single-pass" track inspection technology delivering the advantages of multiple technologies in a single system.  As part of the contract, in June 2017, Pavemetrics tested LRAIL on a railway track at an Amtrak facility in Delaware. The testing showed that isolated spike change detection, fastener change detection, anchor change detection, ballast volume change detection, tie skew angle change detection, joint-gap change detection, and rail information detection and reporting were all feasible.

50.     The FRA issued a Final Report dated March 2020 that describes the June 2017 testing of LRAIL at the Amtrak facility.  I understand that Tetra Tech submitted this FRA Final Report as Exhibit B to Dr. Mesher's declaration in support of its Motion for Preliminary Injunction.   Pages 41 and 42 of Exhibit B discuss Pavemetrics' fastener and anchor change detection in the LRAIL in 2017.  The fastener and anchor change detection illustrated in Exhibit B used a 3D template-matching approach to detect fasteners and anchors.  From 2013 to 2017, Pavemetrics' rail inspection software continuously used various template-matching algorithms to detect fasteners and anchors.

51.     In 2018, Pavemetrics started developing AI-based deep learning algorithms using convolutional neural networks.  Pavemetrics began implementing these new algorithms to gradually replace the more traditional template-based fastener and anchor detection techniques.

52.     In September 2018, the FRA awarded Pavemetrics another contract for phase two of the prior research.  The FRA awarded the contract so that the LRAIL's performance capabilities could be field trialed in simulated revenue service operation.  As part of the contract, Pavemetrics tested the LRAIL on an eight-mile loop of an Amtrak railway track in Delaware.  The testing was done in three field deployments in May, June, and September 2019.  The LRAIL software used for testing in 2019 included convolutional neural networks.  The testing proved that LRAIL was able to detect organic changes in track conditions with excellent repeatability.

53.     After Pavemetrics published papers in 2018 and 2019 on the use of deep learning and artificial neural networks to evaluate the condition of railway track components (rails, ties, ballast, fasteners), the FRA decided to fund another project for LRAIL.  This contract was awarded to evaluate the ability of the AI-enhanced LRAIL to detect change on the test track of Transportation Technology Center Inc.'s (TTCI) facility for accelerated service testing.  The

facility for accelerated service testing simulates the wear of many years of operation in just six weeks.  As of 2020, Pavemetrics received two more project extensions from the FRA to report how the AI-enhanced LRAIL system can be used to significantly improve how changes in railway conditions and structural integrity are currently evaluated.

54.     Since at least mid-2019, Pavemetrics has used an AI-based "deep neural network" algorithm to detect fasteners and anchors for all LRAIL systems in the United States.  This AI-based approach is discussed in documents that I understand Tetra Tech submitted as Exhibits K and L to Dr. Mesher's declaration in support of its Motion for Preliminary Injunction.

## V.  <u>TETRA TECH HAS BEEN A LONG-TIME PAVEMETRICS CUSTOMER</u>

55.     In June 2012, Darel Mesher of Tetra Tech obtained an LCMS system from Pavemetrics.  At the time, Dr. Mesher was Chief Technology Officer of Tetra Tech subsidiary EBA Engineering Consultants (Tetra Tech EBA).  Attached as **Exhibit 40** is a true and correct copy of a June 12, 2012 invoice for the down payment for a monthly rental of an LCMS system and software to be shipped to Dr. Mesher at Tetra Tech EBA.  The invoice shows that Pavemetrics provided Tetra Tech EBA with an LCMS system, including LCMS sensors, data acquisition hardware, data acquisition software, and data processing software for various road defects.

56.     Pavemetrics worked closely with Dr. Mesher to support Tetra Tech EBA's use of the LCMS.  For example, on October 19, 2012, Dr. Mesher emailed Pavemetrics with a question stemming from data that was collected during one of Tetra Tech EBA's initial tests of its LCMS.  A true and correct copy of this email exchange is attached as **Exhibit 41**  This exhibit shows how Dr. Hébert, a fellow co-founder of Pavemetrics and the Director of Product Development, responded with detailed explanations.  Dr. Mesher revised his

testing conditions based on Dr. Hébert's recommendations and replied with further test data and additional questions. Dr. Hébert replied again with specific technical information about the capabilities of the LCMS and particular settings that Dr. Mesher could change to accomplish his desired results.

57. Initially, Tetra Tech EBA rented the LCMS. However, by the end of October 2012, Tetra Tech EBA had purchased the LCMS as part of a "rent-to-own" sale specially negotiated with Pavemetrics. Attached as **Exhibit 42** is a true and correct copy of an October 29, 2012 email from Mr. Habel, CEO of Pavemetrics, to Robert Olenoski of International Cybernetics Corporation, with attachments, including an attached email and an invoice for an LCMS and certain options. The attached email is an October 29, 2012 email from Mr. Olenoski to me and Mr. Habel, requesting an invoice for the purchase of the "demo" (rental) LCMS in Tetra Tech EBA's possession, because Mr. Olenoski was going to sell it to Tetra Tech EBA. The email notes that Tetra Tech EBA wanted to pay for access to the LCMS's raw data. Further down the email thread, Dr. Mesher explains to Mr. Olenoski that Tetra Tech EBA "requires" the ability to directly extract "the complete raw elevation data" generated by the LCMS.

58. In 2014, Tetra Tech EBA used the LCMS to provide pavement inspection and asset management services for a town in Canada. A Tetra Tech EBA report, dated January 2015, summarized an engagement for the town of Gibsons, British Columbia. I understand that Tetra Tech submitted that document as Exhibit N in connection with its Motion for Preliminary Injunction. The report includes Appendix B, dated February 12, 2014, which describes Tetra Tech EBA's "Data Collection Equipment Specifications." The specifications include a description of Tetra Tech's "3D Pavement Surface Profiling System," a Pavemetrics LCMS. It explains the LCMS' operation and capabilities, including the ability to acquire 3D elevation data using line lasers

and high-speed cameras and then post-process the 3D elevation data to automatically inspect, identify, and classify defects in the road surface.

59.    In early 2015, at Tetra Tech's request, I assisted Tetra Tech with Tetra Tech's legal dispute against GREX.  For example, I personally searched for and provided Dr. Mesher with technical publications in case Tetra Tech needed to defend itself against accusations by rail inspection competitor GREX that Tetra Tech was infringing GREX patents.  A true and correct copy of a January 28, 2015 email from me to Dr. Mesher and Mr. Olenoski is attached as **Exhibit 43**, including an attachment.  In my email to Dr. Messer, I explained that I had found a rail inspection article dated 2001 where the authors describe an infrared 3D laser line profiler used to get a 3D profile of railroad ties and ballasts.  I attached that article to my email.  The article is also included in Exhibit 43.

60.    In November 2015, Mr. Fox-Ivey emailed Dr. Mesher, telling him that Pavemetrics had been hard at work improving the LRAIL algorithms.  A true and correct copy of emails between Mr. Fox-Ivey and Dr. Mesher is attached as **Exhibit 44**.  Mr. Fox-Ivey also asked whether Dr. Mesher would be interested in hearing the progress of the LRAIL algorithms and asked about Tetra Tech's plans for the rail sector.  Dr. Mesher replied that he was out of the office because it was a national holiday.

61.    In December 2015, Mr. Fox-Ivey sent Dr. Mesher information about Pavemetrics' algorithms for Pavemetrics' rail inspection system.  A true and correct copy of an email from Mr. Fox-Ivey to Dr. Mesher dated December 7, 2015, including its attachments, is attached as **Exhibit 45**.  Mr. Fox-Ivey explained in the email that he attached "a couple of examples of a brand new algorithm that can detect and quantify rail surface defects."

62.    In June 2020, Tetra Tech contacted Pavemetrics and requested a quote for the purchase of an LRAIL system.  A true and correct copy of a

quotation for the purchase of an LRAIL system sent from Pavemetrics to Dr. Mesher of Tetra Tech and dated June 9, 2020 is attached as **Exhibit 46**. The quote shows the price of an LCMS system with LRAIL software and the prices for extended support options.   A true and correct copy of an email chain in which Mr. Fox-Ivey and I corresponded with Dr. Mesher and Robert Olenoski—now a Tetra Tech employee—about this LRAIL quote is attached as **Exhibit 47**.

63.     After Mr. Fox-Ivey provided Tetra Tech with the LRAIL quote on June 9, 2020, Mr. Olenoski replied on June 10, 2020 with follow-up questions. He asked (1) whether the LRAIL software would work with LCMS sensors Tetra Tech already owned; (2) whether Pavemetrics would offer Tetra Tech a discount for the pre-planned sale of multiple LRAIL systems; and (3) whether Tetra Tech could attend the delivery of the LRAIL system to CSX and "see the CSX system in action."   On June 12, 2020, Mr. Fox-Ivey responded that Pavemetrics might provide a discount for an LRAIL purchase if Tetra Tech did need not need all of the features of the system.  I also responded on June 12.  In two separate emails, I offered to arrange an LRAIL demo license for one of Tetra Tech's existing LCMS systems and, regarding the volume discount, suggested that we could bundle features at more attractive price.  The same day, Mr. Fox-Ivey then provided Tetra Tech with drawings for how the LRAIL sensors could be installed on a boxcar.  During this June 2020 correspondence, Tetra Tech never suggested that LRAIL might infringe the '293 patent nor even mentioned the '293 patent.

/ / /

/ / /

/ / /

## VI. <u>PAVEMETRICS' SALES OF ITS RAIL INSPECTION TECHNOLOGY AND THE HARM PAVEMETRICS WOULD SUFFER FROM STOPPING THOSE SALES</u>

64.     LRAIL is crucial to Pavemetrics' long-term business strategy. Pavemetrics has diversified its business from almost exclusively road inspection to tunnel, airport, and rail inspection to reduce business risks from being overexposed to the road market.  Pavemetrics has invested about $5 to $6 million dollars over the past decade developing its LRAIL technology. Pavemetrics' LRAIL technology is now reaching a tipping point where its growth is hitting a critical mass.  In fiscal year 2020, Pavemetrics' total revenue was less than $15 million, with LRAIL revenues accounting for approximately 8% of Pavemetrics' revenue.  In the first quarter of 2021, LRAIL accounted for approximately 40% of Pavemetrics' revenue.   If Tetra Tech obtains an injunction stopping Pavemetrics' LRAIL sales, Pavemetrics would be unable to fulfill its existing sales contracts with CSX.  Additionally, Pavemetrics' ability to compete in the rail market might never recover.

65.     Furthermore, if Pavemetrics is enjoined until completion of a trial in this lawsuit, Pavemetrics estimates that it will have to lay off at least five of its 22 employees.  That figure includes employees in marketing, and members of the scientific and technical staff.  Pavemetrics may not be able to re-hire these excellent employees after the dispute.  Because of the nature of the Quebec City employment market and because these employees possess considerable institutional knowledge, Pavemetrics may never be able to replace these employees with employees of equal quality.  The loss of this talent may inflict a wound from which Pavemetrics can never recover.

66.     Because of LRAIL's affordable price, compact installation, and versatile use, Pavemetrics does not target its sales to only Class I railroads in the U.S.   According to the American Association of Railroads, a freight rail

-25-

industry group, approximately 630 freight railroads operate in the United States, leaving many potential customers that are not Class I railroads.  Pavemetrics targets dozens of these railroads, as well as many companies that provide track asset management and maintenance services to these numerous railroads.  Moreover, Pavemetrics has tested and proven its technology internationally for both freight and passenger rail, demonstrating the use of its rail inspection technology on passenger rail in Japan, Spain, the Netherlands, the United Kingdom, and the United States.

67.    In its Motion, Tetra Tech discusses Pavemetrics selling its technology to CSX.  In my experience, customers such as CSX choose Pavemetrics' LRAIL for many reasons, most of which are unrelated to the '293 patent.   For example, LRAIL also offers higher performance than the competition, providing better precision, faster inspection, more versatile inspection, and better repeatability.   LRAIL also offers convenience from automatically location-referenced data using mile-point and inertially corrected GPS (x, y, and z).   LRAIL comes in a compact, lightweight, rugged package and requires low power consumption and low storage.   LRAIL has better reliability than competitors: it uses hardware that has been widely adopted and proven in the field for a variety of applications, including for railways, with more than 550 sensors deployed in 45 countries since 2010.   And aside from these many performance, convenience, reliability, and versatility benefits, LRAIL requires 50% lower capital expenditure than competitors with less downtime, less maintenance required, and lower operating expenses.

68.    Additionally, LRAIL offers greater return on investment than the competition because it provides multi-functional inspection that delivers 2D imaging and 3D scanning in a single pass with fully automated analysis using artificial intelligence.   LRAIL also provides the functionality of several competitor products in a single product because it offers an exhaustive list of

features, including: automatically measuring and detecting changes related to gauge, cross level, alignment, spikes, clips, tie plates, joint gap, joint bar bolting, rail surface wear and tie grade; supporting narrow, standard, and wide-gauge rail measurements; providing simultaneous 3D point cloud and 2D high-resolution imaging; performing tie grading for both concrete and wooden ties (including parameters for location, skew angle, crack length, crack depth, crack width, tie grade); inspecting clips, crossings, and switches; detecting rail open surface damage; detecting joints and measuring gaps; counting joint bar bolts; and evaluating railhead top and side wear.

69.    CSX has identified several advanced capabilities of Pavemetrics' LRAIL system that CSX finds advantageous.  CSX and Pavemetrics jointly submitted a paper to the Federal Railroad Administration on May 22, 2020.  A true and correct copy of that joint paper, titled "Deployment and Autonomization of LRAIL AI-Enhanced Change Detection Technology for Network Level Scanning," is attached as **Exhibit 48**.

70.    In the joint paper, CSX identified the following parameters as important to CSX:  automated tie grading, detection of equipment dragging through tie surface change detection, fastener inventory change detection, plate cutting change detection, anchor inventory change detection, and end of tie ballast void change detection.  The joint paper also explains as follows: "***Pavemetrics is uniquely qualified*** for the project at hand based on its experience deploying and adapting laser Triangulation technology for the Highway, Airport and Tunnel sectors.  This broad experience provides unique opportunities for the 'cross-pollination' of concepts and methodologies from the road, runway and tunnel inspection industries to address the challenges of the rail inspection industry." (Emphasis added.)  This paper further shows that Pavemetrics committed substantial resources to developing CSX's desired rail

inspection capabilities, likely further contributing to CSX's desire to work with Pavemetrics as an automated rail inspection supplier.

71.     Also, it is my understanding that CSX has purchased automated rail inspection systems and services from other companies in the past.  For example, CSX has been using, and is still using, a system sold by Loram Technologies, Inc. ("Loram," formerly Georgetown Rail Equipment Company), for many of their inspection tasks.

72.     Moreover, at least **five entities** other than Pavemetrics and Tetra Tech sell automated rail inspection systems.  As mentioned above, Loram sells automated rail inspection systems.  ENSCO Rail, Inc., a corporation headquartered in Virginia, sells rail track inspection systems and vehicles.  Mer Mec S.p.A., an Italian entity, sells an automated track inspection product called V-CUBE.  I understand that Mermec publicly disclosed V-CUBE as early as September 1, 2010, at the American Railway Engineering and Maintenance-of-Way Association's Annual Conference, a leading industry conference in the U.S.  Rail Vision Europe, Ltd., a U.K entity, sells an automated rail inspection product.  bvSys Bahninspektionssysteme GmbH, a German entity, sells an automated rail inspection product called RailCheck.  It is my understanding that these companies compete with Tetra Tech and Pavemetrics.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

73.   I believe that the continued sale of Pavemetrics' LRAIL system is important to the public.  Damaged rail infrastructure is a hazard that causes rail accidents.     Better track conditions from improved rail inspection have contributed to a substantial increase in rail safety in recent years.  Automated rail inspection technology, such as LRAIL, is a crucial aspect in this improvement.     Pavemetrics' LRAIL offers better performance than other products on the market at a fraction of the price, with demonstrated reliability, combining the functionality of multiple instruments in a single product.  Both because of the importance of further development of automated rail inspection technology and Pavemetrics' role as an industry leader in such technology, the Federal Rail Administration has awarded, and sub-awarded, multiple contracts to Pavemetrics to further develop LRAIL.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 21, 2021 at Quebec City, Canada.

John Laurent