

# INVOICE

Invoice No.:   246
Date:          27/09/2012

**Pavemetrics Systems inc.**
150, boul. René-Lévesque Est, suite 1820
Québec, Québec G1R 5B1
Canada

Contact:   Richard Habel
           +1 418 210 3629
           rhabel@pavemetrics.com

**Sold to:**

**University Of Massachusetts Lowell**
Accounts Payable Financial
Services, Suite 415
600, sutfolk Street
Lowell, MA  01854
USA

**Ship to:**

University Of Massachusetts Lowell
Civil and Environmental Engin
UMass Lowell - Pasteur Hall
1 University Ave
Lowell, MA  01854
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---:|---:|
|   | Client Reference Number : 0005248785 |   |   |
|   | Pavemetrics Reference Number : SL 0125 |   |   |
| 1 | Laser Crack Measurement System (LCMS) | 109 375.00 | US$109,375.00 |
| 1 | IMU option | 15 312.50 | US$15,312.50 |
| 1 | Calibration validation object, software and carrying case | 2 187.50 | US$2,187.50 |
| 1 | Extra Year : Technical support, software Upgrades, bug fixes and end of year maintenance of LCMS System | 13 125.00 | US$13,125.00 |

GST- 844248450    QST - 1215844630

Terms: Net 30. Due 27/10/2012.

**Total Amount**   US$140,000.00

Administration charges of 1.5% per month on all overdue accounts.

EXHIBIT 16
-30-