

# INVOICE

Invoice No.:   270
Date:          30/11/2012

## Pavemetrics Systems inc.

**150, boul. René-Lévesque Est, suite 1820**
**Québec, Québec G1R 5B1**
**Canada**

Contact:   **Richard Habel**
           **+1 418 210 3629**
           **rhabel@pavemetrics.com**

**Sold to:**

**University Of Massachusetts Lowell**
Accounts Payable Financial
Services, Suite 415
600, sutfolk Street
Lowell, MA  01854
USA

**Ship to:**

University Of Massachusetts Lowell
Accounts Payable Financial
Services, Suite 415
600, sutfolk Street
Lowell, MA  01854
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
|  | Client Reference Number : S58100000021356 |  |  |
|  | Pavemetrics Reference Number : SL 0131 |  |  |
|  | Novembre 2012 |  |  |
| 31.00 | Senior Engineer | 175.00 | US$5,425.00 |
| -15.50 | Senior Engineer - Donation | 175.00 | -US$2,712.50 |
| 127.50 | Engineer | 150.00 | US$19,125.00 |
| -63.75 | Engineer - Donation | 150.00 | -US$9,562.50 |
|  | Cummulative invoiced : $ 29 145 |  |  |

GST- 844248450       QST - 1215844630

Terms: Net 30. Due 30/12/2012.

Pavemetrics Systems inc. certifies the accuracy of this invoice.

Administration charges of 1.5% per month on all overdue accounts.

| Total Amount | US$12,275.00 |
|---|---|

**EXHIBIT 17**
**-31-**



# INVOICE

Invoice No.:     277
Date:            31/12/2012

**Pavemetrics Systems inc.**
150, boul. René-Lévesque Est, suite 1820
Québec, Québec G1R 5B1
Canada

Contact:    Richard Habel
            +1 418 210 3629
            rhabel@pavemetrics.com

**Sold to:**

**University Of Massachusetts Lowell**
Accounts Payable Financial
Services, Suite 415
600, sutfolk Street
Lowell, MA  01854
USA

**Ship to:**

University Of Massachusetts Lowell
Accounts Payable Financial
Services, Suite 415
600, sutfolk Street
Lowell, MA  01854
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
|  | Client Reference Number : S58100000021356 |  |  |
|  | Pavemetrics Reference Number : SL 0141 |  |  |
|  | December 2012 |  |  |
| 0.50 | Senior Engineer | 175.00 | US$87.50 |
| -0.25 | Senior Engineer - Donation | 175.00 | -US$43.75 |
| 30.00 | Engineer | 150.00 | US$4500.00 |
| -15.00 | Engineer - Donation | 150.00 | -US$2250.00 |
|  | Cummulative invoiced : $ 31 438.75 |  |  |
|  | Travel fees | 1 550.00 | US$1550.00 |
|  | Subtotal: |  | US$3843.75 |

GST- 844248450     QST - 1215844630

Terms: Net 30. Due 30/01/2013.

Pavemetrics Systems inc. certifies the accuracy of this invoice.

Administration charges of 1.5% per month on all overdue accounts.

| Total Amount | US$3843.75 |
|---|---|

**EXHIBIT 17**
-32-