# An Automated System for Rail Transit Infrastructure Inspection

**Cooperative Agreement**
No. RITARS-12-H-UML

Between

U.S. Department Of Transportation
Research and Innovative Technology Administration

And

University Of Massachusetts Lowell
Office of Research Administration
600 Suffolk Street
Lowell, MA 01852

1st Quarterly Report
Ending on September 30, 2012
Program Manager: Mr. Caesar Singh

**EXHIBIT 18**
**-33-**

# TABLE OF CONTENTS

1.  EXECUTIVE SUMMARY ............................................................................. 1

2.  ACCOMPLISHMENTS ................................................................................. 1

3.  FUTURE PLANS ........................................................................................ 6

4.  PROBLEMS ENCOUNTERED ...................................................................... 7

5.  FUNDS EXPENDED AND PROGRAM SCHEDULE ........................................ 7

6.  LABOR HOURS ........................................................................................ 8

7.  PROJECT DELIVERABLES ......................................................................... 9

8.  MEETINGS AND COLLABORATIONS .......................................................... 9

9.  APPENDIX ............................................................................................... 9

**EXHIBIT 18**

**-34-**

## 1. Executive Summary

The UMass Lowell team started the project on August 15, 2012. In the past 1.5 months, the team has been focusing on establishing project Technical Advisory Committee (TAC), conducting kick-off meeting, establishing project website, conducting literature review, getting the necessary equipment, software, and lab space ready for the project, etc.  The team has made significant progress: We have successfully established a TAC consisting of renowned experts from related areas and held the project kick-off meeting; a well-designed project website has been established; qualified student have been hired to work on various tasks; team members are working hard to get the necessary equipment and software in place; and lab space has been secured for the proposed Ground Penetrating Radar (GPR) tests.

Following the requirements in Attachment #2 of the Cooperative Agreement, the team has submitted all project deliverables ahead of time except for the 1st quarterly report.  The PI is solely responsible for this delay, which is due to a misunderstanding of the Cooperative Agreement.  The PI would like to apologize for this and will ensure that all remaining quarterly reports will be submitted on time.  Other than this delay, the project is on schedule.

## 2. Accomplishments

This section summarizes what the research team has accomplished for each task.

### Task 1 – Establish project Technical Advisory Committee (TAC)
The team has established a project TAC. A list of TAC members was submitted to the CRS&SI Technologies Program Manager for review on September 7, 2012 and an updated version was submitted on September 10, 2012. The updated version was approved with minor modifications on September 11, 2012. The team contacted all members on the approved list and confirmed their willingness to serve as a TAC member. A copy of the approved list is enclosed.  This task has been completed.

### Task 2 – Project kick-off meeting
The team held the project kick-off meeting on September 19, 2012 using the Fuze Meeting system. Most PI/Co-PIs and project TAC members attended this meeting via the internet or phone. The meeting minutes were sent to all PI/Co-PIs and TAC members for review on September 22, 2012.  Copies of the kick-off meeting agenda and minutes are also enclosed.  This task has been completed.

### Task 3 – Create and maintain a project website
The research team has finished creating a project website (http://www.cs.uml.edu/~jwang4/CE-Research/index.html) to provide project related information and disseminate research findings. It is being hosted on the UMass Lowell campus network. A graduate research assistant from UMass Lowell is responsible for maintaining and updating the website.  Dr. Xie contacted the UMass Lowell IT department to discuss the possibility of obtaining an independent domain name for the developed project website. Also, he wanted to know if he could set up a web server for the proposed WebGIS-Based Decision Support System and allow off-campus users to visit it. He  has  an  appointment  with  Mr.  Stephen  Athanas  (Associate  Director  of  Infrastructure

**EXHIBIT 18**
-35-

Development, UMass Lowell Information Technology) on October 3, 2012. The meeting result will be included in the 2nd quarterly report.

### Task 4 – Conduct quarterly meetings and submit quarterly status reports to RITA

The team started the project on August 15, 2012 and hasn't had any quarterly meetings yet. The team plans to have the first quarterly meeting on or before November 16, 2012. The meeting results will be summarized and reported to RITA.

### Task 5 – Conduct an expanded and comprehensive review of relevant remote sensing technologies and algorithms for rail inspections

Drs. Liu and Zhao have started working on the review of published materials and on-going research projects related to GPR and laser technologies and rail inspection practices. Some of Dr. Xie's students are also involved in reviewing literature on remote sensing technologies. References have been collected through various library/internet searches. An outline has been created and the team has started documenting the review results.

The literature review is expected to take about 3 months to complete. Since the 1st quarterly report covers August 15 through September 30, the literature review results will be submitted along with the 2nd quarterly report.

### Task 6 – Develop the GPR subsystem hardware

The research group at the University of Vermont is leading the development of the ground penetrating radar (GPR) hardware for this research. In the first quarter, the University of Vermont group has completed the following subtasks:

a) *Purchasing equipment to set up the GPR development platform:* There are two major elements for the GPR system: a high-speed data acquisition unit for real-time radar data acquisition and a high-performance computer enabling parallel computing for large value radar data processing. The team has conducted intensive research and comparisons, and have finally identified and purchased the equipment with the following configurations:

- *DELL Alienware Aurora-R4 Workstation*: This workstation is equipped with Intel 3.9 GHz i7-3930K processor containing 6 cores and 128 MB cache, and 8 GB quad-channel DDR3 1600 MHz memory. Such a CPU and memory configuration provides sufficient speed for parallel radar data acquisition, transmission, storage and processing. Considering the amount GPR data to be collected, a 1TB serial ATA 3 hard-drive was purchased for data storage.

- *Agilent Acquris U1065A Digitizer*: This digitizer is a real-time analog-to-digital converter with 8 GSps sampling rate, 10-bit resolution and 128 MB memory. The I/O interface is PCI-E. For this project, the digitizer will be connected to a receiver channel to digitize the reflection signal received by the receiver antenna. Since the data sampling rate is very high, in order to ensure the digitized data can be streamed continuously and smoothly to computer without jam or data loss, the team will investigate how to configure it in an appropriate operation mode to speed up the data transmission. One possible solution is to program the digitizer in the simultaneous multi-buffer acquisition and readout (SAR) mode to achieve parallel data input and output.

**EXHIBIT 18**
**-36-**

b) *Developing GPR Transmitter and Receiver Circuit:* A major part of this subtask during this quarter is to develop GPR source modules. The objective is to develop an impulse GPR that generates and emits a narrow-width pulse to the subsurface under characterization. The team is working on designing the pulse generator circuit. Below are the circuit schematic and the printed circuit board (PCB) layout. The design has been sent out for fabrication. Once the board is fabricated, the team will start populating circuit components and conduct experiments to validate its performance.



Figure 1 Schematic of second generation pulse generator.



Figure 2 Printed circuit board layout design of second generation pulse generator.

EXHIBIT 18
-37-

Case 2:21-cv-01289-MCS-MAA   Document 33-3   Filed 03/22/21   Page 6 of 24   Page ID
#:2038

### Task 7 – Develop algorithms and software tools to interpret the GPR data

This task is to develop site calibration algorithms based on the GPR return waveforms to remove external noise or interferences and obtain clear GPR images of subsurface layers. Dr. Jenny Liu's team at the University of Alaska Fairbanks has started reviewing relevant research on this topic. They are waiting on the radar data to be collected in the UMass Lowell lab and at the two rail transit agencies before they can start developing algorithms and software tools.

### Task 8 – Test the developed GPR system in lab at UMass Lowell

The team has secured the space for the GPR lab. It is right next to Dr. Yu's (One of the Co-PIs) concrete lab on UMass Lowell campus. This will make it easy to obtain necessary materials and tools (e.g., gravel and sand) if needed. Currently, this space is being occupied. Dr. Xie is working with the Facilities Management & Planning department to clean it up as soon as possible. It is expected that the cleanup work will be done within one week.

The radar group (i.e., UMass Lowell, University of Vermont, and University of Alaska Fairbanks) held several conference calls to discuss the details of how to design the GPR lab. The team also invited Prof. Zhen Leng from the Hong Kong Polytechnic University to join the meetings. Prof. Leng was involved in a relevant project before and he provided valuable suggestions to the team.  Prof. Leng suggested that the wooden box containing ballast will be extremely heavy and the team should make it as small as possible.  Once the lab space is cleaned up, the team will start building the wooden box for testing the GPR.

Also, Drs. Yu and Xie visited the Microwave Remote Sensing Laboratory at the UMass Amherst and met with Prof. Paul Siqueira on September 21, 2012.  Prof. Siqueira is a radar expert and he also serves on the TAC of this project.  During the meeting, Prof. Siqueira showed Drs. Yu and Xie his lab and provided a lot of useful comments on this RITA project.

### Task 9 – Test the developed GPR system at MBTA.

This task is scheduled to begin in the 3rd quarter.

### Task 10 – Collect laser data at MBTA

The team has held several conference calls and identified the equipment needed for the laser data collection. The team now is working on the paperwork to purchase them.  This process may take a while since the team has to submit purchase orders and get them approved by various offices. The following items will be purchased:

a) Two (2) 3D laser profilers (manufactured by Pavemetrics),
b) One (1) Dynapar Series HA725 Shafted Encoder,
c) One (1) Garmin 18 x 5Hz high-sensitivity GPS sensor, and
d) One (1) high-speed computer.

Other than purchasing the necessary equipment, the team has been working on other related activities. Mr. John Lewis has set up appointments to meet with MBTA staff to discuss the laser data collection. He has been working with other team members and MBTA to identify test sites, secure the test vehicle, and design the frame for mounting the laser profilers. The team has come up with a preliminary design for the frame.  The next step is to present this design to MBTA engineers and to develop the frame.  MBTA has been very supportive. The team should

**EXHIBIT 18**
**-38-**

UMass Lowell RITARS-12-H-UML          1st Quarterly Report          Page 5 of 9

be able to identify the high-rail vehicle and test sites within 2 weeks. Having the frame completed may take longer time.

### Task 11 – Develop algorithms and software tools to interpret the 3D laser data
The team has started reviewing relevant algorithms for detecting missing bolts and broken ties and measuring rail gauge. Once the laser data from MBTA is available, the team will revise the existing algorithms developed by Pavemetrics Systems Inc. to suit the needs of this study.

### Task 12 – Develop track dynamic model
Dr. Huang at Penn State Altoona has started working on the track dynamic model. His work relies on the field collected laser and radar data. Once the laser and radar data from MBTA is available, he will be able to move forward.

### Task 13 – Develop the GIS&GPS subsystem to georeference the collected data
Since the GPS satellite signals may be weak or totally lost when surrounded by tall buildings or in tunnels, the team has evaluated different strategies to solve this problem, which are 1) extrapolation or corrections based on ad-hoc GPS survey; 2) integration of GPS and Inertia Navigation System (or Inertia Measurement Unit); and 3) Using an encoder to track the distance traveled by the high-rail truck.  Based on the preliminary investigation result, the team has ruled out the first option, which takes considerable amount of time and is difficult to be automated. The team has decided to further experiment with the second and third options.  The Inertia Measurement Unit (Option 2) is already included in the LCMS to be used in this project. A GPS unit will be ordered to be integrated with the LCMS. To try Option 3, the team will purchase an encoder.  These two options will be compared during our laser data collection at MBTA.

### Task 14 – Joint test of the GPR and laser systems at MBTA
This task is scheduled to begin in the 5th quarter.

### Task 15 – Test the system at Metro St. Louis
This task is scheduled to begin in the 5th quarter.

### Task 16 – Develop a WebGIS-Based Decision Support System (DSS)
The WebGIS-based DSS will be developed based on ArcGIS for Server, a product developed by the Environmental Systems Research Institute (ESRI). The team has successfully obtained the software and installed it.

Dr. Xie interviewed about 10 graduate students for developing the WebGIS-based DSS and the project website. Finally a master's student in the Computer Science department at UMass Lowell was hired. This student was proficient with JavaScript and other programming languages. However, she wasn't very familiar ArcGIS and ArcGIS for Server. Dr. Xie gave her some books to learn ArcGIS and ArcGIS for Server. She has made significant progress in the past one and half months. She now knows how to use both software packages. Currently, she is evaluating *ArcGIS JavaScript API* and *The ArcGIS JavaScript Extension for the Google Maps API*. These two APIs will be used in this study to publish the collected data on a WebGIS site.

### Task 17 – Develop training materials
This task is scheduled to begin in the 7th quarter.

**EXHIBIT 18**
-39-

***Task 18 – Organize workshop***
This task is scheduled to begin in the 8th quarter.

***Task 19 – Prepare and submit the Final Project Report***
This task is scheduled to begin in the 8th quarter.

***Task 20 – Publish papers and make presentations***
This task is scheduled to begin in the 4th quarter.


## 3.   Future Plans

The following summarizes some of the important work planned for the 2nd quarter.

> ***Task 3 – Create and maintain a project website:*** Dr. Xie will try to obtain an
> independent domain name for the project site. This will make it easy to remember the
> project website address and help increase the publicity of the website. Also, Dr. Xie will
> find out the possibility of having a standalone server for the website.

> ***Task 5 – Conduct an expanded and comprehensive review of relevant remote sensing
> technologies and algorithms for rail inspections:*** This task will be completed in the
> upcoming quarter. A report of literature summary will be submitted upon the completion
> of this task.

> ***Task 6 – Develop the GPR subsystem hardware:*** The team will finish assembling the
> GPR subsystem and test it in the GPR lab at UMass Lowell.

> ***Task 7 - Develop algorithms and software tools to interpret the GPR data:*** Based on the
> GPR data collected from the lab at UMass Lowell and from MBTA, the team will start
> the work of developing GPR algorithms and tools.  In addition, the team will contact a
> research group at the University of Illinois at Urbana-Champaign. They have done some
> work on GPR and freight rail. The research team will try to obtain some data from them
> and use it for conducting preliminary studies.

> ***Task 8 – Test the developed GPR system in lab at UMass Lowell:*** The team will
> complete the construction of the wooden box and start producing GPR data in the lab.

> ***Task 10 – Collect laser data at MBTA:*** The team will finish the laser data collection at
> MBTA.

> ***Task 11 – Develop algorithms and software tools to interpret the 3D laser data:*** With
> the collected laser data, the team will start developing algorithms based on the tools
> developed by Pavemetrics Systems Inc. to detect various rail surface defects. In addition,
> Pavemetrics Systems Inc. has collected some rail data from Tokyo. Before the MBTA
> data is ready, the team plans to use the Tokyo data to develop the laser algorithms.

**EXHIBIT 18**
**-40-**

***Task 13 – Develop the GIS&GPS subsystem to georeference the collected data:*** During the second quarter, the team will evaluate the capability of GPS & Inertia Navigation System and GPS & Encoder to georeference the laser data.

***Task 16 – Develop a WebGIS-Based Decision Support System (DSS):*** By the end of the second quarter, the team should be able to have a very preliminary WebGIS that can be used to visualize rail asset conditions.

## 4.  Problems Encountered

a)  In the UMass Lowell budget, $3,354 was initially requested to purchase two 64-bit high-performance computers. One for laser data collection and the other one for developing the decision support system. The team later found that the laser data collection requires a high-end computer that costs around $4,400. This is the lowest price the team has found after numerous comparisons. Therefore, the UMass Lowell team will buy only one computer and a graduate research assistant will use her own laptop for developing the decision support system for now.

b)  Using the requested funds, the UMass Lowell group was supposed to hire a full research assistant (RA) to work on this project. However, the most suitable student Dr. Xie found got a half teaching assistantship (TA). Therefore, we only hired him as a half RA. For the funds saved, the team would like to use them to cover some unexpected expenses that were not included in the initial budget, such as the additional cost for the computer. Or we will hire an additional half RA for the coming spring semester.

c)  The shipping for the LCMS costs about $4,500 (including shipping costs, import duties and transit insurance). This is something we did not know and was not included in the original budget. It took several weeks for UMass Lowell to negotiate the shipping cost with Pavemetrics Systems Inc. Finally, Pavemetrics Systems Inc. agreed to charge $1,500 to ship the LCMS to UMass Lowell. The PI will pay the shipping cost out of his start-up funds and hopes that this can later be covered by the funds saved in b).

## 5.  Funds Expended and Program Schedule

There is no change to the schedule as described in Table 2 of the proposal. The expenditures in this quarter mainly consist of labor costs and the cost for a High-speed Digitizer for the GPR system. The subaward agreements have not been officially signed and fully executed yet, although the subcontractors all have started working on this project. The team has identified the equipment to purchase and have placed the order for the High-speed Digitizer. Due to the problem mentioned in 4c), the purchase order for the LCMS (laser profilers manufactured by Pavemetrics Systems Inc.) is still under review and the team has not been charged yet. The following table shows the current and cumulative expenditures (not including cost sharing) versus planned expenditures for the UMass Lowell group. The total cost sharing will be reported separately by the end of each academic year. The detailed financial reports from all subcontracts are available upon request.

**EXHIBIT 18**
**-41-**

**Table 1** Current and cumulative expenditures versus planned expenditures (not including cost sharing).

| Category | Actual Expenditure | | Planned Expenditure | Note |
|---|---|---|---|---|
| | Current | Cumulative | | |
| Labor cost | $907.91 | $907.91 | $1970.89 | A half research assistant was hired instead of a full research assistant. UMass Lowell also reduced the fringe benefits rate for students. |
| Equipment cost | $27,128.60 | $27,128.60 | $29,027.58 | A high-speed Digitizer (In the initial quotation, taxes were included.) |
| | $0.00 | $0.00 | $140,000 | LCMS (The purchase will be finalized soon) |

## 6. Labor Hours

The following table shows the labor hours expended by task for all staff categories for the UMass Lowell group. Detailed reports on the labor hours expended for other groups are available upon request.

**Table 2** Labor hours expended by task for all staff categories.

| Tasks | PI/Co-PI | | | Graduate Student | | |
|---|---|---|---|---|---|---|
| | Planned | Actual | Cumulative | Planned | Actual | Cumulative |
| 1. Establish project TAC | 20 | 20 | 20 | | | |
| 2. Project kick-off meeting | 10 | 10 | 10 | | | |
| 3. Create and maintain website | 2 | 2 | 2 | 10 | 10 | 10 |
| 5. Literature review | 4 | 4 | 4 | 40 | 35 | 35 |
| 6. Develop GPR hardware | 1.5 | 1.5 | 1.5 | | 0 | 0 |
| 7. Develop GPR algorithm | 1.5 | 1.5 | 1.5 | | 0 | 0 |
| 8. Test GPR in lab | 2 | 2 | 2 | 30 | 25 | 25 |
| 10. Collect laser data at MBTA | 8 | 8 | 8 | 30 | 25 | 25 |
| 11. Develop laser algorithm | 2 | 2 | 2 | 30 | 25 | 25 |
| 12. Develop track dynamic model | 1 | 1 | 1 | | 0 | 0 |
| 13. Develop the GIS&GPS system | 8 | 8 | 8 | 30 | 25 | 25 |
| 16. Develop WebGIS-based decision support system | 4 | 4 | 4 | 80 | 80 | 80 |

**EXHIBIT 18**
-42-

## 7.  Project Deliverables

Based on Attachment #2 of the Cooperative Agreement between RITA and UMass Lowell, the following deliverables are due in this quarter.  The team has submitted deliverables a), b), and c) on schedule.  The first quarterly report is overdue. The PI misunderstood the Cooperative Agreement and thought the first quarterly report is due on or before November 30, 2012.  The PI got the due date issue clarified and will ensure timely submissions of quarterly reports from now on.

   a) Establish project Technical Advisory Committee (TAC) with consensus from the Program Manager.  Results due to DOT within *One (1) month* of the effective date of the Agreement.
   b) Create and maintain a project website.  This website will include the following information: description of the project, team members, research publications (reports and papers), news and events, list of project TAC members, and useful links and resources.  Results due to DOT within *One (1) month* of the effective date of the Agreement.
   c) Conduct project kick-off meeting including both team members and project TAC members, to discuss the research and testing plans and to solicit input from project TAC members.  Results due to DOT within *Two (2) months* of the effective date of the Agreement.
   d) Quarterly status and progress reports, draft final project report, and final project report will be prepared and submitted to RITA in accordance with ArticleVI.F.2, 3, and 4 of the Basic Agreement.

## 8.  Meetings and Collaborations

The project kick-off meeting was held on September 19, 2012 using the Fuze Meeting system.  The first project quarterly meeting will be held on or before November 16, 2012.  All PI/Co-PIs and TAC members will be invited to attend this meeting.  The team does not have a separate meeting with TAC members.  Other than these meetings, the team also has a bi-weekly meeting on every other Tuesday at 3:00 PM for the laser group (including Duke University, Pavemetrics Systems Inc., Penn State Altoona, and UMass Lowell). The radar group (including the University of Vermont, University of Alaska, and UMass Lowell) meets every two weeks on Wednesday at 1:30 PM. The PI does not have a fixed meeting schedule with CodeRed Business Solutions. However, they have had numerous conference calls and face-to-face meetings since the beginning of the project.

## 9.  Appendix

   a) Approved project Technical Advisory Committee (TAC) members
   b) Kick-off meeting agenda
   c) Kick-off meeting minutes
   d) Project website
   e) Transportation Research Board (TRB) Research in Progress (RiP) database

**EXHIBIT 18**
**-43-**

Project Technical Advisory Committee Members

| Name | Title and Affiliation |
|------|----------------------|
| Mr. Caesar Singh | Research Innovative Technology Administration, U.S. Department of Transportation |
| Mr. Chuck Clemins | Director of Right-of-Way Maintenance, Metro St. Louis |
| Mr. Len Long | Former Acting Manager of Safety & Security (Retired), Railroad Systems Division, John A. Volpe National Transportation Systems Center |
| Dr. Ross Nelson | DESDynl Lidar Project Scientist, NASA Goddard Space Flight Center<br>Branch Head, NASA GFSC Biospheric Sciences |
| Dr. Alan Rao | Senior Operations Research Analyst, Railroad Systems Division, John A. Volpe National Transportation Systems Center |
| Dr. Paul Siqueira | Associate Professor, Department of Electrical and Computer Engineering<br>Co-Director, Microwave Remote Sensing Laboratory University of Massachusetts, Amherst |
| Mr. Mike Turcotte | Assistant General Manager for Engineering & Maintenance, Massachusetts Bay Transportation Authority |
| Dr. Ming L. Wang | Professor, Dept. of Civil and Environmental Engineering, Northeastern University |

**EXHIBIT 18**
**-44-**

# AGENDA

## USDOT RITA Project Kick-Off Meeting

#### –––– *An Automated System for Rail Transit Infrastructure Inspection*

**Date: September 19, 2012**
**Time: 1:00 p.m. – 3:00 p.m. eastern time**
**Location: Video conference (see instructions below)**

| | | |
|---|---|---|
| **1:00 p.m. – 1:15 p.m.** | **Introduction** | |
| | | *All TAC and Team Members* |
| **1:15 p.m. – 2:15 p.m.** | **Project Overview and Updates** | |
| | | *Yuanchang Xie and Tzuyang Yu, UMass Lowell* |
| | | *Tian Xia, University of Vermont* |
| | | *John Lewis and Ronald Humphrey, CodeRed Business Solutions* |
| | | *Jenny Liu, University of Alaska Fairbanks* |
| | | *John Laurent, Pavemetrics Systems Inc.* |
| | | *Hai Huang, Penn State University Altoona* |
| **2:15 p.m. – 2:45 p.m.** | **Q&A** | |
| | | *All TAC and Team Members* |
| **2:45 p.m. – 3:00 p.m.** | **Wrap-up** | |
| | | *Yuanchang Xie, UMass Lowell* |

**Video conference Instructions:**

To join the meeting from your computer or mobile device, click or copy and paste this URL into your browser:

https://www.fuzemeeting.com/fuze/455177d2/17368382

To join the audio portion of this meeting, choose your dial in method:
Dial-in Number: +1-646-583-7415
Toll free: +1-866-946-4706

When prompted enter the pin number:
Attendee Pin Number: 27663731

**EXHIBIT 18**
**-45-**

**Project Kick-off Meeting Minutes**
**Project Title: An Automated System for Rail Transit Infrastructure Inspection**
**September 19, 2012**
**Time: 1:00 P.M. - 2:30 P.M.**
**Location: Video Conference Meeting**

**Attendees**

| | |
|---|---|
| Dr. Yuanchang Xie | Assistant Professor, University of Massachusetts Lowell |
| Dr. TzuYang Yu | Assistant Professor, University of Massachusetts Lowell |
| Mr. Chao Zhang | M.S. student, University of Massachusetts Lowell |
| Ms. Jessica Wang | M.S. student, University of Massachusetts Lowell |
| Mrs. Tugba Arsava | Ph.D. student, University of Massachusetts Lowell |
| Mr. Ronald Humphrey | President, CodeRed Business Solutions |
| Mr. John C. Lewis | Vice President, CodeRed Business Solutions |
| Mr. John Laurent | Vice President, Pavemetrics Systems Inc. |
| Dr. Jenny Liu | Associate Professor, University of Alaska Fairbanks |
| Dr. Tian Xia | Associate Professor, University of Vermont |
| Mr. Anbu S. Venkatachalam | M.S. student, University of Vermont |
| Mr. Yu Zhang | Ph.D. student, University of Vermont |
| Dr. Hai Huang | Assistant Professor, Penn State University Altoona |
| Dr. Alan Rao | Senior Operations Research Analyst, John A. Volpe National Transportation Systems Center |
| Mr. Michael Turcotte | Assistant General Manager for Engineering & Maintenance, Massachusetts Bay Transportation Authority (MBTA) |
| Dr. Ming Wang | Professor, Northeastern University |
| Dr. Paul Siqueira | Associate Professor, University of Massachusetts Amherst |

Before the meeting officially started, Dr. Xie demonstrated how the Fuze meeting system works. He uploaded the presentation slides, list of major project activities, and project deliverables to the Fuze meeting server for all attendees to download.

**Introduction**

➢ Dr. Xie expressed his appreciation for all committee members who accepted the invitation to serve on the technical advisory committee. He also thanked those members who were able to attend the kick-off meeting either in person, via phone or the internet.

➢ Dr. Xie introduced himself and his main responsibilities for this project. As the Principal Investigator, he will coordinate all project activities. He is responsible for developing the GIS decision support system. He will also work with the laser group to develop algorithms. Dr. Xie continued to introduce the attendees in the conference room at the University of Massachusetts Lowell (UMass Lowell), including Dr. TzuYang Yu, Mr. John C. Lewis, Ms. Jessica Wang, Mr. Chao Zhang, Mrs. Tugba Arsava, and Mr. Curtis Bradley. Dr. Yu is an assistant professor in the Department of Civil and Environmental Engineering at UMass

Page 1 of 8

**EXHIBIT 18**
**-46-**

Lowell. He is working on the Ground Penetrating Radar (GPR) system of this project. Mr. Lewis is responsible for coordinating the data collection and implementation of the developed system at MBTA and Metro St. Louis.

➢ Dr. Xie extended the opportunity for project technical advisory members and other team members to introduce themselves.

   o Dr. Alan Rao stated that he has been working with the Federal Transit Administration (FTA), Federal Railroad Administration (FRA), and Research and Innovative Technology Administration (RITA) for more than 10 years. He has expertise in laser, optical sensors, and GPR technologies applicable to this research. He would be happy to provide comments and information to help the team. Dr. Rao also noted that research in this area is not easy. Some studies have been done by Transportation Technology Center Inc. (TTCI) and ENSCO. He pointed out that the team should focus more on developing the decision making tools and algorithms to interpret the data. Dr. Xie concurred with Dr. Rao comments.

   o Dr. Paul Siqueira stated that he has expertise in both radar and LiDAR systems. He will provide technical advice to the team on the GPR system development.

   o Dr. Hai Huang from Penn State Altoona stated that he has expertise in track sub-structure stability and performance modeling and analysis. For this project, he is trying to develop a track dynamic model, which eventually will be used to construct a Critical Track Response Spectrum (CTRS). The spectrum will be compared to the laser and GPR data to be collected to diagnose potential track sub-structure problems.

   o Dr. Jenny Liu is an associate professor at the University of Alaska Fairbanks. One of her research areas is nondestructive testing techniques for transportation infrastructure. She is experienced with using FWD, GPR and acoustic emission techniques. For this project, she is involved in Task 5 (review of GPR technique). She also leads Task 7 to develop algorithms and software tools to interpret the GPR data.

   o Mr. Michael Turcotte is the Assistant General Manager for Engineering & Maintenance of Massachusetts Bay Transportation Authority (MBTA). MBTA will support the team with a high-rail vehicle for data collection and field implementation on their heavy and light-rail lines.

   o Dr. Tian Xia stated that his research focuses on analog and radio frequency circuit design. His team has designed GPR for bridge deck and highway pavement inspections. For this project, he leads the design of the GPR hardware. He will also be involved in developing algorithms to interpret the GPR data. Two students were with him in his office attending the kick-off meeting.

   o Mr. Ronald Humphrey will be working with Mr. John Lewis on the implementation phase of what the research team is going to put together. He will focus on the implementation at Metro St. Louis. He will also assist Mr. Lewis with the implementation at MBTA in Boston.

   o Mr. John Laurent from Pavemetrics Systems Inc. will provide the laser profilers to collect rail data. He will also provide algorithms to detect defects in rail ties and fasteners.

EXHIBIT 18
-47-

o Dr. Ming Wang from Northeastern University joined the meeting via phone and briefly introduced himself.

➢ Since some participants called in and couldn't see the presentation slides, Dr. Xie stated that he is going to make the presentation as straightforward as possible, to help those who called in to better understand what the research team is trying to accomplish.

**Presentation**

➢ Dr. Xie continued to present an overview of the project, which was divided into four major sections: 1) background & research objectives; 2) technical approach; 3) implementation & collaboration; and 4) deliverables & timeline.

➢ Please note that the presentation will be sent to all technical advisory committee members and team members, and the meeting minutes is intended to focus on the questions, comments, and answers for this meeting. Only a brief summary of the presentation is provided below.

- Background

    Dr. Xie pointed out that approximately 25% of the nation's rail and bus assets are in marginal or poor condition. Also, a member of the National Transportation Safety Board (NTSB) member concluded that the July 2006 Chicago Transit Authority (CTA) Blue Line derailment accident is a wake-up call to all transit agencies in the U.S. with equipment and infrastructure that age with each passing day. Dr. Xie further noted that most transit agencies in the U.S. rely on visual observations for rail inspection. The visual observation method is inefficient and its quality depends heavily on whether the inspectors are experienced and responsible. Although some automated system has been developed, they are mostly for freight rail and not for rail transit. Also, the proposed system is different from the existing ones.

- Technical Approach

    Dr. Xie stated that the proposed system integrates Laser, Ground Penetrating Radar (GPR), Geographic Information System (GIS), and Global Positioning System (GPS). It will be used to detect broken ties, missing bolts, fouled ballast, and wide rail gauge. A web-based GIS decision support system will also be developed as part of this project. Dr. Xie continued to discuss the technical details of the 3D laser profilers to be used in this research. He demonstrated how the Laser Crack Measure System (based on the 3D laser profilers) developed by Pavemetrics Systems Inc. can be used to collect intensity and range data from highways and railways. By integrating the range and intensity data, 3D profiles of highways and railways can be obtained. He also briefly discussed how laser data can be used to identify potential subsurface problems utilizing the Sandwich model proposed by Dr. Hai Huang.

    After describing the laser technique, Dr. Xie turned the presentation over to Dr. Xia at the University of Vermont to introduce the GPR system. Dr. Xia talked about the GPR operating mechanism and the work Dr. Liu (one of the Co-PI) has done using GPR for highway nondestructive inspection. Dr. Xia noted that the GPR system will be used to detect fouled ballast. In addition, it will be used to investigate rebar corrosion and

**EXHIBIT 18**
**-48-**

concrete tie subsurface structural defects. Dr. Xia further discussed the GPR hardware design and data processing algorithms.

- <u>Implementation & Collaboration</u>

  Dr. Xie stated that two rail transit agencies (MBTA and Metro St. Louis) will be involved in the implementation of the proposed system. The research team plans to test the system on both the red and green lines of MBTA. The red line is heavy rail and the green line is light rail. Dr. Xie stated that MBTA started their services about 100 years ago while Metro St. Louis started their service around 10 years ago. He explained that it is important to test the developed system under two different conditions. Mr. John Lewis noted that MBTA started their service 115 years ago.

  Dr. Xie stated that although the research team has many members, they have a well-defined collaboration plan and each group's responsibilities have been clearly defined. He also gave some examples of each group's responsibilities. The entire team can be further divided into laser, GPR, Web-GIS, and implementation sub-teams. Groups within each sub-team works closely with each other. The lead institution coordinates the collaborations among sub-teams.

  - *University of Massachusetts Lowell*
    The UMass Lowell group coordinates all research activities. They are responsible for the Web-GIS decision support system. The UMass Lowell group also assists with developing and testing the GPR hardware, GPR algorithms, and laser algorithms.

  - *University of Alaska Fairbanks*
    The University of Alaska Fairbanks group is responsible for the GPR literature review and developing algorithms to interpret the GPR data.

  - *University of Vermont*
    The University of Vermont group is responsible for developing and testing the GPR system for this project.

  - *Duke University*
    The Duke University group is responsible for the laser algorithm component of this project. Dr. Xie noted that Dr. Zhao (Co-PI at Duke University) was traveling overseas and couldn't attend the kick-off meeting.

  - *Pavemetrics Systems Inc.*
    The Pavemetrics group is responsible for the laser algorithm component of this project. In addition, they will participate in the laser data collections at both MBTA and Metro St. Louis.

  - *Penn State University Altoona*
    The Penn State University Altoona group is responsible for the "sandwich model". They will combine the laser data with the GPR results and try to identify correlations between the defects revealed by the two sets of data.

**EXHIBIT 18**
**-49-**

- o *CodeRed Business Solutions and Two Transit Agencies*
  The CodeRed Business Solutions group is responsible for the data collection and implementation of the developed system. They will work with MBTA and Metro St. Louis to carry out those tasks.

- <u>Deliverables & Timeline</u>

  Dr. Xie noted that this project will deliver 1) an automated rail inspection system (including the laser and GPR algorithms); 2) user-friendly Web-GIS system; 3) data collected from the two sites; 4) training materials and workshop; 5) quarterly and final project reports; and 6) journal and conference papers.

  Dr. Xie also noted that this is a two-year project that consists of twenty tasks. The project was started on August 15, 2012 and the technical advisory committee members will be updated at least once per quarter. Dr. Xie showed the attendees a table listing all project tasks and their anticipated completion dates.

- Dr. Xie briefly discussed some of the tasks listed in the table, including project technical advisory committee, project kick-off meeting, website, and quarterly meeting and reports. Dr. Xie stated that the project website has been completed and the link has been distributed to all team members. Dr. Xie showed a screenshot of the project website. After the meeting, he will send the link to all technical advisory committee members. He would appreciate any comments the team and technical advisory committee members may have on the website.

## Updates & Goals

After the project overview by Dr. Xie, each group made a brief presentation of what they have completed so far.

➢ ***University of Massachusetts Lowell***
Dr. Xie noted that the UMass Lowell group has,
  - finished establishing the project advisory committee,
  - uploaded the project information into the Transportation Research Board (TRB) Research in Progress (RiP) database,
  - started working on the literature review of laser algorithms,
  - finished developing a framework for the project website,
  - acquired necessary software for this project (i.e., ArcGIS and ArcGIS Server),
  - submitted purchase orders to buy hardware for this study (e.g., laser scanner),
  - secured lab space for the Ground Penetrating Radar (GPR) tests on UMass Lowell campus.
  - started working on the laser data collection at MBTA,
  - hired three students to work on the project, and
  - sent out subaward documents to all subcontractors.

**EXHIBIT 18**
**-50-**

So far, all proposed project activities are on schedule. In the coming weeks, Dr. Xie's group will focus on,

- laser data collection at MBTA (e.g., identify laser data collection sites, test the laser scanner, take MBTA safety training course, and conduct the data collection),
- setting up the GPR lab (e.g., constructing a wooden box), and
- acquiring a high-performance computer and other accessories for the GPR tests in the lab and field data (both laser and GPR) collection.

Dr. Xie mentioned that he will purchase the Dropbox service for facilitating the laser and radar data sharing among different groups of the team. The laser and GPR data collections will generate huge amount of data. Using the Dropbox for data sharing will be more convenient than mailing hard drives to different groups.

➢ *University of Vermont*
Dr. Tian Xia has hired two graduate students to work on his tasks. He briefly introduced the two students' background. Anbu will focus on the GPR hardware design. Yu Zhang will assist Anbu with the hardware design. He will also work on the GPR software development. Dr. Xia's team is currently working on the UWB antenna and circuit components development. They have acquired the necessary software tools for this study, including Matlab, NI LabView, and GPRMax. Dr. Xia's team is in the process of purchasing a 6-core computer and the GPR data acquisition accessories.

➢ *University of Alaska Fairbanks*
Dr. Jenny Liu has hired a graduate student to work on this project. Her group is currently working on the literature review of GPR algorithms. Dr. Liu stated that her team is responsible for the development of the GPR algorithms. They will also assist other groups with developing and testing the GPR system. Dr. Xie reminded Dr. Liu that the literature review is due by the end of the first quarter.

➢ *University of Penn State Altoona*
Dr. Huang is working on modifying his "sandwich" model, which was initially designed for freight rail applications. To apply this model for transit rail, some modifications are necessary. Dr. Huang is currently working on this. Dr. Xie reminded Dr. Huang that he needs to collect rail deflection data using video camera and laser (inexpensive lasers that are different from the LCMS developed by Pavemetrics). He asked Dr. Huang to provide the specifications for the video camera and laser Dr. Huang needs, so that the rail deflection data can be collected in conjunction with the laser data. Dr. Huang stated that he will do it as soon as possible.

➢ *Duke University*
Dr. Xie stated that Dr. Zhao was traveling overseas. He is working with Dr. Xie's group on reviewing relevant laser algorithms.

➢ *Pavemetrics Systems Inc.*
Mr. John Laurent stated that the hardware for the laser system will be sent to Dr. Xie in about a week.  Mr. Laurent noted that a list of required equipment for the laser data collection has been

**EXHIBIT 18**
**-51-**

sent to Dr. Xie.  Dr. Xie will distribute this information to Mr. John Lewis.  Mr. Laurent also stated that he has started investigating algorithms to detect defects in rail ties and fasteners based on the 3D laser data.

Dr. Xie asked if the team can borrow a high-performance computer from Pavemetrics for the first laser data collection trip, if it takes longer than expected time to order the high-performance computer. Mr. Laurent said it is ok if their computer is available at that time.

➢ ***CodeRed Business Solutions: Mr. Lewis***
Mr. John Lewis told Mr. Turcotte that he needs to coordinate with him about the right-of-way safety training before any field data collection work can start. Mr. Turcotte said that was also one of his questions. Mr. John Lewis asked Mr. Laurent if he can provide a schematic drawing of how to mount the laser scanner on a high-rail truck. Mr. Laurent said he has finished the drawing and will send it to Dr. Xie and Mr. Lewis after the meeting.

## Questions & Answers / Comments

➢ ***Question #1***
Mr. Turcotte asked the team if there is a specific type of high-rail truck that they would like to have for the data collection and implementation. Mr. John Laurent said he does not need a special type of high-rail truck. Mr. Lewis suggested a crew cab truck that would be able to accommodate two desktop computers, the laser scanner, GPS, generator and other field items.

➢ ***Question #2***
Dr. Alan Rao expressed concerns about the updates of project information and how they would be distributed.  Dr. Xie explained that meeting minutes and data will be shared by e-mails. The technical advisory committee members will be updated at least once every quarter of the project progress. Dr. Xie also noted that some updates of the project will be shared on the website under the "News & Events" tab.

The temporary project website URL is http://www.cs.uml.edu/~jwang4/CE-Research/index.html. The UMass Lowell team is working on getting a domain name for the project website.

➢ ***Question #3***
Dr. Siqueira asked about the frequency range and bandwidth of the proposed GPR system. Dr. Xia stated the proposed system will be based on impulse radar that considers two bandwidths, which are 1 GHz and (around) 3 GHz. Dr. Siqueira asked if Dr. Xia has built such radar system before that does this type of inspections. Dr. Xia explained that he has developed impulse radar before for bridge deck inspections, and he believes it is feasible to apply the same radar to this research.

Dr. Siqueira also asked about the potential interference between transmitted and received signals. Dr. Yu explained that the purpose of this research and the GPR lab tests is to identify these issues, and to come up with solutions as well. Dr. Liu explained that based on her past experiences with GPR implementations, she did experience problems with the interference. She stated that this is a very common problem with GPR. This is why she needs to develop algorithms for this project to better interpret the collected GPR data and the task she is leading is

**EXHIBIT 18**
**-52-**

very critical.  Dr. Xia explained that this problem can also be addressed by adjusting the antenna design. The team is investigating methods from the perspectives of both hardware and software to reduce or eliminate the interference.

➢ *Comment #1*

Dr. Ming Wang from Northeastern University asked if the PowerPoint slides and other meeting materials can be sent to him via email, since he called in and couldn't see the slides. Dr. Xie said that he will send the requested information to all attendees.  Dr. Wang noted that he may be involved in some research related to high-speed rail in China and he will see if there are opportunities to apply the proposed system in China for high-speed rail inspections.

➢ *Comment #2*

Dr. Xie noted that Mr. Laurent had a project in Tokyo, Japan to look at rail corrosion. Mr. Laurent stated that their project was to collect 3D rail data. Rail inspectors then watch these 3D images manually to identify corrosion instead of walking along the track to check corrosion. Dr. Wang asked if Mr. Laurent can send additional information on this project and their laser scanner to him. Dr. Xie stated that he will forward Mr. John Laurent's contact information to Dr. Wang.

➢ *Comment #3*

Dr. Xie stated he will follow up with Mr. Michael Turcotte and Mr. John Lewis on identifying laser data collection sites and scheduling the right-of-way safety training.

Dr. Xie thanked all attendees for their time and participation.

**Meeting adjourned at 2:30 P.M.**

**EXHIBIT 18**

**-53-**

Case 2:21-cv-01289-MCS-MAA   Document 33-3   Filed 03/22/21   Page 22 of 24   Page ID #:2054

Like     4 people like this. Sign Up to see what your friends like.

Web Visit Counter:



# An Automated System for Rail Transit Infrastructure Inspection

Home        Description        WebGIS        Publications        News & Events        Members        TAC Members        Resources



A 2008 FTA report estimated that about 25% of the rail and bus assets in the U.S. are close to or beyond their useful life. For the nine largest transit agencies, the corresponding percentage is nearly 35%. The National Transportation Safety Board (NTSB) is seriously concerned about the safe operations of the current rail transit industry after investigating the July 2006 Chicago Transit Authority Blue Line derailment accident, concluding that the accident was caused by the failure of the tie plates and fastening systems. A member of the NTSB warned that this accident is a "wake up call … to all transit agencies … with equipment and infrastructure that age with each passing day."

Sponsored by the USDOT's RITA and led by a team of researchers from the University of Massachusetts Lowell, the objective of this research is to develop an automated rail infrastructure inspection system for monitoring the health conditions of rail gauge, concrete ties, fastening systems, and ballast. This system integrates ground penetrating radar, laser, global positioning systems, and geographic information systems and is able to automatically detect and locate both surface and subsurface safety hazards. Compared to the current manual inspection procedures based on visual observation, this automated system can substantially improve the rail inspection safety, efficiency, and accuracy.

Copyright © 2012 University of Massachusetts Lowell - All Rights Reserved

11/5/2012 6:15 PM

**EXHIBIT 18**

**-54-**



# Browse Projects > Detailed View

**An Automated System for Rail Transit Infrastructure Inspection**
Record Type: RiP

This project applies commercial remote sensing and spatial information (CRS&SI) technologies to the public transportation focus area of the Research and Innovative Technology (RITA CRS&SI) program. It integrates Ground Penetrating Radar (GPR), laser, Geographic Information Sysems (GIS), and Gllobal Posiitioning Systems (GPS), to automatically collect and georeference surface and/or subsurface data for rail, concrete ties, fastening systems, and ballast. A WebGIS-based decision support system will be developed to help rail transit employees with no GPR and laser background to utilize the collected data.

Start date: 2012/8/15
End date: 2014/8/14
Status: Active
Contract/Grant Number: RITARS-12-H-UML
Total Dollars: 2000635
Source Organization: University of Massachusetts Lowell
Date Added: 08/23/2012
Index Terms: Rail transit, Infrastructure, Remote sensing, Ground penetrating radar, Geographic information systems, Global Positioning System, Automatic data collection systems, Inspection,

**Sponsor Organization**                          **Project Manager**
U.S. Department of Transportation Research and Innovative
Technology Administration

**EXHIBIT 18**
**-55-**

An Automated System for Rail Transit Infrastructure Inspection                                    http://rip.trb.org/browse/dproject.asp?n=32541

 

**ABOUT TRIS**

1200 New Jersey Avenue, S.E.
Washington, DC 20590

**RESOURCES**

TRID

TRT - Transportation
Research Thesaurus

Research Needs
Statements

**Performing Organization**

University of Massachusetts Lowell
One University Drive
Lowell, MA 01854

**Principal Investigator**

Xie, Yuanchang
Phone: (978) 934-3681
Email: yuanchang_xie@uml.edu

**CONTACT**

Please contact
Lisa Loyo with any
questions or comments.
E-Mail: lloyo@nas.edu

**Subjects**

Public Transportation
Railroads
Data and Information Technology

**Transportation Research Board. 500 Fifth St. NW, Washington, D.C. 20001
Copyright © 2012. National Academy of Sciences. All Rights Reserved.**

THE NATIONAL ACADEMIES
Advisers to the Nation on Science, Engineering, and Medicine

11/5/2012 6:17 PM

**EXHIBIT 18
-56-**