

# IRI measurements using the LCMS

## RPUG 2012

**Vision Technology for Inspection of Transportation Infrastructures**

**John Laurent**

**jlaurent@pavemetrics.com**

**+1 418 210 3909**

**EXHIBIT 19**
**-57-**



# *Food Chain*










DOTs and Airports

Data Collection Services

System Integrators

Pavemetrics Systems Inc.

2

EXHIBIT 19
-58-



# *Pavemetrics product line*







**LRMS**
- Pavement Rutting

**LCMS**
- 3D Pavement Imaging
- Pavement Rutting
- Macro-Texture
- Pavement Cracking
- Pavement Roughness
- Road/Airport/Tunnel/Rail Inspection

**LRIS**
- Pavement Imaging

3

**EXHIBIT 19**
**-59-**



# 200+ systems in 30+ Countries























4

EXHIBIT 19
-60-



# *Pavemetrics user base*

## 20,000,000 Miles + collected since 1997

- 400 times the entire US Interstate Highway Network

- 850 times around the world

- 85 trips to the moon

- The entire world road network

### TWICE !

**EXHIBIT 19**

**-61-**



# North American LCMS Users

**USA**

Mandli – (equipment)
ICC – (equipment)
Caltrans (data collection services)
Utah (data collection services)
Kentucky (equipment)
Kansas (equipment)
Tennessee (data collection services)
Nevada (data collection services)
Rhode Island (data collection services)
Illinois (data collection services)
Georgia Tech (equipment)
Virginia Tech (equipment)
US Army Test Tracks (equipment)
University Mass – Lowell (equipment)
PennDOT (equipment)
City of Phoenix, AZ (equipment)

**Canada**

Fugro-Roadware (equipment)
MTO – Ontario (equipment)
MTQ – Quebec (equipment)
Nova Scotia (equipment)
SNC Lavalin (equipment)
Dessau - LVM (equipment)

**EXHIBIT 19**
**-62-**



# *LCMS – Certified Technology*

## Is NOT a prototype

**It is a well used and <u>certified</u> system.**











**EXHIBIT 19**
-63-



# LCMS - System configuration



**EXHIBIT 19**
**-64-**



# Laser profiling (principle)

EXHIBIT 19
-65-



## *Specifications*

## What makes a 3D sensor very good for crack measurement?

**Excellent 3D Accuracy**

**High Acquisition Rate**

**Good Lateral Resolution**

| LCMS Specifications | |
|---|---|
| Acquisition Rate | 11,200 profiles/s |
| Range Accuracy | 0.5mm |
| Lateral Resolution | 1mm (FOV = 4m) |
| Nbr of points/sec | 45 million 3D and 2D points/s |

10

EXHIBIT 19
-66-