-69-

# EXHIBIT 21
## (NOTICE OF MANUAL LODGING)
October 2012 "High-speed 3D Imaging of rail" YouTube video

EXHIBIT 21
-69-