**From:** Richard Fox-Ivey <rfoxivey@pavemetrics.com>
**Sent:** Friday, December 14, 2012 3:29 PM
**To:** Jean-Francois Hebert <jfhebert@pavemetrics.com>; John Laurent <jlaurent@pavemetrics.com>; Richard Habel <rhabel@pavemetrics.com>
**Subject:** FW: CN presentation

FYI, below is a screen capture of the data from the CN demo in Mandli's viewer software. I had a preview of what they intend to show next week to CN today. It looks great!

They are still working on the lidar data, but will have that for the Tuesday demo as well.

Cheers,

Richard

**From:** Carson Hinkley [mailto:chinkley@mandli.com]
**Sent:** December-14-12 3:21 PM
**To:** Richard Fox-Ivey
**Subject:** Re: CN presentation

Here ya go….



**Carson Hinkley**
Marketing Manager
Mandli Communications, Inc.
4801 Tradewinds Parkway
Madison, WI  53718
c  608.316.0500

**EXHIBIT 22**
-71-

[www.mandli.com](www.mandli.com)

3

**EXHIBIT 22**
**-72-**