

Document title: LCMS for High-speed Rail Inpsection - YouTube
Capture URL: https://www.youtube.com/watch?v=gg1p4FRFzzM
Capture timestamp (UTC): Tue, 16 Mar 2021 23:42:08 GMT

**EXHIBIT 23**

**-73-**



