# EXHIBIT 24
## (NOTICE OF MANUAL LODGING)
December 2012 "LCMS for High-speed Rail Inspection" YouTube video

EXHIBIT 24
-76-