# 2nd Quarterly Report for Project Titled "An Automated System for Rail Transit Infrastructure Inspection"

**Under Cooperative Agreement**
No. RITARS-12-H-UML

Between

U.S. Department of Transportation
Research and Innovative Technology Administration

And

University of Massachusetts Lowell
Office of Research Administration
600 Suffolk Street
Lowell, MA 01852

Program Manager
Mr. Caesar Singh

Project Principal Investigator
Yuanchang Xie, University of Massachusetts Lowell

Quarter Start Date: October 1, 2012
Quarter End Date: December 31, 2012
Report Submitted on: January 15, 2013

**EXHIBIT 25**

**-77-**

**TABLE OF CONTENTS**

1.  **Glossary** ................................................................................................................ 1

2.  **Executive Summary** ............................................................................................. 1

3.  **Accomplishments** ................................................................................................. 2

3.  **Problems Encountered** ....................................................................................... 14

4.  **Future Plans** ........................................................................................................ 15

5.  **Funds Expended and Program Schedule** .......................................................... 16

6.  **Labor Hours** ........................................................................................................ 17

7.  **Project Deliverables** ........................................................................................... 17

8.  **Meetings and Collaborations** ............................................................................ 18

9.  **Appendix** .............................................................................................................. 18

**EXHIBIT 25**
**-78-**

## 1.   Glossary

BJT – bipolar junction transistor
CRBS – CodeRed Business Solutions
DSS – Decision Support System
FPGA – field-programmable gate array
GIS – Geographic Information System
GPR – ground penetrating radar
LCMS – laser cracker measurement system
MBTA – Massachusetts Bay Transportation Authority
PRF – pulse repetition frequency
ROW – right-of-way
SRD – step-recovery diode
STFT – short time Fourier transform
UWB – ultra-wide band
UMass – University of Massachusetts Lowell

## 2.   Executive Summary

In the second quarter, the team has been focusing on collecting laser data, designing GPR system, analyzing laser and GPR data, building the GPR lab (wooden box) on UMass Lowell campus, and developing the WebGIS-based DSS.  The team has made significant progress.  So far, the team has finished the laser data collection at Metro St. Louis. Now the team has its own laser data for algorithm development. Before the data from Metro St. Louis was available, the team obtained some laser data sets from Tokyo and Chicago and had been using them for the 3D laser algorithm development. The team has developed some preliminary algorithms for measuring rail gauge and missing fasteners based on the Tokyo and Chicago data.  A prototype GPR system has been completed and is currently under lab tests. Once these tests are finished, this GPR system will be moved to the GPR lab at UMass Lowell for data collection.  The team also managed to obtain some railroad GPR data from the University of Illinois at Urbana-Champaign (UIUC). Currently, the team is developing GPR algorithms based on this UIUC data set.  With the assistance from the UMass Lowell facility department, the team has cleaned up the basement and has finished building the wooden box there for GPR tests.  Within the next few weeks, soil and ballast will be brought into the GPR lab to fill up the wooden box, which will then be ready for the GPR data collection.  Also, a preliminary WebGIS-based DSS has been completed.  It includes tools such as background map, layer control, query by attribute information, query by spatial information, and information window.  Additional functionalities are being added to this DSS.  In addition, the team finished the review of previous studies applying laser and GPR techniques to rail infrastructure inspections. The project website has also been updated on a regular basis.  The team has acquired all the necessary equipment for the laser data collection. The team initially proposed to collect laser data from MBTA first (see Task 10). However, a consulting firm called Mandli offered to assist the team with the laser data collection in St. Louis for free.  Therefore, the team decided to conduct the first laser data collection in St. Louis instead of Boston.

**EXHIBIT 25**
-79-

### 3.   Accomplishments

This section summarizes what the research team has accomplished during the second project quarter for each task.

### Task 1 – Establish project Technical Advisory Committee (TAC)
This task has been completed during the first project quarter.

### Task 2 – Project kick-off meeting
This task has been completed during the first project quarter.

### Task 3 – Create and maintain a project website
A graduate research assistant, Ms. Jessica Wang, from UMass Lowell is maintaining the project website (http://www.cs.uml.edu/~jwang4/CE-Research/index.html).  The PI has been contacted by the UMass Lowell Provost's Office/Public Affairs.  They are assisting the PI with the website design and will provide a shorter domain name for it.  This will help to increase the website's publicity.  The PI also contacted the UMass Lowell IT department to discuss the possibility of obtaining an independent domain name. Also, he wanted to know if he could set up a web server for the proposed WebGIS-based DSS and allow off-campus users to visit it.  The answer to both questions was yes. However, they will incur additional cost.  The PI will find out whether he can get those services for free through the UMass Lowell Provost's Office/Public Affairs.

### Task 4 – Conduct quarterly meetings and submit quarterly status reports to RITA
The team held the first quarterly meeting on November 14, 2012. The meeting agenda and minutes are attached.

### Task 5 – Conduct an expanded and comprehensive review of relevant remote sensing technologies and algorithms for rail inspections
Dr. Jenny Liu's group has completed a literature review of recent GPR applications in rail transit, and a report of literature summary has been distributed among the team for review.  The report reviews GPR mechanisms and its applications in transportation infrastructure. GPR techniques for identifying rail-bed subsurface degradation including hardware and software configuration, and data analysis techniques, are presented as well.  Dr. Kaiguang Zhao also finished reviewing existing studies applying laser for infrastructure inspection.

### Task 6 – Develop the GPR subsystem hardware
The research group at the University of Vermont is leading the development of the ground penetrating radar (GPR) hardware for this research. In the second quarter, the University of Vermont group has completed the following subtasks:

### a)   UWB Pulse Generator
In this project quarter, the University of Vermont group developed a pulse generator that produces 18 V peak-to-peak pulses with ringing amplitude less than 10% for a wider range of pulse repetition frequency (PRF). The circuit diagram of the UWB pulse generator is presented in Figure 1. It comprises of four major components: a) Op-amp to amplify the digital clock from a FPGA, b) Edge triggered timing circuit to maintain constant driving pulse irrespective of the input PRF, c) BJT driver circuit to generate a sharp negative driving pulse, and d) Gaussian pulse

**EXHIBIT 25**
**-80-**

generator using a step-recovery diode (SRD) for sharpening the transition edge and microstrip delay line.



Figure 1 UWB monocycle pulse generator.



Figure 2 Negative pulse with sharp edge to drive the SRD.

The UWB Gaussian pulse is generated using the combination of a step-recovery diode, a Schottky diode, delay line and a filter capacitor. In steady state, the Schottky diode is reverse biased and the SRD is forward biased by a small bias voltage Vbias (~1.25 V). The bias voltage

EXHIBIT 25

-81-

Case 2:21-cv-01289-MCS-MAA   Document 33-10   Filed 03/22/21   Page 6 of 26   Page ID
#:2082

provides a steady current (~30 mA) for the operation of the diodes. When the negative pulse is
applied from the driver circuit, the effective voltage (Vbias-Vneg) reverse biases the SRD and
forward biases the Schottky diode thereby grounding one end of the delay line and resulting in a
short-circuited stub connected to the SRD. When the SRD is reverse biased, due to the inherent
device nature of the diode, it still conducts in the forward direction due to the charges
accumulated in the intrinsic layer of the SRD. When all the charges are depleted, the SRD turns
off instantaneously and generates a very sharp transition edge in the order of 10s of picoseconds.
Also, the SRD offers very high impedance which reflects the sharp negative edge away from the
SRD node in both the directions, one towards the output and the second back towards the source.
Since the Schottky is forward biased and effectively grounded, the signal that travels via the
delay line to the Schottky diode is reflected back to the output with opposite polarity. The two
signals combine and produce a UWB negative Gaussian pulse. Figure 3 is a snapshot of the
UWB pulse captured using a wide bandwidth oscilloscope after 12 dB attenuation. The width of
the UWB pulse is determined by signal propagation delay across the length of the delay line. By
reducing the length of the delay line, pulse as narrow as 1 ns can be generated but reduction in
the amplitude. The filter capacitor, Cf, acts as a high pass filter, eliminates the low frequency
noise and passes only the UWB pulse.



Figure 3 Measured Gaussian monocycle pulse with 12 dB attenuation.

### b)   *Radar signal Processing-Short Time Fourier Transform*

Fourier transform has been widely used for signal spectrum characterization. Its major limitation
is that the signal time information is lost in transforming the analysis into the frequency domain.
For a stationary signal analysis, where the processed signals do not change with time, this
limitation is not obvious. Nevertheless the premise of stationary signal does not hold in most
GPRs. In GPR operation, the scanning antennas move continuously. Thus, the subsurface

**EXHIBIT 25**

UMass Lowell RITARS-12-H-UML          2nd Quarterly Report          Page 5 of 18

features under inspection change with time, which leads to non-stationary reflection signals being collected. For GPR signal analysis, to obtain both the time and spectrum information, the traditional Fourier Transform is ineffective. In this study, the team investigated applying Short Time Fourier Transform (STFT) for GPR data characterization.

The team has obtained some railroad GPR data from a research group at the University of Illinois at Urbana-Champaign (UIUC). Although this GPR data set cannot satisfy all the needs of this project, the team will use it for now for preliminary studies. Once the data from the GPR lab at UMass Lowell is ready, the team will switch to our own GPR data.  The following figures show the preliminary STFT analysis results of the GPR data obtained from UIUC.



Figure 4 The B-Scan image of UIUC data.

| Data Information | |
|---|---|
| Data Origin | = GSSI Mosostatic |
| Input file name | = D:\Dropbox\Lab Data.DZT.mgp |
| DZT header gain | = NA |
| Number of traces | = 1487 |
| Trace spacing | = 0.0254m;  (Section length = 37.74m) |
| x,y,z data | = NA |
| Marker Information | = NA |
| Samples per trace | = 1024 |
| Sampling interval | = 0.02933ns;  (Time window = 30.029ns) |
| Signal position | = 0 ns |
| Antenna | = GSSI |
| Antenna offset | = 0m |
| Processing History | = Raw Data |

Figure 5 Detailed information about the UIUC data set.

**EXHIBIT 25**



Figure 6 Signal trace corresponding to the location of 10th meter.



Figure 7 STFT images of the UIUC data set.

In addition to experimenting with the UIUC data, the team also developed tools to test the GPR system as shown in Figure 8.  Some prototype tests have been performed using these tools to check GPR operations for rebar detection and feature characterizations. The outdoor rebar test

**EXHIBIT 25**
-84-

UMass Lowell RITARS-12-H-UML          2nd Quarterly Report          Page 7 of 18

configurations are: (1) One 1.5-cm diameter rebar is buried 1 foot deep underground; (2) The underground materials contain soil and stone pebbles; and (3) The antennas of our GPR system are installed 14 inches above the soil ground surface. Reflection signals are displayed on the oscilloscope, and B-scan images are displayed on the computer monitor with radar image processing algorithms developed by our team.  Some sample data sets have been collected using these tools. These sample data sets are being analyzed and the results will be used to fine-tune the developed GPR system.



Figure 8 Experimental setup photos.

### *Task 7 – Develop algorithms and software tools to interpret the GPR data*

This task is to develop site calibration algorithms based on the GPR return waveforms to remove external noise or interferences and obtain clear GPR images of subsurface layers.   The University of Alaska Fairbanks group has begun researching GPR data analysis algorithms and tools.  The project team contacted a research group at the University of Illinois at Urbana-Champaign, and some data files were obtained for preliminary studies before GPR data are available from the lab at UMass Lowell and MBTA.

Based on the UIUC data, two analysis techniques are currently being evaluated: Short-Time Fourier transfer (STFT) and wavelet based techniques.  Data analyses are being conducted using both techniques in order to develop new GPR data analysis algorithms. Dr. Wenting Liu, a GPR expert at Texas Transportation Institute, also provided valuable comments on data analysis techniques via phone and email communications.

**EXHIBIT 25**
**-85-**

UMass Lowell RITARS-12-H-UML        2nd Quarterly Report        Page 8 of 18

***Task 8 – Test the developed GPR system in lab at UMass Lowell***

The team has finished cleaning up the space for the GPR lab on UMass Lowell campus and a wooden box has been built in the lab (see Figure 9 below).



Figure 9 Wooden box for GPR lab test on UMass Lowell campus.

***Task 9 – Test the developed GPR system at MBTA.***

This task is scheduled to begin in the 3rd quarter.

***Task 10 – Collect laser data at MBTA***

The team has purchased all the equipment needed for the laser data collection, including: two 3D laser profilers (manufactured by Pavemetrics), one Dynapar Series HA725 Shafted Encoder, one Garmin 18 x 5Hz high-sensitivity GPS sensor, and one high-speed computer.

In October 2012, Mr. John Lewis met with MBTA staff several times and visited some segments of their Green and Red lines. Based on the meeting results, the team identified a high-rail truck for the laser data collection. The team also identified two sites for the laser data collection. Currently, the team is focusing on designing and building the frame to mount the LCMS, which is not a trivial task. Once this is done, the team can start the laser data collection at MBTA and Metro St. Louis.

During the month of November, Dr. Xie, and Mr. Lewis discussed with MBTA staff about the challenges with temporarily modifying MBTA's hi-rail dump truck to install the encoder and LCMS equipment. The MBTA staff mentioned that the hi-rail dump truck was being utilized for winter preparations and most likely could not be used for collecting the laser data during the winter. Therefore, the MBTA staff recommended refurbishing an old test cart that was used to conduct track geometry tests. A Red or Green Line train could be used to pull the test cart. The train would also provide additional space and a power source for the test equipment instead of using a portable gas generator. The MBTA staff agreed to transport the test cart from a Riverside Yard to their back shop facility to refurbish or completely fabricate a new test cart if necessary.

**EXHIBIT 25**
**-86-**

UMass Lowell RITARS-12-H-UML          2nd Quarterly Report                    Page 9 of 18

While waiting on MBTA to modify the test car, on December 5, 2012 the project team was introduced to a contractor "Mandli" that partnered with Pavemetrics (one of the project team members) on a separate project conducting LiDAR and LCMS data collection for clearance and foliage control. This introduction afforded the project team an opportunity to collect the laser data at St. Louis Metro (Metro) instead of MBTA, since Mandli had already equipped a rented hi-rail pick-up truck in Madison, WI with two (2) LCMS profilers. They were willing to drive from Madison to St. Louis, MO to assist the team with the laser data collection. However, in order for this test to be authorized by Metro the President of CodeRed Business Solutions (CRBS) was instrumental in scheduling and coordinating the right-of-way (ROW) safety training and ROW access with Metro's senior management staff prior to their December 20, 2012, deadline of shutting down all ROW contracted work activities. Both CRBS and Mandli staff attended Metro's ROW Tier 1 Safety training during the morning of December 17, 2012. After the training CRBS and Mandli staff met with Metro's ROW Maintenance staff at their Ewing Yard to have the Mandli hi-rail pick-up truck for an inspection as well as a clearance assessment before being authorized to access their ROW later in the evening. At 9:15 PM the team met Metro's ROW Maintenance Supervisory staff back at Ewing Yard to discuss the locations of the data collection sites before driving to Scott's Air Force Base (AFB) Station. This segment of track was shut down before the end of revenue service to allow extra time for Metro's track crews to replace defective concrete ties. Prior to conducting the first test run, the Mandli staff calibrated the LCMS equipment. The team then began the first test run collecting the laser data at 1mm resolution for approximately 3.3 miles on this segment of track that has a majority of concrete ties at a maximum speed of 9.9 MPH. The second laser data collection test run commenced on December 18th around 1:30 AM from a truck pad near Lambert Airport to Central West End Station at 1mm resolution for approximately 10 miles. This segment of track has a majority of wood ties that were also subject to a tie replacement program. The final data collection test run was conducted along the same segment of track, but at a 4mm resolution that allowed a maximum speed of 21.9 MPH except at crossovers for approximately 3 miles.

Figures 10 to 12 show some sample laser data collected from Metro St. Louis. Engineers from Pavemetrics also participated in setting up the hardware and software configuration for the Metro St. Louis data collection. They made a trip to Chicago to assist Mandli engineers with the LCMS setup and initial acquisition tests.

**EXHIBIT 25**

-87-



Figure 10 Laser data collection of wood ties at 1mm resolution at cross-over.



Figure 11 Crew cab hi-rail pick-up truck used to collect the laser data.

**EXHIBIT 25**
**-88-**



Figure 12 Impedance bond mounted on s concrete tie at 1mm resolution.

***Task 11 – Develop algorithms and software tools to interpret the 3D laser data***

This task is to develop algorithms based on the tools provided by Pavemetrics Systems Inc. to detect various rail surface defects. Pavemetrics Systems Inc. has collected some rail data from Tokyo. Also, the previously mentioned consulting firm "Mandli" has collected some rail data in Chicago for a freight railroad. They kindly made their data available to us. Since the Metro St. Louis data was recently acquired and needed to be processed, the team has been using the Tokyo and Chicago data to develop laser algorithms.

The research work completed during this period mainly deal with the detection and recognition of rails in order to:

1. Calculate the gauge width. Note that this value is very useful for locating defects in railroad tracks.
2. Identify the region of interest (ROI) from which we proceed to the detection and recognition of other features such as ties and fasteners.

The development of algorithm for rail detection and recognition includes the following steps:

1. The correction and fusion of the 3D data.
2. The localization of rail head.
3. The detection of rail edges.
4. The refinement of the detected edges
5. The localization of the actual rail position and gauge width.

To develop and refine algorithms for laser data analyses, the team first used an existing rail dataset acquired in Tokyo. Upon this realistic data, we have developed a set of prototype procedures to extract features from 3D laser ranging measurements. In particular, we combined

**EXHIBIT 25**
**-89-**

UMass Lowell RITARS-12-H-UML          2nd Quarterly Report          Page 12 of 18

a differential operator-based edge detector and the RANdom SAmple Consensus algorithm to delineate rail gauge (see Figure 13). We have also developed and are fine-tuning a template-matching algorithm to pinpoint features of interest. This matching algorithm relies on the computation of cross-correlation image between templates and rail data. In the meantime, we are developing practical schemes to segment 3D image data using complex clustering algorithms, including watershed, mean shift, and normalized cut. For the future work, we not only need to further re-fine our prototype algorithms, but also will test its robustness upon a variety of real data acquired in Chicago and Metro St. Louis.



Figure 13 Rail gauge detection.

Figure 13 is a quick illustration of our customized procedure to delineate rail gauge. A 3D scene of rail data with three line profiles as indicated in red-solid line (left); the use of differential operator to locate potential edges along line profiles (middle); and the delineation of rail gauge by applying the RANSAC algorithm to search line features (right).



Figure 14 Identification of features of interest.

**EXHIBIT 25**

**-90-**

Figure 14 demonstrates the template-matching for pinpointing features of interest, using the structure in the left image as a template to pinpoint its occurrence in the acquired rail segment data. The whitened areas in the right image indicate locations where the features exist. The team is currently working on fine-tuning this template-matching algorithm as well as investigating other methods.

### Task 12 – Develop track dynamic model
Dr. Huang's team at Penn State Altoona has set up a computer cluster and customized it for the computational work of this project.  They also purchased Matlab licenses and installed Matlab on the computer cluster.  Dr. Huang has set up a basic dynamic track model as shown below.  In addition, he hired two students to work on the Dynamic Track Model development.



Figure 15 Basic dynamic track model.

### Task 13 – Develop the GIS&GPS subsystem to georeference the collected data
The Inertia Measurement Unit (Option 2) and GPS + Encoder (Option 3) methods have been evaluated during the Metro St. Louis data collection. The data is still being analyzed. It appears that the GPS + Encoder method is a better option. Further analysis will be conducted to determine which option will be finally selected.

### Task 14 – Joint test of the GPR and laser systems at MBTA
This task is scheduled to begin in the 5th quarter.

### Task 15 – Test the system at Metro St. Louis
This task is scheduled to begin in the 5th quarter.

### Task 16 – Develop a WebGIS-Based Decision Support System (DSS)
The WebGIS-based DSS is a critical component of this project.  Currently a computer science master's student is working on this subtask. Based on *ArcGIS JavaScript API*, this graduate research assistant has finished setting up the WebGIS-based DSS framework. She has included a background map, layer control, information window, query by attribute information, and query by location in this preliminary system.

Since this project will generate huge amount of GPR and laser data. Geodatabases in ArcGIS for Server may not be able to provide enough capacity to store those data.  It is thus necessary to separate the attribute data (e.g., GPR, laser) from spatial data (e.g., railroad maps, station locations, defect locations).  The graduate research assistant has successfully developed

EXHIBIT 25
-91-

UMass Lowell RITARS-12-H-UML          2nd Quarterly Report          Page 14 of 18

strategies to store the attribute data in SQL database and the spatial data in ArcGIS geodatabase. The team now has a preliminary WebGIS-based DSS that can be used to visualize rail asset conditions (see Figure 16 below. The two sample photos in the figure below will be replaced by rail pictures once they are available.). Additional functionalities are being added to this DSS. The team is investigating the possibility of adding a Google maps street view type of feature to the developed DSS.



Figure 16 Preliminary WebGIS-based DSS.

***Task 17 – Develop training materials***
This task is scheduled to begin in the 7th quarter.

***Task 18 – Organize workshop***
This task is scheduled to begin in the 8th quarter.

***Task 19 – Prepare and submit the Final Project Report***
This task is scheduled to begin in the 8th quarter.

***Task 20 – Publish papers and make presentations***
This task is scheduled to begin in the 4th quarter.


**3.   Problems Encountered**

a) **The application of image correction and data fusion techniques on the depth data obtained from the two separate LCMS sensors**: A remapping and fusion process was needed to be applied to the 3D data before processing them in order to correct for the angle, separation and alignment of the sensors and obtain a single set of orthogonal data.

**EXHIBIT 25**
**-92-**

b) **The localization of the rail head in the presence of objects that is higher than the rail**: This difficulty was due to the used assumption that the rail head is normally the nearest object to the imaging system (LCMS in our case). Sometimes this is not the case. It depends on the objects such as crossings, control boxes, etc. that are present near the rails.

c) **The refinement of the detected edges was necessary in order to obtain accurate gauge width**: We have elaborated a new approach to resolve this problem. The Canny method for edge detection and special filtering was developed to refine the detected edges.

## 4.  Future Plans

The following summarizes some of the important work planned for the 3rd quarter.

*Task 3 – Create and maintain a project website:* Dr. Xie will follow up with the UMass Lowell Provost's Office/Public Affairs on the project website. Before the end of the 3rd quarter, a new domain name (although not a standalone domain name) should be available for the project website. Also, Dr. Xie will find out whether the team could set up a web server for the proposed WebGIS-based DSS for free and allow off-campus users to visit it.

*Task 5 – Conduct an expanded and comprehensive review of relevant remote sensing technologies and algorithms for rail inspections:* This task has been completed. However, along the course of this research, additional documents may be identified and will be incorporated into the existing literature review report.

*Task 6 – Develop the GPR subsystem hardware:* The team will have a GPR system prototype ready and test it in the GPR lab at UMass Lowell.

*Task 7 - Develop algorithms and software tools to interpret the GPR data:* The team will continue to work on developing GPR algorithms and tools. Based on the UIUC data, preliminary data analyses using Short-term Fourier transfer (STFT) and wavelet techniques will be compared in order to initiate the development of GPR algorithms and software tools as a precursor for MBTA and UMass Lowell lab data.  The efficiency of several commonly-used data analysis programs will be investigated as well. The intent is to determine the most effective means of removing external noise and interference for clear GPR images of subsurface layers.

*Task 8 – Test the developed GPR system in lab at UMass Lowell:* The team will fill the completed wooden box with soil and ballast. The developed GPR prototype will be tested using this wooden box. The test results will be used by the University of Vermont team to improve their GPR design.

*Task 9 – Test GPR at MBTA:* The team will start to prepare for the GPR test at MBTA.

*Task 11 – Develop algorithms and software tools to interpret the 3D laser data:* The team will use the Metro St. Louis data to develop the laser algorithms. The next step is to

**EXHIBIT 25**
**-93-**

investigate the detection and recognition of ties and fasteners. Our plans include the following:

    a) Based on the detected rail position, we will define a horizontal region of interest (ROI).
    b) Using a priori knowledge (rail height for instance), we will define a ROI according to the depth axis.
    c) Combine both ROIs to define a new 3D workspace.

***Task 13 – Develop the GIS&GPS subsystem to georeference the collected data:*** Based on the Metro St. Louis data, the team will decide whether to use the GPS & Inertia Navigation System or the GPS & Encoder to georeference the laser data in future data collections.

***Task 16 – Develop a WebGIS-Based Decision Support System (DSS):*** In the coming spring semester, an additional part time (50%) graduate research assistant will be hired to develop the DSS. This is to ensure that a high-quality WebGIS-based Decision Support System will be delivered at the end of this project.

## 5.   Funds Expended and Program Schedule

There is only one major change to the schedule as described in Table 2 of the proposal.  The team initially proposed to collect laser data from MBTA first (see Task 10). However, a consulting firm called Mandli offered to assist the team with the laser data collection in St. Louis for free.  Therefore, the team decided to conduct the first laser data collection in St. Louis instead of Boston.

**Table 1** Current and cumulative expenditures versus planned expenditures (***not including cost sharing***).

| Category | Actual Expenditure | | Planned Expenditure | Note |
|---|---|---|---|---|
| | **Current** | **Cumulative** | | |
| Labor cost | $2,491.71 | $3,450.06 | $4,983.42 | A half research assistant was hired instead of a full research assistant. UMass Lowell also reduced the fringe benefits rate for students. |
| Equipment and materials cost | $4,134 | $4,134 | $3,354 | A high-performance computer |
| | $141,500 | $141,500 | $140,000 | Two 3D laser profilers (LCMS). An additional $1,500 for shipping and handling. |
| | $1506.43 | $1506.43 | $0 | One Dynapar encoder |
| | $791.98 | $791.98 | $4,500 | Other materials |

**EXHIBIT 25**

-94-

The expenditures in this quarter mainly consist of labor costs, a high-performance computer, two 3D laser profilers, one Dynapar encoder, supplies and materials, etc. The table above shows the current and cumulative expenditures (not including cost sharing) versus planned expenditures for the UMass Lowell group. The total cost sharing will be reported separately by the end of each academic year. The detailed financial reports from all subcontracts are available upon request. As shown in Table 1, several items cost more than what was initially projected in the budget. Fortunately, the team was able to save some funds from the labor cost category to cover the additional costs.

## 6. Labor Hours

The following table shows the labor hours expended by task for all staff categories for the UMass Lowell group, including both cost sharing and requested labor hours. Detailed reports on the labor hours expended for other groups of the project team are available upon request.

**Table 2** Labor hours expended by task for all staff categories.

| Tasks | PI/Co-PI | | | Graduate Student | | |
|---|---|---|---|---|---|---|
| | Planned | Actual | Cumulative | Planned | Actual | Cumulative |
| 1. Establish project TAC | 0 | 0 | 20 | | | |
| 2. Project kick-off meeting | 0 | 0 | 10 | | | |
| 3. Create and maintain website | 3 | 3 | 5 | 20 | 20 | 30 |
| 4. Quarterly meetings and reports | 10 | 10 | 10 | 8 | 8 | 8 |
| 5. Literature review | 6 | 6 | 10 | 40 | 35 | 70 |
| 6. Develop GPR hardware | 1.5 | 1.5 | 3 | | | |
| 7. Develop GPR algorithm | 1.5 | 1.5 | 3 | | | |
| 8. Test GPR in lab | 2 | 2 | 4 | 180 | 180 | 205 |
| 10. Collect laser data at MBTA | 32 | 32 | 40 | 50 | 30 | 55 |
| 11. Develop laser algorithm | 20 | 20 | 22 | 130 | 130 | 155 |
| 12. Develop track dynamic model | 1 | 1 | 2 | | | |
| 13. Develop the GIS&GPS system | 60 | 60 | 68 | 200 | 100 | 125 |
| 16. Develop WebGIS-based DSS | 40 | 40 | 44 | 300 | 300 | 380 |

## 7. Project Deliverables

Based on Attachment #2 of the Cooperative Agreement between RITA and UMass Lowell, the following deliverables are due in this quarter.

a) Create and maintain a project website. This website will include the following information: description of the project, team members, research publications (reports and

**EXHIBIT 25**

**-95-**

UMass Lowell RITARS-12-H-UML          2nd Quarterly Report          Page 18 of 18

papers), news and events, list of project TAC members, and useful links and resources. Results due to DOT within ***One (1) month*** of the effective date of the Agreement.

b)  Quarterly status and progress reports, draft final project report, and final project report will be prepared and submitted to RITA in accordance with ArticleVI.F.2, 3, and 4 of the Basic Agreement.

A graduate research assistant has been assigned to keep the project website up-to-date. The project website will soon be moved to a new server with a shorter domain name to increase its publicity. The second quarterly report will be submitted on time on January 15, 2012.

## 8.   Meetings and Collaborations

The first project quarterly meeting was held on November 14, 2012 using the Fuze Meeting system.  Other than the first project quarterly meeting, the team also has a bi-weekly meeting on every other Tuesday at 3:00 PM for the laser group. The radar group meets every two weeks on Wednesday at 1:30 PM.  The PI also had many conference calls with CodeRed Business Solutions in the second quarter.  The team also met in Washington DC during the TRB meeting.

## 9.   Appendix

a)  1st quarterly meeting agenda
b)  1st quarterly meeting minutes

**EXHIBIT 25**

**-96-**

# AGENDA

## USDOT RITA RITARS-12-H-UML 1st Quarterly Meeting
### ──── *An Automated System for Rail Transit Infrastructure Inspection*

**Date:** November 14 (Wednesday), 2012
**Time:** 1:00 p.m. – 2:30 p.m. eastern time
**Location:** Video conference (see instructions below)

| | | |
|---|---|---|
| **1:00 p.m. – 1:05 p.m.** | **Introduction** | |
| | | *All TAC and Team Members* |
| **1:05 p.m. – 1:50 p.m.** | **Project Updates** | |
| | | *Yuanchang Xie and Tzuyang Yu, UMass Lowell* |
| | | *Tian Xia, University of Vermont* |
| | | *Jenny Liu, University of Alaska Fairbanks* |
| | | *John Lewis and Ronald Humphrey, CodeRed Business Solutions* |
| | | *John Laurent, Pavemetrics Systems Inc.* |
| | | *Kaiguang Zhao, Duke University* |
| | | *Hai Huang, Penn State University Altoona* |
| **1:50 p.m. – 2:20 p.m.** | **Questions & Answers** | |
| | | *All TAC and Team Members* |
| **2:20 p.m. – 2:30 p.m.** | **Wrap-up** | |
| | | *Yuanchang Xie, UMass Lowell* |

**Video conference Instructions:**

To join the meeting from your computer or mobile device, click or copy and paste this URL into your browser:
https://www.fuzemeeting.com/fuze/455177d2/17368382

To join the audio portion of this meeting, choose your dial in method:
Dial-in Number: +1-646-583-7415
Toll free: +1-866-946-4706

When prompted enter the pin number:
Attendee Pin Number: 27663731

**EXHIBIT 25**

**RITARS-12-H-UML 1st Quarterly Meeting Minutes**
**Project Title: An Automated System for Rail Transit Infrastructure Inspection**
**November 14, 2012**
**Time: 1:00 P.M. - 2:12 P.M.**
**Location: Video Conference Meeting**

**Attendees**

| | |
|---|---|
| Mr. Vasanth Ganesan | RITA |
| Mr. Lennart Long | Technical Advisory Committee Member |
| Dr. Yuanchang Xie | Assistant Professor, University of Massachusetts Lowell |
| Dr. TzuYang Yu | Assistant Professor, University of Massachusetts Lowell |
| Mrs. Tugba Arsava | Ph.D. student, University of Massachusetts Lowell |
| Ms. Jessica Wang | M.S. student, University of Massachusetts Lowell |
| Mr. Chao Zhang | M.S. student, University of Massachusetts Lowell |
| Mr. Ronald Humphrey | President, CodeRed Business Solutions |
| Mr. John Lewis | Vice President, CodeRed Business Solutions |
| Mr. John Laurent | Vice President, Pavemetrics Systems Inc. |
| Mr. Samy Metari | Engineer, Pavemetrics Systems Inc. |
| Mr. Mario Talbot | Engineer, Pavemetrics Systems Inc. |
| Dr. Jenny Liu | Associate Professor, University of Alaska Fairbanks |
| Dr. Tian Xia | Associate Professor, University of Vermont |
| Dr. Kaiguang Zhao | Duke University |
| Dr. Hai Huang | Assistant Professor, Penn State University Altoona |

**Introduction**

➢ Dr. Xie introduced all meeting participants.

➢ Prior to the presentation, Dr. Xie noted that he would give an overview of the status of this project. During the overview, he would turn to other team members and ask them to give updates on some specific tasks. Dr. Xie's overview included the following sections: ***accomplishments, future plans, problems encountered, project deliverables, and meetings and collaborations***.

**Presentation (Overview)**

➢ Accomplishments

   o **Task 1**: Dr. Xie stated that the project Technical Advisory Committee (TAC) has been established. This task has been completed

   o **Task 2**: The project kick-off meeting was held on September 19, 2012 using the Fuze Meeting system. This task has been completed.

   o **Task 3**: Dr. Xie mentioned that the project website has been established. A student from UMass Lowell is responsible for maintaining and updating the website. The UMass Lowell group will try to obtain a domain or shorter URL for the project website.

**EXHIBIT 25**
**-98-**

o **Task 4**: Dr. Xie apologized for the delay in submitting the first quarterly report. He further explained that he misunderstood the cooperative agreement and thought the first quarterly report was due at the end of the 3rd month since the project started, not the end of the 3rd calendar quarter. Dr. Xie noted that the first quarterly report has been completed and submitted to RITA. It has also been disseminated to all TAC and team members. He ensured that all following reports will be submitted on time. If any TAC or team members have any suggestions on the report, please send this information to Dr. Xie.

o **Task 5**: Dr. Xie noted that the literature review has been completed and will be submitted along with the second quarterly report. Some students from UMass Lowell were also involved in the literature review. Dr. Xie then turned the presentation to Dr. Jenny Liu and Dr. Kaiguang Zhao for them to further talk about the literature review.

   ▪ Dr. Liu explained that the comprehensive research and literature review has been completed for ground penetration radar technology and its applications in rail inspections. Dr. Liu explained that she will finalize the report in the next 2-3 days and send it to team members for review. She will incorporate all comments into the review report and send the final version to Dr. Xie.

   ▪ Dr. Zhao provided a PowerPoint presentation on his portion of the literature review.

      • Dr. Zhao has finished reviewing related research on applying laser and ultra-sonic non-destructive methods for infrastructure inspections.

      • Among the research Dr. Zhao reviewed, most of them focused on using machine vision and image processing for infrastructure inspections. Dr. Zhao noted that there was one project conducted by a team at the University of Central Florida that utilized a laser system similar to this RITA project. Dr. Xie stated that he noticed this research when he was working on the proposal for this project. He noted that the laser technology used by the University of Central Florida team is different from what is being used in this RITA project. The LCMS developed by Pavemetrics Systems Inc. is substantially more accurate than the laser system used by the University of Central Florida research.

      • Dr. Zhao stated that he has finished reviewing all relevant literature. He will need a couple of days to finalize the literature review report and submit it to Dr. Xie for comments.

o **Task 6**: Dr. Tian Xia provided a PowerPoint presentation on the development of the GPR system.

   ▪ Dr. Xia explained that the primary purpose of this task is to develop a "small and light weight" GPR system that can be mounted to a high-rail truck for rail inspections. He also discussed the specifications for the GPR system under design.

   ▪ Dr. Xia showed the system diagram for the GPR system. He further discussed the major components of the GPR system, including the pulse signal generator and amplifier circuit, high-speed data acquisition unit, high-speed computer, FGPA controller, ultra-wide band antennas, encoder, and control program.

**EXHIBIT 25**
**-99-**

- Dr. Xia has finished the pulse signal generator design. He also purchased a high-speed computer (Dell Alienware Aurora) and a high-speed data acquisition unit.

- Dr. Xia's group is currently working on the pulse generator circuit test and improvement, high-speed digitizer test configuration, FPGA controller circuit development, and ultra-wide band antennas design.

- **Question #1**: Mr. Lennart Long raised a question about the data acquisition process and the high-speed computer purchased. He asked about how much data preprocessing will be done and is the 1-TB hard drive adequate for the GPR data collection. Dr. Xia explained that they did a test for GPR data collection, and they estimated based on the test result that the current data acquisition system is able to accomplish "a couple of hours" of GPR data collection.

o **Task 7**: This task is to develop site calibration algorithms based on the GPR return waveforms to remove external noise or interferences and obtain clear GPR images of subsurface layers. The team plans to collect GPR data first in a controlled environment in the GPR lab on UMass Lowell campus. Dr. Xie explained that the construction of the GPR lab has not been finished yet and no GPR data has been collected so far to provide information for developing the algorithms.

- Dr. Xie stated that the team has obtained some GPR data from a research team at the University of Illinois at Urbana-Champaign (UIUC). Although this data set cannot satisfy all the needs of this project, the team will use it for now for preliminary studies. Once the data from the GPR lab at UMass Lowell is ready, the team will switch to our own GPR data.

- Dr. Xie noted that MBTA wants to know if the GPR technology could be used to detect underground pipelines in addition to fouled ballast. Dr. Xia stated that it is possible. Dr. Xie mentioned that the team will consider it during the GPR data collection and lab tests.

o **Task 8**: This task is to test the developed GPR system in a lab environment. Dr. Xie noted that the space for the GPR lab has been secured and is ready for use.

- Dr. Xie mentioned that the GPR group (UMass Lowell, University of Vermont, and University of Alaska Fairbanks) has held several meetings to discuss the design of the GPR lab. The design has been finalized.

- Dr. Xie mentioned that two MBTA engineers visited UMass Lowell this morning to look at the GPR lab space, and they will assist Dr. Xie with setting up the lab.

- Dr. Xie showed a schematic of the proposed GPR lab.

o **Task 10**: This task is to collect laser data at MBTA. The team has purchased all necessary equipment and tools for this task, including laser profilers, encoder, high-speed computer, and GPS. In addition, the team has been working on the following activities:

- Mr. John Lewis has met with MBTA staff several times and visited some segments of their Green and Red lines. Based on the meeting results, the team has secured a high-rail truck for the laser data collection. The team has also identified two sites for the laser data collection.

**EXHIBIT 25**
**-100-**

- ▪ Dr. Xie showed some pictures of the truck and the two test sites.

- ▪ Dr. Xie noted that the team is now focusing on designing and building the frame to mount the LCMS, which is not a trivial task. Once this is done, the team can start the laser data collection at MBTA. Dr. Xie also showed a schematic developed by the Pavemetrics Systems Inc. group of how to mount the LCMS.

- o **Task 11**: This task is to develop algorithms to interpret the laser data. The laser group (UMass Lowell, Duke University, Penn State University Altoona, and Pavemetrics Systems Inc.) is working on reviewing relevant algorithms.

  - ▪ Instead of waiting on the laser data from MBTA for the algorithm development, Dr. Xie noted that the group has decided to use the laser data for Tokyo Metro system collected by Pavemetrics Systems Inc. for now.

  - ▪ Pavemetrics Systems Inc. has shared the Tokyo Metro data with Drs. Xie and Zhao. The laser group is investigating the data now.

- o **Task 12**: Dr. Huang from Penn State University Altoona stated that he is working on the track dynamic model. This model is designed to come up with a critical performance spectrum, which is capable of modeling track defects. He explained that this model was originally designed for railroads, but he is revising it for rail transit.

- o **Task 13**: Dr. Xie stated that the team has evaluated three different strategies to georeference the collected data, which are 1) extrapolation or corrections based on ad-hoc GPS survey; 2) integration of GPS and Inertia Navigation System (or Inertia Measurement Unit); and 3) Using an encoder to track the distance traveled by high-rail truck. The team has ruled out the first option and will test the remaining two options. The team has purchased an encoder for the third option.

- o **Task 16**: Dr. Xie's group is working on the WebGIS-Based Decision Support System (DSS). They have obtained and installed the ArcGIS for Server package. A master's student in the Computer Science Department at UMass Lowell was hired to work on this task. She is making significant progress.


- ➢ Future Plans

  - o Dr. Xie stated that the team will: 1) continue working on the GPR subsystem development; 2) develop GPR algorithms based on the data obtained from UIUC; 3) complete the construction of the wooden box in the 2nd quarter and start producing GPR data in the lab; 4) finish the laser data collection at MBTA in the 2nd quarter; and 5) develop laser algorithms using rail data from Tokyo Metro.


- ➢ Problems Encountered

  - o Dr. Xie explained that the ordering of the equipment and supplies for this project has taken considerable amount of time. The good thing is that the team now has all the equipment and tools they need for the laser data collection. Another major problem the team encountered was the frame for mounting the laser device. MBTA is willing to help

**EXHIBIT 25**
**-101-**

the team solve this problem. Two of their engineers visited UMass Lowell this morning and took one laser profiler with them. This problem should be solved soon.

➢ Project Deliverables
  o Dr. Xie explained that based on Attachment #2 of the Cooperative Agreement between RITA and UMass Lowell, all project deliverables required in the first quarter have been submitted.

➢ Meetings & Collaborations
  o Dr. Xie stated that the team has a bi-weekly meeting on every other Tuesday at 3:00 PM for the laser group; the radar group meets every two weeks on Wednesday at 1:30 PM; and the PI does not have a fixed meeting schedule with CodeRed Business Solutions. But they have had numerous phone conversations and several face-to-face meetings.

**Questions & Comments**

➢ **Question #2**: Mr. Lennart Long asked if this system can detect casting anomalies such as blowholes and weaknesses in rails. He wants to know if the developed system can detect blowholes or it has to wait until the rail cracks before it can see the blowholes.
  o Dr. Xie explained that the developed laser system is intended to detect surface anomalies (mainly cracks in concrete ties, missing bolts, and wide rail gauge), but not subsurface anomalies such as blowholes. He stated that subsurface problems like blowholes may be better detected by ultra-sound technology.
  o Mr. John Laurent noted that he agrees with what Dr. Xie said.

➢ **Comment #1**: Mr. Ronald Humphrey emphasized that the items the team is trying to detect are what MBTA and other rail transit agencies are most concerned about.
  o Dr. Xie noted that based on the literature review and discussions with engineers from transit agencies, he believes that those defects are what transit agencies are most interested in.
  o Mr. John Lewis explained that MBTA is also concerned about the surface wires attached to the rails as well as third rail insulators (specifically for the MBTA red line).
  o Dr. Xie stated that the team will first focus on what have been promised in the proposal. The team will then try to suit the additional needs of MBTA and Metro St. Louis.

➢ **Comment #2**: Dr. Xie noted that the next quarterly report is due on January 15, 2013.

**Meeting adjourned at 2:12 P.M.**

**EXHIBIT 25**
**-102-**