## 25th Annual Road Profile Users' Group Meeting
## September 16-19, 2013
### San Antonio, Texas

## Agenda Summary

| Monday, September 16 | |
|---|---|
| 08:00 am – 04:30 pm | **TPF 05-063 Pooled Fund Meeting** |
| 01:00 pm – 05:00 pm | **Basic ProVAL Workshop** |
| **Tuesday, September 17** | |
| 07:00 am – 08:00 am | **Breakfast** |
| 08:00 am – 09:45 am | **Session 1 – Welcome, FHWA Program Updates, Vendor Introductions** |
| 09:45 am – 10:15 am | **Break/Vendor Exhibits** |
| 10:15 am – 11:55 am | **Session 2 – Profile Measurement and Analysis** |
| 11:55 am – 01:00 pm | **Lunch** |
| 01:00 pm – 02:40 pm | **Session 3 – 3D Scanning** |
| 02:40 pm – 03:10 pm | **Break/Vendor Exhibits** |
| 03:10 pm – 04:50 pm | **Session 4 – Friction Measurements** |
| 04:50 pm – 05:20 pm | **Session 5 – RPUG Open Business Meeting** |
| 05:30 pm – 07:30 pm | **Ice Breaker Reception** |
| **Wednesday, September 18** | |
| 07:00 am – 08:00 am | **Breakfast** |
| 08:00 am – 10:10 am | **Session 6 – RPUG Past, Present and Future** |
| 10:10 am – 10:40 am | **Break/Vendor Exhibits** |
| 10:40 am – 11:55 am | **Session 7 – Profile Certification** |
| 11:55 am – 01:00 pm | **Lunch** |
| 01:00 pm – 03:00 pm | **Session 8 – Profiler Certification** |
| 03:00 pm – 03:20 pm | **Break/Vendor Exhibits** |
| 03:20 pm – 05:00 pm | **Session 9 – Asset Management** |
| | **Dinner on your own** |
| **Thursday, September 19** | |
| 07:00 am – 08:00 am | **Breakfast** |
| 08:00 am – 09:40 am | **Session 10 – General Surface Characteristics** |
| 09:40 am – 10:30 am | **Break/Vendor Exhibits** |
| 10:30 am – 11:45 am | **Session 11 – Ride Measurements** |
| 11:45 am – 01:00 pm | **Lunch on your own** |
| 01:00 pm – 05:00 pm | **Advanced ProVAL Workshop** |

# 25th Annual Road Profile Users' Group Meeting
## San Antonio, Texas

### Monday, September 16, 2013

| Pooled Fund Study and ProVAL Workshop |
|---|
| **8:00 am – 4:30 pm**<br>*TPF 05-063 Pooled Fund Meeting*<br>　　*Bob Orthmeyer (FHWA)*<br><br>**1:00 pm – 5:00 pm**<br>*Basic ProVAL Workshop*<br>　　*George Chang (Transtec Group), Steve Karamihas*<br>　　*(UMTRI), and Jennifer Rutledge (Transtec Group)* |

# 25th Annual Road Profile Users' Group Meeting
## San Antonio, Texas

### *Tuesday, September 17, 2013*

**7:00 am**         Meeting Registration Opens – Exhibits Open

| | |
|---|---|
| **Session I** <br> **Welcome and FHWA Program Updates** <br> **Moderator: Steve Karamihas (UMTRI), RPUG President** ||
| **8:00 am – 8:20 am** <br> **Welcome to San Antonio, Texas** <br>    Mario Jorge, P.E., TxDOT San Antonio District Engineer <br>    James Travis, P.E., FHWA Asset Management Engineer <br> **8:20 am – 8:35 am** <br> **MAP-21 Update** <br>    Chris Chang (FHWA) <br> **8:35 am – 8:55 am** <br> **Performance Measures Update** <br>    Tom Van (FHWA) <br> **8:55 am – 9:20 am** <br> **MAP-21-Induced Changes for HPMS Pavement Data Reporting** <br>    Robert Rozycki (FHWA) <br> **9:20 am – 9:35 am** <br> ***Improving the Quality of Pavement Surface Distress and Transverse Profile Data Collection and Analysis – New Pooled Fund Study coming soon*** <br>    Andy Mergenmeier (FHWA) <br> **9:35 am – 9:45 am** <br> **Vendors' Brief Introduction** | **Notes** |
| **9:45 – 10:15**   **Break – Visit Exhibitors** ||
| **Session II** <br> **Profile Measurement and Analysis** <br> **Moderator: Eric Prieve (CODOT)** ||
| **10:15 am – 10:40 am** <br> **IRI Testing in North Carolina** <br>    Christopher Bacchi (Trimat Materials Testing), Paul Rogers (Trimat Materials Testing), and Nilesh Surti (NCDOT) <br> **10:40 am – 11:05 am** <br> **Addressing Localized Roughness at The Project Level** <br>    Gary Higgins (Earth Engineering Consultant) <br> **11:05 am – 11:30 am** <br> **Long Term Pavement Performance (LTPP) Automated Faulting Model** <br>    Mahesh Agurla and Sean Lin (Engineering & Software Consultants) <br> **11:30 am – 11:55 am** <br> **The Nar Nar Goon Validation Site** <br>    Richard Wix (ARRB) | **Notes** |
| **11:55 pm – 1:00 pm**   **Lunch** ||

# 25th Annual Road Profile Users' Group Meeting
## San Antonio, Texas

### *Tuesday, September 17, 2013 (cont.)*

| | |
|---|---|
| **Session III**<br>**3D Scanning**<br>**Moderator: Neil Mastin (NCDOT)** | |
| **1:00 pm – 1:25 pm**<br>***Network Level 3D Data Collection at 1mm Resolution and at 60mph***<br>    Kelvin C.P. Wang (OSU and WayLink)<br>**1:25 pm – 1:50 pm**<br>***Using 3D Transverse Profiles (4000 points) versus Multiple Single Point Lasers and How The Specifications and Methods Compare for Measuring (rutting, macro-texture, IRI, transverse, and longitudinal)***<br>    John Laurent (Pavemetrics)<br>**1:50 pm – 2:15 pm**<br>***Validation of Automated Pavement Distress Detection, Evaluation and Reporting Processes – Canadian Experience***<br>    Li Ningyuan and Stephen Lee (MTO)<br>**2:15 pm – 2:40 pm**<br>***Development and Field Evaluation of a Texture Measurement System on Continuous Profiles from a 3D Scanning System***<br>    Todd Copenhaver, Phillip Hempel, Robin Huang and Magdy Mikhail (TXDOT) | Notes |
| **2:40 pm – 3:10 pm** | **Break – Visit Exhibitors** |
| **Session IV**<br>**Friction Measurements**<br>**Moderator: LaDonna Rowden (ILDOT)** | |
| **3:10 pm – 3:35 pm**<br>***Harmonization of Friction Measuring Devices Using Robust Regression Methods***<br>    Samer Katicha, Gerardo W. Flintsch and Edgar de León Izeppi (VTech)<br>**3:35 pm – 4:00 pm**<br>***RT3 Friction Measurement Technology***<br>    Don Halliday (Halliday LLC)<br>**4:00 pm – 4:25 pm**<br>***Friction Testing***<br>    Larry Scofield (IGGA)<br>**4:25 pm – 4:50 pm**<br>***A Modified Approach to Friction Data Collection***<br>    John Andrews (MD SHA) | Notes |
| **Session V**<br>**RPUG Open Business Meeting**<br>**Moderator: Doug Chalman (Fugro)** | |
| **4:00 pm – 5:20 pm**<br>***Discussion and Questions***<br>    Doug Chalman (Fugro) | |
| **5:30 pm – 7:30 pm** | **Ice Breaker Reception** |

# 25th Annual Road Profile Users' Group Meeting
## San Antonio, Texas

## Wednesday, September 18, 2013

| Session VI<br>RPUG Past, Present and Future<br>Moderator: Magdy Mikhail (TxDOT) ||
|---|---|
| **8:00 am – 8:35 am**<br>*History of RPUG*<br>     Richard Wix (ARRB) and Steve Karamihas (UMTRI)<br>**8:35 am – 9:20 am**<br>*A Vision for the Next 25 Years of RPUG*<br>     Rudy Blanco (Pathway), Dave Huft (SDDOT), Kevin McGhee (VDOT) and Bob Orthmeyer (FHWA)<br>**9:20 am – 9:45 am**<br>*Profiler Certification Process at the Virginia Smart Road*<br>     Edgar de León Izeppi, Gerardo W. Flintsch and Samer Katicha (VTech)<br>**9:45 am – 10:10 am**<br>*Development of a New Laser Reference Profiler and Testing at MnRoad 2013*<br>     Paul Toom (Cherry Systems Research) | Notes |
| **10:10 am – 10:40 am** | **Break – Visit Exhibitors** |
| Session VII<br>Profile Certification - I<br>Moderator: Kevin McGhee (VDOT) ||
| **10:40 am – 11:05 am**<br>*New TxDOT Profiler Certification Tracks*<br>     Emmanuel Fernando (TTI) and Magdy Mikhail (TxDOT)<br>**11:05 am – 11:30 am**<br>*High-Speed Inertial Profiler Precision on Asphalt Pavements*<br>     Abednour Nazef (FDOT) and Alexander Mraz (ARA)<br>**11:30 am – 11:55 am**<br>*Use of Probe Vehicles to Measure Road Ride Quality*<br>     Samer Katicha and Gerardo W. Flintsch (VTech) | Notes |
| **11:55 am – 1:00 pm** | **Lunch** |

# 25th Annual Road Profile Users' Group Meeting
## San Antonio, Texas

### Wednesday, September 18, 2013 (cont.)

| Session VIII<br>Profiler Certification - II<br>Moderator: John Andrews (MD SHA) ||
|---|---|
| **1:00 pm – 1:25 pm**<br>*Implementation of Cross Correlation for Profiler Accuracy and Repeatability Testing*<br>    Steve Karamihas (UMTRI)<br>**1:25 pm – 1:50 pm**<br>*Survey of Profiler Certification Methods*<br>    Dave Huft (SDDOT)<br>**1:50 pm – 3:00 pm**<br>*Panel Discussion on Regional/National Profiler Certification*<br>    Bob Briggs (Dynatest), Bob Olenoski (ICC), Darel Mesher (EBA), Peter Vacura (Caltrans), Bob Orthmeyer (FHWA) and Emmanuel Fernando (TTI) | Notes |
| **3:00 pm – 3:20 pm** | **Break – Visit Exhibitors** |
| Session IX<br>Asset Management<br>Moderator:  James Watkins (MSDOT) ||
| **3:20 pm – 3:45 pm**<br>*Getting the Best Right-of-Way Image*<br>    Damion Orsi , Cyrus Minwalla, and Hitesh Shah (Fugro)<br>**3:45 pm – 4:10 pm**<br>*Integrating LiDAR into Pavement Management Systems*<br>    Raymond Mandli (Mandli)<br>**4:10 pm – 4:35 pm**<br>*Use Ground Penetrating Radar Technology to Evaluate Rutting in An Asphalt Overlay*<br>    Feng Hong and DarHao Chen (TXDOT)<br>**4:35 pm – 5:00 pm**<br>*Rutting as a Performance Indicator*<br>    Amy Simpson (Amec) | Notes |

# 25th Annual Road Profile Users' Group Meeting
## San Antonio, Texas

## Thursday, September 19, 2013

| | |
|---|---|
| **Session X**<br>**General Surface Characteristics**<br>**Moderator: Bob Orthmeyer (FHWA)** ||
| **8:00 am – 8:25 am**<br>*The Effect of Road Surface Properties on Vehicle Coast Down Testing*<br>     Bob Babcock (Hyundai/Kia Motor Group)<br>**8:25 am – 8:50 am**<br>*An Update of the Benchmark Profiler Experiment*<br>     Steve Karamihas (UMTRI) and Rohan Perera (SME)<br>**8:50 am – 9:15 am**<br>*Dependency of Coefficient of Rolling Resistance on Pavement Surface Characteristics*<br>     Richard Sohaney (Transtec Group)  and<br>     Bernard Izevbekhai (MnDOT)<br>**9:15 am – 9:40 am**<br>*Comparison of MPD Values Obtained from High Speed Laser Measurements with Values Obtained from Two Stationary Devices*<br>     Rohan Perera (SME) and Larry Wiser (FHWA)<br>**9:40 am – 10:00 am**<br>*Pooled Fund Study TPF-5(063) and FHWA Surface Characteristics Program Update*<br>     Bob Orthmeyer (FHWA) | Notes |
| **10:00 am – 10:30 am** | **Break** |
| **Session XI**<br>**Ride Measurements**<br>**Moderator: George Chang (Transtec Group)** ||
| **10:30 am – 10:55 am**<br>*Instantaneous IRI*<br>     John Ferris (VTech)<br>**10:55 am – 11:20 pm**<br>*Profile Measurement Errors Due to Horizontal Acceleration*<br>     Steve Karamihas (UMTRI) | Notes |
| **11:20 am** | **Lunch on your own** |
| **1:00 pm – 5:00 pm**<br>**Advanced ProVAL Workshop**<br>     *Steve Karamihas (UMTRI), George Chang (Transtec Group), and Jennifer Rutledge (Transtec Group)* | |

EXHIBIT 28
-145-