

Vision Technology for Inspection of Transportation Infrastructures

**PAVEMETRICS Systems Inc.**

**150 Boulevard René-Lévesque Est, Suite 1820**
**Québec, Québec, CANADA**
**G1R 5B1**

**www.pavemetrics.com**

EXHIBIT 29
-146-



EXHIBIT 29
-147-



EXHIBIT 29
-148-



EXHIBIT 29
-149-



# Pavemetrics product line







**LRMS**
- Pavement Rutting

**LCMS**
- 3D Pavement Imaging
- Pavement Rutting
- Macro-Texture
- Pavement Cracking
- Pavement Roughness
- Road/Airport/Tunnel/Rail Inspection

**LRIS**
- Pavement Imaging

5

**EXHIBIT 29**
**-150-**

# 200+ systems in 30+ Countries

























6

EXHIBIT 29
-151-



# LCMS – Certified Technology

## Is NOT a prototype

**It is a well used and <u>certified</u> system.**











**EXHIBIT 29**
**-152-**



# LCMS Users 50+ systems

**USA**

    California - Caltrans
    Utah DOT
    Kentucky DOT
    Kansas DOT
    Tennessee DOT
    Nevada DOT
    Rhode Island DOT
    Illinois DOT
    Georgia Tech University
    Virginia Tech
    US Army Test Tracks
    University Mass. Lowell
    PennDOT
    City of Phoenix, AZ
    South Dakota DOT

**Canada**

    MTO – Ontario (Ministry of Transportation)
    MTQ – Quebec (Ministry of Transportation)
    Nova Scotia DOT
    SNC Lavalin - Qualitas
    Dessau - LVM Technisol
    TetraTech – EBA

**Denmark, Belgium,
Italy, Netherlands,
Spain, Ireland,
China, Japan,
Qatar, India,
New Zealand, Australia
Sudan, Chile**

**EXHIBIT 29**
**-153-**



# Integrators – North America

Dynatest (www.dynatest.com)

Enterinfo (www.enterinfo.com)

Fugro-Roadware (www.roadware.com)

ICC – (www.intlcybernetics.com)

Mandli – (www.mandli.com)

EXHIBIT 29
-154-



# LCMS - System configuration



EXHIBIT 29
-155-