

EXHIBIT 30
-156-



# Pavemetrics product line



**LRMS**
- Pavement Rutting



**LCMS**
- 3D Pavement Imaging
- Pavement Rutting
- Macro-Texture
- Pavement Cracking
- Pavement Roughness
- Road/Airport/Tunnel/Rail Inspection



**LRIS**
- Pavement Imaging

2

EXHIBIT 30
-157-



# Applications of Pavemetrics Technology



**Airport FOD Detection**



**Rail Inspection**



**Tunnel Inspection**



**Highway Inspection**



**Pavemetrics**

# 200+ systems in 30+ Countries



4

EXHIBIT 30
-159-



# LCMS Users

**USA**
- California - Caltrans
- Utah DOT
- Kentucky DOT
- Kansas DOT
- Tennessee DOT
- Nevada DOT
- Rhode Island DOT
- Illinois DOT
- Georgia Tech University
- Virginia Tech
- US Army Test Tracks
- University Mass. Lowell
- PennDOT
- City of Phoenix, AZ
- South Dakota DOT

**Canada**
- MTO – Ontario (Ministry of Transportation)
- MTQ – Quebec (Ministry of Transportation)
- Nova Scotia DOT
- SNC Lavalin - Qualitas
- Dessau - LVM Technisol
- TetraTech – EBA

**Denmark, Belgium, Italy, Netherlands, Spain, Ireland, China, Japan, Qatar, India, New Zealand, Australia Sudan, Chile**

EXHIBIT 30
-160-



# Integrators

- ARRB (www.arrb.com.au)
- Dynatest (www.dynatest.com)
- Enterinfo (www.enterinfo.com)
- Euroconsult (www.euroconsult.es)
- Fugro-Roadware (www.roadware.com)
- ICC – (www.intlcybernetics.com)
- Mandli – (www.mandli.com)
- Rodeco – (www.rodeco.it)
- Romdas – (www.romdas.com)

EXHIBIT 30
-161-



# LCMS – Certified Technology

## Is NOT a prototype

It is a well used and <u>certified</u> system.







EXHIBIT 30
-162-




EXHIBIT 30
-163-