2/19/2012



# An Automatic Track Inspection Using 3D Laser Profilers to Improve Rail Transit Asset Condition Assessment and State of Good Repair: A Preliminary Study

Presented by

Samy Metari, Mario Talbot, and John Laurent, *Pavemetrics Systems, Inc.*
Yuanchang Xie, *University of Massachusetts Lowell*
Kaiguang Zhao, *Ohio State University*

January 14, 2014
Transportation Research Board 93rd Annual Meeting

## Outline

- Background
- Rail Gauge Estimation
- Detection and Recognition of Missing Fasteners
- Detection of Cracks in Cross Ties
  - *Cross Tie Detection*
  - *Crack Detection*
- Conclusions

2

1

EXHIBIT 31
-164-

2/19/2012

## Background

- From 2000 to 2010, about *1/3* of the train accidents in the U.S. were caused by track defects.
- In Florida, track defects accounted for *36%* of the train accidents during the same period.
- In a 2008 FTA report, it was estimated that approximately *25%* of the nation's rail and bus assets are in *marginal or poor condition*.



3

## Track Inspection Practices

- Primarily based on *visual* observations
- Ultrasound is used for rail inspections twice a year.
- Ties, fastener systems, and tunnels are inspected *visually* on a weekly or monthly basis.



4

2

EXHIBIT 31
-165-





2/19/2012









2/19/2012





2/19/2012

## Detection and Recognition of Cross-Ties

 

Dynamic ROI - Minimum threshold:
- Consider a half range image
- Calculate the mean of each vertical vector
- Calculate the mean of each consecutive five vector elements
- Calculate the min of the means

13

## Detection and Recognition of Cross-Ties

Dynamic ROI - Maximum threshold:
- Consider the middle of the image.
- Calculate the mean of each horizontal vector.
- Calculate the mean of each consecutive five vector elements
- Calculate the min of the means.



14

EXHIBIT 31
-170-

2/19/2012





2/19/2012





EXHIBIT 31
-172-

2/19/2012

## Conclusions

- This research introduces a computer vision based system for rail gauge estimation, detection of existing/missing fasteners, and the detection of cracks in cross ties.
- The system can be easily mounted on a hi-rail vehicle and is a promising alternative to existing inspection methods.
- The research team is currently testing the system on additional data collected from Metro St. Louis and Massachusetts Bay Transit Authority (MBTA).
- The system setup may be adjusted for assessing other track components such as ballast, track bed slope, fishplates, corroded railroad tracks, and overhead power and signal lines.
- Additionally, our next steps include a web-based decision support system and a mobile app that can facilitate the data visualization and management, decision making, and field asset inspection.

19

## Thank you!



U.S. Department of Transportation
Research and Innovative Technology Administration

CRBS    Colvin's Aerial Trucks

The authors would like to thank the U.S. Department of Transportation's Research and Innovative Technology Administration (USDOT/RITA) for providing financial support (Cooperative Agreement # RITARS-12-H-UML) to this project. The views, opinions, findings and conclusions reflected in this presentation are the responsibility of the authors only and do not represent the official policy or position of the USDOT/RITA, or any State or other entity.

20