

# Detection of Range-Based Rail Gage and Missing Rail Fasteners

## Use of High-Resolution Two- and Three-Dimensional Images

Alejandro García Lorente, David Fernández Llorca, Miguel Gavilán Velasco, José Antonio Ramos García, and Fernando Sánchez Domínguez

**Defects in railroad tracks are responsible for several incidents every year. Rail gage is one of the most important measurements for track maintenance because deviations in gage indicate where potential defects may exist. In addition, missing rail fasteners can be considered a critical defect that should be detected and repaired because missing fasteners are a common cause of gage misalignment issues. An improvement or enhancement to the currently available automatic inspection system specifically devised to estimate rail gage and detect missing rail fasteners is presented. A three-dimensional (3-D) imaging sensor, which produces high-resolution two-dimensional images and 3-D profiles, is used to capture the data. Then a range-based approach is used to inspect the railroad track. The 3-D structure of the rail components (rail heads and rail fasteners) is relied on instead of a vision-based approach, which suffers from illumination changes. The system is evaluated with data recorded from real scenarios in two cities (Metro Madrid in Spain and the London Underground) with different nominal gage values and fastening elements. The system is described, and results are presented, evaluated, and discussed.**

Defects in railroad track are responsible for several incidents every year resulting in fatalities, injuries, extensive material damage, environmental damage (dangerous goods), and more. According to the FRA Office of Safety Analysis, 32% of the train accidents in the United States in the decade from 2000 to 2010 occurred because of defects in the track (*1*). Although in the European Union most of the fatalities are caused by railway suicides, rolling stock in motion, and level-crossing accidents, on average a derailment or a collision is reported at least every second day (*2*). Most of the derailment accidents and collisions are also due to defects in the track and they are usually categorized as serious accidents into which most national safety authorities decide to open an investigation. Accordingly, efficient inspection and maintenance of railroad track are fundamental tasks that should be carried out on a regular basis. Human inspectors are usually the main actors when track inspection is performed.

A. G. Lorente and D. F. Llorca, Computer Engineering Department, Polytechnic School, University of Alcalá, 28871 Alcalá de Henares, Madrid, Spain. M. G. Velasco, J. A. R. García, and F. Sánchez Domínguez, Euroconsult Group, Avenida Montes de Oca, 9-11, San Sebastian De los Reyes 28703, Madrid, Spain. Corresponding author: M. G. Velasco, mgavilan@euroconsult-group.com.

Transportation Research Record: Journal of the Transportation Research Board, No. 2448, Transportation Research Board of the National Academies, Washington, D.C., 2014, pp. 125–132.
DOI: 10.3141/2448-15

Although their efforts are very thorough, the manual inspection process can be extremely tedious, demanding, and time-consuming. An automatic inspection system able to identify railroad track defects will therefore be a valuable tool to improve the efficiency of current inspection procedures. Track defects can be classified into two main categories: (*a*) track geometry, which includes deviation from the nominal gage measure, misalignment, and other defects, and (*b*) track structure, which includes defects and missing parts in the tie plates, fasteners, bolts, and so on.

The main goal of the proposed work is to present a new non-contact-type railroad track inspection system by means of a three-dimensional (3-D) imaging sensor that produces high-resolution two-dimensional (2-D) images and 3-D profiles. The data supplied by the sensor are analyzed with intelligent 3-D processing techniques; the focus is on two main objectives: track gage monitoring and missing rail fastener detection. Rail gage is obtained by analyzing the 3-D cross-sectional profile with a resolution of 1 mm. Rail heads are first detected and the limits of the inner faces are refined by searching the points that appear at a certain distance below the rail head. Missing fastener detection is carried out by using a generic two-stage approach that combines localization and verification.

### RELATED WORK

There is extensive literature on automatic inspection of railroad track and track components. Inspection technologies are usually installed onboard track geometry cars, which include computers to process and display data gathered by the systems. Although contact measurement systems exist, they can be considered obsolete since most of the measurement devices are now based on non-contact sensors. Well-established inspection techniques such as ultrasonic rail flaw, geometry car testing, and inertial accelerometers were surveyed by Sawadisavi et al. (*3*). The authors stated that machine vision is the most applicable technology given the manual and visual nature of old track inspections. As a matter of fact, machine vision approaches to assist rail track inspection have attracted much interest in recent years from both the industry and research groups at universities.

A track simulation model used to evaluate camera views and to provide synthetic images for machine vision algorithm development was proposed by the Computer Vision and Robotics Laboratory at the University of Illinois (*3*). Cameras are placed to obtain lateral views of track components. The inspection algorithm follows a global-to-local scheme, with the most consistent detectable objects

EXHIBIT 32
-174-

being located first (ballast, rail, ties) followed by smaller components (tie plates, spikes, and anchors). With edge detection and texture information, Edwards et al. present a robust means of detecting rail, ties, and tie plates (*4*), which again narrows the search area. Then prior knowledge of probable component locations is applied to determine the presence of spikes and rail anchors. In recent work, special track components are periodically inspected to detect turnouts (*5, 6*).

The Exploratory Computer Vision Group at the Thomas J. Watson Research Center, in Ossining, New York, developed a vision-based track condition monitoring system able to detect different rail components such as spikes, anchors, tie plates, and bolts (*7, 8*). The Hough transform plays a very important role here, since it is used to locate both tie plates (lines) and spikes (ellipses). Spike holes and anchors are detected by analyzing edge distribution. The system is evaluated by using the authors' data set, resulting in an average detection rate of 98.2%. The authors remark on the high variability of track component appearance that comes from diversities in components (anchor, tie plate, spikes, etc.) type, size, shape, camera viewpoint, occlusion, and light condition.

The Computer Vision Laboratory at the University of Central Florida, in Orlando, proposed the use of SIFT features combined with MACH filters and SVM to detect both rail fasteners and missing rail fasteners (*9, 10*). Rail fasteners hold the steel rail to the perpendicular crossties. Since these crossties can take several geometries and can differ depending on their purpose and producer, the problem is addressed as a multiclassification problem. Up to seven classifications are used including steel clips, E-clips, missing, defective, and so on. Lighting variance is mitigated by using normalized correlation filters.

Considering the detection of the rail gage, Babenko (*9*) and Shah (*10*) present two approaches: pure laser and pure camera. The vision-based approach uses the Hough transform to detect persistent edge lines and validate the rail limits. The laser-based approach applies a three-means clustering technique to isolate the rail head. The rail head surface is then approximated by a third-degree polynomial, and the inner rail edge points are obtained by computing the intersection of a vertical plane tangent to the rail head surface. Finally, the rail gage is calculated by using the distance between matching edge points. Although the methods are well explained, the evaluation is incomplete because no comparisons are given with respect to any existing ground truth.

In the context of the industry, various commercial systems are available for performing rail track inspection. Examples include the Aurora system for inspecting wood ties, rail seat abrasion, tie plates, anchors, and spikes (*11*). ENSCO developed the VisiRail joint bar inspection system, which uses high-resolution scan line cameras and laser sensors (*12*). High-speed line-scan cameras are also used by the system developed by MER MEC Group to detect track surface defects and measure track geometry, rail profile, and rail corrugation (*13*). Finally, the TrackVue system, developed by Rail Vision, is applied for measuring rail wear, track gage and curvature, rail cant and vegetation cover, and so forth with an array of cameras and laser equipment (*14*). With commercial systems, neither technical details nor performance reports are available, so it is hard to establish their performance in the context of some reference baseline.

In this study, a range-based rail track inspection system is presented. The nature of the data does not suffer from illumination changes as happens with machine vision algorithms. The approach presented here relies on the 3-D structure of the rail components (rail heads and rail fasteners) to obtain two main determinations: track gage and missing rail fasteners. The system is evaluated with data recorded from real scenarios in different countries with different nominal gauge values and fastening systems.

## SYSTEM DESCRIPTION

The proposed rail track inspection system can be defined by three main blocks, shown in Figure 1. The measurement device is composed of a set of sensors including an odometer, an inertial measurement unit, and the laser and scan-line camera system. The sensors are connected to a personal computer, which is responsible for recording all the data provided by the sensors. Online processing is not a critical point for this application. Accordingly, the procedure was designed to store all the data in a set of data storage devices that will be used as the input of the offline processing system.

### Measurement Device

The main component of the measurement block is the high-speed laser scanner (*15*), which provides both 2-D images and high-resolution 3-D profiles of the railroad track (Figure 2*b*). It can scan at 1-mm image resolution and 3-D data at acquisition speeds between 0 and 50 km/h. The platform used to store the data is integrated into a global system devised for tunnel inspection (Figure 2*a*). The acquisition software uses the data provided by the laser scanner, the inertial measurement unit, and the odometer to finally store a 3-D cloud of points with appearance information coming from the scan-line camera. Some examples of the data supplied by the sensor are shown in Figure 3. As can be observed, the level of detail is very rich. The track components (rail heads, fastening systems, tails, etc.) are visible and distinguishable.

### Track Gage Detection

The proposed approach used to estimate the rail gage is shown in Figure 4. The 3-D cloud of points is divided into horizontal scan lines that are evaluated independently. To detect the main changes (edges) of the scan-line profile, the derivative of Gaussian (DoG) function was used. The DoG allows edge detection in only one step in the context of noise. An example of the DoG applied in a single scan line that corresponds to one rail is shown in Figure 5.

In order to detect the inner rail edges, the definition of rail gage is used, which is computed with respect to the two inner points of both rails, defined 14 mm below each rail head top. Accordingly,



FIGURE 1   System overview.

EXHIBIT 32
-175-

Lorente, Llorca, Velasco, García, and Domínguez 127



FIGURE 2  Laser scanner: (*a*) tunnel–rail track inspection platform and (*b*) sensor overview.



FIGURE 3  Data supplied by high-speed laser scanner and scan-line camera showing track components (rail heads, fastening systems, tails, etc.).



FIGURE 4  Overview of rail gage detection procedure.

EXHIBIT 32
-176-



**FIGURE 5**  Scan-line 3-D profile and DoG result.

the first step consists in computing the rail head depth. As can be observed in Figure 5, the rail head boundaries produce a maximum and a minimum in the DoG function. By searching this specific pattern (maximum and minimum) and introducing a depth restriction (the rail head is considered the closer region with respect to the sensor), the rail head limits are obtained. The depth of the rail head is computed as the mode value between those boundaries. Then the inner rail edges are estimated by selecting the inner point that appears 14 mm below the rail head depth. A linear interpolation is applied when no point appears at this exact position with respect to the rail head depth. An example of this procedure is shown in Figure 6.

Once the inner edges of both the right and left rails are detected for one specific scan line, the same procedure is applied in a predefined number of scan lines. According to the sensor resolution, each scan line represents 1 mm. Then all the inner edges of the rail head are robustly modeled by means of a RANSAC-based line fitting procedure (Figure 7). After the inner rail lines are determined, the last step is the calculation of the rail gage between matching points. A postprocessing step is applied to the estimated rail gage curve by smoothing it with a one-dimensional $1 \times 7$ Gaussian filter.

### Rail Fastener Detection

Rail fastener detection is carried out in a two-stage approach. First, the base plate is located by using a 2-D matching scheme applied over depth images directly obtained from the 3-D data. Second, a 3-D iterative closest point is applied by using previous knowledge about the fastener location.

Depth images are obtained by integrating the 3-D information given by the laser. The gray color provided to the 2-D image is



**FIGURE 6**  Rail head inner edge computation example (right head); mirrored version of this procedure is applied over left rail head.

EXHIBIT 32

-177-

Lorente, Llorca, Velasco, García, and Domínguez                                                                                         129



FIGURE 7   Rail head inner line detection.

directly related to the distance between the point and the laser. The location of the point is directly related to the *X-Y* coordinates. The maximum and minimum range used when the distance into a gray value is coded is defined by using previous knowledge about the sensor height. Some examples of the depth images obtained with this procedure are shown in Figure 8. The 2-D matching approach uses a predefined template that has to be provided as a manual input. This template should contain the base plate, the rail, and the fasteners. This is the unique process that requires manual intervention. Once the 2-D template is given, the base plate location system applies a 2-D template matching between the template and the depth image, guided by the location of the rail (which is detected following the aforementioned procedure). Two examples of the base plate location approach are shown in Figure 9. In this case, two templates are used depending on the rail (left or right). The detected inner edge of each one of the rails is outlined in red.

Once the base plate is properly located, a 3-D iterative closest point algorithm is applied with a manually predefined 3-D model of the fastener and previous knowledge about the expected location of the fastener. The located base plate is first isolated in three dimensions. Then, the 3-D cloud of points corresponding to the expected location of the fastener is extracted. Finally, the iterative closest point with that cloud of points is applied with the predefined 3-D model. If the difference between both clouds of points is greater than a threshold, the fastener is considered to be missed. Some examples are given in Figure 10.

### EXPERIMENTAL RESULTS

In order to validate the proposed automated rail track inspection system, a set of experiments was devised with real data obtained from Metro Madrid and the London Underground. The system is first calibrated for rail gage estimation by using data recorded in a controlled scenario. Preliminary results are shown in the context of missing rail fastener detection.

### Calibration Results

Two steel guides (Figure 11) placed at a set of predefined positions in a controlled scenario are used to define ground truth and establish a reference pattern. The rail gage detection system is run and the results are compared with the ground truth. Table 1 shows the results. As can be observed, the average error is 0.9952%, always below the ground truth values. Accordingly, all the rail gage estimation is corrected by a factor of 1.009952 to obtain the best estimate. This procedure leads to an average postcalibration error of 0.0103%.



FIGURE 8   Depth images obtained with procedure.

EXHIBIT 32
-178-



FIGURE 9   Base plate location: (*a*) tension clamp and (*b*) e-clip.



FIGURE 10   ICP: (*a*) bolt clamp, (*b*) tension clamp, and (*c*) e-clip.

### Rail Gage Detection Experiments

A considerable amount of data was collected corresponding to two different routes at Metro Madrid and London Underground. A total of 840 m was recorded from Metro Madrid, whereas a total of 500 m was collected from the London Underground. The nominal rail gage at straight sections was 1,445 mm and 1,435 mm for Metro Madrid and London Underground, respectively. Results obtained from the Madrid route are shown in Figure 12. The route contains a section with undetected turnouts, a straight section, and a curve. Nominal values for curve sections are always greater than those for straight sections. Results obtained from the London route are supplied in Figure 13. Some spurious values were obtained because of vibrations in the recording platform.

As can be observed in both cases, the estimated rail gages were very close to the nominal gage. Although no ground truth values were available for the whole route, some control points were recorded with errors less than 1 mm in all cases. Accordingly, the obtained results clearly validate this rail gage detection approach.

### Rail Fastener Detection Experiments

The data collected from both Metro Madrid and London Underground contain two different types of fastening systems: tension clamp (Madrid) and e-clip (London). Unfortunately the data for both routes showed no missing components, so in practice it was only possible to validate the rail fastener detection approach in terms of false positives. No false positives were reported.



FIGURE 11   Three-dimensional reconstruction of two steel guides used for sensor calibration.

**EXHIBIT 32**
**-179-**

Lorente, Llorca, Velasco, García, and Domínguez    131

TABLE 1  Ground Truth and Estimated Rail Gage Values

| Ground Truth (mm) | Before Calibration | | | After Calibration | | |
|---|---|---|---|---|---|---|
| | Estimated Rail Gage (mm) | Error (mm) | Relative Error (%) | Estimated Rail Gage (mm) | Error (mm) | Relative Error (%) |
| 1,200 | 1,187.9 | 12.14 | 1.01 | 1,187.9 | 0.28 | 0.02 |
| 1,300 | 1,290.4 | 9.58 | 0.73 | 1,290.4 | −3.24 | −0.25 |
| 1,400 | 1,388.5 | 11.47 | 0.82 | 1,388.5 | −2.32 | −0.17 |
| 1,500 | 1,484.8 | 15.17 | 1.01 | 1,484.8 | 0.42 | 0.03 |
| 1,600 | 1,584.7 | 15.28 | 0.96 | 1,584.7 | −0.47 | −0.03 |
| 1,700 | 1,681.1 | 18.87 | 1.11 | 1,681.1 | 2.17 | 0.13 |
| 1,800 | 1,778.5 | 21.49 | 1.19 | 1,778.5 | 3.80 | 0.21 |
| 1,900 | 1,878.7 | 21.35 | 1.23 | 1,878.7 | 2.60 | 0.14 |
| Average | na | 15.6687 | 0.9952 | na | 0.41 | 0.0103 |

NOTE: na = not applicable.

## CONCLUSIONS AND FUTURE WORK

In this work a range-based rail gage and rail fastener detection system was presented. A high-speed laser scanner that provides both 2-D intensity images and high-resolution 3-D profiles of the railroad track was used to capture data in an offline fashion. Track gage is estimated by analyzing edges on the 3-D profiles of subsequent scan lines. The DoG is applied to isolate edges in the presence of noise. The inner edges of both rails are estimated 14 mm below the rail head surface. Then inner lines are robustly estimated by using a 3-D RANSAC-based line estimator. The base plates that support the rail fastening system are first located by means of a 2-D template matching technique applied over 2-D depth images. Then rail fasteners are detected by means of a 3-D iterative closest point approach. Results were presented from two different scenarios: Metro Madrid and London Underground.

Future work should include the detection of turnouts. Some improvements can be introduced in the rail gage fastener detection procedure by using 2-D–3-D pattern recognition techniques. Other potential defects such as rail cracks or rail burns will be considered in future versions of the system. Finally, more experimental work has to be carried out on different routes of thousands of meters with the corresponding ground truth obtained by a manual labeling process. Thus, it would be possible to validate the whole system for commercial use.



FIGURE 12  Estimated rail gage corresponding to 840-m section of Madrid Metro containing turnouts (nondetected), straight section, and curve.

EXHIBIT 32
-180-

132 Transportation Research Record 2448



**FIGURE 13** Estimated rail gage corresponding to 500-m section of London Underground; section was mainly straight.

### ACKNOWLEDGMENTS

The authors acknowledge the local authorities of both Metro Madrid and London Underground for their valuable support. This work was supported by Euroconsult Group (Madrid, Spain) through an interdisciplinary research collaboration with the Innovative Sensing and Intelligent Systems research group at the University of Alcalá, Spain.

### REFERENCES

1. Federal Railroad Administration Office of Safety Analysis website. http://safetydata.fra.dot.gov/OfficeofSafety. Accessed in 2013.
2. Eksler, V. *Intermediate Report on the Development of Railway Safety in the European Union.* Safety Unit, European Railway Agency, Valenciennes Cedex, France, 2013.
3. Sawadisavi, S., J. R. Edwards, J. M. Hart, E. Resendiz, C. P. L. Barkan, and N. Ahuja. Machine-Vision Inspection of Railroad Track. Presented at American Railway and Maintenance-of-Way Association Conference, Landover, Md., 2004.
4. Edwards, J. R., J. M. Hart, S. Sawadisavi, E. Resendiz, E., C. P. L. Barkan, and N. Ahuja. Advancements in Railroad Track Inspection Using Machine Vision Technology. Presented at American Railway and Maintenance-of-Way Association Conference, Chicago, Ill., 2009.
5. Molina, L. F., E. Resendiz, J. R. Edwards, J. M. Hart, C. P. L. Barkan, and N. Ahuja. Condition Monitoring of Railway Turnouts and Other Track Components Using Machine Vision. Presented at 90th Annual Meeting of the Transportation Research Board, Washington, D.C., 2011.
6. Resendiz, E., J. R. Hart, and N. Ahuja. Automated Visual Inspection of Railroad Tracks. *IEEE Transactions on Intelligent Transportation Systems,* Vol. 14, No. 2, 2013, pp. 751–760.
7. Li, Y., C. Otto, N. Haas, Y. Fujiki, and S. Pankanti. Component-Based Track Inspection Using Machine-Vision Technology. Presented at First International Conference on Multimedia Retrieval, Trento, Italy, Association for Computing Machinery, New York, 2011.
8. Trinh, H., N. Haas, L. Ying, C. Otto, and S. Pankanti. Enhanced Rail Component Detection and Consolidation for Rail Track Inspection. Presented at IEEE Workshop on Applications of Computer Vision, Breckenridge, Colo., 2012.
9. Babenko, P. *Visual Inspection of Railroad Tracks.* PhD dissertation. University of Central Florida, Orlando, 2009.
10. Shah, M. *Automated Visual Inspection/Detection of Railroad Track.* Final report. University of Central Florida, Orlando, July 2010.
11. *Aurora Track Inspection.* Aurora, Georgetown Rail Equipment Company, Georgetown, Tex. http://www.auroratrackinspection.com. Accessed June 2013.
12. *Track Inspection Vehicles and Systems.* ENSCO, Falls Church, Va. http://www.ensco.com/products-services/rail-technologies/track-inspection-systems.htm. Accessed June 2013.
13. *Inspection Technology.* MER MEC Group, Monopoli, Italy. http://www.mermecgroup.com/15/1/diagnostic-solutions.php. Accessed June 2013.
14. *TrackVue.* Rail Vision Europe, Ltd., Castle Donington, United Kingdom. http://www.rail-vision.co.uk/node/41. Accessed June 2013.
15. *Laser Tunnel Scanning System.* Pavemetrics, Quebec, Canada. http://www.pavemetrics.com/en/ltss.html. Accessed June 2013.

*The Rail Transit Infrastructure Committee peer-reviewed this paper.*

EXHIBIT 32
-181-