

# 3D Mapping of Pavements: Geometry and DTM

**Vision Technology for Inspection of Transportation Infrastructures**

**PAVEMETRICS Systems Inc.**

**150 Boulevard René-Lévesque Est, Suite 1820
Québec, Québec, CANADA
G1R 5B1**

**www.pavemetrics.com**

EXHIBIT 33
-182-



# APPLICATION: Rails





EXHIBIT 33
-183-



# Pavemetrics — Camera/Laser calibration





$Dz = k * DZ;$

**Where k is a factor for:** distance between surface and lens, focal length of lens, refractive index of lens, distance between lens and sensor, etc…

EXHIBIT 33
-184-