# Pavemetrics

www.pavemetrics.com

# Laser Rail Inspection System (LRAIL)

**KEY FEATURES**

- Inspection at speeds up to up to 100 km/h
- Simultaneous 3D geometry measurement and high-resolution Imaging
- Day or night-time operation
- Automated railway inspection:
  - Track geometry
  - Gauge width, alignment, cant/cross-level, twist, longitudinal level
  - Rail head 3D profile and wear
  - Tie detection and counting
  - Missing or broken fastener detection
  - Concrete tie cracking detection
- Data are automatically location-referenced using inertial corrected GPS (x, y and z)
- Compact; sensors weigh only 10kg each and can be mounted on a high-rail vehicle or a dedicated inspection car.
- Rugged components are mounted in environmentally-sealed enclosures.



 

***Vision Systems*** *for the Automated Inspection of Transportation Infrastructures*

EXHIBIT 34
-185-

# Pavemetrics

www.pavemetrics.com

# Laser Rail Inspection System (LRAIL)

**The Laser Rail Inspection (LRAIL)** System uses high speed cameras, custom optics and laser line projectors to acquire both 2D images and high resolution 3D profiles of railways to create incredibly detailed 3D images of railways. The LRAIL is compact, light-weight, and requires only a small amount of power to operate. During data collection the LRAIL can be mounted on a high-rail vehicle or a dedicated inspection car.

The LRAIL's automated processing software automatically detects railway features such as rails, ties and fasteners as well as defects such as cracking of ties.

The LRAIL can be operated both during daytime and night-time and is capable of scanning any rail surface at inspection speeds up to 100 km/h. The entire track and railway tie (sleeper) width is scanned at rates up to 44,800,000 points per second. The end result is high resolution digital images as well as 3D models of the rails, ties and ballast area.

Vertical accuracy per point is 0.5mm and horizontal resolution of captured images is 1mm. Longitudinal resolution is user configurable and can be set between 1mm and 5mm in order to enable the user to favour resolution over storage requirements or vice versa

The user can easily work with output data files as images can be exported using JPEG format and rail condition and geometry data can be output in XML format. XML data can be easily imported into Railway Management Systems, databases or spreadsheets.

## SYSTEM SPECIFICATIONS

- Number of laser profiles : 2
- Sampling rate : 5,600 profiles/s
- Vehicle speed : 0 to 100km/h
- Profile spacing : 1 to 5mm (adjustable)
- Transversal field of view : 4m
- Transversal accuracy : 1mm
- Transversal resolution : 4096 points/profile
- Depth accuracy : 0.5mm
- Depth resolution : 0.25mm
- Laser profiler dimensions :
428mm (h) x 265mm (l) x 139mm (w)
- Weight : 10kg
- Power consumption (max):
150W at 120/240 VAC



***Vision Systems*** *for the Automated Inspection of Transportation Infrastructures*

EXHIBIT 34
-186-