-----Original Message-----
From: Pierre Tremblay [mailto:ptremblay@cadrail.ca]
Sent: October-20-14 4:30 PM
To: John Laurent
Cc: ahelbawi@ftm-intl.com; Fausto Levy
Subject: Pavemetrics LRAIL

Bonjour John

Ce fut un plaisir de te rencontrer à Houston lors de L APTA,et de faire brièvement connaissance .

J'espère que  la convention fut un succès  et que le retour  s'est bien déroulé..

Comme discute,nous aimerions en savoir plus sur votre technologie ,principalement sur l'application ferroviare,Laser Rail Inspection
system,.(LRAI)

Nous en profiterions aussi pour mieux connaitre  votre compagnie ainsi que votre gamme de produits et services.

Abed Helbawi ,Ing. ,et Vice-Président FTM Distribution vous contactera pour coordonner une rencontre a votre convenance

**EXHIBIT 35**
**-187-**

Au plaisir e vous revoir
Best regards,
Pierre Tremblay
Vice-President
Business Development,M&A
Cad Railway Industries
155 Montreal-Toronto HWY
LAchine,P.Q.H8S 1B4
Tel:514-634-6224ext295
FAx:514-634-4258

.

EXHIBIT 35
-188-

PAGES 189 to 195 INTENTIONALLY BLANK