3/4/2021 — Pavemetrics | Laser Measurement & Imaging Systems, Transportation Infrastructures

http://pavemetrics.com/  [Go]  OCT DEC FEB
59 captures  ◀ 18 ▶
16 Jan 2010 - 26 Nov 2020  2013 2014 2016   About this capture



Home  |  Partners and Integrators  |  Articles and White Papers  |  Français

Subscribe to Newsletter  [email address]   Subscribe

Leader in vision systems for the automated inspection of transportation infrastructures.

Pavemetrics$^{TM}$ sensors help infrastructure managers to optimize their maintenance strategies and budgets, and to improve asset performance and safety through fast, accurate and automatic condition evaluation of transportation infrastructures.

- Contact Us

Our automated inspection technology is designed for both daytime and night-time operation. Our sensors produce high-resolution 2D images and 3D profiles of road/runway/tunnel surfaces at speeds up to 100km/h. Pavemetrics$^{TM}$ technology has been successfully deployed for a wide variety of infrastructure management applications including: road pavement condition evaluation, detection of foreign object debris (FOD) at airports, and high-speed-train-tunnel vault lining inspection.



**LCMS$^{TM}$ 3D imaging and automatic detection of cracking, rutting, macro texture, potholes and other distress on pavements and airfields, foreign object debris detection at airports and defect inspections on tunnel linings**

 Laser Crack Measurement System (LCMS$^{TM}$)

 Laser Tunnel Scanning System (LTSS)

 Laser Rail Inspection System (LRAIL)

 Laser FOD Detection System (LFOD)

 Laser Digital Terrain Mapping System (LDTM)



**LRIS Millimeter-resolution imaging of road surfaces for the detection and severity rating of longitudinal, transverse and pattern cracking**

 Laser Road Imaging System (LRIS)



**LRMS Automatic detection and quantification of pavement rutting**

 Laser Rut Measurement System (LRMS)

© All rights reserved.    Pavemetrics$^{TM}$ Systems inc. : 150 René-Lévesque Est Boulevard, Suite 1820, Québec (Québec), Canada, G1R 5B1    Fax : +1 418 522-3345