

| http://pavemetrics.com/en/lrail.html | Go | JAN **FEB** APR |
|---|---|---|
| 8 captures 20 Feb 2015 - 15 Nov 2015 | | ◀ **20** ▶ 2014 **2015** 2016   ▼ About this capture |

Home   |   Partners and Integrators   |   Articles and White Papers   |   Français

Subscribe to Newsletter   [email address]   Subscribe

LCMS<sup>TM</sup> - LASER CRACK MEASUREMENT SYSTEM   |   LTSS - LASER TUNNEL SCANNING SYSTEM   |   **LRAIL – LASER RAIL INSPECTION SYSTEM**   |   LFOD - LASER FOD DETECTION SYSTEM   |   LRIS - LASER ROAD IMAGING SYSTEM   |   LRMS – LASER RUT MEASUREMENT SYSTEM   |   LDTM – LASER DIGITAL TERRAIN MAPPING SYSTEM



## LRAIL – Laser Rail Inspection System

Pavemetrics Laser Rail Inspection System (LRAIL) automatically detects railway features such as rails, ties and fasteners as well as defects such as cracking on concrete ties. Track geometry, gauge width, alignment, cant/cross-level, twist, longitudinal level and railhead 3D profile and wear are also measured.

The LRAIL allows an accurate inspection of the railway network at high speed.

### Key Features

- Inspection at speeds up to 100 km/h
- Simultaneous 3D geometry measurement and high-resolution Imaging
- Daytime and night-time operation, immunity to shadows
- Automated railway inspection:
    - Track geometry
    - Gauge width, alignment, cant/cross-level, twist, longitudinal level
    - Railhead 3D profile and wear
    - Tie detection and counting
    - Missing or broken fastener detection
    - Concrete tie cracking detection
- Data are automatically location-referenced using inertial corrected GPS (x, y and z)
- Compact; sensors weight only 10 kg each and can be mounted on a high-rail vehicle or a dedicated inspection car
- Rugged components mounted in environmentally-sealed enclosures
- Low-power consumption
- Data compression algorithms to minimize storage

Download LRAIL Data Sheet

### Technology

Our system uses high-speed cameras, custom optics and laser line projectors to acquire both 2D images and high-resolution 3D profiles of the railway.

The LRAIL can be operated both during daytime and during nighttime and is capable of scanning any rail surface at inspection speeds up to 100 km/h. The entire track and railway tie (sleeper) width is scanned at rates up to 22,400,000 points per second. Vertical accuracy per point is 0.5 mm and horizontal resolution of captured images is 1 mm. Longitudinal spacing is user configurable and can be set between 1 mm and 5 mm per profile.

The output data are images in JPEG format and rail condition and geometry data that are output in XML format. XML data can be easily imported into Railway Management Systems or databases.



EXHIBIT 37
-197-



EXHIBIT 37
-198-