

111 Cooperative Way, Suite 400
Georgetown, TX 78626
United States
Phone: +1.512.869.1542
Fax: +1.512.863.0405
www.georgetownrail.com

February 8, 2016

**VIA FEDERAL EXPRESS**

Mr. Richard Habel
Pavemetrics™ Systems Inc.
150 Boulevard René-Lévesque Est, Suite 1820
Québec (Québec), Canada
G1R 5B1

Dear Mr. Habel:

Georgetown Rail Equipment Company ("GREX") is a leading provider of safe and innovative technologies in the North American railway market. Recently, GREX became aware of Pavemetrics' Laser Rail Inspection System ("LRAIL"). It is our understanding that Pavemetrics' LRAIL technology has the capability to determine and assess various features of a railway using 3D, "machine vision" technology.

As you may be aware, GREX has developed substantial intellectual property concerning the inspection of railroad track to assess railway components, as well as ballast. GREX has spent considerable amount of time and money to develop, obtain, and protect this intellectual property in the United States and Canada and has been awarded several patents, including the following:

- U.S. Patent No. 7,616,329
- U.S. Patent No. 8,081,320
- U.S. Patent No. 8,209,145
- U.S. Patent No. 8,405,837
- U.S. Patent No. 8,875,635
- Canadian Letters Patent No. 2,572,082
- Canadian Letters Patent No. 2,766,249

GREX believes that the technology employed in Pavemetrics' LRAIL system is closely related to the inventions claimed in the above-identified patents. Thus, GREX invites Pavemetrics to analyze these patents and contact GREX to discuss potential business solutions. As we are eager to explore this with Pavemetrics, we request that Pavemetrics contact GREX by March 1, 2016 to discuss the LRAIL system and GREX's intellectual property. Thank you for your prompt attention to this matter.

Sincerely,

*William C. Shell*

William C. Shell
President & CEO

EXHIBIT 38
-199-