**Pavemetrics**

February 29, 2016

Mr. William C. Shell
President & CEO
GREX Real Rail Solutions
111 Cooperative Way, Suite 400
Georgetown, TX 78626
United States

Dear Mr. Shell:

This is in response to your letter dated February 8, 2016.

In your letter, you identified the following five (5) U.S. patents and two (2) Canadian patents as having been awarded to GREX: (1) U.S. Patent No. 7,616,329; (2) U.S. Patent No. 8,081,320; (3) U.S. Patent No. 8,209,145; (4) U.S. Patent No. 8,405,837; (5) U.S. Patent No. 8,875,635; (6) Canadian Letters Patent No. 2,572,082; and (7) Canadian Letters Patent No. 2,766,249. You also stated the following: "GREX believes that the technology employed in Pavemetrics' LRAIL system is closely related to the inventions claimed in the above-identified patents. Thus, GREX invites Pavemetrics to analyze these patents and contact GREX to discuss potential business solutions."

Pavemetrics is well-versed in the topic of patents and takes the matter of Intellectual Property extremely seriously. Therefore, upon receiving your letter, we conducted a detailed analysis of the above-identified, U.S. and Canadian patents in order to determine whether the LRAIL system might possibly infringe. Our conclusion is that beyond any doubt there is no infringement.

In order to reach this conclusion, we compared every feature recited in the independent system claims of these patents against the features of the LRAIL system, and we compared every step recited in the independent method claims of these patents against the steps performed by the LRAIL system during its operation. In each case, we determined that there were significant differences between the features recited in each independent system claim and the features of the LRAIL system, and that there were significant differences between the steps recited in each independent method claim and the steps performed by the LRAIL system during its operation. As a result, we concluded that the LRAIL system does not infringe any of these independent system claims nor any of these independent method claims. Moreover, because each dependent system/method claim of these patents necessarily incorporates the features/steps of the corresponding independent system/method claim, we also concluded that the LRAIL system does not infringe any of these dependent claims.

I trust that you will appreciate the veracity of this approach and that this resolves the matter satisfactorily for you. Should you have any remaining concerns, I kindly invite, and would welcome, you to contact me personally at the enclosed number.

**EXHIBIT 39**
**-200-**



If you should elect not to contact me by March 25, 2016, I will reasonably conclude that you also consider the matter satisfactorily resolved.

Respectfully Yours,

Richard Habel, M. Sc.
President & CEO
Pavemetrics Systems inc.
150, Boulevard René-Lévesque Est, Suite 1820
Québec (Québec) Canada G1R 5B1
Tel: +1 418 210 3629
rhabel@pavemetrics.com

EXHIBIT 39
-201-