

# INVOICE

Invoice No.: 228
Date: 12/06/2012

**Pavemetrics Systems inc.**
150, boul. René-Lévesque Est, suite 1820
Québec, Québec G1R 5B1
Canada

Contact: Richard Habel
+1 418 210 3629
rhabel@pavemetrics.com

**Sold to:**

**International Cybernetics Corp**
Robert Olenoski
P.O. Box 17246
Clearwater, FL  33762
USA

**Ship to:**

Darel Mesher
EBA Engineering Consultants
14940 123 Ave.
Edmonton Alberta T5V 1B4
Ph: 780-451-2126

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Client Reference Number : 29410
Pavemetrics Reference Number : SL0117, Quotation 12-Q236 | | |
| 1 | Down Payment for Rental agreement on a monthly basis of the LCMS system and software including:

 Laser Crack Measurement System (LCMS) Composed of:
- Two 3-D Laser profiling sensors
- Rackmount controller (2U) unit with DC power supply
- Two Solios PCIe camlink single full frame grabber boards
- C/C++ acquisition software library (DLL)
- Software reference and installation manuals
- All necessary cables

Data processing software including functions for:
- Road crack detection (length, type, severity)
- Road rut detection (depth, type)
- Road macro-texture evaluation (RPI - digital sand patch)
- Road ravelling evaluation (RI - ravelling index)
- Pothole detection
- Detection of road lane lines
- Data processing toolbox software reference manual


Payment Terms : Before Shipping | 30 000.00 | US$30,000.00 |
| | Subtotal: | | US$30,000.00 |

GST- 844248450     QST - 1215844630

| | Total Amount | US$30,000.00 |
|---|---|---|

Administration charges of 1.5% per month on all overdue accounts.

EXHIBIT 40
-202-