**From:** Jean-Francois Hebert <jfhebert@pavemetrics.com>
**Sent:** Friday, October 19, 2012 11:00 AM
**To:** 'Mesher, Darel' <DMesher@eba.ca>
**Cc:** John Laurent <jlaurent@pavemetrics.com>
**Subject:** RE: LCMS Question

Darel,

I checked your file. The picture you sent shows a brand new pavement surface that is extremely dark.  As explained yesterday (or the day before…), the Automatic Gain Control (AGC)
algorithm will try to adjust the gain of the camera such as the average intensity value of the intensity profile is near 100. In your case, the AGC did not succeed to reach
the 100 Intensity target , some sections of the images are very dark (even if the gain is at 100%). In that case, for darker sections, it is difficult to extract precisely the position of
the laser line in the image, and that probably explains the increase of the noise level for these sections.

For that specific road, the solution would be to increase the exposure time. The default value is 54us, but you could try using an exposure time of 72us (note that the maximum driving speed
of the vehicle will be slightly affected). The 54us settings works for most of the roads around the world, except maybe for brand new roads and particular European roads. In these cases, the
exposure time should be slightly increased.

Best regards,

JF

**From:** Mesher, Darel [mailto:DMesher@eba.ca]
**Sent:** October-18-12 6:58 PM
**To:** Jean Francois Hebert
**Cc:** jlaurent@pavemetrics.com
**Subject:** RE: LCMS Question

Jean-Francois,

Thanks very much for the information.  As we are assessing the data, I appreciate the assistance in understanding the capabilities and limitations of the LCMS system.

Based on your explanations, I have spent the day studying data from a kinematic survey conducted at 90kph on a smooth section of newly constructed roadway.  I was looking for a roadway surface which is very consistent, is not overly reflective and would not pose problems for the AGC method used by the LCMS system as you have

described.  The roadway section I selected has an IRI of 0.5 to 0.85 and was final lift paved 7 days prior to our survey (ROW image for the site included below).  I have included one of the FIS files (#5180) for this site.  This asphalt surface is a densely graded asphalt mix design with 12.5mm maximum top size with all surface texture less than 4mm and an estimated 80-85% of the newly constructed surface with < 1 mm texture due to new pavement binder/fines infill (estimated by the owner's project manager that conducted the final site inspection at the time we conducted this survey).   This site represents a new, consistent and lightly textured pavement in a very low traffic environment.



I looked at the data for this site in depth and noted that the intensity reported for this entire site appear to have consistent high and low intensity bands for each sensor (the type of vertical intensity bands that would be removed with a flat field correction) perhaps attributed to line laser intensity variations across the measurement range.  The intensity variations are also consistent with the variations we saw for the white boards surfaces we used in the garage.  The images below are the left and right sensor intensity image from the attached FIS file (#5180).

**EXHIBIT 41**
**-204-**



I looked at the image intensity from a number of random FIS samples from this survey, and can see that the intensity variations are consistent across this entire survey (I haven't looked at other surveys at this point).  The median image intensity presented in the figure below for this consistently dark asphalt surface represent images that are spaced over a segment approximately 1000m long (FIS #5000 to #5180).

**EXHIBIT 41**
**-205-**



What I then looked at was the potential impact that image intensity variations might have on the reported elevation (noise/texture?) for the pavement surface.  For this I measured the range of reported elevations for each 9 element neighbourhood centered around each data point for the entire FIS dataset (1129lines x 2080pixels x 2 sensors).  The minimum to maximum variation for each neighbourhood was measured and reported for the same three random test site samples (FIS #5000, 5150, 5180).  Elevation range values for each of the 4160 sensor measurement positions across the roadway are plotted below.  These plots provide the means to see if there is any apparent correlation between the reported intensity and the measured elevation 'noise' (based on your description of 'laser speckle' and surface reflection characteristics, and AGC concerns).   The figure below plots all of the 9 pixel neighbourhood elevation range measures (mm) plotted across the roadway for each of the three FIS samples.

**EXHIBIT 41**
**-206-**







The general trends are the same for each of the 3 sample datasets, with the peaks and valleys for the pixel-to-pixel elevation range measures occuring in generally the same locations across the roadway.  These peaks and valleys are also generally correlated with the reported surface intensity variations (in the above datasets, low intensity increases elevation 'noise', increased intensity decreases 'noise').  After I saw the correlation between the increased pixel-to-pixel elevation variations in areas of low reported pavement surface intensity  I had a lengthy discussion with the owner's project manager responsible for this project and he confirmed that he saw no consistent bands of increased texture at fixed transverse locations (ie. in the wheelpaths or along the shoulder) for this site.  At the time of survey, the roadway had very few vehicles travel on the surface after paving, and what few vehilces there were tend to travel in the center of the roadway for rural roads without paint lines.

**EXHIBIT 41**
**-207-**

I was wondering if this is something you have seen before.  I am trying to determine and understand what errors might be associated with the measures produced by the LCMS system for the various types of roadway.  Will the apparent elevation variations ('noise') be higher in the low intensity areas for these sensors (wheelpaths etc.) and therefore the abilty to resolve texture and crack features in these zones be diminished.  Do these effects change with different pavement types and/or color etc.

Thanks


Darel


**Darel Mesher, Ph.D., P.Eng.** | **Chief Technical Officer**
**p.** 780.451.2126 | **c.** 780.220.3300 | **f.** 780.454.5688
dmesher@eba.ca

**EBA, A Tetra Tech Company** | **Transportation Practice**
14940 - 123 Avenue | Edmonton, AB  T5V 1B4 | **www.eba.ca**

🌏 **please consider the environment before printing this email**

---

**From:** Jean Francois Hebert [mailto:jfhebert@pavemetrics.com]
**Sent:** Wednesday, October 17, 2012 6:30 PM
**To:** Mesher, Darel
**Cc:** jlaurent@pavemetrics.com
**Subject:** RE: LCMS Question


Bonsoir Darel,

Thanks for the .fis file and all the details

The noise level you are measuring is consistent with the presence of 'speckle' laser noise (http://en.wikipedia.org/wiki/Laser_speckle).
Our sensors are much more accurate when in motion. They are designed to be used on a moving vehicle.
As soon as the sensors are operated in scanning mode the speckle noise associated with static measurements will disappear.
(abstract from wiki:  ``*Rotating diffusers and moving-vibrating screens can be used to reduce the speckle*``).

You should scan your reference objects in order to make precise evaluations of the system. Instead of a perfectly flat surface if you
use an object with steps in it (1mm for example) you will be able to discriminate the steps in the profile. For instance, we used in the past a
1m long rotating cylinder when doing that type of test (see 009 (3).jpg)

Also the noise in the center of the profiles is consistent with a specular reflection (non-diffuse) caused by a too highly reflective surface that is your plywood finish.
Using a mat grey paint should remove this effect.

**EXHIBIT 41**
**-208-**

Finally, a significant part of the image of almost completely dark, probably because the floor itself is much darker than the plywood. That causes the Automatic Gain Control (AGC) to increase the
gain value of the cameras to compensate for the darker images: the final result is an oversaturation of the laser line over the plywood. In order to avoid oversaturation,
the average intensity of the laser line should be around 100 (this is the target for the AGC algo). The actual intensity values on your images are +150 over the plywood. Two solutions: 1) disable
the AGC and adjust the gain value in such a way that the intensity values are near 100 on the plywood, or 2) make sure that the plywood covers the entire field of view. In this way, the AGC will not try
to compensate for the darker section.

Let me know if you have other questions, or if all this is not clear enough.

Best regards,

JF

---

**From:** Mesher, Darel [mailto:DMesher@eba.ca]
**Sent:** October-17-12 5:19 PM
**To:** info@pavemetrics.com
**Cc:** jlaurent@pavemetrics.com
**Subject:** LCMS Question

Bonjour John, Jean-François

We have had the opportunity to start looking at data from the LCMS system.  I was wondering if you could help me understand the data that was collected during one of our initial static tests in our vehicle maintenance facility?   The tests were conducted inside of a building, out of direct sunlight, with the vehicle engine turned off, no one inside the vehicle and all of the onboard electronics being powered from a wall outlet.

For this test, the vehicle with the mounted LCMS sensors was parked in a static (non-moving) configuration with the ICC WinPRO + LCMS controller enabled and data being collected in DMI Simulation Mode.

Under each LCMS sensor was a smooth finish matte white painted board to provide a flat smooth non-reflective surface (configuration diagram provided below).  At the time the tests were conducted, no record was made of the smoothness of the concrete floor and therefore transverse undulations due to the boards following the floor contours may have

occurred.



However, the questions I have regarding the profile data (extracted from the corresponding FIS files using software developed by EBA using the Pavemetrics SDK library and the LcmsGetRngProfiles( ) function call) is to get a better understanding of what I am seeing in this static 'flat' data set.

All of the sample (FIS) files collected for this static test configuration has the same general appearance. The cross-sectional surface undulates, which may be due to the wood surfaces following the unevenness of the underlying concrete surface (If this test was to be conducted again, the flatness of each board would be ensured).



The first figure (above) shows a plot of 1129 transverse profiles from our static test. Each of the transverse profiles has been plotted on the same axis. One of the questions that I have is the distinct difference in the apparent 'noise' levels for the elevation measures for the right sensor. Although both finished wood surfaces were identical, when we observed this occurring at the time of the test, we interchanged the boards placed under each sensor, and the 'noisiness' remained on the right sensor. There is also a consistent slightly 'noisier' section of the left sensor. These regions are highlighted in the figure below (which represents the average elevation profile for the entire 1129 profile dataset). It is interesting to note that the 'noise' in the profile from 2081 to 2700 is significantly reduced by averaging over 1129 samples and the noise in section 2700 to 4160 is not.



**EXHIBIT 41**
**-211-**

In analysing this test data, a second question has been raised regarding apparent discontinuities in the transverse profiles (not associated with the intersection between the left and right profiles; pink box below).  The figure below highlights areas where elevation discontinuities are occuring in both individual and the 'average' transverse profile(s).   The discontinuities (highlighted in light green) are not present on the smooth finished wood surface (texture < 0.1mm) that the LCMS sensors were measuring.  Even if the measurement surface was following an uneven concrete surface, there would be no significant surface irregularities which would occur over a 200-500mm interval.  Has Pavemetrics seen these types of irregularities before, and if so can you suggest how we might eliminate them from our measurements.



Are these apparent measurement noise (+/-3mm) and transverse discontinuity artifacts (+/-2mm) a result of how the measurements were made (methodology or environment)?  If this is so, can Pavemetrics provide suggestions to help reduce these occurrences for subsequent tests?  If anything I have presented is not clear, I would be pleased to call you to clarify.

Thanks
Darel


**Darel Mesher, Ph.D., P.Eng.** | Chief Technical Officer
**p.** 780.451.2126 | **c.** 780.220.3300 | **f.** 780.454.5688
dmesher@eba.ca

**EBA, A Tetra Tech Company** | **Transportation Practice**
14940 - 123 Avenue | Edmonton, AB  T5V 1B4 | **www.eba.ca**

🌳 please consider the environment before printing this email