**From:** Richard Fox-Ivey <rfoxivey@pavemetrics.com>
**Sent:** November 11, 2015 1:20 PM
**To:** Mesher, Darel <Darel.Mesher@tetratech.com>
**Subject:** Re: Rail inspection advances

OK Darel, no holiday here in Ontario unless you work for the govt!

Anyhow, will drop you a note tomorrow or the next day. I'm on the road next week.

Richard Fox-Ivey
Principal Consultant
Pavemetrics
Sent from my BlackBerry 10

**From:** Mesher, Darel
**Sent:** Wednesday, November 11, 2015 1:12 PM
**To:** Richard Fox-Ivey
**Subject:** Re: Rail inspection advances

Today is a National Holiday and I'm not in the office.   I'm back in the office later this week and next week.

Darel

On Nov 11, 2015, at 10:42 AM, Richard Fox-Ivey <rfoxivey@pavemetrics.com> wrote:

> Hi Darel,
>
> How goes it?
>
> We've been hard at work moving the LRAIL product algorithms forward and I thought you might be interested in hearing the progress and seeing some results. I'd also like to know what kinds of plans TetraTech has for the rail sector these days?
>
> Do you have time to talk this afternoon?
>
> Thanks,
>
> Richard
>
> ---
>
> **Richard Fox-Ivey**

1

**EXHIBIT 44**
-227-

**Principal Consultant**
**Pavemetrics Systems Inc.**

**Office:** +1.519.342.6305
**Web:** www.pavemetrics.com
**Email:** rfoxivey@pavemetrics.com



2

**EXHIBIT 44**