**From:** Richard Fox-Ivey <rfoxivey@pavemetrics.com>
**Sent:** December 7, 2015 2:30 PM
**To:** dmesher@eba.ca
**Subject:** Tetra Tech: Rail Inspection

Hi Darel,

I haven't had any luck in catching you at your desk. Are there some dates and times this week that might work on your end?

FYI, attached are a couple of examples of a brand new algorithm that can detect and quantify rail surface defects. I thought you might be interested to see some of the headway we had made.

Sincerely,

Richard

**Richard Fox-Ivey**
**Principal Consultant**
**Pavemetrics Systems Inc.**

**Office:** +1.519.342.6305
**Web:** www.pavemetrics.com
**Email:** rfoxivey@pavemetrics.com



EXHIBIT 45
-229-




EXHIBIT 45
-230-




EXHIBIT 45
-231-