**From:** Olenoski, Rob <Rob.Olenoski@tetratech.com>
**Sent:** Friday, June 12, 2020 4:14 PM
**To:** Richard Fox-Ivey <rfoxivey@pavemetrics.com>; John Laurent <jlaurent@pavemetrics.com>; Mesher, Darel <Darel.Mesher@tetratech.com>
**Subject:** Re: LRAIL Quote

Richard & John,
I will re-visit the items with Darel.  For the quantity discount we didn't have anything specific in mind.  It was to see if we were finding a demand for multiple units could there be a discount structure?  The concept for a discount on different features like LDTM is interesting.  LDTM was an item I was pushing at ICC.  I will go over that with Darel and David.  On the topic of a demo we could talk about using our sensors; however, that would take the TetraTech vehicle out of service and more than likely is not an option in the near future.  The question about possibly using those sensors with the LRail software was centered around a "what-if" thought.  If TetraTech was using LRail and needed to bring another set of sensors into the mix to help collect data due to time constraints could this be an option?
Rob

---

**From:** Richard Fox-Ivey <rfoxivey@pavemetrics.com>
**Sent:** Friday, June 12, 2020 2:45 PM
**To:** John Laurent <jlaurent@pavemetrics.com>; Olenoski, Rob <Rob.Olenoski@tetratech.com>; Mesher, Darel <Darel.Mesher@tetratech.com>
**Subject:** RE: LRAIL Quote

⚠ **CAUTION:** This email originated from an external sender. Verify the source before opening links or attachments. ⚠

Hi Rob and Darel,


Regarding boxcar installation, I am attaching a couple of drawings from another project we are evaluating that will help you visualize how the sensors would be situated in that scenario. The holes in the floor are positioned so as to avoid things that cannot be cut:

- The crossbearers (lateral beams)
- The centersill

There may be a need to cut some stringers (longitudinal beams) and to slightly relocated things like break pipes that might be in these locations but it would depend on the actual boxcar as I understand it.

Sincerely,

Richard

---

**From:** John Laurent <jlaurent@pavemetrics.com>
**Sent:** June 12, 2020 1:29 PM
**To:** Richard Fox-Ivey <rfoxivey@pavemetrics.com>; Olenoski, Rob <Rob.Olenoski@tetratech.com>; Mesher, Darel <Darel.Mesher@tetratech.com>
**Subject:** RE: LRAIL Quote

Also, I believe you were looking at possibly buying LDTM licences for one of your systems we could bundle a bunch of features at a more attractive price, just let us know what you need.

John

---

**From:** John Laurent
**Sent:** Friday, June 12, 2020 1:24 PM
**To:** Richard Fox-Ivey <rfoxivey@pavemetrics.com>; Olenoski, Rob <Rob.Olenoski@tetratech.com>; Mesher, Darel <Darel.Mesher@tetratech.com>
**Subject:** RE: LRAIL Quote

Also if you just want an LRAIL demo temporary license for one of your existing systems then we can arrange that at no cost for you.

John

---

**From:** Richard Fox-Ivey <rfoxivey@pavemetrics.com>
**Sent:** Friday, June 12, 2020 1:21 PM
**To:** Olenoski, Rob <Rob.Olenoski@tetratech.com>; Mesher, Darel <Darel.Mesher@tetratech.com>
**Cc:** John Laurent <jlaurent@pavemetrics.com>
**Subject:** RE: LRAIL Quote

Hi Rob,

**EXHIBIT 47**
**-236-**

Regarding item 1, I guess the answer depends on your specific needs in terms of functionality. With all the available features the price would be $150,000 for the LRAIL software package, but it could potentially be less if you did not need everything. Do you have a specific set of measurements in mind at this stage or not yet?

Regarding item 2, the $350,000 price is our Integrator-discounted price for the standard LRAIL. Do you have a particular scenario in mind in terms of the number of units you would order in at once and what kind of functionality you would need for us to look at?

Thanks,

Richard

---

**From:** Richard Fox-Ivey
**Sent:** June 11, 2020 9:12 AM
**To:** Olenoski, Rob <Rob.Olenoski@tetratech.com>; Mesher, Darel <Darel.Mesher@tetratech.com>
**Cc:** John Laurent <jlaurent@pavemetrics.com>
**Subject:** RE: LRAIL Quote

Hi Rob,

John and I will discuss items 1 and 2 and get back to you.

Regarding question 3, the gear has just left our office on Monday of this week so it has not even arrived in FL yet. Once it arrives then it will need to be installed on CSX's high-rail. So I would think sometime late in July or perhaps early August might be sensible. We will of course have to discuss with CSX and see how they feel about it and what the parameters of the visit might be due to their internal track safety policies. We will follow-up on this a bit later down the road.

Thanks,

Richard

**EXHIBIT 47**
**-237-**

**From:** Olenoski, Rob <Rob.Olenoski@tetratech.com>
**Sent:** June 10, 2020 7:14 PM
**To:** Richard Fox-Ivey <rfoxivey@pavemetrics.com>; Mesher, Darel <Darel.Mesher@tetratech.com>
**Cc:** John Laurent <jlaurent@pavemetrics.com>
**Subject:** Re: LRAIL Quote


Richard,

Thank you for the quick response.  I have a couple of quick questions.


1.  I see the software will only work with the sensors that come with the unit.  If TetraTech had another set of LCMS2's what would be the cost to have those additional sensors work with the software?
2. If TetraTech needed multiple systems would Pavemetrics do anything for a discount if they were purchased over a pre-determined time period?
3. John had mentioned that we could possibly see the CSX system in action and possibly be at the track when the system is delivered in Gainesville, FL.  If this is still a possibility could you please let us know an estimate on when you think this will happen and if CSX would allow us to be there during that time?

It is great to see the progress you have made and we are interested in seeing how the system can perform.  We look forward to hearing from you.  Thank you.
Rob Olenoski
TetraTech


**From:** Richard Fox-Ivey <rfoxivey@pavemetrics.com>
**Sent:** Tuesday, June 9, 2020 3:24 PM
**To:** Mesher, Darel <Darel.Mesher@tetratech.com>; Olenoski, Rob <Rob.Olenoski@tetratech.com>
**Cc:** John Laurent <jlaurent@pavemetrics.com>
**Subject:** LRAIL Quote

⚠ **CAUTION:** This email originated from an external sender. Verify the source before opening links or attachments. ⚠

Hi Darel and Rob,

Please see attached for the LRAIL quote as promised. Just let us know if you have questions.

Sincerely,

Richard Fox-Ivey
**Principal Consultant**
**Pavemetrics Systems Inc.**
150 Boulevard René-Lévesque Est, Suite 1820
Québec (Québec) Canada
rfoxivey@pavemetrics.com
www.pavemetrics.com
T: + 1 519 342 6305

Sign-up for a webinar!

**EXHIBIT 47**
**-238-**

Follow us on LinkedIn!

6

**EXHIBIT 47**
**-239-**