**Concept Paper:** Deployment and Autonomization of LR*AI*L AI-Enhanced Change Detection Technology for Network Level Scanning

**Prepared in Response To:** FRA-TR-003: Autonomous Track Inspection Methods Research Topic Under the BAA 2020

**Prepared For:** The Federal Railroad Administration, Office of Research, Development and Technology

**Submitted On:** Friday, May 22, 2020

**Submitted By:**

   And   

| | |
|---|---|
| **Pavemetrics Project Manager:** | **Pavemetrics Contract Manager:** |
| **Richard Fox-Ivey** | **John Laurent** |
| Principal Consultant | VP and CTO |
| +1.519.342.6305 | +1.418.210.3909 |
| rfoxivey@pavemetrics.com | jlaurent@pavemetrics.com |
| | |
| Pavemetrics Systems Inc. | Pavemetrics Systems Inc. |
| 150 Boul. René-Lévesque Est, Suite 1820 | 150 Boul. René-Lévesque Est, Suite 1820 |
| Québec (Québec) | Québec (Québec) |
| CANADA, G1R 5B1 | CANADA, G1R 5B1 |
| **CSX Project Manager:** | **CSX Contract Manager:** |
| **Brad Spencer** | **Bill Larson CPSM** |
| Director of Track Testing | Director, Engineering Training & Technology Implementation |
| 814-932-1117 | (904) 962-3669 |
| Brad_Spencer@csx.com | William_Larson@csx.com |

This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed – in whole or in part – for any purpose other than to evaluate this proposal. However, if a contract is awarded to this offeror as a result of – or in connection with – the submission of these data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in these data if they are obtained from another source without restriction. The data subject to this restriction are contained in Sheets (1-7).

Page 1
Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.

EXHIBIT 48
-240-

**Table of Contents**

1. Background ................................................................................................................................ 3
    1.1   Mission Statement ............................................................................................................. 3
    1.2   Description of Need .......................................................................................................... 3
    1.3   Technology Assessment .................................................................................................... 3
    1.4   Development Framework .................................................................................................. 4
2   Scope of Work ........................................................................................................................... 4
    2.1   Phase 1 .............................................................................................................................. 4
    2.2   Phase 2 .............................................................................................................................. 4
3   Expected Outcomes and Impacts .............................................................................................. 5
4   QUAD Chart .............................................................................................................................. 5
5   Qualifications ............................................................................................................................ 5
    5.1   Project Team ..................................................................................................................... 5
        5.1.1   Richard Fox-Ivey, Project Manager ......................................................................... 5
        5.1.2   John Laurent, Contract Manager ............................................................................. 6
        5.1.3   Brad Spencer, CSX Project Manager ....................................................................... 6
        5.1.4   William Larson, CSX Contract Manager ................................................................. 6
    5.2   Past Experience ................................................................................................................. 6
    5.3   Unique Capabilities ........................................................................................................... 6
6   Schedule and Cost Estimates ..................................................................................................... 7
Appendix A – QUAD Chart ............................................................................................................. 1

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.

**EXHIBIT 48**
**-241-**

1. Background

    1.1     Mission Statement

This project involves the adaptation of LR*A*I*L* Change Detection technology for deployment in one of CSX's Autonomous Track Assessment Cars (ATACs). CSX's ATACs are autonomous, solar-powered, geometry measurement boxcars which provide continuous inspections in revenue service across the CSX network.

This project supports CSX's Track Inspection Automation Initiative by adding sensors to improve automated inspection capability including change detection, in order to achieve early detection and reduce reliance on visual inspections for monitoring the condition of the CSX network.

LR*A*I*L* technology is a 3D laser-based technology which utilizes Artificial Intelligence (a Convolutional Deep Neural Network) and traditional image-based processing to automatically detect and assess the condition of railway components and changes with regard to them.

LR*A*I*L* technology has been evaluated by the FRA since 2017. Work to date involves two past projects on Amtrak lines and a current project where the LR*A*I*L* AI is being trained using data from the TTCI High Tonnage Loop (captured during Fast Train operations).

This proposal directly applies to the FRA Track Research Division's FRA-TR-003 topic: Autonomous Track Inspection Methods. It also directly applies to the Strategic Research Focus areas of Autonomous Inspection Technologies and Artificial Intelligence-Based Risk Analysis identified in the FRA's Strategic Plan for the Track Division.

    1.2     Description of Need

Existing autonomous rail inspection technology is generally limited to geometry measurement cars. While these test platforms provide reliable, repeated scans across the network, the inspection metrics they provide are somewhat limited.

There is an opportunity to expand the utility of existing autonomous inspection cars by adding LR*A*I*L* 3D laser scanning and Artificial Intelligence-driven change detection technology in order to provide additional context to existing geometry measurements.

FRA field testing of the LR*A*I*L* technology to date has demonstrated its ability to provide accurate and repeatable measurements of a variety of rail infrastructure in a single pass as well as detect changes in track conditions due to both deterioration and corrective maintenance.

While LR*A*I*L* systems have thus far been proven on numerous high-rail vehicles, installation and testing on a rail-bound platform has been limited. As well, to date there has been no attempt to operate LR*A*I*L* technology within an autonomous environment.

As such, there is a need to adapt this technology for boxcar installation and for autonomous operation. If this technology can be proven as a viable addition to existing autonomous test cars it is anticipated that the majority of the rail industry would adopt it.

    1.3     Technology Assessment

The proposed technology is at a readiness level of 7; it is in prototype form and has been successfully deployed for a number of field trials with FRA and other testing parties. Completed FRA-funded projects include "Laser Triangulation for Track Change and Defect Detection" (Report Number DOT/FRA/ORD-20/08) and "Extended Field Trials of LR*A*I*L* for Automated Track Change Detection (Report Number DOT/FRA/ORD-20/14).

Additionally, a third FRA-funded project is presently underway which involves seven weeks of repeated data scans on the TTCI High Tonnage Loop (HTL) during the operation of the Fast Train. The focus of the TTCI project is to provide a large dataset of repeated scans which permit the detailed tracking railway asset deterioration as well as remediation. These repeated scans serve as an input into the advancement of the LR*A*I*L*'s Artificial Intelligence-based change detection algorithms.

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.

EXHIBIT 48
-242-

The focus of the newly-proposed project is to adapt this technology for installation in, and testing from, an autonomous rail-bound test vehicle.

### 1.4  Development Framework

Pavemetrics' 3D Laser Triangulation technology can trace its' development roots to work that was performed by Canada's National Optics Institute (INO, www.ino.ca) in the late 90s. During this time, the Institute started working with the Quebec Ministry of Transportation in order to develop a solution to the problem of the transverse profiling of roadways. More specifically, the Ministry wanted a better way to measure wheel path rutting at highway speeds as traditional methods relying on point lasers (3-5) produced inaccurate results.

Through close collaboration, a high-speed 3D Laser Rut Measurement System (LRMS) was developed which offered a vastly superior 1,280 points of measurement. Ultimately the LRMS was successful in replacing older point laser technology across the industry and is now the dominant methodology for highway rutting measurement.

The success of the LRMS project led to continued collaboration between INO and the Ministry and spread to the challenge of high-speed imaging of roadways for the purpose of crack detection. During the initial collaboration a high-resolution 2D line-scan imaging system was developed (the Laser Road Imaging System or LRIS). However, after a great deal of work to develop 2D image-based algorithms to analyze images for cracks, it was determined that 2D data analysis alone could neither deliver sufficient accuracy nor repeatability.

Consequently, the research team turned to 3D Laser Triangulation as a technological solution to the problem of reliable crack detection and developed the Laser Crack Measurement System (LCMS). The LCMS represented the best of both worlds; high resolution 2D imaging simultaneous with 3D scanning. This permitted crack detection based on the shape of cracks (more specifically the depth) as opposed to the mere appearance of cracking in images which often resulted in a high rate of false positive and false negative detections.

In the year 2009, the Primary Research Scientists which had developed the LRMS, LRIS and LCMS while at INO, formed a private company, Pavemetrics, and purchased the Intellectual Property for these technologies. Since that date Pavemetrics has continuously advanced LCMS hardware and software for a wide variety of inspection applications including roadways, runways, railways, tunnels and sidewalks.

### 2  Scope of Work

The proposed project has been conceived in two phases as described in sections 2.1 and 2.2.

### 2.1  Phase 1

The first phase of the proposed project will be focused on the installation and adaption of LR*AI*L technology to support deployment on a boxcar testing platform.

This effort will include addressing power consumption/supply, ongoing maintenance needs while in the field, onboard data storage, near-real-time data processing hardware and software needs, and hardware and software needs for wireless transmission of results from the field to the office.

Testing will be performed on one of the existing routes traversed by CSX' ATAC fleet. One potential test route is the CSX Water Level Route which is situated between Chicago and Northern New Jersey and is approximately 1,200 miles in length. The Water Level Route is presently scanned by an ATAC on an approximately 1.5-day schedule as part of a CSX-FRA pilot project. Installation of LR*AI*L technology on this platform would provide an excellent volume of repeat scans on a key network corridor which CSX has extensive knowledge of. This dataset would be ideal for the advancement of LR*AI*L change detection technology.

### 2.2  Phase 2

The second project phase will focus on the evaluation of the noise floor of the LR*AI*L ATAC system with regard to parameters of interest to CSX. Key railway infrastructure that have preliminarily been identified and targeted for automated inspection and change detection include:

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.

EXHIBIT 48
-243-

- Automated tie grading
- Detection of equipment dragging through tie surface change detection
- Fastener inventory change detection
- Plate cutting change detection
- Anchor inventory change detection
- End of tie ballast void change detection

The work effort in this phase will include the prioritization of railway measurements for change detection and establishment of alarm thresholds for meaningful change that are cognisant of the system's noise floor.

## 3 Expected Outcomes and Impacts

The following high-level outcomes are expected:

- Adaptation of the LR*AI*L installation methodology to support deployment on a boxcar platform
- Adaptation of LR*AI*L power supply, data storage, near real-time processing and data transmission for an autonomous scenario
- Enhancement of LR*AI*L AI-driven change detection algorithms based on extensive repeated scans
- Enhancement of CSX's existing geometry dataset through the addition of high-resolution 2D and 3D images, automated defect detection and automated change detection

## 4 QUAD Chart

Please refer to Appendix A.

## 5 Qualifications

### 5.1 Project Team

Pavemetrics will provide an LR*AI*L inspection system including sensors, sensor mounts, computers, and related hardware as well as data processing algorithms. Pavemetrics will also be responsible for the installation and periodic maintenance of the equipment while in the field. Additionally, Pavemetrics will be responsible for ongoing training of the Artificial Intelligence using CSX network scans, processing of data, and reporting of results to CSX.

As the Railroad Project Partner, CSX will provide access to its network, an ATAC test vehicle for LR*AI*L Installation and staff resources to facilitate field operations, provide guidance regarding measurement and reporting needs and review results.

### 5.1.1 Richard Fox-Ivey, Project Manager

As Principal Consultant for the Rail Industry, Richard is responsible for understanding the needs of the rail inspection industry and working with Pavemetrics technical staff to ensure delivery. Richard will act as Project Manager for the proposed project and will be responsible for day-to-day communications with the FRA and internal coordination with the Pavemetrics Project Team.

Richard has more than 15 years of experience in the Transportation Infrastructure Management field, and has traveled throughout the US, Canada, Europe and Asia helping Asset Owners to adopt and deploy technology for the better management of their assets.

Of direct relevance to the proposed project, Richard was responsible for the management of the prior three FRA-funded projects involving LR*AI*L technology.

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.

EXHIBIT 48
-244-

### 5.1.2  John Laurent, Contract Manager

As Vice President of Business Development and Chief Technology Officer, John is responsible for sales and marketing of the LR*AI*L as well as guiding its technical development. As Contract Manager for the project, John will be responsible for the overall execution of the contract and is authorized to contractually obligate Pavemetrics.

John holds a Masters in Electrical/Optical Engineering, with a specialization in Computer Vision, and has over 20 years of experience in the field of design of high technology products and business development. John is also the author of four inventions patented in the United States and more than a dozen scientific publications.

Prior to founding Pavemetrics, John was involved in the development of a variety of vision-based infrastructure inspection technologies while working for Oceans Group and Canada's National Optics Institute (INO). During John's time at INO, he was responsible for the "Machine Vision and 3D Sensors" program and the technical team which ultimately developed the optical configurations and sophisticated computer vision algorithms that are the basis of the technology used today by Pavemetrics.

### 5.1.3  Brad Spencer, CSX Project Manager

Brad Spencer is the Director of Track Testing in Engineering Department at CSX Transportation Inc. at Jacksonville, FL since 2018 and was Director of Train Accident Prevention from 2016 to 2018.  The Train Accident Prevention group is in the CSXT Safety Department and is tasked with investigating, analyzing, and training investigation of train derailments.

Brad started his railroad career at Conrail in 1993. He worked for Conrail until the CSX/Conrail merger in 1999 and continues to work for CSXT. Brad has spent 25 years of his career in the track testing group in system engineering. He manages track geometry cars and rail testing. He has helped develop nuermous projects, including non-stop, continuous, rail testing for CSX.

Brad has a BS from Penn State University. He is a member of AREMA committee 4 and 2, and is a graduate of CSX Business Leadership at University of Maryland. He is part of the CSX team for FRA RSACs on rail integrity since 2008 and automated track inspection.

### 5.1.4  William Larson, CSX Contract Manager

As CSX Director for Engineering Training and Technology Implementation, Bill is responsible for a number of technology and automation projects for the Track and Communications and Signal groups.  Bill will be responsible for the execution of the contract with the CSX Purchasing team.

Bill has 13 years experience with CSX in Purchasing and Material management, Infrastructure process improvement with the Engineering and Facilities Department and most recently managing Technology projects. Prior to CSX, Bill served in the US Navy commanding surface ships, a training command and managing shipboard combat system and weapon development projects.

### 5.2  Past Experience

Pavemetrics has extensive experience in the development and adaptation of laser scanning systems and algorithms to the measurement of a wide variety of transportation assets. The proposed project team is responsible for the delivery of more than 400 laser inspection systems delivered to more than 45 countries around the world.

### 5.3  Unique Capabilities

Pavemetrics is uniquely qualified for the project at hand based on its experience deploying and adapting laser Triangulation technology for the Highway, Airport and Tunnel sectors. This broad experience provides unique opportunities for the "cross-pollination" of concepts and methodologies from the road, runway and tunnel inspection industries to address the challenges of the rail inspection industry.

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.

EXHIBIT 48
-245-

## 6  Schedule and Cost Estimates

Provided herein are rough time and cost estimates for the proposed project tasks:

- Phase 1 – 6 months; ▮▮▮▮ (Combined CSX and Pavemetrics)
    - N.B. This figure includes one-time costs for custom sensor mounting design, installation in the ATAC, additional computers for near real-time processing and a network attached storage solution for the expected significant data volume.
- Phase 2 – 6 months; ▮▮▮▮.

As part of Pavemetrics' commitment to cost sharing, Pavemetrics will supply of a significant amount of specialized hardware and software during the life of the project including:

- Laser triangulation sensors (lasers, cameras, lengths, signal conditioning electronics)
- Sensor cabling
- Data acquisition computer
- Real-time GUI computer
- Calibration device and software
- Inertial Measurement Units (for sensor orientation)
- Data acquisition software

The market value of this hardware and software is in-excess of ▮▮▮▮

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.

EXHIBIT 48
-246-

Appendix A – QUAD Chart

# Deployment and Autonomization of LR*AI*L AI-Enhanced Change Detection Technology for Network Level Scanning

|  | **Project Description:**<br>• Adapt LR*AI*L technology for deployment on an autonomous boxcar platform (CSX ATAC)<br>• First phase focus is on the installation and operation of the sensors on the boxcar platform<br>• Second phase focus is on the evaluation of the noise floor of the LR*AI*L ATAC system with regard to parameters of interest to CSX |
|---|---|
| **Railroad Impact:**<br>• Support CSX's Track Inspection Automation Initiative by adding sensors to improve automated inspection capability<br>• Achieve early detection and reduce reliance on visual inspections<br>• Improved staff safety; reduced need for walking inspections | **Cost & Schedule:**<br>• FY20/FY21(Anticipated Start September 2020)<br>• Primary Task (Phase 1) Duration – 6 months elapsed time<br>• Primary Task Cost ▮▮▮▮ (includes reduction for in-kind contribution) |
| **FRA Monitor:** Cam Stuart | **Project Partner:** Pavemetrics Systems Inc.<br>**Railroad Partner:** CSX Railway |

**Appendix A**

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.

**EXHIBIT 48**
**-247-**