Joseph R. Re (SBN 134,479)
Christy G. Lea (SBN 212,060)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor, Irvine CA 92614

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>PLAINTIFF(S)<br>v.<br>TETRA TECH, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21-cv-1289 MCS-MMA<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

One Thumb Drive Containing Exhibits 6 and 9 to the DECLARATION OF JOHN LAURENT IN SUPPORT OF PAVEMETRICS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION:

Exhibit 21: Video High-Speed 3D Imaging of Rail
Exhibit 24: Video Pavemetrics LCMS for Rail Inspection

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 22, 2021
Date

/s/ Christy G. Lea
Attorney Name

Plaintiff Pavemetrics Systems, Inc.
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                      NOTICE OF MANUAL FILING OR LODGING