Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>TETRA TECH, INC.<br><br>Counterclaim Plaintiff<br><br>TETRA TECH TAS INC.<br><br>Third-Party Counterclaim Plaintiff<br><br>v.<br><br>PAVEMETRICS SYSTEMS, INC.<br><br>Counterclaim Defendant | Case No. 2:21-cv-1289 MCS-MMA<br><br>**PAVEMETRICS' APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF PAVEMETRICS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Mark C. Scarsi |

Pursuant to Local Rule 79-5.2.2 and this Court's Initial Standing Order (ECF 11), Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") respectfully seeks leave to file under seal three exhibits. Those exhibits are attached the Declaration of John Laurent in Support of Pavemetrics' Opposition to Tetra Tech's Motion for Preliminary Injunction (ECF 17). The exhibits are:

1. Exhibit 42 to the Laurent Declaration;
2. Exhibit 46 to the Laurent Declaration; and
3. Exhibit 48 to the Laurent Declaration.

In support of this Application, Pavemetrics concurrently submits the Declaration of Nicholas M. Zovko and a Proposed Order. As explained in the Zovko Declaration, portions of these documents contain highly confidential pricing information. *See* Zovko Decl. at ¶¶ 5-10. Pavemetrics seeks to file these documents under seal to maintain the sensitivity of that information. Pavemetrics has redacted these documents to the extent possible, omitting only the specific portions of the documents containing highly confidential pricing information.

From March 5 to March 8, 2021, counsel for the parties exchanged emails regarding protecting the parties' confidential information submitted with the preliminary injunction briefing. The parties reached an agreement on how to treat confidential information, until a more comprehensive Protective Order is entered in this action. The parties agreed to treat certain non-public information relating to proposals, pricing, sales, and financial information as highly confidential, with access limited to the parties' outside counsel. On March 21, I emailed Tetra Tech's counsel seeking confirmation that Tetra Tech does not oppose this Application for Leave to File Under Seal certain materials. On March 22, Tetra Tech confirmed that it does not oppose this Application.

|   |   |   |
|---|---|---|
| 1 | For the foregoing reasons, Pavemetrics hereby seeks an Order of this Court permitting Pavemetrics to file under seal the documents identified above. | |
| 2 | | |
| 3 | | Respectfully submitted, |
| 4 | | KNOBBE, MARTENS, OLSON & BEAR, LLP |

Dated: March 22, 2021

By: /s/ Nicholas M. Zovko
Joseph R. Re
Christy G. Lea
Nicholas M. Zovko

Attorneys for Plaintiff/Counterclaim Defendant,
PAVEMETRICS SYSTEMS, INC.