Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>TETRA TECH, INC.<br><br>Counterclaim Plaintiff<br><br>TETRA TECH TAS INC.<br><br>Third-Party Counterclaim Plaintiff<br><br>v.<br><br>PAVEMETRICS SYSTEMS, INC.<br><br>Counterclaim Defendant | Case No. 2:21-cv-1289 MCS-MMA<br><br>**[PROPOSED] ORDER GRANTING PAVEMETRICS' APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF PAVEMETRICS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Mark C. Scarsi |

Having considered Pavemetrics' Application for Leave to File Under Seal Exhibits in Support of Pavemetrics' Opposition to Tetra Tech's Motion for Preliminary Injunction, and for good cause shown, the Court **GRANTS** the Application. Pavemetrics may file the following documents under seal:

- Exhibit 42 to the Declaration of John Laurent in Support of Pavemetrics' Opposition to Tetra Tech's Motion for Preliminary Injunction;
- Exhibit 46 to the Laurent Declaration; and
- Exhibit 48 to the Laurent Declaration.

**IT IS SO ORDERED.**

DATED: _____

_____
Mark C. Scarsi
United States District Judge