# EXHIBIT 42
## (REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL)

| | |
|---|---|
| **From:** | Richard Habel |
| **To:** | "Mary Ann Meola"; "Lois Somers" |
| **Cc:** | "Robert Olenoski"; Jean-Francois Hebert; Christine Heroux |
| **Bcc:** | John Laurent |
| **Subject:** | Invoice 254 ICC LCMS and Options |
| **Date:** | Monday, October 29, 2012 4:40:44 PM |
| **Attachments:** | RE Required LCMS Software Functionality.msg<br>Invoice 254 ICC LCMS and options.pdf.pdf<br>Pavemetrics USD Wire Instructions.pdf.pdf |

Hi Mary-Ann and Lois,

As Rob requested in the attached memo, please find attached our invoice 254 for your LCMS and options.

The payment is due by January 27, 2013. A wire transfer would be appreciated. I have attached our banking information. I look forward to receiving your payment.

Best Regards,


Richard Habel, M. Sc.
President & CEO
Pavemetrics Systems inc.
150, Boulevard René-Lévesque Est, Suite 1820
Québec (Québec) Canada
G1R 5B1
Tel: +1 418 210 3629
Fax +1 418 522 3345
www.pavemetrics.com
rhabel@pavemetrics.com

IMPORTANT NOTICE: This message is intended only for the use of the individual or entity to which it is addressed. It contains information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify security@pavemetrics.com immediately. Thank you.

AVIS IMPORTANT: Ce message est destiné uniquement à l'usage de la personne ou de l'entité à laquelle il est adressé. Il contient des renseignements privilégiés, confidentiels et exemptée de divulgation en vertu du droit applicable. Si le lecteur de ce message n'est pas le destinataire, ou l'employé ou l'agent chargé de délivrer le message au destinataire prévu, vous êtes informé que toute diffusion, distribution ou copie de cette communication est strictement interdite. Si vous avez reçu cette communication par erreur, s'il-vous-plaît aviser securite@pavemetrics.com immédiatement. Merci.

**EXHIBIT 42**
**-213-**

| | |
|---|---|
| **From:** | Robert Olenoski |
| **To:** | Richard Habel; John Laurent |
| **Subject:** | RE: Required LCMS Software Functionality |
| **Date:** | Monday, October 29, 2012 11:11:53 AM |

Richard,

Can you please send me an invoice for the demo LCMS. We are going to sell it to EBA. Please include the following items in the quote.

1. ICC will need to pay the ▮▮▮▮▮ fee to extend the warranty and reset the in service date to November.
2. EBA wants to purchase the annual raw data access fee. (▮▮▮▮ now, ▮▮▮▮ yearly with software maintenance and support)
3. EBA wants to purchase the IRI module with the accerometers for ▮▮▮▮.

Thank you.

Rob

---

**From:** Richard Habel [mailto:rhabel@pavemetrics.com]
**Sent:** Friday, October 26, 2012 2:29 PM
**To:** Robert Olenoski
**Subject:** RE: Required LCMS Software Functionality

Rob,

If EBA commits to the yearly fees to access this data and agree to purchase yearly software upgrade and technical support fees include the yearly maintenance/recalibration on his LCMS (▮▮▮▮ annually), then the library function will allow the direct extraction of the complete raw elevation data from the FIS files.

Regards,

Richard Habel, M. Sc.
President & CEO
Pavemetrics Systems inc.
150, Boulevard René-Lévesque Est, Suite 1820
Québec (Québec) Canada
G1R 5B1
Tel: +1 418 210 3629
Fax +1 418 522 3345
www.pavemetrics.com
rhabel@pavemetrics.com

IMPORTANT NOTICE: This message is intended only for the use of the individual or entity to which it is addressed. It contains information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify security@pavemetrics.com immediately. Thank you.

AVIS IMPORTANT: Ce message est destiné uniquement à l'usage de la personne ou de l'entité à laquelle il est adressé. Il contient des renseignements privilégiés, confidentiels et exemptée de

**EXHIBIT 42**
-214-

divulgation en vertu du droit applicable. Si le lecteur de ce message n'est pas le destinataire, ou l'employé ou l'agent chargé de délivrer le message au destinataire prévu, vous êtes informé que toute diffusion, distribution ou copie de cette communication est strictement interdite. Si vous avez reçu cette communication par erreur, s'il-vous-plaît aviser securite@pavemetrics.com immédiatement. Merci.

**From:** Robert Olenoski [mailto:robol@InternationalCybernetics.com]
**Sent:** October-26-12 1:53 PM
**To:** rhabel@pavemetrics.com
**Subject:** FW: Required LCMS Software Functionality

**From:** Robert Olenoski
**Sent:** Friday, October 26, 2012 1:46 PM
**To:** John Laurent
**Subject:** FW: Required LCMS Software Functionality

John,
This is what EBA wants.  Can you please confirm this option and make sure we are clear on the price.  Thank you.
Rob

**From:** Mesher, Darel [mailto:DMesher@eba.ca]
**Sent:** Thursday, October 25, 2012 12:06 PM
**To:** Robert Olenoski
**Cc:** Kung, Ewing
**Subject:** Required LCMS Software Functionality

Rob,

As promised;  The linkable library function that EBA requires (as a minimum) will allow the direct extraction of the complete raw elevation data from the FIS files (this would be functionally equivalent to subsequent calls to the LcmsGetRngProfiles() function to extract all of the profiles in the FIS file).  It would be nice if the same 'Block Read' functionality was also provided for the single profile extraction functions LcmsGetUncalRngProfiles() and LcmsGetRectifiedRngProfiles(), however these additional functions are not explicitly required.


ERROR_CODE LcmsGetProfileData(float * _pRngProfX[2], float*_pRngProfZ[2]);

**Description :**
Returns the depth map (X and Z/range/height values (in mm)) for all profiles in the file in a single function call. The depth map contains the height measurements between the sensor and the road surface (in non-rectified mm). This function allows the user to display the captured 3D profiles in its software.  Data buffers must be allocated by the user before calling this function. The size of each of the buffers must be equal to the (number of points per profile) X the (number of profiles in the FIS file).

**Parameters :**
- _pRngProfX[2]: Array of two pointers to the X data of the captured profiles. Each pointer must point to a buffer of the appropriate size that has been allocated by the user. The buffers will be filled with data coming from the left and right sensors (respectively).

EXHIBIT 42
-215-

- _pRngProfZ[2]: Array of two pointers to the depth data (Z) of the captured profiles. Each pointer must point to a buffer of the appropriate size that has been allocated by the user. The buffers will be filled with data coming from the left and right sensors (respectively).

**Returned value :**
LCMS_ANALYSER_NO_ERROR if the road section has been successfully loaded or any other error code otherwise.

**EXHIBIT 42**
**-216-**



# INVOICE

Invoice No.: 254
Date: 29/10/2012

**Pavemetrics Systems inc.**

150, boul. René-Lévesque Est, suite 1820
Québec, Québec G1R 5B1
Canada

Contact: Richard Habel
+1 418 210 3629
rhabel@pavemetrics.com

**Sold to:**

**International Cybernetics Corp**
Robert Olenoski
P.O. Box 17246
Clearwater, FL  33762
USA

**Ship to:**

International Cybernetics Corp
Robert Olenoski
P.O. Box 17246
Clearwater, FL  33762
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
|  | Client Reference Number :<br>Pavemetrics Reference Number : SL 0117, Quotation 12-Q236 |  |  |
| 1 | Laser Crack Measurement System (LCMS)<br>- Two 3-D Laser profiling sensors,<br>- Rackmount controller (2U) unit with DC power supply,<br>- Two Solios PCIe camlink single full frame grabber boards,<br>- C/C++ acquisition software library (DLL) for Windows XP or Windows 7<br>- Software reference and installation manuals,<br>- All necessary cables, | ▮ | ▮ |
| 1 | Data processing software including functions for:<br>- Road crack detection (length, type, severity)<br>- Road rut detection (depth, type)<br>- Road macro-texture evaluation (RPI - digital sand patch)<br>- Road ravelling evaluation (RI – ravelling index)<br>- Pothole detection<br>- Detection of road lane lines<br>- Data processing too box software reference manual,<br>- 1 year full warranty (from June 20, 2012 until June 19, 2013) included |  |  |
| 1 | LCMS Extended Warranty until November 1st, 2013: | ▮ | ▮ |
| 1 | Raw Data Access until November 1, 2013: | ▮ | ▮ |
| 1 | Extended support until November 1, 2014 including:<br>- Technical support<br>- Software upgrades<br>- Yearly maintenance, and<br>- Raw data access. | ▮ | ▮ |

GST- 844248450    QST - 1215844630

Terms: Net 90. Due 27/01/2013.

Continue...

Administration charges of 1.5% per month on all overdue accounts.

**EXHIBIT 42**
-217-



# INVOICE

Invoice No.: 254
Date: 29/10/2012

**Pavemetrics Systems inc.**
150, boul. René-Lévesque Est, suite 1820
Québec, Québec G1R 5B1
Canada

Contact: Richard Habel
+1 418 210 3629
rhabel@pavemetrics.com

**Sold to:**
International Cybernetics Corp
Robert Olenoski
P.O. Box 17246
Clearwater, FL  33762
USA

**Ship to:**
International Cybernetics Corp
Robert Olenoski
P.O. Box 17246
Clearwater, FL  33762
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Longitudinal profile (IRI) option including:<br>- Accelerometers (2),<br>- IRI calculations,<br>- Longitudinal profile (Proval format),<br>- Vehicle drift correction (using lane markings),<br>- 1-year full warranty. | ▇▇▇ | ▇▇▇ |
| 1 | Less Rental fees for first 4 months | ▇▇▇ | ▇▇▇ |
|   | Subtotal: |   | ▇▇▇ |

GST- 844248450        QST - 1215844630

Terms: Net 90. Due 27/01/2013.

**Total Amount** ▇▇▇

Administration charges of 1.5% per month on all overdue accounts.

**EXHIBIT 42**
-218-