# EXHIBIT 46
## (REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL)



# Quotation

Date: 09-Jun-2020

Quotation Nº: 20-Q1719

**Supplied to:**
Darel Mesher
Tetratech
14940 - 123 Avenue,
Edmonton, AB, T5V 1B4
Canada

dmesher@eba.ca

**Conditions:**

| | |
|---|---|
| Quotation valid for: | 90 days |
| Delivery date: | 2 to 4 weeks After receiving pre-shipment payment |
| Terms of delivery: | EXW Quebec |
| All taxes and duty fees are extra | |
| Terms of payment: | 75% pre-shipment, 25% net 30 days |

| Standard Equipment | | | |
|---|---|---|---|
| Item | Quantity | Description | Price (USD) |
| 1 | 1 | Laser Crack Measurement System 2 (LCMS-2) composed of: | ▓▓▓▓ |

- Two 3-D LCMS-2 laser profiling sensors with built-in IMUs
- Rackmount controller (2U) unit with DC power supply
- Two frame grabber boards
- Software reference and installation manuals
- All necessary cables
- 1-year full parts and labor warranty (excluding applicable shipping and travel expenses)

LRAIL Software
- Data acquisition and processing software (GUI and DLL) comprising the following automated detection functions for:
  - Supports normal gauge, wide gauge and embedded track (metro/trolly)
  - Rail X, Y and Z position mapping
  - Geometry measurement (gauge, cant, alignment)
  - Embedded track rail wear
  - Rail surface defect inspection (dimensions, location)
  - Concrete tie/sleeper inspection (count, location, chips, cracks, skew angle)
  - Wooden tie/sleeper inspection (count, location, cracks/splits, skew angle)
  - Joint inspection (location, gap measurement)
  - Joint bar inspection (count, location, bolt count)
  - Fastener inspection (count, location, present/missing/covered status)
  - Ballast inspection (over or under volume, presence of fouling)
  - LAS file format output (geo-referenced and motion-corrected point cloud)
- 1 year of software updates and technical support (phone/email).

Note: LRAIL software license  is valid only for the pair of sensors with which it was purchased , is non-transferable and cannot be used with any other sensors.

Calibration Validation Object
A tool that is useful for quickly verifying the sensors' calibration status in the field.
Includes self-guided software to complete the process. Also essential for automatic stitching of scans from left and right sensors and all rail geometry measurements.

Pavemetrics Systems Inc.
150, boul. René-Lévesque Est, suite 1820 | Québec (QC) | G1R 5B1 Canada

Issue 01 - Revision 00

**EXHIBIT 46**
**-232-**



# Quotation

| | | Extended Support Options | |
|---|---|---|---|
| **Item** | **Quantity** | **Description** | **Price (USD)** |
| 2a | 1 year | Gold Plan | ▮ |
| | | A complete support package which provides for one (1) additional year of software updates and technical support (phone and email) and full parts and labor warranty. Also includes one (1) annual sensor maintenance and recalibration performed at the factory (requires the customer to ship their sensors to the factory). This package excludes applicable expenses related to travel and shipping. | |
| <u>OR</u> | | | |
| 2b | 1 year | Silver Plan | ▮ |
| | | A basic support package which provides for one (1) additional year of software updates and technical support (phone and email). Also includes one (1) annual sensor maintenance and recalibration performed at the factory (requires the customer to ship their sensors to the factory). This package excludes applicable expenses related to travel, shipping and any repairs (no extended warranty). | |
| <u>OR</u> | | | |
| 2c | 1 year | Bronze Plan | ▮ |
| | | A basic support package which provides for one (1) additional year of software updates and technical support (phone and email). | |

**Transportation**

The goods listed herein are offered ExWorks Quebec City, QC, meaning that the client is responsible for all transportation charges and insurance fees from Quebec City to their offices. Upon order the client should provide specific transportation instructions (name of carrier and account number), including any insurance arrangements, in the Purchase Order. Alternatively, if desired by the client, Pavemetrics can designate a carrier and add the applicable delivery and handling charges to the client's invoice.

Prepared by:          *Julie Alcaraz*
                       Julie Alcaraz

Please write our quotation number and specify
the shipping instructions on your purchase order and forward it to:
Pavemetrics Systems Inc.
150, Boulevard René-Lévesque Est, suite 1820
Québec (Québec)
Canada G1R 5B1
Tel: +1 581 999 9583
Fax : +1 418 522 3345
www.pavemetrics.com

Pavemetrics Systems Inc.
150, boul. René-Lévesque Est, suite 1820 | Québec (QC) | G1R 5B1 Canada

Issue 01 - Revision 00

**EXHIBIT 46**
**-233-**



# Quotation

### WARRANTY

**WARRANTY ON PRODUCTS.** Pavemetrics warrants that its products as described in the attached quotation (the "Products") for a period of 365 days from the day of pickup of such Products (the "Warranty Period") when installed and used in accordance with specifications described in user manuals, technical materials and any related writings published by Pavemetrics with respect to such Products, will be free from defects in materials and workmanship.

**WARRANTY ON REPAIRS.** Pavemetrics warrants that its repairs as described in the attached quotation (the "Repairs") for a period of 90 days from the day of pickup of such Repairs (the "Warranty Period") when installed and used in accordance with specifications described in user manuals, technical materials and any related writings published by Pavemetrics with respect to such Repairs, will be free from defects in materials and workmanship.

**WARRANTY SERVICES PROCEDURES.** In order to benefit of the above-mentioned warranty, the purchaser shall notify in writing Pavemetrics within the Warranty Period in order to obtain a Return Material Authorization ("RMA"). The sensor serial number shall be provided in order to obtain a RMA. In any event, even if a RMA is provided to purchaser, Pavemetrics reserves the right to inspect the damaged Product or non-compliant Services before the final decision of repairing, replacing or reimbursing such Product or Services.

The defective Product or part shall be returned to Pavemetrics, accompanied by the RMA number with prepaid shipping charges at the address mentioned below. The purchaser must insure the shipment or accept the risk of loss or damage during the shipment. The Purchaser shall also pay any tariff or duty applicable to the return of defective part or Product.

During the Warranty Period, Pavemetrics will, at its sole option, repair, replace or reimburse the price paid for, any Product that is confirmed to be defective by Pavemetrics. Pavemetrics owns all parts removed from a repaired Product. If Pavemetrics repairs a Product, its warranty is not extended. If Pavemetrics replaces a Product, the replaced Product is warranted for the remainder of the original term or thirty (30) days, whichever is longer. Pavemetrics will not pay any transportation costs to return repaired goods or goods repaired under warranty.

In case of Services confirmed to be non-compliant, Pavemetrics, at its sole option, will re-execute or reimburse the price paid for such Services.

Products with a RMA should be sent to the following location:

Pavemetrics

RMA PAVE-XXX

2740, Einstein

Québec, Québec, Canada G1P 4S4

**EXCLUSION OF OTHER WARRANTIES.** The above warranty is the sole warranty applicable and there are no express, legal or implied warranties or conditions in relation to any Products, Third Party Product or Services including any implied warranty or condition of merchantability, non-infringement, specific performance or fitness for a particular purpose and those otherwise arising by statute or otherwise in law or from a course of dealing or usage of trade, which are expressly disclaimed. No oral or written information or advice given by Pavemetrics or its employees or representatives shall create a warranty or condition or in any way increase the scope of Pavemetrics obligation. Among others, Pavemetrics does not warrant that the business results obtained from the use of the Products or Services will be appropriate or adequate for the purchaser or its customers.

**EXCLUSION.** The above-mentioned warranties do not cover and shall not apply to:

- the damages caused during the transportation and shipping of the Products;

- damages caused by accidents, abuse, misuse, a force majeure or external cause;

- Products altered, modified, repaired or with broken seals not expressly authorized by Pavemetrics;

**LIMITATION OF LIABILITY.** To the maximum extent permitted by applicable law, in no event will Pavemetrics be liable to the purchaser or any third party for any indirect, special, consequential, incidental or exemplary damages whatsoever, including but not limited to loss or revenue or profit, lost or damaged data, business interruption or any other pecuniary loss whether based in contract, extra-contractual or other causes of action, even if Pavemetrics has been advised of the possibility of such damages. In any event, the total liability of Pavemetrics arising from any cause of action or claim whatsoever, arising out of, connected with, or resulting from the Products or the furnishing of any Service or otherwise related to the attached quotation/proposal shall in no event exceed the price allocable to and paid to Pavemetrics for the individual unit of Products or Service or part thereof which gives rise to the cause of action or claim.

Pavemetrics Systems Inc.
150, boul. René-Lévesque Est, suite 1820 | Québec (QC) | G1R 5B1 Canada

Issue 01 - Revision 00

**EXHIBIT 46**

**-234-**