Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TETRA TECH, INC.,<br><br>    Defendant. | Case No. 2:21-cv-1289 MCS-MMA<br><br>**PAVEMETRICS' COMPULSORY COUNTERCLAIM FOR DECLARATORY JUDGMENT OF INVALIDITY**<br><br>Honorable Mark C. Scarsi |
| TETRA TECH, INC.,<br><br>    Counterclaim Plaintiff,<br><br>TETRA TECH TAS INC.,<br><br>    Third-Party Counterclaim Plaintiff,<br><br>    v.<br><br>PAVEMETRICS SYSTEMS, INC.,<br><br>    Counterclaim Defendant. | |
| PAVEMETRICS SYSTEMS, INC.,<br><br>    Counterclaim Plaintiff,<br><br>    v. | |

| | |
|---|---|
| TETRA TECH, INC. and TETRA TECH TAS INC., | ) ) ) ) ) |
| Counterclaim Defendants. | |

For its compulsory counterclaim against Tetra Tech, Inc. and Tech TAS Inc. (collectively, "Tetra Tech"), Pavemetrics Systems, Inc. ("Pavemetrics") alleges as follows. Pursuant to Paragraph 12 of the Court's Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi (ECF 11), Pavemetrics is filing its compulsory counterclaim as a separate document from its answer.

## I. JURISDICTION AND VENUE

1. This Counterclaim arises under the patent laws of the United States, 35 U.S.C. § 1 et seq., and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

2. This Court has subject matter jurisdiction over this Counterclaim pursuant to 28 U.S.C. §§ 1331 and 1338.

3. Tetra Tech, Inc. is subject to the jurisdiction of this Court, *inter alia*, because it invoked the jurisdiction of this Court by filing its counterclaims for infringement and because it resides in this Judicial District.

4. Tetra Tech TAS Inc. is subject to the jurisdiction of this Court, *inter alia*, because it invoked the jurisdiction of this Court by filing its third-party counterclaim for infringement.

5. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400.

## II. THE PARTIES

6. Pavemetrics Systems, Inc. is a Canadian corporation, with its principal place of business at 150 boul. Rene-Levesque est, Suite 1820, Quebec, Canada, G1R5B1.

7. Upon information and belief, and based on Tetra Tech's allegations

in its Counterclaim, Tetra Tech, Inc. is a Delaware corporation with its principal place of business at 3475 East Foothill Boulevard, Pasadena, CA 91107.

8. Upon information and belief, and based on Tetra Tech's allegations in its Counterclaim, Tetra Tech TAS Inc. is a Canadian corporation with its principal place of business at 14940 123 Avenue, Edmonton, Alberta, Canada T5V 1B4.

### III. BACKGROUND

9. On February 11, 2021, Pavemetrics filed a Complaint for Declaratory Judgment of Non-Infringement against Tetra Tech, Inc. ECF 1. In that Complaint, Pavemetrics sought a declaration that it does not infringe, nor has it infringed, any claim of U.S. Patent No. 10,362,293, or in the alternative, has a complete defense to any infringement under 35 U.S.C. § 273.

10. On March 3, 2021, Tetra Tech Inc. answered Pavemetrics' Complaint. ECF 12. Tetra Tech Inc., joined by third-party counterclaimant, Tetra Tech TAS Inc., filed a counterclaim for infringement of the '293 patent and did so in the same pleading as Tetra Tech Inc.'s Answer.

### IV. FIRST COUNTERCLAIM
**(Declaratory Judgment of Invalidity of the '293 Patent)**

11. Pavemetrics restates, realleges, and incorporates by reference the allegations made in Paragraphs 1-10 of this Counterclaim.

12. An actual controversy exists between Pavemetrics and Tetra Tech over the invalidity of U.S. Patent No. 10,362,293. Tetra Tech filed a counterclaim in this action alleging that Pavemetrics infringes at least Claims 1, 15, 16, 19-22, 36, 37, and 40-42 of the '293 patent by bidding and contracting for, offering to sell, selling, using, testing, and importing the LRAIL in the United States. ECF 12 at 28-37.

13. The claims of the '293 patent are invalid because they fail to comply with one or more requirements of United States Code Title 35,

including, without limitation, one or more requirements of 35 U.S.C. §§ 101, 102, 103, and/or 112 or other judicially created bases for invalidity.

14. As a non-limiting example, at least Claim 1 of the '293 patent is invalid as anticipated and/or obvious under 35 U.S.C. §§ 102 and 103 in view of at least *Automatic Track Inspection Using 3D Laser Profilers to Improve Rail Transit Asset Condition Assessment and State of Good Repair – A Preliminary Study* by Metari et al. ECF 31-10.

15. Pavemetrics seeks a declaration of this Court that the claims of the '293 patent are invalid.

## V. **PRAYER FOR RELIEF**

Pavemetrics respectfully requests the following relief:

A. That the Court enter a judgment against Tetra Tech and in favor of Pavemetrics on the claims set forth in Tetra Tech's Counterclaim and that each such claim be dismissed with prejudice;

B. That the Court enter judgment declaring that the claims of U.S. Patent No. 10,362,293 are invalid;

C. That the Court declare that Pavemetrics is free and clear to make, use, offer for sale and sell its LRAIL inspection system despite any rights Tetra Tech purports to own;

D. That the Court enjoin Tetra Tech from representing to anyone that Pavemetrics is infringing on any rights Tetra Tech purports to own, including any rights based on the patents in suit;

E. That the Court declare that this case is exceptional under 35 U.S.C. § 285 and award Pavemetrics its attorneys' fees, costs, and expenses incurred in this Action; and

F. That the Court award Pavemetrics any other relief as the Court deems just, equitable, and proper.

| | |
|---|---|
| | Respectfully submitted, |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: March 24, 2021 | By: */s/ Nicholas M. Zovko*<br>    Joseph R. Re<br>    Christy G. Lea<br>    Nicholas M. Zovko |
| | Attorneys for Plaintiff/Counterclaim Defendant,<br>PAVEMETRICS SYSTEMS, INC. |