1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TETRA TECH, INC.<br><br>　　　　Defendant.<br>―――――――――――――――<br>TETRA TECH, INC.<br><br>　　　　Counterclaim Plaintiff<br><br>TETRA TECH TAS INC.<br><br>　　　　Third-Party Counterclaim Plaintiff<br><br>　v.<br><br>PAVEMETRICS SYSTEMS, INC.<br><br>　　　　Counterclaim Defendant | Case No. 2:21-cv-1289 MCS-MAA<br><br>**ORDER GRANTING PAVEMETRICS' APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF PAVEMETRICS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Mark C. Scarsi |

Having considered Pavemetrics' Application for Leave to File Under Seal Exhibits in Support of Pavemetrics' Opposition to Tetra Tech's Motion for Preliminary Injunction ("the Application"), and for good cause shown, the Court **GRANTS** the Application. Pavemetrics shall file the following documents under seal:

- Exhibit 42 to the Declaration of John Laurent in Support of Pavemetrics' Opposition to Tetra Tech's Motion for Preliminary Injunction;
- Exhibit 46 to the Laurent Declaration; and
- Exhibit 48 to the Laurent Declaration.

**IT IS SO ORDERED.**

DATED: March 25, 2021

Honorable Mark C. Scarsi
United States District Judge