# EXHIBIT A



FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

**AARON L. PARKER**
202.408.4387
aaron.parker@finnegan.com

March 25, 2021

<u>**VIA EMAIL**</u>

Christy Lea, Esq.
Knobbe Martens
2040 Main St., 14th Fl.
Irvine, CA 92614

Dear Christy:

Tetra Tech, Inc. and Tetra Tech TAS Inc. ("Tetra Tech") have reviewed Pavemetrics' memorandum in opposition to Tetra Tech's motion for preliminary injunction, the declarations of John Laurent and David Frakes, Ph.D., and associated exhibits. In its opposition, Pavemetrics makes several new assertions regarding its LCMS and LRAIL, since 2012, to fit the narrative of its alleged prior use, invalidity, and non-infringement positions.

Yet, Pavemetrics has failed to produce any source code in support of these new assertions. Instead, Pavemetrics' assertions merely rely on attorney argument and conclusory statements by its declarants. Making matters worse, Pavemetrics now claims in opposition that there are multiple versions of the LRAIL's processing algorithms, and most recently as of 2019, when Pavemetrics "significant changed how LRAIL processes data." Memorandum, 11.

To properly evaluate Pavemetrics' new prior use, invalidity defenses, and non-infringement arguments within the confines of its narrative and the LCMS/LRAIL's changing algorithms, Tetra Tech requests that Pavemetrics immediately produce the source code for the various LCMS and LRAIL systems discussed in its opposition. Tetra Tech agrees to treat all versions of Pavemetrics' source code as Outside Attorneys' Eyes Only with only Tetra Tech's outside attorneys and one or more third-party experts having access to the source code.

Due to the limited time remaining for Tetra Tech to prepare its reply to Pavemetrics' opposition, Tetra Tech requests that Pavemetrics produce all versions of the requested LCMS/LRAIL source code by no later than **12:00 PM PT on Monday, March 29, 2021**. Please confirm by **6:00 PM PT today, March 25, 2021,** if Pavemetrics will produce the requested source code by March 29, 2021.

If Pavemetrics will not produce the requested source code by March 29, 2021, please advise whether Pavemetrics would be willing to produce the requested source code no later than 10 days from the date of this letter and would agree to file a joint stipulation extending remaining

Christy Lea, Esq.
March 25, 2021
Page 2 of 2

deadlines associated with the preliminary injunction by 14 days, to give Tetra Tech time to review the source code in anticipation of filing its reply (currently due April 5, 2021).

If Pavemetrics refuses each of these requests, Tetra Tech will be filing an ex parte application (under Local Rule 7-19) seeking expedited discovery of the requested source code along with an extension of time for Tetra Tech to file it's reply brief and a request to move back the preliminary injunction hearing date. Please advise whether Pavemetrics will be opposing that application.

And finally, if Pavemetrics refuses to produce the requested source code by March 29, 2021, forcing Tetra Tech to pursue one of the other options involving the Court, please advise when you are available for a meet and confer this afternoon or tomorrow morning Pacific Time.

We look forward to your prompt response.

                                            Sincerely,

                                            s/Aaron L. Parker