# EXHIBIT C

| | |
|---|---|
| **From:** | Christy.Lea |
| **To:** | Parker, Aaron |
| **Cc:** | Green, Alissa; Lit PAVEL.001L |
| **Subject:** | RE: Pavemetrics v. Tetra Tech- PI Briefing Schedule and Source Code Production |
| **Date:** | Friday, March 26, 2021 7:54:58 PM |

**EXTERNAL Email:**

Dear Aaron,

Earlier today, we met and conferred on Tetra Tech's ex parte application seeking (1) an additional two-week extension for filing its reply brief in support of its PI motion, (2) an extra 5 pages for its reply brief, and (3) expedited discovery of Pavemetrics' proprietary source code for its current LRAIL system.

As we discussed, for the reasons stated in my letter to you last night, Pavemetrics will oppose Tetra Tech's ex parte application on the extension and expedited discovery of its source code.  Neither its PI motion, nor its ex parte application for expedited discovery, is to preserve the status quo.  Pavemetrics has been selling its LRAIL system long before the asserted patent issued, and Tetra Tech knew it and even encouraged it.  Tetra Tech already received a one-week extension to file its reply brief, which is the same extension that Pavemetrics received to file its opposition.

With respect to Tetra Tech's request for extra pages on reply, Pavemetrics opposes this request. Tetra Tech's reply should be limited to responding to the evidence of record.  Ten pages is sufficient for that purpose.

Best,
Christy

**Christy Lea**
Partner
**Knobbe Martens**

**From:** Parker, Aaron <Aaron.Parker@finnegan.com>
**Sent:** Friday, March 26, 2021 9:55 AM
**To:** Christy.Lea <Christy.Lea@knobbe.com>
**Cc:** Green, Alissa <Alissa.Green@finnegan.com>
**Subject:** RE: Pavemetrics v. Tetra Tech- PI Briefing Schedule and Source Code Production

Christy,

Please use the below dial-in:

**Toll-free dial-in number (U.S. and Canada):**
(877) 385-3288

**Conference code:**
2024084387

Thanks,
Aaron

---

**From:** Christy.Lea <Christy.Lea@knobbe.com>
**Sent:** Friday, March 26, 2021 12:48 PM
**To:** Parker, Aaron <Aaron.Parker@finnegan.com>
**Cc:** Green, Alissa <Alissa.Green@finnegan.com>
**Subject:** RE: Pavemetrics v. Tetra Tech- PI Briefing Schedule and Source Code Production

**EXTERNAL Email:**

Hi Aaron,

Please send a dial in.  Another attorney will join me on the call.

Best,
Christy

---

**From:** Parker, Aaron <Aaron.Parker@finnegan.com>
**Sent:** Friday, March 26, 2021 9:09 AM
**To:** Christy.Lea <Christy.Lea@knobbe.com>
**Cc:** Green, Alissa <Alissa.Green@finnegan.com>
**Subject:** RE: Pavemetrics v. Tetra Tech- PI Briefing Schedule and Source Code Production

Christy,

Is it OK for us to call you at 949-500-6972 at 11 AM PT today for the meet and confer?  Or is there a different number you'd like us to use?

Thanks,
Aaron

**Aaron L. Parker** (Bio)
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4387 | fax: 202.408.4400 | Aaron.Parker@finnegan.com | www.finnegan.com

---

**From:** Christy.Lea <Christy.Lea@knobbe.com>
**Sent:** Thursday, March 25, 2021 10:06 PM

**To:** Parker, Aaron <Aaron.Parker@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Reese, David <David.Reese@finnegan.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Davies, Ryan <Ryan.Davies@finnegan.com>; Melhado-Burke, Amanda <amelhadoburke@clarkhill.com>
**Cc:** Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics v. Tetra Tech- PI Briefing Schedule and Source Code Production

**EXTERNAL Email:**

Aaron,

I have attached a letter in response.

Best,
Christy


**Christy Lea**
Partner
949-500-6972 Cell
**Knobbe Martens**

---

**From:** Parker, Aaron <Aaron.Parker@finnegan.com>
**Sent:** Thursday, March 25, 2021 8:40 AM
**To:** Christy.Lea <Christy.Lea@knobbe.com>; Ridge, Donald L. <dridge@clarkhill.com>; Reese, David <David.Reese@finnegan.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Davies, Ryan <Ryan.Davies@finnegan.com>; Melhado-Burke, Amanda <amelhadoburke@clarkhill.com>
**Cc:** Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>; Scott.Hobin <Scott.Hobin@knobbe.com>; Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Mack.Montgomery <Mack.Montgomery@knobbe.com>; Maria.Gasca <Maria.Gasca@knobbe.com>
**Subject:** Pavemetrics v. Tetra Tech- PI Briefing Schedule and Source Code Production

Christy,

Please find attached a letter relating to this matter.

Best Regards,
Aaron

**Aaron L. Parker** (Bio)
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4387 | fax: 202.408.4400 | Aaron.Parker@finnegan.com | www.finnegan.com