**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**[PROPOSED] ORDER GRANTING TETRA TECH'S *EX PARTE* APPLICATION FOR EXPEDITED DISCOVERY AND EXTENSION OF TIME AND PAGE LIMIT**<br><br>**[Honorable Mark C. Scarsi]** |

Having considered and reviewed Tetra Tech's *Ex Parte* Application for Expedited Discovery and Extension of Time and Page Limit, and the documents and papers in support thereof, and for good cause thereon, IT IS HEREBY ORDERED that Tetra Tech's Application is GRANTED as follows:

1. Pavemetrics will produce its current LRAIL source code by April 5, 2021.
2. The Court grants Tetra Tech a five-page extension for its Reply papers to Pavemetrics Opposition (ECF No. 37).
3. The Court grants Pavemetrics a five-page Sur-Reply to Tetra Tech's Reply.
4. The Court modifies the briefing deadlines and hearing date for Tetra Tech's Motion for Preliminary Injunction (ECF No. 17, 27) as follows:

| Event | Date |
| --- | --- |
| Tetra Tech's deadline to file Reply papers | [April 5, 2021] <br> April 19, 2021 |
| Pavemetrics' deadline to file Sur-Reply | [none] <br> April 26, 2021 |
| Hearing | [April 19, 2021 at 9:00 am] <br> May 3, 2021 at 9:00 am |

**IT IS SO ORDERED.**

Dated: _____      _____

                                               **HONORABLE MARK C. SCARSI**
                                               UNITED STATES DISTRICT JUDGE

1 | Presented by:
2 | _____/s/_____
3 | Donald L. Ridge
4 |
5 | *Attorney for Defendants and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc.*

2