# EXHIBIT T

# Nikolaos P. Papanikolopoulos

McKnight Presidential Endowed Professor in CS
Distinguished McKnight University Professor
Director, Minnesota Robotics Institute

Department of Computer Science and Engineering
University of Minnesota
200 Union Street SE
Minneapolis, MN 55455
phone: (612) 625-0163
fax: (612) 625-0575
e-mail: npapas@cs.umn.edu
URL: http://www.cs.umn.edu/~npapas

## Education

- Carnegie Mellon University, Pittsburgh, Pennsylvania
  **Doctor of Philosophy in Electrical and Computer Engineering**, August 1992.
  GPA: 4.0 / 4.0.

  Thesis: "Controlled Active Vision" under the supervision of Professor Pradeep K. Khosla.

- Carnegie Mellon University, Pittsburgh, Pennsylvania
  **Master of Science in Electrical and Computer Engineering**, December 1988.
  GPA: 4.0 / 4.0.

  Project: "FORS: Flexible Organizations" under the supervision of Professor Sarosh Talukdar.

- National Technical University of Athens, Athens, Greece
  **Diploma of Engineering in Electrical and Computer Engineering**, July 1987.
  GPA: 8.75 / 10.0.

  Project: "Use of Fuzzy Logic in the Selection of Gains of the PID Controller" under the supervision of Professor Spyros Tzafestas.

## Professional Experience

- Director Minnesota Robotics Institute: University of Minnesota, Minneapolis, Minnesota.
  July 2019 - present.

- Professor: University of Minnesota, Minneapolis, Minnesota.
  Fall 2001 - present.

- Associate Professor: University of Minnesota, Minneapolis, Minnesota.
  Fall 1996 - 2001.

- Assistant Professor: University of Minnesota, Minneapolis, Minnesota.
  Fall 1992 - 1996.

# Research Experience

- <u>University of Minnesota</u>, September 1992 - Present

  Computer Vision
  Robotics
  Intelligent Transportation Systems
  Distributed Systems (Robotics)
  Machine Learning
  Medical Robotics
  Sensor Networks
  Robotic Visual Tracking and Servoing
  Sensor-Based Control in Transportation Systems
  Active Vision
  Computer Engineering
  Signature Recognition and Identification
  Object Recognition

- <u>Carnegie Mellon University</u>, August 1987 - August 1992

  Robotics, Computer Vision, and Control
  Computer Integrated Manufacturing
  Tool Integration
  Software Engineering

- <u>National Technical University of Athens</u>, September 1986 - July 1987

  Fuzzy and Intelligent Control

# Industrial Experience

- Consultant: <u>University of Cyprus</u>, Nicosia Cyprus.
  Helped in the creation of the Department of Electrical and Computer Engineering, 2001 - 2005.

- Consultant: <u>Banner Engineering, Carnegie Robotics, Sentera, KYOS, Tennant, ISS, Best Buy, Moai Technologies, MOVE eye, VideoNEXT Inc., DATACARD Inc., etc.</u>, Minneapolis, MN.
  Developed computer vision algorithms for vehicle tracking, camera calibration, precision agriculture, human tracking, object recognition, and fingerprint recognition, 1997 - Present.

- Consultant: <u>IMS ExpertServices, ABB, Toyota, Canon, Intel, Tetra Tech, iRobot, Kenyon and Kenyon, Orrick, Perkins Coie LLP, Fish & Richardson, Finnegan, Henderson, Farabow, Garrett & Dunner LLP, Oblon, McClelland, Maier & Neustadt, LLP, Phillips Nizer LLP, Andrews Kurth Kenyon LLP, and Bartlit Beck Herman Palenchar & Scott LLP</u>, Minneapolis, MN.
  Provided technical expertise in litigation that involves surveillance systems, robotics, computer vision, vehicle monitoring systems, human activity monitoring, and motion control devices, 2012 - Present.

- Consultant: <u>Architecture Technology Corporation</u>, Eden Prairie, MN.
  Developed algorithms and software for multi-robot teams, 2003 - 2005.

- Founder: <u>ReconRobotics Inc.</u>, Edina, MN.
  Developed different robotic platforms, 2005-Present.

- Software Engineer: <u>Piraeus Service Bureau</u>, Piraeus, Greece.
  Developed software for inventory control, accounting, and factory automation. August 1983 - July 1987.

## Teaching Experience

- **Professor**: University of Minnesota,
  Minneapolis, Minnesota.
  Taught several undergraduate and graduate courses, Fall 2001 - Present.

- **Director of Undergraduate Studies**: University of Minnesota,
  Minneapolis, Minnesota.
  Supervised the CSE Undergraduate Program, Fall 2001 – Spring 2004.

- **Associate Professor**: University of Minnesota, Minneapolis, Minnesota.
  Taught several undergraduate and graduate courses, Fall 1996 - 2001.

- **Assistant Professor**: University of Minnesota, Minneapolis, Minnesota.
  Taught several undergraduate and graduate courses, Fall 1992 - 1996.

- **Teaching Assistant**: Carnegie Mellon University, Pittsburgh, Pennsylvania.
  Assisted in the teaching of the graduate course "Robotic Systems", Spring 1989.

## Publications

Journal Papers (Significant papers are in bold)

1. Martin, R., Leppink-Shands, P.,  Tlachac, M., DuBois, M., Conelea, C., Jacob, S., Morellas, V., Morris, T.,  and Papanikolopoulos, N.P., "The Use of Immersive Environments for the Early Detection and Treatment of Neuropsychiatric Disorders", *Frontiers in Digital Health, Section Connected Health*, Volume 2, February 2021.

2. **Heller, N.,  Isensee, F., Maier-Hein, K., Houd, X., Xied, C., Lid, F., Nand, Y., Mue, G., Ling, Z., Hane, M., Yaoe, G., Gaoe, Y., Zhangh, Y., Wangh, Y., Houh, F., Yangj, J., Xiongj, G., Tiank, J.,  Zhongk, C., Mal, J., Rickmana, J., Deana, J., Stai, B., Tejpaul, R., Oestreicha, M., Blake, P., Kaluzniako, H., Razao, S., Rosenberg, J., Moore, K., Walczaka, E., Rengel, Z., Edgerton, Z., Vasdev, R., Peterson, M., McSweeney, S., Peterson, P., Kalapara, A., Sathianathen, N., Papanikolopoulos, N., and Weight, C.J., "The State of the Art in Kidney and Kidney Tumor Segmentation in Contrast-enhanced CT Imaging: Results of the KiTS19 Challenge", *Medical Image Analysis*, January 2021.**

3. Stanitsas, P., Cherian, A., Morellas, V., Tejpaul, R., Papanikolopoulos, N.P., and Truskinovsky, A., "Image Descriptors for Weakly Annotated Histopathological Breast Cancer Data", *Frontiers in Digital Health, Section Connected Health*, December 2020.

4. Zermas, D., Nelson, H., Stanitsas, P., Morellas, V., Mulla, D., and Papanikolopoulos, N.P., "A Methodology for the Detection of Nitrogen Deficiency in Corn Fields Using High-Resolution RGB Imagery*", IEEE Transactions on Automation Science and Engineering*, October 2020.

5. Stai, B., Heller, N., McSweeney, S., Rickman, J., Blake, P., Vasdev, R., Edgerton, Z., Tejpaul, R., Peterson, M., Rosenburg, J., Kalapara, A., Regmi, S., Papanikolopoulos,

N., and Weight, C., "Public Perceptions of Artificial Intelligence and Robotics in Medicine", Journal of Endourology, Volume 34, No. 10, October, 2020.

6. **Zermas, D., Morellas, V., Mulla, D., and Papanikolopoulos, N.P., "3D Model Processing for High Throughput Phenotype Extraction – the Case of Corn", *Computers and Electronics in Agriculture*, Volume 172, May 2020.**

7. Beksi, W., and Papanikolopoulos, N.P., "A Topology-based Descriptor for 3D Point Cloud Modeling: Theory and Experiments", *Image and Vision Computing*, Volume 88, August 2019, pp 84-95.

8. Walczak, N., Fasching, J., Cullen, K., Morellas, V., and Papanikolopoulos, N.P., "Toward Identifying Behavioral Risk Markers for Mental Health Disorders: An Assistive System for Monitoring Children's Movements in a Preschool Classroom", *Machine Vision and Applications*, Volume 29, No. 4, May 2018, pp 703-717.

9. Bernstein, G., Hadjiyanni, T., Cullen, K., Robinson, J., Harris, E., Young, A., Fasching, J., Walczak, N., Lee, S., Morellas, V., and Papanikolopoulos, N.P., "Use of Computer Vision Tools to Identify Behavioral Markers of Pediatric Obsessive-Compulsive Disorder: A Pilot Study", Journal of Child and Adolescent  Psychopharmacology, Volume 27, No. 2, March 2017, pp 140-147.

10. Zhang, D., Zhao, J., Zhang, F., Jiang, R., He, T., and Papanikolopoulos, N.P., "Last-Mile Transit Service with Urban Infrastructure Data", *ACM Trans. on Cyber-Physical Systems*, Volume 1, No. 2, February 2017.

11. **Cherian, A., Morellas, V., and Papanikolopoulos, N.P., "Bayesian Nonparametric Clustering of Positive Definite Tensors", *IEEE Trans. on Pattern Analysis and Machine Intelligence*, Volume 38, No. 5, May 2016, pp 862-874.**

12. **Fehr, D., Beksi, W., Zermas, D., and Papanikolopoulos, N.P., "Covariance Based Point Cloud Descriptors for Object Detection and Recognition", Computer Vision and Image Understanding, Volume 142, January 2016, pp 80-93.**

13. Sivalingam, R., Boley, D., Morellas, V., and Papanikolopoulos, N.P., "Tensor Dictionary Learning for Positive Definite Matrices", *IEEE Trans. on Image Processing*, Volume 24, No. 11, November 2015, pp 4592-4601.

14. Andersh, J., Cherian, A., Mettler, B., and Papanikolopoulos, N.P., "A Vision Based Ensemble Approach to Velocity Estimation for Miniature Rotorcraft", *Autonomous Robots*, Volume 39, No. 2, August 2015, pp 123-138.

15. **Cherian, A., Sra, S., Morellas, V., and Papanikolopoulos, N.P., "Efficient Nearest Neighbors via Robust Sparse Hashing", *IEEE Trans. on Image Processing,* Volume 23, No. 8, August 2014, pp 3646-3655.**

16. Somasundaram, G., Cherian, A., Morellas, V., and Papanikolopoulos, N.P., "Action Recognition Using Global Spatio-Temporal Features Derived from Sparse Representations", Volume 123, *Computer Vision and Image Understanding*, June 2014, pp 1-13.

17. **Hashemi, J., Tepper, M., Spina, T., Esler, A., Morellas, V., Papanikolopoulos, N.P., Egger, H., Dawson, G., and Sapiro, G., "Computer Vision Tools for the Non-invasive Assessment of Autism-related Behavioral Markers", *Autism Research and Treatment*, June 2014.**

18. Sivalingam, R., Boley, D., Morellas, V., and Papanikolopoulos, N.P., "Tensor Sparse Coding for Positive Definite Matrices", *IEEE Trans. on Pattern Analysis and Machine Intelligence,* Volume 36, No. 3, March 2014, pp 592-605.

19. Drenner, A., Janssen, M., Kottas, A., Kossett, A., Carlson, C., Lloyd, R., and Papanikolopoulos, N.P., "Multi-robot Teams with Miniature Robots and Mobile Docking Stations", *Journal of Intelligent and Robotic Systems,* Volume 72 , No. 2, November 2013, pp 263-284.

**20. Cherian, A., Sra, S., Banerjee, A., and Papanikolopoulos, N.P., "Jensen-Bregman LogDet Divergence with Application to Efficient Similarity Search for Covariance Matrices",** *IEEE Trans. on Pattern Analysis and Machine Intelligence,* **Volume 35, No. 9, September 2013, pp 2161-2174.**

21. Somasundaram, G., Sivalingam, R., Morellas, V., and Papanikolopoulos, N.P., "Classification and Counting of Composite Objects in Traffic Scenes Using Global and Local Image Analysis", *IEEE Trans. on Intelligent Transportation Systems,* Volume 14, No. 1, March 2013, pp  69-81.

**22. Joshi, A., Porikli, F., and Papanikolopoulos, N.P., "Scalable Active Learning for Multi-Class Image Classification",** *IEEE Trans. on Pattern Analysis and Machine Intelligence,* **Volume 34, No. 11, November 2012, pp 2259-2273.**

**23. Ribnick, E., Sivalingam, R., Papanikolopoulos, N.P., and Daniilidis, K., "Reconstructing and Analysing Periodic Human Motion from Stationary Monocular Views",** *Computer Vision and Image Understanding,* **Volume 116, No. 7, July 2012, pp 815-826.**

24. Min, H., and Papanikolopoulos, N.P., "Robot Formations Using a Single Camera and Entropy-Based Segmentation", *Journal of Intelligent and Robotic Systems,* Volume 68, No. 1, March 2012, pp 21-41.

25. Bird, N., and Papanikolopoulos, N.P., "Optimal Image-Based Euclidean Calibration of Structured Light Systems in General Scenes", *IEEE Trans. on Automation Science and Engineering,* Volume 8, No. 4, October 2011, pp *815-823.*

26. Sharma, M., Dos Santos, T., Papanikolopoulos, N.P., and Hui, S.K., "Feasibility of Intra-fraction Whole Body Motion Tracking for Total Marrow Irradiation", *Journal of Biomedical Optics,* Volume 16, No. 5, May 2011.

**27. Ribnick, E., and Papanikolopoulos, N.P., "3D Reconstruction of Periodic Motion from a Single View",** *International Journal of Computer Vision,* **Volume 90, No. 1, October 2010, pp 28-44.**

28. Atev, S., Miller, G., and Papanikolopoulos, N.P., "Clustering of Vehicle Trajectories", *IEEE Trans. on Intelligent Transportation Systems,* Volume 11, No. 3, September 2010, pp 647-657.

29. Veeraraghavan, H., and Papanikolopoulos, N.P., "Learning to Recognize Video-based Spatio-temporal Events", *IEEE Trans. on Intelligent Transportation Systems,* Volume 10, No. 4, December 2009, pp 628-638.

30. Cao, D., Masoud, O., Boley, D., and Papanikolopoulos, N.P., "Online Motion Classification Using Support Vector Machines", *Computer Vision and Image Understanding,* Volume 113, No. 10, October 2009, pp 1064-1075.

31. Bodor, R., Jackson, B., Masoud, O., Fehr, D., and Papanikolopoulos, N.P., "View-Independent Motion Classification Using Image-Based Reconstruction", *Image and Vision Computing,* Volume 27, No. 8, July 2009, pp 1194-1206.

32. **Ribnick, E., Atev, S., and Papanikolopoulos, N.P., "Estimating 3D Positions and Velocities of Projectiles from Monocular Views",** *IEEE Trans. on Pattern Analysis and Machine Intelligence,* **Volume 31, No. 5, May 2009, pp 938-944.**

33. Anderson, M., and Papanikolopoulos, N.P., "Implicit Cooperation Strategies for Multi-robot Search of Unknown Areas", *Journal of Intelligent and Robotic Systems*, Volume 53, No. 4, December 2008, pp 381-397.

34. **Joshi, A., and Papanikolopoulos, N.P., "Learning to Detect Moving Shadows in Dynamic Environments",** *IEEE Trans. on Pattern Analysis and Machine Intelligence,* **Volume 30, No. 11, November 2008, pp 2055-2063.**

35. Fiore, L., Fehr, D., Bodor, R., Drenner, A., Somasundaram, G., and Papanikolopoulos, N.P., "Multi-Camera Human Activity Monitoring", *Journal of Intelligent and Robotic Systems,* Volume 52, No. 1, May 2008, pp 5-43.

36. **Kilambi, P., Joshi, A., Ribnick, E., Masoud, O., and Papanikolopoulos, N.P., "Estimating Pedestrian Counts in Groups",** *Computer Vision and Image Understanding,* **Volume 110, No. 1, April 2008, pp 43-59.**

37. Rybski, P., Roumeliotis, S., Gini, M., and Papanikolopoulos, N.P., "Appearance-Based Mapping Using Minimalistic Sensor Models", *Autonomous Robots,* Volume 24, No. 3, April 2008, pp. 213-227.

38. Papanikolopoulos, N.P., "EvalWare: Signal Processing for Robotics", *IEEE Signal Processing Magazine,* Volume 25, No. 1, 2008, pp 154-157.

39. Masoud, O., and Papanikolopoulos, N.P., "Using Geometric Primitives to Calibrate Traffic Scenes", *Transportation Research Part C: Emerging Technologies,* Volume 15, No. 6, December 2007, pp 361-379.

40. *Bodor, R., Drenner, A., Schrater, P., and Papanikolopoulos, N.P., "Optimal Camera Placement for Automated Surveillance Tasks", Journal of Intelligent and Robotic Systems,* Volume 50, No. 3, November 2007, pp 257-295.

41. Cannon, K., LaPoint-Anderson, M., Bird, N., Panciera, K., Veeraraghavan, H., Papanikolopoulos, N., and Gini, M., "Using Robots to Raise Interest in Technology Among Underrepresented Groups", *IEEE Robotics and Automation Magazine*, Volume 14, No. 2, June 2007, pp 73-81.

42. *Veeraraghavan, H., Bird, N., Atev, S., and Papanikolopoulos, N.P., "Classifiers for Driver Activity Monitoring", Transportation Research Part C: Emerging Technologies,* Volume 15, No. 1, February 2007, pp 51-67.

43. **Veeraraghavan, H., Schrater, P., and Papanikolopoulos, N.P., "Robust Target Detection and Tracking Through Integration of Color, Motion, and Geometry",** *Computer Vision and Image Understanding,* **Volume 103, No. 2, August 2006, pp 121-138.**

44. Pearce, J., Powers, B., Hess, C., Rybski, P., Stoeter, S., and Papanikolopoulos, N.P., "Using Virtual Pheromones and Cameras for Dispersing a Team of Multiple Miniature Robots", *Journal of Intelligent and Robotic Systems,* Volume 45, No. 4, April 2006, pp 307-321.

45. **Stoeter, S., and Papanikolopoulos, N.P., "Kinematic Motion Model for Jumping Scout Robots",** *IEEE Trans. on Robotics,* **Volume 22, No. 2, April 2006, pp 398-403.**

46. *Atev, S., Arumugam, H., Masoud, O., Janardan, R., and Papanikolopoulos, N.P., "A Vision-Based Approach to Collision Prediction at Traffic Intersections", IEEE Trans. on Intelligent Transportation Systems,* Volume 6, No. 4, December 2005, pp 416-423.

47. Jackson, B., Bodor, R., and Papanikolopoulos, N.P., "Deriving Occlusions in Static Scenes from Observations of Interactions with a Moving Figure", *Advanced Robotics,* Volume 19, No 10, 2005, pp 1043-1058.

*48.* Bird, N., Masoud, O., Papanikolopoulos, N.P., and Isaacs, A., "Detection of Loitering Individuals in Public Transportation Areas", *IEEE Trans. on Intelligent Transportation Systems,* Volume 6, No. 2, June 2005, pp 167-177.

**49. Stoeter, S., and Papanikolopoulos, N.P., "Autonomous Stair-Climbing with Miniature Jumping Robots", *IEEE Trans. on Systems, Man, and Cybernetics: Part B,* Volume 35, No. 2, April 2005, pp 313-325.**

*50.* Maurin, B., Masoud, O., and Papanikolopoulos, N.P., "Tracking All Traffic: Computer Vision Algorithms for Monitoring Vehicles, Individuals, and Crowds", *Robotics and Automation Magazine,* Volume 12, No. 1, March 2005, pp 29-36.

51. Dos Santos, C., Stoeter, S., Rybski, P., and Papanikolopoulos, N.P., "Panoramic Imaging for Miniature Robots", *Robotics and Automation Magazine,* Volume 11, No. 4, December 2004, pp 62-68.

*52.* **Perrin, D., Kadioglu, E., Stoeter, S., and Papanikolopoulos, N.P., "Grasping and Tracking Using Constant Curvature Dynamic Contours", *International Journal of Robotics Research,* Volume 22, No. 10-11, October 2003, pp 855-871.**

*53.* McMillen, C., Stubbs, K., Rybski, P., Stoeter, S., Gini, M., and Papanikolopoulos, N.P., "Resource Scheduling and Load Balancing in Distributed Robotic Control Systems", *Robotics and Autonomous Systems,* Volume 44, No. 3-4, September 2003, pp 251-259.

*54.* Veeraraghavan, H., Masoud, O., and Papanikolopoulos, N., "Kalman Filter Based Tracking for Monitoring Intersections", *IEEE Trans. on Intelligent Transportation Systems,* Volume 4, No. 2, June 2003, pp 78-89.

**55. Masoud, O., and Papanikolopoulos, N.P., "A Method for Human Action Recognition", *Image and Vision Computing,* Volume 21, No. 8, 2003, pp 729-743.**

**56. Rybski, P., Stoeter, S., Papanikolopoulos, N.P., Burt, I., Dahlin, T., Gini, M., Hougen, D., Krantz, D., and Nageotte, F., "Sharing Control: a Framework for the Operation and Coordination of Multiple Miniature Robots", *IEEE Robotics and Automation Magazine,* Volume 9, No. 4, 2002, pp 41-48.**

57. Perrin, D., Masoud, O., Smith, C., and Papanikolopoulos, N.P., "Snakes for Robotic Grasping", accepted to the journal *ANALEKTA.*

**58. Rybski, P., Stoeter, S., Gini, M., Hougen, D., and Papanikolopoulos, N.P., "Performance of a Distributed Robotic System Using Shared Communications Channels: A Framework for the Operation and Coordination of Multiple Miniature Robots", *IEEE Transactions on Robotics and Automation,* Volume 18, No. 5, October 2002, pp 713-727. It also appeared in "Advances in plan-based control of robotic agents," Lecture Notes in Artificial Intelligence,  Volume 2466, 2002, pp. 211-225.**

59. Stoeter, S., Rybski, P., McMillen, C., Stubbs, K., Gini, M., Hougen, D., and Papanikolopoulos, N., "A Robot Team for Surveillance Tasks: Design and Architecture", *Robotics and Autonomous Systems,* Volume 40, No. 2-3, August 2002, pp 173-183.

*60.* Gupte, S., Masoud, O., Martin, R., and Papanikolopoulos, N.P., "Detection and Classification of Vehicles", *IEEE Trans. on Intelligent Transportation Systems*, Volume 3, No. 1, March 2002, pp 37-47.

61. **Masoud, O., and Papanikolopoulos, N.P., "A Novel Method for Tracking and Counting Pedestrians in Real-time Using a Single Camera",** *IEEE Trans. on Vehicular Technology,* **Volume 50, No. 5, September 2001, pp 1267-1278**.

62. Eriksson, M., and Papanikolopoulos, N.P., "Driver Fatigue: A Vision-Based Approach to Automatic Diagnosis", *Transportation Research Part C: Emerging Technologies,* Volume 9, 2001, pp. 399-413.

63. Singh, R., Voyles, R., Littau, D., and Papanikolopoulos, N.P., "Shape Morphing-Based Control of Robotic Visual Servoing", *Autonomous Robots,* Volume 10, No. 3, 2001, pp 317-338.

64. Masoud, O., Papanikolopoulos, N.P., and Kwon, E., "The Use of Computer Vision in Monitoring Weaving Sections", *IEEE Trans. on Intelligent Transportation Systems,* Volume 2, No.1, March 2001, pp 18-25.

65. **Rybski, P., Papanikolopoulos, N.P., Stoeter, S., Krantz, D., Yesin, K. Gini, M., Voyles, R., Hougen, D., Nelson, B., and Erickson, M., "Enlisting Rangers and Scouts for Reconnaissance and Surveillance",** *IEEE Robotics and Automation Magazine***, Volume 7, No. 4, December 2000, pp 14-24.**

66. Singh, R., and Papanikolopoulos, N.P., "Planar Shape Recognition by Shape Morphing", *Pattern Recognition*, Volume 33, No. 10, October 2000, pp 1683-1699.

67. Pavlidis, I., Morellas, V., and Papanikolopoulos, N.P., "A Vehicle Occupant Counting System Based on Near-Infrared Phenomenology and Fuzzy Neural Classification", *IEEE Trans. on Intelligent Transportation Systems,* Volume 1, No. 2, June 2000, pp 72-85.

68. Pavlidis, I., Symosek, P., Fritz, B., Bazakos, M., and Papanikolopoulos, N.P., "Automatic Detection of Vehicle Occupants-The Imaging Problem and its Solution", *Machine Vision and Applications,* Volume 11, No. 6, April 2000, pp 313-320.

69. Singh, R., Cherkassky, V., and Papanikolopoulos, N.P., " Self-Organizing Maps for the Skeletonization of Sparse Shapes", *IEEE Trans. on Neural Networks,* Volume 11, No. 1, January 2000, pp 241-248.

70. Pavlidis, I., Papanikolopoulos, N.P., and Mavuduru, R., "Signature Verification Through the Use of Deformable Structures", *Signal Processing,* Volume 71, 1998, pp 187-201.

71. Pavlidis, I., Singh, R., and Papanikolopoulos, N.P., "On-Line Handwriting Recognition Using Physics-Based Shape Metamorphosis", *Pattern Recognition,* Volume 31, No. 11, November 1998, pp 1589-1600.

72. Smith, C., and Papanikolopoulos, N.P., "Issues and Experimental Results in Vision-Guided Robotic Grasping of Static or Moving Objects", *Industrial Robot*, Volume 25, No. 2, 1998, pp 134-140.

73. Toczyski, W.D., and Papanikolopoulos, N.P., "A Fast Directional Filter Set for Pyramidal Image-Based Robotic Systems", *Engineering Applications of Artificial Intelligence,* Volume 10, No. 6, December 1997, pp 557-571.

74. **Smith, C., Brandt, S., and Papanikolopoulos, N.P., "Eye-in-hand Robotic Tasks in Uncalibrated Environments",** *IEEE Trans. on Robotics and Automation,* **Volume 13, No. 6, December 1997, pp 903-914.**

75. Smith, C., and Papanikolopoulos, N.P., "Grasping of Static and Moving Objects Using a Vision-Based Control Approach", *Journal of Intelligent  & Robotic Systems: Theory and  Applications,* Volume 19, No. 3,  July 1997, pp 237-270.

76. Richards, C., and Papanikolopoulos, N.P., "Detection and Tracking for Robotic Visual Servoing Systems", *Robotics and Computer-Integrated Manufacturing,* Volume 13, No. 2, June 1997, pp 101-120.

77. Smith, C., Richards, C. Brandt, S., and Papanikolopoulos, N.P., "Visual Tracking for Intelligent Vehicle-Highway Systems", *IEEE Trans. on Vehicular Technology,* Volume 45, No. 4, November 1996, pp 744-759.

78. Couvignou, P., Papanikolopoulos, N.P., Sulllivan, M., and Khosla, P.K., "The Use of Active Deformable Models in Model-Based Robotic Visual Servoing", *Journal of Intelligent & Robotic Systems: Theory and Applications,* Volume 17, No. 2, October 1996, pp 195-221.

79. Papanikolopoulos, N.P., "The Framework of Controlled Active Vision", *Mathematical and Computer Modelling,* Volume 24, No. 5-6, September 1996, pp 145-163.

80. Nelson, B., Papanikolopoulos, N. P., and Khosla, P.K., "Robotic Visual Servoing and Robotic Assembly Tasks", *IEEE Robotics and Automation Magazine,* Volume 3, No. 2, June 1996, pp 23-31.

**81. Papanikolopoulos, N.P., Nelson, B., and Khosla, P.K., "Six Degree-of-Freedom Hand/Eye Visual Tracking with Uncertain Parameters", *IEEE Trans. on Robotics and Automation,* Volume 11, No 5, October 1995, pp 725-732.**

82. Papanikolopoulos, N.P., "Selection of Features and Evaluation of Visual Measurements During Robotic Visual Servoing Tasks", *Journal of Intelligent & Robotic Systems: Theory and Applications,* Volume 13, August 1995, pp 279-304.

83. Lau, P., Papanikolopoulos, N.P., and Boley, D., "Gabor-QR Decomposition for Image Encoding", *Electronics Letters,* Volume 29, No. 25, December 1993, pp 2182-2183.

**84. Papanikolopoulos, N.P., and Khosla, P.K., "Adaptive Robotic Visual Tracking: Theory and Experiments", *IEEE Trans. on Automatic Control,* Volume 38, No. 3, March 1993, pp 429 - 445.**

*85.* **Papanikolopoulos, N.P., Khosla, P.K., and Kanade, T., "Visual Tracking of a Moving Target by a Camera Mounted on a Robot: A Combination of Control and Vision", *IEEE Trans. on Robotics and Automation*, Volume 9, No. 1, February 1993, pp 14 - 35.**

86. Stoa, P., Talukdar, S. N., Christie, R. D., Hou, L., Papanikolopoulos, N.P., "Environments for Security Assessment and Enhancement", *International Journal of Electrical Power and Energy Systems*, Volume 14, No. 2 - 3, April - June 1992, pp 249 - 255.

87. Khosla, P.K., and Papanikolopoulos, N.P., "Telerobotic Visual Servoing", *Journal of Applied Intelligence,* Volume 2, August 1992, pp 127 - 154.

88. Papanikolopoulos, N.P., "FORS: A Software Tool for Flexible Design", *Journal of IntelligentManufacturing,* Volume 2, No. 1, February 1991, pp 5 - 15, Chapman and Hall.

89. Papanikolopoulos, N.P., "FORS: A Graph Based Design Environment", *Computers in Industry,* Volume15, No. 4, December 1990, pp 303 - 315, Elsevier Publishing.

**90. Tzafestas, S., and Papanikolopoulos, N.P., "Incremental Fuzzy Expert PID Control", *IEEE Trans. on Industrial Electronics,* Volume 37, No. 5, October 1990, pp 365 - 371.**

91. Cherian, A., Stanitsas, P., Wang, J., Harandi, M., Morellas, V., and Papanikolopoulos, N.P., "Learning Log-Determinant Divergences for Positive Definite Matrices", *IEEE*

*Trans. on Pattern Analysis and Machine Intelligence*, accepted with minor revisions, 2020.

Book Chapters

1. Chun, W., and Papanikolopoulos, N.P., "Robot Surveillance and Security", Springer Handbook of Robotics, 2015.

2. Janssen, M., Drenner, A., and Papanikolopoulos, N.P., "Distributed Robotic Teams: A Framework for Simulated and Real-World Modeling", Invited Chapter in the *Encyclopedia of Complexity and Systems Science*, ed. W. Dixon, Springer Verlag, 2008.

3. Drenner, A., and Papanikolopoulos, N.P., "A Framework for Large-Scale Multi-Robot Teams", Invited Chapter in the Book *Modeling and Control of Complex Systems*, ed. A. Pitsillides and P. Ioannou, 2007.

4. Rybski, P., Gini, M., and Papanikolopoulos, N.P., "Using Visual Features for Localizing within Topological Maps of Indoor Environments", Invited Chapter, ed. L. Jain, September 2005.

5. Sullivan, M., Papanikolopoulos, N. P., Singh, R., and Pavlidis, I., "Using Active Deformable Models in Robotic Visual Servoing", Invited Chapter for the Book *Event-Based Sensing, Planning and Control of a Robotic System: An Integrated Approach,* ed. N. Xi, T.J. Tarn, and B. Ghosh, Academic Press,1998.

6. Nelson, B., Papanikolopoulos, N.P., and Khosla, P.K., "Visual Servoing for Robotic Assembly", Invited Chapter for the Book *Visual Servoing-Automatic Control of Mechanical Systems with Visual Sensors,* World Scientific Series in Robotics and Automated Systems, ed. K. Hashimoto, World Scientific Publishing, September 1993.

7. Papanikolopoulos, N.P., and Khosla, P.K., "Controlled Active Vision", Invited Chapter for the Book *Perceptual Robotics,* Springer Verlag, December 1993.

Conference Papers (The presenter's name is underlined; Significant papers are in bold)

1. **Schwartzwald, A., and Papanikolopoulos, N., "Sim-to-Real with Domain Randomization for Tumbling Robot Control", Proceedings of the 2020 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '20), pp 4411-4417, Las Vegas, NV, October 25-29, 2020.**

2. Nelson, H., and Papanikolopoulos, N., "Learning Continuous Object Representations from Point Cloud Data", Proceedings of the 2020 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '20), pp 2446-2451, Las Vegas, NV, October 25-29, 2020**.**

3. Wang, Z., and Papanikolopoulos, N., "Estimating Pedestrian Crossing States Based on Single 2D Body Pose", Proceedings of the 2020 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '20), pp 2205-2210, Las Vegas, NV, October 25-29, 2020.

4. Canelon-Suarez, D., Wang, Y., and Papanikolopoulos, N., "Omnibot: A Small Versatile Robotic Platform Capable of Air, Ground, and Underwater Operation ", Proceedings of

the 2020 Int. Conference on Unmanned Aircraft Systems (ICUAS), pp 1742-1747, Athens, Greece, September 1–4, 2020.

5. Henderson, T., Jenson, D., D'Sa, R., Kilian, J., and Papanikolopoulos, N., "Design and Fabrication of a Nomadic Solar-Powered Quad-Rotor", Proceedings of the 2020 Int. Conference on Unmanned Aircraft Systems (ICUAS), pp 1628-1635, Athens, Greece, September 1–4, 2020.

6. Heller, N., McSweeney, S., Peterson, M., Peterson, S., Rickman, J., Stai, B., Tejpaul, R., Oestreich, M., Blake, P., Rosenberg, J., Moore, K., Walczak, E., Rengel, Z., Edgerton, Z., Vasdev R., Kalapara, A., Sathianathen, N., Papanikolopoulos, N., and Weight, C., "An international Challenge to Use Artificial Intelligence to Define the State of the Art in Kidney and Kidney Tumor Segmentation in CT Imaging", EMJ Urol. 2020; 8 [Suppl 2]: pp 25-26, 2020.

7. Henderson, T., and Papanikolopoulos, N., "Adaptive Control of Variable-Pitch Propellers: Pursuing Minimum-Effort Operation", Proceedings of the 2020 IEEE Int. Conference on Robotics and Automation, pp 7470-7476, Paris, France, May 31 – August 31, 2020.

8. Heller, N., Rickman, J., Weight, C., and Papanikolopoulos, N., "The Role of Publicly Available Data in MICCAI Papers from 2014 to 2018", Proceedings of the Labels 2019, Shenzhen, China, October 13-17, 2019.

9. Kalapara, A., Blake, P., Sathianathen. N., Heller, N., Walczak. E., Rosenberg, J., Keenan, M.,  Kaluzniak, H., Rengel, Z., Oestreich, M., Edgerton, Z., Peterson, M., Raza S., Regmi, S., Papanikolopoulos, N., Weight, C.,  "Computer Generated vs Human Generated R.E.N.A.L. Nephrometry Score to Predict Surgical Outcomes in Renal Cell Carcinoma", Annual Congress of the International Society of Urology. Athens, Greece October 2019 (Best Poster Award).

10. Heller, N., Kalapara, A., Sathianathen, N., Walczak, E., Moore, K., Kaluzniak, H., Rosenberg, J., Rengel, Z., Edgerton, Z., Peterson, M., Oestreich, M., Raza, S., Papanikolopoulos, N., and Weight C., "Image Gradient at Kidney-Tumor Boundaries as a Predictor of Complexity in Nephron Sparing Surgery", Engineering and Urology 34th Annual Meeting, 2019 (Top 10 Abstract Award).

11. Buddha, K., Nelson, H., Zermas, D., and Papanikolopoulos, N., "Weed Detection and Classification in High Altitude Aerial Images for Robot-Based Precision Agriculture", Proceedings of the 27th Mediterranean Conference on Automation and Control (MED '19), pp 280-285, Akko, Israel, July 1-4, 2019.

12. Kadioglu, E., Urtis, C., and Papanikolopoulos, N., "UAV Coverage Using Hexagonal Tessellation", Proceedings of the 27th Mediterranean Conference on Automation and Control (MED '19), pp 37-42, Akko, Israel, July 1-4, 2019.

13. **D'Sa, R., and Papanikolopoulos, N., "Design and Experiments for MultI-Section-Transformable (MIST)-UAV", Proceedings of the 2019 IEEE Int. Conference on Robotics and Automation, pp 1878-1883, Montreal, Canada, May 20-24, 2019.**

14. Henderson, T., and Papanikolopoulos, N., "Power-Minimizing Control of a Variable-Pitch Propulsion System for Versatile Unmanned Aerial Vehicles", Proceedings of the 2019 IEEE Int. Conference on Robotics and Automation, pp 4148-4153, Montreal, Canada, May 20-24, 2019.

15. Zermas, D., Morellas, V., Mulla, D., and Papanikolopoulos, N., "Extracting Phenotypic Characteristics of Corn Crops Through the Use of Reconstructed 3D Models",

Proceedings of the 2018 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '18), pp 8247-8254, Madrid, Spain, October 1-5, 2018.

16. Heller, N., Dean, J., and Papanikolopoulos, N., "Imperfect Segmentation Labels: How Much Do They Matter?", Proceedings of the Labels 2018, Granada, Spain, September 16, 2018.

17. Beksi, W., and Papanikolopoulos, N., "Signature of Topologically Persistent Points for 3D Point Cloud Description", Proceedings of the 2018 IEEE Int. Conference on Robotics and Automation, pp 3229-3234, Brisbane, Australia, May 21-25, 2018.

18. Bergeron, S., Truskinovsky, A., and Papanikolopoulos, N., "Applicability of Color and Texture Features in the Universal Detection of Lymph Node Metastases by Computer Vision", Proceedings of the 2018 United States and Canadian Academy of Pathology Annual Meeting (USCAP), Vancouver, Canada, March 17-23, 2018.

**19. Cherian, A., Stanitsas, P., Harandi, M., Morellas, V., and  Papanikolopoulos, N., "Learning Discriminative αβ-Divergences for Positive Definite Matrices", Proceedings of the 2017 IEEE Int. Conference on Computer Vision (ICCV), pp 4280-4289, Venice, Italy, October 22 - 29, 2017.**

20. Jenson, D., D'Sa, R., Henderson, T., Killian, J., Schulz, B., and Papanikolopoulos, N., "Energy Characterization of a Transformable Solar-powered Unmanned Aerial Vehicle", Proceedings of the 2017 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '17), pp 5142-5148, Vancouver, Canada, September 24 - 28, 2017.

21. Morton, S., and Papanikolopoulos, N., "A Small Hybrid Ground-air Vehicle Concept", Proceedings of the 2017 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '17), pp 5149-5154, Vancouver, Canada, September 24 - 28, 2017.

**22. Zermas, D., Morellas, V., Mulla, D., and Papanikolopoulos, N., "Estimating the Leaf Area Index of Crops Through the Evaluation of 3D Models", Proceedings of the 2017 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '17), pp 6165-6162, Vancouver, Canada, September 24 - 28, 2017.**

23. Stanitsas, P., Cherian, A., Truskinovsky, A., Morellas, V., and Papanikolopoulos, N., "Active Convolutional Neural Networks for Cancerous Tissue Recognition", Proceedings of the 24th IEEE International Conference on Image Processing (ICIP '17), Beijing, China, September 30 - October 3, 2017.

24. D'Sa, R., Henderson, T., Jenson, D., Calvert, M., Heller, T., Schulz, B., Killian, J., and Papanikolopoulos, N., "Design and Experiments for a Transformable Solar-UAV", Proceedings of the 2017 IEEE Int. Conference on Robotics and Automation, pp 3917-3923, Singapore, May 29 – June 3, 2017.

25. Zermas, D., Izzat, I., and Papanikolopoulos, N., "Fast Segmentation of 3D Point Clouds: A Paradigm on LiDAR Data for Autonomous Vehicle Applications", Proceedings of the 2017 IEEE Int. Conference on Robotics and Automation, pp 5067-5073, Singapore, May 29 – June 3, 2017.

26. Stanitsas, P., Cherian, A., Li, X., Truskinovsky, A., Morellas, V., and Papanikolopoulos, N., "Evaluation of Feature Descriptors for Cancerous Tissue Recognition", Proceedings of the 23rd International Conference on Pattern Recognition (ICPR '16), pp 1490-1495, Cancun, Mexico, December 4-8, 2016.

**27. D'Sa, R., Jenson, D., Henderson, T., Killian, J., Schulz, B., Calvert, M., Heller, T., and Papanikolopoulos, N., "SUAV:Q – An Improved Design for the Transformable Solar-Powered UAV", Proceedings of the 2016 IEEE/RSJ International**

Conference on Intelligent Robots and Systems (IROS '16), pp 1609-1615, Daejeon, Korea, October 9-14, 2016.

28. Stanitsas, P., Cherian, A., Morellas, V., and Papanikolopoulos, N., "Active Constrained Clustering via Non-iterative Uncertainty Sampling", Proceedings of the 2016 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '16), pp 4027-4033, Daejeon, Korea, October 9-14, 2016.

29. Morton, S., and Papanikolopoulos, N., "Two Meter Solar UAV: Design Approach and Performance Prediction for Autonomous Sensing Applications", Proceedings of the 2016 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '16), pp 1695-1701, Daejeon, Korea, October 9-14, 2016.

30. Beksi, W., and Papanikolopoulos, N., "3D Region Segmentation Using Topological Persistence", Proceedings of the 2016 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '16), pp 1079-1084, Daejeon, Korea, October 9-14, 2016.

31. Fasching, J., Walczak, N., Hadjiyanni, T., Bernstein, G., Cullen, K., Mikkelsen, M., Studanski, N., Morellas, V., and Papanikolopoulos, N., "Exploring Video Descriptions for Handwashing Activities as Part of an Obsessive-compulsive Disorder Study", Proceedings of the 24th Mediterranean Conference on Automation and Control (MED '16), pp 1174-1179, Athens, Greece, June 21-24, 2016.

32. Morton, S., Bosch, B., and Papanikolopoulos, N., "Self Feeding Aerial Robots, Methods for Detection and Localization of Standard Wall Outlets", Proceedings of the 24th Mediterranean Conference on Automation and Control (MED '16), pp 420-425, Athens, Greece, June 21-24, 2016.

33. **Beksi, W., and Papanikolopoulos, N., "3D Point Cloud Segmentation Using Topological Persistence", Proceedings of the 2016 IEEE Int. Conference on Robotics and Automation, pp 5046-5051, Stockholm, Sweden, May 16-21, 2016.**

34. Fasching, J., Walczak, N., Bernstein, G., Hadjiyanni, T., Cullen, K., Morelas, V., and Papanikolopoulos, N., "Automated Coding of Activity Videos from an OCD Study", Proceedings of the 2016 IEEE Int. Conference on Robotics and Automation, pp 5638-5643, Stockholm, Sweden, May 16-21, 2016.

35. D'Sa, R., Jenson, D., and Papanikolopoulos, N., "SUAV:Q - A Hybrid Approach To Solar-Powered Flight", Proceedings of the 2016 IEEE Int. Conference on Robotics and Automation, pp 3288-3294, Stockholm, Sweden, May 16-21, 2016.

36. Li, X., Banerjee, A., Morellas, V., Papanikolopoulos, N., and Truskinovsky, S., "The Use of Computer Vision in the Differential Diagnosis of Ovarian Carcinomas", Proceedings of the 2016 United States and Canadian Academy of Pathology Annual Meeting (USCAP), Washington, WA, March 12-18, 2016.

37. Fasching, J., Walczak, N., Bernstein, G., Harris, E., Young, A., Hadjiyanni, T., Cullen, K., Robinson, J., Morellas, V., and Papanikolopoulos, N., "Automated Coding of Hand-Washing Videos From an Obsessive Compulsive Disorder Study", AACAP's 62nd Annual Meeting, San Antonio, TX, October 26-31, 2015.

38. Bernstein, G., Hadjiyanni, T., Cullen, K., Robinson, J., Harris, E., Young, A., Fasching, J., Walczak, N., Morellas, V., and Papanikolopoulos, N., "Examining Relations Between Behavioral Markers and Symptom Severity in Pediatric Obsessive Compulsive Disorder: A Multidisciplinary Approach", AACAP's 62nd Annual Meeting, San Antonio, TX, October 26-31, 2015.

39. <u>**Morton, S.**</u>**, D'Sa, R., and Papanikolopoulos, N., "Solar Powered UAV: Design and Experiments", Proceedings of the 2015 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '15), pp 2460-2466, Hamburg, Germany, September 28 – October 2, 2015.**

40. <u>Fasching, J.</u>, Walczak, N., Morellas, V., and Papanikolopoulos, N., "Classification of Motor Stereotypies in Video", Proceedings of the 2015 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '15), pp 4894-4900, Hamburg, Germany, September 28 – October 2, 2015.

41. <u>**Zermas, D.**</u>**, Teng, D., Stanitsas, P., Bazakos, M., Kaiser, D.,  Morellas, V.,  Mulla, D., and Papanikolopoulos, N., "Automation Solutions for the Evaluation of Plant Health in Corn Fields", Proceedings of the 2015 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '15), pp 6521-6527, Hamburg, Germany, September 28 – October 2, 2015.**

42. <u>Beksi, W.</u>, Spruth, J., and Papanikolopoulos, N., "CORE: A Cloud-based Object Recognition Engine for Robotics", Proceedings of the 2015 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '15), pp 4512-4517, Hamburg, Germany, September 28 – October 2, 2015.

43. <u>Beksi, W.</u>, and Papanikolopoulos, N., "Object Classification Using Dictionary Learning and RGB-D Covariance Descriptors", Proceedings of the 2015 IEEE Int. Conference on Robotics and Automation,  pp 1880-1885, Seattle, WA, May 26-30, 2015.

44. <u>**Beksi, W.**</u>**, and Papanikolopoulos, N., "Point Cloud Culling for Robot Vision Tasks Under Communication Constraints", Proceedings of the 2014 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '14), pp 3747-3752, Chicago, IL, September 14-18, 2014.**

45. Fehr, D., <u>Beksi, W.</u>, Zermas, D., and Papanikolopoulos, N., "Occlusion Alleviation Through Motion Using a Mobile Robot", Proceedings of the 2014 IEEE Int. Conference on Robotics and Automation,  pp 3179-3184, Hong Kong, China, May 31 – June 7, 2014.

46. **Fehr, D.,** <u>**Beksi, W.**</u>**, Zermas, D., and Papanikolopoulos, N., "RGB-D Object Classification Using Covariance Descriptors", Proceedings of the 2014 IEEE Int. Conference on Robotics and Automation,  pp 5467-5472, Hong Kong, China, May 31 – June 7, 2014.**

47. **Cook, D., Morris, T., Morellas, V., and** <u>**Papanikolopoulos, N.**</u>**, "An Automated System for Persistent Real-Time Truck Parking Detection and Information Dissemination", Proceedings of the 2014 IEEE Int. Conference on Robotics and Automation,  pp 3989-3994, Hong Kong, China, May 31 – June 7, 2014.**

48. Li, X., Banerjee, A., Morellas, V., Papanikolopoulos, N., and <u>Truskinovsky, S.</u>, "The Use of Computer Vision for the Diagnosis of Benign and Malignant Smooth Muscle Neoplasms of the Uterus", Proceedings of the 2014 United States and Canadian Academy of Pathology Annual Meeting (USCAP), San Diego, CA, March 1-7, 2014.

49. <u>Morris, T.</u>, Cook, D., Morellas, V., Holec, E., and Pananikolopoulos, N., "A Comprehensive Truck Parking Space Availability System for Real-Time Information and Parking Facilities Performance Monitoring", Proceedings of the 2014 Logistics, Trade, and Transportation Symposium, pp 14-23, Gulfport, MS, February 26-27, 2014.

50. **Walczak, N.,** <u>**Fasching, J.,**</u> **Toczyski, W., Morellas, V, Sapiro, G., and Papanikolopoulos, N., "Locating Occupants in Preschool Classrooms Using a Multiple RGB-D Sensor System", Proceedings of the 2013 IEEE/RSJ International**

Conference on Intelligent Robots and Systems (IROS '13), pp 2166-2172, Tokyo, Japan, November 3-8, 2013.

51. Dancs, J., Sivalingam, R., Somasundaram, G., Morellas, V., and Papanikolopoulos, N., "Recognition of Ballet Micro-movements for Use in Choreography", Proceedings of the 2013 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '13), pp 1162-1167, Tokyo, Japan, November 3-8, 2013.

52. Janssen, M., and   Papanikolopoulos, N., "Utilizing Queued Actions to Increase Interaction Efficiency in Robot Control Interfaces", Proceedings of the 21th Mediterranean Conference on Automation and Control (MED '13), pp 34-39, Chania, Greece, June 25-28, 2013.

53. Bruyas, A., and   Papanikolopoulos, N., "A Genetic Algorithm for the Construction of Optimized Covariance Descriptors", Proceedings of the 21th Mediterranean Conference on Automation and Control (MED '13), pp 1583-1588, Chania, Greece, June 25-28, 2013.

54. Morton, S., Scharber, L., and Papanikolopoulos, N., "Solar Powered Unmanned Aerial Vehicle for Continuous Flight: Conceptual Overview and Optimization", Proceedings of the 2013 IEEE Int. Conference on Robotics and Automation, pp 766-771, Karlsruhe, Germany, May 6-10, 2013.

55. Kaplan, A., Li, X., Sivalingam, R., Somasundaram, G., Banerjee, A., Morellas, V., Papanikolopoulos, N., and Truskinovsky, S., "Computer Vision Methods in Surgical Pathology: Diagnosing Carcinoma of the Breast", *Proceedings of the 2013 United States and Canadian Academy of Pathology Annual Meeting (USCAP)*, Baltimore, MD, March 2-8, 2013.

56. Hashemi, J., Spina, T., Tepper, M., Esler, A., Morellas, V., Papanikolopoulos, N., and Sapiro, G., "A Computer Vision Approach for the Assessment of Autism-Related Behavioral Markers", *Proceedings of the 2012 IEEE International Conference on Development and Learning and Epigenetic Robotics (ICDL-EpiRob '12)*, pp 1-7, San Diego, CA, November 7-9, 2012.

57. Hashemi, J., Spina, T., Tepper, M., Esler, A., Morellas, V., Papanikolopoulos, N., and Sapiro, G., "A Computer Vision Approach for Aiding in the Autism Observation Scale for Infants Test: Automatic Monitoring of Visual Attention", AACAP's 59th Annual Meeting, San Francisco, CA, October 23-28, 2012.

58. Walczak, N., Fasching, J., Cullen, K., Murphy, B., Sapiro, G., Morellas, V., and Papanikolopoulos, N., "Automated Monitoring of Pre-Kindergarten Children in a Classroom Setting for Screening and Risk Marker Discovery", AACAP's 59th Annual Meeting, San Francisco, CA, October 23-28, 2012.

59. Spina, T., Hashemi, J., Tepper, M., Esler, A., Morellas, V., Papanikolopoulos, N., and Sapiro, G., "Automatically Aiding the Assessment of Atypical Motor Patterns for Autism Spectrum Disorder Diagnosis", AACAP's 59th Annual Meeting, San Francisco, CA, October 23-28, 2012.

60. Fasching, J., Walczak, N., Sivalingam, R., Cullen, K., Murphy, B., Sapiro, G., Morellas, V., and Papanikolopoulos, N., "Detecting Risk-Markers in Children in a Preschool Classroom", *Proceedings of the 2012 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '12)*, pp 1010-1016, Vilamoura-Algarve, Portugal, October 7-12, 2012.

61. Dhull, S., Canelon, D., Kottas, A., Dancs, J., Carlson, A., and Papanikolopoulos, N., "Aquapod: A Small Amphibious Robot with Sampling Capabilities", *Proceedings of the 2012 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '12)*, pp 100-105, Vilamoura-Algarve, Portugal, October 7-12, 2012.

62. **Cherian, A., Morellas, V., and Papanikolopoulos, N., "Robust Sparse Hashing",** *Proceedings of the 19th IEEE International Conference on Image Processing (ICIP '12)*, **pp 2417-2420, Orlando, FL, September 30 - October 3, 2012.**

63. Somasundaram, G., Morellas, V., and Papanikolopoulos, N., "Object Classification with Efficient Global Self-Similarity Descriptors Based on Sparse Representations", *Proceedings of the 19th IEEE International Conference on Image Processing (ICIP '12)*, pp 2165-2168, Orlando, FL, September 30 - October 3, 2012.

64. Somasundaram, G., Morellas, V., Papanikolopoulos, N., and Bedros, S., "Object Classification in Traffic Scenes Using Multiple Spatio-temporal Features", *Proceedings of the 20th Mediterranean Conference on Automation and Control (MED '12)*, pp 1536-1541, Barcelona, Spain, July 3-6, 2012.

65. Min, H., Fehr, D., and Papanikolopoulos, N., "A Solution with Multiple Robots and Kinect Systems to Implement the Parallel Coverage Problem", *Proceedings of the 20th Mediterranean Conference on Automation and Control (MED '12)*, pp 555-560, Barcelona, Spain, July 3-6, 2012.

66. Hemes, B., and Papanikolopoulos, N., "Frictional Step Climbing Analysis of Tumbling Locomotion", *Proceedings of the 2012 IEEE Int. Conference on Robotics and Automation*, pp 4142-4147, St. Paul, MN, May 14-18, 2012.

67. Sivalingam, R., Somasundaram, G., Bhatawadekar, V., Morellas, V., and Papanikolopoulos, N., "Sparse Representation of Point Trajectories for Action Classification", *Proceedings of the 2012 IEEE Int. Conference on Robotics and Automation*, pp 3601-3606, St. Paul, MN, May 14-18, 2012.

68. Fehr, D., Cherian, A., Sivalingam, R., Nickolay, S., Morellas, V., and Papanikolopoulos, N., "Compact Covariance Descriptors in 3D Point Clouds for Object Recognition", *Proceedings of the 2012 IEEE Int. Conference on Robotics and Automation*, pp 1793-1798, St. Paul, MN, May 14-18, 2012.

69. Joshi, A., Porikli, F., and Papanikolopoulos, N., "Coverage Optimized Active Learning for k-NN Classifiers", *Proceedings of the 2012 IEEE Int. Conference on Robotics and Automation*, pp 5353-5358, St. Paul, MN, May 14-18, 2012.

70. Sivalingam, R., Cherian, A., Fasching, J., Walczak, N., Bird, N., Morellas, V., Murphy, B., Cullen, K., Lim, K., Sapiro, G., and Papanikolopoulos, N., "A Multi-sensor Visual Tracking System for Behavior Monitoring of At-Risk Children", *Proceedings of the 2012 IEEE Int. Conference on Robotics and Automation*, pp 1345-1350, St. Paul, MN, May 14-18, 2012.

71. Sivalingam, R., Somasundaram, G., Li, X., Kaplan, A., Henriksen, J., Banerjee, A., Morellas, V., Papanikolopoulos, N., and Truskinovsky, S., "Diagnosing Adenocarcinoma of the Prostate by Computer Vision Methods", *Proceedings of the 2012 United States and Canadian Academy of Pathology Annual Meeting (USCAP)*, San Antonio, TX, March 19-21, 2012.

72. Walczak, N., Fasching, J., Toczyski, W., Sivalingam, R., Bird, N., Cullen, K., Morellas, V., Murphy, B., Sapiro, G., and Papanikolopoulos, N., "A Nonintrusive System for Behavioral Analysis of Children Using Multiple RGB+Depth Sensors", *Proceedings of the IEEE Workshop on the Applications of Computer Vision*, pp 217-222, Breckenridge, CO, January 9-11, 2012.

73. **Sivalingam, R., Boley, D., Morellas, V., and Papanikolopoulos, N., "Positive Definite Dictionary Learning for Region Covariances",** *Proceedings of the 2011 IEEE Int. Conference on Computer Vision (ICCV),* **pp 1013-1019, Barcelona, Spain, November 6-13, 2011.**

EXHIBIT T- pg. 40

74. Cherian, A., Morellas, V., Papanikolopoulos, N., and Bedros, S., "Dirichlet Process Mixture Models on Symmetric Positive Definite Matrices for Appearance Clustering in Video Surveillance Applications", *Proceedings of the 2011 IEEE Int. Conference on Computer Vision (ICCV)*, pp 3417-3424, Barcelona, Spain, November 6-13, 2011.

75. Bhatawadekar, V., Sivalingam, R., and Papanikolopoulos, N.P., "A Dynamic Sensor Placement Algorithm for Dense Sampling", *Proceedings of the 2011 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '11)*, pp 1167-1172, San Francisco, CA, September 25-30, 2011.

76. Zhou, T., and Papanikolopoulos, N., "Enhancing the Randomized Hough Transform with K-means Clustering to Detect Mutually-Occluded Ellipses", *Proceedings of the 19th Mediterranean Conference on Automation and Control (MED '11)*, pp 327-332, Corfu, Greece, June 20-23, 2011.

77. Min, H., Papanikolopoulos, N., Smith, C., and Morellas, V., "Feature-based Covariance Matching for a Moving Target in Multi-Robot Following", *Proceedings of the 19th Mediterranean Conference on Automation and Control (MED '11)*, pp 163-168, Corfu, Greece, June 20-23, 2011.

78. Gali, P., Morellas, V., and Papanikolopoulos, N., "A Novel Framework for Annotating Videos Using Text", *Proceedings of the 19th Mediterranean Conference on Automation and Control (MED '11)*, pp 1403-1408, Corfu, Greece, June 20-23, 2011.

79. Schumacher, J., Salehi, J., Hadjiyanni, T., and Papanikolopoulos, N., "Rethinking Surveillance – Toward an Interactive Security Model", *Proceedings of the 19th Mediterranean Conference on Automation and Control (MED '11)*, pp 688-693, Corfu, Greece, June 20-23, 2011.

80. Cherian, A., Sra, S., and Papanikolopoulos, N.P., "Denoising Sparse Noise via Online Dictionary Learning", *Proceedings of the 2011 IEEE Int. Conference on Acoustics, Speech, and Signal Processing (ICASSP '11)*, pp 2060-2063, Prague, Czech Republic, May 22-27, 2011.

**81. Hemes, B., Canelon, D., Danes, J., and Papanikolopoulos, N., "Robotic Tumbling Locomotion", *Proceedings of the 2011 IEEE Int. Conference on Robotics and Automation*, pp 5063-5069, Shanghai, China, May 9-13, 2011.**

82. Carlson, A., and Papanikolopoulos, N., "Aquapod: Prototype Design of an Amphibious Tumbling Robot", *Proceedings of the 2011 IEEE Int. Conference on Robotics and Automation*, pp 4589-4594, Shanghai, China, May 9-13, 2011.

**83. Kossett, A., and Papanikolopoulos, N., "A Robust Miniature Robot Design for Land/air Hybrid Locomotion", *Proceedings of the 2011 IEEE Int. Conference on Robotics and Automation*, pp 4595-4600, Shanghai, China, May 9-13, 2011.**

84. Bird, N., and Papanikolopoulos, N., "Recognition of Traitors in Distributed Robotic Teams", *Proceedings of the 2011 IEEE Int. Conference on Robotics and Automation*, pp 4798-4803, Shanghai, China, May 9-13, 2011.

85. Holec, E., and Papanikolopoulos, N., "A Probabilistic Quality Metric for Camera Placement in 3D Reconstructions", *Proceedings of the 2011 IEEE Int. Conference on Robotics and Automation*, pp 5899-5904, Shanghai, China, May 9-13, 2011.

**86. Sivalingam, R., D'Souza, A., Bazakos, M., Miezianko R., Morellas, V., and Papanikolopoulos, N., "Dictionary Learning for Robust Background Modeling", *Proceedings of the 2011 IEEE Int. Conference on Robotics and Automation*, pp 4234-4239, Shanghai, China, May 9-13, 2011.**

87. Min, H., and Papanikolopoulos, N., "The Multi-robot Coverage Problem for Optimal Coordinated Search with an Unknown Number of Robots", *Proceedings of the 2011 IEEE Int. Conference on Robotics and Automation*, pp 2866-2871, Shanghai, China, May 9-13, 2011.

88. Agovic, A., Levine, J., Agovic, A., and Papanikolopoulos, N., "Computer Vision Issues in the Design of a Scrub Nurse Robot", *Proceedings of the 2011 IEEE Int. Conference on Robotics and Automation*, pp 2921-2926, Shanghai, China, May 9-13, 2011.

89. Sivalingam, R., Somasundaram, G., Ragipindi, A., Banerjee, A., Morellas, V., Papanikolopoulos, N., and Truskinovsky, S., "Diagnosing Endometrial Carcinoma via Computer-Assisted Image Analysis", *Proceedings of the 2011 United States and Canadian Academy of Pathology Annual Meeting (USCAP)*, San Antonio, TX, February 26-March 4, 2011.

90. Sivalingam, R., Boley, D., Morellas, V., and Papanikolopoulos, N.P., "Tensor Sparse Coding for Region Covariances", *Proceedings of the 2010 European Conference on Computer Vision (ECCV '10)*, Heraklion, Greece, September 5-11, 2010.

91. Cherian, A., Andersh, J., Morellas, V., Mettler, B., and Papanikolopoulos, N., "Motion Estimation of a Miniature Helicopter Using a Single Onboard Camera", *Proceedings  2010 American Control Conference  (ACC '10)*, pp 4456-4461, Baltimore, MD, June 30 – July 2, 2010.

92. Hadjiyanni, T., Papanikolopoulos, N., Gopinath, A., and Willow, D., "Socializing Surveillance: An Interdisciplinary Educational Model", *Proceedings of the 18th Mediterranean Conference on Automation and Control (MED '10)*, pp 179-184, Marrakech, Morocco, June 23-25, 2010.

93. Agovic, A., Levine, S., Papanikolopoulos, N., and Tewfik, A., "Haptic Interface Design Considerations for Scrub Nurse Robots in Microsurgery", *Proceedings of the 18th Mediterranean Conference on Automation and Control (MED '10)*, pp 1573-1578, Marrakech, Morocco, June 23-25, 2010.

94. Joshi, A., Porikli, F., and Papanikolopoulos, N., "Breaking the Interactive Bottleneck in Multi-Class Classification with Active Selection and Binary Feedback", *Proceedings of the 2010 IEEE Conference on Computer Vision and Pattern  Recognition*, pp 2995-3002, San Francisco, CA, June 13-18, 2010.

95. Ribnick, E., Morellas, V., and Papanikolopoulos, N., "Human Motion Patterns from Single Camera Cues for Medical Applications", *Proceedings of the 2010 IEEE Int. Conference on Robotics and Automation*, pp 5102-5107, Anchorage, AK, May 3-8, 2010.

96. Drenner, A., Janssen, M., and Papanikolopoulos, N., "A Strategy for Improving Observability with Mobile Robots", *Proceedings of the 2010 IEEE Int. Conference on Robotics and Automation*, pp 420-425, Anchorage, AK, May 3-8, 2010.

97. Joshi, A., Porikli, F., and Papanikolopoulos, N., "Multi-class Batch-mode Active Learning for Image Classification", *Proceedings of the 2010 IEEE Int. Conference on Robotics and Automation*, pp 1873-1878, Anchorage, AK, May 3-8, 2010.

98. **Kossett, A., D'sa, R., Purvey, J., and Papanikolopoulos, N., "Design of an Improved Land/Air Miniature Robot", *Proceedings of the 2010 IEEE Int. Conference on Robotics and Automation*, pp 632-637, Anchorage, AK, May 3-8, 2010.**

99. Andersh, J., Mettler, B., and Papanikolopoulos, N.P., "Experimental Investigation of Teleoperation Performance for Miniature Rotorcraft", *Proceedings of the 48th IEEE Conference on Decision and Control (48th CDC)*, Shanghai, China, December 16-18, 2009.

100. <u>Hemes, B.</u>, and Papanikolopoulos, N.P., **"A New Modular Schema for the Control of Tumbling Robots"**, *Proceedings of the 2009 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '09)*, pp 5659-5664, St. Louis, MO, October 11-15, 2009.

101. <u>Cherian, A.</u>, Andersh, J., Morellas, V., Papanikolopoulos, N.P., and Mettler, B.,  "A New Modular Schema for the Control of Tumbling Robots", *Proceedings of the 2009 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '09)*, pp 3900-3905, St. Louis, MO, October 11-15, 2009.

102. <u>Agovic, A.</u>, and Papanikolopoulos, N.P., "Grasp Planning by Alignment of Pairwise Shape Descriptors", *Proceedings of the 2009 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '09)*, pp 1797-1804, St. Louis, MO, October 11-15, 2009.

103. <u>Bird, N.</u>, and Papanikolopoulos, N.P., "Placement Quality in Structured Light Systems", *Proceedings of the 2009 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '09)*, pp 504-509, St. Louis, MO, October 11-15, 2009.

104. <u>Min, H.</u>, and Papanikolopoulos, N.P.,  "Entropy-based Motion Segmentation from a Moving Platform", *Proceedings of the 2009 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '09)*, pp 4559-4564, St. Louis, MO, October 11-15, 2009.

105. <u>Fehr, D.</u>, Fiore, L., and Papanikolopoulos, N.P., "Issues and Solutions in Surveillance Camera Placement", *Proceedings of the 2009 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '09)*, pp 3780-3785, St. Louis, MO, October 11-15, 2009.

106. Ribnick, E., and <u>Papanikolopoulos, N.P.</u>,  "View-Invariant Analysis of Periodic Motion", *Proceedings of the 2009 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '09)*, pp 1903-1908, St. Louis, MO, October 11-15, 2009.

107. Drenner, A<u>.</u>, <u>Janssen, M.</u>, and Papanikolopoulos, N.P.,  "Coordinating Recharging of Large Scale Robotic Teams", *Proceedings of the 2009 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '09)*, pp 1357-1362, St. Louis, MO, October 11-15, 2009.

108. <u>Kossett, A.</u>, Purvey, J., and Papanikolopoulos, N.P., "More Than Meets the Eye: A Hybrid-Locomotion Robot with Rotary Flight and Wheel Modes", *Proceedings of the 2009 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '09)*, pp 5653-5658, St. Louis, MO, October 11-15, 2009.

109. <u>Somasundaram, G.</u>, Morellas, V., and Papanikolopoulos, N., "Counting Pedestrians and Bicycles in Traffic Scenes", *Proceedings of the IEEE 12th Int. Conf. on Intelligent Transportation Systems (ITSC 2009)*, St. Louis, MO, October 3-7, 2009.

110. <u>Urtis, E.</u>, and Papanikolopoulos, N., "Multi-robot Pursuit with Visibility Constraints", *Proceedings of the 24th Int. Symposium on Computer and Information Sciences*, pp 274-279, Cyprus, September 14-16, 2009.

111. Fehr, D., Sivalingam, R., Morellas, V., and <u>Papanikolopoulos, N.</u>, "Counting People in Groups", *Proceedings of the IEEE Int. Conf. on Advanced Video and Signal Based Surveillance*, pp 152-157, Genova,  Italy, September 2-4, 2009.

112. Sivalingam, R., Morellas, V., <u>Boley, D.</u>, and Papanikolopoulos, N., "Metric Learning for Semi-Supervised Clustering of Region Covariance Descriptors", *Proceedings of the third ACM/IEEE Int. Conference on Distributed Smart Cameras (ICDSC '09)*,   Como,  Italy, August 30 – September 2, 2009.

113. Andersh, J., Mettler, B., and <u>Papanikolopoulos, N.</u>, "Miniature Embedded Rotorcraft Platform for Aerial Teleoperation Experiments", *Proceedings of the 17th Mediterranean Conference on Automation and Control (MED '09)*, pp 600-605, Thessaloniki, Greece, June 24-26, 2009.

114. Miller, G., Atev, S., and <u>Papanikolopoulos, N.</u>, "Detecting Static Occlusion Edges Using Foreground Patterns", *Proceedings of the 17th Mediterranean Conference on Automation and Control (MED '09)*, pp 952-957, Thessaloniki, Greece, June 24-26, 2009.

115. Tokekar, P., Bhatawadekar, V., Fehr, D., and  <u>Papanikolopoulos, N.</u>, "Experiments in Object Reconstruction Using a Robot-mounted Laser Range-finder", *Proceedings of the 17th Mediterranean Conference on Automation and Control (MED '09)*, pp 946-951, Thessaloniki, Greece, June 24-26, 2009.

116. <u>Joshi, A.</u>, Porikli, F., and Papanikolopoulos, N., "Multi-Class Active Learning for Image Classification", *Proceedings of the 2009 IEEE Conference on Computer Vision and Pattern Recognition*, pp 2372-2379, Miami, FL, June 20-25, 2009.

117. <u>Min, H.</u>, Drenner, A., and Papanikolopoulos, N., "Vision-based Leader-Follower Formations with Limited Information", *Proceedings of the 2009  IEEE Int. Conference on Robotics and Automation*,  pp 351-356, Kobe, Japan, May 12-17, 2009.

118. Cherian, A., Morellas, V., and <u>Papanikolopoulos, N.</u>, "Accurate 3D Ground Plane Estimation from a Single Image", *Proceedings of the 2009  IEEE Int. Conference on Robotics and Automation*,  pp 2243-2249, Kobe, Japan, May 12-17, 2009.

119. <u>Kottas, A.</u>, Drenner, A., and Papanikolopoulos, N., "Intelligent Power Management: Promoting Power-Consciousness in Teams of Mobile Robots", *Proceedings of the 2009  IEEE Int. Conference on Robotics and Automation*, pp 1140-1145, Kobe, Japan, May 12-17, 2009.

**120. <u>Ribnick, E.</u>, and Papanikolopoulos, N,P., "Estimating 3D Trajectories of Periodic Motions from Stationary Monocular Views", *Proceedings of the 2008 European Conference on Computer Vision (ECCV '08)*, Marseille, France, Oct. 12-18, 2008.**

**121. <u>Hemes, B.</u>, Fehr, D., and Papanikolopoulos, N,P., "Motion Primitives for a Tumbling Robot", *Proceedings of the 2008 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '08)*, pp 1471-1476, Nice, France, Sept. 22 – 26, 2008.**

122. Min, H., Drenner, A., and <u>Papanikolopoulos, N.P.</u>, "Visual Tracking for Teams of Miniature Robots", *Proceedings of the 11th International Symposium on Experimental Robotics (ISER '08)*, Athens, Greece, July 14 – 17, 2008.

123. Mettler, B., Andersh, J., and <u>Papanikolopoulos, N.P.</u>, "A First Investigation of Teleoperation of Miniature Rotorcraft", *Proceedings of the 11th International Symposium on Experimental Robotics (ISER '08)*, Athens, Greece, July 14 – 17, 2008.

124. Joshi, A., and <u>Papanikolopoulos, N.</u>, "Learning of Moving Shadows for Dynamic Environments", *Proceedings of the 2008  IEEE Int. Conference on Robotics and Automation*,  pp 987-992, Pasadena, CA, May 19-23, 2008.

125. Atev, S., and <u>Papanikolopoulos, N.</u>, "Multi-View 3D Tracking with a Constrained Filter", *Proceedings of the 2008  IEEE Int. Conference on Robotics and Automation*,  pp 2277-2282, Pasadena, CA, May 19-23, 2008.

**126. <u>Herbert, S.</u>, Drenner, A., and Papanikolopoulos, N., "Loper: A Quadruped-Hybrid Stair Climbing Robot", *Proceedings of the 2008  IEEE Int. Conference on Robotics and Automation*,  pp 799-804, Pasadena, CA, May 19-23, 2008.**

127. Fiore, L., Somasundaram, G., Drenner, A., and Papanikolopoulos, N., "Optimal Camera Placement with Adaptation to Dynamic Scenes", *Proceedings of the 2008 IEEE Int. Conference on Robotics and Automation*, pp 956-961, Pasadena, CA, May 19-23, 2008.

128. Kadioglu-Urtis, E., Fiore, L., and Papanikolopoulos, N.P., "Visibility in Motion", *Proceedings of the 2007 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '07),* pp 997-1002, San Diego, CA, Oct. 29 – Nov. 2, 2007.

**129. Ribnick, E., Atev, S., Masoud, O., Papanikolopoulos, N.P., and Voyles, R., "Detection of Thrown Objects in Indoor and Outdoor scenes", *Proceedings of the 2007 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '07),* pp 979-984, San Diego, CA, Oct. 29 – Nov. 2, 2007.**

130. Anderson, M., and Papanikolopoulos, N.P., "Improving Multirobot, Cooperative Search via Local Target Queues", *Proceedings of the 2007 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '07),* pp 2590-2595, San Diego, CA, Oct. 29 – Nov. 2, 2007.

131. Anderson, M., and Papanikolopoulos, N.P., "Reducing Sensitivity to Localization Error through Local Search", *Proceedings of the 2007 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '07),* pp 1339-1342, San Diego, CA, Oct. 29 – Nov. 2, 2007.

132. Drenner, A., Janssen, M., and Papanikolopoulos, N., "Design, Control, and Simulation of Marsupial Systems for Extending Operational Lifetime", *Proceedings of the European Control Conference (ECC '07),* Kos, Greece, July 2-5, 2007.

133. Janssen, M., and Papanikolopoulos, N., "Enabling Complex Behavior by Simulating Marsupial Actions", *Proceedings of the 15th Mediterranean Conference on Automation and Control (MED '07),* Athens, Greece, June 27-29, 2007.

134. Min, H., Drenner, A., and Papanikolopoulos, N., "Autonomous Docking for an eROSI Robot Based on a Vision System with Point Clustering", *Proceedings of the 15th Mediterranean Conference on Automation and Control (MED '07),* Athens, Greece, June 27-29, 2007.

135. Cannon, K., Panciera K., and Papanikolopoulos, N., "Second Annual Robotics Summer Camp for Underrepresented students", *Proceedings of the 12th Annual Conference on Innovation and Technology in Computer Science Education*, Dundee, Scotland, June 25-27, 2007.

**136. Veeraraghavan, H., Papanikolopoulos, N., and Schrater, P., "Learning Dynamic Event Descriptions in Image Sequences", *Proceedings of the 2007 IEEE Conference on Computer Vision and Pattern Recognition,* Minneapolis, MN, June 17-22, 2007.**

137. Joshi, A., Atev, S., Masoud, O., and Papanikolopoulos, N., "Moving Shadow Detection with Low and Mid-Level Reasoning", *Proceedings of the 2007 IEEE Int. Conference on Robotics and Automation,* Rome, Italy, April 10-14, 2007.

138. Walter, M., Anderson, M., Burt, I., and Papanikolopoulos, N., "The Design and Evolution of the eROSI Robot", *Proceedings of the 2007 IEEE Int. Conference on Robotics and Automation*, Rome, Italy, April 10-14, 2007.

**139. Ribnick, E., Atev, S., Masoud, O., Papanikolopoulos, N., and Voyles, R., "Real-time Detection of Camera Tampering", *Proceedings of the IEEE Int. Conference on Advanced Video and Signal Based Surveillance,* Sydney, Australia, November 22-24, 2006.**

140. Ma, Y., Damelin, S., Masoud, O., and Papanikolopoulos, N.P., "Activity Recognition Via Classification Constrained Diffusion Maps", *Proceedings of the Second International Symposium on Advances in Visual Computing*, pp 1-8, Lake Tahoe, NV, November 6-8, 2006.

141. **Atev, S., Masoud, O., and Papanikolopoulos, N.P., "Learning Traffic Patterns at Intersections by Spectral Clustering of Motion Trajectories",** *Proceedings of the 2006 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '06),* **Beijing, China, October 9-15, 2006.**

142. Carlson, C., Drenner, A., Burt, I., and Papanikolopoulos, N.P., "Modular Mobile Docking Station Design", *Proceedings of the 2006 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '06),* Beijing, China, October 9-15, 2006.

143. Veeraraghavan, H., Papanikolopoulos, N., and Schrater, P., "Deterministic Sampling-Based Switching Kalman Filtering for Vehicle Tracking", *Proceedings of the IEEE 9th Int. Conf. on Intelligent Transportation Systems (ITSC 2006),* Toronto, Canada, September 17-20, 2006.

144. Kilambi, P., Masoud, O., and Papanikolopoulos, N., "Crowd Analysis at Mass Transit Sites", *Proceedings of the IEEE 9th Int. Conf. on Intelligent Transportation Systems (ITSC 2006),* Toronto, Canada, September 17-20, 2006.

145. Giforos, J., Longmire, E., Marusic, I., Hutchins, N., and Papanikolopoulos, N., "Spectral Clustering for Identifying Coherent Eddy Structure in Turbulent Boundary Layers", *Proceedings of the International Conference on Intelligent Systems and Computing: Theory and Applications,* Ayia Napa, Cyprus, July 6-7, 2006.

146. Kilambi, P., Masoud, O., and Papanikolopoulos, N., "Counting and Tracking Groups of People Video Sequences", *Proceedings of the International Conference on Intelligent Systems and Computing: Theory and Applications,* Ayia Napa, Cyprus, July 6-7, 2006.

147. **Bird, N., Atev, S.,  Caramelli, N., Martin, R., Masoud, O., and Papanikolopoulos, N., "Real Time, Online Detection of Abandoned Objects in Public Areas",** *Proceedings of the 2006 IEEE Int. Conference on Robotics and Automation***,  Orlando, FL, May 15-19, 2006.**

148. Veeraraghavan, H., Schrater, P.,  and Papanikolopoulos, N., "Adaptive Geometric Templates for Feature Matching", *Proceedings of the 2006 IEEE Int. Conference on Robotics and Automation,*  Orlando, FL, May 15-19, 2006.

149. **Burt, I., Drenner, A., Carlson, C., Kottas, A., and Papanikolopoulos, N., "Impact Orientation Invariant Robot Design: An Approach to Projectile Deployed Robotic Platforms",** *Proceedings of the 2006 IEEE Int. Conference on Robotics and Automation***, Orlando, FL, May 15-19, 2006.**

150. Drenner, A., and Papanikolopoulos, N., "Docking Station Relocation for Maximizing Longevity of Distributed Robotic Teams", *Proceedings of the 2006 IEEE Int. Conference on Robotics and Automation,*  Orlando, FL, May 15-19, 2006.

151. Cannon, K., Anderson, M., Bird, N., Panciera, K., Veeraraghavan, H.,  Papanikolopoulos, N., and Gini, M., "No Fear: University of Minnesota Robotics Day Camp Introduces Local Youth to Hands-on Technologies", *Proceedings of the 2006 IEEE Int. Conference on Robotics and Automation,*  Orlando, FL, May 15-19, 2006.

152. Veeraraghavan, H., Atev, S., Bird. N., Schrater, P., and Papanikolopoulos, N., "Driver Activity Monitoring through Supervised and Unsupervised Learning", *Proceedings of the IEEE 8th Int. Conf. on Intelligent Transportation Systems (ITSC 2005),* pp 895-900, Vienna, Austria, September, 2005.

153. Bodor, R., Schrater, P., and Papanikolopoulos, N., "Multi-camera Positioning for Optimizing Task Observability", *Proceedings of the IEEE Int. Conference on Advanced Video and Signal Based Surveillance,*  Como, Italy, September 15-16, 2005.

**154. Bodor, R., Drenner, A., Janssen, M., Schrater, P., and <u>Papanikolopoulos, N.P.</u>, "Mobile Camera Positioning to Optimize the Observability of Human Activity Recognition Tasks", *Proceedings of the 2005 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '05),* Edmonton, Canada, August 2-5, 2005.**

155. Atev, S., Masoud, O., Janardan, R., and <u>Papanikolopoulos, N.P.</u>, "A Collision Prediction System for Traffic Intersections", *Proceedings of the 2005 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '05),* Edmonton, Canada, August 2-5, 2005.

156. <u>Anderson LaPoint, M.</u>, Burt, I., Cannon, K., Hays, C., Miller, B., and Papanikolopoulos, N.P., "Relative Collaborative Localization Using Pyroelectric Sensors", *Proceedings of the 2005 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '05),* Edmonton, Canada, August 2-5, 2005.

157. <u>Drenner, A.</u>, and Papanikolopoulos, N., "Autonomous Multi-Robot Docking", *Proceedings of the Workshop on Modeling and Control of Complex Systems*, Ayia Napa, Cyprus, June 30 – July 1, 2005.

158. Janssen, M., Miller, B., <u>Drenner, A.</u>, and Papanikolopoulos, N., "A GUI Framework for GPS-Enabled Robotic Guidance", *Proceedings of the 13th Mediterranean Conference on Automation and Control (MED'05)*, pp 89-94, Limassol, Cyprus, June 27-29, 2005.

159. Veeraraghavan, H., Schrater, P., and <u>Papanikolopoulos, N.</u>, "Switching Kalman Filter-Based Approach for Tracking and Event Detection at Traffic Intersections", *Proceedings of the 13th Mediterranean Conference on Automation and Control (MED'05)*, pp 1167-1172, Limassol, Cyprus, June 27-29, 2005.

160. <u>Atev, S.</u>, Masoud, O., and Papanikolopoulos, N., "Practical Mixtures of Gaussians with Brightness Monitoring", *Proceedings of the IEEE 7th Int. Conf. on Intelligent Transportation Systems (ITSC 2004),* pp 423-428, Washington, DC, October 3–6, 2004.

161. <u>Bodor, R.</u>, Morlok, R., and Papanikolopoulos, N.P., "Dual-Camera System for Multi-Level Activity Recognition", *Proceedings of the 2004 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '04),* pp 643-648, Sendai, Japan, September 28 – October 2, 2004.

**162. Jackson, B., <u>Bodor, R.</u>, and Papanikolopoulos, N.P., "Learning Static Occlusions from Interactions with Moving Figures", *Proceedings of the 2004 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '04),* pp 963-968, Sendai, Japan, September 28 – October 2, 2004.**

163. <u>Masoud, O.</u>, and Papanikolopoulos, N.P., "Using Geometric Primitives to Calibrate Traffic Scenes", *Proceedings of the 2004 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '04),* pp 1878-1883, Sendai, Japan, September 28 – October 2, 2004.

164. <u>Stoeter, S.</u>, and Papanikolopoulos, N., "Closed Dynamic Contour Models that Split and Merge", *Proceedings of the 2004 IEEE Int. Conference on Robotics and Automation*, pp 3383-3388, New Orleans, LA, April 26 - May 1, 2004.

165. <u>Cao, D.</u>, Masoud, O., Boley, D., and Papanikolopoulos, N., "Online Motion Classification using Support Vector Machines", *Proceedings of the 2004 IEEE Int. Conference on Robotics and Automation*, pp 2291-2296, New Orleans, LA, April 26 - May 1, 2004.

166. <u>Veeraraghavan, H.</u>, and Papanikolopoulos, N., "Combining Multiple Tracking Modalities for Vehicle Tracking in Traffic Intersections", *Proceedings of the 2004 IEEE Int. Conference on Robotics and Automation*, 2303-2308, New Orleans, LA, April 26 - May 1, 2004.

**167.   Gasser, G., <u>Bird, N.</u>, Masoud, O., and Papanikolopoulos, N., "Human Activities
Monitoring at Bus Stops",** *Proceedings of the 2004 IEEE Int. Conference on Robotics
and Automation***, pp 90-95, New Orleans, LA, April 26 - May 1, 2004.**

168.   Drenner, A., Anderson-LaPoint, M., Burt, I., Cannon, K., Hays, C., Kottas, A., and
<u>Papanikolopoulos, N.</u>, "Increasing the Scout's Effectiveness Through Local Sensing and
Ruggedization", *Proceedings of the 2004 IEEE Int. Conference on Robotics and Automation*,
pp 1406-1411, New Orleans, LA, April 26 - May 1, 2004.

169.   <u>Rybski, P.</u>, Roumeliotis, S., Gini, M., and Papanikolopoulos, N., "A Comparison of Maximum
Likelihood Methods for Appearance-Based Minimalistic SLAM", *Proceedings of the 2004 IEEE
Int. Conference on Robotics and Automation*, pp 1777-1782, New Orleans, LA, April 26 - May
1, 2004.

170.   Veeraraghavan, H., Masoud, O., and <u>Papanikolopoulos, N. P.</u>, "A Vision-Based Tracking
System for Monitoring Traffic Activities at Intersections", *Proceedings of the ITS America
Fourteenth Annual Meeting*, San Antonio, TX, April 26-29, 2004.

171.   <u>Bodor, R.</u>, Jackson, B., Masoud, O., and Papanikolopoulos, N.," Image-Based Reconstruction
for View-Independent Human Motion Recognition", *Proceedings of the 2003 IEEE/RSJ
International Conference on Intelligent Robots and Systems (IROS '03),* pp 1548-1553, Las
Vegas, NV, October 27-31, 2003.

172.   <u>Kadioglu, E.</u>, and Papanikolopoulos, N.,"A Method for Transporting a Team of Miniature
Robots", *Proceedings of the 2003 IEEE/RSJ International Conference on Intelligent Robots and
Systems (IROS '03),* pp ,2297-2302, Las Vegas, NV, October 27-31, 2003.

**173.   <u>Rybski, P.</u>, Roumeliotis, S., Gini, M., and Papanikolopoulos, N.," Appearance-Based
Minimalistic Metric SLAM",** *Proceedings of the 2003 IEEE/RSJ International Conference
on Intelligent Robots and Systems (IROS '03),* **pp 194-199, Las Vegas, NV, October 27-31,
2003.**

174.   <u>Wahlstrom, E.</u>, Masoud, O., and Papanikolopoulos, N., "Vision-based Methods for Driver
Monitoring", *Proceedings of the IEEE 6th Int. Conf. on Intelligent Transportation Systems (ITSC
2003),* pp 903-908, Shanghai, China, October 12-15, 2003.

175.   Stoeter, S., Burt, I., and <u>Papanikolopoulos, N.</u>, "Scout Robot Motion Model", *Proceedings of the
2003 IEEE Int. Conference on Robotics and Automation*, pp 90-95, Taipei, Taiwan, September
14-19, 2003.

176.   Rybski, P., Zacharias, F., Lett, J-F., Masoud, O., Gini, M., and <u>Papanikolopoulos, N.</u>, "Using
Visual Features to Build Topological Maps of Indoor Environments", *Proceedings of the 2003
IEEE Int. Conference on Robotics and Automation*, pp 850-855, Taipei, Taiwan, September 14-
19, 2003.

177.   Pearce, J., Rybski, P., Stoeter, S., and <u>Papanikolopoulos, N.</u>, "Dispersion Behaviors for a Team
of Multiple Miniature Robots", *Proceedings of the 2003 IEEE Int. Conference on Robotics and
Automation*, pp 1158-1163, Taipei, Taiwan, September 14-19, 2003.

178.   Kratochvil, B., Burt, I., Drenner, A., Goerke, D., Jackson, B., McMillen, C., Olson, C.,
<u>Papanikolopoulos, N.</u>, Pfeifer, A., Stoeter, S., Stubbs, K., and Waletzko, D., "Heterogeneous
Implementation of an Adaptive Robotic Sensing Team", *Proceedings of the 2003 IEEE Int.
Conference on Robotics and Automation*, pp 4264-4269, Taipei, Taiwan, September 14-19,
2003.

**179.   <u>Masoud, O.</u>, and Papanikolopoulos, N., "Recognizing Human Activities",** *Proceedings of
the IEEE Int. Conference on Advanced Video and Signal Based Surveillance***, pp 157-162,
Miami, FL, July 21-22, 2003.**

180. <u>Bodor, R.</u>, Jackson, B., and Papanikolopoulos, N., "Vision-Based Human Tracking and Activity Recognition", *Proceedings of the 11th Mediterranean Conference on Automation and Control (MED'03)*, Rhodes, Greece, June 18-20, 2003.

181. Jackson, B., Burt, I., Kratochvil, B., and <u>Papanikolopoulos, N.</u>, "A Control System for Teams of Off-The-Shelf Scouts and MegaScouts", *Proceedings of the 11th Mediterranean Conference on Automation and Control (MED'03)*, Rhodes, Greece, June 18-20, 2003.

182. Pearce, J., Powers, B., Hess, C., Rybski, P., Stoeter, S. and <u>Papanikolopoulos, N.</u>, "Dispersion of a Team of Surveillance and Reconnaissance Robots Based on Repellent Virtual Pheromones", *Proceedings of the 11th Mediterranean Conference on Automation and Control (MED'03)*, Rhodes, Greece, June 18-20, 2003.

183. Stubbs, K., Arumugam, H., Masoud, O., <u>McMillen, C.</u>, Veeraraghavan, H., Janardan, R., and Papanikolopoulos, N. P., "A Real-time Collision Warning System for Intersections", *Proceedings of the ITS America Thirteenth Annual Meeting*, Minneapolis, MN, May 19-22, 2003.

184. Stoeter, S., Rybski, P., Gini, M., and <u>Papanikolopoulos, N.</u>, "Autonomous Stair-Hopping with Scout Robots", *Proceedings of the 2002 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '02),* pp 721-726, Lausanne, Switzerland, September 30 – October 4, 2002.

185. Drenner, A., Burt, I., Kratochvil, B., Nelson, B., Papanikolopoulos, N., and <u>Yesin, K.</u> "Communication and Mobility Enhancements to the Scout Robot", *Proceedings of the 2002 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '02),* pp 865-870, Lausanne, Switzerland, September 30 – October 4, 2002.

**186. <u>Veeraraghavan, H.</u>, Masoud, O., and Papanikolopoulos, N., "Vision-based Monitoring of Intersections", *Proceedings of the IEEE 5th Int. Conf. on Intelligent Transportation Systems (ITSC 2002),* pp 7-12, Singapore, September 3–6, 2002.**

187. Martin, R., Masoud, O., and <u>Papanikolopoulos, N.</u>, "Using Intrinsic Images for Shadow Handling", *Proceedings of the IEEE 5th Int. Conf. on Intelligent Transportation Systems (ITSC 2002),* pp 152-155, Singapore, September 3–6, 2002.

188. Maurin, B., Masoud, O., and <u>Papanikolopoulos, N.</u>, "Monitoring Crowded Traffic Scenes", *Proceedings of the IEEE 5th Int. Conf. on Intelligent Transportation Systems (ITSC 2002),* pp 19-24, Singapore, September 3–6, 2002.

189. <u>Perrin, D.</u>, and Papanikolopoulos, N., "Usefulness of Parametric Dynamic Contours vs. Level Sets for Real-Time Computer Vision", *Proceedings of the 14th International Conference on Digital Signal Processing,* Santorini, Greece, July 1-3, 2002.

190. Veeraraghavan, H., Masoud, O., and <u>Papanikolopoulos, N.</u>, "Real-time Tracking for Managing Suburban Intersections", *Proceedings of the 14th International Conference on Digital Signal Processing,* Santorini, Greece, July 1-3, 2002.

191. Robler, P., Stoeter, S., Rybski, P., Gini, M., and <u>Papanikolopoulos, N.</u>, "Visual Servoing of a Miniature Robot Toward a Marked Target", *Proceedings of the 14th International Conference on Digital Signal Processing,* Santorini, Greece, July 1-3, 2002.

192. <u>Perrin, D.</u>, Kadioglu, E., Stoeter, S., and Papanikolopoulos, N., "Localization of Miniature Mobile Robots Using Constant Curvature Dynamic Contours", *Proceedings of the 2002 IEEE Int. Conference on Robotics and Automation*, pp 702-707, Washington, DC, May 11-15, 2002.

193. **Drenner, A.**, Burt, I., Dahlin, T., Kratochvil, B., McMillen, C., Nelson, B., Papanikolopoulos, N., Rybski, P., Stubbs, K., Waletzko, D., and Yesin, K., **"Mobility Enhancements to the Scout Robot Platform",** *Proceedings of the 2002 IEEE Int. Conference on Robotics and Automation*, pp 1069-1074, Washington, DC, May 11-15, 2002.

194. Maurin, B., Masoud, O., and Papanikolopoulos, N. P., "Camera Surveillance of Crowded Traffic Scenes", *Proceedings of the ITS America Twelfth Annual Meeting*, Long Beach, CA, April 29 - May 2, 2002.

195. McMillen, C., Stubbs, K., Rybski, P., Stoeter, S., Gini, M., and Papanikolopoulos, N.P., "Resource Scheduling and Load Balancing in Distributed Robotic Control Systems", *Proceedings of the 7th Int. Conference on Intelligent Autonomous Systems (IAS-7)*, Marina del Rey, CA, March 25-27, 2002.

196. Rybski, P., Stoeter, S., Gini, M., Hougen, D., and Papanikolopoulos, N., "Effects of Limited Bandwidth Communications Channels on the Control of Multiple Robots", *Proceedings of the 2001 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '01),* pp 369-374, Maui, Hawaii, October 29 - November 3, 2001.

197. Rybski, P., Burt, I., Dahlin, T., Gini, M., Hougen, D., Krantz, D., Nageotte, F., Papanikolopoulos, N., and Stoeter, S., "System Architecture for Versatile Autonomous and Teleoperated Control of Multiple Miniature Robots", *Proceedings of the 2001 IEEE Int. Conference on Robotics and Automation*, Seoul, Korea, May 21-26, 2001.

198. Rybski, P., Stoeter, S., Gini, M., Hougen, D., and Papanikolopoulos, N.P., "Dynamic Scheduling of a Fixed Bandwidth Communications Channel for Controlling Multiple Robots", *Proceedings of Agents 2001*, pp 153-154, Montreal, Canada, May 2001.

199. Budenske, J., Bonney, J., Ramanujan, R., Hougen, D., and Papanikolopoulos, N.P., "Nomadic Routing Applications for Wireless Networking in a Team of Miniature Robots", *Proceedings of the IEEE Int. Conf. on Systems, Man, and Cybernetics*, Nashville, TN, October 2000.

200. Hougen, D., Erickson, M., Rybski, P., Stoeter, S., Gini, M., and Papanikolopoulos, N.P., "Autonomous Mobile Robots and Distributed Exploratory Missions", *Proceedings of the Int'l Symposium on Distributed Autonomous Robotic Systems,* pp 221-230, Knoxville, TN, October, 2000.

201. Stoeter, S., Rybski, P., Gini, M., Hougen D., and Papanikolopoulos, N., "Verteilte Steuerung heterogener mobiler Roboter", *Proceedings of the Fachgesprach Autonome Mobile Systeme,* pp 270-277, Karlsruhe, Germany, November, 2000.

202. Rogers, S., and Papanikolopoulos, N. P., "Counting Bicycles Using Computer Vision", *Proceedings of 3rd Annual IEEE Conference on ITS,* pp 33-38, Dearborn, MI, October 1-3, 2000.

203. Gupte, S., Masoud, O., and Papanikolopoulos, N. P., "Vision-based Vehicle Classification", *Proceedings of 3rd Annual IEEE Conference on ITS,* pp 46-51, Dearborn, MI, October 1-3, 2000.

204. Toczyski, W.D., and Papanikolopoulos, N. P., "Complementary Linear Biases in Spatial Derivative Estimation for Improving Geometry-Driven Diffusion Processes", *Proceedings of the 15th Int. Conf. on Pattern Recognition*, Volume 3, pp 1-6, Barcelona, Spain, September 3-8, 2000.

205. Stoeter, S., Rybski, P., Erickson, M., Wyman, M., Gini, M., Krantz, D., Hougen, D., and Papanikolopoulos, N.P., "A Robot Team for Exploration and Surveillance: Design and

Architecture", *Proceedings of the International Conference on Intelligent Autonomous Systems*, pp 767-774, Venice, Italy, July 2000.

206. Papanikolopoulos, N.P., Stoeter, S., Rybski, P., Erickson, M., Gini, M., Hougen, D., and Erickson, M.,  "Experiments with a Team of Miniature Robots", *Proceedings of the 8th IEEE Mediterranean Conference on Control and Automation*, Rio, Greece, July 2000.

207. Perrin, D., Smith, C., and Papanikolopoulos, N.P., "Depth Extraction for Contours by Monocular Eye-In-Hand Systems", *Proceedings of the 8th IEEE Mediterranean Conference on Control and Automation*, Rio, Greece, July 2000.

208. Perrin, D., Masoud, O., Smith, C., and Papanikolopoulos, N.P., "Using Fast Statistical Dynamic Contours for Grasping Occluding Contours", *Proceedings of the 8th IEEE Mediterranean Conference on Control and Automation*, Rio, Greece, July 2000.

209. Stoeter, S., Mauff, F., and Papanikolopoulos, N. P.,  "Real-time Door Detection in Cluttered Environments", *Proceedings of the 2000 IEEE International Symposium on Intelligent Control (ISIC 2000),* pp 187-192, Rio, Patras, Greece, July 17-19, 2000.

210. Rybski, P., Stoeter, S., Erickson, M., Gini, M., Hougen, D., and Papanikolopoulos, N.P., "A Team of Robotic Agents for Surveillance", *Proceedings of Agents 2000*, Barcelona, Spain, June 3-7, 2000.

211. Gupte, S., Masoud, O., and Papanikolopoulos, N. P., "Detection and Classification of Vehicles", *Proceedings of the ITS America Tenth Annual  Meeting,* Boston,  MA,  May 1-4, 2000.

**212. Hougen, D., Papanikolopoulos, N.P., et al. "A Miniature Robotic System for Reconnaissance and Surveillance", *Proceedings of the 2000 IEEE Int. Conference on Robotics and Automation*, pp 501-507, San Francisco, CA, April 24-28, 2000.**

213. Perrin, D., Masoud, O., Smith, C., and Papanikolopoulos, N.P. "Uknown Object Grasping Using Statistical Pressure Models ", *Proceedings of the 2000 IEEE Int. Conference on Robotics and Automation*, pp 1054-1059, San Francisco, CA, April 24-28, 2000.

214. Yesin, K., Nelson, B., Papanikolopoulos, N.P., Voyles, R., and Krantz, D., "Active Video System for a Miniature Reconnaissance Robot", *Proceedings of the 2000 IEEE Int. Conference on Robotics and Automation*, pp 3919-3924, San Francisco, CA, April 24-28, 2000.

215. Hougen, D., Papanikolopoulos, N.P., et al., "Reconfigurable Robots for Distributed Robotics", *GOMAC 2000*, pp 72-75, Anaheim, CA, March 20-23, 2000.

216. Singh, R., Voyles, R., and Papanikolopoulos, N. P.,   "Shape Recognition and Vision-based Robot Control by Shape Morphing", *Proceedings of the 1999 IEEE International Conference on Information, Intelligence, and Systems,* pp 188-195, Washington, DC, November 1-3, 1999.

217. Singh, S., and Papanikolopoulos, N. P.,   "Monitoring Driver Fatigue Using Facial Analysis Techniques", *Proceedings of the 1999 IEEE/IEEJ/JSAI International Conference on Intelligent Transportation Systems,* pp 314-318, Tokyo, Japan, October 5-8, 1999.

**218. Masoud, O., Papanikolopoulos, N. P., and Kwon, E., "Vision-Based Monitoring of Weaving Sections", *Proceedings of the 1999 IEEE/IEEJ/JSAI International Conference on Intelligent Transportation Systems,* pp 770-775, Tokyo,  Japan,  October 5-8, 1999.**

219. Pavlidis, I., Symosek, P., Fritz, B., and Papanikolopoulos, N. P., "A Near-Infrared Fusion Scheme for Automatic Detection of Vehicle Passengers", *Proceedings of the 1999 IEEE/IEEJ/JSAI International Conference on Intelligent Transportation Systems,* pp 304-309, Tokyo, Japan,  October 5-8, 1999.

220. Perrin, D., Masoud, O., Smith, C., and <u>Papanikolopoulos, N. P.</u>, "Snakes for Robotic Grasping", *Proceedings of the 1999 European Control Conference,* Karlsruhe, Germany, August 31-September 3, 1999.

221. Yesin, K., <u>Nelson, B.</u>, Papanikolopoulos, N., Voyles, R., and Krantz, D., ``A System of Launchable Mesoscale Robots for Distributed Sensing", *Proceedings of the 1999 SPIE International Symposium on Intelligent Systems and Advanced Manufacturing*, Boston, MA, September 1999.

222. <u>Pavlidis, I.</u>, Symosek, P., Fritz, B., and Papanikolopoulos, N. P., "A Near-Infrared Fusion Scheme for Automatic Detection of Vehicle Passengers", *Proceedings of the 1999 IEEE Workshop on Computer Vision Beyond the Visible Spectrum: Methods and Applications,* pp 41-48, Fort Collins, CO, June 21-22, 1999.

223. <u>Pavlidis, I.</u>, Perrin, D., Papanikolopoulos, N. P., Au, W., and Sawtelle, S., "A Ground Truth Tool for Synthetic Aperture Radar (SAR) Imagery", *Proceedings of the 1999 IEEE Workshop on Computer Vision Beyond the Visible Spectrum: Methods and Applications,* pp 82-87, Fort Collins, CO, June 21-22, 1999.

224. <u>Yesin, K.</u>, Nelson, B., Papanikolopoulos, N., Voyles, R., and Krantz, D., ``Active Video Modules for Launchable Reconnaissance Robots", *Proceedings of the 2nd International Conference on Recent Advances in Mechatronics*, Istanbul, Turkey, May 1999.

225. <u>Stoeter, S.</u>, Voss, S., Papanikolopoulos, N. P., and Mosemann, H., "Planning of Regrasp Operations", *Proceedings of the 1999 IEEE Int. Conference on Robotics and Automation,* pp 245-250, Detroit, MI, May 10-15, 1999.

226. <u>Rogers, S.</u>, and Papanikolopoulos, N. P., "A Robust Video-Based Bicycle Counting System", *Proceedings of the ITS America Ninth Annual Meeting,* Washington, DC, April 19-22, 1999.

227. <u>Singh, S.</u>, and Papanikolopoulos, N. P., "Advances in Vision-Based Detection of Driver Fatigue", *Proceedings of the ITS America Ninth Annual Meeting,* Washington, DC, April 19-22, 1999.

228. Pavlidis, I., Symosek, P., Fritz, B., Sfarzo, R., and <u>Papanikolopoulos, N. P.</u>, "Automatic Passenger Counting in the High Occupancy Vehicle Lanes ", *Proceedings of the ITS America Ninth Annual Meeting,* Washington, DC, April 19-22, 1999.

229. Singh, R., Littau, D., <u>Voyles, R.</u>, and Papanikolopoulos, N.P., "Grasping of Real Objects Using Virtual Images", *Proceedings of the 38th IEEE Conference on Decision and Control (38th CDC),* pp 3269-3274, Tampa, FL, December 14-18, 1998.

230. Singh, R., Littau, D., Voyles, R., and <u>Papanikolopoulos, N.P.</u>, "Pose Alignment of an Eye-in-Hand Robotic System Using Image Morphing", *Proceedings of the 1998 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '98),* Victoria, Canada, October 12-16, 1998.

231. <u>Singh, R.</u>, Wade, M., and Papanikolopoulos, N.P., "Letter-Level Shape Description By Skeletonization in Faded Documents", *Proceedings of the Fourth IEEE Workshop on Applications of Computer Vision,* pp 121-126, Princeton, NJ, October 19-21, 1998.

232. Papanikolopoulos, N.P., <u>Voyles, R.</u>, Krantz, D., Gini, M., and Parthasarathy, S., "Distributed Reconfigurable Robots", *Proceedings of the 1st NASA/JPL Workshop on Biomorphic Explorers for Future Missions,* Pasadena, CA, August 19-20, 1998.

233. Pavlidis, I., and Papanikolopoulos, N.P., "A  Curve Segmentation Algorithm That Automates Deformable Model-Based Target Tracking", *Proceedings of the Int. Conf. on Telecommunications*, Porto Carras, Greece, June 22-25, 1998.

234. Singh, R., Papanikolopoulos, N.P., and Cherkassky, V.,  "Object Skeletons From Sparse Shapes In Industrial  Image Settings", *Proceedings of the 1998 IEEE  Int. Conference on Robotics and Automation,* pp 3388-3393, Leuven,  Belgium, May 16-21, 1998.

235. Eriksson, M., and Papanikolopoulos, N.P., "A Vision-Based System for Detection of Driver Fatigue", *Proceedings of the ITS America Eighth Annual Meeting*, Detroit, MI, May 4-7,1998.

236. Masoud, O., and Papanikolopoulos, N.P., "Robust Pedestrian Tracking  Using a Model-Based Approach", *Proceedings of the IEEE Conf. on Intelligent Transportation Systems (ITSC '97)*, pp 134-140, Boston, MA, Nov. 9-12, 1997.

**237. Eriksson, M., and Papanikolopoulos, N.P., "Eye Tracking for Detection of Driver Fatigue", *Proceedings of the IEEE Conf. on Intelligent Transportation Systems (ITSC '97),* pp 314-319, Boston, MA, Nov. 9-12, 1997.**

238. Pavlidis, I., Singh, R., and Papanikolopoulos N.P., "An On-Line Handwritten Note Recognition Method Using Shape Metamorphosis", *Proceedings of the Fourth International Conf. on Document Analysis and Recognition*, vol. 2, pp 914-918, Ulm, Germany, August 18-20, 1997.

239. Singh, R., Cherkassky, V., and Papanikolopoulos, N.P., "Determining the Skeletal Description of Shapes", *Proceedings of the 1997 IEEE Int. Symposium on Computational Intelligence in Robotics and Automation (CIRA '97),* pp 368-373, Monterey, CA., July 10-11, 1997.

240. Singh, R., Pavlidis, I., and Papanikolopoulos, N.P., "A  Metamorphosis-Based Shape Recognition Method", *Proceedings of the  Intr. Conf. on Digital Signal Processing*, pp 679-682, Santorini, Greece, July 2-4, 1997.

241. Masoud, O., and Papanikolopoulos, N.P., "A Robust Real-Time Multi-Level Model-Based Pedestrian Tracking System", *Proceedings of the ITS America Seventh Annual Meeting*, Washington, DC, June 2-5, 1997.

242. Smith, C., and Papanikolopoulos, N.P., "Using Computer Vision to Guide  Robotic Grasping", *Proceedings  of the 1997 Int. Robots and Vision Conference*, Detroit, MI, May 13-15, 1997.

243. Singh, R., Pavlidis, I., and Papanikolopoulos, N.P., "Recognition of 2D Shapes Through Contour Metamorphosis", *Proceedings of the  1997 IEEE Int. Conf. on Robotics and Automation*, pp 1651-1656, Albuquerque, NM,  April 20-25, 1997.

244. Du, Y., and Papanikolopoulos, N.P., "Real-time Vehicle Following Through a Novel Symmetry-Based Approach", *Proceedings of the 1997 IEEE Int. Conf. on Robotics and Automation*, pp 3160-3165, Albuquerque, NM, April 20-25, 1997.

245. Toczyski,  W.D., and Papanikolopoulos, N. P.,  "An Alternative Differential Gradient Edge Contrast Operator Suitable for  Use Within High Speed Pyramid-Based Imaging Systems",  *Proceedings of the IEEE Int. Joint Symposia on Intelligence and Systems*, pp 296-303, Rockville, MD, November 1996.

246. Pavlidis, I.,  Singh, R., and Papanikolopoulos, N. P., "Recognition of On-line Handwritten Patterns Through Shape Metamorphosis", *Proceedings  of the 13th   Int.  Conference on Pattern Recognition,*  Volume 3, pp 18-22, Vienna,  Austria,  August 25-30, 1996.

247. Sullivan, M., and Papanikolopoulos, N. P., "Experiments in Model-based Robotic Visual Tracking Using Active Deformable Models",  *Proceedings  of the  1996 Int. Symposium on Mathematical Theory of Networks and Systems,* Saint-Louis,  Missouri,  June 24-28, 1996.

248. Pavlidis, I.,  Sullivan, M., Singh, R., and <u>Papanikolopoulos, N. P.</u>, "Improving  the Performance of Model-based Target Tracking Through Automatic Selection of Control Points", *Proceedings  of the 1996 Int. Symposium on Robotics and Manufacturing,*  Montpellier,  France,  May 27-30, 1996.

**249. <u>Smith, C.</u>, and Papanikolopoulos, N. P., "Vision-guided Robotic Grasping: Issues and Experiments", *Proceedings  of the 1996 IEEE Int. Conference on Robotics and Automation,*  pp 3203-3208,  Minneapolis,  MN,  April 22-28, 1996.**

250. <u>Sullivan, M.</u>, and Papanikolopoulos, N. P., "Using Active Deformable to Track Deformable Objects in Robotic Visual Servoing  Experiments",       *Proceedings of the 1996 IEEE  Int. Conference on Robotics and Automation,*  pp 2929-2934,  Minneapolis,  MN,  April 22-28, 1996.

251. <u>Pavlidis, I.</u>, and Papanikolopoulos, N. P., "Automatic Selection of Control Points for Deformable-Model-Based  Target Tracking", *Proceedings of the 1996 IEEE  Int. Conference on Robotics and Automation,*  pp 2915-2920,  Minneapolis,  MN,  April 22-28, 1996.

252. Du, Y., and <u>Papanikolopoulos, N. P.</u>,  "Symmetry-based Real-time Vehicle Detection in Vehicle-Following Applications", *Proceedings  of  the  ITS America Sixth  Annual  Meeting,* Houston,  TX, April  15-18, 1996.

253. Smith, C., and <u>Papanikolopoulos, N. P.</u>, "Theory and Experiments in Vision-Based Grasping", *Proceedings of the 34th IEEE Conference on Decision and  Control (34th CDC),*  pp 4053-4058, New Orleans,  LA,  December 13-15, 1995.

254. <u>Lau, P.</u>, and   Papanikolopoulos, N.P., "Adaptive Gabor Image Transformation: Application in Scientific Visualization", *Proceedings   of the Second  International   Conference on Image Processing,*  Washington, DC,  October 23-26, 1995.

255. <u>Richards, C.</u>, and Papanikolopoulos, N. P., "A System for Automatically  Detecting and Tracking Objects Using a Visually-Guided Manipulator", *Proceedings  of the 1995 IEEE  International Conference  on Systems, Man and  Cybernetics,* pp 4452-4457, Vancouver, CA,  October 22-25, 1995.

256. <u>Smith, C.</u>, and Papanikolopoulos, N. P., "Using Vision-Based Control  Techniques for Grasping Objects", *Proceedings   of  the 1995 IEEE   International       Conference on Systems, Man and Cybernetics,* pp 4434-4439, Vancouver, CA,  October 22-25, 1995.

257. <u>Sullivan, M.</u>, Richards, C., Smith, C., Masoud, O.,  and Papanikolopoulos, N. P., "Pedestrian Tracking from a Stationary Camera Using Active Deformable Models",  *Proceedings  of the  1995 Intelligent Vehicles Symposium,*  pp 90-95, Detroit,  MI,  September 25-26,1995.

258. Richards, C., Smith, C., <u>Papanikolopoulos, N. P.</u>, and Brandt, S., "Vision-based Intelligent  Control of Transportation Systems", *Proceedings of the  10th IEEE International  Symposium  on Intelligent Control,*  pp 519-524,  Monterey, CA,  August 27-29,1995.

259. Richards, C., and <u>Papanikolopoulos, N. P.</u>, "The Automatic Detection  and Visual  Tracking of Moving Objects  by Eye-in-hand Robotic Systems", *Proceedings  of the  1995 IEEE/RSJ International  Conference on Intelligent  Robots and Systems (IROS '95),*  Volume III, pp 228-233, Pittsburgh, PA,  August 5-9, 1995.

260. <u>Smith, C.</u>, and Papanikolopoulos, N. P., "Grasping of Static and Moving Objects Using a Vision-based Control Approach", *Proceedings  of the 1995 IEEE/RSJ  International  Conference on Intelligent  Robots and Systems (IROS '95),*  Volume  I, pp 329-334, Pittsburgh, PA,  August 5-9, 1995.

261. Papanikolopoulos, N.P., "Controlled Active Vision and Vision-Based Control of Robotic Manipulators", *Proceedings 3rd IEEE Mediterranean Symposium on New Directions in Control and Automation*, pp 38-45, Limassol, Cyprus, July 11-13, 1995.

262. Pavlidis, I., and Papanikolopoulos, N. P., "Application of Deformable Structures to Signature Identification", *Proceedings of DSP95 International Conference on Digital Signal Processing,* pp 578-583, Limassol, Cyprus, June 26-28, 1995.

263. Papanikolopoulos, N.P., "Integrating Computer Vision with Control for Vision Assisted Robotic Tasks", *Proceedings 1995 American Control Conference*, pp 904-908, Seattle, Washington, June 21-23, 1995.

264. **Papanikolopoulos, N.P., Couvignou, P.A., and Khosla, P.K., "Model-based Robotic Visual Servoing", *Proceedings 1995 American Control Conference*, pp 898-903, Seattle, Washington, June 21-23, 1995.**

265. Papanikolopoulos, N. P., and Smith, C., "Vision Issues During Eye-in-Hand Robotic Tasks", *Proceedings of the 1995 IEEE Int. Conference on Robotics and Automation,* pp 2989-2995, Nagoya, Japan, May 23-26, 1995.

266. Richards, C., Smith, C., and Papanikolopoulos, N. P., "Detection and Tracking of Traffic Objects in IVHS Vision Sensing Modalities", *Proceedings of the Fifth Annual ITS America Conference,* pp 453-461, Washington, DC, March 15-17, 1995.

267. Lau, P., and Papanikolopoulos, N.P., "A Variance-based Basis Selection Scheme for the Gabor Image Transformation", *Proceedings of the 1995 International Conference on Acoustics, Speech and Signal Processing,* pp 2205-2208, Detroit, Michigan, May 8-12, 1995.

268. Smith, C., Brandt, S., and Papanikolopoulos, N. P., "Robotic Exploration Under the Controlled Active Vision Framework", *Proceedings 33rd IEEE Conference on Decision and Control (33rd CDC)*, pp 3796-3801, Orlando, Florida, December 14-16, 1994.

269. Smith, C., Papanikolopoulos, N. P., and Brandt, S., "Application of the Controlled Active Vision Framework to Robotic and Transportation Problem", *Proceedings of the Second IEEE Workshop on Applications of Computer Vision*, pp 213-220, Sarasota, Florida, December 5-7, 1994.

270. Lau, P., Papanikolopoulos, N.P., and Boley, D., "A Note on the Gabor-QR Decomposition", *Proceedings of the First International Conference on Image Processing,* pp 815-819, Austin, TX, November 13-16, 1994.

271. Smith, C., Papanikolopoulos, N. P., Brandt, S., and Richards, C., "Visual Tracking Strategies for Intelligent Vehicle-Highway Systems", *Proceedings of the SPIE's International Symposium on Photonics for Industrial Applications, Intelligent Vehicle Highway Systems,* Boston, MA, October 31 November 4, 1994.

272. Smith, C., Brandt, S., and Papanikolopoulos, N. P., "Vision Sensing for Intelligent Vehicle and Highway Systems", *Proceedings of the 1994 IEEE International Conference on Multisensor Fusion and Integration for Intelligent Systems,* pp 784-791, Las Vegas, Nevada, October 2-5, 1994.

273. Brandt, S., Smith, C., and Papanikolopoulos, N. P., "The Minnesota Robotic Visual Tracker: a Flexible Testbed for Vision-Guided Robotic Research", *Proceedings of the 1994 IEEE International Conference on Systems, Man and Cybernetics,* pp 1363-1368, San Antonio, October 2-5,1994.

274. Pavlidis, I., Mavuduru, R., and Papanikolopoulos, N. P., "Off-line Recognition of Signatures Using Revolving Active Deformable Models", *Proceedings of the 1994 IEEE International*

*Conference on Systems, Man and Cybernetics,* pp 771-776, San Antonio, October 2-5,1994.

275. Smith, C., Brandt, S., and Papanikolopoulos, N. P., "Controlled Active Exploration of Uncalibrated Environments", *Proceedings of the 1994 IEEE Conference on Computer Vision and Pattern Recognition,* pp 792-796, Seattle, WA, June 21-23, 1994.

**276. Papanikolopoulos, N. P., Nelson, B., and Khosla, P.K., "Six Degree-of-Freedom Hand/Eye Visual Tracking with Uncertain Parameters", *Proceedings of the 1994 IEEE Int. Conference on Robotics and Automation,* pp 174 - 179, San Diego, CA, May 8 - 12, 1994.**

277. Smith, C., and Papanikolopoulos, N. P., "Computation of Shape Through Controlled Active Exploration", *Proceedings of the 1994 IEEE Int. Conference on Robotics and Automation,* pp 2516-2521, San Diego, CA, May 8 - 12, 1994.

*278.* Papanikolopoulos, N.P., "Pedestrian Control at Intersections By Using CCD Cameras", *Proceedings of the Fifth Annual Transportation Research Conference,* Minneapolis, MN, May 12 - May 13, 1994.

279. Smith, C., and Papanikolopoulos, N. P., "Derivation of Depth Maps Through Controlled Active Exploration", *Proceedings Allerton Conference,* pp 1029-1038, Champaign, Illinois, September 27 October 1, 1994.

*280.* Papanikolopoulos, N.P., "Selection of Features and Evaluation of Visual Measurements for 3-D Robotic Visual Tracking", *Proceedings 1993 IEEE International Symposium on Intelligent Control,* pp 320 - 325, Chicago, Illinois, August 25 - 27,1993.

281. Papanikolopoulos, N.P., and Khosla, P.K., "Integration of the Human Operator with Autonomous Robotic Visual Tracking Modules", *Proceedings Fifth Topical Meeting on Robotic and Remote Systems,* pp 869 - 876, Oak Ridge, TN, April 25 - 30, 1993.

282. Couvignou, P., Papanikolopoulos, N.P., and Khosla, P.K., "On the Use of Snakes for 3-D Robotic Visual Tracking", *Proceedings 1993 IEEE Conference on Vision and Pattern Recognition,* pp 750 - 751, New York, NY, June 15 - 17,1993.

*283.* Nelson, B., Papanikolopoulos, N.P., and Khosla, P.K., "Dynamic Sensor Placement Using Controlled Active Vision", *Proceedings IFAC 1993 World Congress*, Sydney, Australia, July, 1993.

284. Papanikolopoulos, N.P., and Khosla, P.K., "Applying the Controlled Active Vision Framework to the Visual Servoing Problem", *Proceedings 1993 American Control Conference*, pp 1332 - 1338, San Francisco, California, June 2 - 4, 1993.

285. Papanikolopoulos, N.P., Nelson, B., and Khosla, P.K., "Monocular 3-D Visual Tracking of a Moving Target by an Eye-in-Hand Robotic System", *Proceedings 31st IEEE Conference on Decision and Control (31st CDC)*, pp 3805 - 3810, Tuscon, Arizona, December 16 - 18,1992.

286. Papanikolopoulos, N.P., and Khosla, P.K., "Adaptive Control Techniques for Dynamic Visual Repositioning of Hand-Eye Robotic Systems", *Proceedings IEEE Workshop on Applications of Computer Vision*, pp 110 - 117, Palm Springs, CA, November 30 - December 2, 1992.

287. Papanikolopoulos, N.P., Nelson, B., and Khosla, P.K., "Full 3-D Tracking Using the Controlled Active Vision Paradigm", *Proceedings 1992 International Symposium on Intelligent Control (ISIC '92)*, pp 267 - 274, Glasgow, UK, August 11 - 13, 1992.

288. Couvignou, P., Papanikolopoulos, N.P., and Khosla, P.K., "Hand-Eye Robotic Visual Servoing Around Moving Objects Using Active Deformable Models", *Proceedings 1992 IEEE/RSJ*

*International Conference on Intelligent Robots and Systems (IROS '92),* pp 1855 - 1862, Raleigh, North Carolina, July 7 - 10, 1992.

289. Papanikolopoulos, N.P., and Khosla, P.K., "Robotic Visual Servoing Around a Static Target: an Example of Controlled Active Vision", *Proceedings 1992 American Control Conference*, pp 1489 - 1494, Chicago, June 24 - 26, 1992.

290. Papanikolopoulos, N.P., and Khosla, P.K., "Shared and Traded Telerobotic Visual Control", *Proceedings of the 1992 IEEE Int. Conference on Robotics and Automation*, pp 878 - 885, Nice, France, May 10 -15, 1992.

291. Papanikolopoulos, N. P., and Khosla, P. K., "Feature Based Robotic Visual Tracking of 3-D Translational Motion", *Proceedings of the 30th IEEE Conference on Decision and Control (30th CDC)*, pp 1877 - 1882, Brighton, United Kingdom, December 11 - 13, 1991.

292. Papanikolopoulos, N. P., and Khosla, P. K., "Using Control and Vision for Space Applications", *Proceedings of the Third Annual Conference on Intelligent Robotic Systems for Space Exploration,* pp 46 - 60, Troy, NY, November 18 - 19, 1991.

293. Papanikolopoulos, N. P., and Khosla, P. K., "Real-Time LQG Robotic Visual Tracking", *Proceedings of the European Robotics and Intelligent Systems Conference*, pp 305-312, Corfu, Greece, June 23 - 28, 1991.

294. **Papanikolopoulos, N. P., Khosla, P. K., and Kanade, T., "Adaptive Robotic Visual Tracking", *Proceedings of the American Control Conference,* pp 962 - 967, Boston, June 26 - 28, 1991.**

295. **Papanikolopoulos, N. P., Khosla, P. K., and Kanade, T., "Vision and Control Techniques for Robotic Visual Tracking, *Proceedings of the 1996 IEEE Int. Conference on Robotics and Automation*, pp 857 - 864, Sacramento, April 7 - 13, 1991. Finalist for the Anton Philips Award for Best Student Paper.**

296. Papanikolopoulos, N. P., "FORS: A System for Flexible Design", *Proceedings of the IEEE Systems, Man and Cybernetics Conference*, pp 724 - 726, Los Angeles, November 4 - 7, 1990.

297. Papanikolopoulos, N. P., "FORS: A Flexible Design Environment", *Proceedings of the HICSS-23, IEEE Hawaii International Conference on System Sciences*, pp 463 - 470, Hawaii, January 2 - 5, 1990.

298. Papanikolopoulos, N. P., "A Graph Based Design Environment", *Proceedings of the IEEE Second International Conference on Computer Integrated Manufacturing*, pp 124 - 130, Rensselaer Polytechnic Institute, Troy, May 21 -23, 1990.

299. Stoa, P., Talukdar, S. N., Christie, R. D., Hou, L., Papanikolopoulos, N. P., "Environments for Security Assessment and Enhancement", *Proceedings of the Second Symposium on Expert Systems Applications to Power Systems*, pp 183-188, University of Washington, Seattle, July 17 - 20, 1989.

300. Talukdar, S., Elfes, A., and Papanikolopoulos, N. P., "Concurrent Design, Simultaneous Engineering and Distributed Problem Solving", *presented in the AAAI Seventh National Conference on Artificial Intelligence / AI in Design Workshop*, Minneapolis, August, 1988. Also available as an EDRC Technical Report, May 1988.

301. Tzafestas, S., and Papanikolopoulos, N. P., "Intelligent PID Control Based on Fuzzy Logic", *Proceedings of IFAC / IMACS International Symposium on Distributed Intelligence Systems,* Varna, Bulgaria, June 27 - July 1, 1988.

## Selected Recent Grants

- "NRI: INT: COLLAB: Cooperative Robotic Systems for Precision Agriculture and Plant Health Management" (with Co-PIs D. Mulla, D. Kaiser, and C. Yang), USDA-NIFA, May 1, 2020 – April 30, 2023.
- "Phase II IUCRC University of Minnesota: Center for Robots and Sensors for the Human Well-being" (Co-PI, PI: V. Morellas), NSF, March 15, 2020 – February 28, 2025.
- "MRI: Development of Real-time 3D Social Signal Imaging System (SSIS)" (Co-PI, PI: H.S. Park), NSF, October 1, 2019 – September 30, 2022.
- "Using Non-Expert Crowds to Quickly and Efficiently Collect High-Quality Segmentations of Renal Anatomy and Tumors in Cross-Sectional Imaging", Intuitive Foundation, January 1, 2021 – December 31, 2021.
- "MRI: Development of an Instrument that Performs Behavioral Analysis for Neuropsychiatric Disorders like Tourette Syndrome" (with Co-PIs V. Interrante, D. Keefe, G. Bernstein, C. Conelea, and S. Guy), NSF, October 1, 2019 – September 30, 2024.
- "CPS: TTP Option: Synergy: Collaborative Research: Dynamic Methods of Traffic Control that Impact Quality of Life in Smart Cities" (with Co-PIs J. Hourdos, M. Jovanovic, and S. Guy),  NSF, September 15, 2015 – February 28, 2021.
- "Autonomous Mobile Pavement Density Profiling Robot to Reduce Worker Risk", Mn\DOT, March 14, 2019 – June 30, 2021.
- "SCH: Active Learning for Medical Applications" (with Co-PIs R. Kuang, S. Truskinovsky, and C. Weight), NIH/NCI, February 1, 2018 – January 31, 2022.
- "Maintenance for the Truck Parking Availability System of the State of Kansas,"  KDOT, January 1, 2019 – December 31, 2023.
- "Cloud Computing for Kansas Truck Parking Detection and Information System and Verification Tool Development", KDOT, July 1, 2019 – October 31, 2021.
- "A Real-Time Truck Parking Availability System for the State of Wisconsin", MnDOT, June 30, 2016 – December 31, 2019.
- "A Real-time Truck Parking Availability System for the State of Kansas", KDOT, October 1, 2016 – August 31, 2021.
- "MRI: Development of a Solar UAV Instrument" (with Co-PIs M. Hondzo, F. Sotiropoulos, and J. Hong), NSF, October 1, 2015 – March 31, 2022.
- "NRI: Collaborative Research: Robotics 2.0 for Disaster Response and Relief Operations" (with Co-PIs M. Hondzo, and J. Hong), NSF, August 15, 2014 – July 31, 2019.
- "I/UCRC FRP: Collaborative Research: Autonomous Perception and Manipulation in Search and Rescue",  NSF, August 15, 2014 – July 31, 2016.
- "MRI: Development of an Instrument that Monitors Behaviors Associated with Obsessive-Compulsive Behaviors and Schizophrenia" (with Co-PIs K. Lim and G. Bernstein), NSF, October 1, 2013 – September 30, 2021.
- "A Comprehensive System for Assessing Truck Parking Availability", FHWA and Mn\DOT, January 11, 2012 – November 30, 2016.
- "I/UCRC FRP: Collaborative Research: A Software Framework for Controlling Multi-Robot Teams", NSF, August 1, 2013 – July 31, 2017.
- "MRI: Development of a Video-Based Robotic Instrument for Behavioral Analysis and Diagnosis of At-Risk Children" (with Co-PIs K. Lim and G. Sapiro),  NSF, October 1, 2010 – September 30, 2019.
- "Sensing for HOV/HOT Lanes Enforcement",  Mn\DOT, March 11, 2014 –  August 30, 2016.
- "CDI-Type II: Computational Tools for Behavioral Analysis, Diagnosis, and Intervention of at Risk Children" (with Co-PIs K. Lim, G. Sapiro, and A. Banerjee),  NSF, September 15, 2010 – August 31, 2016.
- "Center for Safety, Security, and Rescue Robotics" (with M. Gini, T. Hadjiyanni, and S. Roumeliotis), NSF, August 15, 2003 – July 31, 2016.
- I/UCRC Membership, Honeywell Labs, December 1, 2010 – December 30, 2014.
- I/UCRC Membership, Minnesota Corn Growers, December 1, 2013 – December 30, 2015.

## Patents

- "Miniature Robotic Vehicles and Methods for Controlling Same" Patent #6,548,982 with Richard Voyles, Bradley Nelson, Paul Rybski, and Donald Krantz.
- "Adjustable Diameter Wheel Assembly, and Methods and Vehicles Using Same" Patent #6,860,346 with Ian Burt.
- "Ruggedized Robotic Vehicles" Patent #7,559,385 with Ian Burt.
- "Crowd Counting and Monitoring" Patent #8,116,564 with Prahlad Kilambi and Osama Masoud.
- "Robotic Vehicle System" Patent #8,260,459 with Sam Herbert.
- "Miniature Robotic Vehicle with Ground And Flight Capability" Patent #8,342,440 with Alex Kossett.
- "Determining Parking Space Occupancy Using a 3D Representation" Patent #9,858,816 with Douglas Cook, Vassilios Morellas, and Theodore Morris.
- "Automated Detection of Nitrogen Deficiency in Crop" Patent #10,599,926 with Vassilios Morellas, Dimitris Zermas, David Mulla, Michael Bazakos, and Daniel Kaiser.

## Courses

- "Introduction to Intelligent Robotic Systems", CS-5551, Fall 2020, evaluation: 4.1/5, registration: 47 students.
- "Artificial Intelligence I", CS-5511, Fall 2019, evaluation: 4.6/5, registration: 56 students.
- "Readings in Computational Vision", CS-8980, Spring 2019, evaluation: 4.8/5, registration: 28 students.
- "Artificial Intelligence I", CS-5511, Fall 2018, evaluation: 4.8/5, registration: 67 students.
- "Computer Vision", CS-5561, Spring 2018, evaluation: 4.5/5, registration: 54 students.
- "Artificial Intelligence I", CS-5511, Fall 2017, evaluation: 4.7/5, registration: 70 students.
- "Readings in Computational Vision", CS-8980, Spring 2017, evaluation: 4.9/5, registration: 13 students.
- "Algorithms and Data Structures", CS-4041, Fall 2016, evaluation: 4.8/5, registration: 77 students.
- "Computer Vision", CS-5561, Spring 2016, evaluation: 4.4/5, registration: 46 students.
- "Introduction to Intelligent Robotic Systems", CS-5551, Fall 2015, evaluation: 4.2/5, registration: 38 students.
- "Algorithms and Data Structures", CS-4041H, Fall 2014, evaluation: 4.7/5, registration: 13 students.
- "Readings in Computational Vision", CS-8980, Spring 2014, evaluation: 4.8/5, registration: 12 students.
- "Artificial Intelligence I", CS-5511, Fall 2013, evaluation: 4.3/5, registration: 33 students.
- "Computer Vision", CS-5561, Spring 2013, evaluation: 4.0/5, registration: 32 students.
- "Artificial Intelligence I", CS-5511, Fall 2012, evaluation: 4.2/5, registration: 47 students.
- "Computer Vision", CS-5561, Spring 2012, evaluation: 4.6/5, registration: 24 students.
- "Artificial Intelligence I", CS-5511, Fall 2011, evaluation: 4.4/5, registration: 53 students.
- "Readings in Computational Vision", CS-8980, Spring 2011, evaluation: 4.6/5, registration: 20 students.
- "Artificial Intelligence I", CS-5511, Fall 2010, evaluation: 4.4/5, registration: 55 students.
- "Computer Vision", CS-5561, Spring 2010, evaluation: 4.6/5, registration: 25 students.
- "Artificial Intelligence I", CS-5511, Fall 2009, evaluation: 4.6/5, registration: 26 students.
- "Readings in Computational Vision", CS-8980, Spring 2009, evaluation: 4.6/5, registration: 24 students.
- "Introduction to Intelligent Robotic Systems", CS-5551, Fall 2008, evaluation: 4.6/5, registration: 33 students.
- "Computer Vision", CS-5561, Spring 2008, evaluation: 4.5/5, registration: 23 students.
- "Readings in Computational Vision and Robotics", CS-8980, Spring 2007, evaluation: 4.2/5, registration: 26 students.
- "Artificial Intelligence I", CS-5511, Fall 2006, evaluation: 3.7/5, registration: 60 students.
- "Computer Vision", CS-5561, Spring 2006, evaluation: 3.5/5, registration: 50 students.
- "Artificial Intelligence I", CS-5511, Fall 2005, evaluation: 3.1/5, registration: 60 students.
- "Readings in Computational Vision", CS-8980, Spring 2005, evaluation: 4.0/5, registration: 22 students.

- "Computer Vision", CS-5561, Spring 2004, evaluation: 3.2/5, registration: 28 students.
- "Artificial Intelligence I", CS-5511, Fall 2003, evaluation: 3.8/5, registration: 69 students.
- "Readings in Computational Vision", CS-8980, Spring 2003, evaluation: 4.4/5, registration: 19 students.
- "Introduction to Intelligent Robotic Systems", CS-5551, Fall 2002, evaluation: 4.1/5, registration: 32 students.
- "Computer Vision", CS-5561, Spring 2002, evaluation: 4.5/5, registration: 31 students.
- "Artificial Intelligence I", CS-5511, Fall 2001, evaluation: 4.1/5, registration: 68 students.
- "Computer Vision", CS-5561, Spring 2001, evaluation: 4.2/5, registration: 40 students.
- "Senior Design Project", ECE-4951, Spring 2001, registration: 5 students.
- "Algorithms and Data Structures", CS-4041, Spring 2001, evaluation: 3.5/5, registration: 137 students.
- "Computer Vision", CS-5561, Spring 2000, evaluation: 4.2/5, registration: 34 students.
- "Intelligent Agents", CS-8551, Fall 1999, evaluation: 4.5/5, registration: 32 students.
- "Algorithms and Data Structures II", CS-3322, Spring 1999, evaluation: 4.3/5, registration: 151 students.
- "Computer Vision", CS-5561, Fall 1998, evaluation: 3.3/5, registration: 25 students.
- "Algorithms and Data Structures II", CS-3322, Spring 1998, evaluation: 4.0/5, registration: 121 students.
- "Readings in Computational Vision", CS-8561, Winter 1998, evaluation: 3.9/5, registration: 12 students.
- "Computer Vision", CS-5561, Fall 1997, evaluation:  3.9/5, registration: 34 students.
- "Introduction to Intelligent Robotic Systems", CS-5551, Spring 1997, evaluation: 4.4/5, registration: 22 students.
- "Algorithms and Data Structures II", CS-3322, Winter 1997, evaluation: 4.1/5, registration: 55 students.
- "Algorithms and Data Structures II", CS-3322, Spring 1996, evaluation: 3.9/5, registration: 95 students.
- "Readings in Computational Vision", CS-8561, Winter 1996, evaluation: 4.8/5, registration: 12 students.
- "Computer Vision", CS-5561, Fall 1995, evaluation: 4.1/5, registration: 15 students.
- "Algorithms and Data Structures II", CS-3322, Spring 1995, evaluation: 3.9/5, registration: 77 students.
- "Computer Vision", CS-5561, Winter 1995, evaluation:  4.1/5, registration: 22 students.
- "Introduction to Intelligent Robotic Systems", CS-5551, Fall 1994, evaluation 3.9/5, registration: 24 students.
- "Algorithms and Data Structures II", CS-3322, Spring 1994, evaluation: 4.0/5, registration: 62 students.
- "Readings in Computational Vision", CS-8561, Winter 1994, evaluation: 4.3/5, registration: 14 students.
- "Computer Vision", CS-5561, Fall 1993, evaluation:  4.5/5, registration: 34 students.
- "Problems in Artificial Intelligence", CS-5599, Spring 1993, evaluation: 4.4/5, registration: 20 students.
- "Algorithms and Data Structures II", CS-3322, Winter 1993, evaluation: 4.2/5, registration: 71 students.
- "Computer Vision", CS-5561, Fall 1992, evaluation: 4.3/5, registration: 13 students.

## Courses  Introduced

- "Introduction to Intelligent Robotic Systems", CS-5551.
- "Program Design and Development", CS-3081W.

## Students

- Patrick Lau, Ph.D. student (graduated, Thesis title: "A Maximum Variance

Approach to Basis Selection for Image Transformation," National University of Singapore).
- Christopher Smith, Ph.D. student (graduated, recipient of the Graduate School Doctoral Dissertation Fellowship, Thesis title: "Visually Guided Manipulation of Static and Moving Objects," Associate Professor, Lake Superior State University).
- Ioannis Pavlidis, Ph.D. student (graduated, Thesis title: "Physics-Based Methodologies for Recognizing Handwritten Signatures, Words, and Line Drawings," Full Professor, University of Houston).
- Rahul Singh, Ph.D. student (graduated, Thesis title: "Shape Recognition by Shape Morphing and its Applications in Vision-Based Robotics," Professor, San Francisco State University).
- Osama Masoud, Ph.D. student (graduated, Thesis title: "Tracking and Analysis of Articulated Motion with an Application to Human Motion,"  Director of Research, Vital Images Inc.).
- Doug Perrin, Ph.D. student (graduated, Thesis title: "Vision-Based Tasks and Dynamic Contours," Assistant Professor, Harvard Medical School).
- Sascha Stoeter, Ph.D. student (graduated, Thesis title: "Vision-based Control of Miniature Jumping Scout Robots," Research Scientist, Hitachi ABB, Switzerland).
- Robert Bodor, Ph.D. student (graduated, Thesis title: "Multi-camera Human Activity Recognition in Unconstrained Indoor and Outdoor Environments," CEO, ProtoLabs Inc.).
- Harini Veeraraghavan, Ph.D. student (graduated, Thesis title: Learning to Extract Interesting Events from Outdoor Image Sequences," Research Scientist, Memorial Sloan Kettering Cancer Center).
- Monica LaPoint-Anderson, Ph.D. student (graduated, Thesis title: "Efficient Cooperative Multi-robot Team Search in Complex Indoor Environments," Associate Professor, University of Alabama).
- Esra Kadioglu-Urtis, Ph.D. student (graduated, Thesis title: "Multi-Angle Pursuit of a Moving Target Using Mobile Robots," Assistant Professor, Macalester College).
- Andrew Drenner, Ph.D. student (graduated, Thesis title: "A Framework for Distributed Mobile Robotics," ReconRobotics Inc.).
- Evan Ribnick, Ph.D. student (graduated, Thesis title: "Inferring the 3D Structure of Periodic Motion in Video," Reveal Technology).
- Nathaniel Bird, Ph.D. student (graduated, Thesis title: "Calibration and Component Placement in Structured Light Systems for 3D Reconstruction Tasks," Staff Research Engineer, Abbott).
- Ajay Joshi, Ph.D. student (graduated, Thesis title: "Image Classification with Minimal Supervision", Google Inc.).
- Amer Agovic, Ph.D. student (graduated, Thesis title: "Interface Issues in Robot Scrub Nurse Design", Upperbound Technologies Inc.).
- Brett Hemes, Ph.D. student (graduated, Thesis title: "Locomotion of Serial Multiply-Actuated Tumbling Robots", 3M).
- Stefan Atev, Ph.D. student (graduated, Thesis title: "Using Assymetry in the Spectral Clustering of Trajectories", ProtoLabs Inc.).
- Hyeun J. Min, Ph.D. student (graduated, Thesis title: "Multi-Robot Formations and Cooperation with Visual Tracking Techniques", Assistant Professor, Ajou University, Korea).
- Guruprasad Somasundaram, Ph.D. student (graduated, Thesis title: "Global Self Similarity and Saliency Measures Based on Sparse Representations for Classification of Objects and Spatio-temporal Sequences", Target).
- Anoop Cherian, Ph.D. student (graduated, Thesis title: "Similarity Search in Visual Data", Mitsubishi Electric Research Laboratories).
- Duc Fehr, Ph.D. student (graduated, "Covariance Based Point Cloud Descriptors for Object Detection and Classification").
- Michael Janssen, Ph.D. student (graduated, "Robot Games: Translating Game Interaction to Robotic Interface", Google).
- Ravishankar Sivalingam, Ph.D. student (graduated, "Sparse Models for Positive Definite Matrices", Qualcomm).
- Jon Andersh, Ph.D. student (graduated, "Modeling the Human Visuo-Motor System for Remote-Control Operation").
- Nicholas Walczak, Ph.D. student (graduated, "A Multi-Sensor RGB-D System for Preschool Classroom Behavior Analysis", BBN).
- Joshua Fasching, Ph.D. student (graduated, "Behavior Monitoring Using Visual Data and Immersive Environments", BBN).
- Panos Stanitsas, Ph.D. student (graduated, "Machine Learning Methods with Emphasis on Cancerous

Tissue Recognition", Insitro Inc.).
- Demetris Zermas, Ph.D. student (graduated, "Combining Machine Learning with Computer Vision for Precision Agriculture Applications, Sentera).
- William Beksi, Ph.D. student (graduated, "Topological Methods for 3D Cloud Processing", Assistant Professor, University of Texas Arlington).
- Ruben D'Sa, Ph.D. student (graduated, "Design of a Transformable Unmanned Aerial Vehicle", OpenAI).
- Nick Heller, Ph.D. student (WPE passed).
- Henry Nelson, Ph.D. student (WPE passed).
- Robert Martin, Ph.D. student (WPE passed).
- Zane Smith, Ph.D. student (WPE passed).
- Dario Canelon-Suarez, Ph.D. student (WPE passed).
- Subhankar Ghosh, Ph.D. student.
- Petros Apostolou, Ph.D. student.
- Athanasios Bacharis, Ph.D. student.
- Rahul Singh, M.S. student (graduated).
- Marty Kenner, M.S. student (graduated).
- Yue Du, M.S. student (graduated).
- Mike Sullivan, M.S. student (graduated).
- Ioannis Pavlidis, M.S. student (graduated).
- Scott Brandt, M.S. student (graduated).
- Richard Nelson, M.S. student (graduated).
- Charles Richards, M.S. student (graduated).
- Jianzhong Xu, M.S. student (graduated).
- Alex Ozerkovsky, M.S. student (graduated).
- Igor Chechelnitsky, M.S. student (graduated).
- Martin Eriksson, M.S. student (graduated).
- Robert Sfarzo, M.S. student (graduated).
- Doug Perrin, M.S. student (graduated).
- Singh Kaur Sarbjit, M.S. student (graduated).
- Rotherick Tan, M.S.student (graduated).
- Thai Nguyen, M.S. student (graduated).
- Scott Rogers, M.S. student (graduated).
- Surendra Gupte, M.S. student (graduated).
- Brian Chapeau, M.S. student (graduated).
- Janice Pearce, M.S. student (graduated).
- Justin Thomas, M.S. student (graduated).
- Eric Wahlstrom, M.S. student (graduated).
- Bradley Kratochvil, M.S. student (graduated).
- Robert Martin, M.S. student (graduated).
- Harini Veeraraghavan, M.S. student (graduated).
- Andreas Robinson, M.S. student (graduated).
- Chuck Hays, M.S. student (graduated).
- Wiiliam Toczyski, M.S. student (graduated).
- Ian Burt, M.S. student (graduated).
- Nathaniel Bird, M.S. student (graduated).
- Prahlad Kilambi, M.S. student (graduated).
- Thanh Nguyen, M.S. student (graduated).
- Stefan Atev, M.S. student (graduated).
- Sushanth Rajasankar, M.S. student (graduated).
- Evan Ribnick, M.S. student (graduated).
- Jason Sollom, M.S. student (graduated).
- Ajay Joshi, M.S. student (graduated).
- Guruprasad Somasundaram, M.S. student (graduated).
- Pushkar Modi, M.S. student (graduated).
- Max Walter, M.S. student (graduated).
- Ravishankar Sivalingam, M.S. student (graduated).
- Alex Ivkin, M.S. student (graduated).

- Anoop Cherian, M.S. student (graduated).
- Vineet Bhatawadekar, M.S. student (graduated).
- Justin Dancs, M.S. student (graduated).
- Apostolos Kottas, M.S student (graduated).
- Andrew Carlson, M.S. student (graduated).
- Kuo-Shih Tseng, M.S. student (graduated).
- Nicholas Walczak, M.S. student (graduated).
- Joshua Fasching, M.S. student (graduated).
- Alex Kossett, M.S student (graduated).
- Alexander Popov, M.S student (graduated).
- Eric Holec, M.S student (graduated).
- Sydney Bergeron, M.S. student (graduated).
- Paul Hed, M.S. student (graduated).
- Ruben D'Sa, M.S. student (graduated).
- Karthik Buddha, M.S. student (graduated).
- Travis Henderson, M.S. student (graduated).
- Scott Morton, M.S. student.
- Jamsrandorj Dagvadorj, M.S. student.
- P. Lee, L. Fiore, J. Purvey, A. Kossett, S. Kristoff, E. Holec, A. Carlson, F. Bazakos, A. Hambrock, A. Kottas, C. McMillen, C. Carlson, R. Cyrus, M. Belsky, Z. Johnson, K. Stubbs, I. Burt, G. Miller, E. Mueller, D. Goerke, M. Eriksson, S. Morton, R. D'sa, B. Neubauer, R. Redmond, W. Krepps, D. Tormoen, B. Bosch, A. Erickson, B. Gundrum, L. Scharber, I. Poteryakhin, Z. Stromquist,  P. Wyman, D. Jenson, J. Spruth, T. Henderson,  A. Young, N. Studanski, J. Killian, B. Schulz, M. Mikkelsen, M. Calvert, T. Heller, M. Diaz, S. Marquart, S. Paladugu,  P.  Leppink – Shands, C. Uebelhart, J. Dean, A. Schwartzwald, A. Shah, I. Mitha, S. Somrock, L. McCullough, R. Smith, E. Bowe, R. Favour, M. Sonnabend, J. Rickman (supported undergraduates).
- Frederic Lemauff, David Boutouiller, Nicolas Bernardeau, Olivier Huet, Guillaume Gasser, Chris Dos Santos, Nicolas Caramelli, Eric Bouteillon, Benjamin Maurin, Duc Fehr, Patrick Roessler, Arnaud Bruyas, and Florent Nageotte (supported foreign undergraduate students).
- J. Jasper, M. Smela, A. DeClue, and B. Asojo (supported high school students).

## Post-Doctoral Associates

- Osama Masoud (currently: Director of Research, Vital Images Inc.).
- Vassilios Morellas (currently: Research Professor, UMN).
- Dean Hougen (currently: Associate Professor, University of Oklahoma).
- Yan-Bin Jia (currently: Professor, Iowa State University).

## Participation in M.S. and Ph.D. Thesis Committees

Falai Li (Agriculture), Paul Rybski (CS), Hemanth Arumugam (CS), Kemal Berk Yesin (ME), Tracy Denk (EE), Don Krantz (CS), Pascal Mammasian (Psychology), Weining Zheng (EE), Huifuang Ng (Agriculture), Dean Hougen (CS), Pamela Lechleider (CS), Dirk Edmonds (CS), Bin Zhu (EE), You Yuli (EE), Vafa Ghazi-Moghadam (EE), Lan Tse-Hua (EE), Shaomin Peng (EE), John Chourdakis (CE), Liu Guoqin (CE), Todd Hardwick (EE),  Saad Bedros (EE),  John Shackleton (CS), Keesook Han (EE), Omar Santiago-Perez (ME), Rajeev Singh (AEM),  Jennifer Treadway (Math), Bill Knecht (Psychology), Xuan Liu (CS), Barmeshwar Vikramaditya (ME), Youngguyn Kim (EE), Praveen Gupta (Agriculture), Brad Nelson (Carnegie Mellon University), Mike Brady (Psychology), Jeff Thompson (CS), Kihyuk Han (ECE), Yu Zhou (ME), Paul Rybski (CS), Jianjun Zhan (CE), Matt Cruikshank (CS), Joshua Dudney (ME), Vinodh Kumar Chandram (CS), Saed  Wadi (ECE), Seth Hulst (ECE), Vahid Emamian (ECE), Thomas Naselaris (Neuroscience), Michael Blocksome (CS), David Littau (CS), Yunqian Ma (ECE), Sunghee Kim (CS), A.

Schoolcraft (CS), T. Corrigan (ME), G. Yang (ME), H. Yang (AEM), Jim Gaines (ME), Kraig Bottemiller (ECE), M. Lahmar (ME), Blake Larson (ME), Michael Baldea (Chem. Engin.), Rahul Joshi (ECE), Corey Bilot (CS), Dongwei Cao (CSE), Gerry Ruch (Astronomy), Rashmi Sundareswara (CSE), Yukikazu Hidaka (CSE), Luke Ludwig (CSE), Maitreyi Nanjanath (CSE), Nicole Sprague (CSE), Diego Rother (CompS), Tom Whipple (CSE), Vasillios Christopoulos (CSE), Steve Tousignant (CSE), Chen-chi Chu (AEM), Venkateshwar Korukanti (CSE), Chandra Tjhai (AEM), Ryan Lloyd (CSE), Nikhil Karnad (CSE), Ankur Sharma (CSE), Anuraag Pakanati (CSE), Elizabeth Jensen (CSE), Ignacio Ramirez (Scientific Computation), Xue Bai (ECE), Doug Cook (CSE), James Parker (CSE), Alexey Castrodad (ECE), Jordan Hashemi (ECE), Liron Yatziv (Scientific Computation), David Brajkovic (ME), Pratap Tokekar (CSE), Rodney Dockter II (ME), Mrinal Kanti Paul (CSE), John Harwell (CSE), Leonardo Le (AEM), Ahmed Medhat (CSE), Nikolaos Stefas (CSE), Robert Giaquinto (CSE), Kevin Mallery (ME), Baoquan Zhang (CSE), Debraj Bhattacharjee (ECE), Aditya Salapaka (ME), Sirisha Rambhatla (ECE), Abhinav Sambasivan (ECE), Kazim Engin (CSE), Jungseok Hong (CSE), Sara Saunders (BME), Bobby Schulz (ECE), Thomas Ringstrom (CSE), Udhaya Dayalan (CSE), Debarati Das (CSE), Tejveer Maddukuri (CSE), James Klassen (NRSM), and Rong Chen (EE).

## Honors

- McKnight Presidential Endowed Professor in CS, 2016-.
- IEEE RAS George Saridis Leadership Award in Robotics and Automation, 2016.
- CTS Research Partnership Award, 2016.
- A paper co-authored with A. Cherian and V. Morellas was the winner for the Best Student paper award at the 2012 IEEE Int. Conference on Image Processing (ICIP 2012), Orlando, FL, October 2012.
- IEEE-RAS Distinguished Service Award, 2011.
- Distinguished McKnight University Professor, 2007-.
- IEEE Felllow, 2007-.
- A paper co-authored with G. Gasser, N. Bird, and O. Masoud was finalist for the Best Vision Paper Award, 2004 IEEE Int. Conference on Robotics and Automation, New Orleans, April 2004.
- IEEE VTS 2001 Best Land Transportation Paper Award for the paper "A Novel Method for Tracking and Counting Pedestrians in Real-Time Using a Single Camera" (with Osama Masoud).
- Best Video Award, 2000 IEEE Int. Conference on Robotics and Automation, San Francisco, May 2000.
- Finalist for the 2000 Discover Magazine Award for Technological Innovation.
- UMN CSE Faculty Creativity Award, March 1999.
- McKnight Land-Grant Professorship Award, University of Minnesota, July 1995 - June 1997.
- Best Session Paper Presentation Award, American Control Conference, Seattle, June 1995.
- National Science Foundation Career Award, August 1995 - July 1998.
- National Science Foundation Research Initiation Award, August 1994 - July 1997.
- Finalist for the Anton Philips Award for Best Student Paper in the 1991 IEEE Robotics and Automation Conference.
- Kritski Fellowship, Greece, September 1985 - August 1987.
- IKY Fellowship, Greece, August 1986 - August 1987.
- First entrant at Ionidios High School, Piraeus, Greece.
- Seventh entrant at the Department of Electrical and Computer Engineering, National Technical University of Athens.

## Presentations

- IEEE Southern Minnesota Section, August 2020.
- 3M Mini Dental School Lecture Series, July 2020.
- NRI meeting, Breakout Research in Agricultural Robotics, February 2020.
- CSE Dean's Advisory Committee, University of Minnesota, Minneapolis, MN, October 2019.
- Robotics Roadmap Workshop, Chicago, IL, September 2019.

- 12th Cyprus Workshop on Signal Processing and Informatics, Nicosia, Cyprus, July 2019.
- 27th Mediterranean Conference on Control and Automation (MED '19), Akko, Israel, July 2019.
- University of Minnesota Robotics Tech Talks, Minneapolis, MN, April 2019.
- Electrical and Computer Engineering, University of Florida, FL, April 2019.
- Mechanical and Aerospace Engineering, University of Florida, FL, April 2019.
- Minnesota Dermatological Society Winter Meeting, Minneapolis, MN, November 2018.
- UMN IEM HS Inspire, Minneapolis, MN, November 2018.
- Science Museum of Minnesota, St. Paul, MN, October 2018.
- "Machine Learning and Artificial Intelligence in Medical Imaging: Challenges and Opportunities" Workshop, Arlington, VA, September 2018.
- Distinguished Lecture, Computer Science and Engineering, Texas A&M, College Station, TX, January 2018.
- Robotics Frontiers 2017 Symposium, UC San Diego, San Diego, CA, September 2017.
- Honeywell Technology Symposium, Minneapolis, MN, May 2017.
- IMA Smart Urban Transportation Forum, IMA, University of Minnesota, Minneapolis, MN, May 2017.
- Energy Explorers, Great River Energy, Maple Grove, MN, February 2017.
- Distinguished Lecture, Computer Science and Engineering, Texas A&M, College Station, TX, December 2016.
- Institute for Robotics & Intelligent Machines (IRIM), Georgia Tech, Atlanta, GA, January 2016.
- Purdue Polytechnic Institute, Purdue University, West Lafayette, IN, September 2015.
- 8th Cyprus Workshop on Signal Processing and Informatics, Nicosia, Cyprus, July 2015.
- 2015 Heritage Society Dinner, University of Minnesota Foundation, Minneapolis, MN, June 2015.
- Headliners, College of Continuing Education, University of Minnesota, St. Paul, MN, April 2015.
- Department of Computer Science and Engineering, University of Nevada, Reno, NV, March 2015.
- Electrical and Computer Engineering, Duke University, Durham, NC, February 2015.
- Department of Computer Science, Iowa State University, Ames, IA, February 2015.
- 7th Cyprus Workshop on Signal Processing and Informatics, Nicosia, Cyprus, July 2014.
- IEEE Conference on Robotics and Automation, Hong Kong, China, June 2014.
- Department of Computer Science and Engineering, Minneapolis, MN, November 2013.
- Robotics Alley Conference, St. Paul, MN, November 2013.
- 2013 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '13), Tokyo, Japan, November 2013.
- GOFIRST UMN, Minneapolis, MN, October 2013.
- IEEE Region 4 Leadership Conference, Minneapolis, MN, October 2013.
- Enterprise Minnesota, Maple Grove, MN, September 2013.
- 6th Cyprus Workshop on Signal Processing and Informatics, Nicosia, Cyprus, July 2013.
- MN Corn Growers, Waseca, MN, March 2013.
- GOFIRST UMN, Minneapolis, MN, February 2013.
- 2012 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '12), Vilamoura/Algarve, Portugal, October 2012.
- ETH Distinguished Lecture, Zurich, Switzerland, October 2012.
- IEEE Conference on Robotics and Automation, St. Paul, MN, May 2012.
- Department of Mechanical Engineering, University of Minnesota, Minneapolis, MN, April 2012.
- CSE Science and Engineering Day, University of Minnesota, Minneapolis, MN, February 2012.
- University of Minnesota | Rochester, Rochester, MN, February 2012.
- CTS Executive Committee Meeting, University of Minnesota, Minneapolis, MN, February 2012.
- 1st Robotics Alley Conference, Minneapolis, MN, November 2011.
- CSE Dean's Advisory Committee, University of Minnesota, Minneapolis, MN, October 2011.
- 4th Cyprus Workshop on Signal Processing and Informatics, Nicosia, Cyprus, July 2011.
- 19th Mediterranean Conference on Control and Automation (MED' 11), Corfu, Greece, June 2011.
- 3M, St. Paul, MN, May 2011.
- "Educating Robotics Engineers and Scientists" Workshop, IEEE Conference on Robotics and Automation, Shanghai, China, May 2011.
- IEEE Conference on Robotics and Automation, Shanghai, China, May 2011.
- Normandale Community College, Minneapolis, MN, January 2011.
- Tech Forum Electronics Chapter, 3M, St. Paul, MN, November 2010.

- 3rd Cyprus Workshop on Signal Processing and Informatics, Nicosia, Cyprus, July 2010.
- 18th Mediterranean Conference on Control and Automation (MED' 10), Marrakech, Morocco, June 2010.
- IEEE Conference on Robotics and Automation, Anchorage, Alaska, May 2010.
- Tech Forum Electronics Chapter, 3M, St. Paul, MN, December 2009.
- Normandale Community College, Minneapolis, MN, October 2009.
- 2009 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '09), Saint Louis, MO, August 2009.
- 17th Mediterranean Conference on Control and Automation (MED '09), Salonica, Greece, June 2009.
- IEEE Conference on Robotics and Automation, Kobe, Japan, May 2009.
- Department of Computer Science and Engineering, Texas A&M, TX, January 2009.
- IEEE Aerospace and Electronic Systems Society, Chapter of Twin Cities, Eagan, MN, December 2008.
- IEEE International Conference on Advanced Video and Signal Based Surveillance, Santa Fe, NM, September 2008.
- 1st International Conference on PErvasive Technologies Related to Assistive Environments (PETRA '08), Athens, Greece, July 2008.
- 11th International Symposium on Experimental Robotics, Athens, Greece, July 2008.
- Science Museum of Minnesota, St. Paul, MN, June 2008.
- IEEE Conference on Robotics and Automation, Pasadena, CA, May 2008.
- ARO/NSF Workshop on Future Directions in Visual Navigation, Pasadena, CA, May 2008.
- National Science Foundation PAEMST Award Ceremony, Washington, DC, April 2008.
- Midwest Instruction and Computing Symposium, UW-La Crosse, La Crosse, WI, April 2008.
- Lockheed Martin Corporation, MN, April 2008.
- Center for Cognitive Sciences, MN, January 2008.
- Metro Transit, MN, January 2008.
- Computer Science Department, University of Southern California, CA, December 2007.
- The Technical Cooperation Program (TTCP) Symposium on the Science of Autonomy and Bio-Inspired Systems, Army Research Laboratory, MD, October 2007.
- Honeywell ACS Fellows Symposium, Minneapolis, MN, October 2007.
- Goodrich Corporation, MN, June 2007.
- IEEE Conference on Robotics and Automation, Rome, Italy, April 2007.
- Center for Cognitive Sciences, MN, March 2007.
- North Dakota State University, ND, January 2007.
- Digital Technology Workshop, Digital Technology Center, November 2006.
- Metropolitan Airport Commission, October 2006.
- Metro Transit, September 2006.
- Johnson Controls Inc., May 2006.
- Honeywell Labs, March 2006.
- 2005 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '05), Edmonton, Canada, August 2005.
- 13th Mediterranean Conference on Control and Automation (MED'05), June 2005.
- Tutorial "Video Surveillance", 2005 Spring NSF SSR-RC meeting, St. Petersbourgh, FL, March 2005.
- Workshop "Micro-Air-Vehicles - The Next 10 Years", 2004 IEEE Int. Conference on Robotics and Automation (ICRA '04), New Orleans, LA, April 2004.
- Workshop "Multi-robot Search and Rescue: Current Challenges and Future Directions", 2004 IEEE Int. Conference on Robotics and Automation (ICRA '04), New Orleans, LA, April 2004.
- Department of Electrical and Computer Engineering, University of Arizona, April 2004.
- Department of Electrical, Computer, and Systems Engineering, Rensselaer Polytechnic Institute, February 2004.
- Department of Electrical and Systems Engineering, Washington University in Saint Louis, January 2004.
- Department of Computer and Information Science, Ohio State University, January 2004.
- Department of Computer Science, University of North Carolina, December 2003.
- Workshop "Robotics in Emergency Response", 2003 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '03), Las Vegas, NV, October 2003.
- Workshop "Control and Cooperation of Intelligent Miniature Robots", 2003 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '03), Las Vegas, NV, October 2003.
- Department of Computer Science, University of Houston, October 2003.

- IEEE Conference on Robotics and Automation, Taipei, Taiwan, September 2003.
- 11th Mediterranean Conference on Control and Automation (MED'03), June 2003.
- Department of Computer Science and Engineering, Wright State University, May 2003.
- Digital Technology Center Industrial Affiliates Open House, May 2003.
- Picatinny Arsenal, NJ, May 2003.
- Computer and Information Science Department, University of Pennsylvania, February 2003.
- 3M Optical Inspection Mini-Chapter, February 2003.
- Digital Technology Center Seminar, December 2002.
- 2002 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '02), Lausanne, Switzerland, October 2002.
- 14th International Conference on Digital Signal Processing, Santorini, Greece, 2002.
- ARO Workshop on Integrated System Approaches to Future Combat Systems, Washington, DC, May 2002.
- Multi-Robot Systems Workshop, Washington, DC, March 2002.
- Vision Science Colloquium, University of Minnesota, Minneapolis, MN, November 2001.
- Naval Research Laboratory (NRL), Washington, DC, November 2001.
- 2001 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '01), Maui, HI, October 2001.
- IEEE Conference on Robotics and Automation, Seoul, Korea, May 2001.
- IEEE Twin Cities Chapter, Minneapolis, MN, April 2001.
- Department of Electrical and Computer Engineering, University of New Mexico, NM, March 2001.
- AHEPANS, St. Paul, MN, USA, March 2001.
- Department of Electrical and Computer Engineering, University of Cyprus, Cyprus, February 2001.
- 2nd NASA/JPL Workshop on Biomorphic Explorers, Pasadena, CA, December 2000.
- Science Coalition Day, Washington, DC, July 2000.
- Department of Electrical and Computer Engineering, University of Patras, Greece, July 2000.
- 8th IEEE Mediterranean Conference on Control and Automation, Rio, Greece, July 2000.
- Department of Mechanical Engineering, National Technical University, Athens, Greece, July 2000.
- IEEE Conference on Robotics and Automation, San Francisco, CA, May 2000.
- Minnesota Society of Professional Engineers, Minneapolis, USA, April 19, 2000.
- Control Science and Dynamical Systems, University of Minnesota, Minneapolis, USA, March 2000.
- Department of Computer Science and Engineering, University of Minnesota, Minneapolis, USA, November 1999.
- 1999 IEEE/IEEJ/JSAI International Conference on Intelligent Transportation Systems, Tokyo, Japan, October 5-8, 1999.
- 1999 European Control Conference, Karlsruhe, Germany, August 31-September 3, 1999
- ITS Minnesota Annual Meeting and Guidestar Technology Forum, Minneapolis, MN, March 1999.
- University of Minnesota Foundation, Minneapolis, MN, February 1999.
- IMA Workshop on "Forging an Appropriate Immune Response as a Problem in Distributed Artificial Intelligence", Minneapolis, MN, October 1998.
- 1998 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '98), Victoria, Canada, October 1998.
- ETH and MOVIC '98, Switzerland, August 1998.
- DARPA "Distributed Robotics" PI meeting, August 1998.
- IEEE Conference on Robotics and Automation, Leuven, Belgium, May 1998.
- Workshop on "Robust Vision for Vision-Based Control", IEEE Conference on Robotics and Automation, Leuven, Belgium, May 1998.
- CTS Faculty Round Table, Minneapolis, MN, March, 1998.
- Wright Patterson Base, Dayton, OH, January, 1998.
- Conference on Vision for Reach and Grasp, Minneapolis, MN, October 1997.
- NSF Block Island Workshop on Vision and Control, Block Island, RI, June 1997.
- 1997 Int. Robots and Vision Conference, Detroit, MI, May 1997.
- IEEE Conference on Robotics and Automation, Albuquerque, NM, April 1997.
- CTS Faculty Seminar Series, Minneapolis, MN, February, 1997.
- Department of Computer Science, University of Cyprus, Nicosia, Cyprus, September 1996.
- Department of Computer Science, University of Minnesota, Minneapolis, USA, March 1996.
- Workshop on Mathematical Methods in Computer Vision, Geometry Center, University of Minnesota, Minneapolis, USA, September 1995.

- 10th IEEE International Symposium on Intelligent Control, Monterey, USA, August 1995.
- 1995 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '95), Pittsburgh, USA, August 1995.
- 3rd IEEE Mediterranean Symposium on New Directions in Control and Automation, Limassol, Cyprus, July 1995.
- Department of Computer Science, University of Cyprus, Nicosia, Cyprus, July 1995.
- 1995 American Control Conference (Two Talks), Seattle, USA, June 1995.
- IEEE Conference on Robotics and Automation, Nagoya, Japan, May 1995.
- Center for Transportation Studies Faculty Seminar, University of Minnesota, Minneapolis, USA, February 1995.
- 33rd IEEE Conference on Decision and Control (33rd CDC), Orlando, USA, December 1994.
- Department of Mechanical Engineering, University of Minnesota, Minneapolis, USA, November 1994.
- SPIE's International Symposium on Photonics for Industrial Applications, Intelligent Vehicle Highway Systems, Boston, USA, November 1994.
- IEEE International Conference on Multisensor Fusion and Integration for Intelligent Systems, Las Vegas, USA, October 1994.
- IEEE Conference on Robotics and Automation (Two Talks), San Diego, USA, May 1994.
- Fifth Annual Transportation Research Conference, Minneapolis, USA, May 1994.
- 31st Allerton Conference, Champaign, USA, September 1993.
- 1993 IEEE International Symposium on Intelligent Control, Chicago, USA, August 1993.
- Department of Computer Science, University of Wisconsin, Madison, USA, August 1993.
- 1993 IEEE Conference on Computer Vision and Pattern Recognition, New York, USA, June 1993.
- 1993 American Control Conference, San Francisco, USA, June 1993.
- Department of Electrical Engineering, University of Minnesota, Minneapolis, USA, May 1993.
- Fifth Topical Meeting on Robotic and Remote Systems, Oak Ridge, USA, April 1993.
- 31st IEEE Conference on Decision and Control (31st CDC), Tucson, USA, December 1992.
- IEEE Workshop on Applications of Computer Vision, Palm Springs, USA, November 1992.
- Department of Computer Science, University of Minnesota, Minneapolis, USA, November 1992.
- 1992 American Control Conference, Chicago, USA, June 1992.
- Department of Electronic Engineering, Technical University of Crete, Greece, June 1992.
- Oak Ridge National Laboratory, Oak Ridge, Tennessee, USA, March 1992.
- Department of Computer Science, University of Minnesota, Minneapolis, USA, February 1992.
- Center for Automation Research, University of Maryland, College Park, USA, January 1992.
- European Robotics and Intelligent Systems Conference, Corfu, Greece, June 1991.
- IEEE Conference on Robotics and Automation, Sacramento, USA, April 1991.
- Ohio State University Control Workshop, Columbus, USA, April 1991.
- IEEE Rensselaer Polytechnic Institute Second International Conference on Computer Integrated Manufacturing, Rensselaer Polytechnic Institute, USA, May 1990.
- Ohio State University Control Workshop, Columbus, USA, April 1990.

## Professional

- Fellow Member of IEEE.
- Senior Editor, IEEE Transactions on ITS, 2016-.
- Associate Editor, IEEE Transactions on ITS, 2003-2015.
- Associate Editor, Transportation Research: Part C, 2006-2014.
- Associate Editor, Journal of Intelligent and Robotic Systems, 2006-2019.
- Honorary Chair, IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS 2020).
- General Chair of the 2012 IEEE Robotics and Automation Conference.
- Vice President for Conferences, RAS, 2010-2013.
- Chair, Publication Ethics Committee, RAS, 2015-.
- Chair, Saridis and Service Awards Evaluation Committee, RAS, 2016-2018.
- ICRA-x Chair of the 2018 IEEE Robotics and Automation Conference.
- 2018 IEEE CS Fellows Evaluation Committee.

- Program Co-Chair, IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS 2018).
- Publicity Chair, IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS 2017).
- Publications Chair, IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS 2015).
- Publications Chair, IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS 2014).
- Member, RAS Long-Range Planning Committee, 2014-2015.
- Editor, RAS Conference Editorial Board, 2006-2009.
- Editor, IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS 2011), Conference Editorial Board, 2011.
- Member of the IEEE Robotics and Automation Administrative Committee, 2000-2005.
- Member, RAS IEEE Fellow Nomination Committee, 2013-2014.
- Chairman, RAS IEEE Fellow Nomination Committee, 2007-2008.
- Chairman of the IEEE Robotics and Automation Technical Committee on Robot Vision, 2000-2006.
- America Program Co-Chair of the 2009 IEEE/RSJ International Conference on Intelligent Robots and Systems.
- Awards Chair of the 2008 IEEE Robotics and Automation Conference.
- Program Chair of the 2006 IEEE Robotics and Automation Conference.
- America Program Co-Chair of the 2007 IEEE/RSJ International Conference on Intelligent Robots and Systems.
- America Program Co-Chair of the 2004 IEEE Robotics and Automation Conference.
- Vice-Chairman of the 2001 IEEE/RSJ International Conference on Intelligent Robots and Systems.
- Chief organizing member of the Hellenic Student Association of Carnegie Mellon University.
- Participation in National Science Foundation review panels for regular proposals.
- Reviewer of proposals for the Department of Energy and the National Science Foundation.
- Participation in an IEEE review panel for senior member candidates.
- Participation in the faculty recruitment committee, Department of Electrical and Computer Engineering, University of Cyprus.
- Reviewer of proposals for the Austrian Science Fund, Europian Union, the Portuguese Ministry of Science and Technology (FCT program), the Qatar National Research Fund, the National Centre of Science and Technology Evaluation of Kazakhstan, the Kroatia Science Foundation, and the Hong Kong Research Grants Council.
- Member of the Technical Chamber of Greece.
- Organizer of the ARO/NSF Workshop on Future Directions in Visual Navigation, Pasadena, CA, May 2008.
- Editor of a special issue on "Analysis and Experiments in Distributed Multi-Robot Systems" of the *Journal Autonomous Robots* (2004).
- Guest Editor of a special issue on "Panoramic Robotics" of the *Robotics and Automation Magazine* (2003).
- Guest Editor of a special issue on "Applied Visual Servoing" of the *Robotics and Automation Magazine* (December 1998).
- Guest Editor of a special issue on "Modelling Issues for Visual Sensing" of the Journal *Mathematical and Computer Modelling*.
- Program committee member for the 2021 International Conference on Unmanned Aircraft Systems (ICUAS).
- Program committee member for the 10th International Symposium on Distributed Autonomous Robotic Systems.
- Program committee member for the 13th International Conference on Computer Vision.
- Program committee member for the 2010, 2011, and 2012 IEEE Conferences on Computer Vision and Pattern Recognition.
- Program committee member for the 1999, 2000, 2002, 2003, 2004, 2008, 2009, and 2014 IEEE/RSJ International Conferences on Intelligent Robots and Systems.
- Program committee member for the 2000, 2001, 2002, 2003, and 2005 IEEE Robotics and Automation Conferences.
- Program committee member for the 5th International Symposium on Visual Computing, November 2009.

- Program committee member for the 17th and 20th Mediterranean Conferences on Control and Automation, June 2009 and July 2012.
- Program committee member for the 2009 IEEE Intelligent Vehicles Symposium, June 2009.
- Program committee member for the 2nd International Conference on Pervasive Technologies Related to Assistive Environments, June 2009.
- Program committee member for the 5th IEEE Conference on Advanced Video and Signal Based Surveillance, September 2008.
- Program committee member for the 10th, 11th, 12th and 15th Annual IEEE Conferences on Intelligent Transportation Systems, 2007, 2008, 2009, 2012, and 2013.
- Program committee member for the 3rd and 4th International Symposiums on Visual Computing, 2007 and 2008.
- Program committee member for the 32nd Annual Conference of the IEEE Industrial Electronics Society, November 2006.
- Program committee member for the 9th Annual IEEE Conference on Intelligent Transportation Systems, September 2006.
- Program committee member for the International Conference on Intelligent Systems and Computing: Theory and Applications, July 2006.
- Program committee member of the 8th Annual IEEE Conference on Intelligent Transportation Systems, August 2005.
- Program committee member of the 13th Mediterranean Conference on Control and Automation, 2005.
- Program committee member of the IASTED Int. Conference on Robotics and Applications (RA 2005), 2005.
- Program committee member of the 2005 IEEE-RAS International Conference on Humanoid Robots, 2005.
- Program committee member of the 23rd IASTED Int. Conference on Modeling, Identification, and Control (MIC 2004), 2004.
- Program committee member of the IEEE Intelligent Vehicles Symposium, 2004.
- Program committee member for the European Workshop on Service and Humanoid Robots (SERVICEROB-2001).
- Program committee member for the International Congress on Autonomous Intelligent Systems, February 2002.
- Program committee member for the 6th Int'l Symp. on Artificial Intelligence, Robotics, & Automation in Space, 2001.
- Program committee member for the 4th Annual IEEE Conference on Intelligent Transportation Systems, August 2001.
- Program committee member of the 3rd Annual IEEE Conference on Intelligent Transportation Systems (ITSC-2000).
- Program committee member of the ISR 2000.
- Publicity chairman and program committee member of the 1998 IEEE/RSJ International Conference on Intelligent  Robots and Systems (IROS '98).
- Program  committee member of the Third European Robotics, Intelligent Systems and Control Conf., 1998.
- Publicity chairman and program committee member of the 1997 IEEE Robotics and Automation Conference.
- Award Chairman for the IEEE Int. Joint Symposia on Intelligence and Systems, 1996.
- Local  arrangements chairman of the 1996 IEEE Robotics and Automation Conference.
- Member of the program committee of the 1995 IEEE/RSJ  International Conference on Intelligent Robots and Systems (IROS '95).
- Member of the program committee of the 1994 IEEE  Robotics and Automation Conference.
- Organizer of an invited session at the 1994 IEEE Robotics and Automation Conference.
- Invited sessions/tutorials chairman of the 1995 Symposium on Intelligent Control.
- Chairman of three sessions at the 2001 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '01).
- Chairman of one session at the 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2013, 2014, and 2015 IEEE Robotics and Automation Conferences.
- Chairman of one session at the 2000 IEEE International Symposium on Intelligent Control (ISIC 2000).

- Chairman of two sessions at the 11th Mediterranean Conference on Control and Automation (MED'03).
- Chairman of two sessions at the 1998 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '98).
- Chairman of one session at the 1998 IEEE Robotics and Automation Conference.
- Chairman of two sessions at the 1997 IEEE Robotics and Automation Conference.
- Chairman of two sessions at the 1996 IEEE Robotics and Automation Conference.
- Chairman of a session at the *10th IEEE International  Symposium  on  Intelligent  Control.*
- Chairman of a session at the *3rd  IEEE Mediterranean Symposium on New Directions in Control and Automation.*
- Chairman of a session at the 1995 IEEE Robotics and Automation Conference.
- Chairman of a session at the 1995 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '95).
- Chairman of two sessions at the 1995 American Control Conference.
- Chairman of a session at the 1994 IEEE Robotics and Automation Conference.
- Chairman of a session at the 1994 IEEE  Conference on Systems,  Man, and Cybernetics.
- Chairman of two sessions at the 1994 IEEE Robotics and Automation Conference.
- Chairman of a session at the 1993 IEEE  International Symposium on Intelligent Control.
- Chairman of a session at the 1993 American Control Conference.
- Chairman of a session at the 31st IEEE Conference on Decision and Control (31st CDC).
- Chairman of a session at the 1992 American Control Conference.
- Reviewer of the following journals:
  - IEEE Transactions on Automatic Control
  - IEEE Transactions on Intelligent Transportation Systems
  - IEEE Transactions on Vehicular Technology
  - IEEE Transactions on Mechatronics
  - IEEE Transactions on Robotics and Automation
  - IEEE Control Systems Magazine
  - IEEE  Robotics and Automation  Magazine
  - IEEE Transactions on Systems, Man, and Cybernetics
  - IEEE Transactions on Control Systems Technology
  - IEEE Transactions on Neural Networks
  - International Journal of Computer Vision
  - Journal of Intelligent Control and Systems
  - Journal of Intelligent and Robotic Systems: Theory and Applications
  - Automatica
  - Mathematical and Computer Modelling
  - IEE Proceedings in Vision, Image and Signal Processing
  - International Journal of Robotics and Automation
  - Journal of Robotic Systems
  - Journal of Robotics and Autonomous Systems
  - Optimal Control: Applications and Methods
  - Image and Vision Computing
  - Computer Vision and Image Understanding
  - Autonomous Robots
  - Mechatronics.
- Reviewer for the 1990 through 2017 IEEE Conferences on Robotics and Automation.
- Reviewer for the 80th Annual TRB meeting, 2001.
- Reviewer for the IJCNN 2000.
- Reviewer for the ISR 2000.
- Reviewer for the 36th IEEE CDC, Kobe, Japan.
- Reviewer for the 1995, 1998, 1999, 2002, and 2003 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS '95, '98, '99, '02, and '03).
- Reviewer for the 4th IEEE Mediterranean Symposium on New Directions in Control and Automation.
- Reviewer for the 1995 American Control Conference.
- Reviewer for the 1st IEEE Conference on Control Applications.
- Reviewer for the 34th IEEE CDC, New Orleans, USA.
- Reviewer for the 30th IEEE CDC, Brighton, United Kingdom.
- Reviewer for the HICSS-24, Hawaii.

## Contributions to Departmental and University Service

<u>Administrative Duties</u>

- Director of the Minnesota Robotics Institute (MnRI).
- Director of the Center for Distributed Robotics and SECTTRA.
- Leader of the effort to attract state (MnDRIVE) and donor funding for Robotics. This has resulted into more than $26M for the UMN Robotics.
- Director of Undergraduate Studies and Honors representative, Fall 2010-Spring 2013.
- Chair of the Research Funding Committee, Fall 2007-.
- Director of Undergraduate Studies and Honors representative, 2000-2004.

<u>Committee Work</u>

- Chair, CSE RSAM MnDRIVE Advising and Planning Committee, 2013-2019.
- Member of the UMN Benefits Advisory Committee, 2019-Present.
- CSE MnDRIVE Hiring Committee, 2013-2019.
- UMN Faculty Consultative Committee, 2016-Present.
- Member of the University Distinguished McKnight University Professor Selection Committee, 2014-2016.
- CSE College Scholarship and Award Committee, 2012-Present.
- Campus Committee on Student Behavior (CCSB), 2006-2010.
- Chair, CSE Department Head Evaluation Committee, 2010.
- Member of the Advisory/SPC Committee, 2009-2010.
- Member of the CTS Director Search Committee, 2010.
- Member of the DTC Director Search Committee, 2008.
- Member of the Faculty Recruitment committee, 2007-2008.
- Member of the IT P&T committee (2007-2010).
- Mentoring Chair for Prof. R. Kuang and Prof. H. Park.
- Mentoring committee member for Profs. V. Isler, J. Sattar, L. Yarosh, and W. Schuler.

## Personal

- American Citizen