Donald L. Ridge (State Bar No. 132171)
**CLARK HILL LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California  90017
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
David C. Reese (*pro hac vice*)
david.reese@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Ryan T. Davies (SBN :  330922)
ryan.davies@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

*Attorneys for Defendant and Counterclaim Plaintiffs*
*TETRA TECH, INC. AND TETRA TECH TAS INC.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>           Plaintiffs,<br>    v.<br><br>TETRA TECH, INC.<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.: 2:21-CV-1289 MCS-MMA<br><br>**REPLY DECLARATION OF GARY KEYES IN SUPPORT OF TETRA TECH'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Honorable Mark. C. Scarsi]**<br><br>Date: April 19, 2021<br>Time: 9:00 a.m.<br>Courtroom: 7C, First Street Courthouse |

1

I, Gary Keyes, declare as follows:

1. My name is Gary Keyes. I am over 21 years, have personal knowledge of the facts contained in this declaration, and could and would testify competently to these facts to the best of my knowledge, information, and belief if called upon to do so.

2. I have reviewed the DECLARATION OF JOHN LAURENT IN SUPPORT OF PAVEMETRICS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION and the exhibits cited therein. I reviewed the "REDACTED VERSION" of exhibits 42, 46, and 48. In this reply declaration, I address some of the statements in that declaration. I will not address every statement that I disagree with and there are obviously areas that I cannot address because of redactions.

**A. Tetra Tech TAS Inc.**

3. Tetra Tech TAS Inc. is a wholly owned subsidiary of Tetra Tech, Inc.

4. Tetra Tech TAS Inc. was formed in July, 2015.

5. Tetra Tech TAS Inc. has 22 dedicated employees.

6. Tetra Tech TAS Inc. generated less than $15 million in revenue in each of fiscal years 2019 and 2020.

7. Pavemetrics competes directly with Tetra Tech TAS Inc. at least by selling and offering to sell its infringing LRAIL system, which competes with Tetra Tech TAS Inc.'s 3DTAS in the market of North American Class I railroads.

**B. Competitors to Tetra Tech TAS Inc.**

8. I understand that Mr. Laurent believes that at least five entities other than Pavemetrics and Tetra Tech sell automated rail inspection systems and that these entities compete with Tetra Tech and Pavemetrics. Laurent, ¶ 72. In his declaration, Mr. Laurent identified Loram, ENSCO Rail, Inc., Mermec S.p.A., Rail Vision Europe, Ltd., and bvSys Bahninspektionssysteme GmbH. *Id.* But these five entities are not realistically major competitors to Tetra Tech TAS Inc.'s 3DTAS in the market of the North American Class I railroads, particularly in the U.S.

2

9. As explained in the background of Tetra Tech's U.S. Patent No. 10,362,293 ("the '293 patent"), there were a variety of systems for automated rail inspection, such as track geometry cars and surface profiling systems, before the introduction of Tetra Tech's 3DTAS. '293 Patent at 1:37-43. For example, the '293 patent acknowledges that track inspection and assessment systems existed at the time (as of the filing date of February 20, 2015) including, for example, Georgetown Rail (GREX) Aurora 3D surface profile system and Ensco Rail 2D video automated track inspection systems. But in light of these systems, Tetra Tech TAS Inc. identified a need for a robust and reliable system for analyzing and processing data collected during and/or after a high-speed assessment of railway track, and a system able to quickly and accurately identify railway track features and associate measured parametric data with those features. '293 patent at 1:35-54.

10. 3DTAS is different from the Aurora 3D surface profile system now offered by Loram (which acquired GREX). I understand that the U.S. Patent and Trademark Office considered such systems and still determined that the '293 patent defined a patentable improvement over the prior art. *See* '293 patent at pp. 1-4 (listing GREX patents including U.S. Pat. No. 7,616,329 and documents concerning the case *Georgetown Rail Equipment Company v. Holland L.P.*)

11. 3DTAS is different from ENSCO's track geometry systems, as explained in Tetra Tech TAS Inc.'s proposals to CSX. *See* Exs. Q-S. The remaining three entities that Mr. Laurent identified are located in Europe, practically limiting their relevance as competitors because of the difficulty and expense involved in shipping and servicing large systems overseas. Laurent, ¶ 72.

12. Tetra Tech TAS Inc.'s 3DTAS differs from the offerings of at least ENSCO Rail, Inc., Mer Mec S.p.A., Rail Vision Europe, Ltd., and bvSys Bahninspektionssysteme GmbH. Because of these differences, and because of the location of the European entities, Pavemetrics remains Tetra Tech TAS Inc.'s direct

competitor in the market of North American Class I railroads with respect to our 3DTAS product.

13. The Class I railroads present the most significant sales opportunities for Tetra Tech TAS Inc.'s RailAI™ systems incorporating 3DTAS.

14. Pavemetrics did not rebut my analysis based on route miles. *See* Keyes, ¶ 26. Instead, Pavemetrics asserts, using its own employee, Mr. Laurent, that "[a]ccording to the American Association of Railroads, a freight rail industry group, approximately 630 freight railroads operate in the United States" and that "Pavemetrics targets dozens of these railroads, as well as many companies that provide track asset management and maintenance services to these numerous railroads." Laurent, ¶ 66. But Mr. Laurent does not explain how large a sales opportunity each of the 630 railroads or other companies represents. Mr. Laurent's own testimony does, however, highlight how significant a sales opportunity CSX represented. Laurent, ¶ 64 (LRAIL revenues accounting for only 8% of Pavemetrics revenue in 2020, while in the first quarter of 2021, after which CSX had purchased LRAILs from Pavemetrics instead of Tetra Tech TAS Inc.'s 3DTAS, LRAIL revenues jumped to 40% of total revenue).

**C.     The Demand for 3DTAS**

15. The patented features of 3DTAS include "identifying a railway track bed feature from [a] track elevation map" which includes the steps of "defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated and [] moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor," as recited in claim 1. '293 patent at 29:46-53. These features, along with others recited in claim 1, provide superior functionality of 3DTAS over previous track inspection systems (such as ENSCO geometry systems) contributing to CSX's interest in 3DTAS, as I explained in my original declaration. Keyes, ¶ 18.

16. The features covered by claim 1 of the '293 patent lead to benefits that are touted by Pavemetrics in describing its LRAIL system. Although Pavemetrics asserts that "Tetra Tech promotes its 3DTAS system based on numerous features not in Claim 1," such as a boxcar platform and 70 mph operating speed, ECF 37, 15, Pavemetrics and CSX jointly acknowledged in their Concept Paper ("Deployment and Automatization of LR*AI*L AI-Enhanced Change Detection Technology for Network Level Scanning") "a need to adapt this technology for boxcar installation . . . ." Ex. 48, 242. Pavemetrics also asserts that LRAIL provides "faster inspection" and "better repeatability," like 3DTAS. *See* Laurent, ¶ 6; Mesher, ¶ 9. Pavemetrics also advertises that its LRAIL captures scans at speeds of over 100 mph. Ex. C, 51.

17. Pavemetrics alleged that it "has been selling LRAIL or its predecessor using" features of automatically processing full width track surface elevation data and intensity data to track features and extract physical parameters of interest "since at least 2012." ECF 37, 15. But Pavemetrics' confusing references to the different versions of algorithms of LRAIL "or its predecessor" distract from the point. Demand for LCMS or other Pavemetrics systems that do not infringe the '293 patent is irrelevant to why CSX was interested in LRAIL. Indeed, there are many different ways to inspect railroad tracks, but they are different from the '293 patent claims. Throughout Tetra Tech TAS Inc.'s negotiations with CSX, CSX was aware of systems that Pavemetrics called "competitors" in its Opposition, ECF 37, 16, such as ENSCO geometry systems. *See* Ex. Q, 16; Ex. S, 58. But Tetra Tech TAS Inc.'s 3DTAS is a different product with superior capabilities. Ex. S, 58. Customer demand for 3DTAS is driven by the patented features of the '293 patent.

D. **Negotiations with CSX throughout 2020**

18. Pavemetrics alleged that Tetra Tech "continued to do business with Pavemetrics and encouraged sales of LRAIL systems" even after the '293 patent issued. ECF 37, 9.

19. Pavemetrics' arguments take events out of context. By Pavemetrics' own admissions, its LRAIL technology was, as of May 22, 2020, only "at a readiness level of 7; it [wa]s in prototype form" and had been undergoing testing. Ex. 48, 242. Tetra Tech TAS Inc.'s request for a quote for LRAIL in June 2020 was part of business investigations to determine what exactly Pavemetrics was offering and for what price. Ex. 47. Tetra Tech TAS Inc. was, at the time, engaged in negotiations with CSX regarding the proposed sale of Tetra Tech TAS Inc.'s RailAI™ system, and CSX had conveyed their serious interest in the proposal to Tetra Tech TAS Inc. Keyes, ¶¶ 11-20. Because of CSX's continued interest in the RailAI™ system, we did not have a strong belief that there were actual sales of Pavemetrics' LRAIL that could be infringing the '293 patent at the time.

E. **Hardships to Tetra Tech, Pavemetrics, and the Public**

20. I understand that if a preliminary injunction is granted, Pavemetrics would only be enjoined from infringing the '293 patent with the current version of the LRAIL, not from conducting other business activities in transportation infrastructure inspection. Pavemetrics would still be able to continue selling its railroad inspection products that do not use the infringing algorithm, including any previous noninfringing versions of its LRAIL or LCMS, to the extent such versions exist. If a preliminary injunction is granted here, Pavemetrics would still be able to solicit work and discuss its non-infringing technologies with potential customers in the infrastructure inspection industry.

21. On the other hand, 3DTAS is the flagship product of Tetra Tech TAS Inc. We planned to sell one to three RailAI™ boxcars in 2021 incorporating 3DTAS to one or two Class I railroads. Keyes, ¶ 28. But if Pavemetrics is not enjoined, this projection would be drastically reduced. Additionally, the market of Class I railroads would take note of Pavemetrics' infringement on full display, and would not likely regard RailAI™ incorporating 3DTAS as a premium product justifying a premium price. The damage to Tetra Tech TAS Inc.'s business would be catastrophic.

22. Pavemetrics also falsely asserts that the '293 patent is of "little if any value." ECF37, 24. Through prosecution of the patent (misleadingly referred to by Pavemetrics as "tortuous"), Tetra Tech demonstrated that our invention provides a patentable improvement over prior art, which I understand is precisely the point of the patent system. Indeed, contrary to Pavemetrics' assertions, our negotiations with CSX demonstrate the value of the patent. Keyes, ¶¶ 6-23, 43.

23. Pavemetrics asserted that the public would be disserved by removing Pavemetrics' technology from the market. ECF37, 25. But even if an injunction is granted, railroad tracks could continue to be inspected using Tetra Tech TAS Inc.'s 3DTAS, by Tetra Tech TAS Inc. practicing the '293 patent, and by others using any method that does not infringe the '293 patent, such as through manual inspection or other automated systems that existed prior to conception of the '293 patent. The public's safety would not be impacted by enjoining Pavemetrics from selling a product that infringes the '293 patent. Moreover, Tetra Tech TAS Inc.'s RailAI$^{TM}$ boxcar is the ideal platform for 3TDAS from a safety perspective because it enables objective, repeatable, and accurate measurements. Keyes, ¶ 42. Tetra Tech TAS Inc.'s product is also able to inspect the railway quickly and without causing damage to the tracks. Mesher, ¶ 7.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of April, 2021 at Healdsburg, California, USA.

_____
Gary Keyes

7