Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA<br><br>**SUPPLEMENTAL DECLARATION OF DAVID FRAKES, PHD REGARDING PARAGRAPH 83**<br><br>Date:   April 19, 2021<br>Time:   9:00 AM<br>Crtrm:  7C<br><br>Honorable Mark C. Scarsi |

I, David Frakes, declare and state as follows:

1. I have reviewed Tetra Tech's Reply in Support of Its Motion for Preliminary Injunction (ECF46) and the Declaration of Nikos Papanikolopoulos, Ph.D, in support of Tetra Tech's Reply in support of Its Motion for Preliminary Injunction (ECF46-1).

2. The Reply and Dr. Papanikolopoulos both heavily rely upon a sentence from paragraph 83 in "The Prosecution History" section of my Declaration in Support of Pavemetrics' Opposition to Motion for Preliminary Injunction (ECF32). ECF46 at 5; ECF46-1, ¶43. That sentence stated: "In my opinion, the prosecution history confirms that the claim requires a very specific algorithm for identifying the features of the rail track bed and cannot cover use of known operators for calculating differential vertical measurements such as Sobel filters or other known differential operators." I am submitting this supplemental declaration to clarify that sentence, so the Court is not misled as to my opinion.

3. The Patent Office allowed Claim 1 because the applicant added two algorithmic sub-steps for identifying the features of the railway track bed. ECF32, ¶¶76-81. As a person skilled in computer vision, I was surprised that the Patent Office would have allowed such a claim to issue. I had assumed the Patent Office would have known about well-known operators, such as a Sobel filter, which have been used to perform the same two algorithmic sub-steps of Claim 1 for over 50 years. It was in that context that I initially thought that the claim "requires a very specific algorithm" and "cannot cover use of known operators for calculating differential vertical measurements such as Sobel filters or other known differential operators." But I actually meant that Claim 1 cannot cover such operators if it were to be construed to attempt to make it valid.

4. After studying the claim language, the specification, and the Patent Examiner's Comments in the Notice of Allowance, I was unable to read the

claim to exclude well-known operators, such as a Sobel filter. I explained this opinion throughout my declaration, including in the Claim Construction and Invalidity sections. *See, e.g.*, ECF32, ¶¶87-93 (Claim Construction), ¶¶121-124 (Invalidity). For example, I opined that Claim 1 is invalid in view of prior art (UL-TRB2014) that disclosed a railway track inspection system applying "horizontal and vertical Sobel Kernels" for "edge detection." *Id.*, ¶121. I explained that "[w]hen UL-TRB2014 discloses applying 'horizontal and vertical Sobel kernels' for 'edge detection' one of ordinary skill in the art would appreciate that the Sobel kernel represents a gradient neighborhood consisting of a small 2D track section over which differential vertical measurements are calculated by moving the gradient neighborhood (i.e., the Sobel kernel) like a sliding window over the 3D elevation data using the processor." *Id.*, ¶124.

5. Those explanations should have made it clear that I do not believe Claim 1 excludes well-known operators, such as a Sobel filter, as Tetra Tech and Dr. Papanikolopoulos insist. To make it abundantly clear, I had no intent to give that opinion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2021 at Atlanta, Georgia.

/s/ *David Frakes*
David Frakes, Ph.D