Donald L. Ridge (SBN 132171)
**CLARK HILL LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (pro hac vice)
aaron.parker@finnegan.com
David C. Reese (pro hac vice)
david.reese@finnegan.com
Nicholas A. Cerulli (pro hac vice)
nicholas.cerulli@finnegan.com
Ryan T. Davies (SBN 330922)
ryan.davies@finnegan.com
**FINNEGAN HENDERSON**
901 New York Ave NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant/Counterclaim Plaintiff
TETRA TECH, INC. and TETRA TECH TAS, INC.

Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Christy G. Lea (SBN 212060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238248)
nicholas.zovko@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA<br><br>Hon. Mark C. Scarsi<br><br>**JOINT STATEMENT REGARDING SEALING PORTIONS OF ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to the Court's instructions provided in footnote 1 of the ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION, ECF 51, ("ORDER") Pavemetrics Systems, Inc. ("Pavemetrics"), and Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), submit this Joint Statement in which Tetra Tech seeks to protect information already protected by this Court's Sealing Order at ECF 29.

Tetra Tech contends that the ORDER contains highly sensitive confidential and proprietary technical information regarding Tetra Tech's proposals to customers and competitive pricing information. This same information was redacted in COUNTERCLAIM PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION. *See* ECF 18, 9-11. The Court granted Tetra Tech's APPLICATION FOR LEAVE TO SEAL PORTIONS OF ITS MOTION FOR PRELIMINARY INJUNCTION including this information. ECF 29.

Accordingly, Tetra Tech contends that this material should remain under seal to protect the confidentiality of the information disclosed therein. To the extent possible, Tetra Tech has redacted the ORDER for public disclosure, omitting only the portions of the document that Tetra Tech contends are confidential and proprietary. Tetra Tech respectfully requests that the redacted version of the ORDER be used as the public version.

Pavemetrics does not oppose Tetra Tech's request.

Respectfully submitted,

**CLARK HILL**

Dated: April 20, 2021   By: */s/Donald L. Ridge*
        Donald L. Ridge

|  |  |
|---|---|
| | **FINNEGAN HENDERSON FARABOW GARRETT AND DUNNER LLP** |
| Dated: April 20, 2021 | By: */s/ Aaron L. Parker* <br> Aaron L. Parker <br> David C. Reese <br> Nicholas A. Cerulli <br> Ryan T. Davies |
| | Attorneys for Defendant/Counterclaim Plaintiff TETRA TECH, INC. and TETRA TECH TAS, INC. |
| | **KNOBBE, MARTENS, OLSON & BEAR, LLP** |
| Dated: April 20, 2021 | By: */s/* <br> Joseph R. Re <br> Christy G. Lea <br> Nicholas M. Zovko |
| | Attorneys for Plaintiff/Counterclaim Defendant PAVEMETRICS SYSTEMS, INC. |

## ATTESTATION OF E-FILED SIGNATURE

I, Donald L. Ridge, attest that all signatories listed above have read and approved this Joint Statement and consent to the filing of the same in this action.

Respectfully submitted,

**CLARK HILL**

Dated: April 20, 2021

By: */s/Donald L. Ridge*
Donald L. Ridge

Attorneys for Defendant/Counterclaim Plaintiff TETRA TECH, INC. and TETRA TECH TAS, INC.