UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:21-cv-01289-MCS-MAA | Date April 22, 2021 |
| Title *Pavemetrics Sys., Inc. v. Tetra Tech, Inc.* | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: JOINT STATEMENT REGARDING SEALING PORTIONS OF ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 54)

The Court has reviewed and considered the parties' statement regarding whether the Court's Order Denying Motion for Preliminary Injunction (ECF No. 51) should remain under seal.

The Court finds that compelling reasons support maintaining the unredacted version of the Order Denying Motion for Preliminary Injunction under seal. The Court adopts the parties' proposed redacted version of the Order and directs the Clerk to file the redacted Order on the public docket.

**IT IS SO ORDERED.**