Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA<br><br>**NOTICE OF LODGING STIPULATED PROTECTIVE ORDER**<br><br>Honorable Mark C. Scarsi<br>Honorable Maria A. Audero |

Plaintiff Pavemetrics Systems, Inc. hereby lodges the parties' Stipulated Protective Order.

Respectfully submitted,

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

By: /s/ *Christy G. Lea*
    Joseph R. Re
    Christy G. Lea
    Nicholas M. Zovko

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

34859316