Nicholas M. Zovko (SBN 238,248)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. <br><br> v. <br><br> TETRA TECH, INC. <br><br> Plaintiff(s) <br><br> Defendant(s). | **CASE NUMBER** <br><br> 2:21-cv-1289 MCS-MMA <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Montgomery, Payne M. of Knobbe, Martens, Olson & Bear, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)* 1717 Pennsylvania Ave. N.W.
202-640-6400        202-640-6401 Suite 900
*Telephone Number*   *Fax Number* Washington D.C. 20006
mack.montgomery@knobbe.com
*E-Mail Address* *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
PAVEMETRICS SYSTEMS, INC.

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Zovko, Nicholas M. of KNOBBE, MARTENS, OLSON & BEAR, LLP
*Designee's Name (Last Name, First Name & Middle Initial)* 2040 Main Street, 14th Floor
238,248     (949) 760-0404    (949) 760-9502 Irvine, CA 92614
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
nicholas.zovko@knobbe.com
*E-Mail Address* *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge