Nicholas M. Zovko (SBN 238,248)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>v.  Plaintiff(s)<br><br>TETRA TECH, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-1289 MCS-MAA<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Montgomery, Payne M.   of   Knobbe, Martens, Olson & Bear, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   1717 Pennsylvania Ave. N.W.
202-640-6400    202-640-6401   Suite 900
*Telephone Number*   *Fax Number*   Washington D.C. 20006
mack.montgomery@knobbe.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
PAVEMETRICS SYSTEMS, INC.

Name(s) of Party(ies) Represented    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Zovko, Nicholas M.   of   KNOBBE, MARTENS, OLSON & BEAR, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   2040 Main Street, 14th Floor
238,248   (949) 760-0404   (949) 760-9502   Irvine, CA 92614
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
nicholas.zovko@knobbe.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee *[signature]*: ☐ be refunded ☒ not be refunded.

Dated  April 29, 2021   *[signature: Mark C. Scarsi]*
   U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1