Donald L. Ridge SBN:132171
Clark Hill LLP
1055 W. Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Email: DRidge@clarkhill.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>v.<br><br>TETRA TECH, INC.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-1289-MCS-MMA<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Chung, Daniel G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 408-4000   (202) 408-4400
*Telephone Number*   *Fax Number*

daniel.chung@finnegan.com
*E-Mail Address*

of

Finnegan Henderson
901 New York Avenue, NW
Washington, D.C. 20001

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Tetra Tech, Inc.
Tetra Tech TAS, Inc.

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☒ *Other:* Counterclaim Plaintiff

and designating as Local Counsel

Ridge, Donald L.
*Designee's Name (Last Name, First Name & Middle Initial)*

132171   (213) 417-5117   (213) 488-1178
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

DRidge@clarkhill.com
*E-Mail Address*

of

Clark Hill
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge