Donald L. Ridge SBN:132171
Clark Hill LLP
1055 W. Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Email: DRidge@clarkhill.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>v.     Plaintiff(s)<br><br>TETRA TECH, INC.<br><br>Defendant(s). | **CASE NUMBER**<br>2:21-cv-1289-MCS-MMA<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Chung, Daniel G.           of   Finnegan Henderson
*Applicant's Name (Last Name  First Name & Middle Initial)*   901 New York Avenue, NW
(202) 408-4000          (202) 408-4400                        Washington, D.C. 20001
*Telephone Number*       *Fax Number*

daniel.chung@finnegan.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Tetra Tech, Inc.
Tetra Tech TAS, Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☒ Other: Counterclaim Plaintiff
and designating as Local Counsel

Ridge, Donald L.                        of   Clark Hill
*Designee's Name (Last Name  First Name & Middle Initial)*   1055 West Seventh Street
132171      (213) 417-5117   (213) 488-1178                  24th Floor
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*  Los Angeles, CA 90017

DRidge@clarkhill.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application:
      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
      ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:  ☒ Refunded  ☐ Not be Refunded.

Dated   May 10, 2021                    Mark C. Scarsi    */s/ Mark C. Scarsi*
                                         U.S. District Judge/~~U.S. Magistrate Judge~~