Jency J. Mathew
Finnegan Henderson
1875 Explorer Street, 8th Floor
Reston, VA  20190

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | CASE NUMBER |
| | 2:21-CV-1289 MCS-MAA |
| v.                                    Plaintiff(s) | |
| TETRA TECH, INC. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

2:21-CV-1289 MCS-MAA                                        of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(571) 203-2700                    (571) 203-2700

*Telephone Number*           *Fax Number*

jency.mathew@finnegan.com

*E-Mail Address*

Finnegan Henderson
1875 Explorer Street, 8th Floor
Reston, VA  20190

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Tetra Tech, Inc.

Tetra Tech TAS Inc.

*Name(s) of Party(ies) Represented*                ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☒ *Other:* Counterclaim Plaintiff

**and designating as Local Counsel**

Ridge, Donald L.                                        of

*Designee's Name (Last Name, First Name & Middle Initial)*

132171                (213) 417-5117            (213) 488-1178

*Designee's Cal. Bar No.*    *Telephone Number*        *Fax Number*

dridge@clarkhill.com

*E-Mail Address*

Clark Hill
1055 West Seventh Street
Suite 2400
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**