Jency J. Mathew
Finnegan Henderson
1875 Explorer Street, 8th Floor
Reston, VA  20190

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PAVEMETRICS SYSTEMS, INC. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-CV-1289 MCS-MAA |
| v. | |
| TETRA TECH, INC. | ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

2:21-CV-1289 MCS-MAA   of   Finnegan Henderson, 1875 Explorer Street, 8th Floor, Reston, VA  20190
*Applicant's Name (Last Name, First Name & Middle Initial)*

(571) 203-2700   (571) 203-2700
*Telephone Number*   *Fax Number*

jency.mathew@finnegan.com
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Tetra Tech, Inc.
Tetra Tech TAS Inc.

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)   ☒ Defendant(s)   ☒ Other:   Counterclaim Plaintiff

**and designating as Local Counsel**

Ridge, Donald L.   of   Clark Hill, 1055 West Seventh Street, Suite 2400, Los Angeles, CA 90017
*Designee's Name (Last Name, First Name & Middle Initial)*

132171   (213) 417-5117   (213) 488-1178
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

dridge@clarkhill.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   June 17, 2021

*Mark C. Scarsi*
U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1