1  Donald Ridge, Esq. (SBN: 132171)
2  **CLARK HILL LLP**
   1055 West Seventh Street, Suite 2400
3  Los Angeles, CA 90017
4  Telephone: (213) 891-9100
   Facsimile: (213) 488-1178
5  DRidge@clarkhill.com

6  Aaron L. Parker (*pro hac vice*)
7  aaron.parker@finnegan.com
   Daniel G. Chung (*pro hac vice*)
8  daniel.chung@finnegan.com
9  Nicholas A. Cerulli (*pro hac vice*)
10 nicholas.cerulli@finnegan.com
   Jency J. Mathew (*pro hac vice*)
11 jency.mathew@finnegan.com
12 **FINNEGAN, HENDERSON, FARABOW,**
   **GARRETT & DUNNER, LLP**
13 901 New York Avenue NW
   Washington, D.C. 20001-4413
14 Telephone:  (202) 408-4000
15 Facsimile:   (202) 408-4400

16 *Attorneys for Defendant and Counterclaim Plaintiffs*
17 *TETRA TECH, INC. AND TETRA TECH TAS INC.*

18                 **UNITED STATES DISTRICT COURT**
19                **CENTRAL DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
| Plaintiff, | **NOTICE OF LODGING STIPULATED E-DISCOVERY ORDER** |
| v. | |
| TETRA TECH, INC. | **Honorable Maria A. Audero** |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

1

1. Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. hereby lodges the parties' Stipulated E-Discovery Order.

Dated: June 30, 2021

**CLARK HILL LLP**

By: /s/ *Donald L. Ridge*
       Donald L. Ridge

Aaron L. Parker (*pro hac vice*)
Daniel G. Chung (*pro hac vice*)
Nicholas A. Cerulli (*pro hac vice*)
Jency J. Mathew (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

*Attorneys for Defendant and Counterclaim Plaintiffs*
TETRA TECH, INC. AND TETRA TECH TAS INC.