1  Donald Ridge, Esq. (SBN: 132171)
2  **CLARK HILL LLP**
   1055 West Seventh Street, Suite 2400
3  Los Angeles, CA 90017
4  Telephone: (213) 891-9100
   Facsimile: (213) 488-1178
5  DRidge@clarkhill.com

6
7  Aaron L. Parker (*pro hac vice*)
   aaron.parker@finnegan.com
8  Daniel G. Chung (*pro hac vice*)
   daniel.chung@finnegan.com
9  Nicholas A. Cerulli (*pro hac vice*)   Jency J. Mathew (*pro hac vice*)
10 nicholas.cerulli@finnegan.com          jency.mathew@finnegan.com
   **FINNEGAN, HENDERSON,**               **FINNEGAN, HENDERSON,**
11 **FARABOW, GARRETT &**                 **FARABOW, GARRETT &**
   **DUNNER, LLP**                        **DUNNER, LLP**
12 901 New York Avenue NW                 1875 Explorer Street, Suite 800
13 Washington, D.C. 20001-4413            Reston, Virginia 20190-6023
   Telephone:  (202) 408-4000             Telephone:  (571) 203-2700
14 Facsimile:  (202) 408-4400             Facsimile:  (571) 203-2777
15
16 *Attorneys for Defendant and Counterclaim Plaintiffs*

17             UNITED STATES DISTRICT COURT
18             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19 PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
| 20            Plaintiff, | **NOTICE OF TETRA TECH'S** |
| 21 | **MOTION FOR LEAVE TO AMEND** |
| 22       v. | **Honorable Mark C. Scarsi** |
| 23 TETRA TECH, INC. | |
| 24            Defendant. | Date:  August 30, 2021<br>Time:  9:00 a.m. |
| 25 | Courtroom:  7C |
| 26 AND RELATED COUNTERCLAIMS. | |

1

1 **PLEASE TAKE NOTICE** that on August 30, 2021, at 9:00 a.m., or as soon
2 thereafter as this matter may be heard, in Courtroom 7C of the Honorable Mark C.
3 Scarsi, located in the First Street Courthouse, 350 W. 1st Street, Los Angeles, California,
4 90012, Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively
5 "Tetra Tech"), by and through their attorneys, will and hereby does move this Court to
6 enter an order granting leave to amend its Counterclaim against Plaintiff and
7 Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics"), pursuant to Rule
8 15(a) of the Federal Rules of Civil Procedure, the Court's Initial Standing Order (ECF
9 11 at 10), and the Court's Scheduling Order, which sets the last day to hear motions to
10 amend pleadings for December 6, 2021 (ECF 56 at 3).

11 This Motion is based on the grounds that leave to amend is appropriate because:
12 (1) Tetra Tech brings this motion in good faith based on its belief and recently
13 discovered facts that Pavemetrics infringes the '557 patent; (2) Tetra Tech timely brings
14 this motion without undue delay, over four months before the Court's deadline for
15 hearing motions to amend and less than three weeks after discovering non-public
16 information evidencing Pavemetrics' further infringement; (3) Pavemetrics will not be
17 prejudiced by this amendment; (4) Tetra Tech amendment pleads another infringement
18 claim against Pavemetrics that is not futile; and (5) Tetra Tech's amendment is not
19 excessive.

20 This Motion is made following the conference of counsel under Local Rule 7-3,
21 which took place on July 26, 2021. The parties were unable to reach an agreement that
22 would eliminate the necessity for a hearing.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  This Motion is based on this Notice of Motion, the accompanying Memorandum
2  of Points and Authorities in Support of the Motion, the accompanying Declaration of
3  Aaron L. Parker and its supporting exhibits, all other filings in this case, all other matters
4  of which the Court may take judicial notice, and any further argument or evidence that
5  may be received by the Court. Tetra Tech has filed herewith a proposed order for the
6  sought relief.

8  Dated: August 2, 2021             **CLARK HILL LLP**

9                                    By:  /s/ *Donald L. Ridge*
                                          Donald L. Ridge

11                                   Aaron L. Parker (*pro hac vice*)
                                     Daniel G. Chung (*pro hac vice*)
12                                   Nicholas A. Cerulli (*pro hac vice*)
                                     Jency J. Mathew (*pro hac vice*)
13                                   **FINNEGAN, HENDERSON, FARABOW,**
14                                   **GARRETT & DUNNER, LLP**

16                                   *Attorneys for Defendant and Counterclaim Plaintiffs*
                                     TETRA TECH, INC. AND TETRA TECH TAS
17                                   INC.