Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
**FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:  (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**DECLARATION OF AARON PARKER IN SUPPORT OF TETRA TECH'S MOTION FOR LEAVE TO AMEND**<br><br>**Honorable Mark C. Scarsi**<br><br>**Date:  August 30, 2021<br>Time:  9:00 a.m.<br>Courtroom:  7C** |

1

I, Aaron Parker, hereby declare as follows:

1. I am an attorney at law admitted to practice in the Commonwealth of Virginia and the District of Columbia and before the United States Court of Appeals for the Federal Circuit and United States Court of Appeals for the Fourth Circuit, among others, and I have been admitted *pro hac vice* in this matter. I am a partner of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys for Defendant and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), in the above-captioned matter. The facts stated herein are true and correct and of my personal knowledge, and if called and sworn as a witness, I could and would competently testify thereto under oath.

2. I make this declaration in support of Tetra Tech's Motion for Leave to Amend.

3. Attached as Exhibit 1 hereto is a true and correct copy of Tetra Tech's [Proposed] First Amended Counterclaim against Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics").

4. Attached as Exhibit 2 hereto is a true and correct copy of Tetra Tech's [Proposed] First Amended Counterclaim, showing changes from the original Counterclaim in redline.

5. Attached as Exhibit 3 hereto is a true and correct copy of U.S. Patent No. 10,616,557 ("the '557 patent"). The '557 patent is entitled "3D TRACK ASSESSMENT METHOD" and issued April 7, 2020. The '557 patent is part of the same family and is a continuation of the '293 patent. The '557 patent and the '293 patent share the same inventor and common specification.

6. Tetra Tech brings its Motion for Leave to Amend after an inspection of Pavemetrics' LRAIL source code on July 14-16, 2021, provided a good faith belief that Pavemetrics infringed and continues to infringe one or more claims of the '557 patent. Tetra Tech has not previously amended its Counterclaim.

7. Attached as Exhibit 4 hereto is a true and correct copy of A. Parker's letter

to J. Re, dated July 22, 2021.

8. Attached as Exhibit 5 hereto is a true and correct copy of C. Lea's email to A. Parker, dated July 26, 2021.

9. Attached as Exhibit 6 hereto is a true and correct copy of A. Parker's email to C. Lea, dated July 27, 2021.

10. Attached as Exhibit 7 hereto is a true and correct copy of C. Lea's email to A. Parker, dated July 28, 2021.

11. Attached as Exhibit 8 hereto is a true and correct copy of A. Parker's email to C. Lea, dated July 29, 2021.

12. Tetra Tech did not receive any further response to A. Parker's July 29 email before the filing of this motion.

13. As of the filing of this motion, no depositions have occurred or been noticed in this case.

14. Soon after the filing of this motion, Tetra Tech intends to serve on Pavemetrics detailed infringement mapping of the LRAIL to the asserted claims of the '557 patent, including an identification of specific portions of Pavemetrics' confidential source code that further evidence infringement.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Washington, D.C. on August 2, 2021.

By: _____
Aaron L. Parker