# EXHIBIT 2

Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
**FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:  (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**TETRA TECH'S FIRST AMENDED COUNTERCLAIM**<br><br>**Honorable Mark C. Scarsi**<br><br>**DEMAND FOR JURY TRIAL** |

1

**Exhibit 2**
**-31-**

### COUNTERCLAIMS

Counterclaim Plaintiff Tetra Tech, Inc. and Third-Party Counterclaim Plaintiff Tetra Tech TAS Inc. (referred to collectively in this counterclaim as "Tetra Tech") allege the following counterclaims against Counterclaim Defendant Pavemetrics:

### NATURE OF COUNTERCLAIMS

1.    ~~This is a~~These are counterclaims for patent infringement of United States Patent No. 10,362,293 B2 ("the '293 patent") and United States Patent No. 10,616,557 B2 ("the '557 patent") under the United States Title 35, United States Code, §§ 100 *et seq.*, including 35 U.S.C. § 271.

2.    Tetra Tech brings ~~this~~these counterclaims against Pavemetrics because of its infringement of Tetra Tech's patent rights. As explained herein, Pavemetrics' Laser Rail Inspection System ("LRAIL") infringes claims in the '293 patent and the '557 patent. Tetra Tech brings ~~this~~these counterclaims to seek injunctive relief and damages arising out of this patent infringement.

### THE PARTIES

3.    Counterclaim Plaintiff Tetra Tech, Inc. is a United States corporation with a principal place of business at 3475 East Foothill Boulevard, Pasadena, California 91107-6024.

4.    Third-Party Counterclaim Plaintiff Tetra Tech TAS Inc. is a Canadian corporation with a principal place of business at 14940 123 Avenue, Edmonton, Alberta, Canada, T5V 1B4.

5.    Counterclaim Defendant Pavemetrics Systems, Inc. is a Canadian corporation with a principal place of business at 150 Boul René-Lévesque E Bureau 1820 Québec, Quebec, Canada, G1R 5B1.

### JURISDICTION AND VENUE

6.    ~~This~~The counterclaims arise~~s~~ under the patent laws of the United States, Title 35 of the United States Code 35 U.S.C. §101, *et seq*. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

2

**Exhibit 2**
**-32-**

7.    This Court has jurisdiction over Pavemetrics at least because Pavemetrics has consented to personal jurisdiction in this Court by filing the Complaint in this action.

8.    Venue is proper in this Court with respect to Pavemetrics at least because Pavemetrics filed the Complaint in this action.

**THE ASSERTED PATENTS**

**U.S. Patent No. 10,362,293 B2**

9.    On July 23, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,362,293 B2, entitled "3D Track Assessment System and Method" ("the '293 patent"). The '293 patent is the subject of Pavemetrics' Complaint for Declaratory Judgment of Noninfringement in this action. A true and accurate copy of the '293 patent is attached as Exhibit A.

10.    Tetra Tech, Inc. is the owner of the '293 patent. Tetra Tech TAS Inc. is an indirect wholly-owned subsidiary of Tetra Tech, Inc. and exclusive licensee of the '293 patent. Tetra Tech, Inc. and Tetra Tech TAS Inc. both have the right to sue for and collect damages.

11.    The '293 patent is valid and enforceable.

**U.S. Patent No. 10,616,557 B2**

12.    On April 7, 2020, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,616,557 B2, entitled "3D Track Assessment Method" ("the '557 patent"). A true and accurate copy of the '557 patent is attached as Exhibit Q.

13.    Tetra Tech, Inc. is the owner of the '557 patent. Tetra Tech TAS Inc. is an indirect wholly-owned subsidiary of Tetra Tech, Inc. and exclusive licensee of the '557 patent. Tetra Tech, Inc. and Tetra Tech TAS Inc. both have the right to sue for and collect damages.

11.14.The '557 patent is valid and enforceable.

**FACTS GIVING RISE TO THIS ACTION**

**Tetra Tech is an Innovator and Leading Provider of Worldwide Engineering**

3

**Exhibit 2**
**-33-**

**Products and Services**

~~12.~~15. Founded in 1966, Tetra Tech, Inc. is a leading provider of worldwide consulting and engineering products and services that has been *Leading with Science*® to address its clients' most complex needs. With experts in science, research, engineering, construction, and information technology, Tetra Tech's innovative, sustainable solutions help clients address their water, environment, infrastructure, transportation, resource management, energy, and international development challenges. With 20,000 associates in 450 worldwide offices, Tetra Tech's capabilities span the entire project life cycle. In keeping with Tetra Tech's full-service reputation and client-focused approach, Tetra Tech TAS Inc., a subsidiary of Tetra Tech, Inc., provides a complete range of innovative products and services in the railroad transportation sector.

**Tetra Tech's Innovative and Patented 3DTAS Technology**

~~13.~~16. To improve rail safety in a climate of increasing annual rail traffic volumes and increasing regulatory reporting requirements, objective and automated processes may be used to replace the time consuming and subjective process of manual track inspection. Objective, repeatable, and accurate track inventory and condition assessment also facilitates comprehensive asset management systems including specific track component deterioration models that yield significant economic benefits in the operation, maintenance, and capital planning of rail networks.

~~14.~~17. One objective of automated systems is non-destructive railway track infrastructure high-speed assessment. Track inspection and assessment systems may use coherent light emitting technology, such as laser radiation, to illuminate regions of a railway track bed during assessment operations. An important consideration after field data collection of railway data is the manner in which the data is processed. One of the most time-consuming tasks is to identify different railway track features and to categorize and track such railway track features.

4

Exhibit 2
-34-

1    ~~15.~~18.Tetra Tech's innovative three-dimensional track assessment system

2    ("3DTAS") addresses these and other track inspection needs by providing a robust and

3    reliable system for quickly and accurately identifying railway track features and

4    associated measured parametric data at high speeds by automatically processing full

5    width track surface elevation and intensity data to identify features and extract physical

6    parameters of interest. These innovative features of 3DTAS are described and claimed

7    in the '293 patent and in the '557 patent.

8    **Pavemetrics' Infringing LRAIL**

9    ~~16.~~19.Tetra Tech's patented 3DTAS technology has spawned imitators,

10   including Pavemetrics.

11   ~~17.~~20.Based on public information (including information and documents

12   available on Pavemetrics' website), between March and December 2017, after bidding

13   for and securing a contract with the Federal Railroad Administration ("FRA"),

14   Pavemetrics imported, used, and performed field testing of its LRAIL (see Figure 1,

15   below) at Amtrak's Bear Maintenance Facility in Delaware, and on the mainline near

16   the Wilmington Maintenance Facility (see annotated Figures 4 and 6, below). Exhibit

17   B; *see also* Exhibits C, D, E.



**Figure 1 – Primary Sensor Configuration**

5

**Exhibit 2**
**-35-**



Figure 4 – Map of Bear Maintenance Facility         Figure 6 – Map of Wilmington Maintenance Facility

18.21. Between May and September 2019, Pavemetrics performed additional use and field testing of its LRAIL (see Figure 1, below) on Amtrak lines starting at approximately MP 25 on the south leg of Wye-Landlith (north of Wilmington, DE) until approximately MP 17 at the Hook Interlocking (Marcus Hook, PA, see annotated Figure 9, below). *See* Exhibit F; *see also* Exhibit G and H.



Figure 1 – LRAIL Trailer

6

Exhibit 2
-36-

**Figure 9 – Test Loop (MP 25 at Wye-Landlith to MP 17 at the Hook Interlocking)**

19.22. Tetra Tech also understands that Pavemetrics performed additional LRAIL field use and testing between at least May 2019 and August 2020 at the Transportation Technology Center (TTC) in Pueblo, Colorado. *See* Exhibit I (High Tonnage Loop at TTC being located in Pueblo, Colorado). And Tetra Tech understands that Pavemetrics recently started its fourth FRA-funded project. *See* Exhibit J.

20.23. The description of Pavemetrics' LRAIL based on publicly available information (including information and documents available on Pavemetrics' website), as offered and contracted for, imported, used, and tested in the United States (e.g., Delaware, Pennsylvania, Colorado), confirms that the LRAIL infringes numerous claims of Tetra Tech's '293 patent and the '557 patent directed to its innovative and patented 3DTAS technology. Pavemetrics' infringing FRA bid offer and contract, importation, use, and testing of its LRAIL system (along with the associated promotion and advertising) in the United States constitutes infringement of the Tetra Tech's '293 and '557 patents as detailed in the Counts below.

21.24. Separately, Tetra Tech also understands that Pavemetrics has at least offered to sell, sold, imported, and/or delivered an LRAIL to CSX Transportation ("CSX") at CSX headquarters in Jacksonville, FL and/or at CSX's Waycross, GA, terminal. Tetra Tech also understands that Pavemetrics has offered to sell and contracted with CSX to provide LRAILs for delivery and installation on two of CSX's

7

Exhibit 2
-37-

Autonomous Track Assessment Cars in March-April 2021 in Jacksonville, FL and/or at CSX's Waycross, GA, terminal. Pavemetrics' additional acts of at least offering to sell and selling, its LRAIL in the United States to CSX, and the act of importing the same into the United States also constitutes infringement of the '293 and '557 patents, as detailed in the Counts below.

22.25. On information and belief, CSX chose not to purchase Tetra Tech's 3DTAS in favor of purchasing Pavemetrics' infringing LRAIL, offered by Pavemetrics to CSX.

23.26. Upon learning that Pavemetrics was offering its infringing LRAIL to Tetra Tech's customers, Tetra Tech, through its counsel, reached out to Pavemetrics' President and CEO, Richard Habel, on January 5, 2021, to provide notice of the '293 patent and request that Pavemetrics immediately cease its infringing activities. In response, on January 19, 2021, Mr. Habel stated that Pavemetrics was having a U.S. patent attorney study the '293 patent and would respond in due course. On January 25, 2021, and February 5, 2021, Tetra Tech's counsel again requested that Pavemetrics immediately cease all infringing activities or otherwise provide a substantive response explaining why it does not infringe the '293 patent.

24.27. Without any advanced notice, and without ever substantively responding to Tetra Tech's requests, Pavemetrics initiated this action seeking a declaratory judgement of noninfringement of the '293 patent. In the Complaint, Pavemetrics' only basis for noninfringement is a purported defense under 35 U.S.C. § 273 due to alleged prior commercial use and sale of the LRAIL more than one year before the priority date of the '293 patent.

25.28. The day after filing the declaratory judgment, on February 12, 2021, Pavemetrics' counsel sent a letter to Tetra Tech's counsel, asserting noninfringement due to alleged prior commercial use and sale of its LRAIL since 2012. Exhibit M. As alleged proof for this commercial use and sale, Pavemetrics' counsel provided a copy of a Tetra Tech proposal of a "Pavement Asset Management Program" for the Town of

8

Exhibit 2
-38-

Gibsons (Gibsons, British Columbia, Canada). Exhibit N. The proposal is dated January 2015, however, and not as early as 2012. *Id*. The proposal also does not mention Pavemetrics' LRAIL or any other railroad track inspection system made by Pavemetrics. Instead, the only Pavemetrics system described in the proposal is Pavemetrics' 3D Laser Crack Measurement System (LCMS), which is for pavement inspection, not railroad inspection, as recited by the '293 patent claims. *Id*.; *see also*, Exhibit O. Pavemetrics' LCMS does not meet all of the limitations of the '293 patents.

26.29. Tetra Tech understand that Pavemetrics only just recently filed a trademark application for the mark "Railmetrics," as an "intent to use" application filed on November 3, 2020 and claiming priority to a Canadian trademark application filed on October 20, 2020. *See* Exhibit P.

30.   Upon information or belief, Pavemetrics' LRAIL was not being commercially used or sold more than one year before the priority date of the '293 patent, and thus, 35 U.S.C. § 273 does not apply.

31.   On July 14-16, 2021, as part of discovery in this lawsuit, Tetra Tech inspected the confidential source code of Pavemetrics' LRAIL. During this inspection, Tetra Tech discovered that Pavemetrics' LRAIL also has infringed and continues to infringes the '557 patent.

27.32. On July 22, 2021, Tetra Tech, through its counsel, sent a letter to Pavemetrics' counsel, to provide notice of the infringement of the '557 patent.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 10,362,293 B2

28.33. Tetra Tech re-alleges and incorporates by reference the allegations above in Paragraphs 1 – 27-32 of this the Counterclaims as if fully set forth herein.

29.34. Pavemetrics has been and is directly infringing under 35 U.S.C. § 271, literally or under the doctrine of equivalents, at least Claims 1, 15, 16, 19-22, 36, 37, and 40-42 of the '293 patent by bidding and contracting for, offering to sell, selling, using, testing, and importing the LRAIL in the United States. *See* ¶¶1619-252, *supra*.

9

**Exhibit 2**
**-39-**

30.35. Pavemetrics has also been and continues to induce its customers to directly infringe at least Claims 1, 15, 16, 19-22, 36, 37, and 40-42 of the '293 patent by intentionally promoting, advertising, aiding, and instructing customers (e.g., the FRA, CSX) to bid on, purchase, and use its LRAIL in the United States. *See* ¶¶16-2219-25, *supra*. Pavemetrics knew or should have known that the use of the LRAIL by its customers directly infringes at least Claims 1, 15, 16, 19-22, 36, 37, and 40-42 of the '293 patent in the United States.

31.36. Pavemetrics has also contributed and continues to contribute to infringement of the '293 patent. Pavemetrics has also induced and continues to induce infringement of the '293 patent. Pavemetrics knew or should have known that the use and testing of the LRAIL by its customers directly infringes at least Claims 1, 15, 16, 19-22, 36, 37, and 40-42 of the '293 Patent in the United States. *See* ¶¶16-2219-25, *supra*.

32.37. The following claim chart demonstrates that each and every element of independent Claim 1 of the '293 Patent is found in the LRAIL imported, used, tested, offered for sale, and sold in the United States:

| '293 Patent, Claim 1 | Pavemetrics' LRAIL[1] |
| --- | --- |
| A system for assessing a railway track bed, the system comprising: |  |

---

[1] Original images were obtained from Exhibits B, C, D, E, F, G, I, K, and L; *see also* Exhibits H and J. All red line, circle, arrow, and box annotations have been added to the Figures, except for the red boxes in the original images of Figures 16 and 17.

10

Exhibit 2
-40-

| | |
|---|---|
| a power source; |  |
| a light emitting apparatus powered by the power source for emitting light energy toward a railway track; |  |

11

**Exhibit 2**
**-41-**

| | |
|---|---|
| a data storage apparatus in communication with at least one processor; | <br>Data Storage Apparatus/Processor<br><br>• Sensor Controller<br>• Data Storage PC<br>• Data Processing PC<br>• Power Invertor<br>• UPS<br>Figure 2 – Onboard Computing and Power Supply |
| at least one sensor for sensing reflected light that was emitted from the light emitting apparatus and acquiring three dimensional surface elevation and intensity image data of the railway track to be stored in the data storage apparatus, wherein the at least one sensor is in communication with the at least one processor; and | Sensors<br><br>SYSTEM SPECIFICATIONS<br>- Number of laser profilers: 2<br>- Motion compensation: built-in IMUs<br>- Vehicle speed: 0 to 180 km/h<br>- Profile spacing: 1 to 5 mm (adjustable)<br>- Transversal field of view: ~3.5 m<br>- Transversal resolution: ~0.9 mm (4,096 points/profile)<br>- Depth resolution: 0.1 mm<br>- Laser profiler dimensions: 428 mm (h) x 265 mm (l) x 139 mm (w)<br>- Weight: 13 kg per sensor head<br>- Power consumption (max): 150 W at 120/240 VAC<br>- IP 65 Rated |

12

Exhibit 2<br>-42-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



- Sensor Controller
- Data Storage PC
- Data Processing PC
- Power Invertor
- UPS

17  wherein the at least
18  one processor is
19  configured to run an
20  algorithm for
21  processing three-
22  dimensional surface
23  elevation and intensity
24  data gathered from the
25  at least one sensor and
26  saved in the data
27  storage apparatus, the
28



- Sensor Controller
- Data Storage PC
- Data Processing PC
- Power Invertor
- UPS

▶ Data capture
- RailTEC and/or Railmetrics personnel on site at TTC
- Images relayed from trailer to computer in high-rail vehicle
- Uploaded to Railmetrics database for further processing and transfer to RailTEC



13

**Exhibit 2**
**-43-**

| | |
|---|---|
| algorithm comprising the steps of: | |
| a. acquiring three dimensional surface elevation and intensity data representative of an area segment of railway track bed<br><br>b. generating a track elevation map based on the acquired three dimensional data; | <br>Figure 6 – Range Image<br><br><br>Figure 5 – Intensity Image<br><br><br>Figure 7 – 1 mm by 1 mm Scan of Railway |

14

**Exhibit 2**<br>**-44-**

c. identifying a railway track bed feature from the track elevation map further including the steps of:

i. defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated and

ii. moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor; and



**Gradient Neighborhood**

■ ROI contains a fastener

● ROI contains an object that is similar to a fastener, but it may be covered or surrounded by ballast

■ ROI is empty

**Figure 16 – Fastener Detection Algorithm**

**Figure 17 – Anchor Change Detection**

### 3.2  Fastener Change Detection

The change detection process first detects the ties and rails, and then defines four regions of interest (ROI) at each intersection (two on the gauge side and two on the field side). Each ROI is then inspected for the presence of fasteners using a three-dimensional model. The status of each ROI was reported in three states: a) fastener present, b) ROI contained an object that resembles a fastener, and c) ROI was empty (Figure 16).

### 3.3  Anchor Change Detection

For change detection of anchors, each ROI was inspected for the presence of anchors using a 3-dimensional model before a run-to-run comparison was completed to detect changes (Figure 17).

15

**Exhibit 2**
**-45-**

d. storing information corresponding to the identified railway track bed feature in the data storage apparatus.



- Sensor Controller
- Data Storage PC
- Data Processing PC
- Power Invertor
- UPS

► Data capture
- RailTEC and/or Railmetrics personnel on site at TTC
- Images relayed from trailer to computer in high-rail vehicle
- Uploaded to Railmetrics database for further processing and transfer to RailTEC

33.38.In addition, each and every element of Claims 15, 16, 19-22, 36, 37, and 40-42 of the '293 patent is also found in Pavemetrics' LRAIL.

34.39.Pavemetrics' acts of infringement have occurred within the United States within the term of the '293 patent.

35.40.The description is based on publicly available information. Tetra Tech reserves the right to modify the description, including, for example, based on information about the LRAIL that it obtains during discovery.

36.41.Pavemetrics has had actual knowledge of the '293 patent at least as early as January 5, 2021, when Tetra Tech provided Pavemetrics with notice of the LRAIL's infringement of Tetra Tech's '293 patent, through a letter to Pavemetrics' President and CEO, Richard Habel.

42.   Pavemetrics' LRAIL has no substantial non-infringing uses and is not a staple article of commerce.

**COUNT II**

**INFRINGEMENT OF U.S. PATENT NO. 10,616,557 B2**

16

Exhibit 2
-46-

43.     Tetra Tech re-alleges and incorporates by reference the allegations above in Paragraphs 1 – 42 of the Counterclaims as if fully set forth herein.

44.     Pavemetrics has been and is directly infringing under 35 U.S.C. § 271, literally or under the doctrine of equivalents, at least Claims 8-10 and 14 of the '557 patent by bidding and contracting for, offering to sell, selling, using, testing, and importing the LRAIL in the United States. *See* ¶¶19-25, *supra.*

45.     Pavemetrics has also been and continues to induce its customers to directly infringe at least Claims 8-10 and 14 of the '557 patent by intentionally promoting, advertising, aiding, and instructing customers (e.g., the FRA, CSX) to bid on, purchase, and use its LRAIL in the United States. *See* ¶¶19-25, *supra*. Pavemetrics knew or should have known that the use of the LRAIL by its customers directly infringes at least Claims 8-10 and 14 of the '557 patent in the United States.

46.     Pavemetrics has also contributed and continues to contribute to infringement of the '557 patent. Pavemetrics has also induced and continues to induce infringement of the '557 patent. Pavemetrics knew or should have known that the use and testing of the LRAIL by its customers directly infringes at least Claims 8-10 and 14 of the '557 patent in the United States. *See* ¶¶19-25, *supra*.

47.     The following claim chart demonstrates that each and every element of Claims 8-10 and 14 of the '557 patent is found in the LRAIL imported, used, tested, offered for sale, and sold in the United States:

| '557 Patent, Claim 8 | Pavemetrics' LRAIL[2] |
| --- | --- |
| [8.1] A method of detecting railroad tie distress using a system | Pavemetrics' LRAIL is a system for assessing a railway track bed. For example, the LRAIL marketing materials tout the ability to "automatically detect railway features |

---

[2] Certain supporting descriptions, quotes, and images were obtained from Exhibits B-L. All red line, circle, arrow, and box annotations have been added to the Figures.

17

**Exhibit 2**
**-47-**

for assessing a railway track bed, the method comprising the steps of:

and assess their condition." As shown in the annotated images below, the LRAIL may be mounted on a vehicle for inspection along a track bed.



Pavemetrics' LRAIL performs one or more methods of detecting railroad tie distress.  For example, as show in the image below, Pavemetrics' LRAIL provides "[w]ooden tie rating[s], [which] involves the detection of cracking, splits, and holes in the surface of the tie."  The one or more methods performed by Pavemetrics' LRAIL are discussed in more detail below.



**Figure 45 – Wooden Tie Showing Color-coded Defects**

| Defect Colour | Depth | Width | Length |
|---|---|---|---|
| Very Severe | Defects in ties which contain ballast materials | | |
| Severe | 2 cm+ | 5 cm+ | 60 cm+ |
| Moderate | 1-2 cm | 3-5 cm | 15-60 cm |
| Light | Not considered | 1-3 cm | 10-15 cm |
| Very Light | Not considered | 0.5-1 cm | Not considered |
| Unmarked | Not considered | Under 0.5 cm | Not considered |

**Figure 46 – Severity Rating for Individual Defects**

18

Exhibit 2
-48-

| | |
|---|---|
| [8.2] a. inputting elevation data, longitudinal and transverse elevation map sample resolution data, rail base edge feature coordinates, detected tie bounding box data, and approximate tie surface plane data to a processor wherein significant elevations due to the rail heads for each rail have been removed from the elevation data; | Pavemetrics' LRAIL performs one or more methods including the step of inputting elevation data, longitudinal and transverse elevation map sample resolution data, rail base edge feature coordinates, detected tie bounding box data, and approximate tie surface plane data to a processor wherein significant elevations due to the rail heads for each rail have been removed from the elevation data.

The one or more methods performed by Pavemetrics' LRAIL are performed using at least one processor.  For example, as shown below in the annotated images, the LRAIL has a data processing PC that is mounted on the inspection vehicle.



The LRAIL processor executes one or more algorithms that include receiving following inputs: elevation data, longitudinal and transverse elevation map sample |

| | | |
|---|---|---|
| | | resolution data, rail base edge feature coordinates, detected tie bounding box data, and approximate tie surface plane data. The LRAIL processor executes one or more algorithms such that significant elevations due to the rail heads for each rail are removed from the elevation data. |
| | [8.3] b. comparing ties in the elevation data with a tie surface plane model by calculating the difference between the tie surface elevation data and the tie surface plane model using the processor; | Pavemetrics' LRAIL performs one or more methods including the step of comparing ties in the elevation data with a tie surface plane model by calculating the difference between the tie surface elevation data and the tie surface plane model using the processor.

For example, the LRAIL processor executes one or more algorithms that compare ties in the elevation data with a tie surface plane model by calculating the difference between the tie surface elevation data and the tie surface plane model. |
| | [8.4] c. identifying tie surface regions with elevations less than a tie surface plane minus a crack depth threshold as tie crack targets using the processor; and | Pavemetrics' LRAIL performs one or more methods including the step of identifying tie surface regions with elevations less than a tie surface plane minus a crack depth threshold as tie crack targets using the processor.

For example, the LRAIL processor executes one or more algorithms that identify tie surface regions with elevations less than a tie surface plane minus a crack depth threshold as tie crack targets. |

20

**Exhibit 2**
**-50-**

| | |
|---|---|
| [8.5] d. determining physical parameters of crack targets using the processor. | Pavemetrics' LRAIL performs one or more methods including the step of determining physical parameters of crack targets using the processor.<br><br>For example, the LRAIL processor executes one or more algorithms that determine physical parameters of crack targets. |
| **'557 Patent, Claim 9** | **Pavemetrics' LRAIL** |
| 9. The method of claim 8 further comprising the step of identifying tie surface regions with elevations greater a tie surface plane plus a ballast height threshold as ballast obscured areas using the processor. | Pavemetrics' LRAIL performs one or more methods including the step of identifying tie surface regions with elevations greater a tie surface plane plus a ballast height threshold as ballast obscured areas using the processor.<br><br>For example, the LRAIL processor executes one or more algorithms that identify tie surface regions with elevations greater a tie surface plane plus a ballast height threshold as ballast obscured areas. |
| **'557 Patent, Claim 10** | **Pavemetrics' LRAIL** |
| 10. The method of claim 8 further comprising the step of eliminating small area and small length tie crack targets using the processor. | Pavemetrics' LRAIL performs one or more methods including the step of eliminating small area and small length tie crack targets using the processor.<br><br>For example, the LRAIL processor executes one or more algorithms that eliminate small area and small length tie crack targets. |

21

**Exhibit 2**
**-51-**

| '557 Patent, Claim 14 | Pavemetrics' LRAIL |
|---|---|
| [14.1] A method of detecting railway track bed features using a system for assessing a railway track bed, the method comprising the steps of: | Pavemetrics' LRAIL is a system for assessing a railway track bed. For example, the LRAIL marketing materials tout the ability to "automatically detect railway features and assess their condition." As shown in the annotated images below, the LRAIL may be mounted on a vehicle for inspection along a track bed.<br><br><br><br>Pavemetrics' LRAIL performs one or more methods of detecting railway track bed features.  For example, Pavemetrics' marketing materials on the LRAIL tout the ability to "automatically detect railway features and assess their condition." As shown in the image below, the detected railway track bed features include fasteners, which are detected using "a three-dimensional model."  The one or more methods performed by Pavemetrics' LRAIL are discussed in more detail below. |

22

Exhibit 2<br>-52-

### 3.2  Fastener Change Detection

The change detection process first detects the ties and rails, and then defines four regions of
interest (ROI) at each intersection (two on the gauge side and two on the field side). Each ROI is
then inspected for the presence of fasteners using a three-dimensional model. The status of each
ROI was reported in three states: a) fastener present, b) ROI contained an object that resembles a
fastener, and c) ROI was empty (Figure 16).



ROI contains a fastener

ROI contains an object that is
similar to a fastener, but it may be
covered or surrounded by ballast

ROI is empty

**Figure 16 – Fastener Detection Algorithm**

| [14.2] a. inputting elevation data, longitudinal and transverse elevation map sample resolution data, rail base edge feature coordinates, detected tie bounding box data, and a 3D feature library to a processor wherein significant elevations | Pavemetrics' LRAIL performs one or more methods including the step of inputting elevation data, longitudinal and transverse elevation map sample resolution data, rail base edge feature coordinates, detected tie bounding box data, and a 3D feature library to a processor wherein significant elevations due to the rail heads for each rail have been removed from the elevation data.<br><br>The one or more methods performed by Pavemetrics' LRAIL are performed using at least one processor.  For example, as shown below in the annotated images, the LRAIL has a data processing PC that is mounted on the |

23

**Exhibit 2**
**-53-**

| | | |
|---|---|---|
| 1 | due to the rail heads for | inspection vehicle. |
| 2 | each rail have been | |
| 3 | removed from the | |
| 4 | elevation data; | |



Figure 2 – Onboard Computing and Power Supply

The LRAIL processor executes one or more algorithms that include receiving following inputs: elevation data, longitudinal and transverse elevation map sample resolution data, rail base edge feature coordinates, detected tie bounding box data, and a 3D feature library. The LRAIL processor executes one or more algorithms such that significant elevations due to the rail heads for each rail are removed from the elevation data.

[14.3] b. testing each of a plurality of railway track bed features in the 3D feature library against feature targets in the elevation data in sequence using the processor;

Pavemetrics' LRAIL performs one or more methods including the step of testing each of a plurality of railway track bed features in the 3D feature library against feature targets in the elevation data in sequence using the processor.

For example, the LRAIL processor executes one or more algorithms that test each of a plurality of railway track bed

24

Exhibit 2
-54-

| | features in the 3D feature library against feature targets in the elevation data in sequence. |
|---|---|
| [14.4] c. eliminating feature template matching scores for feature targets which are less than a 3D feature correlation threshold using the processor; and | Pavemetrics' LRAIL performs one or more methods including the step of eliminating feature template matching scores for feature targets which are less than a 3D feature correlation threshold using the processor.<br><br>For example, the LRAIL processor executes one or more algorithms that eliminate feature template matching scores for feature targets which are less than a 3D feature correlation threshold. |
| [14.5] d. calculating and storing physical parameters for a plurality of feature targets using the processor. | Pavemetrics' LRAIL performs one or more methods including the step of calculating and storing physical parameters for a plurality of feature targets using the processor.<br><br>For example, the LRAIL processor executes one or more algorithms that calculate and store physical parameters for a plurality of feature targets. |

48.     Pavemetrics' acts of infringement have occurred within the United States and within the term of the '557 patent.

49.     The description is based on information obtained as of the present date. Tetra Tech reserves the right to modify the description, including, for example, based on information about the LRAIL that it obtains during further discovery.

50.     Pavemetrics has had actual knowledge of the '557 patent at least as early as July 22, 2021, when Tetra Tech provided Pavemetrics with notice of the LRAIL's infringement of Tetra Tech's '557 patent, through a letter to Pavemetrics' counsel in this lawsuit.

**Exhibit 2**
**-55-**

51.    Pavemetrics' LRAIL has no substantial non-infringing uses and is not a staple article of commerce.

## PRAYER FOR RELIEF

WHEREFORE, Tetra Tech prays for relief against Pavemetrics as follows:

A.    A judgment that Pavemetrics has infringed and is infringing the '293 and '557 patents;

B.    A judgment that Pavemetrics has contributed to and induced infringement of the '293 and '557 patents, and is actively contributing to and inducing infringement of the '293 and '557 patentspatent;

C.    An order under 35 U.S.C. § 283 preliminarily enjoining Pavemetrics from continuing to make, use, sell, and/or offer to sell the products accused of infringing the '293 and '557 patents patent and from further inducing or contributing to the infringement of the '293 and '557 patentspatent;

D.    An award of damages adequate to compensate Tetra Tech for the infringement that has occurred, under 35 U.S.C. §§ 284 or 289, including with pre-judgment and post-judgment interest;

E.    An order requiring Pavemetrics to account for and pay to Tetra Tech any and all profits made by Pavemetrics from sales of the LRAIL under 35 U.S.C. § 289;

F.    An award of treble damages for Pavemetrics' willful infringement of the '293 and '557 patentspatent, pursuant to 35 U.S.C. § 284;

G.    An accounting and/or supplemental damages for all damages occurring after any discovery cutoff and through the Court's decision regarding imposition of a compulsory ongoing royalty;

H.    An order under 35 U.S.C. § 283 permanently enjoining Pavemetrics from continuing to make, use, sell, and/or offer to sell the products accused of infringing the '293 and '557 patents patent and from further inducing or contributing to the infringement of the '293 and '557 patentspatent;

26

**Exhibit 2**
**-56-**

1      I.      An award of attorneys' fees, expenses and costs based on this being an

2 exceptional case under 35 U.S.C. § 285, including prejudgment interest on such fees,

3 expenses and costs;

4      J.      Costs and expenses in this action; and

5      K.      Such other and further relief as the Court deems just and equitable.

6                              **DEMAND FOR JURY TRIAL**

7      Tetra Tech demands a trial by jury on all issues triable by jury.

8 Dated: August 2, 2021                **CLARK HILL LLP**

9                              By:         /s/

10                                      Donald L. Ridge

11                          Aaron L. Parker (*pro hac vice*)
                       Daniel G. Chung (*pro hac vice*)

12                          Nicholas A. Cerulli (*pro hac vice*)

13                        Jency J. Mathew (*pro hac vice*)
                       **FINNEGAN, HENDERSON, FARABOW,**

14                        **GARRETT & DUNNER, LLP**

15

16                        *Attorneys for Defendant and Counterclaim*
                       *Plaintiffs*

17                        *TETRA TECH, INC. AND TETRA TECH TAS INC.*

18

19

20

21

22

23

24

25

26

27

28

**Exhibit 2**
**-57-**