# EXHIBIT 5

| | |
|---|---|
| **From:** | Christy.Lea |
| **To:** | Parker, Aaron; EXT- joe.re@knobbe.com; Lit PAVEL.001L |
| **Cc:** | Nicholas.Zovko; Mack.Montgomery; Scott.Hobin; Chung, Daniel; Ridge, Donald L.; Cerulli, Nicholas; Mathew, Jency; Ecklund, Steve; Palace, Victor; Amanda Melhado-Burke |
| **Subject:** | RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Case 2:21-cv-01289-MCS-MAA |
| **Date:** | Monday, July 26, 2021 9:12:33 PM |

**EXTERNAL Email:**

Dear Aaron,

We received Tetra Tech's request to add the '557 patent to this lawsuit.  The '557 patent issued in April 2020, prior to Tetra Tech sending its notice letter to Pavemetrics in January 2021 and filing this suit in February 2021.  But Tetra Tech filed its counterclaims and sought a schedule based on asserting one patent only.  Tetra Tech's attorneys and experts were granted access to Pavemetrics' source code for purposes of this action only and not for asserting new causes of action not at issue in this litigation.  Pavemetrics, however, is willing to stipulate to Tetra Tech amending its pleading to add the '557 patent provided Tetra Tech agrees to the following:

1. Tetra Tech proposes a schedule that brings the '557 patent in line with the schedule for the '293 patent so that the two patents are both ready for claim construction briefing on September 30.  Such a schedule would include Tetra Tech serving its infringement contentions for the '557 patent this week and Pavemetrics serving invalidity contentions for the '557 patent at least 30 days later;
2. Tetra Tech reduces the number of asserted claims from the two patents to 12 claims total, which is the original number of claims Tetra Tech asserted before it added 5 new claims in its infringement contentions and before its current request to add "at least" four more new claims, and does so before the parties begin filing their claim construction briefs on Sept 30;
3. Tetra Tech will not assert any additional patents in this litigation; and
4. Tetra Tech agrees that the outcome of this litigation will serve as res judicata to any other patents Tetra Tech may have or later obtain from this same patent family against past and future sales of LRAIL.

Please confirm Tetra Tech's agreement with the above and provide Tetra Tech's proposed schedule to bring the '557 patent in line with the '293 patent before claim construction briefing.  If you would like to discuss, please let me know.

Best,
Christy

**Christy Lea**
Partner
Christy.Lea@knobbe.com
949-500-6972 **Cell**
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/christy-lea

Exhibit 5
-196-

**From:** Parker, Aaron <Aaron.Parker@finnegan.com>
**Sent:** Thursday, July 22, 2021 7:00 PM
**To:** Joe.Re <Joe.Re@knobbe.com>; Christy.Lea <Christy.Lea@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Cc:** Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Mack.Montgomery <Mack.Montgomery@knobbe.com>; Scott.Hobin <Scott.Hobin@knobbe.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Palace, Victor <Victor.Palace@finnegan.com>; Amanda Melhado-Burke <amelhadoburke@clarkhill.com>; Parker, Aaron <Aaron.Parker@finnegan.com>
**Subject:** Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Case 2:21-cv-01289-MCS-MAA

Joe,

Please find attached correspondence relating to the above captioned case.  We look forward to your timely response.

Regards,
Aaron

**Aaron L. Parker** (Bio)
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4387 | fax: 202.408.4400 | Aaron.Parker@finnegan.com | www.finnegan.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit 5
-197-