# EXHIBIT 7

| | |
|---|---|
| **From:** | Christy.Lea |
| **To:** | Parker, Aaron; EXT- joe.re@knobbe.com; Lit PAVEL.001L |
| **Cc:** | Nicholas.Zovko; Mack.Montgomery; Scott.Hobin; Chung, Daniel; Ridge, Donald L.; Cerulli, Nicholas; Mathew, Jency; Ecklund, Steve; Palace, Victor; Amanda Melhado-Burke |
| **Subject:** | RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Case 2:21-cv-01289-MCS-MAA |
| **Date:** | Wednesday, July 28, 2021 11:09:44 PM |

**EXTERNAL Email:**

Dear Aaron,

Pavemetrics cannot agree to an unfettered expansion of this lawsuit. To allow Tetra Tech to add patents throughout this case would unfairly prejudice Pavemetrics. Pavemetrics is willing to stipulate to add this patent, but only if Tetra Tech is willing to agree not to add any more. Tetra Tech would not be giving Pavemetrics a free license as you contend. After a final judgment in this case, res judicata and the Kessler doctrine will give Pavemetrics finality with respect to infringement claims against its LRAIL product. We are surprised you would not agree with that.

Moreover, the circumstances have changed significantly since the Scheduling Order when the Court did not require Tetra Tech to limit the number of asserted claims. Tetra Tech opposed Pavemetrics' request for limits by arguing that it has asserted only one patent and that it had not yet had the opportunity to review Pavemetrics' source code. Tetra Tech now seeks to assert "at least" 21 claims across two patents, while almost doubling the number of asserted claims. It has also spent five full days across two inspections reviewing Pavemetrics' source code. Pavemetrics' request that Tetra Tech reduce the number of asserted claims would help maintain the schedule and is reasonable.

If Tetra Tech reconsiders its position, then Pavemetrics would be generally amenable to Tetra Tech's proposed schedule, with some minor modifications.

Best,
Christy


**Christy Lea**
Partner
949-500-6972 **Cell**
**Knobbe Martens**

---

**From:** Parker, Aaron <Aaron.Parker@finnegan.com>
**Sent:** Tuesday, July 27, 2021 1:22 PM
**To:** Christy.Lea <Christy.Lea@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Cc:** Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Mack.Montgomery

Exhibit 7
-202-

<Mack.Montgomery@knobbe.com>; Scott.Hobin <Scott.Hobin@knobbe.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Palace, Victor <Victor.Palace@finnegan.com>; Amanda Melhado-Burke <amelhadoburke@clarkhill.com>; Parker, Aaron <Aaron.Parker@finnegan.com>
**Subject:** RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Case 2:21-cv-01289-MCS-MAA

Christy,

Thank you for your e-mail.  As an initial matter, we disagree with your suggestion that Tetra Tech is somehow precluded from amending its pleadings based on non-public information uncovered during the course of discovery in this action. Indeed, nothing in the protective order prohibits "asserting new causes of action not at issue in this litigation" based on designated material, including source code, and such a contention contravenes the spirit and purpose of FRCP 15.

While Tetra Tech appreciates Pavemetrics' willingness to stipulate to Tetra Tech amending its counterclaims to add the '557 patent, Tetra Tech cannot agree to your proposed terms (2)-(4). Notably, for example, the Court has already declined Pavemetrics' proposal to limit the number of asserted claims.  (ECF 62 at 2.)  Moreover, proposed terms (2)-(4) request that Tetra Tech unduly limit its patents rights and effectively grant Pavemetrics a license to its entire patent family (including future patents) in exchange for Pavemetrics simply agreeing not to oppose a motion for leave to amend, which is otherwise "freely give[n] . . . when justice so requires," Fed. R. Civ. P. 15(a)(2), and viewed with "extreme liberality" in the Ninth Circuit.

Tetra Tech is willing, however, to agree to a schedule so that both the '293 and '557 patents are ready for claim construction briefing on September 30.  We propose the following:

| Event | Date |
|---|---|
| List of proposed '293 patent claim terms for construction | July 29, 2021 **[Unchanged from current schedule]** |
| Tetra Tech's infringement contentions and preliminary identification of asserted claims for the '557 patent | August 2, 2021 **[New event added to current schedule]** |
| Claim constructions with citations of intrinsic and extrinsic evidence for the '293 patent | August 12, 2021 **[Unchanged from current schedule]** |
| Pavemetrics' invalidity contentions and preliminary identification of prior art for the '557 patent | September 1, 2021 **[New event added to current schedule]** |
| List of proposed '557 patent claim terms for construction | September 8, 2021 **[New event added to current schedule]** |
| Claim constructions with citations of intrinsic and extrinsic evidence for the '557 patent | September 15, 2021 **[New event added to current schedule]** |
| Joint Claim Construction Prehearing Statement for both the '293 and '557 patents due | September 22, 2021 **[Changed from August 26]** |
| Completion of claim construction discovery for | September 27, 2021 |

Exhibit 7
-203-

| | |
|---|---|
| both the '293 and '557 patents | **[Changed from September 16]** |
| Tetra Tech's Opening Claim Construction Brief for both the '293 and '557 patents due | September 30, 2021 **[Unchanged from current schedule]** |
| Pavemetrics' Responsive Claim Construction Brief for both the '293 and '557 patents due | October 14, 2021 **[Unchanged from current schedule]** |
| Tetra Tech's Reply Claim Construction Brief for both the '293 and '557 patents due | October 21, 2021 **[Unchanged from current schedule]** |
| Pavemetrics' Sur-Reply Claim Construction Brief for both the '293 and '557 patents due | October 28, 2021 **[Unchanged from current schedule]** |
| Claim Construction Hearing for both the '293 and '557 patents | November 15, 2021, at 9:00 a.m. **[Unchanged from current schedule]** |

Alternatively, Tetra Tech is amenable to a reasonable extension to the case schedule to accommodate the inclusion of the '557 patent, subject to the Court's approval and availability.

Please let us know by **Thursday, July 29**, if Pavemetrics agrees to the above proposal. If we do not hear from you, we understand that based on your July 26 e-mail that Pavemetrics will oppose Tetra Tech's motion for leave. We therefore will proceed with filing the motion by Monday, August 2, to ensure timely inclusion of the claims relating to the '557 patent in this action.

Regards,
Aaron

**Aaron L. Parker** (Bio)
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4387 | fax: 202.408.4400 | Aaron.Parker@finnegan.com | www.finnegan.com

---

**From:** Christy.Lea <Christy.Lea@knobbe.com>
**Sent:** Monday, July 26, 2021 9:12 PM
**To:** Parker, Aaron <Aaron.Parker@finnegan.com>; EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Cc:** Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Mack.Montgomery <Mack.Montgomery@knobbe.com>; Scott.Hobin <Scott.Hobin@knobbe.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Palace, Victor <Victor.Palace@finnegan.com>; Amanda Melhado-Burke <amelhadoburke@clarkhill.com>
**Subject:** RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Case 2:21-cv-01289-MCS-MAA

**EXTERNAL Email:**

Dear Aaron,

We received Tetra Tech's request to add the '557 patent to this lawsuit. The '557 patent issued in

Exhibit 7
-204-

April 2020, prior to Tetra Tech sending its notice letter to Pavemetrics in January 2021 and filing this suit in February 2021.  But Tetra Tech filed its counterclaims and sought a schedule based on asserting one patent only.   Tetra Tech's attorneys and experts were granted access to Pavemetrics' source code for purposes of this action only and not for asserting new causes of action not at issue in this litigation.  Pavemetrics, however, is willing to stipulate to Tetra Tech amending its pleading to add the '557 patent provided Tetra Tech agrees to the following:

1. Tetra Tech proposes a schedule that brings the '557 patent in line with the schedule for the '293 patent so that the two patents are both ready for claim construction briefing on September 30.  Such a schedule would include Tetra Tech serving its infringement contentions for the '557 patent this week and Pavemetrics serving invalidity contentions for the '557 patent at least 30 days later;
2. Tetra Tech reduces the number of asserted claims from the two patents to 12 claims total, which is the original number of claims Tetra Tech asserted before it added 5 new claims in its infringement contentions and before its current request to add "at least" four more new claims, and does so before the parties begin filing their claim construction briefs on Sept 30;
3. Tetra Tech will not assert any additional patents in this litigation; and
4. Tetra Tech agrees that the outcome of this litigation will serve as res judicata to any other patents Tetra Tech may have or later obtain from this same patent family against past and future sales of LRAIL.

Please confirm Tetra Tech's agreement with the above and provide Tetra Tech's proposed schedule to bring the '557 patent in line with the '293 patent before claim construction briefing.  If you would like to discuss, please let me know.

Best,
Christy


**Christy Lea**
Partner
Christy.Lea@knobbe.com
949-500-6972 **Cell**
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/christy-lea

---

**From:** Parker, Aaron <Aaron.Parker@finnegan.com>
**Sent:** Thursday, July 22, 2021 7:00 PM
**To:** Joe.Re <Joe.Re@knobbe.com>; Christy.Lea <Christy.Lea@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Cc:** Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Mack.Montgomery <Mack.Montgomery@knobbe.com>; Scott.Hobin <Scott.Hobin@knobbe.com>; Chung, Daniel

**Exhibit 7**
-205-

<Daniel.Chung@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Palace, Victor <Victor.Palace@finnegan.com>; Amanda Melhado-Burke <amelhadoburke@clarkhill.com>; Parker, Aaron <Aaron.Parker@finnegan.com>
**Subject:** Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Case 2:21-cv-01289-MCS-MAA

Joe,

Please find attached correspondence relating to the above captioned case.  We look forward to your timely response.

Regards,
Aaron

**Aaron L. Parker** (Bio)
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4387 | fax: 202.408.4400 | Aaron.Parker@finnegan.com | www.finnegan.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.


This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**Exhibit 7**
**-206-**