Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:  (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**[PROPOSED] ORDER GRANTING TETRA TECH'S MOTION FOR LEAVE TO AMEND**<br><br>**Honorable Mark C. Scarsi** |

## ORDER

Having considered and reviewed the parties' submissions to the Court in connection with Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech")'s Motion for Leave to Amend ("Motion"), the arguments of counsel, and the factors for a motion for leave to amend, the Court finds that Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") has not met its burden to show why leave should not be granted under Fed. R. Civ. P. 15(a)(2). *See DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186-87 (9th Cir. 1987).

GOOD CAUSE HAVING BEEN SHOWN, **IT IS HEREBY ORDERED** that Tetra Tech's Motion is **GRANTED** and Tetra Tech has leave to file its First Amended Counterclaim.

**IT IS SO ORDERED.**

Dated: _____   _____
**HONORABLE MARK C. SCARSI**
UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
_____
Donald L. Ridge

*Attorneys for Defendant and Counterclaim Plaintiffs*
TETRA TECH, INC. AND TETRA TECH TAS INC.