Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Payne McQueen Montgomery (*Pro Hac Vice*)
mack.montgomery@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Phone: (202) 640-6400
Facsimile: (202) 640-6401
*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TETRA TECH, INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA<br><br>**DECLARATION OF NICHOLAS M. ZOVKO IN SUPPORT OF PAVEMETRICS' OPPOSITION TO MOTION FOR LEAVE TO AMEND**<br><br>Date:    August 30, 2021<br>Time:   9:00 a.m.<br>Crtrm:  7C<br><br>Honorable Mark C. Scarsi |

I, Nicholas M. Zovko, declare and state as follows:

1. I am a partner in the law firm of Knobbe Martens Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am a member of the bar of this Court, and counsel for Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") in the above-captioned action. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2. I submit this Declaration in support of Pavemetrics' Opposition to Tetra Tech's Motion for Leave to Amend.

3. On May 17, 2021 Pavemetrics informed Tetra Tech that Pavemetrics' source code would be available for inspection beginning on May 24, 2021.

4. On June 10, 2021, Tetra Tech served infringement contentions for the '293 patent. In those contentions, Tetra Tech identified 17 asserted claims from the '293 patent: Claims 1, 2, 4, 15, 16, 19-23, 25, 36, 37, and 40-43.

5. On July 15, 2021, Pavemetrics served invalidity contentions addressing Tetra Tech's 17 asserted claims of the '293 patent.

6. On July 15, 2021, Tetra Tech served two notice of subpoenas of non-parties, RailTEC and CSX. One subpoena commanded RailTEC to appear for a deposition on August 3, 2021. The other subpoena commanded CSX to appear for a deposition on August 5, 2021.

7. Attached as **Exhibit A** is a true and correct copy of a letter, without its attachment, dated July 22, 2021 from Aaron Parker, counsel of record for Tetra Tech, to Joseph Re, counsel of record for Pavemetrics.

8. As of this filing, Pavemetrics has served, and Tetra Tech has responded to, 126 document requests, 36 requests for email production, and 12 interrogatories. Pavemetrics' document requests and interrogatories define the "Asserted Patent" as the '293 patent.

1     9.     On August 6, 2021, Tetra Tech's counsel emailed Pavemetrics' counsel a "preliminary claim mapping" for the '557 patent, which appears to be infringement contentions for Claims 8-10 and 14 of the '557 patent.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 9, 2021 at Irvine, California.

                                                /s/ Nicholas M. Zovko
                                                Nicholas M. Zovko

# EXHIBIT A



AARON L. PARKER
202.408.4387
aaron.parker@finnegan.com

July 22, 2021

Joseph Re **VIA EMAIL**
joe.re@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Re: *Pavemetrics Sys. v. Tetra Tech Inc. et al.*, Case No. 2:21-cv-01289-MCS-MMA (C.D. Cal.)

Counsel,

We recently discovered during our inspection of Pavemetrics' source code on July 14-16, 2021, that Pavemetrics' Laser Rail Inspection System ("LRAIL") infringes Tetra Tech, Inc.'s U.S. Patent No. 10,616,557 ("the '557 patent"). A copy of the '557 patent is attached to this letter for your convenience.

Specifically, our recent inspection of the source code demonstrates that Pavemetrics has infringed and continues to infringe at least claims 8-10 and 14 of the '557 patent by making, using (e.g., through testing or demonstrations or use), bidding and contracting for, offering to sell, importing, and/or inducing others to use the LRAIL, in the United States. For example, at least Pavemetrics' sales of its LRAIL to CSX Transportation for use in the United States and its past and ongoing field studies with the Federal Railroad Administration using the LRAIL constitute infringement of the '557 patent. This letter serves as formal notice to Pavemetrics of its infringement of the '557 patent.

Tetra Tech intends to file a motion for leave to amend the pleadings in this action to add a count for infringement of the '557 patent. Given that the '557 patent is a related family member of the '293 patent, and the subject matter, accused product(s), and infringing activities overlap, Tetra Tech believes that the amendment would not prejudice Pavemetrics and is consistent with the liberality in granting leave to amend in this circuit.

EXHIBIT A

3

July 22, 2021
Page 2

      Please let us know if Pavemetrics will oppose our motion for leave, and if so, please let us know your availability on **Monday, July 26, 2021**, to meet and confer.

      Sincerely,

      /s/ *Aaron L. Parker*

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

EXHIBIT A

4