# EXHIBIT C

**Case 2:21-cv-01289-MCS-MAA   Document 79-3   Filed 08/25/21   Page 2 of 3   Page ID #:3219**



HOME  ABOUT  APPLICATIONS  INTEGRATORS  NEWS  ARTICLES  EVENTS  CONTACT  FR

# Laser Rail Inspection System (LRAIL™)

Pavemetrics® Laser Rail Inspection System (LR*AI*L™) delivers an entirely new and more cost effective means to inspect railway assets.

Most rail inspection sensors in the marketplace today are limited to a single function; they measure a specific parameter such as gauge, or perform a single task, such as imaging or tie grading.

The LR*AI*L delivers greater ROI by delivering a multi-functional inspection that delivers 2D imaging and 3D scanning in a single pass with fully automated analysis using Artificial Intelligence.

The LR*AI*L captures an impressive 1 mm X and Y, and 0.1 mm Z, resolution scan of the rails, ties and ballast area at speeds up 60 km/h at 1mm intervals (suitable for high-rail mounting), 120 km/h at 2mm intervals, and 180 km/h at 3mm intervals (suitable for dedicated test cars and autonomous box cars).

The LR*AI*L's Artificial Intelligence algorithms automatically measure and detect changes related to gauge, cross level, alignment, spikes, clips, tie plates, joint gap, joint bar bolting, rail surface wear and tie grade.



## Artificial Intelligence-based Inspection and Change Detection

The LR*AI*L's advanced Deep Neural Network automatically detects railway components, assesses their condition and detects changes between repeat runs.

## FRA Field-proven Results

The inspection process is fully computer-driven and objective, with results being just as accurate, and much more repeatable, than manual inspections. The LR*AI*L's performance has also been field-tested and verified by the United States Federal Railroad Administration (FRA).

## Sensor Technology That is Proven in More than 45 Countries

The LR*AI*L leverages Pavemetrics prolific LCMS® technology; with more than 200 units in use in more than 45 countries, the LCMS is hands-down the most widely adopted and trusted sensor of its kind.

## Simultaneous Geometry Measurement, 2D Imaging and 3D Scanning

By capturing both 2D images and 3D profiles all in the same pass, and including Artificial Intelligence-based data processing, the LR*AI*L can easily replace multiple legacy measurement systems. Saving you cost, weight and power.

## See it in Action

Click on the movie below to see high resolution 3D scans from the LRAIL.



### LRAIL MEASUREMENT CAPABILITIES

Rail Geometry
Rail Wear Inspection
Spike Inspection
Clip Inspection
Ballast Level and Fouling Inspection
Cross Tie (Sleeper) Inspection
Change Detection

### OUR PRODUCTS

**ROAD INSPECTION**
  Laser Crack Measurement System (LCMS-2)

**RAILWAY INSPECTION**
  Laser Rail Inspection System (LRAIL)

**DIGITAL TERRAIN MAPPING**
  Laser Digital Terrain Mapping System (LDTM)

**TUNNEL INSPECTION**
  Laser Tunnel Scanning System (LTSS)

**AIRFIELD INSPECTION**
  Laser FOD Detection System (LFOD)

### CONTACT US

General inquiries:
Richard Habel
rhabel@pavemetrics.com
+1 418 210 3629

Sales:
John Laurent
jlaurent@pavemetrics.com
+1 418 210 3909

Technical support:
Jean-François Hébert
jfhebert@pavemetrics.com
+1 418 717 6671


CONTACT FORM

**Exhibit C**
**130**



Laser Triangulation for Track Change and Defect Detection

**Authors**: Federal Railroad Administration

**Abstract**: This report documents the successful demonstration of automated change detection on railroad track. Pavemetrics Systems Inc. performed this research under contract with the Federal Railroad Administration between March and December 2017. The project successfully demonstrated the ability of its Laser Rail Inspection System (LRAIL) to detect changes in fasteners, anchors, spikes, ties, joints, and ballast—as well as record rail stamping information on Amtrak's Harrisburg line.

Extended Field Trials of LRAIL for Automated Track Change Detection

**Authors**: Federal Railroad Administration

**Abstract**: This report details the deployment of Pavemetrics' Laser Rail Inspection System, "LRAIL," for the purposes of automated change detection. The project was conducted between September 2018 and December 2019 at filed locations on Amtrak property and at Pavemetrics' offices in Quebec, Canada. The project involved a combination of field sensor data acquisition, deliberate manual changes in the field, office algorithm development, algorithm testing and validation, and system performance reporting. The extended field trial proved successful. Repeatability, mean, and standard deviation of change measurements were determined and noise floors for each measured parameter were established.



## ABOUT OUR COMPANY

**Pavemetrics**

3D systems for automated infrastructure inspection

## MENU

HOME
ABOUT
APPLICATIONS
INTEGRATORS
NEWS
ARTICLES
EVENTS
CONTACT

## BUSINESS PLACE

150, boul. Rene-Levesque Est, suite 1820
Quebec (Quebec)
CANADA, G1R 5B1
+1 418 210 3629

## NEWSLETTER

Email

Subscribe/S'abonner

**Exhibit C
131**