# EXHIBIT G

# *Railmetrics*



# LR*AIL* Deep Neural Network Railway Inspection and Change Detection



Vision Systems for the Automated
Inspection of Transportation Infrastructure

Exhibit G
208

# Railmetrics
## Project Overview

- **Mission** – Evaluate the potential for 3D Laser Triangulation and Deep Neural Network (DNN) technologies to provide value-added inspection data to existing geometry car inspection systems

- **Timeline:** May 2019 → October 2020 (live)

- **Objectives:**
  - Improve railway network safety through improved reliability and robustness of track inspections
  - Provide value-added inspection data to existing geometry car inspection systems in two different scenarios:
    - A. No prior knowledge inspections
    - B. Repeat inspections (change detection)

**Project Partners:**





**Industry Partners:**









Exhibit G
210





# Project Approach



**Field Work**

**DNN Training Data Preparation**

**DNN Training**

**Testing and Evaluating the Trained DNN**

**Change Detection**

- TTCI High Tonnage Loop
- 6 Weeks of FAST operations
- Walking ground-truth surveys
- LR*AIL* scanning

- RailTEC manual image review to build a database
- Feature identification
- Condition of interest identification

- Input of training set
- DNN feature and condition identification
- Review and correction of DNN analysis
- Retraining of DNN

- A set of "Novel" images are presented
- DNN processes the images detects features and conditions
- DNN performance analysis

- DNN processes two separate runs
- Run-to-run alignment
- Change detection algorithm detects differences between runs





Exhibit G
211



# Railmetrics
# Convolution Neural Network

- We use a kind of DNN, a Convolution Neural Network (CNN or ConvNet)

- CNNs are a special kind of multi-layer neural network that is designed to recognize visual patterns directly from pixel images with minimal preprocessing

- Normally computers "see" images as just another array of numbers

- CNNs help computers to analyze images in a way that is similar to how a human would analyze them

- You train a CNN by presenting it numerous different images of the features that you want it to be able to recognize



What We See                    What Computers See

https://adeshpande3.github.io/A-Beginner%27s-Guide-To-Understanding-Convolutional-Neural-Networks/


U.S. Department of Transportation
Federal Railroad Administration


RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Exhibit D
212


Pavemetrics



# Railmetrics

## Field Work

Vision Systems for the Automated Inspection of Transportation Infrastructure

Exhibit G
213

# Railmetrics

# 3D Scanning Dataset

- 7 weeks of repeat scans; Sept 10 to Oct 23
- 22 complete runs around HTL
- Full loops, forwards and backwards
- Diverging trips through turnouts
- Each pass through the HTL results in approximately 2,000 3D scan files
- Each 3D scan file covers a 2m x 3.4m surface area
- Each 3D scan file contains both an intensity dataset and a range dataset






U.S. Department of Transportation
Federal Railroad Administration


RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Exhibit G
214


Pavemetrics

# Railmetrics

# Ground Truth Walking Inspections

- Spreadsheet list of features prepared prior to arrival
- Tablet used to record manual inspection data in the field
- 15 features of interest
- Subcategories for features: missing spike, center crack, broken clip, etc.
- 7,500 ties inspected; categorized by type, section, number, material





U.S. Department of Transportation
Federal Railroad Administration



RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Exhibit G
215



Pavemetrics

# Railmetrics

# Ground Truth Summary



Feature Occurrence

- Concrete
- Wood/Composite

Rail Surface Issue: 544, 57
Spike Missing/Broken: 265
Center Crack: 191
Raised Spike: 121
Shoulder Ballast: 39, 64
Anchor Damage/Missing: 93
Tie Split/Cracked: 82
Crib Ballast: 33, 28
Clip Missing/Broken: 13, 25
Insulator Missing/Broken: 20
Rail Pad Missing/Skewed: 10
Other Tie Damage: 10
Shoulder Broken: 7
Cut Tie: 6
Longitudinal Crack: 3








U.S. Department of Transportation
Federal Railroad Administration


RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN
Exhibit G
216


Pavemetrics

# **Railmetrics**

# Intensity and Range Image Data Collection (LR*AI*L)

Operator's Station



Sensor Mounting

~2m

DMI





- Sensor Controller
- Data Storage PC
- Data Processing PC
- Power Invertor
- UPS

- 1 point every mm transversely and longitudinally
- 0.1mm vertical resolution
- 3.4m scan width (as tested)
- 2D Images + 3D scan
- IMUs for motion correction



U.S. Department of Transportation
**Federal Railroad Administration**


RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN
Exhibit G
217


*Pavemetrics*

# Fully Self-contained LR*AI*L Test Trailer













Exhibit G
218



# Railmetrics

Real-time Data Collection Interface









# Railway Scanning







# 2D Intensity Image







Exhibit G
221



# Railmetrics

# 3D Range Image







U.S. Department of Transportation
**Federal Railroad Administration**

RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Exhibit G
222


Pavemetrics

# Railmetrics

## Combined Result







Exhibit G
223



# Algorithm to Correct for Vehicle Motion (uncorrected example)











# Algorithm to Correct for Vehicle Motion (corrected example)







Exhibit G
225





# A Word on LR*AIL* Repeatability (based on prior project work with Amtrak)

- 9 mile test loop on Amtrak lines between south leg of Wye Landlith (DE) and the Hook Interlocking (PA)
- Repeat runs in same and opposite directions used to establish noise floor and repeatability of measurements related to:
  - Ballast height measurements
  - Ballast fouling measurements
  - Tie skew and condition measurements
  - Fastener inventory
  - Joint bar bolting
  - Joint gap measurement
  - Rail surface defect detection
- Average overall repeatability between runs for all measurements, collected in all directions was 99.28%
- Multiple measurements at 100% repeatability including fasteners, joint bar bolting and tie rating


U.S. Department of Transportation
Federal Railroad Administration


RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Exhibit G
226


Pavemetrics



**Railmetrics**

# DNN Training

Vision Systems for the Automated
Inspection of Transportation Infrastructure

Exhibit G
227

# Railmetrics

# A Few Notes about the HTL Environment (Related to Training)

- Best *and* worst case scenario
- Plenty of change in a short period of time…just what we need
- However, from a DNN training perspective, it's challenging
- Training (humans and DNNs) relies on lots of similar examples of each thing/condition
  - Unfortunately, the HTL is pretty heterogenous and constantly changes along its length
  - Plus…numerous tie types
  - Plus…numerous clip types
  - Plus…numerous clip install plates
  - Plus…numerous spike patterns
  - Plus…strange hardware along the track that algorithms must ignore
- The upshot? The HTL is harder to train on than regular track



Large Variety of Clips and Installations





Exhibit G
228



# Railmetrics

# DNN Training

- 3D scans are first automatically analyzed, then the user performs a manual review to correct errors and to add additional data; this creates a DNN training feedback loop

- Manual review is "point an click" and is performed in Railmetrics inspection software

- User can select from a list of pre-programmed features and conditions in order to maximize data quality

- Manual marking of images creates XML records that are tied to each image containing feature location, dimensions, type, etc.

- XML used as an input to train DNN, algorithms are updated, training cycle repeats until no further improvements are possible






U.S. Department of Transportation
Federal Railroad Administration


RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Exhibit G
229


Pavemetrics

# DNN Training

- Full cycle through the training data set is called an epoch; millions of epochs performed
- Training for feature identification
  - Multiple kinds of spikes
  - Multiple kinds of clips
  - Multiple kinds of tie plates
  - Etc.
- Training for condition state identification
  - Defective tie plate (missing spike, twisted)
  - Defective clip (loose, damaged)
  - Defective spike (raised, broken)
  - Change in spiking pattern
  - Etc.









Exhibit G
230





# Preliminary Results – Plates and Spikes







Exhibit G
232



# Preliminary Results – Plates, Chair Screws and e-Clips







Exhibit G
233



# Preliminary Results – Plates, Chair Screws and e-Clips

**Railmetrics**





U.S. Department of Transportation
**Federal Railroad Administration**



Exhibit G
234



*Pavemetrics*

# Preliminary Results – e-Clips








# Railmetrics

## Preliminary Results – Fastclip







Exhibit G
236



# Preliminary Results – Fastclip







Exhibit G
237



# Preliminary Results







# Preliminary Results






Exhibit G
239

# Preliminary Results



Exhibit G
240







# Preliminary Results



Exhibit G
241







# Preliminary Results









# Railmetrics

# Change Detection

Vision Systems for the Automated
Inspection of Transportation Infrastructure

Exhibit G
243

# Railmetrics

# Change Detection Process

1. Same length of track is inspected two times; can be collected in same or opposite directions

2. Each run is analysed by the DNN plus human-devised algorithms to create features of interest for change detection

3. 2 runs are then automatically aligned (or "collocated")

4. Differences between the two runs (changes) are reported





Exhibit G
244



# Railmetrics
# Run-to-Run Alignment

- Inspection vehicle never starts nor stops at the exact same location

- Therefore, must determine which points in RUN A match which points in RUN B

- Matching is fully automatic

- GPS is used to "get close"

- Then exact match made through 3D analysis of features in each run



Reference Feature

May 2019            September 2019


U.S. Department of Transportation
**Federal Railroad Administration**


RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Exhibit G
245


*Pavemetrics*

# Railmetrics

# Example Change Results in Google MyMaps







Exhibit G
246



Pavemetrics

# Initial Change Detection Results from TTCI (Joint Bar Bolting)

**Railmetrics**







# Railmetrics

# Joint Bar Change
# (Sept 10 vs. Oct 23, 2019)



**Continuous Rail**

**Joint and Bar Added**



U.S. Department of Transportation
**Federal Railroad Administration**



RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Exhibit G
248



*Pavemetrics*

# Railmetrics

# Ballast Level Change
# (Sept 10 vs. Oct 23, 2019)





| Left Rail Ballast Change | Gauge Ballast Change | Right Rail Ballast Change |
|---|---|---|
| -23.82 | 8.44 | 0.33 |



U.S. Department of Transportation
**Federal Railroad Administration**



RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Exhibit G
249



*Pavemetrics*

# Fastener Change
# (Sept 10 vs. Oct 23, 2019)






U.S. Department of Transportation
Federal Railroad Administration


RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Exhibit G
250

# Railmetrics

## Rail Surface Defect Change
## (Increase, Sept 10 vs. Oct 23, 2019)



1,708 square mm…(17 sq cm, 2.65 sq inches)…about the size of 3 quarters


U.S. Department of Transportation
**Federal Railroad Administration**


RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Exhibit G
251


*Pavemetrics*

# Railmetrics

# Rail Surface Defect Change
# (Decrease, Sept 10 vs. Oct 23, 2019)




1,933 square mm...(19 sq cm, 3 sq inches)...about the size of 4 quarters



U.S. Department of Transportation
**Federal Railroad Administration**



RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Exhibit G
252



*Pavemetrics*

# Acknowledgements

- Research Sponsor:



- Subcontractor:



- Industry Partners:

 

- Field Testing Support:



  

Exhibit G
253

# Project Team Contact Information



**J. Riley Edwards, Ph.D., P.E.**
*Research Sci. and Sr. Lecturer*
jedward2@Illinois.edu

**Marcus S. Dersch, P.E.**
*Principal Research Engineer*
mdersch2@Illinois.edu

**Arthur de O. Lima**
*Research Engineer* aolima@Illinois.edu

**Ryan M. Harrington**
*Graduate Research Assistant*
rhrrngt2@Illinois.edu



**John Laurent**
*CTO and VP Sales & Marketing*
jlaurent@pavemetrics.com

**Richard Fox-Ivey**
*Principal Consultant*
rfoxivey@pavemetrics.com





Exhibit G
254

