# EXHIBIT M

# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

Christy G. Lea
Christy.Lea@knobbe.com

February 12, 2021

**Via Electronic Mail**

Aaron L. Parker, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC  20001-4413

Re:  **Pavemetrics Systems Inc. v. Tetra Tech, Inc.**
     Our File No.:  PAVEL.001L

Dear Mr. Parker:

Pavemetrics has retained my firm, Knobbe Martens, to evaluate and respond to the allegations of infringement Tetra Tech, Inc. raised in your recent letters.  I have reviewed your letters and note that they do not contain any analysis comparing Pavemetrics' LRAIL system to any claim of the '293 patent, let alone a detailed, element-by-element claim chart.  As you know, your client, as the patentee, bears the burden of showing infringement.  That is particularly important here because Pavemetrics has been commercially using its LRAIL technology in the United States since at least 2012.

Tetra Tech has not explained, what if anything, distinguishes its claims over the prior art and Pavemetrics' prior commercial uses.  Perhaps you were not aware that your client is a long-standing customer of Pavemetrics.  Tetra Tech has been purchasing 3D sensors from Pavemetrics since 2012.  Indeed, in January 2015, Tetra Tech published a proposal that describes in detail Pavemetrics 3D Laser Crack Measurement System (LCMS).  *See* Appendix B, Data Collection Equipment Specifications, pages 14-15, dated February 12, 2014.  Tetra Tech's document describes LCMS as using "high speed cameras with accompanying line laser to acquire 2D imagery and high-resolution 3D profiles."  It also explains that the LCMS system is self-illuminating and measures elevation and intensity simultaneously for each transverse scan.  It further explains that Pavemetrics' post-processing, analysis, and reporting software allows the automatic interpretation of the elevation map data and produces feedback on features.

**Knobbe Martens**

Because Pavemetrics does not infringe and wants immediate resolution of this dispute, Pavemetrics filed a complaint in Tetra Tech's home division of the Central District of California seeking a declaration that it does not infringe the '293 patent. I have enclosed a courtesy copy of the complaint. Pavemetrics values Tetra Tech as a customer and hopes that we can discuss the matter further. I look forward to speaking with you and working on this matter.

Sincerely,

*Christy Lea*

Christy G. Lea, Esq.

cc: Joseph R. Re, Esq.

34417367