# EXHIBIT O

# Pavemetrics

HOME   ABOUT   APPLICATIONS   INTEGRATORS   NEWS   ARTICLES   EVENTS   CONTACT   FR

## Laser Crack Measurement System (LCMS®-2)

Pavemetrics® Laser Crack Measurement System (LCMS®-2) is the ultimate single-pass 3D sensor for pavement inspection. The LCMS-2 is able to automatically geo-tag, measure, detect and quantify **all** key functional parameters of pavement in a single pass, including (but not limited to): cracking, rutting, texture, potholes, bleeding, shoving, raveling and roughness.

The LCMS-2 delivers standards-compliant and industry-proven results on more surfaces than any other sensor in the market; from hotmix asphalt to chipseal, porous pavement, and both standard and grooved (tined) concrete.

The LCMS-2 can dramatically reduce your labor costs and project completion time; a complete **1mm resolution automated** pavement condition survey can be completed day or night from 0-100+ km/h.

LCMS-2 outputs include detailed distress data in XML format and geo-tagged pavement-view images in JPEG format.

Please refer to the specification tabs below for further details.



### LCMS-2 MEASUREMENT CAPABILITIES

Cracking
PASER Distress Rating Protocol
Geodatabase Output for GIS Integration
Sealed Cracking
Simplified AASHTO Cracking Protocol
Roughness and IRI
Rutting
Curb and Edge Drop-off
Road Geometry
Water Entrapment
Macrotexture
Potholes
Raveling
Concrete Joint Inspection
Manholes and Storm Drains
Patching
Lane Markings
Rumble Strips
Bleeding
Pop-outs and Pick-outs
Shoving

### OUR PRODUCTS

**ROAD INSPECTION**
Laser Crack Measurement System (LCMS-2)

**RAILWAY INSPECTION**
Laser Rail Inspection System (LRAIL)

**DIGITAL TERRAIN MAPPING**
Laser Digital Terrain Mapping System (LDTM)

**TUNNEL INSPECTION**
Laser Tunnel Scanning System (LTSS)

**AIRFIELD INSPECTION**
Laser FOD Detection System (LFOD)

### CONTACT US

General inquiries:
Richard Habel
rhabel@pavemetrics.com
+1 418 210 3629

Sales:
John Laurent
jlaurent@pavemetrics.com
+1 418 210 3909

Technical support:
Jean-François Hébert
jfhebert@pavemetrics.com
+1 418 717 6671

CONTACT FORM

### The Right Data; According to the Right Standards

Key automated measurement capabilities include: cracking, rutting, potholes, raveling, macro texture, and more all measured and reported compliant to ASTM and AASHTO standards.

### The Most Widely Trusted Sensor

The LCMS-2 is the highly-anticipated successor to the incredibly popular LCMS-1. More than 100 LCMS-1 units have been delivered around the world; making it the most widely adopted and trusted sensor of its kind.

### Objective, Accurate and More Repeatable

Data quality is also improved as the process is fully computer-driven and objective, with results being just as accurate, and much more repeatable, than manual rating.

### Longitudinal Profiling and IRI Option

This option enables the capture of longitudinal profile and reporting of IRI, PPF and ERD data using the LCMS-2's built-in high-precision Inertial Measurement Units (IMUs). With this the feature the LCMS-2 is able to capture and report profile and IRI at the precision and bias of an ASTM E950 Class 1 profiler across the entire 4m lane width. Users can also apply a custom tire bridging algorithm as well as custom waveband filters (e.g., short, medium and long) as desired.

### Curvature, Grade and Crossfall Option

This option enables the reporting of longitudinal grade, horizontal crossfall (cross slope), curve super elevation and water entrapment using the LCMS-2's built-in high-precision Inertial Measurement Units (IMUs). Crossfall and water entrapment is calculated and reported according to AASHTO PP 69 (Determining Pavement Deformation Parameters and Cross Slope from Collected Transverse Profiles).

### See it in Action

Click on the movie below to see 100% automated crack detection results from the LCMS-2.



| KEY FEATURES | LCMS-2 SPECS | INDUSTRY STANDARDS | ARTICLES |

**Key Features of the LCMS-2**

- Automatic detection and measurement of cracking (both sealed and unsealed)
- Automatic rutting measurement (compliant with ASTM E1703, Taut Wire, Moving Ruler, Brazilian method, 5 Point rut depth calculation)
- Automatic pothole detection and measurement





- Automatic pothole detection and measurement
- Automatic detection and measurement of raveling (an industry first)
- Automatic measurement of macro-texture (MPD, MTD) in all 5 AASHTO bands
- Pick-out detection
- Bleeding detection and measurement
- Delamination detection and measurement
- Shoving detection and measurement
- Sewer and storm-drain detection and inventory
- Rumble strip detection and inventory
- Water-entrapment calculation
- Edge drop off and curb detection and measurement
- Joint detection and faulting measurement
- Pavement type detection (asphalt and concrete)
- Pavement marking detection and dimension measurement
- GPS tagging of measurements and images (using Customer-supplied GPS)
- Measurement of longitudinal profile and calculation of roughness (optional)
- Slope, Cross Fall and Super Elevation (optional)

Download Datasheet     Contact Us

**ABOUT OUR COMPANY**

Pavemetrics

3D systems for automated infrastructure inspection

**MENU**

HOME
ABOUT
APPLICATIONS
INTEGRATORS
NEWS
ARTICLES
EVENTS
CONTACT

**BUSINESS PLACE**

150, boul. Rene-Levesque Est, suite 1820
Quebec (Quebec)
CANADA, G1R 5B1
+1 418 210 3629

**NEWSLETTER**

Email

Subscribe/S'abonner