Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Payne M. Montgomery (*Pro Hac Vice*)
mack.montgomery@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Phone: (202) 640-6400
Facsimile: (202) 640-6401

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

Donald Ridge, Esq. (SBN: 13171)
CLARK HILL LLP
1055 West Seventh Street, Ste. 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*Pro Hac Vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*Pro Hac Vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice*)
nicholas.cerulli@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA<br><br>**JOINT STIPULATION TO MODIFY CASE SCHEDULE**<br><br>Honorable Mark C. Scarsi<br>Honorable Maria A. Audero |

Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") and Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Third-Party Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech") submit this Joint Stipulation and Proposed Order to modify the case schedule.

WHEREAS, on August 2, 2021, Tetra Tech filed a Motion for Leave to Amend its Counterclaim to assert the '557 patent [ECF 75];

WHEREAS, on August 23, 2021, the Court granted Tetra Tech's Motion to Amend its Counterclaim [ECF 78];

WHEREAS, the parties agree to modify or add certain dates to accommodate adding the '557 patent to this case;

WHEREAS, the parties agree to keep the current date for a claim construction hearing of November 15, 2021;

NOW, THEREFORE, the parties hereby stipulate to and jointly request that the Court modify the case deadlines and enter an Order setting the following new dates:

| Event | Current Date (ECF 62) | New Date |
|---|---|---|
| Pavemetrics' invalidity contentions and preliminary identification of prior art for the '557 patent | N/A | September 13, 2021 |
| List of proposed '557 patent claim terms for construction | N/A | September 15, 2021 |
| Claim constructions with citations of intrinsic and extrinsic evidence for the | N/A | September 20, 2021 |

-1-

| Event | Current Date (ECF 62) | New Date |
|---|---|---|
| '557 patent | | |
| Joint Claim Construction Prehearing Statement | August 26, 2021 | September 27, 2021 |
| Completion of claim construction discovery | September 16, 2021 | N/A |
| Tetra Tech's Opening Claim Construction Brief | September 30, 2021 | October 4, 2021 |
| Pavemetrics' Responsive Claim Construction Brief | October 14, 2021 | October 18, 2021 |
| Tetra Tech's Reply Claim Construction Brief | October 21, 2021 | October 25, 2021 |
| Pavemetrics' Sur-Reply Claim Construction Brief | October 28, 2021 | November 1, 2021 |
| Claim Construction Hearing | November 15, 2021, at 9:00 a.m. | November 15, 2021, at 9:00 a.m. |

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 25, 2021

By: /s/ *Nicholas M. Zovko*
Joseph R. Re
Christy G. Lea
Nicholas M. Zovko
Payne McQueen Montgomery

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

|   |   |   |
|---|---|---|
| | | CLARK HILL LLP |
| Dated: August 25, 2021 | | By: */s/ Donald Ridge* |
| | | Donald Ridge, Esq |
| | | |
| | | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| Dated: August 25, 2021 | | By: */s/ Nicholas A. Cerulli* |
| | | Aaron L. Parker |
| | | Daniel G. Chung |
| | | Nicholas A. Cerulli |

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

# ATTESTATION OF E-FILED SIGNATURE

I, Nicholas M. Zovko, attest that all signatories listed above have read and approved this stipulation and consent to the filing of same in this action.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 25, 2021     By: /s/ Nicholas M. Zovko
                               Joseph R. Re
                               Christy G. Lea
                               Nicholas M. Zovko
                               Payne M. Montgomery

Attorneys for Plaintiff/Counterclaim Defendant,
PAVEMETRICS SYSTEMS, INC.