1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PAVEMETRICS SYSTEMS, INC. | ) Case No. 2:21-cv-01289-MCS-MAA |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY CASE SCHEDULE** |
| v. | ) |
| TETRA TECH, INC. | ) |
| Defendant. | ) Honorable Mark C. Scarsi |
| AND RELATED COUNTERCLAIMS | ) Honorable Maria A. Audero |

The Court, having reviewed and considered the parties' Joint Stipulation to Modify the Case Schedule, and finding good cause, approves of the Joint Stipulation. The Court modifies the case deadlines as follows:

| Event | Previous Date | New Date |
| --- | --- | --- |
| Pavemetrics' invalidity contentions and preliminary identification of prior art for the '557 patent | N/A | September 13, 2021 |
| List of proposed '557 patent claim terms for construction | N/A | September 15, 2021 |
| Claim constructions with citations of intrinsic and extrinsic evidence for the '557 patent | N/A | September 20, 2021 |
| Joint Claim Construction Prehearing Statement | August 26, 2021 | September 27, 2021 |
| Completion of claim construction discovery | September 16, 2021 | (No change) |
| Tetra Tech's Opening Claim Construction Brief | September 30, 2021 | October 4, 2021 |
| Pavemetrics' Responsive Claim Construction Brief | October 14, 2021 | October 18, 2021 |
| Tetra Tech's Reply Claim Construction Brief | October 21, 2021 | October 25, 2021 |
| Pavemetrics' Sur-Reply Claim Construction Brief | October 28, 2021 | November 1, 2021 |

| Event | Previous Date | New Date |
|---|---|---|
| Claim Construction Hearing | November 15, 2021, at 9:00 a.m. | (No change) |

**IT IS SO ORDERED.**

DATED: August 27, 2021

BY: *Mark C. Scarsi*
Mark C. Scarsi
United States District Judge