**Exhibit A – Joint Claim Construction Prehearing Statement**

## U.S. Patent No. 10,362,293 (served on August 12, 2021)

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| "appropriate gradient neighborhood" (claims 1 and 22 of the '293 patent) | Plain and ordinary meaning. No further construction by the Court is necessary. | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.*, 9:50-54, 10:26-28, 11:51-52, 12:44-46, 13:49-51, 15:23-25, 29:48-50, Figures 5, 6, 7, 8, 12, 13, 18.<br><br>**Extrinsic Evidence**:<br>Expert Declaration of Dr. Vassilios Morellas | zone of limited area of predetermined size and shape containing numbers used to calculate railway track bed height change at a certain point, based on the points within the zone | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.*, 6:66–67; 9:50–56; 10:26–37; 11:12–17; 11:59–63; 12:44–65; 14:22–32; 14:18–30; Figs. 5–8, 12; Claims 1, 22<br>• U.S. Prov. Pat. No. 62/118,600P at TETRATECH_0018509–513<br>• Prosecution History of U.S. Patent No. 10,362,293, including, *e.g.*,<br>  o Applicant Remarks Made in July 23, 2018 Office Action Response at TETRATECH_0005328–29<br>  o Examiner's Statement of Reasons for Allowance from |

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| | | | | September 27, 2018 at TETRATECH_0005718–19<br>• U.S. Pat. No. 10,616,557 ('557 Patent) Claim 1; U.S. Pat. No. 10,616,556 ('556 Patent) Claim 1<br>• Prosecution History of CA2892885 at TETRATECH_0018625–26; TETRATECH_0018690<br><br>**Extrinsic Evidence**:<br>• ROBERT B. FISHER ET AL., DICTIONARY OF COMPUTER VISION AND IMAGE PROCESSING (2d ed. 2014)<br>  o Gradient; Neighborhood<br>• THE MATHWORKS, IMAGE PROCESSING TOOLBOX FOR USE WITH MATLAB: USER'S GUIDE VERSION 5 at 14-4 (2004)<br>• INTEL, INTEL INTEGRATED PERFORMANCE PRIMITIVES FOR |

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| | | | | INTEL ARCHITECTURE REFERENCE MANUAL, VOLUME 2: IMAGE AND VIDEO PROCESSING at 66 (March 2009)<br>• BERND JÄHNE ET AL., HANDBOOK OF COMPUTER VISION AND APPLICATIONS: VOLUME 2 SIGNAL PROCESSING AND PATTERN RECOGNITION at 95 (1st ed. 1999)<br>• Expert Declaration of Dr. David Frakes |
| "2D track section over which differential vertical measurements are calculated" | Plain and ordinary meaning. No further construction by the Court is necessary. | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.*, 9:44-50, 10:28-30, 11:12-17, 11:53-55, 12:46-48, 13:51-53, 14:22-24, 15:25-32, Figures 5, 6, 7, 8, 12, 13, 18.<br><br>**Extrinsic Evidence**:<br>Expert Declaration of Dr. Vassilios Morellas | area of the railway track bed selected for calculating changes in railway track bed height over the area | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.*, 10:26–37; 11:12–17; 11:51–56; Figs. 6, 8; Claims 1, 22<br>• Prosecution History of U.S. Patent No. 10,362,293, including, *e.g.*,<br>  o Applicant Remarks Made in July 23, 2018 Office Action |

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| (claims 1 and 22 of the '293 patent) | | | | Response at TETRATECH_0005328–29<br>○ Examiner's Statement of Reasons for Allowance from September 27, 2018 at TETRATECH_0005718–19<br>• Prosecution History of CA2892885 at TETRATECH_0018625–26; TETRATECH_0018690<br><br>**Extrinsic Evidence**:<br>• Expert Declaration of Dr. David Frakes |
| "sliding window"<br><br>(claims 1 and 22 of the '293 patent) | Plain and ordinary meaning. No further construction by the Court is necessary. | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.*, 9:50-54, 10:31-35, 11:12-17, 11:59-63, 12:52-54, 13:57-59, 15:32-33, Figures 5, 6, 7, 8, 12, 13, 18. | component of an image-processing algorithm in which a calculation is based on a neighborhood or | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.*, 10:31–35; 11:12–17; 11:59–63; 12:52–55; Fig. 8; Claims 1, 22<br>• U.S. Prov. Pat. No. 62/118,600P at TETRATECH_0018509–11 |

| | | **Extrinsic Evidence**: Expert Declaration of Dr. Vassilios Morellas | window of data about a pixel, and after the calculation at that pixel, the neighborhood (window) moves (slides) to an adjacent pixel for a calculation at the adjacent pixel | • Prosecution History of U.S. Patent No. 10,362,293, including, *e.g.*, <br>  ○ Applicant Remarks Made in July 23, 2018 Office Action Response at TETRATECH_0005328–29 <br>  ○ Examiner's Statement of Reasons for Allowance from September 27, 2018 at TETRATECH_0005718–19 <br>• Prosecution History of CA2892885 at TETRATECH_0018625–26; TETRATECH_0018690 <br><br>**Extrinsic Evidence**: <br>• ROBERT B. FISHER ET AL., DICTIONARY OF COMPUTER VISION AND IMAGE PROCESSING (2d ed. 2014) <br>  ○ Sliding window <br>• THE MATHWORKS, IMAGE PROCESSING TOOLBOX FOR USE |

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| | | | | WITH MATLAB: USER'S GUIDE VERSION 5 at 14-5 (2004)<br>• Expert Declaration of Dr. David Frakes |
| "moving the gradient neighborhood like a sliding window over the 3D elevation data"<br><br>(claims 1 and 22 of the '293 patent) | Plain and ordinary meaning. No further construction by the Court is necessary. | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.*, 9:44-54, 10:26-35, 11:12-17, 11:51-55, 11:59-63, 12:44-54, 13:49-59, 14:22-24, 15:23-33, Figures 5, 6, 7, 8, 12, 13, 18.<br><br>**Extrinsic Evidence**:<br>Expert Declaration of Dr. Vassilios Morellas | sequentially and completely applying the gradient neighborhood to the 3D elevation data and calculating differential vertical measurements for each position | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.* 11:12–17; 11:51–56; 11:59–63; 6:66–67; 9:50–56; 10:26–37; Figs. 5–8; Claims 1, 22<br>• '557 Patent Claim 1; '556 Patent Claim 1<br>• U.S. Prov. Pat. No. 62/118,600P at TETRATECH_0018509–11<br>• Prosecution History of U.S. Patent No. 10,362,293, including, *e.g.*,<br>  o Applicant Remarks Made in July 23, 2018 Office Action Response at TETRATECH_0005328–29<br>  o Examiner's Statement of Reasons for Allowance from |

6

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| | | | | September 27, 2018 at TETRATECH_0005718–19<br>• Prosecution History of CA2892885 at TETRATECH_0018625–26; TETRATECH_0018690<br><br>**Extrinsic Evidence**:<br>• ROBERT B. FISHER ET AL., DICTIONARY OF COMPUTER VISION AND IMAGE PROCESSING (2d ed. 2014)<br>  o Gradient; Neighborhood; Sliding window<br>• Expert Declaration of Dr. David Frakes |
| "track elevation map"[1] | Plain and ordinary meaning. No | **Intrinsic Evidence**<br>• '293 patent at, *e.g.*, 2:11-14, 6:60-61, 6:64-65, 7:10-14, 7:31- | representation of both the height (elevation) and | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.* 6:60–61; 7:10–14; 7:31–32; 9:17–21; |

---

[1] Tetra Tech contends "track elevation map" and "three dimensional elevation map" are two separate claim terms and should be in separate rows of the chart.

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| (claims 1, 15, and 36 of the '293 patent) "three dimensional elevation map" (claim 22 of the '293 patent) | further construction by the Court is necessary. | 32, 9:17-21, 12:65-13:3, 16:10-11, Figures 2, 4, 10, 11, 12, 19.<br><br>**Extrinsic Evidence**:<br>Expert Declaration of Dr. Vassilios Morellas | intensity of reflected laser light (intensity) at each data point within an area across the entire width of the railway track bed | 16:10–14; Figs. 2, 10, 11, 19; Claims 1, 22<br>• U.S. Prov. Pat. No. 62/118,600P at TETRATECH_018500; TETRATECH_018503; TETRATECH_018505; TETRATECH_018508; TETRATECH_018523<br>• Prosecution History of U.S. Patent No. 10,362,293, including, *e.g.*,<br>  o Original claims 1 and 24 as filed at TETRATECH_0003246, TETRATECH_0003251<br>  o Claims 1 and 24 as amended in July 31, 2017 Office Action Response at TETRATECH_0005076, TETRATECH_0005081<br>  o Applicant Remarks Made in July 31, 2017 Office Action |

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| | | | | Response at TETRATECH_0005086, TETRATECH_0005088<br>o Remarks in January 15, 2018 Office Action Response at TETRATECH_0005213–15<br>• '556 Patent Claim 10<br>• Prosecution History of CA2892885 at TETRATECH_0018625; TETRATECH_0018668<br><br>**Extrinsic Evidence**:<br>• Expert Declaration of Dr. David Frakes |
| "identifying"<br><br>(claims 1, 2, 15, 19–21, 22, 23, 36, 42 of the '293 patent) | Plain and ordinary meaning. No further construction by the Court is necessary. | **Intrinsic Evidence:**<br>• '293 patent at, e.g., 9:28-36, 9:40-41, 9:44-46, 9:56, 9:61-64, 11:21-22, 13:25-26, 16:28-30, 16:56-57, 17:1-2, 17:29, 18:12-13, 18:44, 18:65-67, 19:23, 26:48-50, 27:17. | assigning a class to a portion of the track elevation map [three dimensional elevation map] | **Intrinsic Evidence:**<br>• '293 Patent: 1:46–48; 1:51–54; 2:11–14; 7:47–49; 10:4–14; 14:16–18; 14:61–63; 18:11–13; 18:42–44; 26:48–53; 27:16–18; Claims 1–3, 5–9, 11–12, 15, 17–24, 30, 33, 36, 42 |

9

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| | | **Extrinsic Evidence:**<br>Expert Declaration of Dr. Vassilios Morellas | based on a predetermined rule or model | • U.S. Prov. Pat. No. 62/118,600P at TETRATECH_0018499; TETRATECH_0018509–10; TETRATECH_0018543.<br><br>**Extrinsic Evidence:**<br>• Robert M. Haralick & Linda G. Shapiro, *Glossary of Computer Vision Terms*, 24 PATTERN RECOGNITION 69 (1991)<br>  o Identified<br>• Expert Declaration of Dr. David Frakes |
| "is configured to run an algorithm"<br><br>(claim 1 of the '293 patent) | Plain and ordinary meaning. No further construction by the Court is necessary. | **Intrinsic Evidence:**<br>• '293 patent at, *e.g.*, 8:53-59, 9:22-28, 10:21-24, 11:45-48, 12:32-35, 13:39-43, 15:10-15, 17:7:10, 18:11-13, 19:13-16, 20:21-24, 23:10:14, 25:25-29, 27:66-28:3. | is set up to run the algorithmic steps without modification | **Intrinsic Evidence:**<br>• '293 Patent: 7:47–49; 18:11–13; Claim 1<br>• U.S. Prov. Pat. No. 62/118,600P at TETRATECH_0018503 |

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| | If the Court believes further construction in accordance with the plain and ordinary meaning is necessary, Tetra Tech proposes: "is programmed to run an algorithm" | **Extrinsic Evidence**: Expert Declaration of Dr. Vassilios Morellas | | **Extrinsic Evidence**: <br>• DOUGLAS E. DOWNING ET AL., DICTIONARY OF COMPUTER & INTERNET TERMS (10th ed. 2009) <br>   o Configure <br>• Expert Declaration of Dr. David Frakes |
| "the algorithm comprising the steps of:" a, b, c, d <br><br>(claim 1 of the '293 patent) <br><br>"the method comprising the | Plain and ordinary meaning. No further construction by the Court is necessary. | **Intrinsic Evidence:** <br>• '293 patent at, e.g., 2:55-62, 5:8-15, 29:39-55, 31:43-61. <br><br>**Extrinsic Evidence:** <br>Expert Declaration of Dr. Vassilios Morellas | the algorithm must be configured to run the steps [the method steps must be performed] in the recited order | **Intrinsic Evidence:** <br>• '293 Patent: 9:2–5; 9:17–21; 9:22–25; 9:33–36; Claims 1, 22 <br>• U.S. Prov. Pat. No. 62/118,600P at TETRATECH_0018505; TETRATECH_0018508–09. <br><br>**Extrinsic Evidence:** <br>• Expert Declaration of Dr. David Frakes |

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| steps of:" a, b, c, d<br><br>(claim 22 of the '293 patent) | | | | |
| "significant vertical gradient edges over a two dimensional area wherein such vertical gradient edges are greater than a minimum rail height threshold"<br><br>(claims 2, 23 of the '293 patent) | Plain and ordinary meaning. No further construction by the Court is necessary. | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.*, 9:44-10:2, 10:21-59, 29:58-61, 31:64-67, Figures 5, 6.<br><br>**Extrinsic Evidence:**<br>Expert Declaration of Dr. Vassilios Morellas | edges in the track elevation map [three dimensional elevation map] where the change in railway track bed height over an area is greater than a predetermined amount | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.*, 9:44–65; 10:21–22; 10:26–40; 10:56–59; Figs. 4, 6; Claims 2, 23<br>• U.S. Prov. Pat. No. 62/118,600P at TETRATECH_0018509–511<br><br>**Extrinsic Evidence**:<br>• ROBERT B. FISHER ET AL., DICTIONARY OF COMPUTER VISION AND IMAGE PROCESSING (2d ed. 2014)<br>  ○ Edge; Intensity gradient; Gradient<br>• MILAN SONKA ET AL., IMAGE PROCESSING, ANALYSIS, AND |

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| | | | | MACHINE VISION at 22 (4th ed. 2015)<br>• Expert Declaration of Dr. David Frakes |
| "making a plurality of elevation measurements along and around an identified railway track bed feature"<br><br>(claims 19, 40 of the '293 patent) | Plain and ordinary meaning. No further construction by the Court is necessary. | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.*, 2:11-14, 6:60-61, 6:64-65, 7:10-14, 7:31-32, 8:64-9:14; 20:42-46, 24:16-18, 24:38-53, 25:59-67, Figures 1, 2, 4, 10, 11, 12, 19, 42.<br><br>**Extrinsic Evidence:**<br>Expert Declaration of Dr. Vassilios Morellas | after identifying a railway track bed feature, making at least two elevation measurements at predetermined locations defined relative to the identified railway track bed feature | **Intrinsic Evidence**:<br>• '293 patent at, *e.g.*, 8:17–18; 24:12–32; 24:35–44; 24:53–59; Figs. 41–42; Claims 19, 40<br>• U.S. Prov. Pat. No. 62/118,600P at TETRATECH_0018539, TETRATECH_0018541<br>• Prosecution History of U.S. Patent No. 10,362,293, including, *e.g.*,<br>  o Claims 19 and 42 as amended in July 31, 2017 Office Action Response at TETRATECH_0005079, TETRATECH_0005084 |

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| | | | | **Extrinsic Evidence**:<br>• Expert Declaration of Dr. David Frakes |

U.S. Patent No. 10,616,557 (served on September 20, 2021)

| Term | Tetra Tech's Construction | Tetra Tech's Supporting Evidence | Pavemetrics' Construction | Pavemetrics' Supporting Evidence |
|---|---|---|---|---|
| "tie surface plane model"<br><br>(claim 8 of the '557 patent) | Plain and ordinary meaning. No further construction by the Court is necessary. | **Intrinsic Evidence**:<br>• '557 patent at, *e.g.*, 7:24-27, 7:34-41, 7:46, 10:40-46, 14:53-15:9, 15:56-63, 15:67-16:63, 17:7-67, 21:1-33, 22:44-67, Figures 15-17, 20-22, 25, 34, 42.<br><br>**Extrinsic Evidence:**<br>Expert Declaration of Dr. Vassilios Morellas | "an approximation of the like-new surface of the entire tie based on an industry-standard tie model" | **Intrinsic Evidence**:<br>• '557 patent at, *e.g.*, 14:54–56; 14:58–66; 15:56–16:3, 16:7–9; 16:18–21; 16:66–17:3; 17:16–23; Fig. 16; Fig. 25; claim 8; claim 9<br>• U.S. Prov. Pat. No. 62/118,600P at TETRATECH_0018523, 26–27<br><br>**Extrinsic Evidence**:<br>• ROBERT B. FISHER ET AL., DICTIONARY OF COMPUTER VISION AND IMAGE PROCESSING (2d ed. 2014)<br>  ○ Model |

| | | | | |
|---|---|---|---|---|
| | | | | • OXFORD UNIVERSITY PRESS, LEXICO.COM US ENGLISH ONLINE DICTIONARY (2021), available at https://www.lexico.com/en/definition/model<br>  o Model<br>• Expert Declaration of Dr. David Frakes |
| "tie bounding box"<br><br>(claims 8, 14 of the '557 patent) | Plain and ordinary meaning. No further construction by the Court is necessary. | **Intrinsic Evidence**:<br>• '557 patent at, *e.g.*, 7:28-31, 7:34-36, 8:10-14, 14:53-15:9, 15:56-63, 16:4-33, 17:7-67, 19:13-24:11, 25:25-26:21, 27:66-29:3, Figures 17-18, 20-22, 25, 33, 35, 37-40, 46-48, Claims 5 and 7.<br><br>**Extrinsic Evidence:**<br>Expert Declaration of Dr. Vassilios Morellas | "the physical edge boundaries of a tie, defined by matching the elevation data to industry standard tie models" | **Intrinsic Evidence**:<br>• '557 patent at, *e.g.*, 14:61–15:12; 15:56–63; 16:13–16; 22:34–41; 28:61–65; Fig. 18; Fig. 20; Fig. 25; Fig. 35; Fig. 38; claims 5–8, 14<br>• U.S. Prov. Pat. No. 62/118,600P at TETRATECH_0018521–23; TETRATECH_0018536<br>• '293 patent at, *e.g.*, claims 7, 18, 28, 39<br><br>**Extrinsic Evidence**:<br>• ROBERT B. FISHER ET AL., DICTIONARY OF COMPUTER |

| | | | | |
|---|---|---|---|---|
| | | | | VISION AND IMAGE PROCESSING (2d ed. 2014)<br>o Bounding box<br>• Expert Declaration of Dr. David Frakes |
| "small area"/ "small length"[2]<br><br>(claim 10 of the '557 patent) | Plain and ordinary meaning. No further construction by the Court is necessary. | **Intrinsic Evidence**:<br>• '557 patent at, *e.g.*, 15:67-16:63, 17:7-67, Figures 20-22, 25.<br><br>**Extrinsic Evidence:**<br>Expert Declaration of Dr. Vassilios Morellas | Indefinite as a relative term with no definition or exemplary disclosure in the specification | **Intrinsic Evidence**:<br>• '557 patent at, *e.g.*, 17:36–38; Fig. 25, claim 10; claim 11<br>• U.S. Prov. Pat. No. 62/118,600P at TETRATECH_0018527<br><br>**Extrinsic Evidence**:<br>• Expert Declaration of Dr. David Frakes |

54282183

---

[2] Tetra Tech contends "small area" and "small length" are two separate claim terms and should be in separate rows of the chart.