Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:  (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**DECLARATION OF AARON PARKER IN SUPPORT OF TETRA TECH'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>**Honorable Mark C. Scarsi**<br><br>**Date:  November 15, 2021**<br>**Time:  9:00 a.m.**<br>**Courtroom:  7C** |

1

I, Aaron Parker, hereby declare as follows:

1. I am an attorney at law admitted to practice in the Commonwealth of Virginia and the District of Columbia and before the United States Court of Appeals for the Federal Circuit and United States Court of Appeals for the Fourth Circuit, among others, and I have been admitted *pro hac vice* in this matter. I am a partner of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys for Defendant and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), in the above-captioned matter. The facts stated herein are true and correct and of my personal knowledge, and if called and sworn as a witness, I could and would competently testify thereto under oath.

2. I make this declaration in support of Tetra Tech's Opening Claim Construction Brief.

3. Attached as Exhibit A hereto is a true and correct copy of U.S. Patent No. 10,362,293 (TETRATECH_0000001-71).

4. Attached as Exhibit B hereto is a true and correct copy of U.S. Patent No. 10,616,557 (TETRATECH_0031210-77).

5. Attached as Exhibit C hereto is a true and correct copy of portions of Handbook of Computer Vision and Applications, Volume 2, Signal Processing and Pattern Recognition (PAVEMETRICS0092058-68, PAVEMETRICS0092176-78).

6. Attached as Exhibit D hereto is a true and correct copy of portions of Intel Integrated Performance Primitives for Intel Architecture, Reference Manual, Volume 2: Image and Video Processing (PAVEMETRICS0093586-623, PAVEMETRICS0093650-52).

7. Attached as Exhibit E hereto is a true and correct copy of portions of Dictionary of Computer Vision and Image Processing, Second Edition (PAVEMETRICS0097580-89, PAVEMETRICS0097854-56).

8. Attached as Exhibit F hereto is a true and correct copy of portions of Dictionary of Computer and Internet Terms, Tenth Edition (PAVEMETRICS0093025-

28, PAVEMETRICS0093141-43)

9. Attached as Exhibit G hereto is a true and correct copy of the Curriculum Vitae of Dr. Vassilios Morellas.

10. Attached as Exhibit H hereto is a true and correct copy of the Declaration of Dr. Vassilios Morellas dated October 4, 2021.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Washington, D.C. on October 4, 2021.

By: _____
Aaron L. Parker