# EXHIBIT C



# HANDBOOK OF COMPUTER VISION AND APPLICATIONS

## Volume 2
## Signal Processing and Pattern Recognition

Bernd Jähne
Horst Haußecker
Peter Geißler



ACADEMIC
PRESS

Exhibit C
143

PAVEMETRICS0092058

# Handbook of Computer Vision and Applications

## Volume 2
## Signal Processing and Pattern Recognition

Exhibit C
144

PAVEMETRICS0092059

**Exhibit C**
**145**

PAVEMETRICS0092060

# Handbook of Computer Vision and Applications

## Volume 2
## Signal Processing and Pattern Recognition

**Editors**
**Bernd Jähne**

Interdisciplinary Center for Scientific Computing
University of Heidelberg, Heidelberg, Germany
and
Scripps Institution of Oceanography
University of California, San Diego

**Horst Haußecker**
**Peter Geißler**

Interdisciplinary Center for Scientific Computing
University of Heidelberg, Heidelberg, Germany



ACADEMIC PRESS

San Diego   London   Boston
New York   Sydney   Tokyo   Toronto

**Exhibit C**
**146**

PAVEMETRICS0092061

This book is printed on acid-free paper. ∞

Copyright © 1999 by Academic Press.

All rights reserved.
No part of this publication may be reproduced or transmitted in any form or
by any means, electronic or mechanical, including photocopy, recording, or
any information storage and retrieval system, without permission in writing
from the publisher.

The appearance of code at the bottom of the first page of a chapter in this book
indicates the Publisher's consent that copies of the chapter may be made for
personal or internal use of specific clients. This consent is given on the con-
dition, however, that the copier pay the stated per-copy fee through the Copy-
right Clearance Center, Inc. (222 Rosewood Drive, Danvers, Massachusetts
01923), for copying beyond that permitted by Sections 107 or 108 of the U.S.
Copyright Law. This consent does not extend to other kinds of copying, such
as copying for general distribution, for advertising or promotional purposes,
for creating new collective works, or for resale. Copy fees for pre-1999 chap-
ters are as shown on the title pages; if no fee code appears on the title page,
the copy fee is the same as for current chapters. ISBN 0-12-379770-5/$30.00

ACADEMIC PRESS
*A Division of Harcourt Brace & Company*
525 B Street, Suite 1900, San Diego, CA 92101-4495
http://www.apnet.com

ACADEMIC PRESS
24-28 Oval Road, London NW1 7DX, UK
http://www.hbuk.co.uk/ap/

**Library of Congress Cataloging-In-Publication Data**
Handbook of computer vision and applications / edited by Bernd Jähne,
Horst Haussecker, Peter Geissler.
    p. cm.
  Includes bibliographical references and indexes.
  Contents: v. 1. Sensors and imaging—v. 2. Signal processing and
pattern recognition—v. 3. Systems and applications.
  ISBN 0-12-379770-5 (set).—ISBN 0-12-379771-3 (v. 1)
  ISBN 0-12-379772-1 (v. 2).—ISBN 0-12-379773-X (v. 3)
  1. Computer vision—Handbooks, manuals. etc. I. Jähne, Bernd
  1953– . II. Haussecker, Horst, 1968–  . III. Geissler, Peter, 1966– .
TA1634.H36  1999
006.3'7—dc21                                              98-42541
                                                              CIP

Printed in the United States of America
99  00  01  02  03  DS  9  8  7  6  5  4  3  2  1

**Exhibit C**
**147**

PAVEMETRICS0092062

# Contents

Preface    xi

Contributors    xiii

**1 Introduction**    1
*B. Jähne*

1.1  Signal processing for computer vision . . . . . . . . . . . . . .  2
1.2  Pattern recognition for computer vision . . . . . . . . . . . . .  3
1.3  Computational complexity and fast algorithms . . . . . . . .  4
1.4  Performance evaluation of algorithms . . . . . . . . . . . . . .  5
1.5  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  6

**I  Signal Representation**

**2 Continuous and Digital Signals**    9
*B. Jähne*

2.1  Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10
2.2  Continuous signals . . . . . . . . . . . . . . . . . . . . . . . . . .  10
2.3  Discrete signals . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13
2.4  Relation between continuous and discrete signals . . . . . . .  23
2.5  Quantization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  30
2.6  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  34

**3 Spatial and Fourier Domain**    35
*B. Jähne*

3.1  Vector spaces and unitary transforms . . . . . . . . . . . . . .  35
3.2  Continuous Fourier transform (FT) . . . . . . . . . . . . . . . .  41
3.3  The discrete Fourier transform (DFT) . . . . . . . . . . . . . . .  51
3.4  Fast Fourier transform algorithms (FFT) . . . . . . . . . . . . .  57
3.5  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  66

**4 Multiresolutional Signal Representation**    67
*B. Jähne*

4.1  Scale in signal processing . . . . . . . . . . . . . . . . . . . . . .  67
4.2  Scale filters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  70
4.3  Scale space and diffusion . . . . . . . . . . . . . . . . . . . . . .  76
4.4  Multigrid representations . . . . . . . . . . . . . . . . . . . . . .  84
4.5  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  90

**Exhibit C
148**

PAVEMETRICS0092063

vi                                                                                          *Contents*

## II  Elementary Spatial Processing

**5  Neighborhood Operators**                                                                 93
   *B. Jähne*

   5.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .            94
   5.2   Basics  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .             94
   5.3   Linear shift-invariant filters . . . . . . . . . . . . . . . . . . . . .              98
   5.4   Recursive filters . . . . . . . . . . . . . . . . . . . . . . . . . . . .            106
   5.5   Classes of nonlinear filters . . . . . . . . . . . . . . . . . . . . . .             113
   5.6   Efficient neighborhood operations . . . . . . . . . . . . . . . . . .                116
   5.7   References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .             124

**6  Principles of Filter Design**                                                           125
   *B. Jähne, H. Scharr, and S. Körkel*

   6.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .           125
   6.2   Filter design criteria . . . . . . . . . . . . . . . . . . . . . . . . . .           126
   6.3   Windowing techniques . . . . . . . . . . . . . . . . . . . . . . . . . .             128
   6.4   Filter cascading . . . . . . . . . . . . . . . . . . . . . . . . . . . . .           132
   6.5   Filter design as an optimization problem . . . . . . . . . . . . .                   133
   6.6   Design of steerable filters and filter families . . . . . . . . . . .               143
   6.7   References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .             151

**7  Local Averaging**                                                                       153
   *B. Jähne*

   7.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .           153
   7.2   Basic features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .           154
   7.3   Box filters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .          158
   7.4   Binomial filters . . . . . . . . . . . . . . . . . . . . . . . . . . . . .           163
   7.5   Cascaded averaging . . . . . . . . . . . . . . . . . . . . . . . . . .               167
   7.6   Weighted averaging . . . . . . . . . . . . . . . . . . . . . . . . . . .             173
   7.7   References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .             174

**8  Interpolation**                                                                         175
   *B. Jähne*

   8.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .           175
   8.2   Basics  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .            176
   8.3   Interpolation in Fourier space . . . . . . . . . . . . . . . . . . . .               180
   8.4   Polynomial interpolation . . . . . . . . . . . . . . . . . . . . . . . .             182
   8.5   Spline-based interpolation . . . . . . . . . . . . . . . . . . . . . .               187
   8.6   Optimized interpolation . . . . . . . . . . . . . . . . . . . . . . . .              190
   8.7   References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .             192

**9  Image Warping**                                                                         193
   *B. Jähne*

   9.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .           193
   9.2   Forward and inverse mapping  . . . . . . . . . . . . . . . . . . . . .               194
   9.3   Basic geometric transforms . . . . . . . . . . . . . . . . . . . . . .               195
   9.4   Fast algorithms for geometric transforms . . . . . . . . . . . . .                   199
   9.5   References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .             206

**Exhibit C**
**149**

PAVEMETRICS0092064

*Contents*                                                                vii

## III   Feature Estimation

**10 Local Structure**                                                    209
*B. Jähne*

10.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . .   210
10.2   Properties of simple neighborhoods  . . . . . . . . . . . . . .   210
10.3   Edge detection by first-order derivatives . . . . . . . . . . .   213
10.4   Edge detection by zero crossings . . . . . . . . . . . . . . .   223
10.5   Edges in multichannel images . . . . . . . . . . . . . . . . .   226
10.6   First-order tensor representation  . . . . . . . . . . . . . .   227
10.7   References . . . . . . . . . . . . . . . . . . . . . . . . . .   238

**11 Principles for Automatic Scale Selection**                           239
*T. Lindeberg*

11.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . .   240
11.2   Multiscale differential image geometry . . . . . . . . . . . .   240
11.3   A general scale-selection principle . . . . . . . . . . . . . .   247
11.4   Feature detection with automatic scale selection  . . . . . .   251
11.5   Feature localization with automatic scale selection . . . . .   262
11.6   Stereo matching with automatic scale selection . . . . . . . .   265
11.7   Summary and conclusions . . . . . . . . . . . . . . . . . . .   269
11.8   References . . . . . . . . . . . . . . . . . . . . . . . . . .   270

**12 Texture Analysis**                                                   275
*T. Wagner*

12.1   Importance of texture . . . . . . . . . . . . . . . . . . . .   276
12.2   Feature sets for texture analysis . . . . . . . . . . . . . .   278
12.3   Assessment of textural features . . . . . . . . . . . . . . .   299
12.4   Automatic design of texture analysis systems . . . . . . . .   306
12.5   References . . . . . . . . . . . . . . . . . . . . . . . . . .   307

**13 Motion**                                                             309
*H. Haußecker and H. Spies*

13.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . .   310
13.2   Basics: flow and correspondence . . . . . . . . . . . . . . .   312
13.3   Optical flow-based motion estimation  . . . . . . . . . . . .   321
13.4   Quadrature filter techniques . . . . . . . . . . . . . . . . .   345
13.5   Correlation and matching . . . . . . . . . . . . . . . . . . .   353
13.6   Modeling of flow fields  . . . . . . . . . . . . . . . . . . .   356
13.7   Confidence measures and error propagation . . . . . . . . . .   369
13.8   Comparative analysis . . . . . . . . . . . . . . . . . . . . .   373
13.9   References . . . . . . . . . . . . . . . . . . . . . . . . . .   392

**14 Bayesian Multiscale Differential Optical Flow**                      397
*E. P. Simoncelli*

14.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . .   397
14.2   Differential formulation  . . . . . . . . . . . . . . . . . .   398
14.3   Uncertainty model . . . . . . . . . . . . . . . . . . . . . .   400
14.4   Coarse-to-fine estimation . . . . . . . . . . . . . . . . . .   404
14.5   Implementation issues . . . . . . . . . . . . . . . . . . . .   410
14.6   Examples . . . . . . . . . . . . . . . . . . . . . . . . . . .   414
14.7   Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . .   419
14.8   References . . . . . . . . . . . . . . . . . . . . . . . . . .   420

**Exhibit C**                                               PAVEMETRICS0092065
**150**

## 15 Nonlinear Diffusion Filtering                                           423
*J. Weickert*

15.1  Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   424
15.2  Filter design . . . . . . . . . . . . . . . . . . . . . . . . . . . .   425
15.3  Continuous theory . . . . . . . . . . . . . . . . . . . . . . . . .   433
15.4  Algorithmic details . . . . . . . . . . . . . . . . . . . . . . . . .   436
15.5  Discrete theory . . . . . . . . . . . . . . . . . . . . . . . . . . .   439
15.6  Parameter selection . . . . . . . . . . . . . . . . . . . . . . . . .   441
15.7  Generalizations . . . . . . . . . . . . . . . . . . . . . . . . . . .   444
15.8  Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   446
15.9  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   446

## 16 Variational Methods                                                     451
*C. Schnörr*

16.1  Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   451
16.2  Processing of two- and three-dimensional images . . . . . . . .   455
16.3  Processing of vector-valued images . . . . . . . . . . . . . . . .   471
16.4  Processing of image sequences . . . . . . . . . . . . . . . . . . .   476
16.5  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   481

## 17 Stereopsis - Geometrical and Global Aspects                             485
*H. A. Mallot*

17.1  Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   485
17.2  Stereo geometry . . . . . . . . . . . . . . . . . . . . . . . . . . .   487
17.3  Global stereopsis . . . . . . . . . . . . . . . . . . . . . . . . . .   499
17.4  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   502

## 18 Stereo Terrain Reconstruction by Dynamic Programming                    505
*G. Gimel'farb*

18.1  Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   505
18.2  Statistical decisions in terrain reconstruction . . . . . . . . . .   509
18.3  Probability models of epipolar profiles . . . . . . . . . . . . . .   514
18.4  Dynamic programming reconstruction . . . . . . . . . . . . . . .   520
18.5  Experimental results . . . . . . . . . . . . . . . . . . . . . . . .   524
18.6  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   528

## 19 Reflectance-Based Shape Recovery                                        531
*R. Klette, R. Kozera, and K. Schlüns*

19.1  Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   532
19.2  Reflection and gradients . . . . . . . . . . . . . . . . . . . . . .   539
19.3  Three light sources . . . . . . . . . . . . . . . . . . . . . . . . .   552
19.4  Two light sources . . . . . . . . . . . . . . . . . . . . . . . . . .   559
19.5  Theoretical framework for shape from shading . . . . . . . . .   571
19.6  Shape from shading . . . . . . . . . . . . . . . . . . . . . . . . .   574
19.7  Concluding remarks . . . . . . . . . . . . . . . . . . . . . . . . .   586
19.8  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   587

## 20 Depth-from-Focus                                                        591
*P. Geißler and T. Dierig*

20.1  Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   592
20.2  Basic concepts . . . . . . . . . . . . . . . . . . . . . . . . . . . .   593
20.3  Principles of depth-from-focus algorithms . . . . . . . . . . . .   595

**Exhibit C**
**151**

PAVEMETRICS0092066

*Contents*                                                                                              ix

20.4   Multiple-view depth-from-focus . . . . . . . . . . . . . . .   596
20.5   Dual-view depth-from-focus . . . . . . . . . . . . . . . . .   601
20.6   Single-view depth-from-focus . . . . . . . . . . . . . . . .   608
20.7   References . . . . . . . . . . . . . . . . . . . . . . . . . .   622

**IV   Object Analysis, Classification, Modeling, Visualization**

**21   Morphological Operators**                                        627
*P. Soille*
21.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . .   628
21.2   Basics . . . . . . . . . . . . . . . . . . . . . . . . . . . .   629
21.3   Morphological operators . . . . . . . . . . . . . . . . . . .   637
21.4   Efficient computation of morphological operators . . . . . .   659
21.5   Morphological image processing . . . . . . . . . . . . . . .   664
21.6   References . . . . . . . . . . . . . . . . . . . . . . . . . .   678

**22   Fuzzy Image Processing**                                         683
*H. Haußecker and H. R. Tizhoosh*
22.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . .   684
22.2   Why fuzzy image processing? . . . . . . . . . . . . . . . . .   691
22.3   Fuzzy image understanding . . . . . . . . . . . . . . . . . .   692
22.4   Fuzzy image processing systems . . . . . . . . . . . . . . .   699
22.5   Theoretical components of fuzzy image processing . . . . . .   702
22.6   Selected application examples . . . . . . . . . . . . . . . .   714
22.7   Conclusions . . . . . . . . . . . . . . . . . . . . . . . . .   721
22.8   References . . . . . . . . . . . . . . . . . . . . . . . . . .   722

**23   Neural Net Computing for Image Processing**                      729
*A. Meyer-Bäse*
23.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . .   729
23.2   Multilayer perceptron (MLP) . . . . . . . . . . . . . . . . .   730
23.3   Self-organizing neural networks . . . . . . . . . . . . . . .   736
23.4   Radial-basis neural networks (RBNN) . . . . . . . . . . . . .   740
23.5   Transformation radial-basis networks (TRBNN) . . . . . . . .   743
23.6   Hopfield neural networks . . . . . . . . . . . . . . . . . . .   747
23.7   References . . . . . . . . . . . . . . . . . . . . . . . . . .   751

**24   Graph Theoretical Concepts for Computer Vision**                 753
*D. Willersinn et al.*
24.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . .   754
24.2   Basic definitions . . . . . . . . . . . . . . . . . . . . . .   754
24.3   Graph representation of two-dimensional digital images . . .   760
24.4   Voronoi diagrams and Delaunay graphs . . . . . . . . . . . .   762
24.5   Matching . . . . . . . . . . . . . . . . . . . . . . . . . . .   775
24.6   Graph grammars . . . . . . . . . . . . . . . . . . . . . . . .   780
24.7   References . . . . . . . . . . . . . . . . . . . . . . . . . .   786

**25   Shape Reconstruction from Volumetric Data**                      791
*R. Eils and K. Sätzler*
25.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . .   791
25.2   Incremental approach . . . . . . . . . . . . . . . . . . . . .   794

**Exhibit C**
**152**

PAVEMETRICS0092067

25.3  Three-dimensional shape reconstruction from contour lines .   797
25.4  Volumetric shape reconstruction  . . . . . . . . . . . . . . . .   802
25.5  Summary  . . . . . . . . . . . . . . . . . . . . . . . . . . . .   811
25.6  References  . . . . . . . . . . . . . . . . . . . . . . . . . . .   813

26 Probabilistic Modeling in Computer Vision                           817
   *J. Hornegger, D. Paulus, and H. Niemann*
26.1  Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . .   817
26.2  Why probabilistic models? . . . . . . . . . . . . . . . . . . .   819
26.3  Object recognition: classification and regression  . . . . . . .   821
26.4  Parametric families of model densities  . . . . . . . . . . . . .   826
26.5  Automatic model generation  . . . . . . . . . . . . . . . . . .   844
26.6  Practical issues  . . . . . . . . . . . . . . . . . . . . . . . .   850
26.7  Summary, conclusions, and discussion . . . . . . . . . . . . .   852
26.8  References  . . . . . . . . . . . . . . . . . . . . . . . . . . .   852

27 Knowledge-Based Interpretation of Images                            855
   *H. Niemann*
27.1  Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . .   855
27.2  Model of the task domain  . . . . . . . . . . . . . . . . . . .   859
27.3  Interpretation by optimization  . . . . . . . . . . . . . . . . .   864
27.4  Control by graph search  . . . . . . . . . . . . . . . . . . . .   865
27.5  Control by combinatorial optimization  . . . . . . . . . . . . .   868
27.6  Judgment function . . . . . . . . . . . . . . . . . . . . . . .   870
27.7  Extensions and remarks  . . . . . . . . . . . . . . . . . . . .   872
27.8  References  . . . . . . . . . . . . . . . . . . . . . . . . . . .   872

28 Visualization of Volume Data                                        875
   *J. Hesser and C. Poliwoda*
28.1  Selected visualization techniques  . . . . . . . . . . . . . . .   876
28.2  Basic concepts and notation for visualization  . . . . . . . . .   880
28.3  Surface rendering algorithms and OpenGL  . . . . . . . . . . .   881
28.4  Volume rendering  . . . . . . . . . . . . . . . . . . . . . . .   884
28.5  The graphics library VGL . . . . . . . . . . . . . . . . . . . .   890
28.6  How to use volume rendering . . . . . . . . . . . . . . . . . .   898
28.7  Volume rendering  . . . . . . . . . . . . . . . . . . . . . . .   901
28.8  Acknowledgments  . . . . . . . . . . . . . . . . . . . . . . .   905
28.9  References  . . . . . . . . . . . . . . . . . . . . . . . . . . .   905

29 Databases for Microscopes and Microscopical Images                  907
   *N. Salmon, S. Lindek, and E. H. K. Stelzer*
29.1  Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . .   908
29.2  Towards a better system for information management  . . . .   909
29.3  From flat files to database systems  . . . . . . . . . . . . . .   911
29.4  Database structure and content  . . . . . . . . . . . . . . . .   912
29.5  Database system requirements . . . . . . . . . . . . . . . . .   917
29.6  Data flow—how it looks in practice  . . . . . . . . . . . . . .   918
29.7  Future prospects  . . . . . . . . . . . . . . . . . . . . . . .   921
29.8  References  . . . . . . . . . . . . . . . . . . . . . . . . . . .   925

Index                                                                  927

**Exhibit C
153**                                    PAVEMETRICS0092068

## 5.1   Introduction

The extraction of features from multidimensional signals requires the
analysis of at least a local neighborhood. It is obvious that any process-
ing of individual pixels, so-called *point operations*, will be of no use for
this task. Such operations are just "cosmetics," changing the visual im-
pression of the image but not extracting any useful information. By
analysis of the local neighborhood a rich set of features can already be
extracted. We can distinguish areas of constant gray values from those
that contain an edge, a texture, or just noise.

Thus this chapter gives an important theoretical basis for lowlevel
signal processing. We first discuss some basics, provide a general def-
inition of neighborhood operators and introduce a useful operator no-
tation (Section 5.2.3). The main part of the chapter is devoted to a
detailed discussion of the various classes of neighborhood operators:
linear shift-invariant operators or convolution operators (Section 5.3),
and various classes of nonlinear operators (Section 5.5). In this respect
we will also discuss the principal limitations of linear operators in Sec-
tion 5.5.1. The last section of the chapter (Section 5.6) focuses on more
practical questions. Can we establish some general rules as to how
to compute neighborhood operators in an efficient way? How do we
handle neighborhood operators at the borders of images?

## 5.2   Basics

### 5.2.1   Definition of neighborhood operators

A neighborhood operator takes the gray values of the neighborhood
around a point, performs some operations with them, and writes the
result back on the pixel. This operation is repeated for all points of
the signal. Therefore, we can write a neighborhood operation with a
multidimensional continuous signal $g(\boldsymbol{x})$ as

$$g'(\boldsymbol{x}) = N(\{g(\boldsymbol{x}')\}, \forall (\boldsymbol{x} - \boldsymbol{x}') \in M) \qquad (5.1)$$

where $M$ is an area, called *mask*, *region of support*, or *structure element*.
The size and shape of $M$ determines the neighborhood operation by
specifying the input values of $g$ in the area $M$ shifted with its origin to
the point $\boldsymbol{x}$. The neighborhood operation $N$ itself is not specified here.
It can be of any type; its result determines the value of the output $g'$
at $\boldsymbol{x}$. For symmetry reasons the mask is often symmetric and has its
center of gravity in the origin.

For digital signals a general neighborhood operation can be expressed
as

$$G'_{m,n} = N(G_{m'-m,n'-n}), \forall [m, n]^T \in M \qquad (5.2)$$

**Exhibit C**
**154**

PAVEMETRICS0092176



***Figure 5.1:*** *Mask or structure element with **a** continuous; and **b** digital 2-D signals on a square lattice. The point that receives the result is marked.*



***Figure 5.2:*** *Various types of symmetric masks on 2-D lattices: **a** $2 \times 2$ mask; and **b** $3 \times 3$ mask on a square lattice. **c** and **d** nearest-neighborhood mask on a hexagonal lattice.*

or by equivalent expressions for dimensions other than two.

Although these equations do not specify in any way the type of neighborhood operation that is performed, they still reveal the common structure of all neighborhood operations. Thus very general strategies can be developed to compute them efficiently as discussed in Section 5.6.

### 5.2.2   Shape and symmetry of neighborhoods

As we have seen, any type of neighborhood operator is first determined by the size of the mask. With continuous signals, the mask may take any shape. With digital data on orthogonal lattices, the mask is normally of rectangular shape. In any case, we must also specify the point relative to the mask which receives the result of the operation (Fig. 5.1).

With regard to symmetry, the most natural choice is to place the result of the operation at the pixel in the center of the mask. While this is straightforward for continuous masks, it requires more thought for digital signals. Natural choices for masks on an orthogonal lattice are rectangles. Basically there are two types of symmetric masks: masks with an even or odd size of pixels in each direction. For odd-sized masks, the symmetry center coincides with the central pixel and, thus, seems to be a good choice (Fig. 5.2b). The smallest size of odd-sized masks includes only the directly neighboring pixels. In one, two, and three dimensions, the mask includes 3, 9, and 27 pixels, respectively.

**Exhibit C**
**155**                                                PAVEMETRICS0092177

In contrast, even-sized masks seem not to be suitable for neighborhood operations because there is no pixel that lies in the center of the mask. With a trick, we can apply them nevertheless, and they turn out to be useful for certain types of neighborhood operations. The result of the neighborhood operation is simply written back to pixels that lie in between the original pixels (Fig. 5.2a). Thus, the resulting image is shifted by half the pixel distance into every direction and the receiving central pixel lies directly in the center of the neighborhoods. In effect, the resulting image has one pixel less in every direction. It is very important to be aware of this shift by half the pixel distance. Therefore, image features computed by even-sized masks should never be combined with original gray values because this would lead to considerable errors. Also, a mask must either be even-sided or odd-sized in *all* directions for multidimensional digital signals. Otherwise, the output lattices do not coincide.

On a hexagonal lattice (Section 2.3.1), two types of masks exist. For one type the output lattice coincides with the input lattice, for the other the output lattice lies in the center of the triangle spanned by three lattice points of the input lattice (Fig. 5.2c and d). The smallest masks have 7 and 3 pixels, respectively.

The number of pixels contained in the masks increases considerably with their size. If $R$ is the linear size of a mask in $D$ dimensions, the mask has $R^D$ elements. The higher the dimension the faster the number of elements with the size of the mask increases. Even small neighborhoods include hundreds or thousands of elements. Therefore, it will be a challenging task for higher-dimensional signal processing to develop efficient schemes to compute a neighborhood operation with as few computations as possible. Otherwise, it would not be possible to use them at all.

The challenge for efficient computation schemes is to decrease the number of computations from $O(R^D)$ to a lower order. This means that the number of computations is no longer proportional to $R^D$ but rather to a lower order of the size $R$ of the mask. The ultimate goal is to achieve computation schemes that increase only linearly with the size of the mask ($O(R^1)$) or, even better, do not depend at all on the size of the mask ($O(R^0)$).

### 5.2.3   Operator notation

In this section, we introduce an *operator notation* for signal processing operations. It helps us to make complex composite neighbor operations easily comprehensible. All operators will be written in calligraphic letters, as $\mathcal{B}, \mathcal{D}, \mathcal{H}, \mathcal{S}$. We write

$$\boldsymbol{G}' = \mathcal{H}\boldsymbol{G} \qquad (5.3)$$

**Exhibit C**
**156**

PAVEMETRICS0092178