# EXHIBIT D



# Intel® Integrated Performance Primitives for Intel® Architecture

Reference Manual, Volume 2: Image and Video Processing

*March 2009*

Disclaimer and Legal Information

Document Number: A70805-025US

World Wide Web: http://www.intel.com

PAVEMETRICS0093586

**Exhibit D**
**158**

PAVEMETRICS0093587

| Version | Version Information | Date |
|---|---|---|
| -1001 | Documents Intel© Integrated Performance Primitives (Inte© IPP) release 1.0 beta. | 07/2000 |
| -1002 | Documents Intel IPP 1.0 beta 2 . Alpha composition, color twist, gamma correction, and FFT/DFT/DCT functions have been added. | 09/2000 |
| -1003 | Documents Intel IPP 1.0 final release. Includes new functionality: wavelet transforms, computer vision functions, and extended geometric transforms. New data initialization, arithmetic, and color conversion functions have also been added | 02/2001 |
| -1101 | Documents Intel IPP release 1.1 beta. JPEG codec functions have been added. | 04/2001 |
| -2001 | Documents Intel IPP release 2.0 beta. Video processing functions for H.263+ and MPEG-4 decoders and wavelet transform functions for JPEG codec have been added. | 08/2001 |
| -2002 | Documents Intel IPP release 2.0 gold. Library common functions have been added. New flavors of arithmetic, conversion, filtering, statistics, and JPEG codec functions are included. | 11/2001 |
| -3001 | Documents Intel IPP 3.0 pre-beta. Function flavors to support compatibility layer with domain library have been added. JPEG200 codec functions have been extended. Video decoding functions have been added. | 04/2002 |
| -3002 | Documents Intel IPP 3.0 beta release. | 06/2002 |
| -3003 | Documents Intel IPP 3.0 beta update. Video encoding functions were added. | 09/2002 |
| -3004 | Documents Intel IPP 3.0. The set of MPEG-4 video processing functions was extended. | 11/2002 |
| -4001 | Documents Intel IPP 4.0 beta. New functions for cross-architecture development added. | 05/2003 |
| -4002 | Documents Intel IPP 4.0 release. | 10/2003 |
| -013 | Documents Intel IPP 4.1 beta release. | 04/2004 |
| -014 | Documents Intel IPP 4.1 release. Added new color conversion functions and flavors for computer vision functions. Updated descriptions of H.264 video coding functions. | 07/2004 |
| -015 | Documents Intel IPP 5.0 beta release. Added new image support and arithmetic functions, as well as morphological, filtering, and video coding functions. Considerably extended the set of color conversion, computer vision, and image transform functions. | 04/2005 |
| -016 | Documents Intel IPP 5.0 release. Added new data exchange, image color converion, filtering, image statistics, image geometric transform, and computer vision functions and function flavors. | 08/2005 |
| -017 | Documents Intel IPP 5.1 beta release. Added advanced morphology, deconvolution, new computer vision, image arithmetic and geometric transform, and video coding functions, new FFT and DFT function flavors. | 03/2006 |
| -018 | Documents Intel IPP 5.2 beta release. Added new image statistics, filtering, color conversion and image compression functions; new computer vision primitives for image inpainting and segmentation; new H.264, DV, and VC-1 decoder function descriptions and function flavors. | 10/2006 |

3

PAVEMETRICS0093588

| Version | Version Information | Date |
|---------|---------------------|------|
| -019 | Documents Intel IPP 5.2 release. Added new image data exchange, statistics, filtering, color conversion, geometry transforms, image compression, video coding (H.264) functions and flavors. Added new code examples for different functions. | 01/2007 |
| -020 | Documents Intel IPP 5.3 beta release. Added new image data exchange, filtering, color conversion, image compression, computer vision, video coding (VC-1 encoder) functions and flavors. Added new code examples for different functions (filtering, computer vision, image compression, video coding, image transforming). | 06/2007 |
| -021 | Documents Intel IPP 5.3 release. Added new color conversion, filtering, arithmetic, thresholding and deinterlacing functions. Added description of new AVS video codec. | 09/2007 |
| -022 | Documents Intel IPP 6.0 beta release. Added new color conversion, computer vision, denoising and filtering functions. Added new functions for super-resolution algorithm. | 02/2008 |
| -023 | Documents Intel IPP 6.0 release. Added new color conversion, image processing functions; new functions for video coding (general functions, H.264 and AVS codecs). Added texture compression functions. | 08/2008 |
| -024 | Documents Intel IPP 6.1 Beta release. Added descriptions of new high definition photo coding, geometry transform, and video coding functions. | 01/2009 |
| -025 | Documents Intel IPP 6.1 release. Added descriptions of new alpha composition, filtering, color conversion, texture compression, data exchange, and video coding functions. | 03/2009 |

PAVEMETRICS0093589

INFORMATION IN THIS DOCUMENT IS PROVIDED IN CONNECTION WITH INTEL© PRODUCTS. NO LICENSE, EXPRESS OR IMPLIED, BY ESTOPPEL OR OTHERWISE, TO ANY INTELLECTUAL PROPERTY RIGHTS IS GRANTED BY THIS DOCUMENT. EXCEPT AS PROVIDED IN INTEL'S TERMS AND CONDITIONS OF SALE FOR SUCH PRODUCTS, INTEL ASSUMES NO LIABILITY WHATSOEVER, AND INTEL DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTY, RELATING TO SALE AND/OR USE OF INTEL PRODUCTS INCLUDING LIABILITY OR WARRANTIES RELATING TO FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, OR INFRINGEMENT OF ANY PATENT, COPYRIGHT OR OTHER INTELLECTUAL PROPERTY RIGHT.

UNLESS OTHERWISE AGREED IN WRITING BY INTEL, THE INTEL PRODUCTS ARE NOT DESIGNED NOR INTENDED FOR ANY APPLICATION IN WHICH THE FAILURE OF THE INTEL PRODUCT COULD CREATE A SITUATION WHERE PERSONAL INJURY OR DEATH MAY OCCUR.

Intel may make changes to specifications and product descriptions at any time, without notice. Designers must not rely on the absence or characteristics of any features or instructions marked "reserved" or "undefined." Intel reserves these for future definition and shall have no responsibility whatsoever for conflicts or incompatibilities arising from future changes to them. The information here is subject to change without notice. Do not finalize a design with this information.

The products described in this document may contain design defects or errors known as errata which may cause the product to deviate from published specifications. Current characterized errata are available on request.

Contact your local Intel sales office or your distributor to obtain the latest specifications and before placing your product order.

Copies of documents which have an order number and are referenced in this document, or other Intel literature, may be obtained by calling 1-800-548-4725, or by visiting Intel's Web Site.

Intel processor numbers are not a measure of performance. Processor numbers differentiate features within each processor family, not across different processor families. See http://www.intel.com/products/processor_number for details.

MPEG-1, MPEG-2, MPEG-4, H.261, H.263, H.264, MP3, DV, VC-1, MJPEG, AC3, and AAC are international standards promoted by ISO, IEC, ITU, ETSI and other organizations. Implementations of these standards, or the standard enabled platforms may require licenses from various entities, including Intel Corporation.

BunnyPeople, Celeron, Celeron Inside, Centrino, Centrino Atom, Centrino Inside, Centrino logo, Core Inside, FlashFile, i960, InstantIP, Intel, Intel logo, Intel386, Intel486, IntelDX2, IntelDX4, IntelSX2, Intel Atom, Intel Core, Intel Inside, Intel Inside logo, Intel. Leap ahead., Intel. Leap ahead. logo, Intel NetBurst, Intel NetMerge, Intel NetStructure, Intel SingleDriver, Intel SpeedStep, Intel StrataFlash, Intel Viiv, Intel vPro, Intel XScale, Itanium, Itanium Inside, MCS, MMX, Oplus, OverDrive, PDCharm, Pentium, Pentium Inside, skoool, Sound Mark, The Journey Inside, Viiv Inside, vPro Inside, VTune, Xeon, and Xeon Inside are trademarks of Intel Corporation in the U.S. and other countrie .

* Other names and brands may be claimed as the property of others.

Copyright© 2000-2009, Intel Corporation. All rights reserved.

5

PAVEMETRICS0093590

PAVEMETRICS0093591

# *Contents*

**Version Information**......................................................................... **3**

**Legal Information**............................................................................. **5**

**Chapter 1: Overview**

    About This Software.............................................................39

        Hardware and Software Requirements.........................39

        Platforms Supported..................................................40

        Cross-Architecture Alignment....................................40

        API Changes in Version 5.0.......................................40

        Technical Support......................................................41

        Intel® IPP Code Samples...........................................41

    About This Manual...............................................................41

        Manual Organization.................................................41

        Function Descriptions................................................43

        Audience for This Manual..........................................43

        Related Publications..................................................43

        Notational Conventions.............................................44

**Chapter 2: Intel® Integrated Performance Primitives Concepts**

    About This Software.............................................................47

        Basic Features..........................................................47

        Function Naming.......................................................48

            Data-Domain......................................................48

            Name.................................................................49

            Data Types.........................................................49

PAVEMETRICS0093592

Descriptor................................................................51

Parameters.............................................................52

Function Prototypes in Intel IPP.............................................52

Integer Result Scaling.....................................................53

Error  Reporting..........................................................54

Structures  and  Enumerators................................................58

Function  Context  Structures.......................................64

Image Data Types and Ranges...............................................64

Major Operation Models....................................................65

Neighborhood  Operations...........................................66

Regions of Interest in Intel IPP....................................66

Tiled  Image  Processing..............................................70

## Chapter 3: Support Functions

Version Information Function................................................71

GetLibVersion.......................................................72

Status Information Function.................................................73

ippGetStatusString..................................................73

Memory Allocation Functions...............................................74

Malloc.............................................................75

Free...............................................................76

## Chapter 4:  Image Data Exchange and Initialization Functions

Convert...............................................................80

Scale.................................................................85

Set...................................................................88

Copy.................................................................91

CopyManaged..........................................................95

CopyConstBorder.......................................................96

CopyReplicateBorder.....................................................99

CopyWrapBorder.......................................................103

CopySubpix............................................................106

CopySubpixIntersect.....................................................107

**Exhibit D**
**164**

PAVEMETRICS0093593

Dup..............................................................................................111
Transpose......................................................................................112
SwapChannels................................................................................114
AddRandUniform_Direct....................................................................117
AddRandGauss_Direct.......................................................................119
ImageJaehne...................................................................................120
ImageRamp....................................................................................122
SampleLine.....................................................................................124
ZigzagFwd8x8.................................................................................125
ZigzagInv8x8..................................................................................127
Row Oriented Resampling...................................................................128
         ResampleRowGetSize................................................................129
         ResampleRowInit....................................................................130
         ResampleRowGetBorderWidth.....................................................131
         ResampleRow, ResampleRowReplicateBorder....................................131

## Chapter 5: Image Arithmetic and Logical Operations

Arithmetic Operations........................................................................138
         Add....................................................................................138
         AddC...................................................................................143
         AddSquare............................................................................147
         AddProduct............................................................................149
         AddWeighted..........................................................................150
         Mul.....................................................................................153
         MulC...................................................................................156
         MulScale..............................................................................160
         MulCScale.............................................................................162
         Sub....................................................................................165
         SubC...................................................................................168
         Div.....................................................................................172
         Div_Round.............................................................................175
         DivC...................................................................................178

PAVEMETRICS0093594

Abs....................................................................................182
AbsDiff..............................................................................184
AbsDiffC............................................................................185
Sqr....................................................................................186
Sqrt...................................................................................189
Ln......................................................................................192
Exp....................................................................................195
Complement......................................................................197
DotProd.............................................................................198
DotProdCol........................................................................200
Logical Operations...................................................................201
And....................................................................................201
AndC..................................................................................203
Or......................................................................................205
OrC....................................................................................208
Xor.....................................................................................210
XorC...................................................................................212
Not.....................................................................................215
RShiftC...............................................................................217
LShiftC...............................................................................219
Alpha Composition....................................................................222
AlphaComp.........................................................................224
AlphaCompC......................................................................226
AlphaPremul......................................................................229
AlphaPremulC....................................................................231

## Chapter 6: Image Color Conversion

Gamma Correction.....................................................................243
CIE Chromaticity Diagram and Color Gamut..................................244
Color Models.............................................................................246
Image Downsampling.................................................................263
RGB Image Formats....................................................................265

PAVEMETRICS0093595

Pixel and Planar Image Formats...............................................266
Color Model Conversion..........................................................271
    RGBToYUV......................................................................271
    YUVToRGB......................................................................274
    RGBToYUV422................................................................275
    YUV422ToRGB................................................................277
    RGB565ToYUV422..........................................................279
    RGBToYUV420 .............................................................280
    YUV420ToRGB................................................................282
    BGRToYUV420................................................................283
    YUV420ToBGR................................................................285
    RGB565ToYUV420..........................................................286
    YUV420ToRGB565, YUV420ToRGB555, YUV420ToRGB444.......287
    YUV420ToRGB565Dither, YUV420ToRGB555Dither,
        YUV420ToRGB444Dither...............................................288
    BGR565ToYUV420, BGR555ToYUV420.................................289
    YUV420ToBGR565, YUV420ToBGR555, YUV420ToBGR444.......290
    YUV420ToBGR565Dither, YUV420ToBGR555Dither,
        YUV420ToBGR444Dither...............................................292
    RGBToYCbCr...................................................................293
    YCbCrToRGB..................................................................295
    YCbCrToBGR..................................................................296
    YCbCrToBGR_709CSC.....................................................297
    YCbCrToRGB565, YCbCrToRGB555, YCbCrToRGB444.............299
    YCbCrToRGB565Dither, YCbCrToRGB555Dither,
        YCbCrToRGB444Dither..................................................300
    YCbCrToBGR565, YCbCrToBGR555, YCbCrToBGR444.............302
    YCbCrToBGR565Dither, YCbCrToBGR555Dither,
        YCbCrToBGR444Dither..................................................303
    RGBToYCbCr422..............................................................305
    YCbCr422ToRGB.............................................................306
    RGBToYCrCb422..............................................................308

PAVEMETRICS0093596

YCrCb422ToRGB.............................................................309
BGRToYCbCr422.............................................................310
YCbCr422ToBGR.............................................................311
BGR565ToYCbCr422, BGR555ToYCbCr422............................313
RGBToCbYCr422, RGBToCbYCr422Gamma............................314
CbYCr422ToRGB.............................................................315
BGRToCbYCr422.............................................................316
BGRToCbYCr422_709HDTV..............................................317
CbYCr422ToBGR.............................................................319
CbYCr422ToBGR_709HDTV..............................................320
YCbCr422ToRGB565, YCbCr422ToRGB555,
    YCbCr422ToRGB444....................................................321
YCbCr422ToRGB565Dither, YCbCr422ToRGB555Dither,
    YCbCr422ToRGB444Dither............................................323
YCbCr422ToBGR565, YCbCr422ToBGR555,
    YCbCr422ToBGR444....................................................324
YCbCr422ToBGR565Dither, YCbCr422ToBGR555Dither,
    YCbCr422ToBGR444Dither............................................326
RGBToYCbCr420.............................................................328
YCbCr420ToRGB.............................................................329
YCbCr420ToRGB565, YCbCr420ToRGB555,
    YCbCr420ToRGB444....................................................330
YCbCr420ToRGB565Dither, YCbCr420ToRGB555Dither,
    YCbCr420ToRGB444Dither............................................331
RGBToYCrCb420.............................................................333
YCrCb420ToRGB.............................................................334
BGRToYCbCr420.............................................................335
BGRToYCbCr420_709CSC................................................336
BGRToYCbCr420_709HDTV..............................................338
BGRToYCrCb420_709CSC................................................339
YCbCr420ToBGR.............................................................340
YCbCr420ToBGR_709CSC................................................342

PAVEMETRICS0093597

YCbCr420ToBGR_709HDTV...................................................343

BGR565ToYCbCr420,  BGR555ToYCbCr420............................344

YCbCr420ToBGR565, YCbCr420ToBGR555,
    YCbCr420ToBGR444.......................................................346

YCbCr420ToBGR565Dither, YCbCr420ToBGR555Dither,
    YCbCr420ToBGR444Dither..............................................347

BGRToYCrCb420.................................................................348

BGR565ToYCrCb420,  BGR555ToYCrCb420............................349

BGRToYCbCr411..................................................................351

YCbCr411ToBGR.................................................................352

BGR565ToYCbCr411,  BGR555ToYCbCr411............................353

YCbCr411ToBGR565,  YCbCr411ToBGR555............................354

RGBToXYZ...........................................................................355

XYZToRGB..........................................................................356

RGBToLUV.........................................................................358

LUVToRGB.........................................................................360

BGRToLab...........................................................................362

LabToBGR...........................................................................364

RGBToYCC.........................................................................365

YCCToRGB.........................................................................367

RGBToHLS.........................................................................368

HLSToRGB.........................................................................370

BGRToHLS.........................................................................372

HLSToBGR.........................................................................373

RGBToHSV.........................................................................374

HSVToRGB.........................................................................376

RGBToYCoCg.....................................................................377

YCoCgToRGB.....................................................................378

BGRToYCoCg.....................................................................379

SBGRToYCoCg...................................................................380

YCoCgToBGR.....................................................................381

YCoCgToSBGR...................................................................382

13

PAVEMETRICS0093598

BGRToYCoCg_Rev.............................................................384
SBGRToYCoCg_Rev..........................................................385
YCoCgToBGR_Rev...........................................................386
YCoCgToSBGR_Rev .........................................................387
Color - Gray Scale Conversions................................................389
RGBToGray...................................................................389
ColorToGray..................................................................391
CFAToRGB....................................................................392
DemosaicAHD................................................................394
Format Conversion ............................................................395
RGBToRGB565, BGRToBGR565...........................................396
RGB565ToRGB, BGR565ToBGR..........................................397
YCbCr422.....................................................................398
YCbCr422ToYCrCb422.....................................................399
YCbCr422ToCbYCr422.....................................................400
YCbCr422ToYCbCr420.....................................................401
YCbCr422To420_Interlace.................................................403
YCbCr422ToYCrCb420.....................................................404
YCbCr422ToYCbCr411.....................................................405
YCrCb422ToYCbCr422.....................................................407
YCrCb422ToYCbCr420.....................................................408
YCrCb422ToYCbCr411.....................................................409
CbYCr422ToYCbCr422.....................................................410
CbYCr422ToYCbCr420.....................................................411
CbYCr422ToYCbCr420_Interlace........................................412
CbYCr422ToYCrCb420.....................................................414
CbYCr422ToYCbCr411.....................................................415
YCbCr420.....................................................................416
YCbCr420ToYCbCr422.....................................................417
YCbCr420ToYCbCr422_Filter.............................................419
YCbCr420To422_Interlace.................................................421
YCbCr420ToCbYCr422.....................................................422

14

PAVEMETRICS0093599

YCbCr420ToCbYCr422_Interlace..........................................424
YCbCr420ToYCrCb420........................................................425
YCbCr420ToYCrCb420_Filter.............................................426
YCbCr420ToYCbCr411........................................................428
YCrCb420ToYCbCr422........................................................430
YCrCb420ToYCbCr422_Filter.............................................431
YCrCb420ToCbYCr422........................................................432
YCrCb420ToYCbCr420........................................................433
YCrCb420ToYCbCr411........................................................434
YCbCr411...........................................................................435
YCbCr411ToYCbCr422........................................................437
YCbCr411ToYCrCb422........................................................438
YCbCr411ToYCbCr420........................................................439
YCbCr411ToYCrCb420........................................................441
Color Twist.............................................................................442
ColorTwist.........................................................................443
ColorTwist32f....................................................................445
Color Keying..........................................................................447
CompColorKey...................................................................447
AlphaCompColorKey.........................................................449
Gamma Correction.................................................................451
GammaFwd.........................................................................451
GammaInv...........................................................................454
Intensity Transformation........................................................457
ReduceBits.........................................................................457
LUT.....................................................................................460
LUT_Linear........................................................................464
LUT_Cubic.........................................................................469
LUTPalette, LUTPaletteSwap...........................................473
ToneMapLinear, ToneMapMean.......................................476

## Chapter 7: Threshold and Compare Operations

PAVEMETRICS0093600

Thresholding.................................................................480
    Threshold................................................................480
    Threshold_GT.........................................................483
    Threshold_LT..........................................................486
    Threshold_Val.........................................................488
    Threshold_GTVal.....................................................491
    Threshold_LTVal......................................................494
    Threshold_LTValGTVal.............................................497
    ComputeThreshold_Otsu.........................................500
Compare Operations....................................................503
    Compare................................................................503
    CompareC..............................................................505
    CompareEqualEps...................................................507
    CompareEqualEpsC.................................................508

## Chapter 8: Morphological Operations

Dilate3x3....................................................................518
Erode3x3....................................................................520
Dilate.........................................................................522
Erode.........................................................................524
MorphologyInitAlloc.....................................................526
MorphologyFree..........................................................527
MorphologyInit............................................................528
MorphologyGetSize......................................................529
DilateBorderReplicate...................................................530
ErodeBorderReplicate...................................................532
MorphAdvInitAlloc.......................................................534
MorphAdvFree............................................................535
MorphAdvInit..............................................................536
MorphAdvGetSize........................................................537
MorphOpenBorder.......................................................538
MorphCloseBorder.......................................................540

PAVEMETRICS0093601

MorphTophatBorder...................................................................541

MorphBlackhatBorder................................................................543

MorphGradientBorder...............................................................544

MorphGrayInitAlloc..................................................................546

MorphGrayFree........................................................................547

MorphGrayInit.........................................................................548

MorphGrayGetSize...................................................................549

GrayDilateBorder.....................................................................550

GrayErodeBorder.....................................................................551

MorphReconstructGetBufferSize..............................................553

MorphReconstructDilate............................................................554

MorphReconstructErode...........................................................558

**Chapter 9: Filtering Functions**

Borders....................................................................................567

    FilterBox............................................................................570

    SumWindowRow...............................................................572

    SumWindowRow...............................................................573

    FilterMin............................................................................574

    FilterMax...........................................................................576

    FilterMinGetBufferSize.......................................................578

    FilterMaxGetBufferSize......................................................579

    FilterMinBorderReplicate....................................................580

    FilterMaxBorderReplicate...................................................581

    FilterBilateralGetBufSize....................................................583

    FilterBilateralInit................................................................584

    FilterBilateral.....................................................................586

    DecimateFilterRow, DecimateFilterColumn...........................590

Median Filters...........................................................................591

    FilterMedian......................................................................592

    FilterMedianHoriz..............................................................594

    FilterMedianVert...............................................................596

**Exhibit D
173**

PAVEMETRICS0093602

FilterMedianCross...........................................................597
FilterMedianWeightedCenter3x3.........................................598
FilterMedianColor...........................................................600
General Linear Filters..............................................................601
Filter.........................................................................602
FilterGetBufSize............................................................604
Filter32f.....................................................................605
Filter_Round16s, Filter_Round32s, Filter_Round32f...............607
FilterRoundGetBufSize16s, FilterRoundGetBufSize32s,
    FilterRoundGetBufSize32f...............................................610
Separable Filters..................................................................612
FilterColumn................................................................612
FilterColumn32f............................................................615
FilterRow....................................................................616
FilterRow32f................................................................619
FilterRowBorderPipelineGetBufferSize,
    FilterRowBorderPipelineGetBufferSize_Low.......................620
FilterColumnPipelineGetBufferSize,
    FilterColumnPipelineGetBufferSize_Low............................621
FilterRowBorderPipeline, FilterRowBorderPipeline_Low...........623
FilterColumnPipeline, FilterColumnPipeline_Low....................626
DotProdCol..................................................................629
Wiener Filters......................................................................630
FilterWienerGetBufferSize.................................................631
FilterWiener.................................................................632
Convolution.........................................................................636
ConvFull....................................................................637
ConvValid...................................................................640
Deconvolution......................................................................643
DeconvFFTInitAlloc........................................................643
DeconvFFTFree.............................................................645
DeconvFFT..................................................................645

PAVEMETRICS0093603

DeconvLRInitAlloc.................................................................................646
DeconvLRFree.....................................................................................647
DeconvLR..........................................................................................648
Fixed  Filters.......................................................................................649
FilterPrewittHoriz..............................................................................650
FilterPrewittVert................................................................................652
FilterScharrHoriz...............................................................................654
FilterScharrVert.................................................................................655
FilterSobelHoriz, FilterSobelHorizMask.................................656
FilterSobelVert,  FilterSobelVertMask...................................658
FilterSobelHorizSecond....................................................................660
FilterSobelVertSecond......................................................................662
FilterSobelCross................................................................................665
FilterRobertsDown.............................................................................666
FilterRobertsUp.................................................................................668
FilterLaplace.....................................................................................669
FilterGauss.......................................................................................671
FilterHipass......................................................................................675
FilterLowpass....................................................................................677
FilterSharpen....................................................................................678
Fixed  Filters with Border ....................................................................680
FilterScharrHorizGetBufferSize............................................................680
FilterScharrVertGetBufferSize.............................................................681
FilterSobelHorizGetBufferSize............................................................682
FilterSobelVertGetBufferSize,
    FilterSobelNegVertGetBufferSize.....................................683
FilterSobelHorizSecondGetBufferSize....................................684
FilterSobelVertSecondGetBufferSize.....................................685
FilterSobelCrossGetBufferSize............................................................686
FilterLaplacianGetBufferSize.............................................................687
FilterGaussGetBufferSize..................................................................688
FilterLowpassGetBufferSize...............................................................689

PAVEMETRICS0093604

GenSobelKernel..................................................................690

FilterScharrHorizBorder.....................................................691

FilterScharrVertBorder.......................................................693

FilterSobelHorizBorder.......................................................695

FilterSobelVertBorder, FilterSobelNegVertBorder....................697

FilterSobelHorizSecondBorder.............................................700

FilterSobelVertSecondBorder..............................................702

FilterSobelCrossBorder......................................................705

FilterLaplacianBorder........................................................708

FilterGaussBorder.............................................................710

FilterLowpassBorder..........................................................712

## Chapter 10: Image Linear Transforms

Fourier  Transforms.............................................................717

Real - Complex Packed (RCPack2D) Format...........................718

FFTInitAlloc.....................................................................719

FFTFree...........................................................................720

FFTGetBufSize..................................................................721

FFTFwd............................................................................722

FFTInv.............................................................................728

DFTInitAlloc......................................................................731

DFTFree...........................................................................732

DFTGetBufSize..................................................................733

DFTFwd............................................................................734

DFTInv.............................................................................737

MulPack...........................................................................740

MulPackConj.....................................................................744

Magnitude........................................................................746

MagnitudePack..................................................................747

Phase...............................................................................749

PhasePack........................................................................750

PolarToCart......................................................................751

PAVEMETRICS0093605

PackToCplxExtend...........................................................753
CplxExtendToPack...........................................................755
Windowing Functions.................................................................756
WinBartlett, WinBartlettSep...............................................756
WinHamming, WinHammingSep.........................................759
Discrete Cosine Transforms.....................................................761
DCTFwdInitAlloc..............................................................761
DCTInvInitAlloc...............................................................762
DCTFwdFree....................................................................763
DCTInvFree.....................................................................764
DCTFwdGetBufSize...........................................................764
DCTInvGetBufSize............................................................765
DCTFwd..........................................................................766
DCTInv............................................................................768
DCT8x8Fwd......................................................................769
DCT8x8Inv, DCT8x8Inv_A10...............................................772
DCT8x8FwdLS..................................................................773
DCT8x8InvLSClip..............................................................774
DCT8x8Inv_2x2, DCT8x8Inv_4x4.........................................775
DCT8x8To2x2Inv, DCT8x8To4x4Inv......................................776

## Chapter 11: Image Statistics Functions

Sum................................................................................781
Integral...........................................................................784
SqrIntegral......................................................................786
TiltedIntegral...................................................................788
TiltedSqrIntegral..............................................................790
Mean..............................................................................792
Mean_StdDev...................................................................795
RectStdDev......................................................................797
TiltedRectStdDev..............................................................799
HistogramRange................................................................801

**Exhibit D
177**                    PAVEMETRICS0093606

HistogramEven................................................................................804

CountInRange................................................................................807

Min................................................................................................809

MinIndx........................................................................................811

Max..............................................................................................813

MaxIndx........................................................................................814

MinMax..........................................................................................816

MinMaxIndx....................................................................................818

MaxEvery......................................................................................820

MinEvery........................................................................................822

FindPeaks3x3GetBufferSize............................................................823

FindPeaks3x3................................................................................824

Image Moments..............................................................................828

    MomentInitAlloc....................................................................830

    MomentFree..........................................................................831

    MomentGetStateSize..............................................................831

    MomentInit............................................................................832

    Moments..............................................................................833

    GetSpatialMoment..................................................................835

    GetCentralMoment..................................................................836

    GetNormalizedSpatialMoment..................................................837

    GetNormalizedCentralMoment..................................................838

    GetHuMoments......................................................................839

Image Norms..................................................................................841

    Norm_Inf..............................................................................842

    Norm_L1..............................................................................844

    Norm_L2..............................................................................848

    NormDiff_Inf..........................................................................851

    NormDiff_L1..........................................................................853

    NormDiff_L2..........................................................................857

    NormRel_Inf..........................................................................861

    NormRel_L1..........................................................................863

**Exhibit D**
**178**

PAVEMETRICS0093607

NormRel_L2.............................................................867
Image Quality Index................................................871
 QualityIndex....................................................873
Image Proximity Measures.......................................876
 SqrDistanceFull_Norm......................................879
 SqrDistanceSame_Norm....................................883
 SqrDistanceValid_Norm.....................................885
 CrossCorrFull_Norm..........................................887
 CrossCorrSame_Norm.......................................890
 CrossCorrValid_Norm........................................893
 CrossCorrValid.................................................895
 CrossCorrFull_NormLevel...................................897
 CrossCorrSame_NormLevel................................899
 CrossCorrValid_NormLevel.................................903

## Chapter 12: Image Geometry Transforms

ROI Processing in Geometric Transforms.....................910
Geometric Transform Functions................................911
 Resize...........................................................911
 ResizeCenter..................................................915
 ResizeSqrPixel................................................920
 ResizeGetBufSize.............................................928
 ResizeSqrPixelGetBufSize..................................930
 GetResizeFract................................................931
 ResizeShift.....................................................933
 SuperSampling................................................936
 SuperSamplingGetBufSize.................................938
 ResizeYUV422.................................................939
 ResizeFilterGetSize..........................................940
 ResizeFilterInit................................................941
 ResizeFilter....................................................942
 Mirror...........................................................943

**Exhibit D**
**179**

PAVEMETRICS0093608

Remap........................................................................................947

Rotate........................................................................................952

GetRotateShift..........................................................................957

AddRotateShift..........................................................................958

GetRotateQuad..........................................................................959

GetRotateBound........................................................................960

RotateCenter............................................................................964

Shear........................................................................................968

GetShearQuad..........................................................................974

GetShearBound........................................................................975

WarpAffine................................................................................976

WarpAffineBack........................................................................980

WarpAffineQuad........................................................................983

GetAffineQuad..........................................................................986

GetAffineBound........................................................................987

GetAffineTransform..................................................................988

WarpPerspective......................................................................992

WarpPerspectiveBack..............................................................996

WarpPerspectiveQuad..............................................................999

GetPerspectiveQuad..............................................................1002

GetPerspectiveBound............................................................1003

GetPerspectiveTransform ......................................................1004

WarpBilinear..........................................................................1009

WarpBilinearBack....................................................................1013

WarpBilinearQuad..................................................................1016

GetBilinearQuad....................................................................1019

GetBilinearBound..................................................................1020

GetBilinearTransform ............................................................1021

## Chapter 13:  Wavelet Transforms

WTFwdInitAlloc......................................................................1032

WTFwdFree............................................................................1034

PAVEMETRICS0093609

WTFwdGetBufSize..................................................................1035

WTFwd...................................................................................1036

WTInvInitAlloc.......................................................................1040

WTInvFree..............................................................................1042

WTInvGetBufSize....................................................................1043

WTInv....................................................................................1044

## Chapter 14: Computer Vision

Using ippiAdd for Background Differencing...................................1056

Feature Detection Functions.......................................................1057

    Corner Detection................................................................1057

    Canny Edge Detector.........................................................1058

        CannyGetSize.............................................................1060

        Canny.......................................................................1061

        EigenValsVecsGetBufferSize.....................................1063

        EigenValsVecs...........................................................1065

        MinEigenValGetBufferSize.........................................1069

        MinEigenVal..............................................................1070

    Hough  Transform..............................................................1072

        HoughLineGetSize.....................................................1072

        HoughLine.................................................................1073

        HoughLine_Region.....................................................1075

Distance  Transform  Functions....................................................1076

    DistanceTransform.............................................................1077

    GetDistanceTransformMask  ...............................................1081

    TrueDistanceTransformGetBufferSize...................................1083

    TrueDistanceTransform.......................................................1084

    FastMarchingGetBufferSize.................................................1085

    FastMarching....................................................................1086

Image  Gradients......................................................................1088

    GradientColorToGray.........................................................1088

Flood Fill Functions..................................................................1090

**Exhibit D
181**

PAVEMETRICS0093610

FloodFillGetSize.................................................................1091

FloodFillGetSize_Grad......................................................1091

FloodFill............................................................................1092

FloodFill_Grad..................................................................1094

FloodFill_Range................................................................1098

Motion Analysis and Object Tracking..........................................1101

Motion Template Functions..................................................1101

Motion Representation..............................................1101

Updating MHI Images.................................................1102

UpdateMotionHistory.................................................1103

Optical  Flow.....................................................................1104

OpticalFlowPyrLKInitAlloc...........................................1105

OpticalFlowPyrLKFree.................................................1106

OpticalFlowPyrLK.......................................................1107

Pyramids Functions................................................................1113

PyrDownGetBufSize............................................................1115

PyrUpGetBufSize.................................................................1116

PyrDown...............................................................................1117

PyrUp...................................................................................1119

Universal Pyramids ................................................................1120

PyramidInitAlloc..................................................................1121

PyramidFree.........................................................................1122

PyramidLayerDownInitAlloc.................................................1123

PyramidLayerDownFree.......................................................1125

PyramidLayerUpInitAlloc.....................................................1126

PyramidLayerUpFree............................................................1128

GetPyramidDownROI...........................................................1128

GetPyramidUpROI...............................................................1129

PyramidLayerDown..............................................................1131

PyramidLayerUp...................................................................1133

Example of Using General Pyramid Functions.....................1134

Image  Inpainting....................................................................1137

PAVEMETRICS0093611

InpaintInitAlloc.............................................................1137

InpaintFree................................................................1139

Inpaint...................................................................1140

Image Segmentation .......................................................1142

LabelMarkersGetBufferSize..................................................1142

LabelMarkers..............................................................1143

SegmentWatershedGetBufferSize.............................................1144

SegmentWatershed..........................................................1145

SegmentGradientGetBufferSize..............................................1149

SegmentGradient...........................................................1150

BoundSegments.............................................................1152

ForegroundHistogramInitAlloc..............................................1153

ForegroundHistogramFree...................................................1156

ForegroundHistogram.......................................................1156

ForegroundHistogramUpdate.................................................1159

ForegroundGaussianInitAlloc...............................................1160

ForegroundGaussianFree....................................................1162

ForegroundGaussian........................................................1163

Pattern Recognition .......................................................1167

Object Detection Using Haar-like Features..................................1167

HaarClassifierInitAlloc...................................................1169

TiltedHaarClassifierInitAlloc.............................................1170

HaarClassifierFree........................................................1172

GetHaarClassifierSize.....................................................1172

TiltHaarFeatures..........................................................1173

ApplyHaarClassifier.......................................................1174

ApplyMixedHaarClassifier..................................................1176

Camera Calibration and 3D Reconstruction..................................1178

Correction of Camera Lens Distortion......................................1178

UndistortGetSize..........................................................1179

UndistortRadial...........................................................1180

CreateMapCameraUndistort..................................................1181

**Exhibit D**
**183**

PAVEMETRICS0093612

Image Enchancement Functions................................................1184
    Algorithm Overview .......................................................1184
    Point Spread Function....................................................1186
    Error Functions...............................................................1188
    SRHNInitAlloc_PSF3x3, SRHNInitAlloc_PSF2x2....................1188
    SRHNFree_PSF3x3, SRHNFree_PSF2x2.............................1189
    SRHNCalcResidual_PSF3x3, SRHNCalcResidual_PSF2x2........1190
    SRHNUpdateGradient_PSF3x3,
       SRHNUpdateGradient_PSF2x2......................................1192

## Chapter 15: Image Compression Functions

Support Functions..................................................................1196
    ippjGetLibVersion.............................................................1196
Color Conversion Functions....................................................1197
    RGBToY_JPEG.................................................................1197
    BGRToY_JPEG.................................................................1199
    RGBToYCbCr_JPEG..........................................................1200
    YCbCrToRGB_JPEG..........................................................1201
    RGB565ToYCbCr_JPEG, RGB555ToYCbCr_JPEG....................1202
    YCbCrToRGB565_JPEG, YCbCrToRGB555_JPEG....................1204
    BGRToYCbCr_JPEG..........................................................1205
    YCbCrToBGR_JPEG..........................................................1206
    BGR565ToYCbCr_JPEG, BGR555ToYCbCr_JPEG....................1207
    YCbCrToBGR565_JPEG, YCbCrToBGR555_JPEG....................1208
    YCbCr422ToRGB_JPEG....................................................1209
    CMYKToYCCK_JPEG.........................................................1210
    YCCKToCMYK_JPEG.........................................................1211
Combined Color Conversion Functions.......................................1213
    RGBToYCbCr444LS_MCU..................................................1214
    RGBToYCbCr422LS_MCU..................................................1215
    RGBToYCbCr411LS_MCU..................................................1218
    BGRToYCbCr444LS_MCU..................................................1219

PAVEMETRICS0093613

BGR565ToYCbCr444LS_MCU, BGR555ToYCbCr444LS_MCU...1220

BGRToYCbCr422LS_MCU.................................................1221

BGR565ToYCbCr422LS_MCU, BGR555ToYCbCr422LS_MCU...1222

BGRToYCbCr411LS_MCU.................................................1223

BGR565ToYCbCr411LS_MCU, BGR555ToYCbCr411LS_MCU...1224

CMYKToYCCK444LS_MCU................................................1225

CMYKToYCCK422LS_MCU................................................1226

CMYKToYCCK411LS_MCU................................................1227

YCbCr444ToRGBLS_MCU................................................1228

YCbCr422ToRGBLS_MCU................................................1229

YCbCr411ToRGBLS_MCU................................................1230

YCbCr444ToBGRLS_MCU................................................1231

YCbCr444ToBGR565LS_MCU, YCbCr444ToBGR555LS_MCU...1232

YCbCr422ToBGRLS_MCU................................................1233

YCbCr422ToBGR565LS_MCU, YCbCr422ToBGR555LS_MCU...1234

YCbCr411ToBGRLS_MCU................................................1235

YCbCr411ToBGR565LS_MCU, YCbCr411ToBGR555LS_MCU...1236

YCCK444ToCMYKLS_MCU................................................1237

YCCK422ToCMYKLS_MCU................................................1238

YCCK411ToCMYKLS_MCU................................................1239

Quantization Functions.....................................................1239

QuantFwdRawTableInit_JPEG...........................................1240

QuantFwdTableInit_JPEG................................................1241

QuantFwd8x8_JPEG.....................................................1242

QuantInvTableInit_JPEG.................................................1245

QuantInv8x8_JPEG.....................................................1246

Combined DCT Functions.................................................1246

DCTQuantFwd8x8_JPEG................................................1247

DCTQuantFwd8x8LS_JPEG..............................................1248

DCTQuantInv8x8_JPEG................................................1252

DCTQuantInv8x8LS_JPEG..............................................1253

PAVEMETRICS0093614

DCTQuantInv8x8LS_1x1_JPEG, DCTQuantInv8x8LS_2x2_JPEG,
    DCTQuantInv8x8LS_4x4_JPEG......................................1254
DCTQuantInv8x8To4x4LS_JPEG,
    DCTQuantInv8x8To2x2LS_JPEG...................................1255
Level Shift Functions................................................1256
    Sub128_JPEG................................................1256
    Add128_JPEG................................................1257
Sampling Functions...............................................1258
    SampleDownH2V1_JPEG....................................1259
    SampleDownH2V2_JPEG....................................1260
    SampleDownRowH2V1_Box_JPEG..........................1261
    SampleDownRowH2V2_Box_JPEG..........................1263
    SampleUpH2V1_JPEG.......................................1263
    SampleUpH2V2_JPEG.......................................1265
    SampleUpRowH2V1_Triangle_JPEG.....................1266
    SampleUpRowH2V2_Triangle_JPEG.....................1267
    SampleDown444LS_MCU....................................1268
    SampleDown422LS_MCU....................................1269
    SampleDown411LS_MCU....................................1270
    SampleUp444LS_MCU........................................1271
    SampleUp422LS_MCU........................................1272
    SampleUp411LS_MCU........................................1273
Planar-to-Pixel and Pixel-to-Planar Conversion Functions.............1273
    Split422LS_MCU.............................................1274
    Join422LS_MCU.............................................1275
Huffman Codec Functions........................................1276
    EncodeHuffmanRawTableInit_JPEG....................1278
    EncodeHuffmanSpecGetBufSize_JPEG.................1279
    EncodeHuffmanSpecInit_JPEG..........................1279
    EncodeHuffmanSpecInitAlloc_JPEG....................1280
    EncodeHuffmanSpecFree_JPEG.........................1281
    EncodeHuffmanStateGetBufSize_JPEG...............1282

PAVEMETRICS0093615

EncodeHuffmanStateInit_JPEG............................................1282

EncodeHuffmanStateInitAlloc_JPEG...................................1283

EncodeHuffmanStateFree_JPEG.......................................1284

EncodeHuffman8x8_JPEG................................................1284

EncodeHuffman8x8_Direct_JPEG.......................................1285

GetHuffmanStatistics8x8_JPEG.........................................1286

GetHuffmanStatistics8x8_DCFirst_JPEG.............................1287

GetHuffmanStatistics8x8_ACFirst_JPEG.............................1288

GetHuffmanStatistics8x8_ACRefine_JPEG..........................1289

EncodeHuffman8x8_DCFirst_JPEG....................................1290

EncodeHuffman8x8_DCRefine_JPEG..................................1291

EncodeHuffman8x8_ACFirst_JPEG....................................1293

EncodeHuffman8x8_ACRefine_JPEG..................................1294

DecodeHuffmanSpecGetBufSize_JPEG...............................1295

DecodeHuffmanSpecInit_JPEG..........................................1296

DecodeHuffmanSpecInitAlloc_JPEG...................................1297

DecodeHuffmanSpecFree_JPEG.........................................1298

DecodeHuffmanStateGetBufSize_JPEG..............................1298

DecodeHuffmanStateInit_JPEG.........................................1299

DecodeHuffmanStateInitAlloc_JPEG..................................1300

DecodeHuffmanStateFree_JPEG.......................................1300

DecodeHuffman8x8_JPEG................................................1301

DecodeHuffman8x8_Direct_JPEG.......................................1302

DecodeHuffman8x8_DCFirst_JPEG....................................1304

DecodeHuffman8x8_DCRefine_JPEG..................................1305

DecodeHuffman8x8_ACFirst_JPEG....................................1306

DecodeHuffman8x8_ACRefine_JPEG..................................1307

Functions for Lossless JPEG Coding.........................................1308

DiffPredFirstRow_JPEG....................................................1309

DiffPredRow_JPEG...........................................................1312

ReconstructPredFirstRow_JPEG........................................1313

ReconstructPredRow_JPEG..............................................1314

31

GetHuffmanStatisticsOne_JPEG.........................................1315

EncodeHuffmanOne_JPEG..............................................1316

DecodeHuffmanOne_JPEG..............................................1317

EncodeHuffmanRow_JPEG.............................................1318

DecodeHuffmanRow_JPEG.............................................1320

Wavelet Transform Functions.......................................1321

Low-Level  Operations.............................................1322

    WTFwdRow_B53_JPEG2K......................................1323

    WTInvRow_B53_JPEG2K.......................................1325

    WTFwdCol_B53_JPEG2K.......................................1326

    WTFwdColLift_B53_JPEG2K..................................1328

    WTInvCol_B53_JPEG2K.......................................1330

    WTInvColLift_B53_JPEG2K...................................1331

    WTFwdRow_D97_JPEG2K......................................1333

    WTInvRow_D97_JPEG2K.......................................1334

    WTFwdCol_D97_JPEG2K.......................................1336

    WTFwdColLift_D97_JPEG2K..................................1338

    WTInvCol_D97_JPEG2K.......................................1339

    WTInvColLift_D97_JPEG2K...................................1341

Tile-oriented  Transforms.........................................1342

    WTGetBufSize_B53_JPEG2K..................................1342

    WTFwd_B53_JPEG2K.........................................1343

    WTInv_B53_JPEG2K..........................................1346

    WTGetBufSize_D97_JPEG2K..................................1347

    WTFwd_D97_JPEG2K.........................................1348

    WTInv_D97_JPEG2K..........................................1350

JPEG2000 Entropy Coding and Decoding Functions....................1351

EncodeInitAlloc_JPEG2K............................................1353

EncodeFree_JPEG2K.................................................1353

EncodeLoadCodeBlock_JPEG2K........................................1354

EncodeStoreBits_JPEG2K............................................1357

EncodeGetTermPassLen_JPEG2K.......................................1358

**Exhibit D
188**

PAVEMETRICS0093617

EncodeGetRate_JPEG2K...................................................1359

EncodeGetDist_JPEG2K....................................................1360

DecodeGetBufSize_JPEG2K..............................................1361

DecodeCodeBlock_JPEG2K...............................................1361

DecodeCBProgrGetStateSize_JPEG2K..............................1363

DecodeCBProgrInit_JPEG2K..............................................1364

DecodeCBProgrInitAlloc_JPEG2K.......................................1364

DecodeCBProgrFree_JPEG2K............................................1365

DecodeCBProgrAttach_JPEG2K.........................................1366

DecodeCBProgrSetPassCounter_JPEG2K...........................1367

DecodeCBProgrGetPassCounter_JPEG2K..........................1368

DecodeCBProgrGetCurBitPlane_JPEG2K............................1368

DecodeCBProgrStep_JPEG2K............................................1369

Component Transform Functions..............................................1370

RCTFwd_JPEG2K.............................................................1370

RCTInv_JPEG2K...............................................................1374

ICTFwd_JPEG2K..............................................................1375

ICTInv_JPEG2K................................................................1377

Functions for RLE Coding........................................................1378

RLE Coding Model...........................................................1379

PackBitsRow_TIFF...................................................1379

UnpackBitsRow_TIFF...............................................1380

SplitRow_TIFF.........................................................1382

JoinRow_TIFF.........................................................1382

Texture Compression Functions...............................................1383

TextureEncodeBlockFromRGBA.......................................1384

TextureDecodeBlockToRGBA...........................................1385

TextureEncodeBlockFromYCoCg.......................................1386

High Definition Photo Coding...................................................1387

Photo Core Transform Functions........................................1387

PCTFwd..................................................................1388

PCTInv...................................................................1389

PAVEMETRICS0093618

## Chapter 16: Video Coding

General Functions...................................................................1392

    Structures and Enumerators.............................................1401

    UV Block......................................................................1403

    Variable Length Decoding................................................1404

        Using Subtables....................................................1406

    Motion Compensation.....................................................1416

        Predicted Blocks....................................................1417

        Bi-Predicted Blocks................................................1431

    Motion Estimation.........................................................1454

        Difference Evaluation.............................................1456

        Sum of Squares of Differences Evaluation.................1477

        Block Variance and Mean Evaluation..........................1482

        Evaluation of Variances and Means of Blocks of Difference
           Between Two Blocks...........................................1483

        Block Variance Evaluation........................................1486

        Evaluation of Block Deviation...................................1487

        Edges Detection....................................................1489

        SAD Functions.......................................................1491

        Sum of Differences Evaluation.................................1512

    Scanning Functions.......................................................1517

        ScanInv .............................................................1517

        ScanFwd .............................................................1519

    Color Conversion .........................................................1520

        CbYCr422ToYCbCr420_Rotate .................................1520

        ResizeCCRotate .................................................1522

    Video Processing..........................................................1525

        Deinterlacing Functions..........................................1525

        Denoising Functions...............................................1535

MPEG-1 and MPEG-2.................................................................1547

    Video Data Decoding.....................................................1551

**Exhibit D**
**190**

PAVEMETRICS0093619

    Variable Length Decoding..........................................1554
    Inverse Quantization.............................................1561
    Inverse Discrete Cosine Transformation ....................1563
    Motion Compensation.............................................1569
  Video Data Encoding.................................................1570
    Motion Estimation................................................1571
    Quantization........................................................1572
    Forward Discrete Cosine Transformation ...................1576
    Huffman Encoding Functions...................................1577
  DV.........................................................................1580
    DCT Block.............................................................1580
    DV Decoding Functions..............................................1588
      Variable Length Decoding......................................1589
      Inverse Quantization.............................................1603
      Inverse Discrete Cosine Transformation....................1614
    DV Encoding Functions..............................................1619
      Discrete Cosine Transformation................................1619
    DV Color Conversion Functions.....................................1622
      YCrCb411ToYCbCr422_5MBDV,
        YCrCb411ToYCbCr422_ZoomOut2_5MBDV,
        YCrCb411ToYCbCr422_ZoomOut4_5MBDV,
        YCrCb411ToYCbCr422_ZoomOut8_5MBDV.............1623
      YCrCb411ToYCbCr422_16x4x5MB_DV,
        YCrCb411ToYCbCr422_8x8MB_DV........................1624
      YCrCb411ToYCbCr422_EdgeDV,
        YCrCb411ToYCbCr422_ZoomOut2_EdgeDV,
        CrCb411ToYCbCr422_ZoomOut4_EdgeDV,
        YCrCb411ToYCbCr422_ZoomOut8_EdgeDV.............1625
      YCrCb420ToYCbCr422_5MBDV,
        YCrCb420ToYCbCr422_ZoomOut2_5MBDV,
        YCrCb420ToYCbCr422_ZoomOut4_5MBDV,
        YCrCb420ToYCbCr422_ZoomOut8_5MBDV.............1627

PAVEMETRICS0093620

YCrCb420ToYCbCr422_8x8x5MB_DV.........................1628
YCrCb422ToYCbCr422_5MBDV,
    YCrCb422ToYCbCr422_ZoomOut2_5MBDV,
    YCrCb422ToYCbCr422_ZoomOut4_5MBDV,
    YCrCb422ToYCbCr422_ZoomOut8_5MBDV.............1629
YCrCb422ToYCbCr422_8x4x5MB_DV........................1631
YCrCb422ToYCbCr422_10HalvesMB16x8_DV100.........1632
MPEG-4...............................................................1634
    MPEG-4 Video Decoder Functions......................................1636
        High Level Description.............................................1638
        Data Types and Structures.......................................1639
        Motion Compensation..............................................1640
        Sprite and Global Motion Compensation.....................1642
        Inverse Quantization..............................................1649
        VLC Decoding.......................................................1652
        Postprocessing.....................................................1659
    MPEG-4 Video Encoder Functions......................................1663
        Data Types and Structures.......................................1664
        Quantization.........................................................1664
        VLC Encoding.......................................................1667
H.261..................................................................1670
    H.261 Decoder Functions................................................1671
        Decoding INTRA and INTER Macroblocks....................1673
    H.261 Encoder Functions................................................1681
        EncodeCoeffsIntra_H261  ........................................1682
        EncodeCoeffsInter_H261  ........................................1683
        Filter8x8_H261......................................................1684
H.263..................................................................1685
    H.263 Decoder Functions................................................1687
        INTRA and INTER Macroblocks Decoding ...................1689
        VLC Decoding.......................................................1691
        Inverse Quantization..............................................1695

PAVEMETRICS0093621

Prediction..........................................................1698

Resampling.......................................................1700

Boundary Filtering..............................................1706

Middle Level Functions........................................1710

H.263 Encoder Functions....................................1714

VLC Encoding..................................................1715

Quantization...................................................1719

Resampling.....................................................1721

H.264...............................................................1722

H.264 Decoder Functions..................................1735

CAVLC Parsing................................................1740

Inverse Quantization and Inverse Transform..............1745

Intra Prediction..............................................1754

Inter Prediction..............................................1762

Macroblock Reconstruction....................................1803

Deblocking Filtering.........................................1848

H.264 Encoder Functions....................................1868

Forward Transform and Quantization.........................1869

CAVLC Functions..............................................1879

Inverse Quantization and Transform.........................1884

AVS.................................................................1886

AVS Decoder Functions......................................1889

Entropy Decoding...........................................1890

Inter Prediction..............................................1893

Macroblock Reconstruction....................................1896

Deblocking Filtering.........................................1902

AVS Encoder Functions......................................1910

Forward Transform and Quantization.........................1911

Macroblock Disassembling....................................1912

VC-1................................................................1915

VC-1 Decoder..................................................1921

Inverse Transform.............................................1923

PAVEMETRICS0093622

Interpolation........................................................1933

Smoothing...........................................................1949

Deblocking..........................................................1960

Dequantization....................................................1965

Range Reduction..................................................1972

VC-1 Encoder..........................................................1974

Forward Transform...............................................1975

Quantization........................................................1982

## Appendix A: Handling of Special Cases

## Appendix B: Interpolation in Image Geometric Transform Functions

Overview of Interpolation Modes..............................1989

Mathematical  Notation.........................................1990

Nearest Neighbor Interpolation...............................1991

Linear  Interpolation.............................................1991

Cubic  Interpolation..............................................1992

Super  Sampling...................................................1993

Lanczos Interpolation...........................................1994

Interpolation with Two-Parameter Cubic Filters............................1995

## Appendix C: Removed Functions

## Bibliography

## Glossary

## Index

38

PAVEMETRICS0093623

For another example, in an absolute color 16-bit packed RGB image, two consecutive bytes (16 bits) per pixel represent the three channel intensities in the pixel mode. This data type is identified in function names as the `16u_C3` descriptor, where `16u` represents 16-bit unsigned data (not a bit depth) for all packed channels together and `C3` stands for three channels.

If an alpha (opacity) channel is present in image data, the image must have four channels, with alpha channel being the last or the first one. This data type is indicated by the `AC4` or `A0C4` descriptors respectively. The presence of the alpha channel can modify the function's behavior. For such functions, Intel IPP provides versions with and without alpha. If an alpha channel is specified, the operation usually does not take place on that channel.

The range of values that can be represented by each data type lies between the lower and upper bounds. The following table lists data ranges and constant identifiers used in Intel IPP to denote the respective range bounds:

**Table 2-2 Image Data Types and Ranges**

| Data Type | Lower Bound | | Upper Bound | |
|---|---|---|---|---|
| | Identifier | Value | Identifier | Value |
| 8s | IPP_MIN_8S | -128 | IPP_MAX_8S | 127 |
| 8u | | 0 | IPP_MAX_8U | 255 |
| 16s | IPP_MIN_16S | -32768 | IPP_MAX_16S | 32767 |
| 16u | | 0 | IPP_MAX_16U | 65535 |
| 32s | IPP_MIN_32S | $-2^{31}$ | IPP_MAX_32S | $2^{31}-1$ |
| 32u | | 0 | IPP_MAX_32U | $2^{32}-1$ |
| 32f[†] | IPP_MINABS_32F | $1.175494351e^{-38}$ | IPP_MAXABS_32F | $3.402823466e^{38}$ |

[†] The range for absolute values

## Major Operation Models

Most Intel IPP image processing functions perform identical and independent operations on all channels of the processed image (except alpha channel). It means that the same operation is applied to each channel, and the computed results do not depend upon values of other channels. Some exceptions include the `ippiFilterMedianColor` function and color conversion functions, which process three channels together.

PAVEMETRICS0093650

2   *Intel® Integrated Performance Primitives Reference Manual: Volume 2*

The Intel IPP image processing functions can be broken into two major models of operation: the functions that operate on one pixel to compute the result (also known as point operations), for example, `ippiAdd`, and the functions that operate on a group of pixels (also referred to as a neighborhood), for example, `ippiFilterBox`.

### Neighborhood Operations

The result of a neighborhood operation is based on values of a certain group of pixels, located near a given input pixel. The set of neighboring pixels is typically defined by a rectangular mask (or kernel) and anchor cell, specifying the mask alignment with respect to the position of the input pixel.

The Intel IPP functions that process a neighborhood operate on the assumption that all referred points of the image are available. To support this mode, the application must check that ROI parameters passed to the function have such values that all processed neighborhood pixels actually exist in the image.

### Regions of Interest in Intel IPP

Most Intel IPP image processing functions can operate not only on entire images but also on image areas. Image region of interest (ROI) is a rectangular area that may be either some part of the image or the whole image.

**Exhibit D**
**196**

PAVEMETRICS0093651

The Intel IPP functions with ROI support are distinguished by the presence of an `R` descriptor in their names. ROI of an image is defined by the size and offset from the image origin as shown in Figure 2-1. The origin of an image is implied to be in the top left corner, with `x` values increasing from left to right and `y` values increasing downwards.

**Figure 2-1 Image, ROI, and Offsets**



Both the source and destination images can have a region of interest. In such cases the sizes of ROIs are assumed to be the same while offsets may differ. The image processing is then performed on data of the source ROI, and the results are written to the destination ROI. In function call sequences, an ROI is specified by:

- `roiSize` parameter of the `IppiSize` type

- `pSrc` and `pDst` pointers to the starts of source and destination ROI buffers

- `srcStep` and `dstStep` parameters that are equal to distances in bytes between the starts of consecutive lines in source and destination images, respectively.

Thus, the parameters `srcStep`, `dstStep` set steps in bytes through image buffers to start processing a new line in the ROI of an image.

The following code example illustrates the use of the `dstStep` parameter in function calls:

**Example 2-1 Using Buffer Step Parameter**

```
IppStatus alignedLine( void
) {
    Ipp8u x[8*3] = {0};
    IppiSize imgSize = {5,3};
```

**Exhibit D**
**197**

PAVEMETRICS0093652