# EXHIBIT E



Robert B. Fisher
Toby P. Breckon
Kenneth Dawson-Howe
Andrew Fitzgibbon
Craig Robertson
Emanuele Trucco
Christopher K. I. Williams

# Dictionary of COMPUTER VISION and IMAGE PROCESSING

## Second Edition

WILEY

PAVEMETRICS0097580

PAVEMETRICS0097581

**Exhibit E**
**199**

# Dictionary of Computer Vision and Image Processing

PAVEMETRICS0097582

PAVEMETRICS0097583

**Exhibit E
201**

# Dictionary of Computer Vision and Image Processing

## Second Edition

**R. B. Fisher**
*University of Edinburgh, UK*

**T. P. Breckon**
*Durham University, UK*

**K. Dawson-Howe**
*Trinity College Dublin, Ireland*

**A. Fitzgibbon**
*Microsoft Research, UK*

**C. Robertson**
*Epipole Ltd., UK*

**E. Trucco**
*University of Dundee, UK*

**C. K. I. Williams**
*University of Edinburgh, UK*



WILEY

PAVEMETRICS0097584

Exhibit E
202

This edition first published 2014
© 2014 John Wiley & Sons Ltd

*Registered office*
John Wiley & Sons Ltd, The Atrium, Southern Gate, Chichester, West Sussex, PO19 8SQ, United Kingdom

For details of our global editorial offices, for customer services and for information about how to apply for permission to reuse the copyright material in this book please see our website at www.wiley.com.

The right of the author to be identified as the author of this work has been asserted in accordance with the Copyright, Designs and Patents Act 1988.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, except as permitted by the UK Copyright, Designs and Patents Act 1988, without the prior permission of the publisher.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

Designations used by companies to distinguish their products are often claimed as trademarks. All brand names and product names used in this book are trade names, service marks, trademarks or registered trademarks of their respective owners. The publisher is not associated with any product or vendor mentioned in this book.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. It is sold on the understanding that the publisher is not engaged in rendering professional services and neither the publisher nor the author shall be liable for damages arising herefrom. If professional advice or other expert assistance is required, the services of a competent professional should be sought.

Library of Congress Cataloging-in-Publication Data

Dictionary of computer vision and image processing / R. B. Fisher, T. P. Breckon,
K. Dawson-Howe, A. Fitzgibbon, C. Robertson, E. Trucco, C. K. I. Williams. – 2nd edition.
   pages cm
 Includes bibliographical references.
 ISBN 978-1-119-94186-6 (pbk.)
 1. Computer vision–Dictionaries.   2. Image processing–Dictionaries.   I. Fisher, R. B.
   TA1634.I45 2014
   006.3′703–dc23
                                                                      2013022869

A catalogue record for this book is available from the British Library.

ISBN: 9781119941866

Set in 9/10pt Garamond by Aptara Inc., New Delhi, India

1   2014

PAVEMETRICS0097585

*From Bob to Rosemary, Mies, Hannah, Phoebe and Lars*

*From Toby to Alison, my parents and Amy*

*From Ken to Jane, William and Susie*

*From AWF to Liz, to my parents, and again to D*

*From Craig to Karen, Aidan and Caitlin*

*From Manuel to Emily, Francesca, and Alistair*

PAVEMETRICS0097586

PAVEMETRICS0097587

# *Contents*

| | |
|---|---|
| **Preface** | *Page* ix |
| **Numbers** | 1 |
| A | 7 |
| B | 25 |
| C | 40 |
| D | 71 |
| E | 86 |
| F | 94 |
| G | 106 |
| H | 119 |
| I | 127 |
| J | 143 |
| K | 144 |
| L | 148 |
| M | 162 |
| N | 185 |
| O | 192 |
| P | 201 |
| Q | 225 |
| R | 228 |
| S | 245 |
| T | 286 |
| U | 299 |
| V | 303 |
| W | 314 |

PAVEMETRICS0097588

Exhibit E
206

| | |
|---|---|
| **X** | 320 |
| **Y** | 321 |
| **Z** | 322 |
| **References** | 324 |

PAVEMETRICS0097589

every remaining pixel is a skeleton pixel, but the essential shape of the input image is captured. Definitions of the skeleton include the set of centers of circles bitangent to the object boundary and smoothed local symmetries. [Sch89:Ch. 6]

**sketch-based image retrieval**: A type of image retrieval in which the database index is based on a user's sketch of the desired target. For example, it may be a sketch of a face, a mechanical part or a trademark. Part of what makes this retrieval difficult is the fact that the sketch will not be a faithful copy of the desired target, yet the expectation is that the shape of the sketch is relatively accurate. Typically, the retrieval will be based on the shape properties of the sketch rather than on the color and texture statistics, as in many other image-retrieval applications. [GR95]

**skew**: An error introduced in the imaging geometry by a non-orthogonal pixel grid, in which rows and columns of pixels do not form an angle of exactly 90°. This is usually considered only in high-accuracy photogrammetry applications. [JKS95:12.10.2]

**skew correction**: A transformation compensating for the skew error. [JKS95:12.10.2]

**skew symmetry**: A *skew symmetric contour* is a planar contour such that every straight line oriented at an angle $\phi$ with respect to a particular axis, called the "skew symmetry axis" of the contour, intersects the contour at two points equidistant from the axis: [BB82:9.5.4]



**skin color analysis**: A set of techniques for color analysis applied to images containing skin, e.g., for retrieving images from a database (see color-based image retrieval). See also color, color image, color image segmentation, color matching and colorimetry. [TOS+03]

**skin color model**: A statistical model of the appearance of human skin in images. Typical models might be based on histograms of observed pixel colors or Gaussian mixture models. The core underlying observation is that, when corrected for lightness, almost all human skin has a similar color, which is distinct from many of the other observed colors in scenes. Complications include variations in scene lighting and shadows. Skin color models are commonly used in applications such as face detection or online pornography screening. [JR99]

**SKIZ**: See skeleton by influence zones.

**SLAM**: Simultaneous localization and mapping. A vision algorithm used particularly by the mobile robotics community. It allows the incremental construction and update of a geometric model by a robot as it explores an unknown environment. Given the constructed partial model, the robot can determine its location (self-localization) relative to the model. [TBF05:Ch. 10]

**slant**: The angle between a surface normal in the scene and the viewing direction:



See also tilt and shape from texture. [FP03:9.4.1]

**slant normalization**: A class of algorithms used in handwritten character recognition, transforming slanted cursive characters into vertical ones. See handwritten character recognition and optical character recognition. [EGSS99]

263

PAVEMETRICS0097854

Case 2:21-cv-01289-MCS-MAA Document 86-6 Filed 10/04/21 Page 13 of 14 Page ID #:3927

**slice-based reconstruction**: The reconstruction of a 3D object from a number of planar slices, or sections taken across the object. The slice plane is typically advanced at regular spatial intervals to sweep the working volume. See also tomography, computed axial tomography, single photon emission computed tomography and nuclear magnetic resonance. [SSPP07]

**sliding window**: A common component of an image-processing (and signal-processing) algorithm whereby the calculation is based on a neighborhood or window of data about the current point. After the calculation is done at the given point, the calculation typically moves to an adjacent point and the neighborhood (window) moves (slides) to that adjacent point: [SOS00:7.1.3]



**slope density function**: This is the histogram of the tangential orientations (slopes) of a curve or region boundary. It can be used to represent the curve shape in a manner invariant to translation and rotation (up to a shift of the density function). [BB82:8.4.5]

**small motion model**: A class of mathematical models representing very small (ideally, infinitesimal) camera-scene motion between frames. Used typically in shape from motion. See also optical flow. [LAT02]

**smart camera**: A hardware device incorporating a camera and an on-board computer in a single, small container, thus achieving a programmable vision system within the size of a normal video camera. [TV98:2.3.1]

**smooth motion curve**: The curve defined by a motion that can be expressed by smooth (that is, differentiable: derivatives of all orders exist) parametric functions of the image coordinates. Notice that "smooth" is often used in an intuitive sense, not in the strict mathematical sense above (clearly, an exacting constraint), as in image smoothing. See also motion and motion analysis. [AF02]

**smooth surface**: A common-sense term for a surface with all orders of derivatives defined at each point in the surface (a $C^\infty$ surface). In practice, $C^2$ continuity, meaning that at least two derivatives exist at all points, is considered smooth. [Wei12:Smooth Function]

**smoothed local symmetries**: A class of skeletonization algorithms, associated with Asada and Brady. Given a 2D curve that bounds a closed region in the plane, the skeleton as computed by smoothed local symmetries is the locus of chord midpoints of bitangent circles. Compare the symmetric axis transform. The figure shows two skeleton points as defined by smoothed local symmetries: [BA84]



**smoothing**: Generally, any modification of a signal intended to remove the effects of noise. Often used to mean the attenuation of high spatial frequency components of a signal. As many models of noise have a flat power spectral density (PSD), while natural images have a PSD that decays toward zero at high spatial frequencies, suppressing the high frequencies increases the overall signal-to-noise ratio of the image. See also discontinuity preserving regularization, anisotropic diffusion,

264

PAVEMETRICS0097855

Exhibit E
209

**power spectrum and adaptive smoothing**. [FP03:7.1.1]

**smoothing filter**: Smoothing is often achieved by using the convolution operator with a smoothing filter to reduce noise or high spatial frequency detail. Such filters include discrete approximations to the symmetric probability densities such as the Gaussian distribution, binomial distribution and uniform distribution. For example, in 1D, the discrete signal $x_1 \ldots x_n$ is convolved with the kernel $[\frac{1}{6} \frac{4}{6} \frac{1}{6}]$ to produce the smoothed signal $y_1 \ldots y_{n+2}$ in which $y_i = \frac{1}{6} x_{i-1} + \frac{4}{6} x_i + \frac{1}{6} x_{i+1}$. [FP03:7.1.1]

**smoothness constraint**: An additional constraint used in data interpretation problems. The general principle is that results derived from nearby data must themselves have similar values. Traditional examples of where the smoothness constraint can be applied are in shape from shading and optical flow. The underlying observation that supports this computational constraint is that the observed real-world surfaces and motions are smooth almost everywhere. [JKS95:9.4]

**snake**: The combination of a deformable model and an algorithm for fitting that model to image data. In one common embodiment, the model is a parameterized 2D curve, e.g., a b-spline parameterized by its control points. Image data, which might be a gradient image or 2D points, induces forces on points on the snake that are translated to forces on the control points or parameters. An iterative algorithm adjusts the control points according to these forces and recomputes the forces. Stopping criteria, step lengths, and other issues of optimization are all issues that must be dealt with in an effective snake. [TV98:5.4]

**SNR**: See signal-to-noise ratio.

**Sobel edge detector**: A method of edge detection based on Sobel kernels. The edge magnitude of image $E$ is the square root of the sum of squares of the convolution of the image with horizontal and vertical Sobel kernels, given by $E = \sqrt{(K_x * I)^2 + (K_y * I)^2}$. The figure shows (left) an image and (right) the Sobel operator applied to it: [JKS95:5.2.2]



**Sobel gradient operator**: See Sobel kernel.

**Sobel kernel**: A gradient estimation kernel used for edge detection. The horizontal kernel is the convolution of a smoothing filter, $s = [1, 2, 1]$ in the horizontal direction and a gradient operator $d = [-1, 0, 1]$ in the vertical direction. The kernel

$$K_y = s * d^\top = \begin{pmatrix} -1 & -2 & -1 \\ 0 & 0 & 0 \\ 1 & 2 & 1 \end{pmatrix}.$$

highlights horizontal edges. The vertical kernel $K_x$ is the transpose of $K_y$. [JKS95:5.2.2]

**soft mathematical morphology**: An extension of gray scale mathematical morphology in which the min and max operations are replaced by other rank operations e.g., replacing each pixel in an image by the 90th percentile value in a $5 \times 5$ window centered at the pixel. Weighted ranks may be computed. See also fuzzy morphology. [GAT98]

**soft morphology**: See soft mathematical morphology.

**soft vertex**: A point on a polyline whose connecting line segments are almost collinear. Soft vertices may arise from segmentation of a smooth curve into line segments. They are called "soft" because they may be removed if the segments of the polyline are replaced by curve segments. [JKS95:6.6]

**solid angle**: A property of a 3D object: the amount of the unit sphere's surface that the object's projection onto the unit sphere occupies. The unit

PAVEMETRICS0097856

Exhibit E
210