# EXHIBIT F



**BARRON'S**

BUSINESS
GUIDES

# Dictionary of Computer and Internet Terms

### Tenth Edition



- More than 3,200 key terms defined and explained, many with helpful illustrations and tables

- Practical guidance for the business software users, including computer security, law, and ethics

- Computer science principles and programming examples in the most widely used computer languages

- Includes new media, digital photography and audio, Internet culture and humor

Douglas Downing, Ph.D., Michael Covington, Ph.D., and Melody Mauldin Covington

PAVEMETRICS0093025

# Dictionary of Computer and Internet Terms

## Tenth Edition

Douglas A. Downing, Ph.D.
School of Business and Economics
Seattle Pacific University

Michael A. Covington, Ph.D.
Artificial Intelligence Center
The University of Georgia

Melody Mauldin Covington
Covington Innovations
Athens, Georgia

Catherine Anne Covington
Covington Innovations
Athens, Georgia

With the assistance of
Sharon Covington



BARRON'S

PAVEMETRICS0093026

## ABOUT THE AUTHORS

Douglas Downing teaches economics and quantitative methods at the School of Business and Economics at Seattle Pacific University. He is the author of several books in both Barron's Easy Way and Business Review series. He is also the author of *Java Programming the Easy Way* and *Dictionary of Mathematics Terms*, published by Barron's Educational Series, Inc. He holds the Ph.D. degree in economics from Yale University.

Michael Covington is Associate Director of the Artificial Intelligence Institute at the University of Georgia. He is the author of several books and over 250 magazine articles. He holds the Ph.D. degree in linguistics from Yale University.

Melody Mauldin Covington is a graphic designer living in Athens, Georgia. She is the author of *Dictionary of Desktop Publishing* (published by Barron's).

Catherine Anne Covington is a student at the Lamar Dodd School of Art (University of Georgia).

Sharon Covington is a student at Emory University.

© Copyright 2009, 2006, 2003, 2000, 1998, 1996, 1995, 1992, 1989, and 1986 by Barron's Educational Series, Inc.

All rights reserved.
No part of this book may be reproduced or distributed in any form or by any means without the written permission of the copyright owner.

*All inquiries should be addressed to:*
Barron's Educational Series, Inc.
250 Wireless Boulevard
Hauppauge, NY 11788
**www.barronseduc.com**

ISBN-13: 978-0-7641-4105-8
ISBN-10: 0-7641-4105-8

*Library of Congress Catalog Card No. 2008044365*

**Library of Congress Cataloging-in-Publication Data**
Downing, Douglas.
  Dictionary of computer and Internet terms / Douglas A. Downing, Michael A. Covington, Melody Mauldin Covington. — 10th ed.
    p.  cm.
  ISBN 978-0-7641-4105-8
 1. Computers—Dictionaries.  2. Internet—Dictionaries.  I. Covington, Michael A., 1957–  II. Covington, Melody Mauldin.  III. Title.

  QA76.15.D667 2009
  004.03—dc22                                        2008044365

PRINTED IN CHINA
9 8 7 6 5 4 3 2 1

PAVEMETRICS0093027

## CONTENTS

About the Authors ...................................................................ii

To the Reader ......................................................................iv

Dictionary of Computer and Internet Terms ...........................1

    Numbers ....................................................................1

    Greek Letters .............................................................5

    A ................................................................................7

    B ..............................................................................38

    C ..............................................................................71

    D ............................................................................124

    E ............................................................................159

    F ............................................................................185

    G ............................................................................211

    H ............................................................................223

    I .............................................................................242

    J .............................................................................264

    K ............................................................................272

    L ............................................................................276

    M ...........................................................................296

    N ............................................................................322

    O ............................................................................336

    P ............................................................................349

    Q ............................................................................389

    R ............................................................................392

    S ............................................................................421

    T ............................................................................468

    U ............................................................................498

    V ............................................................................510

    W ...........................................................................521

    X ............................................................................538

    Y ............................................................................543

    Z ............................................................................545

Visual Dictionary of Characters and Symbols ....................547

Country Codes for Top-Level Domains ..............................552

PAVEMETRICS0093028

**computer trespass** 110

UNIX operating system, designed originally for use in laboratories where no security was needed, is generally thought to be particularly vulnerable. *See* DICTIONARY ATTACK; WAR DIALING.

8. *Be especially careful with wireless networks, and make sure all communications are encrypted.* A cracker with a special antenna can access your wireless network from ten times the normal distance. *See* WAR DRIVING; WIRELESS NETWORK.

9. *Easily guessed passwords.* A computer password must never be a person's initials, nickname, child's name, birthdate, etc., nor should it be a correctly spelled word in any language. A common way to crack accounts is to try all the words in a large dictionary, as well as all names and abbreviations that are associated with a person. Also, if a user signs onto a computer and then leaves the terminal unattended, others can tamper with it without typing the password.

10. *Viruses and known software defects.* Always run antivirus software, and make sure your software and operating system are kept up to date.

11. *Excessive security measures.* Excessive attempts to build security into a computer can easily make the computer so hard to use that productivity is crippled. In the final analysis, all computer security depends on human trustworthiness. Concentrate on securing the people, not the machine. That is, ensure that employees are trustworthy and that strangers have no access to the machine; then give authorized users all the access they need to do their jobs effectively.

*See also* 2600; DDOS; DENIAL-OF-SERVICE ATTACK; ENCRYPTION; ETHICAL HACKING; FINE-GRAINED SECURITY; HONEYPOT; MAIL BOMBING; PING FLOODING; VIRUS.

**computer trespass** the crime of using a computer without the owner's permission (*see* CRACKER). Even in jurisdictions that have no specific law against it, computer trespass is illegal under pre-existing laws that prohibit unauthorized use of other people's property.

**computer virus** *see* VIRUS.

**computer vision** *see* VISION, COMPUTER.

**computers, history of** a story spanning many centuries. The abacus, on which information is stored by moving beads along rods, was one of the earliest calculating devices. Blaise Pascal developed an adding machine in 1642 that used toothed wheels to handle carries from one digit to the next. Charles Babbage developed the concept of a stored program computer when he designed the "Analytical Engine" in 1833. Unfortunately, the mechanical devices of his day could not be made to work reliably, so the "Analytical Engine" was never completed.

An important data processing device, the punched card, was developed by Herman Hollerith to help the U.S. Census Bureau tabulate the census of 1890. (*See* PUNCHED CARD.) The first electronic digital com-

PAVEMETRICS0093141

puter was the ENIAC (Electronic Numerical Integrator and Calculator), which was built for the U.S. Army in 1946, largely because of the need to calculate ballistics tables. The ENIAC was programmed by plugging in cables to connect different units. In 1945 John von Neumann introduced the modern concept of a stored-program computer, in which the computer memory could store both programs and data.

Once the concept was established, major improvements were made by developing smaller and more reliable electronic components. The ENIAC was a huge machine made with vacuum tubes. The invention of the transistor in the late 1940s made it possible to build much smaller computers that needed less cooling. Continued improvements in integrated circuits, which were first developed in the late 1950s, made it possible to continue the miniaturization of computers.

An important advance occurred in the mid-1970s when the first microcomputers were built. Previously, all computers had been large and expensive. Microcomputers are small enough and cheap enough that they can be purchased by small businesses and individuals. A microcomputer is built around a microprocessor chip, such as the 486 or Pentium, that contains the entire central processing unit on a single crystal of silicon. The advent of powerful, low-cost microcomputers has made the computer a common household appliance.

**concatenation** the operation of joining two or more character strings together, end to end. For example, "ABC" concatenated with "DEF" equals "ABCDEF". *See* STRING OPERATIONS.

**concurrent processing** the apparently simultaneous execution of two programs, where a single CPU is actually switching its attention back and forth between them very rapidly. *See also* MULTITASKING; PARALLEL PROCESSING; TIMESHARING.

**conferencing** the use of computer networks to enable workers to communicate in real time (without delay) while working together. *See* IRC; MUD.

**confidence factor** (certainty factor) a truth value between 0 and 1, used to describe the reliability of a piece of information whose truth is unclear or uncertain. There are several systems of reasoning that use confidence factors; for one example, *see* FUZZY LOGIC. *Contrast* DEFAULT LOGIC, which deals with exceptions without using confidence factors.

**CONFIG.SYS** in DOS and early versions of Windows, a file that contains information about the machine configuration, including device drivers to be loaded as the machine boots up. It is processed before AUTOEXEC.BAT.

In Windows NT, 2000, XP, and their successors, the function of CONFIG.SYS has been taken over by the Registry. A separate file, CONFIG.NT, if present, is processed at the beginning of every DOS-mode program.

**configure** to set up a computer or program to be used in a particular way. Many commercial software packages have to be configured, or installed;

PAVEMETRICS0093142

console                                                    112

this involves setting them up for a particular machine (including video card and printer) and for a particular user's preferences.

**console**
**1.** the main keyboard and screen of a multi-user computer.
**2.** a keyboard and (non-graphical) screen, or a window serving the purpose of such a screen.

**console application** a Windows program that runs in CONSOLE MODE.

**console mode** the way in which Windows runs programs that do not use windowing (Figure 66), including but not limited to DOS programs. A window is used as a substitute for the whole screen in text mode. By pressing Alt-Enter, the user can give the program control of the whole screen.



FIGURE 66. Console mode

**constant** a value that remains unchanged during the execution of a program. Literal expressions, such as 3.5 and "DOLLY MADISON", are constants because they always stand for the same value.

**constrain** (in drawing programs) to restrict or limit the available movements or shapes. For example, when drawing a circle with a circle tool, you must hold down the Control key to constrain the rounded shape to a circle. If you let go of the constraining key too soon, you may get a fat oval rather than a perfect circle.

The constrain command is also used with the rectangle drawing tool (constrains to a square) and the line drawing tool (constrains to preset angles).

**constructor** in OBJECT-ORIENTED PROGRAMMING, a method called when a new object is created.

**content provider** a company or organization that provides information (*content*) online. For example, *www.cnn.com* (Cable News Network) is a content provider for world news and related information. *Contrast* ASP (definition 2); INTERNET SERVICE PROVIDER.

PAVEMETRICS0093143