# EXHIBIT G

# Vassilios Morellas
## Curriculum Vitae

April 2021

**Address:** Department of Electrical & Computer Engineering, University of Minnesota, 200 Union Street, SE, Minneapolis, MN 55455
**Phone:** (612) 229-8882
**Email:** morellas@umn.edu

## Education

| | | |
|---|---|---|
| 1995 | Ph.D. in Mech. Eng. | University of Minnesota, Twin Cities. |
| 1988 | M.Sc. in Mech. Eng. | Columbia University, New York, NY. |
| 1983 | Diploma Mech. Eng. | National Technical University of Athens, Greece. |

## Current & Past Positions

| | | |
|---|---|---|
| 2019- | **Research Professor**, Electrical & Computer Engineering, U of Minn., Twin Cities. |
| 2014- | **Director**, NSF center on Robots & Sensors for Human Well Being, U. of Minn., Twin Cities. |
| 2006-2019 | **Program Director**, Computer Science & Engineering, U. of Minn., Twin Cities. |
| 2007-2014 | **Co-PI**, NSF Research Center on Safety, Security and Rescue, U. of Minn., Twin Cities. |
| 2003-2014 | **Instructor**, Dept. of Mech. Eng., University of Minnesota, Twin Cities. |

## Industrial and Professional Experience

| | |
|---|---|
| 2005-2006 | **Sr. Principle Research Scientist**, Adv. Tech. Labs, Honeywell Int., Inc. |
| 1998-2005 | **Principle Research Scientist**, Adv. Tech. Labs, Honeywell Int., Inc. |
| 1995-1998 | **Research Associate**, Dept. of Mech.Eng., U. of Minn., Minneapolis, MN. |

## Honors and Awards

- Center for Transportation Studies: CTS Research Partnertship Award, 2016.
- Best Student Paper Award, IEEE International Conference on Image Processing (ICIP), 2012.
- Technical Achievement Award, for Technical Excellence in the area of **People Tracking in Camera Networks**, *Highest Honorary Distinction* from Automation and Control Solutions (ACS) of Honeywell International Inc., April 2003.
- Technical Achievement Award, for Technical Excellence for development and installation of the **SGATE: Secure Gate Access Technology Evaluation**, *Highest Honorary Distinction* from Automation and Control Solutions (ACS) of Honeywell International Inc., April 2003.
- Technical Achievement Award, for Technical Excellence in the area of **Outdoor Visual Surveillance**, *Highest Honorary Distinction*, Honeywell International Inc., December 2001.
- Second Prize, ITS World Magazine's, GPS Applications Showcase, 1997.
- First Prize, Pan-Hellenic competition on "Heat Pumps" presented by the Rotary Club of Athens, Greece (sponsored by Toshiba), 1984.
- Fellowship from the Greek Ministry of Education for academic excellence during undergraduate studies, 1982.

## Research Grants

- *I/UCRC Phase II: Robots and Sensors for the Human Well-being*
  Role: PI.
  Sponsors: National Science Foundation (NSF).
  Performance period: December 2019 - December 2024 - **Total amount**: $725,000

- *MRI: Development of an Instrument that Performs Behavioral Analysis for Neurological Disorders like the Tourette Syndrome*
  Role: Co-PI.
  Sponsors: National Science Foundation (NSF).
  Performance period: September 2019 - August 2024 - **Total amount**: $1,823,000

- *NRI: INT: COLLAB: Robot Teams for Precision Agriculture and Plant Health Management*
  Role: Senior personnel
  Sponsors: National Science Foundation (NSF).
  Performance period: September 2019 - August 2022 - **Total amount**: $933,000

- *SCH: Active Learning for Medical Applications*
  Role: Co-PI.
  Sponsors: NIH/NCI.
  Performance period: February 1, 2018 – January 31, 2022 - **Total amount**: $1,320,000

- *CPS: TTP Option: Synergy: Collaborative Research: Dynamic Methods of Traffic Control that Impact Quality of Life in Smart Cities*
  Role: Co-PI.
  Sponsors: National Science Foundation (NSF).
  Performance period: September 15, 2015 – February 29, 2020 - **Total amount**: $1,248,000

- *Maintenance for the Truck Parking Availability System of the State of Kansas*
  Role: Co-PI.
  Sponsors: Kansas DOT.
  Performance period: January 1, 2019 – December 31, 2023 - **Total amount**: $649,000

- *A Real-Time Truck Parking Availability System for the State of Wisconsin*
  Role: Co-PI.
  Sponsors: MN DOT.
  Performance period: June 30, 2016 – December 31, 2019 - **Total amount**: $395,000

- *A Real-Time Truck Parking Availability System of the State of Kansas*
  Role: Co-PI.
  Sponsors: Kansas DOT.
  Performance period: October 1, 2016 – December 31, 2019 - **Total amount**: $1,265,000

- *I/UCRC Phase I: Robots and Sensors for the Human Well-being*
  Role: PI.
  Sponsors: National Science Foundation (NSF).
  Performance period: September 2014–September 2019.
  **Total amount**: $854,600

- *MNDRIVE RSAM: Utilizing Computer Vision Technology for Cross-Cultural Developmental Screening in Early Childhood*
  Role: Co-PI (with Suma Jacob, MD, PhD Department of Psychiatry, UMN).
  Sponsors: University of Minnesota (MnDRIVE).
  Performance period: September 2014.
  **Total amount**: $50,000

- *MRI: Development of an Instrument that Monitors Behaviors Associated with OCD and Schizophrenia*
  Role: Co-PI (with prof. N. Papanikolopoulos, G. Bernstein, U of Minnesota).

  Sponsors: National Science Foundation (NSF).
  Performance period: November 2013–September 2017.
  **Total amount**: $560,000

➤ *A Comprehensive System for Assessing Truck Parking Availability*
  Role: Co-PI (with N. Papanikolopoulos, U of Minnesota).
  Sponsors: FHWA and MN DOT.
  Performance period: January 11, 2012 – November 30, 2016.
  **Total amount**: $2,267,711

➤ *MRI: Development of a Video-Based Robotic Instrument for Behavioral Analysis and Diagnosis of at Risk Children*
  Role: Co-PI (with N. Papanikolopoulos, K. Lim (U of Minnesota) and G. Sapiro (Duke University)).
  Sponsors: National Science Foundation (NSF).
  Performance period: October 1, 2010 – September 30, 2019.
  **Total amount**: $1,725,730

➤ *CDI-II: Computational Tools for Behavioral Analysis Diagnosis and Intervention of at Risk Children*
  Role: Co-PI (with N. Papanikolopoulos, K. Lim (U of Minnesota) and G. Sapiro (Duke University)).
  Sponsors: National Science Foundation (NSF).
  Performance period: September 2010–September 2015.
  **Total amount**: $1,578,897

➤ *ComputerAided Cancer Diagnosis in Surgical Pathology*
  Role: Co-PI, with N. Papanikolopoulos, et al.
  Sponsors: Institute for Engineering in Medicine (IEM) Seed Grant
  Performance period: January 2012–December 31, 2012.
  **Total amount**: $39,508.

➤ *I/UCRC: Collaborative Research:*
  *Detecting Cancer Using Advanced Computer Vision Techniques*
  Role: Co-PI (with N. Papanikolopoulos, A. Banerjee, U of Minnesota).
  Sponsors: NSF.
  Performance period: August 2009–July 2013.
  **Total amount**: $99,998

➤ *Collaborative Research: I/UCRC for Safety, Security, and Rescue Research*
  Role: Co-PI (with N. Papanikolopoulos, U of Minnesota).
  Sponsors: National Science Foundation (NSF).
  Performance period: August 2009–July 2013.
  **Total amount**: $330,000

➤ *Video Detection and Classification of Pedestrian Events at Roundabouts and Crosswalks*
  Role: PI (with T. Morris and J. Hourdos, U of Minnesota).
  Sponsors: Intelligent Transportation Systems (ITS) Institute (RITA).
  Performance period: September 2011–June 2013.
  **Total amount**: $75,000

➤ *I/UCRC Basic Research Grant: A New Miniature Ground/Water Robot*
  Role: Co-PI (with prof. N. Papanikolopoulos, U of Minnesota).
  Sponsors: National Science Foundation (NSF).
  Performance period: August 2009–July 2013.
  **Total amount**: $128,000

➤ *Sensing for HOV/HOT Lanes Enforcement*
  Role: Co-PI (with prof. N. Papanikolopoulos, U of Minnesota).

  - Sponsors: Minnesota Dept of Transportation (MnDoT).
    Performance period: July 2013–October 2013.
    **Total amount**: $97,200

- *Mass Transit Surveillance and Early Warning System*
  Role: Principal Co-Investigator (with prof. N. Papanikolopoulos, U of Minnesota).
  Sponsors: U. S. Department of Homeland Security.
  Performance period: August 2004–September 2011.
  **Total amount**: $4.5 M

- *Appearance Models for Tracking across Multiple Cameras*
  Role: Program Manager and Principal Co-Investigator (joint with prof. Larry Davis and Rama Chellappa, U of Maryland).
  Sponsors: HSARPA (Homeland Security ARPA)/COTR ONR.
  Performance period: May 2005–May 2007.
  **Total amount**: $1.3 M

- *Secure Gate Access Technology Evaluation (SGATE)*
  Role: Principal Investigator.
  Sponsors: Jointly sponsored by ONR and Honeywell Laboratories.
  Performance Period: June 2002 – June 2003.
  **Total amount**: $900 K.

- *Detection of Events for Threat Evaluation and Recognition (DETER)*
  Role: Principal Co-Investigator (joint with prof. I. Pavlidis of U of Houston).
  Sponsors: Honeywell Laboratories.
  Performance Period: June 1999–August 2002.
  **Total amount**: $700 K.

- *Digital Integration of Video for Airport Security (DIVAS)*
  Role: Principal Investigator.
  Sponsors: Honeywell Laboratories and Federal Aviation Administration (FAA).
  Performance Period: June 1999–August 2004.
  **Total amount**: $1.2 M

## Books

1. I. Pavlidis, V. Morellas and P. Roeber. *Programming cameras and pan-tilts with DirectX and Java*, Morgan Kaufmann Publishers Inc., 2003.

## Book Chapters

1. I. Pavlidis and V. Morellas. *Two examples of indoor and outdoor surveillance systems*, In Video-based Surveillance Systems: Computer Vision and Distributed Processing, Kluwer Academic Publishers, Boston, pp. 39–51, 2002.

## Refereed Journal Publications

1. A. Cherian, P. Stanitsas, J. Wang, M. Harandi, V. Morellas, and N. Papanikolopoulos. *Learning Log-Determinant Divergences for Positive Definite Matrices*, IEEE Pattern Analysis and Machine Intelligence, (PAMI), 2021 (accepted for publication)

2. P. Stanitsas, A. Cherian, V. Morellas, A. Truskinovsky, and N. Papanikolopoulos. *Second-order Descriptors for Breast Cancer Tissue Classification*, Computer Vision and Image Understanding, 2019 (submitted)

3. D. Zermas, V. Morellas, D. Mulla, and N. Papanikolopoulos. *3D Model processing for high-throughput phenotype extraction - The case of corn*, Journal of Computers and Electronics in Agriculture, 2019 (accepted for publication)

4. N. Walczak, J. Fasching, K. Cullen, V. Morellas, and N. Papanikolopoulos. *Toward Identifying Behavioral Risk Markers for Mental Health Disorders: An Assistive System for Monitoring Children's Movements in a Preschool Classroom*, Machine Vision and Applications , 29(3), pp 703–717, 2018.

5. G. Bernstein, T. Hadjiyanni, K. Cullen, M. Robinson, E. Harris, A. Young, J. Fasching, N. Walczak, S. Lee, V. Morellas, and N. Papanikolopoulos. *Use of Computer Vision Tools to Identify Behavioral Markers of Pediatric Obsessive-Compulsive Disorder: A Pilot Study*, J Child Adolesc Psychopharmacol.; 27(2):140-147. doi: 10.1089/cap.2016.0067. Epub 2016 Nov 10., 2017.

6. E. Harris, G. Bernstein, K. Cullen, S. Lee, T. Hadjiyanni, J. Robinson, A. Young, V. Morellas, and N. Papanikolopoulos. *1.64 Exploring Visual Design preferences in Youths with Obsessive-Compulsive Disorder*, In Journal of the American Academy of Child and Adolescent Psychiatry, 55(10) 2016.

7. A. Cherian, V. Morellas, and N. Papanikolopoulos. *Bayesian non-parametric clustering of positive definite tensors*, In IEEE Transactions on Pattern Analysis and Machine Intelligence,38(5), pp.862-874, 2015.

8. R. Sivalingam, D. Boley, V. Morellas, and N. Papanikolopoulos. *Tensor Dictionary Learning for Positive Definite Matrices*, In IEEE transactions on Image Processing, 24(11), pp.4592–4601 2016.

9. G. Somasundaram, A. Cherian, V. Morellas and N. Papanikolopoulos. *Action recognition using global spatio-temporal features derived from sparse representations*, Computer Vision and Image Understanding, 123: pp.1–13, 2014.

10. A. Cherian, S. Sra V. Morellas, and N. Papanikolopoulos. *Efficient nearest neighbors via robust sparse hashing*, In Transactions on Image Processing, Volume:23, Issue:8, pp.3646–3655, 2014.

11. J. Hashemi, T. V. Spina, M. Tepper, A. Esler, V. Morellas, N. Papanikolopoulos, H. Egger, G. Dawson and G. Sapiro. *Computer vision tools for low-cost and non-invasive measurement of autism-related behaviors in infants*, Autism Research and Treatment, Volume 2014, http://dx.doi.org/10.1155/2014/935686, 2014.

12. R. Sivalingam, D. Boley, V. Morellas and N. Papanikolopoulos. *Tensor sparse coding for positive definite matrices*, In IEEE Transactions on Pattern Analysis and Machine Intelligence, 36(3): pp.592–605, 2014.

13. G. Somasundaram, R. Sivalingam, V. Morellas and N. Papanikolopoulos. *Classification and counting of composite objects in traffic scenes using global and local image analysis*, In IEEE Transactions on Intelligent Transportation Systems (ITS), Volume:14, Issue:1, pp.69–81, 2013.

14. K. A. Patwardhan, G. Sapiro and V. Morellas. *Robust foreground detection in video using pixel layers*, In IEEE Transactions on Pattern Analysis and Machine Intelligence, Volume 30, pp. 746–751, 2008.

15. V. Morellas, I. Pavlidis and P. Tsiamyrtzis. *Deter: detection of events for threat evaluation and recognition*, In Machine Vision and Applications, Springer-Verlag, volume 15, pp. 29–45, 2003.

16. I. Pavlidis, V. Morellas, P. Tsiamyrtzis and S. Harp. *Urban surveillance systems: from the laboratory to the commercial world*, In Proceedings of the IEEE, volume 89, pp. 1478–1497, 2001.

17. I. Pavlidis, V. Morellas and N. Papanikolopoulos. *A vehicle occupant counting system based on near-infrared phenomenology and fuzzy neural classification*, In IEEE Transactions on Intelligent Transportation Systems, Volume 1, pp. 72–85, 2000.

18. C. Nevrinceanu, V. Morellas and M. Donath. *Automated process planning: reasoning from first principles based on geometric relation constraints*, In Artificial Intelligence for Engineering, Design, Analysis and Manufacturing, Cambridge Univ Press, volume 7, pp. 159–179, 1993.

19. N. Zabaras, V. Morellas and D. Schnur. *Spatially regularized solution of inverse elasticity problems using the BEM*, *I*n Communications in applied numerical methods, Wiley Online Library, Volume 5, pp. 547–553, 1989.

## Referred Conference Publications

1. D. Zermas, V. Morellas, D. Mulla, and N. Papanikolopoulos.*Extracting Phenotypic Characteristics of Corn Crops Through the Use of Reconstructed 3D Models*, *I*n IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS), 2018.

2. P. Stanitsas, A. Cherian, M. Harandi, V. Morellas, and N. Papanikolopoulos. *Learning Discriminative Alpha-Beta Divergences for Positive Definite Matrices*, *I*n IEEE International Conference of Computer Vision (ICCV), 2017.

3. P. Stanitsas, A. Cherian, V. Morellas, and N. Papanikolopoulos. *Clustering Positive Definite Matrices by Learning Information Divergences*, *I*n Workshop on Manifold Learning: from Euclid to Riemann (ICCV), 2017.

4. P. Stanitsas, A. Cherian, A. Truskinovsky, V. Morellas, and N. Papanikolopoulos. *Active Convolutional Neural Networks for Cancerous Tissue Recognition*, *I*n IEEE International Conference on Image Processing (ICIP), 2017.

5. N. Heller, P. Stanitsas, V. Morellas, and N. Papanikolopoulos. *A Web-Based Platform for Distributed Annotation of Computerized Tomography Scans*, 6th Joint International Workshops, CVII-STENT 2017 and 2nd International Workshop, LABELS 2017 Held in Conjunction with MICCAI 2017, Proceedings. Springer Verlag, Vol. 10552 LNCS, p. 136-145 10 p. (Lecture Notes in Computer Science (including subseries Lecture Notes in Artificial Intelligence and Lecture Notes in Bioinformatics); vol. 10552 LNCS), 2017.

6. D. Zermas, V. Morellas, D. Mulla, and N. Papanikolopoulos. *Estimating the Leaf Area Index of crops through the evaluation of 3D models*, *I*n IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS), pp. 6155-6162, 2017.

7. P. Stanitsas, A. Cherian, X. Li, A. Truskinowski, V. Morellas, and N. Papanikolopoulos. *Evaluation of feature descriptors for cancerous tissue recognition*, *I*n IEEE 3rd International Conference on Pattern Recognition, ICPR, pp. 1490-1495, 2016.

8. P. Stanitsas, A. Cherian, V. Morellas, and N. Papanikolopoulos. *Active Constrained Clustering via non-iterative uncertainty sampling*, *I*n IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS), pp.4027-4033, 2016.

9. J. Fasching, N. Walczak, G. Bernstein, T. Hadjiyanni, K. Cullen, V. Morellas, and N. Papanikolopoulos. *Automated coding of activity videos from an OCD study*, *I*n IEEE International Conference on Robotics and Automation (ICRA'16), pp. 5638-5643, 2016.

10. J. Fasching, N. Walczak, T. Hadjiyanni, G. Bernstein, K. Cullen, M. Mikkelsen, N. Studanski, V. Morellas, and N. Papanikolopoulos. *Exploring video descriptions for handwashing activities as part of an obsessive-compulsive disorder study*, *I*n IEEE 24th Mediterranean Conference on Control and Automation, pp.1174-1179, 2016.

11. D. Zermas, D. Teng, P. Stanitsas, M. Bazakos, D. Kaiser, V. Morellas, D. Mulla, and N. Papanikolopoulos. *Automation solutions for the evaluation of plant health in corn fields*, *I*n IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS), pp.6521-6527, 2015.

12. J. Fasching, N. Walczak, V. Morellas, and N. Papanikolopoulos. *Classification of motor stereotypies in video*, *I*n IEEE International Conference on Robotics and Automation (ICRA'15), 2015.

13. D. Zermas, M. Bazakos, V. Morellas, D. Mulla, and N. Papanikolopoulos. *A Robotics framework for the detection of nitrogen deficiencies in corn fields*, *I*n IEEE International Conference on Robotics and Automation (ICRA'15), 2015.

14. D. J. Cook, T. Morris, V. Morellas, and N. Papanikolopoulos. *An automated system for persistent real-time truck parking detection and information dissemination*, In IEEE International Conference on Robotics and Automation (ICRA'14), pp.3989–3994, 2014.

15. J. Duncs, R. Sivalingam, G. Somasundaram, V. Morellas, and N. Papanikolopoulos. *Recognition of ballet micro-movements for use in choreography*, In IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS), pp.1010–1016, 2013.

16. J. Hashemi, T. V. Spina, M. Tepper, A. Esler, V. Morellas, N. Papanikolopoulos and G. Sapiro. *A computer vision approach for the assessment of autism-related behavioral markers*, In IEEE International Conference on Development and Learning and Epigenetic Robotics (ICDL), pp. 1–7, 2012.

17. G. Somasundaram, V. Morellas and N. Papanikolopoulos. *Object classification with efficient global self-similarity descriptors based on sparse representations*, In 19th IEEE International Conference on Image Processing (ICIP), pp. 2165–2168, 2012.

18. J. Fasching, N. Walczak, R. Sivalingam, K. Cullen, B. Murphy, G. Sapiro, V. Morellas and N. Papanikolopoulos. *Detecting risk-markers in children in a preschool classroom*, In IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS), pp.1010–1016, 2012.

19. N. Walczak, J. Fasching, W. D. Toczyski, R. Sivalingam, N. D. Bird, K. Cullen, V. Morellas, B. Murphy, G. Sapiro and N. Papanikolopoulos. *A nonintrusive system for behavioral analysis of children using multiple RGB+depth sensors*, In IEEE Workshop on the Applications of Computer Vision (WACV), pp. 217–222, 2012.

20. R. Sivalingam, G. Somasundaram, V. Bhatawadekar, V. Morellas and N. Papanikolopoulos. *Sparse representation of point trajectories for action classification*, In IEEE International Conference on Robotics and Automation (ICRA), pp. 3601–3606, 2012.

21. R. Sivalingam, A. Cherian, J. Fasching, N. Walczak, N. Bird, V. Morellas, B. Murphy, K. Cullen, K. Lim, G. Sapiro, and N. Papanikolopoulos. *A multi-sensor visual tracking system for behavior monitoring of at-risk children*, In IEEE International Conference on Robotics and Automation (ICRA), pp. 1345–1350, 2012.

22. D. Fehr, A. Cherian, R. Sivalingam, S. Nickolay, V. Morellas and N. Papanikolopoulos. *Compact covariance descriptors in 3d point clouds for object recognition*, In IEEE International Conference on Robotics and Automation (ICRA), pp. 1793–1798, 2012.

23. J. Fasching, N. Walczak, R. Sivalingam, K. Cullen, B. Murphy, G. Sapiro, V. Morellas, N. Papanikolopoulos. *Detecting risk-markers in children in a preschool classroom*, In IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS), pp. 1010–1016, 2012.

24. A. Cherian, V. Morellas and N. Papanikolopoulos. *Robust Sparse Hashing*, In 19th IEEE International Conference on Image Processing (ICIP), pp. 2417–2420, 2012. (**Best Student Paper Award**)

25. R. Sivalingam, D. Boley, V. Morellas and N. Papanikolopoulos. *Positive definite dictionary learning for region covariances*, In IEEE International Conference on Computer Vision (ICCV), pp. 1013–1019, 2011.

26. R. Sivalingam, A. D'Souza, M. Bazakos, R. Miezianko, V. Morellas and N. Papanikolopoulos. *Dictionary learning for robust background modeling*, In IEEE International Conference on Robotics and Automation (ICRA), pp. 4234–4239, 2011.

27. H. J. Min, N. Papanikolopoulos, C. E. Smith and V. Morellas. *Feature-based covariance matching for a moving target in multi-robot following*, In 19-th Mediterranean Conference on Control Automation (MED), pp. 163–168, 2011.

28. P. K. Gali, V. Morellas and N. Papanikolopoulos. *A novel framework for annotating videos using text*, In 19th Mediterranean Conference on Control Automation (MED), pp. 1403–1408, 2011.

29. A. Cherian, V. Morellas, N. Papanikolopoulos and S. J. Bedros. *Dirichlet process mixture models on symmetric positive definite matrices for appearance clustering in video surveillance applications*, In IEEE Conference on Computer Vision and Pattern Recognition (CVPR), pp. 3417–3424, 2011.

30. A. Cherian, V. Morellas and N. Papanikolopoulos. *Approximate nearest neighbors via dictionary learning*, In Proc. SPIE 8058, Independent Component Analyses, Wavelets, Neural Networks, Biosystems, and Nanoengineering IX, 80581M; doi:10.1117/12.887484, 2011.

31. V. Bhatawadekar, D. Fehr, V. Morellas and N. Papanikolopoulos. *A dynamic sensor placement algorithm for dense sampling*, In Proceedings of the 14th International Conference on Information Fusion (FUSION), pp. 1–7, 2011.

32. R. Sivalingam, G. Somasundaram, V. Morellas, N. Papanikolopoulos, O. Lotfallah, Y. Park. *Dictionary learning based object detection and counting in traffic scenes*, In Proceedings of the Fourth ACM/IEEE International Conference on Distributed Smart Cameras, pp. 42–48, 2010.

33. E. Ribnick, V. Morellas and N. Papanikolopoulos. *Human motion patterns from single camera cues for medical applications*, In IEEE International Conference on Robotics and Automation (ICRA), pp. 5102–5107, 2010.

34. A. Cherian, J. Andersh, V. Morellas, B. Mettler and N. Papanikolopoulos. *Motion estimation of a miniature helicopter using a single onboard camera*, In American Control Conference (ACC), 2010, pp. 4456–4461, 2010.

35. G. Somasundaram, V. Morellas and N. Papanikolopoulos. *Counting pedestrians and bicycles in traffic scenes*, In 12th International IEEE Conference on Intelligent Transportation Systems (ITSC'09), pp. 1–6, 2009.

36. R. Sivalingam, V. Morellas, D. Boley and N. Papanikolopoulos. *Metric learning for semi-supervised clustering of region covariance descriptors*, In Third ACM/IEEE International Conference on Distributed Smart Cameras (ICDSC), pp. 1–8, 2009.

37. D. Fehr, R. Sivalingam, V. Morellas, N. Papanikolopoulos, O. Lotfallah and Y. Park. *Counting people in groups*, In Sixth IEEE International Conference on Advanced Video and Signal Based Surveillance AVSS'09, pp. 152–157, 2009.

38. A. Cherian, J. Andersh, V. Morellas, N. Papanikolopoulos and B. Mettler. *Autonomous altitude estimation of a UAV using a single onboard camera*, In IEEE/RSJ International Conference on Intelligent Robots and Systems, pp. 3900–3905, 2009.

39. A. Cherian, V. Morellas and N. Papanikolopoulos. *Accurate 3D ground plane estimation from a single image* In IEEE International Conference on Robotics and Automation, pp. 2243–2249, 2009.

40. V. Morellas, C. Johnston, A. Johnson, S. D. Roberts, G. L. Francisco. *Day, night and all-weather security surveillance automation*, In Proceedings of SPIE, volume 5778, Sensors, and Command, Control, Communications, and Intelligence (C3I) Technologies for Homeland Security and Homeland Defense IV, 757, 2005.

41. B. Schiller, V. Morellas and M. Donath. *Collision avoidance for highway vehicles using the virtual bumper controller*, In Proceedings of the IEEE International Symposium on Intelligent Vehicles, 1998.

42. V. Morellas, T. Morris, L. Alexander and M. Donath. *Preview based control of a tractor trailer using DGPS for preventing road departure accidents*, In IEEE Conference on Intelligent Transportation Systems, pp. 797–805, 1997.

43. V. Morellas, J. Minners and M. Donath. *Implementation of real time spatial mapping in robotic systems through self-organizing neural networks*, In Proceedings of IEEE/RSJ International Conference on Intelligent Robots and Systems, volume 1, pp. 277–284, 1995.

44. S. Kieffer, V. Morellas and M. Donath. *Neural network learning of the inverse kinematic relationships for a robot arm*, In Proceedings of IEEE International Conference on Robotics and Automation, pp. 2418–2425, 1991.

## Workshop and Other Publications

1. N. Heller, N. Papanikolopoulos, V. Morellas, and A. Truskinovsky. *Class saliency maps reveal computer vision's basis for diagnosing metastatic carcinoma in lymph nodes*, Annual Meeting of the US and Canada Academy of Pathology (USCAP), 2019.

2. N. Heller, M. Tradewell, J. Dean, V. Morellas, N. Papanikolopoulos, N. Sathianathen, and C. Weight. *A balance cascade of deep neural networks for CT renal segmentation*, Poster Annual Meeting of the Engineering Urology Society, 2018.

3. X. Li, V. Morellas, N. , A. M. Truskinovsky. *The Use of Computer Vision in the Differential Diagnosis of Ovarian Carcinomas*, Annual Meeting of the United States and Canadian Academy of Pathology (USCAP), 2016.

4. T. Morris, D. J. Cook, V. Morellas and N. Papanikolopoulos. *A comprehensive truck parking space availability system for real-time information and parking facilities performance monitoring*, Logistics, Trade and Transportation Symposium, 2014.

5. A. Kaplan, X. Li, R. Sivalingam, G. Somasundaram, A. Banerjee, V. Morellas, N. Papanikolopoulos and A. Truskinovsky. *Computer vision methods in surgical pathology: diagnosing carcinoma of the breast* , Annual Meeting of the United States and Canadian Academy of Pathology (USCAP), volume 93, pp. 380A-380A, 2013.

6. T. V. Spina, M. Tepper, A. Esler, V. Morellas, N. Papanikolopoulos, A. X. Falcao, and G. Sapiro. *Video human segmentation using fuzzy object models and its application to body pose estimation of toddlers for behavior studies*, In arXiv preprint arXiv:1305.6918, 2013.

7. N. Walczak, J. Fasching, W. Toczyski, R. Sivalingam, N. Bird, K. Cullen, V. Morellas, B. Murphy, G. Sapiro and N. Papanikolopoulos. *A nonintrusive system for behavioral analysis of children using multiple RGB+ depth sensors*, In IEEE Workshop on Applications of Computer Vision (WACV), pp. 217–222, 2012.

8. R. Sivalingam, G. Somasundaram, X. Li, J. C. Henriksen, A. Banerjee, V. Morellas, N. Papanikolopoulos, A. Truskinovsky. *Diagnosing adenocarcinoma of the prostate by computer vision methods*, Annual Meeting of the United States and Canadian Academy of Pathology (USCAP), volume 92, pp. 394A-394A, 2012.

9. R. Sivalingam, G. Somasundaram, A. Ragipindi, A. Banerjee, V. Morellas, N. Papanikolopoulos, A. Truskinovsky. *Diagnosing endometrial carcinoma via computer-assisted image analysis*, Annual Meeting of the United States and Canadian Academy of Pathology (USCAP), 2011.

10. K. A. Patwardhan, G. Sapiro and V. Morellas. *A graph-based foreground representation and its application in example based people matching in video* , Institute of Mathematics and its Applications (IMA), University of Minnesota, preprint series No. 2154, 2007.

11. K. A. Patwardhan, G. Sapiro and V. Morellas. *Pixel layering and layer propagation for video modeling and foreground detection*, In Institute of Mathematics and its Applications (IMA), University of Minnesota, preprint series No. 2080, 2005.

12. V. Morellas, T. Morris, L. Alexander and M. Donath. *Between the lines: A driver-assistive technology for staying in the lane*, In GPS World, volume 9, 1998.

13. R. Bodor, M. Donath, V. Morellas and D. Johnson. *In-Vehicle GPS-Based Lane Sensing to Prevent Road Departure* , In Abstracts of the Third World Congress on Intelligent Transport Systems, Intelligent Transportation: Realizing the Future, 1996.

## Technical Reports

1. T. Morris, X. Li, V. Morellas and N. Papanikolopoulos. *Video detection and classification of pedestrian events at roundabouts and crosswalks*, Technical report, Intelligent Transportation Systems Institute, Center for Transportation Studies, 2013.

2. E. Holec, G. Somasundaram, N. Papanikolopoulos and V. Morellas. *Monitoring the use of HOV and HOT lanes*, Technical report, Intelligent Transportation Systems Institute, Center for Transportation Studies, 2013.

3. G. Somasundaram, V. Morellas and N. Papanikolopoulos. *Deployment of practical methods for counting bicycle and pedestrian use of a transportation facility*, Technical report, Intelligent Transportation Systems Institute, Center for Transportation Studies, 2012.

4. P. Modi, V. Morellas and N. Papanikolopoulos. *Counting Empty Parking Spots at Truck Stops Using Computer Vision*, Technical report, Intelligent Transportation Systems Institute, Center for Transportation Studies, 2011.

5. G. Somasundaram, V. Morellas and N. Papanikolopoulos. *Practical methods for analyzing pedestrian and bicycle use of a transportation facility*, Technical report, Intelligent Transportation Systems Institute, Center for Transportation Studies, 2010.

6. I. Pavlidis, P. Symosek, V. Morellas, B. Fritz, N. Papanikolopoulos and R. Sfarzo. *Automatic passenger counting in the HOV Lane*, Technical report No. Mn/DOT 2000-06, Intelligent Transportation Systems Institute, Center for Transportation Studies, 1999.

7. L. Alexander, S. Bajikar, H. M. Lim, V. Morellas, T. Morris and M. Donath. *Safetruck: sensing and control to enhance vehicle safety*, Technical report No. Mn/DOT 1998-29, Intelligent Transportation Systems Institute, Center for Transportation Studies, 1997.

8. L. Alexander, M. Donath, M. Hennessey, V. Morellas and C. Shankwitz. *A lateral dynamic model of a tractor-trailer experimental validation*. Technical report No. Mn/DOT 1997-18, Intelligent Transportation Systems Institute, Center for Transportation Studies, 1996.

9. R. Bodor, L. Alexander, C. Liao, S. Bajikar, V. Morellas and M. Donath. *Analysis of a differential global positioning system as a sensor for vehicle guidance*, Technical report No. Mn/DOT 1997-17, Intelligent Transportation Systems Institute, Center for Transportation Studies, 1996.

## Patents

➤ **Crop Models and Biometrics**, (Dimitris Zermas, Vassilios Morellas, David Mulla, Nikos Papanikolopoulos, Mike Bazakos), OTC Docket No.: 20180265, University of Minnesota, 2019.

➤ **Automated Detection of Nitrogen Defieciency in Corn**, (Dimitris Zermas, Vassilios Morellas, David Mulla, Nikos Papanikolopoulos, Daniel Kaiser), OTC Docket No.: 20160058, University of Minnesota, 2015.

➤ **Computer vision approach using 3D reconstruction as a basis for parking space occupancy detection in parking facilities**, (Doug Cook, Vassilios Morellas, Ted Morris, Nikos Papanikolopoulos), OTC Docket No.: 20140124, University of Minnesota, 2014.

➤ **System and method for autonomous object tracking**, (Kartik B Ariyur, Saad J Bedros, Dennis W Strelow, Vassilios Morellas), 2011. (US Patent 7,907,750)

➤ **Object tracking system**, (Vassilios Morellas, Michael E Bazakos, Yunqian Ma, Andrew Johnson), 2010. (US Patent 7,720,257)

➤ **Face detection and tracking in a wide field of view**, (Michael E Bazakos, Vassilios Morellas), 2010. (US Patent 7,806,604)

- **Distributed stand-off ID verification compatible with multiple face recognition systems (FRS)**, (Michael E Bazakos, David W Meyers, Vassilios Morellas), 2010. (US Patent 7,817,013)

- **Infrared and visible fusion face recognition system**, (Michael E Bazakos, Vassilios Morellas, Yunqian Ma), 2009. (US Patent 7,602,942)

- **Unsupervised learning of events in a video sequence**, (Michael E Bazakos, Yunqian Ma, Vassilios Morellas, others), 2009. (US Patent 7,606,425)

- **Tracking a moving object from a camera on a moving platform**, (Kartik B Ariyur, Saad J Bedros, Vassilios Morellas, others), 2009. (US Patent 7,541,565)

- **Monitoring devices**, (Karen Z Haigh, Vassilios Morellas, Liana M Kiff), 2008. (EP Patent 1,782,406)

- **Infrared face detection and recognition system**, (Michael E Bazakos, Vassilios Morellas, Andrew Johnson, Yunqian Ma), 2008. (US Patent 7,469,060)

- **Face detection and tracking in a wide field of view**, (Michael Bazakos, Vassilios Morellas), 2007. (WO Patent 2,007,047,719)

- **Cooperative camera network**, (Ioannis Pavlidis, Vassilios Morellas), 2006. (US Patent 7,149,325)

- **High fidelity target identification and acquisition through image stabilization and image size regulation**, (Kartik B Ariyur, Vassilios Morellas, Saad J Bedros), 2006. (US Patent App. 11/562,563)

- **Deception detection booth**, (Ioannis Pavlidis, Vassilios Morellas, Michael Bazakos, others), 2006. (WO Patent 2,006,078,344)

- **Imaging methods and systems for concealed weapon detection**, (Donald R Singh, Vassilios Morellas), 2006. (EP Patent 1,721,192)

- **Controlled environment thermal image detection system and methods regarding same**, (Ioannis Pavlidis, Michael E Bazakos, Vassilios Morellas), 2006. (US Patent 7,138,905)

- **Method for monitoring a moving object and system regarding same**, (Ioannis Pavlidis, Vassilios Morellas), 2004. (EP Patent 1,399,889)

- **Method and apparatus for tracking with identification**, (Anthony E Faltesek, Vassilios Morellas), 2004. (EP Patent 1,388,140)

## Invited Talks

- **Key Note Talk**: *Video analytics for security and transportation applications*, 4th Joint IEEE International Workshop on Object Tracking and Classification Beyond the Visible Spectrum (OTCBVS'07), June 22, 2007.

- *A pragmatic view on modern video surveillance systems*, Advanced Transportation Technologies Seminar Series, Institute for Transportation Studies (ITS), University of Minnesota, October 9, 2007.

- *Imaging methods for surveillance*, IMA/MCIM Industrial Problems Seminar, Institute for Mathematics and Its Applications (IMA), University of Minnesota, March 3, 2006.

- Advanced technology for homeland security applications, Institute for Transportation Studies (ITS), University of Minnesota, June 2, 2003.

## Student Advising and Mentoring

### Master Thesis

➤ Doug J. Cook, MS 2012
Thesis: *Parking space occupancy detection utilizing 3D reconstruction techniques.* Current Appointment: Customer solutions engineer, Google, Chicago, IL.

### Doctoral Dissertations

➤ Anoop Cherian, PhD 2013
Thesis: *Similarity search in visual data.*
Current Appointment: Mitsibishi Electric Research Laboratories, Boston, MA.

➤ Ravishankar Sivalingam, PhD 2013
Thesis: *Tensor sparse coding for positive definite matrices.*
Current Appointment: Sr. Staff Engineer/Manager, Qualcomm, San Francisco, CA.

➤ Guruprasad Somasundaram, PhD 2012
Thesis: *Salient image regions for enhancing segmentation object detection and intra-class diversity.*
Current Appointment: Director of AI, Target Corporation, Minnesota.

➤ Panagiotis Stanitsas, PhD 2018
Thesis: *Machine Learning Methods with Emphasis on Cancerous Tissue Recognition.*
Current Appointment: Machine learning senior lead engineer, InSitro, San Francisco, CA.

➤ Dimitrios Zermas, PhD 2018
Thesis: *Combining Machine Learning with Computer Vision
for Precision Agriculture Applications.*
Current Appointment: Principal Scientist, Sentera LLC, Bloomington MN.

### PhD Thesis Committees

➤ Kedar Patwardhan, Jon Andersh.

## Synergistic Activities

➤ Associate Editor, IEEE/RSJ International Conference on Intelligent Robots and Systems, 2019.

➤ Technical Committee, 22nd International Conference on Pattern Recognition (ICPR 2014).

➤ Program Committee, IEEE International Symposium on Safety, Security, and Rescue Robotics, (Years 2012, 2013).

➤ Program Area Chair, 5th IEEE International Conference on Advanced Video and Signal Based Surveillance, 2008.

➤ Program Committee, IEEE Workshop on Computer Vision Beyond the Visible Spectrum: Methods and Applications, in conjunction with CVPR (Years 2000, 2001).