Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Payne McQueen Montgomery (*Pro Hac Vice*)
mack.montgomery@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Phone: (202) 640-6400
Facsimile: (202) 640-6401
*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **DECLARATION OF PAYNE MCQUEEN MONTGOMERY IN SUPPORT OF PAVEMETRICS' RESPONSIVE CLAIM CONSTRUCTION BRIEF** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

I, Payne McQueen Montgomery, declare and state as follows:

1. I am an associate in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the District of Columbia. I am admitted *pro hac vice* to the bar of this Court in the above-captioned action, and I am counsel for Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. in the above-captioned action. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2. I submit this declaration in support of Pavemetrics' Responsive Claim Construction Brief.

3. Attached as **Exhibit J** is a true and correct copy of highlighted excerpts from the prosecution history of U.S. Patent No. 10,362,293. The excerpts include the claims as originally filed, multiple office actions, multiple responses to office actions, and a notice of allowance.

4. Attached as **Exhibit K** is a true and correct copy of a highlighted excerpt from the User Guide for Version 5 of the Image Processing Toolbox for Use with MATLAB. The User Guide indicates that it was published in October 2004.

5. Attached as **Exhibit L** is a true and correct copy of a highlighted excerpt from an article by Robert M. Haralick and Linda G. Shapiro, titled "Glossary of Computer Vision Terms." The article indicates that it was published in 1991 in volume 24 of the journal "Pattern Recognition."

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2021 at Washington, District of Columbia.

  */s/ Payne McQueen Montgomery*
  Payne McQueen Montgomery

54411440