# Image Processing Toolbox

### For Use with MATLAB®

■ Computation

■ Visualization

■ Programming

User's Guide
*Version 5*



Exhibit K
112

**How to Contact The MathWorks:**



| | |
|---|---|
| `www.mathworks.com` | Web |
| `comp.soft-sys.matlab` | Newsgroup |



| | |
|---|---|
| `support@mathworks.com` | Technical support |
| `suggest@mathworks.com` | Product enhancement suggestions |
| `bugs@mathworks.com` | Bug reports |
| `doc@mathworks.com` | Documentation error reports |
| `service@mathworks.com` | Order status, license renewals, passcodes |
| `info@mathworks.com` | Sales, pricing, and general information |

  508-647-7000   Phone

  508-647-7001   Fax

  The MathWorks, Inc.   Mail
3 Apple Hill Drive
Natick, MA 01760-2098

For contact information about worldwide offices, see the MathWorks Web site.

*Image Processing Toolbox User's Guide*
© COPYRIGHT 1993 - 2004 by The MathWorks, Inc.

The software described in this document is furnished under a license agreement. The software may be used or copied only under the terms of the license agreement. No part of this manual may be photocopied or reproduced in any form without prior written consent from The MathWorks, Inc.

FEDERAL ACQUISITION: This provision applies to all acquisitions of the Program and Documentation by, for, or through the federal government of the United States. By accepting delivery of the Program or Documentation, the government hereby agrees that this software or documentation qualifies as commercial computer software or commercial computer software documentation as such terms are used or defined in FAR 12.212, DFARS Part 227.72, and DFARS 252.227-7014. Accordingly, the terms and conditions of this Agreement and only those rights specified in this Agreement, shall pertain to and govern the use, modification, reproduction, release, performance, display, and disclosure of the Program and Documentation by the federal government (or other entity acquiring for or through the federal government) and shall supersede any conflicting contractual terms or conditions. If this License fails to meet the government's needs or is inconsistent in any respect with federal procurement law, the government agrees to return the Program and Documentation, unused, to The MathWorks, Inc.

MATLAB, Simulink, Stateflow, Handle Graphics, and Real-Time Workshop are registered trademarks, and TargetBox is a trademark of The MathWorks, Inc.

Other product or brand names are trademarks or registered trademarks of their respective holders.

| Printing History: | August 1993 | First printing | Version 1 |
|---|---|---|---|
| | May 1997 | Second printing | Version 2 |
| | April 2001 | Third printing | Revised for Version 3.0 |
| | June 2001 | Online only | Revised for Version 3.1 (Release 12.1) |
| | July 2002 | Online only | Revised for Version 3.2 (Release 13) |
| | May 2003 | Fourth printing | Revised for Version 4.0 (Release 13.0.1) |
| | September 2003 | Online only | Revised for Version 4.1 (Release 13SP1) |
| | June 2004 | Online only | Revised for Version 4.2 (Release 14) |
| | August 2004 | Online only | Revised for Version 5.0 (Release 14+) |
| | October 2004 | Fifth printing | Revised for Version 5.0.1 (Release 14SP1) |

Deblurring with the Lucy-Richardson Algorithm . . . . . . . . . **12-11**
Deblurring with the Blind Deconvolution Algorithm . . . . . . **12-16**
Creating Your Own Deblurring Functions . . . . . . . . . . . . . . . **12-22**

**Avoiding Ringing in Deblurred Images** . . . . . . . . . . . . . . . . **12-23**

# Color

**13**

**Terminology** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13-2**

**Working with Different Screen Bit Depths** . . . . . . . . . . . . . **13-3**
Determining Screen Bit Depth . . . . . . . . . . . . . . . . . . . . . . . . . **13-3**
Choosing a Screen Bit Depth . . . . . . . . . . . . . . . . . . . . . . . . . . **13-4**

**Reducing the Number of Colors in an Image** . . . . . . . . . . . **13-6**
Using rgb2ind . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13-7**
Reducing Colors in an Indexed Image . . . . . . . . . . . . . . . . . **13-12**
Dithering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13-13**

**Converting Color Data Between Color Spaces** . . . . . . . . . **13-15**
Converting Between Device-Independent Color Spaces . . . . **13-15**
Performing Profile-Based Conversions . . . . . . . . . . . . . . . . . **13-19**
Converting Between Device-Dependent Color Spaces . . . . . . **13-23**

# Neighborhood and Block Operations

**14**

**Terminology** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14-2**

**Block Processing Operations** . . . . . . . . . . . . . . . . . . . . . . . . **14-3**
Types of Block Processing Operations . . . . . . . . . . . . . . . . . . **14-3**

**Sliding Neighborhood Operations** . . . . . . . . . . . . . . . . . . . . **14-4**

Padding Borders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14-5**
Linear and Nonlinear Filtering . . . . . . . . . . . . . . . . . . . . . . . . . **14-5**

**Distinct Block Operations** . . . . . . . . . . . . . . . . . . . . . . . . . . . **14-8**
Overlap . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14-9**

**Column Processing** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14-11**
Sliding Neighborhoods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14-11**
Distinct Blocks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14-12**

## 15 | Function Reference

**Functions – Categorical List** . . . . . . . . . . . . . . . . . . . . . . . . . **15-2**
Image Input, Output, and Display . . . . . . . . . . . . . . . . . . . . . . **15-3**
Modular Interactive Tools . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15-5**
Spatial Transformation and Registration . . . . . . . . . . . . . . . . **15-7**
Image Analysis and Statistics . . . . . . . . . . . . . . . . . . . . . . . . . **15-8**
Image Arithmetic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15-9**
Image Enhancement and Restoration . . . . . . . . . . . . . . . . . . **15-10**
Linear Filtering and Transforms . . . . . . . . . . . . . . . . . . . . . . **15-11**
Morphological Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15-13**
Region-Based, Neighborhood, and Block Processing . . . . . . . **15-15**
Colormap and Color Space Functions . . . . . . . . . . . . . . . . . . . **15-16**
Miscellaneous Functions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15-18**

**Functions – Alphabetical List** . . . . . . . . . . . . . . . . . . . . . . . . **15-20**

## Index

Exhibit K
116

# Block Processing Operations

Certain image processing operations involve processing an image in sections called *blocks,* rather than processing the entire image at once. The Image Processing Toolbox provides several functions for specific operations that work with blocks, for example, the `imdilate` function for image dilation. In addition, the toolbox provides more generic functions for processing an image in blocks. This section discusses these generic block processing functions.

To use one of the functions, you supply information about the size of the blocks, and specify a separate function to use to process the blocks. The block processing function does the work of breaking the input image into blocks, calling the specified function for each block, and reassembling the results into an output image.

## Types of Block Processing Operations

Using these functions, you can perform various block processing operations, including *sliding neighborhood operations* and *distinct block operations*:

- In a sliding neighborhood operation, the input image is processed in a pixelwise fashion. That is, for each pixel in the input image, some operation is performed to determine the value of the corresponding pixel in the output image. The operation is based on the values of a block of neighboring pixels.
- In a distinct block operation, the input image is processed a block at a time. That is, the image is divided into rectangular blocks, and some operation is performed on each block individually to determine the values of the pixels in the corresponding block of the output image.

In addition, the toolbox provides functions for *column processing operations*. These operations are not actually distinct from block operations; instead, they are a way of speeding up block operations by rearranging blocks into matrix columns.

Note that even if you do not use these block processing functions, the information here might be useful to you, as it includes concepts fundamental to many areas of image processing. In particular, the discussion of sliding neighborhood operations is applicable to linear filtering and morphological operations. See Chapter 7, "Linear Filtering and Filter Design," and Chapter 9, "Morphological Operations," for information about these applications.

**14-3**

**14** Neighborhood and Block Operations

# Sliding Neighborhood Operations

A sliding neighborhood operation is an operation that is performed a pixel at a time, with the value of any given pixel in the output image being determined by the application of an algorithm to the values of the corresponding input pixel's *neighborhood*. A pixel's neighborhood is some set of pixels, defined by their locations relative to that pixel, which is called the *center pixel*. The neighborhood is a rectangular block, and as you move from one element to the next in an image matrix, the neighborhood block slides in the same direction.

The following figure shows the neighborhood blocks for some of the elements in a 6-by-5 matrix with 2-by-3 sliding blocks. The center pixel for each neighborhood is marked with a dot.



**Neighborhood Blocks in a 6-by-5 Matrix**

The center pixel is the actual pixel in the input image being processed by the operation. If the neighborhood has an odd number of rows and columns, the center pixel is actually in the center of the neighborhood. If one of the dimensions has even length, the center pixel is just to the left of center or just above center. For example, in a 2-by-2 neighborhood, the center pixel is the upper left one.

For any m-by-n neighborhood, the center pixel is

```
floor(([m n]+1)/2)
```

In the 2-by-3 block shown in Figure , the center pixel is (1,2), or the pixel in the second column of the top row of the neighborhood.

14-4

Exhibit K
118

To perform a sliding neighborhood operation,

**1** Select a single pixel.

**2** Determine the pixel's neighborhood.

**3** Apply a function to the values of the pixels in the neighborhood. This function must return a scalar.

**4** Find the pixel in the output image whose position corresponds to that of the center pixel in the input image. Set this output pixel to the value returned by the function.

**5** Repeat steps 1 through 4 for each pixel in the input image.

For example, the function might be an averaging operation that sums the values of the neighborhood pixels and then divides the result by the number of pixels in the neighborhood. The result of this calculation is the value of the output pixel.

## Padding Borders

As the neighborhood block slides over the image, some of the pixels in a neighborhood might be missing, especially if the center pixel is on the border of the image. For example, if the center pixel is the pixel in the upper left corner of the image, the neighborhoods include pixels that are not part of the image.

To process these neighborhoods, sliding neighborhood operations *pad* the borders of the image, usually with 0's. In other words, these functions process the border pixels by assuming that the image is surrounded by additional rows and columns of 0's. These rows and columns do not become part of the output image and are used only as parts of the neighborhoods of the actual pixels in the image.

## Linear and Nonlinear Filtering

You can use sliding neighborhood operations to implement many kinds of filtering operations. One example of a sliding neighbor operation is convolution, which is used to implement linear filtering. MATLAB provides the conv and filter2 functions for performing convolution, and the toolbox

**14-5**