*Pattern Recognition*, Vol. 24, No. 1, pp. 69–93, 1991.
Printed in Great Britain.

0031–3203/91 $3.00 + .00
Pergamon Press plc
© 1990 Pattern Recognition Society

# GLOSSARY OF COMPUTER VISION TERMS

ROBERT M. HARALICK and LINDA G. SHAPIRO
University of Washington, Dept. of Electrical Engineering, Seattle, WA 98195, U.S.A.

(*Received* 20 *September* 1989; *in revised form* 2 *March* 1990; *received for publication* 23 *March* 1990)

## 1. THE IMAGE

1. An *image* is a spatial representation of an object, a two-dimensional or three-dimensional scene, or another image. It can be real or virtual as in optics. In computer vision, "image" usually means recorded image such as a video image, digital image, or picture. It may be abstractly thought of as a continuous function $I$ of two variables defined on some bounded and usually rectangular region of a plane. The value of the image located at spatial coordinates $(r, c)$ is denoted by $I(r, c)$. For optic or photographic sensors, $I(r, c)$ is typically proportional to the radiant energy received in the electromagnetic band to which the sensor or detector is sensitive in a small area around $(r, c)$. For range finder sensors, $I(r, c)$ is a function of the line of sight distance from $(r, c)$ to an object in the three-dimensional world. For a tactile sensor, $I(r, c)$ is proportional to the amount that the surface at and around $(r, c)$ deforms the sensor. When the image is a map, $I(r, c)$ is an index or symbol associated with some category such as a color, a thematic land use category, a soil type, or a rock type. A recorded image may be in photographic format, video signal format, or digital format.

2. A *video image* is an image in electronic signal format capable of being displayed on a cathode ray tube screen or monitor. The video signal can be generated from devices like a CCD camera, a vidicon, a flying spot scanner, a tactile sensor, a range sensor, or a frame buffer driving a digital to analog converter. Video images have two common formats. In the frame format, the video signal itself is a sequence of signals, the $i$th signal representing the $i$th line of the image. The $i$th signal is separated from the $(i + 1)$st signal by a horizontal sync or pulse. Each video frame is separated from the next video frame by a vertical sync pulse. In the interlaced format, the video signal is divided into two fields. The first field contains all the odd numbered lines and the second field contains all the even numbered lines. As in the frame format, the $i$th line of the field is its $i$th signal, and it is separated from next line of the field by a horizontal sync pulse. Successive fields are separated by vertical sync pulses.

3. The *gray level*, *gray shade*, *gray tone*, *gray tone intensity*, *image intensity*, *image density*, *brightness*, or *image value* is a number or value assigned to a position on an image. For optic or photographic sensors, the image intensity at $(r, c)$ is proportional to the integrated output, reflectance, or transmittance of a small area, usually called a resolution cell or pixel, centered on the position $(r, c)$. Its value can be related to transmittance, reflectance, a coordinate of the tristimulus, ICI, YIQ, or RGB color coordinate system, brightness, radiance, luminance, density, voltage, or current.

4. *Resolution* is a generic term which describes how well a system, process, component, material, or image can reproduce an isolated object consisting of separate closely spaced objects or lines. The *limiting resolution*, *resolution limit* or *spatial resolution* is described in terms of the smallest dimension of the target or object that can just be discriminated or observed. Resolution may be a function of object contrast and spatial position as well as element shape (single point, number of points in a cluster, continuum, or line etc.).

5. A *resolution cell* is the smallest most elementary areal constituent having an associated image intensity in a digital image. A resolution cell is referenced by its spatial coordinates which are the center coordinates of its area. The resolution cell or spatial formations of resolution cell constitute the basic unit for low level processing of digital image data. Resolution cells usually have areas which are square, rectangular, or hexagonal.

6. *Acutance* is a measure of the sharpness of edges in a photograph or image. It is defined for any edge by the average squared rate of change of the image intensity across the edge divided by the total image intensity difference from one side of the edge to the other side of the edge.

7. The *contrast* of an object against its background can be measured by: (1) its *contrast ratio*, which is the ratio between the higher of object transmittance or background transmittance to the lower of object transmittance or background transmittance; (2) its *contrast difference*, which is the difference between the higher density of object or background to the lower density of object or background; (3) its *contrast modulation*, which is the difference between the darker of object or background image intensity and the lighter of the two divided by the sum of object image intensity and background image intensity.

8. A *pixel*, *picture element*, or *pel* is a pair whose



Exhibit L
120

282. A *quadratic discriminant function* $f$ is a discriminant function of the form $f(d) = \sum_{i=1}^{n} \sum_{j=i}^{n} a_{ij}\delta_i\delta_j + \sum_{j=1}^{n} a_j\delta_j + a_0$.

283. A *decision boundary* between the $i$th and $k$th categories is a subset $H$ of patterns in measurement space $M$ defined by

$$H = \{d \in M | f_i(d) = f_k(d)\},$$

where $f_i$ and $f_k$ are the discriminant functions for the $i$th and $k$th categories.

284. A *hyperplane decision boundary* is the special name given to decision boundaries arising from the use of linear discriminant functions.

285. A *linear decision rule* is a simple statistical pattern recognition decision rule which usually treats the units independently and makes the category assignments using linear discriminant functions. The decision boundaries obtained from linear decision rules are hyperplanes.

286. The *pattern discrimination* problem is concerned with how to construct the decision rule which assigns a unit to a particular category on the basis of the measurement pattern(s) in the data sequence or on the basis of the feature pattern(s) in the data sequence.

287. *Pattern identification* is the process in which a decision rule is applied. If $S_u = \langle u_1, u_2, \ldots, u_j \rangle$ is the sequence of units to be observed and identified, and if $S_d = \langle d_1, d_2, \ldots, d_j \rangle$ is the corresponding data sequence of patterns, then the pattern identification process produces a category identification sequence $S_c = \langle c_1, c_2, \ldots, c_j \rangle$ where $c_i$ is the category in $C$ to which the decision rule assigns unit $u_i$ on the basis of the $j$ patterns in $S_d$. In general, each category in $S_c$ can be assigned by the decision rule as a function of all the patterns in $S_d$. Sometimes pattern identification is called *pattern classification* or *classification*.

288. A *perceptron* or *neural network* is an interconnected network of nonlinear units or processing elements capable of learning and self organizing. The response of a unit or a processing element is a non-linear monotonic function of a weighted sum of the inputs to the processing elements. The weights, called *synaptic weights* are modified by a learning or reinforcement algorithm. Typical nonlinear processing functions are $\mathrm{sgn}(x)$, $\frac{1}{1+e^{-x}}$, and $\tanh(x)$. When each processing element contributes one component to the output response vector and its inputs are selected from the components of the input pattern vector, the perceptron is called a *simple perceptron*. Processing units whose output only indirectly influences the components of the output response vector are called *hidden units*.

289. An *error corrective reinforcement* for a perceptron is a learning or training algorithm in which the change in a synaptic weights is a function of the degree to which the output of the processing unit is not what it is desired to be. Error corrective reinforcement algorithms are also called *error back propagation* algorithms.

290. A *forward coupled perceptron* is a perceptron in which the processing units are layered. The inputs to the processing units in layer $n$ come from the outputs of processing units in layers prior to layer $n$. Single layered perceptrons can create linear decision surfaces. Two layered perceptrons can create convex decision regions. Three layered perceptrons can create almost arbitrarily shaped decision regions.

291. A *series coupled perceptron* is a forward coupled perceptron in which the inputs to the processing center in layer $n$ come from the outputs of processing units in layer $n - 1$.

292. A *back coupled perceptron* is a perceptron which is not forward coupled. That is, there is some processor in layer $n$ where output feeds back and is the input to a processor in some layer prior to layer $n$.

293. A *cluster* is a homogeneous group of units which are very "like" one another. "Likeness" between units is usually determined by the association, similarity, or distance between the measurement patterns associated with the units.

294. A *cluster assignment function* is a function which assigns each observed unit to a cluster on the basis of the measurement pattern(s) in the data sequence or on the basis of their corresponding features. Sometimes the units are treated independently. In this case the cluster assignment function can be considered as a transformation from measurement space to the set of clusters.

295. The *pattern classification* problem is concerned with constructing the cluster assignment function which groups similar units. Pattern classification is synonymous with *numerical taxonomy* or *clustering*.

296. The *cluster identification* process is the process in which the cluster assignment function is applied to the sequence of observed units thereby yielding a cluster identification sequence.

297. A *misidentification*, or *misdetection*, or *type I error* occurs for category $c_i$ if a unit whose true category identification is $c_i$ is assigned by the decision rule to category $c_k$, $k \neq i$. A misidentification error is often called an *error of omission*.

298. A *false identification*, or *false alarm*, or *type II error* occurs for category $c_i$ if a unit whose true category identification is $c_k$, $k \neq i$, is assigned by the decision rule to category $c_i$. A false identification error is often called an *error of commission*.

299. A *prediction sequence*, or *test sequence*, or a *generalization sequence* is a set of two sequences: (1) data sequence (whose corresponding true category identification sequence may be considered to be unknown to the decision rule) and (2) a corresponding category identification sequence deter-

Exhibit L
121

mined by the decision rule assignment. By comparing the category identification sequence determined by the decision rule assignment with the category identification sequence determined by the ground truth, the misidentification rate and the false identification rate for each category may be estimated.

300. A *confusion matrix* or *contingency table* is an array of probabilities whose rows and columns are both similarly designated by category label and which indicates the probability of correct identification for each category as well as the probability of type I and type II errors. The ($i$th, $k$th) element $P_{ik}$ is the probability that a unit has true category identification $c_i$ and is assigned by the decision rule to category $c_k$.

301. A unit is said to be *detected* if the decision rule is able to assign it as belonging only to some given subset A of categories from the set $C$ of categories. To detect a unit does not imply that the decision rule is able to identify the unit as specifically belonging to one particular category.

302. A unit is said to be *recognized*, *identified*, *classified*, *categorized*, or *sorted* if the decision rule is able to assign it to some category from the set of given categories. In some applications, there may be a definite distinction between recognize and identify. In these applications, for a unit to be recognized, the decision rule must be able to assign it to a type of category, the type having included within it many subcategories. For a unit to be identified, the decision rule must be able to assign it not only to a type of category but also to a subcategory of the category type. For example, a small area ground patch which may be recognized as containing trees may be specifically identified as containing apple trees.

303. A unit is said to be *located* if specific coordinates can be given for the unit's physical location.

304. *Accuracy* refers to the degree of closeness an estimate has to the true value of what it is estimating.

305. *Precision* refers to the degree of closeness an estimate has to its expected value.

306. The *receiver operating characteristic* or the *receiver operating curve* of a pattern classifier is a function of its misdetection error rate against its false alarm rate.

307. The *leave-K-out* method of evaluating a pattern classifier divides the training set into $L$ mutually exclusive subsets each having $K$ patterns. The classifier is successively trained using $L-1$ of the subsets and tested on the $L$th subset. The evaluation is then made on the accumulated performance tests of the experiments where in each experiment $K$ patterns were omitted from the training set and then used in the testing set. Performance estimates obtained using the leave-$K$-out method are unbiased. However, for small $K$ the estimates will have high variance.

308. The *resubstitution method* of evaluating a pattern classifier uses the same set for training and testing. Performance estimates obtained using the resubstitution method are always biased high.

**19. INDEX OF TERMS**


Absolute Orientation 43
Accuracy 304
Acutance 6
Algebraic Reconstruction 192
Ambient Light 35
Analytic Photogrammetry 39
Antiparallel 86
Area 128
Area Analysis 186
Area of Interest Operator 184
Aspect Graph 230
Automatic Vision Inspection 232
Automatic Visual Inspection 232
Back Coupled Perceptron 292
Backlighting 33
Band Pass Filter 79
Bayes Decision Rule 278
Bidirectional Reflectance Distribution Function 30
Binary Image 20
Binary Image Projection 144
Binary Octree 150
Binary Quadtree 148
Blackboard 242
Blob 113
Blob Analysis 142
Block 106
Blocks World 228
Border 122
Bottom Up 239
Boundary 122
Boundary Delineation 84
Boundary Detection 84
Boundary Following 123
Boundary Representation 154
Boundary Surface Description 154
Bounding Contour 120
Bounding Rectangle 136
Box Filter 71
Brightness 3
Candela 24
Camera Constant 47
Cartesian Product 250
Categories C 253
Categorized 302
Category Identification Sequence 269
Center of Perspectivity 46
Central Moment 131
Centroid 129
Chain Code 147
Change Detection 65
Chromaticity 36
City Distance 106
Classification 287
Classified 302
Classifier 258
Class Region 260
Closing 97