# CURRICULUM VITAE

**David H. Frakes**
3135 Wood Valley Road NW
Atlanta, GA 30327
(480) 399-7875
frakules@icloud.com

## I. EDUCATION

Ph.D.    Bioengineering – Georgia Institute of Technology, 2003
          Advisors: Mark J.T. Smith, Ph.D. and Ajit P. Yoganathan, Ph.D.
M.S.    Electrical Engineering – Georgia Institute of Technology, 2003
M.S.    Mechanical Engineering – Georgia Institute of Technology, 2002
B.S.    Electrical Engineering (High Honor) – Georgia Institute of Technology, 1998

## II. EMPLOYMENT

**3/2020 – present**    **Associate Professor with Tenure – *Georgia Institute of Technology, The Wallace H. Coulter Department of Biomedical Engineering, School of Electrical and Computer Engineering***
Conduct novel, high-impact research in the areas of medical devices, cardiovascular fluid dynamics, image and video processing, and computer vision. Develop and implement undergraduate and graduate engineering curriculum. Translate technology from the laboratory to the market.

1/2019 – 3/2020    **Lead of Camera Software – *Apple***
Lead a team that creates and ships camera software for the iPhone.

11/2017 – 1/2019    **Technical Lead and Manager of Lens Labs – *Google Daydream***
Lead the research teams (~30 engineers) behind Google Lens – the engine that lets you "search what you see". Responsible for teams shipping augmented reality- and computer vision-based features in AR Core and Google Lens.

4/2015 – 11/2017    **Technical Program Lead of Mobile Vision – *Google Advanced Technologies and Projects (ATAP) Group***
Lead a team of ~100 engineers. Create new computer vision products in mobile hardware/software and immersive commerce via the DARPA innovation model.

4/2015 – 3/2020    **The Fulton Entrepreneurial Professor – *Ira A. Fulton Schools of Engineering at Arizona State University***

**1/2017 – present**    **Adjunct Professor of Radiology – *Mayo Clinic***

8/2014 – 3/2020    **Associate Professor with Tenure – *Arizona State University (ASU), School of Biological and Health Systems Engineering (SBHSE) and School of Electrical, Computer, and Energy Engineering (SECEE)***
**Honors Faculty – *Barrett, the Honors College at Arizona State University***

3/2008 – 3/2020    **Graduate Faculty – *ASU, School for the Engineering of Matter, Transport, and Energy (SEMTE)***
**Affiliated Research Scientist – *Barrow Neurological Institute (BNI)***

3/2008 – 8/2014    **Assistant Professor – *ASU, SBHSE and SECEE***
Conduct novel, high-impact research in the areas of medical devices, cardiovascular fluid dynamics, image and video processing, and computer vision. Develop and implement undergraduate and graduate engineering curriculum. Manage and mentor student teams in research and entrepreneurship.

9/2013 – 1/2015    **Chief Science Officer – *Endovantage, LLC***
Supervise technology development and execution in providing endovascular device simulation services to healthcare enterprises and medical device companies.

5/2011 – 1/2015    **Chief Science Officer – *Heart in Your Hand, LLC***
Supervised technology development and execution in providing physical models of congenital heart disease to hospitals, medical schools, and biomedical researchers.

12/2010 – 12/2014    **Director of Strategy Development – *Intrinsic Capital Management, Inc.***
Developed multi-asset class, technical/fundamental algorithmic trading strategies for financial advisory, hedge fund, and high net worth individual investors.

| | |
|---|---|
| 9/2006 – 3/2008 | **Chief Risk Officer (CRO) and Director –** *Carlyle Blue Wave Partners* |
| | As CRO: Directed risk management for a ~$1B hedge fund. Developed automated tools for performance monitoring and integrated multiple risk management platforms. As Director: Specialized in equity derivatives and volatility. Created/deployed pricing models and technical/fundamental trading strategies across multiple asset classes (equities, commodities, fixed income, etc.) on time-scales from minutes to months. |
| 6/2003 – 3/2008 | **Chief Technology Officer –** *4-D Imaging, Inc.* |
| | Managed teams of software engineers and research scientists. Lead the development of image and video processing solutions for the biotech and military sectors. Raised ~$500k in capital as founder of the venture and secured multiple grants >$100k as PI. |
| 6/2005 – 9/2006 | **Quantitative Analyst –** *Millennium Partners* |
| | Provided software support tools for traders and developed systematic intraday and longer-term technical trading algorithms for equities and index futures products. |
| 9/2003 – 1/2005 | **Postdoctoral Fellow –** *Georgia Tech / Emory School of Biomedical Engineering* |
| | Conducted NIH-funded basic and clinical research in cardiovascular bioengineering, biomedical imaging, and image processing. Supervised a team of graduate students. |
| 1/1999 – 9/2003 | **Graduate Research Assistant –** *Georgia Tech Cardiovascular Fluid Mechanics Laboratory and the Georgia Tech Center for Signal and Image Processing (CSIP)* |
| | Performed AHA- and NIH-funded research in cardiovascular bioengineering, controls, and image processing. Instructed undergrad courses. Developed engineering curriculum. |
| 6/2002 – 9/2002 | **NSF Fellow –** *National Taiwan University, Department of Applied Mechanics* |
| | Designed and executed an investigation of droplet physics in the context of biochip production. Functioned as a member of an international team with Mandarin Chinese as the first language. |
| 5/2000 – 8/2000 | **Summer Intern –** *Deutsche Bank Alex Brown* |
| | Worked on the International Securities Exchange options market-making desk. |
| 4/1998 – 7/1998 | **Professional Athlete –** *Washington Redskins* |
| | Signed a contract with an NFL team and competed during the 1998 preseason. |

**III.  GRANT AWARDS AND CONTRACTS** (* indicates PI, **bold** indicates % of funds received to Frakes' program, and underlining indicates total grant award. Cumulative awards thus far total **~$5.1M** with **~$3.0M** going specifically to PI Frakes.)

1. "Applied CFD Technologies": Hooman Farsani*, Co-PI David Frakes. NSF I-Corps (8/2018-7/2019, **100%**), $50k

2. "Applied CFD Technologies": Hooman Farsani*, Co-PI David Frakes. ASU W.P. Carey School of Business New Venture Challenge (4/2018-3/2019, **10%**), $30k

3. "Patient-Specific Neuro-Oncology: Forecasting Tumor Growth and Recurrence in Individual Patients": Eric Kostelich*, Co-PI David Frakes. Arizona Biomedical Research Commission (3/2017-2/2020, **15%**), $750k

4. "3D Printing for Heart Surgery Planning": David Frakes*. ASU Women and Philanthropy Society (4/2016-3/2019, **100%**), $100k

5. "Stereo Image Fusion Algorithms - 2": David Frakes*. Google Advanced Technology and Projects Group (1/2016-6/2016, **100%**), $50k

6. "Virtual Implantation Trial for the Infant Jarvik 2015 Heart": David Frakes*. NIH NHLBI Subcontract (12/2015-3/2016, **100%**), $49k

7. "Stereo Image Fusion Algorithms - 1": David Frakes*. Google Advanced Technology and Projects Group (9/2015-3/2016, **100%**), $70k

8. "Morphological Models for Undergraduate Biomedical Engineering Education": David Frakes*. NSF I/UCRC Research Grant sponsored by Interactive Flow Studies (10/2015-9/2016, **100%**), $50k

9. "Collaborative Research: Wall Shear Stress Sensor for Engineering Fluid Dynamics in Biomedical Systems": David Frakes*. National Science Foundation Award - #1512553 (7/2015-6/2018, **48%**), $446k

10. "Planning Grant: Collaborative Research: Building Reliable Advance and Innovation in Neurotechnologies (BRAIN)": Marco Santello*, Co-PI David Frakes. National Science Foundation Award - #13-594 (6/2015-5/2016, **5%**), $14k

11. "Validating Large Fluid Dynamics Simulations of Complex Geometries with 3D Printing": David Frakes*. Lawrence Livermore National Laboratory (1/2015-9/2015, **100%**), <u>$80k</u>

12. "Virtual Implantation of the Syncardia Total Artificial Heart": David Frakes*. Syncardia Systems (1/2015-12/2015, **100%**), <u>$5k</u>

13. "The EndoVantage Interventional Suite (EVIS) for Personalized Clinical Management of Cerebral Aneurysms": Robert Green*, Co-PI David Frakes. Flinn Foundation Bioscience Entrepreneurship Award (1/2015-12/2015, **25%**), <u>$30k</u>

14. "Motion Treatment and Quality Assessment for Improved Super-resolution Image Generation": David Frakes*. Google Advanced Technology and Projects Group (1/2015-3/2015, **100%**), <u>$80k</u>

15. "Efficient Sub-pixel Image Registration and Demosaicing with Gradient Angle Interpolators": David Frakes*. Google Advanced Technology and Projects Group (8/2014-12/2014, **100%**), <u>$70k</u>

16. "The EndoVantage Interventional Suite (EVIS) for Personalized Clinical Management of Cerebral Aneurysms": Robert Green*, Co-PI David Frakes. Arizona Commerce Authority Innovation Challenge Award (5/2014-4/2015, **25%**), <u>$250k</u>

17. "3D Cardiac Printing": Stephen Pophal*, Co-PI David Frakes. Phoenix Children's Hospital Leadership Circle Grant (5/2014-5/2015, **31%**), <u>$59k</u>

18. "Giant Aneurysm Modeling with Computational Fluid Dynamics": Jonathan Russin*, Co-PI David Frakes. Catholic Healthcare West Research Grant (2/2014-1/2015, **58%**), <u>$14k</u>

19. "Virtual Device Fit Assessment for Enhanced Endovascular Treatment of Congenital Heart Defects": David Frakes*. Phoenix Children's Hospital Lund Foundation Grant (2/2014-12/2014, **100%**), <u>$12k</u>

20. "Predictive Modeling of Aneurysmal Evolution": Eric Kostelich*, Co-PI David Frakes. ASU School of Mathematical and Statistical Sciences Seed Grant (12/2013-11/2014, **11%**), <u>$29k</u>

21. "A System for Forecasting Primary Brain Tumor Growth": David Frakes*, Co-PI Eric Kostelich. ASU Fulton Schools of Engineering Rising Stars Seed Grant (5/2013-5/2014, **100%**), <u>$25k</u>

22. "The EndoVantage Interventional Suite (EVIS) for Personalized Clinical Management of Cerebral Aneurysms": David Frakes*, Co-PI Brian Chong. Mayo-ASU Commercialization in Individualized Medicine Award (2/2013-2/2014, **100%**), <u>$100k</u>

23. "Fabrication of Transparent Vascular Flow Phantoms": Murat Okcay*, Co-PI David Frakes. National Science Foundation REU Supplement (5/2012-8/2012, **0%**), <u>$13k</u>

24. "Patient-specific Anatomical Prototyping": Stephen Pophal*, Co-PI David Frakes. Phoenix Children's Hospital Leadership Circle Grant (5/2012-5/2013, **25%**), <u>$75k</u>

25. "Solidscape 3D Printers": David Frakes*, Co-PI Vincent Pizziconi, Co-PI Michael Caplan, Co-PI Ron Adrian, Co-PI Veronica Santos, Co-PI Marco Santello, Co-PI Jan Snyder, Co-PI Michael Kozicki, Co-PI Brent Vernon. ASU Fulton Schools of Engineering Infrastructure Competition (4/2012-4/2012, **15%**), <u>$44k</u>

26. "MRI Compatible Perfusion Chamber": Kevin Bennet*, Co-PI David Frakes, Co-PI Vikram Kodibagkar, Co-PI Greg Turner, Co-PI Leland Hu. ASU Fulton Schools of Engineering Infrastructure Competition (4/2012-4/2012, **30%**), <u>$44k</u>

27. "Imaging-driven Fluid Dynamic Engineering of Modified Biomedical Systems": David Frakes*. National Science Foundation CAREER Award - #1151232 (2/2012-2/2017, **100%**), <u>$429k</u>

28. "Rotator Cuff Strengthener (ROCS)": David Frakes*. Western Alliance to Expand Student Opportunities - #S12UR015/S2012 (1/2012-5/2012, **100%**), <u>$6k</u>

29. "Investigation of Coil Shape on Aneurysmal Filling": Brian Chong*, Co-PI David Frakes. Unrestricted Research Gift – Johnson & Johnson Corp. (1/2012-5/2012, **50%**), <u>$80k</u> (market value)

30. "Analysis of Procedural Variable Effects on Fluid Dynamics in Coil Embolized Cerebral Aneurysms": David Frakes*, Co-PI Brian Chong. Mayo-ASU Seed Program Grant (1/2012-1/2013, **100%**), <u>$40k</u>

31. "Correlation of Epileptology with MRI Imaging": Jeff Miller*, Co-PI David Frakes. Phoenix Children's Hospital Internal Solicitation Grant (1/2012-1/2013, **100%**), <u>$24k</u>

32. "Fluid Dynamic Engineering of Cerebral Aneurysm Treatments": David Frakes*. American Heart Association Beginning Grant-in-Aid - #11BGIA7970009 (6/2011-6/2013, **100%**), <u>$132k</u>

33. "SenSIP Consortium REU Project": Andreas Spanias*, Co-PI David Frakes. NSF SenSIP I/UCRC REU Supplement - #1136966 (6/2011-8/2011, **0%**), <u>$8k</u>

34. "Extraction of Advanced Geospatial Intelligence from Synthetic Aperture Radar": David Frakes*, Co-PI Andreas Spanias. NSF I/UCRC Research Grant sponsored by Lockheed Martin (6/2011-6/2012, **100%**), $23k

35. "Simulation of Complex Aneurysmal Flows": David Frakes*. ASU High Performance Computing Allocation Grant (6/2011-6/2012, **100%**), 100,000 CPU Hours

36. "Multi-Scale Predictive Models for Capital Flux Transience": David Frakes*. Private Philanthropic Gift (6/2011-6/2014, **100%**), $340k

37. "Numerical Simulation of Blood Flow In Vivo": Ron Adrian*, Co-PI David Frakes, Co-PI Herman Fasel. Arizona Biomedical Research Commission Grant – #11028752 (6/2011-6/2013, **21%**), $375k

38. "Fluid Dynamic Optimization of Endovascular Treatment for Cerebral Aneurysms": David Frakes*. Brain Aneurysm Foundation Research Grant (10/2010-10/2011, **100%**), $25k

39. "Fluid Dynamic Assessment of Endovascular Treatments for Cerebral Aneurysms": David Frakes*. Women and Philanthropy Society Category B Grant (10/2010-10/2011, **100%**), $50k

40. "Real-time Video Restoration Processor for Mitigating Atmospheric Distortion": Richard Pracht*, Key Personnel David Frakes. Army Research Lab Phase I SBIR – #A093-141-1071 (6/2010-6/2011, **22%**), $120k

41. "Clinical Application of MR Perfusion to Characterize Histological Heterogeneity in Post-treatment Glioma": Leland Hu*, Co-PI David Frakes. Arizona Biomedical Research Commission Grant – #09-007 (10/2009-10/2011, **33%**), $375k

42. "3D Modeling of Cerebral Aneurysm Geometries": David Frakes*. Western Alliance to Expand Student Opportunities (1/2009-5/2009, **100%**), $2k

43. Various Project Titles: Various Students*, Investigator David Frakes. Fulton Undergraduate Research Initiative (1/2009-3/2015 (36 projects), **25%**), $72k

44. "Water Diffusion as an MRI Biomarker of Cellular Invasion in Brain Tumors": Kevin Bennet*, Co-PI David Frakes. Mayo-ASU Seed Program Grant (1/2009-1/2010, **50%**), $40k

45. "Characterization of Embolic Coiling": David Frakes*. Unrestricted Research Gift – ev3, Inc. (11/2008-12/2008, **100%**), $50k (market value)

46. "Mitigation of Atmospheric Turbulence Distortion in Video": David Frakes*, Co-PI Richard Pracht. Georgia Research Alliance Phase II Grant (1/2005-1/2006, **100%**), $100k

47. "Mitigation of Atmospheric Turbulence Distortion in Video": David Frakes*, Co-PI Richard Pracht. Georgia Research Alliance Phase I Grant (1/2004-1/2005, **100%**), $50k

48. "Atmospheric Turbulence Mitigation in Dark Video": David Frakes*, Co-PI Richard Pracht. Army Research Laboratory Contract – Night Vision Group (1/2004-1/2005, **100%**), $20k

49. "Investigation of Droplet Impact on Very Thin Liquid Films": David Frakes*. National Science Foundation East Asia Institutes Grant (5/2002-8/2002, **100%**), $10k

## IV. SELECTED UNFUNDED GRANT PROPOSALS

1. NIH NHLBI R01 (2013, as PI, Scored at 29th percentile), $1M
2. NSF CyberSEES: Type 2 (2013, as Co-PI), $1.2M
3. NSF CBET Biosensing (2013, as PI), $154k
4. NIH NINDS R21 EBRG (2013, as PI, Scored at 45th percentile), $275k
5. NSF IIS National Robotics Initiative (2012, as Co-PI), $768k
6. NSF CBET Fluid Dynamics (2011, as PI), $190k
7. AFOSR MURI (2011, as Co-PI), $7M
8. NIH NIBIB R21 (2011, as PI, Scored at 44th percentile), $375k
9. NSF CMMI Manufacturing Machines and Equipment (2010, as Co-PI), $169k
10. NSF ECCS Cyber-Physical Systems (2009, as Co-PI), $168k

## V. PERSONAL HONORS

### A. Academic (*indicates recognition as coauthor and/or mentor of student awardee)

1. *2019 Professional and Scholarly Excellence Award Nominee – Reference Works Category
2. 2019 Apple Week of Code Leadership Demo – One of the Top Ten Projects Company-Wide
3. 2018 Google Puzzle Piece Award for Defensive Publishing
4. 2017 Charles Hahn Foundation Emerging Enterprise Award (Endovantage)
5. 2017 IEEE Senior Member
6. 2017 IEEE Phoenix Section Engineer of the Year

7. 2016 Google Puzzle Piece Award for Patent Filings
8. 2016 IEEE Phoenix Section Startup Company of the Year Award (Endovantage)
9. 2015 Arizona Innovator of the Year Award Finalist  (given by the Governor) – Small Business
10. *2015 SB3C Conference Ph.D. Paper Competition Awardee (1st Place)
11. 2014 Arizona Innovator of the Year Award  (given by the Governor) – Academia
12. 2014 World Technology Network Award – Health and Medicine Category
13. 2014 Mimics Innovation Award – 1st Place Poster Competition (1,000 EUR award)
14. 2014 PCH Research Day Best Poster Award – Allied Health Professional Category
15. 2014 ASU SBHSE Outstanding Graduate Faculty Member of the Year Award
16. 2014 HUST-Wuxi Research Institute – Honorary Senior Appointment
17. 2013 Journal of Applied Clinical Medical Physics – Best Medical Imaging Paper Award
18. 2013 ASU Serving University Needs (SUN) Award for Excellent Performance
19. 2013 ASU Faculty Achievement Award – Best Innovation
20. 2013 Mimics Innovation Awards – 1st Place Poster Competition (1,000 EUR award)
21. 2013 ASU SBHSE Outstanding Graduate Faculty Member of the Year Award
22. *2013 ASME Sumer Bioengineering Conference Ph.D. Paper Competition Awardee (3rd Place)
23. 2013 Battle-Fin Trading Tournament Elite Division Runner Up (out of 4000+ entries)
24. 2013 ASU Fulton Schools of Engineering Five Year Service Award
25. *2012 IEEE Conference on Bioinformatics and Bioengineering Best Paper Competition Finalist
26. 2012 ASU Fulton Schools of Engineering College Marshal – Fall 2012 Commencement
27. 2012 ASU School of Biological and Health Systems Engineering Professor of the Year Award
28. 2012 ASU Faculty Women's Association Outstanding Mentor Award (first ever male recipient)
29. *2012 ISMRM Annual Meeting Magna Cum Laude Award
30. 2011 Science Foundation of Arizona Grand Challenges Summit People's Choice Poster Award
31. 2011 ASU Faculty Women's Association Outstanding Mentor Award Nominee
32. 2011 Arizona State University Top 5% Excellence in Instruction Award
33. 2011 IEEE Phoenix Section Outstanding Faculty Award
34. 2010 Rosann Donato Chair of Research – The Brain Aneurysm Foundation
35. 2010 UC Systemwide Bioengineering Symposium Outstanding Poster Award
36. 2010 Mimics Innovation Awards – 1st Place Poster Competition (2,500 EUR award)
37. 2010 SBHSE Enviably Cool Faculty Award (given by the undergraduate student body)
38. Jan 2010 Lulu.com Book Sales Contest – 3rd Place (Introductory Biomechanical Design Tools)
39. 2009 Arizona State University Centennial Professor of the Year Award ($15k award)
40. 2007 Georgia Tech College of Engineering Council of Outstanding Young Alumni
41. 2001 Science Applications International Outstanding Research Paper ($2k award)
42. Tau Beta Pi Honor Society in Engineering
43. Eta Kappa Nu Honor Society in Electrical Engineering
44. Omicron Delta Epsilon Honor Society in Economics
45. 1998 Georgia Tech President's Honors (awarded to outstanding graduate in each department)

**B. Academic/Athletic**
1. 1998 Atlantic Coast Conference Weaver-James-Corrigan Postgraduate Scholarship
2. 1997-98 Atlantic Coast Conference Outstanding Senior Scholar Athlete
3. GTE Academic All-American Football Team – Southeast Region (1996, 1997)
4. 1997 Burger King National Scholar-Athlete Award
5. 1996 Honda Scholar-Athlete Award
6. Atlantic Coast Conference All-Academic Football Team (1995-96, 1996-97, 1997-98)

**C. Athletic**
1. 2004 MIT Beaver Relays Pentathlon – Runner Up
2. 1997 All-ACC Football Team (Sporting News, Lindy's College Football, Southeast Sports Writers)
3. 1997 – Georgia Tech Football Leading Scorer
4. 1996 AT&T Long Distance Award (for longest field goal in the country)
5. 1996 – Longest Field Goal in Georgia Tech History (tie under current regulations, 53 yards)
6. Multiple All-Time Georgia Tech Football Position Strength Records (Squat, Clean, 1996-2003)
7. Varsity Athletic Letters – Football (4, 1994-97), Track and Field (2, 1998-99)


**VI. HONORS OF SELECTED STUDENT MENTEES (bold indicates major graduate fellowships)**

1. 2018 Edson Student Entrepreneur Initiative ($9k award, team Applied CFD Technologies and Ph.D. student advisee Hooman Farsani)
2. 2018 ASU eSeed Challenge (1st Place, $6k award, team Applied CFD Technologies and Ph.D. student advisee Hooman Farsani)
3. 2016 Metin Akay Graduate Biomedical Engineering Leadership Award (Ph.D. student advisee Jonathan Plasencia)
4. 2016 ASU Barrett Honors College Outstanding Honors Thesis Award (Research Category, undergraduate student advisee Matthew Mortensen)
5. 2016 ASU Engineering Convocation Student Speaker (Ph.D. student advisee Priya Nair)
6. 2016 ASU SBHSE Outstanding Spring Graduate (Ph.D. student advisee Priya Nair)
7. **2015 ASU Fulton Schools of Engineering Ph.D. Dissertation Completion Fellowship** (Ph.D. student advisee Priya Nair)
8. 2015 ASU Fulton Schools of Engineering Outstanding Ph.D. Dissertation Award (Ph.D. student advisee Justin Ryan)
9. 2015 ASU School of Biological and Health Systems Engineering Outstanding Ph.D. Dissertation Award (Ph.D. student advisee Justin Ryan)
10. 2015 SB3C Conference Best Paper Competition Awardee (1st Place at the Ph.D. level, Ph.D. student advisee Priya Nair)
11. 2015 ASU Barrett Honors College Outstanding Honors Thesis Award (Research Category, undergraduate student advisee Girish Pathangey)
12. 2014 Peter E. Crouch Excellence Fellowship (Ph.D. student advisee Justin Ryan)
13. 2014 Mimics Innovation Award – 1st Place Poster Competition (1,000 EUR award, Postdoctoral advisee Haithem Babiker)
14. 2014 Edson Student Entrepreneur Initiative ($20k award, team Endovantage and Ph.D. student advisee Justin Ryan)
15. **2014 ARCS Graduate Fellowship** (Ph.D. student advisees Justin Ryan and Rafeed Chaudhury)
16. **2014 Fulton Schools of Engineering Dean's Fellowship** (Ph.D. student advisee Dustin Plaas)
17. 2014 GLC (Great Little Companies) Award ($3k award, postdoctoral advisee Haithem Babiker)
18. 2014 PCH Research Day Best Poster Award – Allied Health Professional Category (Justin Ryan)
19. 2014 Siemens Summer Internship (M.S. student advisee Dhritiman Das)
20. 2013 Journal of Applied Clinical Medical Physics – Best Medical Imaging Paper Award (Ph.D. student advisee Thomas Boltz)
21. 2013 Dean's Exemplar Scholarship (FURI and Capstone mentee Chris Workman)
22. 2013 SBHSE Graduate Student Leadership Award (Ph.D. student advisee Haithem Babiker)
23. 2013 W. L. Gore Summer Internship (FURI mentee David Dejeu)
24. 2013 Boston Scientific Summer Internship (honors student advisee James Lindsay)
25. **2013 ARCS Graduate Fellowship** (Ph.D. student advisee Justin Ryan)
26. 2013 Edson Student Entrepreneur Initiative ($13k award, team PACR and capstone student mentee Christopher Miranda)
27. 2013 Edson Student Entrepreneur Initiative ($8k award, team LINK and capstone student mentee Alban Shemsedini)
28. 2013 Mimics Innovation Awards – 1st Place Poster Competition (1,000 EUR award, Ph.D. student advisee Justin Ryan)
29. 2013 ASME Sumer Bioengineering Conference Best Paper Competition Awardee (3rd Place at the Ph.D. level, Ph.D. student advisee Haithem Babiker)
30. 2013 Entrepreneurs@ASU Elevator Pitch Competition – 3rd Place ($500 award, team PACR and capstone student mentee Christopher Miranda)
31. 2012 AEMB Travel Grant ($500 award, Ph.D. student advisee Rafeed Chaudhury)
32. 2012 NSF REU Grant ($6k award, FURI mentee Christopher Workman)
33. 2012 NSF REU Grant ($6k award, capstone student mentee Lillee Stomski)
34. 2012 AEMB Honors Society Treasurer (Ph.D. student advisee Rafeed Chaudhury)
35. 2012 Western Alliance to Expand Student Opportunities Grant ($6k award, capstone student mentees Carolina Tostada and Clayton Straker)
36. 2012 ASU GPSA Travel Grant ($500 award, Ph.D. student advisee Rafeed Chaudhury)
37. **2012 NSF GRFP Honorable Mention** (Ph.D. student advisee Justin Ryan)
38. 2012 BMES Travel Grant ($500 award, Ph.D. student advisee Rafeed Chaudhury)

39. **2012 NSF/ASEE Engineering Innovation Fellowship** (Ph.D. student advisee Christine Zwart)
40. 2012 Shumway Undergraduate Surgical Internship at the Stanford University School of Medicine (FURI mentee Girish Pathangey)
41. 2012 SBHSE Chamberlain Memorial Fellowship (undergraduate research advisee Amy Blatt)
42. 2012 IEEE Conference on Bioinformatics and Bioengineering Best Paper Competition Finalist (Ph.D. committee advisees Jayaraman Thiagarajan and Karthikeyan Ramamurthy)
43. 2012 ASU Faculty Women's Association Outstanding Graduate Student Award (Ph.D. student advisee Christine Zwart)
44. 2012 ASU GPSA Teaching Excellence Award (Ph.D. student advisee Berkay Kanberoglu)
45. 2012 ISMRM Annual Meeting Magna Cum Laude Award (M.S. student advisee Kyle Steinke)
46. 2012 Harvard-MIT Health Sciences and Technology Summer Institute in Biomedical Optics for Undergraduates – Participant (undergraduate research advisee Amy Blatt)
47. **2011 ASU Fulton Graduate Fellowship** (Ph.D. student advisee Rafeed Chaudhury)
48. 2011 ASU GPSA Travel Grant ($500 award, Ph.D. student advisee Christine Zwart)
49. 2011 ASU Graduate Student Council Representative (Ph.D. student advisee Christine Zwart)
50. 2011 Wake Forest University Biomedical Engineering Summer Internship (capstone student mentee Rachel Austin)
51. 2011 ASU Faculty Women's Association Outstanding Graduate Student Nominee (Ph.D. student advisee Christine Zwart)
52. 2011 ASU GPSA Teaching Excellence Award Nominee (Ph.D. student advisee Christine Zwart)
53. **2011 NSF GRFP** (Ph.D. student advisee Jonathan Plasencia)
54. 2011 SFAz Grand Challenges Summit People's Choice Poster Award (Ph.D. student advisees Justin Ryan and Christine Zwart)
55. 2011 NSF REU Grant ($8k award, FURI mentee Jonathan Plasencia)
56. 2010 American College of Medical Physics Unfors Award of Excellence for the Best Radiation Measurement Article (Ph.D. student advisee Thomas Boltz)
57. **2010 SFAz Graduate Research Fellowship** (Ph.D. student advisee Justin Ryan)
58. 2010 UC Systemwide Bioengineering Symposium Outstanding Poster Award (Ph.D. student advisee Haithem Babiker and M.S. student advisee Chelsea Gregg)
59. 2010 Mimics Innovation Awards – 1st Place Poster Competition (2,500 EUR award, FURI mentee Jonathan Plasencia)
60. 2010 Medtronic Summer Internship (FURI mentee Jonathan Plasencia)
61. 2010 ASU Moeur Award (undergraduate research advisee Justin Ryan)
62. 2010 SBHSE Distinguished Senior Award (undergraduate research advisee Chelsea Gregg)
63. **2009 NSF GRFP** (Ph.D. student advisee Christine Zwart)
64. 2009 MIT Summer Research Program for Undergraduates – Participant (undergraduate research advisee Jose Rios)
65. **2009 SFAz Graduate Research Fellowship** (Ph.D. student advisee Berkay Kanberoglu)
66. 2009 Western Alliance to Expand Student Opportunities Grant ($2k award, undergraduate research advisee Claudia Perez)
67. 2008 RSNA Trainee Award (Ph.D. student advisee Thomas Boltz)

Martin L Tomov [1], Lilanni Perez [2], Liqun Ning [1], Huang Chen [1], Bowen Jing [1], Andrew Mingee [1], Sahar Ibrahim [1], Andrea S Theus [1], Gabriella Kabboul [1], Katherine Do [2], Sai Raviteja Bhamidipati [3], Jordan Fischbach [1], Kevin McCoy [1], Byron A Zambrano [3], Jianyi Zhang [4], Reza Avazmohammadi [3,5], Athanasios Mantalaris [1], Brooks D Lindsey [1,6], David Frakes [1,6], Lakshmi Prasad Dasi [1], Vahid Serpooshan [1,2,7], Holly Bauser-Heaton [1,2,8]

**VII. JOURNAL PUBLICATIONS** (72 total, 1 since joining Georgia Tech, 57 independent of previous advisors, and 52 with student coauthors: **underlined bold** indicates supervised students or postdoctoral fellows, **bold** indicates collaborating students, and * indicates journal cover selection)

*Curriculum Vitae – David H. Frakes, Ph.D.*

## A. Published or Accepted

1. Tomov M, Perez L, Ning L, Chen H, Jing B, Mingee A, Ibrahim S, Theus A, Kabboul G, Do K, Bhamidipati S, Fischbach J, McCoy K, Zambrano B, Zhang J, Avazmohammadi M, Mantalaris A, Lindsey B, Frakes D, Dasi L, Serpooshan V, Bauser-Heaton H. *A 3D Bioprinted In Vitro Model of Pulmonary Artery Atresia to Evaluate Endothelial Cell Response to Microenvironment*. Advanced Healthcare Materials. doi: 10.1002/adhm.202100968, Aug 2021.

2. Venkatesan M, Mohan H, Ryan J, Schurch C, Nolan G, Frakes D, Coskun A. Virtual and Augmented Reality for Biomedical Applications. *Cell Reports Medicine*. doi: 10.1016/j.xcrm.2021.100348, Jul 2021.

3. Feiger B, Gounley J, Adler D, Leopold J, Draeger E, **Chaudhury R**, **Pathangey G**, **Winarta K**, **Ryan J**, Frakes D, Michor F, Randles A. Accelerating Massively Parallel Hemodynamic Models of Coarctation of the Aorta Using Neural Networks. *Nature Scientific Reports.* vol 10 (9508), Jun 2020.

4. Chong B, Bendok B, Krishna C, Sattur M, Brown B, Tawk R, Miller D, Rangel-Castilla L, **Babiker H**, Frakes D, Theiler A, Cloft H, Kallmes D, Lanzino G. A Multi-Center Pilot Study on the Clinical Utility of Computational Modeling for Flow Diverter Treatment Planning. *American Journal of Neuroradiology*. DOI: https://doi.org/10.3174/ajnr.A622, Sep 2019.

5. **Farsani H**, Scougal E, Herrmann M, Frakes D, Chong B. Numerical Study of Hemodynamics in Brain Aneurysms Treated with Flow Diverter Stents Using Porous Medium Theory. *Computer Methods in Biomechanics and Biomedical Engineering*. vol 22(11), Aug 2019.

6. Dabagh M, **Nair P**, Gounley J, Frakes D, Gonzalez F, Randles A. Hemodynamic and Morphological Characteristics of a Growing Cerebral Aneurysm. *Neurosurgical Focus.* vol 47(1), Jul 2019.

7. **Kanberoglu B**, Frakes D. Improving the Accuracy of Two-Color Multiview (2CMV) Advanced Geospatial Information (AGI) Products Using Unsupervised Feature Learning and Optical Flow. *MDPI Sensors*. vol 19(11), Jun 2019.

8. *Feiger B, Vardhan M, Gounley J, **Mortensen M**, **Nair P**, **Chaudhury R**, Frakes D, Randles A. Suitability of Lattice Boltzmann Inlet and Outlet Boundary Conditions for Simulating Flow and Image-Derived Vasculature. *International Journal for Numerical Methods in Biomedical Engineering*. vol 35(6), Jun 2019.

9. **Farsani H**, Herrmann M, Chong B, Frakes D.  A New Method for Simulating Embolic Coils as Heterogeneous Porous Media. *Cardiovascular Engineering and Technology*.  vol 10(1), Mar 2019.

10. **Kanberoglu B**, **Das D**, **Nair P**, Turaga P, Frakes D. An Optical Flow-Based Approach for Minimally-Divergent Velocimetry Data Interpolation. *International Journal of Biomedical Imaging*. vol 2019, Feb 2019.

11. Gounley J, Draeger E, Oppelstrup T, Krauss W, Gunnels J, **Chaudhury R**, **Nair P**, Frakes D, Leopold J, Randles A. Computing the Ankle-Brachial Index with Parallel Computational Fluid Dynamics. *Journal of Biomechanics*. vol 82(3), Jan 2019.

12. **Plasencia J**, Kamarianakis Y, **Ryan J**, Karamlou T, Park S, Nigro J, Frakes D, Pophal S, Zangwill S. Alternative Methods for Virtual Heart Transplant – Size Matching for Pediatric Heart Transplantation with and without Donor Medical Images Available. *Journal of Pediatric Transplantation*.  vol 22(8), Dec 2018.

13. **Ryan J**, **Plasencia J**, Richardson R, Velez D, Nigro J, Pophal S, Frakes D.  3D Printing for Congenital Heart Disease: A Single Site's Initial Three-Year Experience. *3D Printing in Medicine*. vol 4(10), Nov 2018.

14. Randles A, Frakes D, Leopold J. Computational Fluid Dynamics and Additive Manufacturing for the Diagnosis and Treatment of Cardiovascular Disease. *Trends in Biotechnology*. vol 35(11), Nov 2017.

15. **Rutter E**, **Stepien T**, **Anderies B**, **Plasencia J**, **Woolf E**, Scheck A, Turner G, Liu Q, Frakes D, Kodibagkar V, Kuang Y, Preul M, Kostelich E. Mathematical Analysis of Glioma Growth in a Murine Model. *Nature - Scientific Reports.* vol 7, May 2017.

16. Liu J, Hu Y, Wu B, Frakes D, Wang Y. A Specific Structuring Element-Based Opening Method for Rapid Geometry Measurement of Welding Pool. *International Journal of Advanced Manufacturing Technology*. vol 90(5), May 2017.

17. Chong C, **Plasencia J**, Frakes D, Schwedt T. Structural Alterations of the Brainstem in Migraine. *Neuroimage*. vol 13, Jan 2017.

18. **Ryan J**, Gregg C, Frakes D, Pophal S. Three-Dimensional Printing: Changing Clinical Care or Just a Passing Fad? *Current Opinion in Cardiology*. vol 32(1), Jan 2017.

19. Hu L, Ning S, Eschbacher J, Baxter L, Gaw N, Ranjbar S, **Plasencia J**, Dueck A, Peng S, Smith K, Nakaji P, Karis J, Quarles C, Wu T, Loftus J, Jenkins R, O'Neill B, Elmquist W, Frakes D, Sarkaria J, Swanson K, Tran N, Li J, Mitchell R. Radiogenomics to Characterize Regional Genetic Heterogeneity in Glioblastoma. *Neuro-Oncology*. vol 19(1), Aug 2016.

20. **Chaudhury R**, **Atlasman V**, **Pathangey G**, **Pracht N**, Adrian R, Frakes D. A High Performance Pulsatile Pump for Aortic Flow Experiments in 3-Dimensional Models. *Cardiovascular Engineering and Technology*. vol 7(2), pp 148-58, Jun 2016.

21. **Nair P**, Ankeny C, **Ryan J**, Okcay M, Frakes D. Endovascular Device Testing with Particle Image Velocimetry Enhances Undergraduate Biomedical Engineering Education. *Journal of STEM Education*. vol 17(3), Sep 2016.

22. **Babiker H**, Chun Y, **Roszelle B**, **Hafner W**, **Farsani H**, Gonzalez L, Albuquerque F, Kealey C, Carmen G, Levi D, Frakes D. In-Vitro Investigation of a New Thin Film Nitinol-Based Neurovascular Flow Diverter. *ASME Journal of Medical Devices*. vol 10(4), Sep 2016.

23. K Alkhalili, J Hannallah, M Cobb, N Chalouhi, J Philips, A Echeverria, P Jabbour, **H Babiker**, D Frakes, L Gonzalez. The Effect of Stents in Cerebral Aneurysms: A Review. *Asian Journal of Neurosurgery*. epub, Feb 2016.

24. Pines A, Sattur M, Aoun J, Halasa T, Zimmerman R, Frakes D, Bendok B. Matching Complexity and Educational Goals in Simulation-Based Education. *World Neurosurgery*. epub, Dec 2015.

25. **Ryan J**, Almefty K, Nakaji P, Frakes D. Cerebral Aneurysm Clipping Surgery Simulation Using Patient-Specific 3D Printing and Silicon Casting. *World Neurosurgery*. epub: Jan 2016.

26. **Nair P**, Chong B, **Indahlastari A**, **Ryan J**, **Workman C**, **Babiker H**, **Farsani H**, Baccin C, Frakes D. Hemodynamic Characterization of Geometric Cerebral Aneurysm Templates Treated with Embolic Coils. *Journal of Biomechanical Engineering*. vol 138(2), Jan 2016.

27. **Plasencia J**, Hu L, Turner G, Bennett K, Frakes D. Design and Verification of a Novel Low-Cost MR-Guided Small-Animal Stereotactic System. *Journal of Medical and Biological Engineering*. vol 36(4), Aug 2016.

28. **Nair P**, **Indahlastari A**, **Lindsay J**, **Dejeu D**, Parthasarathy V, **Ryan J**, **Babiker H**, Chong B, Gonzalez L, Frakes D. Hemodynamic Characterization of Geometric Cerebral Aneurysm Templates. *Journal of Biomechanics*. epub, Nov 2015.

29. Hu L, Ning S, Eschbacher J, **Gaw N**, Dueck A, Smith K, Nakaji P, **Plasencia J**, Ranjbar S, Price S, Tran N, Loftus J, Jenkins R, O'Neil B, Elmquist W, Baxter L, Gao F, Frakes D, Karis J, **Zwart C**, Swanson K, Sarkaria J, Wu T, Mitchell R, Li J. Multi-Parametric MRI and Texture Analysis to Visualize Spatial Histological Heterogeneity and Tumor Extent in Glioblastoma. *PLOS ONE*. vol 10(11), Nov 2015.

30. **Ryan J**, Chen T, Nakaji P, Frakes D, Gonzalez L. Ventriculostomy Simulation Using Patient-Specific Ventricular Anatomy, 3D Printing, and Hydrogel Casting. *World Neurosurgery*. vol 84(5), Nov 2015.

31. Samuelson R, **Nair P**, Snyder K, Frakes D, Preul M, Nakaji P, Spetzler R. Fluid Dynamic Characterization of a Novel Branching Anastomosis Design. *International Biomechanics*. vol 2(1), Jul 2015.

32. **Venkatesan R**, Zwart C, Frakes D, Li B. Spatio-temporal Video Deinterlacing Using Control Grid Interpolation. *SPIE Journal of Electronic Imaging*. vol 24(2), Mar 2015.

33. **Ryan J**, Moe T, Richardson R, Frakes D, Nigro JJ, Pophal SG. A Novel Approach to Neonatal Management of Tetralogy of Fallot, with Pulmonary Atresia, and Multiple Aortopulmonary Collaterals. *JACC: Cardiovascular Imaging*. vol 8(1), pp 103-4, Jan 2015.

34. **Chaudhury R**, Herrmann M, Frakes D, Adrian R. Length and Time for Development of Laminar Flow in Tubes Following a Step Increase of Volume Flux. *Experiments in Fluids*. vol 56(22), pp 1-10, Jan 2015.

35. Russin J, **Babiker H**, **Ryan J**, Rangel-Castilla L, Frakes D, Nakaji P. Computational Fluid Dynamics to Evaluate the Management of a Giant Internal Carotid Artery Aneurysm. *World Neurosurgery*. epub, Dec 2014.

*Curriculum Vitae – David H. Frakes, Ph.D.*

36. **Kanberoglu B**, Moore N, Frakes D, Karam L, Debins J, Preul M. Neuronavigation Using Three-dimensional Proton Magnetic Resonance Spectroscopy Data. *Stereotactic and Functional Neurosurgery*. vol 92(5), pp 306-14, Sep 2014.

37. **Thiagarajan J**, **Rajan D**, **Ramamurthy K**, **Puri A**, Preul M, Frakes D, Spanias A. Kernel Sparse Models for Automated Tumor Segmentation. *International Journal on Artificial Intelligence Tools*. vol 23(3), pp 1460004, Jun 2014.

38. **Roszelle B**, **Nair P**, Gonzalez F, **Babiker H**, **Ryan J**, Frakes D. Comparison among Different High Porosity Stent Configurations: Hemodynamic Effects of Treatment in a Large Cerebral Aneurysm. *ASME Journal of Biomechanical Engineering*. vol 136(2), pp 021013, Feb 2014.

39. Park S, Sanders D, Smith B, **Ryan J**, **Plasencia J**, Osborn M, Wellnitz C, Southard R, Pierce C, Arabia F, Lane J, Frakes D, Velez D, Pophal S, Nigro J. Total Artificial Heart in a Small Pediatric Patient with Biventricular Heart Failure. *Perfusion*. vol 29, pp 82-8, Jan 2014.

40. **Ejaz F**, **Ryan J**, **Henriksen M**, **Stomski L**, Osborn M, **Feith M**, Richardson R, Pophal S, Frakes D. Color-coded Patient-specific Physical Models of Congenital Heart Disease. *Rapid Prototyping Journal*. vol 20(4), pp 336-43, Jan 2014.

41. **Yamak D**, Pavlicek B, **Boltz T**, Panse P, Frakes D, Akay M. Coronary Calcium Quantification Using Contrast-enhanced Dual-energy Computed Tomography Scans. *Journal of Applied Clinical Medical Physics*. vol 14(3), pp 4014, Dec 2013.

42. **Babiker M**, Gonzalez L, Chong B, **Cheema S**, Frakes D. Finite Element Modeling of Embolic Coil Deployment: Multifactor Characterization of Treatment Effects on Cerebral Aneurysm Hemodynamics. *Journal of Biomechanics*. vol 46(16), pp 2809-16, Nov 2013.

43. **Zwart C**, Frakes D. Segment Adaptive Gradient Angle Interpolation. *IEEE Transactions on Image Processing*. vol 22(8), pp 2960-9, Aug 2013.

44. **Roszelle B**, Gonzalez F, **Babiker H**, **Ryan J**, Albuquerque F, Frakes D. Flow Diverter Effect on Cerebral Aneurysm Hemodynamics: An In Vitro Comparison of Telescoping Stents and the Pipeline. *Neuroradiology*. vol 55(6), pp 751-8, Jun 2013.

45. **Babiker M**, Gonzalez L, Albuquerque F, Collins D, **Elvikis A**, **Zwart C**, **Roszelle B**, Frakes D. An In Vitro Study of Pulsatile Fluid Dynamics in Intracranial Aneurysm Models Treated with Embolic Coils and Flow Diverters. *IEEE Transactions on Biomedical Engineering*. vol 60(4), pp 1150-9, Apr 2013.

46. **Giers M**, McLaren A, **Plasencia J**, Frakes D, McLemore R, Caplan M. Spatiotemporal Quantification of Local Drug Delivery Using MRI. *Computational and Mathematical Methods in Medicine*. vol 2013, pp 1-12(electronic), Apr 2013.

47. Frakes D, **Zwart C**, Singhose W. Extracting Motion Data from Video Using Optical Flow with Physically-Based Constraints. *International Journal of Control, Automation, and Systems*. vol 11(1), pp 48-57, Feb 2013.

48. **Zwart C**, **Ryan J**, Frakes D, Ganesh T. Hand Drawn: Lessons on Neuromuscular Control and Prosthetic Hand Design. *Science Scope*. vol 36(6), pp 46-53, Feb 2013.

49. **Zwart C**, **Venkatesan R**, Frakes D. Decomposed Multidimensional Control Grid Interpolation for Common Interpolation-Based Image Processing Applications in Consumer Electronics. *SPIE Journal of Electronic Imaging*. vol 21(4), pp 043012, Oct 2012.

50. **Zhang W**, Frakes D, **Babiker H**, Chao S, Youngbull C, Johnson R, Meldrum D. Simulation and Experimental Characterization of Microscopically Accessible Hydrodynamic Microvortices. *Micromachines*. vol 3(2), pp 529-41, Jun 2012.

51. *****Roszelle B**, **Babiker H**, **Hafner W**, Gonzalez F, Albuquerque F, Frakes D. In Vitro and In Silico Study of Intracranial Stent Treatments for Cerebral Aneurysms: Effects on Perforating Vessel Flows. *Journal of NeuroInterventional Surgery*. *online first*: Jun 2012.

52. **Klein S**, Frakes D, Posner J. Three Dimensional Three Component Particle Velocimetry for Microscale Flows Using Volumetric Scanning. *Measurement Science and Technology*. vol 23(8), pp 5308-21, Jun 2012.

53. Peng K, Singhose W, Frakes D. Hand-Motion Crane Control Using Radio-Frequency Real-Time Location Systems. *IEEE/ASME Transactions on Mechatronics*. vol 17(3), pp 464-71, Jun 2012.

54. Sundareswaran K, Haggerty C, de Zelicourt D, Dasi P, Pekkan K, Frakes D, Powell A, Kanter K, Fogel M, Yoganathan A. Visualization of Flow Structures in Fontan Patients Using Three-Dimensional Phase Contrast Magnetic Resonance Imaging. *Journal of Thoracic and Cardiovascular Surgery*. vol 43(5), pp 1108-16, May 2012.

55. **Babiker M**, Gonzalez F, **Ryan J**, Albuquerque F, Collins D, **Elvikis A**, Frakes D. Influence of Stent Configuration on Cerebral Aneurysm Fluid Dynamics. *Journal of Biomechanics*. vol 45(3), pp 440-7, Feb 2012.

56. Gonzalez F, **Babiker H**, Frakes D. Preoperative Planning for Cerebral Aneurysms Based on In Vitro Experimentation: Are We There Yet? *World Neurosurgery*. vol 77(2), pp 234-35, Feb 2012.

57. **Beeman S**, **Zhang M**, Gubhaju L, Wu T, Bertram J, Cherry B, Frakes D, Bennett K. Measuring Glomerular Number and Size in Perfused Kidneys Using MRI. *American Journal of Physiology – Renal Physiology*. vol 300(6), pp F1454-57, Jun 2011.

58. Dur O, Coskun S, Coskun K, Frakes D, Kara L, Pekkan K. Computer-Aided Patient-Specific Coronary Artery Graft Design Improvements Using CFD Coupled Shape Optimizer. *Cardiovascular Engineering and Technology*. vol 2(1), pp 35-47, Mar 2011.

59. Patrick M, Chen C, Frakes D, Dur O, Pekkan K. Cellular Level Near-Wall Unsteadiness of High-Hematocrit Erythrocyte Flow. *Experiments in Fluids*. vol 50(4), pp 887-904, Jul 2010.

60. **Babiker M**, Gonzalez L, Albuquerque F, Collins D, **Elvikis A**, Frakes D. Quantitative Effects of Coil Packing Density on Cerebral Aneurysm Fluid Dynamics: An In Vitro Steady Flow Study. *Annals of Biomedical Engineering*. vol 38(7), pp 2293-301, Jul 2010.

61. Dambreville S, Chapman A, Torres V, King B, Wallin A, Frakes D, Yoganathan A, Wijayawardana S, Easley K, Bae K, Brummer M. Renal Arterial Blood Flow Measurement by Breath-Held MRI: Accuracy in Phantom Scans and Reproducibility in Healthy Subjects. *Magnetic Resonance in Medicine*. vol 63(4), pp 940-50, Apr 2010.

62. Sundareswaran K, Frakes D, Fogel M, Soerensen D, Oshinski J, Yoganathan A. Optimum Fuzzy Filters for Phase-Contrast Magnetic Resonance Imaging Segmentation. *Journal of Magnetic Resonance Imaging*. vol 29(1), pp 155-65. Jan 2009.

63. Frakes D, Pekkan K, Dasi LP, Kitajima HD, de Zelicourt D, Leo HL, Carberry J, Sundareswaran K, Simon H, Yoganathan AP. Modified Control Grid Interpolation for the Volumetric Reconstruction of Fluid Flows. *Experiments in Fluids*. vol 45(6), pp 987-97, Dec 2008.

64. Pekkan K, Whited B, Kanter K, Sharma S, Krishnankutty R, Sundareswaran K, Frakes D, Rossignac J, Yoganathan A. Patient-Specific Surgical Planning and Hemodynamic Computational Fluid Dynamic Optimization through Free-Form Haptic Anatomy Editing Tool (SURGEM). *Medical and Biological Engineering and Computing*. vol 46(11), pp 1139-52. Nov 2008.

65. Frakes D, Pekkan K, Dasi LP, Kitajima HD, Yoganathan AP, Smith MJT. A New Adaptive Method for Registration-Based Medical Image Interpolation. *IEEE Transactions on Medical Imaging*. vol 27(3), pp 370-7, Mar 2008.

66. Khalid A, Huey J, Singhose W, Lawrence J, Frakes D. Human Operator Performance Testing Using an Input-Shaped Bridge Crane. *Journal of Dynamic Systems, Measurement, and Control*. vol 128(1), pp 1-8, Dec 2006.

67. Pekkan K, Kitajima HD, de Zelicourt D, Forbess JM, Parks WJ, Fogel MA, Sharma S, Kanter KR, Frakes D, Yoganathan AP. Total Cavopulmonary Connection Flow with Functional Left Pulmonary Artery Stenosis: Angioplasty and Fenestration In Vitro. *Circulation*. vol 112, pp 3264-71, Nov 2005.

68. Pekkan K, Frakes D, de Zelicourt D, Lucas CW, Parks WJ, Yoganathan AP. Coupling Pediatric Ventricle Assist Devices to the Fontan Circulation: Simulations with a Lumped-Parameter Model. *ASAIO Journal*. vol 51, pp 618-28, Sep 2005.

69. Frakes D, Smith MJT, Parks J, Sharma S, Fogel MA, Yoganathan AP. New Techniques for the Reconstruction of Complex Vascular Anatomies from MRI Images. *Journal of Cardiovascular Magnetic Resonance*. vol 7(2), pp 425-32, Aug 2005.

70. Pekkan K, de Zelicourt D, Ge L, Sotiropoulos F, Frakes D, Fogel MA, Yoganathan AP. Physics-Driven CFD Modeling of Complex Anatomical Cardiovascular Flows - a TCPC Case Study. *Annals of Biomedical Engineering*. vol 33, pp 284-300, Jul 2005.

71. de Zelicourt D, Pekkan K, Kitajima HD, Frakes D, Yoganathan AP. Single-Step Stereolithography of Complex Anatomical Models for Optical Flow Measurements. *ASME Journal of Biomechanical Engineering*. vol 127, pp 205-7, Mar 2005.

72. Frakes D, Smith MJT, de Zelicourt D, Pekkan K, Yoganathan AP. Three-Dimensional Velocity Field Reconstruction. *ASME Journal of Biomechanical Engineering*. vol 126(6), pp 727-35, Dec 2004.

73. Frakes D, Conrad CP, Healy TM, Monaco JW, Fogel MA, Sharma S, Smith MJT, Yoganathan AP. Application of an Adaptive Control Grid Interpolation Technique to Morphological Vascular Reconstruction. *IEEE Transactions on Biomedical Engineering*. vol 50(2), pp 197-206, Feb 2003.

74. Travis BR, Leo HL, Shah PA, Frakes D, Yoganathan AP. An Analysis of Turbulent Shear Stresses in Leakage Flow Through a Bileaflet Mechanical Prostheses. *ASME Journal of Biomechanical Engineering*. vol 124(2), pp 155-65, Apr 2002.

**B. Under Review or in Revision**

1. **Nair P**, Baccin C, Chong B, Griessenauer C, **Chavan R**, Abud T, Frakes D. Comparison of Cerebral Aneurysm Volume Quantification Techniques and Effects on Coil Packing Density. *Interventional Neuroradiology. submitted:* Dec 2017.

2. **Nair P**, **Babiker H**, Kalani Y, Levitt M, **Mortensen M**, Baccin C, Chong B, Frakes D, Albuquerque F. Computational Neurovascular Braided Stent Deployment: A Clinical Validation Study. *AJNR. submitted*: Dec 2017.

**VIII. BOOKS AND BOOK CHAPTERS** (7 since joining ASU and 3 with ASU student coauthors: **underlined bold** indicates supervised ASU students)

1. Frakes D. Handbook of Blood Vessel Motion. *Arteries of the Head and Neck*. Elsevier: Brazil, *in press*: 2018.

2. Rahimpour S, **Nair P**, Frakes D, Gonzalez F. Hemodynamic Modifications of Flow Diverting Stents. *Flow Diversion of Cerebral Aneurysms*. pp 1-6, Thieme Medical Publishers: Stuttgart, 2017.

3. **Zwart C**, Frakes D. *Control Grid Motion Estimation for Efficient Application of Optical Flow*. Morgan & Claypool Publishers: San Rafael, CA, 2013.

4. Richardson R. (Frakes D – Contributor). Atlas of Pediatric Cardiac CTA. Springer Healthcare: New York, NY, 2013.

5. Singhose W, Donnell J, Frakes D. *Introductory Biomechanical Design Tools*. iPad Edition. iBookstore (private), 2012.

6. **Babiker H**, **Ryan J**, Gonzalez F, Frakes D, Jabbour P, Stavropoula T, Dummont A, Rosenwasser R. Biomechanics of Cerebral Aneurysms. *Neurovascular Surgical Techniques*. pp 101-20, Jaypee Brothers Medical Publishers: London, 2012.

7. Singhose W, Donnell J, Frakes D. *Introductory Biomechanical Design Tools*. 3rd Edition. Lulu Online Press, 2011.

**IX. CONFERENCES WITH PROCEEDINGS** (168 total, 131 since joining ASU, and 120 with ASU student coauthors: **underlined bold** indicates supervised ASU students or postdoctoral fellows and **bold** indicates collaborating ASU students)

1. Gunther M, Chong B, Frakes D. A Preliminary Framework for Computational Flow Diverter Design Optimization at Scale. *SB3C*. Vail, CO. June 2021.

2. Feiger B, Gounley J, Adler D, Leopold J, Draeger E, Frakes D, Michor F, Randles A. Prediction of Hemodynamic Risk Factors in Coarctation of the Aorta with CFD and Machine Learning. *BMES Annual Meeting*. Philadelphia, PA. Oct 2019.

3. **Farsani H**, Herrmann M, Frakes D, Chong B. Numerical Study of Hemodynamics in a Brain Aneurysm Treated with Flow Diverter Using Porous Medium Theory. *BMES Annual Meeting*. Atlanta, GA. Oct 2018.

4. **Farsani H**, Herrmann M, Chong B, Frakes D. A New Method for Simulating Flow Diverting Stents as Heterogeneous Porous Media. *World Congress of Biomechanics*. Dublin, Ireland. Jul 2018.

5. **Plasencia J**, **Ryan J**, Velez D, Lagerstrom K, Nigro J, Karamlou T, Kamarianakis Y, Pophal S, Frakes D, Zangwill S. Pediatric Donor-Recipient Size Matching – Seeing is Believing, or is it? *ISHLT Annual Meeting*. Nice, France. Apr 2018.

6. Fogel M, **Plasencia J**, **Nair P**, Biko D, Partington S, Harris M, Whitehead K, Frakes D. Patients After Fontan from Pre-Operative Caval Flow: A Cardiac Magnetic Resonance Serial Study. *American Academy of Pediatrics National Conference and Exhibition*. Chicago, IL. Sep 2017.

7. Chong C, **Wong K**, **Plasencia J**, Frakes D, Berisha V, Peplinski J, Ross K, Schwedt T. Thalamic Shape Deformations in Patients with Migraine: An MRI Study. *Western Neuroradiological Society: 49th Annual Meeting.* Koloa, HI. Oct 2017.

8. Dabagh M, **Nair P**, Gounley J, Frakes D, Gonzalez F, Randles A. Hemodynamic and Morphological Characteristics of a Growing Patient-Specific Cerebral Aneurysm. *CNS Annual Meeting.* Boston, MA. Oct 2017.

9. **Hess R**, **Nair P**, Frakes D. Patient-Specific Cerebral Aneurysm Fixtures for Endovascular Coil Design. *BMES Annual Meeting.* Phoenix, AZ. Oct 2017.

10. Dabagh M, **Nair P**, Gounley J, Frakes D, Gonzalez F, Randles A. Introducing New Criteria to Predict Aneurysm Growth. *BMES Annual Meeting.* Phoenix, AZ. Oct 2017.

11. Dabagh M, **Nair P**, Gounley J, Frakes D, Gonzalez F, Randles A. Identifying Growth and/or Stability of Patient-Specific Cerebral Aneurysm Using a Massively Parallel CFD Code. *SB3C.* Tucson, AZ. Jun 2017.

12. Kostelich E, **Rutter E**, **Stepien T**, **Anderies B**, **Plasencia J**, **Woolf E**, Scheck A, Turner G, **Liu Q**, Frakes D, Kodibagkar Vikram, Kuang Y, Preul M. Parameter Estimation in a Mathematical Model of Murine Glioma from MR Imaging. *ISMRM.* Honolulu, HI. Apr 2017.

13. **Kanberoglu B**, Frakes D. Extraction of Advanced Geospatial Intelligence (AGI) from Commercial Synthetic Aperture Radar Imagery. *SPIE DCS.* Anaheim, CA. Apr 2017.

14. **Kanberoglu B**, **Nair P**, Frakes D. An Optical Flow-Based Approach for the Interpolation of Minimally Divergent Velocimetry Data. *IEEE ISBI.* Melbourne, Australia. Apr 2017.

15. **Ryan J**, Teal J, Pophal S, Nigro J, Adachi I, Jacquiss R, Frakes D, Jarvik R, Baldwin T. Virtual Implantation of the Jarvik 15 as Supplementary Information in Eligibility Criteria Establishment. *ISHLT Annual Meeting.* San Diego, CA. Apr 2017.

16. **Plasencia J**, **Ryan J**, Park S, Nigro J, Karamlou T, Kamarianakis Y, Frakes D, Pophal S, Zangwill S. The Virtual Heart Transplant - The Next Step in Size Matching for Pediatric Heart Transplantation. *ISHLT.* San Diego, CA. Apr 2017.

17. Gounley J, **Chaudhury R**, **Pathangey G**, **Winarta K**, **Ryan J**, Draeger E, Frakes D, Randles A. Validation of Large Fluid Dynamic Simulations of Complex Geometries with 3D Printing. *SIAM CSE.* Atlanta, GA. Feb 2017.

18. **Farsani H**, Herrmann M, Chong B, Frakes D. Modeling Endovascular Coils as Heterogeneous Porous Media. *AGU Fall Meeting.* San Francisco, CA. Dec 2016.

19. **Nair P**, Chong B, **Mortensen M**, Frakes D. Effects of Geometric Variations on Idealized Bifurcation Aneurysm Hemodynamics Treated with Pipeline Embolization Device. *BMES Annual Meeting.* Minneapolis, MN. Oct 2016.

20. **Hyslop C**, **Nair P**, **Mortensen M**, **Plasencia J**, **Ryan J**, Chong B, Frakes D. An *In Silico* Study of Hemodynamics in a Virtually Treated Growing Cerebral Aneurysm Model. *BMES Annual Meeting.* Minneapolis, MN. Oct 2016.

21. **Anderies B**, **Rutter E**, **Stepien T**, **Plasencia J**, **Woolf E**, Scheck A, Turner G, Liu Q, Frakes D, Kodibagkar V, Kuang Y, Preul M, Kostelich E. Stochastic Parameterization of the Proliferation-Diffusion Model of Brain Cancer in Mice. *BMES Annual Meeting.* Minneapolis, MN. Oct 2016.

22. Gounley J, **Chaudhury R**, Vardhan M, Driscoll M, **Pathangey G**, **Winarta K**, **Ryan J**, Frakes D, Randles A. Does the Degree of Coarctation of the Aorta Influence Wall Shear Stress Focal Heterogeneity? *IEEE EMBC.* Orlando, FL. Aug 2016.

23. Chong B, **Babiker H**, Kalani Y, Baccin C, **Mortensen M**, Levitt M, McDougall C, Frakes D, Albuquerque F. Predicting Flow Diverter Deployments and Clinical Validation. *SNIS 13th Annual Meeting.* Boston, MA. Jul 2016.

24. **Ryan, J**, **Plasencia J**, Pophal S, Arabia F, Velez D, Nigro J, Frakes D. Virtual Implantation of Mechanical Cardiac Support Devices. *5th International Conference on Engineering Frontiers in Pediatric and Congenital Heart Disease.* Orlando, FL. Jun 2016.

25. Chong C, **Plasencia J**, Frakes D, Schwedt T. Structural Alterations of the Brainstem in Migraine. *5th European Headache and Migraine Trust International Congress.* Glasgow, Scotland. Sep 2016.

26. Chong B, **Babiker H**, Kalani Y, Baccin C, **Mortensen M**, Levitt M, McDougall C, Frakes D, Albuquerque F. Predicting Flow Diverter Deployments and Clinical Validation. *Congress of Neurological Surgeons 2016 Annual Meeting.* San Diego, CA. Sep 2016.

27. **Kaushik T**, Peet Y, **Nair P**, Frakes D. Hemodynamics in Developing Stages of Cerebral Aneurysms Using Spectral-Element Simulations and Comparison with PIV Experiments. *SB3C*. National Harbor, MD. Jun 2016.

28. **Babiker H**, Kalani Y, Levitt M, McDougall C, Baccin C, Chong B, Frakes D, Albuquerque F. Validations of Simulated Neurovascular Braided Stent Deployments. *BMES/FDA Frontiers in Medical Devices Conference*. Washington, DC. May 2016.

29. **Ryan J**, Towbin R, Velez D, Nigro J, Pophal S, Frakes D. Practical Application of 3D Print Technlogy for Clinical Support. *RAPID 2016*. Orlando, FL. May 2016.

30. **Thiagarajan J**, **Ramamurthy K**, **Kanberoglu B**, Frakes D, Bennett K, Spanias A. Measuring Glomerular Number from Kidney MRI Images. *SPIE Medical Imaging*. San Diego, CA. Mar 2016.

31. Gounley J, **Chaudhury R**, **Pathangey G**, **Winarta K**, Frakes D, Randles A. Modeling the Pressure Gradient in Patient-Specific Aortal Geometries. *8th International Biofluids Symposium*. Pasadena, CA. Feb 2016.

32. **Nair P**, **Indahlastari A**, **Lindsay J**, **Dejuo D**, Parthasarathy V, **Ryan J**, **Babiker H**, Chong B, Gonzalez L, Frakes D. Hemodynamic Characterization of Idealized Sidewall Aneurysm Templates using Computational Fluid Dynamics. *8th International Biofluids Symposium*. Pasadena, CA. Feb 2016.

33. **Plasencia J**, **Ryan J**, **Lindquist J**, **Sadaji S**, VanAuker M, Richardson R, Ellsworth E, Park S, Augustyn R, Southard R, Nigro J, Pophal S, Frakes D. Expanding the Donor Pool in Pediatric Heart Transpant with a Novel Three-Dimensional Technique. *American Heart Association Scientific Sessions 2015*. Orlando, FL. Nov 2015.

34. **Nair P**, **Indahlastari A**, Dejeu D, **Thomas K**, **Ryan J**, **Babiker H**, Chong B, Gonzalez L, Frakes D. Hemodynamic Characterization of Aneurysmal Geometry Effects on Endovascular Treatment Outcomes. Computational Fluid Dynamics in Medicine and Biology II. Albufeira, Portugal.  Oct 2015.

35. **Hyslop C**, **Nair P**, **Ryan J**, **Plasencia J**, Chong B, Kostelich E, Frakes D. Computational Examination of Hemodynamics in a Patient-Specific Growing Cerebral Aneurysm Model. *BMES 2015 Annual Meeting*. Tampa, FL. Oct 2015.

36. Chong B, Baccin C, **Babiker H**, **Farsani H**, Piske R, Frakes D, Keleru M, Levill M, McDougal C, Albuquerque F. Presurgical Planning: Adding Science to the Art. *WNRS Annual Meeting*. Colorado Springs, CO. Sep 2015.

37. Kalani Y, **Babiker H**, Levitt M, McDougall C, Chong B, Frakes D, Albuquerque F. High Fidelity Simulations of Endovascular Cerebral Aneurysm Treatments. *SNIS*. San Francisco, CA. Jul 2015.

38. Hu Y, Kurfess T, Singhose W, Frakes D. Design of a Hands-on Mechatronic Project Integrated into an Introductory Course. *The 2015 International Conference on Electrical Engineering*. Hong Kong, China. Jul 2015.

39. **Nair P**, **Hyslop C**, **Ryan J**, **Plasencia J**, Chong B, Kostelich E, Frakes D. Modeling the Interplay Between Cerebral Aneurysm Growth and Patient-Specific Hemodynamics. *Society for Mathematical Biology Annual Meeting*. Atlanta, GA. Jul 2015.

40. **Farsani H**, Chong B, Hermmann M, Frakes D. A Non-Uniform Porous Medium Model for Simulating the Effects of Endovascular Coiling on Cerebral Aneurysm Hemodynamics. *Society for Mathematical Biology Annual Meeting*. Atlanta, GA. Jul 2015.

41. **Ryan J**, Richardson R, Ellsworth E, Nigro J, Pophal S, Frakes D. Virtual Transplantation to Establish Donor Selection Criteria for Undersized and Complex Heart Recipients. *SB3C*. Snowbird, UT. Jun 2015.

42. **Nair P**, Chong B, Frakes D. Hemodynamic Characterization of Different Basilar Tip Aneurysm Templates Using Computational Fluid Dynamics. *SB3C*. Snowbird, UT. Jun 2015.

43. **Nair P**, **Babiker H**, **Ryan J**, Gonzalez F, Frakes D. FRED versus Pipeline: An In-vitro Comparison of Cerebral Aneurysm Hemodynamics Using Particle Image Velocimetry. *SB3C*. Snowbird, UT. Jun 2015.

44. **Chaudhury R**, **Ryan J**, Frakes D, Adrian R. Prediction of Downstream Velocity Waveforms for In Vitro Aortic Flow Experiments. *SB3C*. Snowbird, UT. Jun 2015.

45. Christian E, **Ryan J**, **Babiker H**, Frakes D, Nakaji P, Russin J. Computational Fluid Dynamics to Predict Recanalization after Coil Embolization of Cerebral Aneurysms. *American Association of Neurological Surgeons Annual Meeting*. Washington, DC. May 2015.

*Curriculum Vitae – David H. Frakes, Ph.D.*

46. **Babiker H**, Chong B, Kalani Y, Albuquerque F, Frakes D. Patient-Based Finite Element Medical Device Evaluation Tools. *2015 BMES Frontiers in Medical Devices Conference*. College Park, MD. May 2015.

47. **Ryan J**, Frakes D. Multi-Modality Patient-Derived Medical Simulators for Surgical Education. *RAPID 2015*. Long Beach, CA. May 2015.

48. Chong B, Baccin C, **Babiker H**, Piske R, **Farsani H**, Frakes D. Presurgical Planning: Adding Science to the Art. *Annual ABC WIN Meeting*. Val d'Isere, France. Jan 2015.

49. Johnson C, Taylor C, Ferraro C, Richardson R, **Ryan J**, Frakes D, Mitchell R, Brady K, Naik H. 3D Printing of Reconstructed Cardiac CT Angiography Models to Aid in Pre-Operative Assessment of Implanted Bioprosthetic Valve Size Before Transcatheter Aortic Valve Replacement (TAVR). *Radiological Society of North America 2014 Scientific Assembly and Annual Meeting*. Chicago, IL. Nov 2014.

50. Caplan M, Frakes D, LaBelle J, Pizziconi V. Early Virtual Design Experience Enhances Relevance of Courses in BME Curriculum. *BMES 2014 Annual Meeting*. San Antonio, TX. Oct 2014.

51. **DeJeu D**, **Nair P**, Chong B, **Babiker H**, **Ryan J**, Frakes D. Computational Analysis of Low-Porosity Stent Effects on Idealized Sidewall Aneurysms. *BMES 2014 Annual Meeting*. San Antonio, TX. Oct 2014.

52. **Lindsay A**, **Nair P**, Chong B, **Babiker H**, **Ryan J**, Frakes D. CFD Analysis of Cerebral Sidewall Aneurysm Hemodynamics. *BMES 2014 Annual Meeting*. San Antonio, TX. Oct 2014.

53. Chong B, **Babiker H**, **Ryan J**, Frakes D. Toward the Pre-surgical Treatment Planning of Cerebral Aneurysms Using High Fidelity Simulations. *Society of NeuroInterventional Surgery 11th Annual Meeting*. Colorado Springs, CO. Jul 2014.

54. **Babiker H**, Chong B, Gonzalez F, **Ryan J**, Frakes D. Finite Element Modeling of Endovascular Treatments. *11th World Congress on Computational Mechanics*. Barcelona, Spain. Jul 2014.

55. **Chaudhury R**, Herrmann M, Frakes D, Adrian R. Impact of Development Time on Boundary Conditions for Flow Experiments Using Piston Pumps. *7th World Congress of Biomechanics*. Boston, MA. Jul 2014.

56. **Babiker H**, Chong B, **Ryan J**, Gonzalez F, Frakes D. Toward Personalized Planning of Endovascular Treatments for Cerebral Aneurysms. *7th World Congress of Biomechanics*. Boston, MA. Jul 2014.

57. **Ryan J**, Pophal S, Frakes D. Virtual Implantation of Mechanical Circulatory Support Devices to Assess Goodness of Fit. *7th World Congress of Biomechanics*. Boston, MA. Jul 2014.

58. Almefty K, **Ryan J**, Frakes D, Nakaji P. Development of an Aneurysm Clipping Model using 3D printing. *AANS Annual Scientific Meeting*. San Francisco, CA, Apr 2014.

59. **Fairfield A**, **Plasencia J**, Jang Y, Theodore N, Crawford N, Frakes D, Maciejewski R. Volume Curtaining: A Focus+Context Effect for Multimodal Volume Visualization. *Proceedings of the SPIE Medical Imaging Conference*. San Diego, CA. Feb 2014.

60. **Venkatesan R**, **Zwart C**, Frakes D, Li B. Perception-inspired Spatio-temporal Video Deinterlacing. *Eighth International Workshop on Video Processing and Quality Metrics for Consumer Electronics*. Chandler, AZ. Jan 2014.

61. **Indahlastari A**, **Babiker H**, **Nair P**, **Ryan J**, Parthasarathy V, Frakes D. The Influence of Dome Size, Parent Vessel Angle, and Coil Packing Density on Coil Embolization Treatment in Cerebral Aneurysms. *Annual Meeting of the APS Division of Fluid Dynamics*. Pittsburgh, PA. Nov 2013.

62. Pizziconi V, Labelle J, Frakes D, Caplan M, Triplett C. Evolution of ASU's Bioengineering Product Design and Global Health Technology Center: Building Capacity Toward a Community and Global Partnership, Pathway, and Pipeline. *BMES 2013 Annual Meeting*. Seattle, WA. Sep 2013.

63. Labelle J, Frakes D, Kleim J, Caplan M, Haynes K, Garcia A, Helms-Tillery S, Pizziconi V. The Design and Implementation of a Four-year Medical Device Product Design Spine. *BMES 2103 Annual Meeting*. Seattle, WA. Sep 2013.

64. **Pracht N**, **Williamson C**, Frakes D. Impact Force Testing on NFL Thigh Pads. *BMES 2103 Annual Meeting*. Seattle, WA. Sep 2013.

65. **Workman C**, **Cirjan C**, **Snyder L**, **Quach A**, **Duong B**, **John C**, Frakes D. Computational Modeling and Force Simulation of Shoulder Pad. *BMES 2013 Annual Meeting*. Seattle, WA. Sep 2013.

66. **Lindsay J**, **Nair P**, **Ryan J**, Frakes D. Effects of Enterprise Stent Treatment on Basilar Tip Aneurysm Hemodynamics. *BMES 2013 Annual Meeting*. Seattle, WA. Sep 2013.

67. **Pradeep A**, **Zwart C**, Soerensen D, **Babiker H**, Sundareswaran K, Yoganathan A, Frakes D. Fast Directional Interpolation for MR Velocimetry Data. *BMES 2013 Annual Meeting*. Seattle, WA. Sep 2013.

68. **Babiker H**, Chong B, **Ryan J**, Gonzalez F, Frakes D. Simulation of Endovascular Treatments for Cerebral Aneurysms. *BMES 2013 Annual Meeting*. Seattle, WA. Sep 2013.

69. Gonzalez F, **Roszelle B**, **Babiker H**, Frakes D. The Use of Patient-specific Aneurysm Models to Determine the Effect of Flow Diversion on Intraaneurysmal Pressure and Flow Patterns. *75th Annual Meeting of the American Association of Neurological Surgeons*. Newport Beach, CA. Sep 2013.

70. Gonzalez F, **Roszelle B**, **Babiker H**, Frakes D. The Effect of Pipeline Embolization Device on Intra-Aneurysmal Pressures: In-Vitro Study. *10th Annual Meeting of the Society of NeuroInterventional Surgery*. Miami, FL. Jul 2013.

71. **Babiker H**, Gonzalez F, Chong B, Frakes D. Simulating the Effects of Embolic Coils on Cerebral Aneurysm Fluid Dynamics Using Finite Element Modeling. *ASME Summer Bioengineering Conference*. Sunriver, OR. Jun 2013.

72. **Zwart C**, Frakes D, Singhose W. Analysis of Human Accident Video Using Optical Flow with Physically-based Constraints. *ASME Summer Bioengineering Conference*. Sunriver, OR. Jun 2013.

73. **Kanberoglu B**, Moore N, Debins J, Karam L, Preul M, Frakes D. Integration of 3D 1H-magnetic Resonance Spectroscopy Data into Neuronavigation Systems for Tumor Biopsies. *SPIE Medical Imaging*. Orlando, FL. Feb 2013.

74. **Babiker H**, Gonzalez F, Chong B, Frakes D. Investigation of the Influence of Coil Configuration on Cerebral Aneurysm Fluid Dynamics Using a Novel Finite Element Approach. *AHA International Stroke Conference*. Honolulu, HI. Feb 2013.

75. **Roszelle B**, Okcay M, Oztekin B, Frakes D. Hands-on Particle Image Velocimetry Experience for Bioengineering Students Using the Interactive Flowcoach System to Understand Aneurysm Hemodynamics. *Annual Meeting of the APS Division of Fluid Dynamics*. San Diego, CA. Nov 2012.

76. **Thiagarajan J**, **Rajan D**, **Ramamurthy K**, Frakes D, Spanias A. Automated Tumor Segmentation using Kernel Sparse Representations. *IEEE International Conference on Bioinformatics and Bioengineering*. Larnaca, Cyprus. Nov 2012.

77. **Chaudhury R**, **Atlasman V**, **Pathangey G**, Adrian R, Frakes D. Design of a New Pulsatile Flow Pump System for Aortic Flow Simulation. *BMES Annual Meeting*. Atlanta, GA. Oct 2012.

78. **Workman C**, **Ryan J**, Frakes D. Classification of Cerebral Aneurysm Fluid Dynamics with Idealized Models of Varying Parameters. *34th Annual International IEEE EMBS Conference*. San Diego, CA. Aug 2012.

79. **Ragunathan S**, Frakes D, Peng K, Stokes L, Singhose W. Kalman Filtering for Improving Radio-Frequency Hand Motion Crane Control. *ASME Dynamic Systems and Control Conference*. Fort Lauderdale, Fl. Oct 2012.

80. **Venkatesan R**, **Zwart C**, Frakes D. Video Deinterlacing with Control Grid Interpolation. *IEEE International Conference on Image Processing*. Orlando, FL. Oct 2012.

81. **Babiker H**, **Roszelle B**, Gonzalez L, Albuquerque F, Collins D, **Elvikis A**, Frakes D. Comparison Of The Effects Of Embolic Coils And A Low Porosity Stent On Cerebral Aneurysm Fluid Dynamics. *Proceedings of the ASME 2012 Bioengineering Conference*. Fajardo, PR. Jun 2012.

82. **Roszelle B**, **Babiker H**, **Ryan J**, Gonzalez L, Albuquerque F, Frakes D. The Pipeline Versus Telescoping Stents: In Vitro Flows in a Treated Cerebral Aneurysm Model. *Proceedings of the ASME 2012 Bioengineering Conference*. Fajardo, PR. Jun 2012.

83. Chun Y, Levi D, Mohanchandra K, Kealey C, **Babiker H**, Frakes D, Hur S, Chang H, Emmons M, Lin P, Tulloch A., Rigberg D, Carlo D, Vinuela F, Carman G. A Novel Flow-Diverting Thin Film Nitinol (TFN) Covered Microstent. *Annual Industrial and Systems Engineering Research Conference (ISERC)*. Orlando, FL. May 2012.

84. **Steinke K**, Frakes D, **Oland G**, **Rios J**, Baxter L. Approximate Entropy as a Metric for Quantifying fMRI Changes Across Time. *ISMRM Annual Meeting*. Melbourne, Australia. May 2012.

85. **Zwart C**, Pracht R, Frakes D. Improved Motion Estimation for Restoring Turbulence Distorted Video. *Proceedings of the SPIE Defense, Security, and Sensing Conference*. Baltimore, MD. Apr 2012.

86. Ralhan T, **Ejaz F**, Richardson R, Frakes D. Use of Color-coded 3D Physical Heart Models of Congenital Heart Diseases for Applications in Medicine and Science. *ARRS Annual Meeting*. Vancouver, Canada. Apr 2012.

87. **Zwart C**, Frakes D. Soft Adaptive Gradient Angle Interpolation of Grayscale Images. *IEEE International Conference on Acoustics, Speech, and Signal Processing*. Kyoto, Japan. Mar 2012.

88. **Babiker H**, Kealey C, Chun Y, Carman G, Levi D, Frakes D. In-Vitro Fluid Dynamic Investigation of a Novel Hyper Elastic-Thin Film Nitinol Stent and the Pipeline Embolization Device for cerebral aneurysm treatment. *AHA International Stroke Conference*. New Orleans, LA. Feb 2012.

89. **Zwart C**, Frakes D. One-dimensional Control Grid Interpolation-based Demosaicing and Color Image Interpolation. *SPIE Electronic Imaging Conference*.  San Diego, CA. Jan 2012.

90. **Ragunathan S**, Frakes D, Peng K, Singhose W. Filtering Effects on Input-Shaped Command Signals for Effective Crane Control. *9th IEEE International Conference on Control and Automation*. Santiago, Chile. Dec 2011.

91. **Zwart C**, **Ryan J**, Frakes D, Ganesh T. A Content/Design Model for K-12 Education: First Results with Bioengineering. *BMES Annual Meeting*. Hartford, CT. Oct 2011.

92. **Ejaz F**, Frakes D, Richardson R. Effectiveness of Rapid-Prototyped Color-Coded Physical Models in Education. *Weinstein Cardiovascular Development Conference*. Cincinnati, OH. Jun 2011.

93. **Babiker H**, Chun Y, Kealey C, Carman C, Levi D, Frakes D. Experimental Fluid Dynamic Investigation of a Novel Hyper-Elastic Thin Film for Cerebral Aneurysm Treatment. *Proceedings of the ASME 2011 Bioengineering Conference*. Farmington, PA. Jun 2011.

94. **Babiker H**, Gonzalez L, **Elvikis A**, Collins D, Albuquerque F, Frakes D. The Effects of High Porosity Stent Configurations on Cerebral Aneurysm Hemodynamics. *Proceedings of the ASME 2011 Bioengineering Conference*. Farmington, PA. Jun 2011.

95. **Ragunathan S**, Frakes D, Peng K, Singhose W. Improving Energy Efficiency of Cranes Driven by Noisy Control Signals. *Multibody Dynamics 2011*. Brussels, Belgium. Jul 2011.

96. **Kanberoglu B**, Karam L, Frakes D. Dictionary-Based Sparsification and Reconstruction (DIBSAR). *ISMRM Annual Meeting*. Montreal, Canada. May 2011.

97. **Plasencia J**, Bennett K, Turner G, Hu L, Loftus J, Frakes D. Image-Guided Stereotactic Biopsy System for Small Animal Experiments. *ISMRM Annual Meeting*. Montreal, Canada. May 2011.

98. **Beeman S**, **Zhang M**, Gubhaju L, Frakes D, Bertram J, Wu T, Bennett K. Measuring Whole Kidney Nephron Endowment Using MRI. *ISMRM Annual Meeting*. Montreal, Canada. May 2011.

99. Peng K, **Ragunathan S**, Singhose W, Frakes D. Improved Crane Efficiency Using Radio Frequency Real-Time Location Systems. *IEEE International Conference on Electronic Information and Control Engineering*. Wuhan, China. April 2011.

100. **Henriksen M**, **Ejaz F**, Scott R, Osborn M, Nigro J, Richardson R, Frakes D. Engineering of Physical, Color-Coded Models of Congenital Heart Disease. *Second International Conference on Engineering Frontiers in Congenital Heart Disease.* London, England. Mar 2011.

101. Kealey C, **Babiker H**, Chen Y, Frakes D, Levi D. In Vitro Evaluation of a Novel Hyper-Elastic Thin Film Nitinol Covered Stent for the Treatment of Intracranial Aneurysms. *American Heart Association International Stroke Conference*. Los Angeles, CA. Feb 2011.

102. **Zwart C**, Frakes D. Biaxial Control Grid Interpolation: Reducing Isophote Preservation to Optical Flow. *IEEE Digital Signal Processing and Signal Processing Education Workshop*. Sedona, AZ. Feb 2011.

103. Ujueta D, Ping K, Singhose W, Frakes D. Determination of Control Parameters for a Radio Frequency-Based Crane Controller. *49th IEEE Conference on Decision and Control*. Atlanta, GA. Dec 2010.

104. **Boltz T**, Panse P, Frakes D, Pavlicek W. Coronary Artery Stenosis in the Presence of Calcified Plaque. *RSNA 2010*. Chicago, IL. Nov 2010.

105. **Botadra A**, Frakes D. Optimized Compensation for Atmospheric Distortion in Video. *IEEE Workshop on Signal Processing Systems*.  San Francisco, CA. Oct 2010.

106. **Gregg C**, **Ryan J**, **Poterala K**, **Babiker H**, Collins D, Krever A, Frakes D. Multi-Step Production of Anatomical Urethane Phantoms for Optical Experimentation. *Biomedical Engineering Society Annual Meeting*. Austin, TX. Oct 2010.

107. **Zwart C**, **Babiker H**, Frakes D. Directional Interpolation of Fluid Velocity Fields. *Biomedical Engineering Society Annual Meeting*. Austin, TX. Oct 2010.

108. **Babiker H**, Gonzalez F, Albuquerque F, **Elvikis A**, Collins D, Frakes D. In Vitro Fluid Dynamic Effects of a New Coil Design for Cerebral Aneurysm Embolization. *Biomedical Engineering Society Annual Meeting*. Austin, TX. Oct 2010.

109. Gonzalez L, **Hafner W**, **Babiker H**, Albuquerque F, Collins D, **Elvikis A**, Frakes D. In-Vitro Effects of Stent Placement on Perforating Side-Branch Arteries. *Annual Conference of the Congress of Neurological Surgeons*. San Francisco, CA. Oct 2010.

110. Gonzalez F, **Babiker H**, **Elvikis A**, Collins D, Albuquerque F, Frakes D. Quantitative Effects of Sequential Stent Placement on Aneurysmal Inflow and Flow through Perforating Side-Branches. *2010 Intracranial Stent Meeting*. Houston, TX. Sep 2010.

111. Chen C, Patrick M, Pekkan K, Corti P, Roman B, Frakes D. In Vivo Hemodynamic Performance of Wild-Type vs. Mutant Zebrafish Embryos Using High-speed Confocal Micro-PIV. *ASME Summer Bioengineering Conference*. Naples, FL. Jun 2010.

112. **Babiker H**, Gonzalez F, Albuquerque F, Collins D, **Elvikis A**, Frakes,D. Influence of Stent Configuration on Cerebral Aneurysm Fluid Dynamics. *ASME Summer Bioengineering Conference*. Naples, FL. Jun 2010.

113. **Beeman S**, **Henriksen M**, Frakes D, Bennett K. Counting the Total Number of Kidney Glomeruli Using MRI. *ISMRM Scientific Meeting and Exhibition*. Stockholm, Sweden. Apr 2010.

114. **Zwart C**, Frakes D, Debbins J. Metrics for Distinguishing Axon Disorder from Demyelination in Regions of Decreased Fractional Anisotropy. *ISMRM Scientific Meeting and Exhibition*. Stockholm, Sweden. Apr 2010.

115. **Zwart C**, Frakes D. Comparison of Linear and Optical Flow-Based Methods for Medical Image Scaling. *Southwest Conference on Integrated Mathematical Methods*. Tempe, AZ. Feb 2010.

116. **Mahanti P**, **Nandakumar V**, Frakes D, Milner T. Optical Flow Computation with Selective Spatial Emphasis. *Southwest Conference on Integrated Mathematical Methods*. Tempe, AZ. Feb 2010.

117. Dur O, DeGroff C, Keller B, Frakes D, Pekkan K. Bioengineering Approaches and Insights for the Optimized Management of Single Ventricle Physiology. *1st International Conference on Computational Simulation in Congenital Heart Disease*. La Jolla, CA. Feb 2010.

118. **Plasencia J**, **Babiker H**, Richardson R, Rhee E, Willis B, Nigro J, Cleveland D, Pekkan K, Frakes D. Simulation of Surgical Modification and Post-Operative Flow for Tetralogy of Fallot Repair. *1st International Conference on Computational Simulation in Congenital Heart Disease*. La Jolla, CA. Feb 2010.

119. **Plasencia J**, **Babiker H**, Richardson R, Rhee E, Willis B, Nigro J, Cleveland D, Frakes D. Virtual Surgical Modification for Planning Tetralogy of Fallot Repair. *IS&T/SPIE Electronic Imaging*. San Jose, CA. Jan 2010.

120. Haydar S, Willis B, Chapple K, Sanders D, Frakes D, Rhee E, Nigro J. Impact of Inspired Oxygen Concentration on Cerebral Blood Flow in Univentricular Circulation. *The Society of Thoracic Surgeons 46th Annual Meeting*. Fort Lauderdale, FL. Jan 2010.

121. Peng K, Singhose W, **Gessesse S**, Frakes D. Crane Operation Using Hand-Motion and Radio Frequency Identification Tags. *7th IEEE International Conference on Control and Automation*. Christchurch, New Zealand. Dec 2009.

122. Lara M, Dur O, Frakes D, Pekkan K. Fluid Dynamic Assessment of Hepatic Venous Flow Using Digital Particle Image Velocimetry. *Biomedical Engineering Society Annual Meeting*. Pittsburgh, PA. Oct 2009.

123. **Babiker H**, Gonzalez F, Albuquerque F, Collins D, **Elvikis A**, Frakes D. The Effects of Coil Packing Density on Cerebral Aneurysm Fluid Dynamics: An In Vitro Assessment. *Biomedical Engineering Society Annual Meeting*. Pittsburgh, PA. Oct 2009.

124. **Henriksen M**, **Beeman S**, Bennett K, Frakes D. Quantification of Single Glomerular Function with Molecular Imaging Agents and MRI. *Biomedical Engineering Society Annual Meeting*. Pittsburgh, PA. Oct 2009.

125. Gonzalez F, **Babiker H**, Albuquerque F, Collins D, **Elvikis A**, Frakes D. Effects of Progressive Increased Coil Packing Density on Aneurysm Inflow: In Vitro Study. *CNS Annual Meeting*. New Orleans, LA. Oct 2009.

126. Patrick M, Chen C, Frakes D, Pekkan K. Fluid Dynamics of Erythrocytes using Confocal Microscopy and Micro-PIV. *8th International Symposium on Particle Image Velocimetry*. Melbourne, Victoria, Australia. Aug 2009.

127. Skrinjar O, Bistoquet A, Oshinski J, Sundareswaran K, Frakes D, Yoganathan A. A Divergence-Free Vector Field Model for Imaging Applications. *IEEE International Symposium on Biomedical Imaging*. Boston, MA. Jun 2009.

128. Bennett K, **Elvikis A**, **Plasencia J**, **Beeman S**, Frakes D. Quantitative 3D Molecular Imaging of Kidney Glomeruli. *ISMRM Scientific Meeting and Exhibition*. Honolulu, HI. Apr 2009.

129. Bennett K, **Elvikis A**, **Plasencia J**, **Beeman S**, Frakes D. MRI Quantification of Single Glomerular Function. *National Kidney Foundation Spring Clinical Meetings*. Nashville, TN. Mar 2009.

130. Sundareswaran K, Frakes D, Fogel M, Skrinjar O, Yoganathan A. Divergence Free Interpolation of Phase Contrast MRI. *SPIE Electronic Imaging*. San Jose, CA. Jan 2009.

131. Sundareswaran K, Frakes D, de Zelicourt D, Skrinjar O, Kanter K, Del Nido P, Powell A, Fogel M, Yoganathan A. Comparison of Power Losses, Hepatic Flow Splits, and Vortex Sizes in Different Fontan Types Using Non Invasive Phase Contrast Magnetic Resonance Imaging. *American Heart Association Annual Scientific Sessions*. New Orleans, LA. Nov 2008.

132. Sundareswaran K, Frakes D, Fogel M, Skrinjar O, Yoganathan A. Multi-Dimensional Velocity Field Reconstruction Using Sparsely Acquired PCMRI Data. *ISMRM Scientific Meeting*. Toronto, ON, CA. May 2008.

133. Sundareswaran K, Frakes D, Fogel M, Skrinjar O, Yoganathan A. 4D Velocity Field Reconstruction from PC MRI Using Adaptive Divergence Free Radial Basis Functions. *Society for Cardiovascular Magnetic Resonance Annual Scientific Sessions*. Los Angeles, CA. Jan 2008.

134. Sundareswaran K, Frakes D, Yoganathan A. Rule-based fuzzy vector median filters for 3D phase contrast MRI segmentation. *SPIE Electronic Imaging*. San Jose, CA. Jan 2008.

135. Frakes D, Pekkan K, Dasi L, Binnion R, Smith MJT. A New Adaptive Method for Registration-Based Medical Image Interpolation. *12th International Conference on Biomedical Engineering*. Singapore. Jan 2006.

136. Li D, Mersereau R, Frakes D, Smith MJT. A New Method for Suppressing Optical Turbulence in Video. *European Signal and Image Processing Conference*. Antalya, Turkey. Sep 2005.

137. Brummer M, Dambreville S, King B, Chapman A, Glockner J, Torres V, Wallin A, Bae K, Frakes D, Yoganathan A. Renal Flow Measurement by Breath-Hold Phase-Velocity MRI: A Validation Study. *ISMRM Annual Scientific Sessions*. Miami, FL. May 2005.

138. Sundareswaran K, Kitajima H, Pekkan K, Soerensen D, Yerneni V, Parks J, Sallee D, Sharma S, Oshinski J, Frakes D, Yoganathan A. Flow Field Comparison of Reverse Engineered Total Cavopulmonary Connection Anatomical Models: High Resolution PCMRI vs CFD. *ISMRM Annual Scientific Sessions*. Miami, FL. May 2005.

139. Frakes D, Wake A, Pekkan K, Oshinski J, Giddens D, Yoganathan, A. Reconstruction of 3D PCMR Velocity Data for Clinical Fluid Dynamics Analysis Applications. *ISMRM Annual Scientific Sessions*. Miami, FL. May 2005.

140. Pekkan K, Frakes D, de Zelicourt D, Lucas C, Parks J, Yoganathan A. Coupling of Pediatric Ventricle Assist Devices to Fontan Circulation, Simulations with a Lumped Parameter Model. *1st International Conference on Pediatric Mechanical Circulatory Support Systems and Pediatric Cardiopulmonary Perfusion*. Hershey, PA. May 2005.

141. Chaikof E, Kasirajan K, Pekkan K, Frakes D, Milner R, Dodson T, Yoganathan A. Non-Invasive Analysis of Aortic Dissection Fluid Dynamics. *Southern Association of Vascular Surgery 29th Annual Meeting*. Marco Island, FL. Jan 2005.

142. Pekkan K, Yoganathan A, Frakes D, Kitajima H, Soerensen D, Sundareswaran K, De Zelicourt D. Progress Towards Understanding Anatomical Fluid Dynamics and Surgical Planning of the TCPC. *BMES Annual Fall Meeting*. Philadelphia, PA. Oct 2004.

143. Yoganathan A, Frakes D, Kitajima H, Soerensen D, Sundareswaran K, Pekkan K, Sotiropoulos F, de Zelicourt D. Flow Dynamics of the Anatomic TCPC: An Integrated MRI, In Vitro

Experimentation, and CFD Approach for Surgical Applications. *ISMRM International Interdisciplinary Workshop on Flow and Motion*. Zurich, Switzerland. Jul 2004.

144. de Zelicourt D, Pekkan K, Frakes D, Carberry J, Fogel M, Yoganathan A. Fluid Mechanical Assessment of Anatomical Models of the Total Cavopulmonary Connection. *European Society of Bioengineering Annual Meeting*. Hertogenbosch, The Netherlands. July 2004.

145. Khalid A, Singhose W, Huey J, Lawrence J, Frakes D. Study of Operator Behavior and Performance Using an Input-Shaped Gantry Crane. *Joint CCA, ISIC, and CACSD*. Taipei, Taiwan. Sep 2004.

146. Ma S, Frakes D, Hu X. Adaptive Control Grid Interpolation of DTI Data. *International Society for Magnetic Resonance in Medicine 12th Scientific Meeting and Exhibition*. Kyoto, Japan. Apr 2004.

147. Frakes D, Kitajima H, Pekkan K, Yoganathan A. MRI Velocity Data Reconstruction for Power Loss Estimation. *International Society for Magnetic Resonance in Medicine 12th Scientific Meeting and Exhibition*. Kyoto, Japan. Apr 2004.

148. Frakes D, Fogel M, Parks J, Sharma S, Smith MJT, Yoganathan A. MRI-Based 3D Modeling of Cardiac Vascular Anatomies for Surgical Applications. *American College of Cardiology Annual Scientific Sessions*. New Orleans, LA. Mar 2004.

149. Biediger E, Singhose W, Frakes D, Kashiwa M, Matunaga S. An Investigation of Video Tracking on a Formation Flying Satellite Testbed. *AIAA/AAS Astrodynamics Specialist Conference*. Big Sky, Montana. 2003.

150. Wallin A, Frakes D, Brummer M, Chapman A, Yoganathan A. Improvements in Validation Studies: Polyvinyl Alcohol (PVA) Phantoms and Magnetic Resonance Imaging. *BMES Annual Fall Meeting*. Nashville, TN. Oct 2003.

151. Soerensen D, Frakes D, Yoganathan A. Automated Minimum Intensity Tracking of Heart Valve Markers for Surface Motion Reconstruction. *BMES Annual Fall Meeting*. Nashville, TN. Oct 2003.

152. de Zelicourt D, Frakes D, Pekkan K, Yoganathan A. Construction of Morphologically Accurate TCPC Models for In Vitro Flow Studies. *The First US National Symposium on Frontiers in Biomechanics*. Nashville, TN. Sep 2003.

153. Singhose W, Huey J, Lawrence J, Frakes D. Input Shaping Curriculum: Integrating Interactive Simulations and Experimental Setups. *11th Mediterranean Conference on Control and Automation*. Rhodes, Greece. Jun 2003.

154. Frakes D, Sinotte C, Parks J, Sharma S, Yoganathan A. Three-Dimensional Flow Field Reconstruction from Phase Encoded MR Velocity Images. *ASME Summer Bioengineering Conference*. Key Biscayne, FL. Jun 2003.

155. Liu Y, Ryu K, Frakes D, Yoganathan A. Fluid Dynamic Analysis and Power Loss Assessment for Total Cavopulmonary Connection Using Different Meshing Methods. *ASME Summer Bioengineering Conference*. Key Biscayne, FL. Jun 2003.

156. Frakes D, Wang A. On the Generation of and Droplet Impact upon Very Thin Liquid Films. *The 26th National Conference of Mechanical Engineering*. Beijing, R.O.C. 2003.

157. Frakes D, Smith M, Fogel M, Sharma S, Yoganathan A. Clinical Implementation of MR-Based Pediatric Cardiovascular Surgical Planning. *Society for Cardiac Magnetic Resonance Annual Meeting*. Orlando, FL. 2003.

158. Frakes D, Lucas C, Ensley E, Healy T, Sharma S, Yoganathan A. Analysis of Total Cavopulmonary Connection Fluid Dynamics: Experimental Studies. *4th World Congress on Biomechanics*. Calgary, Alberta, Canada. 2002.

159. Frakes D, Sinotte C, Conrad C, Healy T, Fogel M, Monaco J, Smith M, Yoganathan A. Application of an Adaptive Control Grid Interpolation Technique to MR Data Enhancement for Morphological Vascular Reconstruction. *SPIE Medical Imaging Conference*. San Diego, CA. 2002.

160. Frakes D, Conrad C, Healy T, Monaco J, Smith M, Yoganathan A. Application of an Adaptive Control Grid Interpolation Technique to Morphological Vascular Reconstruction: A Component of a Comprehensive Surgical Planning and Evaluation Tool. *23rd Annual International Conference of the IEEE-EMBS*. Istanbul, Turkey. 2001.

161. Frakes D, Singhose W. Geometrically Constrained Optical Flow-Based Tracking for the Extraction of Kinematic Data from Video. *5th International Symposium on Computer Methods in Biomechanics and Biomedical Engineering*. Rome, Italy. 2001.

162. Frakes D, Conrad C, Healy T, Monaco J, Smith M, Yoganathan A. An Integration of Adaptive Control Grid Interpolation-Based MR Reconstruction and CFD Analysis Aimed at Surgical Planning. *5th International Symposium on Computer Methods in Biomechanics and Biomedical Engineering*. Rome, Italy. 2001.

163. Forest C, Frakes D, Singhose W. Input-Shaped Control of Gantry Cranes: Simulation and Curriculum Development. *ASME Conference on Mechanical Vibration and Noise*. Pittsburgh, PA. 2001.

164. Frakes D, Conrad C, Healy T, Monaco J, Smith M, Fogel M, Sharma S, Yoganathan A. Application of an Adaptive Control Grid Interpolation Technique to MR Data Set Augmentation Aimed at Morphological Vascular Reconstruction. *ISMRM Minimum Data Acquisition Workshop*. Marco Island, FL. 2001.

165. Travis B, Leo H, Frakes D, Yoganathan A. An Analysis of the Turbulence in the Leakage Jets of Bileaflet Prosthetic Heart Valves. *ASME Summer Bioengineering Conference*. Snowbird, UT. 2001.

166. Frakes D, Healy T, Sharma S, Monaco J, Smith M, Yoganathan A. Application of an Adaptive Control Grid Interpolation Technique to Total Cavopulmonary Connection Blood Flow Image Reconstruction. *ASME Summer Bioengineering Conference*. Snowbird, UT. 2001.

167. Ensley A, Healy T, Ramuzat A, Chatzimavroudis G, Sharma S, Frakes D, Ryu K, Lucas C, Yoganathan A. An Integrated Engineering Approach in Assessment of the Total Cavopulmonary Connection. *International Conference on Mechanics and Medicine in Biology*. Maui, HI. 2000.

168. Frakes D, Monaco J, Smith M. Suppression of Atmospheric Turbulence in Video Using an Adaptive Control Grid Interpolation Approach. *International Conference on Acoustics, Speech, and Signal Processing*. Salt Lake City, UT. 2001.

169. Frakes D, Grosser K, Fortgang J, Singhose W. Simulating Motion of an Operator Controlled Gantry Crane in a Cluttered Work Environment. *ASME IMECE 2000*. Orlando, FL. 2000.

**X. CONFERENCES WITHOUT PROCEEDINGS** (26 total, 21 since joining ASU, and 20 with ASU student coauthors: **underlined bold** indicates supervised ASU students)

1. Shivaswamy R, Nahman M, Frakes D, Seguin G. What are My Training Samples Worth? A Look into Improving Data Efficiency, Applied to Apple Neural Detectors. *Apple Machine Learning Summit 2020*. Cupertino, CA. Mar 2020.

2. **Plasencia J**, **Ryan J**, **Sajadi S**, **Lindquist J**, Augustyn R, Park S, Southard R, Ellsworth E, Nigro J, Zangwill S, Richardson R, VanAuker M, Frakes D, Pophal S. A Novel Three-Dimensional Tool for Expanding the Donor Pool in Pediatric Heart Transplant. *2015 Annual PCH Research Day*. Phoenix, AZ. Jun 2015.

3. **Ryan J**, Howell C, Richardson R, Southard R, Dodds K, Frakes D, Itkin M, Dori Y, Pophal S. Novel Way of Looking at Plastic Bronchitis Utilizing CT-MRI 3D Modeling. *Cardiology 2015*. Scottsdale, AZ. Feb 2015.

4. Dameworth J, Richardson R, Pophal S, Frakes D, **Ryan J**. 3D Cardiac CTA Analysis of Systemic to Pulmonary Venovenous Collaterals after Fontan Procedure. *Society of Computed Body Tomography and Magnetic Resonance Annual Meeting*. New Orleans, LA. Sep 2014.

5. **Ryan J**, Frakes D. Case Study for 3D Reconstruction and Modeling for Total Artificial Heart Implantation Fit Applications. *2014 Dublin City University Bioprinting Symposium*. Dublin, Ireland. May 2014.

6. **Ryan J**, **Ejaz F**, **Henriksen M**, **Stomski L**, **Feith M**, Osborn M, Ricahrdson R, Pophal S, Frakes D. Color-coded Patient-specific Physical Models of Congenital Heart Disease for Medical and Educational Applications. *2014 Dublin City University Bioprinting Symposium*. Dublin, Ireland. May 2014.

7. **Ryan J**, Richardson R, Wellnitz C, Taylor C, Naik H, Brady K, Ross M, Pophal S, Frakes D. Multi-Material Modeling for Pre-Interventional TAVR Planning. *2014 Annual PCH Research Day*. Phoenix, AZ. Jun 2014.

8. **Babiker H**, Chong B, Frakes D. High Fidelity Simulated Pre-Surgical Planning for Endovascular Treatment of Cerebral Aneurysms. *45th Annual Meeting of the Western Neuroradiological Society*. San Diego, CA. Feb 2013.

9. Frakes D. 3D Printing Advances Patient-Specific Modeling in Biomedical Engineering Applications. *2013 MEPTEC Medical Technology Conference*. Tempe, AZ. Sep 2013.

10. **Ryan J**, Castinghouse E, Wigand J, Frakes D. Utilizing Ancient Casting Techniques and 3D Printing Technology to Accelerate Direct Manufacturing Processes. *RAPID*. Pittsburgh, PA. Jun 2013.

11. **Ryan J**, Wigand J, Dahl W, Frakes D. 3D Printing Advances Patient-Specific Biomedical Engineering Modeling and Experimentation. *RAPID*. Pittsburgh, PA. Jun 2013.

12. **Ryan J**. Collins D, Frakes D. Interdisciplinary Approaches to Anatomical Modeling. *Generation XYZ: Art Symposium*. Phoenix, AZ. Oct 2012.

13. **Ryan J**, **Plasencia J**, Park S, Richardson R, Southard R, Nigro J, Frakes D, Pophal S. Case Study for 3D Reconstruction and Modeling for Total Artificial Heart Implantation Fit Applications. *Mechanical Cardiac Support in Pediatric Heart Disease*. St. Louis, MO. Sep 2012.

14. Park S, Nigro J, Osborn M, **Ryan J**, Wellnitz C, Southard R, Lane J, Sanders, D, Frakes D, Arabia F, Pophal S. Total Artificial Heart in a Small Pediatric Patient with Biventricular Heart Failure. *Mechanical Cardiac Support in Pediatric Heart Disease*. St. Louis, MO. Sep 2012.

15. **Zwart C**, Frakes D. Multidimensional Applications of Optical Flow. *National Science Foundation EIFP Workshop*. Washington, DC. May 2012.

16. Samuelson R, **Nair P**, Frakes D, Snyder K, Nakaji P, Preul M, Spetzler R. Design and Flow Characteristics of a Branching Anastomosis: Implications for Cerebral Bypass. *79th American Association of Neurological Surgeons Annual Meeting*. Denver, CO. April 2011.

17. **Ejaz F**, **Henriksen M**, **Ryan J**, **Babiker M**, **Kanberoglu B**, Richardson R, Nigro J, Osborn M, Frakes D. Rapid Prototyped Patient-Specific Colorized Physical Models of Congenital Heart Disease. *Cardiology 2011*. Scottsdale, AZ. Feb 2011.

18. **Plasencia J**, **Babiker M**, Diab K, Richardson R, Rhee E, Willis B, Nigro J, Cleveland D, Pekkan K, Frakes D. Patient-Specific Computational Fluid Dynamic Simulations of Pulsatile Flow for Planning Tetralogy of Fallot Repair. *Cardiology 2011*. Scottsdale, AZ. Feb 2011.

19. **Ragunathan S**, Peng K, Singhose W, Frakes D. Improving Energy Efficiency of RFID-Based Crane Control. *2010 IEEE Emerging Device and Packaging Technologies Workshop*. Tempe, AZ. Nov 2010.

20. **Babiker H**, Gonzalez F, **Gregg C**, Collins D, Albuquerque F, Frakes D. Quantitative Effects of Coil Packing Density on Cerebral Aneurysm Hemodynamics: An In Vitro Pulsatile Flow Study. *2010 UC Systemwide Bioengineering Symposium*. Davis, CA. Jun 2010.

21. **Zhang W**, Johnson R, Frakes D. Single Living Cell Rotation Device for Multiple Perspective Images. *Biological, Engineering, and Chemical Undergraduate Research Conference*. Tucson, AZ. Mar 2010.

22. **Babiker H**, Gonzalez F, Albuquerque F, Collins D, Frakes D. The Effects of Coil Packing Density on Cerebral Aneurysm Inflow: In Vitro Assessment with Particle Image Velocimetry. *10th Annual UC Systemwide Bioengineering Symposium*. Merced, CA. June 2009.

23. Payli R, Pekkan K, de Zelicourt D, Frakes D, Sotiropoulos F, Yoganathan A. High Performance Clinical Computing on the TeraGrid: Patient-Specific Hemodynamic Analysis and Surgical Planning. *TeraGrid 2007 Conference*. Madison, WI. Jun 2007.

24. Pekkan K, Whited B, Kanter K, Sharma S, Sundareswaran K, Frakes D, Rossignac J, Yoganathan A. Anatomical Image Databases for Computational Fluid Dynamics and Surgical Planning. *3rd Annual Carnegie Mellon University Bioimaging Symposium*. Pittsburgh, PA. Feb 2007.

25. Frakes D, Healy T, Sharma S, Fogel M, Monaco J, Smith M, Yoganathan A. Adaptive Control Grid Interpolation-Based MR Data Reconstruction for Surgical Planning and Evaluation. *IBB Educational Partners Symposium*. Atlanta, GA. 2002.

26. Frakes D, Conrad C, Sharma S, Fogel M, Monaco J, Smith M, Yoganathan A. Realistic Total Cavopulmonary Connection Modeling for Surgical Planning. *IBB Educational Partners Symposium*. Atlanta, GA. 2001.

27. Healy T, Ensley A, Frakes D, Yoganathan A. Palliating Congenital Heart Lesions: Developing Diagnostic Tools and Surgical Planning using Computational Fluid Dynamics. *ANL Surgical Planning Workshop*. Chicago, IL. 2001.

## XI. MEDIA COMMUNICATIONS (only sources other than ASU media relations are cited)

1. "Harvey's Hemodynamic Heroics", *Science Node*, 2017. https://sciencenode.org/feature/harveys-hemodynamic-heroics.php
2. "3D Printed Heart Helps Family Cope with Toddler's Lifetime of Heart Surgeries", *AZ Central*, 2016. http://www.azcentral.com/story/news/local/phoenix/2016/06/08/3d-printed-heart-helps-family-cope-toddlers-lifetime-heart-surgeries/85564462/
3. "3D Printed Hearts Help Surgeons at Phoenix Children's Hospital", *AZ Family*, 2016. http://www.azfamily.com/clip/12923380/3d-printed-hearts-help-surgeons-at-phoenix-childrens-hospital
4. "Supercomputer Simulates Whole-Body Blood Flow", *BBC News Science and Environment*, 2016. http://www.bbc.com/news/science-environment-35828635
5. "3D Computer Modeling Might Improve Children's Heart Transplants", *U.S. News & World Report Health*, 2015. http://health.usnews.com/health-news/articles/2015/11/08/3-d-computer-modeling-might-improve-childrens-heart-transplants
6. "3D Image May Provide Better Size Match for Child Heart Transplants", *American Heart Association*, 2015. http://newsroom.heart.org/news/3d-image-may-provide-better-size-match-for-child-heart-transplants
7. "3D Technology Shaping Future of Heart Surgery", *12 News Arizona*, 2015. http://www.12news.com/story/news/local/2015/04/23/3d-technology-saving-lives-at-pch/26275233/
8. "The New Screen Savers 18: 3D Printed Hearts", *The New Screen Savers*, 2015. https://twit.tv/shows/new-screen-savers/episodes/18?autostart=false
9. "ASU and Phoenix Children's Hospital Build 3D Printed Hearts for Pre-op Strategies", *AZ Tech Beat*, 2014. http://aztechbeat.com/2014/05/asu-phoenix-childrens-hospital-build-3d-printed-hearts-pre-op-strategies/
10. "Soldscape: Precision 3D Printing that Saves Lives", *Medical Design Technology*, 2014. http://www.mdtmag.com/article/2014/10/solidscape-precision-3d-printing-saves-lives
11. "ASU Researchers Craft Company, Aid Aneurysm Patients", *The State Press*, 2014. http://www.statepress.com/article/2014/11/asu-researchers-craft-company-aid-aneurysm-patients/
12. "Wax 3D Printing Works Quietly in the Background of Essential Cerebral Aneurysm Research", *3D Printing Industry*, 2014. http://3dprintingindustry.com/2014/09/18/wax-3d-printing-works-quietly-background-essential-cerebral-aneurysm-research/
13. "3D Printer Puts Heart into Doctors' Hands", *NBC 12 News Arizona*, 2014. http://www.azcentral.com/videos/news/local/arizona/2014/08/07/13749939/
14. "3D Printer Helping Save Lives at Phoenix Children's Hospital", *ABC 15 News Arizona*, 2014. http://www.abc15.com/news/state/3-d-printer-helping-save-lives-at-valley-hospital
15. "Engineers Use 3D Tech to Improve Cardiac Care", *Product Design and Development*, 2014. http://www.pddnet.com/news/2014/07/engineers-use-3d-tech-improve-cardiac-care
16. "3D Heart Model Library Grows at Phoenix Children's Hospital", *KJZZ (NPR Affiliate)*, 2014. http://kjzz.org/content/38474/3-d-heart-model-library-grows-phoenix-childrens-hospital
17. "Innovative Medical Device Modeling Software Sparks Tech Startup", *World News*, 2014. http://article.wn.com/view/2014/07/17/Innovative_Medical_Device_Modeling_Software_Sparks_Tech_Star_s/
18. "Using 3D Printing to Treat Children's Heart Defects", *Philadelphia Inquirer*, 2014. http://articles.philly.com/2014-02-10/news/47171542_1_heart-defects-3-d-printer-phoenix-children
19. "Virtual Artificial Heart Implantation: No Science Fiction", *Medical Design Briefs*, 2014. http://www.medicaldesignbriefs.com/component/content/article/1104-mdb/news/19540
20. "3D Heart Models Help Save Children's Lives", *Inside Science*, 2013. http://www.insidescience.org/content/3-d-heart-models-help-save-children's-lives/1499
21. "Phoenix Children's Hospital Employs Novel CT-Guided, Virtual 3D Modeling Platform To Correctly Fit the SynCardia Heart", *Syncardia Systems, Inc*., 2013. http://www.syncardia.com/2013-press-releases/case-report-on-14-year-old-pediatric-patient-bridged-to-transplant-with-syncardia-total-artificial-heart-published-in-the-journal-perfusion/itemid-1337.html
22. "Scan, Animate, Print: 3D Heart Models at PCH", *Raising Arizona Kids*, 2013. http://www.raisingarizonakids.com/2013/02/scan-animate-print-3d-heart-models-at-pch/

23. "Heart in Your Hand & 3DVia – Helping Doctors Save Lives", *3DVia*, 2012. http://www.3dvia.com/blog/heart-in-your-hand-3dvia-helping-doctors-save-lives/
24. "Preoperative Simulation of Endovascular Treatment for Cerebral Aneurysms", *NeuroNews*, 2012. http://www.cxvascular.com/nn-features/neuro-news---features/preoperative-simulation-of-endovascular-treatment-for-cerebral-aneurysms--
25. "Physicians, ASU Professor Make First Personalized Heart Models", *The State Press*, 2012. http://www.statepress.com/2012/01/19/physicians-asu-professor-make-first-personalized-heart-models/
26. "ASU Bioengineers Will Expand Work to Solve Cardiovascular Health Challenges", *MedicalXpress*, 2011.   http://medicalxpress.com/news/2011-06-asu-bioengineers-cardiovascular-health.html

**XII.  PATENTS AND INTELLECTUAL PROPERTY** (21 total actions, 19 since joining ASU, and 13 involving ASU students: **underlined bold** indicates supervised ASU students and **bold** indicates collaborating ASU students)

1. Gunther M, Babiker H, Frakes D. Computational Flow Diverter Design Optimization at Scale. US Provisional Patent Application Number 63210685, 2021.
2. **Babiker H**, Frakes D, Chong B. Device Specific Finite Element Models for Simulating Endovascular Treatment. US Patent Number 10,290,230, 2019.
3. **Thiagarajan J**, **Ramamurthy K**, Spanias A, Frakes D. Kernel Sparse Models for Automated Tumor Segmentation. US Patent Number 9,710,916, 2018.
4. **Thiagarajan J**, **Ramamurthy K**, Spanias A, Frakes D. Measuring Glomerular Number from Kidney MRI Images. US Patent Number 9,779,497, 2018.
5. Frakes D, **Aboussouan E**, **Venkataraman V**. Minimally Intrusive Screen Writing. US Patent Pending Reference GP-202245-00-PR. 2017.
6. Frakes D, **Abboussouan E**. Location of Writing Instruments Using Position Sensing Diodes in Stereo Configuration.  Defensive Publication Reference IDF 48288, 2017.
7. **Workman C**, Frakes D, **Aboussouan E**, Stelman J, **Venkataraman V**. Screen Writer: Convert Display Device to a Whiteboard. US Patent Pending Reference GP-202244-00-PR, 2017.
8. Frakes D, **Babiker H**, Edwards K, Lo D, **Aboussouan A**. Systems and Methods for Visualizing Garment Fit. US Patent Pending Reference GP-201690-00-PR, 2017.
9. Frakes D, **Plaas D**, Spano M, Maciejewski R, **Thomas J**, **Kirkpatrick N**, **Mortensen M**, **Sansone J**, **Van Putten A**. Real-Time Medical Image Visualization Systems and Related Methods. US Patent Pending Number 62/457,545, 2017.
10. **Hess R**, Frakes D, **Nair P**. Customized Endovascular Devices and Methods Pertaining Thereto. US Patent Pending Number 62/404,541, 2016.
11. **Farsani H**, Herrmann M, Frakes D. Geometry Based Method for Simulating Fluid Flow Through Heterogeneous Porous Media. US Patent Pending Number 15/277,381, 2016.
12. Frakes D, **Aboussouan E**, **Venkataraman V**. Real-time Collaboration in Annotating Printed Paper Using a Pen. US Patent Pending Reference GP-201405-00-PR, 2016.
13. Frakes D, **Aboussouan E**, **Venkataraman V**. Augmented Reality Based Assistive Technology for Writing. US Patent Pending Reference GP-201297-00-PR, 2016.
14. Frakes D, **Aboussouan E**, **Venkataraman V**. Learn2Write: Assistive Technology for Writing. US Patent Pending Reference GP-201223-00-PR, 2016.
15. Frakes D, **Aboussouan E**, Aboussouan M, **Workman C**. Mobile Writing Device for Linking Handwritten Information. Patent Pending Reference GP-24354-00-US, 2016.
16. Frakes D, **Zwart C**. A One-Dimensional Approach to Control Grid Interpolation. US Patent Number 8730268, 2014.
17. **Babiker H**, Frakes D, Chong B. Virtual Pre-interventional Planning Simulator for Endovascular Treatments. Exclusively Licensed Intellectual Property Number M13-231L, 2014.
18. **Babiker H**, Frakes D, Chong B. Virtual Pre-interventional Planning Simulator for Endovascular Treatments. US Patent Pending Number 14/165,061, 2014.
19. Frakes D, **Zwart C**. Rapid Motion Estimation Based on a Semi-separable Matrix Formulation of Optical Flow. Copywritten Software, 2012.

20. Frakes D, **Ryan J**, **Ejaz F**, Collins D. Rapid Prototyped Patient-Specific Colorized Physical Models of Congenital Heart Disease. Exclusively Licensed Intellectual Property Number M120912L/M12-107L/M12-123L, 2012.
21. Frakes D, Monaco J, Smith M, Yoganathan A. Data Reconstruction Using Directional Interpolation Techniques. US Patent Number 8233701, 2012.
22. Frakes D, Monaco J, Smith M, Yoganathan A. Data Reconstruction Using Directional Interpolation Techniques. US Patent Number 7831088, 2010.

## XIII. ENTREPRENEURIAL VENTURES (5 of 8 ventures remain active. Endovantage offers the first and only FDA approved surgical planning platform for endovascular interventions.)

1. Applied CFD Technologies, LLC. 2016 Co-founder.
2. Endovantage, LLC. 2014 Co-founder as CSO.
3. Grass Roots Imaging, LLC. 2013 Co-founder as Director.
4. Intrinsic Capital Management, Inc. 2011 Co-founder as Director.
5. Heart in Your Hand, LLC. 2011 Co-founder as CSO.
6. Frakules Holdings, LLC. 2008 Founder as CEO.
7. NoNames, LLC. 2008 as Executive Producer.
8. 4-D Imaging, Inc. 2003 Co-founder as CTO.

## XIV. INVITED SPEAKING (*indicates keynote speaker)

1. ASU Master of Science in Innovation and Venture Development (MSIVD) Program, Invited Talk. Tempe, AZ. Apr 2020.
2. Materialise World Summit, Invited Talk. Brussels, Belgium. April 2017.
3. *Israeli Machine Vision Conference, Invited Talk. Tel Aviv, Israel. Mar 2016.
4. Mayo Clinic Collaborative 3D Printing in Clinical Practice Conference, Invited Talk. Scottsdale, AZ. Mar 2016.
5. Mimics Innovation Conference, Invited Talk. Tampa, Fl. Feb 2016.
6. Georgia Institute of Technology Wallace H. Coulter Dept. of Biomedical Engineering, Seminar. Atlanta, GA. Jan 2016.
7. 3D Heals, Seminar Series. San Francisco, CA. Aug 2015.
8. Medtronic, Technology Prowess Banquet Panel. Tempe, AZ. Aug 2014.
9. Huazhong University of Science and Technology, School of Mechanical Science and Engineering Seminar. Wuhan, China. Aug 2014.
10. HUST-Wuxi Research Institute, Invited Talk. Wuxi, China. Aug 2014.
11. Materialise, Mimics Innovation Conference. Chicago, IL. May 2014.
12. Dublin City University, 2014 Bioprinting Symposium. Dublin, Ireland. May 2014.
13. University of California Los Angeles School of Medicine, Division of Interventional Neuroradiology Conference. Los Angeles, CA. Mar 2014.
14. Purdue University Weldon School of Biomedical Engineering, Seminar Series Distinguished Lecture. West Lafayette, IN. Mar 2014.
15. Materialise NV Headquarters, Invited Talk. Leuven, Belgium. Aug 2013.
16. Medical University of Vienna Working Group on Cardiovascular Dynamics and Artificial Organs, Invited Talk. Vienna, Austria. Aug 2013.
17. *Border States Annual Charity Fundraiser, Benefit for the Brain Aneurysm Foundation. Scottsdale, AZ. Apr 2013.
18. The Raytheon Company Multi-spectral Targeting System Group, Technical Briefing. McKinney, TX. Mar 2013.
19. University of California San Diego Dept. of Mechanical and Aerospace Engineering, Biomechanics Seminar. San Diego, CA. Nov 2012.
20. ASU Engineering World Health Society, Inaugural Meeting. Tempe, AZ. Nov 2012.
21. University of California Los Angeles Dept. of Mathematics, Applied Mathematics Seminar. Brentwood, CA. Oct 2012.
22. Barrow Neurological Institute, Neuroscience Conference. Phoenix, AZ. May 2011.
23. St. Joseph's Hospital and Medical Center, Grand Rounds. Phoenix, AZ. Mar 2011.
24. United States Air Force, Joint Tomography in Materials Science Workshop. Dayton, OH. Dec 2010.
25. Georgia Tech Center for Signal and Image Processing, Seminar Series. Atlanta, GA. Nov 2010.

26. Western Society of Pediatric Cardiologists, Annual Meeting. Scottsdale, AZ. May 2010.
27. University of Arizona Biomedical Engineering Interdisciplinary Program, BME Seminar Series. Tucson, AZ. Oct 2009.
28. *ASU Harrington Dept. of Bioengineering, BME Day. Tempe, AZ. May 2009.
29. ASU Dept. of Mechanical and Aerospace Engineering, Seminar Series. Tempe, AZ. Apr 2009.
30. Carnegie Mellon University Dept. of Biomedical Engineering, BME Seminar Series. Pittsburgh, PA. Mar 2009.
31. ASU Harrington Dept. of Bioengineering, Seminar Series. Tempe, AZ. Oct 2008.
32. St. Joseph's Hospital and Medical Center, Cardiothoracic Journal Club. Phoenix, AZ. Aug 2008.
33. Emory University Hospital, Vascular Laboratory Fellows Conference. Atlanta, GA. Jan 2005.
34. Georgia Institute of Technology, Symposium to Honor Dr. Ajit P. Yoganathan, Atlanta, GA. Jul 2004.
35. *Southeastern Conference of Dental Laboratories, Annual Meeting. Atlanta, GA. Apr 2004.
36. Georgia Tech Venture Lab, Technology Day 2003. Atlanta, GA. Nov 2003.
37. Children's Hospital of Philadelphia, Cardiology Fellows Conference. Philadelphia, PA. Aug 2003.
38. Georgia Tech Center for Signal and Image Processing, Seminar Series. Atlanta, GA. May 2001.
39. Georgia Tech Center for Signal and Image Processing, Seminar Series. Atlanta, GA. Jan 2001.

**XV.  TEACHING EXPERIENCE** (84 total credit hours (56 credit hours factoring in joint instruction) taught over 13 semesters at ASU for an average of 6.5 hours taught per semester (4.3 hours per semester factoring in joint instruction). Approximately 1715 total students taught to date.)

1. ASU 101 (EEE) – The Arizona State University Experience, Full Course Instructor. School of Electrical, Computer, and Energy Engineering, ASU (Fall 2010, Fall 2012, Fall 2014).
2. ASU 101 (BME) – The Arizona State University Experience, Full Course Instructor. School of Biological and Health Systems Engineering, ASU (Fall 2009, Fall 2010, Fall 2012, Fall 2013, Fall 2014).
3. BME 300 – Biomedical Engineering Product Design, Full Course Instructor. School of Biological and Health Systems Engineering, ASU (Spring 2009, Spring 2010, Spring 2011, Spring 2014).
4. BME/EEE 494/598 – Biomedical Image Processing, Full Course Instructor. School of Biological and Health Systems Engineering, School of Electrical, Computer, and Energy Engineering, ASU (Fall 2009, Fall 2011, Fall 2013).
5. GRA/IND/MGT 464 – Collaborative Design and Development I, Joint Course Instructor. Innovation Space Program, ASU (Fall 2010, Fall 2011, Fall 2012, Fall 2013).
6. BME 352 – Filtering of Signals, Joint Course Instructor. School of Biological and Health Systems Engineering, ASU (Spring 2013.)
7. BME 342 – 3D Spatial Modeling, Full Course Instructor. School of Biological and Health Systems Engineering, ASU (Spring 2012, Spring 2013).
8. BME 341 – Engineering Design Method, Full Course Instructor. School of Biological and Health Systems Engineering, ASU (Spring 2012, Spring 2013).
9. GRA/IND/MGT 465 – Collaborative Design and Development II, Joint Course Instructor. Innovation Space Program, ASU (Spring 2011, Spring 2012, Spring 2013).
10. BME 598 – Design Studio, Joint Course Instructor. School of Biological and Health Systems Engineering, ASU (Fall 2011).
11. BME 194 – Introduction to Biomedical Engineering, Joint Course Instructor. School of Biological and Health Systems Engineering, ASU (Fall 2011).
12. EEE 101 – Introduction to Engineering Design, Full Course Instructor. School of Electrical, Computer, and Energy Engineering, ASU (Fall 2010).
13. BME 350 – Signals and Systems, Full Course Instructor. Harrington Department of Bioengineering, ASU (Fall 2008).
14. English as a Second Language, Full Course Instructor. Lenox Hill Community Center (2005).
15. BMED 6784 – Cardiovascular Biomechanics, Teaching Assistant. Wallace H. Coulter Department of Biomedical Engineering, Georgia Institute of Technology (2003).
16. Math 1000 – Pre-calculus, Full Course Instructor. Office of Minority Educational Development, Georgia Institute of Technology (1999).
17. Math 1712 – Survey of Calculus, Teaching Assistant. Department of Mathematics, Georgia Institute of Technology (1999).

**XVI.  STUDENTS AND MANAGED RESEARCHERS** (*italics alone* indicate graduated students, **bold alone** indicates chaired, graduated non-thesis M.S. students – 20 thus far, ***bold italics alone*** indicate chaired, graduated thesis M.S. students – 9 thus far, ***<u>underlined bold italics</u>*** indicate chaired, graduated Ph.D. students – 7 thus far, and <u>underlining alone</u> indicates formerly supervised postdoctoral fellows – 3 thus far**)**

1. Currently manage the Image Processing Applications Laboratory (IPALab) at ASU
2. Postdoctoral fellow advisor SBHSE, ASU (<u>B Roszelle</u>, <u>H Babiker</u>, J Ryan)
3. Ph.D. thesis committee chair SBHSE, ASU (***<u>H Babiker</u>***, ***<u>N Zwart</u>***, ***<u>C Zwart</u>*** (NSF Fellow, SFAz Fellow), ***<u>T Boltz</u>***, ***<u>J Ryan</u>*** (TA, SFAz Fellow, ARCS Fellow), ***<u>R Chaudhury</u>*** (Fulton Fellow), J Plasencia (NSF Fellow, TA), P Nair, S Ragunathan)
4. Ph.D. thesis committee chair SECEE, ASU (***<u>E Aboussouan</u>***, B Kanberoglu (TA, SFAz Fellow), D Plaas (Dean's Fellow))
5. Ph.D. thesis committee chair SEMTE, ASU (H Farsani, W Wei)
6. M.S. thesis committee chair SBHSE, ASU (***S Ragunathan*** (TA), ***W Zhang***, ***J Myers***, ***A Indahlastari***, ***P Bhavsar***)
7. M.S. thesis committee chair SECEE, ASU (***A Botadra***, ***R Venkatesan***, K Steinke, ***D Han***, ***D Das***)
8. M.S. non-thesis committee chair SBHSE, ASU (**J Rodriguez**, **A Jones**, **P Nair**, **C Gregg**, **F Ejaz**, **M Henriksen**, **R Austin**, **C Williamson**, **A Puri** (TA), **C Bing**, **D Dejeu**, **J Lindsay**, **C Miranda**, **S Bagalkar**, **R Chavan**, **R Bodida**, **M Ghate**, **C Workman**, **R Bhavirisetty**, C Hyslop, R Chavan, R Bodida, M Ghate)
9. M.S. non-thesis committee chair SECEE (**A Pradeep**)
10. Ph.D. thesis committee member SBHSE, ASU (*A Gomez*, *D Akkurt*, *T Chen*, D Bryant, *J Schneider*, *C Riley*, *H Bearat*, *K Anderson*, *D Welch*, *M Giers*, D Turley, S Lathers)
11. Ph.D. thesis committee member SECEE, ASU (*A Deveraj*, *R Robison*, *A Viswanathan*, *J Thiagarajan*, *K Ramamurthy*, *M Yang*)
12. Ph.D. thesis committee member SEMTE, ASU (*S Klein*)
13. Ph.D. thesis committee member George W. Woodruff School of Mechanical Engineering, Georgia Institute of Technology (*J Huey*)
14. M.S. thesis committee member SECEE, ASU (*B Kanberoglu*, *N Narvekar*, *S Hiremath*, *K Kulkarni*, *P Chandakkar*, *C Prakash*, *S Wei*)
15. M.S. thesis committee member SEMTE, ASU (*Karthik Kannan*)
16. M.S. thesis committee member SMSS, ASU (*A Viswanathan*)
17. M.S. thesis committee member HIDA, ASU (N Entrekin)
18. M.S. non-thesis committee member SBHSE, ASU (*A Jensen*, *M Bloch*, *C Andresen*, *J Gladysiewski*, *K Anderson*)
19. Barrett Honors thesis chair, ASU (*W Burk*, *W Hafner*, *J Plasencia*, *J Rios*, *F Ejaz*, *C Gregg*, *J Lindsay*, *K Thomas*, *G Oland*, *J Thomas*, *R Bui*, J Schiltz, *C Workman*, *S Haupt*, *H Chung*, *L Snyder*, *G Pathangey*, *S Iyer*, M Mortensen, S Sadaji, J Lindstrom)
20. Barrett Honors thesis committee member, ASU (*R Cetta*, *M Odish*, *M Cronin*, *A Jahnke*, *S Sandler*, *J Ludlow*, *K Soodak*, *B Mahoney*, *B Mulligan*, *J Ludlow*, *K Selle*, *J Walters*, *A Jha*, *A Maurer*)
21. Capstone Mentor SBHSE, ASU (*B Bowers*, *C Karimi*, *F Ejaz*, *C Gregg*, *C Kadjan*, *J Gladysiewski*, *W Zhang*, *S Naufel*, *S Gessesse*, *E Marek*, *K Guiang*, *A Hsia*, *J Plasencia*, *M Henriksen*, *A Jones*, *K Anderson*, *M Anderson*, *M Weber*, *J Rodriguez*, *M Cates*, *M Sonhthipanya*, *C Thompson*, *D Sanchez*, *J Garcia*, *N Nanda*, *C Tostado*, *C Straker*, *C Tennyson*, *K Soodak*, *L Kariniemi*, *C Gray*, *J Wong*, *M Munoz*, *J Boers*, *C Hallberg*, *T Foss*, *C Williamson*, *J Freeman*, *G Frantz*, *D Nemetz*, *B Mulligan*, *S Halls*, *P Velez*, *M Beltran*, *L Stomski*, *K James*, *Y Wang*, *A Soulek*, *Z Jacubowski*, *L Snyder*, *B Duong*, *C Cirjan*, *C Workman*, *K Thomas*, *J Thomas*, *C Beck*, *G Pathangey*, *C Maheny*, *K Winarda*, *S Seto*, *E Tucker*, *M Dennison*, *T Pifher*, *B Simmons*, *E Murphy*, *J Smith*, *G Wohlleb*, S Sadaji, J Lindstrom)
22. Capstone Mentor SECEE, ASU (*V Robles*, *C Leyva*, *J White*, *E Young*, *D Busch*, *A Gudeman*, *A Menicosy*, *J Ludlow*, *A Maurer*, *K Selle*, *Z Wang*, *H Liu*, *J Jin*, *K Weed*, *C Falcon*, *N Turner*, *J Zinkofsky*, *M Alhammadi*, *M Alqurnas*, *E Shaikh*)
23. Capstone Mentor Innovation Space, ASU (*D Anaya*, *E Blass*, *V Burbes*, *K Heinert*, *A Hsia*, *M Ismail*, *L Johnson*, *S Sandler*, *K Sprentall*, *M Anderson*, *R Austin*, *T Banasek*, *L Chen*, *S Heitzman*, *W Loper*, *A Mangukia*, *E Mougharbel*, *J Walters*, *C Vargas*, *C Solomon*, *C Price*, *M Cisneros*, *C*

*Miranda, N Heinrich, M Huerta, A Shemsedini, L Ledgerwood, L Snyder, K Thomas, J Thomas, G Pathangey, J Schiltz, S Brown, A Meidinger, G Gonzalez, T Porter, R Joco, R Bui, X Vargas*)

24. Fulton Undergraduate Research Initiative Mentor, ASU (*W Hafner*(3), *J Rios*(3), *J Plasencia*(3), *M Henriksen*(3), *F Ejaz*(2), *G Oland*(5), *C Workman*(5), *G Pathangey*(2), *D Dejeu, C Boreland, L Snyder, C Hyslop*(2))

25. Western Alliance to Expand Student Opportunities Mentor, ASU (*C Perez, C Tostada, C Straker*)

## XVII.  CURRENT ROLES OF SELECTED TRAINEES (destination universities are <u>underlined</u> and destination companies are in **bold**)

1. Supervised postdoctoral fellows (B Roszelle – Lecturer at the <u>University of Denver</u>, H Babiker – Chief Technology Officer at **Endovantage**)

2. Chaired Ph.D. students (E Aboussouan – Lead Engineer in Mobile Vision **Google ATAP**, N Zwart – Research Engineer at **Barrow Neurological Institute**, C Zwart – Radiology Informatics Scientist at **Mayo Clinic Arizona**, H Babiker – Chief Technology Officer at **Endovantage**, T Boltz – Radiology Scientist at **Mayo Clinic Arizona**, J Ryan – Research Scientist at **Phoenix Children's Hospital**, R Chaudhury – Systems Engineer at **Google ATAP**)

3. Chaired M.S. students (S Ragunathan – Ph.D. student at <u>ASU</u>, J Myers – Field Engineer II at **Life Technologies**, A Botadra – Engineer at **Intel**, B Kanberoglu – Engineer at **Intel**, R Venkatesan – Ph.D. student at <u>ASU</u>, A Jones – Process Development Engineer at **Medtronic**, C Gregg – Ph.D. student at <u>Cornell University</u>, F Ejaz – Ph.D. student at <u>ASU</u>, M Henriksen – Research Analyst on the **Lunar Reconnaissance Orbiter Camera Science Team**, R Austin – Manufacturing Engineer at **Medtronic**, D Dejeu – Quality Engineer at **C.R. Bard**, J Lindsay – Quality Engineer at **Boston Scientific**, P Bhavsar – Software Engineer at **Medtronic**, C Workman – Prototyping Engineer in Mobile Vision at **Google ATAP**, R Badida – Research Engineer at **Lifespan**)

4. Chaired Barrett Honors students (W Hafner – Ph.D. student at the <u>University of Colorado</u>, J Plasencia – Ph.D. student at <u>ASU</u>, J Rios – Ph.D. student at <u>Cornell University</u>, K Thomas – M.S. student at the <u>University of California San Diego</u>, G Oland – M.D. at the <u>University of Arizona</u>)

5. Mentored Capstone Senior Design students (J Walters – CFO at **G3Box**, J Gladysiewski – Manufacturing Engineer at **The Tech Group**, S Naufel – Ph.D. student at <u>Northwestern University</u>, E Marek – Regulatory Affairs Specialist at **Stimwave**, M Weber – Orthopedic Sales Representative at **Zimmer**, B Mulligan – Entrepreneurship Coordinator at the <u>University of Hawaii</u>, E Mougharbel – Associate Consultant at **Ariba (an SAP company)**, A Hsia – medical student at <u>Midwestern University</u>, C Straker – Account Manager at **Maldonado Medical**)

## XVIII.  SERVICE

1. NIH Center for Scientific Review - ZRG1 ETTN-C (10) Small Business: Clinical Neurophysiology, Devices, Neuroprosthetics, and Biosensors Special Emphasis Panel, Member, 2020

2. International Society for Cardiovascular Translational Research, Scientific Advisory Board Member, 2020-present

3. Arizona State University MSIVD Advisory Council, Member, 2020-present

4. Medical Imaging and Technology Alliance, DICOM Working Group 17 (WG-17) Member, 2017

5. IEEE International Conference on Image Processing, Color/Multispectral Proc. Session Chair, 2016

6. Frontiers in Pediatrics – Pediatric Cardiology, Editorial Board Member, 2016-present

7. Mentor Jackets, Georgia Tech Graduate Student Mentor (Elda Trevino), 2016

8. Mentor Jackets, Georgia Tech Graduate Student Mentor (Timothy Kassis), 2016

9. IEEE International Conference on Image Processing, Exhibits Chair, 2016

10. ASU Engineering Projects in Community Service, Design Reviewer, 2014

11. ASU FSE Dean's Faculty Advisory Committee, SBHSE Representative, 2014

12. ASU SBHSE Graduate Program Committee, Member, 2014

13. ASU Advanced Manufacturing Summer Institute for Community College Instructors, Director, 2014

14. NIH NIBIB Multiscale Modeling R01 Program, Internet Assisted Proposal Review Panelist, 2014

15. ASU FURI Faculty Committee, 2014

16. Barrett – the Honors College at ASU, SBHSE Faculty Advisor, 2013-14

17. IEEE Transactions on Image Processing, Associate Editor, 2013-15

18. IEEE International Conference on Image Processing, Technical Program Committee, 2014

19. ASU SECEE Communication and Signal Processing Faculty Search Committee, Member, 2013

20. ASU SBHSE Bioimaging Faculty Search Committee, Member, 2013
21. IEEE International Conference on Sensing Technology, Technical Program Committee, 2013
22. ASME Summer Bioengineering Conference, Pediatrics and Embriology Session Chair, 2013
23. Journal of Fluids (Hindawi Publishing Corporation), Editorial Board Member, 2013-15
24. Louisiana Board of Regents, Proposal Review Panelist, 2013
25. NIH NIGMS Minority Biomedical Research Program, Proposal Review Panelist, 2013
26. ASU Traithlon Club (student organization), Faculty Advisor, 2012-13
27. NIH Center for Scientific Review Early Career Reviewer Program, Proposal Review Panelist, 2012
28. Annual Meeting of the APS Division of Fluid Dynamics, Experiments: PIV II Session Chair, 2012
29. IEEE International Conference on Image Processing, Biomedical Signals Session Chair, 2012
30. ASU SBHSE Bioimaging Faculty Search Committee, Member, 2012
31. ASU SBHSE Biosensors Faculty Search Committee, Member, 2012
32. ASU SBHSE Design Group Committee, Member, 2011-15
33. The Society of Imaging at ASU (student organization), Founding Advisor, 2011-12
34. IEEE Phoenix Section Signal Processing Society, Chapter Chair, 2010-12
35. IEEE Phoenix Section Communications Society, Chapter Chair, 2010-12
36. ASU Feasting with Faculty, Guest Speaker (8 events), 2010-12
37. ASU SBHSE ABET Preparation Committee, Member, 2009-12
38. ASU E2 Camp, Faculty Session Leader, 2008-12, 2014 (away 2013 as visiting professor)
39. ASU Inventors Workshop Professor of Practice Search Committee, Member, 2011
40. ASU Inventors Workshop Executive Committee, Member, 2011
41. IEEE Digital Signal Processing and Signal Processing Education Meeting, Finance Chair, 2011
42. President Barack Obama Scholars Program, Student Mentor, 2010-11
43. Lighting Audio Video Arts (LAVA) Club (student organization), Founding Advisor, 2010-11
44. Arizona Georgia Tech Club, Executive Board Member (Yellow Jacket Representative) 2009-11
45. NCIIA BMEStart Program, Proposal Review Panelist, 2010
46. ASU SBHSE Imaging Faculty Search Subcommittee, Chair, 2009-10
47. ASU SBHSE Synthetic Biology Faculty Search Subcommittee, Member, 2009-10
48. ASU SBHSE Faculty Search Committee, Member, 2009-10
49. ASU Freshman Teaching Academy, Member, 2009-10
50. IEEE International Conference on Image Processing, Technical Area Chair, 2009
51. IEEE International Conference on Image Processing, Denoising Session Chair, 2009
52. Bioengineering Entrepreneurial Society (BEES) (student organization), Founding Advisor, 2009
53. Robotic Advanced Systems (RAS) Society (student organization), Founding Advisor, 2009
54. WAESO Undergraduate Research, Proposal Review Panel Member, 2009
55. NSF CBET BME Program, Proposal Review Panelist, 2009
56. Oxford University Press, Book Reviewer (Signal Processing and Linear Systems), 2009
57. FURI Summer Honors Institute, Program Instructor, 2009
58. Arizona State University Freshman Curriculum Committee, Member, 2009
59. ASME International Symposium on Flexible Automation, Vision Sensors Session Chair, 2008
60. Georgia Tech/Emory School of Biomedical Engineering Internship Advisory Panel, Member, 2003
61. Internet2 Cardiovascular MRI Special Interest Group, Member, 2003
62. Georgia Tech Emory School of Biomedical Engineering Student Advisory Board, Member, 2001
63. YMCA Summer Athletic Camp, Track and Field Instructor, 2000
64. YMCA Youth Outreach Program, Coordinator, 1997
65. Georgia Tech Athletic Association Coach's Corner Youth Mentor Program, Mentor, 1996
66. Journal Review (IEEE Transactions on Image Processing (7), IEEE Transactions on Medical Imaging (4), IEEE Transactions on Vehicular Technology (4), SPIE Journal of Electronic Imaging (2), Experiments in Fluids, International Journal of Biomedical Imaging, Cardiovascular Engineering and Technology (5), Medical Engineering and Physics (3), Journal of Magnetic Resonance Imaging (2), ASME Journal of Biomechanical Engineering (5), Stroke, Annals of Biomedical Engineering (4), IEEE Transactions on Mechatronics (2), Journal of Biomechanics, SPIE Journal of Optical Engineering (2), IEEE Transactions on Ultrasonics, Ferroelectrics, and Frequency Control (3), IEEE Transactions on Intelligent Transportation Systems (2), Chaos: An Interdisciplinary Journal of Nonlinear Science (2), American Journal of Physiology: Heart and Circulatory Physiology, International Journal for Numerical Methods in Biomedical Engineering (4), PLOS ONE (3), IEEE

Transactions on Biomedical Engineering (2), ASME Journal of Medical Devices (2), Journal of Theoretical Computer Science, Journal of NeuroInterventional Surgery (2), Journal of Biomechanics and Modeling in Mechanobiology)

67. Conference Review (IEEE ICIP 2009-14, BMES 2008-09, ASME DSCC 2009, IEEE ISBI 2006, ASME SBC 2011-14, ISMRM 2009)

## XIX. CONSULTING EXPERIENCE

1. Microvention, 2020
2. Microvention, 2019
3. Consulting Alliance, LLC, 2017
4. Frank Frisenda Law, 2017
5. Luvera Law Firm, 2017
6. Luvera Law Firm, 2016
7. Law Offices of Peter G. Angelos, P.C., 2016
8. Pietragallo Gordon Alfano Bosick & Raspanti, LLP, 2015
9. Dankner, Millstein, and Ruffo, P.C., 2015
10. Terumo, 2015
11. Mayo Clinic, Arizona, 2014
12. Microvention, 2014
13. Inhance Digital, 2014
14. Federal Bureau of Investigation, 2013
15. Yavapai County Sheriff's Office, 2013
16. Interactive Flow Studies, 2011
17. BP, 2010-11
18. CR Bard, 2009-2010
19. ev3 Neurovascular, 2008-2009
20. Carlyle Blue Wave Partners, 2008

## XX. SKILLS

1. Programming – MATLAB, Visual Basic, Blox Basic
2. Software Applications – Tecplot, Fieldview, Trading Blox, Mimics, iBooks Author, LaTEX, ANSYS Fluent, SolidWorks
3. Instrumentation – MRI (GE, Philips, Siemens), CT (GE), Rapid Prototyping (Stratasys, Solidscape, 3D Systems), Cluster Computing
4. Foreign Languages – Spanish (Proficient), Mandarin Chinese (Intermediate)
5. Graduate Minors – Mathematics, Organic Chemistry
6. Undergraduate Minors – Economics, Spanish

## XXI. MEMBERSHIPS AND CERTIFICATIONS

1. Deep Learning with MATLAB (2019)
2. IEEE Senior Member (80623531, since 2007)
3. IEEE Signal Processing Society Member (80623531, since 2007)
4. IEEE Communications Society Member (80623531, since 2007)
5. IEEE Engineering in Medicine and Biology Society Member (past)
6. Biomedical Engineering Society, Full Member (27121, since 2010)
7. International Society for Magnetic Resonance in Medicine, Full Member (45817, past)
8. ASEE Professional Member (past)
9. American Heart Association, General Professional Member (160857619, past)
10. American Society of Mechanical Engineers Member (100323842, past)
11. SPIE International Society for Optics and Photonics, Individual Member (past)
12. Society for Cardiovascular Magnetic Resonance, Technologist Member (past)
13. Hedge Fund Association Member (past)
14. Level 1 Certified Chartered Market Technician (2000)
15. DTR Certified International Securities Exchange Trader (2000)

## XXII. PHILANTHROPIC GIFTS

1. The David H. Frakes Endowment, Georgia Tech Foundation ($25k, 2008)

54411487