# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–01289–MCS–MAA<br><br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 11/12/2021 | 94 | Application of Non–Resident Attorney to Appear in a Specific Case Pro Hac Vice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

    The document is stricken and counsel is ordered to file an amended or corrected document by November 18, 2021.


                                                        Clerk, U.S. District Court

Dated: November 16, 2021                      By: /s/ *Stephen Montes*
                                                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*