Kelly S. Horn
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAVEMETRICS SYSTEMS, INC.

v.   Plaintiff(s)

TETRA TECH, INC.

Defendant(s).

**CASE NUMBER**

2:21-CV-1289 MCS-MAA

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Horn, Kelly S.   of   Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   901 New York Ave., NW
(202) 408-4000   (202) 408-4400   Washington, DC 20001
*Telephone Number*   *Fax Number*
kelly.horn@finnegan.com
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
TETRA TECH, INC.
TETRA TECH TAS INC.

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☒ *Other:* Counterclaim Plaintiff

**and designating as Local Counsel**

Ridge, Donald L.   of   Clark Hill
*Designee's Name (Last Name, First Name & Middle Initial)*   1055 West Seventh Street
132171   (213) 417-5117   (212) 488-1178   Suite 2400
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*   Los Angeles, CA 90017
dridge@clarkhill.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1