# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pavemetrics Systems, Inc.,<br>                      v.<br>Tetra Tech, Inc., | CASE NUMBER:<br>2:21-cv-01289-MCS-MAA<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge.

Counsel for each party have submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Telephonic Informal Discovery Conference is set for November 23, 2021 at 11:00 a.m.
Clerk to provide call-in information

Dated: November 17, 2021    By: Narissa Estrada
                                                                                  Deputy Clerk