Kelly S. Horn
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAVEMETRICS SYSTEMS, INC.

Plaintiff(s)

v.

TETRA TECH, INC.

Defendant(s).

CASE NUMBER

2:21-CV-1289 MCS-MAA

~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Horn, Kelly S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 408-4000
*Telephone Number*

(202) 408-4400
*Fax Number*

kelly.horn@finnegan.com
*E-Mail Address*

of

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

TETRA TECH, INC.
TETRA TECH TAS INC.

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s) ☒ Defendant(s) ☒ Other: Counterclaim Plaintiff

**and designating as Local Counsel**

Ridge, Donald L.
*Designee's Name (Last Name, First Name & Middle Initial)*

132171
*Designee's Cal. Bar No.*

(213) 417-5117
*Telephone Number*

(212) 488-1178
*Fax Number*

dridge@clarkhill.com
*E-Mail Address*

of

Clark Hill
1055 West Seventh Street
Suite 2400
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated November 19, 2021

*/s/ Mark C. Scarsi*
U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1