| | | |
|---|---|---|
| 1 | Donald L. Ridge (SBN 132171) | Joseph R. Re (SBN 134479) |
| 2 | **CLARK HILL LLP** | joe.re@knobbe.com |
|   | 1055 West Seventh Street, 24th Floor | Christy G. Lea (SBN 212060) |
| 3 | Los Angeles, California 90017 | christy.lea@knobbe.com |
| 4 | Telephone: (213) 891-9100 | Nicholas M. Zovko (SBN 238248) |
|   | Facsimile: (213) 488-1178 | nicholas.zovko@knobbe.com |
| 5 | DRidge@clarkhill.com | Payne McQueen Montgomery (*pro hac vice*) |
| 6 | | |
| 7 | Aaron L. Parker (*pro hac vice*) | mack.montgomery@knobbe.com |
|   | aaron.parker@finnegan.com | **KNOBBE, MARTENS, OLSON &** |
| 8 | Daniel G. Chung (*pro hac vice*) | **BEAR, LLP** |
|   | daniel.chung@finnegan.com | 2040 Main Street, Fourteenth Floor |
| 9 | Nicholas A. Cerulli (*pro hac vice*) | Irvine, CA 92614 |
| 10 | nicholas.cerulli@finnegan.com | Telephone: (949) 760-0404 |
|    | Jency J. Mathew (*pro hac vice*) | Facsimile: (949) 760-9502 |
| 11 | jency.mathew@finnegan.com | |
| 12 | **FINNEGAN HENDERSON** | Attorneys for Plaintiff/Counterclaim |
|    | 901 New York Ave NW | Defendant |
| 13 | Washington, DC 20001 | PAVEMETRICS SYSTEMS, INC. |
| 14 | Telephone: (202) 408-4000 | |
|    | Facsimile: (202) 408-4400 | |
| 15 | | |
| 16 | Attorneys for Defendant/Counterclaim Plaintiff | |
| 17 | TETRA TECH, INC. and TETRA TECH TAS, INC. | |
| 18 | | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 21 | PAVEMETRICS SYSTEMS, INC. | CASE NO.: 2:21-CV-1289 MCS-MMA |
| 22 | Plaintiffs, | |
| 23 | v. | **NOTICE OF LODGING FIRST AMENDED STIPULATED** |
| 24 | TETRA TECH, INC. | **PROTECTIVE ORDER** |
| 25 | Defendants. | **Honorable Maria A. Audero** |
| 26 | | |
| 27 | AND RELATED COUNTERCLAIMS. | |
| 28 | | |

1

Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. hereby lodge the parties' First Amended Stipulated Protective Order. In light of a parallel Canadian litigation involving the same parties, the parties have agreed to amend the Stipulated Protective Order (Dkt. No. 70) to permit disclosure of Protected Material to each parties' foreign counsel of record and experts in that litigation.

Respectfully Submitted,

**CLARK HILL**

By: /s/ *Donald L. Ridge*
    Donald L. Ridge

Aaron L. Parker (*pro hac vice*)
Daniel G. Chung (*pro hac vice*)
Nicholas A. Cerulli (*pro hac vice*)
Jency J. Mathew (*pro hac vice*)

**FINNEGAN HENDERSON FARABOW GARRETT AND DUNNER LLP**

Attorneys for Defendant/Counterclaim Plaintiff
TETRA TECH, INC. and TETRA TECH TAS, INC.