UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-01289-MCS-MAA                                          Date: November 23, 2021

Title   Pavemetrics Systems, Inc. v. Tetra Tech, Inc.

Present:   The Honorable Maria A. Audero, United States Magistrate Judge

| Narissa Estrada | CourtSmart 11/23/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Christy L. Lea | Daniel G. Chung |
| Nicholas M. Zovko | Nicholas A. Cerulli |
|  | Donald L. Ridge |

**Proceedings:  INFORMAL DISCOVERY CONFERENCE**

Case is called.  Counsel make their appearances.

Before the Court is the parties' first informal discovery conference which the Court names "IDC 1."  Through IDC 1, Defendant Tetra Tech, Inc. ("Defendant") seeks an order compelling Plaintiff Pavemetrics Systems, Inc. ("Plaintiff") to produce an unredacted version of a document previously produced by Plaintiff in response to Defendant's discovery requests.

The Court confers with the parties.  Plaintiff makes a verbal motion for sealing of this hearing because the matters to be discussed are highly confidential and subject to the existing protective order.  Defendant does not oppose the motion.  Upon a finding of good cause, the Court **ORDERS** this hearing **SEALED**.

As to the substantive issues raised in IDC 1, the parties are unable to reach an agreement to resolve or otherwise narrow the dispute.  On this basis, the Court **FINDS** that the parties have satisfied their pre-filing meet-and-confer requirements under Federal Rule of Civil Procedure 37,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:21-cv-01289-MCS-MAA                                                           Date: November 23, 2021

Title      Pavemetrics Systems, Inc. v. Tetra Tech, Inc.

Central District of California Local Rule 37-1, and this Court's informal dispute resolution procedures.  (*see* Fed. R. Civ. P. 37; C.D. Cal. L.R. 37-1; http://www.cacd.uscourts.gov/honorable-maria-audero), and that either party may file a discovery motion as to the issues raised in IDC 1.

It is so ordered.

Time   :   32

NE