Name and address:
Victor M. Palace
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PAVEMETRICS SYSTEMS, INC. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:21-CV-1289-MCS-MAA |
| v. | |
| TETRA TECH, INC. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Palace, Victor M.
*Applicant's Name (Last Name, First Name & Middle Initial)*                                              check here if federal government attorney ☐

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
*Firm/Agency Name*

901 New York Ave., NW                         (202) 408-4000                        (202) 408-4400
*Street Address*                                    *Telephone Number*                   *Fax Number*

Washington, DC 20001                                                      victor.palace@finnegan.com
*City, State, Zip Code*                                                        *E-mail Address*

**I have been retained to represent the following parties:**

| TETRA TECH, INC. | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: |
| TETRA TECH TAS INC. | ☐ Plaintiff(s) ☐ Defendant(s) ☒ Other: Counterclaim Plaintiff |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Maryland | 12/18/2019 | Yes |
| DC | 3/5/2021 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[blank box]

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated December 29, 2021

Victor M. Palace
Applicant's Name (please type or print)

_[signature]_
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Ridge, Donald L.
*Designee's Name (Last Name, First Name & Middle Initial)*

Clark Hill
*Firm/Agency Name*

1055 West Seventh Street

Suite 2400
*Street Address*

Los Angeles, CA 90017
*City, State, Zip Code*

(213) 417-5117
*Telephone Number*

(213) 488-1178
*Fax Number*

dridge@clarkhill.com
*Email Address*

132171
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 12-29-21

Donald L. Ridge
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

# EXHIBIT 1

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

**STATE OF MARYLAND, ss:**

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighteenth day of December, 2019,

### Victor Manuel Palace

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-seventh day of December, 2021.

*Suzanne CJ*

Clerk of the Court of Appeals of Maryland



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Victor Manuel Palace*

was duly qualified and admitted on March 5, 2021 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 23, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

Case No. 2:21-CV-1289-MCS-MMA

# CERTIFICATE OF SERVICE
*PAVEMETRICS SYSTEMS, INC. V. TETRA TECH, INC.*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1055 West Seventh Street, Suite 2400, Los Angeles, CA 90017.

On December 29, 2021, I served the following document(s) described as

**APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE
*PRO HAC VICE***

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Christy L Lea, Esq.<br>Nicholas Matthew Zovko, Esq.<br>Joseph R. Re, Esq.<br>Payne McQueen Montgomery, Esq.<br>**Knobbe Martens Olson and Bear LLP**<br>2040 Main Street 14th Floor<br>Irvine, California 92614 | Attorneys for Plaintiff,<br>***Pavemetrics Systems, Inc***<br>Tel: 949-760-0404<br>Fax: 949-750-9502<br>Email: joe.re@knobbe.com;<br>Mac.montgomery@knobbe.com;<br>Nicholas.zovko@knobbe.com;<br>clea@kmob.com;<br>litigation@kmob.com |

☐ (BY ELECTRONIC SERVICE): By electronically mailing a true and correct copy through Clark Hill LLP's electronic mail system from DVo@ClarkHill.com to the email addresses set forth below.

☑ **BY CM/ECF SYSTEM:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Executed on December 29, 2021, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Diane Vo