Victor M. Palace
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAVEMETRICS SYSTEMS, INC.

v.

Plaintiff(s)

TETRA TECH, INC.

Defendant(s).

CASE NUMBER

2:21-CV-1289-MCS-MAA

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Palace, Victor M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 408-4000
*Telephone Number*

(202) 408-4400
*Fax Number*

victor.palace@finnegan.com
*E-Mail Address*

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

TETRA TECH, INC.

TETRA TECH TAS INC.

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☒ *Other:* Counterclaim Plaintiff

**and designating as Local Counsel**

Ridge, Donald L.
*Designee's Name (Last Name, First Name & Middle Initial)*

132171
*Designee's Cal. Bar No.*

(213) 417-5117
*Telephone Number*

(213) 488-1178
*Fax Number*

dridge@clarkhill.com
*E-Mail Address*

Clark Hill
1055 West Seventh Street
Suite 2400
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1

Case No. 2:21-CV-1289-MCS-MMA

**CERTIFICATE OF SERVICE**
***PAVEMETRICS SYSTEMS, INC. V. TETRA TECH, INC.***

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1055 West Seventh Street, Suite 2400, Los Angeles, CA 90017.

On December 29, 2021, I served the following document(s) described as

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Christy L Lea, Esq.<br>Nicholas Matthew Zovko, Esq.<br>Joseph R. Re, Esq.<br>Payne McQueen Montgomery, Esq.<br>**Knobbe Martens Olson and Bear LLP**<br>2040 Main Street 14th Floor<br>Irvine, California 92614 | Attorneys for Plaintiff,<br>***Pavemetrics Systems, Inc***<br>Tel: 949-760-0404<br>Fax: 949-750-9502<br>Email: joe.re@knobbe.com;<br>Mac.montgomery@knobbe.com;<br>Nicholas.zovko@knobbe.com;<br>clea@kmob.com;<br>litigation@kmob.com |

☐ (BY ELECTRONIC SERVICE): By electronically mailing a true and correct copy through Clark Hill LLP's electronic mail system from DVo@ClarkHill.com to the email addresses set forth below.

☑ **BY CM/ECF SYSTEM:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Executed on December 29, 2021, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Diane Vo