Victor M. Palace
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Ave., NW
Washington, DC 20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PAVEMETRICS SYSTEMS, INC. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-CV-1289 MCS-MAA |
| v. | |
| TETRA TECH, INC. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s) | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Palace, Victor M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 408-4000    (202) 408-4400
*Telephone Number*    *Fax Number*

victor.palace@finnegan.com
*E-Mail Address*

of Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave, NW
Washington, DC 20001
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

TETRA TECH, INC.
TETRA TECH LAS INC.

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☒ *Defendant(s)*  ☒ *Other:* Counterclaim Plaintiff

**and designating as Local Counsel**

Ridge, Donald L.
*Designee's Name (Last Name, First Name & Middle Initial)*

132171    (213) 417-5117    (213) 488-1178
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

dridge@clarkhill.com
*E-Mail Address*

of Clark Hill
1055 West Seventh Street
Suite 2400
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: December 31, 2021**

*/s/ Mark C. Scarsi*
U.S. District Judge Mark C. Scarsi