Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **PAVEMETRICS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT** <br><br> Hearing Date: February 14, 2022 <br> Time: 9:00 am <br> Ctrm: 7C <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

PLEASE TAKE NOTICE that, on February 14, 2022, at 9:00 am, or as soon thereafter as the subject matter of this Motion may be heard before the Honorable Mark C. Scarsi, in Courtroom 7C at 350 W. 1st Street, 7th Floor, Los Angeles, CA 90012, Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. will, and hereby does, move the Court for an Order granting summary judgment as follows:

> Pavemetrics does not infringe any claim of U.S. Patent No. 10,362,293. There is no genuine dispute as to any material fact that the product and methods accused of infringement do not meet each and every limitation of the asserted claims. Thus, Pavemetrics is entitled to judgment as a matter of law.

Pavemetrics bases this Motion on the concurrently filed Memorandum of Points and Authorities, the Declaration of Jean-François Hébert, Ph.D., the Declaration of Alan Laquer and accompanying exhibits, the Statement of Uncontroverted Facts and Conclusions of Law, and all records on file with the Court in connection with this case or which may be submitted prior to or at the time of the hearing. Pavemetrics will lodge a proposed order for the Court's consideration.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 14, 2021. Pursuant to Paragraph 10(c) of this Court's Standing Order (ECF 11), Pavemetrics has noticed the hearing for 35 days from the filing of this Notice.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 10, 2022          By: /s/ *Christy G. Lea*
                                     Joseph R. Re
                                     Christy G. Lea
                                     Nicholas M. Zovko
                                     Alan G. Laquer

-1-

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.