Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **DECLARATION OF ALAN G. LAQUER IN SUPPORT OF PAVEMETRICS' SUMMARY JUDGMENT MOTION OF NON-INFRINGEMENT OF THE '293 PATENT** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

I, Alan G. Laquer, declare and state as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP and am counsel of record for Plaintiff Pavemetrics Systems, Inc. I have a Bachelor of Science in Information and Computer Science and I have worked as a software programmer. I submit this Declaration in support of Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '293 Patent. I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could testify competently thereto.

## I. TETRA TECH'S INFRINGEMENT CONTENTIONS

1. Attached as **Exhibit 1** is a true and correct copy of U.S. Patent No. 10,362,293.

2. Attached as **Exhibit 2** is a true and correct copy of highlighted excerpts from the prosecution history of U.S. Patent No. 10,362,293. The excerpts include the claims as originally filed, multiple office actions, multiple responses to office actions, and a notice of allowance. Exhibit 2 was attached as Exhibit J to the Declaration of Payne McQueen Montgomery in Support of Pavemetrics' Responsive Claim Construction Brief. *See* ECF 87-2.

3. On June 10, 2021, Tetra Tech served its Preliminary Infringement Contentions for the '293 Patent. On August 12, 2021, Pavemetrics served its proposed claim constructions with supporting evidence on Tetra Tech.

4. On August 30, 2021, Tetra Tech served its First Supplemental Infringement Contentions. On September 2, 2021, Pavemetrics served its First Supplemental Response to Tetra Tech's Interrogatory No. 2, including Ex. A which contained a detailed claim chart showing Pavemetrics' non-infringement contentions on the '293 patent.

5. On December 20, 2021, Tetra Tech served its Second Supplemental Infringement Contentions. Attached hereto as **Exhibit 3** is a true

-1-

and correct copy of Tetra Tech's Second Supplemental Infringement Contentions, including excerpts from Exhibit A to that document.

## II. SOURCE CODE INSPECTION

6. In mid-May, 2021, I configured a computer (the "Source Code Inspection Computer") to host secure, offline access to Pavemetrics' source code provided in discovery in this matter for inspection by Tetra Tech's counsel and experts pursuant to the Stipulated Protective Order (Dkt. No. 70). I received 11 versions of Pavemetrics' LRAIL source code from Jean-François Hébert at that time. Those source code versions included at least one version of source code from each year in the range 2012 through 2021. I placed copies of those source code versions on the Source Code Inspection Computer. Each version was identified by version number and date in its folder name on the Source Code Inspection Computer. I also placed a copy of Pavemetrics' source code log on the Source Code Inspection Computer, which included the date, time, version number, revision notes, and author for all code revisions between May 4, 2010 and May 7, 2021. I worked on and managed configuring the Source Code Inspection Computer with the software requested by Tetra Tech's counsel for use during inspecting Pavemetrics' source code, including Visual Studio Code and Understand, and additional software that I believed may be useful for inspecting the source code, including Eclipse and Notepad++.

7. On May 27 and 28, 2021, I provided the Source Code Inspection Computer in my law firm's Irvine, California office to attorneys and an expert witness (Vassilios Morellas) for Tetra Tech to inspect the Pavemetrics source code contained therein, which they did from approximately 8:00 a.m. until approximately 6:00 p.m. on both of those days.

8. Attached hereto as **Exhibit 4** is a true and correct copy of an email that Nicholas Cerulli, counsel of record for Tetra Tech, sent counsel for Pavemetrics on June 1, 2021. As shown therein, Mr. Cerulli requested: "Per

paragraph 11 of the Protective Order, we would like access to [Pavemetrics' GitLab] version control repository during the next review session for all versions provided (i.e., 2012 to 2021)."

9. In response to Tetra Tech's request, in early June, 2021, I worked on and managed further configuring the Source Code Inspection Computer to add a working instance of the GitLab source code repository software loaded with a copy of Pavemetrics' GitLab source code repository for its LRAIL product, which I received from Jean-François Hébert at that time. I also worked on and managed further configuring the Source Code Inspection Computer with the GitLab client software tool GitHub Desktop that Tetra Tech's counsel requested for use during inspecting Pavemetrics' source code in the GitLab source code repository, and also the GitLab client software tool TortoiseGit that I believed may be useful for inspecting the source code in the GitLab source code repository. The GitLab source code repository and those multiple GitLab client software tools were fully functional on the Source Code Inspection Computer by June 16, 2021. I verified that inspecting Pavemetrics' GitLab source code repository using a GitLab client software tool on the Source Code Inspection Computer provided access to thousands of revision versions of Pavemetrics source code contained within the repository.

10. Attached hereto as **Exhibit 5** is a true and correct copy of an email that Christy Lea, my law partner and counsel of record for Pavemetrics, sent to Mr. Cerulli on June 16, 2021, informing Tetra Tech that a full copy of Pavemetrics' GitLab source code repository was available for inspection on the Source Code Inspection Computer, which the parties also referred to as the "standalone laptop."

11. On July 14, 15, and 16, 2021, I provided the Source Code Inspection Computer in my law firm's Irvine office to an attorney and two expert witnesses (Vassilios Morellas and Ted Morris) for Tetra Tech to inspect

the Pavemetrics source code contained therein, which they did from approximately 8:00 a.m. until approximately 6:00 p.m. on each of those three days.

12. Attached hereto as **Exhibit 6** is a true and correct copy of an email that Mr. Cerulli sent counsel for Pavemetrics on December 3, 2021, in which he stated that Tetra Tech "received files from third-parties CSX and STOP/AID in FIS and SRV formats, which we understand may only be viewed using Pavemetrics' LRAIL software. In accordance with your letter dated November 8, 2021, please provide access to Pavemetrics' LRAIL software on the Source Code Review computer to enable us to review these FIS and SRV files."

13. In response to Tetra Tech's request, on December 8, 2021, I worked on and managed further configuring the Source Code Inspection Computer to install a working copy of Pavemetrics' LRAIL software on the computer.

14. On December 9 and 10, 2021, I provided the Source Code Inspection Computer in my law firm's Irvine office to an attorney and an expert witness (Vassilios Morellas) for Tetra Tech to inspect the Pavemetrics source code contained therein, which they did from approximately 8:00 a.m. until approximately 6:00 p.m. on both of those days.

15. On December 9, 2021, after Tetra Tech began its inspection of Pavemetrics' source code on that day, I received external hard drives sent by FedEx overnight from Tetra Tech's counsel. Those hard drives were labelled as containing data from third parties CSX and STOP/AID. In response to Tetra Tech's request to review the contents of those hard drives using the copy of LRAIL installed on the Source Code Inspection Computer, I made the contents of those drives accessible for review using the Source Code Inspection Computer.

-4-

16. On December 15, 2021, I worked on and managed further configuring the Source Code Inspection Computer to load an updated copy of Pavemetrics' GitLab source code repository for its LRAIL product, which I received from Jean-François Hébert at that time.

17. Attached hereto as **Exhibit 7** is a true and correct copy of an email that I sent Tetra Tech's counsel on December 15, 2021, notifying them that Pavemetrics had added to the Source Code Inspection Computer an updated copy of Pavemetrics' GitLab source code repository that reflects Pavemetrics' source code through December 10, 2021.

18. On December 20 and 21, 2021, Raymond Lu, an associate at my law firm, provided the Source Code Inspection Computer in my law firm's Irvine office to an attorney for Tetra Tech, pursuant to my instructions, to inspect the Pavemetrics source code contained therein, which I understand they did from approximately 8:00 a.m. until approximately 6:00 p.m. on both of those days.

### III. MEET AND CONFER ON THIS MOTION

18. On December 5, 2021, Nicholas Zovko, my law partner and counsel of record for Pavemetrics, emailed counsel for Tetra Tech explaining that LRAIL does not identify railway track bed features from a track elevation map, as construed by the Court. He also explained that Pavemetrics also does not do so by moving a gradient neighborhood like a sliding window over the 3D elevation data. Mr. Zovko informed Tetra Tech that if it refused to stipulate to non-infringement, Pavemetrics intended to move for summary judgment of non-infringement of all asserted claims of the '293 patent. Attached hereto as **Exhibit 8** is a true and correct copy of that email.

19. On December 10, 2021, Mr. Cerulli, counsel of record for Tetra Tech, responded that any summary judgment motion is premature because discovery is ongoing and Tetra Tech intends to amend its infringement

contentions in light of the Court's claim construction order. Attached hereto as **Exhibit 9** is a true and correct copy of Mr. Cerulli's December 10, 2021 email.

20. On December 14, 2021, Mr. Zovko met and conferred with Mr. Cerulli and Jency Mathew, counsel of record for Tetra Tech, to discuss Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '293 Patent. The parties were unable to reach agreement.

21. On January 5 and 7, 2022, Tetra Tech deposed the two Pavemetrics' witnesses most knowledgeable about its source code, including its current programmer and Dr. Jean-François Hébert.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2022 at Irvine, California.

By: /s/ *Alan G. Laquer*
          Alan G. Laquer