# EXHIBIT 3

# DOCUMENT PROPOSED TO BE FILED UNDER SEAL