# EXHIBIT 4

| | |
|---|---|
| **From:** | Cerulli, Nicholas |
| **To:** | Christy.Lea |
| **Cc:** | Lit PAVEL.001L; Ridge, Donald L.; Chung, Daniel; Parker, Aaron; Palace, Victor |
| **Subject:** | RE: Pavemetrics v. Tetra Tech - source code inspection |
| **Date:** | Tuesday, June 1, 2021 4:12:02 PM |
| **Attachments:** | image001.jpg |

Hi Christy,

On Friday, our team identified various pages of source code for printing. Please confirm the requested pages will be delivered no later than Thursday, June 3, per paragraph 10(l) of the Protective Order.

In addition, as we noted in our email on Friday, our team was not able to complete its review of the source code in the two scheduled days last week. This was due in part because of several missing and incomplete items in the source code provided, which we address below. We are still figuring out dates for our team's next trip to California, but please confirm that you can address the items below, so that we can avoid the need for further trips.

**I. Logs**

The logs that you provided on the stand-alone computer during the review had numerous entries entirely in French, which made it impossible for our team members (who do not speak French) to understand. We understood based on your May 17th responses to our RFPs that these logs would be produced and not simply made available for inspection. We do not believe there is any basis to withhold these logs from normal production as they do not include "computer source code" or "live data," pursuant to paragraph 7 of the Protective Order. Thus, please confirm that you will produce these logs immediately so that they may be translated and made useful before the next inspection. Also, to the extent an English translation of these logs exists, please produce that as well.

**II. Version Control (GitLab)**

As you know, paragraph 11 of the Protective Order requires that the source code be provided with version control, including at least (1) version number, (2) dates that the particular version was in service, (3) author, (4) revision history, and (5) comments. Many of the files provided during the review were missing this information, and our review team could not readily discern this information from the 11 different versions of source code that you provided.

Our review team noted that the logs include references to the following GitLab repository: https://gitlab.pavemetrics. Per paragraph 11 of the Protective Order, we would like access to this version control repository during the next review session for all versions provided (i.e., 2012 to 2021). We assume this is Pavemetrics' master repository, but if not, then please provide access to the master repository. In addition, please install GitHub Desktop and set it up with access to this repository before the next inspection.

**III. Machine Learning Models**

EXHIBIT 4

Lastly, our review team was unable to locate any source code related to the training of the alleged machine learning models employed in Pavemetrics' source code, even though there are specific references to what appear to be trained models. Because this is part of the source code that Pavemetrics allegedly uses, please confirm that this source code will be made available during the next inspection.

Best regards,
Nick

**Nicholas Cerulli**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com



**From:** Cerulli, Nicholas
**Sent:** Friday, May 28, 2021 8:19 PM
**To:** Christy.Lea <Christy.Lea@knobbe.com>
**Cc:** Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>; Ridge, Donald L. <dridge@clarkhill.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Palace, Victor <Victor.Palace@finnegan.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - source code inspection

Christy,

Our team has not yet completed its review of Pavemetrics' source code. We will follow up with proposed dates to continue the inspection once we determine the upcoming availabilities of our expert and team members.

Best regards,

Nick

**Nicholas Cerulli**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com



**From:** Cerulli, Nicholas
**Sent:** Friday, May 21, 2021 9:01 PM

<u>EXHIBIT 4</u>

**To:** Christy.Lea <Christy.Lea@knobbe.com>
**Cc:** Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>; Ridge, Donald L. <dridge@clarkhill.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Palace, Victor <Victor.Palace@finnegan.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - source code inspection

Christy,

Thank you for confirming the details for next week.  We will make sure our team follows the California COVID protocols and that no one attends with exposure to COVID or COVID-like symptoms.

Regarding the information required in Paragraph 4(c) of the Protective Order, we previously provided current CVs for both experts on April 27th.  I am attaching them again for your reference.  Both CVs list patents in which the experts were inventors.  Neither expert has testified by trial or deposition within the last five years.

Best regards,
Nick

### Nicholas Cerulli
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com



**From:** Christy.Lea <Christy.Lea@knobbe.com>
**Sent:** Friday, May 21, 2021 7:18 PM
**To:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Cc:** Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>; Ridge, Donald L. <dridge@clarkhill.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Palace, Victor <Victor.Palace@finnegan.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - source code inspection

*EXTRAL* **Email:**

Nick,

The dates and times you propose for the source code inspection work.   Our address is 2040 Main Street, Irvine, California 92614.  Please have the group text me at 949-500-6972 when they arrive so I can escort them to the 14th floor.

**SOURCE CODE INSPECTION ROOM & COMPUTER**

EXHIBIT 4

We will provide a conference room for the source code inspection with two computer screens, a mouse, and printer available for use with the Source Code Review computer. We will also provide print to PDF capabilities, which we believe may be easier for your team. The source code review computer will include: Visual Studio Code and Understand (SciTools). The source code is version controlled and the logs will be provided on the source code laptop. Please note that some portions of the logs and possibly portions of the comments in the source code are in French.

**BREAKOUT ROOM**
We will provide the requested breakout conference room.

**COVID PROTOCOLS**
Please confirm that all attending will follow California COVID protocol by wearing a mask at least when outside the designated conference rooms and no one will attend who has a recent, known exposure to COVID or COVID-like symptoms.

**EXPERTS**
Please provide the information required in Paragraph 4(c) of the Protective Order, including a list of cases in which the expert has testified at trial or by deposition in the last five years, an identification of any patents or public patent applications that identify the expert as an inventor or in which the expert has a pecuniary interest.

Best,
Christy


**Christy Lea**
Partner
Christy.Lea@knobbe.com
949-721-7642 Direct
949-500-6972 Cell
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/christy-lea


**From:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Sent:** Friday, May 21, 2021 12:45 PM
**To:** Christy.Lea <Christy.Lea@knobbe.com>
**Cc:** Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>; Ridge, Donald L. <dridge@clarkhill.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Palace, Victor <Victor.Palace@finnegan.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - stipulated ESI order and source code inspection

EXHIBIT 4

Christy,

Further to our May 19th email, we plan to inspect Pavemetrics' source code in Knobbe's Orange County office on May 27 and 28.  Please confirm that we will have access to the source code during normal business hours (8:00 AM - 6:00 PM) on those days.  The following individuals will be in attendance:

Donald Ridge (Clark Hill)
Victor Palace (Finnegan)
Vassilios Morellas (expert)

Per ¶ 10(e) of the protective order, we request that Visual Studio Code and Understand (SciTools) be installed on the Source Code Review computer, to the extent that software is not already installed on the computer.  Also, we would appreciate it if we could have a breakout room reserved for the days of the inspection, and per ¶ 10(a) of the protective order, two computer screens, a mouse, and printer available for use with the Source Code Review computer as well.

Finally, as mentioned in our May 19th email, please confirm that you will produce the "logs" indicated in your responses to RFPs 3-7 in advance of the source code inspection.  In addition to the logs, ¶ 11 of the protective order requires the source code be provided with version control.  Please confirm that version control will be available at the inspection as well.

Best regards,


Nick

**Nicholas Cerulli**
Associate

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com



**From:** Cerulli, Nicholas
**Sent:** Wednesday, May 19, 2021 7:14 PM
**To:** Christy.Lea <Christy.Lea@knobbe.com>; Ridge, Donald L. <dridge@clarkhill.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>
**Cc:** Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - stipulated ESI order and source code inspection

Christy,

Attached are signed agreements to the protective order for Vassilios Morellas and Theodore Morris.

<u>EXHIBIT 4</u>

We previously sent you their CVs on April 27, 2021 with the required information under paragraph 4(c) of the protective order.

We will get back to you later this week with dates and an attendee list for the source code inspection.  Please confirm that you will produce the "logs" indicated in your responses to RFPs 3-7 in advance of the source code inspection.

Best regards,
Nick

**Nicholas Cerulli**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | **www.finnegan.com**



**From:** Christy.Lea <Christy.Lea@knobbe.com>
**Sent:** Monday, May 17, 2021 8:44 PM
**To:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>
**Cc:** Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - stipulated ESI order and source code inspection

*EXTERNAL* Email:

Dear Nick,

We are currently reviewing the proposed ESI order and will provide our revisions in the next few days.

Subject to the objections we served today, Pavemetrics' source code will be available for inspection beginning on Monday, May 24, 2021, in Knobbe's Orange County office.  Please provide the required notices for any requested inspection pursuant to the Stipulated Protective Order.

**Christy Lea**
Partner
Christy.Lea@knobbe.com
949-500-6972 Cell
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/christy-lea

EXHIBIT 4

**From:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Sent:** Thursday, May 13, 2021 7:56 AM
**To:** Joe.Re <Joe.Re@knobbe.com>; Christy.Lea <Christy.Lea@knobbe.com>; Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Mack.Montgomery <Mack.Montgomery@knobbe.com>
**Cc:** Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>
**Subject:** Pavemetrics v. Tetra Tech - stipulated ESI order and source code inspection

Counsel,

We prepared the attached stipulated ESI order.  Please review and let us know if you have any edits.

Also, please let us know your availability for inspection of Pavemetrics' source code later this month.  We propose inspection take place at Knobbe's DC office or another secure location in DC.  Please confirm this location works.

Best regards,
Nick

**Nicholas Cerulli**
Associate

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com



This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

EXHIBIT 4

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

EXHIBIT 4