# EXHIBIT 5

| | |
|---|---|
| **From:** | Christy.Lea |
| **To:** | "Cerulli, Nicholas"; "Parker, Aaron"; "Chung, Daniel"; "Ridge, Donald L." |
| **Cc:** | Lit PAVEL.001L |
| **Subject:** | RE: Pavemetrics v. Tetra Tech - Source Code |
| **Date:** | Wednesday, June 16, 2021 2:11:24 PM |
| **Attachments:** | image001.jpg |

Nick,

A full copy of the git repository is available for inspection on the stand alone laptop.

Best,
Christy

EXHIBIT 5
241