# EXHIBIT 6

| | |
|---|---|
| **From:** | Cerulli, Nicholas |
| **To:** | Joe.Re; Christy.Lea; Nicholas.Zovko; Mack.Montgomery; Lit PAVEL.001L |
| **Cc:** | Parker, Aaron; Chung, Daniel; Cerulli, Nicholas; Melhado-Burke, Amanda; Ridge, Donald L.; Mathew, Jency; Ecklund, Steve; Palace, Victor; Horn, Kelly |
| **Subject:** | Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Case 2:21-cv-01289-MCS-MAA |
| **Date:** | Friday, December 3, 2021 11:14:57 AM |
| **Attachments:** | image001.jpg |

Counsel,

We plan to inspect Pavemetrics' source code on December 9 and 10 during normal business hours (8:00 AM - 6:00 PM). The following individuals will attend:

    Victor Palace
    Vassilios Morellas

As with the previous inspections, please have Visual Studio Code, Understand (SciTools), SmartGit, and WinMerge installed on the Source Code Review computer. Please also provide a breakout room reserved for the days of the inspection and the same computer arrangement (two computer screens, a mouse, and printer).

In addition, we received files from third-parties CSX and STOP/AID in FIS and SRV formats, which we understand may only be viewed using Pavemetrics' LRAIL software. In accordance with your letter dated November 8, 2021, please provide access to Pavemetrics' LRAIL software on the Source Code Review computer to enable us to review these FIS and SRV files. Please also make available during the inspection any other FIS or SRV files generated by or on behalf of CSX between January and July 2021, in Pavemetrics' possession, custody, or control. We plan to produce all other documents received from STOP/AID, once they are processed and marked with bates numbers and confidentiality designations.

For the inspection next week, please make available all source code versions provided to CSX, STOP/AID, RailTEC, FRA, and any other US customers, as well as all version control (including Pavemetrics' git repository) associated with all such source code versions. Particularly, and without limitation, please make available all source code versions associated with the following LRAIL Analyser Library versions:

- LRAIL Analyser Library version 4.70.4.0
- LRAIL Analyser Library version 4.75.6.4
- LRAIL Analyser Library version 4.78.6.0
- LRAIL Analyser Library version 4.78.9.7
- LRAIL Analyser Library version 4.78.9.5

Lastly, please confirm that, in accordance with your letter dated November 8, 2021, Pavemetrics has or will produce the manuals for at least the above-referenced LRAIL Analyser Library versions.

Best regards,
Nick

EXHIBIT 6
242

**Nicholas Cerulli**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com



This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

EXHIBIT 6
243