# EXHIBIT 7

| | |
|---|---|
| **From:** | Alan.Laquer |
| **To:** | Palace, Victor |
| **Cc:** | TT-PM-All-Team; Melhado-Burke, Amanda; Ridge, Donald L.; Joe.Re; Christy.Lea; Nicholas.Zovko; Raymond.Lu; Lit PAVEL.001L |
| **Subject:** | RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Case 2:21-cv-01289-MCS-MAA |
| **Date:** | Wednesday, December 15, 2021 8:28:02 PM |

Victor,

We have received from Pavemetrics the hard drive containing FIS files generated for CSX between January and July 2021. We have also received an updated git repository from Pavemetrics that reflects its source code through December 10, 2021.  These files are now available for inspection in our Orange County office.

Per your request, on December 20 and 21, we will make the source code inspection laptop available consistent with the previous inspections.  As it has since it was first made available for inspection on June 16, 2021, the git repository includes r10323, which is the ordinary course in which Pavemetrics maintains that version.

Paragraph 10(k) of the Protective Order prohibits Tetra Tech from requesting more than 150 total pages of Source Code Material to be printed, when that is in at least 14 point font.  Tetra Tech has already printed 140 pages of Source Code Material at a font size significantly smaller than 14 point, so it has already exceeded the limit of 150 pages at font size 14.  Tetra Tech is now requesting to print an additional 77 pages, also at a font size significantly smaller than 14 point.  Despite the Protective Order's prohibition against such excessive printing, Pavemetrics is willing to agree to mutually increase the limit on printed source code pages to 225 pages at the size that Tetra Tech has been printing at, which appears to be approximately font size 12.  Please let us know if Tetra Tech agrees, in which case we will overnight a printed copy to you.

Best regards,
Alan

**Alan Laquer**
Partner
Alan.Laquer@knobbe.com

949-721-5285  Office

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/alan-laquer

---

**From:** Palace, Victor <Victor.Palace@finnegan.com>
**Sent:** Wednesday, December 15, 2021 4:00 PM
**To:** Joe.Re <Joe.Re@knobbe.com>; Christy.Lea <Christy.Lea@knobbe.com>; Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Cc:** TT-PM-All-Team <TT-PM-All-Team@finnegan.com>; Melhado-Burke, Amanda <amelhadoburke@clarkhill.com>; Ridge, Donald L. <dridge@clarkhill.com>

<u>EXHIBIT 7</u>
244

**Subject:** Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Case 2:21-cv-01289-MCS-MAA

Counsel,

We plan to inspect Pavemetrics' source code on December 20 and 21 during normal business hours (8:00 AM - 6:00 PM).  I will be in attendance.

As with the previous inspections, please have Visual Studio Code, Understand (SciTools), SmartGit, WinMerge, and TensorBoard installed on the Source Code Review computer.  Please also provide a breakout room reserved for the days of the inspection and the same computer arrangement (two computer screens, a mouse, and printer).

In addition, please confirm you will make available for inspection in a separate folder version "r10323" provided to CSX.

Also, please immediately provide tracking information for the source code pages requested on the last day of our previous inspection, Friday December 10, 2021.  Per paragraph 10.l. of the Protective Order, source code pages must be "provided … within three (3) business days" of the request, which is today Wednesday, December 15, 2021.

Best regards,
Victor

**Victor Palace**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
(202) 408-4391 | cell: (303) 704-3814 | fax: (202) 408-4400 | victor.palace@finnegan.com |
www.finnegan.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

EXHIBIT 7
245