# EXHIBIT 8

| From: | Nicholas.Zovko |
|---|---|
| To: | Parker, Aaron; Chung, Daniel; Cerulli, Nicholas; Horn, Kelly; Mathew, Jency; Ridge, Donald L.; Melhado-Burke, Amanda |
| Cc: | Joe.Re; Christy.Lea; Alan.Laquer; Raymond.Lu; Lit PAVEL.001L |
| Subject: | Pavemetrics v. Tetra Tech - Case 2:21-cv-01289-MCS-MAA (C.D. Cal.) |
| Date: | Sunday, December 5, 2021 12:11:51 PM |

Counsel:

Pavemetrics' LRAIL does not identify railway track bed features from a track elevation map, as construed by the Court.  *See* Claim Construction Order [ECF 103] at 32.  Nor does it do so by moving an appropriate gradient neighborhood like a sliding window over the 3D elevation data, as construed by the Court.  *See id.* at 21.  Tetra Tech's infringement contentions do not allege otherwise.  Given that Tetra Tech cannot show that LRAIL satisfies either of these claim limitations under the Court's construction, please confirm that Tetra Tech will stipulate to non-infringement of all asserted claims of the '293 patent.

If Tetra Tech refuses to stipulate to non-infringement, Pavemetrics intends to move for summary judgment of non-infringement of all asserted claims of the '293 patent due to these missing limitations.  Please let us know when you are available this week to meet and confer pursuant to Local Rule 7-3 on Pavemetrics' contemplated motion.

Best regards,

Nick

**Nicholas Zovko**
Partner
Nicholas.Zovko@knobbe.com
949-721-5295 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/nicholas-zovko

EXHIBIT 8

246