# EXHIBIT 9

| | |
|---|---|
| **From:** | Cerulli, Nicholas |
| **To:** | Nicholas.Zovko; Parker, Aaron; Chung, Daniel; Horn, Kelly; Mathew, Jency; Ridge, Donald L.; Melhado-Burke, Amanda |
| **Cc:** | Joe.Re; Christy.Lea; Alan.Laquer; Raymond.Lu; Lit PAVEL.001L |
| **Subject:** | RE: Pavemetrics v. Tetra Tech - Case 2:21-cv-01289-MCS-MAA (C.D. Cal.) |
| **Date:** | Friday, December 10, 2021 11:22:13 AM |
| **Attachments:** | image001.jpg |

Nick,

Tetra Tech believes that any stipulation or summary judgment motion is premature at this stage, particularly given that discovery is still ongoing and expert discovery has yet to commence.  Indeed, Pavemetrics only just yesterday produced several LRAIL source code versions used by its U.S. customers, including STOP/AID, that were not previously made available in response to Tetra Tech's numerous requests.  And just last night, Pavemetrics disclosed for the first time that the source code version that was supposedly delivered to CSX and mapped in Tetra Tech's infringement contentions was replaced by another source code version in October 2020.  Finally, as is typical in patent cases following claim construction, Tetra Tech intends to amend its infringement contentions in light of the Court's claim construction order that just issued last week and newly discovered information.

Should Pavemetrics prematurely move forward with a summary judgment motion now, Tetra Tech intends to oppose.  We are available early next week to meet and confer.

Best regards,
Nick

**Nicholas Cerulli**
Associate

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com



**From:** Nicholas.Zovko <Nicholas.Zovko@knobbe.com>
**Sent:** Thursday, December 9, 2021 8:31 PM
**To:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Melhado-Burke, Amanda <amelhadoburke@clarkhill.com>
**Cc:** EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Christy.Lea <Christy.Lea@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - Case 2:21-cv-01289-MCS-MAA (C.D. Cal.)

**EXTERNAL Email:**

EXHIBIT 9
247

Nick,

Thank you for the update.  Unless Tetra Tech intends to stipulate to non-infringement of the '293 patent, please let us know when we can meet and confer tomorrow.

Best regards,

Nick

**Nicholas Zovko**
Partner
949-721-5295 Direct
**Knobbe Martens**

---

**From:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Sent:** Wednesday, December 8, 2021 2:39 PM
**To:** Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Melhado-Burke, Amanda <amelhadoburke@clarkhill.com>
**Cc:** Joe.Re <Joe.Re@knobbe.com>; Christy.Lea <Christy.Lea@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - Case 2:21-cv-01289-MCS-MAA (C.D. Cal.)

Nick,

We are considering your email below and intend to get back to you later this week.

Best regards,
Nick

**Nicholas Cerulli**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com



---

**From:** Nicholas.Zovko <Nicholas.Zovko@knobbe.com>
**Sent:** Sunday, December 5, 2021 3:12 PM
**To:** Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Melhado-Burke, Amanda <amelhadoburke@clarkhill.com>

EXHIBIT 9
248

**Cc:** EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Christy.Lea <Christy.Lea@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** Pavemetrics v. Tetra Tech - Case 2:21-cv-01289-MCS-MAA (C.D. Cal.)

**EXTERNAL Email:**

Counsel:

Pavemetrics' LRAIL does not identify railway track bed features from a track elevation map, as construed by the Court. *See* Claim Construction Order [ECF 103] at 32. Nor does it do so by moving an appropriate gradient neighborhood like a sliding window over the 3D elevation data, as construed by the Court. *See id.* at 21. Tetra Tech's infringement contentions do not allege otherwise. Given that Tetra Tech cannot show that LRAIL satisfies either of these claim limitations under the Court's construction, please confirm that Tetra Tech will stipulate to non-infringement of all asserted claims of the '293 patent.

If Tetra Tech refuses to stipulate to non-infringement, Pavemetrics intends to move for summary judgment of non-infringement of all asserted claims of the '293 patent due to these missing limitations. Please let us know when you are available this week to meet and confer pursuant to Local Rule 7-3 on Pavemetrics' contemplated motion.

Best regards,

Nick

**Nicholas Zovko**
Partner
Nicholas.Zovko@knobbe.com
949-721-5295 Direct
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/nicholas-zovko

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

EXHIBIT 9
249

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

EXHIBIT 9

250