Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **PAVEMETRICS' NOTICE OF LODGING STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PAVEMETRICS' MOTION FOR SUMMARY JUDGMENT OF THE '293 PATENT** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

1  Plaintiff Pavemetrics Systems, Inc. ("Plaintiff" or "Pavemetrics") hereby lodges its Statement of Uncontroverted Facts and Conclusions of Law in Support of Pavemetrics' Motion for Summary Judgment of the '293 patent.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 10, 2022          By: /s/ *Christy G. Lea*
                                      Joseph R. Re
                                      Christy G. Lea
                                      Nicholas M. Zovko
                                      Alan G. Laquer

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.