Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **PAVEMETRICS' NOTICE OF LODGING [PROPOSED] ORDER ON ITS MOTION FOR SUMMARY JUDGMENT** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

Plaintiff Pavemetrics Systems, Inc. ("Plaintiff" or "Pavemetrics") hereby lodges its [Proposed] Order Granting Plaintiff's Motion for Summary Judgment of Non-Infringement of the '293 Patent.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 10, 2022

By: /s/ *Christy G. Lea*
Joseph R. Re
Christy G. Lea
Nicholas M. Zovko
Alan G. Laquer

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.