1
2
3
4
5
6
7
8
9
10  **IN THE UNITED STATES DISTRICT COURT**
11  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12  **WESTERN DIVISION**
13
14  PAVEMETRICS SYSTEMS, INC., ) Case No. 2:21-cv-1289-MCS-MMA
15  　　　　Plaintiff, )
16  　　v. ) **[PROPOSED] ORDER GRANTING PAVEMETRICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT**
17  TETRA TECH, INC., )
18  　　　　Defendant. )
19  AND RELATED COUNTERCLAIMS ) Honorable Mark C. Scarsi
20  ) Honorable Maria A. Audero
21
22
23
24
25
26
27
28

Having considered Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 10,362,293, **IT IS HEREBY ORDERED**:

1. Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Third-Party Counterclaim Plaintiff Tetra Tech TAS Inc. allege that Pavemetrics' Laser Rail Inspection System ("LRAIL") infringes certain claims of the '293 Patent. *See* First Amended Counterclaim Count 1: Infringement of U.S. Patent No. 10,362,293.

2. Pavemetrics' LRAIL does not infringe any claim of the '293 Patent because it does not satisfy one or more limitations of independent claims 1 and 22.

3. Tetra Tech has presented no evidence to the contrary to raise a genuine issue of material fact.

4. Accordingly, Pavemetrics is entitled to judgment as a matter of law and its motion for Summary Judgment of Non-Infringement of U.S. Patent No. 10,362,293 is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____      _____
                                               The Honorable Mark C. Scarsi
                                               UNITED STATES DISTRICT JUDGE