Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PAVEMETRICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT**<br><br>Honorable Mark C. Scarsi<br>Honorable Maria A. Audero |

Pursuant to Local Rule 79-5.2.2 and this Court's Initial Standing Order (ECF 11), Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. respectfully seeks leave to file under seal:

1. Portions of the Declaration of Jean-François Hébert in Support of Pavemetrics' Motion for Summary Judgment; and
2. Exhibit 3 to the Declaration of Alan G. Laquer in Support of Pavemetrics' Motion for Summary Judgement.

In support of this Application, Pavemetrics concurrently submits the Declaration of Nicholas M. Zovko and a Proposed Order. As explained in the Zovko Declaration, these documents contain highly confidential information relating to Pavemetrics' sales and proprietary source code. Pavemetrics seeks to file these documents under seal to maintain the sensitivity of that information. Pavemetrics has redacted these documents to the extent possible, omitting only specific portions of the documents containing highly confidential information relating to sales and Pavemetrics' source code.

Public disclosure of this confidential and commercially sensitive information would cause competitive harm. The nature and confidentiality of these documents outweigh the public's interest in access to court records. Therefore, Pavemetrics respectfully submits there is good cause to file under seal portions of the above-listed documents, which outweighs the public's interest in accessing complete court records.

On January 10, 2022, I emailed Tetra Tech's counsel seeking confirmation that Tetra Tech does not oppose this Application for Leave to File Under Seal certain materials. As of the filing of this Application, Tetra Tech's counsel has not responded.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 10, 2022     By: /s/ *Nicholas M. Zovko*
   Joseph R. Re
   Christy G. Lea
   Nicholas M. Zovko
   Alan G. Laquer
   *Attorneys for Plaintiff/Counterclaim Defendant*,
   PAVEMETRICS SYSTEMS, INC.