**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **[PROPOSED] ORDER GRANTING PAVEMETRICS' APPLICATION FOR LEAVE TO FILE UNDER SEAL IN SUPPORT OF PAVEMETRICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

Having considered Pavemetrics' Application for Leave to File Under Seal portions of documents in Support of Pavemetrics' Motion for Summary Judgement of Non-Infringement of the '293 Patent, and for good cause shown, the Court **GRANTS** the Application. Pavemetrics may file the following documents under seal:

| # | Description | Portions to be Sealed |
|---|---|---|
| 1 | The Declaration of Jean-François Hébert in Support of Motion for Summary Judgment | Parts of Paragraphs 4 and 23 |
| 2 | Exhibit 3 to the Declaration of Alan G. Laquer in Support of Motion for Summary Judgment | Exhibit 3 |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Mark C. Scarsi
United States District Judge