# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY CASE SCHEDULE** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

The Court, having reviewed and considered the parties' Joint Stipulation to Modify the Case Schedule, and finding good cause, approves of the Joint Stipulation. The Court modifies the case deadlines as follows:

| **Event** | **Previous Date** | **New Date** |
|---|---|---|
| Tetra Tech's Opposition to the Motion for Summary Judgment | January 24, 2022 | January 31, 2022 |
| Expert Disclosures (Initial) | January 27, 2022 | February 7, 2022 |
| Pavemetrics' Reply to Tetra Tech's Opposition to the Motion for Summary Judgment | January 31, 2022 | February 14, 2022 |
| Motion for Summary Judgment Hearing | February 14, 2022 | February 28, 2022 |
| Expert Disclosures (Rebuttal) | February 24, 2022 | March 4, 2022 |
| Expert Discovery Cut-Off | March 14, 2022 | March 18, 2022 |

**IT IS SO ORDERED.**

DATED: _____   BY: _____
   Honorable Mark C. Scarsi
   UNITED STATES DISTRICT JUDGE

54928651