CLARK HILL LLP
Donald Ridge, Esq. (SBN: 132171)
1055 West Seventh Street, Ste. 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Aaron L. Parker (*Pro Hac Vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*Pro Hac Vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*Pro Hac Vice*)
kelly.horn@finnegan.com
Victor M. Palace (*Pro Hac Vice*)
victor.palace@finnegan.com
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jency J. Mathew (*Pro Hac Vice*)
jency.mathew@finnegan.com
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile:  (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **CORRECTED JOINT STIPULATION TO MODIFY CASE SCHEDULE** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") and Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Third-Party Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech") submit this Joint Stipulation and Proposed Order to modify the case schedule.

WHEREAS, on January 10, 2022, Pavemetrics filed a Motion for Partial Summary Judgment as to Non-Infringement of the '293 Patent (ECF 108) ("the Motion for Summary Judgment") and noticed a hearing on the Motion for Summary Judgment for February 14, 2022;

WHEREAS, the deadline for Tetra Tech's Opposition to the Motion for Summary Judgment is January 24, 2022;

WHEREAS, depositions of eight witnesses have or will be held between January 11, 2022 and January 20, 2022;

WHEREAS, the close of non-expert discovery is scheduled for January 20, 2022 (ECF 56);

WHEREAS, expert disclosures are due on January 27, 2022 and February 24, 2022 with the close of expert discovery scheduled for March 14, 2022 (ECF 56);

WHEREAS, the parties agree to modify deadlines related to the Motion for Summary Judgment and expert disclosures and discovery;

WHEREAS, the parties jointly submit that good cause exists to modify the current schedule. The proposed modification to the current schedule would provide the parties adequate time to complete non-expert discovery, complete their Summary Judgment briefing, and serve expert disclosures and conduct expert discovery. The requested extensions will not impact any other deadlines in the current schedule.

NOW, THEREFORE, the parties hereby stipulate to and jointly request that the Court modify the case deadlines and enter an Order setting the following new dates:

| Event | Current Date (ECF 56, 108) | New Date |
|---|---|---|
| Tetra Tech's Opposition to the Motion for Summary Judgment | January 24, 2022 | January 31, 2022 |
| Expert Disclosure (Initial) | January 27, 2022 | February 7, 2022 |
| Pavemetrics' Reply to Tetra Tech's Opposition to the Motion for Summary Judgment | January 31, 2022 | February 14, 2022 |
| Hearing on Motion for Summary Judgment | February 14, 2022 | February 28, 2022 |
| Expert Disclosure (Rebuttal) | February 24, 2022 | March 4, 2022 |
| Expert Discovery Cut-Off | March 14, 2022 | March 18, 2022 |

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 15, 2022

By: /s/ Christy G. Lea
Joseph R. Re
Christy G. Lea
Nicholas M. Zovko
Alan G. Laquer
Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

|   |   |
|---|---|
|   | CLARK HILL LLP |
| Dated: January 15, 2022 | By: */s/ Donald L. Ridge* <br> Donald L. Ridge |
|   |   |
|   | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| Dated: January 15, 2022 | By: */s/ Aaron L. Parker'* <br> Aaron L. Parker <br> Daniel G. Chung <br> Nicholas A. Cerulli <br> Kelly S. Horn <br> Victor M. Palace <br> Jency J. Mathew |

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

# ATTESTATION OF E-FILED SIGNATURE

I, Donald Ridge, attest that all signatories listed above have read and approved this stipulation and consent to the filing of same in this action.

Dated: January 15, 2022     By: */s/ Donald L. Ridge*
　　　　　　　　　　　　　　　Donald L. Ridge
　　　　　　　　　　　　　　　Aaron L. Parker
　　　　　　　　　　　　　　　Daniel G. Chung
　　　　　　　　　　　　　　　Nicholas A. Cerulli
　　　　　　　　　　　　　　　Kelly S. Horn
　　　　　　　　　　　　　　　Victor M. Palace
　　　　　　　　　　　　　　　Jency J. Mathew

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

54928646