UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  2:21-cv-01289-MCS-MAA                     Date  January 21, 2022

Title  *Pavemetrics Systems, Inc. v. Tetra Tech, Inc.*

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                            None Present

**Proceedings:   (IN CHAMBERS) ORDER RE: APPLICATION TO SEAL (ECF NO. 113)**

Plaintiff Pavemetrics Systems, Inc. applies to file under seal documents supporting its motion for partial summary judgment. Appl., ECF No. 113.

The public has a "general right to inspect and copy public records and documents, including judicial records and documents." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (internal quotation marks omitted). Consequently, there is a "strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). A party who seeks to seal court documents supporting a dispositive motion bears the burden of overcoming this presumption by presenting "compelling reasons supported by specific factual findings." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal quotation marks omitted).

Plaintiff seeks to redact two paragraphs from one document and portions of one exhibit. Appl. 1. Plaintiff submits that these documents contain trade secrets, including sales figures and source code, and confidential information relating to its sales and customers. Zovko Decl. ¶¶ 7–8, ECF No. 114. Compelling reasons exist to seal a document whenever court documents would, among other things, "release

trade secrets." *Kamakana*, 447 F.3d at 1179. This is especially true "when the release of the documents will cause competitive harm to a business." *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013). Plaintiff limits the sealing requests to specific instances that appear to disclose trade secrets and other confidential information. Upon the Court's review of the requested redactions, Plaintiff makes the compelling showing of a danger of competitive harm from disclosing trade secrets necessary to justify sealing.

The application is granted. Plaintiff shall file the documents under seal pursuant to Local Rule 79-5.2.2(c).

**IT IS SO ORDERED.**