Name and address:
Donald L. Ridge, Esq. (SBN 132171)
Clark Hill LLP
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Fax: (213) 488-1178

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PAVEMETRICS SYSTEMS, INC. | CASE NUMBER: |
|---|---|
| v. PLAINTIFF(S) | 2:21-CV-01289-MCS-MMA |
| TETRA TECH, INC. DEFENDANT(S) | NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMATION |

## INSTRUCTIONS

*Attorneys with pending cases:*

If you are counsel of record in a case currently pending in this district and you need to update your business or contact information, you must file and serve this form in <u>each</u> of your pending cases. Doing so will satisfy your notice obligation under Local Rule 83-2.4. <u>In addition</u>, if you are registered to use the Court's electronic filing system, you must log in to your PACER account and update your information online. *See* Local Rule 5-4.8.1. For instructions, visit www.cacd.uscourts.gov/e-filing/updating-your-contact-information.

*Attorneys with no pending cases:*

If you are registered to use the Court's electronic filing system, but have no cases currently pending in this district, and you need to update your business or contact information in the Court's records, you must log in to your PACER account and update your information online (see www.cacd.uscourts.gov/e-filing/updating-your-contact-information). Doing so satisfies your obligations under Local Rules 5-4.8.1 and 83-2.4; you do not need to submit this or any other form.

If you are <u>not</u> registered to use the Court's electronic filing system, have no cases currently pending in this district, and need to update your business or contact information in the Court's records, please complete this form (you may leave the caption and case number blank) and email it to "email_update@cacd.uscourts.gov" with the subject line "Attention: Attorney Admission Clerk." Doing so satisfies your notice obligation under Local Rule 83-2.4.

*Please note:*

Use this form only to make changes to an attorney's business or contact information, not to change a party's representation. If you need to add, remove, or substitute counsel in a particular case, use Form G-01 ("Request for Approval of Substitution or Withdrawal of Counsel") or Form G-123 ("Notice of Appearance or Withdrawal of Counsel").

## SECTION I - IDENTIFYING INFORMATION

Name: Donald L. Ridge

Current email address of record: dridge@clarkhill.com

Check one: ☑ Member of the Central District Bar; CA Bar No: 132171   ☐ Admitted *pro hac vice*

Counsel of record for (if filing in a pending case):
Defendants and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS, Inc.

If you are an Assistant United States Attorney or Deputy Federal Public Defender in this district, indicate your agency and office:

☐ FPDO      ☐ USAO (specify):   ☐ Civil Division   ☐ Criminal Division

☐ Los Angeles      ☐ Santa Ana      ☐ Riverside

**SECTION II - UPDATED INFORMATION**

☐ I need to update the email address associated with my records. My new primary email address is: _____

*Note: if you need to update the secondary email address(es) associated with your account, you must log in and makes those changes yourself.*

☑ I need to update other business or contact information. Please replace my current contact information with the following new information:

Attorney's name changed to: same as above
Name of new firm or government agency: same as above
New address: 555 South Flower Street, 24th Floor, Los Angeles, CA 90071
New telephone number: same as above    New fax number: same as above
New email address *(for non-e-filers)*: same as above

**SECTION III - APPLICATION TO CLOSED CASES**

If you are registered to use the Court's e-filing system, you will have the opportunity to change your contact information in cases that are no longer pending when you update your information in PACER. If you are not registered, using this form to update your information will affect pending and future cases only, unless you check one of the boxes below:

☑ Update my information in all cases (including closed cases) in which I am listed as counsel of record.

☐ Update my information in only the following cases (*include case name and number; attach additional pages if necessary*):

_____
_____
_____
_____

**SECTION IV - REGISTERING TO USE THE COURT'S E-FILING SYSTEM**

If you have not yet registered to use the Court's e-filing system, you may do so at www.pacer.gov. Click "Manage My Account" in the upper right corner of the screen, log in using your individual upgraded PACER account, and select the "Maintenance" tab. Select "Attorney Admissions/E-File Registration," choose "U.S. District Courts" and the Central District of California from the dropdown menus, click on the "E-File Registration Only" button, and follow the instructions. Your request will be submitted to the Central District. If approved, you will be notified that your e-filing privileges have been activated.

**SECTION V - SIGNATURE**

Pursuant to Rule 83-2.4 of the Local Rules for the Central District of California, I hereby notify the Clerk of Court and all parties to this action, if any action is named above, that my business or contact information has changed as indicated herein.

Date: January 31, 2022    Signature: /s/ Donald L. Ridge

Case No. 2:21-CV-1289-MCS-MMA

# CERTIFICATE OF SERVICE

*PAVEMETRICS SYSTEMS, INC. V. TETRA TECH, INC.*

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORIA**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1055 West Seventh Street, Suite 2400, Los Angeles, CA 90017.

On January 31, 2021, I served the following document(s) described as

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☐ (BY U.S. MAIL): I am personally and readily familiar with the business practice of Clark Hill LLP for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Los Angeles, California.

☐ (BY MESSENGER SERVICE): by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE): I am personally and readily familiar with the business practice of Clark Hill LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL): I am personally and readily familiar with the business practice of Clark Hill LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☒ (BY ELECTRONIC SERVICE): By electronically mailing a true and correct copy through Clark Hill LLP's electronic mail system from amelhadoburke@ClarkHill.com to the email addresses set forth below.

☐ (BY PERSONAL DELIVERY): I caused such envelope to be delivered by hand to the offices of each addressee below.

Executed on January 31, 2021, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United

1   Case No. 2:21-cv-1289-MCS-MMA

1 | States of America that the foregoing is true and correct.

_____
Amanda Melhado-Burke

**SERVICE LIST**

| | |
|---|---|
| Christy L Lea, Esq.<br>Nicholas Matthew Zovko, Esq.<br>Joseph R. Re, Esq.<br>Payne McQueen Montgomery, Esq.<br>Raymond Sirui Lu, Esq.<br>Alan Grayson Laquer, Esq.<br>**Knobbe Martens Olson and Bear LLP**<br>2040 Main Street 14th Floor<br>Irvine, California 92614<br>Tel: 949-760-0404<br>Fax: 949-750-9502<br>Email: joe.re@knobbe.com;<br>Mac.montgomery@knobbe.com;<br>Nicholas.zovko@knobbe.com;<br>clea@kmob.com;<br>alan.laquer@knobbe.com;<br>litigation@kmob.com | Attorneys for Plaintiff, *Pavemetrics Systems, Inc* |