1  Donald Ridge, Esq. (SBN: 132171)
   **CLARK HILL LLP**
2  555 South Flower Street, 24th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 891-9100
4  Facsimile: (213) 488-1178
5  DRidge@clarkhill.com

6  Aaron L. Parker (*pro hac vice*)
7  aaron.parker@finnegan.com
   Daniel G. Chung (*pro hac vice*)
8  daniel.chung@finnegan.com
9  Nicholas A. Cerulli (*pro hac vice*)
   nicholas.cerulli@finnegan.com
10 Kelly S. Horn (*pro hac vice*)
11 kelly.horn@finnegan.com
   Victor M. Palace (*pro hac vice*)          Jency J. Mathew (*pro hac vice*)
12 victor.palace@finnegan.com                  jency.mathew@finnegan.com
13 **FINNEGAN, HENDERSON, FARABOW,**           **FINNEGAN, HENDERSON, FARABOW,**
   **GARRETT & DUNNER, LLP**                   **GARRETT & DUNNER, LLP**
14 901 New York Avenue NW                      1875 Explorer Street, Suite 800
15 Washington, D.C. 20001-4413                 Reston, Virginia 20190-6023
   Telephone:  (202) 408-4000                  Telephone:  (571) 203-2700
16 Facsimile:  (202) 408-4400                  Facsimile:  (571) 203-2777
17
18 *Attorneys for Defendant and Counterclaim Plaintiffs*

19              **UNITED STATES DISTRICT COURT**
20              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 21  PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
| 22           Plaintiff, | **APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF TETRA TECH'S OPPOSITION TO PAVEMETRICS' MOTION OF SUMMARY JUDGMENT OF '293 PATENT** |
| 23  v. | |
| 24 TETRA TECH, INC. | |
| 25           Defendant. | |
| 26 | **Honorable Mark C. Scarsi** |
| 27 AND RELATED COUNTERCLAIMS. | |

Pursuant to Local Rule 79-5.2.2 and this Court's Initial Standing Order (ECF 11), Defendants and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), through counsel, hereby apply for leave of the Court to file under seal the items listed below:

1. The Declaration of Vassilios Morellas in Support of Tetra Tech's Opposition to Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '293 Patent ("Morellas Declaration"); and

2. Exhibits 10-19, 21-23, 25, 28-30, and 32-36 to the Declaration of Aaron Parker in Support of Tetra Tech's Opposition to Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '293 Patent ("Parker Declaration").

In support of this Application, Tetra Tech concurrently submits the Parker Declaration and a Proposed Order. As explained in the Parker Declaration in support of this Application, the Morellas Declaration and Exhibits 10-19, 21-23, 25, 28-30, and 32-36 to the Parker Declaration refer, directly or indirectly, to information identified by Pavemetrics or third-party Advanced Infrastructure Design as "Restricted – Attorneys' Eyes Only" or by Pavemetrics as "Confidential" or "Restricted Confidential Source Code" pursuant to the First Amended Protective Order entered in this Case (ECF 101). Tetra Tech seeks to file these documents under seal to maintain the sensitivity of that information.

Pavemetrics contends that public disclosure of this confidential and commercially sensitive information would cause competitive harm and has indicated that it intends for these documents to remain confidential by including the express confidentiality classifications. Sealing of these documents is necessary to avoid public disclosure of information Pavemetrics identified as entitled to protection under Federal Rule of Civil Procedure 26(c) because no procedure other than filing under seal will be sufficient to preserve the confidentiality of the information and to avoid violating the Protective Order. Therefore, Tetra Tech respectfully submits there is good cause to file under seal the above-listed documents.

On January 31, 2022, Tetra Tech's counsel emailed Pavemetrics' counsel regarding this Application for Leave to File Under Seal, and Pavemetrics' counsel responded that they do not intend to oppose.

Dated: January 31, 2022

**CLARK HILL LLP**

By: _____
Donald L. Ridge

Aaron L. Parker (*pro hac vice*)
Daniel G. Chung (*pro hac vice*)
Nicholas A. Cerulli (*pro hac vice*)
Kelly S. Horn (*pro hac vice*)
Victor M. Palace (*pro hac vice*)
Jency J. Mathew (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

*Attorneys for Defendant and Counterclaim Plaintiffs*
TETRA TECH, INC. AND TETRA TECH TAS INC.

2