Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com

| | |
|---|---|
| Victor M. Palace (*pro hac vice*) | Jency J. Mathew (*pro hac vice*) |
| victor.palace@finnegan.com | jency.mathew@finnegan.com |
| **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** |
| 901 New York Avenue NW | 1875 Explorer Street, Suite 800 |
| Washington, D.C. 20001-4413 | Reston, Virginia 20190-6023 |
| Telephone: (202) 408-4000 | Telephone: (571) 203-2700 |
| Facsimile: (202) 408-4400 | Facsimile: (571) 203-2777 |

*Attorneys for Defendant and Counterclaim Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING TETRA TECH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF TETRA TECH'S OPPOSITION TO PAVEMETRICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT** |
| v. | |
| TETRA TECH, INC. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | **Honorable Mark C. Scarsi** |

Having considered Tetra Tech's Application for Leave to File Under Seal Documents in Support of Tetra Tech's Opposition to Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '293 Patent, and the documents and papers in support thereof, and

WHEREAS there is good cause as set forth in Tetra Tech's Application, the Court hereby **GRANTS** the Application and Orders that the clerk file under seal:

1. The Declaration of Dr. Vassilios Morellas in Support of Tetra Tech's Opposition to Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '293 Patent; and
2. Exhibits 10-19, 21-23, 25, 28-30, and 32-36 to the Declaration of Aaron Parker in Support of Tetra Tech's Opposition to Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '293 Patent.

**IT IS SO ORDERED.**

Dated: _____    _____
**HONORABLE MARK C. SCARSI**
UNITED STATES DISTRICT JUDGE