Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
Victor M. Palace (*pro hac vice*)
victor.palace@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413

Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:  (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**DECLARATION OF AARON PARKER IN SUPPORT OF TETRA TECH'S OPPOSITION TO PAVEMETRICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT**<br><br>**Honorable Mark C. Scarsi**<br>**Date: February 28, 2022**<br>**Time: 9:00 a.m.**<br>**Courtroom: 7C** |

I, Aaron Parker, hereby declare as follows:

1. I am an attorney at law admitted to practice in the Commonwealth of Virginia and the District of Columbia and before the United States Court of Appeals for the Federal Circuit and United States Court of Appeals for the Fourth Circuit, among others, and I have been admitted *pro hac vice* in this matter. I am a partner of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys for Defendant and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), in the above-captioned matter. The facts stated herein are true and correct and of my personal knowledge, and if called and sworn as a witness, I could and would competently testify thereto under oath.

2. I make this declaration in support of Tetra Tech's Opposition to Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '293 Patent.

3. Attached as Exhibit 10 hereto is a true and correct copy of Tetra Tech's Third Supplemental Infringement Contentions served on January 17, 2022, including excerpts from Exhibit A to that document.

4. Attached as Exhibit 11 hereto is a true and correct copy of excerpts from Pavemetrics' source code made available for inspection in this litigation bearing Bates Nos. PAVE-SRC-030, -031, -150, -151, -157, -182, -189, -198, -199, -200, -202, -206, -208, -223, -232, -258, -265, -279, -295, -301, -315, -322, -336, and -337.

5. Attached as Exhibit 12 hereto is a true and correct copy of excerpts from the Deposition of Jean-François Hébert, taken January 7, 2022, authenticating Pavemetrics' First Supplemental Objections and Responses to Tetra Tech's Third Set of Interrogatories (Nos. 15-17) and printouts of Pavemetrics' source code made available for inspection in this litigation bearing Bates Nos. PAVE-SRC-030, -031, -150, -151, -157, -182, -189, -198, -199, -200, -202, -206, -208, -223, -232, -258, -265, -279, -295, -301, -315, -322, -336, and -337.

6. Attached as Exhibit 13 hereto is a true and correct copy of excerpts from the Deposition of John Laurent, taken December 21, 2021, authenticating documents

1

produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0005981 - PAVEMETRICS0006045; PAVEMETRICS0001953 - PAVEMETROCS0002008; PAVEMETRICS0006661 - PAVEMETRICS0006737; and PAVEMETRICS0154686 - PAVEMETRICS0154712.

7. Attached as Exhibit 14 hereto is a true and correct copy of excerpts from the Deposition of Thanh Nguyen, taken January 5, 2022, authenticating Adit Deshpande, *A Beginner's Guide to Understanding Convolutional Neural Networks* (2016) and documents produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0114287 - PAVEMETRICS0114346 and PAVEMETRICS0015255 - PAVEMETRICS0015327.

8. Attached as Exhibit 15 hereto is a true and correct copy of excerpts from the Deposition of Mario Talbot, taken January 6, 2022, authenticating documents produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0004479 - PAVEMETRICS0004565; PAVEMETRICS0307013 - PAVEMETRICS0307035; and PAVEMETRICS0005820 - PAVEMETRICS0005827.

9. Attached as Exhibit 16 hereto is a true and correct copy of excerpts from the Deposition of Ali Hafiz, taken January 18, 2022, authenticating documents produced by third party Advanced Infrastructure Design in this litigation bearing Bates Nos. STOPAID_00000164 - STOPAID_00000181; STOPAID_00113520; STOPAID_00113685; and STOPAID_00152646 - STOPAID_0152678.

10. Attached as Exhibit 17 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0004479 - PAVEMETRICS0004565 and introduced as Exhibit 27 at the December 21, 2021 deposition of John Laurent.

11. Attached as Exhibit 18 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0001953 - PAVEMETRICS0002008 and introduced as Exhibit 28 at the December 21, 2021 deposition of John Laurent.

12. Attached as Exhibit 19 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0114287 - PAVEMETRICS0114346 and introduced as Exhibit 98 at the January 5, 2022 deposition of Thanh Nguyen.

13. Attached as Exhibit 20 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0005981 - PAVEMETRICS0006045 and introduced as Exhibit 24 at the December 21, 2021 deposition of John Laurent.

14. Attached as Exhibit 21 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0099257 - PAVEMETRICS0099292.

15. Attached as Exhibit 22 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0103983 - PAVEMETRICS0103984.

16. Attached as Exhibit 23 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0005661 - PAVEMETRICS0005687.

17. Attached as Exhibit 24 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0005820 - PAVEMETRICS0005827 and introduced as Exhibit 117 at the January 6, 2022 deposition of Mario Talbot.

18. Attached as Exhibit 25 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0307013 - PAVEMETRICS0307035 and introduced as Exhibit 100 at the January 5, 2022 deposition of Thanh Nguyen.

19. Attached as Exhibit 26 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates No. PAVEMETRICS0010821 - PAVEMETRICS0010878.

20. Attached as Exhibit 27 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0011019 - PAVEMETRICS0011065.

21. Attached as Exhibit 28 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0154686 - PAVEMETRICS0154712 and introduced as Exhibit 30 at the December 21, 2021 deposition of John Laurent.

22. Attached as Exhibit 29 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0006661 - PAVEMETRICS0006737 and introduced as Exhibit 25 at the December 21, 2021 deposition of John Laurent.

23. Attached as Exhibit 30 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS015255 - PAVEMETRICS015327 and introduced as Exhibit 96 at the January 5, 2022 deposition of Thanh Nguyen.

24. Attached as Exhibit 31 hereto is a true and correct copy of Adit Deshpande, *A Beginner's Guide to Understanding Convolutional Neural Networks* (2016), introduced as Exhibit 99 at the January 5, 2022 deposition of Thanh Nguyen.

25. Attached as Exhibit 32 hereto is a true and correct copy of a document produced by third party Advanced Infrastructure Design in this litigation bearing Bates No. STOPAID_00113520.

26. Attached as Exhibit 33 hereto is a true and correct copy of a document produced by third party Advanced Infrastructure Design in this litigation bearing Bates No. STOPAID_00113685.

27. Attached as Exhibit 34 hereto is a true and correct copy of excerpts from a document produced by third party Advanced Infrastructure Design in this litigation bearing the Bates No. STOPAID_00000164 - STOPAID_00000181 and introduced as Exhibit 422 at the January 18, 2022 deposition of Ali Hafiz.

28. Attached as Exhibit 35 hereto is a true and correct copy of a document produced by third party Advanced Infrastructure Design in this litigation bearing the Bates No. STOPAID_00152646 - STOPAID_00152678 and introduced as Exhibit 442 at the January 18, 2022 deposition of Ali Hafiz.

29. Attached as Exhibit 36 hereto is a true and correct copy of Pavemetrics' First Supplemental Objections and Responses to Tetra Tech's Third Set of Interrogatories (Nos. 15-17) that were introduced as Exhibit 129 at the January 7, 2022 deposition of Jean-François Hébert.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Washington, D.C. on January 31, 2022.

By: _____
Aaron L. Parker