# EXHIBIT 20





1

PAVEMETRICS0005981

**Exhibit 20**
**-210-**



Exhibit 20
-211-



PAVEMETRICS0005984

Exhibit 20
-212-



## Convolution Neural Network

▶ A type of Deep Neural Network

▶ Specialized multi-layer Neural Network that is designed to recognize visual patterns directly from pixel images with minimal preprocessing

▶ Normally computers "see" images as just an array of numbers

▶ However, CNNs analyze images in a way similar to how a human would analyze them

▶ Train CNN by presenting several different images of the features/conditions that the programmer wants it to recognize

**What We See**

**What Computers See**

https://adeshpande3.github.io/A-Beginner%27s-Guide-To-Understanding-Convolutional-Neural-Networks/

AREMA *Virtual* 2021 CONFERENCE

PAVEMETRICS0005985

**Exhibit 20**
**-213-**

## LRAIL Technology

- ▶ Two types of scans combined for analysis
  - Unique to Railmetrics

- ▶ 2D Intensity Scan
  - Measures the intensity of laser light reflected by surface
  - Similar to line scan

- ▶ 3D Range Scan
  - Elevation/depth measurement
  - Produces a 3D model of surfaces



**Intensity Scan**

**Range Scan**

7

PAVEMETRICS0005987

**Exhibit 20**
**-214-**

LR*AI*L Technology



## DNN Analysis Example



**Starting Images**

PAVEMETRICS0005995

Exhibit 20
-216-

## DNN Analysis Example



**Rail Identification (Pink)**

16

PAVEMETRICS0005996

**Exhibit 20**
**-217-**

## DNN Analysis Example



**Crosstie Identification (Green)**

PAVEMETRICS0005997

**Exhibit 20**
**-218-**

## DNN Analysis Example



**Fastener Identification Including Condition Status
(Blue, Yellow, Red)**

**Exhibit 20**
**-219-**

## LR*AI*L Deep Neural Network

- The **LR*AI*L** uses a Deep Neural Network (a type of AI)

- In a DNN the AI develops its own methods of analysis

- Training is similar to the way a human brain learns



PAVEMETRICS0006019

**Exhibit 20**
**-220-**

