# EXHIBIT 24



Mario Talbot   1/6/22
EXHIBIT 117

Cynthia J. Conforti, CSR, CRR

# Development of an Artificial Intelligence (a Deep Neural Network) for the Automation of Railway Maintenance and Safety Inspections

Mario TALBOT[1], John LAURENT[2], Richard FOX-IVEY[3]

[1]Pavemetrics Systems Inc., Quebec, Canada
[2]Pavemetrics Systems Inc., Quebec, Canada
[3]Pavemetrics Systems Inc., Waterloo, Canada

**Abstract**

Railway networks around the world are an important part of the transportation network and represent billions of dollars of investment. Poorly maintained networks negatively impact asset longevity, schedule performance and pose a serious threat to safety. In order to safeguard against these risks, Railroads typically inspect 100% of their mainline network at least annually and key locations even more frequently. Railroad inspection has traditionally been a manual process with inspectors walking the track or driving slowly in a high-rail vehicle to visually spot problems. This practice is very costly, time consuming, impacts schedule performance (due to the need for track possession), and puts staff at risk. While there have been some recent attempts to modernize the inspection process through the adoption of machine-vision technologies, these technologies are often still reliant on human inspectors manually reviewing images in order to spot defects. Manual review of images suffers from many of the same problems as manual inspections do: it is time consuming, subjective as opposed to being objective, and requires significant amounts of labor. This paper builds on prior work to develop a Deep Neural Network that can automatically identify key railway components as a step in the process of automating rail inspection in an effort to overcome the limitations of traditional methods. This new study adds the identification of new railway components (Tie Plates) as well as the automated assessment of their condition to the DNN.

Keywords: Deep Learning, Railway, 3D Laser Triangulation, Fasteners, Tie Plate Inspection

## 1. Introduction

Railway networks around the world are an important part of the transportation network and represent billions of dollars of investment. Poorly maintained networks negatively impact asset longevity, schedule performance and pose a serious threat to safety. In order to safeguard against these risks, Railroads typically inspect 100% of their mainline network at least annually and key locations even more frequently. Railroad inspection has traditionally been a manual process with inspectors walking the track or driving slowly in a high-rail vehicle to visually spot problems.

This practice is very costly, time consuming, impacts schedule performance (due to the need for track possession), and puts staff at risk. While there have been some recent attempts to modernize the inspection process through the adoption of machine-vision technologies, these technologies are often still reliant on human inspectors manually reviewing images in order to spot defects. Manual review of images suffers from many of the same problems as manual inspections do: it is time consuming, subjective as opposed to being objective, and requires significant amounts of labor.

This paper will explore a new approach that has the potential to overcome these limitations using Deep Learning algorithms, specifically a Deep Neural Network (DNN), to automatically inspect 3D Laser Triangulation images.

PAVEMETRICS0005820

Exhibit 24
-261-

3D laser triangulation captures a both a high-resolution image (2D) and a 3D point cloud of the entire track area and can be used at revenue speeds, day or night.

DNN is a type of machine learning wherein the computer develops a solution to a complex problem in a way that is similar to how humans learn (using a neural network). Deep Learning is well-suited to image analysis and has even been demonstrated to improve the accuracy of cancer detection by oncologists when used to analyze images of lymph nodes.

This paper includes an overview of the principle of operation of 3D laser triangulation sensors as well as the field of Deep Learning. Sensor scanning frequency, resolution and accuracy are discussed along with data storage requirements and formats. The Deep Learning algorithm training process is also discussed and examples of Deep Learning image classification from both outside the rail industry, as well as inside the industry, are presented.

## 2. Artificial Intelligence, Machine Learning and Deep Learning

John McCarthy (1927-2011), an American computer and cognitive scientist, coined the term Artificial Intelligence (AI) at the Dartmouth Conference in 1956 (John McCarthy (computer scientist), 2018)[1]. Since that time significant advances have been made in the field of AI, particularly in the area of Machine Learning (ML), and more recently in the sub discipline of Deep Learning (DL).

Broadly speaking, ML relies on the use of human-developed algorithms to parse data, learn from the data, and then apply that knowledge to make subsequent decisions. One application of ML is the recommendation of new songs to streaming music subscribers based on matches with their historical listening preferences (Ciocca, 2017)[2].

However, while ML can be used to crunch large volumes of data in order to make useful recommendations, it relies upon a human designer to spell-out the logic behind those recommendations and, as such, it is ultimately limited to solving problems which the designer already knows how to solve.

DL, a subset of ML, has the potential to outstrip ML due to its ability to develop its own methods of analysis, much in the same way that a human brain does, through the use of Artificial Neural Networks (ANN). DL algorithms also have the advantage of not requiring re-training as new examples or classes are added.

## 2. Inspection Challenges in the Railway Industry

Railway networks around the world represent billions of dollars of investment. Poorly maintained networks negatively impact asset longevity, schedule performance and pose a serious threat to safety. In order to safeguard against these risks, Railroads typically inspect one hundred (100) percent of their mainline network at least annually, and key locations even more frequently.

However, aside from the use of rail geometry measurement cars, the average railroad inspection is largely a manual process with inspectors walking the track or driving slowly in a high-rail vehicle to visually spot problems. This practice is very costly, time consuming, impacts schedule performance (due to the need for possession), and puts staff at risk.

In contrast, modern image-based approaches to railway inspection seek to create a permanent visual record of railway conditions which can be subsequently analyzed by trained inspectors from the comfort and safety of an office environment. Inspectors are trained to spot potential problems in the railway network visually, including: rail surface damage, damaged crossties (sleepers) and missing fasteners.

However, the task is not an easy one as rail networks are typically not homogenous in nature and can

PAVEMETRICS0005821

Exhibit 24
-262-

contain a wide variety of rail types and weights, fastener types and configurations, crosstie materials and conditions, special track work, and other elements which the inspector must identify and evaluate.

While there are indeed a great many advantages to the use of human expertise for visual inspection, there are also a number of challenges. Key among them is the subjective nature of human inspection in terms of data quality with no two inspectors "seeing" the same railway condition in exactly the same way. Compounding this problem is the repetitive nature of the task which tends to lower inspector performance as their working shift progresses. Lastly there is the impact of both personal and professional pressures on the quality of results from factors such as work deadlines, personal health, etc.

In recent years the industry has responded to this challenge by attempting to develop computer-based image processing techniques to supplement or replace the efforts of human inspectors. Invariably these approaches involve ML techniques which rely upon the designer defining the elements which the computer algorithm should identify. While some successes have been realized using this approach, the complex nature of the railway environment makes it very difficult to program for all instances.

DL has the potential to address the short comings of both human-based inspection and ML-based inspection by leveraging the best qualities of both approaches. Much in the same way that DL has shown potential to assist pathologists with the challenging task of image analysis in the medical field, the authors believe that inspectors in the railway industry can be likewise benefit from the power of DL.

### 3. Prior and Present Work

Prior work focused on demonstrating the potential for a DNN to assist in automated railway inspection by properly identifying railway components including fasteners, ballast, wooden ties and concrete ties.

The focus of the present project was to expand upon prior work by training the DNN to identify a new component, Tie Plates, as well as performing an automated assessment the installation of the Tie Plate in order to flag faulty installations. Tie plates which where miss-aligned (twisted), shifted (to the left or to the right) or no longer in contact with the foot of the rail were flagged as faulty.

### 3.2 Image Capture Equipment

Pavemetrics' Laser Rail Inspection System (LRAIL) was used for image capture. The LRAIL is a 3D Laser Triangulation sensor which combines pulsed high-power invisible laser line projectors, custom filters, and synchronized cameras to capture a high-resolution intensity image (Figure 1) and 3D range image (Figure 2) of the railway track-bed. Laser light is used to illuminate railway surfaces and high-speed cameras are used to capture images of the projected light including its intensity and 3D shape.



Fig. 1: "Intensity" Image



Fig. 2: "Range" Image

For this project a specialized high-rail trailer was constructed and fitted with the LRAIL sensor technology, battery-bank power supply, data storage computers, GPS receivers and related hardware (Figure 3).



Fig. 3: LRAIL Inspection Trailer

### 3.3 Overview of Track Inspection DNN

The image classification algorithm developed in prior work is a seven-layer (6 hidden layers and 1 output layer) Supervised Machine Learning (SML) algorithm based on DeepCNet which combines 62,040 weights and 76 biases for a total of 62,116 learnable parameters.

The six hidden layers include: a 5x5 convolution layer with 5 maps, a 3x3 semi-stochastic pooling layer, a 1x1 inception layer, a 5x5 convolution with 10 maps, and a 2x2 semi-stochastic pooling layer that outputs to a fully connected output layer using a Softmax function.

In order to determine if an image contains a fastener, some ballast, a concrete tie or a wooden tie, the DNN first divides each 4,000-pixel x 2,000-pixel image into two 35x35-pixel sub-images (increased to 151x151 in present work). Each 35x35-pixel image is then labeled by the algorithm as either "fastener," "ballast," "wood," or "concrete" thus creating a "raw labeled" image.

Finally, the DNN groups sub images together in order to form regions which correspond to identified railway components. This is used to eliminate small errors in sub image identification (Figure 4).



Fig. 4: DNN Process Flow

### 3.4 Tie Plate Identification and Rating Algorithms

Building on previous work, the DNN's Image Classification Algorithm was further trained to permit it to also identify tie plates, and a second phase of analysis was introduced in order to rate their acceptability.

Tie plate acceptability was determined on the basis of the position and orientation of detected tie plates in relation to the rail; tie plates which were twisted, shifted to the left or right of the rail or sunken were considered faulty. Figure 5 presents an example acceptable tie plate (A) that is properly positioned with the base of the rail sitting in its central channel compared to a faulty plate (B) where the tie plate is shifted to the right and the base of the rail is no longer resting in the middle of the plate channel.



Fig. 5: Acceptable vs. Faulty Tie Plate (Range Grayscale Image)

Figure 6 presents 3D profiles of an Acceptable (left) and a Faulty (right) Tie Plate; note that the Faulty Tie Plate is both shifted laterally away from the foot of the rail and is sunken along the vertical dimension.



- 5 -

PAVEMETRICS0005824

Exhibit 24
-265-

Fig. 6: Acceptable vs. Faulty Tie Plate (3D Plot)

### 3.5 DNN Training Process

The training of SML algorithms is iterative in nature with training data fed into the algorithm, the algorithm performing a classification, and finally feedback as necessary from a human "trainer" in order to improve performance over time (Brownlee, 2017) and (Marr, Supervised V Unsupervised Machine Learning -- What's The Difference?, 2017)[3]. The training process continues until no further improvements can be realized in classification performance; at this point the DL algorithm is said to have converged. Each complete run through of the training dataset is referred to as an epoch with a typical training cycle requiring fifty (50) or more epochs.

For this second project phase, both the training and testing datasets for Railway Component Identification were increased significantly to a total of 2,290 training images and 2,292 testing images (up from 200 for each set previously) for ballast, wooden ties, concrete ties and fasteners (1,542 contained fasteners, 639 wooden ties, 1,542 concrete ties, 771 ballast and 488 tie plate). For the new task of tie plate identification, a total of 1,550 full-size images were utilized.



Fig. 7: DNN Training (fastener example)

Additionally, sub image size was increased from the original 35x35-pixel size (prior work) to 151x151-pixel size in order to increase the information available to the DNN. This resulted in longer training times but better overall performance.

During training sub-images containing example fasteners, ballast materials, concrete ties, wooden ties and tie plates were input into the DNN in order to generate a candidate image classification.

### 3.6 Tie Plate Rating Algorithm Training Process

For the Tie Plate Rating algorithm, a total of 2,852 images of acceptable tie plates and 82 images of faulty tie plates (twisted, shifted or hanging) were used for training and a matching set for testing. While it would have been ideal to utilize similar numbers of acceptable and faulty tie plates for training and testing purposes, this was not practical given the normal rate of occurrence of faulty tie plates for properly maintained track.

### 3.7 Algorithm Performance Testing

Once the training process was completed, the DNN was applied to the test dataset which consisted of images not prior presented to the DNN during training in order to evaluate performance using novel

- 6 -

cases.

The performance of the Component Identification Algorithm was excellent; errors in the correct identification of components were below 1% for all component types (Table 1).

Table 1: Error Rate for Component Identification Algorithm

| Parameter | Fasteners | Ballast | Concrete Ties | Wooden Ties | Tie Plates |
|---|---|---|---|---|---|
| Number of Samples (images) | 1,542 | 771 | 1,542 | 639 | 488 |
| Number of Errors in Component Identification | 1 | 4 | 2 | 5 | 3 |
| Percentage Error | 0.06% | 0.52% | 0.13% | 0.87% | 0.61% |

These small errors were then automatically eliminated by the DNN's process of grouping like-labeled sub images (two images identified as containing a fastener for example) in order to identify regions containing the complete track component (fastener, tie, ballast, tie plate).

The performance of the Plate Rating Algorithm for Acceptable Tie Plates was also impressive with an error rate of just above 1%, while the error rate for detecting faulty Tie Plates was slightly higher but still very reliable at 2.44% (Table 2).

Table 2: Error Rate for Tie Plate Rating Algorithm

| Parameter | Acceptable Tie Plates | Faulty Tie Plates |
|---|---|---|
| Number of Samples (images) | 2,887 | 82 |
| Number of Errors in Made in Tie Plate Rating | 32 | 2 |
| Percentage Error | 1.11% | 2.44% |

In summary, the DNN was able to correctly identify an Acceptable Tie plate 99% of the time with just 1% of Acceptable Tie Plates being incorrectly flagged as Faulty (a 1% false positive rate). Regarding Faulty Tie Plates, the algorithm was able to find 97.6% of the faulty tie plates and only missed 2.4% (a false negative rate of 2.4%).

PAVEMETRICS0005826

Exhibit 24
-267-

### 4.0 Conclusion

This study builds on the success of prior work by increasing the level of training and testing for the railway component identification algorithm. It also adds the capability to identify tie plates.

The performance of the improved DNN Component Identification Algorithm was found to be excellent with an error rate less than 1% across all component types. Importantly even this small error is filtered-out by the DNN by post-processing of images to perform region grouping.

The performance of the Tie Plate Rating algorithm was also found to be excellent with nearly 99% of Acceptable Tie Plates and 98% of Faulty Tie Plates being correctly identified. The implication is that on a network-level inspection for Faulty Tie Plates relatively few false positives would be raised and the vast majority of Faulty Tie Plates would be detected by the DNN. Consequently, the authors feel that these initial results show a lot of promise for the ability of the DNN to not only correctly identify components but to also flag faulty ones. Future work includes expanded field work to capture additional training and testing image datasets, further training of the DNN to identify new components and training of the DNN to expand its condition rating to new components.

One interesting observation from the researchers is that much like every human brain, each DNN is unique due to its specific combination of nodes, layers and connections as well as the constant evolution of these same factors. This quality makes it impossible to define the exact methodology of any given DNN and has the interesting implication of preventing a DNN from being patented as well as preventing a DNN from infringing upon an existing patent.

### References

[1] John McCarthy (computer scientist). (2018, 2 14). Retrieved from Wikipedia: https://en.wikipedia.org/wiki/John_McCarthy_(computer_scientist).
[2] Ciocca, S. (2017, 10 10). Spotify's Discover Weekly: How machine learning finds your new music. Retrieved from Hackernoon: https://hackernoon.com/spotifys-discover-weekly-how-machine-learning-finds-your-new-music-19a41ab76efe.
[3] Brownlee, J. (2017, 3 16). Supervised and Unsupervised machine Learning Algorithms. Retrieved from Machine Learning Mastery: https://machinelearningmastery.com/supervised-and-unsupervised-machine-learning-algorithms/

PAVEMETRICS0005827

Exhibit 24
-268-