# EXHIBIT 26



LRAIL Deep Neural Network Railway Inspection and Change Detection

Vision Systems for the Automated Inspection of Transportation Infrastructure

Railmetrics

RAILTEC — University of Illinois at Urbana-Champaign

U.S. Department of Transportation
Federal Railroad Administration

Exhibit 26
-292-

PAVEMETRICS0010821

# Project Approach

*Railmetrics*

**Field Work**
- TTCI High Tonnage Loop
- 6 Weeks of FAST operations
- Walking ground-truth surveys
- *LRAIL* scanning

**DNN Training Data Preparation**
- RailTEC manual image review to build a database
- Feature identification
- Condition of interest identification

**DNN Training**
- Input of training set
- DNN feature and condition identification
- Review and correction of DNN analysis
- Retraining of DNN

**Testing and Evaluating the Trained DNN**
- A set of "Novel" images are presented
- DNN processes the images detects features and conditions
- DNN performance analysis

**Change Detection**
- DNN processes two separate runs
- Run-to-run alignment
- Change detection algorithm detects differences between runs

*Pavemetrics*

RAILTEC

U.S. Department of Transportation
Federal Railroad Administration

Exhibit 26
-293-
PAVEMETRICS0010823

# Convolution Neural Network



- **We use a kind of DNN, a Convolution Neural Network (CNN or ConvNet)**
- CNNs are a special kind of multi-layer neural network that is designed to recognize visual patterns directly from pixel images with minimal preprocessing
- Normally computers "see" images as just another array of numbers
- CNNs help computers to analyze images in a way that is similar to how a human would analyze them
- You train a CNN by presenting it numerous different images of the features that you want it to be able to recognize



What We See  What Computers See

https://adeshpande3.github.io/A-Beginner%27s-Guide-To-Understanding-Convolutional-Neural-Networks/

U.S. Department of Transportation
Federal Railroad Administration

RAILTEC

Pavemetrics

Case 2:21-cv-01289-MCS-MAA Document 124-19 Filed 01/31/22 Page 4 of 9 Page ID #:5690

Exhibit 26
-294-

PAVEMETRICS0010824



Exhibit 26
-295-

PAVEMETRICS0010834



Exhibit 26
-296-

PAVEMETRICS0010835




Exhibit 26
-298-
PAVEMETRICS0010877

# Project Team Contact Information



**Railmetrics**

**John Laurent**
*CTO and VP Sales & Marketing*
jlaurent@pavemetrics.com

**Richard Fox-Ivey**
*Principal Consultant*
rfoxivey@pavemetrics.com



**Railmetrics**

**RAILTEC**
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

**J. Riley Edwards, Ph.D., P.E.**
*Research Sci. and Sr. Lecturer*
jedward2@Illinois.edu

**Marcus S. Dersch, P.E.**
*Principal Research Engineer*
mdersch2@Illinois.edu

**Arthur de O. Lima**
*Research Engineer* aolima@Illinois.edu

**Ryan M. Harrington**
*Graduate Research Assistant*
rhrrngt2@Illinois.edu

**RAILTEC**

U.S. Department of Transportation
**Federal Railroad Administration**



Pavemetrics

Exhibit 26
-299-

PAVEMETRICS0010878