# EXHIBIT 27



# Innovations in Track Inspection –
# The Use of 3D Laser Sensing and AI to
# Detect Changes in Track Condition

Cam Stuart, Program Manager, Office of Research, Development, and Technology, Federal Railroad Administration
J. Riley Edwards, Ph.D., P.E., Sr. Research Scientist and Sr. Lecturer, Rail Transportation and Engineering Center – RailTEC
Richard Fox-Ivey, Principal Consultant, Rail Industry, Railmetrics

October 29, 2020

Sponsored By















