# EXHIBIT 37

artificial intelligence **meets** human intelligence

# THE

# DEEP

# LEARNING

# REVOLUTION

## TERRENCE J. SEJNOWSKI

**Exhibit 37**
**-47-**

# The Deep Learning Revolution

Terrence J. Sejnowski

The MIT Press

Cambridge, Massachusetts

London, England

**Exhibit 37**

**-48-**

© 2018 Massachusetts Institute of Technology

All rights reserved. No part of this book may be reproduced in any form by any electronic or mechanical means (including photocopying, recording, or information storage and retrieval) without permission in writing from the publisher.

This book was set in ITC Stone Sans Std and ITC Stone Serif Std by Toppan Best-set Premedia Limited. Printed and bound in the United States of America.

Library of Congress Cataloging-in-Publication Data

Names: Sejnowski, Terrence J. (Terrence Joseph), author.
Title: The deep learning revolution / Terrence J. Sejnowski.
Description: Cambridge, MA : The MIT Press, 2018. | Includes bibliographical
    references and index.
Identifiers: LCCN 2017044863 | ISBN 9780262038034 (hardcover : alk. paper)
Subjects: LCSH: Machine learning. | Big data. | Artificial intelligence--Social aspects.
Classification: LCC Q325.5 .S45 2018 | DDC 006.3/1--dc23 LC record available at
https://lccn.loc.gov/2017044863

10  9  8  7  6  5  4  3  2  1

**Exhibit 37**
**-49-**

# Contents

Preface    ix

**Part I: Intelligence Reimagined    1**

1    The Rise of Machine Learning    3
2    The Rebirth of Artificial Intelligence    27
3    The Dawn of Neural Networks    37
4    Brain-style Computing    49
5    Insights from the Visual System    63

**Part II: Many Ways to Learn    79**

6    The Cocktail Party Problem    81
7    The Hopfield Net and Boltzmann Machine    91
8    Backpropagating Errors    109
9    Convolutional Learning    127
10    Reward Learning    143
11    Neural Information Processing Systems    161

**Part III: Technological and Scientific Impact    169**

12    The Future of Machine Learning    171
13    The Age of Algorithms    195
14    Hello, Mr. Chips    205
15    Inside Information    219
16    Consciousness    233
17    Nature Is Cleverer Than We Are    245
18    Deep Intelligence    261

**Exhibit 37**
**-50-**

**viii**                                                                    **Contents**

Acknowledgments   269
Recommended Reading   275
Glossary   281
Notes   285
Index   321

**Exhibit 37**
**-51-**

## 9   Convolutional Learning

By 2000, the neural network fever from the 1980s had broken, and neural networks became normal science again. Thomas Kuhn once characterized the time between scientific revolutions as the normal work of scientists theorizing, observing, and experimenting within a settled paradigm or explanatory framework.[1] Geoffrey Hinton moved to the University of Toronto in 1987 and continued with a steady stream of incremental improvements, although none of them had the magic that the Boltzmann machine once held for us. Hinton became the leader of the Neural Computation and Adaptive Perception (NCAP) Program at the Canadian Institute for Advanced Research (CIFAR) in the first decade of the new century, which consisted of around twenty-five researchers from Canada and other countries who were focused on solving difficult problems with machine learning. I was a member of the NCAP Advisory Board, chaired by Yann LeCun, and attended the program's annual meetings just before the NIPS conferences. Making slow but steady progress, the neural network pioneers explored many new strategies for machine learning. Although their networks had many useful applications, the high expectations for the field in the 1980s had not been fulfilled. This did not deter the pioneers from keeping the faith, however. In retrospect, they were setting the stage for a dramatic breakthrough.

**Steady Progress in Machine Learning**

The NIPS conferences were the incubator for neural networks in the 1980s and opened the door for other algorithms that could handle large, high-dimensional data sets. Vladimir Vapnik's Support Vector Machine (SVM) burst on the scene in 1995 to open up a new chapter in perceptron networks, left for dead in the 1960s. What made the SVM a powerful classifier,

**Exhibit 37**
**-52-**

now in every networker's toolkit, was the "kernel trick," a mathematical transformation that is the equivalent of jumping from data space to hyperspace, where the data points are remapped to make them easier to separate. Tomaso Poggio had developed a hierarchical network called "HMAX" that could classify a limited number of objects.[2] This suggested that performance would improve with deeper networks.

In the first years of the new century, graphical models were developed that made contact with a rich vein of probabilistic models called "Bayes networks," based on a theorem formulated by the eighteenth-century British mathematician Thomas Bayes that allows new evidence to update prior beliefs. Judea Pearl at the University of California, Los Angeles, had earlier introduced "belief networks"[3] to artificial intelligence based on Bayesian analysis, which were strengthened and extended by developing methods for learning the probabilities in the networks from data. The algorithms of these and other networks built up a powerful armamentarium for machine learning researchers.

As the processing capability of computers continued to rise exponentially, it became possible to train ever larger networks. It was generally thought that wider neural networks with a greater number of hidden units were more effective than deeper networks with a greater number of layers, but this was shown not to be the case for networks trained layer by layer,[4] and the vanishing error gradient problem was identified, which slowed down learning near the input layer.[5] When this problem was eventually overcome, however, it became possible to train deep backprop networks that performed favorably on benchmarks.[6] And, as deep backprop networks began to challenge traditional approaches in computer vision, the word at the 2012 NIPS Conference was that the "Neural" was back in "Neural Information Processing Systems."

In computer vision, steady progress in recognizing objects in images over the last decade of the previous century and the first decade of the current one had improved performance on benchmarks (used to compare different methods) by a fraction of a percent per year. Methods improved slowly because each new category of objects requires a domain expert to identify the pose-invariant features needed to distinguish them from other objects. Then, in 2012, Geoffrey Hinton and two students, Alex Krizhevsky and Ilya Sutskever, submitted a paper to the NIPS conference on object recognition in images that used deep learning to train AlexNet, a deep convolutional network that will be the focus of this chapter.[7] Using the ImageNet database of more than 15 million labeled high-resolution images in more than 22,000 categories as benchmark, AlexNet achieved an unprecedented

**Exhibit 37**
**-53-**

reduction in the error rate of 18 percent.[8] This leap forward in performance sent a shock wave through the computer vision community, setting development of ever larger networks on a course of accelerated progress that is now reaching human levels of performance. By 2015, the error rate on the ImageNet database had fallen to 3.6 percent.[9] The deep learning network that Kaiming He and colleagues used to achieve this low rate in many ways resembles the visual cortex; it was introduced by Yann LeCun, who originally called it "Le Net."

A student in France when Geoffrey Hinton and I first met him in the 1980s, Yann LeCun (figure 9.1, right) was inspired by HAL 9000, the mission computer in the epic 1968 science fiction film *2001: A Space Odyssey*, to pursue artificial intelligence when he was nine years old. He had independently discovered a version of backpropagation for his doctoral dissertation in 1987,[10] after which he moved to Toronto, to work with Geoffrey. He later moved to AT&T Bell Laboratories in Holmdel, New Jersey, where he trained a network that could read handwritten zip codes on letters, using the Modified National Institute of Standards and Technology (MNIST)



**Figure 9.1**
Geoffrey Hinton and Yann LeCun have mastered deep learning. This photo was taken at a meeting of the Neural Computation and Adaptive Perception Program of the Canadian Institute for Advanced Research around 2000, a program that was an incubator for what became the field of deep learning. Courtesy of Geoffrey Hinton.

**Exhibit 37**
**-54-**

database, a labeled data benchmark. Millions of letters each day have to
be routed to mailboxes; today this is fully automated. The same technol-
ogy also made it possible to read automatically the amount on your bank
check at ATM machines. Interestingly, the hardest part is locating where on
the check the numbers are written since each check has a different format.
It was already apparent back in the 1980s that Yann had an extraordinary
talent for taking proofs of principle (something academics are good at) and
making them work in the real world. This requires the products to be battle
tested and robust.

**Convolutional Neural Networks**

When Yann LeCun moved to New York University in 2003, he continued
to evolve his vision network, which is now known as the "ConvNet" (figure
9.2). The fundamental building block of the network is based on convolu-
tion, which can be thought of as a small sliding filter that is passed over the
image, creating a layer of features across the image. For example, the filter
could be an oriented edge detector such as those introduced in chapter
5, which has a large output only when the window is over an edge of an
object in an image in the correct orientation or texture with that orienta-
tion within an object. Although the window on the first layer is only a
small patch of the image, since there can be many filters, many features
can be represented in every patch. The filters in the first layer that is con-
volved with the image are similar to what David Hubel and Torsten Wiesel
called "simple cells" in the primary visual cortex (figure 9.3).[11] The filters in
higher layers respond to even more complex features.[12]

   In early versions of ConvNet, the output of each filter was passed through
a nonlinearity, called a "sigmoid function," that smoothly increased from
0 to 1, suppressing the output of weakly activated units (see the sigmoid
function in box 7.2). The window in the second layer that received inputs
from the first layer covered a larger region of the visual field, so that after
several more layers, there were units that received inputs from the entire
image. This top layer was analogous to the top of the visual hierarchy,
which in primates is called the "inferotemporal cortex" and has receptive
fields that cover most of the visual field. The top layer was then fed into a
classification layer, connected all-to-all, which was used to train the entire
network to classify an object in the image using backprop.

   Many incremental improvements were made to ConvNet over the years.
An important addition was to aggregate each feature over a region, called
"pooling." This provides a measure of translation invariance and is similar

**Exhibit 37**
**-55-**

Convolutional Learning                                                     131



**Figure 9.2**

Visual cortex compared with a convolutional network for object recognition in images. (Top) (a, b) Hierarchy of layers in the visual cortex starting with inputs to primary visual cortex (V1) from the retina and thalamus (RGC, LGN) to the inferior temporal cortex (PIT, CIT, AIT) showing a correspondence between cortical areas and the layers of convolutional network. (Bottom) (c) Inputs from the image on the left project to the first convolutional layer, which consists of several feature planes, each representing a filter like the oriented simple cells found in the visual cortex. The filters are thresholded and pooled across the first layer and normalized to produce invariant responses across the patch similar to the complex cells in the visual cortex (box: Operations in linear-nonlinear layer). This operation is repeated on each convolutional layer of the network. The output layer has all-to-all connectivity with inputs from last convolutional layer. From Yamins and DiCarlo, "Using Goal-Driven Deep Learning Models to Understand Sensory Cortex," figure 1.

to the complex cells discovered by Hubel and Wiesel in the primary visual cortex, which respond to lines with the same orientation throughout a patch of the visual field. Another useful operation was gain normalization, which adjusts the amplification of the inputs so that each unit is working within its operating range, something that is implemented in the cortex by feedback inhibition. The sigmoid output function also was replaced by rectified linear units (ReLUs), which have zero output up to a sharp threshold and increase linearly above threshold. This has the advantage that units

**Exhibit 37**
**-56-**



**Figure 9.3**
Filters from the first layer of a convolutional network. Each filter is localized to a patch in the visual field. The preferred stimuli of the filters in the top three rows are oriented like simple cells in the visual cortex. The preferred stimuli on the second layer shown in the bottom three rows are more extended and have complex shapes. From Krizhevsky, Sutskever, and Hinton, "ImageNet Classification with Deep Convolutional Neural Networks," figure 3.

below threshold are effectively cut out of the network, which is closer to how the threshold of a real neuron works.

Each of the changes to ConvNet had a computational justification that improved the performance of the network in ways that an engineer could understand, but with these changes, it came to resemble more and more closely what we knew about the architecture of the visual cortex in the 1960s, even though at the time we could only guess what the functions of simple and complex cells were, or what the distributed representations at the top of the hierarchy were meant to accomplish. This illustrates the potential for fruitful symbiotic relationships between biology and deep learning.

**Deep Learning Meets the Visual Hierarchy**

A philosopher of the mind, Patricia Churchland specializes in neurophilosophy at UC, San Diego.[13] That knowledge ultimately depends on how the brain represents knowledge clearly has not stopped philosophers from thinking about knowledge as, in the words of Immanuel Kant, a "Ding an sich" (thing in itself), something independent of the world. But, just as clearly, grounded knowledge is essential if we (among other animals) are to survive in the real world. Motivated by the remarkable similarity in the patterns of activity among the hidden units of a trained multilayer

**Exhibit 37**
**-57-**

neural network and those recorded from populations of biological neurons recorded one at a time, Patricia and I wrote *The Computational Brain* in 1992 to develop a conceptual framework for neuroscience based on large populations of neurons.[14] (Now in its second edition, our book is a good primer if you want to learn more about brain-style computing.) James DiCarlo at MIT recently compared the responses of neurons at different levels of the visual cortex hierarchy of monkeys trained to recognize images of objects with the responses of units in a deep learning neural network that could recognize the same images (figure 9.2).[15] He concluded that the statistical properties of the neurons in each layer of the deep learning network matched quite closely those of neurons in the cortical hierarchy.

The similarity between the performances of units in a deep learning network and those of neurons in the monkey's visual cortex is a puzzle, especially because the monkey's brain is unlikely to be using backprop for learning. Backprop requires the feedback of detailed error signals to each neuron in each layer of a neural network with much greater precision than that found in known feedback connections of biological neurons. But other learning algorithms are more biologically plausible, such as the Boltzmann machine learning algorithm, which uses Hebbian synaptic plasticity that has been found in the cortex. This raises an interesting question of whether there is a mathematical theory of deep learning that applies to a large class of learning algorithms including those in the cortex. In chapter 7, I alluded to the disentangling of classification surfaces in the upper layers of the visual hierarchy, where the decision surfaces are flatter than those in lower layers. A geometric analysis of the decision surface may lead to a deeper mathematical understanding of both deep learning networks and the brain.

One of the advantages of a deep learning neural network is that we can "record" from every unit in the network and follow the flow of information as it is transformed from layer to layer. Strategies for the analysis of such a network could then be applied to analyzing neurons in the brain. One of the wonderful things about a technology that works is that there usually is both a good explanation behind the technology and a strong incentive to figure that explanation out. The first steam engines were built by engineers following their intuitions; the theory of thermodynamics that explained how the engines worked came later, along with improvements in their efficiency. The analysis of deep learning networks by physicists and mathematicians is well under way.

**Exhibit 37**
**-58-**

**Working Memory and Persistence of Activity**

Neuroscience has come a long way since the 1960s, and much can be gained from our current knowledge of the brain. In 1990, Patricia Goldman-Rakic taught a monkey to remember a location that was briefly cued with a light and to make an eye movement to the remembered location after a delay period.[16] Recording from the monkey prefrontal cortex, she reported that some neurons that initially responded to the cue maintained their activity during the delay period. Psychologists call this "working memory" in humans, which is how we can keep $7 \pm 2$ items in mind while we are in the middle of performing a task, like dialing a phone number.

The traditional feedforward network propagates inputs up the network, one layer at a time. Incorporating working memory would make it possible for a later input to interact with the trace left behind from a previous input to the network. For example, when translating a French sentence into English, the first French word into the network influences the order of subsequent English words. The simplest way to implement working memory in a network is to add recurrent connections, which are common in the human cortex. Recurrent connections in neural networks within a layer and feedback connections to previous layers allow temporal sequences of inputs to be temporally integrated. Such networks were explored in the 1980s and are used extensively in speech recognition.[17] In practice, this works well for short-range dependencies, but poorly when the gap between inputs is large since the influence of an input tends to decay with time.

In 1997, Sepp Hochreiter and Jürgen Schmidhuber found a way to overcome the decay problem, which they called "long short-term memory" (LSTM).[18] LSTM passes the activity into the future without decay as a default, which is what happens during the delay period in the monkey prefrontal cortex, and it also has a complex scheme for deciding how to integrate the new incoming information with the old information. As a consequence, long-range dependencies are preserved selectively. This version of working memory in neural networks lay dormant for twenty years until it was awakened and implemented in deep learning networks, where it has been spectacularly successful in many domains that depend on learning sequences of inputs and outputs, such as movies, music, movements, and language.

Schmidhuber is a codirector of the Dalle Molle Institute for Artificial Intelligence Research in Manno, a tiny town located in the Ticino district

**Exhibit 37**
**-59-**

of southern Switzerland, near some of the best hikes in the Alps.[19] This creative and idiosyncratic Rodney Dangerfield of neural networks is convinced he doesn't get enough credit for his creativity. Thus, at a panel discussion at the 2015 NIPS Conference in Montreal, he introduced himself from the audience as "You again, Schmidhuber," and, at the 2016 NIPS Conference in Barcelona, he harassed a tutorial speaker for five minutes for not paying enough attention to his ideas.

In 2015, Kelvin Xu and colleagues coupled a deep learning network for identifying objects in images with a long short-term memory recurrent network to caption pictures. Using a first pass from a deep learning network that identified all the objects in the scene as input, they trained the recurrent LSTM network to output a string of English words that described the scene in a caption (figure 9.4). And they also trained the LSTM network to identify the location in the image corresponding to each word in the caption.[20] What makes this application impressive is that the long short-term memory network was never trained to understand the meaning of the sentence in the caption, only to output a syntactically correct string of words based on the objects and their locations in the image. Together with the earlier NETtalk example in chapter 8, this is more evidence that neural networks seem to have an affinity for language for reasons we do not yet understand. Perhaps a new theory of language will emerge from analyzing LSTM networks that will illuminate both how the networks work and the nature of natural language.

## Generative Adversarial Networks

In chapter 7, the Boltzmann machine was presented as a generative model that can produce new input samples when the output is clamped to a category that it has been trained to recognize and the activity patterns percolate down to the input layer. Ian Goodfellow, Yoshua Bengio and their colleagues at the University of Montreal showed that it was possible to train feedforward networks to generate even better samples in an adversarial context.[21] A generative convolutional network can be trained to produce good image samples by trying to fool another convolutional network that has to decide whether an input is a real image or a fake one. The output of the generative network is given as input to a discriminative convolutional network that is trained to give a single output: 1 if the input is a real image, and 0 if it is a fake image. These two networks compete against each other. The generative network tries to increase the error

**Exhibit 37**
**-60-**



**Figure 9.4**

Picture captioning with deep learning. The upper panel illustrates the procedure that analyzes the photo. The ConvNet (CNN) in the first step labels the objects in the photo and passes this on to the recurrent neural network (RNN). The RNN was trained to output an appropriate string of English words. The bottom four panels illustrate a further refinement that uses attention (white cloud) to indicate the referent of the word in the photo. Top: From M. I. Jordan and T. M. Mitchell, "Machine Learning: Trends, Perspectives, and Prospects," *Science* 349, no. 6245 (2015): 255–260, figure 2. Courtesy of Tom Mitchell. Bottom: From Xu et al., "Show, Attend and Tell," 2015, rev. 2016, figures 1 and 3, https://arxiv.org/pdf/1502.03044.pdf. Courtesy of Kelvin Xu.

**Exhibit 37**
**-61-**

rate of the discriminative network, which is trying to reduce its error rate. The tension between these two goals produces astonishing photorealistic images (figure 9.5).[22]

Keep in mind that these generated images are synthetic and the objects in them never existed. They are generalized versions of the unlabeled images in the training set. Note that generative adversarial networks are unsupervised, which makes it possible for them to use unlimited data. There are many other applications for these networks ranging from cleaning up noise in astronomical images of galaxies with superresolution[23] to learning representations of emotional speech.[24]

By slowly changing the input vector of the generative network, it is possible to gradually shift the image, so that parts and pieces, like windows, gradually appear or morph into other objects, like cabinets.[25] Even more remarkably, it is possible to add and subtract vectors representing the state of the network to obtain mixtures of objects in the image, as illustrated in figure 9.6. The implication of these experiments is that the representations of images in the generative network represent rooms much the way we would describe the parts of scenes. This technology is advancing rapidly, and its next frontier is to generate realistic movies. By training a recurrent generative adversarial network against movies of an actor like Marilyn Monroe, it should be possible to create new performances of actors no longer alive.

It is fashion week in Milan and models with otherworldly expressions are on the runways with striking struts (figure 9.7). Something is stirring in the fashion world: "'Many jobs are vanishing,' Silvia Venturini Fendi said before her show: 'Androids will take the old jobs, but the only thing that they can't replace is our creativity and our minds.'"[26] Now imagine generative adversarial networks that have been trained to generate new styles and haute couture with almost endless variety. The world of fashion may be on the brink of a new era, along with many other businesses that depend on creativity.

## It's All about Scaling

Most of the current learning algorithms were discovered more than twenty-five years ago, so why did it take so long for them to have an impact on the real world? With the computers and labeled data that were available to researchers in the 1980s, it was only possible to demonstrate proof of principle on toy problems. Despite some promising results, we did not know how well network learning and performance would scale as

**Exhibit 37**
**-62-**

138                                                                      Chapter 9





redshank                    ant                    monastery

volcano

**Exhibit 37**
**-63-**

**Figure 9.5**

Generative adversarial networks (GANs). The top panel illustrates a convolutional network used to generate a sample of images trained to fool the discriminative convolutional network. The input on the left are 100-dimensional continuously valued vectors that are chosen randomly to generate different images; the input vector then activates layers of filters with a larger and larger spatial scale. The lower panels display sample images produced by training a GAN on photos from single categories. Top: From A. Radford, L. Metz, and S. Chintala, "Unsupervised Representation Learning with Deep Convolutional Generative Adversarial Networks," figure 1, arXiv:1511.06434, https://arxiv.org/pdf/1511.06434.pdf. Courtesy of Soumith Chintala. Bottom: From A. Nguyen, J. Yosinski, Y. Bengio, A. Dosovitskiy, and J. Clune, "Plug & Play Generative Networks: Conditional Iterative Generation of Images in Latent Space," figure 1, https://arxiv.org/pdf/1612.00005.pdf. Courtesy of Ahn Nguyen.



**Figure 9.6**

Vector arithmetic in generative adversarial networks. Mixtures of inputs to a generative network trained on faces produced the outputs on the left, which were then used to create the blends on the right by adding and subtracting the chosen input vectors. Because the blends are done at the highest representational level, parts and poses are seamlessly combined, rather than averaged as occurs in morphing. Adapted from A. Radford, L. Metz, and S. Chintala, "Unsupervised Representation Learning with Deep Convolutional Generative Adversarial Networks," figure 7, arXiv:1511.06434, https://arxiv.org/pdf/1511.06434/.

**Exhibit 37**
**-64-**



**Figure 9.7**
Spring/summer 2018 men's wear show for Giorgio Armani, in Milan.

the number of units and connections increased to match the complexity of real-world problems. Most algorithms in AI scale badly and never went beyond solving toy problems. We now know that neural network learning scales well and that performance continues to increase with the size of the network and the number of layers. Backprop, in particular, scales extremely well.

Should we be surprised? The cerebral cortex is a mammalian invention that mushroomed in primates and especially in humans. And as it expanded, more capacity became available and more layers were added in association areas for higher-order representations. There are few complex systems that scale this well. The Internet is one of the few engineered systems whose size has also been scaled up by a million times. The Internet evolved once the protocols were established for communicating packets, much like the genetic code for DNA made it possible for cells to evolve.

Training many deep learning networks with the same set of data results in a large number of different networks that have roughly the same average level of performance. What we would like to know is what all these equally good networks have in common, but analyzing a single network will not reveal this. Another approach to understanding the principles behind deep learning is to further explore the space of learning algorithms; we have

**Exhibit 37**
**-65-**

only sampled a few locations in the space of all learning algorithms. What could emerge from a much broader exploration is a computational theory of learning as profound as theories in other areas of science,[27] one that could shed much welcome light on the learning algorithms discovered by nature.

Yoshua Bengio[28] (figure 9.8) at the University of Montreal and Yann LeCun succeeded Geoffrey Hinton as the directors of CIFAR's Neural Computation and Adaptive Perception (NCAP) Program when it passed its ten-year review and was renamed "Learning in Machines and Brains." Yoshua led a team at the University of Montreal that applied deep learning to natural language, which will be a new focus for the Learning in Machines and Brains program. In meetings over ten years, this small group of around two dozen faculty and fellows gave birth to deep learning. The substantial progress in the last five years in the application of deep learning to many problems that had previously been intractable can be traced to them, but of course they are a small part of a much larger community (one that will be explored in chapter 11).

Even though deep learning networks have proven themselves in many applications, they would never survive on their own in the real world.[29]



**Figure 9.8**
Yoshua Bengio is the codirector of the CIFAR Learning in Machines and Brains Program. A French-born Canadian computer scientist, Yoshua has been a leader in applying deep learning to problems in natural language. Advances made by Geoffrey Hinton, Yann LeCun, and Yoshua Bengio were seminal for the successes of deep learning. Courtesy of Yoshua Bengio.

**Exhibit 37**
**-66-**

142                                                    Chapter 9

They are coddled by researchers who feed them data, who tweak their hyperparameters like learning rate, number of layers, and number of units in each layer to improve convergence, and who provide them with vast computing resources. On the other hand, neither would the cerebral cortex survive in the real world without the rest of the brain and body to provide support and autonomy, which, in an uncertain world, is a much more difficult problem than pattern recognition. Chapter 10 will introduce an ancient learning algorithm that that helped us survive in nature by motivating us to seek rewarding experiences.

**Exhibit 37**
**-67-**