EXHIBIT 38

# DEEP DIVE INTO DIFFERENT TYPES OF CONVOLUTIONS FOR DEEP LEARNING

DEFORMABLE CONVOLUTION

DATA REPRESENTATION

CONVOLUTION ARITHMETIC

RECEPTIVE FIELD CALCULATION

GROUPED CONVOLUTION

DILATED CONVOLUTION

3D CONVOLUTION

TRANSPOSED CONVOLUTION

SPATIALLY SEPARABLE CONVOLUTION

DEPTHWISE SEPARABLE CONVOLUTION

## AMIR HOSSEIN KARAMI
### (SENIOR DEEP LEARNING RESEARCH SCIENTIST)

Exhibit 38
-68-

# Deep Dive into Different Types of Convolutions for Deep Learning

Amir Hossein Karami

This book is for sale at http://leanpub.com/convolutions-for-deep-learning

This version was published on 2019-12-01



This is a Leanpub book. Leanpub empowers authors and publishers with the Lean Publishing process. Lean Publishing is the act of publishing an in-progress ebook using lightweight tools and many iterations to get reader feedback, pivot until you have the right book and build traction once you do.

© 2019 Amir Hossein Karami

**Exhibit 38**
**-69-**

# Contents

**Preface** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1**

**Chapter 1: Data Representation** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3**
    1.1 Scalar (0D tensor) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    1.2 Vector (1D tensor) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    1.3 Matrix (2D tensor) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    1.4 3D tensor and tensor of higher dimensions . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    1.5 The concept of data batches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    1.6 Real-world examples of data tensors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    1.7 Vector data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    1.8 Time series data or sequence data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    1.9 Image data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    1.10 Video data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    1.11 Audio data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

**Chapter 2: Convolution and Cross-Correlation** . . . . . . . . . . . . . . . . . . . . . . . . . . . **13**

**Chapter 3: Convolution on One-dimensional Images** . . . . . . . . . . . . . . . . . . . . . . . **16**

**Chapter 4: Convolution on Multi-dimensional Data** . . . . . . . . . . . . . . . . . . . . . . . **20**

**Chapter 5: 2D Convolution Arithmetic** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30**

**Chapter 6: 3D Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **40**

**Chapter 7: 3D Convolution Arithmetic** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **47**

**Chapter 8: 1D Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **55**

**Chapter 9: 1D Convolution Arithmetic** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **58**

**Chapter 10: 1 × 1 Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **65**

**Chapter 11: Transposed Convolution (Deconvolution)** . . . . . . . . . . . . . . . . . . . . . . **68**
    11.1 Transposed convolution arithmetic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
    11.2 Checkerboard artifacts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

**Exhibit 38**
**-70-**

CONTENTS

**Chapter 12: Dilated Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **85**
    12.1 Gridding artifacts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
    12.2 Dilated convolution arithmetic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90

**Chapter 13: Receptive Field** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **92**

**Chapter 14: Separable Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **98**
    14.1 Spatially separable convolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
    14.2 Depthwise separable convolution . . . . . . . . . . . . . . . . . . . . . . . . . . 101
    14.3 Pseudo-3D convolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

**Chapter 15: Grouped Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **112**
    15.1 Shuffled grouped convolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116
    15.2 Pointwise grouped convolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118

**Chapter 16: Deformable Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . **119**

**Chapter 17: Representation Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . **124**

**Exhibit 38**
**-71-**

# Chapter 2: Convolution and Cross-Correlation

Convolution is a widely used method and operator in the fields of *Signal Processing*, *Image Processing*, and other engineering sciences. It can also be said that this operator is the main constituent of the *Convolutional Neural Networks (CNNs)*. But it is worthy of note that in deep learning, convolution has almost the same concept like cross-correlation in signal processing (there is a very small difference between these two operators, that will be discussed later). In the topic of signal processing, convolution is defined as follows:

$$(f * g)(t) = \int_{-\infty}^{\infty} f(\tau)g(t - \tau)d\tau \qquad (2.1)$$

In other words, the convolution is defined as the integral (area under the graph) of the product of the two functions (*e.g.*, $f$ and $g$) after one is reversed and shifted. Figure 2.1 shows a representation of the convolution operator of two hypothetical functions.



Figure 2.1 A demonstration of the convolution of two hypothetical (signal) functions (first see the left-hand images from top to bottom, and then the right-hand column images)

**Exhibit 38**
**-72-**

In Figure 2.1, the function $g$ that plays the *filter* role is convolved to the main function (*i.e.*, $f$). In the convolution operation of Figure 2.1, the function $g$ is first reversed (*i.e.*, reflected) about the vertical axis, and then slides (moves) along the horizontal axis. The area under the intersection graph (*i.e.*, the produced graph of the product of the two functions ($f$ and the reversed version of $g$)), constitutes the amount of convolution at each point in the graph.

On the other hand, the cross-correlation operator is the sliding of one function over the other by the dot product (the inner product) of those two functions. This is also known as a *sliding dot product* or *sliding inner-product*. The cross-correlation is similar in nature to the convolution of two functions. However, the filter (*i.e.*, the function $g$ in the above notation) is not reversed in cross-correlation as opposed to convolution, and the filter slides over the main function in its primary form. Figure 2.2 illustrates the difference between convolution and cross-correlation in signal processing topics.



Figure 2.2 Demonstration of the difference between convolution and cross-correlation in signal processing topics

The convolution operator filters used in deep learning topics (especially in designing convolutional neural networks) are not reversed. In other words, when it comes to deep learning topics, by talking about the convolution operator we mean the cross-correlation operator. In fact, the convolution operator in this field acts as an element-wise multiplication and addition (*i.e.*, adding the multiplications' values). Therefore, the use of the term convolution rather than cross-correlation in deep learning topics is a common occurrence in texts and articles that the reader should be careful about it. Of course, as the weights of the filters are acquired and learned in the network training process, it makes no difference whether the weights of the function $g$ will be learned or reversed of $g$. Because, in fact, once the values of these weights have been obtained, we can easily imagine (or contract with a new denomination) that, by the actual definition of the convolution, these values correspond to

**Exhibit 38**
**-73-**

the reversed form of the function (filter) $g$. Therefore, the fact that the filters are not reversed in the convolutional neural networks, and yet we call this operation, convolution, is not a big mistake. The goal of the convolution operator is to extract appropriate features and representations from the raw input data. In different areas of data processing, such as image processing, there are vast choices of shape, size, and filter values for the convolution operator. Each of these filters can detect a particular image feature such as horizontal, vertical or diagonal edges. Similarly, in convolutional neural networks, various features are detected by various filters that in the training process, their weights are accurately determined. Then all of these extracted features (as detected by the different filters) are combined in some way to form the final network output. In the following chapters I will first explain how the convolution operator is applied on images with one channel data, and then explain how to apply on other types of data.

**Exhibit 38**
**-74-**

# Chapter 3: Convolution on One-dimensional Images

As mentioned in the previous chapter, in deep learning topics, convolution is the element-wise multiplication and the sum of their multiplications. Suppose we have an image with binary values and 5 × 5 dimension. We also have a 3 × 3 filter with a value for *Bias*. So the convolution operation in this example will be as the following figures.



Figure 3.1 Demonstration of the input image (input data) with the specified filter and bias



Figure 3.2 Convolution operation (first step)

**Exhibit 38**
**-75-**



Figure 3.3 Convolution operation (second to fifth steps)

Figure 3.4 Convolution operation (sixth to ninth steps)

Exhibit 38
-76-



Figure 3.5 Another demonstration of how to apply a convolution operation on a one-dimensional image

As you can see in Figure 3.1, a filter is made up of a set of values, called *weights*, along with a side value called *bias* (in the mentioned example, the bias value is set to zero and could be any other float/integer number). You will see that each filter can consist of a set of weight matrices and bias values, which each set (*i.e.*, a weight matrix along with a bias value) called a *kernel*. I will explain the slight difference between the term *filter* and *kernel* later; only here it is good to know that a filter can consist of a set of kernels. Generally, to perform the convolution, the filter moves from left to right on the input tensor, and after reaching the end of the input tensor (*i.e.*, when it reaches the most right element of the input tensor), it moves downwards with the same direction. That is, the kernel (or filter) moves on the input data from left to right and from top to bottom.

In Figure 3.2 the first step of the convolution operation is applied on the input tensor (in this example, a one-dimensional image with binary values). The way the calculations are done is that each of the kernel weights is multiplied by the values corresponding to the input tensor, and then all of these values are added together. Finally, the obtained result is summed by the corresponding bias value of the kernel (which in our example was zero). The result of this operation in Figure 3.2 forms the first element of the convolution output tensor. Also in Figure 3.5 a demonstration of how the above calculations are done, is also provided. Note that since we had set the bias value to zero in this example, the final value in Figure 3.5 is no longer added to the bias value. But suppose if we had a bias value equal to 2, then the value of the corresponding element would be equal to 6 (*i.e.*, 4 + 2). The same procedure is done by sliding the filter through the input tensor as you see in Figure 3.3 and Figure 3.4 to obtain the output of the convolution operation. It should be noted that, for brevity, in Figure 3.3 and Figure 3.4 the bias value is no longer displayed (however, it must be noted that the bias value will always be added to the final output of the element-wise multiplication of the kernel to the input tensor).

The output tensor of the convolution operation is called the *Feature Map* or the *Activation Map* or the *Convolved Feature*. As you can see in the above example, the feature map or the output tensor of the convolution operation was obtained as a 3 × 3 matrix, with respect to the shape (dimensions) of the input tensor and the shape of the designated filter. That is, in this example, the dimensions of the input tensor are reduced by applying this operation, which will not always be the case. Another point to note is that the values corresponding to the kernel weights in this example were predetermined, but in the convolutional neural networks (CNNs) all the values corresponding to these weights

**Exhibit 38**
**-77-**

Chapter 3: Convolution on One-dimensional Images                                              19

and biases will be learned automatically according to the optimization procedure (*i.e.*, while the network is training). Finally, the set of determined weights (*i.e.*, learned weights) will provide a large number of appropriate filters (in different layers of the network), each of which will be able to detect appropriate features and representations of the input data. This demonstrates the outstanding power of deep convolutional networks in solving various machine learning problems.

**Exhibit 38**
**-78-**

# Chapter 4: Convolution on Multi-dimensional Data

In many applications we deal with multi-dimensional data. A simple example of multi-dimensional data is color images, which, as I have mentioned earlier, consist of 3 color channels. Information on the matrices of each image color channel expresses certain aspects and characteristics of the input image. Figure 4.1 shows a representation of the different color channels of a color image (multi-channel image).



Figure 4.1 A demonstration of different color channels of a color image

Another very important example of multi-dimensional data is the information on the layers that forms the convolutional neural networks (CNNs). Sometimes a layer in a convolutional neural network consists of several hundred channels (*i.e.*, a tensor or a matrix). Each channel represents specific aspects and features of the previous layer's information. This means that just as we can apply the convolution operation to an image (or input data), we can simply apply the same operation repeatedly and in tandem with the tensors of the different layers of the convolutional neural networks. Thus it is possible to apply the convolution operation to a set of activation maps of different layers of a convolutional neural network. The only question that arises here is how the convolution is applied on the multi-dimensional data, and how this changes the dimensions of their input tensors (especially the depth of them)? In addition, if we want to use the convolution operation between two different layers of a CNN model, how can we, for example, convert one layer with depth $n$ to another layer with depth $m$? Before answering these questions, we must first explain some special terms in more detail.

The terms that need to be explained more precisely here are as follows: ***Layer***, ***Channel***, ***Feature Map***, ***Filter***, and ***Kernel***. If we take a hierarchical point of view from top to bottom into the structure of deep neural networks, then the concepts of *layer* and *filter* fall into the same level, and at the lower level, there are two concepts of the *channel* and the *kernel*. It can be almost said that channel and feature map are the same concept. In other words, a layer can consist of multiple channels (or feature maps). For example, the input layer consists of 3 channels when the input data is of the RGB color image type. The *channel* term is mostly used to describe the structure of layers, and is sometimes used specifically to describe the structure of input data (*i.e.*, the first network layer). Similarly, the term *kernel* is used to describe the structure of a filter. As mentioned earlier, usually the output of

**Exhibit 38**
**-79-**

the convolution operation is also called *feature map*.

The difference between the two terms *filter* and *kernel* needs more precision. Sometimes these terms may be used interchangeably in scholarly articles and scientific literature of this field. Of course this is wrong in some cases, and the reader should pay attention. According to a meticulous point of view, the two terms have a small difference. A kernel consists solely of a two-dimensional array (or a matrix) of weights. However, a filter has a 3D structure. That is, a filter consists of a set of kernels stacked together with a bias value. Since we said that a kernel is a matrix and a filter is a set of kernels in tandem, so it is quite obvious that the filter structure must be a three-dimensional tensor. Only in the special case where a filter consists of only one kernel, sometimes referred to as a *2D filter*, will the filter and kernel become identical. In this situation, these two terms can then be used interchangeably (of course, because of the bias associated with the filter, even in this case it is better not to use the two terms interchangeably). However, in the general case, for example, for 3D filters and other filters that are widely used in the convolution operation, a filter consists of a set of kernels, and each kernel is applied separately only to one of the network input data channels or one of the previous layer's feature map channels. In fact, each kernel (once its weights are trained) somehow has the ability to extract a particular feature of the input data. Figure 4.2 presents a schematic representation of the above description. The purpose of showing this figure is to say, again, a layer consists of a set of channels, and a filter also consists of a set of kernels. That is, in Figure 4.2 the expressions in parentheses are related to each other, and the expressions that are not in parentheses are also related to each other. Also in the hierarchical and top-down viewpoint, the layers and filters are at a higher level than the channel and kernel.



**Figure 4.2 Schematic representation of layer, filter, channel and kernel concepts in deep neural networks**

Now, with the above explanation, we can explain how the convolution operator is applied on multi-

**Exhibit 38**
-80-

dimensional data (*i.e.*, *multi-channel convolution*). Note that here, it is assumed that the input data consists of several channels and the filter also consists of several kernels. Each kernel performs the convolution operation individually on one of the input data channels as described in the previous chapter. It is worth noting that the input data may be the output of the previous network layer. The output from applying each kernel to an input channel will be an output channel. So far, we have seen a *kernel-wise process*. We repeat this operation for other filter kernels to produce a set of output channels. Each kernel applies to only one channel individually, and a single channel is convoluted by only one kernel. That is, the kernels are applied separately to the input data channels in sequence. Then the elements in each of the output channels are aggregated correspondingly together and the obtained result is added with the corresponding bias value of the filter to produce an output channel as a result of the convolution.

To illustrate the multi-channel convolution, I will provide an example. Figure 4.3 and Figure 4.4 illustrate the steps of this operation on a multi-dimensional (multi-channel) data. In this example, the input layer is a tensor of shape (3, 5, 5) (that is, a 3 × 5 × 5 matrix; or you can imagine, for example, a 5 × 5 RGB color image). The filter is also a 3 × 3 × 3 tensor, with a value for bias. In the first step, each of the kernels associated with the filter is individually applied on one of the input data channels. The result of this step is the three output channels with 3 × 3 dimensions (the second step of Figure 4.3). Note that the channels of the input data are shown separately in Figure 4.3, and for the sake of brevity, I have refused to fully display the kernel-based convolution operations. The elements in each of the output channels are then summed up correspondingly, and the final value will be added to the bias value. After performing this operation, as you can see in Figure 4.4, the final output of the convolution operation, which is a tensor of 1 × 3 × 3, is obtained. As mentioned before, this obtained tensor (which in this example consists of only one channel) is also called feature map or activation map.



Figure 4.3 A demonstration of performing convolution operation on multi-dimensional data (first and second steps)

**Exhibit 38**
**-81-**



**Figure 4.4 A demonstration of performing convolution operation on multi-dimensional data (third step)**

In addition to the above explanation on how to perform the multi-channel convolution, we can explain this operation in another way. In Figure 4.3, we separated the input data channels and the kernels in order to better understand the reader, and display them separately. While we can visualize and display these channels and the associated kernels with a filter together (*i.e.*, integrated visualization). Therefore, we can imagine the convolution operation as sliding a filter with a three-dimensional matrix structure through the multi-channel input data. It must be noted that always in the convolution operation, the number of input layer channels (or input data) is equal to the number of filter kernels. In other words, the number of filter channels and input data channels is always the same in the convolution operation.

 ## Note:

Always in the convolution operation, the number of input layer channels (or input data) is equal to the number of the kernels associated with the filter (input channel number = kernel number). In other words, the number of filter channels and input data channels is always the same in the convolution operation.

Since the depth[2] of the input layer and the filter is the same, so the three-dimensional filter can only move in two directions (height and width) on the input layer. Therefore, it is worth noting that the mentioned convolution operation is also called *2D Convolution* (*Conv2D*). Although its filter structure is actually a three-dimensional tensor, since it can only move on the input data in two directions, it is called two-dimensional convolution. In any case, as mentioned earlier, in two-dimensional convolution, the three-dimensional filter at each point of the input layer applies

[2]Note that the term *depth* here means the number of channels.

**Exhibit 38**
**-82-**

the element-wise multiplication and addition which results in a single number. Then by repeating this operation and moving the filter over the input layer, subsequent output values are obtained to eventually form the output tensor structure and activation map.

In order to better understand the above interpretation of two-dimensional convolution, I provide some examples and figures below. Suppose we have an input data which is an image of shape `(3, 32, 32)` or with dimension $3 \times 32 \times 32$ (the first part of Figure 4.5). We also have a filter with dimension $3 \times 5 \times 5$ (the second part of Figure 4.5). As you can see, the filter and input data depths (*i.e.*, the number of channels) are the same. In order to perform the 2D convolution operation, we have to slide the existing 3D filter through the input data and perform *dot product* or *inner product* in each part. We know that the *dot product* of two vectors a $= [a_1, a_2, ..., a_n]$ and b $= [b_1, b_2, ..., b_n]$ is defined as follows:

$$\text{a.b} = \sum_{i=1}^{n} a_i b_i = a_1 b_1 + a_2 b_2 + ... + a_n b_n \qquad (4.1)$$

And we also know that the dot product of two vectors **a** and **b** is equivalent to the matrix product of the *row vector representation* of **a** and the *column vector representation* of **b**, that is:

$$\text{a.b} = \text{ab}^{\text{T}} = \begin{bmatrix} a_1 & a_2 & \dots & a_n \end{bmatrix} \begin{bmatrix} b_1 \\ b_2 \\ \vdots \\ b_n \end{bmatrix} = a_1 b_1 + a_2 b_2 + ... + a_n b_n \qquad (4.2)$$

Now, according to the mentioned notes, for performing the two-dimensional convolution operation, it is enough to represent the set of weights associated with the filter in the form of a column vector ($w$) as well as the values for each part of the input data that is supposed to be involved in the convolution operation, as another column vector ($x$), and then calculate the dot product of these two vectors. The result of this inner product is summed by the bias value ($b$), and forms an element of the activation map's tensor. The operation is shown in Figure 4.6 (that is, according to the above explanation, $w^T.x^T + b = w^T x + b$ constitutes an element of the activation map's tensor).

**Exhibit 38**
**-83-**

Chapter 4: Convolution on Multi-dimensional Data                                    25



**Figure 4.5 A demonstration of 2D convolution (input image and filter)**



**Figure 4.6 A representation of the inner product of a filter in a portion of the input image**

By repeating the mentioned procedure, and sliding the filter through the input data (as shown in Figure 4.7, that is, from left to right and up to down), different values of other elements of the activation map's tensor will be obtained. Finally, as shown in Figure 4.8, the activation map, which is a tensor of shape `(1, 28, 28)`, in this example will be obtained.

**Exhibit 38**
**-84-**



**Figure 4.7 A demonstration of how the filter slides through the input data**



**Figure 4.8 A demonstration of the output of the 2D convolution and producing its activation map**

If we perform 2D convolution operation with another filter on the input data, a new activation map will be obtained (as you can see in Figure 4.9). In fact, this new filter is quite similar in terms of size and dimension to the previous one (the filter shown in Figure 4.8), and only the values related to weights and bias are different. Again, if we do, for example, the same procedure with six other filters of shape (3, 5, 5), then six activation maps with 28 × 28 dimensions will be obtained (as you can see in Figure 4.10). Now if we stack these six activation maps up together, a new layer of shape (6, 28, 28) will be obtained (*i.e.*, a 6 × 28 × 28 tensor). This new layer could in fact be one of the intermediate layers of the convolutional neural network (CNN model). In other words, it is a new representation of the input data obtained by the convolution operation and some various filters. Then repeatedly we can perform the convolution operation on this new layer, and generate another new layer (consisting of a set of activation maps). In fact, in today's convolutional neural networks, many times the convolution operation is performed with different filters on the intermediate layers of the network, until the network structure is formed. This ensures that a set of representations is

**Exhibit 38**
**-85-**

learned and extracted from the input data at the same time.



Figure 4.9 Perform again the 2D convolution operation with another filter



Figure 4.10 A demonstration of performing six 2D convolution operation repeatedly

Before presenting other material, I should point out a few things about 2D convolution operation. As you have noticed in the above explanations, each filter is made up of a set of weights and associated bias, which their values are obtained in the network training process. In fact, their appropriate values are obtained based on the training data set. For example, in the above example, each filter has 76 numerical parameters that must be learned in the network training process ($3 \times 5 \times 5 + 1 = 76$). In other words, 75 of its parameters are related to filter weights (*i.e.*, vector $w$), and one of them is to bias. Now, since in the above example, six filters with these dimensions were used, so in this layer altogether $6 \times 76 = 456$ parameters should be learned. Other things to keep in mind are that the shape of kernels of each filter, and the number of filters (for example, 6 in our example) are all hyperparameters, which the network designer has to determine them.

As another example, in Figure 4.11 a three-dimensional filter slides through the input data, and result of this 2D convolution is a single-channel tensor. In this example, the depth (here means the number of channels) of filter and input data is the same, and this filter will produce an output tensor with 25 elements by performing 5 transitions in the vertical direction, and 5 horizontal transitions on the

**Exhibit 38**
**-86-**

input data.



Figure 4.11 Another example of 2D convolution operation

Given the above explanation, we can now answer the question of how to convert, for example, a layer with a depth of $n$ to another layer with a depth of $m$ in convolutional neural networks. Suppose the input layer has $D_{in}$ channels (*i.e.*, its depth is $D_{in}$), and we want the output layer of the convolution operation to have $D_{out}$ channels (*i.e.*, its depth is $D_{out}$). For this purpose, what we need is $D_{out}$ filters that must be convolved on the input layer. Since the depth of each filter must be the same as the input data depth, so each filter is made up of $D_{in}$ kernels. Each filter forms a channel of the output layer by performing a convolution operation. So after we have convolved $D_{out}$ filters on the input layer, we will have $D_{out}$ channels in the output layer. By putting the output channels together, the output layer of the convolution operation, which has a depth equal to $D_{out}$, will eventually be achieved. Figure 4.12 shows a demonstration of performing of this operation.

 ## Note:

If we want to convert one layer of depth $D_{in}$ to another layer of depth $D_{out}$ by 2D convolution, we need $D_{out}$ filters with the depth of $D_{in}$ (that is, each filter must have $D_{in}$ kernels).

**Exhibit 38**
**-87-**

Chapter 4: Convolution on Multi-dimensional Data                                    29



Figure 4.12 A demonstration of how to transfer one layer with depth *m* to another layer with depth *n* by 2D convolution

**Exhibit 38**
**-88-**