1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
| Plaintiff, | **[PROPOSED] ORDER DENYING PAVEMETRCIS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT** |
| v. | |
| TETRA TECH, INC. | |
| Defendant. | Honorable Mark C. Scarsi |
| AND RELATED COUNTERCLAIMS. | |

1

1        Having considered Plaintiff and Counterclaim Defendant Pavemetrics Systems,

2    Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent No.

3    10,362,293, and Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for

4    Summary Judgment of Non-Infringement of the '293 Patent, **IT IS HEREBY**

5    **O**RDERED:

6        1. Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. alleges that

7           Pavemetrics' Laser Rail Inspection System ("LRAIL") does not infringe

8           certain claims of the '293 Patent.

9        2. Pavemetrics has failed to meet its burden of showing an absence genuine issue

10          of material fact.

11       3. Accordingly, Pavemetrics is not entitled to judgment as a matter of law and

12          its motion for Summary Judgment of Non-Infringement of U.S. Patent No.

13          10,362,293 is **DENIED.**

14

15       **IT IS SO ORDERED.**

16

17   Dated: _____

18                                    **HONORABLE MARK C. SCARSI**
     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28