Donald Ridge, Esq. (SBN: )
**CLARK HILL LLP**
South Flower Street, th Floor
Los Angeles, CA
Telephone: ( )
Facsimile: ( )
DRidge@clarkhill.com

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
Victor M. Palace (*pro hac vice*)
victor.palace@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
New York Avenue NW
Washington, D.C.

Telephone: ( )
Facsimile: ( )

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Explorer Street, Suite
Reston, Virginia
Telephone: ( )
Facsimile: ( )

*Attorneys for Defendant and Counterclaim Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. -cv- MCS-MMA<br><br>**CORRECTED DECLARATION OF AARON PARKER IN SUPPORT OF TETRA TECH'S OPPOSITION TO PAVEMETRICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT**<br><br>**Honorable Mark C. Scarsi**<br>**Date: February 28, 2022**<br>**Time: 9:00 a.m.**<br>**Courtroom: 7C** |

I, Aaron Parker, hereby declare as follows:

1. I am an attorney at law admitted to practice in the Commonwealth of Virginia and the District of Columbia and before the United States Court of Appeals for the Federal Circuit and United States Court of Appeals for the Fourth Circuit, among others, and I have been admitted *pro hac vice* in this matter. I am a partner of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys for Defendant and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), in the above-captioned matter. The facts stated herein are true and correct and of my personal knowledge, and if called and sworn as a witness, I could and would competently testify thereto under oath.

2. I make this declaration in support of Tetra Tech's Opposition to Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '293 Patent.

3. Attached as Exhibit 0 hereto is a true and correct copy of Tetra Tech's Third Supplemental Infringement Contentions served on January 17, 22, including excerpts from Exhibit A to that document.

4. Attached as Exhibit 1 hereto is a true and correct copy of excerpts from Pavemetrics' source code made available for inspection in this litigation bearing Bates Nos. PAVE-SRC-0, 0, -0, -1, -17, -18, -19, -18, -19, -20, -22, -25, -18, -21, -22, -23, -26, -29, -25, -30, -31, -32, -36, and -37.

5. Attached as Exhibit 2 hereto is a true and correct copy of excerpts from the Deposition of Jean-François Hébert, taken January 7, 22, authenticating Pavemetrics' First Supplemental Objections and Responses to Tetra Tech's Third Set of Interrogatories (Nos. 5-7) and printouts of Pavemetrics' source code made available for inspection in this litigation bearing Bates Nos. PAVE-SRC-0, 0, -0, -1, -17, -18, -19, -18, -19, -20, -22, -25, -18, -21, -22, -23, -26, -29, -25, -30, -31, -32, -36, and -37.

6. Attached as Exhibit 3 hereto is a true and correct copy of excerpts from the Deposition of John Laurent, taken December 21, 22, authenticating documents

1

produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0 - PAVEMETRICS6, PAVEMETRICS0 - PAVEMETROCS0, PAVEMETRICS5 - PAVEMETRICS6, and PAVEMETRICS5 - PAVEMETRICS2.

7.     Attached as Exhibit 4 hereto is a true and correct copy of excerpts from the Deposition of Thanh Nguyen, taken January 5, 22, authenticating Adit Deshpande, *A Beginner's Guide to Understanding Convolutional Neural Networks* (0) and documents produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS3 - PAVEMETRICS5, and PAVEMETRICS1 - PAVEMETRICS2.

8.     Attached as Exhibit 5 hereto is a true and correct copy of excerpts from the Deposition of Mario Talbot, taken January 6, 22, authenticating documents produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0 - PAVEMETRICS6, PAVEMETRICS0 - PAVEMETRICS0, and PAVEMETRICS0 - PAVEMETRICS0.

9.     Attached as Exhibit 6 hereto is a true and correct copy of excerpts from the Deposition of Ali Hafiz, taken January 8, 22, authenticating documents produced by third party Advanced Infrastructure Design in this litigation bearing Bates Nos. STOPAID_0 - STOPAID_0, STOPAID_0 - STOPAID_0, and STOPAID_0 - STOPAID_0.

10.    Attached as Exhibit 7 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0 - PAVEMETRICS5 and introduced as Exhibit 27 at the December 21, 2 deposition of John Laurent.

11.    Attached as Exhibit 8 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0 - PAVEMETRICS0 and introduced as Exhibit 28 at the December 21, 2 deposition of John Laurent.

2

2. Attached as Exhibit 9 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS13 - PAVEMETRICS15 and introduced as Exhibit 8 at the January 5, 22 deposition of Thanh Nguyen.

3. Attached as Exhibit 20 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS9 - PAVEMETRICS10 and introduced as Exhibit 24 at the December 21, 22 deposition of John Laurent.

4. Attached as Exhibit 21 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS1 - PAVEMETRICS2.

5. Attached as Exhibit 22 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS10 - PAVEMETRICS12.

6. Attached as Exhibit 23 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS16 - PAVEMETRICS18.

7. Attached as Exhibit 24 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS19 - PAVEMETRICS21 and introduced as Exhibit 17 at the January 6, 22 deposition of Mario Talbot.

8. Attached as Exhibit 25 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS3 - PAVEMETRICS5 and introduced as Exhibit 10 at the January 5, 22 deposition of Thanh Nguyen.

9. Attached as Exhibit 26 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates No. PAVEMETRICS6 - PAVEMETRICS8.

3

10. Attached as Exhibit 7 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0 - PAVEMETRICS0.

11. Attached as Exhibit 8 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS15 - PAVEMETRICS12 and introduced as Exhibit 30 at the December 21 deposition of John Laurent.

12. Attached as Exhibit 9 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS6 - PAVEMETRICS7 and introduced as Exhibit 35 at the December 21 deposition of John Laurent.

13. Attached as Exhibit 10 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS15 - PAVEMETRICS17 and introduced as Exhibit 96 at the January 5 deposition of Thanh Nguyen.

14. Attached as Exhibit 11 hereto is a true and correct copy of Adit Deshpande, *A Beginner's Guide to Understanding Convolutional Neural Networks* (0), introduced as Exhibit 9 at the January 5 deposition of Thanh Nguyen.

15. Attached as Exhibit 12 hereto is a true and correct copy of a document produced by third party Advanced Infrastructure Design in this litigation bearing Bates No. STOPAID_0.

16. Attached as Exhibit 13 hereto is a true and correct copy of a document produced by third party Advanced Infrastructure Design in this litigation bearing Bates No. STOPAID_05.

17. Attached as Exhibit 14 hereto is a true and correct copy of excerpts from a document produced by third party Advanced Infrastructure Design in this litigation bearing the Bates No. STOPAID_0 - STOPAID_0 and introduced as Exhibit 42 at the January 8 deposition of Ali Hafiz.

4

8. Attached as Exhibit 5 hereto is a true and correct copy of a document produced by third party Advanced Infrastructure Design in this litigation bearing the Bates No. STOPAID_06 - STOPAID_06 and introduced as Exhibit 42 at the January 8, 22 deposition of Ali Hafiz.

9. Attached as Exhibit 6 hereto is a true and correct copy of Pavemetrics' First Supplemental Objections and Responses to Tetra Tech's Third Set of Interrogatories (Nos. 5-7) that were introduced as Exhibit 9 at the January 7, 22 deposition of Jean-François Hébert.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Washington, D.C. on January 31, 22.

By: _____
Aaron L. Parker