# EXHIBIT 11

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL