# EXHIBIT 12

DOCUMENT PROPOSED TO BE FILED UNDER SEAL