# EXHIBIT 13

DOCUMENT PROPOSED TO BE FILED UNDER SEAL