# EXHIBIT 14

DOCUMENT PROPOSED TO BE FILED UNDER SEAL