# EXHIBIT 15

DOCUMENT PROPOSED TO BE FILED UNDER SEAL