# EXHIBIT 16

DOCUMENT PROPOSED TO BE FILED UNDER SEAL