# EXHIBIT 17

DOCUMENT PROPOSED TO BE FILED UNDER SEAL