# EXHIBIT 18

DOCUMENT PROPOSED TO BE FILED UNDER SEAL