# EXHIBIT 19

DOCUMENT PROPOSED TO BE FILED UNDER SEAL