# EXHIBIT 20




John Laurent
12/21/2021
Exhibit 24
Deanna J. Dean, RDR, CR





















