# EXHIBIT 21

DOCUMENT PROPOSED TO BE FILED UNDER SEAL