# EXHIBIT 22

DOCUMENT PROPOSED TO BE FILED UNDER SEAL