# EXHIBIT 23

DOCUMENT PROPOSED TO BE FILED UNDER SEAL