# EXHIBIT 25

DOCUMENT PROPOSED TO BE FILED UNDER SEAL