# EXHIBIT 26



Exhibit 26
-292-

PAVEMETRICS0010821

# Railmetrics

## Project Approach

### Field Work
- TTCI High Tonnage Loop
- 6 Weeks of FAST operations
- Walking ground-truth surveys
- **LRAIL** scanning

### DNN Training Data Preparation
- RailTEC manual image review to build a database
- Feature identification
- Condition of interest identification

### DNN Training
- Input of training set
- DNN feature and condition identification
- Review and correction of DNN analysis
- Retraining of DNN

### Testing and Evaluating the Trained DNN
- A set of "Novel" images are presented
- DNN processes the images detects features and conditions
- DNN performance analysis

### Change Detection
- DNN processes two separate runs
- Run-to-run alignment
- Change detection algorithm detects differences between runs

Pavemetrics

RAILTEC

U.S. Department of Transportation
Federal Railroad Administration

Exhibit 26
-293-
PAVEMETRICS0010823

# Convolution Neural Network



- **We use a kind of DNN, a Convolution Neural Network (CNN or ConvNet)**
- CNNs are a special kind of multi-layer neural network that is designed to recognize visual patterns directly from pixel images with minimal preprocessing
- Normally computers "see" images as just another array of numbers
- CNNs help computers to analyze images in a way that is similar to how a human would analyze them
- You train a CNN by presenting it numerous different images of the features that you want it to be able to recognize



What We See | What Computers See

https://adeshpande3.github.io/A-Beginner%27s-Guide-To-Understanding-Convolutional-Neural-Networks/



U.S. Department of Transportation
Federal Railroad Administration



Pavemetrics

RAILTEC

Case 2:21-cv-01289-MCS-MAA Document 125-19 Filed 02/01/22 Page 4 of 9 Page ID #:5989

PAVEMETRICS0010824

Exhibit 26
-294-



Exhibit 26
-295-
PAVEMETRICS0010834





Exhibit 26
-297-

PAVEMETRICS0010836



Exhibit 26
-298-
PAVEMETRICS0010877

# Project Team Contact Information

**Railmetrics**



**Railmetrics**

John Laurent
*CTO and VP Sales & Marketing*
jlaurent@pavemetrics.com

Richard Fox-Ivey
*Principal Consultant*
rfoxivey@pavemetrics.com



**RAILTEC**
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

J. Riley Edwards, Ph.D., P.E.
*Research Sci. and Sr. Lecturer*
jedward2@Illinois.edu

Marcus S. Dersch, P.E.
*Principal Research Engineer*
mdersch2@Illinois.edu

Arthur de O. Lima
*Research Engineer* aolima@Illinois.edu

Ryan M. Harrington
*Graduate Research Assistant*
rhrrngt2@Illinois.edu

**RAILTEC**

U.S. Department of Transportation
**Federal Railroad Administration**

Exhibit 26
-299-

PAVEMETRICS0010878