# EXHIBIT 27


ASLRRA Webinars

# Innovations in Track Inspection – The Use of 3D Laser Sensing and AI to Detect Changes in Track Condition

Cam Stuart, Program Manager, Office of Research, Development, and Technology, Federal Railroad Administration
J. Riley Edwards, Ph.D., P.E., Sr. Research Scientist and Sr. Lecturer, Rail Transportation and Engineering Center – RailTEC
Richard Fox-Ivey, Principal Consultant, Rail Industry, Railmetrics

October 29, 2020

Sponsored By

Railmetrics













15
PAVEMETRICS0011033

Exhibit 27
-306-



### Innovations in Track Inspection –
### The Use of 3D Laser Sensing and AI to Detect Changes in Track Condition

**Questions, Please Contact:**

Richard Fox-Ivey, Principal Consultant
Railmetrics
rfoxivey@pavemetrics.com • +1.519.342.6305

**Webinar Feedback / Suggestions, Please Contact:**
Sabrina Waiss, Senior VP, Education & Business Services, ASLRRA
swaiss@aslrra.org • (202)585-3434

**Thanks to Our Generous Sponsor**

*Railmetrics*