# EXHIBIT 28

DOCUMENT PROPOSED TO BE FILED UNDER SEAL