# EXHIBIT 29

DOCUMENT PROPOSED TO BE FILED UNDER SEAL