# EXHIBIT 30

DOCUMENT PROPOSED TO BE FILED UNDER SEAL