# EXHIBIT 32

DOCUMENT PROPOSED TO BE FILED UNDER SEAL