# EXHIBIT 33

DOCUMENT PROPOSED TO BE FILED UNDER SEAL