# EXHIBIT 34
DOCUMENT PROPOSED TO BE FILED UNDER SEAL