# EXHIBIT 35

DOCUMENT PROPOSED TO BE FILED UNDER SEAL