# EXHIBIT 36

DOCUMENT PROPOSED TO BE FILED UNDER SEAL