# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TETRA TECH, INC.<br><br>　　　　Defendant.<br><br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 21-cv-9 MCS-MMA<br><br>**CORRECTED [PROPOSED] ORDER DENYING PAVEMETRCIS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT**<br><br>Honorable Mark C. Scarsi |

1

Having considered Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 092 and Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Summary Judgment of Non-Infringement of the 293 Patent, **IT IS HEREBY O**RDERED:

1.  Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. alleges that Pavemetrics' Laser Rail Inspection System ("LRAIL") does not infringe certain claims of the 293 Patent.

2.  Pavemetrics has failed to meet its burden of showing an absence genuine issue of material fact.

3.  Accordingly, Pavemetrics is not entitled to judgment as a matter of law and its motion for Summary Judgment of Non-Infringement of U.S. Patent No. 10,362,293 is **DENIED.**

**IT IS SO ORDERED.**

Dated: _____     _____

                                **HONORABLE MARK C. SCARSI**
                                UNITED STATES DISTRICT JUDGE