| | |
|---|---|
| Donald Ridge, Esq. (SBN: 132171) **CLARK HILL LLP** 555 South Flower Street, 24th Floor Los Angeles, CA 90071 Telephone: (213) 891-9100 Facsimile: (213) 488-1178 DRidge@clarkhill.com | |
| Aaron L. Parker (*pro hac vice*) aaron.parker@finnegan.com Daniel G. Chung (*pro hac vice*) daniel.chung@finnegan.com Nicholas A. Cerulli (*pro hac vice*) nicholas.cerulli@finnegan.com Kelly S. Horn (*pro hac vice*) kelly.horn@finnegan.com Victor M. Palace (*pro hac vice*) victor.palace@finnegan.com **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** 901 New York Avenue NW Washington, D.C. 20001-4413 | Telephone: (202) 408-4000 Facsimile: (202) 408-4400  Jency J. Mathew (*pro hac vice*) jency.mathew@finnegan.com **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** 1875 Explorer Street, Suite 800 Reston, Virginia 20190-6023 Telephone: (571) 203-2700 Facsimile: (571) 203-2777  *Attorneys for Defendant and Counterclaim Plaintiffs* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. Plaintiff, v. TETRA TECH, INC. Defendant. AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA **NOTICE OF ERRATA TO THE CORRECTED DECLARATION OF AARON PARKER IN SUPPORT OF TETRA TECH'S OPPOSITION TO PAVEMETRICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT** **Honorable Mark C. Scarsi Date: February 28, 2022 Time: 9:00 a.m. Courtroom: 7C** |

# NOTICE OF ERRATA

Pursuant to the Court's Order (ECF 127), and in accordance with the Notice to Filer of Deficiencies in Electronically Filed Documents (ECF 126) identifying a "scanning issue on title page creating illegible attorney information and illegible case number as well as illegible text throughout the filing," Tetra Tech respectfully submits this errata to the Corrected Declaration of Aaron Parker in Support of Tetra Tech's Opposition to Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '293 Patent, which was filed on February 1, 2022 (ECF 125-2). Tetra Tech concurrently submits, as Exhibit A to this Notice of Errata, the Corrected Declaration of Aaron Parker in Support of Tetra Tech's Opposition to Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '293 Patent.

Dated: February 3, 2022

**CLARK HILL LLP**

By: _____
Donald L. Ridge

Aaron L. Parker (*pro hac vice*)
Daniel G. Chung (*pro hac vice*)
Nicholas A. Cerulli (*pro hac vice*)
Kelly S. Horn (*pro hac vice*)
Victor M. Palace (*pro hac vice*)

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

*Attorneys for Defendant and Counterclaim Plaintiffs*
TETRA TECH, INC. AND TETRA TECH TAS INC.

1