Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

CLARK HILL LLP
Donald Ridge, Esq. (SBN: 132171)
1055 West Seventh Street, Ste. 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Aaron L. Parker (*Pro Hac Vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*Pro Hac Vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*Pro Hac Vice*)
kelly.horn@finnegan.com
Victor M. Palace (*Pro Hac Vice*)
victor.palace@finnegan.com
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jency J. Mathew (*Pro Hac Vice*)
jency.mathew@finnegan.com
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **JOINT STIPULATION EXTENDING DATE FOR INITIAL EXPERT DISCLOSURES** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") and Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Third-Party Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech") submit this Joint Stipulation and Proposed Order to extend initial expert disclosure deadline in the case schedule.

WHEREAS, the deadline for Initial Expert Disclosures is February 7, 2022 (ECF 118);

WHEREAS, the two young children of one of the experts who is preparing an initial expert disclosure tested positive this week for COVID-19 and have respiratory conditions that significantly increase their risk of complications from COVID-19;

WHEREAS, that expert is providing significant care for his affected children and that is significantly reducing time that he had planned to spend on his initial disclosures;

WHEREAS, that expert requested a 4-day extension to his initial disclosures, from February 7, 2022 to February 11, 2022, which he hopes and expects will provide time for his children to sufficiently recover and for him to then devote more time to his initial disclosures;

WHEREAS, the parties agree to that 4-day extension to the deadline for initial expert disclosures for all experts so that experts preparing initial disclosures maintain a single deadline;

WHEREAS, the parties jointly submit that good cause exists to modify the current schedule for initial expert disclosures as described above. The requested extensions will not impact any other deadlines in the current schedule

NOW, THEREFORE, the parties hereby stipulate to and jointly request that the Court modify the deadlines and enter an Order setting the following new date:

| Event | Current Date (ECF 118) | New Date |
|---|---|---|
| Expert Disclosure (Initial) | February 7, 2022 | February 11, 2022 |

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 5, 2022           By: */s/ Alan G. Laquer*
                                              Joseph R. Re
                                              Christy G. Lea
                                              Nicholas M. Zovko
                                              Alan G. Laquer
                                              Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

CLARK HILL LLP

Dated: February 5, 2022           By: */s/ Donald Ridge*
                                              Donald Ridge

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Dated: February 5, 2022           By: */s/ Nicholas A. Cerulli*
                                              Aaron L. Parker
                                              Daniel G. Chung
                                              Nicholas A. Cerulli
                                              Kelly S. Horn
                                              Victor M. Palace
                                              Jency J. Mathew

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

## ATTESTATION OF E-FILED SIGNATURE

I, Alan Laquer, attest that all signatories listed above have read and approved this stipulation and consent to the filing of same in this action.

Dated: February 5, 2022        By: /s/ Alan G. Laquer
                                   Alan G. Laquer