# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING DATE FOR INITIAL EXPERT DISCLOSURES**<br><br>Honorable Mark C. Scarsi<br>Honorable Maria A. Audero |

The Court, having reviewed and considered the parties' Joint Stipulation Extending Date for Initial Expert Disclosures, and finding good cause, approves of the Joint Stipulation. The Court modifies the case deadlines as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosure (Initial) | February 7, 2022 | February 11, 2022 |

**IT IS SO ORDERED.**

DATED: _____       BY: _____
                                                                 Honorable Mark C. Scarsi
                                                                 UNITED STATES DISTRICT JUDGE