**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-01289-MCS-MAA <br><br> **ORDER GRANTING JOINT STIPULATION** EXTENDING DATE FOR INITIAL EXPERT DISCLOSURES (ECF NO. 129) <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

The Court, having reviewed and considered the parties' Joint Stipulation Extending Date for Initial Expert Disclosures, and finding good cause, approves the Joint Stipulation. The Court modifies the case deadlines as follows:

| Event | Previous Date | New Date |
| --- | --- | --- |
| Expert Disclosure (Initial) | February 7, 2022 | February 11, 2022 |

IT IS SO ORDERED.

DATED: February 8, 2022        BY: _____
                                    MARK C. SCARSI
                                    UNITED STATES DISTRICT JUDGE