UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-01289-MCS-MAA | Date | February 11, 2022 |
| Title | *Pavemetrics Systems, Inc. v. Tetra Tech, Inc.* | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:   (IN CHAMBERS) ORDER RE: APPLICATION TO SEAL (ECF NO. 122)**

Defendant Tetra Tech, Inc. applies to file under seal documents supporting its motion for partial summary judgment. Appl., ECF No. 122.

The public has a "general right to inspect and copy public records and documents, including judicial records and documents." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (internal quotation marks omitted). Consequently, there is a "strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). A party who seeks to seal court documents supporting a dispositive motion bears the burden of overcoming this presumption by presenting "compelling reasons supported by specific factual findings." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal quotation marks omitted).

Defendant submits that certain documents contain sensitive and confidential proprietary source code and sales information. Parker Decl. ¶¶ 7, 9–17, ECF No. 122-1. Compelling reasons exist to seal a document whenever court documents would, among other things, "release trade secrets." *Kamakana*, 447 F.3d at 1179. This is especially true "when the release of the documents will cause competitive harm to a business." *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed.

Cir. 2013). Defendant limits the sealing requests to specific instances that appear to disclose trade secrets. Defendant seeks to protect the trade secrets of Plaintiff and to protect Plaintiff from competitive harm. Parker Decl. ¶¶ 8, 19. Upon review of the requested redactions, Defendant makes the compelling showing of a danger of disclosing trade secrets that would result in competitive harm necessary to justify sealing.

The application is granted. Defendant shall file the documents under seal pursuant to Local Rule 79-5.2.2(c).

**IT IS SO ORDERED.**