Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

CLARK HILL LLP
Donald Ridge, Esq. (SBN: 132171)
1055 W. Seventh Street, Ste. 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Aaron L. Parker (*Pro Hac Vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*Pro Hac Vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*Pro Hac Vice*)
kelly.horn@finnegan.com
Victor M. Palace (*Pro Hac Vice*)
victor.palace@finnegan.com
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jency J. Mathew (*Pro Hac Vice*)
jency.mathew@finnegan.com
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:  (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br>  Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **JOINT STIPULATION TO MODIFY THE CASE SCHEDULE** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") and Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Third-Party Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech") submit this Joint Stipulation and Proposed Order to modify the case schedule.

WHEREAS, the deadline for Initial Expert Disclosures is February 11, 2022 and the deadline for Rebuttal Expert Disclosures is March 4, 2022 (ECF 118, 130);

WHEREAS, the expert witness preparing an Initial Expert Disclosure for Pavemetrics, and planning to prepare a Rebuttal Expert Disclosure for them tested positive this week for symptomatic COVID-19 and is caring for his two young children who tested positive last week for COVID-19, who have respiratory conditions that significantly increase their risk of complications, and have required medical care this week due to their COVID-19 condition;

WHEREAS, the expert's COVID-19 condition and his need to care for his affected children has significantly reduced his ability to work on his Initial Expert Disclosure and is expected to significantly affect his ability next week to work on his anticipated Rebuttal Expert Disclosure under the current schedule;

WHEREAS, that expert requested a 7-day extension to initial and rebuttal expert disclosures, to February 18, 2022 and March 11, 2022, respectively, which he hopes and expects will provide time for him and his children to sufficiently recover and for him to then devote more time to his disclosures;

WHEREAS, the parties agree to that 7-day extension and anticipate that will also affect the expert discovery cut-off and the deadline to hear motions for summary judgment;

WHEREAS, the parties jointly submit that good cause exists to modify the current schedule as described above. The requested extensions will not impact any other deadlines in the current schedule.

- 1 -

NOW, THEREFORE, the parties hereby stipulate to and jointly request that the Court modify the deadlines and enter an Order setting the following new dates:

| Event | Current Date (ECF 56, 118, 130) | New Date |
|---|---|---|
| Expert Disclosure (Initial) | February 11, 2022 | February 18, 2022 |
| Expert Disclosure (Rebuttal) | March 4, 2022 | March 11, 2022 |
| Expert Discovery Cut-Off | March 18, 2022 | March 25, 2022 |
| Deadline to Hear Motions for Summary Judgment | May 2, 2022 | May 9, 2022 |

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 11, 2022         By: /s/ Alan G. Laquer
                                 Joseph R. Re
                                 Christy G. Lea
                                 Nicholas M. Zovko
                                 Alan G. Laquer
                                 Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.


CLARK HILL LLP

Dated: February 11, 2022         By: /s/ Donald Ridge
                                 Donald Ridge


FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

| | | |
|---|---|---|
| Dated: <u>February 11, 2022</u> | By: | */s/ Nicholas A. Cerulli* |
| | | Aaron L. Parker |
| | | Daniel G. Chung |
| | | Nicholas A. Cerulli |
| | | Kelly S. Horn |
| | | Victor M. Palace |
| | | Jency J. Mathew |

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

### ATTESTATION OF E-FILED SIGNATURE

I, Alan Laquer, attest that all signatories listed above have read and approved this stipulation and consent to the filing of same in this action.

Dated: <u>February 11, 2022</u>   By: */s/ Alan G. Laquer*
                                     Alan G. Laquer