1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| PAVEMETRICS SYSTEMS, INC. | Case No. 2:21-cv-1289 MCS-MMA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING CERTAIN DATES** |
| v. | |
| TETRA TECH, INC. | |
| Defendant. | Honorable Mark C. Scarsi<br>Honorable Maria A. Audero |
| AND RELATED COUNTERCLAIMS | |

The Court, having reviewed and considered the parties' Joint Stipulation to Modify the Case Schedule, and finding good cause, approves of the Joint Stipulation. The Court modifies the case deadlines as follows:

| **Event** | **Current Date** (ECF 56, 118, 130) | **New Date** |
|---|---|---|
| Expert Disclosure (Initial) | February 11, 2022 | February 18, 2022 |
| Expert Disclosure (Rebuttal) | March 4, 2022 | March 11, 2022 |
| Expert Discovery Cut-Off | March 18, 2022 | March 25, 2022 |
| Deadline to Hear Motions for Summary Judgment | May 2, 2022 | May 9, 2022 |

**IT IS SO ORDERED.**

DATED: _____    BY: _____
    Honorable Mark C. Scarsi
    UNITED STATES DISTRICT JUDGE

-1-