1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTE CHANGES MADE BY THE
COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | Case No. 2:21-cv-01289-MCS-MAA |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION** EXTENDING CERTAIN DATES (ECF NO. 132) |
| v. | |
| TETRA TECH, INC. | Honorable Mark C. Scarsi |
| Defendant. | Honorable Maria A. Audero |
| AND RELATED COUNTERCLAIMS | |

The Court, having reviewed and considered the parties' Joint Stipulation to Modify the Case Schedule, and finding good cause, approves of the Joint Stipulation. The Court modifies the case deadlines as follows:

| Event | Current Date (ECF 56, 118, 130) | New Date |
|---|---|---|
| Expert Disclosure (Initial) | February 11, 2022 | February 18, 2022 |
| Expert Disclosure (Rebuttal) | March 4, 2022 | March 11, 2022 |
| Expert Discovery Cut-Off | March 18, 2022 | March 25, 2022 |
| Deadline to Hear Motions for Summary Judgment | May 2, 2022 | May 9, 2022 |

**The Court will not grant further extensions absent a showing of good cause supported by a declaration of the expert witness whose report is delayed.**

**IT IS SO ORDERED.**

DATED: February 14, 2022      BY: _____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE