**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **[PROPOSED] ORDER ON EVIDENTIARY OBJECTIONS** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

Having considered Plaintiff-Counterclaim Defendant's objections to evidence submitted by Defendant-Counterclaim Plaintiff in support of its opposition to Plaintiff-Counterclaim Defendant's Motion for Partial Summary Judgment for Non-Infringement of U.S. Patent No. 10,362,293, the Court hereby rules on the evidentiary objections as follows:

The evidentiary objections are SUSTAINED.

| Decl. of Aaron Parker | Objection | Ruling |
|---|---|---|
| 14. Attached as Exhibit 21 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0099257 - PAVEMETRICS0099292. | Parker Testimony<br>1. Lacks foundation Exhibit 21<br>2. Authentication 901<br>3. Hearsay 802 | |
| 15. Attached as Exhibit 22 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0103983 - PAVEMETRICS0103984. | Parker Testimony<br>1. Lacks foundation Exhibit 22<br>2. Authentication 901<br>3. Hearsay 802 | |
| 16. Attached as Exhibit 23 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0005661 - PAVEMETRICS0005687. | Parker Testimony<br>1. Lacks foundation Exhibit 23<br>2. Authentication 901<br>3. Hearsay 802 | |
| 18. Attached as Exhibit 25 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0307013 - PAVEMETRICS0307035 and introduced as Exhibit 100 at the | Parker Testimony<br>1. Lacks foundation Exhibit 25<br>2. Authentication 901<br>3. Hearsay 802 | |

| | | | |
|---|---|---|---|
| 1 | January 5, 2022 deposition of Thanh Nguyen. | | |
| 2 | 19. Attached as Exhibit 26 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates No. PAVEMETRICS0010821 - PAVEMETRICS0010878. | Parker Testimony<br>1. Lacks foundation Exhibit 26<br>2. Authentication 901<br>3. Hearsay 802 | |
| | 20. Attached as Exhibit 27 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0011019 - PAVEMETRICS0011065. | Parker Testimony<br>1. Lacks foundation Exhibit 27<br>2. Authentication 901<br>3. Hearsay 802 | |
| | 22. Attached as Exhibit 29 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0006661 - PAVEMETRICS0006737 and introduced as Exhibit 25 at the December 21, 2021 deposition of John Laurent. | Parker Testimony<br>1. Lacks foundation Exhibit 29<br>2. Authentication 901<br>3. Hearsay 802 | |
| | 24. Attached as Exhibit 31 hereto is a true and correct copy of Adit Deshpande, A Beginner's Guide to Understanding Convolutional Neural Networks (2016), introduced as Exhibit 99 at the January 5, 2022 deposition of Thanh Nguyen. | Parker Testimony<br>1. Lacks foundation Exhibit 31<br>2. Authentication 901<br>3. Hearsay 802 | |
| | 25. Attached as Exhibit 32 hereto is a true and correct copy of a document produced by third party Advanced Infrastructure Design in this litigation bearing Bates No. STOPAID_00113520. | Parker Testimony<br>1. Lacks foundation Exhibit 32<br>2. Authentication 901 | |
| | 26. Attached as Exhibit 33 hereto is a true and correct copy of a | Parker Testimony<br>1. Lacks foundation | |

| | | |
|---|---|---|
| document produced by third party Advanced Infrastructure Design in this litigation bearing Bates No. STOPAID_00113685. | Exhibit 33<br>2. Authentication 901 | |
| 27. Attached as Exhibit 34 hereto is a true and correct copy of excerpts from a document produced by third party Advanced Infrastructure Design in this litigation bearing the Bates No. STOPAID_00000164 - STOPAID_00000181 and introduced as Exhibit 422 at the January 18, 2022 deposition of Ali Hafiz. | Parker Testimony<br>1. Lacks foundation Exhibit 34<br>2. Hearsay 802 | |
| 28. Attached as Exhibit 35 hereto is a true and correct copy of a document produced by third party Advanced Infrastructure Design in this litigation bearing the Bates No. STOPAID_00152646 - STOPAID_00152678 and introduced as Exhibit 442 at the January 18, 2022 deposition of Ali Hafiz. | Parker Testimony<br>1. Lacks foundation Exhibit 35<br>2. Authentication 901 | |

| Decl. of Dr. Vassilio Morellas | Objection | Ruling |
|---|---|---|
| 4. I have also reviewed Exhibit 37 to my declaration, which is a true and correct copy of excerpts from Terrence J. Sejnowski, The Deep Learning Revolution (2018). I am generally familiar with the contents of Exhibit 37 and regularly use this textbook and materials like it in my field. | Morellas Testimony<br>1.  Lacks foundation Exhibit 37<br>2. Hearsay 802 | |
| 5. I have reviewed Exhibit 38 to my declaration, which is a true and correct copy of excerpts from Amir H. Karami, Deep Dive into Different Types of Convolutions | Morellas Testimony<br>1.  Lacks foundation Exhibit 38<br>2. Hearsay 802 | |

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | for Deep Learning (2019). I am generally familiar with the contents of Exhibit 38 and regularly use this textbook and materials like it in my field. | | |
| 4<br>5<br>6<br>7<br>8 | 6. I have reviewed Exhibit 39 to my declaration, which is a true and correct copy of excerpts from John D. Kelleher, Deep Learning (2019). I am generally familiar with the contents of Exhibit 39 and regularly use this textbook and materials like it in my field. | Morellas Testimony<br>1. Lacks foundation Exhibit 39<br>2. Hearsay 802 | |
| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | 16. Dr. Hébert acknowledges that both range and intensity data are used to generate the Fake3D images. He explains in his declaration that "the source code uses range data to determine where to create shadows with artificial light sources on the intensity image." Hébert Decl., ¶40. As I will explain in my detailed analysis of the LRAIL source code below, ==this process combines elevation and intensity data into a representation of both elevation and intensity==. | Morellas Testimony<br>1. Unsupported and unreliable 702 | |
| 19<br>20<br>21<br>22<br>23<br>24<br>25 | 25. As shown in the LRAIL source code, ==both elevation and intensity data are combined to form the Fake3D images== in the above-identified LRAIL software versions delivered to CSX and AID. [CODE SNIPPETS] ==Parker Ex. 11 at 87-88 (Version r10323/4.73.0.3)==; Parker Ex. 11 at 72-74 (Version 4.78.6.0) (annotations added). | Morellas Testimony<br>1. Unsupported and unreliable 702<br>2. Tetra Tech did not disclose Parker Ex. 11 at 88 (Version r10323/4.73.0.3) in its Third Supplemental Infringement Contentions for Claims 1 and 22 of the '293 patent. FRCP 26(e) & 37(c). | |
| 26<br>27<br>28 | 29. The LRAIL source code performs a validation of the resulting elevation intensity-light data by applying "max[imum]" and | Morellas Testimony<br>1.Lacks foundation<br>2.Unsupported and unreliable 702 | |

-4-

| | | | |
|---|---|---|---|
| | "min[imum]" values (255 and 0, respectively), and stores the final result as a variable named "p3DInt." In that variable name, ==3D" corresponds to the three-dimensional elevation data==, and "Int" corresponds to the intensity data. Accordingly, as the name "3DInt" demonstrates, ==the final result represents a combination of the three-dimensional elevation data and the intensity data.== | | |
| | 39. Accordingly, by Mr. Laurent's testimony, the Fake3D images are created from a "mix" of elevation (3D) data and intensity data, and the "shadows," which contain elevation data, create a 3D effect. This is consistent with my analysis of the LRAIL source code above that demonstrates that ==such "shadows" are the combination of the elevation and light source vectors== that are then multiplied with the intensity data to generate the three-dimensional elevation and intensity representation. | Morellas Testimony 1. Unsupported and unreliable 702 | |
| | 59. ==Parker Ex. 11 at 83 (Version r10323/4.73.0.3)==; Parker Ex. 11 at 69 (Version 4.78.6.0) (annotations added). ==Parker Ex. 11 at 85 (Version r10323/4.73.0.3)==; Parker Ex. 11 at 70 (Version 4.78.6.0) (annotations added). ==Parker Ex. 11 at 86 (Version r10323/4.73.0.3)==; Parker Ex. 11 at 71 (Version 4.78.6.0) (annotations added). | Morellas Testimony 1. Tetra Tech did not disclose Parker Ex. 11 at 83, 85, 86 (Version r10323/4.73.0.3) in its Third Supplemental Infringement Contentions for Claims 1 and 22 of the '293 patent. FRCP 26(e) & 37(c). | |
| | 73. I understand that Dr. Hébert states in his declaration that features | Morellas Testimony 1. Lacks foundation | |

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | are not identified from a Fake3D image because "[o]nly after LRAIL identified the features does it create a result image and overlay the features identified." Hébert Decl., ¶47. In making this argument, however, Dr. Hébert overlooks the fact that ==Fake3D images are generated immediately upon loading onto the LRAIL software the raw data file (called a "FIS" file) created during the data acquisition process. Fake3D images are generated prior to any processing of the FIS file to identify railway track bed features.== | 2. Unsupported and unreliable 702 | |
| 12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23 | 75. Upon loading a FIS file, however, and prior to processing the FIS file to identify railway track bed features, the LRAIL processing software processes the raw acquired data in the FIS file to generate different image modes, including "Intensity," "Range," and "3D" for the user to view. This is shown, for example, in the interface below, which was from loading a FIS file from Pavemetrics' U.S. customer, AID. Parker Ex. 11 at 77. As discussed above, ==this "3D" image is the same as the Fake3D image that is generated and analyzed by the LRAIL source code==. Hébert Decl, ¶35; Parker Ex. 18 at 195; Parker Ex. 17 at 189. | Morellas Testimony<br>1. Lacks foundation<br>2. Unsupported and unreliable 702 | |
| 24<br>25<br>26<br>27<br>28 | [interface screenshot image] | Morellas Testimony<br>1. Lacks foundation<br>2. Unsupported and unreliable 702 | |

| | | | |
|---|---|---|---|
| 1–17 | 76. Therefore, ==the LRAIL generates a Fake3D image immediately upon loading a FIS file, before the FIS file is processed to identify railway track bed features.== I can personally attest to this, as I took the user interface screenshot above. I loaded the FIS file using the "Open" button shown on the interface, and was able to view the "3D" image immediately (without selecting "Process"). Accordingly, it is my understanding that ==the LRAIL generates a Fake3D image representing and including both elevation and intensity data and then identifies railway track bed features from the Fake3D image by overlaying identifiers, in that order.== Thus, I disagree with Dr. Hébert that features are not identified from a Fake3D image because "[o]nly after LRAIL identified the features does it create a result image and overlay the features identified." Hébert Decl., ¶47. | | |
| 18–28 | 77. I also understand that Dr. Hébert contends that features are not identified from a Fake3D image because the features are identified "from either an intensity image or a range image." Hébert Decl., ¶47. I disagree. As discussed, the LRAIL identifies railway track bed features from the Fake3D images by overlaying identifiers over the features on the Fake3D images. Moreover, in making this argument, Dr. Hébert misinterprets the language of the claims. Independent ==claims 1 and 22 of the '293 patent recite moving the appropriate== | Morellas Testimony<br>1. Unsupported and unreliable 702<br>2. Violates claim construction order. ECF 103 at 27. | |

-7-

| | | |
|---|---|---|
| ==gradient neighborhood like a sliding window over "the 3D elevation data," not the "track elevation map" or the "three dimensional elevation map." Accordingly, in my opinion, the LRAIL's identification of features from the Fake3D images, which includes the step of sliding an appropriate gradient neighborhood over the elevation data, meets the contested claim element.== <br><br>78. I understand that Tetra Tech has pointed to certain LRAIL algorithms where features are identified by defining an appropriate gradient neighborhood over which differential vertical measurements are calculated and moving the gradient neighborhood like a sliding window over the 3D elevation data (i.e., range data). Dr. Hébert refers to these as: (1) Accused Algorithm 1: Fine tuning the "rail mask," (2) Accused Algorithm 2: Identifying joint bars, and (3) Accused Algorithm 3: Calculating ballast volume. Hébert Decl., ¶¶51-72. <br>79. Dr. Hébert's primary criticism is that these algorithms "analyze only elevation data," and not "both elevation and intensity data." Hébert Decl., ¶50. ==Based on the language of the claims, however, it is my opinion that the analysis of elevation data meets the claims because the claims require sliding an appropriate gradient neighborhood over "the 3D elevation data," not the "track elevation map" or the "three dimensional elevation map."== | | |
| 85. | Morellas Testimony | |

| | | |
|---|---|---|
| Parker Ex. 11 at 69 (Version 4.78.6.0); Parker Ex. 11 at 79 (Version 4.80.2.0-c4e9aa15f) (annotations added).<br>*Id.* at 70 (Version 4.78.6.0); 80 (Version 4.80.2.0-c4e9aa15f) (annotations added).<br>*Id.* at 71 (Version 4.78.6.0); 81 (Version 4.80.2.0-c4e9aa15f) (annotations added). | 1. Tetra Tech did not disclose Parker Ex. 11 at 79-81 (Version 4.80.2.0-c4e9aa15f) in its Third Supplemental Infringement Contentions for Claims 1 and 22 of the '293 patent. FRCP 26(e) & 37(c). | |

IT IS SO ORDERED

Dated: _____

                                                      Hon. Mark C. Scarsi
                                                      United States District Court Judge