Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PAVEMETRICS' REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

Pursuant to Local Rule 79-5.2.2 and this Court's Initial Standing Order (ECF 11), Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. respectfully seeks leave to file under seal:

1. Portions of Pavemetrics' Reply Memorandum In Support of its Motion for Summary Judgment;
2. Exhibit 110 to the Supplemental Declaration of Alan G. Laquer in Support of Pavemetrics' Reply Memorandum In Support of its Motion for Summary Judgement;
3. Supplemental Declaration of Jean-François Hébert in Support of Pavemetrics' Reply Memorandum in Support of its Motion for Summary Judgement; and
4. Exhibit 111 to the Supplemental Declaration of Jean-François Hébert in Support of Pavemetrics' Reply Memorandum In Support of its Motion for Summary Judgement.

In support of this Application, Pavemetrics concurrently submits the Declaration of Nicholas M. Zovko and a Proposed Order. As explained in the Zovko Declaration, the Reply memorandum, the Supplemental Hébert Declaration, and Exhibit 111 contain highly confidential information relating to Pavemetrics' proprietary source code. Pavemetrics seeks to file these documents under seal to maintain the sensitivity of that information. Pavemetrics has redacted these documents to the extent possible, omitting only specific portions of the documents containing highly confidential information relating to Pavemetrics' source code.

Public disclosure of this confidential and commercially sensitive information would cause competitive harm. The nature and confidentiality of these documents outweigh the public's interest in access to court records. Therefore, Pavemetrics respectfully submits there is good cause to file under seal portions of the above-listed documents, which outweighs the public's

1  interest in accessing complete court records.

2      Additionally, Exhibit 110 are excerpts of a deposition transcript of the named inventor of the '293 patent, Darel Mesher, which Tetra Tech designated as Restricted – Attorneys' Eyes Only under the protective order in this action.

5      On February 14, 2022, I emailed Tetra Tech's counsel seeking confirmation that Tetra Tech does not oppose this Application for Leave to File Under Seal certain materials. Tetra Tech's counsel stated that Tetra Tech does not intend to oppose this Application.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 14, 2022     By: /s/ *Christy G. Lea*
                              Joseph R. Re
                              Christy G. Lea
                              Nicholas M. Zovko
                              Alan G. Laquer

*Attorneys for Plaintiff/Counterclaim Defendant*,
PAVEMETRICS SYSTEMS, INC.