1
2
3
4
5
6
7
8
9
10 **IN THE UNITED STATES DISTRICT COURT**
11 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12 **WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. | Case No. 2:21-cv-1289-MCS-MMA <br><br> **[PROPOSED] ORDER GRANTING PAVEMETRICS' APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PAVEMETRICS' REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT** |
| AND RELATED COUNTERCLAIMS | Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

Having considered Pavemetrics' Application for Leave to File Under Seal documents, and portions of documents, in Support of Pavemetrics' Reply Memorandum in Support of its Motion for Summary Judgment of Non-Infringement of the '293 Patent, and for good cause shown, the Court **GRANTS** the Application. Pavemetrics may file under seal the following documents:

| # | Description | Portions to be Sealed |
|---|---|---|
| 1 | Reply Memorandum In Support of Motion for Summary Judgment | Parts of Paragraphs |
| 2 | Exhibit 110 to the Suppl. Declaration of Alan G. Laquer in Support of Motion for Summary Judgment | Exhibit 110 |
| 3 | Suppl. Declaration of Jean-François Hébert in Support of Motion for Summary Judgment | Suppl. Declaration |
| 4 | Exhibit 111 to the Suppl. Declaration of Jean-François Hébert in Support of Motion for Summary Judgment | Exhibit 111 |

**IT IS SO ORDERED.**

DATED:_____  _____
The Honorable Mark C. Scarsi
United States District Judge