1  Joseph R. Re (SBN 134,479)
   joe.re@knobbe.com
2  Christy G. Lea (SBN 212,060)
   christy.lea@knobbe.com
3  Nicholas M. Zovko (SBN 238,248)
   nicholas.zovko@knobbe.com
4  Alan G. Laquer (SBN 259,257)
   alan.laquer@knobbe.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
6  Irvine, CA 92614
   Phone: (949) 760-0404
7  Facsimile: (949) 760-9502
   *Attorneys for Plaintiff/Counterclaim Defendant*
8  PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA<br><br>**REPLY MEMORANDUM IN SUPPORT OF PAVEMETRICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '293 PATENT**<br><br>Hearing Date:   February 28, 2022<br>Time:           9:00 am<br>Ctrm:           7C<br><br>Honorable Mark C. Scarsi<br>Honorable Maria A. Audero |

**[Redacted Version of Document Proposed to be Filed Under Seal]**

## I. PAVEMETRICS MET ITS BURDEN

Tetra Tech argues that Pavemetrics failed to meet its burden. Opp'n at 4. It claims that Pavemetrics was required to address every possible algorithm combination from Tetra Tech's hodgepodge infringement contentions and submit expert testimony analyzing its own source code. *See* Opp'n at 1, 4. But Tetra Tech is incorrect. Pavemetrics merely had the "initial responsibility of identifying the legal basis for its motion" and submitting "evidence that would preclude a finding of infringement." *See Novartis v Corp. v. Ben Venue Lab'ys, Inc.*, 271 F.3d 1043, 1046 (Fed. Cir. 2001). Pavemetrics satisfied its burden by showing it is entitled to summary judgment of non-infringement because nothing corresponds to the 3D map limitations. It also addressed Tetra Tech's infringement contentions in detail and submitted a declaration from the person most knowledgeable about its source code, Jean-François Hébert, PhD.

Tetra Tech repeatedly refers to Dr. Hébert's declaration as "self-serving," "conclusory," and "unsupported." But Dr. Hébert's declaration explained the LRAIL technology and its source code functionality. Pavemetrics' opening brief and Dr. Hébert's declaration addressed almost all of the evidence Tetra Tech submitted in opposing this motion. None of Tetra Tech's evidence is inconsistent with Dr. Hébert's testimony or otherwise creates a genuine issue of material fact.

Tetra Tech submitted a declaration from its expert witness, Dr. Vassilios Morellas. But he has no personal knowledge of LRAIL or its source code. Many of his conclusions lack factual support, either because he has none or because he selectively quotes a document or a snippet of source code. Moreover, he relies on generalities about convolution neural networks ("CNN") without analyzing the particular CNN that Pavemetrics used. He also ignores key testimony from the patent inventor supporting non-infringement. To the extent that Dr. Morellas speculates as to facts or draws conclusions inconsistent with or unsupported by admissible evidence, his opinions should be excluded under FRE 702.

## II. TETRA TECH HAS NO FACTUAL SUPPORT FOR ITS CLAIM THAT LRAIL GENERATES A 3D MAP

Tetra Tech incorrectly claims that Pavemetrics did not address the LRAIL algorithms cited in its infringement contentions.[1] Opp'n at 15. Pavemetrics addressed Tetra Tech's claims regarding identifying features from Fake3D images (using either DNN or overlay), Br. at 9-11, 15-16, Hébert ¶32-41, 47-48, and identifying features from Mixed Images, Br. at 16, Hébert ¶42-43, 49. Pavemetrics also addressed the algorithms Tetra Tech cited for moving gradient neighborhoods over elevation data. Br. at 16-17, Hébert ¶50-72. As Dr. Hébert explained, nothing in Tetra Tech's contentions showed that LRAIL (1) generates a 3D map or (2) identifies features from a 3D map using the claimed algorithm.

### A. There Is No Genuine Dispute That Fake3D Is Not A 3D Map

Tetra Tech has failed to raise a genuine factual dispute over whether the Fake3D image is a 3D map, particularly as construed by this Court. The parties agree as to how the LRAIL source code generates the Fake3D image, i.e., by using range data to direct lighting sources to create shadows on an intensity image. *See* Hébert ¶37; Morellas ¶25-28. Despite that agreement, Dr. Morellas incorrectly concludes that the Fake3D image represents both elevation and intensity data. But the Court should reject that opinion because it is unsupported by the facts, basic math, and computer vision processing.

Dr. Morellas cites to snippets of Pavemetrics' source code and draws incorrect conclusions that are not supported by the code. For example, Dr. Morellas opines that the LRAIL code shows that "both elevation and intensity

---

[1] Pavemetrics addressed Tetra Tech's Second Supplemental Infringement Contentions. Tetra Tech did not serve its Third Supplemental Infringement Contentions until after Pavemetrics filed this motion, but those contentions did not raise new algorithms. They merely cited to additional versions of source code (r10323/4.73.0.3 and 4.80.2.0-c4e9aa15f) for the first time.

data are **combined**." Morellas ¶25, ¶27 ("dot product operation combines . . . the elevation vector and the light source vector"), ¶29. But the code does not combine elevation and intensity values. Rather, as Dr. Morellas acknowledges, LRAIL computes the normal vectors to the elevation data (called "rNormal" in the code). Morellas ¶26. A normal vector is a vector that is perpendicular to the surface at a given point.[2] Hébert Supp. ¶8. LRAIL then computes the dot product (not a sum) of the normal vector with the lighting source vector. Parker Ex. 11 at 88, 75; Morellas ¶¶26-27; Hébert Supp. ¶9. Next, it multiplies that dot product with the intensity value to either increase or decrease the intensity value. Ex. 11 *id.*; Morellas ¶28; Hébert Supp. ¶10. No elevation value is added to the intensity value or included in the output image. Ex. 11 *id.*; Hébert Supp. *id.* Tetra Tech has not identified any source code that shows otherwise.

Dr. Morellas claims that the variable name of the output image ("p3Dint") confirms that the image contains elevation data because it includes "3D" as part of its name. Morellas ¶29. But that is merely a naming convention to indicate the image is a Fake3D intensity image. The definition of the function in the code shows this, and it shows that "p3Dint" is an array of unsigned char values. Parker Ex. 11 at 74; Hébert Supp. ¶11. Because all values at every point in the image are unsigned char values, there can be no other values, such as elevation values, in the image. *Id.* This Court's claim construction requires a representation of elevation and intensity "at each data point." ECF 103 at 32. Even Darel Mesher, the named inventor of the '293 patent, admitted that, to represent both elevation data and intensity data at a particular point, requires two data values at each point. Laquer Supp. Ex. 110 (Mesher Tr. 35:22-37:21, 20-21). Thus, the source code confirms that the Fake3D image is an intensity image.

---

[2] Dr. Morellas misleadingly renames the normal vector as an "elevation vector." But that self-serving name change does not alter the math in the code.

Tetra Tech relies on several non-source code documents in an attempt to buttress its expert's opinions. But it selectively quotes from those documents and distorts their meaning. When viewed in context, those documents are consistent with Pavemetrics' source code. For example, Tetra Tech omitted that the LRAIL User Manual explains that the FAKE3D image is "where a 3D effect is simulated with artificial lighting." Opp'n at 8 (quoting Parker Ex. 17 at 189). Tetra Tech omitted similar language from Pavemetrics' Installation Manual, which also explained that "[t]he 3D effect is created by positioning two artificial lighting sources over the image." Opp'n at 8 (quoting Parker Ex. 18 at 195).

Tetra Tech also relies on several non-source code documents that discuss Pavemetrics' "Combined Result" 3D image. Opp'n at 9-10. As Dr. Hébert explained in his opening declaration, that image is generated by Pavemetrics' 3D viewer software—not by LRAIL. Hébert ¶¶25-31. And it is not a Fake3D image. Id. As shown below, the contrast between the two images is readily apparent. Id.




Figure 6. Colorized Combination of Intensity and Range Imaging (LAS file)

Tetra Tech does not dispute that the Combined Result image is generated by the 3D viewer software (and not LRAIL). Opp'n at 9-10. Yet, Tetra Tech argues that "the Combined Result image further confirms that the Fake3D images . . . are representations of both elevation and intensity data." Id. at 10. Tetra Tech's sole support is that Pavemetrics' manuals allegedly describe the Fake3D images as "similar to" the Combined Results image. Id. (quoting Parker Ex. 18 at 195). But Tetra Tech omits the previous sentence explaining the 3D effect. Parker Ex. 18 at 195. Moreover, "similar to" obviously does not mean the "same as."

As explained in Pavemetrics' opening brief, non-source code documents cannot create a genuine dispute of material fact when the LRAIL source code shows *the actual algorithms*. Br. at 15. None of Tetra Tech's cases stand for the proposition that marketing materials, and similar non-source code documents, can create a genuine dispute in the face of the actual algorithms. *See* Opp'n at 5.

Dr. Thanh Nguyen, a programmer at Pavemetrics, testified consistent with Dr. Hébert's declaration on how Fake3D images are created with shadows. *See* Parker Ex. 14 (Tr. 39:6-7, 95:21-22). Mr. John Laurent, a non-programmer, also testified consistently, explaining that "a 3D effect is simulated with artificial lighting" and "you generate an image that is enhanced to show shadows, so someone will think they're looking at a 3D image." Parker Ex. 13 (Tr. 103:24-104:6). Tetra Tech again misleadingly included just a few words from Mr. Laurent's testimony to make it appear that he testified inconsistent with the Fake3D image being an intensity image. *See* Opp'n at 11.

Finally, Tetra Tech misrepresents the record when it claims that Pavemetrics "routinely" refers to Fake3D images as "blending" and "including both intensity and range" data. Opp'n at 12. To support that claim, Tetra Tech cites merely a single, unauthenticated email string by a low-level employee and marketing consultant. But unauthenticated documents cannot be considered on summary judgment. *Orr v. Bank of Am.*, 285 F.3d 764, 773-78 (9th Cir. 2002).

In addition to failing to authenticate or establish a record to overcome a hearsay objection, Tetra Tech failed to establish that either author had personal knowledge of the Fake3D algorithms. Even so, the email refers to the Fake3D images as "synthesized 3D images," not 3D images. Parker Ex. 21 at 222.

**B.    There Is No Genuine Dispute That LRAIL Is Not Configured to Generate a Mixed Image**

Citing its expert's declaration, Tetra Tech claims that LRAIL is configured to run an algorithm that generates a Mixed image. Opp'n at 13 (citing Morellas

¶¶47-48). Dr. Morellas quotes three snippets of Pavemetrics' source code. Morellas ¶44 (quoting Ex. 11 at 67-68 (V 4.78.6.0); Ex. 11 at 78 (V 4.80.2.0)).³ Nothing in those snippets shows that LRAIL is configured to generate a Mixed image. *Id.* Rather, they reflect "if statements" that are executed only if a condition is true. Parker Ex. 11 at 67-68 (V 4.78.6.0), 78 (V 4.80.2.0); Hebert Supp. ¶¶13-14, Ex. 111 at 67-68 (V 4.78.6.0), 78 (V 4.80.2.0). Tellingly, Tetra Tech did not submit the code portions showing the parameter variables for the if statements. If Tetra Tech had, it would have shown that the code is not configured to generate the Mixed image and would need to be reconfigured to do so. *See* Hébert Supp. ¶¶13-14, Ex. 111 at 65, 75; *see also Hid Global Corp. v. Farpointe Data Inc.*, 2012 WL 13018341, *4 (C.D. Cal. Apr. 13, 2012) (enabling and disabling functionality is a form of reprogramming, even if rudimentary).

### III. LRAIL DOES NOT IDENTIFY FEATURES FROM A 3D MAP

#### A. LRAIL's Use Of Fake3D In Its Deep Neural Network Does Not Identify Features From a 3D Map

As explained above, the Fake3D image is not a 3D map because it does not represent both intensity and range data. Thus, identifying a feature from the Fake3D image cannot satisfy the claims. Even if it were considered a 3D map, the Fake3D image would not satisfy the claimed algorithm, at least because LRAIL does not perform the sub-step of moving a gradient neighborhood over 3D elevation data to identify a feature from that Fake3D image.

Tetra Tech claims that LRAIL's deep neural network includes an algorithm that performs this sub-step on the Fake3D image. Opp'n at 16. But Tetra Tech

---

³ Tetra Tech complains that Dr. Hébert did not address a more recent version of the code, but Tetra Tech itself quotes identical snippets of code from both versions. Morellas ¶44. Tetra Tech did not include the code from Version 4.80.2.0 in its Second Supplemental Contentions. It also never raises a relevant difference between the codes with respect to Mixed images.

-6-

ignores that the Fake3D image does not contain elevation data. Even if it were treated as representing elevation and intensity data, it is still an enhanced intensity image with a single intensity value for each point. Parker Ex. 11 at 74; Hébert Supp. ¶10-11. The Fake3D image does not contain a second value at each point that represents elevation data, and it is impossible to extract elevation data from the image. *Id.* Accordingly, it would be impossible to move a gradient neighborhood over ***3D elevation data*** in the Fake3D image. Hébert ¶48. For this reason alone, Tetra Tech has not raised a triable issue with respect to whether identifying features from a Fake3D image infringes.

Tetra Tech identifies no source code to support its theory that LRAIL's deep neural network moves a gradient neighborhood over the Fake3D image. Instead, Tetra Tech cites two unauthenticated 2019 papers discussing an "image classification algorithm developed in prior work." *See* Parker Ex. 24 at 264 (dated 2019); Ex. 23 at 252 (undated). Tetra Tech never established that these unauthenticated papers reflect the DNN used in the more recent software versions that Tetra Tech claims included code to process Fake3D images, despite having every opportunity to do so. *See* Morellas ¶90 (r10323/4.73.0.3 and 4.78.6.0); Parker Ex. 36 at 400.[4] Pavemetrics produced the source code used to train its neural networks in 2020-2021, the parameter files for training and configuring the different neural networks, the images used to train the models, and the trained models. Hébert Supp. ¶5. But Tetra Tech inexplicably relies on two papers and never addresses the actual code and DNN models.

Even if these papers did reflect the type of DNN used in LRAIL, they do not show an appropriate gradient neighborhood that moves over elevation data to

---

[4] Version 4.78.6.0 was not configured to process a Fake3D image, and Pavemetrics removed any code related to processing Fake3D images shortly thereafter. *See* Hébert Supp. ¶¶18, 22, 25, Ex. 111 at 65.

calculate differential vertical measurements. *See* Parker Ex. 25 at 279-80 (no gradient neighborhood disclosure); Parker Ex. 23 at 252 (same); Parker Ex. 24 at 264-65 (same). Dr. Morellas' opinions to the contrary are unsupported speculation and should be disregarded for at least two reasons. *See* Morellas ¶¶58-69; *see also Sitrick v. Dreamworks, LLC*, 516 F.3d 993, 1001 (Fed. Cir. 2008) ("Conclusory expert assertions cannot raise triable issues of material fact on summary judgment.").

First, Dr. Morellas assumes that any convolution neural network calculates gradients and does so by sliding a filter sequentially and completely. *See* Morellas ¶¶69-70. Just because a gradient operator is a weighted convolution operator does not mean that all convolution operators are gradient operators, and Dr. Morellas has not shown that they are. *See* Ex. 38 (no mention of gradient operator). Moreover, REDACT, so the filter does not slide sequentially and completely over the image. Hébert Supp. ¶31. Second, the 35x35 and 151x151 pixel images in the papers refer to the size of the sub-image generated, not a filter that slides, as Dr. Morellas incorrectly claims, *see* Morellas ¶69. Tetra Tech even admits this in its brief. Opp'n at 17. Thus, Tetra Tech has no evidence beyond mere speculation to support its claim that LRAIL's DNN performs the claimed algorithm.

### B. The Fake3D Result Image With Overlay Does Not Identify Features From a 3D Map

As explained above, the Fake3D image is an intensity image, not a 3D map. Even if the Fake3D image were considered a 3D map, the Fake3D result image with overlay would not satisfy the claim limitation of identifying a feature from the 3D map, at least because LRAIL does not generate that result image before processing. LRAIL generates it, if at all, only after the step of identifying features from another image has been completed. Hébert ¶47.

Citing its expert, Tetra Tech disputes this and claims that "Fake3D images are generated prior to any processing." Opp'n at 19 (citing Morellas ¶¶73-76). But Dr. Morellas lacks any support for this conclusion. He claims that the interface below shows a Fake3D image, but he overlooks that it shows two images—one for the left sensor and one for the right sensor—that have not been merged or even aligned:



Morellas ¶75 (citing Parker Ex. 11 at 77). It does not show an image with "an area across the entire railway track bed," as required by this Court's construction of 3D map. ECF 103 at 32. The Installation Manual that Dr. Morellas cites explains that "two images are shown: one for the left and one for right sensor." Parker Ex. 18 at 195. Thus, Dr. Morellas has no support for his erroneous claim, and he has not presented a triable issue of fact.

The Fake3D result image with overlay would also not satisfy the limitation because it does not contain any 3D elevation data over which to move a gradient neighborhood. Tetra Tech does not dispute this. *See* Opp'n at 20. Rather, Tetra Tech incorrectly argues that the claims recite moving the gradient neighborhood over the 3D elevation data, irrespective of the 3D map. *Id.* (citing Morellas ¶77).

Using this misinterpretation of the claims, Tetra Tech argues that well-known algorithms analyzing elevation data (and not a 3D map or even a Fake3D image) satisfy the moving the gradient neighborhood over 3D elevation data

portion of the limitation. Opp'n at 20-21. But, as Pavemetrics explained in its Opening brief, this Court already held in its Claim Construction Order that these sub-steps must be performed as part of the main step of identifying a feature ***from a 3D map***. ECF 103 at 27. An entirely separate algorithm analyzing an entirely different image cannot satisfy the sub-step where Tetra Tech has not shown that the same algorithm performs the main step of identifying a feature from a 3D map. Tetra Tech's belated claim construction argument does not raise a triable issue of fact.

### C. <u>LRAIL Is Not Configured To Identify Features From A Mixed Image</u>

Tetra Tech argues without support that LRAIL identifies features from the Mixed image "by inputting a Mixed image into the convolutional neural network." Opp'n at 21-22. But the snippets of source code from two different versions cited by Tetra Tech do not support its argument.

Tetra Tech's expert takes the code snippets on Mixed image out of context. Morellas ¶85. He ignores that [REDACTED]. Parker Ex. 11 at 69-71 (4.78.6.0), 79-81 (4.80.2.0). [REDACTED] and would need to be reconfigured to use a Mixed image. Hébert Supp. ¶¶18-30, Ex. 111 at 69-71, 79-81. As Dr. Hébert previously explained, Pavemetrics would also have had to provide a neural network model trained with Mixed images in order to identify a feature from such an image and that such a model does not exists. Hébert ¶¶43, 49. Tetra Tech criticizes Pavemetrics for not addressing Version 4.80.2.0 specifically, but Dr. Hébert's statement that a DNN model trained on Mixed images does not exist was not limited to a particular source code version. *Id.*; Hébert Supp. ¶24, 30. Moreover, Tetra Tech did not identify Version 4.80.2.0 in its Second Supplemental Contentions and has not raised a relevant difference between the two versions with respect to Mixed images.

|    |    |    |
|----|----|----|
| 1  |    | Respectfully submitted, |
| 2  |    | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 3  |    |    |
| 4  | Dated: <u>February 14, 2022</u> | <u>/s/ Christy G. Lea</u> |
| 5  |    | Joseph R. Re<br>Christy G. Lea<br>Nicholas M. Zovko<br>Alan G. Laquer |
| 6  |    |    |
| 7  |    | *Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC. |