Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., | Case No. 2:21-cv-1289-MCS-MMA |
| Plaintiff, | |
| v. | **SUPPLEMENTAL DECLARATION OF ALAN G. LAQUER IN SUPPORT OF PAVEMETRICS' REPLY BRIEF ON SUMMARY JUDGMENT MOTION OF NON-INFRINGEMENT OF THE '293 PATENT** |
| TETRA TECH, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | Honorable Mark C. Scarsi |
| | Honorable Maria A. Audero |

I, Alan G. Laquer, declare and state as follows:

1.      I am the same Alan G. Lauqer who submitted a Declaration in support of Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '293 Patent.  I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could testify competently thereto.

2.      Attached as **Exhibit 110** is a true and correct copy of excerpts of the deposition testimony of Darel Mesher from his deposition that I took on January 19, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2022 at Irvine, California.

By: _/s/ Alan G. Laquer_____
Alan G. Laquer

55099491

# EXHIBIT 110
Document Proposed to be Filed Under Seal