UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.   2:21-cv-01289-MCS-MAA                                          Date   February 28, 2022

Title   *Pavemetrics Systems, Inc. v. Tetra Tech, Inc.*

Present: The Honorable   Mark C. Scarsi, United States District Judge

|  Stephen Montes Kerr  |  Anne Kielwasser  |
|:---:|:---:|
|  Deputy Clerk  |  Court Reporter  |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| Christy L. Lea | Donald L. Ridge |
| Nicholas Zovko | Aaron L. Parker |
| Raymond Lu | Daniel G. Chung |

**Proceedings:**   **Motion for Partial Summary Judgment as to Non-Infringement of the '293 Patent (ECF No. 108)**

The motion hearing is held.  Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.