UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  2:21-cv-01289-MCS-MAA    Date  March 1, 2022

Title  *Pavemetrics Systems, Inc. v. Tetra Tech, Inc.*

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:**  (IN CHAMBERS) ORDER RE: APPLICATION TO SEAL (ECF NO. 136)

Plaintiff Pavemetrics Systems, Inc. applies to file under seal documents supporting its motion for partial summary judgment. Appl., ECF No. 136.

The public has a "general right to inspect and copy public records and documents, including judicial records and documents." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (internal quotation marks omitted). Consequently, there is a "strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). A party who seeks to seal court documents supporting a dispositive motion bears the burden of overcoming this presumption by presenting "compelling reasons supported by specific factual findings." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal quotation marks omitted).

Plaintiff submits that certain documents contain sensitive and confidential proprietary source code and sales information. Zovko Decl. ¶¶ 6–9, ECF No. 137. Compelling reasons exist to seal a document whenever court documents would, among other things, "release trade secrets." *Kamakana*, 447 F.3d at 1179. This is especially true "when the release of the documents will cause competitive harm to a business." *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013).

Plaintiff limits the sealing requests to specific instances that appear to disclose trade secrets. Plaintiff seeks to protect its trade secrets and to protect itself from competitive harm. Zovko Decl. ¶ 9. Upon review of the requested redactions, Plaintiff makes the compelling showing of a danger of disclosing trade secrets that would result in competitive harm necessary to justify sealing.

The application is granted. Plaintiff shall file the documents under seal pursuant to Local Rule 79-5.2.2(c).

**IT IS SO ORDERED.**