1  Joseph R. Re (SBN 134,479)
   joe.re@knobbe.com
2  Christy G. Lea (SBN 212,060)
   christy.lea@knobbe.com
3  Nicholas M. Zovko (SBN 238,248)
   nicholas.zovko@knobbe.com
4  Alan G. Laquer (SBN 259,257)
   alan.laquer@knobbe.com
5  Raymond Lu (SBN 340,873)
   raymond.lu@knobbe.com
6  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
7  Irvine, CA  92614
   Phone: (949) 760-0404
8  Facsimile: (949) 760-9502

9  *Attorneys for Plaintiff/Counterclaim Defendant*
   PAVEMETRICS SYSTEMS, INC.

10

11         IN THE UNITED STATES DISTRICT COURT

12        FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                  WESTERN DIVISION

14

15 PAVEMETRICS SYSTEMS, INC.,          ) Case No. 2:21-cv-1289-MCS-MMA
                                        )
16         Plaintiff,                   )
                                        ) **PAVEMETRICS' NOTICE OF**
17    v.                                ) **LODGING ITS DEMONSTRATIVE**
                                        ) **SLIDES FROM MOTION FOR**
18 TETRA TECH, INC.,                    ) **SUMMARY JUDGMENT**
                                        ) **HEARING**
19         Defendant.                   )
                                        )
20 _____  )
   AND RELATED COUNTERCLAIMS           ) Honorable Mark C. Scarsi
21                                      ) Honorable Maria A. Audero

22

23

24

25

26

27

28

1     Plaintiff Pavemetrics Systems, Inc. hereby lodges its demonstrative slides

2   from the motion for summary judgment hearing on February 28, 2022 attached

3   hereto as Exhibit A.

4

5                                        Respectfully Submitted,

6
                                         KNOBBE, MARTENS, OLSON & BEAR, LLP
7

8

9   Dated: March 1, 2022               By: /s/ Christy G. Lea
                                            Joseph R. Re
10                                          Christy G. Lea
                                            Nicholas M. Zovko
11                                          Alan G. Laquer
                                            Raymond Lu
12
                                         *Attorneys for Plaintiff/Counterclaim*
13                                       *Defendant*, PAVEMETRICS SYSTEMS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-