# EXHIBIT A

# *Pavemetrics v. Tetra Tech*
# *Civil Action No. 2:21-cv-01289 (C.D. Cal.)*

Hearing on Pavemetrics' Motion for Partial Summary Judgment

February 28, 2022



# Four Missing Limitations

1. Generating a 3D map

2. Identifying a feature from the 3D map

3. Defining an appropriate gradient neighborhood

4. Moving the gradient neighborhood like a sliding window over the 3D elevation data

# Claim Construction of 3D Map

> "representation of both the height (elevation) and intensity of reflected laser light (intensity) at each data point within an area across the entire width of the railway track bed"
>
> ECF 103 at 32

3

# Fake3D Image + DNN Does Not Infringe

1. Fake3D is a 2D intensity image, not a 3D map
2. LRAIL does not move a gradient neighborhood over 3D elevation data
   a. Fake3D does not contain 3D elevation data, especially not "at each data point"
   b. No evidence LRAIL's DNN defines an appropriate gradient neighborhood for calculating differential vertical measurements
   c. LRAIL's DNN does not slide a filter "sequentially and completely" for each position in the Fake3D image

4

# Fake3D Image Is a 2D Intensity Image with Shadows



5

# Fake3D Image Is a 2D Intensity Image with Shadows

Fake3D



3D Viewer Image



Hebert ¶¶35-41; Reply at 3-4; Hebert Supp. ¶¶7-11

6

# 3D Map Must Represent Both Elevation and Intensity Data

Q. What does it mean to represent both elevation data and intensity data at a particular point?

A. Literally, that would be producing two analog data values at each measurement point.

> Darel Mesher
> Tetra Tech Chief Technology Officer
> '293 Patent Named Inventor
> Rule 30(b)(6) Designee
> Laquer Supp. Ex. 110 (Mesher Tr. 35:22-36:7)

7

# Fake3D Image Is a 2D Intensity Image



## Single intensity value at each data point



Hebert ¶¶35-41; Reply at 3; Hebert Supp. ¶¶7-11

8

# Fake3D Image Is a 2D Intensity Image



Single intensity value at each data point



Hebert ¶¶35-41; Reply at 3; Hebert Supp. ¶¶7-11

9

# Fake3D Image + DNN Does Not Infringe

1. Fake3D is a 2D intensity image, not a 3D map

2. LRAIL does not move a gradient neighborhood over 3D elevation data

    a. Fake3D does not contain 3D elevation data, especially not "at each data point"

    b. No evidence LRAIL's DNN defines an appropriate gradient neighborhood for calculating differential vertical measurements

    c. LRAIL's DNN does not slide a filter "sequentially and completely" for each position in the Fake3D image

10

# Claim Construction of Moving the Gradient Neighborhood

"sequentially and completely applying the gradient neighborhood to the 3D elevation data"

ECF 103 at 18-21, *see* page 20 (quoting '293 patent, *e.g.*, 10:31-35: "the area is moved like a sliding window sequentially and completely for each position in the railway track bed elevation data"), *see* page 17 ("The claim language suggests the word sliding is used as a simile to describe the movement of the 'gradient neighborhood.'"), *see* page 19 ("The word sliding suggests continuous movement.").

11

# Move "Sequentially and Completely"



Stride = 1



# Does Not Move "Sequentially and Completely"

Stride = 2 (skips every other pixel)



Reply at 8; Hebert Supp. ¶31    13

# Fake3D Result Image + Overlay Does Not Infringe

1. Fake3D is a 2D intensity image, not a 3D map

2. Fake3D result image not generated until after processing

3. LRAIL does not move a gradient neighborhood over 3D elevation data to identify a feature from that Fake3D image

    a. Fake3D does not contain 3D elevation data

    b. Tetra Tech relies on entirely different algorithms analyzing an entirely different image for gradient neighborhood sub-limitation

14

# Mixed Image + DNN Does Not Infringe

1. LRAIL not configured to generate a Mixed image
2. LRAIL not configured to identify features from a Mixed image
3. Even if it were, LRAIL does not move a gradient neighborhood
    a. No evidence LRAIL's DNN defines an appropriate gradient neighborhood for calculating differential vertical measurements
    b. LRAIL's DNN does not slide a filter "sequentially and completely" over each point in the Fake3D image

15

# LRAIL Not Configured to Process Mixed Image

To identify a feature from a Mixed image would require:

(1) Modifying the LRAIL processing software or the LRAIL configuration software,

(2) Modifying the deep neural network training software, and

(3) Providing a deep neural network trained on mixed images

Hebert ¶43

16

# Response to Objections to "New Arguments and Evidence"

# "Configured to"

- Pavemetrics "never used a Mixed image to process any data for our customers." Hebert ¶42

- "Even for that version [4.78.6.0], the software was not configured to generate or analyze the mixed image." Hebert ¶43

- Tetra Tech responded to this argument.  Morellas ¶89

- Tetra Tech added version 4.80.2.0 to Third Supp. Contentions after Pavemetrics filed for summary judgment

- Pavemetrics' replied to Tetra Tech's misrepresentation of the if statements in the code and its new infringement allegations against version 4.80.2.0

18



# "Moving the gradient neighborhood"

- Tetra Tech's allegations in its contentions "do not show that LRAIL identifies a feature from a track elevation map by moving a gradient neighborhood over 3D elevation data." Hebert ¶ 46

- "Pavemetrics never implemented the deep neural network (DNN) described in that paper in the LRAIL source code." Hebert ¶73

- Tetra Tech responded that even if Pavemetrics does not use the CNN from the paper, any CNN would satisfy the "moving the gradient neighborhood" limitation. Morellas ¶64-67

- Pavemetrics replied to this new argument (and previously produced its DNN, *see* Hebert Supp ¶5)

19