# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT — CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY — DUE DATE:** _____

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Scott Hobin |
| 2a. Contact Phone Number | 949-721-5347 |
| 3a. Contact E-mail Address | scott.hobin@knobbe.com |
| 1b. Attorney Name (if different) | Nicholas Zovko |
| 2b. Attorney Phone Number | 949-760-0404 |
| 3b. Attorney E-mail Address | Nicholas.Zovko@knobbe.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | Knobbe, Martens, Olson & Bear, LLP / 2040 Main St., 14th Floor / Irvine, CA 92614 |
| 5. Name & Role of Party Represented | Plaintiff, Pavemetrics Systems, Inc. |
| 6. Case Name | Pavemetrics Sytems, Inc. v. Tetra Tech, Inc., et al. |
| 7a. District Court Case Number | 2:21-cv-1289-MCS-MMA |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Anne Kielwasser

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal   ☒ Non-Appeal   ☐ Criminal   ☒ Civil   ☐ CJA   ☐ USA   ☐ FPD

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

**a. HEARING(S) OR PORTIONS OF HEARINGS** *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov).*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION |
|---|---|---|---|
| 02/28/2022 | 140 | Mark Scarsi | Motion for Partial Summ. J. as to Non-Infringement of 293 Patent |
| | | | |
| | | | |
| | | | |

**b. SELECT FORMAT(S)**

| | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING |
|---|---|---|---|---|---|---|
| | ● | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ | ○ |

*(CM/ECF access included with purchase of transcript.)*

**c. RELEASE OF TRANS. RESTRICTION DATE** *(Provide release date of efiled transcript, or check to certify none yet on file.)*
● ○ ○ ○

**d. DELIVERY TYPE** — 30-day, 14-day, 7-day, 3-day, Daily, Hourly *(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")*
ORDINARY (30-day)

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: March 4, 2022   Signature: /s/ Nicholas Zovko

G-120 (06/18)