1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3                     ---

4        **HONORABLE MARK C. SCARSI, JUDGE PRESIDING**

5                     ---

6

7

8    **PAVEMETRICS SYSTEMS, INC.,**            )
                                               )
9                                              )
                                               )
10                      Plaintiff,             )
                                               ) CV NO.  21-1289
11              VS                             )
                                               )
12   **TETRA TECH, INC.,**                     )
                                               )
13                                             )
                        Defendant              )
14   _____)

15

16            Reporter's Transcript of Proceedings
              **MOTION FOR PARTIAL SUMMARY JUDGMENT**
17                 Los Angeles, California
              **MONDAY, FEBRUARY 28, 2022**
18                    9:00 A.M.

19

20

21

22

23

24            ANNE KIELWASSER, CRR, RPR, CSR
              Federal Official Court Reporter
              **UNITED STATES DISTRICT COURT**
25            **CENTRAL DISTRICT OF CALIFORNIA**
              anne.kielwasser@yahoo.com

```
 1                    A P P E A R A N C E S

 2

 3      ON BEHALF OF THE PLAINTIFF:

 4

 5      Christy L. Lea
        Raymond Sirui Lu
 6      Nicholas Matthew Zovko
        Knobbe Martens Olson and Bear LLP
 7      2040 Main Street, 14th Floor
        Irvine, CA 92614
 8      949-760-0404
        E-Mail: Litigation@kmob.com
 9      E-mail: Raymond.lu@knobbe.com
        E-mail: Nicholas.zovko@knobbe.com
10

11      ON BEHALF OF THE DEFENDANT:

12
        Daniel G. Chung
13      Aaron L. Parker
        Finnegan Henderson Farabow Garrett and
14      Dunner LLP
        901 New York Avenue NW
15      Washington, document 20001
        202-408-4000
16      Fax: 202-408-4400
        e-mail: Aaron.parker@finnegan.com
17      e-mail: Daniel.chung@finnegan.com

18

19      Donald L. Ridge
        Clark Hill LLP
20      555 South Flower Street 24th Floor
        Los Angeles, CA 90017
21      213-417-5117
        Fax: 213-488-1178
22      e-mail: Dridge@clarkhill.com

23

24

25
```

| | | |
|---|---|---|
| 08:55:11 | 1 | MONDAY, FEBRUARY 28, 2022                    9:00 A.M. |
| 08:55:11 | 2 | ~ ~ ~ |
| 08:55:11 | 3 | P R O C E E D I N G S |
| 08:58:41 | 4 | ~ ~ ~ |
| 08:58:42 | 5 | **COURT CLERK:**  Calling Item No. 2.  CV 21-1289. |
| 08:58:42 | 6 | Pavemetrics Systems, Inc., versus Tetra Tech, Inc. |
| 09:04:41 | 7 | Counsel, please state your appearances for |
| 09:04:43 | 8 | the record. |
| 09:04:43 | 9 | **MS. LEA:**  Hi.  This is Christy Lea from Knobbe |
| 09:04:48 | 10 | Martens.  With me is Raymond Lu and Nick Zovko on behalf of |
| 09:04:54 | 11 | Pavemetrics. |
| 09:04:56 | 12 | **THE COURT:**  Good morning. |
| 09:04:56 | 13 | **MR. CHUNG:**  Good morning, Your Honor.  Daniel |
| 09:05:02 | 14 | Chung for Tetra Tech, Inc., and Tetra Tech Tas.  With me |
| 09:05:06 | 15 | today are Aaron Parker and Donald Ridge. |
| 09:05:16 | 16 | **MS. LEA:**  Your Honor, should we keep our mask on? |
| 09:05:19 | 17 | **THE COURT:**  You can take them off if you're |
| 09:05:24 | 18 | talking, if you want, or you can keep them on.  It's up to |
| 09:05:26 | 19 | you. |
| 09:05:28 | 20 | We're here on the motion for a summary |
| 09:05:31 | 21 | judgment.  I'd like to kind of go through these things in a |
| 09:05:36 | 22 | little bit more detail, make sure I understand the parties' |
| 09:05:39 | 23 | positions. |
| 09:05:39 | 24 | The issue of this fake 3D image, I want to |
| 09:05:46 | 25 | understand from the parties their positions with respect to |

09:05:48  1   whether this has both elevation and intensity data, and I

09:05:54  2   guess I'll let the challenging party, Tetra Tech, go first.

09:06:13  3        **MR. CHUNG:**  Thank you, Your Honor.

09:06:20  4        Regarding the fake 3D image, our expert, or

09:06:27  5   Tetra Tech's expert, Dr. Morales, went through a detailed

09:06:29  6   analysis of the L rail source code and identified the fake 3D

09:06:35  7   image function.  That itself showed that not only is

09:06:39  8   elevation data used, so is intensity data.

09:06:44  9        He came to a conclusion that when the fake 3D

09:06:48  10  image is generated, it is a representation of both elevation

09:06:50  11  and intensity, and this was further confirmed by his analysis

09:06:54  12  of other Pavemetrics' technical documents, including

09:06:59  13  presentations, e-mails, witness testimony, user guides that

09:07:03  14  described this fake 3D image as a mix, as a merging, as a

09:07:09  15  blending, as a combination of elevation and intensity.

09:07:13  16       **THE COURT:**  So, I want to just focus on the source

09:07:17  17  code if we can, because, frankly, I don't know that the --

09:07:21  18       You know, the other documents don't

09:07:21  19  necessarily give us the best picture of the operation.

09:07:24  20       What is the source code that you're pointing

09:07:31  21  to that shows that the fake 3D image includes elevation data?

09:07:50  22       **MR. CHUNG:**  Your Honor, I'd like to direct you

09:07:52  23  to -- it's Dr. Morales' declaration.  It's on page 12.  And

09:07:59  24  he identifies as input a certain --

09:08:08  25       You see, I don't know if I'm permitted to

09:08:11 | 1    specifically identify the -- the, I guess, details of the

09:08:16 | 2    code due to the Protective Order, but I'd try to direct Your

09:08:20 | 3    Honor to the specific annotations with regard to the range

09:08:23 | 4    that Dr. Morales has identified.

09:08:27 | 5              And Dr. Morales was on to note that the range

09:08:32 | 6    input is -- that the source code performs a dot product that

09:08:41 | 7    returns an R normal and that's combined with light source

09:08:45 | 8    vectors, and that ultimately is also combined with the

09:08:48 | 9    intensity data.  And you have this result that's the P 3D

09:08:56 | 10   INT.

09:08:57 | 11        **THE COURT:**  And you're pointing me to Paragraph 25

09:09:00 | 12   in the declaration, correct?

09:09:01 | 13        **MR. CHUNG:**  Yes.

09:09:03 | 14        **THE COURT:**  Okay.  And, essentially, the elevation

09:09:05 | 15   component comes from the range data, right?

09:09:13 | 16        **MR. CHUNG:**  That's correct, yes.

09:09:15 | 17        **THE COURT:**  Okay.  And so that's the elevation.

09:09:19 | 18              And the intensity comes from where?

09:09:33 | 19        **MR. CHUNG:**  It's on page 14 of Dr. Morales'

09:09:37 | 20   declaration, paragraph 28 and the excerpt from the source

09:09:43 | 21   code there.  It's annotated.  If you'd like me to identify it

09:09:50 | 22   for the record.  I can, I just -- I don't know if I should,

09:09:52 | 23   based on the Protective Order.

09:09:54 | 24        **THE COURT:**  Yeah.  No, I see.  So, paragraph 28,

09:09:56 | 25   right?

| | | |
|---|---|---|
| 09:09:57 | 1 | MR. CHUNG:  Yes. |
| 09:10:04 | 2 | THE COURT:  Okay.  Thank you. |
| 09:10:06 | 3 | Let me ask Pavemetrics to address these two |
| 09:10:12 | 4 | points; specifically, why paragraph 12 -- or, excuse me, |
| 09:10:18 | 5 | paragraph 25 is an elevation data and why paragraph 28 is an |
| 09:10:23 | 6 | intensity data. |
| 09:10:26 | 7 | MS. LEA:  Would you like me to stay here or move |
| 09:10:33 | 8 | up there. |
| 09:10:35 | 9 | THE COURT:  Podium would be better. |
| 09:10:36 | 10 | MS. LEA:  Would it be okay if I hand out a |
| 09:10:39 | 11 | PowerPoint presentation that might help explain this issue? |
| 09:10:39 | 12 | THE COURT:  Sure.  Do you have one for opposing |
| 09:10:43 | 13 | counsel? |
| 09:10:44 | 14 | MS. LEA:  I do. |
| 09:10:45 | 15 | How many would the Court like? |
| 09:10:47 | 16 | THE COURT:  One is fine. |
| 09:10:48 | 17 | MS. LEA:  Okay, Your Honor, if we could go to page |
| 09:11:09 | 18 | 5 of the PowerPoint. |
| 09:11:15 | 19 | So, it is right that paragraph 25 does show |
| 09:11:19 | 20 | the use of range data to direct the lighting sources to |
| 09:11:24 | 21 | create the fake 3D image.  There is no dispute about that. |
| 09:11:30 | 22 | But what is happening there is, you're |
| 09:11:32 | 23 | looking at vectors, normal vectors coming from the elevation |
| 09:11:37 | 24 | data and interacting with the light source.  So, the light |
| 09:11:41 | 25 | source is really what's going to scale up or scale down those |

09:11:47  1    intensity values, but it's never going to add an elevation

09:11:52  2    data to them or have a second number there.

09:11:54  3              And if we look at our PowerPoint on slide 5,

09:11:58  4    you can see what Pavemetrics has really done is, they do what

09:12:04  5    artists do all the time.  You know, the circle that's shown

09:12:06  6    on page 5 has been made to appear 3D by shadows drawn on this

09:12:13  7    2D page.  That's exactly what they're doing in the code with

09:12:18  8    fake 3D.

09:12:19  9              If you go slide 6, you see the fake 3D image

09:12:23  10   on the right.  So that's a picture looking straight down at

09:12:26  11   the track photographing where light is being reflected from

09:12:29  12   above.

09:12:30  13             And so here we're using artificial light

09:12:35  14   sources to direct, to create these shadows, and they use

09:12:40  15   elevation data to decide where to place the light sources,

09:12:44  16   but it's still the light sources that are changing the image.

09:12:48  17             On the right, the 3D viewer image, that's

09:12:51  18   what a 3D image looks like.  That is not in our source code.

09:12:55  19   That's from a completely separate piece of software that is

09:13:00  20   not sold with the product.  And you can see the image like a

09:13:03  21   3D object unlike in the fake 3D image.

09:13:07  22             And if we go to slide 7, you see this is

09:13:12  23   Darel Mesher.  He's the named inventor on the '293 patent.

09:13:14  24   He's Tetra Tech's chief technology officer.  He's their Rule

09:13:22  25   30(b)(6) designee.  We asked him:  What does it mean to

| | | |
|---|---|---|
| 09:13:24 | 1 | represent both elevation data and intensity data at a |
| 09:13:27 | 2 | particular point?  "Literally," he said, "that would be |
| 09:13:29 | 3 | producing two analogue data values at each measurement point, |
| 09:13:35 | 4 | an elevation value and an intensity value.  We only have |
| 09:13:40 | 5 | intensity values in the fake 3D image." |
| 09:13:42 | 6 | If you go to slide 8 -- |
| 09:13:45 | 7 | **THE COURT:**  Let me ask you this, Counsel.  Is |
| 09:13:47 | 8 | there a way to derive elevation data from the fake 3D image? |
| 09:13:52 | 9 | **MS. LEA:**  You cannot do so, and they have not |
| 09:13:55 | 10 | alleged that you can.  You can not pull out elevation data |
| 09:13:57 | 11 | from that image, and slides 8 and 9 really show you why. |
| 09:14:00 | 12 | And the reason is, these are another fake 3D |
| 09:14:03 | 13 | image for demonstrative purposes, and it shows you there is a |
| 09:14:08 | 14 | single value, and it's an intensity value at each data point. |
| 09:14:12 | 15 | And if you look here at the two values I circled on the rail, |
| 09:14:15 | 16 | so, the rail has the same elevation but yet we have two |
| 09:14:19 | 17 | different intensity values and that's because of the way the |
| 09:14:22 | 18 | light source hit the photo in the source code. |
| 09:14:27 | 19 | If you go to the next slides, and we can look |
| 09:14:30 | 20 | at two different elevations:  The rail that's higher and the |
| 09:14:34 | 21 | cross-tie that's lower, and here they have the same intensity |
| 09:14:39 | 22 | value and that's because of how the light source hit. |
| 09:14:42 | 23 | So, and obviously if you have a normal |
| 09:14:44 | 24 | vector, looking straight at the light source, you're going to |
| 09:14:46 | 25 | come up with zero in that regard.  So, you're not even going |

09:14:49  1    to have any elevation input at that point, and you need to

09:14:53  2    have it at every point under your construction.

09:14:55  3                     So, while range data is undisputedly used to

09:15:00  4    direct the light sources, there is no elevation data in that

09:15:04  5    image.  There is no extractable elevation data, and it's

09:15:09  6    created very differently than an image that would have both

09:15:13  7    in there.

09:15:15  8              **THE COURT:**  Okay, and take me a step further.

09:15:17  9    What is the fake 3D image used for in the L rail system?

09:15:23  10             **MS. LEA:**  Well, it's not even in the system today,

09:15:25  11   but in past versions, they did try to use it to identify a

09:15:31  12   feature.  It was not successful, and they stopped using it,

09:15:35  13   and then they took it out of their code.

09:15:38  14             **THE COURT:**  Okay.  So, in past systems, was it

09:15:41  15   used to identify a feature?

09:15:42  16             **MS. LEA:**  In one version.

09:15:45  17             **THE COURT:**  And is that -- that version was one of

09:15:48  18   the versions that's being accused of infringement.

09:15:52  19             **MS. LEA:**  Yes.

09:15:54  20             **THE COURT:**  Okay.

09:15:55  21             **MS. LEA:**  But of course there is also, you know,

09:15:57  22   the gritty neighborhood argument, and we can go on, and

09:15:57  23   those --

09:16:02  24                     It sounds like Your Honor wants to go --

09:16:04  25   maybe not do that right now, but I'm happy to address the

| | |
|---|---|
| 09:16:07 | 1 |
| 09:16:13 | 2 |
| 09:16:14 | 3 |
| 09:16:17 | 4 |
| 09:16:18 | 5 |
| 09:16:22 | 6 |
| 09:16:27 | 7 |
| 09:16:31 | 8 |
| 09:16:32 | 9 |
| 09:16:35 | 10 |
| 09:16:38 | 11 |
| 09:16:41 | 12 |
| 09:16:43 | 13 |
| 09:16:47 | 14 |
| 09:16:53 | 15 |
| 09:16:58 | 16 |
| 09:17:00 | 17 |
| 09:17:04 | 18 |
| 09:17:06 | 19 |
| 09:17:09 | 20 |
| 09:17:12 | 21 |
| 09:17:14 | 22 |
| 09:17:19 | 23 |
| 09:17:23 | 24 |
| 09:17:26 | 25 |

1   other missing limitations dealing with fake 3D as well.

2          THE COURT:  Let's move on to the mixed image

3   issue.  This is an issue as to whether or not this process is

4   used in the product?

5          MS. LEA:  Yes.  The mixed image was a test image

6   that was put in by a programmer to test to see if it would

7   work it, and it didn't work, and they never used it with a

8   customer, and it's now removed from the code.

9          THE COURT:  Okay.  And is that disputed?

10          MS. LEA:  I don't think it's disputed that --

11          They have no evidence that it was ever used

12   with a customer, and I don't think it's disputed that it's

13   removed from the code.  They do dispute whether the code

14   meets the "configured-to" language in the claim.  And -- but

15   they have no evidence that it was configured ever to identify

16   a feature.

17          I mean, first of all, it's in "if"

18   statements, Your Honor.  So, two "if" statements.  There's an

19   IF statement, whether you even generate the mixed image, and

20   that "if" statements is set to generate a range image in

21   every single version that we're talking about.

22          And then there is an IF statement on which

23   image to identify a feature from, and again, that one is set

24   to range in the versions that we are talking about.

25          So, you would have to actually change these

09:17:29  1   parameters either within the code or within configuration

09:17:35  2   software, and it's a hidden parameters.  In addition to that,

09:17:39  3   you have to change the deep neural network software so that

09:17:44  4   is programmed.  It knows what it's supposed to receive.  So

09:17:47  5   it knows it's supposed to receive a range image.  So, if

09:17:48  6   you're going to send it to something else, you have to change

09:17:50  7   and tell it what else you're going to send it.

09:17:53  8              There's also never been a trained model for

09:17:56  9   mixed image because it was a test, it was never intended to

09:18:00  10  be used by a client.  So, there is no trained model.  So it's

09:18:04  11  impossible, it's not configured to identify a feature from

09:18:08  12  that image, and they have no evidence that it is other than

09:18:11  13  rogue speculation from their -- their expert who completes

09:18:18  14  ignores the "if" statements, and he knows, he's an expert in

09:18:23  15  computer science and computer vision.  He knows what "if"

09:18:27  16  statements are, and he was not forthcoming with the Court

09:18:30  17  about the "if" statements.

09:18:31  18          THE COURT:  Let me ask you this, you're claiming

09:18:33  19  that Dr. Morales lacks personal knowledge about the different

09:18:37  20  versions of the L rail software and his testimony should be

09:18:43  21  excluded?

09:18:44  22              MS. LEA:  I am.

09:18:45  23          THE COURT:  What's the basis for that?

09:18:45  24          MS. LEA:  My basis is that out of his --

09:18:48  25              His opinions are extremely conclusory.  And

| | | |
|---|---|---|
| 09:18:50 | 1 | so either they contradict the facts -- so some of them |
| 09:18:53 | 2 | contradict the facts, other ones are just flat-out |
| 09:18:56 | 3 | conclusory.  So a fake 3D, when he says it's combining |
| 09:19:01 | 4 | elevation and intensity, that's completely inconsistent with |
| 09:19:05 | 5 | the map and the source code of multiplying, getting the dot |
| 09:19:05 | 6 | product and multiplying with the intensity. |
| 09:19:09 | 7 | And then on the -- on this issue, on mixed |
| 09:19:12 | 8 | image and being configured, he -- it's inconsistent with the |
| 09:19:15 | 9 | "if" statements.  And he has no evidence for the fact that |
| 09:19:18 | 10 | you could run this with a model, a neural network model |
| 09:19:24 | 11 | trained on completely different images.  He just says it. |
| 09:19:27 | 12 | THE COURT:  Getting back to the fake 3D image, the |
| 09:19:30 | 13 | normal vector, right, that's computed using elevation data, |
| 09:19:35 | 14 | right? |
| 09:19:35 | 15 | MS. LEA:  It is. |
| 09:19:36 | 16 | THE COURT:  Okay, but your -- I guess your |
| 09:19:37 | 17 | argument is that the fake 3D image doesn't meet the Court's |
| 09:19:43 | 18 | construction because there is not a -- there's not elevation |
| 09:19:46 | 19 | date in the map on a point-by-point basis. |
| 09:19:48 | 20 | MS. LEA:  Correct. |
| 09:19:59 | 21 | THE COURT:  Okay, I think I'm done with my |
| 09:20:02 | 22 | questions for you.  Let me ask Tetra Tech to respond to some |
| 09:20:05 | 23 | of these issues. |
| 09:20:17 | 24 | So, on the fake 3D image, we've established |
| 09:20:20 | 25 | that it uses elevation data in the normal vector, but you'll |

| | | |
|---|---|---|
| 09:20:25 | 1 | agree that on a point-by-point basis, it doesn't have both |
| 09:20:28 | 2 | elevation data and intensity data, correct? |
| 09:20:31 | 3 | MR. CHUNG:  I think our expert, Dr. Morales, does |
| 09:20:34 | 4 | opine that it includes elevation intensity and light vector |
| 09:20:39 | 5 | data. |
| 09:20:40 | 6 | THE COURT:  Well, certain elevation data is used |
| 09:20:42 | 7 | in generating it.  Counsel has conceded that.  But how is |
| 09:20:46 | 8 | it -- |
| 09:20:47 | 9 | How would you recover elevation data from the |
| 09:20:51 | 10 | fake 3D map? |
| 09:20:53 | 11 | MR. CHUNG:  It is part of the ultimate result, the |
| 09:20:55 | 12 | end result that 3D INT -- or what I refer -- |
| 09:20:59 | 13 | THE COURT:  Well, no, I mean, it certainly -- |
| 09:21:03 | 14 | Okay, I get that it's used in creating the |
| 09:21:05 | 15 | map for sure.  So, it's intertwined in there, right?  It's a |
| 09:21:09 | 16 | result of the a dot product of a normal vector.  So, it's |
| 09:21:13 | 17 | used in the map. |
| 09:21:14 | 18 | But what I'm wondering about is, if the Court |
| 09:21:17 | 19 | looks at this and requires there to be a map containing |
| 09:21:21 | 20 | elevation data and intensity data that can be recovered from |
| 09:21:25 | 21 | the map on a point-by-point basis, how would you recover |
| 09:21:29 | 22 | elevation data from the fake 3D map? |
| 09:21:32 | 23 | MR. CHUNG:  It's in -- |
| 09:21:33 | 24 | Elevation data is incorporated along with |
| 09:21:36 | 25 | image intensity data and light vector data in that end result |

| | |
|---|---|
| 09:21:42 | 1 |
| 09:21:44 | 2 |
| 09:21:46 | 3 |
| 09:21:51 | 4 |
| 09:21:55 | 5 |
| 09:22:00 | 6 |
| 09:22:03 | 7 |
| 09:22:06 | 8 |
| 09:22:11 | 9 |
| 09:22:14 | 10 |
| 09:22:19 | 11 |
| 09:22:23 | 12 |
| 09:22:27 | 13 |
| 09:22:31 | 14 |
| 09:22:33 | 15 |
| 09:22:35 | 16 |
| 09:22:37 | 17 |
| 09:22:41 | 18 |
| 09:22:48 | 19 |
| 09:22:49 | 20 |
| 09:22:51 | 21 |
| 09:22:54 | 22 |
| 09:22:57 | 23 |
| 09:23:01 | 24 |
| 09:23:05 | 25 |

1  of 3D INT.

2            The Court's construction doesn't require that

3  the 3D elevation data that's analyzed is only 3D elevation

4  data.  So, it's a combination.  The map that has the data is

5  a combination of elevation intensity and light.  So, when the

6  system does do an analysis of that data, it's necessarily

7  going to be analyzing the elevation data that's incorporated

8  into that ultimate 3D INT result.

9            THE COURT:  Okay.  But if the Court requires -- if

10  the Court's construction requires there to be a map that --

11  where you can recover elevation data on a point-by-point

12  basis, would you agree that the fake 3D image doesn't meet

13  that limitation?

14            MR. CHUNG:  I think I would still disagree with

15  that position, Your Honor, because --

16            THE COURT:  Explain that to me.

17            MR. CHUNG:  Yeah, at each point it's still going

18  to have elevation data incorporated into the 3D INT.  So

19  it's --

20            I think I would agree with you that it's not

21  just elevation data that's there for the fake 3D image, but

22  it is incorporated with other data as well.

23            THE COURT:  And is it separable?  I mean, can you

24  pull you out the elevation data from the fake 3D map a

25  point-by-point basis?

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 09:23:06 | 1 | **MR. CHUNG:**  I don't believe our expert has opined |
| 09:23:09 | 2 | in that regard. |
| 09:23:19 | 3 | Your Honor, may I touch on the mixed image |
| 09:23:23 | 4 | arguments or I can move on.  Whatever you'd like. |
| 09:23:24 | 5 | **THE COURT:**  Sure, sure. |
| 09:23:24 | 6 | **MR. CHUNG:**  I think to clarify about this "if" |
| 09:23:28 | 7 | statements, and we put this argument in our objection, those |
| 09:23:33 | 8 | are brand new arguments, brand new evidence that were |
| 09:23:37 | 9 | introduced in reply.  Not only are they brand new for |
| 09:23:41 | 10 | purposes of summary judgment, they were not disclosed or |
| 09:23:44 | 11 | provided in any discovery during the fact discovery. |
| 09:23:48 | 12 | To say that our expert was not forthcoming |
| 09:23:51 | 13 | about the "if" statements is a little bit strained because |
| 09:23:57 | 14 | Pavemetrics themselves could have provided those "if" |
| 09:24:00 | 15 | statements as part of their non-infringement contentions. |
| 09:24:03 | 16 | The mixed image functionality is provided in |
| 09:24:09 | 17 | source code that's delivered to customers and -- |
| 09:24:14 | 18 | **THE COURT:**  Is it -- |
| 09:24:15 | 19 | I mean, as you know, right, source codes |
| 09:24:20 | 20 | contains lots and lots and lots of things in it.  Some of it |
| 09:24:24 | 21 | is executed and used, and some of it is not.  There's a lot |
| 09:24:27 | 22 | what could be termed as dummy code or test code or, you know, |
| 09:24:31 | 23 | things of that nature.  So just because something is in the |
| 09:24:35 | 24 | source code doesn't necessarily mean that it's invoked in an |
| 09:24:39 | 25 | operating software system. |

| | | |
|---|---|---|
| 09:24:40 | 1 | Certainly, the Pavemetrics' expert or |
| 09:24:46 | 2 | declarant, Mr. Herbert? |
| 09:24:52 | 3 | **MS. LEA:**  Hebert. |
| 09:24:55 | 4 | **THE COURT:**  Mr. Hebert would have personal |
| 09:25:00 | 5 | knowledge about what, you know, what version of the software |
| 09:25:02 | 6 | is delivered to customers and what's executed in that |
| 09:25:06 | 7 | version, correct? |
| 09:25:07 | 8 | **MR. CHUNG:**  That's correct. |
| 09:25:08 | 9 | **THE COURT:**  And so what I'd like to ask you is, |
| 09:25:11 | 10 | what is your evidence that this mixed image software that |
| 09:25:15 | 11 | your expert, Dr. Morales, has pointed to, what is your |
| 09:25:20 | 12 | evidence that that's used in an application of the L-rail |
| 09:25:25 | 13 | product? |
| 09:25:25 | 14 | **MR. CHUNG:**  I think we'd have to look to the |
| 09:25:27 | 15 | configure 2 term, Your Honor, and -- |
| 09:25:30 | 16 | **THE COURT:**  I'm sorry, the what term? |
| 09:25:31 | 17 | **MR. CHUNG:**  The configured 2 term, in terms of the |
| 09:25:35 | 18 | system claim of the '293 patent.  The circumstances here are |
| 09:25:38 | 19 | quite analogous to the *TQ Delta* case that was cited in your |
| 09:25:45 | 20 | Claim Construction Order.  In that regard -- |
| 09:25:47 | 21 | This isn't a situation where the mixed image |
| 09:25:49 | 22 | functionality is, you know, simply incapable of performing, |
| 09:25:52 | 23 | or there is no way to enable it.  It's much akin to switching |
| 09:25:56 | 24 | on or off that functionality by setting a variable, and |
| 09:26:00 | 25 | that's what Dr. Hebert has even declared. |

09:26:05  1              He states that if the variable is set to a

09:26:07  2  number, one or two, then the system will attempt to process

09:26:13  3  the mixed image or the system will attempt to process the

09:26:17  4  fake 3D image, depending on the variable that's set.  And

09:26:22  5  it's also much akin to, I believe, the *Hit* (phonetically

09:26:26  6  spelled) case that essentially states that a party cannot

09:26:30  7  avoid infringement by controlling end user behavior for

09:26:34  8  technology that's, you know, literally reads on -- on the

09:26:38  9  claim limitations.

09:26:40  10         THE COURT:  And so your contention is that a user

09:26:43  11 could configured the system to use the mixed image map.

09:26:46  12         MR. CHUNG:  That's correct.  And our expert was

09:26:49  13 not -- did not have the opportunity to provide that opinion

09:26:53  14 because this was given in reply.  He has provided an opinion

09:26:58  15 in his opening report, albeit without, you know, the full and

09:27:03  16 proper discovery that should have been afforded Tetra Tech to

09:27:07  17 examine this contention.

09:27:09  18              And in that regard, the evidence itself is

09:27:13  19 through, for example, Dr. Hebert's declaration where he's

09:27:17  20 stating:  If you set the variable from the default zero to

09:27:21  21 one or two, the process will analyze the mixed image or the

09:27:28  22 fake 3D image, depending on the variable that's selected.

09:27:32  23 And it's much akin to the *TQ Delta* case where, you know,

09:27:35  24 enabling functionality is not considered a modification for

09:27:38  25 purposes of configure 2.

09:27:41  1          **THE COURT:**  Okay.  Thank you, Counsel.

09:27:42  2                   Let me go back to Pavemetrics for a minute

09:27:46  3  here.

09:27:50  4                   What about this issue of the software being

09:27:53  5  configurable to use the mixed image?

09:27:59  6          **MS. LEA:**  The claim requires configured 2, which I

09:28:05  7  would argue would be different than "configurable."  But if

09:28:11  8  you look at our slide 18, I do want to address both of his

09:28:15  9  arguments here.  First of all, this is not a brand new

09:28:18  10  argument in any shape or form.  On slide 18 I do give Your

09:28:25  11  Honor the cites for where we made these arguments.

09:28:29  12                   First of all, our non-infringement theory is

09:28:32  13  that there is four missing limitations from our product, and

09:28:35  14  we told them that in discovery, and we told them that in our

09:28:38  15  opening brief.  And Dr. Hebert, in his opening declarant, he

09:28:42  16  said Pavemetrics has never used a mixed image to process any

09:28:47  17  data for our customers.  It wasn't intended to be used.  It's

09:28:50  18  a test.

09:28:53  19                   He also said --

09:28:54  20                   At that time they had pointed to one version.

09:28:56  21  He said even for that version, the software was not

09:28:59  22  configured to generate or analyze the mixed image.  They

09:29:04  23  responded to that argument.  They have a paragraph from their

09:29:07  24  expert saying he disagrees.  He doesn't have any basis for

09:29:11  25  his disagreement, and he ignores the "if" statements, and he

09:29:15  1    ignores the -- he puts in no evidence about our neural

09:29:20  2    network whatsoever.

09:29:20  3                But they knew about the argument, and to say

09:29:22  4    that we needed to, you know, tell them that our source code

09:29:26  5    had an "if" statements when they have a computer science

09:29:29  6    expert looking at it, analyzing those exact paragraphs, he

09:29:34  7    knows they're "if" statements.  And he could have dealt

09:29:36  8    with that.  It's their burden of proof on infringement.

09:29:36  9         **THE COURT:**  Just to make sure I understand this.

09:29:39  10   Can a customer or a user of the L rail system configure it to

09:29:46  11   make use of the mixed image by the way they configure their

09:29:49  12   own use of the software platform?

09:29:51  13        **MS. LEA:**  No.  No.  A customer would not know

09:29:53  14   about the mixed image.  The customer would not know the

09:29:56  15   parameters for the mixed image.  So, there wouldn't --

09:29:59  16                They can't go into the source code and change

09:30:02  17   the variable.  It's impossible.  They don't have it.  And

09:30:04  18   then, as far as the configuration file, they don't know the

09:30:07  19   parameter.  So, they don't know that it exists, and they

09:30:11  20   don't know the name of it.  They wouldn't be able to go

09:30:11  21   change it that way.

09:30:12  22                Even if they did, they wouldn't have the deep

09:30:15  23   neural network software that's receiving the image to change

09:30:20  24   that, to say:  Hey, instead of a range image, we got a mixed

09:30:24  25   image coming your way.  And they don't have a deep neural

| 09:30:24 | 1 | network trained on mixed images. |
| 09:30:30 | 2 | Pavemetrics doesn't set it up where the user |
| 09:30:32 | 3 | can ever change the input image because it would require an |
| 09:30:34 | 4 | entirely new deep neural network model that they would then |
| 09:30:38 | 5 | have to send to customers.  That's never going to be on the |
| 09:30:43 | 6 | customer's side. |
| 09:30:44 | 7 | **THE COURT:**  Okay.  Last question.  Going back to |
| 09:30:45 | 8 | the fake 3D map.  It's derived from elevation data, but your |
| 09:30:52 | 9 | argument is that since it doesn't include on a point-by-point |
| 09:30:56 | 10 | basis intensity and elevation data, it doesn't meet the claim |
| 09:31:00 | 11 | limitation. |
| 09:31:01 | 12 | Tell me about what in the downstream |
| 09:31:04 | 13 | processing requires this view of the 3D map to include |
| 09:31:11 | 14 | elevation and intensity on a point-by-point basis? |
| 09:31:15 | 15 | **MS. LEA:**  What in the downstream -- |
| 09:31:18 | 16 | **THE COURT:**  Why should the Court require elevation |
| 09:31:20 | 17 | data, I mean, other than the deposition cite you pointed me |
| 09:31:27 | 18 | to, why should the Court require the 3D map to have elevation |
| 09:31:29 | 19 | and intensity data on a point-by-point basis? |
| 09:31:29 | 20 | **MS. LEA:**  Okay. |
| 09:31:32 | 21 | **THE COURT:**  Why is that necessary for the claimed |
| 09:31:35 | 22 | invention? |
| 09:31:35 | 23 | **MS. LEA:**  Okay.  Well, I mean, first of all, going |
| 09:31:38 | 24 | back to their specification, that's what this whole claim is |
| 09:31:41 | 25 | about, that's the only new thing in their supposed new |

09:31:45  1    invention and their whole patent is a representation or

09:31:51  2    combining elevation intensity data into a single map.  It's

09:31:56  3    incredibly important to their patent.  It's the reason they

09:31:59  4    got the patent if you go back to the prosecution history.

09:32:02  5    And so it's not --

09:32:03  6              Elevation was just used to direct the light

09:32:06  7    source.  That's it.  It's the lighting that's scaling up the

09:32:10  8    intensity or scaling down the intensity, making it darker or

09:32:16  9    making it lighter.  That's all that's happening there.

09:32:17  10             There is no second number, there is no

09:32:19  11   elevation number, and there is no elevation added to the

09:32:22  12   intensity.  So, there is no representation at each data

09:32:26  13   point.  And some data points wouldn't have changed at all.

09:32:29  14   The light didn't hit them, they wouldn't have changed at all.

09:32:33  15   So there would be no effect from the elevation whatsoever on

09:32:35  16   that data point.

09:32:38  17        **THE COURT:**  Can I take the fake 3D map, though,

09:32:39  18   and by reversing the mathematics used to create it derive

09:32:45  19   elevation data?

09:32:46  20             **MS. LEA:**  No.

09:32:47  21             **THE COURT:**  Why not?

09:32:48  22             **MS. LEA:**  Why not?  Well, now you're getting into

09:32:51  23   something math, so -- right?  So, we --

09:32:52  24             They've done a lot of things to that number.

09:32:54  25   You know, they've put them in maps -- they've -- they've

09:33:00   1   multiplied it with the -- to take it to the zero or the two

09:33:03   2   and then they -- umm --

09:33:05   3           I -- I don't think you could go back in and

09:33:06   4   ever get out that number.  That's what I'm told.  And there

09:33:09   5   is nothing in the record --

09:33:10   6           Let's just go in the record.  There is

09:33:12   7   nothing in the record saying that you could take that number

09:33:15   8   back out.

09:33:16   9           **THE COURT:**  Okay.  Thanks.  I think I've got all

09:33:18   10  my questions answered.

09:33:19   11          Thanks, counsel, I will get an order out on

09:33:23   12  this soon.  Thank you.

09:33:24   13          ALL IN UNISON:  Thank you, Your Honor.

           14                        ~ ~ ~

           15          (Proceedings concluded.)

           16                        ~ ~ ~

           17

           18

           19

           20

           21

           22

           23

           24

           25

C E R T I F I C A T E

I hereby certify that the foregoing is a true and correct

transcript of the stenographically recorded proceedings in

the above matter.

Fees charged for this transcript, less any circuit fee

reduction and/or deposit, are in conformance with the

regulations of the judicial conference of the united states.


/S/Anne Kielwasser
_____          3/9/2022
Anne Kielwasser, CSR, RPR          Date
Official Court Reporter

UNITED STATES DISTRICT COURT

**'**

**'293** [2] - 7:23, 16:18

**/**

**/S/Anne** [1] - 23:10

**1**

**12** [2] - 4:23, 6:4
**14** [1] - 5:19
**14th** [1] - 2:7
**18** [2] - 18:8, 18:10

**2**

**2** [5] - 3:5, 16:15, 16:17, 17:25, 18:6
**20001** [1] - 2:15
**202-408-4000** [1] - 2:15
**202-408-4400** [1] - 2:16
**2022** [2] - 1:17, 3:1
**2040** [1] - 2:7
**21-1289** [2] - 1:10, 3:5
**213-417-5117** [1] - 2:21
**213-488-1178** [1] - 2:21
**24th** [1] - 2:20
**25** [3] - 5:11, 6:5, 6:19
**28** [5] - 1:17, 3:1, 5:20, 5:24, 6:5
**2D** [1] - 7:7

**3**

**3/9/2022** [1] - 23:10
**30(b)(6** [1] - 7:25
**3D** [41] - 3:24, 4:4, 4:6, 4:9, 4:14, 4:21, 5:9, 6:21, 7:6, 7:8, 7:9, 7:17, 7:18, 7:21, 8:5, 8:8, 8:12, 9:9, 10:1, 12:3, 12:12, 12:17, 12:24, 13:10, 13:12, 13:22, 14:1, 14:3, 14:8, 14:12, 14:18, 14:21, 14:24, 17:4, 17:22, 20:8, 20:13, 20:18, 21:17

**5**

**5** [3] - 6:18, 7:3, 7:6
**555** [1] - 2:20

**6**

**6** [1] - 7:9

**7**

**7** [1] - 7:22

**8**

**8** [2] - 8:6, 8:11

**9**

**9** [1] - 8:11
**90017** [1] - 2:20
**901** [1] - 2:14
**92614** [1] - 2:7
**949-760-0404** [1] - 2:8
**9:00** [2] - 1:18, 3:1

**A**

**A.M** [2] - 1:18, 3:1
**Aaron** [2] - 2:13, 3:15
**aaron.parker@finnegan.com** [1] - 2:16
**able** [1] - 19:20
**accused** [1] - 9:18
**add** [1] - 7:1
**added** [1] - 21:11
**addition** [1] - 11:2
**address** [3] - 6:3, 9:25, 18:8
**afforded** [1] - 17:16
**agree** [3] - 13:1, 14:12, 14:20
**akin** [3] - 16:23, 17:5, 17:23
**albeit** [1] - 17:15
**ALL** [1] - 22:13
**alleged** [1] - 8:10
**analogous** [1] - 16:19
**analogue** [1] - 8:3
**analysis** [3] - 4:6, 4:11, 14:6
**analyze** [2] - 17:21, 18:22
**analyzed** [1] - 14:3
**analyzing** [2] - 14:7,

19:6
**Angeles** [2] - 1:17, 2:20
**Anne** [1] - 23:11
**ANNE** [1] - 1:23
**anne.kielwasser@yahoo.com** [1] - 1:25
**annotated** [1] - 5:21
**annotations** [1] - 5:3
**answered** [1] - 22:10
**appear** [1] - 7:6
**appearances** [1] - 3:7
**application** [1] - 16:12
**argue** [1] - 18:7
**argument** [7] - 9:22, 12:17, 15:7, 18:10, 18:23, 19:3, 20:9
**arguments** [4] - 15:4, 15:8, 18:9, 18:11
**artificial** [1] - 7:13
**artists** [1] - 7:5
**attempt** [2] - 17:2, 17:3
**Avenue** [1] - 2:14
**avoid** [1] - 17:7

**B**

**based** [1] - 5:23
**basis** [11] - 11:23, 11:24, 12:19, 13:1, 13:21, 14:12, 14:25, 18:24, 20:10, 20:14, 20:19
**Bear** [1] - 2:6
**BEHALF** [2] - 2:3, 2:11
**behalf** [1] - 17:7
**behavior** [1] - 17:7
**best** [1] - 4:19
**better** [1] - 6:9
**bit** [2] - 3:22, 15:13
**blending** [1] - 4:15
**brand** [4] - 15:8, 15:9, 18:9
**brief** [1] - 18:15
**burden** [1] - 19:8

**C**

**CA** [2] - 2:7, 2:20
**CALIFORNIA** [2] - 1:2, 1:25
**California** [1] - 1:17
**cannot** [2] - 8:9, 17:6
**case** [3] - 16:19, 17:6, 17:23
**CENTRAL** [2] - 1:2, 1:25

**certain** [2] - 4:24, 13:6
**certainly** [1] - 13:13, 16:1
**certify** [1] - 23:2
**challenging** [1] - 4:2
**change** [7] - 10:25, 11:3, 11:6, 19:16, 19:21, 19:23, 20:3
**changed** [2] - 21:13, 21:14
**changing** [1] - 7:16
**charged** [1] - 23:5
**chief** [1] - 7:24
**Christy** [2] - 2:5, 3:9
**Chung** [2] - 2:12, 3:14
**CHUNG** [18] - 3:13, 4:3, 4:22, 5:13, 5:16, 5:19, 6:1, 13:3, 13:11, 13:23, 14:14, 14:17, 15:1, 15:6, 16:8, 16:14, 16:17, 17:12
**circle** [1] - 7:5
**circled** [1] - 8:15
**circuit** [1] - 23:5
**circumstances** [1] - 16:18
**cite** [1] - 20:17
**cited** [1] - 16:19
**cites** [1] - 18:11
**claim** [6] - 10:14, 16:18, 17:9, 18:6, 20:10, 20:24
**Claim** [1] - 16:20
**claimed** [1] - 20:21
**claiming** [1] - 11:18
**clarify** [1] - 15:6
**Clark** [1] - 2:19
**CLERK** [1] - 3:5
**client** [1] - 11:10
**code** [21] - 4:6, 4:17, 4:20, 5:2, 5:6, 5:21, 7:7, 7:18, 8:18, 9:13, 10:8, 10:13, 11:1, 12:5, 15:17, 15:22, 15:24, 19:4, 19:16
**codes** [1] - 15:19
**combination** [3] - 4:15, 14:4, 14:5
**combined** [2] - 5:7, 5:8
**combining** [2] - 12:3, 21:2
**coming** [2] - 6:23, 19:25
**completely** [3] - 7:19, 12:4, 12:11
**completes** [1] - 11:13
**component** [1] - 5:15
**computed** [1] - 12:13

**computer** [3] - 11:15, 19:5
**conceded** [1] - 13:7
**concluded** [1] - 22:15
**conclusion** [1] - 4:9
**conclusory** [2] - 11:25, 12:3
**conference** [1] - 23:7
**configurable** [2] - 18:5, 18:7
**configuration** [2] - 11:1, 19:18
**configure** [4] - 16:15, 17:25, 19:10, 19:11
**configured** [8] - 10:14, 10:15, 11:11, 12:8, 16:17, 17:11, 18:6, 18:22
**configured-to** [1] - 10:14
**confirmed** [1] - 4:11
**conformance** [1] - 23:6
**considered** [1] - 17:24
**construction** [4] - 9:2, 12:18, 14:2, 14:10
**Construction** [1] - 16:20
**containing** [1] - 13:19
**contains** [1] - 15:20
**contention** [2] - 17:10, 17:17
**contentions** [1] - 15:15
**contradict** [2] - 12:1, 12:2
**controlling** [1] - 17:7
**correct** [8] - 5:12, 5:16, 12:20, 13:2, 16:7, 16:8, 17:12, 23:2
**Counsel** [4] - 3:7, 8:7, 13:7, 18:1
**counsel** [2] - 6:13, 22:11
**course** [1] - 9:21
**COURT** [45] - 1:1, 1:24, 3:5, 3:12, 3:17, 4:16, 5:11, 5:14, 5:17, 5:24, 6:2, 6:9, 6:12, 6:16, 8:7, 9:8, 9:14, 9:17, 9:20, 10:2, 10:9, 11:18, 11:23, 12:12, 12:16, 12:21, 13:6, 13:13, 14:9, 14:16, 14:23, 15:5, 15:18, 16:4, 16:9, 16:16, 17:10, 18:1, 19:9, 20:7, 20:16, 20:21, 21:17,

21:21, 22:9
**Court** [8] - 1:24, 6:15, 11:16, 13:18, 14:9, 20:16, 20:18, 23:11
**Court's** [3] - 12:17, 14:2, 14:10
**create** [3] - 6:21, 7:14, 21:18
**created** [1] - 9:6
**creating** [1] - 13:14
**cross** [1] - 8:21
**cross-tie** [1] - 8:21
**CRR** [1] - 1:23
**CSR** [1] - 1:23, 23:11
**customer** [5] - 10:8, 10:12, 19:10, 19:13, 19:14
**customer's** [1] - 20:6
**customers** [4] - 15:17, 16:6, 18:17, 20:5
**CV** [2] - 1:10, 3:5

### D

**Daniel** [2] - 2:12, 3:13
**daniel.chung@ finnegan.com** [1] - 2:17
**Darel** [1] - 7:23
**darker** [1] - 21:8
**data** [54] - 4:1, 4:8, 4:21, 5:9, 5:15, 6:5, 6:6, 6:20, 6:24, 7:2, 7:15, 8:1, 8:3, 8:8, 8:10, 8:14, 9:3, 9:4, 9:5, 12:13, 12:25, 13:2, 13:5, 13:6, 13:9, 13:20, 13:22, 13:24, 13:25, 14:3, 14:4, 14:6, 14:7, 14:11, 14:18, 14:21, 14:22, 14:24, 18:17, 20:8, 20:10, 20:17, 20:19, 21:2, 21:12, 21:13, 21:16, 21:19
**Date** [1] - 23:11
**date** [1] - 12:19
**dealing** [1] - 10:1
**dealt** [1] - 19:7
**decide** [1] - 7:15
**declarant** [2] - 16:2, 18:15
**declaration** [4] - 4:23, 5:12, 5:20, 17:19
**declared** [1] - 16:25
**deep** [4] - 11:3, 19:22, 19:25, 20:4
**default** [1] - 17:20
**defendant** [1] - 1:13

**DEFENDANT** [1] - 2:11
**delivered** [2] - 15:17, 16:6
**Delta** [2] - 16:19, 17:23
**demonstrative** [1] - 8:13
**deposit** [1] - 23:6
**deposition** [1] - 20:17
**derive** [2] - 8:8, 21:18
**derived** [1] - 20:8
**described** [1] - 4:14
**designee** [1] - 7:25
**detail** [1] - 3:22
**detailed** [1] - 4:5
**details** [1] - 5:1
**different** [5] - 8:17, 8:20, 11:19, 12:11, 18:7
**differently** [1] - 9:6
**direct** [6] - 4:22, 5:2, 6:20, 7:14, 9:4, 21:6
**disagree** [1] - 14:14
**disagreement** [1] - 18:25
**disagrees** [1] - 18:24
**disclosed** [1] - 15:10
**discovery** [4] - 15:11, 17:16, 18:14
**dispute** [2] - 6:21, 10:13
**disputed** [3] - 10:9, 10:10, 10:12
**DISTRICT** [4] - 1:1, 1:2, 1:24, 1:25
**document** [1] - 2:15
**documents** [2] - 4:12, 4:18
**Donald** [2] - 2:19, 3:15
**done** [3] - 7:4, 12:21, 21:24
**dot** [3] - 5:6, 12:5, 13:16
**down** [3] - 6:25, 7:10, 21:8
**downstream** [2] - 20:12, 20:15
**Dr** [11] - 4:5, 4:23, 5:4, 5:5, 5:19, 11:19, 13:3, 16:11, 16:25, 17:19, 18:15
**drawn** [1] - 7:6
**dridge@clarkhill. com** [1] - 2:22
**due** [1] - 5:2
**dummy** [1] - 15:22
**Dunner** [1] - 2:14
**during** [1] - 15:11

### E

**E-Mail** [1] - 2:8
**e-mail** [5] - 2:9, 2:9, 2:16, 2:17, 2:22
**e-mails** [1] - 4:13
**effect** [1] - 21:15
**either** [2] - 11:1, 12:1
**elevation** [49] - 4:1, 4:8, 4:10, 4:15, 4:21, 5:14, 5:17, 6:5, 6:23, 7:1, 7:15, 8:1, 8:4, 8:8, 8:10, 8:16, 9:1, 9:4, 9:5, 12:4, 12:13, 12:18, 12:25, 13:2, 13:4, 13:6, 13:9, 13:20, 13:22, 13:24, 14:3, 14:5, 14:7, 14:11, 14:18, 14:21, 14:24, 20:8, 20:10, 20:14, 20:16, 20:18, 21:2, 21:6, 21:11, 21:15, 21:19
**elevations** [1] - 8:20
**enable** [1] - 16:23
**enabling** [1] - 17:24
**end** [3] - 13:12, 13:25, 17:7
**entirely** [1] - 20:4
**essentially** [2] - 5:14, 17:6
**established** [1] - 12:24
**evidence** [9] - 10:11, 10:15, 11:12, 12:9, 15:8, 16:10, 16:12, 17:18, 19:1
**exact** [1] - 19:6
**exactly** [1] - 7:7
**examine** [1] - 17:17
**example** [1] - 17:19
**excerpt** [1] - 5:20
**excluded** [1] - 11:21
**excuse** [1] - 6:4
**executed** [2] - 15:21, 16:6
**exists** [1] - 19:19
**expert** [12] - 4:4, 4:5, 11:13, 11:14, 13:3, 15:1, 15:12, 16:1, 16:11, 17:12, 18:24, 19:6
**explain** [2] - 6:11, 14:16
**extractable** [1] - 9:5
**extremely** [1] - 11:25

### F

**fact** [2] - 12:9, 15:11
**facts** [2] - 12:1, 12:2
**fake** [28] - 3:24, 4:4, 4:6, 4:9, 4:14, 4:21, 6:21, 7:8, 7:9, 7:21, 8:5, 8:8, 8:12, 9:9, 10:1, 12:3, 12:12, 12:17, 12:24, 13:10, 13:22, 14:12, 14:21, 14:24, 17:4, 17:22, 20:8, 21:17
**far** [1] - 19:18
**Farabow** [1] - 2:13
**Fax** [2] - 2:16, 2:21
**feature** [5] - 9:12, 9:15, 10:16, 10:23, 11:11
**FEBRUARY** [2] - 1:17, 3:1
**Federal** [1] - 1:24
**fee** [1] - 23:5
**fees** [1] - 23:5
**file** [1] - 19:18
**fine** [1] - 6:16
**Finnegan** [1] - 2:13
**first** [5] - 4:2, 10:17, 18:9, 18:12, 20:23
**flat** [1] - 12:2
**flat-out** [1] - 12:2
**Floor** [2] - 2:7, 2:20
**Flower** [1] - 2:20
**focus** [1] - 4:16
**FOR** [1] - 1:16
**foregoing** [1] - 23:2
**form** [1] - 18:10
**forthcoming** [2] - 11:16, 15:12
**four** [1] - 18:13
**frankly** [1] - 4:17
**full** [1] - 17:15
**function** [1] - 4:7
**functionality** [4] - 15:16, 16:22, 16:24, 17:24

### G

**Garrett** [1] - 2:13
**generate** [3] - 10:19, 10:20, 18:22
**generated** [1] - 4:10
**generating** [1] - 13:7
**given** [1] - 17:14
**gritty** [1] - 9:22
**guess** [3] - 4:2, 5:1, 12:16

**guides** [1] - 4:13

### H

**hand** [1] - 6:10
**happy** [1] - 9:25
**Hebert** [4] - 16:3, 16:4, 16:25, 18:15
**Hebert's** [1] - 17:19
**help** [1] - 6:11
**Henderson** [1] - 2:13
**Herbert** [1] - 16:2
**hereby** [1] - 23:2
**Hi** [1] - 3:9
**hidden** [1] - 11:2
**higher** [1] - 8:20
**Hill** [1] - 2:19
**history** [1] - 21:4
**Hit** [1] - 17:5
**hit** [3] - 8:18, 8:22, 21:14
**Honor** [13] - 3:13, 3:16, 4:3, 4:22, 5:3, 6:17, 9:24, 10:18, 14:15, 15:3, 16:15, 18:11, 22:13
**HONORABLE** [1] - 1:4

### I

**identified** [2] - 4:6, 5:4
**identifies** [1] - 4:24
**identify** [7] - 5:1, 5:21, 9:11, 9:15, 10:15, 10:23, 11:11
**IF** [2] - 10:19, 10:22
**ignores** [3] - 11:14, 18:25, 19:1
**image** [55] - 3:24, 4:4, 4:7, 4:10, 4:14, 4:21, 6:21, 7:9, 7:16, 7:17, 7:18, 7:20, 7:21, 8:5, 8:8, 8:11, 8:13, 9:5, 9:6, 9:9, 10:2, 10:5, 10:19, 10:20, 10:23, 11:5, 11:9, 11:12, 12:8, 12:12, 12:17, 12:24, 13:25, 14:12, 14:21, 15:3, 15:16, 16:10, 16:21, 17:3, 17:4, 17:11, 17:21, 17:22, 18:5, 18:16, 18:22, 19:11, 19:14, 19:15, 19:23, 19:24, 19:25, 20:3
**images** [2] - 12:11, 20:1
**important** [1] - 21:3
**impossible** [2] -

11:11, 19:17
**IN** [1] - 22:13
**Inc** [3] - 3:6, 3:14
**INC** [2] - 1:8, 1:12
**incapable** [1] - 16:22
**include** [2] - 20:9, 20:13
**includes** [2] - 4:21, 13:4
**including** [1] - 4:12
**inconsistent** [2] - 12:4, 12:8
**incorporated** [4] - 13:24, 14:7, 14:18, 14:22
**incredibly** [1] - 21:3
**infringement** [5] - 9:18, 15:15, 17:7, 18:12, 19:8
**input** [4] - 4:24, 5:6, 9:1, 20:3
**instead** [1] - 19:24
**INT** [5] - 5:10, 13:12, 14:1, 14:8, 14:18
**intended** [2] - 11:9, 18:17
**intensity** [28] - 4:1, 4:8, 4:11, 4:15, 5:9, 5:18, 6:6, 7:1, 8:1, 8:4, 8:5, 8:14, 8:17, 8:21, 12:4, 12:6, 13:2, 13:4, 13:20, 13:25, 14:5, 20:10, 20:14, 20:19, 21:2, 21:8, 21:12
**interacting** [1] - 6:24
**intertwined** [1] - 13:15
**introduced** [1] - 15:9
**invention** [2] - 20:22, 21:1
**inventor** [1] - 7:23
**invoked** [1] - 15:24
**Irvine** [1] - 2:7
**issue** [6] - 3:24, 6:11, 10:3, 12:7, 18:4
**issues** [1] - 12:23
**Item** [1] - 3:5
**itself** [2] - 4:7, 17:18

## J

**JUDGE** [1] - 1:4
**judgment** [2] - 3:21, 15:10
**JUDGMENT** [1] - 1:16
**judicial** [1] - 23:7

## K

**keep** [2] - 3:16, 3:18
**KIELWASSER** [1] - 1:23
**Kielwasser** [2] - 23:10, 23:11
**kind** [1] - 3:21
**Knobbe** [2] - 2:6, 3:9
**knowledge** [2] - 11:19, 16:5
**knows** [5] - 11:4, 11:5, 11:14, 11:15, 19:7

## L

**L-rail** [1] - 16:12
**lacks** [1] - 11:19
**language** [1] - 10:14
**last** [1] - 20:7
**LEA** [25] - 3:9, 3:16, 6:7, 6:10, 6:14, 6:17, 8:9, 9:10, 9:16, 9:19, 9:21, 10:5, 10:10, 11:22, 11:24, 12:15, 12:20, 16:3, 18:6, 19:13, 20:15, 20:20, 20:23, 21:20, 21:22
**Lea** [2] - 2:5, 3:9
**less** [1] - 23:5
**light** [16] - 5:7, 6:24, 7:11, 7:13, 7:15, 7:16, 8:18, 8:22, 8:24, 9:4, 13:4, 13:25, 14:5, 21:6, 21:14
**lighter** [1] - 21:9
**lighting** [2] - 6:20, 21:7
**limitation** [1] - 14:13, 20:11
**limitations** [3] - 10:1, 17:9, 18:13
**literally** [2] - 8:2, 17:8
**litigation@kmob.com** [1] - 2:8
**LLP** [3] - 2:6, 2:14, 2:19
**look** [5] - 7:3, 8:15, 8:19, 16:14, 18:8
**looking** [4] - 6:23, 7:10, 8:24, 19:6
**looks** [2] - 7:18, 13:19
**Los** [1] - 1:17, 2:20
**lower** [1] - 8:21
**Lu** [2] - 2:5, 3:10

## M

**Mail** [1] - 2:8
**mail** [5] - 2:9, 2:9, 2:16, 2:17, 2:22
**mails** [1] - 4:13
**Main** [1] - 2:7
**map** [17] - 12:5, 12:19, 13:10, 13:15, 13:17, 13:19, 13:21, 13:22, 14:4, 14:10, 14:24, 17:11, 20:8, 20:13, 20:18, 21:2, 21:17
**maps** [1] - 21:25
**MARK** [1] - 1:4
**Martens** [2] - 2:6, 3:10
**mask** [1] - 3:16
**math** [1] - 21:23
**mathematics** [1] - 21:18
**matter** [1] - 23:4
**Matthew** [1] - 2:6
**mean** [8] - 7:25, 10:17, 13:13, 14:23, 15:19, 15:24, 20:17, 20:23
**measurement** [1] - 8:3
**meet** [3] - 12:17, 14:12, 20:10
**meets** [1] - 10:14
**merging** [1] - 4:14
**Mesher** [1] - 7:23
**might** [1] - 6:11
**minute** [1] - 18:2
**missing** [2] - 10:1, 18:13
**mix** [1] - 4:14
**mixed** [20] - 10:2, 10:5, 10:19, 11:9, 12:7, 15:3, 15:16, 16:10, 16:21, 17:3, 17:11, 17:21, 18:5, 18:16, 18:22, 19:11, 19:14, 19:15, 19:24, 20:1
**model** [5] - 11:8, 11:10, 12:10, 20:4
**modification** [1] - 17:24
**MONDAY** [1] - 1:17, 3:12
**Morales** [6] - 4:5, 5:4, 5:5, 11:19, 13:3, 16:11
**Morales'** [2] - 4:23, 5:19
**morning** [2] - 3:12, 3:13
**MOTION** [1] - 1:16
**motion** [1] - 3:20

**move** [3] - 6:7, 10:2, 15:4
**MR** [18] - 3:13, 4:3, 4:22, 5:13, 5:16, 5:19, 6:1, 13:3, 13:11, 13:23, 14:14, 14:17, 15:1, 15:6, 16:8, 16:14, 16:17, 17:12
**MS** [25] - 3:9, 3:16, 6:7, 6:10, 6:14, 6:17, 8:9, 9:10, 9:16, 9:19, 9:21, 10:5, 10:10, 11:22, 11:24, 12:15, 12:20, 16:3, 18:6, 19:13, 20:15, 20:20, 20:23, 21:20, 21:22
**multiplied** [1] - 22:1
**multiplying** [2] - 12:5, 12:6

## N

**name** [1] - 19:20
**named** [1] - 7:23
**nature** [1] - 15:23
**necessarily** [3] - 4:19, 14:6, 15:24
**necessary** [1] - 20:21
**need** [1] - 9:1
**needed** [1] - 19:4
**neighborhood** [1] - 9:22
**network** [6] - 11:3, 12:10, 19:2, 19:23, 20:1, 20:4
**neural** [6] - 11:3, 12:10, 19:1, 19:23, 19:25, 20:4
**never** [6] - 7:1, 10:7, 11:8, 11:9, 18:16, 20:5
**New** [1] - 2:14
**new** [7] - 15:8, 15:9, 18:9, 20:4, 20:25
**next** [1] - 8:19
**Nicholas** [1] - 2:6
**nicholas.zovko@knobbe.com** [1] - 2:9
**Nick** [1] - 3:10
**NO** [1] - 1:10
**non** [2] - 15:15, 18:12
**non-infringement** [2] - 15:15, 18:12
**normal** [6] - 5:7, 6:23, 8:23, 12:13, 12:25, 13:16
**note** [1] - 5:5
**nothing** [2] - 22:5,

**22:7
**number** [7] - 7:2, 17:2, 21:10, 21:11, 21:24, 22:4, 22:7
**NW** [1] - 2:14

## O

**object** [1] - 7:21
**objection** [1] - 15:7
**obviously** [1] - 8:23
**OF** [4] - 1:2, 1:25, 2:3, 2:11
**officer** [1] - 7:24
**official** [1] - 23:11
**Official** [1] - 1:24
**Olson** [1] - 2:6
**ON** [2] - 2:3, 2:11
**one** [8] - 6:12, 6:16, 9:16, 9:17, 10:23, 17:2, 17:21, 18:20
**ones** [1] - 22:9
**opening** [3] - 17:15, 18:15
**operating** [1] - 15:25
**operation** [1] - 4:19
**opine** [1] - 13:4
**opined** [1] - 15:1
**opinion** [2] - 17:13, 17:14
**opinions** [1] - 11:25
**opportunity** [1] - 17:13
**opposing** [1] - 6:12
**order** [1] - 22:11
**Order** [3] - 5:2, 5:23, 16:20
**own** [1] - 19:12

## P

**page** [5] - 4:23, 5:19, 6:17, 7:6, 7:7
**Paragraph** [1] - 5:11
**paragraph** [7] - 5:20, 5:24, 6:4, 6:5, 6:19, 18:23
**paragraphs** [1] - 19:6
**parameter** [1] - 19:19
**parameters** [3] - 11:1, 11:2, 19:15
**Parker** [2] - 2:13, 3:15
**part** [2] - 13:11, 15:15
**PARTIAL** [1] - 1:16
**particular** [1] - 8:2
**parties** [1] - 3:25
**parties'** [1] - 3:22
**party** [2] - 4:2, 17:6

**past** [2] - 9:11, 9:14
**patent** [5] - 7:23, 16:18, 21:1, 21:3, 21:4
**Pavemetrics** [8] - 3:6, 3:11, 6:3, 7:4, 15:14, 18:2, 18:16, 20:2
**PAVEMETRICS** [1] - 1:8
**Pavemetrics'** [2] - 4:12, 16:1
**performing** [1] - 16:22
**performs** [1] - 5:6
**permitted** [1] - 4:25
**personal** [2] - 11:19, 16:4
**phonetically** [1] - 17:5
**photo** [1] - 8:18
**photographing** [1] - 7:11
**picture** [2] - 4:19, 7:10
**piece** [1] - 7:19
**place** [1] - 7:19
**plaintiff** [1] - 1:10
**PLAINTIFF** [1] - 2:3
**platform** [1] - 19:12
**podium** [1] - 6:9
**point** [24] - 8:2, 8:3, 8:14, 9:1, 9:2, 12:19, 13:1, 13:21, 14:11, 14:17, 14:25, 20:9, 20:14, 20:19, 21:13, 21:16
**point-by-point** [8] - 12:19, 13:1, 13:21, 14:11, 14:25, 20:9, 20:14, 20:19
**pointed** [3] - 16:11, 18:20, 20:17
**pointing** [2] - 4:20, 5:11
**points** [2] - 6:4, 21:13
**position** [1] - 14:15
**positions** [2] - 3:23, 3:25
**PowerPoint** [3] - 6:11, 6:18, 7:3
**presentation** [1] - 6:11
**presentations** [1] - 4:13
**PRESIDING** [1] - 1:4
**proceedings** [2] - 22:15, 23:3
**Proceedings** [1] - 1:16
**process** [5] - 10:3, 17:2, 17:3, 17:21, 18:16
**processing** [1] - 20:13

**producing** [1] - 8:3
**product** [7] - 5:6, 7:20, 10:4, 12:6, 13:16, 16:13, 18:13
**programmed** [1] - 11:4
**programmer** [1] - 10:6
**proof** [1] - 19:8
**proper** [1] - 17:16
**prosecution** [1] - 21:4
**Protective** [2] - 5:2, 5:23
**provide** [1] - 17:13
**provided** [4] - 15:11, 15:14, 15:16, 17:14
**pull** [2] - 8:10, 14:24
**purposes** [3] - 8:13, 15:10, 17:25
**put** [3] - 10:6, 15:7, 21:25
**puts** [1] - 19:1

### Q

**questions** [2] - 12:22, 22:10
**quite** [1] - 16:19

### R

**rail** [8] - 4:6, 8:15, 8:16, 8:20, 9:9, 11:20, 16:12, 19:10
**range** [9] - 5:3, 5:5, 5:15, 6:20, 9:3, 10:20, 10:24, 11:5, 19:24
**Raymond** [2] - 2:5, 3:10
**raymond.lu@ knobbe.com** [1] - 2:9
**reads** [1] - 17:8
**really** [3] - 6:25, 7:4, 8:11
**reason** [2] - 8:12, 21:3
**receive** [2] - 11:4, 11:5
**receiving** [1] - 19:23
**record** [5] - 3:8, 5:22, 22:5, 22:6, 22:7
**recorded** [1] - 23:3
**recover** [3] - 13:9, 13:21, 14:11
**recovered** [1] - 13:20
**reduction** [1] - 23:6
**refer** [1] - 13:12
**reflected** [1] - 7:11
**regard** [5] - 5:3, 8:25, 15:2, 16:20, 17:18

**regarding** [1] - 4:4
**regulations** [1] - 23:7
**removed** [2] - 10:8, 10:13
**reply** [1] - 15:9, 17:14
**report** [1] - 17:15
**Reporter** [2] - 1:24, 23:11
**Reporter's** [1] - 1:16
**represent** [1] - 8:1
**representation** [3] - 4:10, 21:1, 21:12
**require** [4] - 14:2, 20:3, 20:16, 20:18
**requires** [5] - 13:19, 14:9, 14:10, 18:6, 20:13
**respect** [1] - 3:25
**respond** [1] - 12:22
**responded** [1] - 18:23
**result** [6] - 5:9, 13:11, 13:12, 13:16, 13:25, 14:8
**returns** [1] - 5:7
**reversing** [1] - 21:18
**Ridge** [2] - 2:19, 3:15
**rogue** [1] - 11:13
**RPR** [2] - 1:23, 23:11
**Rule** [1] - 7:24
**run** [1] - 12:10

### S

**scale** [2] - 6:25
**scaling** [2] - 21:7, 21:8
**SCARSI** [1] - 1:4
**science** [2] - 11:15, 19:5
**second** [2] - 7:2, 21:10
**see** [7] - 4:25, 5:24, 7:4, 7:9, 7:20, 7:22, 10:6
**selected** [1] - 17:22
**send** [3] - 11:6, 11:7, 20:5
**separable** [1] - 14:23
**separate** [1] - 7:19
**set** [6] - 10:20, 10:23, 17:1, 17:4, 17:20, 20:2
**setting** [1] - 16:24
**shadows** [2] - 7:6, 7:14
**shape** [1] - 18:10
**show** [2] - 6:19, 8:11
**showed** [1] - 4:7
**shown** [1] - 7:5
**shows** [2] - 4:21, 8:13

**side** [1] - 20:6
**simply** [1] - 16:22
**single** [3] - 8:14, 10:21, 21:2
**Sirui** [1] - 2:5
**situation** [1] - 16:21
**slide** [6] - 7:3, 7:9, 7:22, 8:6, 18:8, 18:10
**slides** [2] - 8:11, 8:19
**software** [11] - 7:19, 11:2, 11:3, 11:20, 15:25, 16:5, 16:10, 18:4, 18:21, 19:12, 19:23
**sold** [1] - 7:20
**soon** [1] - 22:12
**sorry** [1] - 16:16
**sounds** [1] - 9:24
**source** [20] - 4:6, 4:16, 4:20, 5:6, 5:7, 5:20, 6:24, 6:25, 7:18, 8:18, 8:22, 8:24, 12:5, 15:17, 15:19, 15:24, 19:4, 19:16, 21:7
**sources** [5] - 6:20, 7:14, 7:15, 7:16, 9:4
**South** [1] - 2:20
**specific** [1] - 5:3
**specifically** [2] - 5:1, 6:4
**specification** [1] - 20:24
**speculation** [1] - 11:13
**spelled** [1] - 17:6
**state** [1] - 3:7
**statement** [2] - 10:19, 10:22
**statements** [13] - 10:18, 10:20, 11:14, 11:16, 11:17, 12:9, 15:7, 15:13, 15:15, 18:25, 19:5, 19:7
**states** [4] - 17:1, 17:6, 23:7
**STATES** [2] - 1:1, 1:24
**stating** [1] - 17:20
**stay** [1] - 6:7
**stenographically** [1] - 23:3
**step** [1] - 9:8
**still** [3] - 7:16, 14:14, 14:17
**stopped** [1] - 9:12
**straight** [2] - 7:10, 8:24
**strained** [1] - 15:13
**Street** [2] - 2:7, 2:20

**successful** [1] - 9:12
**summary** [2] - 3:20, 15:10
**SUMMARY** [1] - 1:16
**supposed** [3] - 11:4, 11:5, 20:25
**switching** [1] - 16:23
**system** [9] - 9:9, 9:10, 14:6, 15:25, 16:18, 17:2, 17:3, 17:11, 19:10
**SYSTEMS** [1] - 1:8
**systems** [1] - 9:14
**Systems** [1] - 3:6

### T

**Tas** [1] - 3:14
**TECH** [1] - 1:12
**Tech** [6] - 3:6, 3:14, 4:2, 12:22, 17:16
**Tech's** [2] - 4:5, 7:24
**technical** [1] - 4:12
**technology** [1] - 7:24, 17:8
**term** [3] - 16:15, 16:16, 16:17
**termed** [1] - 15:22
**terms** [1] - 16:17
**test** [5] - 10:5, 10:6, 11:9, 15:22, 18:18
**testimony** [2] - 4:13, 11:20
**TETRA** [1] - 1:12
**Tetra** [8] - 3:6, 3:14, 4:2, 4:5, 7:24, 12:22, 17:16
**THE** [44] - 2:3, 2:11, 3:12, 3:17, 4:16, 5:11, 5:14, 5:17, 5:24, 6:2, 6:9, 6:12, 6:16, 8:7, 9:8, 9:14, 9:17, 9:20, 10:2, 10:9, 11:18, 11:23, 12:12, 12:16, 12:21, 13:6, 13:13, 14:9, 14:16, 14:23, 15:5, 15:18, 16:4, 16:9, 16:16, 17:10, 18:1, 19:9, 20:7, 20:16, 20:21, 21:17, 21:21, 22:9
**themselves** [1] - 15:14
**theory** [1] - 18:12
**they've** [4] - 21:24, 21:25
**tie** [1] - 8:21
**today** [2] - 3:15, 9:10
**took** [1] - 9:13

5

**touch** [1] - 15:3
**TQ** [2] - 16:19, 17:23
**track** [1] - 7:11
**trained** [4] - 11:8, 11:10, 12:11, 20:1
**transcript** [2] - 23:3, 23:5
**Transcript** [1] - 1:16
**true** [1] - 23:2
**try** [2] - 5:2, 9:11
**two** [9] - 6:3, 8:3, 8:15, 8:16, 8:20, 10:18, 17:2, 17:21, 22:1

### U

**ultimate** [2] - 13:11, 14:8
**ultimately** [1] - 5:8
**umm** [1] - 22:2
**under** [1] - 9:2
**undisputedly** [1] - 9:3
**UNISON** [1] - 22:13
**UNITED** [2] - 1:1, 1:24
**united** [1] - 23:7
**unlike** [1] - 7:21
**up** [6] - 3:18, 6:8, 6:25, 8:25, 20:2, 21:7
**user** [5] - 4:13, 17:7, 17:10, 19:10, 20:2
**uses** [1] - 12:25

### V

**value** [5] - 8:4, 8:14, 8:22
**values** [5] - 7:1, 8:3, 8:5, 8:15, 8:17
**variable** [6] - 16:24, 17:1, 17:4, 17:20, 17:22, 19:17
**vector** [6] - 8:24, 12:13, 12:25, 13:4, 13:16, 13:25
**vectors** [3] - 5:8, 6:23
**version** [7] - 9:16, 9:17, 10:21, 16:5, 16:7, 18:20, 18:21
**versions** [4] - 9:11, 9:18, 10:24, 11:20
**versus** [1] - 3:6
**view** [1] - 20:13
**viewer** [1] - 7:17
**vision** [1] - 11:15
**vS** [1] - 1:11

### W

**wants** [1] - 9:24
**Washington** [1] - 2:15
**whatsoever** [2] - 19:2, 21:15
**whole** [2] - 20:24, 21:1
**witness** [1] - 4:13
**wondering** [1] - 13:18

### Y

**York** [1] - 2:14

### Z

**zero** [3] - 8:25, 17:20, 22:1
**Zovko** [2] - 2:6, 3:10

UNITED STATES DISTRICT COURT