Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA<br><br>**PAVEMETRICS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1 OF NO INDIRECT INFRINGEMENT BASED ON LACK OF INTENT TO INFRINGE**<br><br>Hearing Date:   May 9, 2022<br>Time:                  9:00 am<br>Ctrm:                  7C<br><br>Honorable Mark C. Scarsi |

PLEASE TAKE NOTICE that, on May 9, 2022, at 9:00 am, or as soon thereafter as the subject matter of this Motion may be heard before the Honorable Mark C. Scarsi, in Courtroom 7C at 350 W. 1st Street, 7th Floor, Los Angeles, CA 90012, Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. will, and hereby does, move the Court for an Order granting summary judgment as follows:

> Pavemetrics does not indirectly infringe any claim of U.S. Patent Nos.10,362,293 or 10,616,557.  There is no genuine dispute as to any material fact that Pavemetrics never had any intent to infringe either asserted patent.  Thus, Pavemetrics is entitled to judgment as a matter of law of no indirect infringement.

Pavemetrics bases this Motion on the concurrently filed Memorandum of Points and Authorities, the Declaration of John Laurent and accompanying exhibits, the Declaration of Alan Laquer and accompanying exhibits, the Statement of Uncontroverted Facts and Conclusions of Law, any Reply brief, and all records on file with the Court in connection with this case or which may be submitted prior to or at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 28, 2022.  Pursuant to Paragraph 10(c) of this Court's Standing Order (ECF 11), Pavemetrics has noticed the hearing for 35 days from the filing of this Notice.

|    |                        |                                                                                     |
|----|------------------------|-------------------------------------------------------------------------------------|
| 1  |                        | Respectfully submitted,                                                             |
| 2  |                        | KNOBBE, MARTENS, OLSON & BEAR, LLP                                                  |
| 3  | Dated:  April 4, 2022  | /s/ Nicholas M. Zovko                                                               |
| 4  |                        | Joseph R. Re                                                                        |
|    |                        | Christy G. Lea                                                                      |
| 5  |                        | Nicholas M. Zovko                                                                   |
|    |                        | Alan G. Laquer                                                                      |
| 6  |                        | Raymond Lu                                                                          |
| 7  |                        | *Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.         |