Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond S. Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **PAVEMETRICS' NOTICE OF LODGING STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PAVEMETRICS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1 OF NO INDIRECT INFRINGEMENT BASED ON LACK OF INTENT TO INFRINGE** <br><br> Hearing Date:  May 9, 2022 <br> Time:  9:00 am <br> Ctrm:  7C <br><br> Honorable Mark C. Scarsi |

Plaintiff Pavemetrics Systems, Inc. ("Plaintiff" or "Pavemetrics") hereby lodges its Statement of Uncontroverted Facts and Conclusions of Law in Support of Pavemetrics' Motion for Summary Judgment of no indirect infringement because it never had any intent to infringe any patent.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 4, 2022       By: /s/ *Nicholas M. Zovko*
                                          Joseph R. Re
                                          Christy G. Lea
                                          Nicholas M. Zovko
                                          Alan G. Laquer
                                          Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.