Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond S. Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **PAVEMETRICS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 2 OF (1) NO INFRINGEMENT OF CLAIM 14 OF THE '557 PATENT AND (2) NO DIRECT INFRINGEMENT OF METHOD CLAIMS BY SALES** <br><br> Hearing Date:   May 9, 2022 <br> Time:                  9:00 a.m. <br> Ctrm:                 7C <br><br> Honorable Mark C. Scarsi |

1 PLEASE TAKE NOTICE that, on May 9, 2022, at 9:00 am, or as soon thereafter as the subject matter of this Motion may be heard before the Honorable Mark C. Scarsi, in Courtroom 7C at 350 W. 1st Street, 7th Floor, Los Angeles, CA 90012, Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. will, and hereby does, move the Court for an Order granting summary judgment as follows:

Pavemetrics does not infringe claim 14 of U.S. Patent No. 10,616,557. Moreover, none of Pavemetrics' LRAIL sales could amount to a direct infringement of any of the asserted method claims of either asserted patent. Those asserted method claims are claims 8-10 and 14 of the '557 patent and claims 22-23, 25, 36-37, 40-43 of U.S. Patent No. 10,362,293. There is no genuine dispute as to any material fact that no use of LRAIL has ever performed the recited steps of Claim 14. There is no genuine dispute as to any material fact that none of Pavemetrics' LRAIL sales could amount to a direct infringement of any of the asserted method claims. Thus, Pavemetrics is entitled to judgment as a matter of law.

Pavemetrics bases this Motion on the concurrently filed Memorandum of Points and Authorities, the Declaration of Dr. David Frakes, the Declaration of Jean-François Hébert, Ph.D. and accompanying exhibits, the Declaration of Alan Laquer and accompanying exhibits, the Statement of Uncontroverted Facts and Conclusions of Law, any Reply brief, and all records on file with the Court in connection with this case or which may be submitted prior to or at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 28, 2022. Pursuant to Paragraph 10(c) of this Court's Standing Order (ECF 11), Pavemetrics has noticed the hearing for 35 days from the filing of this Notice.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|   |   |   |
|   | Dated: <u>April 4, 2022</u> | <u>/s/ Nicholas M. Zovko</u> |
|   |   | Joseph R. Re |
|   |   | Christy G. Lea |
|   |   | Nicholas M. Zovko |
|   |   | Alan G. Laquer |
|   |   | Raymond Lu |

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

55286614