Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond S. Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA<br><br>**MEMORANDUM IN SUPPORT OF PAVEMETRICS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 2 OF (1) NO INFRINGEMENT OF CLAIM 14 OF THE '557 PATENT AND (2) NO DIRECT INFRINGEMENT OF METHOD CLAIMS BY SALES**<br><br>Hearing Date:  May 9, 2022<br>Time:  9:00 AM<br>Ctrm:  7C<br>Honorable Mark C. Scarsi |

# TABLE OF CONTENTS

**Page No.**

I. INTRODUCTION ..................................................................................... 1

II. FACTUAL BACKGROUND .................................................................. 2

    A. Technical Background .................................................................. 2

        1. Template Matching ............................................................. 2

        2. Convolutional neural networks (CNN) .............................. 3

    B. The '557 Specification .................................................................. 5

    C. Claim 14 of the '557 Patent .......................................................... 6

    D. Pavemetrics' LRAIL Product ....................................................... 6

    E. Tetra Tech's Infringement Contentions and Expert Disclosure ..................................................................................... 7

III. STANDARD FOR SUMMARY JUDGMENT ...................................... 8

IV. NO USE OF PAVEMETRICS' LRAIL HAS INFRINGED CLAIM 14 ............................................................................................... 9

    A. Template Matching Was Never Executed in the U.S. ................. 9

    B. No Reasonable Jury Could Find That LRAIL's Neural Network Algorithms Literally Infringe Claim 14 ..................... 10

        1. No "inputting . . . a 3D feature library" ........................... 10

        2. No "testing . . . in sequence" ........................................... 12

        3. No "eliminating feature template matching scores" ....... 13

V. PAVEMETRICS' SALES ARE NOT A DIRECT INFRINGEMENT OF ANY METHOD CLAIMS .......................................................... 13

VI. CONCLUSION ..................................................................................... 14

# TABLE OF AUTHORITIES

Page No(s).

*Anderson v. Liberty Lobby, Inc.*,
   477 U.S. 242 (1986) ...................................................................................8

*Celotex Corp. v. Catrett*,
   477 U.S. 317 (1986) ...................................................................................8

*Joy Techs., Inc. v. Flakt, Inc.*,
   6 F.3d 770 (Fed. Cir. 1993) ................................................................9, 14

*Novartis Corp. v. Ben Venue Labs, Inc.*,
   271 F.3d 1043 (Fed. Cir. 2001) ..................................................................9

*Sitrick v. Dreamworks, LLC*,
   516 F.3d 993 (Fed. Cir. 2008) .................................................................10

## OTHER AUTHORITIES

Fed. R. Civ. P. 56 ...............................................................................................8

Rule 56 ...............................................................................................................8

**Index of Exhibits in Support of Motion No. 2**

| | |
|---|---|
| Laquer Ex. 1 | U.S. Patent No. 10,616,557 |
| Laquer Ex. 3 | Tetra Tech's First Supplemental Infringement Contentions and excepts of Exhibit B thereto |
| Laquer Ex. 4 | Tetra Tech's Second Supplemental Infringement Contentions and excerpts of Exhibit B thereto |
| Laquer Ex. 9 | Pavemetrics' Response to Tetra Tech's Interrogatory No. 5 served on June 4, 2021 |
| Laquer Ex. 17 | Excerpts from the transcript of the January 19, 2022 deposition of Darel Mesher |
| Laquer Ex. 20 | Excerpts from the transcript of the March 23, 2022 deposition of Vassilios Morellas |
| | |
| Hébert Ex. 30 | Source Code from LRAIL version 4.78.6.0 |
| Hébert Ex. 31 | STOPAID XML output file |

Pavemetrics submits this memorandum in support of its Motion for Summary Judgment of no infringement of claim 14 of U.S. Patent No. 10,616,557 because no use of LRAIL has ever performed the recited steps. Moreover, Pavemetrics moves for summary judgment that none of its LRAIL sales could amount to a direct infringement of any of the asserted method claims of either asserted patent. Those asserted method claims are all asserted claims (8-10 and 14) of the '557 patent and claims 22-23, 25, 36-37, and 40-43 of U.S. Patent No. 10,362,293. This Motion is supported by the Declarations of Alan G. Laquer, David Frakes, Ph.D., and Jean-François Hébert, Ph.D. filed concurrently herewith.

## I. INTRODUCTION

Pavemetrics does not infringe claim 14 of the '557 patent as a matter of law. Claim 14 is a method claim that recites a template matching algorithm for detecting railway track bed features. Pavemetrics' LRAIL product performs template matching only if (1) the feature is enabled, and (2) templates are loaded for use with the feature. But Pavemetrics has never sold LRAIL with template matching enabled in the United States. Moreover, Pavemetrics has never sent any templates needed to run its template matching algorithms to a U.S. customer. As a result, no customer has run the template matching algorithms in the United States. Because a method claim can be infringed only by actual use, there has been no direct infringement of claim 14. Accordingly, Tetra Tech's claim that Pavemetrics has infringed that claim fails as a matter of law.

Tetra Tech seeks to expand claim 14 to cover identifying features using a deep neural network, rather than template matching. The '557 patent specification never teaches using a deep neural network to identify features. And claim 14 is limited to template matching. Tetra Tech's expert incorrectly opines that Pavemetrics' neural network performs template matching but has no evidence in support of that conclusory opinion. Indeed, the expert admits that he

has no evidence whatsoever about Pavemetrics' neural network. Rather, he pontificates on what he believes may occur in neural networks in general, arguing that some hidden layer could be performing template matching. No evidence suggests that Pavemetrics' neural network performs template matching.

Moreover, in addition to requiring template matching, claim 14 also requires "testing…a 3D feature library," testing each feature in the 3D feature library against feature targets "in sequence," and "template matching scores." But LRAIL does not perform any of those steps and there is no evidence to the contrary. Instead, once again, Tetra Tech relies solely on the conclusory opinion of its expert. But such conclusory opinions cannot create a genuine issue of material fact. Accordingly, this Court should grant summary judgment of no infringement of claim 14 of the '557 patent.

## II. FACTUAL BACKGROUND

### A. Technical Background

#### 1. Template Matching

Template matching is a well-known computer vision technique for identifying objects in a target image. Frakes ¶28. It operates by comparing a template image, or collection of template images in a library, to regions in the target image to determine whether that target image contains regions that are similar to the template(s). *Id.* Specifically, an algorithm moves a template around the target image to check for correlations by creating template matching result images. If a result image has a high enough correlation score, then the algorithm has found a match within the target image. *Id.*

The template matching process is illustrated in the figures below. *Id.* ¶29. The target (a/k/a "test") image shows the numbers zero through nine. *Id.* The template image shows the number eight. *Id.* The template matching process moves the template "8" across the target image, generating correlation values at

/ / /

various points. The correlation value of "1" at the location of the number "8" in the test image shows the template best matches the test image at that location. *Id.*



### 2. Convolutional neural networks (CNN)

Neural networks are artificial intelligence tools used in image processing. Frakes ¶31. They learn from training data like humans learn from the world around them. *Id.* Convolutional neural networks ("CNN") are neural networks that use convolutions. *Id.* A convolution is a mathematical operation that changes a function into something else to get more information. *Id.* It does that using a filter, which is a matrix (also called a kernel) containing numbers called filter coefficients. *Id.* ¶32. The convolution applies the filter to an image as illustrated in the figure below. *Id.*

/ / /



In this figure, the 9-pixel dark blue filter is applied to regions within the larger light blue input image. Frakes ¶33. That occurs by multiplying the pixel values in the dark blue filter with the corresponding pixel values in the light blue image, and the nine resulting products are summed together. *Id.* That filtering operation creates a resulting value, which is stored in the result image, shown above in green. Each filtering operation creates one filtering value. *Id.* The filtering operation shown in the dark blue area above creates the filtered image result in the dark green pixel of the result image. *Id.* The other light green locations in the result image correspond to filter output values from the convolution on the other locations in the blue input image. *Id.*

Before a CNN can operate, it must be trained—typically on at least thousands of images. *Id.* ¶35. In training, the CNN creates a model made of multiple layers of filters based on convolutions. *Id.* The filters do not resemble any recognizable things, but rather evolve through training to serve some specific

/ / /

purpose. *Id.* For example, the following figure shows a set of filters learned by a neural network during training:



After training is complete, the neural network applies its trained model to input images in order to make a prediction. *Id.* ¶36-37. This is called the inference stage. The neural network does not apply training data or images to any input images. *Id.* This confirms that CNN's do not perform template matching. *Id.* ¶¶39-41.

**B.     The '557 Specification**

The '557 specification discloses a template matching method for identifying railway track features in an image. Ex. 1 ('557 Patent, 19:13-20:6; Fig. 33). It explains that "Comprehensive 3D Model Template Matching is used to identify the presence of 3D features" in a target image. *Id.*, 19:22-24, 28-35.

The '557 patent refers to groups of pre-defined templates of features as "feature libraries." *Id.*, 19:22-26. It teaches that each of the features in the feature library is tested against the target image, which is a track bed elevation map, in sequence. *Id.*, 19:49-51, 59-61. "The results of this 3D Model Template Matching process are analyzed," and the template matching scores which are less than a threshold correlation value are eliminated. *Id.*, 19:62-64. "Any additional 3D features of interest would be 3D Template Matched, and the results analyzed and retained in a similar fashion." *Id.*, 20:2-4; *see also* Figure 33 (flowchart for

the template matching process), 19:13-20:6. Neither the specification nor any of the claims of the '557 patent mentions neural networks or any other type of machine learning algorithm.

### C. Claim 14 of the '557 Patent

Claim 14 recites a template matching algorithm for detecting railway track bed features, reciting:

14. A method of detecting railway track bed features using a system for assessing a railway track bed, the method comprising the steps of:

a. *inputting* elevation data, longitudinal and transverse elevation map sample resolution data, rail base edge feature coordinates, detected tie bounding box data, and *a 3D feature library* to a processor wherein significant elevations due to the rail heads for each rails have been removed from the elevation data;

b. *testing* each of a plurality of railway track bed *features in the 3D feature library against feature targets* in the elevation data *in sequence* using the processor;

c. *eliminating feature template matching scores* for feature targets which are less than a 3D feature correlation threshold using the processor; and

d. calculating and storing physical parameters for a plurality of feature targets using the processor.

*Id.* 30:38-54 (emphasis added).

### D. Pavemetrics' LRAIL Product

Pavemetrics has long used template matching to automatically inspect transportation infrastructure, including roads and railways. Dkt. 114-1 ¶3. It has been using these techniques to inspect railway tracks since 2012. *Id.* ¶¶3, 15. Dkt. 33 (Laurent ¶¶32, 50) and Dkt. 31-10 (Zovko Ex. 10 at 423-424) (January 2014 Pavemetrics paper from the 2014 TRB Annual Meeting describing rail inspection using template matching.)

/ / /

In 2018, Pavemetrics started developing AI-based deep learning algorithms using convolutional neural networks to detect railway track bed features. Hébert ¶5; Dkt. 33 ¶51. Pavemetrics began implementing these new algorithms to replace its conventional template-based computer vision techniques. Hébert ¶5. By early 2020, Pavemetrics had fully implemented its convolutional neural network system. *Id*. As a result, Pavemetrics never provided U.S. customers with template models and instead provided them with LRAIL using only its more advanced neural network. *Id*.

In December 2021, Pavemetrics removed the source code relating to template matching from LRAIL. Hébert ¶6. Pavemetrics implemented this change to remove features that had become obsolete and unused due to the more accurate and efficient neural network algorithms. *See* Hébert ¶5. Because Pavemetrics' U.S. customers have used only neural network-based LRAIL, they have never used template matching.

### E. Tetra Tech's Infringement Contentions and Expert Disclosure

Since the beginning of this case, Pavemetrics has maintained that it does not infringe because LRAIL uses a neural network. *See* Dkt. 37 (Opp'n to PI). Tetra Tech first addressed the '557 patent in its First Supplemental Infringement Contentions. Laquer ¶5. There, Tetra Tech accused Pavemetrics of infringing claim 14 based on only LRAIL's template matching-based algorithm. Laquer Ex. 3 at Exhibit B. Tetra Tech did not allege any infringement based on LRAIL's neural network-based algorithm.

In June 2021, Pavemetrics explained that it never enabled its template matching-based algorithm in the United States. *Id.* Ex. 9 (Response to Interrogatory No. 5). Not until December 2021 did Tetra Tech finally deal with that significant fact. But rather than dismiss its claims that require template matching, it introduced new, unsupported allegations that LRAIL's neural

///

network-based algorithm performs template matching and thus infringes claim 14. *See Id.* Ex. 4 (TT Second Supp. Infringement Contentions).

On February 25, 2022, Tetra Tech served the infringement report of its technical expert, Dr. Vassilios Morellas. Laquer ¶7, Ex. 5. Dr. Morellas opines that LRAIL's neural network-based software infringes claim 14 but does not identify any software source code showing that LRAIL's neural network performed template matching. Moreover, Dr. Morellas admitted at his deposition that he did not review Pavemetrics' neural network models because he was unable to get the visualization software working during his review. Laquer Ex. 20, Tr. 95:22-96:16. Rather than identify supporting evidence, Dr. Morellas opines based on broad and unsupported generalizations regarding neural networks.

Moreover, Tetra Tech's contentions and its expert's opinion rely solely on literal infringement. They do not include any specific allegation under the doctrine of equivalents.

### III. STANDARD FOR SUMMARY JUDGMENT

Summary judgment is appropriate when there is no genuine issue of material fact and the movant is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c). Rule 56 "mandates the entry of summary judgment . . . against a party who fails to make a showing sufficient to establish the existence of an element essential to that party's case, and on which that party will bear the burden of proof at trial." *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). "[T]he mere existence of *some* alleged factual dispute between the parties will not defeat an otherwise properly supported motion for summary judgment; the requirement is that there be no *genuine* issue of *material* fact." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247-48 (1986) (emphasis in original). A dispute is genuine only if "the evidence is such that a reasonable jury could return a verdict for the nonmoving party." *Id.* at 248. "[A]n accused infringer seeking summary judgment of noninfringement may meet its initial responsibility either by

providing evidence that would preclude a finding of infringement, or by showing that the evidence on file fails to establish a material issue of fact essential to the patentee's case." *Novartis Corp. v. Ben Venue Labs, Inc.*, 271 F.3d 1043, 1046 (Fed. Cir. 2001).

## IV. NO USE OF PAVEMETRICS' LRAIL HAS INFRINGED CLAIM 14

No reasonable jury could find that any use of LRAIL has literally infringed claim 14 of the '557 patent, which is a method claim. "[A] method or process claim is directly infringed only when the process is performed." *Joy Techs., Inc. v. Flakt, Inc.*, 6 F.3d 770, 773 (Fed. Cir. 1993). However, no evidence suggests that anyone has ever used LRAIL to perform the claimed method.

Tetra Tech identifies two parts of LRAIL software that allegedly could be used to perform the claimed method: (1) a template matching algorithm; and (2) convolutional neural networks (CNN). As explained in further detail below, no evidence suggests the template matching algorithm was ever executed in the United States. No evidence suggests that LRAIL's CNN performs template matching.

### A. Template Matching Was Never Executed in the U.S.

No evidence supports Tetra Tech's argument that LRAIL's template matching algorithm was ever executed in the United States. By the time of the first accused LRAIL sale in 2020, Pavemetrics had developed and implemented a neural network algorithm to detect railway features. Hébert ¶5. Pavemetrics configured all LRAIL software sold in the United States to use the neural network to detect features. *Id*. Thus, Pavemetrics did not configure the software to use template matching to identify features. *Id*. Because it did not intend for its US customers to use the template matching algorithm, Pavemetrics did not provide its U.S. customers with template matching models or libraries. *Id.*

Tetra Tech alleges that an output file from Pavemetrics' customer AID shows that template matching was executed in the United States. Specifically,

Tetra Tech claims the output file shows that AID executed an LRAIL version with a template matching algorithm for detecting rail fasteners enabled. The template matching algorithm identified as enabled is the "DetectFastener" function, but the output file shows that it did not run.

In order to run the template matching algorithm in "DetectFastener," LRAIL requires at least one fastener template model. Hébert ¶¶6-7. When that occurs, LRAIL's output file shows which templates were loaded. But Pavemetrics never sent any fastener template model to AID, and the output file shows that no templates were loaded. Hébert ¶¶5, 8-9.

Because there were no fastener templates, "DetectFastener" did not run. Hébert ¶¶6-9. For this reason, the output files show zero (0) detected fasteners. *Id.* ¶¶8-9. Because "DetectFastener" was never executed in the United States, Tetra Tech cannot rely on "DetectFastener" to demonstrate a genuine issue of material fact as to whether any U.S. customer used LRAIL to infringe claim 14.

**B.    No Reasonable Jury Could Find That LRAIL's Neural Network Algorithms Literally Infringe Claim 14**

Tetra Tech alleges that LRAIL's convolutional neural network algorithm infringes claim 14. But Tetra Tech fails to cite any LRAIL source code to support its allegation. Instead, it relies on only user manuals, external sources, and the conclusory opinion of its expert. But unsupported expert testimony cannot create a genuine issue of material fact. *Sitrick v. Dreamworks, LLC*, 516 F.3d 993, 1001 (Fed. Cir. 2008).

LRAIL's neural network algorithms do not perform the claimed method for multiple reasons as discussed below.

**1.    No "inputting . . . a 3D feature library"**

LRAIL's neural network algorithms do not perform the recited step of "inputting . . . a 3D feature library." The only input received by the neural network algorithms is the image to be processed. Hébert ¶11.

-10-

Claim 14 requires that the "3D feature library" contains "railway track bed features," which are templates. *See* claim 14, steps (b) ("a plurality of railway track bed features in the 3D feature library"); and (c) ("feature template matching scores"). Tetra Tech's expert admits that "a template is one of the items in a 3D feature library." Laquer Ex. 20, Morellas Tr. 64:14–16. LRAIL's neural network algorithms do not include any templates of railway track bed features, and, thus does not include a "3D feature library." Hébert ¶11; Frakes ¶¶44-48.

Tetra Tech argues that a convolutional neural network's filters "represent" a "3D feature library." But a convolution filter is a matrix of numbers used by a neural network to process and classify an image. Frakes ¶32, 47. It does not represent railway track bed features, and, thus, is not a 3D feature library, as admitted by the '557 patent's sole named inventor. *See* Laquer Ex. 17, Mesher Tr. 135:5–10 (Training a CNN results in a "weighted matrix that has all of the training that is undertaken. And it becomes the basis for the classification. So the answer is, no, there isn't a library that's created out of the machine learning training exercise.").

Tetra Tech has not explained how a neural network's filters are railway track bed feature templates in a 3D feature library. Filters do not resemble any recognizable thing. Frakes ¶¶35, 48. Furthermore, in template matching, templates are compared to an image to measure similarity; in contrast, convolutional neural networks apply filters to an image to measure the effect of the filter on the image. Frakes ¶47. Furthermore, the filters used by LRAIL's convolutional neural networks are two-dimensional and thus cannot constitute a "**3D** feature library." *See* Hébert ¶12; Frakes ¶¶41, 47.

Thus, Tetra Tech cannot demonstrate a genuine dispute of material fact that LRAIL's neural network algorithms perform the step of "inputting . . . a 3D feature library."

/ / /

### 2. No "testing . . . in sequence"

LRAIL's neural network algorithms do not "test[] each of a plurality of railway track bed features in [a] 3D feature library against feature targets in the elevation data in sequence," as required by claim 14.

No evidence indicates that LRAIL's neural network algorithms perform this claimed step. First, as explained above, the neural networks do not contain a "3D feature library." Even if the network's 2D convolution filters could be considered a "3D feature library," the library would not contain railway track bed features. A convolution filter does not resemble or represent a railway track bed feature. Frakes ¶48. Rather, it is a two-dimensional data structure containing "weights," represented as numbers. Hébert ¶12; Frakes ¶47.

Furthermore, LRAIL's neural network model does not test railway track bed features *in sequence*. First, LRAIL runs each neural network detection algorithm (e.g. Tie Detection, Spike Detection, and Fastener Detection) simultaneously (in parallel), rather than in sequence. Hébert ¶13; Frakes ¶51. Second, within each neural network model, different types of a particular feature are detected in parallel, not in sequence. Hébert ¶14; Frakes ¶52. For example, the neural network model trained to detect fasteners will look for different types of fasteners, such as standard fastener clips, covered fastener clips, E-Clips, and pandrol clips. Hébert ¶14. When an image is inputted into the neural network for fastener detection, the network will look for each of these features in the image data simultaneously, rather than in sequence. Hébert ¶14; Frakes ¶52. Finally, within LRAIL's CNN model, filters are applied over each channel of the image data in parallel, not in sequence. Hébert ¶15; Frakes ¶53.

Thus, Tetra Tech cannot demonstrate a genuine dispute of material fact that LRAIL's neural network algorithms perform step (b) of claim 14.

/ / /

### 3. No "eliminating feature template matching scores"

LRAIL's neural network algorithms do not "eliminat[e] feature template matching scores for feature targets which are less than a 3D feature correlation threshold." First, the neural network does not perform a template matching operation and thus does not compute template matching scores. Hébert ¶16; Frakes ¶55.

Furthermore, even if the results of a filtering operation could be considered a template matching score, LRAIL's neural networks do not compare that result with a "3D feature correlation threshold." Hébert 16; Frakes ¶58. Instead, LRAIL's neural network models classify the results using the "Softmax" activation function. Hébert ¶16. Softmax is a non-linear function defined by the equation:

$$\sigma(\mathbf{z})_j = \frac{e^{z_j}}{\sum_{k=1}^{K} e^{z_k}} \quad \text{for } j = 1, \ldots, K.$$

Softmax Function

Frakes ¶57.

Thus, the Softmax function is not a threshold that a "template matching score" can be compared against to determine whether the score is less than the threshold, as required by claim 14. Frakes ¶58. Thus, LRAIL's neural networks do not use a threshold, much less a "3D feature correlation threshold" as recited in claim 14.

For the foregoing reasons, no reasonable jury could find that LRAIL infringes claim 14 of the '557 patent.

### V. PAVEMETRICS' SALES ARE NOT A DIRECT INFRINGEMENT OF ANY METHOD CLAIMS

Tetra Tech accused Pavemetrics of directly infringing method claims "by making, using (e.g., through testing or demonstrations or use), bidding and contracting for, offering to sell, and/or importing into the United States…"

LRAIL. Laquer Exs. 2, 3. Tetra Tech asserts numerous method claims, which are all asserted claims of the '557 patent and independent claim 22 and certain of its dependent claims of the '293 patent. "A method or process claim is directly infringed only when the process is performed." *Joy Techs.,* 6 F.3d at 773.

Tetra Tech's allegations of infringing a method claim based on anything other than use are contrary to the infringement statute. Accordingly, summary judgment of no direct infringement based on sales of the method claims is appropriate.

## VI. CONCLUSION

For the foregoing reasons, summary judgment should be granted. First, Pavemetrics has not infringed claim 14 of the '557 patent because no use of LRAIL in the United States has ever performed the recited steps. Second, none of Pavemetrics' LRAIL sales could amount to a direct infringement of any of the asserted method claims of both the '557 and the '293 patents.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 4, 2022

/s/ Nicholas M. Zovko
Joseph R. Re
Christy G. Lea
Nicholas M. Zovko
Alan G. Laquer
Raymond S. Lu
*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

55362603