Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **PAVEMETRICS' NOTICE OF LODGING STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PAVEMETRICS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 4 OF (1) NO INDIRECT INFRINGEMENT BASED ON ANY DIRECT INFRINGEMENT BY CSX AND FRA AND (2) IMMUNITY FROM SUIT UNDER 28 U.S.C. § 1498** <br><br> Hearing Date:  May 9, 2022 <br> Time:  9:00 am <br> Ctrm:  7C <br><br> Honorable Mark C. Scarsi |

Plaintiff Pavemetrics Systems, Inc. ("Plaintiff" or "Pavemetrics") hereby lodges its Statement of Uncontroverted Facts and Conclusions of Law in Support of Pavemetrics' Motion for Partial Summary Judgment of no indirect infringement based on any direct infringement by CSX and the FRA and immunity from suit under 28 U.S.C. § 1498.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 4, 2022            By: /s/ *Nicholas M. Zovko*
　　　　　　　　　　　　　　　　　Joseph R. Re
　　　　　　　　　　　　　　　　　Christy G. Lea
　　　　　　　　　　　　　　　　　Nicholas M. Zovko
　　　　　　　　　　　　　　　　　Alan G. Laquer
　　　　　　　　　　　　　　　　　Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

55387906