Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond S. Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **PAVEMETRICS' NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF EXPERT REPORT OF DR. VASSILIOS MORELLAS** <br><br> Hearing Date: May 9, 2022 <br> Time: 9:00 a.m. <br> Ctrm: 7C <br><br> Honorable Mark C. Scarsi |

PLEASE TAKE NOTICE that, on May 9, 2022, at 9:00 am, or as soon thereafter as the subject matter of this Motion may be heard before the Honorable Mark C. Scarsi, in Courtroom 7C at 350 W. 1st Street, 7th Floor, Los Angeles, CA 90012, Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. will, and hereby does, move the Court for an Order striking portions of the Expert Report of Dr. Vassilios Morellas.

Pavemetrics bases this Motion on the concurrently filed Memorandum of Points and Authorities, the Declaration of Alan Laquer and accompanying exhibits, any Reply brief, and all records on file with the Court in connection with this case or which may be submitted prior to or at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 28, 2022.  Pursuant to Paragraph 10(c) of this Court's Standing Order (ECF 11), Pavemetrics has noticed the hearing for 35 days from the filing of this Notice.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 4, 2022

/s/ Nicholas M. Zovko
Joseph R. Re
Christy G. Lea
Nicholas M. Zovko
Alan G. Laquer
Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

55389504