Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond S. Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA<br><br>**DECLARATION OF JOHN LAURENT IN SUPPORT OF PAVEMETRICS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT NOS. 1, 3, AND 4**<br><br>Hearing Date:  May 9, 2022<br>Time:              9:00 AM<br>Ctrm:              7C<br><br>Honorable Mark C. Scarsi |

I, John Laurent, declare and state as follows:

1. In 2009, I co-founded Pavemetrics Systems, Inc. I am still a co-owner and serve as the Vice President of Business Development and Chief Technology Officer.

2. I submit this Declaration in support of Pavemetrics' Motions for Summary Judgment. I have personal knowledge of the matters set forth in this Declaration, and if I am called upon to testify, I could testify competently about all matters in it.

## I. PAVEMETRICS' SALES

3. Pavemetrics has sold six LRAIL systems in the United States. We sold five LRAIL systems to CSX and one LRAIL system to Advanced Infrastructure Design (AID).

4. In 2020, we leased and delivered an LRAIL system to CSX with an option to purchase it. We then sold that LRAIL system and a second LRAIL system to CSX in late-2020. We shipped the second LRAIL system to CSX in October 2020. Both systems included LRAIL sensors, acquisition software, and processing software. We invoiced CSX for these two units on October 23, 2020. Attached as **Exhibit 32** are true and correct copies of those two invoices. Attached as **Exhibit 33** is a true and correct copy of a Goods Agreement between CSX and Pavemetrics dated November 5, 2020 for these two sales, with certain exhibits to the agreement removed.

5. In 2020, we also sold an LRAIL system to AID. I understand AID provides automated inspection services and integrates Pavemetrics sensors into its data collection vehicles. We invoiced AID for one LRAIL system, including sensors, acquisition software, and processing software, on December 23, 2020. Attached as **Exhibit 34** are true and correct copies of invoices relating to that sale.

/ / /

/ / /

6. We sold three LRAIL systems to CSX in 2021. Attached as **Exhibit 35** is a true and correct copy of a Goods Agreement between CSX and Pavemetrics dated March 15, 2021 for the sale of three LRAIL systems, with certain exhibits to the agreement removed. Annex 1 to the Appendix to the March 15, 2021 Goods Agreement shows that three units consisting of LRAIL sensors, acquisition software, and processing software were sold. Annex 1 also includes a line-item price for real-time data processing hardware for those three LRAIL units. We invoiced CSX for these three units on April 21, 2021. Attached as **Exhibit 36** are true and correct copies of invoices relating to those sales.

7. On May 5, 2021, we invoiced CSX for the design, fabrication, and assembly of 10 custom sensor mounts that would allow CSX to mount the LRAIL sensors it previously purchased from us into boxcars. This included hardware to assemble the sensor mounts onto a boxcar, including metal plates, nuts, and bolts. Attached as **Exhibit 37** is a true and correct copy of that invoice.

8. On October 21, 2021, we invoiced CSX for labor relating to two of the three LRAIL systems sold to CSX in 2021. Attached as **Exhibit 38** is a true and correct copy of that invoice.

## II. FEDERAL RAILROAD ADMINISTRATION CONTRACTS

9. In March 2017, the Federal Railroad Administration (FRA) awarded Pavemetrics a contract to demonstrate proof of concept that LRAIL could detect changes in railway features. As part of the contract, in June 2017, Pavemetrics tested LRAIL by acquiring data on a railway track at an Amtrak facility in Delaware. Pavemetrics later processed that data at its offices in Canada. The FRA issued a Final Report dated March 2020 that describes the June 2017 testing of LRAIL at the Amtrak facility.

/ / /

/ / /

/ / /

10.     In September 2018, the FRA awarded Pavemetrics another contract for phase two of the prior research.  The FRA awarded the contract so that the LRAIL's performance capabilities could be field trialed in simulated revenue service operation.  As part of the contract, Pavemetrics tested the LRAIL by acquiring data on an eight-mile loop of an Amtrak railway track in Delaware.  The testing was done in three field deployments in May, June, and September 2019, and the acquired data was processed at our offices in Canada.

11.     In 2018 and 2019, Pavemetrics published papers on the use of deep learning and artificial neural networks to evaluate the condition of railway track components.  In 2019, the FRA funded another project for LRAIL in conjunction with the University of Illinois.  This contract was awarded to evaluate the ability of the AI-enhanced LRAIL to detect change on the test track of Transportation Technology Center Inc.'s (TTCI) facility near Pueblo, Colorado.  Attached as **Exhibit 39** is a true and correct copy of excerpts of the 2019 FRA contract.

12.     Subsequently, the FRA funded Phase 2 of the 2019 project to report how the AI-enhanced LRAIL system can be used to improve how changes in railway conditions and structural integrity are evaluated.  Attached as **Exhibit 40** is a true and correct copy of that FRA contract, which had an award date of October 1, 2020.  In June 2021, that contract was modified to include CSX as an industry partner.  Under the modification, CSX would collect field data using LRAIL for testing under the contract.  Attached as **Exhibit 41** is a true and correct copy of this modification of the contract.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 4, 2022 at Quebec City, Canada.

By: _____
    John Laurent