Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond S. Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **DECLARATION OF ALAN G. LAQUER IN SUPPORT OF PAVEMETRICS' MOTION TO STRIKE PORTIONS OF EXPERT REPORT OF DR. VASSILIOS MORELLAS** <br><br> Hearing Date:  May 9, 2022 <br> Time:  9:00 a.m. <br> Ctrm:  7C <br><br> Honorable Mark C. Scarsi |

I, Alan G. Laquer, declare and state as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP and am counsel of record for Plaintiff Pavemetrics Systems, Inc. I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the Initial Expert Report of Dr. Vassilios Morellas Regarding Infringement of U.S. Patent Nos. 10,362,293 and 10,616,557, which Counter-Plaintiff Tetra Tech, Inc. served with the designation RESTRICTED CONFIDENTIAL SOURCE CODE. A portion at the bottom of page 330 was redacted because it addressed Tetra Tech's product that is unrelated to this motion, and the details of which Tetra Tech may contend contain its confidential information.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Morellas taken in this case on March 23, 2022, which was designated as RESTRICTED CONFIDENTIAL SOURCE CODE.

4. Attached as **Exhibit 3** is a true and correct copy of U.S. Patent No. 10,362,293.

5. Attached as **Exhibit 4** is a true and correct copy of U.S. Patent No. 10,616,557.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2022 at Irvine, California.

By: /s/ *Alan G. Laquer*
Alan G. Laquer