Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond S. Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **DECLARATION OF JEAN-FRANÇOIS HÉBERT, PHD IN SUPPORT OF PAVEMETRICS' MOTION FOR SUMMARY JUDGMENT NOS. 2 AND 4** <br><br> Hearing Date:  May 9, 2022 <br> Time:  9:00 AM <br> Ctrm:  7C <br><br> Honorable Mark C. Scarsi |

**[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]**

I, Jean-François Hébert, Ph.D., declare and state as follows:

1.   In 2009, I co-founded Pavemetrics Systems, Inc.  I am still a co-owner and serve as the Vice President of R&D and Operations.  I have a Ph.D. in Electrical & Computing Engineering with specialization in neural networks.  I am responsible for, and actively involved in, directing the development of Pavemetrics' LRAIL and other products, including their software source code.  I am intimately familiar with the functionality of Pavemetrics' products, including the software that is responsible for the products' operations, and the algorithms used in the software.

2.   I submit this Declaration in support of Pavemetrics' Motions for Summary Judgment.  I have personal knowledge of the matters set forth in this Declaration, and if I am called upon to testify, I could testify competently about all matters in it.

3.   I am the same Jean-François Hébert who previously submitted a Declaration in support of Pavemetrics' Motion for Summary Judgment of No Infringement of the '293 patent.  I incorporate herein my testimony from the Declaration in its entirety.

## I. LRAIL'S TEMPLATE MATCHING ALGORITHMS

4.





## II.  LRAIL'S NEURAL NETWORKS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





### III.  JULY 21, 2021 LRAIL TESTING

17.     Tetra Tech points to LRAIL processing performed on July 21, 2021 as allegedly infringing the asserted patents.  On that date, Pavemetrics processed LRAIL data that had previously been collected during three different surveys conducted as part of a joint project with the Federal Railroad Administration ("FRA") and the University of Illinois.  The data was collected on two separate

occasions (September 10, 2019 and October 23, 2019) at a TTCI facility near Pueblo, Colorado by Benoit Petitclerc, a Pavemetrics employee.

18.     On July 21, 2021, Thanh Nguyen, a Pavemetrics employee, processed the data at Pavemetrics' office in Quebec City, Canada.  On July 22, 2021, Richard Fox-Ivey, a Pavemetrics consultant, e-mailed a Dropbox link containing the results of the processing to the University of Illinois.  This was the final delivery of results for an FRA project with regards to data collected at TTCI.

## IV.  PROCESSING OF DATA COLLECTED BY CSX

19.     Tetra Tech points to LRAIL processing performed on September 30, 2020 as allegedly infringing the asserted patents.  On that date, Pavemetrics processed LRAIL data collected by CSX in Florida on August 6, 2020.  The data was collected as an initial test of CSX's LRAIL hi-rail system.  CSX then sent the data to Pavemetrics to confirm that the collected data was good.  On September 30, 2020, Richard Fox-Ivey, a Pavemetrics consultant, processed the data in Waterloo, Ontario, Canada.

20.     Tetra Tech also points to LRAIL processing performed on October 7 and 8, 2021 as allegedly infringing the asserted patents.  On that date, Pavemetrics processed LRAIL data collected by CSX.  CSX collected the data using LRAIL at its Fitzgerald Subdivision in Georgia, as part of an FRA project. On October 7 and 8, 2021, Thanh Nguyen, a Pavemetrics employee, processed the data at Pavemetrics' office in Quebec City, Canada.  The results of the processing were later sent to the University of Illinois as part of an FRA project.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2022 at Nantes, France.

By: _____
　　　Jean-François Hébert, Ph.D.

55390440

-7-