# EXHIBIT 32

[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

# INVOICE

Invoice No.: 1512
Date: 23/10/2020

# Pavemetrics Systems inc.

150, boul. René-Lévesque Est, suite 1820
Québec, Québec G1R 5B1
Canada

Contact: Maxime Beaupré
+1 418 930 2534
mbeaupre@pavemetrics.com

**Sold to:**

**Seaboard Coast Line Railway Supplies, Inc.**
Accounts Payable - SC J682
500 Water Street
Jacksonville, FL 32202

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Client Reference Number:<br>Pavemetrics Reference Number : SL 0682, 20Q1686 | | |
| | Turnkey LRAIL Inspection System - F625-F626<br>Credit for Option Purchase Rental Unit | ███ | ███ |
| | Subtotal: | | ███ |

**USD WIRE TRANSFER**

███

**Clearly state the following information in the "Purpose of Payment" section :**
- Invoice No: XXXX Please pay in USD.
- DO NOT convert funds. If converted, funds will be returned

GST- 844248450     QST - 1215844630

Terms: Net 60. Due 22/12/2020.

Pavemetrics reserves the right to revoke the licence in case of payment default
Administration charges of 1.5% per month on all overdue accounts.

**Total Amount** ███

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0015572
**Exhibit 32**

# INVOICE

Invoice No.:   1514
Date:          23/10/2020

**Pavemetrics Systems inc.**
150, boul. René-Lévesque Est, suite 1820
Québec, Québec G1R 5B1
Canada

Contact:   Maxime Beaupré
           +1 418 930 2534
           mbeaupre@pavemetrics.com

**Sold to:**

Seaboard Coast Line Railway Supplies, Inc.
Accounts Payable - SC J682
500 Water Street
Jacksonville, FL  32202

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| ■ | Client Reference Number : <br> Pavemetrics Reference Number : SL 0729, Quotation 20-Q1808 <br><br> Laser Crack Measurement System 2 (LCMS-2) <br> LRAIL Software included | ■ | ■ |
|  | Shipping and handling (DAP Jacksonville, FL) | ■ | ■ |
|  | Subtotal: |  | ■ |

**USD WIRE TRANSFER**

■■■ (redacted)

Clearly state the following information in the "Purpose of Payment" section :
- Invoice No: XXXX Please pay in USD.
- DO NOT convert funds. If converted, funds will be returned

GST- 844248450        QST - 1215844630

Terms: Net 60. Due 22/12/2020.

Pavemetrics reserves the right to revoke the licence in case of payment default
Administration charges of 1.5% per month on all overdue accounts.

**Total Amount**  ■

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0015580
Exhibit 32

# EXHIBIT 34

[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

# INVOICE

Invoice No.: 1547-REL2
Date: 23/12/2020

**Pavemetrics Systems inc.**
150, boul. René-Lévesque Est, suite 1820
Québec, Québec G1R 5B1
Canada

Contact: Maxime Beaupré
+1 418 930 2534
mbeaupre@pavemetrics.com

**Sold to:**

**Advanced Infrastructure Design inc.**
1 Crossroads Drive
Trenton, NJ 08691-3389
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Client Reference Number : email | | |
| | Pavemetrics Reference Number : SL 0746 | | |
| | Turnkey Integrated LRAIL Inspection system | ▮ | ▮ |
| | LCMS-2 | ▮ | ▮ |
| | Discount LCMS-2 | ▮ | ▮ |
| | Payment Terms : Payable on Receipt | | |
| | Subtotal: | | ▮ |

**USD WIRE TRANSFER**

▮

**Clearly state the following information in the "Purpose of Payment" section :**
- Invoice No: XXXX Please pay in USD.
- DO NOT convert funds. If converted, funds will be returned

GST- 844248450    QST - 1215844630

| | Total Amount | ▮ |
|---|---|---|

Pavemetrics reserves the right to revoke the licence in case of payment default
Administration charges of 1.5% per month on all overdue accounts.



# INVOICE

Invoice No.: 1548-REL2
Date: 23/12/2020

**Pavemetrics Systems inc.**
**150, boul. René-Lévesque Est, suite 1820**
**Québec, Québec G1R 5B1**
**Canada**

**Contact:** **Maxime Beaupré**
**+1 418 930 2534**
**mbeaupre@pavemetrics.com**

**Sold to:**

**Safe Traffic Operations Professionals, Inc.**
1 Crossroads Drive
Hamilton, NJ 08691
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Client Reference Number : email<br>Pavemetrics Reference Number : SL 0746 | | |
| [redacted] | Traffic control LRAIL and LDTM | [redacted] | [redacted] |
| | Payment Terms : Payable on Receipt | | |
| | Subtotal: | | [redacted] |

**USD WIRE TRANSFER**

[redacted]

**Clearly state the following information in the "Purpose of Payment" section :**
- Invoice No: XXXX Please pay in USD.
- DO NOT convert funds. If converted, funds will be returned

GST- 844248450 QST - 1215844630

| | | |
|---|---|---|
| Pavemetrics reserves the right to revoke the licence in case of payment default<br>Administration charges of 1.5% per month on all overdue accounts. | Total Amount | [redacted] |

# EXHIBIT 36

[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

# INVOICE

Invoice No.: 1617
Date: 21/04/2021

**Pavemetrics Systems inc.**
150, boul. René-Lévesque Est, suite 1820
Québec, Québec G1R 5B1
Canada

Contact: Maxime Beaupré
+1 418 930 2534
mbeaupre@pavemetrics.com

**Sold to:**

**CSX Transportation, Inc.**
500 Water Street, J-430
Jacksonville, Florida  32202
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Client Reference Number : Goods Agreement<br>Fully Executed CSX Pavemetrics ATAC 6-8 LRAIL Inspection Systems and Support<br>Pavemetrics Reference Number : SL 0772 | | |
| ■ | LRAIL Hardware and Software | | ■ |
| | Payment Terms : Payable on Receipt | | |
| | Subtotal: | | ■ |

**USD WIRE TRANSFER**

[redacted]

**Clearly state the following information in the "Purpose of Payment" section :**
   - Invoice No: XXXX Please pay in USD.
   - DO NOT convert funds. If converted, funds will be returned

GST- 844248450          QST - 1215844630

Pavemetrics reserves the right to revoke the licence in case of payment default
Administration charges of 1.5% per month on all overdue accounts.

**Total Amount** ■

# INVOICE

Invoice No.: 1618
Date: 21/04/2021

## Pavemetrics Systems inc.

150, boul. René-Lévesque Est, suite 1820
Québec, Québec G1R 5B1
Canada

Contact: Maxime Beaupré
+1 418 930 2534
mbeaupre@pavemetrics.com

Sold to:

**CSX Transportation, Inc.**
500 Water Street, J-430
Jacksonville, Florida  32202
USA



| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Client Reference Number : Goods Agreement<br>Fully Executed CSX Pavemetrics ATAC 6-8 LRAIL inspection Systems and Support<br>Pavemetrics Reference Number : SL 0772<br><br>Special Hardware for Autonomous Operation<br>Field Data acquisition hardware<br>Reel-time data processing hardware<br>Data storage hardware<br>High-accuracy GNSS<br>Networking system, power bars,<br>junction boxes, monitor switch and<br>miscellaneous hardware<br><br>Payment Terms : Payable on Receipt<br><br>Subtotal: | ▮ | ▮ |

**USD WIRE TRANSFER**

▮

Clearly state the following information in the "Purpose of Payment" section :
- Invoice No: XXXX Please pay in USD.
- DO NOT convert funds. If converted, funds will be returned

GST- 844248450        QST - 1215844630

| | Total Amount | ▮ |
|---|---|---|

Pavemetrics reserves the right to revoke the licence in case of payment default
Administration charges of 1.5% per month on all overdue accounts.

RESTRICTED - ATTORNEYS' EYES ONLY        PAVEMETRICS0015618
Exhibit 36

# EXHIBIT 37

[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]



# INVOICE

Invoice No.: 1623
Date: 05/05/2021

**Pavemetrics Systems inc.**
**150, boul. René-Lévesque Est, suite 1820**
**Québec, Québec G1R 5B1**
**Canada**

**Contact:** **Maxime Beaupré**
**+1 418 930 2534**
**mbeaupre@pavemetrics.com**

**Sold to:**

**CSX Transportation, Inc.**
500 Water Street, J-430
Jacksonville, Florida 32202
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Client Reference Number : email<br>Pavemetrics Reference Number : SL 0772 | | |
| [redacted] | Custom Sensor Mount (design, fabrication and assembly) for 5 boxcar - 10 mounts including fans and temperature sensors | [redacted] | [redacted] |
| | Payment Terms : Payable on Receipt | | |
| | Subtotal: | | [redacted] |

**USD WIRE TRANSFER**

[redacted]

**Clearly state the following information in the "Purpose of Payment" section :**
- Invoice No: XXXX Please pay in USD.
- DO NOT convert funds. If converted, funds will be returned

GST- 844248450 QST - 1215844630

Pavemetrics reserves the right to revoke the licence in case of payment default
Administration charges of 1.5% per month on all overdue accounts.

**Total Amount** [redacted]

# EXHIBIT 38

[UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

# INVOICE

Invoice No.: 1758
Date: 21/10/2021

**Pavemetrics Systems inc.**
**150, boul. René-Lévesque Est, suite 1820**
**Québec, Québec G1R 5B1**
**Canada**

**Contact:** **Maxime Beaupré**
**+1 418 930 2534**
**mbeaupre@pavemetrics.com**

**Sold to:**

**CSX Transportation, Inc.**
500 Water Street, J-430
Jacksonville, Florida 32202
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Client Reference Number : Goods Agreement<br>Fully Executed CSX Pavemetrics ATAC 6-8 LRAIL inspection Systems and Support<br>PO 6910680<br>Pavemetrics Reference Number : SL 0772 | | |
| [redacted] | Pavemetrics Labor for Autonomous Operation - System assembly, configuration<br>Onsite Support<br>Shipping Fees | [redacted] | [redacted] |
| | Subtotal: | | [redacted] |

**USD WIRE TRANSFER**

[redacted]

**Clearly state the following information in the "Purpose of Payment" section :**
- Invoice No: XXXX Please pay in USD.
- DO NOT convert funds. If converted, funds will be returned

GST- 844248450 QST - 1215844630

Terms: Net 30. Due 20/11/2021.

Pavemetrics reserves the right to revoke the licence in case of payment default
Administration charges of 1.5% per month on all overdue accounts.

**Total Amount** [redacted]

