Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond S. Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **DECLARATION OF DAVID FRAKES, PHD IN SUPPORT OF PAVEMETRICS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 2 OF NO INFRINGEMENT OF CLAIM 14 OF THE '557 PATENT** <br><br> Hearing Date:  May 9, 2022 <br> Time:  9:00 am <br> Ctrm:  7C <br><br> Honorable Mark C. Scarsi |

**[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]**

I, David Frakes, declare and state as follows:

1. I am currently a Distinguished Faculty Fellow at the Georgia Institute of Technology, where I am a jointly appointed Associate Professor in the Wallace H. Coulter Department of Biomedical Engineering and the School of Electrical and Computer Engineering.

2. I have been retained by Pavemetrics as a computer vision expert in this matter. I previously submitted declarations in support of Pavemetrics' Opposition to Tetra Tech's Motion for Preliminary Injunction (ECF 32, 47) and in Support of Pavemetrics Responsive Claim Construction Brief (ECF 88). My curriculum vitae is attached as Exhibit 15 to ECF 32.

3. As an independent expert retained by Pavemetrics, I submit this Declaration in support of Pavemetrics' Motion for Summary Judgment of Non-Infringement of the '557 Patent.

4. I am being compensated at my standard hourly rate for my time. My compensation does not depend on the content of this declaration or the outcome of this proceeding. I have no financial interest in this case or the products in this case.

## I. BACKGROUND

### A. Experience and Qualifications

5. I am a Distinguished Faculty Fellow at the Georgia Institute of Technology, where I am a jointly appointed Associate Professor in the Wallace H. Coulter Department of Biomedical Engineering and the School of Electrical and Computer Engineering. I am the principal investigator of the Georgia Tech Applied Vision Lab. I also maintain adjunct professor appointments at Arizona State University and the Mayo Clinic.

6. I also currently consult for Google, writing code for camera and sensor fusion applications. Prior to joining the faculty at Georgia Tech and consulting for Google, I worked in industry at Apple, Google, and various

startups, including roles in the field of computer or machine vision for numerous years. I also served on the faculty, including as a professor, at various higher learning institutions, including Arizona State University.

7. I hold a Ph.D. in Bioengineering and a Master's in Electrical Engineering that I earned in 2003 from Georgia Tech. In 2002, I earned a Master's in Mechanical Engineering from Georgia Tech. In 1998, I graduated with a Bachelor of Science in Electrical Engineering (High Honors) from Georgia Tech.

8. While working on my master's and Ph.D. at Georgia Tech from 1999 to 2003, I served as a Graduate Research Assistant in Georgia Tech Cardiovascular Fluid Mechanics Laboratory and the Georgia Tech Center for Signal and Image Processing (CSIP).

9. After receiving my Ph.D., from 2003 to 2008, I founded and served as the Chief Technology Officer of 4-D Imaging, Inc., a start-up company focused on the computer vision space. During my time there, I managed teams of software engineers and research scientists creating computer vision algorithms and other products for the biomedical industry and completed a number of awards and contracts for the United States Armed Forces.

10. From 2003 to 2005, I also served as a Postdoctoral Fellow in the Georgia Tech/Emory School of Biomedical Engineering where I conducted NIH-funded basic and clinical research in cardiovascular bioengineering, biomedical imaging, and image processing.

11. In 2008, I became a jointly appointed Assistant Professor at Arizona State University in both the School of Biological and Health Systems Engineering and the School of Electrical, Computer, and Energy Engineering. In 2014, I was promoted to Associate Professor with tenure, and in 2015, I was named the Fulton Entrepreneurial Professor for the Ira A. Fulton Schools of Engineering at Arizona State University. While at Arizona State University, I led the Image Processing

Applications Laboratory, which applied image and video processing and computer vision, among other technologies.

12. From 2015 to 2017, I was the Technical Lead and Manager of Mobile Vision in the Google Advanced Technologies and Projects (ATAP) Group. I led a team of approximately 100 engineers creating new computer vision products in mobile hardware/software and immersive commerce via the DARPA innovation model.

13. From 2017 to 2019, I was the Technical Lead and Manager of Lens Labs at Google Daydream where I led research teams of around 30 engineers behind Google Lens, an engine that lets you "search what you see." I was also responsible for teams creating augmented reality and computer vision-based features in AR Core and Google Lens.

14. From 2019 to 2020, I was the Lead of Camera Software at Apple, leading a team that creates camera software, including image processing software, for the iPhone.

15. I served for several years as an Associate Editor of the IEEE Transactions on Image Processing and served multiple times on the Organizing Committee for the IEEE International Conference on Image Processing.

16. Since 2003, I have published more than 30 peer-reviewed journal articles relating to computer vision, as well as many more peer-reviewed conference papers. I have also published multiple books and/or book chapters relating to computer vision.

17. I have personally worked with neural networks in the context of computer vision for approximately ten years. As a professor at Arizona State University, I used neural networks to identify lesion features in medical image data for example. As Technical Lead and Manager at Google, I used neural networks to detect different types of scenes in camera images for example. As Lead of Camera Software at Apple, I used neural networks to identify faces in

-3-

camera images for example. My research on novel applications of neural networks has continued during my academic appointment at Georgia Tech. For example, I recently submitted a paper titled "Soli Radar Image-Based Target Localization" to the International Conference on Image Processing. As the title suggests, the paper presents use of a neural network to localize targets in radar images.

18. I am an inventor on more than 10 patents and patent applications in the computer vision space.

19. Based on my education and experience, I am an expert in the field of computer vision. I have used my education, years of experience in this field, and my understanding of the knowledge, creativity, and experience of a person of ordinary skill in the art, to form the opinions expressed in this declaration.

**B.** **Materials Considered**

20. In formulating my opinions, I have reviewed, considered, and where applicable, relied upon the materials identified in my declaration.

21. I have also formed my opinions based on (1) my knowledge, background, education, and experience, including my years of reviewing and writing computer vision code, researching and teaching in computer vision, launching computer vision companies, and managing computer vision engineers, and (2) my review of the documents cited in my declaration and Pavemetrics' source code.

## II. LEGAL STANDARDS

22. I am not a lawyer. However, counsel for Pavemetrics has explained certain relevant legal principles to me. I understand that when a patent holder alleges patent infringement, the patent holder has the burden of proving infringement. I further understand that infringement occurs when a properly construed claim reads on an accused method.

23. I understand that in any infringement analysis, the first step is to properly construe the claims. I have reviewed the Court's Claim Construction Order and have applied the Court's constructions in forming my opinions. I understand that in the absence of a claim construction ordered by the Court, I am to apply the plain and ordinary meaning of each term as it would be understood by a person of ordinary skill in the art at the time of the invention. I further understand that the patent specification may reveal a special definition given to a claim term by the patentee that differs from the meaning it would otherwise have to a person of ordinary skill in the art. In such cases, I understand that the patentee's definition controls.

24. I understand that once the claim language has been properly construed, the second step is to apply the construed claims to the accused process (here, using LRAIL to identify railway features). I further understand that a patent claim is "literally" infringed only if each step of an asserted patent claim is performed by the accused product. If even one step of a patented method is not performed, there is no literal infringement.

### III. PERSON OF ORDINARY SKILL IN THE ART

25. It is my understanding that when interpreting the claims of the '557 patent, I must do so based on the perspective of a person of ordinary skill in the art at the relevant priority date. I understand that the earliest claimed priority date is February 20, 2015.

26. A person of ordinary skill in the art of applied image processing or computer vision as of that date would have a bachelor's degree in electrical engineering, computer engineering, computer science, physics, or a related field, and at least two years of experience (or the academic equivalent) in the field of computer or machine vision, including an understanding of algorithms used to process data for image processing. I understand that Tetra Tech's expert witness, Dr. Vassilios Morellas, previously opined to a similar level of skill for a person

of ordinary skill in the art, except that he opined that such a hypothetical person would have at least four years of experience in the above field. My conclusions would be the same under either definition.

27. Although I exceeded the qualifications for a person of ordinary skill in the art in 2015, I am familiar with the knowledge of a person of ordinary skill in the art in 2015 because by 2015, I had written and read numerous research papers and much software code relating to algorithms used for image processing. I had also taught many students about image processing algorithms and worked with, trained, and supervised numerous engineers writing such algorithms for computer vision applications. Based on this experience, I know very well how a person of ordinary skill in the art would have interpreted and understood the claims of the '557 patent.

## IV. INTRODUCTION TO THE RELEVANT TECHNOLOGY

### A. Template Matching

28. Template matching is a well-known technique in computer vision for identifying parts of a target image that match a template image. It operates by comparing a template image, or collection of template images in a library, to regions in the target image to determine whether that target image contains regions that are similar to the template(s). Specifically, templates are moved around the target image and if a high enough correlation score is observed somewhere in the target image then that is indicative of a match. A high correlation value indicates similarity, while a low correlation value indicates dissimilarity. For example, if a template was compared to an exact version of itself in a target image, then the correlation value would be maximized.

-6-

29. The template matching process is illustrated in the figure below. The test or target image shows integers from zero through ten. The template image shows the number eight. Accordingly, the template matching result image, which displays correlation values, indicates a maximum normalized correlation value of one at the location in the template matching result image that corresponds to the number eight in the test or target image.



30. A more real world example is illustrated below. Again, the template image (in this case, a template of a window) is compared to locations in the target image and the resulting correlations are displayed in the template matching result image. In this case, correlations are color coded by magnitude as indicated by the color map bar.




### B. Convolutional Neural Networks

31. Convolutional neural networks ("CNN") are artificial intelligence tools used for countless purposes in image and video processing and computer vision. They typically employ deep learning and are capable of both generative and descriptive tasks. Deep learning is a subset of machine learning. Deep learning employs neural network models that learn from data like humans learn from the world around them. They are also typically characterized by employing multiple and often many (including hidden) network layers.

32. General usage of a CNN can be broken down into steps including training and inference. As the name CNN suggests, both involve convolution. Convolution applies a filter (i.e., a matrix containing numbers, or filter coefficients) to an image as illustrated in the figure below.



33. In the above figure, the dark blue filter is being applied to regions in the light blue input image. More specifically, the pixel values in the dark blue filter are multiplied by the corresponding pixel values in the light blue input image, and the nine resulting products are summed together. The resulting value, the output of the filtering operation at the specified location, is then stored at the dark green location in the filtered image result. The other light green locations in the filtered image result correspond to filter output values for other locations in the input image where the filter was applied through convolution.

34. Each layer of the neural network performs filtering operations as described above. Then, the results of the filtering operation are inputted into an "activation function" to decide whether a particular "neuron" in the network is "activated."



Input, Weights and Output

35. In the training stage, a deep neural network (DNN) (which is one deep learning architecture) is trained based on a set of training data to create a model that has learned, for example, how to make predictions about previously unseen data. In the case of images, thousands or tens of thousands of images (or more) may be used in training. More specifically, the network learns filters within its multiple layers based on convolutions with the training images so as to

-9-

accomplish a task of interest. A set of learned filters from a layer of a trained CNN are shown in the figure below. Notably, the filters do not resemble any recognizable things, but rather evolve through training to serve some specific purpose.



36. After training is complete, the trained model is applied to previously unseen data or input images and the trained model makes a prediction. This is called the inference stage. No training data or images are applied to any input images in the inference stage. The deep learning process is illustrated in the figure below.



37. To summarize, an untrained model is trained based on a set of training data during the training stage, and the trained model is then applied to new data in the inference stage.

38. When it comes to training CNNs, more training data is typically better although there can be diminishing marginal returns. Key, however, is that when data previously unseen by the trained model are fundamentally different from the training set, the model will not predict well. This is because the many filters learned by the model are learned to respond to the training data without consideration for any other data, e.g., different images, that may exist.

### C. Differences Between Template Matching and CNNs

39. CNNs do not perform template matching. Rather, the trained model uses learned filters to elicit a response from the input image regarding the feature of interest. This response does not represent a correlation score or a template matching score. In fact, there are far more complex mathematical operations at work within the trained model than can be characterized by relatively simple mathematical operations on the order of complexity of correlation.

40. Correlation in template matching is used to measure similarity between a template and a region of an image being examined. Convolution in a CNN, on the other hand, is used to measure the effect that a filter within a trained model has on a region of an image being examined.

41. The values in the filters that comprise a trained model do not represent any spatial dimension. Rather, they are values within a two-dimensional data structure that were learned to elicit a response – they do not represent a third spatial dimension.

## V. CLAIM 14 OF THE '557 PATENT

### A. Claim 14

42. I understand that Tetra Tech accuses Pavemetrics' customers of using the LRAIL system to perform the steps of Claim 14 of the '557 patent.

-11-

43. Claim 14 describes a template matching algorithm, reciting:

"A method of detecting railway track bed features using a system for assessing a railway track bed, the method comprising the steps of:

    a. inputting elevation data, longitudinal and transverse elevation map sample resolution data, rail base edge feature coordinates, detected tie bounding box data, and a 3D feature library to a processor wherein significant elevations due to the rail heads for each rails have been removed from the elevation data;

    b. testing each of a plurality of railway track bed features in the 3D feature library against feature targets in the elevation data in sequence using the processor;

    c. eliminating feature template matching scores for feature targets which are less than a 3D feature correlation threshold using the processor; and

    d. calculating and storing physical parameters for a plurality of feature targets using the processor."

[redacted]





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1 ████████████████████████████████████
2 ████████████████████
3 █ ████████████████████
4 ████████████████████████████████████
5 ████████████████████████████████████████
6 ██████████████████████
7 █ ████████████████████
8 ████████████████████████████████████
9 ███████████████████
10
11       ██ ████ █ ████
12                 ██████
13
14 █ ██████████████████████████████████
15 ████████████████████████████████████
16 ████████████████████████████████████
17 ████████████████████████████████████
18 ████████████████████████████████████
19 █ ████████████████
20 ██████████████████████████████████████.
21     I declare under penalty of perjury that the foregoing is true and correct.
22 Executed on April 4, 2022 at Atlanta, Georgia.
23                                   By: _____/s/ David Frakes_____
24                                          David Frakes, Ph.D.
25
26
27
28

-16-

Scanned with CamScanner