# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff(s), | 2:21–cv–01289–MCS–MAA |
| v.<br><br>TETRA TECH, INC.<br><br>Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    4/4/2022

Document Number(s):    148,151, 154, 157

Title of Document(s):    Motions for Summary judgment by plaintiff

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Local Rule 56–1 Statement of uncontroverted facts and/or proposed judgment lacking.

Other:

Clarification of the Above. All 4 summary judgment motions MISSING proposed judgment ONLY. As an alternative, prepare and e–file a formal Notice of Lodging, to be docketed only under its specific event: Notice of Lodging, to which the formal proposed judgment is submitted as their respectve Separate Attachment thereto ...as to each of the 4 motions accordingly.

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: April 5, 2022            By:  /s/ Linda Chai  Linda_Chai@cacd.uscourts.gov
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**