Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

CLARK HILL LLP
Donald Ridge, Esq. (SBN: 132171)
1055 West Seventh Street, Ste. 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Aaron L. Parker (*Pro Hac Vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*Pro Hac Vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*Pro Hac Vice*)
kelly.horn@finnegan.com
Victor M. Palace (*Pro Hac Vice*)
victor.palace@finnegan.com
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jency J. Mathew (*Pro Hac Vice*)
jency.mathew@finnegan.com
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **JOINT STIPULATION TO MODIFY THE CASE SCHEDULE** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") and Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech") submit this Joint Stipulation and Proposed Order to modify the case schedule.

WHEREAS, on April 4, 2022, Pavemetrics filed four motions for summary judgment (ECF 148, 151, 154, 157) and a motion to strike (ECF 160) and noticed a hearing on all five motions on May 9, 2022;

WHEREAS, the deadline for Tetra Tech's Oppositions related to all five motions is April 18, 2022, and the deadline for Pavemetrics' Replies related to all five motions is April 25, 2022;

WHEREAS, the parties agree to modify deadlines related to these five motions and move back the current settlement conference and trial dates to accommodate these modifications;

WHEREAS, the parties jointly submit that good cause exists to modify the current schedule. The proposed modifications to the current schedule would provide the parties adequate time to prepare respective briefings on all five motions and provide the Court additional time to consider and rule on the five motions in advance of the Final Pretrial Conference and trial. The proposed modifications would also allow the parties sufficient time to comply with the Court's order for alternative dispute resolution (ECF 57) and benefit from the Court's rulings on the five motions in advance of the trial filings, Final Pretrial Conference, and trial.

NOW, THEREFORE, the parties hereby stipulate to and jointly request that the Court modify the deadlines and enter an Order setting the following briefing schedule and proposed hearing and trial dates (or, alternatively, hearing and trial dates convenient for the Court):

| Event | Current Date (ECF 56, 133) | Proposed Date |
|---|---|---|
| Tetra Tech's Opposition to the Motions for Summary Judgment and Motion to Strike | April 18, 2022 | May 2, 2022 |
| Pavemetrics' Reply to Tetra Tech's Oppositions to the Motions for Summary Judgment and Motion to Strike | April 25, 2022 | May 23, 2022 |
| Hearing on Motions for Summary Judgment and Motion to Strike (requested) | May 9, 2022 | June 13, 2022 |
| Deadline to Complete Settlement Conference | May 16, 2022 | June 29, 2022 |
| Trial Filings (first round) | June 30, 2022 | August 29, 2022 |
| Trial Filings (second round) | July 11, 2022 | September 19, 2022 |
| Final Pretrial Conference (requested) | July 25, 2022 at 2:00 pm | October 3, 2022 at 2:00 pm |
| Trial Begins (requested) | August 9, 2022 at 8:30 am | October 18, 2022 at 8:30 am |

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 6, 2022       By: /s/ Christy G. Lea
                                Joseph R. Re
                                Christy G. Lea

|   |   |   |
|---|---|---|
| | | Nicholas M. Zovko<br>Alan G. Laquer<br>Raymond Lu |
| | | *Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC. |

CLARK HILL LLP

Dated: April 6, 2022           By: /s/ *Donald L. Ridge*
                                    Donald L. Ridge

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Dated: April 6, 2022           By: /s/ *Nicholas A. Cerulli*
                                    Aaron L. Parker
                                    Daniel G. Chung
                                    Nicholas A. Cerulli
                                    Kelly S. Horn
                                    Victor M. Palace
                                    Jency J. Mathew

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Donald Ridge, attest that all signatories listed above have read and approved this stipulation and consent to the filing of same in this action.

Dated: <u>April 6, 2022</u>     By: /s/ *Donald L. Ridge*
                                      Donald L. Ridge
                                      Aaron L. Parker
                                      Daniel G. Chung
                                      Nicholas A. Cerulli
                                      Kelly S. Horn
                                      Victor M. Palace
                                      Jency J. Mathew

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.