**DENIED**
BY ORDER OF THE COURT
Dated: 4/8/2022

*Mark C. Scarsi*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF

CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>TETRA TECH, INC.<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING CERTAIN DATES**<br><br>Honorable Mark C. Scarsi<br>Honorable Maria A. Audero |

The Court, having reviewed and considered the parties' Joint Stipulation to Modify the Case Schedule, and finding good cause, approves of the Joint Stipulation. The Court modifies the case deadlines as follows:

| Event | Previous Date (ECF 56, 133) | New Date |
|---|---|---|
| Tetra Tech's Opposition to the Motions for Summary Judgment and Motion to Strike | April 18, 2022 | May 2, 2022 |
| Pavemetrics' Reply to Tetra Tech's Oppositions to the Motions for Summary Judgment and Motion to Strike | April 25, 2022 | May 23, 2022 |
| Hearing on Motions for Summary Judgment and Motion to Strike | May 9, 2022 | June 13, 2022 |
| Deadline to Complete Settlement Conference | May 16, 2022 | June 29, 2022 |
| Trial Filings (first round) | June 30, 2022 | August 29, 2022 |
| Trial Filings (second round) | July 11, 2022 | September 19, 2022 |
| Final Pretrial Conference | July 25, 2022 at 2:00 pm | October 3, 2022 at 2:00 pm |
| Trial Begins | August 9, 2022 at 8:30 am | October 18, 2022 at 8:30 am |

IT IS SO ORDERED.

DATED:                              BY: _____
                                        Honorable Mark C. Scarsi
                                        UNITED STATES DISTRICT JUDGE

**DENIED**
BY ORDER OF THE COURT