Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

CLARK HILL LLP
Donald Ridge, Esq. (SBN: 132171)
1055 West Seventh Street, Ste. 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Aaron L. Parker (*Pro Hac Vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*Pro Hac Vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*Pro Hac Vice*)
kelly.horn@finnegan.com
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jency J. Mathew (*Pro Hac Vice*)
jency.mathew@finnegan.com
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:   (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **RENEWED JOINT STIPULATION TO MODIFY THE CASE SCHEDULE** <br><br> Honorable Mark C. Scarsi <br> Honorable Maria A. Audero |

///

      Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") and Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech") submit this Joint Stipulation and Proposed Order to modify the case schedule. The parties have reviewed the Court's denial of the parties' previous proposal to modify the case schedule (ECF 170) and have limited this renewed proposal to modifications of the upcoming motion related deadlines and hearing date. The parties have also proposed modifying the upcoming settlement conference deadline to accommodate these proposed modifications to the motion related deadlines and hearing date.

      WHEREAS, on April 4, 2022, Pavemetrics filed four motions for summary judgment (ECF 148, 151, 154, 157) and a motion to strike (ECF 160) and noticed a hearing on all five motions on May 9, 2022;

      WHEREAS, the deadline for Tetra Tech's Oppositions related to all five motions is April 18, 2022, and the deadline for Pavemetrics' Replies related to all five motions is April 25, 2022;

      WHEREAS, the parties agree to modify deadlines related to these five motions and the current settlement conference deadline to accommodate these modifications;

      WHEREAS, the parties jointly submit that good cause exists to modify the current schedule. The proposed modifications to the current schedule would provide the parties adequate time to prepare respective briefings on all five motions. The proposed modifications would also allow the parties sufficient time to comply with the Court's order for alternative dispute resolution (ECF 57). The requested extensions will not impact any other deadlines in the current schedule.

      NOW, THEREFORE, the parties hereby stipulate to and jointly request that the Court modify the deadlines and enter an Order setting the following

briefing schedule and proposed hearing date (or, alternatively, hearing date convenient for the Court):

| Event | Current Date (ECF 56, 133) | Proposed Date |
|---|---|---|
| Tetra Tech's Opposition to the Motions for Summary Judgment and Motion to Strike | April 18, 2022 | April 25, 2022 |
| Pavemetrics' Reply to Tetra Tech's Oppositions to the Motions for Summary Judgment and Motion to Strike | April 25, 2022 | May 9, 2022 |
| Hearing on Motions for Summary Judgment and Motion to Strike (requested) | May 9, 2022 | May 23, 2022 |
| Deadline to Complete Settlement Conference | May 16, 2022 | May 26, 2022 |

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 11, 2022      By: /s/ Raymond Lu
　　　　　　　　　　　　　　　Joseph R. Re
　　　　　　　　　　　　　　　Christy G. Lea
　　　　　　　　　　　　　　　Nicholas M. Zovko
　　　　　　　　　　　　　　　Alan G. Laquer
　　　　　　　　　　　　　　　Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

|   |   |   |
|---|---|---|
| | | CLARK HILL LLP |
| Dated: | April 11, 2022 | By: /s/ Donald L. Ridge |
| | | Donald L. Ridge |

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Dated: April 11, 2022          By: /s/ Aaron L. Parker
　　　　　　　　　　　　　　　　　Aaron L. Parker
　　　　　　　　　　　　　　　　　Daniel G. Chung
　　　　　　　　　　　　　　　　　Nicholas A. Cerulli
　　　　　　　　　　　　　　　　　Kelly S. Horn
　　　　　　　　　　　　　　　　　Jency J. Mathew

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

## ATTESTATION OF E-FILED SIGNATURE

I, Donald Ridge, attest that all signatories listed above have read and approved this stipulation and consent to the filing of same in this action.

Dated: April 11, 2022

By: /s/ Donald L. Ridge
Donald L. Ridge
Aaron L. Parker
Daniel G. Chung
Nicholas A. Cerulli
Kelly S. Horn
Jency J. Mathew

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.