**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA<br><br>**[PROPOSED] ORDER GRANTING RENEWED JOINT STIPULATION TO MODIFY THE CASE SCHEDULE**<br><br>Honorable Mark C. Scarsi<br>Honorable Maria A. Audero |

The Court, having reviewed and considered the parties' Renewed Joint Stipulation to Modify the Case Schedule, and finding good cause, approves of the Joint Stipulation. The Court modifies the case deadlines as follows:

| **Event** | **Previous Date (ECF 56, 133)** | **New Date** |
|---|---|---|
| Tetra Tech's Opposition to the Motions for Summary Judgment and Motion to Strike | April 18, 2022 | April 25, 2022 |
| Pavemetrics' Reply to Tetra Tech's Oppositions to the Motions for Summary Judgment and Motion to Strike | April 25, 2022 | May 9, 2022 |
| Hearing on Motions for Summary Judgment and Motion to Strike | May 9, 2022 | May 23, 2022 |
| Deadline to Complete Settlement Conference | May 16, 2022 | May 26, 2022 |

**IT IS SO ORDERED.**

DATED: _____    BY: _____
Honorable Mark C. Scarsi
UNITED STATES DISTRICT JUDGE