Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)          Jency J. Mathew (*pro hac vice*)
kelly.horn@finnegan.com                 jency.mathew@finnegan.com
**FINNEGAN, HENDERSON,**                **FINNEGAN, HENDERSON,**
**FARABOW, GARRETT &**                  **FARABOW, GARRETT &**
**DUNNER, LLP**                         **DUNNER, LLP**
901 New York Avenue NW                  1875 Explorer Street, Suite 800
Washington, D.C. 20001-4413             Reston, Virginia 20190-6023
Telephone:  (202) 408-4000              Telephone:  (571) 203-2700
Facsimile:  (202) 408-4400              Facsimile:   (571) 203-2777
*Attorneys for Defendant and Counterclaim Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF TETRA TECH'S OPPOSITIONS TO PAVEMETRICS' MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STRIKE**<br><br>Honorable Mark C. Scarsi |

Pursuant to Local Rule 79-5.2.2 and this Court's Initial Standing Order (ECF 11), Defendants and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), through counsel, hereby apply for leave of the Court to file under seal the items listed below:

1. Portions of Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 1 of No Indirect Infringement Based on Lack of Intent to Infringe ("Opposition No. 1");

2. Portions of Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 2 of (1) No Infringement of Claim 14 of the '557 Patent And (2) No Direct Infringement of Method Claims by Sales ("Opposition No. 2");

3. Portions of Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 3 of No Damages Under the '293 Patent for Three Sales Made Before January 5, 2021 ("Opposition No. 3");

4. Portions of Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 4 of (1) No Indirect Infringement Based on Any Direct Infringement by CSX and FRA, and (2) Immunity from Suit Under 28 U.S.C. § 1498 ("Opposition No. 4");

5. The Declaration of Dr. Vassilios Morellas in Support of Tetra Tech's Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 2 of (1) No Infringement of Claim 14 of the '557 Patent And (2) No Direct Infringement of Method Claims by Sales ("Morellas Declaration"); and

6. Exhibits 42-56, 59-70, 72-79-105, 107-118, 120-126, and 128 to the Declaration of Aaron Parker in Support of Tetra Tech's Oppositions to Pavemetrics' Partial Motions for Summary Judgment Nos. 1-4 and to Pavemetrics' Motion to Strike ("Parker Declaration").

In support of this Application, Tetra Tech concurrently submits the Declaration of Nicholas A. Cerulli and a Proposed Order. As explained in the Cerulli Declaration in

1

support of this Application, Opposition Nos. 1-4, Morellas Declaration, and Exhibits 42-56, 59-70, 72-105, 107-118, 120-126, and 128 to the Parker Declaration are documents that refer, directly or indirectly, to information identified by Pavemetrics or Tetra Tech as "Confidential," "Restricted – Attorneys' Eyes Only," or "Restricted Confidential Source Code" pursuant to the Protective Order entered in this Case (ECF 101). Tetra Tech seeks to file these documents under seal to maintain the sensitivity of that information. Tetra Tech has redacted Opposition Nos. 1-4 to the extent possible, omitting only specific portions of the documents containing confidential information relating to Pavemetrics' information and documents.

Pavemetrics contends that public disclosure of this confidential and commercially sensitive information would cause competitive harm and has indicated that it intends for these documents to remain confidential by including the express confidentiality classifications. Sealing of these documents is necessary to avoid public disclosure of information Pavemetrics identified as entitled to protection under Federal Rule of Civil Procedure 26(c) because no procedure other than filing under seal will be sufficient to preserve the confidentiality of the information and to avoid violating the Protective Order. Therefore, Tetra Tech respectfully submits there is good cause to file under seal the above-listed documents.

///
///
///
///
///
///
///
///
///
///

1        On April 25, 2022, Tetra Tech's counsel emailed Pavemetrics' counsel seeking

2 confirmation that Pavemetrics does not oppose this Application for Leave to File Under

3 Seal certain materials. Pavemetrics' counsel indicated that Pavemetrics does not intend

4 to oppose this application.

5

6 Dated: April 25, 2022                    **CLARK HILL LLP**

7

8                                  By:

9

10                                  Donald L. Ridge

11                               Aaron L. Parker (*pro hac vice*)

12                               Daniel G. Chung (*pro hac vice*)
                              Nicholas A. Cerulli (*pro hac vice*)

13                               Kelly S. Horn (*pro hac vice*)
                              Jency J. Mathew (*pro hac vice*)

14                               **FINNEGAN, HENDERSON, FARABOW,**
                              **GARRETT & DUNNER, LLP**

15

16                               *Attorneys for Defendant and Counterclaim*
                              *Plaintiffs*

17                               *TETRA TECH, INC. AND TETRA TECH TAS*
                              *INC.*

18

19

20

21

22

23

24

25

26

27

28