Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)          Jency J. Mathew (*pro hac vice*)
kelly.horn@finnegan.com                 jency.mathew@finnegan.com
**FINNEGAN, HENDERSON,**                **FINNEGAN, HENDERSON,**
**FARABOW, GARRETT &**                  **FARABOW, GARRETT &**
**DUNNER, LLP**                         **DUNNER, LLP**
901 New York Avenue NW                  1875 Explorer Street, Suite 800
Washington, D.C. 20001-4413             Reston, Virginia 20190-6023
Telephone:  (202) 408-4000              Telephone:  (571) 203-2700
Facsimile:  (202) 408-4400              Facsimile:   (571) 203-2777
*Attorneys for Defendant and Counterclaim Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING TETRA TECH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF TETRA TECH'S OPPOSITIONS TO PAVEMETRICS' MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STRIKE** |
| v. | |
| TETRA TECH, INC. | |
| Defendant. | |
| | Honorable Mark C. Scarsi |
| AND RELATED COUNTERCLAIMS. | |

Having considered Tetra Tech's Application for Leave to File Under Seal Documents in Support of Tetra Tech's Oppositions to Pavemetrics' Motions for Summary Judgment and to Pavemetrics' Motion to Strike, and the documents and papers in support thereof, and

WHEREAS there is good cause as set forth in Tetra Tech's Application, the Court hereby **GRANTS** the Application and Orders that the clerk file under seal:

1. Portions of Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 1 of No Indirect Infringement Based on Lack of Intent to Infringe ("Opposition No. 1");

2. Portions of Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 2 of (1) No Infringement of Claim 14 of the '557 Patent And (2) No Direct Infringement of Method Claims by Sales ("Opposition No. 2");

3. Portions of Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 3 of No Damages Under the '293 Patent for Three Sales Made Before January 5, 2021 ("Opposition No. 3");

4. Portions of Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 4 of (1) No Indirect Infringement Based on Any Direct Infringement by CSX and FRA, and (2) Immunity from Suit Under 28 U.S.C. § 1498 ("Opposition No. 4");

5. The Declaration of Dr. Vassilios Morellas in Support of Tetra Tech's Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 2 of (1) No Infringement of Claim 14 of the '557 Patent And (2) No Direct Infringement of Method Claims by Sales ("Morellas Declaration"); and

6. Exhibits 42-56, 59-70, 72-105, 107-118, 120-126, and 128 to the Declaration of Aaron Parker in Support of Tetra Tech's Oppositions to

1   Pavemetrics' Partial Motions for Summary Judgment Nos. 1-4 and to
2   Pavemetrics' Motion to Strike ("Parker Declaration").
3
4   **IT IS SO ORDERED.**
5
6   Dated: _____           _____
7                                        **HONORABLE MARK C. SCARSI**
                                         UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28