Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**DECLARATION OF AARON PARKER IN SUPPORT OF TETRA TECH'S OPPOSITION TO PAVEMETRICS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT NOS. 1-4 AND PAVEMETRICS' MOTION TO STRIKE**<br><br>**Honorable Mark C. Scarsi**<br>**Date: May 9, 2022**<br>**Time: 9:00 a.m.**<br>**Courtroom: 7C** |

I, Aaron Parker, hereby declare as follows:

1. I am an attorney at law admitted to practice in the Commonwealth of Virginia and the District of Columbia and before the United States Court of Appeals for the Federal Circuit and United States Court of Appeals for the Fourth Circuit, among others, and I have been admitted *pro hac vice* in this matter. I am a partner of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys for Defendant and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), in the above-captioned matter. The facts stated herein are true and correct and of my personal knowledge, and if called and sworn as a witness, I could and would competently testify thereto under oath.

2. I make this declaration in support of Tetra Tech's Oppositions to Pavemetrics' Motions for Partial Summary Judgment Nos. 1-4 and Pavemetrics' Motion to Strike.

3. Attached as Exhibit 42 hereto is a true and correct copy of excerpts from the Deposition of Richard Habel, taken December 29, 2021, authenticating documents produced by Pavemetrics and third party CSXT in this litigation bearing Bates Nos. PAVEMETRICS0200898-904, PAVEMETRICS0184032-61, PAVEMETRICS0245315-77, PAVEMETRICS0284734, PAVEMETRICS0287456-82, PAVEMETRICS0198245-51, PAVEMETRICS0139711-17, PAVEMETRICS0197714-16, PAVEMETRICS0287917-18, PAVEMETRICS0232590-619, and CSXT0010132-62.

4. Attached as Exhibit 43 hereto is a true and correct copy of excerpts from the Deposition of Jean-François Hébert, taken January 7, 2022.

5. Attached as Exhibit 44 hereto is a true and correct copy of excerpts from the Deposition of John Laurent, taken December 21, 2021, authenticating documents produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0005981-6045, PAVEMETRICS0004479-4565, PAVEMETRICS0154686-712, PAVEMETRICS0244114, PAVEMETRICS0287483,

PAVEMETRICS0198379-82, PAVEMETRICS0104601-02, PAVEMETRICS0104603-04, PAVEMETRICS0206199-201, PAVEMETRICS0199267, PAVEMETRICS0284521-36, PAVEMETRICS0145407-09, PAVEMETRICS0269464.

6. Attached as Exhibit 45 hereto is a true and correct copy of excerpts from the Deposition of Richard Fox-Ivey, taken December 17, 2021, authenticating documents produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0250107-11, PAVEMETRICS0208687-88, PAVEMETRICS0000696-700, PAVEMETRICS0204782-83, PAVEMETRICS0232072-74, PAVEMETRICS0201341-42, and PAVEMETRICS0200898-904.

7. Attached as Exhibit 46 hereto is a true and correct copy of excerpts from the Deposition of Thanh Nguyen, taken January 5, 2022, authenticating documents produced by Pavemetrics and third party CSXT in this litigation bearing Bates Nos. PAVEMETRICS0232188-91, PAVEMETRICS0201635-36, and CSXT0004184-85.

8. Attached as Exhibit 47 hereto is a true and correct copy of excerpts from the Deposition of Mario Talbot, taken January 6, 2022.

9. Attached as Exhibit 48 hereto is a true and correct copy of excerpts from the Deposition of Bradford Spencer, taken January 20, 2022, authenticating documents produced by third party CSXT in this litigation bearing Bates Nos. CSXT0000582-83, CSXT0003544-45, CSXT0003364-68, CSXT0003369-85, CSXT0002638, CSXT0001138-40, CSXT0001367-68, CSXT0001142-45, and CSXT0001019-21.

10. Attached as Exhibit 49 hereto is a true and correct copy of excerpts from the Deposition of Ali Hafiz, taken January 18, 2022.

11. Attached as Exhibit 50 hereto is a true and correct copy of excerpts from the Deposition of William Larson, taken January 13, 2022, authenticating documents produced by Pavemetrics in this litigation bearing Bates Nos. TETRATECH_0138671-75.

3

12. Attached as Exhibit 51 hereto is a true and correct copy of excerpts from the Deposition of Dr. David Frakes, taken March 18, 2022.

13. Attached as Exhibit 52 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0250107-11 and introduced as Exhibit 3 at the December 17, 2021 deposition of Richard Fox-Ivey.

14. Attached as Exhibit 53 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0208687-88 and introduced as Exhibit 10 at the December 17, 2021 deposition of Richard Fox-Ivey.

15. Attached as Exhibit 54 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0000696-700 and introduced as Exhibit 11 at the December 17, 2021 deposition of Richard Fox-Ivey.

16. Attached as Exhibit 55 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0204782-83 and introduced as Exhibit 14 at the December 17, 2021 deposition of Richard Fox-Ivey.

17. Attached as Exhibit 56 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0232072-74 and introduced as Exhibit 15 at the December 17, 2021 deposition of Richard Fox-Ivey.

18. Attached as Exhibit 57 hereto is a true and correct copy of the document introduced as Exhibit 16 at the December 17, 2021 deposition of Richard Fox-Ivey.

19. Attached as Exhibit 58 hereto is a true and correct copy of the document introduced as Exhibit 17 at the December 17, 2021 deposition of Richard Fox-Ivey.

20. Attached as Exhibit 59 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos.

1  PAVEMETRICS0201341-42 and introduced as Exhibit 19 at the December 17, 2021
2  deposition of Richard Fox-Ivey.

3      21.   Attached as Exhibit 60 hereto is a true and correct copy of a document
4  produced by Pavemetrics in this litigation bearing Bates Nos.
5  PAVEMETRICS0200898-904 and introduced as Exhibit 18 at the Deposition of
6  December 17, 2021 deposition of Richard Fox-Ivey.

7      22.   Attached as Exhibit 61 hereto is a true and correct copy of a document
8  produced by Pavemetrics in this litigation bearing Bates Nos.
9  PAVEMETRICS0184032-61 and introduced as Exhibit 42 at the December 29, 2021
10 deposition of Richard Habel.

11     23.   Attached as Exhibit 62 hereto is a true and correct copy of a document
12 produced by Pavemetrics in this litigation bearing Bates Nos.
13 PAVEMETRICS0245315-77 and introduced as Exhibit 62 at the December 29, 2021
14 deposition of Richard Habel.

15     24.   Attached as Exhibit 63 hereto is a true and correct copy of a document
16 produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0284734
17 and introduced as Exhibit 63 at the December 29, 2021 deposition of Richard Habel.

18     25.   Attached as Exhibit 64 hereto is a true and correct copy of a document
19 produced by Pavemetrics in this litigation bearing Bates Nos.
20 PAVEMETRICS00287456-82 and introduced as Exhibit 64 at the December 29, 2021
21 deposition of Richard Habel.

22     26.   Attached as Exhibit 65 hereto is a true and correct copy of a document
23 produced by Pavemetrics in this litigation bearing Bates Nos.
24 PAVEMETRICS0198245-51 and introduced as Exhibit 69 at the December 29, 2021
25 deposition of Richard Habel.

26     27.   Attached as Exhibit 66 hereto is a true and correct copy of a document
27 produced by Pavemetrics in this litigation bearing Bates Nos.
28 PAVEMETRICS0139711-17 and introduced as Exhibit 70 at the December 29, 2021

1 deposition of Richard Habel.

2     28. Attached as Exhibit 67 hereto is a true and correct copy of a document
3 produced by Pavemetrics in this litigation bearing Bates Nos.
4 PAVEMETRICS0197714-16 and introduced as Exhibit 71 at the December 29, 2021
5 deposition of Richard Habel.

6     29. Attached as Exhibit 68 hereto is a true and correct copy of a document
7 produced by Pavemetrics in this litigation bearing Bates Nos.
8 PAVEMETRICS0287917-18 and introduced as Exhibit 75 at the December 29, 2021
9 deposition of Richard Habel.

10     30. Attached as Exhibit 69 hereto is a true and correct copy of a document
11 produced by Pavemetrics in this litigation bearing Bates Nos.
12 PAVEMETRICS0232590-619 and introduced as Exhibit 80 at the December 29, 2021
13 deposition of Richard Habel.

14     31. Attached as Exhibit 70 hereto is a true and correct copy of a document
15 produced by third party CSXT in this litigation bearing Bates Nos. CSXT0010132-62
16 and introduced as Exhibit 81 at the December 29, 2021 deposition of Richard Habel.

17     32. Attached as Exhibit 71 hereto is a true and correct copy of excerpts from a
18 document produced by Pavemetrics in this litigation bearing Bates Nos.
19 PAVEMETRICS0005981-6045 and introduced as Exhibit 24 at the December 21, 2021
20 deposition of John Laurent.

21     33. Attached as Exhibit 72 hereto is a true and correct copy of excerpts from a
22 document produced by Pavemetrics in this litigation bearing Bates Nos.
23 PAVEMETRICS0004479-4565 and introduced as Exhibit 27 at the December 21, 2021
24 deposition of John Laurent.

25     34. Attached as Exhibit 73 hereto is a true and correct copy of a document
26 produced by Pavemetrics in this litigation bearing Bates Nos.
27 PAVEMETRICS0154686-712 and introduced as Exhibit 30 at the December 21, 2021
28 deposition of John Laurent.

35. Attached as Exhibit 74 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates No. PAVEMETRICS0244114 and introduced as Exhibit 33 at the December 21, 2021 deposition of John Laurent.

36. Attached as Exhibit 75 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates No. PAVEMETRICS0287483 and introduced as Exhibit 34 at the December 21, 2021 deposition of John Laurent.

37. Attached as Exhibit 76 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0198379-82 and introduced as Exhibit 36 at the December 21, 2021 deposition of John Laurent.

38. Attached as Exhibit 77 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0104601-02 and introduced as Exhibit 37 at the December 21, 2021 deposition of John Laurent.

39. Attached as Exhibit 78 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0104603-04 and introduced as Exhibit 38 at the December 21, 2021 deposition of John Laurent.

40. Attached as Exhibit 79 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0206199-201 and introduced as Exhibit 39 at the December 21, 2021 deposition of John Laurent.

41. Attached as Exhibit 80 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates No. PAVEMETRICS0199267 and introduced as Exhibit 43 at the December 21, 2021 deposition of John Laurent.

42. Attached as Exhibit 81 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0284521-36 and introduced as Exhibit 46 at the December 21, 2021

1  deposition of John Laurent.

2      43. Attached as Exhibit 82 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0145407-09-02 and introduced as Exhibit 48 at the December 21, 2021 deposition of John Laurent.

    44. Attached as Exhibit 83 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates No. PAVEMETRICS0269464 and introduced as Exhibit 49 at the December 21, 2021 deposition of John Laurent.

    45. Attached as Exhibit 84 hereto is a true and correct copy of a document produced by Tetra Tech in this litigation bearing Bates No. TETRATECH_0138671-75 and introduced as Exhibit 180 at the January 13, 2022 deposition of William Larson.

    46. Attached as Exhibit 85 hereto is a true and correct copy of Tetra Tech's Third Supplemental Infringement Contentions served on January 17, 2022, including excerpts from Exhibit B to that document.

    47. Attached as Exhibit 86 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0138494-95, including a certified translation.

    48. Attached as Exhibit 87 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0284613-70.

    49. Attached as Exhibit 88 hereto is a true and correct copy of Exhibit A to Tetra Tech's First Supplemental Response to Pavemetrics' Interrogatory No. 4 served on October 15, 2021.

    50. Attached as Exhibit 89 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0250138-45.

    51. Attached as Exhibit 90 hereto is a true and correct copy of Exhibit A to Pavemetrics' Second Supplemental Response to Tetra Tech's Interrogatory No. 2

1 | served on December 27, 2021.

2 |     52.    Attached as Exhibit 91 hereto is a true and correct copy of a document
3 | produced by Tetra Tech in this litigation bearing Bates No. TETRATECH_0134178.

4 |     53.    Attached as Exhibit 92 hereto is a true and correct copy of a document
5 | produced by Tetra Tech in this litigation bearing Bates Nos. TETRATECH_0396598-
6 | 99.

7 |     54.    Attached as Exhibit 93 hereto is a true and correct copy of Tetra Tech's
8 | Fourth Supplemental Responses to Pavemetrics' First Set of Interrogatories (Nos. 5 and
9 | 8), served on January 19, 2022.

10 |     55.    Attached as Exhibit 94 hereto is a true and correct copy of a document
11 | produced by Pavemetrics in this litigation bearing Bates Nos.
12 | PAVEMETRICS0250988-96.

13 |     56.    Attached as Exhibit 95 hereto is a true and correct copy of a document
14 | produced by Pavemetrics in this litigation bearing Bates Nos.
15 | PAVEMETRICS0000691-92.

16 |     57.    Attached as Exhibit 96 hereto is a true and correct copy Tetra Tech's
17 | Preliminary Infringement Contentions, served on August 6, 2021.

18 |     58.    Attached as Exhibit 97 hereto is a true and correct copy of Pavemetrics'
19 | First Supplemental Objections and Responses to Tetra Tech's Interrogatory No. 14,
20 | served on January 6, 2022.

21 |     59.    Attached as Exhibit 98 is a true and correct copy of excerpts from the Initial
22 | Expert Report of Dr. Vassilios Morellas Regarding Infringement of U.S. Patent Nos.
23 | 10,362,293 and 10,616,557, served on February 18, 2022.

24 |     60.    Attached as Exhibit 99 is a true and correct copy of excerpts from the
25 | Rebuttal Expert Report on Non-Infringement of David Frakes, Ph.D., served on March
26 | 11, 2022.

27 |     61.    Attached as Exhibit 100 hereto is a true and correct copy of excerpts from
28 | Pavemetrics' source code made available for inspection in this litigation bearing Bates

1  Nos. PAVE-SRC-142, -152, -153, -157, -182, -189, -205, and -206.

2      62.    Attached as Exhibit 101 hereto is a true and correct copy Pavemetrics' First
3  Supplemental Objections and Responses to Tetra Tech's Third Set of Interrogatories
4  (Nos. 15-17), served on December 16, 2021.

5      63.    Attached as Exhibit 102 hereto is a true and correct copy of a document
6  produced by Pavemetrics in this litigation bearing Bates Nos.
7  PAVEMETRICS0288008-15.

8      64.    Attached as Exhibit 103 hereto is a true and correct copy of a document
9  produced by third party CSXT in this litigation bearing Bates No. CSXT0010260.

10     65.    Attached as Exhibit 104 hereto is a true and correct copy of a document
11 produced by Pavemetrics in this litigation bearing Bates No. PAVEMETRICS0200923.

12     66.    Attached as Exhibit 105 hereto is a true and correct copy of a document
13 produced by Pavemetrics in this litigation bearing Bates No. PAVEMETRICS0200924-
14 25.

15     67.    Attached as Exhibit 106 hereto is a true and correct copy of a document
16 introduced as Exhibit 99 at the January 5, 2022 deposition of Thanh Nguyen.

17     68.    Attached as Exhibit 107 hereto is a true and correct copy of a document
18 produced by Pavemetrics in this litigation bearing Bates Nos.
19 PAVEMETRICS0232188-91 and introduced as Exhibit 102 at the January 5, 2022
20 deposition of Thanh Nguyen.

21     69.    Attached as Exhibit 108 hereto is a true and correct copy of a document
22 produced by third party CSXT in this litigation bearing Bates Nos. CSXT0004184-85
23 and introduced as Exhibit 103 at the January 5, 2022 deposition of Thanh Nguyen.

24     70.    Attached as Exhibit 109 hereto is a true and correct copy of a document
25 produced by Pavemetrics in this litigation bearing Bates Nos.
26 PAVEMETRICS0201635-36 and introduced as Exhibit 105 at the January 5, 2022
27 deposition of Thanh Nguyen.

28     71.    Attached as Exhibit 110 hereto is a true and correct copy of a document

produced by third party CSXT in this litigation bearing Bates Nos. CSXT0000582-83 and introduced as Exhibit 452 at the January 20, 2022 deposition of Bradford Spencer.

72. Attached as Exhibit 111 hereto is a true and correct copy of a document produced by third party CSXT in this litigation bearing Bates Nos. CSXT0003544-45 and introduced as Exhibit 453 at the January 20, 2022 deposition of Bradford Spencer.

73. Attached as Exhibit 112 hereto is a true and correct copy of a document produced by third party CSXT in this litigation bearing Bates Nos. CSXT0003364-68 and introduced as Exhibit 454 at the January 20, 2022 deposition of Bradford Spencer.

74. Attached as Exhibit 113 hereto is a true and correct copy of a document produced by third party CSXT in this litigation bearing Bates Nos. CSXT0003369-85 and introduced as Exhibit 455 at the January 21, 2022 deposition of Bradford Spencer.

75. Attached as Exhibit 114 hereto is a true and correct copy of a document produced by third party CSXT in this litigation bearing Bates No. CSXT0002638 and introduced as Exhibit 457 at the January 21, 2022 deposition of Bradford Spencer.

76. Attached as Exhibit 115 hereto is a true and correct copy of a document produced by third party CSXT in this litigation bearing Bates Nos. CSXT0001138-40 and introduced as Exhibit 458 at the January 21, 2022 deposition of Bradford Spencer.

77. Attached as Exhibit 116 hereto is a true and correct copy of a document produced by third party CSXT in this litigation bearing Bates Nos. CSXT0001367-68 and introduced as Exhibit 459 at the January 21, 2022 deposition of Bradford Spencer.

78. Attached as Exhibit 117 hereto is a true and correct copy of a document produced by third party CSXT in this litigation bearing Bates Nos. CSXT0001142-45 and introduced as Exhibit 460 at the January 21, 2022 deposition of Bradford Spencer.

79. Attached as Exhibit 118 hereto is a true and correct copy of a document produced by third party CSXT in this litigation bearing Bates Nos. CSXT0001019-21 and introduced as Exhibit 461 at the January 21, 2022 deposition of Bradford Spencer.

80. Attached as Exhibit 119 hereto is a true and correct copy of Pavemetrics' Objections and Responses to Tetra Tech's Fourth Set of Interrogatories (Nos. 20-25),

1 served on January 20, 2022.

2     81. Attached as Exhibit 120 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0200548-49.

    82. Attached as Exhibit 121 hereto is a true and correct copy of a document produced by third party CSXT in this litigation bearing Bates No. CSXT0009343.

    83. Attached as Exhibit 122 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0212777-80.

    84. Attached as Exhibit 123 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates No. PAVEMETRICS0203147.

    85. Attached as Exhibit 124 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0207974-75.

    86. Attached as Exhibit 125 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0139176-80.

    87. Attached as Exhibit 126 hereto is a true and correct copy of Pavemetrics' First Supplemental Response to Tetra Tech's Interrogatory Nos. 7 and 9, served on September 2, 2021.

    88. Attached as Exhibit 127 hereto is a true and correct copy of excerpts from a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0011019-65.

///
///
///
///
///

89. Attached as Exhibit 128 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0005661-87.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Washington, D.C. on April 25, 2022.

By: _____
Aaron L. Parker