# EXHIBIT 57

 (https://railai.tetratech.com/)



**Tetra Tech is constantly innovating, investing in research and development, and protecting its intellectual property. Tetra Tech has been issued the following patents relating to railroad track and vehicle inspection. In addition, Tetra Tech has multiple patents pending in the United States and other countries.**

| Patent Number | Patent Title | Priority Filing Date | Patent Issue Date | Country |
|---|---|---|---|---|
| 9,618,335 | Light Emission Power Control Apparatus and Method | 19-Jan-2015 | 11-Apr-2017 | United States |
| 9,950,720 | Light Emission Power Control Apparatus and Method | 19-Jan-2015 | 24-Apr-2018 | United States |
| 9,860,962 | Light Emission Power Control Apparatus and Method | 19-Jan-2015 | 2-Jan-2018 | United States |
| 10,349,491 | Light Emission Power Control Apparatus and Method | 19-Jan-2015 | 9-Jul-2019 | United States |
| 10,728,988 | Light Emission Power Control Apparatus and Method | 19-Jan-2015 | 28-Jul-2020 | United States |
| 2,893,017 | Light Emission Power Control Apparatus and Method | 19-Jan-2015 | 24-Mar-2020 | Canada |
| 9,849,894 | Protective Shroud for Enveloping Light from a Light Emitter for Mapping of a Railway Track | 19-Jan-2015 | 26-Dec-2017 | United States |

| Patent Number | Patent Title | Priority Filing Date | Patent Issue Date | Country |
|---|---|---|---|---|
| 10,384,697 | Protective Shroud for Enveloping Light from a Light Emitter for Mapping of a Railway Track | 19-Jan-2015 | 20-Aug-2019 | United States |
| 2,892,952 | Protective Shroud | 19-Jan-2015 | 15-Oct-2019 | Canada |
| 9,849,895 | Sensor Synchronization Apparatus and Method | 19-Jan-2015 | 26-Dec-2017 | United States |

Showing 1 to 10 of 27 entries                                               ‹ Previous   Next ›

© 2021 Tetra Tech

**Exhibit 57**
**203**