# EXHIBIT 58


(https://railai.tetratech.com/)



Tetra Tech is constantly innovating, investing in research and development, and protecting its intellectual property. Tetra Tech has been issued the following patents relating to railroad track and vehicle inspection. In addition, Tetra Tech has multiple patents pending in the United States and other countries.

| Patent Number | Patent Title | Priority Filing Date | Patent Issue Date | Country |
|---|---|---|---|---|
| 10,322,734 | Sensor Synchronization Apparatus and Method | 19-Jan-2015 | 18-Jun-2019 | United States |
| 2,893,007 | Sensor Synchronization Apparatus and Method | 19-Jan-2015 | 28-Apr-2020 | Canada |
| 10,362,293 | 3D Track Assessment System and Method | 20-Feb-2015 | 23-Jul-2019 | United States |
| 2,892,885 | 3D Track Assessment System and Method | 20-Feb-2015 | 28-Jul-2020 | Canada |
| 10,582,187 | 3D Track Assessment Method | 20-Feb-2015 | 3-Mar-2020 | United States |
| 10,616,556 | 3D Track Assessment Method | 20-Feb-2015 | 7-Apr-2020 | United States |
| 10,616,557 | 3D Track Assessment Method | 20-Feb-2015 | 7-Apr-2020 | United States |

Case 2:21-cv-01289-MCS-MAA   Document 185-2   Filed 04/25/22   Page 3 of 3   Page ID
                                           #:8941

| Patent Number | Patent Title | Priority Filing Date | Patent Issue Date | Country |
|---|---|---|---|---|
| 10,616,558 | 3D Track Assessment Method | 20-Feb-2015 | 7-Apr-2020 | United States |
| 10,582,187 | 3D Track Assessment Method | 20-Feb-2015 | 3-Mar-2020 | United States |
| 10,625,760 | Apparatus and Method for Calculating Wooden Crosstie Plate Cut Measurements and Rail Seat Abrasion Measurements Based on Rail Head Height | 01-Jun-2018 | 21-Apr-2020 | United States |

Showing 11 to 20 of 27 entries                                                                  ❮ Previous   Next ❯

© 2021 Tetra Tech