# EXHIBIT 71



Exhibit 71
420

1

PAVEMETRICS0005981



Exhibit 71
421

2

PAVEMETRICS0005982



Exhibit 71
422

3

PAVEMETRICS0005983



Exhibit 71
423
4
PAVEMETRICS0005984



Exhibit 71
424

5

PAVEMETRICS0005985