# EXHIBIT 127



# Innovations in Track Inspection - The Use of 3D Laser Sensing and AI to Detect Changes in Track Condition

Cam Stuart, Program Manager, Office of Research, Development, and Technology, Federal Railroad Administration
J. Riley Edwards, Ph.D., P.E., Sr. Research Scientist and Sr. Lecturer, Rail Transportation and Engineering Center – RailTEC
Richard Fox-Ivey, Principal Consultant, Rail Industry, Railmetrics

October 29, 2020

Sponsored By



Railmetrics
Project Overview
• Mission - Evaluate the potential for 3D Laser Triangulation and Deep Neural Network (DNN) technologies to provide value-added inspection data to existing geometry car inspection systems
• Timeline: May 2019 → October 2020 (live)
• Objectives:
• Improve railway network safety through improved reliability and robustness of track inspections
• Provide value-added inspection data to existing geometry car inspection systems in two different scenarios:
A. No prior knowledge inspections
B. Repeat inspections (change detection)
Project Partners:
RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN
Railmetrics
Industry Partners:
BNSF
RAILWAY
CN
U.S. Department of Transportation
Federal Railroad Administration
RAILTEC
Pavemetrics

Exhibit 127
923

2

PAVEMETRICS0011020



Railmetrics
Project Approach
Field Work
DNN Training Data Preparation
DNN Training
Testing and Evaluating the Trained DNN
Change Detection
• TTCI High Tonnage Loop
• 6 Weeks of FAST operations
• Walking ground-truth surveys
• LRAIL scanning
• RailTEC manual image review to build a database
• Feature identification
• Condition of interest identification
• Input of training set
• DNN feature and condition identification
• Review and correction of DNN analysis
• Retraining of DNN
• A set of "Novel" images are presented
• DNN processes the images detects features and conditions
• DNN performance analysis
• DNN processes two separate runs
• Run-to-run alignment
• Change detection algorithm detects differences between runs
U.S. Department of Transportation
Federal Railroad Administration
RAILTEC
Pavemetrics

Exhibit 127
924

3

PAVEMETRICS0011021

Railmetrics
Convolution Neural Network
We use a kind of DNN, a Convolution Neural Network (CNN or ConvNet)
CNNs are a special kind of multi-layer neural network that is designed to recognize visual patterns directly from pixel images with minimal preprocessing
Normally computers "see" images as just another array of numbers
CNNs help computers to analyze images in a way that is similar to how a human would analyze them
You train a CNN by presenting it numerous different images of the features that you want it to be able to recognize
What We See
What Computers See
https://adeshpande3.github.io/A-Beginner%27s-Guide-To-Understanding-Convolutional-Neural-Networks/
U.S. Department of Transportation
Federal Railroad Administration
RAILTEC
Pavemetrics