# EXHIBIT 130

# EXHIBIT C

Exhibit 130
993

# Deep Dive into Different Types of Convolutions for Deep Learning

- Deformable Convolution
- Data Representation
- Convolution Arithmetic
- Dilated Convolution
- 3D Convolution
- Transposed Convolution
- Receptive Field Calculation
- Grouped Convolution
- Spatially Separable Convolution
- Depthwise Separable Convolution

## Amir Hossein Karami
(Senior Deep Learning Research Scientist)

Exhibit 130
994

# Deep Dive into Different Types of Convolutions for Deep Learning

Amir Hossein Karami

This book is for sale at http://leanpub.com/convolutions-for-deep-learning

This version was published on 2019-12-01



This is a Leanpub book. Leanpub empowers authors and publishers with the Lean Publishing process. Lean Publishing is the act of publishing an in-progress ebook using lightweight tools and many iterations to get reader feedback, pivot until you have the right book and build traction once you do.

© 2019 Amir Hossein Karami

Exhibit 130
995

# Tweet This Book!

Please help Amir Hossein Karami by spreading the word about this book on Twitter!

The suggested tweet for this book is:

I just purchased "Deep Dive into Different Types of Convolutions for Deep Learning" by @DeepLearninGuru (Amir Hossein Karami) on @leanpub - https://leanpub.com/convolutions-for-deep-learning #ConvolutionsforDeepLearning

The suggested hashtag for this book is #ConvolutionsforDeepLearning.

Find out what other people are saying about the book by clicking on this link to search for this hashtag on Twitter:

#ConvolutionsforDeepLearning

Exhibit 130
996

*This book is dedicated to my loving and supportive parents: Ahmad, and Guiti.*

Exhibit 130
997

# Contents

Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**Chapter 1: Data Representation** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    1.1 Scalar (0D tensor) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    1.2 Vector (1D tensor) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    1.3 Matrix (2D tensor) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    1.4 3D tensor and tensor of higher dimensions . . . . . . . . . . . . . . . . . . . 4
    1.5 The concept of data batches . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    1.6 Real-world examples of data tensors . . . . . . . . . . . . . . . . . . . . . . 4
    1.7 Vector data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    1.8 Time series data or sequence data . . . . . . . . . . . . . . . . . . . . . . . 6
    1.9 Image data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    1.10 Video data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    1.11 Audio data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

**Chapter 2: Convolution and Cross-Correlation** . . . . . . . . . . . . . . . . . . . . 13

**Chapter 3: Convolution on One-dimensional Images** . . . . . . . . . . . . . . . . . 16

**Chapter 4: Convolution on Multi-dimensional Data** . . . . . . . . . . . . . . . . . 20

**Chapter 5: 2D Convolution Arithmetic** . . . . . . . . . . . . . . . . . . . . . . . . 30

**Chapter 6: 3D Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

**Chapter 7: 3D Convolution Arithmetic** . . . . . . . . . . . . . . . . . . . . . . . . 47

**Chapter 8: 1D Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

**Chapter 9: 1D Convolution Arithmetic** . . . . . . . . . . . . . . . . . . . . . . . . 58

**Chapter 10: 1 × 1 Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65

**Chapter 11: Transposed Convolution (Deconvolution)** . . . . . . . . . . . . . . . . 68
    11.1 Transposed convolution arithmetic . . . . . . . . . . . . . . . . . . . . . . 74
    11.2 Checkerboard artifacts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

Exhibit 130
998

CONTENTS

**Chapter 12: Dilated Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
    12.1 Gridding artifacts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
    12.2 Dilated convolution arithmetic . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90

**Chapter 13: Receptive Field** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92

**Chapter 14: Separable Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
    14.1 Spatially separable convolution . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
    14.2 Depthwise separable convolution . . . . . . . . . . . . . . . . . . . . . . . . . . 101
    14.3 Pseudo-3D convolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

**Chapter 15: Grouped Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 112
    15.1 Shuffled grouped convolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116
    15.2 Pointwise grouped convolution . . . . . . . . . . . . . . . . . . . . . . . . . . . 118

**Chapter 16: Deformable Convolution** . . . . . . . . . . . . . . . . . . . . . . . . . . . 119

**Chapter 17: Representation Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . 124

**Exhibit 130**
**999**

# Chapter 2: Convolution and Cross-Correlation

Convolution is a widely used method and operator in the fields of *Signal Processing, Image Processing*, and other engineering sciences. It can also be said that this operator is the main constituent of the *Convolutional Neural Networks (CNNs)*. But it is worthy of note that in deep learning, convolution has almost the same concept like cross-correlation in signal processing (there is a very small difference between these two operators, that will be discussed later). In the topic of signal processing, convolution is defined as follows:

$$(f * g)(t) = \int_{-\infty}^{\infty} f(\tau)g(t-\tau)d\tau \quad (2.1)$$

In other words, the convolution is defined as the integral (area under the graph) of the product of the two functions (*e.g.*, $f$ and $g$) after one is reversed and shifted. Figure 2.1 shows a representation of the convolution operator of two hypothetical functions.



Figure 2.1 A demonstration of the convolution of two hypothetical (signal) functions (first see the left-hand images from top to bottom, and then the right-hand column images)

Exhibit 130
1000

Chapter 2: Convolution and Cross-Correlation 14

In Figure 2.1, the function $g$ that plays the *filter* role is convolved to the main function (*i.e.*, $f$). In the convolution operation of Figure 2.1, the function $g$ is first reversed (*i.e.*, reflected) about the vertical axis, and then slides (moves) along the horizontal axis. The area under the intersection graph (*i.e.*, the produced graph of the product of the two functions ($f$ and the reversed version of $g$)), constitutes the amount of convolution at each point in the graph.

On the other hand, the cross-correlation operator is the sliding of one function over the other by the dot product (the inner product) of those two functions. This is also known as a *sliding dot product* or *sliding inner-product*. The cross-correlation is similar in nature to the convolution of two functions. However, the filter (*i.e.*, the function $g$ in the above notation) is not reversed in cross-correlation as opposed to convolution, and the filter slides over the main function in its primary form. Figure 2.2 illustrates the difference between convolution and cross-correlation in signal processing topics.



**Figure 2.2 Demonstration of the difference between convolution and cross-correlation in signal processing topics**

The convolution operator filters used in deep learning topics (especially in designing convolutional neural networks) are not reversed. In other words, when it comes to deep learning topics, by talking about the convolution operator we mean the cross-correlation operator. In fact, the convolution operator in this field acts as an element-wise multiplication and addition (*i.e.*, adding the multiplications' values). Therefore, the use of the term convolution rather than cross-correlation in deep learning topics is a common occurrence in texts and articles that the reader should be careful about it. Of course, as the weights of the filters are acquired and learned in the network training process, it makes no difference whether the weights of the function $g$ will be learned or reversed of $g$. Because, in fact, once the values of these weights have been obtained, we can easily imagine (or contract with a new denomination) that, by the actual definition of the convolution, these values correspond to

Exhibit 130
1001

the reversed form of the function (filter) $g$. Therefore, the fact that the filters are not reversed in the convolutional neural networks, and yet we call this operation, convolution, is not a big mistake.

The goal of the convolution operator is to extract appropriate features and representations from the raw input data. In different areas of data processing, such as image processing, there are vast choices of shape, size, and filter values for the convolution operator. Each of these filters can detect a particular image feature such as horizontal, vertical or diagonal edges. Similarly, in convolutional neural networks, various features are detected by various filters that in the training process, their weights are accurately determined. Then all of these extracted features (as detected by the different filters) are combined in some way to form the final network output. In the following chapters I will first explain how the convolution operator is applied on images with one channel data, and then explain how to apply on other types of data.

Exhibit 130
1002