# EXHIBIT 131

# EXHIBIT D

Exhibit 131
1003

# DEEP LEARNING

## JOHN D. KELLEHER



THE MIT PRESS ESSENTIAL KNOWLEDGE SERIES

Exhibit 131
1004

# DEEP LEARNING



Exhibit 131
1005

The MIT Press Essential Knowledge Series

A complete list of the titles in this series appears at the back of this book.

**Exhibit 131**
**1006**

# DEEP LEARNING

## JOHN D. KELLEHER

The MIT Press    |    Cambridge, Massachusetts    |    London, England

**Exhibit 131**
**1007**

© 2019 The Massachusetts Institute of Technology

All rights reserved. No part of this book may be reproduced in any form by any electronic or mechanical means (including photocopying, recording, or information storage and retrieval) without permission in writing from the publisher.

This book was set in Chaparral Pro by Toppan Best-set Premedia Limited. Printed and bound in the United States of America.

Library of Congress Cataloging-in-Publication Data

Names: Kelleher, John D., 1974- author.
Title: Deep learning / John D. Kelleher.
Description: Cambridge, MA : The MIT Press, [2019] | Series:
   The MIT press essential knowledge series | Includes bibliographical
   references and index.
Identifiers: LCCN 2018059550 | ISBN 9780262537551 (pbk. : alk. paper)
Subjects: LCSH: Machine learning. | Artificial intelligence.
Classification: LCC Q325.5 .K454 2019 | DDC 006.3/1—dc23 LC record
   available at https://lccn.loc.gov/2018059550

10 9 8 7 6 5 4 3 2 1

**Exhibit 131**
**1008**

# CONTENTS

Series Foreword   vii
Preface   ix
Acknowledgments   xi

1   Introduction to Deep Learning   1
2   Conceptual Foundations   39
3   Neural Networks: The Building Blocks of Deep
    Learning   65
4   A Brief History of Deep Learning   101
5   Convolutional and Recurrent Neural Networks   159
6   Learning Functions   185
7   The Future of Deep Learning   231

Glossary   251
Notes   257
References   261
Further Readings   267
Index   269

**Exhibit 131**
**1009**

1

# INTRODUCTION TO DEEP LEARNING

Deep learning is the subfield of artificial intelligence that focuses on creating large neural network models that are capable of making accurate *data-driven decisions*. Deep learning is particularly suited to contexts where the data is complex and where there are large datasets available. Today most online companies and high-end consumer technologies use deep learning. Among other things, Facebook uses deep learning to analyze text in online conversations. Google, Baidu, and Microsoft all use deep learning for image search, and also for machine translation. All modern smart phones have deep learning systems running on them; for example, deep learning is now the standard technology for speech recognition, and also for face detection on digital cameras. In the healthcare sector, deep learning is used to process medical images (X-rays, CT, and MRI scans) and diagnose health conditions. Deep learning is also at the core of self-driving cars, where it is used for

**Exhibit 131**
**1010**

localization and mapping, motion planning and steering, and environment perception, as well as tracking driver state.

Perhaps the best-known example of deep learning is DeepMind's AlphaGo.[1] Go is a board game similar to Chess. AlphaGo was the first computer program to beat a professional Go player. In March 2016, it beat the top Korean professional, Lee Sedol, in a match watched by more than two hundred million people. The following year, in 2017, AlphaGo beat the world's No. 1 ranking player, China's Ke Jie.

In 2016 AlphaGo's success was very surprising. At the time, most people expected that it would take many more years of research before a computer would be able to compete with top level human Go players. It had been known for a long time that programming a computer to play Go was much more difficult than programming it to play Chess. There are many more board configurations possible in Go than there are in Chess. This is because Go has a larger board and simpler rules than Chess. There are, in fact, more possible board configurations in Go than there are atoms in the universe. This massive search space and Go's large branching factor (the number of board configurations that can be reached in one move) makes Go an incredibly challenging game for both humans and computers.

One way of illustrating the relative difficulty Go and Chess presented to computer programs is through

Exhibit 131
1011

a historical comparison of how Go and Chess programs competed with human players. In 1967, MIT's MacHack-6 Chess program could successfully compete with humans and had an Elo rating[2] well above novice level, and, by May 1997, DeepBlue was capable of beating the Chess world champion Gary Kasparov. In comparison, the first complete Go program wasn't written until 1968 and strong human players were still able to easily beat the best Go programs in 1997.

The time lag between the development of Chess and Go computer programs reflects the difference in computational difficulty between these two games. However, a second historic comparison between Chess and Go illustrates the revolutionary impact that deep learning has had on the ability of computer programs to compete with humans at Go. It took thirty years for Chess programs to progress from human level competence in 1967 to world champion level in 1997. However, with the development of deep learning it took only seven years for computer Go programs to progress from advanced amateur to world champion; as recently as 2009 the best Go program in the world was rated at the low-end of advanced amateur. This acceleration in performance through the use of deep learning is nothing short of extraordinary, but it is also indicative of the types of progress that deep learning has enabled in a number of fields.

Exhibit 131
1012

AlphaGo uses deep learning to evaluate board configurations and to decide on the next move to make. The fact that AlphaGo used deep learning to decide what move to make next is a clue to understanding why deep learning is useful across so many different domains and applications. Decision-making is a crucial part of life. One way to make decisions is to base them on your "intuition" or your "gut feeling." However, most people would agree that the best way to make decisions is to base them on the relevant data. Deep learning enables *data-driven decisions* by identifying and extracting patterns from large datasets that accurately map from sets of complex inputs to good decision outcomes.

### Artificial Intelligence, Machine Learning, and Deep Learning

Deep learning has emerged from research in artificial intelligence and machine learning. Figure 1.1 illustrates the relationship between artificial intelligence, machine learning, and deep learning.

The field of artificial intelligence was born at a workshop at Dartmouth College in the summer of 1956. Research on a number of topics was presented at the workshop including mathematical theorem proving, natural language processing, planning for games, computer

Exhibit 131
1013

Deep learning enables *data-driven decisions* by identifying and extracting patterns from large datasets that accurately map from sets of complex inputs to good decision outcomes.

Exhibit 131
1014



**Figure 1.1**   The relationship between artificial intelligence, machine learning, and deep learning.

programs that could learn from examples, and neural networks. The modern field of machine learning draws on the last two topics: computers that could learn from examples, and neural network research.

Machine learning involves the development and evaluation of algorithms that enable a computer to extract (or learn) functions from a dataset (sets of examples). To understand what machine learning means we need to understand three terms: dataset, algorithm, and function.

In its simplest form, a dataset is a table where each row contains the description of one example from a domain,

Exhibit 131
1015

**Table 1.1.** A dataset of loan applicants and their known credit solvency ratings

| ID | Annual Income | Current Debt | Credit Solvency |
|----|---------------|--------------|-----------------|
| 1 | $150 | -$100 | 100 |
| 2 | $250 | -$300 | -50 |
| 3 | $450 | -$250 | 400 |
| 4 | $200 | -$350 | -300 |

and each column contains the information for one of the features in a domain. For example, table 1.1 illustrates an example dataset for a loan application domain. This dataset lists the details of four example loan applications. Excluding the ID feature, which is only for ease of reference, each example is described using three features: the applicant's annual income, their current debt, and their credit solvency.

An algorithm is a process (or recipe, or program) that a computer can follow. In the context of machine learning, an algorithm defines a process to analyze a dataset and identify recurring patterns in the data. For example, the algorithm might find a pattern that relates a person's annual income and current debt to their credit solvency rating. In mathematics, relationships of this type are referred to as functions.

A function is a deterministic mapping from a set of input values to one or more output values. The fact that

**Exhibit 131**
**1016**

the mapping is deterministic means that for any specific set of inputs a function will always return the same outputs. For example, addition is a deterministic mapping, and so 2+2 is always equal to 4. As we will discuss later, we can create functions for domains that are more complex than basic arithmetic, we can for example define a function that takes a person's income and debt as inputs and returns their credit solvency rating as the output value. The concept of a function is very important to deep learning so it is worth repeating the definition for emphasis: a function is simply a mapping from inputs to outputs. In fact, the goal of machine learning is to learn functions from data. A function can be represented in many different ways: it can be as simple as an arithmetic operation (e.g., addition or subtraction are both functions that take inputs and return a single output), a sequence of *if-then-else* rules, or it can have a much more complex representation.

One way to represent a function is to use a neural network. Deep learning is the subfield of machine learning that focuses on deep neural network models. In fact, the patterns that deep learning algorithms extract from datasets are functions that are represented as neural networks. Figure 1.2 illustrates the structure of a neural network. The boxes on the left of the figure represent the memory locations where inputs are presented to the network. Each of the circles in this figure is called a neuron

8   CHAPTER 1

Exhibit 131
1017

A function is a deterministic mapping from a set of input values to one or more output values.

Exhibit 131
1018

and each neuron implements a function: it takes a number of values as input and maps them to an output value. The arrows in the network show how the outputs of each neuron are passed as inputs to other neurons. In this network, information flows from left to right. For example, if this network were trained to predict a person's credit solvency, based on their income and debt, it would receive the income and debt as inputs on the left of the network and output the credit solvency score through the neuron on the right.

A neural network uses a divide-and-conquer strategy to learn a function: each neuron in the network learns a simple function, and the overall (more complex) function, defined by the network, is created by combining these simpler functions. Chapter 3 will describe how a neural network processes information.



**Figure 1.2**   Schematic illustration of a neural network.

Exhibit 131
1019

**What Is Machine Learning?**

A machine learning algorithm is a search process designed to choose the best function, from a set of possible functions, to explain the relationships between features in a dataset. To get an intuitive understanding of what is involved in extracting, or learning, a function from data, examine the following set of sample inputs to an unknown function and the outputs it returns. Given these examples, decide which arithmetic operation (addition, subtraction, multiplication, or division) is the best choice to explain the mapping the unknown function defines between its inputs and output:

$$function(Inputs) = Output$$

$$function(5,5) = 25$$

$$function(2,6) = 12$$

$$function(4,4) = 16$$

$$function(2,2) = 04$$

Most people would agree that multiplication is the best choice because it provides the best match to the observed relationship, or mapping, from the inputs to the outputs:

**Exhibit 131**
**1020**

$$5 \times 5 = 25$$

$$2 \times 6 = 12$$

$$4 \times 7 = 28$$

$$2 \times 2 = 04$$

In this particular instance, choosing the best function is relatively straightforward, and a human can do it without the aid of a computer. However, as the number of inputs to the unknown function increases (perhaps to hundreds or thousands of inputs), and the variety of potential functions to be considered gets larger, the task becomes much more difficult. It is in these contexts that harnessing the power of machine learning to search for the best function, to match the patterns in the dataset, becomes necessary.

Machine learning involves a two-step process: training and inference. During training, a machine learning algorithm processes a dataset and chooses the function that best matches the patterns in the data. The extracted function will be encoded in a computer program in a particular form (such as if-then-else rules or parameters of a specified equation). The encoded function is known as a model, and the analysis of the data in order to extract the function is often referred to as training the model.

12    CHAPTER 1

Exhibit 131
1021

Essentially, models are functions encoded as computer programs. However, in machine learning the concepts of function and model are so closely related that the distinction is often skipped over and the terms may even be used interchangeably.

In the context of deep learning, the relationship between functions and models is that the function extracted from a dataset during training is represented as a neural network model, and conversely a neural network model encodes a function as a computer program. The standard process used to train a neural network is to begin training with a neural network where the parameters of the network are randomly initialized (we will explain network parameters later; for now just think of them as values that control how the function the network encodes works). This randomly initialized network will be very inaccurate in terms of its ability to match the relationship between the various input values and target outputs for the examples in the dataset. The training process then proceeds by iterating through the examples in the dataset, and, for each example, presenting the input values to the network and then using the difference between the output returned by the network and the correct output for the example listed in the dataset to update the network's parameters so that it matches the data more closely. Once the machine learning algorithm has found a function that is sufficiently accurate (in terms of the outputs it generates

**Exhibit 131**
**1022**

matching the correct outputs listed in the dataset) for the problem we are trying to solve, the training process is completed, and the final model is returned by the algorithm. This is the point at which the learning in machine learning stops.

Once training has finished, the model is fixed. The second stage in machine learning is inference. This is when the model is applied to new examples—examples for which we do not know the correct output value, and therefore we want the model to generate estimates of this value for us. Most of the work in machine learning is focused on how to train accurate models (i.e., extracting an accurate function from data). This is because the skills and methods required to deploy a trained machine learning model into production, in order to do inference on new examples at scale, are different from those that a typical data scientist will possess. There is a growing recognition within the industry of the distinctive skills needed to deploy artificial intelligence systems at scale, and this is reflected in a growing interest in the field known as DevOps, a term describing the need for collaboration between development and operations teams (the operations team being the team responsible for deploying a developed system into production and ensuring that these systems are stable and scalable). The terms MLOps, for machine learning operations, and AIOps, for artificial intelligence operations, are also used to describe the challenges of deploying a trained

Exhibit 131
1023

model. The questions around model deployment are be-
yond the scope of this book, so we will instead focus on
describing what deep learning is, what it can be used for,
how it has evolved, and how we can train accurate deep
learning models.

One relevant question here is: why is extracting a
function from data useful? The reason is that once a func-
tion has been extracted from a dataset it can be applied
to unseen data, and the values returned by the function
in response to these new inputs can provide insight into
the correct decisions for these new problems (i.e., it can
be used for inference). Recall that a function is simply a
deterministic mapping from inputs to outputs. The sim-
plicity of this definition, however, hides the variety that
exists within the set of functions. Consider the following
examples:

• Spam filtering is a function that takes an email as
input and returns a value that classifies the email as
spam (or not).

• Face recognition is a function that takes an image as
input and returns a labeling of the pixels in the image
that demarcates the face in the image.

• Gene prediction is a function that takes a genomic DNA
sequence as input and returns the regions of the DNA
that encode a gene.

Exhibit 131
1024

• Speech recognition is a function that takes an audio speech signal as input and returns a textual transcription of the speech.

• Machine translation is a function that takes a sentence in one language as input and returns the translation of that sentence in another language.

It is because the solutions to so many problems across so many domains can be framed as functions that machine learning has become so important in recent years.

### Why Is Machine Learning Difficult?

There are a number of factors that make the machine learning task difficult, even with the help of a computer. First, most datasets will include noise[3] in the data, so searching for a function that matches the data exactly is not necessarily the best strategy to follow, as it is equivalent to learning the noise. Second, it is often the case that the set of possible functions is larger than the set of examples in the dataset. This means that machine learning is an ill-posed problem: the information given in the problem is not sufficient to find a *single* best solution; instead multiple possible solutions will match the data. We can use the problem of selecting the arithmetic operation (addition, subtraction, multiplication, or division) that best

Exhibit 131
1025

matches a set of example input-output mappings for an unknown function to illustrate the concept of an ill-posed problem. Here are the example mappings for this function selection problem:

$function(Inputs) = Output$

$function(1,1) = 1$

$function(2,1) = 2$

$function(3,1) = 3$

Given these examples, multiplication and division are better matches for the unknown function than addition and subtraction. However, it is not possible to decide whether the unknown function is actually multiplication or division using this sample of data, because both operations are consistent with all the examples provided. Consequently, this is an ill-posed problem: it is not possible to select a single best answer given the information provided in the problem.

One strategy to solve an ill-posed problem is to collect more data (more examples) in the hope that the new examples will help us to discriminate between the correct underlying function and the remaining alternatives. Frequently, however, this strategy is not feasible, either

Exhibit 131
1026

because the extra data is not available or is too expensive to collect. Instead, machine learning algorithms overcome the ill-posed nature of the machine learning task by supplementing the information provided by the data with a set of assumptions about the characteristics of the best function, and use these assumptions to influence the process used by the algorithm that selects the best function (or model). These assumptions are known as the inductive bias of the algorithm because in logic a process that infers a general rule from a set of specific examples is known as inductive reasoning. For example, if all the swans that you have seen in your life are white, you might induce from these examples the general rule that *all swans are white*. This concept of inductive reasoning relates to machine learning because a machine learning algorithm induces (or extracts) a general rule (a function) from a set of specific examples (the dataset). Consequently, the assumptions that bias a machine learning algorithm are, in effect, biasing an inductive reasoning process, and this is why they are known as the inductive bias of the algorithm.

So, a machine learning algorithm uses two sources of information to select the best function: one is the dataset, and the other (the inductive bias) is the assumptions that bias the algorithm to prefer some functions over others, irrespective of the patterns in the dataset. The inductive bias of a machine learning algorithm can be understood as providing the algorithm with a perspective on a dataset.

Exhibit 131
1027

However, just as in the real world, where there is no single best perspective that works in all situations, there is no single best inductive bias that works well for all datasets. This is why there are so many different machine learning algorithms: each algorithm encodes a different inductive bias. The assumptions encoded in the design of a machine leanring algorithm can vary in strength. The stronger the assumptions the less freedom the algorithm is given in selecting a function that fits the patterns in the dataset. In a sense, the dataset and inductive bias counterbalance each other: machine learning algorithms that have a strong inductive bias pay less attention to the dataset when selecting a function. For example, if a machine learning algorithm is coded to prefer a very simple function, no matter how complex the patterns in the data, then it has a very strong inductive bias.

In chapter 2 we will explain how we can use the equation of a line as a template structure to define a function. The equation of the line is a very simple type of mathematical function. Machine learning algorithms that use the equation of a line as the template structure for the functions they fit to a dataset make the assumption that the model they generate should encode a simple linear mapping from inputs to output. This assumption is an example of an inductive bias. It is, in fact, an example of a strong inductive bias, as no matter how complex (or nonlinear)

**Exhibit 131**
**1028**

the patterns in the data are the algorithm will be restricted (or biased) to fit a linear model to it.

One of two things can go wrong if we choose a machine learning algorithm with the wrong bias. First, if the inductive bias of a machine learning algorithm is too strong, then the algorithm will ignore important information in the data and the returned function will not capture the nuances of the true patterns in the data. In other words, the returned function will be too simple for the domain,[4] and the outputs it generates will not be accurate. This outcome is known as the function underfitting the data. Alternatively, if the bias is too weak (or permissive), the algorithm is allowed too much freedom to find a function that closely fits the data. In this case, the returned function is likely to be too complex for the domain, and, more problematically, the function is likely to fit to the noise in the sample of the data that was supplied to the algorithm during training. Fitting to the noise in the training data will reduce the function's ability to generalize to new data (data that is not in the training sample). This outcome is known as overfitting the data. Finding a machine learning algorithm that balances data and inductive bias appropriately for a given domain is the key to learning a function that neither underfits or overfits the data, and that, therefore, generalizes successfully in that domain (i.e., that is accurate at inference, or processing new examples that were not in the training data).

Exhibit 131
1029

However, in domains that are complex enough to warrant the use of machine learning, it is not possible in advance to know what are the correct assumptions to use to bias the selection of the correct model from the data. Consequently, data scientists must use their intuition (i.e., make informed guesses) and also use trial-and-error experimentation in order to find the best machine learning algorithm to use in a given domain.

Neural networks have a relatively weak inductive bias. As a result, generally, the danger with deep learning is that the neural network model will overfit, rather than underfit, the data. It is because neural networks pay so much attention to the data that they are best suited to contexts where there are very large datasets. The larger the dataset, the more information the data provides, and therefore it becomes more sensible to pay more attention to the data. Indeed, one of the most important factors driving the emergence of deep learning over the last decade has been the emergence of Big Data. The massive datasets that have become available through online social platforms and the proliferation of sensors have combined to provide the data necessary to train neural network models to support new applications in a range of domains. To give a sense of the scale of the big data used in deep learning research, Facebook's face recognition software, Deep-Face, was trained on a dataset of four million facial images

**Exhibit 131**
**1030**

belonging to more than four thousand identities (Taigman et al. 2014).

### The Key Ingredients of Machine Learning

The above example of deciding which arithmetic operation best explains the relationship between inputs and outputs in a set of data illustrates the three key ingredients in machine learning:

1. Data (a set of historical examples).

2. A set of functions that the algorithm will search through to find the best match with the data.

3. Some measure of fitness that can be used to evaluate how well each candidate function matches the data.

All three of these ingredients must be correct if a machine learning project is to succeed; below we describe each of these ingredients in more detail.

We have already introduced the concept of a dataset as a two-dimensional table (or $n \times m$ matrix),[5] where each row contains the information for one example, and each column contains the information for one of the features in the domain. For example, table 1.2 illustrates how the sample inputs and outputs of the first unknown arithmetic

### Exhibit 131
### 1031

function problem in the chapter can be represented as a dataset. This dataset contains four examples (also known as instances), and each example is represented using two input features and one output (or target) feature. Designing and selecting the features to represent the examples is a very important step in any machine learning project.

As is so often the case in computer science, and machine learning, there is a tradeoff in feature selection. If we choose to include only a minimal number of features in the dataset, then it is likely that a very informative feature will be excluded from the data, and the function returned by the machine learning algorithm will not work well. Conversely, if we choose to include as many features as possible in the domain, then it is likely that irrelevant or redundant features will be included, and this will also likely result in the function not working well. One reason for this is that the more redundant or irrelevant features that are included, the greater the probability for the machine learning algorithm to extract patterns that are based on spurious correlations between these features. In these cases, the algorithm gets confused between the real patterns in the data and the spurious patterns that only appear in the data due to the particular sample of examples that have been included in the dataset.

Finding the correct set of features to include in a dataset involves engaging with experts who understand

**Exhibit 131**
**1032**

the domain, using statistical analysis of the distribution of individual features and also the correlations between pairs of features, and a trial-and-error process of building models and checking the performance of the models when particular features are included or excluded. This process of dataset design is a labor-intensive task that often takes up a significant portion of the time and effort expended on a machine learning project. It is, however, a critical task if the project is to succeed. Indeed, identifying which features are informative for a given task is frequently where the real value of machine learning projects emerge.

The second ingredient in a machine learning project is the set of candidate functions that the algorithm will consider as the potential explanation of the patterns in the data. In the unknown arithmetic function scenario previously given, the set of considered functions was explicitly specified and restricted to four: *addition*, *subtraction*, *multiplication*, or *division*. More generally, the set of functions is implicitly defined through the inductive bias of the

**Table 1.2.** A simple tabular dataset

| Input 1 | Input 2 | Target |
|---------|---------|--------|
| 5 | 5 | 25 |
| 2 | 6 | 12 |
| 4 | 4 | 16 |
| 2 | 2 | 04 |

Exhibit 131
1033

machine learning algorithm and the function representation (or model) that is being used. For example, a neural network model is a very flexible function representation.

The third and final ingredient to machine learning is the measure of fitness. The measure of fitness is a function that takes the outputs from a candidate function, generated when the machine learning algorithm applies the candidate function to the data, and compares these outputs with the data, in some way. The result of this comparison is a value that describes the fitness of the candidate function relative to the data. A fitness function that would work for our unknown arithmetic function scenario is to count in how many of the examples a candidate function returns a value that exactly matches the target specified in the data. Multiplication would score four out of four on this fitness measure, addition would score one out of four, and division and subtraction would both score zero out of four. There are a large variety of fitness functions that can be used in machine learning, and the selection of the correct fitness function is crucial to the success of a machine learning project. The design of new fitness functions is a rich area of research in machine learning. Varying how the dataset is represented, and how the candidate functions and the fitness function are defined, results in three different categories of machine learning: supervised, unsupervised, and reinforcement learning.

**Exhibit 131**
**1034**

**Supervised, Unsupervised, and Reinforcement Learning**

Supervised machine learning is the most common type of machine learning. In supervised machine learning, each example in the dataset is labeled with the expected output (or target) value. For example, if we were using the dataset in table 1.1 to learn a function that maps from the inputs of annual income and debt to a credit solvency score, the credit solvency feature in the dataset would be the target feature. In order to use supervised machine learning, our dataset must list the value of the target feature for every example in the dataset. These target feature values can sometimes be very difficult, and expensive, to collect. In some cases, we must pay human experts to label each example in a dataset with the correct target value. However, the benefit of having these target values in the dataset is that the machine learning algorithm can use these values to help the learning process. It does this by comparing the outputs a function produces with the target outputs specified in the dataset, and using the difference (or error) to evaluate the fitness of the candidate function, and use the fitness evaluation to guide the search for the best function. It is because of this feedback from the target labels in the dataset to the algorithm that this type of machine learning is considered supervised. This is the type of machine learning that was demonstrated by the example of

Exhibit 131
1035

choosing between different arithmetic functions to explain the behavior of an unknown function.

Unsupervised machine learning is generally used for clustering data. For example, this type of data analysis is useful for customer segmentation, where a company wishes to segment its customer base into coherent groups so that it can target marketing campaigns and/or product designs to each group. In unsupervised machine learning, there are no target values in the dataset. Consequently, the algorithm cannot directly evaluate the fitness of a candidate function against the target values in the dataset. Instead, the machine learning algorithm tries to identify functions that map similar examples into clusters, such that the examples in a cluster are more similar to the other examples in the same cluster than they are to examples in other clusters. Note that the clusters are not prespecified, or at most they are initially very underspecified. For example, the data scientist might provide the algorithm with a target number of clusters, based on some intuition about the domain, without providing explicit information on relative sizes of the clusters or regarding the characteristics of examples that belong in each cluster. Unsupervised machine learning algorithms often begin by guessing an initial clustering of the examples and then iteratively adjusting the clusters (by dropping instances from one cluster and adding them to another) so as to improve the fitness of the cluster set. The fitness functions used in

Exhibit 131
1036

unsupervised machine learning generally reward candidate functions that result in higher similarity within individual clusters and, also, high diversity between clusters.

Reinforcement learning is most relevant for online control tasks, such as robot control and game playing. In these scenarios, an agent needs to learn a policy for how it should act in an environment in order to be rewarded. In reinforcement learning, the goal of the agent is to learn a mapping from its current observation of the environment and its own internal state (its memory) to what action it should take: for instance, *should the robot move forward or backward* or *should the computer program move the pawn or take the queen*. The output of this policy (function) is the action that the agent should take next, given the current context. In these types of scenarios, it is difficult to create historic datasets, and so reinforcement learning is often carried out *in situ*: an agent is released into an environment where it experiments with different policies (starting with a potentially random policy) and over time updates its policy in response to the rewards it receives from the environment. If an action results in a positive reward, the mapping from the relevant observations and state to that action is reinforced in the policy, whereas if an action results in a negative reward, the mapping is weakened. Unlike in supervised and unsupervised machine learning, in reinforcement learning, the fact that learning is done in situ means that the training and

Exhibit 131
1037

inference stages are interleaved and ongoing. The agent infers what action it should do next and uses the feedback from the environment to learn how to update its policy. A distinctive aspect of reinforcement learning is that the target output of the learned function (the agent's actions) is decoupled from the reward mechanism. The reward may be dependent on multiple actions and there may be no reward feedback, either positive or negative, available directly after an action has been performed. For example, in a chess scenario, the reward may be +1 if the agent wins the game and -1 if the agent loses. However, this reward feedback will not be available until the last move of the game has been completed. So, one of the challenges in re-inforcement learning is designing training mechanisms that can distribute the reward appropriately back through a sequence of actions so that the policy can be updated appropriately. Google's DeepMind Technologies gener-ated a lot of interest by demonstrating how reinforcement learning could be used to train a deep learning model to learn control policies for seven different Atari computer games (Mnih et al. 2013). The input to the system was the raw pixel values from the screen, and the control poli-cies specified what joystick action the agent should take at each point in the game. Computer game environments are particularly suited to reinforcement learning as the agent can be allowed to play many thousands of games against the computer game system in order to learn a successful

Exhibit 131
1038

policy, without incurring the cost of creating and labeling a large dataset of example situations with correct joystick actions. The DeepMind system got so good at the games that it outperformed all previous computer systems on six of the seven games, and outperformed human experts on three of the games.

Deep learning can be applied to all three machine learning scenarios: supervised, unsupervised, and reinforcement. Supervised machine learning is, however, the most common type of machine learning. Consequently, the majority of this book will focus on deep learning in a supervised learning context. However, most of the deep learning concerns and principles introduced in the supervised learning context also apply to unsupervised and reinforcement learning.

### Why Is Deep Learning So Successful?

In any data-driven process the primary determinant of success is knowing what to measure and how to measure it. This is why the processes of feature selection and feature design are so important to machine learning. As discussed above, these tasks can require domain expertise, statistical analysis of the data, and iterations of experiments building models with different feature sets. Consequently, dataset design and preparation can consume a significant

### Exhibit 131
### 1039

In any data-driven process the primary determinant of success is knowing what to measure and how to measure it.

Exhibit 131
1040

portion of time and resources expended in the project, in some cases approaching up to 80% of the total budget of a project (Kelleher and Tierney 2018). Feature design is one task in which deep learning can have a significant advantage over traditional machine learning. In traditional machine learning, the design of features often requires a large amount of human effort. Deep learning takes a different approach to feature design, by attempting to automatically learn the features that are most useful for the task from the raw data.

To give an example of feature design, a person's body mass index (BMI) is the ratio of a person's weight (in kilograms) divided by their height (in meters squared). In a medical setting, BMI is used to categorize people as underweight, normal, overweight, or obese. Categorizing people in this way can be useful in predicting the likelihood of a person developing a weight-related medical condition, such as diabetes. BMI is used for this categorization because it enables doctors to categorize people in a manner that is relevant to these weight-related medical conditions. Generally, as people get taller they also get heavier. However, most weight-related medical conditions (such as diabetes) are not affected by a person's height but rather the amount they are overweight compared to other people of a similar stature. BMI is a useful feature to use for the medical categorization of a person's weight because it takes the effect of height on weight into account. BMI

Exhibit 131
1041

is an example of a feature that is derived (or calculated) from raw features; in this case the raw features are weight and height. BMI is also an example of how a derived feature can be more useful in making a decision than the raw features that it is derived from. BMI is a hand-designed feature: Adolphe Quetelet designed it in the eighteenth century.

As mentioned above, during a machine learning project a lot of time and effort is spent on identifying, or designing, (derived) features that are useful for the task the project is trying to solve. The advantage of deep learning is that it can learn useful derived features from data automatically (we will discuss how it does this in later chapters). Indeed, given large enough datasets, deep learning has proven to be so effective in learning features that deep learning models are now more accurate than many of the other machine learning models that use hand-engineered features. This is also why deep learning is so effective in domains where examples are described with very large numbers of features. Technically datasets that contain large numbers of features are called high-dimensional. For example, a dataset of photos with a feature for each pixel in a photo would be high-dimensional. In complex high-dimensional domains, it is extremely difficult to hand-engineer features: consider the challenges of hand-engineering features for face recognition or machine translation. So, in these complex domains,

Exhibit 131
1042

adopting a strategy whereby the features are automatically learned from a large dataset makes sense. Related to this ability to automatically learn useful features, deep learning also has the ability to learn complex nonlinear mappings between inputs and outputs; we will explain the concept of a nonlinear mapping in chapter 3, and in chapter 6 we will explain how these mappings are learned from data.

### Summary and the Road Ahead

This chapter has focused on positioning deep learning within the broader field of machine learning. Consequently, much of this chapter has been devoted to introducing machine learning. In particular, the concept of a function as a deterministic mapping from inputs to outputs was introduced, and the goal of machine learning was explained as finding a function that matches the mappings from input features to the output features that are observed in the examples in the dataset.

Within this machine learning context, deep learning was introduced as the subfield of machine learning that focuses on the design and evaluation of training algorithms and model architectures for modern neural networks. One of the distinctive aspects of deep learning within machine learning is the approach it takes to

Exhibit 131
1043

feature design. In most machine learning projects, feature design is a human-intensive task that can require deep domain expertise and consume a lot of time and project budget. Deep learning models, on the other hand, have the ability to learn useful features from low-level raw data, and complex nonlinear mappings from inputs to outputs. This ability is dependent on the availability of large datasets; however, when such datasets are available, deep learning can frequently outperform other machine learning approaches. Furthermore, this ability to learn useful features from large datasets is why deep learning can often generate highly accurate models for complex domains, be it in machine translation, speech processing, or image or video processing. In a sense, deep learning has unlocked the potential of big data. The most noticeable impact of this development has been the integration of deep learning models into consumer devices. However, the fact that deep learning can be used to analyze massive datasets also has implications for our individual privacy and civil liberty (Kelleher and Tierney 2018). This is why understanding what deep learning is, how it works, and what it can and can't be used for, is so important. The road ahead is as follows:

• Chapter 2 introduces some of the foundational concepts of deep learning, including what a model is, how the parameters of a model can be set using data, and

**Exhibit 131**
**1044**

how we can create complex models by combining simple models.

• Chapter 3 explains what neural networks are, how they work, and what we mean by a deep neural network.

• Chapter 4 presents a history of deep learning. This history focuses on the major conceptual and technical breakthroughs that have contributed to the development of the field of machine learning. In particular, it provides a context and explanation for why deep learning has seen such rapid development in recent years.

• Chapter 5 describes the current state of the field, by introducing the two deep neural architectures that are the most popular today: convolutional neural networks and recurrent neural networks. Convolutional neural networks are ideally suited to processing image and video data. Recurrent neural networks are ideally suited to processing sequential data such as speech, text, or time-series data. Understanding the differences and commonalities across these two architectures will give you an awareness of how a deep neural network can be tailored to the characteristics of a specific type of data, and also an appreciation of the breadth of the design space of possible network architectures.

**Exhibit 131**
**1045**

• Chapter 6 explains how deep neural networks models are trained, using the gradient descent and backpropagation algorithms. Understanding these two algorithms will give you a real insight into the state of artificial intelligence. For example, it will help you to understand why, given enough data, it is currently possible to train a computer to do a specific task within a well-defined domain at a level beyond human capabilities, but also why a more general form of intelligence is still an open research challenge for artificial intelligence.

• Chapter 7 looks to the future in the field of deep learning. It reviews the major trends driving the development of deep learning at present, and how they are likely to contribute to the development of the field in the coming years. The chapter also discusses some of the challenges the field faces, in particular the challenge of understanding and interpreting how a deep neural network works.

Exhibit 131
1046

5

# CONVOLUTIONAL AND RECURRENT NEURAL NETWORKS

Tailoring the structure of a network to the specific characteristics of the data from a task domain can reduce the training time of the network, and improves the accuracy of the network. Tailoring can be done in a number of ways, such as: constraining the connections between neurons in adjacent layers to subsets (rather than having fully connected layers); forcing neurons to share weights; or introducing backward connections into the network. Tailoring in these ways can be understood as building domain knowledge into the network. Another, related, perspective is it helps the network to learn by constraining the set of possible functions that it can learn, and by so doing guides the network to find a useful solution. It is not always clear how to fit a network structure to a domain, but for some domains where the data has a very regular structure (e.g., sequential data such as text, or gridlike

Exhibit 131
1047

data such as images) there are well-known network architectures that have proved successful. This chapter will introduce two of the most popular deep learning architectures: convolutional neural networks and recurrent neural networks.

**Convolutional Neural Networks**

Convolution neural networks (CNNs) were designed for image recognition tasks and were originally applied to the challenge of handwritten digit recognition (Fukushima 1980; LeCun 1989). The basic design goal of CNNs was to create a network where the neurons in the early layer of the network would extract local visual features, and neurons in later layers would combine these features to form higher-order features. A local visual feature is a feature whose extent is limited to a small patch, a set of neighboring pixels, in an image. For example, when applied to the task of face recognition, the neurons in the early layers of a CNN learn to activate in response to simple local features (such as lines at a particular angle, or segments of curves), neurons deeper in the network combine these low-level features into features that represent body parts (such as eyes or noises), and the neurons in the final layers of the network combine body part activations in order to be able to identify whole faces in an image.

Exhibit 131
1048

Using this approach, the fundamental task in image recognition is learning the feature detection functions that can robustly identify the presence, or absence, of local visual features in an image. The process of learning functions is at the core of neural networks, and is achieved by learning the appropriate set of weights for the connections in the network. CNNs learn the feature detection functions for local visual features in this way. However, a related challenge is designing the architecture of the network so that the network will identify the presence of a local visual feature in an image irrespective of where in the image it occurs. In other words, the feature detection functions must be able to work in a translation invariant manner. For example, a face recognition system should be able to recognize the shape of an eye in an image whether the eye is in the center of the image or in the top-right corner of the image. This need for translation invariance has been a primary design principle of CNNs for image processing, as Yann LeCun stated in 1989:

> It seems useful to have a set of feature detectors that can detect a particular instance of a feature anywhere on the input plane. Since the precise location of a feature is not relevant to the classification, we can afford to lose some position information in the process. (LeCun 1989, p. 14)

**Exhibit 131**

**1049**

CNNs achieve this translation invariance of local visual feature detection by using weight sharing between neurons. In an image recognition setting, the function implemented by a neuron can be understood as a visual feature detector. For example, neurons in the first hidden layer of the network will receive a set of pixel values as input and output a high activation if a particular pattern (local visual feature) is present in this set of pixels. The fact that the function implemented by a neuron is defined by the weights the neuron uses means that if two neurons use the same set of weights then they both implement the same function (feature detector). In chapter 4, we introduced the concept of a receptive field to describe the area that a neuron receives its input from. If two neurons share the same weights but have different receptive fields (i.e., each neuron inspects different areas of the input), then together the neurons act as a feature detector that activates if the feature occurs in either of the receptive fields. Consequently, it is possible to design a network with translation invariant feature detection by creating a set of neurons that share the same weights and that are organized so that: (1) each neuron inspects a different portion of the image; and (2) together the receptive fields of the neurons cover the entire image.

The scenario of searching an image in a dark room with a flashlight that has a narrow beam is sometimes used to explain how a CNN searches an image for local features.

Exhibit 131
1050

At each moment you can point the flashlight at a region of the image and inspect that local region. In this flashlight metaphor, the area of the image illuminated by the flashlight at any moment is equivalent to the receptive field of a single neuron, and so pointing the flashlight at a location is equivalent to applying the feature detection function to that local region. If, however, you want to be sure you inspect the whole image, then you might decide to be more systematic in how you direct the flashlight. For example, you might begin by pointing the flashlight at the top-left corner of the image and inspecting that region. You then move the flashlight to the right, across the image, inspecting each new location as it becomes visible, until you reach the right side of the image. You then point the flashlight back to the left of the image, but just below where you began, and move across the image again. You repeat this process until you reach the bottom-right corner of the image. The process of sequentially searching across an image and at each location in the search applying the same function to the local (illuminated) region is the essence of convolving a function across an image. Within a CNN, this sequential search across an image is implemented using a set of neurons that share weights and whose union of receptive fields covers the entire image.

Figure 5.1 illustrates the different stages of processing that are often found in a CNN. The $6 \times 6$ matrix on the left of the figure represents the image that is the input to the

Exhibit 131

CNN. The $4 \times 4$ matrix immediately to the right of the input represents a layer of neurons that together search the entire image for the presence of a particular local feature. Each neuron in this layer is connected to a different $3 \times 3$ receptive field (area) in the image, and they all apply the same weight matrix to their inputs:

$$\begin{bmatrix} w_0 & w_1 & w_2 \\ w_3 & w_4 & w_5 \\ w_6 & w_7 & w_8 \end{bmatrix}$$

The receptive field of the neuron [0,0] (top-left) in this layer is marked with the gray square covering the $3 \times 3$ area in the top-left of the input image. The dotted arrows emerging from each of the locations in this gray area represent the inputs to neuron [0,0]. The receptive field of the neighboring neuron [0,1] is indicated by $3 \times 3$ square, outlined in bold in the input image. Notice that the receptive fields of these two neurons overlap. The amount of overlap of receptive fields is controlled by a hyperparameter called the stride length. In this instance, the stride length is one, meaning that for each position moved in the layer the receptive field of the neuron is translated by the same amount on the input. If the stride length hyperparameter is increased, the amount of overlap between receptive fields is decreased.

Exhibit 131
1052

The receptive fields of both of these neurons ([0,0] and [0,1]) are matrices of pixel values and the weights used by these neurons are also matrices. In computer vision, the matrix of weights applied to an input is known as the kernel (or convolution mask); the operation of sequentially passing a kernel across an image and within each local region, weighting each input and adding the result to its local neighbors, is known as a convolution. Notice that a convolution operation does not include a nonlinear activation function (this is applied at a later stage in processing). The kernel defines the feature detection function that all the neurons in the convolution implement. Convolving a kernel across an image is equivalent to passing a local visual feature detector across the image and recording all the locations in the image where the visual feature was present. The output from this process is a map of all the locations in the image where the relevant visual feature occurred. For this reason, the output of a convolution process is sometimes known as a feature map. As noted above, the convolution operation does not include a nonlinear activation function (it only involves a weighted summation of the inputs). Consequently, it is standard to apply a nonlinearity operation to a feature map. Frequently, this is done by applying a rectified linear function to each position in a feature map; the rectified linear activation function is defined as: $\text{rectifier}(z) = \max(0, z)$. Passing a rectified linear activation function over a feature map simply changes all

Exhibit 131

1053

negative values to 0. In figure 5.1, the process of updating a feature map by applying a rectified linear activation function to each of its elements is represented by the layer labeled Nonlinearity.

The quote from Yann LeCun, at the start of this section, mentions that the precise location of a feature in an image may not be relevant to an image processing task. With this in mind, CNNs often discard location information in favor of generalizing the network's ability to do image classification. Typically, this is achieved by downsampling the updated feature map using a pooling layer. In some ways pooling is similar to the convolution operation described above, in so far as pooling involves repeatedly applying the same function across an input space. For pooling, the input space is frequently a feature map whose elements have been updated using a rectified linear function. Furthermore, each pooling operation has a receptive field on the input space—although, for pooling, the receptive fields sometimes do not overlap. There are a number of different pooling functions used; the most common is called max pooling, which returns the maximum value of any of its inputs. Calculating the average value of the inputs is also used as a pooling function.

The operation sequence of applying a convolution, followed by a nonlinearity, to the feature map, and then down-sampling using pooling, is relatively standard across most CNNs. Often these three operations are together

Exhibit 131
1054

Convolving a kernel across an image is equivalent to passing a local visual feature detector across the image and recording all the locations in the image where the visual feature was present.

Exhibit 131
1055

considered to define a convolutional layer in a network, and this is how they are presented in figure 5.1.

The fact that a convolution searches an entire image means that if the visual feature (pixel pattern) that the function (defined by shared kernel) detects occurs anywhere in the image, its presence will be recorded in the feature map (and if pooling is used, also in the subsequent output from the pooling layer). In this way, a CNN supports translation invariant visual feature detection. However, this has the limitation that the convolution can only identify a single type of feature. CNNs generalize beyond one feature by training multiple convolutional layers in parallel (or filters), with each filter learning a single



**Figure 5.1**   Illustrations of the different stages of processing in a convolutional layer. Note in this figure the Image and Feature Map are data structures; the other stages represent operations on data.

Exhibit 131
1056

kernel matrix (feature detection function). Note the convolution layer in figure 5.1 illustrates a single filter. The outputs of multiple filters can be integrated in a variety of ways. One way to integrate information from different filters is to take the feature maps generated by the separate filters and combine them into a single multifilter feature map. A subsequent convolutional layer then takes this multifilter feature map as input. Another other way to integrate information from different filter is to use a densely connected layer of neurons. The final layer in figure 5.1 illustrates a dense layer. This dense layer operates in exactly the same way as a standard layer in a fully connected feedforward network. Each neuron in the dense layer is connected to all of the elements output by each of the filters, and each neuron learns a set of weights unique to itself that it applies to the inputs. This means that each neuron in a dense layer can learn a different way to integrate information from across the different filters.

The AlexNet CNN, which won the ImageNet Large-Scale Visual Recognition Challenge (ILSVRC) in 2012, had five convolutional layers, followed by three dense layers. The first convolutional layer had ninety-six different kernels (or filters) and included a ReLU nonlinearity and pooling. The second convolution layer had 256 kernels and also included ReLU nonlinearity and pooling. The third,

**Exhibit 131**
**1057**

fourth, and fifth convolutional layers did not include a nonlinearity step or pooling, and had 384, 384, and 256 kernels, respectively. Following the fifth convolutional layer, the network had three dense layers with 4096 neurons each. In total, AlexNet had sixty million weights and 650,000 neurons. Although sixty million weights is a large number, the fact that many of the neurons shared weights actually reduced the number of weights in the network. This reduction in the number of required weights is one of the advantages of CNN networks. In 2015, Microsoft Research developed a CNN network called ResNet, which won the ILSVRC 2015 challenge (He et al. 2016). The ResNet architecture extended the standard CNN architecture using skip-connections. A skip-connection takes the output from one layer in the network and feeds it directly into a layer that may be much deeper in the network. Using skip-connections it is possible to train very deep networks. In fact, the ResNet model developed by Microsoft Research had a depth of 152 layers.

**Recurrent Neural Networks**

Recurrent neural networks (RNNs) are tailored to the processing of sequential data. An RNN processes a sequence of data by processing each element in the sequence one at time. An RNN network only has a single hidden

Exhibit 131
1058

layer, but it also has a memory buffer that stores the output of this hidden layer for one input and feeds it back into the hidden layer along with the next input from the sequence. This recurrent flow of information means that the network processes each input within the context generated by processing the previous input, which in turn was processed in the context of the input preceding it. In this way, the information that flows through the recurrent loop encodes contextual information from (potentially) all of the preceding inputs in the sequence. This allows the network to maintain a memory of what it has seen previously in the sequence to help it decide what to do with the current input. The depth of an RNN arises from the fact that the memory vector is propagated forward and evolved through each input in the sequence; as a result an RNN network is considered as deep as a sequence is long.

Figure 5.2 illustrates the architecture of an RNN and shows how information flows through the network as it processes a sequence. At each time step, the network in this figure receives a vector containing two elements as input. The schematic on the left of figure 5.2 (time step=1.0) shows the flow of information in the network when it receives the first input in the sequence. This input vector is fed forward into the three neurons in the hidden layer of the network. At the same time these neurons also receive whatever information is stored in the memory

Exhibit 131
1059

The depth of an RNN arises from the fact that the memory vector is propagated forward and evolved through each input in the sequence; as a result an RNN network is considered as deep as a sequence is long.

Exhibit 131
1060

buffer. Because this is the initial input, the memory buffer will only contain default initialization values. Each of the neurons in the hidden layer will process the input and generate an activation. The schematic in the middle of figure 5.2 (time step=1.5) shows how this activation flows on through the network: the activation of each neuron is passed to the output layer where it is processed to generate the output of the network, and it is also stored in the memory buffer (overwriting whatever information was stored there). The elements of the memory buffer simply store the information written to them; they do not transform it in any way. As a result, there are no weights on the edges going from the hidden units to the buffer. There are, however, weights on all the other edges in the network, including those from the memory buffer units to the neurons in the hidden layer. At time step 2, the network receives the next input from the sequence, and this is passed to the hidden layer neurons along with the information stored in the buffer. This time the buffer contains the activations that were generated by the hidden neurons in response to the first input.

Figure 5.3 shows an RNN that has been unrolled through time as it processes a sequence of inputs $[X_1, X_2, \ldots, X_t]$. Each box in this figure represents a layer of neurons. The box labeled $h_0$ represents the state of the memory buffer when the network is initialized; the boxes labeled $[h_1, \ldots, h_t]$ represent the hidden layer of the

**Exhibit 131**
**1061**



**Figure 5.2** The flow of information in an RNN as it processes a sequence of inputs. The arrows in bold are the active paths of information flow at each time point; the dashed arrows show connections that are not active at that time.

Exhibit 131
1062



**Figure 5.3**   An RNN network unrolled through time as it processes a sequence of inputs $[X_1, X_2, \ldots, X_t]$.

network at each time step; and the boxes labeled $[Y_1, \ldots, Y_t]$ represent the output layer of the network at each time step. Each of the arrows in the figure represents a set of connections between one layer and another layer. For example, the vertical arrow from $X_1$ to $h_1$ represents the connections between the input layer and the hidden layer at time step 1. Similarly, the horizontal arrows connecting the hidden layers represent the storing of the activations from a hidden state at one time step in the memory buffer (not shown) and the propagation of these activations to the hidden layer at the next time step through the connections from the memory buffer to the hidden state. At each time step, an input from the sequence is presented to the network and is fed forward to the hidden layer. The hidden layer generates a vector of activations that is passed to the output layer and is also propagated forward to the

**Exhibit 131**
**1063**

next time step along the horizontal arrows connecting the hidden states.

Although RNNs can process a sequence of inputs, they struggle with the problem of vanishing gradients. This is because training an RNN to process a sequence of inputs requires the error to be backpropagated through the entire length of the sequence. For example, for the network in figure 5.3, the error calculated on the output $Y_t$ must be backpropagated through the entire network so that it can be used to update the weights on the connections from $h_0$ and $X_1$ to $h_1$. This entails backpropagating the error through all the hidden layers, which in turn involves repeatedly multiplying the error by the weights on the connections feeding activations from one hidden layer forward to the next hidden layer. A particular problem with this process is that it is the same set of weights that are used on all the connections between the hidden layers: each horizontal arrow represents the same set of connections between the memory buffer and the hidden layer, and the weights on these connections are stationary through time (i.e., they don't change from one time step to the next during the processing of a given sequence of inputs). Consequently, backpropogating an error through *k* time steps involves (among other multiplications) multiplying the error gradient by the same set of weights *k* times. This is equivalent to multiplying each error gradient by a weight raised to the power of *k*. If this weight is

Exhibit 131
1064

less than 1, then when it is raised to a power, it diminishes at an exponential rate, and consequently, the error gradient also tends to diminish at an exponential rate with respect to the length of the sequence—and vanish.

Long short-term memory networks (LSTMs) are designed to reduce the effect of vanishing gradients by removing the repeated multiplication by the same weight vector during backpropagation in an RNN. At the core of an LSTM[1] unit is a component called the cell. The cell is where the activation (the short-term memory) is stored and propagated forward. In fact, the cell often maintains a vector of activations. The propagation of the activations within the cell through time is controlled by three components called gates: the forget gate, the input gate, and the output gate. The forget gate is responsible for determining which activations in the cell should be forgotten at each time step, the input gate controls how the activations in the cell should be updated in response to the new input, and the output gate controls what activations should be used to generate the output in response to the current input. Each of the gates consists of layers of standard neurons, with one neuron in the layer per activation in the cell state.

Figure 5.4 illustrates the internal structure of an LSTM cell. Each of the arrows in this image represents a vector of activations. The cell runs along the top of the figure from left ($c_{t-1}$) to right ($c_t$). Activations in the cell

Exhibit 131
1065

can take values in the range -1 to +1. Stepping through the processing for a single input, the input vector $x_t$ is first concatenated with the hidden state vector that has been propagated forward from the preceding time step $h_{t-1}$. Working from left to right through the processing of the gates, the forget gate takes the concatenation of the input and the hidden state and passes this vector through a layer of neurons that use a sigmoid (also known as logistic)[2] activation function. As a result of the neurons in the forget layer using sigmoid activation functions the output of this forget layer is a vector of values in the range 0 to 1. The cell state is then multiplied by this forget vector. The result of this multiplication is that activations in the cell state that are multiplied by components in the forget vector with values near 0 are forgotten, and activations that are multiplied by forget vector components with values near 1 are remembered. In effect, multiplying the cell state by the output of a sigmoid layer acts as a filter on the cell state.

Next, the input gate decides what information should be added to the cell state. The processing in this step is done by the components in the middle block of figure 5.4, marked Input. This processing is broken down into two subparts. First, the gate decides which elements in the cell state should be updated, and second it decides what information should be included in the update. The decision regarding which elements in the cell state should be updated is implemented using a similar filter mechanism

Exhibit 131
1066



**Figure 5.4**   Schematic of the internal structure of an LSTM unit: σ represents a layer of neurons with sigmoid activations, T represents a layer of neurons with tanh activations, × represents vector multiplication, and + represents vector addition. The figure is inspired by an image by Christopher Olah available at: http://colah.github.io/posts/2015-08-Understanding -LSTMs/.

to the forget gate: the concatenated input $x_t$ plus hidden state $h_{t-1}$ is passed through a layer of sigmoid units to generate a vector of elements, the same width as the cell, where each element in the vector is in the range 0 to 1; values near 0 indicate that the corresponding cell element will not be updated, and values near 1 indicate that the corresponding cell element will be updated. At the same time that the filter vector is generated, the concatenated input and hidden state are also passed through a layer of tanh units (i.e., neurons that use the tanh activation function). Again, there is one tanh unit for each activation in the LSTM cell. This vector represents the information

**Exhibit 131**
**1067**

that may be added to the cell state. Tanh units are used to generate this update vector because tanh units output values in the range -1 to +1, and consequently the value of the activations in the cell elements can be both increased and decreased by an update.[3] Once these two vectors have been generated, the final update vector is calculated by multiplying the vector output from the tanh layer by the filter vector generated from the sigmoid layer. The resulting vector is then added to the cell using vector addition.

The final stage of processing in an LSTM is to decide which elements of the cell should be output in response to the current input. This processing is done by the components in the block marked Output (on the right of figure 5.4). A candidate output vector is generated by passing the cell through a tanh layer. At the same time, the concatenated input and propagated hidden state vector are passed through a layer of sigmoid units to create another filter vector. The actual output vector is then calculated by multiplying the candidate output vector by this filter vector. The resulting vector is then passed to the output layer, and is also propagated forward to the next time step as the new hidden state $h_t$.

The fact that an LSTM unit contains multiple layers of neurons means that an LSTM is a network in itself. However, an RNN can be constructed by treating an LSTM as the hidden layer in the RNN. In this configuration, an

Exhibit 131
1068

LSTM unit receives an input at each time step and generates an output for each input. RNNs that use LSTM units are often known as LSTM networks.

LSTM networks are ideally suited for natural language processing (NLP). A key challenge in using a neural network to do natural language processing is that the words in language must be converted into vectors of numbers. The word2vec models, created by Tomas Mikolov and colleagues at Google research, are one of the most popular ways of doing this conversion (Mikolov et al. 2013). The word2vec models are based on the idea that words that appear in similar contexts have similar meanings. The definition of context here is surrounding words. So for example, the words *London* and *Paris* are semantically similar because each of them often co-occur with words that the other word also co-occurs with, such as: *capital*, *city*, *Europe*, *holiday*, *airport*, and so on. The word2vec models are neural networks that implement this idea of semantic similarity by initially assigning random vectors to each word and then using co-occurrences within a corpus to iteratively update these vectors so that semantically similar words end up with similar vectors. These vectors (known as word embeddings) are then used to represent a word when it is being input to a neural network.

One of the areas of NLP where deep learning has had a major impact is in machine translation. Figure 5.5 presents a high-level schematic of the seq2seq (or

**Exhibit 131**
**1069**



**Figure 5.5**   Schematic of the seq2seq (or encoder-decoder) architecture.

encoder-decoder) architecture for neural machine translation (Sutskever et al. 2014). This architecture is composed of two LSTM networks that have been joined together. The first LSTM network processes the input sentence in a word-by-word fashion. In this example, the source language is French. The words are entered into the system in reverse order as it has been found that this leads to better translations. The symbol eos is a special end of sentence symbol. As each word is entered, the encoder updates the hidden state and propagates it forward to the next time step. The hidden state generated by the encoder in response to the eos symbol is taken to be a vector representation of the input sentence. This vector is passed as the initial input to the decoder LSTM. The decoder is trained to output the translation sentence word by word, and after each word has been generated, this word is fed back into the system as the input for the next time step. In a

Exhibit 131
1070

way, the decoder is hallucinating the translation because it uses its own output to drive its own generation process. This process continues until the decoder outputs an eos symbol.

The idea of using a vector of numbers to represent the (interlingual) meaning of a sentence is very powerful, and this concept has been extended to the idea of using vectors to represent intermodal/multimodal representations. For example, an exciting development in recent years has been the development of automatic image captioning systems. These systems can take an image as input and generate a natural language description of the image. The basic structure of these systems is very similar to the neural machine translation architecture shown in figure 5.5. The main difference is that the encoder LSTM network is replaced by a CNN architecture that processes the input image and generates a vector representation that is then propagated to the decoder LSTM (Xu et al. 2015). This is another example of the power of deep learning arising from its ability to learn complex representations of information. In this instance, the system learns intermodal representations that enable information to flow from what is in an image to language. Combining CNN and RNN architectures is becoming more and more popular because it offers the potential to integrate the advantages of both systems and enables deep learning architectures to handle very complex data.

**Exhibit 131**
**1071**

Irrespective of the network architecture we use, we need to find the correct weights for the network if we wish to create an accurate model. The weights of a neuron determine the transformation the neuron applies to its inputs. So, it is the weights of the network that define the fundamental building blocks of the representation the network learns. Today the standard method for finding these weights is an algorithm that came to prominence in the 1980s: backpropagation. The next chapter will present a comprehensive introduction to this algorithm.

**Exhibit 131**
**1072**