# EXHIBIT 132

# EXHIBIT E

Exhibit 132
1073

artificial intelligence **meets** human intelligence

THE

# DEEP LEARNING

## REVOLUTION

TERRENCE J. SEJNOWSKI

Exhibit 132
1074

Exhibit 132
1075

**The Deep Learning Revolution**

Exhibit 132
1076

Exhibit 132
1077

**The Deep Learning Revolution**

**Terrence J. Sejnowski**

**The MIT Press**
**Cambridge, Massachusetts**
**London, England**

**Exhibit 132**
**1078**

© 2018 Massachusetts Institute of Technology

All rights reserved. No part of this book may be reproduced in any form by any electronic or mechanical means (including photocopying, recording, or information storage and retrieval) without permission in writing from the publisher.

This book was set in ITC Stone Sans Std and ITC Stone Serif Std by Toppan Best-set Premedia Limited. Printed and bound in the United States of America.

Library of Congress Cataloging-in-Publication Data

Names: Sejnowski, Terrence J. (Terrence Joseph), author.
Title: The deep learning revolution / Terrence J. Sejnowski.
Description: Cambridge, MA : The MIT Press, 2018. | Includes bibliographical
  references and index.
Identifiers: LCCN 2017044863 | ISBN 9780262038034 (hardcover : alk. paper)
Subjects: LCSH: Machine learning. | Big data. | Artificial intelligence--Social aspects.
Classification: LCC Q325.5 .S45 2018 | DDC 006.3/1--dc23 LC record available at
https://lccn.loc.gov/2017044863

10  9  8  7  6  5  4  3  2  1

Exhibit 132
1079

For Bo and Sol, Theresa, and Joseph
In memory of Solomon Golomb

Exhibit 132
1080

Exhibit 132
1081

## Contents

Preface   ix

**Part I: Intelligence Reimagined   1**

1   The Rise of Machine Learning   3
2   The Rebirth of Artificial Intelligence   27
3   The Dawn of Neural Networks   37
4   Brain-style Computing   49
5   Insights from the Visual System   63

**Part II: Many Ways to Learn   79**

6   The Cocktail Party Problem   81
7   The Hopfield Net and Boltzmann Machine   91
8   Backpropagating Errors   109
9   Convolutional Learning   127
10   Reward Learning   143
11   Neural Information Processing Systems   161

**Part III: Technological and Scientific Impact   169**

12   The Future of Machine Learning   171
13   The Age of Algorithms   195
14   Hello, Mr. Chips   205
15   Inside Information   219
16   Consciousness   233
17   Nature Is Cleverer Than We Are   245
18   Deep Intelligence   261

**Exhibit 132**

**1082**

**viii**                                                            Contents

Acknowledgments   269
Recommended Reading   275
Glossary   281
Notes   285
Index   321

**Exhibit 132**
**1083**

## 2   The Rebirth of Artificial Intelligence

Marvin Minsky was a brilliant mathematician and a founder of the MIT Artificial Intelligence Laboratory (MIT AI Lab).[1] Founders set the direction and the culture of a field, and, thanks in no small part to Minsky, artificial intelligence at MIT in the 1960s was a bastion of cleverness. Bubbling over with more ideas per minute than anyone else I knew, he could convince you that his take on a problem was right, even when common sense told you otherwise. I admired his boldness and his cleverness—but not the direction that he took AI.

**Child's Play?**

Blocks World is a good example of a project that came out of the MIT AI Lab in the 1960s. To simplify the problem of vision, Blocks World consisted of rectangular building blocks that could be stacked to create structures (figure 2.1). The goal was to write a program that could interpret a command, such as "Find a large yellow block and put it on top of the red block," and plan the steps needed for a robot arm to carry out the command. This seems like child's play, but a large, complex program had to be written, one that became so cumbersome that it could not be readily debugged and was effectively abandoned when the student who wrote the program, Terry Winograd, left MIT. This seemingly simple problem was much harder than anyone thought it would be, and, even if it had succeeded, there was no direct path from Blocks World to the real world, where objects come in many shapes, sizes, and weights, and not all angles are right angles. Compared to a controlled laboratory setting where the direction and level of lighting can be fixed, in the real world, lighting can vary dramatically from place to place and time to time, which greatly complicates the task of object recognition for computers.

**Exhibit 132**
**1084**



**Figure 2.1**
Marvin Minsky watching a robot stacking blocks around 1968. Blocks World was a simplified version of how we interact with the world, but it was far more complex than anyone imagined, and was not solved until 2016 by deep learning.

In the 1960s, the MIT AI Lab received a large grant from a military research agency to build a robot that could play Ping-Pong. I once heard a story that the principal investigator forgot to ask for money in the grant proposal to build a vision system for the robot, so he assigned the problem to a graduate student as a summer project. I once asked Marvin Minsky whether the story was true. He snapped back that I had it wrong: "We assigned the problem to undergraduate students." A document from the archives at MIT confirms his version of the story.[2] What looked like it would be an easy problem to solve proved to be quicksand that swallowed a generation of researchers in computer vision.

### Why Vision Is a Hard Problem

We rarely have difficulty identifying what an object is despite differences in the location, size, orientation, and lighting of the object. One of the earliest ideas in computer vision was to match a template of the object with the pixels in the image, but that approach failed because the pixels of the two images of the same object in different orientations don't match. For example, consider the two birds in figure 2.2. If you shift the image of one bird over the other, you can get a part to match, but the rest is out of register; but you can get a fairly good match to an image of another bird species in the same pose.

**Exhibit 132**
**1085**



**Figure 2.2**
Zebra finches consulting with each other. We have no difficulty seeing that they are the same species. But because they have different orientations to the viewer it is difficult to compare them with templates even though they have almost identical features.

Progress in computer vision was made by focusing not on pixels but on features. For example, birders have to become experts in distinguishing between different species that may differ in only a few subtle markings. A practical and popular book on identifying birds has only one photograph of a bird, but many schematic drawings pointing out the subtle differences between them (figure 2.3).[3] A good feature is one that is unique to one bird species, but because the same features are found on many species, what makes it possible to identify a bird is the unique combination of several field marks such as wing bars, eye stripes, and wing patches. And when these field marks are shared by closely related species, there are calls and songs that distinguish one from another. Drawings or paintings of birds are much better at directing our attention to the relevant distinguishing features than are photographs, which are filled with hundreds of less relevant features (figure 2.3).

The problem with this features-based approach is not just that it is very labor intensive to develop feature detectors for the hundreds of thousands of different objects in the world, but that, even with the best feature detectors, ambiguities arise from images of objects that are partially occluded, which makes recognizing objects in cluttered scenes a daunting task for computers.

**Exhibit 132**
**1086**



**Figure 2.3**
Distinctive feature that can be used to discriminate between similar birds. The arrows point toward the location of where to find wing bars that are especially important for telling apart families of warblers: Some are conspicuous, some obscure, some double, some long, some short. From Peterson, Mountfort, and Hollom, *Field Guide to the Birds of Britain and Europe*, 5th ed., p.16.

Little did anyone suspect in the 1960s that it would take fifty years and a millionfold increase in computer power before computer vision would reach human levels of performance. The misleading intuition that it would be easy to write a computer vision program is based on activities that we find easy to do, such as seeing, hearing, and moving around—but that took evolution millions of years to get right. Much to their chagrin, early AI pioneers found the computer vision problem to be extremely hard to solve. In contrast, they found it much easier to program computers to prove mathematical theorems—a process thought to require the highest levels of intelligence—because computers turn out to be much better at logic than we are. Being able to think logically is a late development in evolution and, even in humans, requires training to follow a long line of logical propositions to a rigorous conclusion, whereas, for most problems we need to solve to survive, generalizations from previous experiences work well for us most of the time.

### Expert Systems

Popular in the 1970s and 1980s, AI expert systems were developed to solve problems like medical diagnosis using a set of rules. Thus an early expert system, MYCIN, was developed to identify the bacteria responsible for infectious diseases such as meningitis.[4] Following the expert system approach, MYCIN's developers had first to collect facts and rules from infectious disease experts, as well as symptoms and medical histories from the patients, then to enter these into the system's computer, and finally to program the

Exhibit 132
1087

computer to make inferences using logic. The developers ran into difficulties in collecting the facts and rules from the experts, however, especially in the more complex domains, where the best diagnosticians rely not on rules but on pattern recognition based on experience, which is difficult to codify,[5] and where their system had to be continually updated as new facts were discovered and old rules became obsolete. And they encountered further difficulties in collecting and entering the patients' symptoms and medical histories into the system's computer, a process that could take a half hour or longer per patient, more time than a busy physician could afford. Not surprisingly, MYCIN was never used clinically. Although many expert systems were written for other applications such as toxic spill management, mission planning for autonomous vehicles, and speech recognition, few are in use today.

Researchers tried many different approaches in the early decades of AI, but their approaches were more clever than they were practical. Not only did they underestimate the complexity of real-world problems, but the solutions they proposed scaled badly. In complex domains, the number of rules can be enormous, and as new facts are added by hand, keeping track of exceptions to and interactions with other rules becomes impractical. Douglas Lenat, for example, started a project called "Cyc" in 1984 to codify common sense, which seemed like a good idea at the time but turned out to be a nightmare in practice.[6] We take for granted a boundless number of facts about the way the world works, most of which are based on experience. For example, a cat falling from 40 feet will probably avoid harm,[7] but a human falling from the same height probably won't.

Another reason why progress in early AI was so slow was that digital computers were incredibly primitive and memory forbiddingly expensive by today's standards. But because digital computers are highly efficient at logical operations, symbol manipulation, and the application of rules, it is not too surprising that these computational primitives would be favored in the twentieth century. Thus Allen Newell and Herbert Simon, two computer scientists from Carnegie Mellon University, were able to write a computer program called "Logic Theorist" in 1955 that could prove the logical theorems in *Principia Mathematica*, Alfred North Whitehead and Bertrand Russell's attempt to systematize all of mathematics. There were great expectations in these early days that intelligent computers were just around the corner.

AI pioneers who sought to write computer programs with the functionality of human intelligence did not care how the brain actually achieved intelligent behavior. When I asked Allen Newell why, he told me that he

Exhibit 132
1088

personally had been open to insights from brain research, but that there simply hadn't been enough known at the time to be of much use. Basic principles of brain function were just emerging in the 1950s, led by the work of Alan Hodgkin and Andrew Huxley, who explained how signals from the brain are carried over a long distance by all-or-none electrical spikes in nerves, and of Bernard Katz, who discovered clues to how these electrical signals are converted into chemical signals at synapses, which communicate between neurons.[8]

Although, by the 1980s, more was both known about the brain and more widely accessible outside the field of biology, the brain itself had become irrelevant for the new generation of AI researchers, whose goal was to write a program that was functionally equivalent to how the brain worked. In philosophy this stance was called functionalism, which for many was a good excuse to ignore the messy details in biology. But a small group of AI researchers who were not part of the mainstream believed that an approach to artificial intelligence inspired by the actual biology of the brain and variously called "neural networks," "connectionism," and "parallel distributed processing" could eventually solve difficult problems that had eluded logic-based AI.

I was one of that group.

### Into the Lion's Den

In 1989, Michael Dertouzos, head of MIT's Computer Science Laboratory, invited me to give a distinguished lecture at MIT on my pioneering approach to AI based on neural networks (figure 2.4). On arriving there, I was warmly greeted by Dertouzos, who, as we rode together in the elevator, told me that it was an MIT tradition for the distinguished lecturer to take five minutes to open a discussion with faculty and students on his or her topic over lunch. "And," he added as the doors of the elevator opened, "they hate what you do."

The room was packed with perhaps as many as a hundred people, which surprised even Dertouzos. Scientists were standing in circles three rows deep: the first row for senior faculty, junior faculty in the second row, and students in the rows beyond them. And I was in the center, stationed in front of the buffet, the main dish. What could I possibly say in five minutes that could make any difference to an audience that hated what I was doing?

I improvised: "That fly on the food has a brain with only 100,000 neurons; it weighs a milligram and consumes a milliwatt of power," I said,

**Exhibit 132**
**1089**



**Figure 2.4**
Terry Sejnowski talking about scaling laws for the cortex shortly after he moved to the Salk Institute in 1989. Courtesy of Ciencia Explicada.

winging it. "The fly can see, it can fly, it can navigate, and it can find food. But what is truly remarkable is that it can reproduce itself. MIT owns a supercomputer that costs $100 million: it consumes a megawatt of power and is cooled by a huge air-conditioner. But the biggest cost of the supercomputer is human sacrifice in the form of programmers to feed its voracious appetite for programs. That supercomputer can't see, it can't fly, and although it communicates with other computers, it can't mate or reproduce itself. What is wrong with this picture?"

After a long pause, a senior faculty member spoke, "Because we haven't written the vision program yet." (The Department of Defense had recently poured $600 million into its Strategic Computing Initiative, a program that ran from 1983 to 1993 but came up short on building a vision system to guide a self-driving tank.)[9] "Good luck with that," was my reply.

Gerald Sussman, who made several important applications of AI to real-world problems, including a system for high-precision integration for orbital mechanics, defended the honor of MIT's approach to AI with an appeal to the classic work of Alan Turing, who had proven that the Turing machine, a thought experiment, could compute any computable function. "And how long would that take?" I asked. "You had better compute quickly or you will be eaten," I added, then walked across the room to pour myself a cup of coffee. And that was the end of the dialogue with the faculty.

**Exhibit 132**
**1090**

"What is wrong with this picture?" is a question that every student in my lab can answer. But the first two rows of my lunchtime audience were stumped. Finally, a student in the third row offered this reply: "The digital computer is a general-purpose device, which can be programmed to compute anything, though inefficiently, but the fly is a special-purpose computer that can see and fly but can't balance my checkbook." This was the right answer. The vision networks in the fly eye evolved over hundreds of millions of years, and its vision algorithms are embedded in the networks themselves. This is why you can reverse engineer vision by working out the wiring diagram and information flow through the neural circuits of the fly eye, and why you can't do that for a digital computer, where the hardware by itself needs software to specify what problem is being solved.

I recognized Rodney Brooks smiling in the back of the crowd, someone I had once invited to a workshop on computational neuroscience in Woods Hole on Cape Cod, Massachusetts. Brooks is from Australia, and, in the 1980s, he was a junior faculty member in the MIT AI Lab, where he built walking robotic insects using an architecture that did not depend on digital logic. He would eventually become the lab's director and go on to found iRobot, the company that makes Roombas.

The room where I gave my lecture that afternoon was huge and filled with a large contingent of undergraduate students, the next generation looking to the future rather than the past. I talked about a neural network that learned how to play backgammon, a project I collaborated on with Gerald Tesauro, a physicist at the Center for Complex Systems Research at the University of Illinois in Urbana-Champaign. Backgammon is a race to the finish between two players, with pieces that move forward based on each roll of the dice, passing over one another on the way. Unlike chess, which is deterministic, backgammon is governed by chance: the uncertainty with every roll of the dice makes it more difficult to predict the outcome of a particular move. It is a highly popular game in the Middle East, where some make a living playing high-stakes backgammon.

Rather than write a program based on logic and heuristics to handle all possible board positions, an impossible task given that there are $10^{20}$ possible backgammon board positions, we had the network learn to play through pattern recognition by watching a teacher play.[10] Gerry went on to create the first backgammon program that played at world-championship levels by having the backgammon network play itself (a story that will be told in chapter 10).

After my lecture, I learned that there was a front page article in the *New York Times* that morning about how government agencies were slashing

**Exhibit 132**
**1091**

funding for artificial intelligence. Although this was the beginning of an AI winter for mainstream researchers, it didn't affect me or the rest of my group, for whom the neural network spring had just begun.

But our new approach to AI would take twenty-five years to deliver real-world applications in vision, speech, and language. Even in 1989, I should have known it would take this long. In 1978, when I was a graduate student at Princeton, I extrapolated Moore's law for the exponential increase in computing power, doubling every 18 months, to see how long it would take to reach brain levels of computing power and concluded it would happen in 2015. Fortunately, that did not deter me from charging ahead. My belief in neural networks was based on my intuition that if nature had solved these problems, we should be able to learn from nature how to solve them, too. The twenty-five years I had to wait was not even a blink of the eye compared to the hundreds of millions of years it took nature.

Inside the visual cortex, neurons are arranged in a hierarchy of layers. As sensory information is transformed cortical layer by cortical layer, the representation of the world becomes more and more abstract. Over the decades, as the number of layers in neural network models increased, their performance continued to improve until finally a critical threshold was reached that allowed us to solve problems we could only dream about solving in the 1980s. Deep learning automates the process of finding good features that distinguish different objects in an image, and that is why computer vision is so much better today than it was five years ago.

By 2016, computers had become a million times faster and computer memory had increased by a billion times from megabytes to terabytes. It became possible to simulate neural networks with millions of units and billions of connections, compared with networks in the 1980s that had only hundreds of units and thousands of connections. Though still tiny by the standards of a human brain, which has a hundred billion neurons and a million billion synaptic connections, today's networks are now large enough to demonstrate proof of principle in narrow domains.

Deep learning in deep neural networks has arrived. But before there were deep networks, we had to learn how to train shallow networks.

Exhibit 132
1092

Exhibit 132
1093

## 3 The Dawn of Neural Networks

The only existence proof that any of the hard problems in artificial intelligence can be solved is the fact that, through evolution, nature has already solved them. But there were clues in the 1950s for how computers might actually achieve intelligent behavior, if AI researchers would take an approach that was fundamentally different from symbol processing.

The first clue was that our brains are powerful pattern recognizers. Our visual systems can recognize an object in a cluttered scene in one-tenth of a second, even though we may have never seen that particular object before and even when the object is in any location, of any size, and in any orientation to us. In short, our visual system behaves like a computer that has "recognize object" as a single instruction.

The second clue was that our brains can learn how to perform many difficult tasks through practice, from playing the piano to mastering physics. Nature uses general-purpose learning to solve specialized problems, and humans are champion learners. This is our special power. The organization of our cerebral cortex is similar throughout, and deep learning networks are found in all our sensory and motor systems.[1]

The third clue was that our brains aren't filled with logic or rules. Yes, we can learn how to think logically or follow rules, but only after a lot of training, and most of us aren't very good at it. This is illustrated by typical performances on a logical puzzle called the "Wason selection task" (figure 3.1).

The correct selections are the card with "8" and the brown card. In the original study, only 10 percent of subjects got the right answer.[2] But most subjects had no trouble getting the right answer when the logic test was grounded in a familiar context (figure 3.2).

Reasoning seems to be domain specific, and the more familiar we are with a domain, the easier it is for us to solve problems in that domain. Experience makes it easier to reason within a domain because we can use examples we have encountered to intuit solutions. In physics, for example,

**Exhibit 132**
**1094**



**Figure 3.1**
Each of these four cards has a number on one side and a field of color covering the entire other side. Which card(s) must you turn over in order to test the truth of the proposition that if a card shows an even number on one face, then its opposite face is red? (From "Wason selection task," Wikipedia.)



**Figure 3.2**
Each card has an age on one side, and a drink on the other. Which card(s) must be turned over to test the law that, if you are drinking alcohol, then you must be over 18? (From "Wason selection task," Wikipedia.)

we learn a domain like electricity and magnetism by solving many problems, not by memorizing formulas. If human intelligence were based purely on logic, it should be domain general, which it isn't.

The fourth clue is that our brains are filled with billions and billions of tiny neurons that are constantly communicating with one another. This suggests that, for solutions to the hard problems in artificial intelligence, we should be looking into computers with massively parallel architectures rather than those with von Neumann digital architectures through which data and instructions are fetched and executed one at a time. Yes, it is true that a Turing machine can compute any computable function given enough memory and enough time, but nature had to solve problems in real

**Exhibit 132**
**1095**

time. To do this, it made use of the brain's neural networks that, like the most powerful computers on the planet, have massively parallel processors. Algorithms that run efficiently on them will eventually win out.

**Early Pioneers**

In the 1950s and 1960s, shortly after Norbert Wiener introduced cybernetics, based on communications and control systems in both machines and living creatures,[3] there was an explosion of interest in self-organizing systems. As a small sample of the ingenious creations that explosion gave rise to, Oliver Selfridge created Pandemonium,[4] a pattern recognition device in which feature-detecting "demons" vied with one another for the right to represent objects in images (a metaphor for deep learning; figure 3.3); and Bernard Widrow and his student Ted Hoff at Stanford invented the LMS (least mean squares) learning algorithm,[5] which, along with its successors, is used extensively for adaptive signal processing in numerous applications from noise cancellation to financial forecasting. Here I will focus on just one of the pioneers of those early decades, Frank Rosenblatt (figure 3.4), whose perceptron is the direct antecedent of deep learning.[6]

**Learning from Examples**

Undeterred by our lack of understanding about brain function, neural network AI pioneers plunged ahead with cartoon versions of neurons and how they are connected with one another. Frank Rosenblatt at Cornell University (figure 3.4) was one of the earliest to mimic the architecture of our visual system for automatic pattern recognition.[7] He invented a deceptively simple network called a "perceptron," a learning algorithm that could learn how to classify patterns into categories, such as letters of the alphabet. Algorithms are step-by-step procedures that you follow to achieve particular goals, much as you would a recipe to bake a cake (chapter 13 will explain algorithms in general).

If you understand the basic principles for how a perceptron learns to solve a pattern recognition problem, you are halfway to understanding how deep learning works. The goal of a perceptron is to determine whether an input pattern is a member of a category, such as cats, in an image. Box 3.1 explains how the inputs to a perceptron are transformed by a set of weights from the input units to the output unit. The weights are a measure of the influence that each input has on the final decision made by the output unit. But how can we find a set of weights that can correctly classify inputs?

**Exhibit 132**
**1096**



**Figure 3.3**
Pandemonium. Oliver Selfridge imagined that there were demons in the brain that were responsible for extracting successively more complex features and abstractions from sensory inputs, resulting in decisions. Each demon at each level is excited if it is a match to input from an earlier level. The decision demon weighs the degree of excitement and importance of its informants. This form of evidence evaluation is a metaphor for current deep learning networks, which have many more levels. From Peter H. Lindsay and Donald A. Norman, *Human Information Processing: An Introduction to Psychology*, 2nd ed. (New York: Academic Press, 1977), figure 3-1. Wikipedia Commons: https://commons.wikimedia.org/wiki/File:Pande.jpg.

The traditional way that an engineer solves this problem is to handcraft the weights based on analysis or an ad hoc procedure. This is labor intensive and often depends on intuition as much as on engineering. An alternative is to use an automatic procedure that learns from examples, the same way that we learn about objects in the world. Many examples are needed including those not in the category, especially if they are similar, such as dogs if the goal is to recognize cats. The examples are passed to the perceptron one at a time and corrections are automatically made to the weights if there is a classification error.

The beauty of the perceptron learning algorithm is that it is guaranteed to find a set of weights automatically if such a set of weights exists and if enough examples are available. The learning takes place incrementally after each of the examples in the training set is presented and the output compared with the correct answer. If the answer is correct, no changes are made to the weights, but if it isn't correct (1 when it should be 0, or 0 when

Exhibit 132
1097



## NEW NAVY DEVICE LEARNS BY DOING

**Psychologist Shows Embryo of Computer Designed to Read and Grow Wiser**

WASHINGTON, July 7 (UPI) —The Navy revealed the embryo of an electronic computer today that it expects will be able to walk, talk, see, write, reproduce itself and be conscious of its existence.

The embryo—the Weather Bureau's $2,000,000 "704" computer—learned to differentiate between right and left after fifty attempts in the Navy's demonstration for newsmen.

The service said it would use this principle to build the first of its Perceptron thinking machines that will be able to read and write. It is expected to be finished in about a year at a cost of $100,000.

Dr. Frank Rosenblatt, designer of the Perceptron, conducted the demonstration. He said the machine would be the first device to think as the human brain. As do human beings, Perceptron will make mistakes at first, but will grow wiser as it gains experience, he said.

Dr. Rosenblatt, a research psychologist at the Cornell Aeronautical Laboratory, Buffalo, said Perceptrons might be fired to the planets as mechanical space explorers.

**Figure 3.4**

Frank Rosenblatt at Cornell deep in thought. He invented the perceptron, an early precursor of deep learning networks, which had a simple learning algorithm for classifying images into categories. Article in the *New York Times*, July 8, 1958, from a UPI wire report. The perceptron machine was expected to cost $100,000 on completion in 1959, or around $1 million in today's dollars; the IBM 704 computer that cost $2 million in 1958, or $20 million in today's dollars, could perform 12,000 multiplies per second, which was blazingly fast at the time. But the much less expensive Samsung Galaxy S6 phone, which can perform 34 billion operations per second, is more than a million times faster. Photo courtesy of George Nagy.

**Exhibit 132**

**1098**

**Box 3.1**
**The Perceptron**



A perceptron is a neural network with one artificial neuron that has an input layer and a set of connections linking the input units to the output unit. The goal of a perceptron is to classify patterns presented to input units. The basic operation performed by the output unit is to sum up the values of each input ($x_n$) multiplied by its connection strength, or weight ($w_n$), to the output unit. In the diagram above, a weighted sum of the inputs ($\Sigma_{i=1, ..., n} \, w_i \, x_{i,}$) is compared to the threshold $\theta$ and passed through a step function that gives an output of "1" if the sum is greater than the threshold and an output of "0" otherwise. For example, the input could be the intensities of pixels in an image, or more generally, features that are extracted from the raw image, such as the outline of objects in the image. Images are presented one at a time, and the perceptron decides whether or not the image is a member of a category, such as the category of cats. The output can only be in one of two states, "on" if the image is in the category or "off" if it isn't. "On" and "off" correspond to the binary values 1 and 0, respectively. The perceptron learning algorithm is

$\delta w_i = \alpha \, \delta \, x_i$

$\delta$ = output—teacher,

where both the output and teacher are binary, so that $\delta = 0$ if the output is correct , and $\delta = +1$ or -1 If the output is not correct, depending on the difference.

**Exhibit 132**
**1099**

it should be 1), then the weights are changed slightly so that the next time the same input is given, it is closer to getting the correct answer (box 3.1). It is important that the changes occur gradually so that the weights can feel the tugs from all the training examples, and not just from the last one.

If this explanation of perceptron learning isn't clear, there is a much neater geometric way to understand how a perceptron learns to classify inputs. For the special case of two inputs, it is possible to plot the inputs on a two-dimensional graph. Each input is a point in the graph and the two weights in the network determine a straight line. The goal of learning is to move the line around so that it cleanly separates the positive and negative examples (figure 3.5). For three inputs, the space of inputs is three-dimensional, and the perceptron specifies a plane that separates the positive and negative training examples. The same principle holds even in the general case, when the dimensionality of the space of inputs can be quite high and impossible to visualize.

Eventually, if a solution is possible, the weights will stop changing, which means the perceptron has correctly classified all of the examples in the training set. But, in what is called "overfitting," it is also possible that there are not enough examples in the set, and the network has simply memorized the specific examples without being able to generalize to new ones. To avoid overfitting, it is important to have another set of examples,



**Figure 3.5**
Geometric explanation for how two object categories are discriminated by a perceptron. The objects have two features, such as size and brightness, which have values (*x*,*y*) and are plotted on each graph. The two types of objects (pluses and squares) in the panel on the left can be separated by a straight line that passes between them; this discrimination can be learned by a perceptron. The two types of objects in the other two panels cannot be separated by a straight line, but those in the center panel can be separated by a curved line. The objects in the panel on the right would have to be gerrymandered to separate the two types. The discriminations in all three panels could be learned by a deep learning network if enough training data were available.

**Exhibit 132**
**1100**

called a "test set," that wasn't used to train the network. At the end of training, the classification performance on the test set is a true measure of how well the perceptron can generalize to new examples whose respective categories are unknown. Generalization is the key concept here. In real life, we never see the same object the same way or encounter the same situation, but if we can generalize from previous experience to new views or situations, we can handle a broad range of real-world problems.

### SEXNET

As an example of how a perceptron can be used to solve a real-world problem, consider how you would tell a male from a female face, taking away hair, jewelry, and secondary sexual characteristics such as Adam's apples, which tend to be larger in males. Beatrice Golomb, a postdoctoral fellow in my lab in 1990, used faces of college students from a database she obtained as inputs to a perceptron that was trained to classify the sex of a face with an 81 percent accuracy (figure 3.6).[8] The faces that the perceptron had difficulty classifying were also difficult for humans to classify, and members of my lab achieved an average performance of 88 percent on the same set of faces. Beatrice also trained a multilayer perceptron (which will be introduced in chapter 8) that achieved a 92 percent accuracy,[9] better than people from my lab. At a talk she gave at the 1991 Neural Information Processing Systems (NIPS) Conference, she concluded: "Since experience improves performance, this should suggest that people in the lab need to spend more time engaged in discriminating sex." She called her multilayer perceptron the "SEXNET." In the question-and-answer period, someone asked whether SEXNET could be used to detect transvestite faces. "Yes," said Beatrice, to which Ed Posner, the founder of the NIPS conferences, retorted, "That would be the DRAGNET."[10]

⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻▶

**Figure 3.6**
What is the sex of this face—male or female? A perceptron was trained to discriminate male from female faces. The pixels from the image of a face (top) are multiplied by the corresponding weights (bottom), and the sum is compared to a threshold. The size of each weight is depicted as the area of the pixel. Positive weights (white) are evidence for maleness and negative weights (black) favor femaleness. The nose width, the size of the region between the nose and mouth, and image intensity around the eye region are important for discriminating males, whereas image intensity around the mouth and cheekbone is important for discriminating females. From M. S. Gray, D. T. Lawrence, B. A. Golomb, and T. J. Sejnowski, "A Perceptron Reveals the Face of Sex," Neural Computation 7 (1995): 1160–1164, figure 1.

**Exhibit 132**
**1101**





Exhibit 132
1102

What makes discriminating male from female faces an interesting task is that, although we are quite good at it, we can't articulate exactly what the differences between male and female faces are. Since no single feature is definitive, this pattern recognition problem depends on combining evidence from a large number of low-level features. The advantage of the perceptron is that the weights provide clues to which parts of the face are the most informative about sex (figure 3.6). Surprisingly, the philtrum (the space between the nose and lips) was the most distinctive feature, which is noticeably larger in most males. Regions around the eyes (larger in males) and upper cheeks (larger in females) also had high informational value for classifying sex. The perceptron weighs evidence from all these locations to make a decision, and so do we although we might not be able to describe how we do it.

Rosenblatt's proof of the "perceptron convergence theorem" in 1957 was a breakthrough, and his demonstrations were impressive. Backed by the Office of Naval Research, he built a custom-hardware analog computer with 400 photocells as input, with weights that were variable resistance potentiometers adjusted by motors. Analog signals vary continuously with time, just like the signals from vinyl phonograph records. Given a collection of pictures with and without tanks in them, Rosenblatt's perceptron learned how to recognize tanks even in new images. This was written up in the *New York Times* and caused a sensation (figure 3.4).[11]

The perceptron inspired a beautiful mathematical analysis of pattern separation in high-dimensional spaces. When points live in a space that has thousands of dimensions. we cannot rely on our intuition about distances between points in the three-dimensional space we live in. The Russian mathematician Vladimir Vapnik introduced a classifier based on this analysis, called the "Support Vector Machine,"[12] which generalized the perceptron and is widely used in machine learning. He found a way to automatically find a flat surface that maximally separates points from the two categories (figure 3.5, linear). This makes generalization more robust to measurement error of the points in the space, and, when coupled with the "kernel trick," which is a nonlinear extension, the Support Vector Machine algorithm has become a mainstay in machine learning.[13]

### Perceptrons Eclipsed

But there was a limitation that made the perceptron line of research problematic. The caveat above, "if such a set of weights exists," raised the question of what problems can and cannot be solved by perceptrons.

Exhibit 132
1103

Embarrassingly simple distributions of points in two dimensions cannot be separated by a perceptron (figure 3.5, nonlinear). It turned out that the tank perceptron was not a tank classifier, but a time of day classifier. It is much more difficult to classify tanks in images; indeed, it cannot be done with a perceptron. This also shows that, even when a perceptron has learned something, it may not be what you think it has learned. The final blow to the perceptron was a 1969 tour de force mathematical treatise, *Perceptrons* by Marvin Minsky and Seymour Papert.[14] Their definitive geometric analysis showed that the capabilities of perceptrons are limited: they can only separate categories that are linearly separable (figure 3.5). The cover of their book illustrates a geometric problem that Minsky and Papert proved the perceptron could not solve (figure 3.7). Although, at the end of their book, Minsky and Papert considered the prospect of generalizing single- to multiple-layer perceptrons, one layer feeding into the next, they doubted there would ever be a way to train even these more powerful perceptrons. Unfortunately, many took this doubt to be definitive, and the field was abandoned until a new generation of neural network researchers took a fresh look at the problem in the 1980s.

In a perceptron, each input contributes independent evidence to the output unit. But what if several inputs need to be combined in ways that make decisions dependent on the combination and not on each input separately? This is why a perceptron cannot distinguish whether a spiral is connected or not: a single pixel carries no information on whether it is on the inside or the outside. Although in multilayer feedforward networks, combinations of several inputs can be formed in intermediate layers between the input and output units, no one in the 1960s knew how to train a network with even a single layer of such "hidden units" between the input and output layers.

Frank Rosenblatt and Marvin Minsky had been classmates at the Bronx High School of Science in New York City. They debated their radically different approaches to artificial intelligence at scientific meetings, where participants tilted toward Minsky's approach. But despite their differences, each man made important contributions to our understanding of perceptrons, which is the starting point for deep learning.

When Rosenblatt died in a boating accident in 1971 at age 43, the backlash against perceptrons was in full swing, and there were rumors that he might have committed suicide, or was it an outing gone tragically wrong?[15] What became clear was that a heroic period of discovering a new way of computing with neural networks was closing; a generation would pass before the promise of Rosenblatt's pioneering efforts was realized.

**Exhibit 132**
**1104**



**Figure 3.7**
The book cover of an expanded edition of *Perceptrons*. The two red spirals look the same but they aren't. The top one is two disconnected spirals, but the bottom one is a single connected spiral, which you can verify by tracing the insides of the loops with a pencil. Minsky and Papert proved that a perceptron cannot distinguish between these two objects. Can you see the difference without tracing? Why not?

**Exhibit 132**
**1105**

## 9   Convolutional Learning

By 2000, the neural network fever from the 1980s had broken, and neural networks became normal science again. Thomas Kuhn once characterized the time between scientific revolutions as the normal work of scientists theorizing, observing, and experimenting within a settled paradigm or explanatory framework.[1] Geoffrey Hinton moved to the University of Toronto in 1987 and continued with a steady stream of incremental improvements, although none of them had the magic that the Boltzmann machine once held for us. Hinton became the leader of the Neural Computation and Adaptive Perception (NCAP) Program at the Canadian Institute for Advanced Research (CIFAR) in the first decade of the new century, which consisted of around twenty-five researchers from Canada and other countries who were focused on solving difficult problems with machine learning. I was a member of the NCAP Advisory Board, chaired by Yann LeCun, and attended the program's annual meetings just before the NIPS conferences. Making slow but steady progress, the neural network pioneers explored many new strategies for machine learning. Although their networks had many useful applications, the high expectations for the field in the 1980s had not been fulfilled. This did not deter the pioneers from keeping the faith, however. In retrospect, they were setting the stage for a dramatic breakthrough.

### Steady Progress in Machine Learning

The NIPS conferences were the incubator for neural networks in the 1980s and opened the door for other algorithms that could handle large, high-dimensional data sets. Vladimir Vapnik's Support Vector Machine (SVM) burst on the scene in 1995 to open up a new chapter in perceptron networks, left for dead in the 1960s. What made the SVM a powerful classifier,

Exhibit 132
1106

now in every networker's toolkit, was the "kernel trick," a mathematical transformation that is the equivalent of jumping from data space to hyperspace, where the data points are remapped to make them easier to separate. Tomaso Poggio had developed a hierarchical network called "HMAX" that could classify a limited number of objects.[2] This suggested that performance would improve with deeper networks.

In the first years of the new century, graphical models were developed that made contact with a rich vein of probabilistic models called "Bayes networks," based on a theorem formulated by the eighteenth-century British mathematician Thomas Bayes that allows new evidence to update prior beliefs. Judea Pearl at the University of California, Los Angeles, had earlier introduced "belief networks"[3] to artificial intelligence based on Bayesian analysis, which were strengthened and extended by developing methods for learning the probabilities in the networks from data. The algorithms of these and other networks built up a powerful armamentarium for machine learning researchers.

As the processing capability of computers continued to rise exponentially, it became possible to train ever larger networks. It was generally thought that wider neural networks with a greater number of hidden units were more effective than deeper networks with a greater number of layers, but this was shown not to be the case for networks trained layer by layer,[4] and the vanishing error gradient problem was identified, which slowed down learning near the input layer.[5] When this problem was eventually overcome, however, it became possible to train deep backprop networks that performed favorably on benchmarks.[6] And, as deep backprop networks began to challenge traditional approaches in computer vision, the word at the 2012 NIPS Conference was that the "Neural" was back in "Neural Information Processing Systems."

In computer vision, steady progress in recognizing objects in images over the last decade of the previous century and the first decade of the current one had improved performance on benchmarks (used to compare different methods) by a fraction of a percent per year. Methods improved slowly because each new category of objects requires a domain expert to identify the pose-invariant features needed to distinguish them from other objects. Then, in 2012, Geoffrey Hinton and two students, Alex Krizhevsky and Ilya Sutskever, submitted a paper to the NIPS conference on object recognition in images that used deep learning to train AlexNet, a deep convolutional network that will be the focus of this chapter.[7] Using the ImageNet database of more than 15 million labeled high-resolution images in more than 22,000 categories as benchmark, AlexNet achieved an unprecedented

**Exhibit 132**
**1107**

reduction in the error rate of 18 percent.[8] This leap forward in performance sent a shock wave through the computer vision community, setting development of ever larger networks on a course of accelerated progress that is now reaching human levels of performance. By 2015, the error rate on the ImageNet database had fallen to 3.6 percent.[9] The deep learning network that Kaiming He and colleagues used to achieve this low rate in many ways resembles the visual cortex; it was introduced by Yann LeCun, who originally called it "Le Net."

A student in France when Geoffrey Hinton and I first met him in the 1980s, Yann LeCun (figure 9.1, right) was inspired by HAL 9000, the mission computer in the epic 1968 science fiction film *2001: A Space Odyssey*, to pursue artificial intelligence when he was nine years old. He had independently discovered a version of backpropagation for his doctoral dissertation in 1987,[10] after which he moved to Toronto, to work with Geoffrey. He later moved to AT&T Bell Laboratories in Holmdel, New Jersey, where he trained a network that could read handwritten zip codes on letters, using the Modified National Institute of Standards and Technology (MNIST)



**Figure 9.1**
Geoffrey Hinton and Yann LeCun have mastered deep learning. This photo was taken at a meeting of the Neural Computation and Adaptive Perception Program of the Canadian Institute for Advanced Research around 2000, a program that was an incubator for what became the field of deep learning. Courtesy of Geoffrey Hinton.

**Exhibit 132**
**1108**

database, a labeled data benchmark. Millions of letters each day have to be routed to mailboxes; today this is fully automated. The same technology also made it possible to read automatically the amount on your bank check at ATM machines. Interestingly, the hardest part is locating where on the check the numbers are written since each check has a different format. It was already apparent back in the 1980s that Yann had an extraordinary talent for taking proofs of principle (something academics are good at) and making them work in the real world. This requires the products to be battle tested and robust.

**Convolutional Neural Networks**

When Yann LeCun moved to New York University in 2003, he continued to evolve his vision network, which is now known as the "ConvNet" (figure 9.2). The fundamental building block of the network is based on convolution, which can be thought of as a small sliding filter that is passed over the image, creating a layer of features across the image. For example, the filter could be an oriented edge detector such as those introduced in chapter 5, which has a large output only when the window is over an edge of an object in an image in the correct orientation or texture with that orientation within an object. Although the window on the first layer is only a small patch of the image, since there can be many filters, many features can be represented in every patch. The filters in the first layer that is convolved with the image are similar to what David Hubel and Torsten Wiesel called "simple cells" in the primary visual cortex (figure 9.3).[11] The filters in higher layers respond to even more complex features.[12]

In early versions of ConvNet, the output of each filter was passed through a nonlinearity, called a "sigmoid function," that smoothly increased from 0 to 1, suppressing the output of weakly activated units (see the sigmoid function in box 7.2). The window in the second layer that received inputs from the first layer covered a larger region of the visual field, so that after several more layers, there were units that received inputs from the entire image. This top layer was analogous to the top of the visual hierarchy, which in primates is called the "inferotemporal cortex" and has receptive fields that cover most of the visual field. The top layer was then fed into a classification layer, connected all-to-all, which was used to train the entire network to classify an object in the image using backprop.

Many incremental improvements were made to ConvNet over the years. An important addition was to aggregate each feature over a region, called "pooling." This provides a measure of translation invariance and is similar

**Exhibit 132**
**1109**



**Figure 9.2**

Visual cortex compared with a convolutional network for object recognition in images. (Top) (a, b) Hierarchy of layers in the visual cortex starting with inputs to primary visual cortex (V1) from the retina and thalamus (RGC, LGN) to the inferior temporal cortex (PIT, CIT, AIT) showing a correspondence between cortical areas and the layers of convolutional network. (Bottom) (c) Inputs from the image on the left project to the first convolutional layer, which consists of several feature planes, each representing a filter like the oriented simple cells found in the visual cortex. The filters are thresholded and pooled across the first layer and normalized to produce invariant responses across the patch similar to the complex cells in the visual cortex (box: Operations in linear-nonlinear layer). This operation is repeated on each convolutional layer of the network. The output layer has all-to-all connectivity with inputs from last convolutional layer. From Yamins and DiCarlo, "Using Goal-Driven Deep Learning Models to Understand Sensory Cortex," figure 1.

to the complex cells discovered by Hubel and Wiesel in the primary visual cortex, which respond to lines with the same orientation throughout a patch of the visual field. Another useful operation was gain normalization, which adjusts the amplification of the inputs so that each unit is working within its operating range, something that is implemented in the cortex by feedback inhibition. The sigmoid output function also was replaced by rectified linear units (ReLUs), which have zero output up to a sharp threshold and increase linearly above threshold. This has the advantage that units

Exhibit 132
1110



**Figure 9.3**
Filters from the first layer of a convolutional network. Each filter is localized to a patch in the visual field. The preferred stimuli of the filters in the top three rows are oriented like simple cells in the visual cortex. The preferred stimuli on the second layer shown in the bottom three rows are more extended and have complex shapes. From Krizhevsky, Sutskever, and Hinton, "ImageNet Classification with Deep Convolutional Neural Networks," figure 3.

below threshold are effectively cut out of the network, which is closer to how the threshold of a real neuron works.

Each of the changes to ConvNet had a computational justification that improved the performance of the network in ways that an engineer could understand, but with these changes, it came to resemble more and more closely what we knew about the architecture of the visual cortex in the 1960s, even though at the time we could only guess what the functions of simple and complex cells were, or what the distributed representations at the top of the hierarchy were meant to accomplish. This illustrates the potential for fruitful symbiotic relationships between biology and deep learning.

**Deep Learning Meets the Visual Hierarchy**

A philosopher of the mind, Patricia Churchland specializes in neurophilosophy at UC, San Diego.[13] That knowledge ultimately depends on how the brain represents knowledge clearly has not stopped philosophers from thinking about knowledge as, in the words of Immanuel Kant, a "Ding an sich" (thing in itself), something independent of the world. But, just as clearly, grounded knowledge is essential if we (among other animals) are to survive in the real world. Motivated by the remarkable similarity in the patterns of activity among the hidden units of a trained multilayer

Exhibit 132
1111

neural network and those recorded from populations of biological neurons recorded one at a time, Patricia and I wrote *The Computational Brain* in 1992 to develop a conceptual framework for neuroscience based on large populations of neurons.[14] (Now in its second edition, our book is a good primer if you want to learn more about brain-style computing.) James DiCarlo at MIT recently compared the responses of neurons at different levels of the visual cortex hierarchy of monkeys trained to recognize images of objects with the responses of units in a deep learning neural network that could recognize the same images (figure 9.2).[15] He concluded that the statistical properties of the neurons in each layer of the deep learning network matched quite closely those of neurons in the cortical hierarchy.

The similarity between the performances of units in a deep learning network and those of neurons in the monkey's visual cortex is a puzzle, especially because the monkey's brain is unlikely to be using backprop for learning. Backprop requires the feedback of detailed error signals to each neuron in each layer of a neural network with much greater precision than that found in known feedback connections of biological neurons. But other learning algorithms are more biologically plausible, such as the Boltzmann machine learning algorithm, which uses Hebbian synaptic plasticity that has been found in the cortex. This raises an interesting question of whether there is a mathematical theory of deep learning that applies to a large class of learning algorithms including those in the cortex. In chapter 7, I alluded to the disentangling of classification surfaces in the upper layers of the visual hierarchy, where the decision surfaces are flatter than those in lower layers. A geometric analysis of the decision surface may lead to a deeper mathematical understanding of both deep learning networks and the brain.

One of the advantages of a deep learning neural network is that we can "record" from every unit in the network and follow the flow of information as it is transformed from layer to layer. Strategies for the analysis of such a network could then be applied to analyzing neurons in the brain. One of the wonderful things about a technology that works is that there usually is both a good explanation behind the technology and a strong incentive to figure that explanation out. The first steam engines were built by engineers following their intuitions; the theory of thermodynamics that explained how the engines worked came later, along with improvements in their efficiency. The analysis of deep learning networks by physicists and mathematicians is well under way.

Exhibit 132
1112

#### Working Memory and Persistence of Activity

Neuroscience has come a long way since the 1960s, and much can be gained from our current knowledge of the brain. In 1990, Patricia Goldman-Rakic taught a monkey to remember a location that was briefly cued with a light and to make an eye movement to the remembered location after a delay period.[16] Recording from the monkey prefrontal cortex, she reported that some neurons that initially responded to the cue maintained their activity during the delay period. Psychologists call this "working memory" in humans, which is how we can keep $7 \pm 2$ items in mind while we are in the middle of performing a task, like dialing a phone number.

The traditional feedforward network propagates inputs up the network, one layer at a time. Incorporating working memory would make it possible for a later input to interact with the trace left behind from a previous input to the network. For example, when translating a French sentence into English, the first French word into the network influences the order of subsequent English words. The simplest way to implement working memory in a network is to add recurrent connections, which are common in the human cortex. Recurrent connections in neural networks within a layer and feedback connections to previous layers allow temporal sequences of inputs to be temporally integrated. Such networks were explored in the 1980s and are used extensively in speech recognition.[17] In practice, this works well for short-range dependencies, but poorly when the gap between inputs is large since the influence of an input tends to decay with time.

In 1997, Sepp Hochreiter and Jürgen Schmidhuber found a way to overcome the decay problem, which they called "long short-term memory" (LSTM).[18] LSTM passes the activity into the future without decay as a default, which is what happens during the delay period in the monkey prefrontal cortex, and it also has a complex scheme for deciding how to integrate the new incoming information with the old information. As a consequence, long-range dependencies are preserved selectively. This version of working memory in neural networks lay dormant for twenty years until it was awakened and implemented in deep learning networks, where it has been spectacularly successful in many domains that depend on learning sequences of inputs and outputs, such as movies, music, movements, and language.

Schmidhuber is a codirector of the Dalle Molle Institute for Artificial Intelligence Research in Manno, a tiny town located in the Ticino district

**Exhibit 132**
**1113**

of southern Switzerland, near some of the best hikes in the Alps.[19] This creative and idiosyncratic Rodney Dangerfield of neural networks is convinced he doesn't get enough credit for his creativity. Thus, at a panel discussion at the 2015 NIPS Conference in Montreal, he introduced himself from the audience as "You again, Schmidhuber," and, at the 2016 NIPS Conference in Barcelona, he harassed a tutorial speaker for five minutes for not paying enough attention to his ideas.

In 2015, Kelvin Xu and colleagues coupled a deep learning network for identifying objects in images with a long short-term memory recurrent network to caption pictures. Using a first pass from a deep learning network that identified all the objects in the scene as input, they trained the recurrent LSTM network to output a string of English words that described the scene in a caption (figure 9.4). And they also trained the LSTM network to identify the location in the image corresponding to each word in the caption.[20] What makes this application impressive is that the long short-term memory network was never trained to understand the meaning of the sentence in the caption, only to output a syntactically correct string of words based on the objects and their locations in the image. Together with the earlier NETtalk example in chapter 8, this is more evidence that neural networks seem to have an affinity for language for reasons we do not yet understand. Perhaps a new theory of language will emerge from analyzing LSTM networks that will illuminate both how the networks work and the nature of natural language.

#### Generative Adversarial Networks

In chapter 7, the Boltzmann machine was presented as a generative model that can produce new input samples when the output is clamped to a category that it has been trained to recognize and the activity patterns percolate down to the input layer. Ian Goodfellow, Yoshua Bengio and their colleagues at the University of Montreal showed that it was possible to train feedforward networks to generate even better samples in an adversarial context.[21] A generative convolutional network can be trained to produce good image samples by trying to fool another convolutional network that has to decide whether an input is a real image or a fake one. The output of the generative network is given as input to a discriminative convolutional network that is trained to give a single output: 1 if the input is a real image, and 0 if it is a fake image. These two networks compete against each other. The generative network tries to increase the error

**Exhibit 132**
**1114**



**Figure 9.4**

Picture captioning with deep learning. The upper panel illustrates the procedure that analyzes the photo. The ConvNet (CNN) in the first step labels the objects in the photo and passes this on to the recurrent neural network (RNN). The RNN was trained to output an appropriate string of English words. The bottom four panels illustrate a further refinement that uses attention (white cloud) to indicate the referent of the word in the photo. Top: From M. I. Jordan and T. M. Mitchell, "Machine Learning: Trends, Perspectives, and Prospects," *Science* 349, no. 6245 (2015): 255–260, figure 2. Courtesy of Tom Mitchell. Bottom: From Xu et al., "Show, Attend and Tell," 2015, rev. 2016, figures 1 and 3, https://arxiv.org/pdf/1502.03044.pdf. Courtesy of Kelvin Xu.

Exhibit 132
1115

rate of the discriminative network, which is trying to reduce its error rate. The tension between these two goals produces astonishing photorealistic images (figure 9.5).[22]

Keep in mind that these generated images are synthetic and the objects in them never existed. They are generalized versions of the unlabeled images in the training set. Note that generative adversarial networks are unsupervised, which makes it possible for them to use unlimited data. There are many other applications for these networks ranging from cleaning up noise in astronomical images of galaxies with superresolution[23] to learning representations of emotional speech.[24]

By slowly changing the input vector of the generative network, it is possible to gradually shift the image, so that parts and pieces, like windows, gradually appear or morph into other objects, like cabinets.[25] Even more remarkably, it is possible to add and subtract vectors representing the state of the network to obtain mixtures of objects in the image, as illustrated in figure 9.6. The implication of these experiments is that the representations of images in the generative network represent rooms much the way we would describe the parts of scenes. This technology is advancing rapidly, and its next frontier is to generate realistic movies. By training a recurrent generative adversarial network against movies of an actor like Marilyn Monroe, it should be possible to create new performances of actors no longer alive.

It is fashion week in Milan and models with otherworldly expressions are on the runways with striking struts (figure 9.7). Something is stirring in the fashion world: "'Many jobs are vanishing,' Silvia Venturini Fendi said before her show: 'Androids will take the old jobs, but the only thing that they can't replace is our creativity and our minds.'"[26] Now imagine generative adversarial networks that have been trained to generate new styles and haute couture with almost endless variety. The world of fashion may be on the brink of a new era, along with many other businesses that depend on creativity.

### It's All about Scaling

Most of the current learning algorithms were discovered more than twenty-five years ago, so why did it take so long for them to have an impact on the real world? With the computers and labeled data that were available to researchers in the 1980s, it was only possible to demonstrate proof of principle on toy problems. Despite some promising results, we did not know how well network learning and performance would scale as

Exhibit 132
1116





**Exhibit 132**
**1117**

◀

**Figure 9.5**

Generative adversarial networks (GANs). The top panel illustrates a convolutional network used to generate a sample of images trained to fool the discriminative convolutional network. The input on the left are 100-dimensional continuously valued vectors that are chosen randomly to generate different images; the input vector then activates layers of filters with a larger and larger spatial scale. The lower panels display sample images produced by training a GAN on photos from single categories. Top: From A. Radford, L. Metz, and S. Chintala, "Unsupervised Representation Learning with Deep Convolutional Generative Adversarial Networks," figure 1, arXiv:1511.06434, https://arxiv.org/pdf/1511.06434.pdf. Courtesy of Soumith Chintala. Bottom: From A. Nguyen, J. Yosinski, Y. Bengio, A. Dosovitskiy, and J. Clune, "Plug & Play Generative Networks: Conditional Iterative Generation of Images in Latent Space," figure 1, https://arxiv.org/pdf/1612.00005.pdf. Courtesy of Ahn Nguyen.



**Figure 9.6**

Vector arithmetic in generative adversarial networks. Mixtures of inputs to a generative network trained on faces produced the outputs on the left, which were then used to create the blends on the right by adding and subtracting the chosen input vectors. Because the blends are done at the highest representational level, parts and poses are seamlessly combined, rather than averaged as occurs in morphing. Adapted from A. Radford, L. Metz, and S. Chintala, "Unsupervised Representation Learning with Deep Convolutional Generative Adversarial Networks," figure 7, arXiv:1511.06434, https://arxiv.org/pdf/1511.06434/.

Exhibit 132

1118



**Figure 9.7**
Spring/summer 2018 men's wear show for Giorgio Armani, in Milan.

the number of units and connections increased to match the complexity of real-world problems. Most algorithms in AI scale badly and never went beyond solving toy problems. We now know that neural network learning scales well and that performance continues to increase with the size of the network and the number of layers. Backprop, in particular, scales extremely well.

Should we be surprised? The cerebral cortex is a mammalian invention that mushroomed in primates and especially in humans. And as it expanded, more capacity became available and more layers were added in association areas for higher-order representations. There are few complex systems that scale this well. The Internet is one of the few engineered systems whose size has also been scaled up by a million times. The Internet evolved once the protocols were established for communicating packets, much like the genetic code for DNA made it possible for cells to evolve.

Training many deep learning networks with the same set of data results in a large number of different networks that have roughly the same average level of performance. What we would like to know is what all these equally good networks have in common, but analyzing a single network will not reveal this. Another approach to understanding the principles behind deep learning is to further explore the space of learning algorithms; we have

**Exhibit 132**
**1119**

only sampled a few locations in the space of all learning algorithms. What could emerge from a much broader exploration is a computational theory of learning as profound as theories in other areas of science,[27] one that could shed much welcome light on the learning algorithms discovered by nature.

Yoshua Bengio[28] (figure 9.8) at the University of Montreal and Yann LeCun succeeded Geoffrey Hinton as the directors of CIFAR's Neural Computation and Adaptive Perception (NCAP) Program when it passed its ten-year review and was renamed "Learning in Machines and Brains." Yoshua led a team at the University of Montreal that applied deep learning to natural language, which will be a new focus for the Learning in Machines and Brains program. In meetings over ten years, this small group of around two dozen faculty and fellows gave birth to deep learning. The substantial progress in the last five years in the application of deep learning to many problems that had previously been intractable can be traced to them, but of course they are a small part of a much larger community (one that will be explored in chapter 11).

Even though deep learning networks have proven themselves in many applications, they would never survive on their own in the real world.[29]



**Figure 9.8**
Yoshua Bengio is the codirector of the CIFAR Learning in Machines and Brains Program. A French-born Canadian computer scientist, Yoshua has been a leader in applying deep learning to problems in natural language. Advances made by Geoffrey Hinton, Yann LeCun, and Yoshua Bengio were seminal for the successes of deep learning. Courtesy of Yoshua Bengio.

Exhibit 132
1120

They are coddled by researchers who feed them data, who tweak their hyperparameters like learning rate, number of layers, and number of units in each layer to improve convergence, and who provide them with vast computing resources. On the other hand, neither would the cerebral cortex survive in the real world without the rest of the brain and body to provide support and autonomy, which, in an uncertain world, is a much more difficult problem than pattern recognition. Chapter 10 will introduce an ancient learning algorithm that that helped us survive in nature by motivating us to seek rewarding experiences.

**Exhibit 132**
**1121**