1  Donald Ridge, Esq. (SBN: 132171)
2  **CLARK HILL LLP**
   555 South Flower Street, 24th Floor
3  Los Angeles, CA 90071
4  Telephone: (213) 891-9100
   Facsimile: (213) 488-1178
5  DRidge@clarkhill.com

6
7  Aaron L. Parker (*pro hac vice*)
   aaron.parker@finnegan.com
8  Daniel G. Chung (*pro hac vice*)
   daniel.chung@finnegan.com
9  Nicholas A. Cerulli (*pro hac vice*)
10 nicholas.cerulli@finnegan.com
   Kelly S. Horn (*pro hac vice*)
11 kelly.horn@finnegan.com
12 Victor M. Palace (*pro hac vice*)
   victor.palace@finnegan.com
13 **FINNEGAN, HENDERSON,**
   **FARABOW, GARRETT &**
14 **DUNNER, LLP**
15 901 New York Avenue NW
   Washington, D.C. 20001-4413
16 Telephone: (202) 408-4000
17 Facsimile: (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT &**
**DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:   (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*
*TETRA TECH, INC. AND TETRA TECH TAS INC.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | CASE NO.: 2:21-CV-1289 MCS-MMA |
| Plaintiffs, | **TETRA TECH'S CERTIFICATE OF SERVICE** |
| v. | |
| TETRA TECH, INC. | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1  Case No. 2:21-CV-1289-MCS-MMA

2  **CERTIFICATE OF SERVICE**

3  *PAVEMETRICS SYSTEMS, INC. V. TETRA TECH, INC.*

4  **UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORIA**

6  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

7  I am employed in the County of Los Angeles , State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 555 South Flower Street, Suite 2400, Los Angeles, CA 90071.

9  On April 25, 2022, I served the following document(s) described as:

- **[FILED UNDER SEAL] SECOND AMENDED DECLARATION OF NICHOLAS A. CERULLI IN SUPPORT OF TETRA TECH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL IN SUPPORT OF TETRA TECH'S OPPOSITIONS TO PAVEMETRICS' MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STRIKE;**

- **[FILED UNDER SEAL] TETRA TECH'S MEMORANDUM IN OPPOSITION TO PAVEMETRICS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1 OF NO INDIRECT INFRINGEMENT BASED ON LACK OF INTENT TO INFRINGE;**

- **[FILED UNDER SEAL] TETRA TECH'S MEMORANDUM IN OPPOSITION TO PAVEMETRICS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 2 OF (1) NO INFRINGEMENT OF CLAIM 14 OF THE '557 PATENT AND (2) NO DIRECT INFRINGEMENT OF METHOD CLAIMS BY SALES**

- **[FILED UNDER SEAL] DECLARATION OF DR. VASSILIOS MORELLAS IN SUPPORT OF TETRA TECH'S OPPOSITION TO PAVEMETRICS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 2 OF (1) NO INFRINGEMENT OF CLAIM 14 OF THE '557 PATENT AND (2) NO DIRECT INFRINGEMENT OF METHOD CLAIMS BY SALES;**

- **[FILED UNDER SEAL] TETRA TECH'S MEMORANDUM IN OPPOSITION TO PAVEMETRICS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 3 OF NO DAMAGES UNDER THE '293 PATENT FOR THREE SALES MADE BEFORE JANUARY 5, 2021;**

- **[FILED UNDER SEAL] TETRA TECH'S MEMORANDUM IN OPPOSITION TO PAVEMETRICS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 4**

- **[FILED UNDER SEAL] EXHIBIT 42-56, 59-70, 72-105, 107-118, 120-126, AND 128 TO THE SECOND AMENDED DECLARATION OF NICHOLAS A. CERULLI IN SUPPORT OF TETRA TECH'S APPLICATION FOR LEAVE TO FILE**

**UNDER SEAL IN SUPPORT OF TETRA TECH'S OPPOSITIONS TO PAVEMETRICS' MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STRIKE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

- ☐ (BY U.S. MAIL): I am personally and readily familiar with the business practice of Clark Hill LLP for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Los Angeles, California.

- ☐ (BY MESSENGER SERVICE): by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

- ☒ (BY ELECTRONIC MAIL TRANSMISSION THROUGH BOX.COM]: I caused the document to be send to the persons at the e-mail address(es) listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. A pdf copy of which was sent via email to the below email address(es).

- ☐ (BY OVERNIGHT MAIL): I am personally and readily familiar with the business practice of Clark Hill LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

- ☐ (BY ELECTRONIC SERVICE): By electronically mailing a true and correct copy through Clark Hill LLP's electronic mail system from amelhadoburke@ClarkHill.com to the email addresses set forth below.

- ☐ (BY PERSONAL DELIVERY): I caused such envelope to be delivered by hand to the offices of each addressee below.

Executed on April 25, 2022, at Los Angeles , California.

   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Hiba Hammad_
Hiba Hammad

## **SERVICE LIST**

| | |
|---|---|
| Joseph R. Re, Esq.<br>Christy G. Lea, Esq.<br>Nicholas M. Zovko, Esq.<br>Alan G. Laquer, Esq.<br>Raymond Lu, Esq.<br>**Knobbe Martens Olson and Bear LLP**<br>2040 Main Street 14th Floor<br>Irvine, California 92614<br>Tel: 949-760-0404<br>Fax: 949-750-9502<br>Email:<br>joe.re@knobbe.com<br>Christy.lea@knobbe.com<br>Nicholas.zovko@knobbe.com<br>alan.laquer@knobbe.com<br>Raymond.lu@knobbe.com<br>litigation@knobbe.com | Attorneys for Plaintiff, ***Pavemetrics Systems, Inc.*** |