Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **PAVEMETRICS' EVIDENTIARY OBJECTIONS TO TETRA TECH'S OPPOSITION TO PAVEMETRICS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1** <br><br> Honorable Mark C. Scarsi |

Pavemetrics submits the following objections to the Declaration of Aaron Parker (ECF 185) and to Exhibits 84 and 92 attached thereto.

| Decl. of Aaron Parker | Objection | Ruling |
|---|---|---|
| 45. Attached as Exhibit 84 hereto is a true and correct copy of a document produced by Tetra Tech in this litigation bearing Bates No. TETRATECH_0138671-75 and introduced as Exhibit 180 at the January 13, 2022 deposition of William Larson. | Exhibit 84:<br>1. Hearsay 802<br>Highlighted Portions of Exhibit 84, at 516:<br>2. Hearsay Within Hearsay 805 | |
| 53. Attached as Exhibit 92 hereto is a true and correct copy of a document produced by Tetra Tech in this litigation bearing Bates Nos. TETRATECH_0396598-99. | Exhibit 92:<br>3. Hearsay 802 | |

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 2, 2022

By: /s/ *Nicholas M. Zovko*
    Joseph R. Re
    Christy G. Lea
    Nicholas M. Zovko
    Alan G. Laquer
    Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

55525926