**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. | Case No. 2:21-cv-1289-MCS-MMA <br><br> **[PROPOSED] ORDER ON PAVEMETRICS' EVIDENTIARY OBJECTIONS TO TETRA TECH OPPOSITION TO PAVEMETRICS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1** |
| AND RELATED COUNTERCLAIMS | Honorable Mark C. Scarsi |

Having considered Plaintiff-Counterclaim Defendant's objections to evidence submitted by Defendant-Counterclaim Plaintiff in support of its opposition to Plaintiff-Counterclaim Defendant's Motion for Partial Summary Judgment No. 1 for No Indirect Infringement Based on Lack of Intent to Infringe, the Court hereby rules on the evidentiary objections as follows:

The evidentiary objections are SUSTAINED.

| **Decl. of Aaron Parker** | **Objection** | **Ruling** |
|---|---|---|
| 45. Attached as Exhibit 84 hereto is a true and correct copy of a document produced by Tetra Tech in this litigation bearing Bates No. TETRATECH_0138671-75 and introduced as Exhibit 180 at the January 13, 2022 deposition of William Larson. | Exhibit 84: 1. Hearsay 802 Highlight Portions of Exhibit 84, at 516: 2. Hearsay Within Hearsay 805 | |
| 53. Attached as Exhibit 92 hereto is a true and correct copy of a document produced by Tetra Tech in this litigation bearing Bates Nos. TETRATECH_0396598-99. | Exhibit 92: 3. Hearsay 802 | |

IT IS SO ORDERED

Dated: _____

Hon. Mark C. Scarsi
United States District Court Judge

-1-