Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond S. Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **SUPPLEMENTAL DECLARATION OF ALAN G. LAQUER IN SUPPORT OF PAVEMETRICS' SUMMARY JUDGMENT MOTION NOS. 1-4** <br><br> Hearing Date: Vacated <br> Time: 9 AM <br> Ctrm: 7C <br><br> Honorable Mark C. Scarsi |

I, Alan G. Laquer, declare and state as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP and am counsel of record for Plaintiff Pavemetrics Systems, Inc. I submit this Declaration in support of Pavemetrics':

- Motion for Partial Summary Judgment No. 1 of No Indirect Infringement Based on Lack of Intent to Infringe;
- Motion for Partial Summary Judgment No. 2 of (1) No Infringement of Claim 14 of the '557 Patent and (2) No Direct Infringement of Method Claims by Sales;
- Motion for Partial Summary Judgment No. 3 of No Damages Under the '293 Patent for Three Sales Made Before January 5, 2021;
- Motion for Partial Summary Judgment No. 4 of (1) No Indirect Infringement Based on Any Direct Infringement by CSX and FRA and (2) Immunity from Suit Under 28 U.S.C. § 1498.

2. I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could testify competently thereto.

3. Attached as **Exhibit 6** is a true and correct copy of excerpts of the Expert Report of W. Todd Schoettelkotte, Tetra Tech's damages expert. Pavemetrics is re-submitting Exhibit 6 to also include pages 28 and 37-38 of the report.

4. Attached as **Exhibit 17** is a true and correct copy of excerpts from the transcript of the January 19, 2022 deposition of Darel Mesher, who explained that he is Tetra Tech TAS's Chief Technical Officer and the sole named inventor of the two patents asserted in this case. Pavemetrics is re-submitting Exhibit 17 to also include pages 191-92 of the transcript.

5. Attached as **Exhibit 18** is a true and correct copy of excerpts from the transcript of the January 20, 2022 deposition of Bradford Spencer, the corporate witness designee for third-party CSX. Pavemetrics is re-submitting Exhibit 18 to also include pages 25-26 of the transcript.

6. Attached as **Exhibit 26** is a true and correct copy of Pavemetrics' Initial Disclosures, which Pavemetrics served on April 26, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2022 at Irvine, California.

By: /s/ *Alan G. Laquer*
      Alan G. Laquer

55544617