# EXHIBIT 6

[DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

# EXHIBIT 17

[DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

# EXHIBIT 18

[DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

# EXHIBIT 26

Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 2:21-cv-1289 MCS-MMA <br><br> **PLAINTIFF PAVEMETRICS SYSTEMS, INC.'S INITIAL DISCLOSURES** <br><br> Honorable Mark C. Scarsi |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") hereby makes the following initial disclosures to Defendants and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively "Tetra Tech").

These initial disclosures are based on information and documents presently available Pavemetrics. By making these disclosures, Pavemetrics does not represent that it is identifying every witness, document, item of electronically stored information, or tangible thing possibly relevant to this case. Pavemetrics has not completed its investigation of the facts related to this case, its discovery in this action, or its preparation for trial. Pavemetrics reserves the right to supplement, revise, correct, or otherwise amend these initial disclosures, to assert additional defenses and theories that it later develops, and/or to produce additional information during the course of discovery, as provided by the Federal Rules of Civil Procedure and the Court's Local Rules, and to rely on such information as evidence in this action.

## I. INDIVIDUALS

Pavemetrics has not yet identified all of the persons whom it may use to support its claims and defenses in this action. Pursuant to Rule 26(a)(1)(A)(i), Pavemetrics identifies the following persons who may have discoverable information that Pavemetrics may use to support its claims or defenses, unless the use would be solely for impeachment. Where indicated, individuals to be contacted through counsel for Pavemetrics may be contacted through Pavemetrics' counsel of record at the address and telephone number identified on the caption of this document.

///
///
///
///

| Name | Areas of Knowledge | Contact Information |
|---|---|---|
| Richard Habel – President and CEO of Pavemetrics | <ul><li>Historical knowledge of Pavemetrics.</li><li>Pavemetrics' rail inspection technology and products.</li><li>Financial information relating to the LRAIL system.</li></ul> | Through counsel |
| John Laurent – VP of Business Development and CTO of Pavemetrics | <ul><li>Historical knowledge of Pavemetrics.</li><li>Pavemetrics' rail inspection technology and products, including first sales and public disclosures.</li><li>Design, operation, use, marketing, and sales of the LRAIL system.</li><li>Tetra Tech's relationship with Pavemetrics as a customer.</li><li>Tetra Tech's knowledge of Pavemetrics' rail inspection technology and products.</li></ul> | Through counsel |
| Jean-François Hébert – Director of Product Development of Pavemetrics | <ul><li>Historical knowledge of Pavemetrics.</li><li>Design and operation of the LRAIL system, including its source code.</li></ul> | Through counsel |
| Darel Mesher – Tetra Tech | <ul><li>Tetra Tech's products, including the 3DTAS system.</li><li>Tetra Tech's relationship with Pavemetrics as a customer.</li></ul> | N/A |
| Robert Olenoski – Tetra Tech | <ul><li>Tetra Tech's relationship with Pavemetrics as a customer.</li></ul> | N/A |

| Name | Areas of Knowledge | Contact Information |
|---|---|---|
| Individuals identified in Tetra Tech's initial disclosures | • Subject matter for which those individuals have been identified. | N/A |

Pavemetrics reserves the right to supplement these disclosures in accordance with the Federal Rules of Civil Procedure.

## II. **DOCUMENTS**

Pursuant to Rule 26(a)(1)(A)(ii), Pavemetrics identifies the following categories of non-privileged documents, electronically stored information, and tangible things that are in its possession, custody or control that Pavemetrics currently believes it may use to support its claims or defenses, unless solely for impeachment. By providing the following categories of documents, Pavemetrics does not waive its right to object to the production of any document in its possession, custody or control based on grounds of attorney-client privilege, work product immunity, or any other applicable privilege or immunity.

1. The asserted patent, U.S. Patent No. 10,362,293, and its file history.
2. Prior art to the asserted patent.
3. Documents relating to the conception, design, development, manufacture, use, and operation of the accused LRAIL system.
4. Documents relating to the conception, design, development, manufacture, use, and operation of predecessors to the accused LRAIL system, including the LCMS system.
5. Documents relating to marketing and promotion of the accused LRAIL system.
6. Financial information regarding sales of the accused LRAIL system

in the United States.

7. Correspondence between Pavemetrics and Tetra Tech.

8. Documents relating to Tetra Tech's knowledge of Pavemetrics' transportation inspection systems, including its LRAIL inspection system.

9. Documents relating to Tetra Tech's business with Pavemetrics, including Tetra Tech's encouragement of Pavemetrics' use and sales of systems to inspect railway tracks.

Pavemetrics' disclosure of the categories of documents and things above is based upon information Pavemetrics has been able to discover to the present date and shall not be deemed a representation that additional documents do not exist. Pavemetrics' investigation of the facts and circumstances surrounding this case is ongoing. Pavemetrics reserves the right to supplemental these disclosures in accordance with the Federal Rules of Civil Procedure.

## III. DAMAGES

Pursuant to Rule 26(a)(1)(A)(iii), Pavemetrics seeks to recover its costs of suit, including reasonable attorneys' fees. Pavemetrics reserves the right to supplement these disclosures in accordance with the Federal Rules of Civil Procedure.

## IV. INSURANCE

Pursuant to Rule 26(a)(1)(A)(iv), Pavemetrics is not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment that may be entered against Pavemetrics in this action, or to indemnify or reimburse for payments made to satisfy any such possible judgment.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 26, 2021        By: */s/ Nicholas M. Zovko*
                                 Joseph R. Re
                                 Christy G. Lea
                                 Nicholas M. Zovko

                             Attorneys for Plaintiff/Counterclaim Defendant,
                             PAVEMETRICS SYSTEMS, INC.

**PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On April 26, 2021, I served the within **PLAINTIFF PAVEMETRICS SYSTEMS, INC.'S INITIAL DISCLOSURES** on the parties or their counsel shown below, by transmitting it electronically to the address as follows:

| | |
|---|---|
| Aaron L. Parker<br>aaron.parker@finnegan.com<br>Nicholas A. Cerulli<br>nicholas.cerulli@finnegan.com<br>**FINNEGAN HENDERSON**<br>901 New York Ave NW<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400 | Donald L. Ridge<br>dridge@clarkhill.com<br>**Clark Hill LLC**<br>1055 West Seventh Street Ste 2400<br>Los Angeles, CA 90017-2503<br>Telephone: 213-891-9100<br>Facsimile: 213-488-117 |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 26, 2021 at Orange County, California.

*/s/ Scott Hobin*
Scott Hobin