# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **[PROPOSED] ORDER GRANTING PAVEMETRICS' SUPPLEMENTAL APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN CONNECTION WITH PAVEMETRICS' REPLIES IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO STRIKE** <br><br> Honorable Mark C. Scarsi |

Having considered Pavemetrics' Supplemental Application for Leave to File Under Seal Documents in Connection with Pavemetrics' Replies in Support of Motions for Partial Summary Judgment and Motion to Strike, and for good cause shown, the Court **GRANTS** the Application.  Pavemetrics may file under seal the following documents:

| # | Description | Portions to be Sealed |
|---|---|---|
| 1 | Exhibit 6 to Supplemental Laquer Declaration | Exhibit 6 |
| 2 | Exhibit 17 to Supplemental Laquer Declaration | Exhibit 17 |
| 3 | Exhibit 18 to Supplemental Laquer Declaration | Exhibit 18 |
| 4 | Supplemental Hébert Declaration | Declaration |
| 5 | Pavemetrics' Reply in Support of its Motion for Partial Summary Judgment No. 2 | Portions of Sections I and IV of the Reply |

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Mark C. Scarsi
United States District Judge

55549171

-1-