Donald L. Ridge (SBN 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (pro hac vice)
aaron.parker@finnegan.com
Daniel G. Chung (pro hac vice)
daniel.chung@finnegan.com
Nicholas A. Cerulli (pro hac vice)
nicholas.cerulli@finnegan.com
Kelly S. Horn (pro hac vice)
Kelly.horn@finnegan.com
Jency J. Mathew (pro hac vice)
Jency.mathew@finnegan.com
**FINNEGAN HENDERSON**
901 New York Ave NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant/Counterclaim Plaintiff
TETRA TECH, INC. and TETRA TECH TAS, INC.

Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Christy G. Lea (SBN 212060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA <br><br> **JOINT STATEMENT REGARDING SEALING OF ORDER RE: MOTION FOR SUMMARY JUDGMENT (ECF NO. 189)** <br><br> Honorable Mark C. Scarsi |

Pursuant to the Court's instructions in its ORDER RE: MOTION FOR SUMMARY JUDGMENT ("Order"), ECF 189, Pavemetrics Systems, Inc. ("Pavemetrics"), and Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), submit this Joint Statement.

Pavemetrics and Tetra Tech agree that no matter in the Court's Order (ECF 189) is information that should remain under seal.

Respectfully submitted,

Dated: May 4, 2022    By: */s/ Nicholas Cerulli (with permission)*

**FINNEGAN HENDERSON FARABOW GARRETT AND DUNNER LLP**

Aaron L. Parker
Daniel G. Chung
Nicholas A. Cerulli
Kelly S. Horn
Jency J. Mathew

**CLARK HILL**
Donald L. Ridge

Attorneys for Defendant/Counterclaim Plaintiff TETRA TECH, INC. and TETRA TECH TAS, INC.

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: May 4, 2022    By: */s/ Nicholas M. Zovko*

Joseph R. Re
Christy G. Lea
Nicholas M. Zovko
Alan G. Laquer
Raymond S. Lu

Attorneys for Plaintiff/Counterclaim Defendant PAVEMETRICS SYSTEMS, INC.