Donald L. Ridge (SBN 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (pro hac vice)
aaron.parker@finnegan.com
Daniel G. Chung (pro hac vice)
daniel.chung@finnegan.com
Nicholas A. Cerulli (pro hac vice)
nicholas.cerulli@finnegan.com
Kelly S. Horn (pro hac vice)
Kelly.horn@finnegan.com
Jency J. Mathew (pro hac vice)
Jency.mathew@finnegan.com
**FINNEGAN HENDERSON**
901 New York Ave NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant/Counterclaim Plaintiff
TETRA TECH, INC. and TETRA TECH TAS, INC.

Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Christy G. Lea (SBN 212060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA<br><br>**JOINT STATEMENT REGARDING SETTLEMENT**<br><br><br><br><br><br><br>Honorable Mark C. Scarsi |

Pursuant to the Court's Order re: Jury/Court Trial, Pavemetrics Systems, Inc. ("Pavemetrics"), and Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), submit this Joint Statement.

On May 16, 2022, Pavemetrics and Tetra Tech participated in a settlement conference. The conference was mediated by Hon. S. James Otero (Ret.) of JAMS. The conference began at 9:00 AM PST and ended around 6:00 PM PST. In addition to outside counsel, the following persons attended on behalf of Pavemetrics:

Richard Habel – Founder and CEO

John Laurent – Founder, VP Business and COO

Jean-François Hébert – Founder, VP R&D and CTO

In addition to outside counsel, the following persons attended on behalf of Tetra Tech:

Preston Hopson – General Counsel

Gary Keyes – Vice President, New Ventures, Risk Management, and IP

The parties have continued discussions with the mediator since the settlement conference. As of submission of this joint statement, the parties have not reached an agreement.

Respectfully submitted,

Dated: May 23, 2022

By: */s/ Nicholas A. Cerulli (with permission)*

**FINNEGAN HENDERSON FARABOW GARRETT AND DUNNER LLP**

Aaron L. Parker
Daniel G. Chung
Nicholas A. Cerulli
Kelly S. Horn
Jency J. Mathew

**CLARK HILL**
Donald L. Ridge

Attorneys for Defendant/Counterclaim Plaintiff TETRA TECH, INC. and TETRA TECH TAS, INC.

-1-

| | |
|---|---|
| | **KNOBBE, MARTENS, OLSON & BEAR, LLP** |
| Dated: May 23, 2022 | By:/s/ *Christy G. Lea*<br>  Joseph R. Re<br>  Christy G. Lea<br>  Nicholas M. Zovko<br>  Alan G. Laquer<br>  Raymond S. Lu |
| | Attorneys for Plaintiff/Counterclaim Defendant<br>PAVEMETRICS SYSTEMS, INC. |

55668989