Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br><br>v.<br><br>Plaintiff(s)<br><br>TETRA TECH, INC.<br><br><br><br>Defendant(s). | **CASE NUMBER**<br><br>2:21-cv-1289-MCS-MMA<br><br>---<br><br>**(PROPOSED) ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Barney, James R. _____ of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 408-4000 _____ (202) 408-4400 _____

*Telephone Number*          *Fax Number*

james.barney@finnegan.com _____

*E-Mail Address*

| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| 901 New York Ave., NW |
| Washington, DC 20001 |

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

TETRA TECH, INC. _____

TETRA TECH TAS INC. _____

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* Counterclaim Plaintiff

**and designating as Local Counsel**

Ridge, Donald L. _____ of

*Designee's Name (Last Name, First Name & Middle Initial)*

132171 _____ (213) 891-9100 _____ (213) 488-1178 _____

*Designee's Cal. Bar No.*   *Telephone Number*      *Fax Number*

dridge@clarkhill.com _____

*E-Mail Address*

| Clark Hill |
| 555 South Flower Street, 24th Floor |
| Los Angeles, CA 90017 |

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

　　　　　☐ for failure to complete Application: _____

　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**