James R. Barney
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>          Plaintiff(s),<br>v.<br>TETRA TECH, INC.<br><br>          Defendant(s). | CASE NUMBER<br>2:21-CV-1289-MCS-MMA<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Barney, James R.
*Applicant's Name (Last Name, First Name & Middle Initial*
(202) 408-4000          (202) 408-4400
*Telephone Number          Fax Number*
James.Barney@finnegan.com
*E-Mail Address*

of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

TETRA TECH, INC.
TETRA TECH TAS INC.

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☒ *Other:* Counterclaim Plaintiff

**and designating as Local Counsel**

Ridge, Donald L.
*Designee's Name (Last Name, First Name & Middle Initial*
132171          (213)891-9100          (213) 488-1178
*Designee's Cal. Bar No.     Telephone Number          Fax Number*

*E-Mail Address*

of Clark Hill
555 South Flower Street, 24th Floor
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: June 10, 2022**

*[signature]*
**U.S. District Judge Mark C. Scarsi**

G-64 Order (05/16)          ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*          Page 1 of 1