UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  **2:21-cv-01289-MCS-MAA**                              Date  June 16, 2022

Title  *Pavemetrics Systems, Inc. v. Tetra Tech, Inc.*

Present: The Honorable   Mark C. Scarsi, United States District Judge

|  Stephen Montes Kerr  |  Not Reported  |
|---|---|
|  Deputy Clerk  |  Court Reporter  |

Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):

None Present                                None Present

**Proceedings:** (IN CHAMBERS) ORDER UNSEALING ORDER RE: MOTION FOR SUMMARY JUDGMENT (ECF NO. 189)

The Court provisionally sealed its April 27 Order resolving a motion for summary judgment. Order, ECF No. 189. The parties do not request that any portion of the Order remain under seal. J. Statement, ECF No. 199. Accordingly, the Court directs the Clerk to unseal the Order.

**IT IS SO ORDERED.**