Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Christy G. Lea (SBN 212060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

Donald L. Ridge (SBN 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (pro hac vice)
James.barney@finnegan.com
Aaron L. Parker (pro hac vice)
aaron.parker@finnegan.com
Daniel G. Chung (pro hac vice)
daniel.chung@finnegan.com
Nicholas A. Cerulli (pro hac vice)
nicholas.cerulli@finnegan.com
Kelly S. Horn (pro hac vice)
Kelly.horn@finnegan.com
Jency J. Mathew (pro hac vice)
Jency.mathew@finnegan.com
**FINNEGAN HENDERSON**
901 New York Ave NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant/Counterclaim Plaintiff
TETRA TECH, INC. and TETRA TECH TAS, INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA <br><br> **STIPULATION TO LIMIT PATENT CLAIMS FOR TRIAL AND NOTICE OF PAVEMETRICS' WITHDRAWAL OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 2 (ECF 151)** <br><br> Honorable Mark C. Scarsi |

In preparing the case for trial, the parties have agreed to narrow the issues to be presented at trial. Tetra Tech will pursue at trial infringement claims of only Claims 1, 2, 4, and 21 of the '293 patent and Claim 8[1] of the '557 patent. In response, Pavemetrics will pursue at trial its declaratory judgement of non-infringement and invalidity only with respect to those same five patent claims.

Because Tetra Tech is no longer asserting Claim 14 of the '557 patent, Pavemetrics hereby withdraws its Motion for Partial Summary Judgment No. 2 of (1) No Infringement of Claim 14 of the '557 Patent and (2) No Direct Infringement of Method Claims by Sales. ECF 151.

This Stipulation will be reflected in the jointly proposed pretrial conference order due on July 11, 2022.

Respectfully submitted,

Dated: June 22, 2022          By: */s/ Christy G. Lea*

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Joseph R. Re
Christy G. Lea
Nicholas M. Zovko
Alan G. Laquer
Raymond S. Lu

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

Dated: June 22, 2022          By: */s/ Daniel G. Chung*
                              *(with permission Christy G. Lea)*

**FINNEGAN   HENDERSON   FARABOW GARRETT AND DUNNER LLP**

Aaron L. Parker
Daniel G. Chung
Nicholas A. Cerulli

---

[1] Tetra Tech will pursue only an indirect infringement claim with respect to Claim 8 of the '557 patent.

-1-

1
2

Kelly S. Horn
Jency J. Mathew
James R. Barney

3

**CLARK HILL**
Donald L. Ridge

4
5

Attorneys for Defendant/Counterclaim Plaintiff
TETRA TECH, INC. and TETRA TECH TAS, INC.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28