# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> [PROPOSED] ORDER GRANTING PAVEMETRICS' APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PAVEMETRICS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO STRIKE (ECF No. 165) <br><br> Honorable Mark C. Scarsi |

Having considered Pavemetrics' Application for Leave to File Under Seal Documents in Support of Pavemetrics' Motions for Partial Summary Judgment and Motion to Strike, and for good cause shown, the Court **GRANTS** the Application. Pavemetrics may file under seal the following documents:

| # | Description | Portions to be Sealed |
|---|---|---|
| 1 | Exhibit 3 to Laquer Declaration | Pages 84–99 |
| 2 | Exhibit 4 to Laquer Declaration | Pages 107–110 |
| 3 | Exhibit 6 to Laquer Declaration | Exhibit 6 |
| 4 | Exhibit 11 to Laquer Declaration | Parts of Page 138 |
| 5 | Exhibit 12 to Laquer Declaration | Parts of Pages 143 and 144 |
| 6 | Exhibit 15 to Laquer Declaration | Parts of Pages 166 and 168 |
| 7 | Exhibit 17 to Laquer Declaration | Exhibit 17 |
| 8 | Exhibit 18 to Laquer Declaration | Exhibit 18 |
| 9 | Exhibit 19 to Laquer Declaration | Exhibit 19 |
| 10 | Exhibit 25 to Laquer Declaration | Parts of Pages 226–229 |
| 11 | Hébert Declaration | Sections I and II of the Declaration |
| 12 | Exhibit 30 to Hébert Declaration | Exhibit 30 |
| 13 | Exhibit 31 to Hébert Declaration | Exhibit 31 |
| 14 | Exhibits 32, 34, and 36–38 to Laurent Declaration | Parts of Exhibits 32, 34, and 36–38 |
| 15 | Exhibits 33 and 35 to Laurent Declaration | Exhibits 33 and 35 |
| 16 | Frakes Declaration | Section V(B) of the Declaration |
| 17 | Exhibit 1 to Laquer Declaration in Support of Motion to Strike | Exhibit 1 |
| 18 | Exhibit 2 to Laquer Declaration in Support of Motion to Strike | Exhibit 2 |

IT IS SO ORDERED.

DATED: July 6, 2022

_Mark C. Scarsi_
Mark C. Scarsi
United States District Judge

-1-