# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TETRA TECH, INC.<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**[PROPOSED]** **ORDER GRANTING TETRA TECH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF TETRA TECH'S OPPOSITIONS TO PAVEMETRICS' MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STRIKE (ECF No. 173)**<br><br>Honorable Mark C. Scarsi |

Having considered Tetra Tech's Application for Leave to File Under Seal Documents in Support of Tetra Tech's Oppositions to Pavemetrics' Motions for Summary Judgment and to Pavemetrics' Motion to Strike, and the documents and papers in support thereof, and

WHEREAS there is good cause as set forth in Tetra Tech's Application, the Court hereby **GRANTS** the Application and Orders that the clerk file under seal:

1. Portions of Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 1 of No Indirect Infringement Based on Lack of Intent to Infringe ("Opposition No. 1");

2. Portions of Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 2 of (1) No Infringement of Claim 14 of the '557 Patent And (2) No Direct Infringement of Method Claims by Sales ("Opposition No. 2");

3. Portions of Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 3 of No Damages Under the '293 Patent for Three Sales Made Before January 5, 2021 ("Opposition No. 3");

4. Portions of Tetra Tech's Memorandum in Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 4 of (1) No Indirect Infringement Based on Any Direct Infringement by CSX and FRA, and (2) Immunity from Suit Under 28 U.S.C. § 1498 ("Opposition No. 4");

5. The Declaration of Dr. Vassilios Morellas in Support of Tetra Tech's Opposition to Pavemetrics' Motion for Partial Summary Judgment No. 2 of (1) No Infringement of Claim 14 of the '557 Patent And (2) No Direct Infringement of Method Claims by Sales ("Morellas Declaration"); and

6. Exhibits 42-56, 59-70, 72-105, 107-118, 120-126, and 128 to the Declaration of Aaron Parker in Support of Tetra Tech's Oppositions to

Pavemetrics' Partial Motions for Summary Judgment Nos. 1-4 and to Pavemetrics' Motion to Strike ("Parker Declaration").

**IT IS SO ORDERED.**

Dated: July 6, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE