Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., | Case No. 2:21-cv-1289-MCS-MMA |
| Plaintiff, | Honorable Mark C. Scarsi |
| v. | **PAVEMETRICS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 1 TO EXCLUDE CERTAIN HEARSAY STATEMENTS** |
| TETRA TECH, INC., | |
| Defendant. | |
| | Date:         July 25, 2022 |
| | Time:         2:00 p.m. |
| AND RELATED COUNTERCLAIMS | Location:    Ctrm. 7C |

TO THE COURT AND TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on July 25, 2022, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7C of the United States District Court for the Central District of California, located at 350 W. 1st Street, 7th Floor, Los Angeles, California 90012, before the Honorable Mark C. Scarsi, Plaintiff Pavemetrics Systems, Inc. ("Pavemetrics") will, and hereby does, move the Court for an order to exclude certain hearsay statements. This motion is made following the parties' good faith efforts to resolve the dispute without Court action.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Alan Laquer (including the exhibits attached thereto), all of which are filed or lodged concurrently herewith; the pleadings and other papers on file in the above-captioned action; any information of which the Court may take judicial notice; and any oral argument on the Motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 23, 2022.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 11, 2022          By: /s/ Christy G. Lea
                                   Christy G. Lea
                                   Joseph R. Re
                                   Nicholas M. Zovko
                                   Alan G. Laquer
                                   Raymond Lu

                              *Attorneys for Plaintiff/Counterclaim Defendant*,
                              PAVEMETRICS SYSTEMS, INC.

55871098

-1-