Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **PAVEMETRICS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 3 TO PRECLUDE MORELLAS TESTIMONY INCONSISTENT WITH THE COURT'S ORDER ON MOTION FOR SUMMARY JUDGMENT [DKT. 189]** <br><br> Date:     July 25, 2022 <br> Time:     2:00 p.m. <br> Location: Ctrm. 7C |

TO THE COURT AND TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on July 25, 2022, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7C of the United States District Court for the Central District of California, located at 350 W. 1st Street, 7th Floor, Los Angeles, California 90012, before the Honorable Mark C. Scarsi, Plaintiff Pavemetrics Systems, Inc. ("Pavemetrics") will, and hereby does, move the Court for an order to preclude testimony by Dr. Vassilios Morellas, Tetra Tech's technical expert, that is inconsistent with the Court's Order granting in part Pavemetrics' Motion for Summary Judgment [Dkt. 189]. This motion is made following the parties' good faith efforts to resolve the dispute without Court action.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Alan Laquer (including the exhibits attached thereto), all of which are filed or lodged concurrently herewith; the pleadings and other papers on file in the above-captioned action; any information of which the Court may take judicial notice; and any oral argument on the Motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 23, 2022.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 11, 2022

By: /s/ *Christy G. Lea*
Christy G. Lea
Joseph R. Re
Nicholas M. Zovko
Alan G. Laquer
Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant,*
PAVEMETRICS SYSTEMS, INC.

55871279