| | |
|---|---|
| 1 | Donald Ridge, Esq. (SBN: 132171) |
| 2 | **CLARK HILL LLP** |
|   | 555 South Flower Street, 24th Floor |
| 3 | Los Angeles, CA 90071 |
| 4 | Telephone: (213) 891-9100 |
|   | Facsimile: (213) 488-1178 |
| 5 | DRidge@clarkhill.com |

James R. Barney (*pro hac vice*)
james.barney@finnegan.com          Telephone:  (202) 408-4000
Aaron L. Parker (*pro hac vice*)    Facsimile:   (202) 408-4400
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)    Jency J. Mathew (*pro hac vice*)
daniel.chung@finnegan.com           jency.mathew@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)  **FINNEGAN, HENDERSON,**
nicholas.cerulli@finnegan.com       **FARABOW, GARRETT &**
Kelly S. Horn (*pro hac vice*)      **DUNNER, LLP**
kelly.horn@finnegan.com             1875 Explorer Street, Suite 800
**FINNEGAN, HENDERSON,**            Reston, Virginia 20190-6023
**FARABOW, GARRETT &**              Telephone:  (571) 203-2700
**DUNNER, LLP**                     Facsimile:   (571) 203-2777
901 New York Avenue NW
Washington, D.C. 20001-4413         *Attorneys for Defendant and*
                                    *Counterclaim Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
| Plaintiff, | **APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF TETRA TECH'S MOTIONS *IN LIMINE* NOS. 1-5** |
| v. | |
| TETRA TECH, INC. | **Honorable Mark C. Scarsi** |
| Defendant. | Date: July 25, 2022<br>Time: 2:00 p.m.<br>Courtroom: 7C |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to Local Rule 79-5.2.2 and this Court's Initial Standing Order (ECF 11), Defendants and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), through counsel, hereby apply for leave of the Court to file under seal the items listed below:

1. Portions of Tetra Tech's Motion *in Limine* No. 3 to Preclude Certain Opinions of Christian Tregillis ("Motion *in Limine* No. 3");

2. Portions of Tetra Tech's Motion *in Limine* No. 4 to Exclude Pavemetrics' Untimely Produced Materials ("Motion *in Limine* No. 4"); and

3. Exhibits 2, 4-6, 8-10, and 12-14 to the Declaration of Aaron Parker in Support of Tetra Tech's Motions *in Limine* Nos. 1-5 ("Parker Declaration").

In support of this Application, Tetra Tech concurrently submits the Declaration of Nicholas A. Cerulli and a Proposed Order. As explained in the Cerulli Declaration in support of this Application, Motions *in Limine* Nos. 3-4 and Exhibits 2, 4-6, 8-10, and 12-14 to the Parker Declaration are documents that refer, directly or indirectly, to information identified by Pavemetrics as "Confidential," "Restricted – Attorneys' Eyes Only," or "Restricted Confidential Source Code" pursuant to the Protective Order entered in this Case (ECF 101). Tetra Tech seeks to file these documents under seal to maintain the sensitivity of that information. Tetra Tech has redacted Motions *in Limine* Nos. 3-4 to the extent possible, omitting only specific portions of the documents containing confidential information relating to Pavemetrics' information and documents.

Pavemetrics contends that public disclosure of this confidential and commercially sensitive information would cause competitive harm and has indicated that it intends for these documents to remain confidential by including the express confidentiality classifications. Sealing of these documents is necessary to avoid public disclosure of information Pavemetrics identified as entitled to protection under Federal Rule of Civil Procedure 26(c) because no procedure other than filing under seal will be sufficient to preserve the confidentiality of the information and to avoid violating the

Protective Order. Therefore, Tetra Tech respectfully submits there is good cause to file under seal the above-listed documents.

On July 11, 2022, Tetra Tech's counsel emailed Pavemetrics' counsel seeking confirmation that Pavemetrics does not oppose this Application for Leave to File Under Seal certain materials. Pavemetrics' counsel indicated that Pavemetrics does not intend to oppose this application.

Dated: July 11, 2022                         **CLARK HILL LLP**

By: _____
Donald L. Ridge

James R. Barney (*pro hac vice*)
Aaron L. Parker (*pro hac vice*)
Daniel G. Chung (*pro hac vice*)
Nicholas A. Cerulli (*pro hac vice*)
Kelly S. Horn (*pro hac vice*)
Jency J. Mathew (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

*Attorneys for Defendant and Counterclaim Plaintiffs*
TETRA TECH, INC. AND TETRA TECH TAS INC.