# EXHIBIT 2

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL

### REDACTED VERSION