# EXHIBIT 4

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

REDACTED VERSION