# EXHIBIT 5

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL

### REDACTED VERSION