# EXHIBIT 6

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

REDACTED VERSION