# EXHIBIT 8

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

REDACTED VERSION