# EXHIBIT 9

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

REDACTED VERSION