# EXHIBIT 10

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

REDACTED VERSION