# EXHIBIT 14

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL

### REDACTED VERSION