Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (*pro hac vice*)
james.barney@finnegan.com
Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413

Telephone: (202) 408-4000
Facsimile: (202) 408-4000

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**[PROPOSED] ORDER GRANTING TETRA TECH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF TETRA TECH'S MOTIONS *IN LIMINE* NOS. 1-5**<br><br>**Honorable Mark C. Scarsi**<br>**Date: July 25, 2022**<br>**Time: 2:00 p.m.**<br>**Courtroom: 7C** |

Having considered Tetra Tech's Application for Leave to File Under Seal Documents in Support of Tetra Tech's Motions *in Limine* Nos. 1-5, and the documents and papers in support thereof, and

WHEREAS there is good cause as set forth in Tetra Tech's Application, the Court hereby **GRANTS** the Application and Orders that the clerk file under seal:

1. Portions of Tetra Tech's Motion *in Limine* No. 3 to Preclude Certain Opinions of Christian Tregillis ("Motion *in Limine* No. 3");
2. Portions of Tetra Tech's Motion *in Limine* No. 4 to Exclude Pavemetrics' Untimely Produced Materials ("Motion *in Limine* No. 4"); and
3. Exhibits 2, 4-6, 8-10, and 12-14 to the Declaration of Aaron Parker in Support of Tetra Tech's Motions *in Limine* Nos. 1-5 ("Parker Declaration").

**IT IS SO ORDERED.**

Dated: _____  _____
**HONORABLE MARK C. SCARSI**
UNITED STATES DISTRICT JUDGE