Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., | Case No. 2:21-cv-1289-MCS-MMA |
| Plaintiff, | Honorable Mark C. Scarsi |
| v. | **DECLARATION OF ALAN G. LAQUER IN SUPPORT OF PAVEMETRICS' MOTIONS *IN LIMINE* NOS. 1-3** |
| TETRA TECH, INC., | |
| Defendant. | Date:        July 25, 2022 |
| | Time:        2:00 p.m. |
| | Location:   Ctrm. 7C |
| AND RELATED COUNTERCLAIMS | |

I, Alan G. Laquer, declare and state as follows:

1.      I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP and am counsel of record for Plaintiff Pavemetrics Systems, Inc.    I submit this Declaration in support of Pavemetrics' Motions *in Limine* Nos. 1-3.

2.      I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could testify competently thereto.

3.      Attached as **Exhibit A** is a true and correct copy of a document produced by Tetra Tech in this litigation bearing production numbers TETRATECH_0138332–334.  This document is Trial Exhibit 804 on the parties' Joint Exhibit List.

4.      Attached as **Exhibit B** is a true and correct copy of excerpts from the transcript of the January 13, 2022 deposition of William Larson, who testified that he is a Senior Advisor of Asset Management for Tetra Tech, Inc.

5.      Attached as **Exhibit C** is a true and correct copy of excerpts from the transcript of the January 20, 2022 deposition of Bradford Spencer, the corporate witness designee for non-party CSX Transportation, Inc.

6.      Attached as **Exhibit D** is a true and correct copy of excerpts from the transcript of the March 23, 2022 deposition of Vassilios Morellas, Tetra Tech's technical expert witness.

7.      Attached as **Exhibit E** is a true and correct copy of excerpts from the Initial Expert Report of Dr. Vassilios Morellas Regarding Infringement, served by Tetra Tech on February 18, 2022.

8.      On December 9 and 10, 2021, I provided a Source Code Inspection Computer in my law firm's Irvine office to an attorney (Victor Palace) and an expert witness (Vassilios Morellas) for Tetra Tech to inspect the Pavemetrics source code contained therein, which they did from approximately 8:00 a.m. until approximately 6:00 p.m. on both of those days.  This was the same Source Code

Inspection Computer that my firm provided to Tetra Tech's counsel and expert witnesses at prior source code inspections.

9.      Attached as **Exhibit F** is a true and correct copy of an email that Victor Palace, then-counsel of record for Tetra Tech, sent counsel for Pavemetrics on December 10, 2021 (earlier emails in this chain have been omitted).  As shown therein, Mr. Palace, who was present at the source code inspection, requested: "Please install TensorBoard on the Source Code Review computer. The installer may be found here: https://github.com/tensorflow/tensorboard."

10.     Attached as **Exhibit G** is a true and correct copy of a print-out of the official TensorBoard online guide, which states that "TensorBoard is a tool for providing the measurements and visualizations needed during the machine learning workflow."

11.     In response to Mr. Palace's request, on that same day (December 10, 2021), while Mr. Palace and Dr. Morellas took a lunch break, I supervised having the copy of TensorBoard that Mr. Palace requested loaded onto the Source Code Inspection Computer using the link he provided.  Later, Mr. Palace informed me that the link he provided appeared to be for TensorBoard's source code, rather than a completed installer.  Mr. Palace stated that there may be other pieces required and that Tetra Tech's counsel would follow up with additional instructions if they wanted anything else loaded onto the Source Code Inspection Computer.  Tetra Tech's counsel never followed up with any such additional request.

12.     Attached as **Exhibit H** is a true and correct copy of an email that Mr. Palace sent counsel for Pavemetrics on December 15, 2021 requesting to inspect Pavemetrics' source code on December 20 and 21, 2021.  Dr. Morellas did not attend those inspection dates with Mr. Palace.

13.     Attached as **Exhibit I** is a true and correct copy of an email chain with correspondence between Pavemetrics' counsel and Tetra Tech's counsel,

including an email from Nicholas Cerulli, counsel of record for Tetra Tech, to Christy Lea, counsel of record for Pavemetrics, on June 28, 2022.  I was copied on this email chain.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2022 at Irvine, California.

/s/ Alan G. Laquer
Alan G. Laquer

55917225

-3-