# EXHIBIT A

[Document Proposed to be Filed Under Seal]

# EXHIBIT B

[Document Proposed to be Filed Under Seal]

# EXHIBIT C

[Document Proposed to be Filed Under Seal]

# EXHIBIT D

RESTRICTED - CONFIDENTIAL SOURCE CODE

Morellas, Vassilios                                    March 23, 2022

1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

-----------------------------------x

PAVEMETRICS SYSTEMS, INC.,

        Plaintiff,       Civil Action No.

   v.                2:21-cv-1289-MCS-MMA

TETRA TECH, INC.,

        Defendant.

-----------------------------------x

AND RELATED COUNTERCLAIMS

-----------------------------------x


** RESTRICTED - CONFIDENTIAL SOURCE CODE **


REMOTE VIDEOCONFERENCE

DEPOSITION OF VASSILIOS MORELLAS, Ph.D.

Wednesday, March 23, 2022

Plymouth, Minnesota


Reporter: Michael D. O'Connor, RMR, CRC, CRR

Job No. 51716

RESTRICTED - CONFIDENTIAL SOURCE CODE

Morellas, Vassilios                                            March 23, 2022

```
                                                              3
 1    A P P E A R A N C E S:

 2

 3    ATTORNEYS FOR PLAINTIFF:

 4        (Attending remotely)

 5        KNOBBE, MARTENS, OLSON & BEAR LLP

 6             2040 Main Street, 41th Floor

 7             Irvine, California 92614

 8             (949) 760-0404

 9    BY:    ALAN LAQUER, ESQ.

10             alan.laquer@knobbe.com

11             RAYMOND LU, ESQ. (via text stream)

12             raymond.lu@knobbe.com

13

14

15    ATTORNEYS FOR DEFENDANT:

16        (Attending remotely)

17    FINNEGAN, HENDERSON, FARABOW, GARRETT &

18    DUNNER, LLP

19             901 New York Avenue NW

20             Washington, D.C. 20001

21             (202) 408-4000

22    BY:    NICHOLAS A. CERULLI, ESQ.

23             nicholas.cerulli@finnegan.com

24             VICTOR PALACE, ESQ.

25             victor.palace@finnegan.com
```

RESTRICTED - CONFIDENTIAL SOURCE CODE
Morellas, Vassilios                                    March 23, 2022

7

| | | |
|---|---|---|
| 1 | noticing the deposition. | 10:02:48 |
| 2 | MR. LAQUER:  Good morning.  My | 10:02:51 |
| 3 | name is Alan Laquer.  I'm with Knobbe | 10:02:52 |
| 4 | Martens and I'm representing | 10:02:55 |
| 5 | Pavemetrics. | 10:02:57 |
| 6 | MR. CERULLI:  Good morning.  Nick | 10:02:57 |
| 7 | Cerulli from Finnegan on behalf of Tetra | 10:02:58 |
| 8 | Tech, Inc. and Tetra Tech TAS, Inc., and | 10:03:01 |
| 9 | also on behalf of the witness, Dr. | 10:03:04 |
| 10 | Morellas, and joining me is my | 10:03:09 |
| 11 | colleague, Victor Palace, also from | 10:03:11 |
| 12 | Finnegan. | 10:03:15 |
| 13 | THE VIDEOGRAPHER:  Will the court | 10:03:19 |
| 14 | reporter please swear in the witness. | 10:03:20 |
| 15 | | |
| 16 | VASSILIOS MORELLAS, Ph.D. | |
| 17 | | |
| 18 | having been duly sworn by the Notary Public, | |
| 19 | was examined and testified as follows: | |
| 20 | | |
| 21 | EXAMINATION | |
| 22 | BY MR. LAQUER: | 10:03:32 |
| 23 | Q.   Good morning, Dr. Morellas.  As I | 10:03:32 |
| 24 | mentioned, I'm Alan Laquer and I will be taking | 10:03:35 |
| 25 | your deposition today. | 10:03:37 |

RESTRICTED - CONFIDENTIAL SOURCE CODE

Morellas, Vassilios                                                  March 23, 2022

95

| | | |
|---|---|---|
| 1 | Q.      And the number 16 represents the | 12:23:12 |
| 2 | number 16, correct? | 12:23:14 |
| 3 | A.      If they came from 10 and 6, yes. | 12:23:15 |
| 4 | Q.      And the number 16 only represents | 12:23:18 |
| 5 | the number 16, correct? | 12:23:20 |
| 6 | A.      In that case, yes. | 12:23:21 |
| 7 | Q.      Do you know what the number of | 12:23:27 |
| 8 | pixels used by Fake3D is in terms of how many | 12:23:41 |
| 9 | data points are analyzed -- let me rephrase | 12:23:44 |
| 10 | that. | 12:23:47 |
| 11 | In your opinion, you've stated | 12:23:51 |
| 12 | that Fake3D has been used with a Pavemetrics | 12:23:52 |
| 13 | neural network, correct? | 12:23:56 |
| 14 | A.      Yes. | 12:23:57 |
| 15 | Q.      And when the Pavemetrics neural | 12:23:57 |
| 16 | network is being applied to a particular image, | 12:24:07 |
| 17 | do you know what percentage of the pixels in | 12:24:10 |
| 18 | that image the neural network filters are | 12:24:12 |
| 19 | applied to? | 12:24:14 |
| 20 | A.      It depends on how -- how you | 12:24:15 |
| 21 | configured your neural network. | 12:24:29 |
| 22 | Q.      Are you familiar with how | 12:24:31 |
| 23 | Pavemetrics has configured its neural network | 12:24:34 |
| 24 | that you've accused of infringement? | 12:24:36 |
| 25 | A.      I know that there was some | 12:24:38 |

Henderson Legal Services, Inc.

- 26 -                                                    Exhibit D

RESTRICTED - CONFIDENTIAL SOURCE CODE

Morellas, Vassilios                                      March 23, 2022

96

1   information that was provided lately, but I          12:24:42
2   didn't have the time to fully review that.          12:24:48
3           But during my visits, the data of           12:24:52
4   source code, this information was not               12:25:00
5   available.                                          12:25:02
6       Q.    Do you know what information              12:25:02
7   you're referring to?                                12:25:03
8       A.    Yeah.  I remember the time where          12:25:04
9   we asked for the particular source code so we       12:25:08
10  can visualize or see the graph of the neural        12:25:13
11  network, but this was not available.                12:25:16
12      Q.    Did you have some visualization,          12:25:18
13  though, during your review of Pavemetrics's         12:25:20
14  source code of its neural network?                  12:25:24
15      A.    No.  This came only late at the           12:25:26
16  rebuttal of Dr. Frakes.                             12:25:31
17      Q.    And so when reviewing Dr. Frakes's        12:25:32
18  non-infringement rebuttal report, did you see       12:25:37
19  his discussion of the stride values used by         12:25:40
20  Pavemetrics's LRAIL system?                         12:25:45
21      A.    Yeah, I saw that.                          12:25:47
22      Q.    So having considered the stride          12:25:48
23  value information, is it your opinion that          12:25:54
24  every other pixel within the LRAIL neural          12:25:56
25  network system is a representation of elevation    12:26:02

RESTRICTED - CONFIDENTIAL SOURCE CODE

Morellas, Vassilios                                        March 23, 2022

171

| | | |
|---|---|---|
| 1 | Q.      Yes. | 03:07:19 |
| 2 | **A.      There are, yes, multiple feature** | 03:07:20 |
| 3 | **maps at the last layer.** | 03:07:23 |
| 4 | Q.      How many? | 03:07:24 |
| 5 | **A.      It depends on the particular** | 03:07:29 |
| 6 | **architecture that you're using, and this is the** | 03:07:32 |
| 7 | **decision of the user.** | 03:07:35 |
| 8 | Q.      How many architectures of | 03:07:35 |
| 9 | Pavemetrics's LRAIL system have you reviewed in | 03:07:37 |
| 10 | this case? | 03:07:42 |
| 11 | **A.      Like I said, I have not seen the** | 03:07:42 |
| 12 | **particular structures of the Pavemetrics's** | 03:07:45 |
| 13 | **neural networks, because there was not** | 03:07:51 |
| 14 | **information provided to me during the time of** | 03:07:53 |
| 15 | **the source code video.** | 03:07:55 |
| 16 | Q.      The Pavemetrics's neural network | 03:07:58 |
| 17 | was included on the source code review | 03:08:02 |
| 18 | computer, correct? | 03:08:06 |
| 19 | **A.      Not exactly.  What was available** | 03:08:06 |
| 20 | **was the API.** | 03:08:08 |
| 21 | Q.      The .PV files were also made | 03:08:15 |
| 22 | available and you reviewed those as part of | 03:08:17 |
| 23 | your source code review, correct? | 03:08:19 |
| 24 | **A.      The .PV files are binary files** | 03:08:21 |
| 25 | **that you need to have particular software to** | 03:08:25 |

RESTRICTED - CONFIDENTIAL SOURCE CODE

Morellas, Vassilios                                      March 23, 2022

172

| | | |
|---|---|---|
| 1 | actually translate them to the particular | 03:08:30 |
| 2 | information that you want to get out of the | 03:08:33 |
| 3 | neural network, and these were not available at | 03:08:35 |
| 4 | the time that we were there. | 03:08:37 |
| 5 | In fact, we asked you personally, | 03:08:39 |
| 6 | but you were not able to provide this for us. | 03:08:41 |
| 7 | Q.    You're talking about a particular | 03:08:43 |
| 8 | viewer, not the PV files, correct? | 03:08:45 |
| 9 | A.    A software that will allow us to | 03:08:48 |
| 10 | be able to view the PV files. | 03:08:50 |
| 11 | Q.    So the PV files were on the source | 03:08:56 |
| 12 | code review computer, correct? | 03:09:01 |
| 13 | A.    They were used for us to make any | 03:09:02 |
| 14 | -- to make any decision as to what they are. | 03:09:07 |
| 15 | There were files given to us, but were unable | 03:09:14 |
| 16 | to get any information out of it, because there | 03:09:16 |
| 17 | were binary files. | 03:09:20 |
| 18 | Q.    So you were unable to form an | 03:09:20 |
| 19 | opinion as to the contents of Pavemetrics's | 03:09:22 |
| 20 | convolutional neural network, because you could | 03:09:25 |
| 21 | not understand the .PV files? | 03:09:27 |
| 22 | MR. CERULLI:  Objection. | 03:09:30 |
| 23 | Mischaracterizes the testimony. | 03:09:30 |
| 24 | A.    Well, what I was able to see | 03:09:32 |
| 25 | during my code review was the fact there was | 03:09:38 |

RESTRICTED - CONFIDENTIAL SOURCE CODE

Morellas, Vassilios                                    March 23, 2022

173

| | | |
|---|---|---|
| 1 | particular places where any association of the | 03:09:46 |
| 2 | particular convolutional neural network model | 03:09:53 |
| 3 | that was created and trained by Pavemetrics was | 03:09:54 |
| 4 | available, but I was not able -- so this is | 03:10:00 |
| 5 | basically evidence that the neural network was | 03:10:03 |
| 6 | part of the code, but we were not able to | 03:10:06 |
| 7 | finding anything else as far as the particular | 03:10:10 |
| 8 | architecture or a graph of the different | 03:10:17 |
| 9 | components, as this was information that was | 03:10:19 |
| 10 | recently given by Dr. Frakes in his rebuttal | 03:10:21 |
| 11 | report.  So I will leave it at that. | 03:10:27 |
| 12 | Q.    Do you disagree with Dr. Frakes's | 03:10:34 |
| 13 | discussion of the neural networks in his | 03:10:36 |
| 14 | rebuttal report? | 03:10:41 |
| 15 | MR. CERULLI:  Objection.  Vague. | 03:10:42 |
| 16 | A.    Which part are you talking about? | 03:10:43 |
| 17 | Q.    The portion you just mentioned | 03:10:44 |
| 18 | with regard to the illustrations of the neural | 03:10:46 |
| 19 | network layers. | 03:10:51 |
| 20 | A.    Yeah, I don't know where this came | 03:10:52 |
| 21 | from, so I cannot offer a definite answer to | 03:10:54 |
| 22 | this. | 03:10:58 |
| 23 | Q.    So you've never seen a hidden | 03:10:58 |
| 24 | layer in any of Pavemetrics's LRAIL | 03:11:01 |
| 25 | convolutional neural network, correct? | 03:11:05 |

RESTRICTED - CONFIDENTIAL SOURCE CODE

Morellas, Vassilios                                      March 23, 2022

246

| 1 | A.       Thank you. | 05:45:44 |
| 2 | Q.       How much total time did you spend | 05:45:44 |
| 3 | looking at Pavemetrics's source code? | 05:45:46 |
| 4 | A.       I believe I was there three times. | 05:45:48 |
| 5 | And you saw me there. | 05:46:02 |
| 6 | Q.       And some of those visits were for | 05:46:04 |
| 7 | multiple days, correct? | 05:46:07 |
| 8 | A.       Correct. | 05:46:08 |
| 9 | Q.       Rough approximation number of | 05:46:08 |
| 10 | hours that you spent reviewing the code? | 05:46:10 |
| 11 | A.       I believe the first time were two | 05:46:12 |
| 12 | days.  The second time were three days.  And | 05:46:18 |
| 13 | the third time was two days, I believe, if I'm | 05:46:23 |
| 14 | not mistaken. | 05:46:25 |
| 15 | Q.       And those are pretty full days, | 05:46:26 |
| 16 | usually about 8:00 or 8:30 until about 5:00 or | 05:46:29 |
| 17 | 6:00 p.m.? | 05:46:36 |
| 18 | A.       Yes. | 05:46:36 |
| 19 | Q.       And so, the source code review was | 05:46:38 |
| 20 | an important part of you forming your opinion | 05:46:41 |
| 21 | comparing a product to the patent claims, | 05:46:43 |
| 22 | correct? | 05:46:47 |
| 23 | A.       Correct. | 05:46:47 |
| 24 | Q.       And the source code is what | 05:46:50 |
| 25 | determines how the software works, correct? | 05:46:52 |

RESTRICTED - CONFIDENTIAL SOURCE CODE

Morellas, Vassilios                                    March 23, 2022

276

| | | |
|---|---|---|
| 1 | Q.      -- on those output files? | 06:31:16 |
| 2 | MR. CERULLI:  Okay.  I have no | 06:31:18 |
| 3 | further questions. | 06:31:18 |
| 4 | MR. LAQUER:  I don't have any | 06:31:19 |
| 5 | follow-ups either.  Thank you for your | 06:31:20 |
| 6 | time. | 06:31:21 |
| 7 | THE VIDEOGRAPHER:  We are off the | 06:31:22 |
| 8 | record.  The time is 5:31 p.m. | 06:31:23 |
| 9 | (Whereupon the deposition | 06:31:27 |
| 10 | concluded at 5:31 p.m.) | 06:31:29 |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

278

1                    C E R T I F I C A T E

2

3            I, Michael O'Connor, Registered

4    Merit Reporter/Certified Realtime Reporter,

5    do hereby certify:

6            That VASSILIOS MORELLAS, Ph.D., the

7    witness whose testimony is hereinbefore set

8    forth, was duly sworn by me and that such

9    testimony is a true and accurate record of

10   my stenotype notes taken in the foregoing

11   matter to the best of my knowledge, skill

12   and ability.

13           IN WITNESS WHEREOF, I have hereunto

14   set my hand and Notarial Seal this 23rd day

15   of March 2022.

16

17

18                     *Michael O'Connor*

19          _____

20           MICHAEL O'CONNOR, RMR, CRR, CRC

21                  Notary Public

22

23   My Commission expires:
     November 22, 2022
24

25

# EXHIBIT E

[Document Proposed to be Filed Under Seal]

# EXHIBIT F

| | |
|---|---|
| **From:** | Palace, Victor <Victor.Palace@finnegan.com> |
| **Sent:** | Friday, December 10, 2021 8:25 AM |
| **To:** | Nicholas.Zovko |
| **Cc:** | Cerulli, Nicholas; Parker, Aaron; Chung, Daniel; Melhado-Burke, Amanda; Ridge, Donald L.; Mathew, Jency; Ecklund, Steve; Horn, Kelly; Joe.Re; Christy.Lea; Alan.Laquer; Raymond.Lu; Lit PAVEL.001L |
| **Subject:** | RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Case 2:21-cv-01289-MCS-MAA |

Counsel,

Please install TensorBoard on the Source Code Review computer.  The installer may be found here:

https://github.com/tensorflow/tensorboard

Regards,

**Victor Palace**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
(202) 408-4391 | cell: (303) 704-3814 | fax: (202) 408-4400 | victor.palace@finnegan.com |
www.finnegan.com

---

**From:** Nicholas.Zovko <Nicholas.Zovko@knobbe.com>
**Sent:** Thursday, December 9, 2021 5:12 PM
**To:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Cc:** Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Melhado-Burke, Amanda <amelhadoburke@clarkhill.com>; Ridge, Donald L. <dridge@clarkhill.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Palace, Victor <Victor.Palace@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; EXT-joe.re@knobbe.com <joe.re@knobbe.com>; Christy.Lea <Christy.Lea@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Case 2:21-cv-01289-MCS-MAA

*EXTERNAL* Email:

Nick,

Pavemetrics made versions 4.78.9.7, 4.78.9.5, and 4.78.6.0 available for inspection earlier today.

Best regards,

Nick

**Nicholas Zovko**
Partner
949-721-5295 **Direct**

# EXHIBIT G

Get started with TensorBoard │ TensorFlow

# Get started with TensorBoard

 Run in Google (https://colab.research.google.com/github/tensorflow/tensorboard/blob/master/docs/get_sta Colab

In machine learning, to improve something you often need to be able to measure it. TensorBoard is a tool for providing the measurements and visualizations needed during the machine learning workflow. It enables tracking experiment metrics like loss and accuracy, visualizing the model graph, projecting embeddings to a lower dimensional space, and much more.

This quickstart will show how to quickly get started with TensorBoard. The remaining guides in this website provide more details on specific capabilities, many of which are not included here.

```
# Load the TensorBoard notebook extension
%load_ext tensorboard
```

```
import tensorflow as tf
import datetime
```

```
$ # Clear any logs from previous runs
$ rm -rf ./logs/
```

Using the MNIST (https://en.wikipedia.org/wiki/MNIST_database) dataset as the example, normalize the data and write a function that creates a simple Keras model for classifying the images into 10 classes.

```
mnist = tf.keras.datasets.mnist

(x_train, y_train),(x_test, y_test) = mnist.load_data()
```

**Exhibit G**

```
x_train, x_test = x_train / 255.0, x_test / 255.0

def create_model():
  return tf.keras.models.Sequential([
    tf.keras.layers.Flatten(input_shape=(28, 28)),
    tf.keras.layers.Dense(512, activation='relu'),
    tf.keras.layers.Dropout(0.2),
    tf.keras.layers.Dense(10, activation='softmax')
  ])
```

```
Downloading data from https://storage.googleapis.com/tensorflow/tf-keras-dataset
11493376/11490434 [==============================] - 0s 0us/step
```

## Using TensorBoard with Keras Model.fit()

When training with Keras's <u>Model.fit()</u>
 (https://www.tensorflow.org/api_docs/python/tf/keras/models/Model#fit), adding the
**<u>tf.keras.callbacks.TensorBoard</u>**
 (https://www.tensorflow.org/api_docs/python/tf/keras/callbacks/TensorBoard) callback ensures that
logs are created and stored. Additionally, enable histogram computation every epoch with
`histogram_freq=1` (this is off by default)

Place the logs in a timestamped subdirectory to allow easy selection of different training runs.

```
model = create_model()
model.compile(optimizer='adam',
              loss='sparse_categorical_crossentropy',
              metrics=['accuracy'])

log_dir = "logs/fit/" + datetime.datetime.now().strftime("%Y%m%d-%H%M%S")
tensorboard_callback = tf.keras.callbacks.TensorBoard(log_dir=log_dir, histogram

model.fit(x=x_train,
          y=y_train,
          epochs=5,
          validation_data=(x_test, y_test),
          callbacks=[tensorboard_callback])
```

- 103 -                                                      **Exhibit G**

```
Train on 60000 samples, validate on 10000 samples
Epoch 1/5
60000/60000 [==============================] - 15s 246us/sample - loss: 0.2217 -
Epoch 2/5
60000/60000 [==============================] - 14s 229us/sample - loss: 0.0975 -
Epoch 3/5
60000/60000 [==============================] - 14s 231us/sample - loss: 0.0718 -
Epoch 4/5
60000/60000 [==============================] - 14s 227us/sample - loss: 0.0540 -
Epoch 5/5
60000/60000 [==============================] - 14s 228us/sample - loss: 0.0433 -
<tensorflow.python.keras.callbacks.History at 0x7fc8a5ee02e8>
```

Start TensorBoard through the command line or within a notebook experience. The two interfaces are generally the same. In notebooks, use the `%tensorboard` line magic. On the command line, run the same command without "%".

```
%tensorboard --logdir logs/fit
```



A brief overview of the dashboards shown (tabs in top navigation bar):

- The **Scalars** dashboard shows how the loss and metrics change with every epoch. You can use it to also track training speed, learning rate, and other scalar values.

- The **Graphs** dashboard helps you visualize your model. In this case, the Keras graph of layers is shown which can help you ensure it is built correctly.

- The **Distributions** and **Histograms** dashboards show the distribution of a Tensor over time. This can be useful to visualize weights and biases and verify that they are changing in an expected way.

Additional TensorBoard plugins are automatically enabled when you log other types of data. For example, the Keras TensorBoard callback lets you log images and embeddings as well. You can see what other plugins are available in TensorBoard by clicking on the "inactive" dropdown towards the top right.

## Using TensorBoard with other methods

When training with methods such as `tf.GradientTape()` (https://www.tensorflow.org/api_docs/python/tf/GradientTape), use `tf.summary` (https://www.tensorflow.org/api_docs/python/tf/summary) to log the required information.

Use the same dataset as above, but convert it to `tf.data.Dataset` (https://www.tensorflow.org/api_docs/python/tf/data/Dataset) to take advantage of batching capabilities:

```
train_dataset = tf.data.Dataset.from_tensor_slices((x_train, y_train))
test_dataset = tf.data.Dataset.from_tensor_slices((x_test, y_test))

train_dataset = train_dataset.shuffle(60000).batch(64)
test_dataset = test_dataset.batch(64)
```

The training code follows the advanced quickstart (https://www.tensorflow.org/tutorials/quickstart/advanced) tutorial, but shows how to log metrics to TensorBoard. Choose loss and optimizer:

```
loss_object = tf.keras.losses.SparseCategoricalCrossentropy()
optimizer = tf.keras.optimizers.Adam()
```

Get started with TensorBoard  |  TensorFlow

Create stateful metrics that can be used to accumulate values during training and logged at
any point:

```
# Define our metrics
train_loss = tf.keras.metrics.Mean('train_loss', dtype=tf.float32)
train_accuracy = tf.keras.metrics.SparseCategoricalAccuracy('train_accuracy')
test_loss = tf.keras.metrics.Mean('test_loss', dtype=tf.float32)
test_accuracy = tf.keras.metrics.SparseCategoricalAccuracy('test_accuracy')
```

Define the training and test functions:

```
def train_step(model, optimizer, x_train, y_train):
  with tf.GradientTape() as tape:
    predictions = model(x_train, training=True)
    loss = loss_object(y_train, predictions)
  grads = tape.gradient(loss, model.trainable_variables)
  optimizer.apply_gradients(zip(grads, model.trainable_variables))

  train_loss(loss)
  train_accuracy(y_train, predictions)

def test_step(model, x_test, y_test):
  predictions = model(x_test)
  loss = loss_object(y_test, predictions)

  test_loss(loss)
  test_accuracy(y_test, predictions)
```

Set up summary writers to write the summaries to disk in a different logs directory:

```
current_time = datetime.datetime.now().strftime("%Y%m%d-%H%M%S")
train_log_dir = 'logs/gradient_tape/' + current_time + '/train'
test_log_dir = 'logs/gradient_tape/' + current_time + '/test'
train_summary_writer = tf.summary.create_file_writer(train_log_dir)
test_summary_writer = tf.summary.create_file_writer(test_log_dir)
```

Start training. Use **tf.summary.scalar()**
(https://www.tensorflow.org/api_docs/python/tf/summary/scalar) to log metrics (loss and accuracy)

**- 106 -**                                                    **Exhibit G**

during training/testing within the scope of the summary writers to write the summaries to disk.
You have control over which metrics to log and how often to do it. Other <u>tf.summary</u>
(https://www.tensorflow.org/api_docs/python/tf/summary) functions enable logging other types of
data.

```
model = create_model() # reset our model

EPOCHS = 5

for epoch in range(EPOCHS):
  for (x_train, y_train) in train_dataset:
    train_step(model, optimizer, x_train, y_train)
  with train_summary_writer.as_default():
    tf.summary.scalar('loss', train_loss.result(), step=epoch)
    tf.summary.scalar('accuracy', train_accuracy.result(), step=epoch)

  for (x_test, y_test) in test_dataset:
    test_step(model, x_test, y_test)
  with test_summary_writer.as_default():
    tf.summary.scalar('loss', test_loss.result(), step=epoch)
    tf.summary.scalar('accuracy', test_accuracy.result(), step=epoch)

  template = 'Epoch {}, Loss: {}, Accuracy: {}, Test Loss: {}, Test Accuracy: {}
  print (template.format(epoch+1,
                         train_loss.result(),
                         train_accuracy.result()*100,
                         test_loss.result(),
                         test_accuracy.result()*100))

  # Reset metrics every epoch
  train_loss.reset_states()
  test_loss.reset_states()
  train_accuracy.reset_states()
  test_accuracy.reset_states()
```

```
Epoch 1, Loss: 0.24321186542510986, Accuracy: 92.84333801269531, Test Loss: 0.13
Epoch 2, Loss: 0.1044681817293167l, Accuracy: 96.84833526611328, Test Loss: 0.08
Epoch 3, Loss: 0.07096975296735764, Accuracy: 97.80166625976562, Test Loss: 0.07
Epoch 4, Loss: 0.05380449816584587, Accuracy: 98.34166717529297, Test Loss: 0.07
Epoch 5, Loss: 0.041443776339292526, Accuracy: 98.71833038330078, Test Loss: 0.0
```

**Exhibit G**

Open TensorBoard again, this time pointing it at the new log directory. We could have also
started TensorBoard to monitor training while it progresses.

```
%tensorboard --logdir logs/gradient_tape
```



That's it! You have now seen how to use TensorBoard both through the Keras callback and
through **tf.summary** (https://www.tensorflow.org/api_docs/python/tf/summary) for more custom
scenarios.


## TensorBoard.dev: Host and share your ML experiment results

TensorBoard.dev (https://tensorboard.dev) is a free public service that enables you to upload your
TensorBoard logs and get a permalink that can be shared with everyone in academic papers,
blog posts, social media, etc. This can enable better reproducibility and collaboration.

To use TensorBoard.dev, run the following command:

```
!tensorboard dev upload \
  --logdir logs/fit \
  --name "(optional) My latest experiment" \
```

Get started with TensorBoard  |  TensorFlow

```
    --description "(optional) Simple comparison of several hyperparameters" \
    --one_shot
```

Note that this invocation uses the exclamation prefix (!) to invoke the shell rather than the percent prefix (%) to invoke the colab magic. When invoking this command from the command line there is no need for either prefix.

View an example here (https://tensorboard.dev/experiment/EDZb7XgKSBKo6Gznh3i8hg/#scalars).

For more details on how to use TensorBoard.dev, see https://tensorboard.dev/#get-started (https://tensorboard.dev/#get-started)

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License (https://creativecommons.org/licenses/by/4.0/), and code samples are licensed under the Apache 2.0 License (https://www.apache.org/licenses/LICENSE-2.0). For details, see the Google Developers Site Policies (https://developers.google.com/site-policies). Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2022-01-06 UTC.

# EXHIBIT H

| From: | Palace, Victor <Victor.Palace@finnegan.com> |
|---|---|
| Sent: | Wednesday, December 15, 2021 4:00 PM |
| To: | Joe.Re; Christy.Lea; Nicholas.Zovko; Raymond.Lu; Lit PAVEL.001L |
| Cc: | TT-PM-All-Team; Melhado-Burke, Amanda; Ridge, Donald L. |
| Subject: | Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Case 2:21-cv-01289-MCS-MAA |

Counsel,

We plan to inspect Pavemetrics' source code on December 20 and 21 during normal business hours (8:00 AM - 6:00 PM).  I will be in attendance.

As with the previous inspections, please have Visual Studio Code, Understand (SciTools), SmartGit, WinMerge, and TensorBoard installed on the Source Code Review computer.  Please also provide a breakout room reserved for the days of the inspection and the same computer arrangement (two computer screens, a mouse, and printer).

In addition, please confirm you will make available for inspection in a separate folder version "r10323" provided to CSX.

Also, please immediately provide tracking information for the source code pages requested on the last day of our previous inspection, Friday December 10, 2021.  Per paragraph 10.l. of the Protective Order, source code pages must be "provided … within three (3) business days" of the request, which is today Wednesday, December 15, 2021.

Best regards,
Victor

**Victor Palace**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
(202) 408-4391 | cell: (303) 704-3814 | fax: (202) 408-4400 | victor.palace@finnegan.com |
www.finnegan.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

# EXHIBIT I

| From: | Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com> |
|---|---|
| Sent: | Tuesday, June 28, 2022 11:24 AM |
| To: | Christy.Lea; Raymond.Lu; Parker, Aaron; Horn, Kelly; Mathew, Jency; Ridge, Donald L.; Ecklund, Steve; Barney, James; Chung, Daniel |
| Cc: | Joe.Re; Alan.Laquer; Nicholas.Zovko; Lit PAVEL.001L |
| Subject: | RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Meet and Confer re Motions in Limine |

Christy,

We disagree that Tetra Tech has "plenty of time" to conduct the additional discovery required because of Pavemetrics' untimely productions or that waiting until after resolution of Tetra Tech's MIL would prejudice Pavemetrics in any way.  It is Pavemetrics, not Tetra Tech, that seeks to inject new discovery and expert opinions months after the close of fact and expert discovery and just a few weeks before trial.  Moreover, as we previously noted, Tetra Tech's expert, who would need to inspect the newly provided source code and potentially prepare a supplemental report, is out of the country for the next few weeks.  It would not even be possible to begin these tasks until after the pre-trial conference.

Regarding Pavemetrics' proposed MIL 1, although premature, there are several grounds that would overcome a hearsay objection to Exhibit 84, including, for example, non-hearsay party admissions, statements made against interest, statements showing the declarant's state of mind, and statements not being offered to prove the truth of the matter asserted.  In addition, Pavemetrics' proposed MIL is directed to more than just Exhibit 84, and thus, Tetra Tech intends to oppose this broad-sweeping attempt to exclude evidence regarding Pavemetrics' knowledge of Tetra Tech's patents.

Regarding Pavemetrics' proposed MIL 3, what you described in your email below is not what was discussed on Thursday's meet and confer.  Tetra Tech will not stipulate to noninfringement of claims 2, 4, and 21, or agree to expand the Court's SJ ruling beyond finding that "Fake3D with overlay" did not infringe claim 1.  As we now better understand Pavemetrics' intended MIL, Tetra Tech will oppose.

Best regards,
Nick

**Nicholas Cerulli**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com

# FINNEGAN

**From:** Christy.Lea <Christy.Lea@knobbe.com>
**Sent:** Saturday, June 25, 2022 12:14 PM
**To:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Chung, Daniel

<Daniel.Chung@finnegan.com>
**Cc:** EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>;
Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Meet and Confer re Motions in Limine

**EXTERNAL Email:**

Dear Nick,

In the six weeks before trial, Tetra Tech has plenty of time to take two short Zoom depos and review
source code that is similar to the last version already analyzed by Tetra Tech (but without mixed
images).  It is Tetra Tech's choice to forego that opportunity to try to justify its motion in limine.  Also, that
Pavemetrics removed mixed images from its source code does not provide any basis for Tetra Tech to
amend its infringement theories.  At least by January 7, 2022, Pavemetrics informed Tetra Tech that it had
removed mixed images from the code.  *See* Hebert Tr. 138:20-139:5.  Despite that change, Tetra Tech
never since requested to inspect the source code during the discovery period.  Nonetheless, given the
recent installation of software based on that code, Pavemetrics is still willing to allow Tetra Tech to inspect
the code at this time.  Any decision by Tetra Tech to wait until the Pretrial conference (i.e., 2 weeks before
trial) to seek discovery is at its own peril and could potentially prejudice Pavemetrics.  Pavemetrics will
not agree to a trial continuance caused by Tetra Tech's delay.  Nor would the Court entertain such a
request just so Tetra Tech can see the outcomes on its MIL.

On MIL No. 1, please identify the hearsay exception that Tetra Tech contends applies to statements
related to Pavemetrics' knowledge of the asserted patents, including the double hearsay in Exhibit 84.

Pavemetrics' MIL No. 2 seeks to preclude any testimony regarding discovery disputes, including disputes
related to the setup of the laptop provided by Pavemetrics for source code inspection.  We understand
Tetra Tech will oppose.

On MIL No. 3, Pavemetrics is interested in stipulating, but your suggested stipulation is not broad enough
and needs to be clarified.  The Court held that Fake3D with overlay combined with an algorithm containing
only elevation data cannot infringe the Claim 1 algorithm as a matter of law on summary judgment.  ECF
189 at 9.  Thus, the stipulation would include Claims 2, 4, and 21, which depend from claim 1, and further
limit the claim 1 algorithm addressed by the Court.  For each of these claims, Dr. Morellas' report identifies
an algorithm that analyzes elevation data only.  *See, e.g.,* Morellas ¶¶192-208, 225-254, 375-387.  If Tetra
Tech is willing to stipulate to MIL No. 3, Pavemetrics will similarly stipulate regarding Dr. Frakes'
testimony.  To be clear, any stipulation would not limit Dr. Frakes' ability to opine on obviousness in any
way.

Best,
Christy

**Christy Lea**
Partner
949-721-7642 **Direct**
949-500-6972 **Cell**
**Knobbe Martens**

**From:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Sent:** Friday, June 24, 2022 4:22 PM
**To:** Christy.Lea <Christy.Lea@knobbe.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>
**Cc:** Joe.Re <Joe.Re@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Meet and Confer re Motions in Limine

Christy,

Thank you for your email.  While we appreciate Pavemetrics' offer to make the newly produced source code available for inspection and make Dr. Hebert and Dr. Frakes available for deposition, it is premature for Tetra Tech to entertain this offer.  As discussed yesterday, Pavemetrics' production was made well after the fact and expert discovery cutoff dates and without requesting leave of Court.  The new production and supplemental report should therefore be precluded, and any question of additional fact and expert discovery is not ripe at the moment.  Moreover, permitting the belated discovery at this late stage would not cure the severe prejudice to Tetra Tech in having to take additional fact and expert depositions, submitting a supplemental expert report, and, if necessary, amending its infringement theories, all on the eve of trial.  Furthermore, Tetra Tech's expert, Dr. Morellas, is out of the country starting early next week until late July.  To force Tetra Tech and its expert to conduct a source code review, submit a supplemental expert report, and depose two witnesses, in just one to two weeks, all while trying to prepare for trial, is unduly burdensome and prejudicial.  We believe the more appropriate course is to revisit any plan for additional discovery following the Court's ruling and guidance on this MIL.  Should the Court permit Pavemetrics to proceed with its new discovery and supplemental report, the parties will then need to agree on a plan for Tetra Tech to take additional discovery, and, if necessary, continuing the trial date.

Regarding Pavemetrics' MILs, we understand from the meet and confer yesterday that Pavemetrics plans to file three MILs on the following issues:

1.  Preclude any hearsay statements related to Pavemetrics' knowledge of the asserted patents, including Exhibit 84 to Tetra Tech's opposition to Pavemetrics' summary judgment motion on inducement.
2.  Preclude any testimony or evidence related to the setup of the laptop provided by Pavemetrics for source code inspection.
3.  Preclude Dr. Morellas from presenting testimony or evidence contrary to the Court's summary judgment order (ECF 189), including regarding "Fake3D with overlay" meeting the elements of claim 1 of the '293 patent.

Tetra Tech intends to oppose Pavemetrics' first two MILs.

**Exhibit I**

With respect to MIL 3, Tetra Tech proposes that the parties stipulate that neither Dr. Morellas nor Dr. Frakes can present testimony or evidence contrary to the Court's summary judgment order (ECF 189).  In addition, Tetra Tech is willing to agree that Dr. Morellas cannot testify or present evidence that "Fake3D with overlay" meets the elements of claim 1 of the '293 patent for infringement, contingent upon Pavemetrics agreeing that Dr. Frakes cannot testify or present evidence that "Fake3D with overlay" meets the elements of claim 1 of the '293 patent for invalidity.  Please let us know whether Pavemetrics agrees to this stipulation.


Best regards,
Nick


**Nicholas Cerulli**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com

# FINNEGAN

**From:** Christy.Lea <Christy.Lea@knobbe.com>
**Sent:** Thursday, June 23, 2022 8:16 PM
**To:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>
**Cc:** EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Meet and Confer re Motions in Limine

*EXTERNAL* Email:

Hi Nick,

Thank you for the meet and confer today regarding the parties' contemplated motions in limine.  I understand that Tetra Tech plans to file five MILs on the following issues:

1. Realignment of the parties
2. Preclude Pavemetrics from relying on the Court's Order denying Tetra Tech's Motion for a Preliminary Injunction
3. Preclude Tregillis testimony related to design around time and costs
4. Preclude Pavemetrics from relying on documents and evidence supplemented after the close of discovery, including Frakes' First Supplemental Report dated June 20, 2022, PAVE-SRC-350 through PAVE-SRC-437 (Version 4.82.0.0-965af44c2), and PAVEMETRICS0413511-PAVEMETRICS0413514 (Amendment 1 to Goods Agreement)

**Exhibit I**

5. Certain evidence related to Pavemetrics' good faith belief of non-infringement: (a) Any evidence Pavemetrics relied on attorneys in forming good faith belief and (b) Pavemetrics' review of the patents and determination it did not infringe as improper lay testimony

Pavemetrics' intends to oppose all of Tetra Tech's MILs.

With respect to MIL No. 4, Pavemetrics produced the documents after the close of fact discovery because they did not exist before the close of fact discovery. They also did not become relevant until May 2022, as set forth in Pavemetrics' Second Supplemental Response to Interrogatory No. 15 dated June 17, 2022. Pavemetrics has provided what it believes to be the relevant excerpts of the source code (PAVE-SRC-350 through PAVE-SRC-437), but is willing to make the entire source code available for Version 4.82.0.0-965af44c2 if Tetra Tech would like to inspect it on the source code laptop. Also, Pavemetrics will make Dr. Frakes and Dr. Hebert available for deposition on the supplemental evidence, facts, and opinions. Please let me know if and when Tetra Tech would like to depose them, and for how long.

Best,
Christy

**Christy Lea**
Partner
949-721-7642 **Direct**
949-500-6972 **Cell**
**Knobbe** Martens

---

**From:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Sent:** Thursday, June 23, 2022 8:09 AM
**To:** Raymond.Lu <Raymond.Lu@knobbe.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>
**Cc:** Christy.Lea <Christy.Lea@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Meet and Confer re Motions in Limine

Ray,

We are available today at 10:00 am PST (1:00 EST). Please use the dial-in below.

Dial-in: 1-877-304-9269
Passcode: 106414

Best regards,
Nick

**Exhibit I**

**Nicholas Cerulli**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com

_____

# FINNEGAN

_____

**From:** Raymond.Lu <Raymond.Lu@knobbe.com>
**Sent:** Wednesday, June 22, 2022 6:23 PM
**To:** Parker, Aaron <Aaron.Parker@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Cc:** Christy.Lea <Christy.Lea@knobbe.com>; EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Lit PAVEL.001 <LitPAVEL.001L@knobbe.com>
**Subject:** Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Meet and Confer re Motions in Limine

*EXTERNAL* Email:

Dear Counsel:

We are available from 10 AM to 12 PM PST tomorrow (June 23) to meet and confer regarding motions *in limine*.  If that time slot works for your side, please circulate a meeting invite.

Best,
Ray

**Raymond Lu**
Associate
Raymond.Lu@knobbe.com

(949) 721-2852  **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

Exhibit I