Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond S. Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PAVEMETRICS' MOTIONS *IN LIMINE* NOS. 1-3** |

Pursuant to Local Rule 79-5.2.2 and this Court's Initial Standing Order (ECF 11), Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. respectfully seeks leave to file under seal the following exhibits: Exhibits A, B, C, and E to Laquer Declaration.

In support of this Application, Pavemetrics concurrently submits the Declaration of Nicholas M. Zovko and a Proposed Order. As explained in the Zovko Declaration, some of these documents contain confidential information relating to Pavemetrics' confidential source code and/or technical information. Some documents also contain information designated confidential by Tetra Tech or non-party CSX. Pavemetrics seeks to file these documents under seal to maintain the sensitivity of that information.

Public disclosure of this confidential and commercially sensitive information would cause competitive harm. The nature and confidentiality of these documents outweigh the public's interest in access to court records. Therefore, Pavemetrics respectfully submits there is good cause to file under seal the above-listed documents, which outweighs the public's interest in accessing complete court records.

On July 11, 2022, Raymond Lu, counsel of record for Pavemetrics, emailed Tetra Tech's counsel seeking confirmation that Tetra Tech does not oppose this application. Tetra Tech's counsel indicated that Tetra Tech does not intend to oppose this application.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 11, 2022

By: /s/ *Nicholas M. Zovko*
Christy G. Lea
Joseph R. Re
Nicholas M. Zovko
Alan G. Laquer
Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*,
PAVEMETRICS SYSTEMS, INC.

-1-