# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PAVEMETRICS' MOTIONS *IN LIMINE* NOS. 1-3** |

Having considered Pavemetrics' Application for Leave to File Under Seal Documents in Support of Pavemetrics' Motions *in Limine* Nos. 1-3, and for good cause shown, the Court **GRANTS** the Application. Pavemetrics may file under seal the following documents:

| # | Description |
|---|---|
| 1 | Exhibit A to Laquer Declaration |
| 2 | Exhibit B to Laquer Declaration |
| 3 | Exhibit C to Laquer Declaration |
| 4 | Exhibit E to Laquer Declaration |

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Mark C. Scarsi
United States District Court Judge

55929280