**KNOBBE, MARTENS, OLSON & BEAR, LLP**
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

**CLARK HILL LLP**
Donald Ridge, Esq. (SBN: 132171)
1055 West Seventh Street, Ste. 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
James R. Barney (*Pro Hac Vice*)
james.barney@finnegan.com
Aaron L. Parker (*Pro Hac Vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*Pro Hac Vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*Pro Hac Vice*)
kelly.horn@finnegan.com
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jency J. Mathew (*Pro Hac Vice*)
jency.mathew@finnegan.com
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** <br><br> **Honorable Mark C. Scarsi** |

Pursuant to the Court's Order re: Jury/Court Trial (ECF 56), and further to the previously-filed Joint Statement Regarding Settlement (ECF 200), Pavemetrics Systems, Inc. ("Pavemetrics") and Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech") submit this Joint Status Report Regarding Settlement.

The parties have continued settlement discussions since the mediation that took place in May 2022. As of the submission of this joint statement, the parties have not reached an agreement.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 11, 2022     By: /s/ Christy G. Lea (with permission)
Joseph R. Re
Christy G. Lea
Nicholas M. Zovko
Alan G. Laquer
Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

CLARK HILL LLP

Dated: July 11, 2022     By: /s/ Donald L. Ridge
Donald L. Ridge

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Dated: July 11, 2022     By: /s/ Nicholas A. Cerulli
James R. Barney
Aaron L. Parker
Daniel G. Chung
Nicholas A. Cerulli
Kelly S. Horn
Jency J. Mathew

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.

**ATTESTATION OF E-FILED SIGNATURE**

    I, Nicholas A. Cerulli, attest that all signatories listed above have read and approved this joint status report and consent to the filing of same in this action.

Dated: July 11, 2022          By: */s/ Nicholas A. Cerulli*
                                                     Nicholas A. Cerulli