Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (*pro hac vice*)
james.barney@finnegan.com
Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:   (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**TETRA TECH'S WITNESS LIST**<br><br>**Honorable Mark C. Scarsi**<br><br>**Trial Date: August 9, 2022**<br>**Time: 8:30 a.m.**<br>**Place: Courtroom 7C** |

1    Pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule 16-5, Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively "Tetra Tech") submits the following list of witnesses, who will or may be called to testify at the trial of the claims in the above-captioned case. This list does not include those persons who are contemplated to be used solely for impeachment or any rebuttal. Tetra Tech reserves the right to not call any witness listed, and to offer testimony of additional or alternative witnesses at trial for impeachment, authentication, foundation, or other purposes. Tetra Tech reserves the right to amend the "Description of Testimony" for any witness identified below, including switching a witness's testimony from "live" to "by deposition," and vice versa, as necessary.

Tetra Tech further reserves the right to seek to supplement or revise this list, if necessary, including based on clarification by Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") or by the rulings of the Court regarding the nature of the parties' claims or affirmative defenses. In addition, Tetra Tech reserves the right to call the witnesses identified on Pavemetrics' witness list, or to call rebuttal witnesses, as necessary.

An asterisk (*) indicates a witness who will be called only if needed.

|    | Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|----|---|---|---|---|---|
| 1. | **Bernie Teufele**, c/o Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Ave NW, Washington, D.C. 20001-4413 (202) 408-4000 | History of Tetra Tech and its rail inspection business and operations; damages resulting from lost sales. | 0.5 hours | 0.25 hours | |
| 2. | **Gary Keyes**, | History of Tetra Tech, marketing, | 0.5 hours | 0.25 hours | |

1

| | | | | | |
|---|---|---|---|---|---|
| | | c/o Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Ave NW, Washington, D.C. 20001-4413 (202) 408-4000 | research, and development of Tetra Tech's rail inspection business; negotiations with CSX; damages resulting from lost sales. | | | |
| | 3. | **Darel Mesher**, c/o Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Ave NW, Washington, D.C. 20001-4413 (202) 408-4000 | Background and development of the inventions of the '293 and '557 patents; technical aspects and operation of Tetra Tech's 3DTAS. | 0.833 hours | 0.666 hours | |
| | 4. | **Bill Larson**, c/o Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Ave NW, Washington, D.C. 20001-4413 (202) 408-4000 | CSX's rail inspection business and operations; negotiations between CSX and Tetra Tech, and CSX and Pavemetrics. | 0.5 hours | 0.25 hours | |
| | 5. | **Vassilios Morellas**, c/o Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Ave NW, Washington, D.C. 20001-4413 (202) 408-4000 | Technical analysis regarding infringement and validity of the '293 and '557 patents; opinions as set forth in expert reports. | 3 hours | 1.333 hours | |
| | 6. | **Todd Schoettelkotte**, c/o | Damages analysis regarding the '293 | 1 hour | 0.5 hours | |

2

| | | | | | |
|---|---|---|---|---|---|
| | Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Ave NW, Washington, D.C. 20001-4413 (202) 408-4000 | and '557 patents, including reasonable royalty and lost profits; opinions as set forth in expert report. | | | |
| 7. | **Jean-François Hébert**, c/o Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, Irvine, CA, 92614 (949) 760-0404 | Live or by deposition | 0.25 hours | | |
| 8. | **Richard Habel**, c/o Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, Irvine, CA, 92614 (949) 760-0404 | Live or by deposition | 0.25 hours | | |
| 9. | **John Laurent**, c/o Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, Irvine, CA, 92614 (949) 760-0404 | Live or by deposition | 0.25 hours | | |
| 10. | **Mario Talbot**\*, c/o Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, Irvine, CA, 92614 (949) 760-0404 | Via Deposition Transcript | 0.0833 hours | | |

3

| | | | | | |
|---|---|---|---|---|---|
| 11. | **Thanh Nguyen**\*, c/o Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, Irvine, CA, 92614 (949) 760-0404 | Via Deposition Transcript | 0.0833 hours | | |
| 12. | **Richard Fox-Ivey**, c/o Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, Irvine, CA, 92614 (949) 760-0404 | Via Deposition Transcript | 0.25 hours | | |
| 13. | **Ali Hafiz**, c/o Frabizzio Law Firm, 2200 Renaissance Boulevard, King of Prussia, PA 19406 (610) 667-2988 | Via Deposition Transcript | 0.0833 hours | | |
| 14. | **Brad Spencer**, c/o McGuireWoods, 50 North Laura Street, Jacksonville, FL 32202-3661 (904) 798-2685 | Via Deposition Transcript | 0.25 hours | | |
| | **Total Hours:** | | 7.83 hours | 3.25 hours | |

Dated: July 11, 2022          CLARK HILL LLP

                              By: _____
                                  Donald L. Ridge

4

|   |   |
|---|---|
| 1 | James R. Barney (*pro hac vice*) |
| 2 | Aaron L. Parker (*pro hac vice*) |
|   | Daniel G. Chung (*pro hac vice*) |
| 3 | Nicholas A. Cerulli (*pro hac vice*) |
| 4 | Kelly S. Horn (*pro hac vice*) |
|   | Jency J. Mathew (*pro hac vice*) |
| 5 | **FINNEGAN, HENDERSON, FARABOW,** |
| 6 | **GARRETT & DUNNER, LLP** |
| 7 | *Attorneys for Defendant and Counterclaim Plaintiffs* |
| 8 | TETRA TECH, INC. AND TETRA TECH TAS INC. |

5