| | |
|---|---|
| Donald Ridge, Esq. (SBN: 132171) **CLARK HILL LLP** 555 South Flower Street, 24th Floor Los Angeles, CA 90071 Telephone: (213) 891-9100 Facsimile: (213) 488-1178 DRidge@clarkhill.com | |
| James R. Barney (*pro hac vice*) james.barney@finnegan.com Aaron L. Parker (*pro hac vice*) aaron.parker@finnegan.com Daniel G. Chung (*pro hac vice*) daniel.chung@finnegan.com Nicholas A. Cerulli (*pro hac vice*) nicholas.cerulli@finnegan.com Kelly S. Horn (*pro hac vice*) kelly.horn@finnegan.com **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** 901 New York Avenue NW Washington, D.C. 20001-4413 | Telephone: (202) 408-4000 Facsimile: (202) 408-4400  Jency J. Mathew (*pro hac vice*) jency.mathew@finnegan.com **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** 1875 Explorer Street, Suite 800 Reston, Virginia 20190-6023 Telephone: (571) 203-2700 Facsimile: (571) 203-2777  *Attorneys for Defendant and Counterclaim Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. Plaintiff, v. TETRA TECH, INC. Defendant. AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA  **NOTICE OF TETRA TECH'S MOTION *IN LIMINE* NO. 1 TO REALIGN THE PARTIES AND SET THE ORDER OF PROOF AT TRIAL**  **Honorable Mark C. Scarsi**  **Date: July 25, 2022 Time: 2:00 p.m. Courtroom: 7C** |

1

1 **PLEASE TAKE NOTICE** that on July 25, 2022, at 2:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 7C of the Honorable Mark C. Scarsi, located in the First Street Courthouse, 350 W. 1st Street, Los Angeles, California, 90012, Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech"), by and through their attorneys, will and hereby does move this Court *in limine* to realign the parties and set the order of proof at trial such that Tetra Tech, which has the burden of proof on the principal claim of patent infringement, will go first at trial and be designated as Plaintiff, and the current Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") will be designated as Defendant.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in Support of the Motion, the accompanying Declaration of Aaron L. Parker and its supporting exhibits, all other filings in this case, all other matters of which the Court may take judicial notice, and any further argument or evidence that may be received by the Court. Tetra Tech has filed herewith a proposed order for the sought relief.

This Motion is made following the conference of counsel under Local Rule 7-3, which took place on June 23, 2022. The Parties were unable to reach an agreement that would eliminate the necessity for a hearing.

Dated: July 11, 2022

**CLARK HILL LLP**

By: _____
Donald L. Ridge

2

| | |
|---|---|
| 1 | James R. Barney (*pro hac vice*) |
| 2 | Aaron L. Parker (*pro hac vice*) |
|   | Daniel G. Chung (*pro hac vice*) |
| 3 | Nicholas A. Cerulli (*pro hac vice*) |
| 4 | Kelly S. Horn (*pro hac vice*) |
|   | Jency J. Mathew (*pro hac vice*) |
| 5 | **FINNEGAN, HENDERSON, FARABOW,** |
| 6 | **GARRETT & DUNNER, LLP** |
| 7 | *Attorneys for Defendant and Counterclaim Plaintiffs* |
| 8 | TETRA TECH, INC. AND TETRA TECH TAS INC. |

3