Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (*pro hac vice*)
james.barney@finnegan.com
Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
**FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone:   (202) 408-4000
Facsimile:   (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:   (571) 203-2700
Facsimile:   (571) 203-2777

*Attorneys for Defendant and
Counterclaim Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**[PROPOSED] ORDER GRANTING TETRA TECH'S MOTION *IN LIMINE* NO. 1 TO REALIGN THE PARTIES AND SET THE ORDER OF PROOF AT TRIAL**<br><br>**Honorable Mark C. Scarsi** |

## ORDER

Having considered and reviewed the parties' submissions to the Court in connection with Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech")'s Motion *in Limine* No. 1 to Realign the Parties and Set the Order of Proof at Trial ("Motion"), and for good cause thereon, **IT IS HEREBY ORDERED** that Tetra Tech's Motion is **GRANTED**.

Tetra Tech shall be realigned and designated as the Plaintiff and Count Counterclaim Defendant in the above entitled action, and Pavemetrics Systems, Inc. ("Pavemetrics") as the Defendant and Counterclaim Plaintiff.

In addition, the order of proof at trial shall be as follows: Tetra Tech will present its infringement and damages case first, then Pavemetrics will present its defensive case including noninfringement and invalidity, and finally, Tetra Tech will present its rebuttal case on invalidity.


**IT IS SO ORDERED.**


Dated: _____          _____
                                     **HONORABLE MARK C. SCARSI**
                                     UNITED STATES DISTRICT JUDGE


Presented by:

_____
Donald L. Ridge

*Attorneys for Defendant and Counterclaim Plaintiffs*
*TETRA TECH, INC. AND TETRA TECH TAS INC.*