1  Donald Ridge, Esq. (SBN: 132171)
2  **CLARK HILL LLP**
   555 South Flower Street, 24th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 891-9100
4  Facsimile: (213) 488-1178
5  DRidge@clarkhill.com

6
7  James R. Barney (*pro hac vice*)
   james.barney@finnegan.com
8  Aaron L. Parker (*pro hac vice*)
   aaron.parker@finnegan.com
9  Daniel G. Chung (*pro hac vice*)
   daniel.chung@finnegan.com
10 Nicholas A. Cerulli (*pro hac vice*)
11 nicholas.cerulli@finnegan.com
   Kelly S. Horn (*pro hac vice*)
12 kelly.horn@finnegan.com
13 **FINNEGAN, HENDERSON,
   FARABOW, GARRETT &
14 DUNNER, LLP**
15 901 New York Avenue NW
   Washington, D.C. 20001-4413
16 Telephone: (202) 408-4000
17 Facsimile: (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

18
19          **UNITED STATES DISTRICT COURT
20          CENTRAL DISTRICT OF CALIFORNIA**

21 | PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
|---|---|
22 | Plaintiff, | **[PROPOSED] ORDER GRANTING TETRA TECH'S MOTION *IN LIMINE* NO. 2 TO PRECLUDE EVIDENCE, ARGUMENT, AND TESTIMONY RELATING TO THE PRELIMINARY INJUNCTION PROCEEDINGS** |
23 | v. | |
24 | | |
25 | TETRA TECH, INC. | |
26 | Defendant. | |
27 | | **Honorable Mark C. Scarsi** |
28 | AND RELATED COUNTERCLAIMS. | |

1

# **ORDER**

Having considered and reviewed the parties' submissions to the Court in connection with Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech")'s Motion *in Limine* No. 2 to Preclude Evidence, Argument, and Testimony Relating to the Preliminary Injunction Proceedings ("Motion"), and for good cause thereon, **IT IS HEREBY ORDERED** that Tetra Tech's Motion is **GRANTED**.

Tetra Tech and Pavemetrics Systems, Inc. ("Pavemetrics") are precluded at trial from presenting evidence, argument, or reference to the preliminary injunction proceedings before this Court and to this Court's denial of Tetra Tech's motion for a preliminary injunction.

**IT IS SO ORDERED.**

Dated: _____     _____
**HONORABLE MARK C. SCARSI**
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Donald L. Ridge

*Attorneys for Defendant and Counterclaim Plaintiffs*
*TETRA TECH, INC. AND TETRA TECH TAS INC.*