1  Donald Ridge, Esq. (SBN: 132171)
2  **CLARK HILL LLP**
   555 South Flower Street, 24th Floor
3  Los Angeles, CA 90071
4  Telephone: (213) 891-9100
   Facsimile: (213) 488-1178
5  DRidge@clarkhill.com

6
   James R. Barney (*pro hac vice*)                Telephone:  (202) 408-4000
7  james.barney@finnegan.com                       Facsimile:   (202) 408-4400
   Aaron L. Parker (*pro hac vice*)
8  aaron.parker@finnegan.com
9  Daniel G. Chung (*pro hac vice*)                Jency J. Mathew (*pro hac vice*)
10 daniel.chung@finnegan.com                       jency.mathew@finnegan.com
   Nicholas A. Cerulli (*pro hac vice*)            **FINNEGAN, HENDERSON,**
11 nicholas.cerulli@finnegan.com                   **FARABOW, GARRETT &**
   Kelly S. Horn (*pro hac vice*)                  **DUNNER, LLP**
12 kelly.horn@finnegan.com                         1875 Explorer Street, Suite 800
13 **FINNEGAN, HENDERSON,**                        Reston, Virginia 20190-6023
   **FARABOW, GARRETT &**                          Telephone:  (571) 203-2700
14 **DUNNER, LLP**                                 Facsimile:   (571) 203-2777
15 901 New York Avenue NW
   Washington, D.C. 20001-4413                     *Attorneys for Defendant and*
16                                                 *Counterclaim Plaintiffs*

17

18                **UNITED STATES DISTRICT COURT**

19                **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
| Plaintiff, | **NOTICE OF TETRA TECH'S MOTION *IN LIMINE* NO. 3 TO PRECLUDE CERTAIN OPINIONS OF CHRISTIAN TREGILLIS** |
| v. | |
| TETRA TECH, INC. | |
| Defendant. | **Honorable Mark C. Scarsi** |
| AND RELATED COUNTERCLAIMS. | **Date:  July 25, 2022**<br>**Time:  2:00 p.m.**<br>**Courtroom:  7C** |

1

1 **PLEASE TAKE NOTICE** that on July 25, 2022, at 2:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 7C of the Honorable Mark C. Scarsi, located in the First Street Courthouse, 350 W. 1st Street, Los Angeles, California, 90012, Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech"), by and through their attorneys, will and hereby do move this Court *in limine* to preclude evidence, argument, and testimony from the damages expert of Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics"), Christian Tregillis, as to any reasonable royalty Pavemetrics should pay based on implementing an alleged non-infringing alternative and the purported benefit of Pavemetrics using marketing materials and sending output results to the Federal Railroad Administration.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in Support of the Motion, the accompanying Declaration of Aaron L. Parker and its supporting exhibits, all other filings in this case, all other matters of which the Court may take judicial notice, and any further argument or evidence that may be received by the Court. Tetra Tech has filed herewith a proposed order for the sought relief.

This Motion is made following the conference of counsel under Local Rule 7-3, which took place on June 23, 2022. The Parties were unable to reach an agreement that would eliminate the necessity for a hearing.

Dated: July 11, 2022  **CLARK HILL LLP**

By: _/s/ Donald L. Ridge_

Donald L. Ridge

2

| | |
|---|---|
| 1 | James R. Barney (*pro hac vice*) |
| 2 | Aaron L. Parker (*pro hac vice*) |
|   | Daniel G. Chung (*pro hac vice*) |
| 3 | Nicholas A. Cerulli (*pro hac vice*) |
| 4 | Kelly S. Horn (*pro hac vice*) |
|   | Jency J. Mathew (*pro hac vice*) |
| 5 | **FINNEGAN, HENDERSON, FARABOW,** |
| 6 | **GARRETT & DUNNER, LLP** |
| 7 | *Attorneys for Defendant and Counterclaim Plaintiffs* |
| 8 | TETRA TECH, INC. AND TETRA TECH TAS INC. |

3