1  Donald Ridge, Esq. (SBN: 132171)
2  **CLARK HILL LLP**
   555 South Flower Street, 24th Floor
3  Los Angeles, CA 90071
4  Telephone: (213) 891-9100
   Facsimile: (213) 488-1178
5  DRidge@clarkhill.com

6
7  James R. Barney (*pro hac vice*)
   james.barney@finnegan.com
8  Aaron L. Parker (*pro hac vice*)
   aaron.parker@finnegan.com            Jency J. Mathew (*pro hac vice*)
9  Daniel G. Chung (*pro hac vice*)     jency.mathew@finnegan.com
10 daniel.chung@finnegan.com            **FINNEGAN, HENDERSON,**
   Nicholas A. Cerulli (*pro hac vice*) **FARABOW, GARRETT &**
11 nicholas.cerulli@finnegan.com        **DUNNER, LLP**
   Kelly S. Horn (*pro hac vice*)       1875 Explorer Street, Suite 800
12 kelly.horn@finnegan.com              Reston, Virginia 20190-6023
13 **FINNEGAN, HENDERSON,**             Telephone: (571) 203-2700
   **FARABOW, GARRETT &**               Facsimile:  (571) 203-2777
14 **DUNNER, LLP**
15 901 New York Avenue NW               *Attorneys for Defendant and*
   Washington, D.C. 20001-4413          *Counterclaim Plaintiffs*
16 Telephone: (202) 408-4000
17 Facsimile:  (202) 408-4400

18

19 **UNITED STATES DISTRICT COURT**

20 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 21  PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
| 22        Plaintiff, | **[PROPOSED] ORDER GRANTING TETRA TECH'S MOTION *IN LIMINE* NO. 3 TO PRECLUDE CERTAIN OPINIONS OF CHRISTIAN TREGILLIS** |
| 23   v. | |
| 24  TETRA TECH, INC. | |
| 25        Defendant. | **Honorable Mark C. Scarsi** |
| 26  AND RELATED COUNTERCLAIMS. | |

1

# ORDER

Having considered and reviewed the parties' submissions to the Court in connection with Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech")'s Motion *in Limine* No. 3 to Preclude Certain Opinions of Christian Tregillis ("Motion"), and for good cause thereon, **IT IS HEREBY ORDERED** that Tetra Tech's Motion is **GRANTED**.

Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") and its damages expert, Christian Tregillis, are preluded at trial from presenting evidence, argument, or reference to any reasonable royalty Pavemetrics should pay based on implementing an alleged non-infringing alternative and the purported benefit of Pavemetrics using marketing materials and sending output results to the Federal Railroad Administration.

**IT IS SO ORDERED.**

Dated: _____  _____
**HONORABLE MARK C. SCARSI**
UNITED STATES DISTRICT JUDGE

Presented by:

[signature]
_____
Donald L. Ridge

*Attorneys for Defendant and Counterclaim Plaintiffs*
*TETRA TECH, INC. AND TETRA TECH TAS INC.*

2