Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (*pro hac vice*)
james.barney@finnegan.com
Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413

Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:   (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**NOTICE OF TETRA TECH'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE PAVEMETRICS' UNTIMELY PRODUCED MATERIALS**<br><br>**Honorable Mark C. Scarsi**<br><br>**Date:  July 25, 2022**<br>**Time:  2:00 p.m.**<br>**Courtroom:  7C** |

1

**PLEASE TAKE NOTICE** that on July 25, 2022, at 2:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 7C of the Honorable Mark C. Scarsi, located in the First Street Courthouse, 350 W. 1st Street, Los Angeles, California, 90012, Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech"), by and through their attorneys, will and hereby do move this Court *in limine* to preclude Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") from presenting evidence or opinion at trial that was belatedly produced after the close of discovery and without leave of Court.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in Support of the Motion, the accompanying Declaration of Aaron L. Parker and its supporting exhibits, all other filings in this case, all other matters of which the Court may take judicial notice, and any further argument or evidence that may be received by the Court. Tetra Tech has filed herewith a proposed order for the sought relief.

This Motion is made following the conference of counsel under Local Rule 7-3, which took place on June 23, 2022. The Parties were unable to reach an agreement that would eliminate the necessity for a hearing.

Dated: July 11, 2022           **CLARK HILL LLP**

By: _/s/ Donald L. Ridge_

Donald L. Ridge

| | |
|---|---|
| 1 | James R. Barney (*pro hac vice*) |
| 2 | Aaron L. Parker (*pro hac vice*) |
|   | Daniel G. Chung (*pro hac vice*) |
| 3 | Nicholas A. Cerulli (*pro hac vice*) |
| 4 | Kelly S. Horn (*pro hac vice*) |
|   | Jency J. Mathew (*pro hac vice*) |
| 5 | **FINNEGAN, HENDERSON, FARABOW,** |
| 6 | **GARRETT & DUNNER, LLP** |
| 7 | *Attorneys for Defendant and Counterclaim Plaintiffs* |
| 8 | TETRA TECH, INC. AND TETRA TECH TAS INC. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |