Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (*pro hac vice*)
james.barney@finnegan.com
Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:   (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**[PROPOSED] ORDER GRANTING TETRA TECH'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE PAVEMETRICS' UNTIMELY PRODUCED MATERIALS**<br><br>**Honorable Mark C. Scarsi** |

1

**ORDER**

This matter comes before the Court on Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech")'s Motion *in Limine* No. 4 to Exclude Pavemetrics' Untimely Produced Materials.

The Court, having considered the papers submitted in support of and opposing the Motion and the arguments of counsel, and finding good cause having been shown, **HEREBY ORDERS** that:

1. Tetra Tech's Motion *in Limine* No. 4 to Exclude Pavemetrics' Untimely Produced Materials is **GRANTED**.

2. Plaintiff and Counterclaim-Defendant Pavemetrics Systems, Inc. ("Pavemetrics") is precluded from relying on and asserting belated materials and opinions at trial, including:

- Excerpts of a purported new version of LRAIL source code (produced on June 17, 2022);
- An Amendment to Goods Agreement, bearing Bates Nos. PAVEMETRICS0413511-PAVEMETRICS0413514 (produced on June 17, 2022);
- Pavemetrics' Second Supplemental Objections and Responses to Tetra Tech's Interrogatory No. 15 (produced on June 17, 2022); and
- First Supplement to the Rebuttal Expert Report on Non-Infringement of David Frakes, Ph.D (produced on June 20, 2022).

**IT IS SO ORDERED.**

Dated: _____     _____
**HONORABLE MARK C. SCARSI**
UNITED STATES DISTRICT JUDGE

2

Presented by:

_____
Donald L. Ridge

*Attorneys for Defendant and Counterclaim Plaintiffs*
*TETRA TECH, INC. AND TETRA TECH TAS INC.*