Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (*pro hac vice*)
james.barney@finnegan.com
Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone:   (202) 408-4000
Facsimile:   (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:   (571) 203-2700
Facsimile:   (571) 203-2777
*Attorneys for Defendant and Counterclaim Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**[PROPOSED] ORDER GRANTING TETRA TECH'S MOTION *IN LIMINE* NO. 5 TO EXCLUDE REFERENCES TO UNDISCLOSED LEGAL OPINIONS OR LAY OPINIONS TO DEFEND AGAINST TETRA TECH'S CLAIMS OF INDUCED AND WILLFUL INFRINGEMENT**<br><br>**Honorable Mark C. Scarsi**<br>**Date:  July 25, 2022**<br>**Time:  2:00 p.m.**<br>**Courtroom:  7C** |

## ORDER

This matter comes before the Court on Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech")'s Motion *in Limine* No. 5 to Exclude References to Undisclosed Legal Opinions or Lay Opinions to Defend Against Tetra Tech's Claims of Induced and Willful Infringement.

The Court, having considered the papers submitted in support of and opposing the Motion and the arguments of counsel, and finding good cause having been shown, **IT IS HEREBY ORDERED** that Tetra Tech's Motion is **GRANTED**:

Plaintiff and Counterclaim-Defendant Pavemetrics Systems, Inc. ("Pavemetrics") is precluded from introducing and relying on (1) undisclosed legal opinions or legal advice regarding the Asserted Patents, and (2) lay opinions of Pavemetrics' lay witnesses, as a basis for showing that Pavemetrics had an alleged good-faith belief of non-infringement or invalidity.

**IT IS SO ORDERED.**

Dated: _____       _____
         **HONORABLE MARK C. SCARSI**
         UNITED STATES DISTRICT JUDGE

Presented by:

_____
Donald L. Ridge

*Attorneys for Defendant and Counterclaim Plaintiffs*
*TETRA TECH, INC. AND TETRA TECH TAS INC.*

1