Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (*pro hac vice*)
james.barney@finnegan.com
Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413

Telephone:   (202) 408-4000
Facsimile:   (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:   (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**DECLARATION OF AARON PARKER IN SUPPORT OF TETRA TECH'S MOTIONS *IN LIMINE* NOS. 1-5**<br><br>**Honorable Mark C. Scarsi**<br><br>**Date: July 25, 2022**<br>**Time: 2:00 p.m.**<br>**Courtroom: 7C** |

I, Aaron Parker, hereby declare as follows:

1. I am an attorney at law admitted to practice in the Commonwealth of Virginia and the District of Columbia and before the United States Court of Appeals for the Federal Circuit and United States Court of Appeals for the Fourth Circuit, among others, and I have been admitted *pro hac vice* in this matter. I am a partner of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys for Defendant and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), in the above-captioned matter. The facts stated herein are true and correct and of my personal knowledge, and if called and sworn as a witness, I could and would competently testify thereto under oath.

2. I make this declaration in support of Tetra Tech's Motions *in Limine* Nos. 1-5.

3. Attached as Exhibit 1 hereto is a true and correct copy of an email correspondence between Pavemetrics' counsel and Tetra Tech's counsel, dated June 22, 2022.

4. Attached as Exhibit 2 hereto is a true and correct copy of excerpts from the Initial Expert Report on Patent Invalidity of David Frakes, Ph.D., served on February 18, 2022.

5. Attached as Exhibit 3 hereto is a true and correct copy of an email from Pavemetrics' counsel and Tetra Tech's counsel, dated March 4, 2022.

6. Attached as Exhibit 4 hereto is a true and correct copy of excerpts from the Expert Report of Christian Tregillis, CPA, ABV, CFF, CLP, served on March 11, 2022.

7. Attached as Exhibit 5 hereto is a true and correct copy of excerpts from the Deposition of Christian Tregillis, taken March 25, 2022.

8. Attached as Exhibit 6 hereto is a true and correct copy of excerpts from the Deposition of Dr. David Frakes, taken March 18, 2022.

9. Attached as Exhibit 7 hereto is a true and correct copy of an email correspondence between Tetra Tech's counsel and Pavemetrics' counsel, dated June 28,

2022.

10. Attached as Exhibit 8 hereto is a true and correct copy of a document produced by Pavemetrics in this litigation bearing Bates Nos. PAVEMETRICS0413511-14.

11. Attached as Exhibit 9 hereto is a true and correct copy of Pavemetrics' Second Supplemental Objections and Responses to Interrogatory No. 15, served on June 17, 2022.

12. Attached as Exhibit 10 hereto is a true and correct copy of the First Supplement to the Rebuttal Expert Report on Non-Infringement of David Frakes, Ph.D., served on June 20, 2022.

13. Attached as Exhibit 11 hereto is a true and correct copy of Tetra Tech's Notice of Deposition of Pavemetrics Systems, Inc. pursuant to Federal Rule of Civil Procedure 30(b)(6), served on November 16, 2021.

14. Attached as Exhibit 12 hereto is a true and correct copy of excerpts from the Deposition of Richard Habel, taken December 29, 2021.

15. Attached as Exhibit 13 hereto is a true and correct copy of Pavemetrics' Objections and Responses to Tetra Tech's Fourth Set of Interrogatories (Nos. 20-25), served on January 20, 2022.

16. Attached as Exhibit 14 hereto is a true and correct copy of excerpts from the Rebuttal Expert Report on Non-Infringement of David Frakes, Ph.D., served on March 11, 2022.

///
///
///
///
///
///
///

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Washington, D.C. on July 11, 2022.

By: _____
Aaron L. Parker