# EXHIBIT 3

## Cerulli, Nicholas

| | |
|---|---|
| **From:** | Cerulli, Nicholas |
| **Sent:** | Monday, March 7, 2022 12:53 PM |
| **To:** | Nicholas.Zovko; Parker, Aaron; Chung, Daniel; Horn, Kelly; Mathew, Jency; Palace, Victor; Ridge, Donald L. |
| **Cc:** | EXT- joe.re@knobbe.com; Christy.Lea; Alan.Laquer; Raymond.Lu; Lit PAVEL.001L |
| **Subject:** | RE: Expert Depositions - Pavemetrics v. Tetra Tech, Case 2:21-cv-01289-MCS-MAA |

Nick,

We disagree that the burden of proof has any bearing on the order in which the parties' experts must be deposed. Also, Pavemetrics has the burden of proof for invalidity, so your point is moot with respect to the technical experts.

The depositions should be scheduled based on the availability of the parties' experts, and you have not indicated any reason why you cannot proceed with depositions of Tetra Tech's experts on March 24 and 25.

Dr. Morellas and Mr. Schoettelkotte are not available for their depositions the week of March 14, as you requested. Mr. Schoettelkotte is also available on March 22 in addition to March 25.

Please let us know if you plan to proceed with depositions of Tetra Tech's experts. We will not stipulate to extending expert discovery under the present circumstances, where it is clear there is no need.

Best regards,

Nick

**Nicholas Cerulli**
Associate

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com

# FINNEGAN

**From:** Nicholas.Zovko <Nicholas.Zovko@knobbe.com>
**Sent:** Friday, March 4, 2022 8:12 PM
**To:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Palace, Victor <Victor.Palace@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>
**Cc:** EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Christy.Lea <Christy.Lea@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Expert Depositions - Pavemetrics v. Tetra Tech, Case 2:21-cv-01289-MCS-MAA

**EXTERNAL** Email:

Nick,

Tetra Tech's proposed dates for Dr. Morellas and Mr. Schoettelkotte are unacceptable.

==Tetra Tech has the burden of proof on liability and damages.  Accordingly, Tetra Tech's experts should be deposed before Pavemetrics' experts,== which is why Pavemetrics requested dates during the week of March 14.  Please provide dates during the week of March 14, as we previously requested.

If Tetra Tech's experts are available on March 24 and 25 only, which are the last two days of expert discovery, then we will provide new dates for Dr. Frakes and Mr. Tregillis during the week of March 28.  The parties then can seek to extend the expert discovery cut-off and deadline to hear summary judgment motions by one week to accommodate the schedules of Tetra Tech's experts.

Best regards,

Nick

Nicholas Zovko
Partner
949-721-5295 Direct
**Knobbe Martens**

---

**From:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Sent:** Friday, March 4, 2022 2:15 PM
**To:** Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Palace, Victor <Victor.Palace@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>
**Cc:** Joe.Re <Joe.Re@knobbe.com>; Christy.Lea <Christy.Lea@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Expert Depositions - Pavemetrics v. Tetra Tech, Case 2:21-cv-01289-MCS-MAA

Nick,

The proposed dates for Dr. Frakes and Mr. Tregillis are fine for us.

Dr. Morellas is available on March 24, and Mr. Schoettelkotte is available on March 25.  Please confirm these dates are acceptable.

We agree to conducting all depositions over Zoom as with the prior depositions in this case.

Best regards,
Nick

**Nicholas Cerulli**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com

**FINNEGAN**

---

**From:** Nicholas.Zovko <Nicholas.Zovko@knobbe.com>
**Sent:** Monday, February 28, 2022 9:01 PM
**To:** Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Cerulli, Nicholas

<Nicholas.Cerulli@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Palace, Victor <Victor.Palace@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>
**Cc:** EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Christy.Lea <Christy.Lea@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** Expert Depositions - Pavemetrics v. Tetra Tech, Case 2:21-cv-01289-MCS-MAA

**EXTERNAL Email:**

Dear Counsel:

We would like to schedule expert depositions.

Dr. Frakes is currently available on Tuesday, March 22.  Mr. Tregillis is currently available on Thursday, March 24.  Please confirm these dates are acceptable.  Please also let us know the availability of Tetra Tech's experts during the week of March 14.

We propose that all expert depositions take place remotely over Zoom, similar to the depositions of fact witnesses.  Please confirm that you agree.

Best regards,

Nick

**Nicholas Zovko**
Partner
Nicholas.Zovko@knobbe.com

949-721-5295 Direct
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/nicholas-zovko

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.


This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.