# EXHIBIT 7

| | |
|---|---|
| From: | Cerulli, Nicholas |
| To: | Christy.Lea; Raymond.Lu; Parker, Aaron; Horn, Kelly; Mathew, Jency; Ridge, Donald L.; Ecklund, Steve; Barney, James; Chung, Daniel |
| Cc: | EXT- joe.re@knobbe.com; Alan.Laquer; Nicholas.Zovko; Lit PAVEL.001L |
| Subject: | RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Meet and Confer re Motions in Limine |
| Date: | Tuesday, June 28, 2022 2:24:00 PM |
| Attachments: | image001.jpg |

Christy,

We disagree that Tetra Tech has "plenty of time" to conduct the additional discovery required because of Pavemetrics' untimely productions or that waiting until after resolution of Tetra Tech's MIL would prejudice Pavemetrics in any way.  It is Pavemetrics, not Tetra Tech, that seeks to inject new discovery and expert opinions months after the close of fact and expert discovery and just a few weeks before trial.  Moreover, as we previously noted, Tetra Tech's expert, who would need to inspect the newly provided source code and potentially prepare a supplemental report, is out of the country for the next few weeks.  It would not even be possible to begin these tasks until after the pre-trial conference.

Regarding Pavemetrics' proposed MIL 1, although premature, there are several grounds that would overcome a hearsay objection to Exhibit 84, including, for example, non-hearsay party admissions, statements made against interest, statements showing the declarant's state of mind, and statements not being offered to prove the truth of the matter asserted.  In addition, Pavemetrics' proposed MIL is directed to more than just Exhibit 84, and thus, Tetra Tech intends to oppose this broad-sweeping attempt to exclude evidence regarding Pavemetrics' knowledge of Tetra Tech's patents.

Regarding Pavemetrics' proposed MIL 3, what you described in your email below is not what was discussed on Thursday's meet and confer.  Tetra Tech will not stipulate to noninfringement of claims 2, 4, and 21, or agree to expand the Court's SJ ruling beyond finding that "Fake3D with overlay" did not infringe claim 1.  As we now better understand Pavemetrics' intended MIL, Tetra Tech will oppose.

Best regards,
Nick

**Nicholas Cerulli**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com



**From:** Christy.Lea <Christy.Lea@knobbe.com>
**Sent:** Saturday, June 25, 2022 12:14 PM
**To:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Raymond.Lu <Raymond.Lu@knobbe.com>;

Exhibit 7
99

Parker, Aaron <Aaron.Parker@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>
**Cc:** EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Meet and Confer re Motions in Limine

**EXTERNAL Email:**

Dear Nick,

In the six weeks before trial, Tetra Tech has plenty of time to take two short Zoom depos and review source code that is similar to the last version already analyzed by Tetra Tech (but without mixed images). It is Tetra Tech's choice to forego that opportunity to try to justify its motion in limine. Also, that Pavemetrics removed mixed images from its source code does not provide any basis for Tetra Tech to amend its infringement theories. At least by January 7, 2022, Pavemetrics informed Tetra Tech that it had removed mixed images from the code. *See* Hebert Tr. 138:20-139:5. Despite that change, Tetra Tech never since requested to inspect the source code during the discovery period. Nonetheless, given the recent installation of software based on that code, Pavemetrics is still willing to allow Tetra Tech to inspect the code at this time. Any decision by Tetra Tech to wait until the Pretrial conference (i.e., 2 weeks before trial) to seek discovery is at its own peril and could potentially prejudice Pavemetrics. Pavemetrics will not agree to a trial continuance caused by Tetra Tech's delay. Nor would the Court entertain such a request just so Tetra Tech can see the outcomes on its MIL.

On MIL No. 1, please identify the hearsay exception that Tetra Tech contends applies to statements related to Pavemetrics' knowledge of the asserted patents, including the double hearsay in Exhibit 84.

Pavemetrics' MIL No. 2 seeks to preclude any testimony regarding discovery disputes, including disputes related to the setup of the laptop provided by Pavemetrics for source code inspection. We understand Tetra Tech will oppose.

On MIL No. 3, Pavemetrics is interested in stipulating, but your suggested stipulation is not broad enough and needs to be clarified. The Court held that Fake3D with overlay combined with an algorithm containing only elevation data cannot infringe the Claim 1 algorithm as a matter of law on summary judgment. ECF 189 at 9. Thus, the stipulation would include Claims 2, 4, and 21, which depend from claim 1, and further limit the claim 1 algorithm addressed by the Court. For each of these claims, Dr. Morellas' report identifies an algorithm that analyzes elevation data only. *See, e.g.,* Morellas ¶¶192-208, 225-254, 375-387. If Tetra Tech is willing to stipulate to MIL No. 3, Pavemetrics will similarly stipulate regarding Dr. Frakes' testimony. To be clear, any stipulation would not limit Dr. Frakes' ability to opine on obviousness in any way.

Best,

Exhibit 7
100

Christy

**Christy Lea**
Partner
949-721-7642 **Direct**
949-500-6972 **Cell**
**Knobbe Martens**

**From:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Sent:** Friday, June 24, 2022 4:22 PM
**To:** Christy.Lea <Christy.Lea@knobbe.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>
**Cc:** Joe.Re <Joe.Re@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Meet and Confer re Motions in Limine

Christy,

Thank you for your email. While we appreciate Pavemetrics' offer to make the newly produced source code available for inspection and make Dr. Hebert and Dr. Frakes available for deposition, it is premature for Tetra Tech to entertain this offer. As discussed yesterday, Pavemetrics' production was made well after the fact and expert discovery cutoff dates and without requesting leave of Court. The new production and supplemental report should therefore be precluded, and any question of additional fact and expert discovery is not ripe at the moment. Moreover, permitting the belated discovery at this late stage would not cure the severe prejudice to Tetra Tech in having to take additional fact and expert depositions, submitting a supplemental expert report, and, if necessary, amending its infringement theories, all on the eve of trial. Furthermore, Tetra Tech's expert, Dr. Morellas, is out of the country starting early next week until late July. To force Tetra Tech and its expert to conduct a source code review, submit a supplemental expert report, and depose two witnesses, in just one to two weeks, all while trying to prepare for trial, is unduly burdensome and prejudicial. We believe the more appropriate course is to revisit any plan for additional discovery following the Court's ruling and guidance on this MIL. Should the Court permit Pavemetrics to proceed with its new discovery and supplemental report, the parties will then need to agree on a plan for Tetra Tech to take additional discovery, and, if necessary, continuing the trial date.

Regarding Pavemetrics' MILs, we understand from the meet and confer yesterday that Pavemetrics plans to file three MILs on the following issues:

**Exhibit 7**
101

1. Preclude any hearsay statements related to Pavemetrics' knowledge of the asserted patents, including Exhibit 84 to Tetra Tech's opposition to Pavemetrics' summary judgment motion on inducement.
2. Preclude any testimony or evidence related to the setup of the laptop provided by Pavemetrics for source code inspection.
3. Preclude Dr. Morellas from presenting testimony or evidence contrary to the Court's summary judgment order (ECF 189), including regarding "Fake3D with overlay" meeting the elements of claim 1 of the '293 patent.

Tetra Tech intends to oppose Pavemetrics' first two MILs.

With respect to MIL 3, Tetra Tech proposes that the parties stipulate that neither Dr. Morellas nor Dr. Frakes can present testimony or evidence contrary to the Court's summary judgment order (ECF 189). In addition, Tetra Tech is willing to agree that Dr. Morellas cannot testify or present evidence that "Fake3D with overlay" meets the elements of claim 1 of the '293 patent for infringement, contingent upon Pavemetrics agreeing that Dr. Frakes cannot testify or present evidence that "Fake3D with overlay" meets the elements of claim 1 of the '293 patent for invalidity. Please let us know whether Pavemetrics agrees to this stipulation.

Best regards,
Nick

**Nicholas Cerulli**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com



**From:** Christy.Lea <Christy.Lea@knobbe.com>
**Sent:** Thursday, June 23, 2022 8:16 PM
**To:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Raymond.Lu <Raymond.Lu@knobbe.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>
**Cc:** EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Meet and Confer re Motions in Limine

**EXTERNAL Email:**

Hi Nick,

Thank you for the meet and confer today regarding the parties' contemplated motions in limine. I

Exhibit 7
102

understand that Tetra Tech plans to file five MILs on the following issues:

1. Realignment of the parties
2. Preclude Pavemetrics from relying on the Court's Order denying Tetra Tech's Motion for a Preliminary Injunction
3. Preclude Tregillis testimony related to design around time and costs
4. Preclude Pavemetrics from relying on documents and evidence supplemented after the close of discovery, including Frakes' First Supplemental Report dated June 20, 2022, PAVE-SRC-350 through PAVE-SRC-437 (Version 4.82.0.0-965af44c2), and PAVEMETRICS0413511-PAVEMETRICS0413514 (Amendment 1 to Goods Agreement)
5. Certain evidence related to Pavemetrics' good faith belief of non-infringement: (a) Any evidence Pavemetrics relied on attorneys in forming good faith belief and (b) Pavemetrics' review of the patents and determination it did not infringe as improper lay testimony

Pavemetrics' intends to oppose all of Tetra Tech's MILs.

With respect to MIL No. 4, Pavemetrics produced the documents after the close of fact discovery because they did not exist before the close of fact discovery. They also did not become relevant until May 2022, as set forth in Pavemetrics' Second Supplemental Response to Interrogatory No. 15 dated June 17, 2022. Pavemetrics has provided what it believes to be the relevant excerpts of the source code (PAVE-SRC-350 through PAVE-SRC-437), but is willing to make the entire source code available for Version 4.82.0.0-965af44c2 if Tetra Tech would like to inspect it on the source code laptop. Also, Pavemetrics will make Dr. Frakes and Dr. Hebert available for deposition on the supplemental evidence, facts, and opinions. Please let me know if and when Tetra Tech would like to depose them, and for how long.

Best,
Christy


**Christy Lea**
Partner
949-721-7642 Direct
949-500-6972 Cell
**Knobbe Martens**


**From:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Sent:** Thursday, June 23, 2022 8:09 AM
**To:** Raymond.Lu <Raymond.Lu@knobbe.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>
**Cc:** Christy.Lea <Christy.Lea@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Lit PAVEL.001L

**Exhibit 7**
103

<LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Meet and Confer re Motions in Limine

Ray,

We are available today at 10:00 am PST (1:00 EST).  Please use the dial-in below.

Dial-in:  1-877-304-9269
Passcode:  106414

Best regards,
Nick

### Nicholas Cerulli
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com



**From:** Raymond.Lu <Raymond.Lu@knobbe.com>
**Sent:** Wednesday, June 22, 2022 6:23 PM
**To:** Parker, Aaron <Aaron.Parker@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Cc:** Christy.Lea <Christy.Lea@knobbe.com>; EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Alan.Laquer <Alan.Laquer@knobbe.com>; Nicholas.Zovko <Nicholas.Zovko@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** Pavemetrics Systems, Inc. v. Tetra Tech, Inc. - Meet and Confer re Motions in Limine

***EXTERNAL* Email:**

Dear Counsel:

We are available from 10 AM to 12 PM PST tomorrow (June 23) to meet and confer regarding motions *in limine*.  If that time slot works for your side, please circulate a meeting invite.

Best,
Ray

**Raymond Lu**
Associate
Raymond.Lu@knobbe.com
(949) 721-2852  **Direct**

Exhibit 7
104

**Knobbe Martens**

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit 7
105