Case No. 2:21-CV-1289-MCS-MMA

# CERTIFICATE OF SERVICE

*PAVEMETRICS SYSTEMS, INC. V. TETRA TECH, INC.*

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORIA**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles , State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 South Flower Street, Suite 2400, Los Angeles, CA 90071.

    On July 11, 2022, I served the following document(s) described as:

- **[FILED UNDER SEAL] DECLARATION OF NICHOLAS A. CERULLI IN SUPPORT OF TETRA TECH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL IN SUPPORT OF TETRA TECH'S MOTION IN LIMINE NOS. 1-5;**

- **[FILED UNDER SEAL] TETRA TECH'S MOTION IN LIMINE (#3) TO PRECLUDE CERTAIN OPINIONS OF CHRISTIAN TREGILLIS;**

- **[FILED UNDER SEAL] TETRA TECH'S MOTION IN LIMINE (#4) TO EXCLUDE PAVEMETRICS' UNTIMELY PRODUCED MATERIALS**

- **[FILED UNDER SEAL] EXHIBIT 2, 4-6, 8-10, 12-14 DECLARATION OF AARON PARKER IN SUPPORT OF TETRA TECH'S MOTION IN LIMINE NOS. 1-5**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☐ (BY U.S. MAIL): I am personally and readily familiar with the business practice of Clark Hill LLP for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Los Angeles, California.

☐ (BY MESSENGER SERVICE): by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☒ (BY ELECTRONIC MAIL TRANSMISSION THROUGH IMANAGE SHARE FOLDER]: I caused the document to be send to the persons at the e-mail address(es) listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. A pdf copy of which was sent via email to the below email address(es).

☐ (BY OVERNIGHT MAIL): I am personally and readily familiar with the business practice of Clark Hill LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

ClarkHill\K3749\422362\263493565.v1-4/26/22

1

Case No. 2:21-cv-1289-MCS-MMA

1  ☐ (BY ELECTRONIC SERVICE):  By electronically mailing a true and correct copy through Clark Hill LLP's electronic mail system from amelhadoburke@ClarkHill.com to the email addresses set forth below.

2

3  ☐ (BY PERSONAL DELIVERY):  I caused such envelope to be delivered by hand to the offices of each addressee below.

4

5  Executed on July 11, 2022, at Los Angeles, California.

6       I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7

8

9

10                      Amanda Melhado-Burke

**SERVICE LIST**

| | |
|---|---|
| Joseph R. Re, Esq.<br>Christy G. Lea, Esq.<br>Nicholas M. Zovko, Esq.<br>Alan G. Laquer, Esq.<br>Raymond Lu, Esq.<br>**Knobbe Martens Olson and Bear LLP**<br>2040 Main Street 14th Floor<br>Irvine, California 92614<br>Tel: 949-760-0404<br>Fax: 949-750-9502<br>Email:<br>joe.re@knobbe.com<br>Christy.lea@knobbe.com<br>Nicholas.zovko@knobbe.com<br>alan.laquer@knobbe.com<br>Raymond.lu@knobbe.com<br>litigation@knobbe.com | Attorneys for Plaintiff, ***Pavemetrics Systems, Inc.*** |

ClarkHill\K3749\422362\263493565.v1-4/26/22