Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **PAVEMETRICS' TRIAL WITNESS LIST** |

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Local Rule 16-5, and the Court's Order re: Jury Trial (ECF 56), Plaintiff Pavemetrics Systems, Inc. submits the following list of witnesses, who will or may be called to testify live or by deposition at trial in the above-captioned case.

This list does not include those persons who are contemplated to be used solely for impeachment or rebuttal. Pavemetrics reserves the right not to call any witness listed, and to offer testimony of additional or alternative witnesses at trial for impeachment, authentication, foundation, or other purposes.

Due to health issues, Pavemetrics intends to request that Richard Habel, CEO of Pavemetrics, be permitted to testify remotely by video.

Pavemetrics further reserves the right to seek to supplement or revise this list should the need arise, including based on clarification by rulings of the Court regarding the nature of the parties' claims or defenses. In addition, Pavemetrics reserves the right to call the witnesses identified by Defendant/Counterclaim-Plaintiff Tetra Tech, or to call rebuttal witnesses, as the need arises.

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Richard Habel (remotely by video)<br><br>c/o Knobbe Martens, Olson, & Bear, LLP<br>2040 Main St Fl. 14<br>Irvine, CA 92614<br>(949) 760-0404 | Mr. Habel is the CEO of Pavemetrics and is expected to testify regarding historical knowledge and beliefs of Pavemetrics, Pavemetrics' rail inspection technology and products, and financial information relating to the accused LRAIL systems. | 1 hour | 30 minutes | |

-1-

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Jean-François Hébert<br><br>c/o Knobbe Martens, Olson, & Bear, LLP<br>2040 Main St Fl. 14<br>Irvine, CA 92614<br>(949) 760-0404 | Dr. Hébert is the Director of Product Development of Pavemetrics and is expected to testify regarding the design, operation, and functionality of each accused LRAIL system, including the software and source code for each accused system. | 2 hours 45 minutes | 60 minutes | |
| John Laurent<br><br>c/o Knobbe Martens, Olson, & Bear, LLP<br>2040 Main St Fl. 14<br>Irvine, CA 92614<br>(949) 760-0404 | Mr. Laurent is VP of Business Development and Chief Technology Officer of Pavemetrics and is expected to testify regarding the development of Pavemetrics' rail inspection technology and products, marketing and promotion of Pavemetrics' rail inspection technology and products, sales of the accused LRAIL systems, and Pavemetrics' relationship with Tetra Tech as a customer. | 2 hours | 30 minutes | |
| David Frakes<br><br>c/o Knobbe Martens, Olson, & Bear, LLP<br>2040 Main St Fl. 14<br>Irvine, CA 92614<br>(949) 760-0404 | Dr. Frakes is an engineer, professor, and Pavemetrics' technical expert and is expected to testify regarding opinions as set forth in his expert reports regarding non-infringement and invalidity. | 2 hours 45 minutes | 120 minutes | |

-2-

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Christian Tregillis<br><br>800 S. Figueroa Street, Suite 1270<br>Los Angeles, CA 90017 | Mr. Tregillis is Pavemetrics' expert witness regarding damages and is expected to testify regarding opinions as set forth in his expert report regarding damages. | 1 hour | 40 minutes | |
| Ali Hafiz<br>(by deposition)<br><br>1 Crossroads Dr., Hamilton Township, NJ 08691 | Mr. Hafiz is Project Engineer of Advanced Infrastructure Design (AID) and is expected to testify regarding AID's purchase of one accused LRAIL system and AID's alleged use of that LRAIL system. | 10 minutes | | |
| Bradford Spencer<br>(by deposition)<br><br>500 Water Street, 15th Floor<br>Jacksonville, FL 32202 | Mr. Spencer is Director of Track Testing of CSX Transportation (CSX) and is expected to testify regarding CSX's purchase of three accused LRAIL systems and CSX's decision not to purchase Tetra Tech's RailAI system. | 15 minutes | | |
| Robert Olenoski<br>Tetra Tech<br>(by deposition) | Mr. Olenoski is Consultant to Tetra Tech TAS Inc. and is expected to testify regarding Tetra Tech's potential purchase of an LRAIL system from Pavemetrics. | 30 minutes | | |

-3-

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Gary Keyes*[1]<br>Tetra Tech<br>(live or by deposition) | Mr. Keyes is Vice President of Tetra Tech, Inc. and is expected to testify regarding Tetra Tech's business operations, Tetra Tech's marketing and sales, and Tetra Tech's discussions with CSX regarding a potential sale of Tetra Tech's RailAI system. | | | |
| William Larson*[2]<br>Tetra Tech<br>(live or by deposition) | Mr. Larson is Senior Advisor of Asset Management of Tetra Tech, Inc. and a former employee of CSX and is expected to testify regarding Tetra Tech's discussions with CSX regarding a potential sale of Tetra Tech's RailAI system. | | | |

---

[1] Pavemetrics has identified Mr. Keyes as a witness that it may call only if the need arises for at least two reasons. First, Pavemetrics expects that Mr. Keyes will testify live at trial. Second, Pavemetrics assumes that witnesses can only be called once at trial. However, if Mr. Keyes does not testify live at trial or witnesses may be called more than once at trial, Pavemetrics preserves its ability to designate deposition testimony from Mr. Keyes and/or call Mr. Keyes to testify live at trial.

[2] Pavemetrics has identified Mr. Larson as a witness that it may call only if the need arises for at least two reasons. First, Pavemetrics expects that Mr. Larson will testify live at trial. Second, Pavemetrics assumes that witnesses can only be called once at trial. However, if Mr. Larson does not testify live at trial or witnesses may be called more than once at trial, Pavemetrics preserves its ability to designate deposition testimony from Mr. Larson and/or call Mr. Larson to testify live at trial.

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Darel Mesher*[3] Tetra Tech (live or by deposition) | Dr. Mesher is Chief Technical Officer of Tetra Tech TAS Inc., the named inventor on the asserted patents, and is expected to testify regarding the asserted patents, Tetra Tech's 3DTAS and RailAI products, Tetra Tech's prior art public uses and sales, and Tetra Tech's relationship with Pavemetrics as a customer. | | | |
| Bernard Teufele*[4] Tetra Tech (live or by deposition) | Mr. Teufele is President and CEO of Tetra Tech TAS Inc. and is expected to testify regarding Tech Tech's business operations relating to rail inspection, Tetra Tech's financial information, and Tetra Tech's discussions with CSX regarding a potential sale of Tetra Tech's RailAI system. | | | |

---

[3] Pavemetrics has identified Dr. Mesher as a witness that it may call only if the need arises for at least two reasons. First, Pavemetrics expects that Dr. Mesher will testify live at trial. Second, Pavemetrics assumes that witnesses can only be called once at trial. However, if Dr. Mesher does not testify live at trial or witnesses may be called more than once at trial, Pavemetrics preserves its ability to designate deposition testimony from Dr. Mesher and/or call Dr. Mesher to testify live at trial.

[4] Pavemetrics has identified Mr. Teufele as a witness that it may call only if the need arises for at least two reasons. First, Pavemetrics expects that Mr. Teufele will testify live at trial. Second, Pavemetrics assumes that witnesses can only be called once at trial. However, if Mr. Teufele does not testify live at trial or witnesses may be called more than once at trial, Pavemetrics preserves its ability to designate deposition testimony from

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Richard Fox-Ivey*<br><br>c/o Knobbe Martens, Olson, & Bear, LLP<br>2040 Main St Fl. 14<br>Irvine, CA 92614<br>(949) 760-0404 | Mr. Fox-Ivey is a consultant for Pavemetrics and may testify if the need arises regarding the marketing and promotion of Pavemetrics' rail inspection technology and products and communications between Pavemetrics and Tetra Tech, AID, and CSX. | | | |
| Thanh Nguyen*<br><br>c/o Knobbe Martens, Olson, & Bear, LLP<br>2040 Main St Fl. 14<br>Irvine, CA 92614<br>(949) 760-0404 | Mr. Nguyen is a member of the scientific staff of Pavemetrics and may testify if the need arises regarding technical aspects of the accused LRAIL systems, including source code. | | | |
| Mario Talbot*<br><br>c/o Knobbe Martens, Olson, & Bear, LLP<br>2040 Main St Fl. 14<br>Irvine, CA 92614<br>(949) 760-0404 | Mr. Talbot is a member of the scientific staff of Pavemetrics and may testify if the need arises regarding prior art and technical aspects of the accused LRAIL systems, including implementation of those systems. | | | |

Mr. Teufele and/or call Mr. Teufele to testify live at trial.

-6-

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Ewing Kung* Tetra Tech (by deposition) | Mr. Kung is Rail Lead of Tetra Tech, Inc. and may testify if the need arises regarding technical aspects of Tetra Tech's rail inspection products, including design, development, and operation. | | | |

*Indicates that witness will be called only if the need arises.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 11, 2022

By: */s/ Christy G. Lea*
　　Joseph R. Re
　　Christy G. Lea
　　Nicholas M. Zovko
　　Alan G. Laquer
　　Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant,*
PAVEMETRICS SYSTEMS, INC.

55683462