# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21-cv-01289-MCS-MAA<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   7/1/2022

Document Number(s):   246

Title of Document(s):   Proof of Service (subsequent documents) by Tetra Tech Parties

**ERROR(S) WITH DOCUMENT:**

Title page is missing.

MISSING FORMAL TITLE PAGE AND THE L R-11-3.8 required filer, attorney information... format is instead the type attached at the end of a document.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 12, 2022          By: /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.