# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21−cv−01289−MCS−MAA<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 7/11/2022 | 246 | Proof of Service (subsequent documents) by Tetra Tech Parties |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is accepted as filed.

Clerk, U.S. District Court

Dated: July 12, 2022           By: /s/ *Stephen Montes*
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112B (01/07)   **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**