# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | 2:21−cv−01289−MCS−MAA |
| Plaintiff(s), | |
| v. | |
| TETRA TECH, INC. | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 7/8/2022 | 210, 212, 213, 215, 217, 223 | Sealed Exhibits by Plaintiffs |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is stricken and counsel is ordered to file an amended or corrected document by July 15, 2022.

Clerk, U.S. District Court

Dated: July 13, 2022        By: _/s/ Stephen Montes_
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*