Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404 / Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

James R. Barney (*pro hac vice*)
james.barney@finnegan.com
Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com

Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000 / Facsimile: (202) 408-4400

*Attorneys for Defendant and Counterclaim Plaintiffs*
TETRA TECH, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **JOINT STATEMENT REGARDING SEALING OF ORDER ON MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STRIKE [DKT. 209]** <br><br> Honorable Mark C. Scarsi |

Pursuant to the Court's instructions in its Order on Motions for Summary Judgment and Motion to Strike (Dkt. 209), Plaintiff Pavemetrics Systems, Inc. and Defendants Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, the "Parties") submit this Joint Statement.

Pavemetrics identifies the following portions of the Court's Order that it respectfully requests remain sealed.

Pages/Lines to be redacted:

5:9–21

6:1–10

6:13–15

6:17–25

7:8–12

7:18–20

11:15 (dollar amount only)

12:2 (dollar amounts only)

15:5–7

17:16–20

17:27 (footnote 5)

If it would be helpful for the Court, Pavemetrics can provide a redacted version of the Court's Order for public filing upon request.

Tetra Tech does not oppose Pavemetrics' request.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 13, 2022    By: /s/ Christy G. Lea
Christy G. Lea
Joseph R. Re
Nicholas M. Zovko
Alan G. Laquer
Raymond S. Lu

*Attorneys for Plaintiff/Counterclaim Defendant*,
PAVEMETRICS SYSTEMS, INC.

| | |
|---|---|
| Dated: July 13, 2022 | By: */s/ Nicholas A. Cerulli*<br>*(with permission Christy G. Lea)*<br><br>Donald L. Ridge<br>**CLARK HILL LLP**<br><br>James R. Barney (*pro hac vice*)<br>Aaron L. Parker (*pro hac vice*)<br>Daniel G. Chung (*pro hac vice*)<br>Nicholas A. Cerulli (*pro hac vice*)<br>Kelly S. Horn (*pro hac vice*)<br>Jency J. Mathew (*pro hac vice*)<br>**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**<br><br>*Attorneys for Defendant and Counterclaim Plaintiffs TETRA TECH, INC. AND TETRA TECH TAS INC.* |

55958819

-2-