Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br>Honorable Mark C. Scarsi<br><br>**CERTIFICATE OF SERVICE TETRA TECH'S UNDER SEAL FILING OF DOCUMENTS EXHIBITS 42-56, 59-70, 72-105, 107-118, 120-126, AND 128 TO THE DECLARATION OF AARON PARKER IN SUPPORT OF TETRA TECH'S OPPOSITION TO PAVEMETRICS' MOTION FOR SUMMARY JUDGMENT NOS. 1-4 AND PAVEMETRICS' MOTION TO STRIKE [FILED PURSUANT TO COURT ORDER DATED JULY 6, 2022 [ECF #207]** |

Case No. 2:21-CV-1289-MCS-MMA

# CERTIFICATE OF SERVICE

*PAVEMETRICS SYSTEMS, INC. V. TETRA TECH, INC.*

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORIA**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 South Flower Street, Suite 2400, Los Angeles, CA 90071.

On July 14, 2022, I served the following document(s) described as:

- **[FILED UNDER SEAL] [CORRECTED] EXHIBITS 42-56. 59-70, 72-105, 107-118, 120-126, AND 128 TO THE DECLARATION OF AARON PARKER IN SUPPORT OF TETRA TECH'S OPPOSITION TO PAVEMETRICS' MOTION FOR SUMMARY JUDGMENT NOS.1-4 AND PAVEMETRICS' MOTION TO STRIKE PURSUANT TO COURT ORDER DATED JULY 6, 2022**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☐ (BY U.S. MAIL): I am personally and readily familiar with the business practice of Clark Hill LLP for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Los Angeles, California.

☐ (BY MESSENGER SERVICE): by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☑ (BY ELECTRONIC MAIL TRANSMISSION THROUGH IMANAGE SHARE FOLDER]: I caused the document to be send to the persons at the e-mail address(es) listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. A pdf copy of which was sent via email to the below email address(es).

☐ (BY OVERNIGHT MAIL): I am personally and readily familiar with the business practice of Clark Hill LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ (BY ELECTRONIC SERVICE): By electronically mailing a true and correct copy through Clark Hill LLP's electronic mail system from amelhadoburke@ClarkHill.com to the email addresses set forth below.

☐ (BY PERSONAL DELIVERY): I caused such envelope to be delivered by hand to the offices of each addressee below.

Executed on July 14, 2022, at Los Angeles, California.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                   Amanda Melhado-Burke

## SERVICE LIST

| | |
|---|---|
| Joseph R. Re, Esq.<br>Christy G. Lea, Esq.<br>Nicholas M. Zovko, Esq.<br>Alan G. Laquer, Esq.<br>Raymond Lu, Esq.<br>**Knobbe Martens Olson and Bear LLP**<br>2040 Main Street 14th Floor<br>Irvine, California 92614<br>Tel: 949-760-0404<br>Fax: 949-750-9502<br>Email:<br>joe.re@knobbe.com<br>Christy.lea@knobbe.com<br>Nicholas.zovko@knobbe.com<br>alan.laquer@knobbe.com<br>Raymond.lu@knobbe.com<br>litigation@knobbe.com | Attorneys for Plaintiff, ***Pavemetrics Systems, Inc.*** |