Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (*pro hac vice*)
james.barney@finnegan.com
Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**TETRA TECH'S PROPOSED ADDITIONAL VOIR DIRE**<br><br>**Honorable Mark C. Scarsi**<br><br>**Trial Date: August 16, 2022**<br>**Time: 8:30 a.m.**<br>**Place: Courtroom 7C** |

Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Third-Party Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech") respectfully request that the Court ask the jury panel the following additional voir dire questions:

1. The entities involved in this case include: Tetra Tech, Inc., Tetra Tech TAS Inc., Pavemetrics Systems Inc., CSX Transportation, and Advanced Infrastructure Design, Inc.

   a. Have you or a member of your immediate family ever worked for any of these companies? If so, please explain.

   b. Do you or a member of your immediate family now own, or have you or any such member ever owned, any stocks or bonds in any of these companies? If so, please explain.

   c. Have you or a member of your immediate family had any dealings with, or relied financially on, any of these companies? If so, please explain.

   d. Have you or a member of your immediate family had any experience with the products of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies? If so, please explain.

2. Have you or a member of your immediate family had any experience with the following law firms involved in this litigation: Finnegan, Farabow, Garrett, & Dunner, LLP; Clark Hill LLP; or Knobbe, Martens, Olsen & Bear, LLP? If so, please explain.

3. Have you or any member of your immediate family heard of or had any acquaintance with any of the following attorneys: James R. Barney, Aaron L. Parker, Daniel G. Chung, Nicholas A. Cerulli, Kelly S. Horn, Jency J. Matthew, Donald Ridge, Joseph R. Re, Christy G. Lea, Nicholas M. Zovko, Alan G. Laquer, or Raymond Lu? If so, please explain.

4. Have you or any member of your immediate family heard of or had any acquaintance with any of the following potential witnesses: Gary Keyes; Ewing Kung; William (Bill) Larson; Darel Mesher; Robert Olenoski; Bernard (Bernie) Teufele;

Richard Fox-Ivey; Richard Habel; Jean-Francois Hébert; John Laurent; Thanh Nguyen; Mario Talbot; Ali Hafiz; Brad Spencer; Vassilios Morellas; David Frakes; Todd Schoettelkotte; or Christian Tregillis? If so, please explain.

5. Do you or any member of your immediate family have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it? If so, please explain.

6. Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit? If so, please explain.

7. Have you ever served as a juror in a civil lawsuit? If so, please explain.

8. Have you ever had a negative experience with the legal system? If so, please explain.

9. Have you, or someone close to you, ever been educated, employed, trained, or had any experience in any of the following subject areas:

    a. Railroad inspection;
    b. Railroad operation;
    c. Railroad tie installation or inspection;
    d. Computer vision;
    e. Artificial intelligence;
    f. Law or legal studies; or
    g. Accounting or financing? If so, please explain.

10. Have you or anyone close to you built or assisted in the building of a railroad line? If so, please explain.

11. Have you or anyone close to you ever worked on a railroad track, railroad car, or railroad inspection car? If so, please explain.

12. Have you or someone close to you been involved in a railroad breakdown? If so, please explain.

13. Do you possess any opinions about large corporations that might keep you from being a fair and impartial juror? If so, please explain.

2

14. Do you, a family member, or a close friend own a small business? If so, please explain.

15. Have you ever worked for a company that had patented products or processes? If so, please explain.

16. Have you ever been involved in the development of a new product or process? If so, please explain.

17. Do you have any knowledge about or experience with patents, including applying for a patent with the United States Patent and Trademark Office? If so, please explain.

18. Have you or a member of your immediately family ever had any dealings with the United States Patent and Trademark Office? If so, please explain.

19. Do you have any opinions about a patent granting exclusive rights to the inventors or their employer? If so, please explain.

20. Do you believe it is wrong for a company to profit from its invention or discovery? If so, please explain.

21. Have you or someone close to you ever been involved in a dispute about patents? If so, please explain.

22. This case may involve testimony from people referred to as "expert witnesses." Under our legal system each side can hire expert witnesses and those witnesses get paid for their time and for providing testimony and opinions. You do not have to accept their opinions, but you should consider their opinions with an open mind. Are you unwilling to trust a witness because the witness is paid by one side or the other to provide testimony and opinions in this case?

23. If you are selected as a juror, the Court will instruct you that you are not allowed to use the internet to look up any information that in any way relates to this case or to your role as a juror, not even dictionary definitions or other information that may seem to you to be harmless. Do you believe that you may have difficulty following that instruction?

24. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case? If so, please explain.

25. Have you served on a jury before?

    a. If so, were you the foreperson on that jury?

    b. If so, do you think that past jury experience might affect you if you are a juror in this case?

26. Do you know of any other matter which you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law? If so, please explain.

Dated: July 18, 2022

**CLARK HILL LLP**

By: _____
          Donald L. Ridge

James R. Barney (*pro hac vice*)
Aaron L. Parker (*pro hac vice*)
Daniel G. Chung (*pro hac vice*)
Nicholas A. Cerulli (*pro hac vice*)
Kelly S. Horn (*pro hac vice*)
Jency J. Mathew (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

*Attorneys for Defendant and Counterclaim Plaintiffs TETRA TECH, INC. AND TETRA TECH TAS INC.*