Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **PAVEMETRICS' PROPOSED ADDITIONAL VOIR DIRE QUESTIONS** <br><br> Pretrial Conference:  Aug. 1, 2022 <br> Trial:                          Aug. 16, 2022 |

Plaintiff Pavemetrics Systems, Inc. respectfully requests that the Court ask the prospective jurors the following additional voir dire questions:

1. Please state your name, the county you live, your marital status, whether you have children (if adult children their occupations).

2. Please describe your educational background and indicate any special certifications, trade school programs, college studies, college degrees and any advanced degrees. Also, please indicate your area of emphasis and/or major in school beyond high school.

3. Please describe your current job or occupation and indicate if you manage or supervise others at work.

4. Is there anyone who is self-employed or owns a business? If yes, please describe.

5. Have you heard of any of the following companies: Pavemetrics, Inc., Tetra Tech, Inc., CSX Transportation ("CSX"), or Advanced Infrastructure Design, Inc. ("AID"), Georgetown Rail Equipment Company ("GREX")? If so, please explain.

6. Have you heard of any of the following people: Gary Keyes, Darel Mesher, William Larson, Bernard Teufele, Robert Olenoski, Richard Habel, John Laurent, Jean-Francois Hebert, Ali Hafiz, Bradford Spencer, Vassilios Morellas, Todd Schoettelkotte, David Frakes, Christian Tregillis? If so, please explain.

7. Have you or an immediate family member ever been involved in a lawsuit? If so, please explain.

8. Do you have strong feelings, positive or negative, about the legal system that might make it difficult for you to serve as a fair and impartial juror in this case? If yes, please explain.

9. Have you or an immediate family member ever filed for a patent or trademark? If so, please explain.

10. Have you or an immediate family member ever been involved in a patent lawsuit or been accused of infringing a patent? If so, please explain.

11. Have you or a company you worked for ever enforced a patent against someone accused of infringing that patent?

12. Do you have strong feelings, positive or negative, about the United States Patent and Trademark Office that might make it difficult for you to serve as a fair and impartial juror in this case? If yes, please explain?

13. Have you or anyone in your family ever worked in the rail or rail inspection industry? If so, please explain.

14. Have you or anyone in your family ever been in an accident involving trains or railroads? If so, please explain.

15. Do you have strong feelings, positive or negative, about the FRA (Federal Railroad Administration), which is the governmental organization that regulates the safety of railroads in the United States, that might make it difficult for you to serve as a fair and impartial juror in this case? If yes, please explain.

16. Do you have strong feelings, positive or negative, about American corporations that might make it difficult for you to serve as a fair and impartial juror in this case? If yes, please explain.

17. Do you have strong feelings, positive or negative, about Canadian corporations that might make it difficult for you to serve as a fair and impartial juror in this case? If yes, please explain.

18. What do you like to do for fun?

19. Are you excited or dreading being on a jury?

|   |   |   |
|---|---|---|
| Dated: July 18, 2022 | | Respectfully Submitted,<br><br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br><br>By: /s/ *Christy G. Lea*<br>　　Christy G. Lea<br>　　Joseph R. Re<br>　　Nicholas M. Zovko<br>　　Alan G. Laquer<br>　　Raymond Lu<br><br>*Attorneys for Plaintiff/Counterclaim Defendant,*<br>PAVEMETRICS SYSTEMS, INC. |

55917108