1. Christy G. Lea (SBN 212,060)
   christy.lea@knobbe.com
2. Joseph R. Re (SBN 134,479)
   joe.re@knobbe.com
3. Nicholas M. Zovko (SBN 238,248)
   nicholas.zovko@knobbe.com
4. Alan G. Laquer (SBN 259,257)
   alan.laquer@knobbe.com
5. Raymond Lu (SBN 340,873)
   raymond.lu@knobbe.com
6. **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
   Irvine, CA 92614
   Phone: (949) 760-0404 / Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

James R. Barney (*pro hac vice*)
james.barney@finnegan.com
Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com

Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000 / Facsimile: (202) 408-4400

*Attorneys for Defendant and Counterclaim Plaintiffs*
TETRA TECH, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., Plaintiff, <br> v. <br> TETRA TECH, INC., Defendant. <br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br> **JOINT SUBMISSION REGARDING JOINT STATEMENT OF THE CASE** <br> Pretrial Conference: Aug. 1, 2022 <br> Trial: Aug. 16, 2022 <br> Honorable Mark C. Scarsi |

Pursuant to the Court's Order re: Jury/Court Trial (ECF 56), Plaintiff Pavemetrics Systems, Inc. and Defendants Tetra Tech, Inc. and Tetra Tech TAS Inc. make the following submission regarding the Joint Statement of the Case:

At this time, the parties are unable agree on a Joint Statement of the Case. The parties anticipate reaching agreement on a Joint Statement Case after the Court resolves certain disputed issues at the Final Pretrial Conference on August 1, 2022 (e.g., Tetra Tech's request for realignment of the parties). Below are the parties' current competing statements of the case. The parties respectfully request the opportunity to submit an updated Joint Statement of the Case after the Final Pretrial Conference.

**Pavemetrics' Statement of the Case:**

Plaintiff Pavemetrics Systems sells products to inspect railroad tracks. One such product is called Laser Rail Inspection systems, also known as LRAIL. Defendant Tetra Tech also sells products to inspect railroad tracks. This suit involves two patents concerning automated inspection of railroad tracks. The patents are owned by Tetra Tech.

Pavemetrics claims that it does not infringe either of the patents. Additionally, Pavemetrics claims that both patents are invalid because they claim old or obvious technology.

Tetra Tech denies that the patents are invalid. Additionally, Tetra Tech claims that Pavemetrics infringed Tetra Tech's patents by selling its LRAIL system and encouraging a customer to use LRAIL. Tetra Tech claims that it has suffered damages as a result of Pavemetrics' selling LRAIL.

**Tetra Tech's Statement of the Case:**

Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively "Tetra Tech") manufactures and sells railroad inspection technology. Pavemetrics Systems, Inc. ("Pavemetrics") also manufactures and sells railroad inspection systems, including the Laser Rail Inspection System ("LRAIL"), that are used to inspect

railroad tracks and locate features and defects along the track. This suit involves two patents related to railroad inspection technology owned by Tetra Tech, referred to as the Asserted Patents.

Tetra Tech claims that Pavemetrics directly infringes the Asserted Patents by selling and offering to sell the LRAIL. Tetra Tech also claims that Pavemetrics has indirectly infringed the Asserted Patents by inducing and contributing to the infringement of the Asserted Patents by its LRAIL customers. Tetra Tech further claims that Pavemetrics' alleged infringement of the Asserted Patents has been willful.

Pavemetrics claims that it neither directly nor indirectly infringes on any of the Asserted Patents. Additionally, Pavemetrics claims that the Asserted Patents are invalid as being anticipated and/or obvious in view of prior art.

Tetra Tech claims it has suffered damages as a result of Pavemetrics' alleged direct and indirect infringement of the Asserted Patents. If you decide that any claim of the Asserted Patents has been infringed and is not invalid, you are to decide the money damages to be awarded to Tetra Tech.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 18, 2022   By: /s/ Christy G. Lea
Christy G. Lea
Joseph R. Re
Nicholas M. Zovko
Alan G. Laquer
Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*,
PAVEMETRICS SYSTEMS, INC.

Dated: July 18, 2022   By: /s/ Nicholas Cerulli
(with permission Christy G. Lea)

Donald L. Ridge
**CLARK HILL LLP**

James R. Barney (*pro hac vice*)
Aaron L. Parker (*pro hac vice*)
Daniel G. Chung (*pro hac vice*)

| | |
|---|---|
| 1 | Nicholas A. Cerulli (*pro hac vice*) |
| 2 | Kelly S. Horn (*pro hac vice*) |
|   | Jency J. Mathew (*pro hac vice*) |
| 3 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** |
| 4 | *Attorneys for Defendant and Counterclaim Plaintiffs TETRA TECH, INC. AND TETRA TECH TAS INC.* |

55948197

-3-