Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **DECLARATION OF NICHOLAS M. ZOVKO IN SUPPORT OF PAVEMETRICS' OPPOSITION TO TETRA TECH'S MOTION *IN LIMINE* NO. 4** <br><br> Date:       August 1, 2022 <br> Time:      2:00 p.m. <br> Location: Ctrm. 7C |

I, Nicholas M. Zovko, declare and state as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP and am counsel of record for Plaintiff Pavemetrics Systems, Inc. I submit this Declaration in support of Pavemetrics' Opposition to Tetra Tech's Motion *in Limine* No. 4.

2. Attached as **Exhibit J** is a true and correct copy of an e-mail that Linda Dunn, a paralegal at my firm, sent counsel of record for Tetra Tech on June 20, 2022.

3. Attached as **Exhibit K** is a true and correct copy of the First Supplemental Report of Christian Tregillis, which was served on July 13, 2022.

4. Attached as **Exhibit L** is a true and correct copy of excerpts from the Initial Expert Report of Dr. Vassilios Morellas Regarding Infringement of U.S. Patent Nos. 10,362,293 and 10,616,557, served on February 18, 2022.

5. Attached as **Exhibit M** is a true and correct copy of excerpts from the Rebuttal Expert Report on Non-Infringement of David Frakes, Ph.D., served on March 11, 2022.

6. Attached as **Exhibit N** is a true and correct copy of excerpts from the transcript of the January 7, 2022 deposition of Jean-Francois Hebert.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2022 at Irvine, California.

/s/Nicholas M. Zovko
Nicholas M. Zovko

55975743

-1-