# EXHIBIT J

| | |
|---|---|
| **From:** | Linda.Dunn |
| **To:** | Barney; Cerulli; Chung; Horn; Mathew; Parker; Ridge |
| **Cc:** | Lit PAVEL.001L |
| **Subject:** | Pavemetrics Systems v. Tetra Tech |
| **Date:** | Monday, June 20, 2022 5:52:31 PM |
| **Attachments:** | 2022-06-20 Frakes First Supplement to Rebuttal Report on Non-Infringement.pdf<br>PAVE-SRC-350 - PAVE-SRC-437.7z |

Counsel,

Please find attached the First Supplement to the Rebuttal Expert Report on Non-Infringement of David Frakes, Ph.D.  Pavemetrics is also producing the attached document bearing production numbers PAVE-SRC-350 through PAVE-SRC-437, which is designated RESTRICTED – SOURCE CODE.  The zip file password will follow separately.

Regards,

**Linda Dunn**
Litigation Paralegal
Linda.Dunn@knobbe.com

949-721-5242 Direct

**Knobbe Martens**

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com

# EXHIBIT K

[Document proposed to be filed under seal]

# EXHIBIT L

[Document proposed to be filed under seal]

# EXHIBIT M

[Document proposed to be filed under seal]

# EXHIBIT N

RESTRICTED - ATTORNEYS' EYES ONLY

Hebert, Jean-Francois            January 7, 2022

1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE NO. 2:21-CV-1289 MCS-MMA

- - - - - - - - - - - - - - - - - - x

PAVEMETRICS SYSTEMS INC.,      :

         Plaintiff,         :

v.                       :

TETRA TECH INC.,          :

         Defendant.         :

- - - - - - - - - - - - - - - - - - x


** Restricted - Attorneys' Eyes Only **


VIDEO-RECORDED DEPOSITION OF JEAN-FRANCOIS HEBERT


Friday, January 7, 2022

commencing at 9:06 a.m. (EST)


(This proceeding was conducted via Zoom.

All participants appeared remotely.)


-----------------------------------------

REPORTED BY: Deanna J. Dean, RDR, CRR

RESTRICTED - ATTORNEYS' EYES ONLY

Hebert, Jean-Francois							January 7, 2022

138

1   A.   Because we didn't plan to release a new
2   LRAIL software version before December.
3   Q.   Did Pavemetrics delete any other functions
4   from its source code since receiving the letter
5   from Tetra Tech in January of 2021?
6   A.   It is possible.
7   Q.   Is Pavemetrics aware of any other features
8   that were deleted since January 2021?
9        ATTORNEY LAQUER:  I'll object to the
10   extent this is calling for a memory contest from
11   the witness.  We've provided all of those
12   versions of code, and they've been inspected by
13   Tetra Tech's attorneys and expert for several
14   days.  So the information is available if you'd
15   like to direct the witness to any particular
16   source code.
17   Q.   You can answer the question.
18   A.   Can you repeat the question, please.
19   Q.   Sure.
20        Is Pavemetrics aware of any other features
21   that were deleted since January 2021?
22        ATTORNEY LAQUER:  Same objection.
23   A.   We also deleted the functionality that is
24   related to something that is called "mixed image"
25   in our code.

Henderson Legal Services, Inc.
202-220-4158					www.hendersonlegalservices.com

- 60 -							Exhibit N

139

1    Q.   When did Pavemetrics delete the
2    functionality related to the mixed images?
3    A.   In December.
4    Q.   When specifically in December?
5    A.   Around mid-December.
6    Q.   And why did Pavemetrics delete the
7    functionality related to mixed images in December
8    of 2021?
9    A.   Because that is a feature that has never
10   been used by anyone.  It was intended only for
11   research and development purposes.
12   Q.   How does Pavemetrics know that that
13   functionality was never used by anyone?
14   A.   Because in order to use that
15   functionality, you would have to have a neural
16   network that was trained in -- on those kind of
17   images.
18   Q.   Did Pavemetrics provide source code to any
19   of its US customers that included functionality
20   related to mixed images?
21        ATTORNEY LAQUER:  Objection.  Vague with
22   respect to provide source code that included
23   functionality.
24   A.   We never provided a neural network that
25   was trained on mixed image.

```
                                                          208

 1                 C E R T I F I C A T E
 2
 3         I, Deanna J. Dean, a licensed court
 4  reporter, Registered Diplomate Reporter, and
 5  Certified Realtime Reporter, do hereby certify:
 6         That JEAN-FRANCOIS HEBERT, in the
 7  foregoing deposition named, was present and by me
 8  sworn as a witness in the matter of Pavemetrics
 9  Systems Inc. v. Tetra Tech Inc., at the time and
10  place therein specified;
11         That said deposition was taken before me
12  at said time and place, and was taken down in
13  shorthand by me, and was thereafter transcribed
14  into typewriting, and that the foregoing transcript
15  constitutes a full, true and correct report of said
16  deposition and of the proceedings that took place;
17         That before completion of the proceedings,
18  review of the transcript was not requested.
19
20         IN WITNESS WHEREOF, I have hereunder
21         subscribed my hand this 12th day of
22         January, 2022.
23
24         _____
25         Deanna J. Dean, LCR, RDR, CRR
```