Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Christy G. Lea (SBN 212060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

Donald L. Ridge (SBN 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (pro hac vice)
James.barney@finnegan.com
Aaron L. Parker (pro hac vice)
aaron.parker@finnegan.com
Daniel G. Chung (pro hac vice)
daniel.chung@finnegan.com
Nicholas A. Cerulli (pro hac vice)
nicholas.cerulli@finnegan.com
Kelly S. Horn (pro hac vice)
Kelly.horn@finnegan.com
Jency J. Mathew (pro hac vice)
Jency.mathew@finnegan.com
**FINNEGAN HENDERSON**
901 New York Ave NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant/Counterclaim Plaintiff
TETRA TECH, INC. and TETRA TECH TAS, INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA <br><br> **STIPULATION AND REQUEST FOR ONE-DAY EXTENSION TO FILE PROPOSED JURY INSTRUCTIONS** <br><br> Trial Date:          Aug. 16, 2022 <br><br> Final Pre-Trial Conference:       Aug. 1, 2022 <br><br> Honorable Mark C. Scarsi |

1  Plaintiff Pavemetrics Systems, Inc. and Defendants Tetra Tech, Inc. and Tetra Tech TAS Inc. agree and submit the following stipulation to extend the deadline to file proposed jury instruction by one day, from July 18 to July 19, 2022.

2  On June 23, 2022, the parties exchanged proposed jury instructions.  On June 29, 2022, the Court set the deadline for the second round of trial filings as July 18, 2022.  ECF 205.  On July 8, 2022, the parties exchanged objections to proposed jury instructions.  On July 15, 2022, the parties met and conferred regarding the second round of trial filings, including discussing finalizing the proposed jury instructions.  On July 18, 2022, the Court continued the final pretrial conference to August 1, 2022 and the jury trial to August 16, 2022.  ECF 261.

3  The parties have been diligently working together and preparing the Joint/Agreed Proposed Jury Instructions and the Disputed Jury Instructions for the past several weeks.  The parties would benefit from one additional day to finalize and submit these documents relating to jury instructions.  Thus, the parties respectfully request a one-day extension for filing the Joint/Agreed Proposed Jury Instructions and the Disputed Jury Instructions from July 18 to July 19, 2022.

4  The parties have lodged for the Court's consideration a Proposed Order granting their Stipulation and Request for One-Day Extension to File Proposed Jury Instructions.

Respectfully submitted,

Dated: July 18, 2022           By: */s/ Christy G. Lea*
                               **KNOBBE, MARTENS, OLSON & BEAR, LLP**
                               Joseph R. Re
                               Christy G. Lea
                               Nicholas M. Zovko
                               Alan G. Laquer
                               Raymond S. Lu

Attorneys for Plaintiff/Counterclaim Defendant

-1-

PAVEMETRICS SYSTEMS, INC.

Dated: July 18, 2022

By: *Nicholas A. Cerulli*
*(with permission Christy G. Lea)*
**FINNEGAN HENDERSON FARABOW GARRETT AND DUNNER LLP**
Aaron L. Parker
Daniel G. Chung
Nicholas A. Cerulli
Kelly S. Horn
Jency J. Mathew
James R. Barney

**CLARK HILL**
Donald L. Ridge

Attorneys for Defendant/Counterclaim Plaintiff TETRA TECH, INC. and TETRA TECH TAS, INC.