**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST FOR ONE-DAY EXTENSION TO FILE PROPOSED JURY INSTRUCTIONS** |

|   |   |
|---|---|
| 1 | Having considered the parties' Stipulation and Request for One-Day |
| 2 | Extension to File Proposed Jury Instructions, and for good cause shown, the Court |
| 3 | **GRANTS** the request. The parties may file Joint/Agreed Proposed Jury |
| 4 | Instructions and Disputed Jury Instructions on July 19, 2022. |
| 7 | **IT IS SO ORDERED.** |
| 8 | Dated: _____ |
| 9 | Honorable Mark C. Scarsi |
| 10 | United States District Court Judge |
| 12 | 55981578 |