| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Christy G. Lea (SBN 212,060) |
| christy.lea@knobbe.com |
| Joseph R. Re (SBN 134,479) |
| joe.re@knobbe.com |
| KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 2040 Main Street, Fourteenth Floor |
| Irvine, CA 92614 |
| Phone: (949) 760-0404 |

ATTORNEY(S) FOR: Pavemetrics Systems, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PAVEMETRICS SYSTEMS, INC. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-1289 MCS |
| v. | |
| TETRA TECH, INC. | AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Pavemetrics Systems Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Pavemetrics Systems, Inc. | Plaintiff |
| Tetra Tech, Inc. | Defendant |
| Previan Technologies Inc. (formerly known as Eddyfi/NDT Inc.) | Acquirer / Parent of Pavemetrics Systems, Inc. |

07/27/2022    /s/ Christy G. Lea
Date          Signature

Attorney of record for (or name of party appearing in pro per):

Pavemetrics Systems, Inc.