UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-01289-MCS-MAA | Date | August 1, 2022 |
| Title | *Pavemetrics Systems, Inc. v. Tetra Tech, Inc.* | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Kathy Stride |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Christy L. Lea
Joseph R. Re
Alan G. Laquer
Matthew Zovko

Attorney(s) Present for Defendant(s):

Aaron L. Parker
Nicholas A. Cerulli
Daniel G. Chung
James R. Barney
Ryan McKim

**Proceedings: Final Pretrial Conference; Motion in Limine #1 to Exclude Certain Hearsay Statements (ECF No. 225), Motion in Limine #2 to Preclude Argument or Testimony Regarding Source Code Inspection Unavailability (ECF No. 227), Motion in Limine #3 to Preclude *Morellas* Testimony Inconsistent with the Court's Order on Motion for Summary Judgment (ECF No. 229), Motion in Limine #1 to Proceed Realign the Parties and Set the Order of Proof at Trial (ECF No. 240), Motion in Limine #2 to Preclude Evidence, Argument, and Testimony Relating to the Preliminary Injunction Proceedings (ECF No. 241), Motion in Limine #3 to Preclude Certain Opinions of *Christian Tregillis* (ECF No. 242), Motion in Limine #4 to Exclude Pavemetrics' Untimely Produced Materials (ECF No. 243), and Motion in Limine # 5 to Exclude References to Undisclosed Legal Opinions or Lay Opinions to Defend Against Tetra Tech's Claims of Induced and Willful Infringement (ECF No. 244)**

The motion hearing is held. Counsel address the Court. The Court takes the motions in limine UNDER SUBMISSION and a ruling will be issued. The jury

trial will start at 1:00 p.m. on Tuesday, August 16, 2022, with voir dire commencing on Wednesday, August 17, 2022, at 8:30 a.m.

IT IS SO ORDERED.