# APPENDIX A

EXHIBIT
Habel 85

| | |
|---|---|
| From: | Richard Habel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=82D9F526E7F3445A89D5DE4B8A095349-RHABEL] |
| Sent: | 5/19/2021 7:51:33 PM |
| To: | Martin Theriault [mtheriault@eddyfi-ndt.com] |
| CC: | Simon Richard [srichard@eddyfi-ndt.com] |
| Subject: | Eddyfi NDT - Pavemetrics |
| Attachments: | Cease-and-Desist Letter to Pavemetrics - Jan 5 2021.pdf; 2021-04-22 [061] Order Denying Motion for Preliminary Injunction [017].PDF; FY2020 Financial Statements-Pavemetrics Systems inc.pdf; FY2020 Signature Page.pdf; FY2019-Financial Statements-Pavemetrics Systems Inc - Signé.pdf; FY2018 - Financial Statements - Pavemetrics Systems Signés.pdf |

Hello Martin,

Thank you for the discussion and good sushi. I'll be sure to check with you before I buy my next bike.

Here are some facts about the dispute between Pavemetrics and Tetra Tech:
• Following a few letters of intimidation from Tetra Tech's lawyers such as the one attached to this email, Pavemetrics brought an action to obtain a declaratory judgment that it does not infringe Tetra Tech's patent 10,362,293.
• Tetra Tech then responded with a motion for an injunction to prevent the sale of the LRAIL in the United States.
• I'm attaching to this email the decision of the judge rejecting Tetra Tech's motion. You may find that the court not only rejected the injunction motion but also gave a well-founded decision concluding that Tetra Tech was not likely to succeed on the merits.
• It is the same judge who will preside over the trial concerning the declaratory judgment, if trial there is … He's a great judge.

Our lawyer is Joseph Re, partner at Knobbe Martens. Joe is also President of the American Intellectual Property Law Association (AIPLA). As this dispute is a significant investment for Pavemetrics, you will find that we have hired the best lawyer to represent us.
• https://www.knobbe.com/attorneys/joe-re
• AIPLA President's COVID-19 Anniversary Msg (contentsharing.net)

I would like to reiterate the following regarding the intellectual property litigation:
• This dispute is the first one facing Pavemetrics.
• CSX chose the Pavemetrics LRAIL because it is superior to all other rail inspection systems. This will likely have a driving effect with other U.S. railways.
• Tetra Tech, a company with a market capitalization of $6.5B, also coveted CSX's business.
• In the face of the loss of this opportunity, Tetra Tech chose bullying. In some sense, this demonstrates the importance of this strategic sector to major rail companies.
• I don't worry because I know the intellectual property environment well for working there for several years.
• If you want to better understand our position then I will be happy to give you more details or discuss it with Simon.
• If you are too worried about the dispute going forward, then I will understand and we can stop the discussions.

I attach to this email the financial statements for the last 3 financial years as requested. The internal financial statements for April 2021 are not yet available. I'll send them to you soon.

Sincerely,

Richard Habel, M. Sc.
President & CEO

Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS
Trial Exhibit
85

RESTRICTED - ATTORNEYS' EYES ONLY                                                                                                    PAVEMETRICS0413313

Pavemetrics Systems Inc.
150, Boulevard René-Lévesque Est, Suite 1820 Quebec (Quebec) Canada G1R 5B1
Tel: +1 418 210 3629
Fax +1 418 522 3345
www.pavemetrics.com
rhabel@pavemetrics.com

IMPORTANT NOTICE: This message is intended only for the use of the individual or entity to which it is addressed. It contains information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify security@pavemetrics.com immediately. Thank you.

AVIS IMPORTANT: Ce message est destiné uniquement à l'usage de la personne ou de l'entité à laquelle il est adressé. Il contient des renseignements privilégiés, confidentiels et exemptée de divulgation en vertu du droit applicable. Si le lecteur de ce message n'est pas le destinataire, ou l'employé ou l'agent chargé de délivrer le message au destinataire prévu, vous êtes informé que toute diffusion, distribution ou copie de cette communication est strictement interdite. Si vous avez reçu cette communication par erreur, s'il-vous-plaît aviser securite@pavemetrics.com immédiatement. Merci.

RESTRICTED - ATTORNEYS' EYES ONLY                                                                                                    PAVEMETRICS0413314

Trial Exhibit 0085 P. 2 of 5



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Exhibit 85**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_____
Jacqueline Yorke

Sworn to before me this
July 29, 2022

_____
Signature, Notary Public

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

EXHIBIT
Habel 85

| | |
|---|---|
| From: | Richard Habel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=82D9F526E7F3445A89D5DE4B8A095349-RHABEL] |
| Sent: | 5/19/2021 7:51:33 PM |
| To: | Martin Theriault [mtheriault@eddyfi-ndt.com] |
| CC: | Simon Richard [srichard@eddyfi-ndt.com] |
| Subject: | Eddyfi NDT - Pavemetrics |
| Attachments: | Cease-and-Desist Letter to Pavemetrics - Jan 5 2021.pdf; 2021-04-22 [061] Order Denying Motion for Preliminary Injunction [017].PDF; FY2020 EtatsFinanciers-Systemes Pavemetrics inc.pdf; FY2020 Signature Page.pdf; FY2019-EtatsFinanciers-Systèmes Pavemetrics inc - Signé.pdf; FY2018 - États financiers - Systèmes Pavemetrics Signés.pdf |

Bonjour Martin,

Merci pour la discussion et les bons sushis. Je ne manquerai pas de te consulter avant d'acheter ma prochaine moto.

Voici quelques faits concernant le litige entre Pavemetrics et Tetra Tech :
- Suite à quelques lettres d'intimidation des avocats de Tetra Tech comme celle attachée à ce courriel, Pavemetrics a intenté une action en vue d'obtenir un jugement déclaratoire selon lequel il ne viole pas le brevet 10,362,293 de Tetra Tech.
- Tetra Tech a alors répliqué avec une requête d'injonction afin d'empêcher la vente du LRAIL aux États-Unis.
- J'attache à ce courriel la décision du juge rejetant la requête de Tetra Tech. Tu pourras constater que le tribunal a non seulement rejeté la requête en injonction mais a aussi rendu une décision bien motivée ne concluant à aucune probabilité de succès de Tetra Tech sur le fond.
- C'est le même juge qui présidera le procès concernant le jugement déclaratoire, si procès il y a ... C'est un excellent juge.

Notre avocat est Joseph Re, partenaire à la firme Knobbe Martens. Joe est aussi président de American Intellectual Property Law Association (AIPLA). Comme ce litige est un investissement important pour Pavemetrics, tu constateras que nous avons engagé le meilleur avocat pour nous représenter.
- https://www.knobbe.com/attorneys/joe-re
- AIPLA President's COVID-19 Anniversary Msg (contentsharing.net)

J'aimerais réitérer les points suivants concernant le litige en propriété intellectuelle :
- Ce litige est le premier auquel Pavemetrics est confronté.
- CSX a choisi le LRAIL de Pavemetrics car il est supérieur à tous les autres systèmes d'inspection de rail. Cela aura possiblement un effet d'entrainement avec d'autres compagnies de chemin de fer américaines.
- Tetra Tech, une compagnie ayant une capitalisation boursière de $6.5B, convoitait aussi la business de CSX.
- Face à la perte de cette opportunité, Tetra Tech, a choisi l'intimidation. Dans un certain sens, cela démontre toute l'importance que revêt ce secteur stratégique pour les grandes compagnies dans le domaine des rails.
- Je ne m'inquiète pas car je connais bien l'environnement de la propriété intellectuelle pour y avoir travaillé pendant plusieurs années.
- Si tu veux mieux comprendre notre position alors ça me fera plaisir de te donner plus de détails ou d'en discuter avec Simon.
- Si le litige t'inquiète trop pour aller de l'avant, alors je comprendrai très bien et nous pouvons arrêter les discussions.

J'attache à ce courriel les états financiers des 3 dernières années financières tel que demandé. Les états financiers internes pour le mois de avril 2021 ne sont pas encore disponibles. Je te les ferai parvenir bientôt.

Cordialement,


Richard Habel, M. Sc.
President & CEO

Pavemetrics Systems inc.
150, Boulevard René-Lévesque Est, Suite 1820 Québec (Québec) Canada G1R 5B1
Tel: +1 418 210 3629
Fax +1 418 522 3345
www.pavemetrics.com
rhabel@pavemetrics.com

IMPORTANT NOTICE: This message is intended only for the use of the individual or entity to which it is addressed. It contains information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify security@pavemetrics.com immediately. Thank you.

AVIS IMPORTANT: Ce message est destiné uniquement à l'usage de la personne ou de l'entité à laquelle il est adressé. Il contient des renseignements privilégiés, confidentiels et exemptée de divulgation en vertu du droit applicable. Si le lecteur de ce message n'est pas le destinataire, ou l'employé ou l'agent chargé de délivrer le message au destinataire prévu, vous êtes informé que toute diffusion, distribution ou copie de cette communication est strictement interdite. Si vous avez reçu cette communication par erreur, s'il-vous-plaît aviser securite@pavemetrics.com immédiatement. Merci.