# APPENDIX B

**EXHIBIT**

**Habel 86**

| | |
|---|---|
| From: | John Laurent <jlaurent@pavemetrics.com> |
| Sent: | Friday, July 2, 2021 5:04 PM |
| To: | Colin_Connor@csx.com |
| Cc: | Joe.Re <Joe.Re@knobbe.com>; Christy.Lea <Christy.Lea@knobbe.com> |
| Subject: | [E] Pavemetrics |
| Attach: | 2021-04-22 [061] Order Denying Motion for Preliminary Injunction [017].PDF |

Dear Mr. Connor,

I am pleased to update you concerning our patent case with Tetra Tech.  We filed that suit in Los Angeles to show that TT's patent infringement threats were without merit.  TT responded by moving for a preliminarily injunction to stop the sales of our LRAIL system in the U.S.  On April 15, the Court denied that motion, finding that TT had not shown it is likely to win on patent infringement and that Pavemetrics had raised a substantial question that TT's patent is invalid.  I have attached a public version of the Court's order.

If you would like exact details concerning the case, please feel free to speak directly with our patent litigation team at Knobbe Martens in Irvine, California.  The team is led by Joseph Re, the current President of the American Intellectual Property Law Association, and his partner Christy Lea.   You can reach Mr. Re at 949-721-2889 or Ms. Lea at 949-721-7642.  Thank you for inquiring about the case."

John Laurent M.Sc.
VP Business Development and CTO

*Pavemetrics*

Pavemetrics Systems inc.
150, Boulevard René-Lévesque Est, Suite 1820
Québec (Québec) Canada
G1R 5B1
Cell: +1 418 262 8707
www.pavemetrics.com
jlaurent@pavemetrics.com

Follow us on LinkedIn!

**Case**
**Pavemetrics v. Tetra Tech**
Case No: 2:21-cv-1289 MCS

**Trial Exhibit 86**