1  Donald Ridge, Esq. (SBN: 132171)
   Dean A. Olson, Esq. (SBN: 126155)
2  Ryan C. McKim, Esq. (SBN: 265941)
3  **CLARK HILL LLP**
   555 South Flower Street, 24th Floor
4  Los Angeles, CA 90071
5  Telephone: (213) 891-9100
   Facsimile: (213) 488-1178
6  DRidge@clarkhill.com

7  James R. Barney (*pro hac vice*)
8  james.barney@finnegan.com
   Aaron L. Parker (*pro hac vice*)         Jency J. Mathew (*pro hac vice*)
9  aaron.parker@finnegan.com                jency.mathew@finnegan.com
10 Daniel G. Chung (*pro hac vice*)         **FINNEGAN, HENDERSON,**
   daniel.chung@finnegan.com                **FARABOW, GARRETT &**
11 Nicholas A. Cerulli (*pro hac vice*)     **DUNNER, LLP**
   nicholas.cerulli@finnegan.com            1875 Explorer Street, Suite 800
12 Kelly S. Horn (*pro hac vice*)           Reston, Virginia 20190-6023
13 kelly.horn@finnegan.com                  Telephone:  (571) 203-2700
   **FINNEGAN, HENDERSON,**                 Facsimile:   (571) 203-2777
14 **FARABOW, GARRETT &**
15 **DUNNER, LLP**                          *Attorneys for Defendant and*
   901 New York Avenue NW                   *Counterclaim Plaintiffs*
16 Washington, D.C. 20001-4413
17 Telephone:  (202) 408-4000
   Facsimile:   (202) 408-4400
18
19                      **UNITED STATES DISTRICT COURT**
20                     **CENTRAL DISTRICT OF CALIFORNIA**

21 | PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
|---|---|
22 | Plaintiff, | **TETRA TECH'S AMENDED WITNESS LIST** |
23 | v. | |
24 | | **Honorable Mark C. Scarsi** |
25 | TETRA TECH, INC. | |
26 | Defendant. | **Trial Date: August 17, 2022**<br>**Time: 8:30 a.m.**<br>**Place: Courtroom 7C** |
27 | | |
28 | AND RELATED COUNTERCLAIMS. | |

1       Pursuant to the Court's Order re: Jury Trial (ECF 56), Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively "Tetra Tech") submits the following amended witness list. This list does not include those persons who are contemplated to be used solely for impeachment or any rebuttal.  Tetra Tech reserves the right to not call any witness listed, and to offer testimony of additional or alternative witnesses at trial for impeachment, authentication, foundation, or other purposes.  Tetra Tech reserves the right to amend the "Description of Testimony" for any witness identified below, including switching a witness's testimony from "live" to "by deposition," and vice versa, as necessary.

      Tetra Tech further reserves the right to seek to supplement or revise this list, if necessary, including based on clarification by Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") or by the rulings of the Court regarding the nature of the parties' claims or affirmative defenses.  In addition, Tetra Tech reserves the right to call the witnesses identified on Pavemetrics' witness list, or to call rebuttal witnesses, as necessary.

      An asterisk (*) indicates a witness who will be called only if needed. Tetra Tech has identified Mr. Habel, Mr. Laurent, and Mr. Hébert as witnesses that it may call only if the need arises, for example, for authentication and foundational purposes. Time allocations may vary slightly if called live instead of by deposition.

| | Witness's Name, Phone Number, Address | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|---|
| 1. | **Gary Keyes**, c/o Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Ave NW, Washington, D.C. 20001-4413 (202) 408-4000 | History of Tetra Tech, marketing, research, and development of Tetra Tech's rail inspection business; negotiations with CSX; damages | 0.75 hours | 0.33 hours | |

| | | | | | |
|---|---|---|---|---|---|
| | | resulting from lost sales. | | | |
| 2. | **Darel Mesher**, c/o Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Ave NW, Washington, D.C. 20001-4413 (202) 408-4000 | Background and development of the inventions of the '293 and '557 patents; technical aspects and operation of Tetra Tech's 3DTAS. | 1 hour | 0.75 hours | |
| 3. | **Bill Larson**, c/o Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Ave NW, Washington, D.C. 20001-4413 (202) 408-4000 | CSX's rail inspection business and operations; negotiations between CSX and Tetra Tech, and CSX and Pavemetrics. | 0.5 hours | 0.33 hours | |
| 4. | **Vassilios Morellas**, c/o Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Ave NW, Washington, D.C. 20001-4413 (202) 408-4000 | Technical analysis regarding infringement and validity of the '293 and '557 patents; opinions as set forth in expert reports. | 2.8 hours | 1 hour | |
| 5. | **Todd Schoettelkotte**, c/o Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Ave NW, Washington, D.C. 20001-4413 | Damages analysis regarding the '293 and '557 patents, including reasonable royalty and lost profits; opinions as set forth in expert report. | 1 hour | 0.33 hours | |

2

| | | | | | |
|---|---|---|---|---|---|
| | | (202) 408-4000 | | | |
| 7. | **Jean-François Hébert***, c/o Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, Irvine, CA, 92614 (949) 760-0404 | Live or by deposition | 0.1 hours | | |
| 8. | **Richard Habel***, c/o Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, Irvine, CA, 92614 (949) 760-0404 | Live or by deposition | 0.1 hours | | |
| 9. | **John Laurent***, c/o Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, Irvine, CA, 92614 (949) 760-0404 | Live or by deposition | 0.1 hours | | |
| 10. | **Mario Talbot**, c/o Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, Irvine, CA, 92614 (949) 760-0404 | Via Deposition Transcript | 0.1 hours | 0.1 hours | |
| 11. | **Thanh Nguyen**, c/o Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, Irvine, CA, 92614 (949) 760-0404 | Via Deposition Transcript | 0.1 hours | 0.1 hours | |

3

| | | | | | |
|---|---|---|---|---|---|
| 12. | **Richard Fox-Ivey**, c/o Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, Irvine, CA, 92614 (949) 760-0404 | Via Deposition Transcript | 0.1 hours | 0.1 hours | |
| 13. | **Ali Hafiz**, c/o Frabizzio Law Firm, 2200 Renaissance Boulevard, King of Prussia, PA 19406 (610) 667-2988 | Via Deposition Transcript | 0.1 hours | | |
| 14. | **Brad Spencer**, c/o McGuireWoods, 50 North Laura Street, Jacksonville, FL 32202-3661 (904) 798-2685 | Via Deposition Transcript | 0.1 hours | | |
| | **Total Hours:** | | 6.85 hours | 3.05 hours | |

Dated: August 12, 2022

**CLARK HILL LLP**

By: _____

Donald L. Ridge
Dean A. Olson
Ryan C. McKim

James R. Barney (*pro hac vice*)
Aaron L. Parker (*pro hac vice*)
Daniel G. Chung (*pro hac vice*)
Nicholas A. Cerulli (*pro hac vice*)
Kelly S. Horn (*pro hac vice*)

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jency J. Mathew (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
*Attorneys for Defendant and Counterclaim Plaintiffs*
TETRA TECH, INC. AND TETRA TECH TAS INC.