1  Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
2  Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
3  Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
4  Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
5  Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
6  KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
7  Irvine, CA  92614
Phone: (949) 760-0404
8  Facsimile: (949) 760-9502

9  *Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

10

11             IN THE UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                      WESTERN DIVISION

14

| | |
|---|---|
| 15  PAVEMETRICS SYSTEMS, INC., | Case No. 2:21-cv-1289-MCS-MMA |
| 16           Plaintiff, | Honorable Mark C. Scarsi |
| 17        v. | **PAVEMETRICS'** |
| 18  TETRA TECH, INC., | **AMENDED TRIAL WITNESS LIST** |
| 19           Defendant. | |
| 20 | |
| 21  AND RELATED COUNTERCLAIMS | |

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 26(a)(3), Local Rule 16-5,

2 and the Court's Order re: Jury Trial (ECF 56), Plaintiff Pavemetrics Systems,

3 Inc. submits the following amended list of witnesses, who will or may be called

4 to testify live or by deposition at trial in the above-captioned case.

5    This list does not include those persons who are contemplated to be used

6 solely for impeachment or rebuttal.  Pavemetrics reserves the right not to call

7 any witness listed, and to offer testimony of additional or alternative witnesses

8 at trial for impeachment, authentication, foundation, or other purposes.

9    Due to health issues, Richard Habel, CEO of Pavemetrics, will testify

10 remotely by video.  As ordered by the Court, the parties will submit a plan for

11 the remote testimony of Mr. Habel.  ECF 287 at 14.

12    Pavemetrics further reserves the right to seek to supplement or revise this

13 list should the need arise, including based on clarification by rulings of the

14 Court regarding the nature of the parties' claims or defenses.  In addition,

15 Pavemetrics reserves the right to call the witnesses identified by

16 Defendant/Counterclaim-Plaintiff Tetra Tech if Tetra Tech withdraws

17 previously identified witnesses, or to call rebuttal witnesses, as the need arises.

18

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Richard Habel (remotely by video)  c/o Knobbe Martens, Olson, & Bear, LLP 2040 Main St Fl. 14 Irvine, CA 92614 (949) 760-0404 | Mr. Habel is the CEO of Pavemetrics and is expected to testify regarding historical knowledge and beliefs of Pavemetrics, Pavemetrics' rail inspection technology and the accused LRAIL systems. | 45 minutes | 30 minutes | |

28

-1-

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Jean-François Hébert<br><br>c/o Knobbe Martens, Olson, & Bear, LLP<br>2040 Main St Fl. 14<br>Irvine, CA 92614<br>(949) 760-0404 | Dr. Hébert is the Director of Product Development of Pavemetrics and is expected to testify regarding the design, operation, and functionality of each accused LRAIL system, including the software and source code for each accused system. | 1 hour | 30 minutes | |
| John Laurent<br><br>c/o Knobbe Martens, Olson, & Bear, LLP<br>2040 Main St Fl. 14<br>Irvine, CA 92614<br>(949) 760-0404 | Mr. Laurent is VP of Business Development and Chief Technology Officer of Pavemetrics and is expected to testify regarding the development of Pavemetrics' rail inspection technology and products, marketing and promotion of Pavemetrics' rail inspection technology and products, sales of the accused LRAIL systems, and Pavemetrics' relationship with Tetra Tech as a customer. | 1 hour, 30 minutes | 30 minutes | |
| David Frakes<br><br>c/o Knobbe Martens, Olson, & Bear, LLP<br>2040 Main St Fl. 14<br>Irvine, CA 92614<br>(949) 760-0404 | Dr. Frakes is an engineer, professor, and Pavemetrics' technical expert and is expected to testify regarding opinions as set forth in his expert reports regarding non-infringement and invalidity. | 2 hours | 1 hour | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Christian Tregillis<br><br>800 S. Figueroa Street, Suite 1270 Los Angeles, CA 90017 | Mr. Tregillis is Pavemetrics' expert witness regarding damages and is expected to testify regarding opinions as set forth in his expert report regarding damages. | 45 minutes | 27 minutes | |
| Ali Hafiz (by deposition)<br><br>1 Crossroads Dr., Hamilton Township, NJ 08691 | Mr. Hafiz is Project Engineer of Advanced Infrastructure Design (AID) and is expected to testify regarding AID's purchase of one accused LRAIL system and AID's alleged use of that LRAIL system. | 10 minutes | | |
| Bradford Spencer (by deposition)<br><br>500 Water Street, 15th Floor Jacksonville, FL 32202 | Mr. Spencer is Director of Track Testing of CSX Transportation (CSX) and is expected to testify regarding CSX's purchase of three accused LRAIL systems and CSX's decision not to purchase Tetra Tech's RailAI system. | 30 minutes | | |
| Robert Olenoski Tetra Tech (by deposition) | Mr. Olenoski is Consultant to Tetra Tech TAS Inc. and is expected to testify regarding Tetra Tech's potential purchase of an LRAIL system from Pavemetrics. | 15 minutes | 6 minutes | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Bernard Teufele Tetra Tech (by deposition) | Mr. Teufele is President and CEO of Tetra Tech TAS Inc. and is expected to testify regarding Tech Tech's business operations relating to rail inspection and Tetra Tech's discussions with CSX regarding a potential sale of Tetra Tech's RailAI system. | 10 minutes | 6 minutes | |
| Gary Keyes*[1] Tetra Tech (live or by deposition) | Mr. Keyes is Vice President of Tetra Tech, Inc. and is expected to testify regarding Tetra Tech's business operations, Tetra Tech's marketing and sales, and Tetra Tech's discussions with CSX regarding a potential sale of Tetra Tech's RailAI system. | | | |

---

[1] Pavemetrics has identified Mr. Keyes, Mr. Larson, and Dr. Mesher as witnesses that it may call only if the need arises for at least two reasons. First, Pavemetrics expects that each of those witnesses will testify live at trial. Second, witnesses can only be called once at trial. ECF 285 (Final Pretrial Conf. Order) at 47. However, if any of these three witnesses does not testify live at trial, Pavemetrics preserves its ability to designate deposition testimony from any such witness.

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| William Larson*[1] Tetra Tech (live or by deposition) | Mr. Larson is Senior Advisor of Asset Management of Tetra Tech, Inc. and a former employee of CSX and is expected to testify regarding Tetra Tech's discussions with CSX regarding a potential sale of Tetra Tech's RailAI system. | | | |
| Darel Mesher*[1] Tetra Tech (live or by deposition) | Dr. Mesher is Chief Technical Officer of Tetra Tech TAS Inc., the named inventor on the asserted patents, and is expected to testify regarding the asserted patents, Tetra Tech's 3DTAS and RailAI products, Tetra Tech's prior art public uses and sales, and Tetra Tech's relationship with Pavemetrics as a customer. | | | |
| Richard Fox-Ivey* c/o Knobbe Martens, Olson, & Bear, LLP 2040 Main St Fl. 14 Irvine, CA 92614 (949) 760-0404 | Mr. Fox-Ivey is a consultant for Pavemetrics and may testify if the need arises regarding the marketing and promotion of Pavemetrics' rail inspection technology and products and communications between Pavemetrics and Tetra Tech, AID, and CSX. | | | |

-5-

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Ewing Kung* Tetra Tech (by deposition) | Mr. Kung is Rail Lead of Tetra Tech, Inc. and may testify if the need arises regarding technical aspects of Tetra Tech's rail inspection products, including design, development, and operation. | | | |

*Indicates that witness will be called only if the need arises.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  August 12, 2022

By:  /s/ Christy G. Lea

Christy G. Lea
Joseph R. Re
Nicholas M. Zovko
Alan G. Laquer
Raymond S. Lu

*Attorneys for Plaintiff/Counterclaim Defendant*,
PAVEMETRICS SYSTEMS, INC.

56118677

-6-