Christy G. Lea (SBN 212060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/
Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

Donald L. Ridge (SBN 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (pro hac vice)
James.barney@finnegan.com
Aaron L. Parker (pro hac vice)
aaron.parker@finnegan.com
Daniel G. Chung (pro hac vice)
daniel.chung@finnegan.com
Nicholas A. Cerulli (pro hac vice)
nicholas.cerulli@finnegan.com
Kelly S. Horn (pro hac vice)
Kelly.horn@finnegan.com
Jency J. Mathew (pro hac vice)
Jency.mathew@finnegan.com
**FINNEGAN HENDERSON**
901 New York Ave NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant/
Counterclaim Plaintiff
TETRA TECH, INC. and TETRA TECH TAS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **JOINT STATEMENT REGARDING BENCH TRIAL** |

Pursuant to the Court's instructions regarding other pretrial matters in the Court's Order re: Motions in Limine (ECF 287 at 13-14) and the Final Pretrial Conference Order (ECF 285 at 39), the parties submit this joint statement regarding whether the Court needs to conduct a bench trial on Pavemetrics' patent invalidity defense based on indefiniteness under 35 U.S.C § 112, and Tetra Tech's claims for enhanced damages and a permanent injunction.

The parties submit that the evidence on these issues can be submitted on the papers and that no bench trial is necessary. Thus, the parties respectfully request that the Court set a briefing schedule at the conclusion of trial for the parties to submit all evidence pertaining to these issues.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 12, 2022

By: /s/ *Christy G. Lea*
Christy G. Lea
Joseph R. Re
Nicholas M. Zovko
Alan G. Laquer
Raymond S. Lu

*Attorneys for Plaintiff/Counterclaim Defendant,* PAVEMETRICS SYSTEMS, INC.

FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP

Dated: August 12, 2022

By: /s/ *Nicholas A. Cerulli*
*(with permission Christy G. Lea)*
James R. Barney
Aaron L. Parker
Nicholas A. Cerulli
Daniel G. Chung
Kelly S. Horn
Jency J. Mathew

CLARK HILL LLC
Donald L. Ridge

*Attorneys for Defendant/Counterclaimant,* TETRA TECH, INC.

56129830