| | |
|---|---|
| Christy G. Lea (SBN 212,060)<br>christy.lea@knobbe.com<br>Joseph R. Re (SBN 134,479)<br>joe.re@knobbe.com<br>Nicholas M. Zovko (SBN 238,248)<br>nicholas.zovko@knobbe.com<br>Alan G. Laquer (SBN 259,257)<br>alan.laquer@knobbe.com<br>Raymond Lu (SBN 340,873)<br>raymond.lu@knobbe.com<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA  92614<br>Phone: (949) 760-0404 / Facsimile: (949) 760-9502<br><br>*Attorneys for Plaintiff/Counterclaim Defendant*<br>PAVEMETRICS SYSTEMS, INC. | |
| Donald Ridge, Esq. (SBN: 132171)<br>**CLARK HILL LLP**<br>555 South Flower Street, 24th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 891-9100<br>Facsimile: (213) 488-1178<br>DRidge@clarkhill.com | Jency J. Mathew (*pro hac vice*)<br>jency.mathew@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>**GARRETT & DUNNER, LLP**<br>1875 Explorer Street, Suite 800<br>Reston, Virginia 20190-6023<br>Telephone: (571) 203-2700<br>Facsimile: (571) 203-2777 |
| James R. Barney (*pro hac vice*)<br>james.barney@finnegan.com<br>Aaron L. Parker (*pro hac vice*)<br>aaron.parker@finnegan.com<br>Daniel G. Chung (*pro hac vice*)<br>daniel.chung@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**<br>901 New York Avenue NW<br>Washington, D.C. 20001-4413<br>Telephone: (202) 408-4000 / Facsimile: (202) 408-4400<br><br>*Attorneys for Defendant and Counterclaim Plaintiffs*<br>TETRA TECH, INC. | Nicholas A. Cerulli (*pro hac vice*)<br>nicholas.cerulli@finnegan.com<br>Kelly S. Horn (*pro hac vice*)<br>kelly.horn@finnegan.com |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.,<br>    Plaintiff,<br>v.<br>TETRA TECH, INC.,<br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA<br><br>**JOINT STATEMENT REGARDING PROPOSED OPENING INSTRUCTION REGARDING DECLARATORY JUDGMENT**<br><br>Honorable Mark C. Scarsi |

Pursuant to the Court's Order re: Motions in Limine (ECF 287 at 6-7), the Parties submit this proposed instruction for the Court to read to the jury before opening statements explaining the nature and context of this declaratory judgment action. This instruction should be read at the conclusion of the Preliminary Jury Instructions.

Proposed Instruction:

In a moment, the parties will begin their opening statements. Tetra Tech will give its opening statement first, and Pavemetrics will give its opening statement second. As I previously mentioned, Pavemetrics filed this suit for a declaration that it does not infringe. While the party who filed suit typically presents first, Tetra Tech will go first in this case because it bears the burden of proving infringement.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 12, 2022        By: /s/ Christy G. Lea
                                  Christy G. Lea
                                  Joseph R. Re
                                  Nicholas M. Zovko
                                  Alan G. Laquer
                                  Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*,
PAVEMETRICS SYSTEMS, INC.

Dated: August 12, 2022        By: /s/ Jency J. Matthew
                                  (with permission Christy G. Lea)

                              Donald L. Ridge
                              **CLARK HILL LLP**

                              James R. Barney (*pro hac vice*)
                              Aaron L. Parker (*pro hac vice*)
                              Daniel G. Chung (*pro hac vice*)
                              Nicholas A. Cerulli (*pro hac vice*)
                              Kelly S. Horn (*pro hac vice*)
                              Jency J. Mathew (*pro hac vice*)
                              **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

*Attorneys for Defendant and Counterclaim*

-1-

1                                                 *Plaintiffs TETRA TECH, INC. AND TETRA TECH TAS INC.*

56129785

-2-