Christy G. Lea (SBN 212060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/
Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

Donald L. Ridge (SBN 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (pro hac vice)
James.barney@finnegan.com
Aaron L. Parker (pro hac vice)
aaron.parker@finnegan.com
Daniel G. Chung (pro hac vice)
daniel.chung@finnegan.com
Nicholas A. Cerulli (pro hac vice)
nicholas.cerulli@finnegan.com
Kelly S. Horn (pro hac vice)
Kelly.horn@finnegan.com
Jency J. Mathew (pro hac vice)
Jency.mathew@finnegan.com
**FINNEGAN HENDERSON**
901 New York Ave NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant/
Counterclaim Plaintiff
TETRA TECH, INC. and TETRA TECH TAS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

PAVEMETRICS SYSTEMS, INC.,

Plaintiff,

v.

TETRA TECH, INC.,

Defendant.

AND RELATED COUNTERCLAIMS

Case No. 2:21-cv-1289-MCS-MMA

Honorable Mark C. Scarsi

**JOINT STATEMENT REGARDING REMOTE WITNESS TESTIMONY**

Pursuant to the Court's instructions in the Court's Order re: Motions in Limine (ECF 287 at 14), the parties submit this joint statement regarding the planned remote testimony of Richard Habel.

Mr. Habel will testify remotely by Zoom from the Québec City office of Pavemetrics' Canadian counsel, Fasken Martineau, located at 365 Rue Abraham Martin, Suite 600, Québec, Québec, Canada, G1K 8N1.

Pavemetrics will send Mr. Habel hard copies of exhibits that it plans to introduce during Mr. Habel's testimony. Tetra Tech will provide hard copies of exhibits that it plans to introduce during Mr. Habel's testimony. Tetra Tech requests that its counsel be permitted to be present in the same room as Mr. Habel during his testimony.[1]

The parties estimate the length of testimony from Mr. Habel to be around 1 hour and 15 minutes. This includes 45 minutes for direct examination and 30 minutes for cross examination.

Pavemetrics plans to have Mr. Habel testify at 1:00 pm on Friday, August 19, 2022. This would allow any necessary testing during the lunch break. To ensure that the testimony will be presented at that time, Pavemetrics would, with the Court's permission, present that testimony even if it may interrupt the direct examination of another Pavemetrics witness.

Tetra Tech opposes Pavemetrics' proposed plan to the extent Pavemetrics is dictating to the Court a rigid start time for Mr. Habel's testimony and a sequence which may confuse the jury. Tetra Tech proposes that Pavemetrics should not be permitted to present Mr. Habel's testimony until examination of the preceding witness is complete.

---

[1] Tetra Tech's counsel agrees to wear an N-95 mask during Mr. Habel's testimony. Pavemetrics reserves the right to have its own counsel present.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 12, 2022

By: /s/ *Christy G. Lea*
Christy G. Lea
Joseph R. Re
Nicholas M. Zovko
Alan G. Laquer
Raymond S. Lu

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP

Dated: August 12, 2022

By: /s/ *Nicholas A. Cerulli*
*(with permission Christy G. Lea)*
James R. Barney
Aaron L. Parker
Nicholas A. Cerulli
Daniel G. Chung
Kelly S. Horn
Jency J. Mathew

CLARK HILL LLC
Donald L. Ridge

*Attorneys for Defendant/Counterclaimant*, TETRA TECH, INC.

56130749