UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:21-cv-01289-MCS-MAA | Date August 16, 2022 |
| Title *Pavemetrics Systems, Inc. v. Tetra Tech, Inc.* | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Christy L. Lea<br>Joseph R. Re<br>Alan G. Laquer<br>Nicholas M. Zovko | James R. Barney<br>Aaron L. Parker<br>Nicholas A. Cerulli<br>Daniel G. Chung<br>Jency J. Matthew |

**Proceedings:** STATUS CONFERENCE

The status conference is held. The Court confers with counsel regarding outstanding trial issues and procedures. The jury trial is continued to Wednesday, August 17, 2022, at 9:00 a.m.

**IT IS SO ORDERED.**