# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:21-cv-01289-MCS-MAA |
| Title: | Pavemetrics Systems, Inc. v. Tetra Tech, Inc. |
| Date | August 17, 2022 |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

**Attorneys Present for Plaintiff(s):**
Christy L. Lea, Joseph R. Re, and Alan G. Laquer

**Attorneys Present for Defendants:**
James R. Barney, Aaron L. Parker, Nicholas A. Cerulli, Daniel G. Chung, Jency J. Matthew, and Don Ridge

___ Day Court Trial    1st Day Jury Trial

___ One day trial:  X  Begun (1st day);  ___ Held & Continued;  ___ Completed by jury verdict/submitted to court.

- [X] The Jury is impaneled and sworn.
- [X] Opening statements made by plaintiff and defendant.
- [X] Witnesses called, sworn and testified.  [X] Exhibits Identified   [X] Exhibits admitted.
- [ ] Plaintiff(s) rest.   [ ] Defendant(s) rest.
- [ ] Closing arguments made by  [ ] plaintiff(s)  [ ] defendant(s).  [ ] Court instructs jury.
- [ ] Bailiff(s) sworn.   [ ] Jury retires to deliberate.   [ ] Jury resumes deliberations.
- [ ] Jury Verdict in favor of  [ ] plaintiff(s)  [ ] defendant(s) is read and filed.
- [ ] Jury polled.   [ ] Polling waived.
- [ ] Filed Witness & Exhibit Lists   [ ] Filed jury notes.   [ ] Filed jury instructions.
- [ ] Judgment by Court for _____ [ ] plaintiff(s)   [ ] defendant(s).
- [ ] Findings, Conclusions of Law & Judgment to be prepared by  [ ] plaintiff(s)  [ ] defendant(s).
- [ ] Case submitted.   [ ] Briefs to be filed by _____
- [ ] Motion to dismiss by _____ is ___ granted.  ___ denied.  ___ submitted.
- [ ] Motion for mistrial by _____ is ___ granted.  ___ denied.  ___ submitted.
- [ ] Motion for Judgment/Directed Verdict by _____ is ___ granted.  ___ denied.  ___ submitted.
- [ ] Settlement reached and placed on the record.
- [ ] Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- [ ] Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- [ ] Trial subpoenaed documents returned to subpoenaing party.
- [✓] Case continued to  August 18, 2022 at 8:30 a.m.  for further trial/further jury deliberation.
- [✓] Other: Portion of transcript sealed.

5 : 42

Initials of Deputy Clerk   SMO

cc: