# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:21-cv-01289-MCS-MAA |
| Title: | Pavemetrics Systems, Inc. v. Tetra Tech, Inc. |
| Date | August 19, 2022 |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Christy L. Lea, Joseph R. Re, Alan G. Laquer, Nicholas M. Zovko, and Raymond Lu | James R. Barney, Aaron L. Parker, Nicholas A. Cerulli, Daniel C. Chung, and Donald L. Ridge |

_____ Day Court Trial   3rd Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   X Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
_____ Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to dismiss by _____   is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____   is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____   is _____ granted.   _____ denied.   _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to   August 23, 2022 at 8:30 a.m.   for further trial/further jury deliberation.
_____ Other:

| | 6 : 29 |
|---|---|
| Initials of Deputy Clerk | SMO |

cc: