# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:21-cv-01289-MCS-MAA |
| Title: | Pavemetrics Systems, Inc. v. Tetra Tech, Inc. |
| Date | August 24, 2022 |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Christy L. Lea, Joseph R. Re, Alan G. Laquer, Nicholas M. Zovko, and Raymond Lu | James R. Barney, Aaron L. Parker, Nicholas A. Cerulli, Daniel C. Chung, and Donald L. Ridge |

___ Day Court Trial     5th Day Jury Trial

___ One day trial:     ___ Begun (1st day);     ___ Held & Continued;     X Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by

✓ Witnesses called, sworn and testified.     ✓ Exhibits Identified     ✓ Exhibits admitted.
✓ Plaintiff(s) rest.     ✓ Defendant(s) rest.
✓ Closing arguments made by     ✓ plaintiff(s)     ✓ defendant(s).     ✓ Court instructs jury.
✓ Bailiff(s) sworn.     ✓ Jury retires to deliberate.     ___ Jury resumes deliberations.
✓ Jury Verdict in favor of     ✓ plaintiff(s)     ___ defendant(s) is read and filed.
___ Jury polled.     ✓ Polling waived.
✓ Filed Witness & Exhibit Lists     ✓ Filed jury notes.     ✓ Filed jury instructions.
___ Judgment by Court for     ___ plaintiff(s).     ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by     ___ plaintiff(s).     ___ defendant(s).
___ Case submitted.     Briefs to be filed by
___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
✓ Motion for Judgment/Directed Verdict by plaintiff is ___ granted. ___ denied. ✓ submitted.
___ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to ___ for further trial/further jury deliberation.
✓ Other: Jury Note 1 - Verdict. Post-trial briefs are due in three weeks. Plaintiff must submit a proposed judgment.

4 : 39

Initials of Deputy Clerk   SMO

cc: