NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
AUG 24 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pavemetrics Systems, Inc., <br> PLAINTIFF(S) <br> v. <br> Tetra Tech, Inc., <br> DEFENDANT(S) | CASE NUMBER: <br> 2:21-cv-01289-MCS-MAA <br><br> **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the joint _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)



The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

August 24, 2022
Date

Christy L. Lea/Joseph R. Re
Counsel for: ☒ Plaintiff  ☐ Defendant  ☐ _____

_____  N/A
Signature                    Telephone Number

August 24, 2022
Date

James R. Barney/Nicholas A. Cerulli
Counsel for: ☐ Plaintiff  ☒ Defendant  ☐ _____

_____  N/A
Signature                    Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

August 24, 2022
Date

Clerk, U.S. District Court
By Stephen Montes Kerr _____
                          Deputy Clerk