JURY NOTE NO. **# 1**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DATE: 8/24/2022

TIME: 4:37 PM

CASE NO. 2:21-cv-01289-MCS-MAA

CASE NAME: *Pavemetrics Systems, Inc. v. Tetra Tech, Inc.*

THE JURY HAS REACHED A UNANIMOUS VERDICT ✓

THE JURY REQUESTS THE FOLLOWING:

Verdict Conclusion.

REDACTED
FOREPERSON OF THE JURY