FILED
CLERK, U.S. DISTRICT COURT
AUG 2 4 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pavemetrics Sys., Inc., | Case No. 2:21-cv-01289-MCS-MAA |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| Tetra Tech, Inc., | |
| Defendants. | |

1

## **INSTRUCTIONS**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning of any legal term that appears in the questions below.

## DEFINITIONS

As used herein, the following terms have the following meanings:

- "'293 patent" refers to U.S. Patent No. 10,362,293.
- "'557 patent" refers to U.S. Patent No. 10,616,557.
- "Pavemetrics" refers to Pavemetrics Systems, Inc.
- "Tetra Tech" refers collectively to Tetra Tech, Inc. and Tetra Tech TAS Inc.

# JURY VERDICT

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

## I. FINDINGS ON INFRINGEMENT CLAIMS

**Instructions:** The questions regarding infringement should be answered regardless of your finding with respect to the validity or invalidity of the patent claims.

### A. Direct Infringement

1. Did Tetra Tech prove by a preponderance of the evidence that Pavemetrics directly infringed any of the following claims of the '293 patent by selling or offering to sell in the United States to CSX, the Laser Rail Inspection System ("LRAIL")?

("YES" is a finding for Tetra Tech. "NO" is a finding for Pavemetrics. Please check only the answer for each claim that reflects your verdict.)

        Claim 1 of the '293 patent      Yes \_\_\_\_ No ✓

        Claim 21 of the '293 patent      Yes \_\_\_\_ No ✓

### B. Induced Infringement

2. Did Tetra Tech prove by a preponderance of the evidence that Pavemetrics induced AID to infringe claim 8 of the '557 patent?

("YES" is a finding for Tetra Tech. "NO" is a finding for Pavemetrics. Please check only the answer that reflects your verdict.)

        Claim 8 of the '557 patent      Yes \_\_\_\_ No ✓

## C. Willful Infringement

**Instructions:** If you answered "Yes" to any part of questions 1 through 2, please proceed to question 3. If you answered "No" to ALL parts of questions 1 through 2, then please skip to question 4.

3. If you found that Pavemetrics infringed the '293 patent or the '557 patent, has Tetra Tech proven that it is more likely than not that Pavemetrics actually knew, intentionally ignored, or recklessly disregarded that its actions constituted infringement? ("YES" is a finding for Tetra Tech. "NO" is a finding for Pavemetrics.)

'293 patent  Yes \_\_\_\_  No \_\_\_\_

'557 patent  Yes \_\_\_\_  No \_\_\_\_

## II. FINDINGS ON INVALIDITY DEFENSES

**Instructions:** The questions regarding invalidity should be answered regardless of your findings with respect to infringement.

### A. The '293 Patent

4. Did Pavemetrics prove by clear and convincing evidence that the following claims of the '293 patent would have been obvious to a person of ordinary skill in the art in view of Pavemetrics' UML Sale and Support and/or UML-TRB2014, either alone or in combination with EC-TRB2014?

("YES" is a finding for Pavemetrics. "NO" is a finding for Tetra Tech. Please check only the answer for each claim that reflects your verdict.)

Claim 1 of the '293 patent    Yes √  No ____

Claim 21 of the '293 patent    Yes √  No ____

5. Did Pavemetrics prove by clear and convincing evidence that claim 21 of the '293 patent would have been obvious to a person of ordinary skill in the art in view of Pavemetrics' UML Sale and Support and/or UML-TRB2014, in combination with EC-TRB2014 and Gibert-Serra?

("YES" is a finding for Pavemetrics. "NO" is a finding for Tetra Tech.)

Yes √  No ____

**B.    The '557 Patent**

6.    Did Pavemetrics prove by clear and convincing evidence that claim 8 of the '557 patent would have been obvious to a person of ordinary skill in the art in view of Pavemetrics' UML Sale and Support and/or UML-TRB2014?

("YES" is a finding for Pavemetrics. "NO" is a finding for Tetra Tech.)

Yes √    No ___

### III. FINDINGS ON DAMAGES (IF APPLICABLE)

**Instructions:** If you found at least one claim infringed and not invalid, then please proceed to answer the remaining questions.

7. What lost profits, if any, did Tetra Tech show by a preponderance of the evidence that it suffered as a result of sales that it would with reasonable probability have made to CSX but for Pavemetrics' infringement?

$ _____

8. For those infringing sales for which Tetra Tech has not proved its entitlement to lost profits, what has Tetra Tech proven it is entitled to as a reasonable royalty?

$ _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the space below and notify the Courtroom Deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: August 24, 2022    By: _REDACTED_____

Presiding Juror