# Laser Triangulation



*Pavemetrics* | 1

# LRAIL Sales

| LRAIL Sales | Customer | Sale Invoiced |
|---|---|---|
| Sale A (high rail) | CSX | Oct. 2020 |
| Sale B | CSX | Oct. 2020 |
| Sale 1 | AID | Dec. 2020 |
| 2021 | | |
| Sale 2 | CSX | Apr. 2021 |
| Sale 3 | CSX | Apr. 2021 |
| Sale 4 | CSX | Apr. 2021 |

# Sale A (Sold before January 5, 2021)

| | | |
|---|---|---|
| Quotation (Turnkey LRAIL Inspection System) | April 7, 2020 | Ex. 40 |
| Hardware Delivered (F625-F626 Sensors) | June 2020 | Ex. 193 |
| Sale Invoiced (F625-F626 Sensors) | Oct. 23, 2020 | Ex. 845 |
| Processing Software Version r10323 delivered with license for sensors F625-F626 (Ex. 658) | Oct. 30, 2020 | Ex. 452 |
| Goods Agreement (F625-F626 sensors) | Nov. 5, 2020 | Ex. 843 |

# LRAIL System on High Rail Truck



*Pavemetrics* | 4

# Sales 2-4 (Sold after January 5, 2021)

| | | |
|---|---|---|
| Quotation for Sales 2, 3, 4 | February 15, 2021 | Ex. 811 |
| Goods Agreement for Sales 2, 3, 4 | March 15, 2021 | Ex. 844 |
| Sale Invoiced for Sales 2, 3, 4 | April 21, 2021 | Ex. 849 |
| Hardware Shipped for Sales 2, 3, 4 | August 2021 | |
| Processing Software Version 4.80.2.0-c4e9aa15f delivered with license for:<br>Sensors F705-F706 (Sale 2)<br>Sensors F707-F708 (Sale 3)<br>Not licensed for Sale 4 | December 9, 2021 | |

