**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**ORDER GRANTING TETRA TECH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF TETRA TECH'S MOTIONS *IN LIMINE* NOS. 1-5 (ECF NO. 231)** |

Having considered Tetra Tech's Application for Leave to File Under Seal Documents in Support of Tetra Tech's Motions *in Limine* Nos. 1-5, and the documents and papers in support thereof, and

WHEREAS there is good cause as set forth in Tetra Tech's Application, the Court hereby **GRANTS** the Application and Orders that the clerk file under seal:

1. Portions of Tetra Tech's Motion *in Limine* No. 3 to Preclude Certain Opinions of Christian Tregillis ("Motion *in Limine* No. 3");
2. Portions of Tetra Tech's Motion *in Limine* No. 4 to Exclude Pavemetrics' Untimely Produced Materials ("Motion *in Limine* No. 4"); and
3. Exhibits 2, 4-6, 8-10, and 12-14 to the Declaration of Aaron Parker in Support of Tetra Tech's Motions *in Limine* Nos. 1-5 ("Parker Declaration").

**IT IS SO ORDERED.**

Dated: August 26, 2022

_____
Mark C. Scarsi
UNITED STATES DISTRICT JUDGE