**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>TETRA TECH, INC.,<br><br>   Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA<br><br>Honorable Mark C. Scarsi<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PAVEMETRICS' MOTIONS *IN LIMINE* NOS. 1-3 (ECF NO. 233)** |

Having considered Pavemetrics' Application for Leave to File Under Seal Documents in Support of Pavemetrics' Motions *in Limine* Nos. 1-3, and for good cause shown, the Court **GRANTS** the Application.  Pavemetrics may file under seal the following documents:

| # | Description |
|---|---|
| 1 | Exhibit A to Laquer Declaration |
| 2 | Exhibit B to Laquer Declaration |
| 3 | Exhibit C to Laquer Declaration |
| 4 | Exhibit E to Laquer Declaration |

**IT IS SO ORDERED.**

Dated:  August 26, 2022

Mark C. Scarsi
UNITED STATES DISTRICT JUDGE