**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN CONNECTION WITH PAVEMETRICS' OPPOSITION TO TETRA TECH'S MOTION *IN LIMINE* NO. 4 (ECF NO. 275)** |

Having considered Pavemetrics' Application for Leave to File Under Seal Documents in Connection with Pavemetrics' Opposition to Tetra Tech's Motion *in Limine* No. 4, and for good cause shown, the Court **GRANTS** the Application. Pavemetrics may file under seal the following documents:

| # | Description |
|---|---|
| 1 | Exhibit K to Zovko Declaration |
| 2 | Exhibit L to Zovko Declaration |
| 3 | Exhibit M to Zovko Declaration |

**IT IS SO ORDERED.**

Dated:  August 26, 2022

Mark C. Scarsi
UNITED STATES DISTRICT JUDGE

-1-