JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **JUDGMENT ON JURY VERDICT** |

The Court, having conducted a jury trial from August 17 through August 24, 2022, pursuant to Plaintiff Pavemetrics Systems, Inc.'s ("Pavemetrics") complaint for a declaratory judgment and Defendants Tetra Tech, Inc. and Tetra Tech TAS, Inc.'s ("Tetra Tech") counterclaims in response thereto, HEREBY enters this Judgment in favor of Pavemetrics on all counts, according to the jury's verdict as follows:

1. Pavemetrics has not infringed Claims 1 and 21 of U.S. Patent No. 10,362,293 by selling or offering to sell in the United States to CSX Transportation, Inc., the Laser Rail Inspection System ("LRAIL");

2. Pavemetrics has not induced Advanced Infrastructure Design to infringe Claim 8 of U.S. Patent No. 10,616,557 by the sale and support of Pavemetrics' LRAIL;

3. Claims 1 and 21 of U.S. Patent No. 10,362,293 would have been obvious to a person of ordinary skill in the art in view of the prior art known as Pavemetrics' UML Sale and Support and/or UML-TRB2014, either alone or in combination with EC-TRB2014 and therefore are invalid under 35 U.S.C. § 103;

4. Claim 21 of U.S. Patent No. 10,362,293 patent would have been obvious to a person of ordinary skill in the art in view of the prior art known as Pavemetrics' UML Sale and Support and/or UML-TRB2014, in combination with EC-TRB2014 and Gibert-Serra and therefore is invalid under 35 U.S.C. § 103; and

5. Claim 8 of U.S. Patent No. 10,616,557 would have been obvious to a person of ordinary skill in the art in view of the prior art known as Pavemetrics'

UML Sale and Support and/or UML-TRB2014, and therefore is invalid under 35 U.S.C. § 103.

Dated: August 26, 2022

                                Mark C. Scarsi
                                UNITED STATES DISTRICT JUDGE