AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  For the Central District of California  on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:21-cv-1289 MCS | DATE FILED<br>2/11/2021 | U.S. DISTRICT COURT<br>For the Central District of California | |
|---|---|---|---|
| PLAINTIFF<br>PAVEMETRICS SYSTEMS, INC. | | DEFENDANT<br>TETRA TECH, INC. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  10,362,293 | 7/23/2019 | TetraTech, Inc. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 8/26/2022  JUDGMENT ON JURY VERDICT |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>L. Chai | DATE<br>8/26/22 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director  X **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director  **Copy 4**—Case file copy

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., | Case No. 2:21-cv-1289-MCS-MMA |
| Plaintiff, | Honorable Mark C. Scarsi |
| v. | **JUDGMENT ON JURY VERDICT** |
| TETRA TECH, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

The Court, having conducted a jury trial from August 17 through August 24, 2022, pursuant to Plaintiff Pavemetrics Systems, Inc.'s ("Pavemetrics") complaint for a declaratory judgment and Defendants Tetra Tech, Inc. and Tetra Tech TAS, Inc.'s ("Tetra Tech") counterclaims in response thereto, HEREBY enters this Judgment in favor of Pavemetrics on all counts, according to the jury's verdict as follows:

1. Pavemetrics has not infringed Claims 1 and 21 of U.S. Patent No. 10,362,293 by selling or offering to sell in the United States to CSX Transportation, Inc., the Laser Rail Inspection System ("LRAIL");

2. Pavemetrics has not induced Advanced Infrastructure Design to infringe Claim 8 of U.S. Patent No. 10,616,557 by the sale and support of Pavemetrics' LRAIL;

3. Claims 1 and 21 of U.S. Patent No. 10,362,293 would have been obvious to a person of ordinary skill in the art in view of the prior art known as Pavemetrics' UML Sale and Support and/or UML-TRB2014, either alone or in combination with EC-TRB2014 and therefore are invalid under 35 U.S.C. § 103;

4. Claim 21 of U.S. Patent No. 10,362,293 patent would have been obvious to a person of ordinary skill in the art in view of the prior art known as Pavemetrics' UML Sale and Support and/or UML-TRB2014, in combination with EC-TRB2014 and Gibert-Serra and therefore is invalid under 35 U.S.C. § 103; and

5. Claim 8 of U.S. Patent No. 10,616,557 would have been obvious to a person of ordinary skill in the art in view of the prior art known as Pavemetrics'

UML Sale and Support and/or UML-TRB2014, and therefore is invalid under 35 U.S.C. § 103.

Dated: August 26, 2022

Mark C. Scarsi
UNITED STATES DISTRICT JUDGE