1  Donald Ridge, Esq. (SBN: 132171)
2  **CLARK HILL LLP**
   555 South Flower Street, 24th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 891-9100
4  Facsimile: (213) 488-1178
5  DRidge@clarkhill.com

6
   James R. Barney (*pro hac vice*)
7  james.barney@finnegan.com
   Aaron L. Parker (*pro hac vice*)
8  aaron.parker@finnegan.com          Jency J. Mathew (*pro hac vice*)
9  Daniel G. Chung (*pro hac vice*)   jency.mathew@finnegan.com
   daniel.chung@finnegan.com          **FINNEGAN, HENDERSON,**
10 Nicholas A. Cerulli (*pro hac vice*)  **FARABOW, GARRETT &**
11 nicholas.cerulli@finnegan.com      **DUNNER, LLP**
   Kelly S. Horn (*pro hac vice*)     1875 Explorer Street, Suite 800
12 kelly.horn@finnegan.com            Reston, Virginia 20190-6023
13 **FINNEGAN, HENDERSON,**          Telephone:  (571) 203-2700
   **FARABOW, GARRETT &**            Facsimile:  (571) 203-2777
14 **DUNNER, LLP**
15 901 New York Avenue NW             *Attorneys for Defendant and*
16 Washington, D.C. 20001-4413        *Counterclaim Plaintiffs*
   Telephone:  (202) 408-4000
17 Facsimile:  (202) 408-4400

18
                    **UNITED STATES DISTRICT COURT**
19                  **CENTRAL DISTRICT OF CALIFORNIA**

20 PAVEMETRICS SYSTEMS, INC.          CASE NO. 2:21-cv-1289 MCS-MMA
21
            Plaintiff,               **TETRA TECH'S NOTICE OF**
22                                   **RENEWED MOTION FOR**
                                     **JUDGMENT AS A MATTER OF**
23          v.                       **LAW REGARDING INVALIDITY**
24                                   **AND MOTION FOR NEW TRIAL**
   TETRA TECH, INC.
25
            Defendant.               Honorable Mark C. Scarsi
26                                   Date: October 17, 2022
27                                   Time: 9:00 a.m.
                                     Courtroom: 7C
28
   AND RELATED COUNTERCLAIMS.

**PLEASE TAKE NOTICE** that on October 17, 2022, at 9:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 7C of the Honorable Mark C. Scarsi, located in the First Street Courthouse, 350 W. 1st Street, Los Angeles, California, 90012, Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech"), by and through their attorneys, respectfully move this Court for (1) judgment as a matter of law ("JMOL") under Federal Rule of Civil Procedure 50(b) that claims 1 and 21 of the '293 patent and claim 8 of the '557 patent are not invalid, and (2) a new trial under Federal Rule of Civil Procedure 59(a)(1)(A) based on the repeated misconduct by Pavemetrics' counsel at trial.

This Motion is based on this Notice of Motion, the accompanying Memorandum in Support of the Motion and exhibits, all other filings in this case, the trial record, all other matters of which the Court may take judicial notice, and any further argument or evidence that may be received by the Court. Tetra Tech has filed herewith a proposed order for the sought relief.

This motion is made following the conference of counsel during trial on August 24, 2022 (Day 5 Trial Tr. at 144:9-163:5) and in subsequent discussions and correspondence between counsel in the days after trial.

Dated: September 14, 2022          **CLARK HILL LLP**

By:

_____

Donald L. Ridge

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James R. Barney (*pro hac vice*)
Aaron L. Parker (*pro hac vice)*
Daniel G. Chung (*pro hac vice*)
Nicholas A. Cerulli (*pro hac vice)*
Kelly S. Horn (*pro hac vice)*
Jency J. Mathew (*pro hac vice)*
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

*Attorneys for Defendant and Counterclaim Plaintiffs*
*TETRA TECH, INC. AND TETRA TECH TAS INC.*

2