1  Donald Ridge, Esq. (SBN: 132171)
2  **CLARK HILL LLP**
   555 South Flower Street, 24th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 891-9100
4  Facsimile: (213) 488-1178
5  DRidge@clarkhill.com

6
7  James R. Barney (*pro hac vice*)
   james.barney@finnegan.com
8  Aaron L. Parker (*pro hac vice*)
   aaron.parker@finnegan.com
9  Daniel G. Chung (*pro hac vice*)
   daniel.chung@finnegan.com
10 Nicholas A. Cerulli (*pro hac vice*)
11 nicholas.cerulli@finnegan.com
   Kelly S. Horn (*pro hac vice*)
12 kelly.horn@finnegan.com
13 **FINNEGAN, HENDERSON,**
   **FARABOW, GARRETT &**
14 **DUNNER, LLP**
15 901 New York Avenue NW
   Washington, D.C. 20001-4413
16 Telephone: (202) 408-4000
17 Facsimile: (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT &**
**DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:   (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

18
19            **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
| 21  Plaintiff, | **DECLARATION OF AARON L. PARKER IN SUPPORT OF TETRA TECH'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING INVALIDITY AND MOTION FOR NEW TRIAL** |
| 22 | |
| 23  v. | |
| 24  TETRA TECH, INC. | |
| 25 | |
| 26  Defendant. | |
| 27  AND RELATED COUNTERCLAIMS. | Honorable Mark C. Scarsi |
| 28 | Date: October 17, 2022 |
| | Time: 9:00 a.m. |
| | Courtroom: 7C |

1  I, Aaron L. Parker, hereby declare as follows:

2  1. I am an attorney at law admitted to practice in the Commonwealth of Virginia and the District of Columbia, and before the United States Court of Appeals for the Federal Circuit and the United States Court of Appeals for the Fourth Circuit, among others, and I have been granted admission pro hac vice in this matter.

2. I am a partner of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys for Defendant and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), in the above-captioned matter. The facts stated herein are true and correct and of my personal knowledge, and if called and sworn as a witness, I could and would competently testify thereto under oath.

3. I submit this declaration in support of Tetra Tech's Renewed Motion for Judgement as a Matter of Law on Invalidity and Motion for New Trial

4. Attached as **Exhibit 1** hereto is a true and correct copy of Reporter's Transcript of Proceedings held on August 17, 2022 (Trial Day 1).

5. Attached as **Exhibit 2** hereto is a true and correct copy of Reporter's Transcript of Proceedings held on August 18, 2022 (Trial Day 2).

6. Attached as **Exhibit 3** hereto is a true and correct copy of Reporter's Transcript of Proceedings held on August 19, 2022 (Trial Day 3).

7. Attached as **Exhibit 4** hereto is a true and correct copy of Reporter's Transcript of Proceedings held on August 23, 2022 (Trial Day 4).

8. Attached as **Exhibit 5** hereto is a true and correct copy of Reporter's Transcript of Proceedings held on August 24, 2022 (Trial Day 5).

9. Attached as **Exhibit 6** hereto is a true and correct copy of Trial Exhibit 26.

10. Attached as **Exhibit 7** hereto is a true and correct copy of Trial Exhibit 508.

11. Attached as **Exhibit 8** hereto is a true and correct copy of Trial Exhibit 565.

12. Attached as **Exhibit 9** hereto is a true and correct copy of Trial Exhibit 566.

13. Attached as **Exhibit 10** hereto is a true and correct copy of Trial Exhibit 811.

14. Attached as **Exhibit 11** hereto is a true and correct copy of Trial Exhibit 844.

1

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Washington, D.C. on September 14, 2022.

By: _____
Aaron L. Parker