# EXHIBIT 6

1  **Automatic Track Inspection Using 3D Laser Profilers to Improve Rail Transit**
2  **Asset Condition Assessment and State of Good Repair – A Preliminary Study**
3
4
5  Samy Metari
6  Pavemetrics Systems Inc.
7  150, Boulevard René-Lévesque Est, Suite 1820
8  Québec, Quebec G1R 5B1, Canada
9  Email: smetari@pavemetrics.com
10
11  Yuanchang Xie*
12  Dept. of Civil and Environmental Engineering
13  University of Massachusetts Lowell
14  One University Avenue
15  Lowell, MA 01854, United States
16  Email: yuanchang_xie@uml.edu
17
18  Mario Talbot
19  Pavemetrics Systems Inc.
20  150, Boulevard René-Lévesque Est, Suite 1820
21  Québec, Quebec G1R 5B1, Canada
22  Email: mtalbot@pavemetrics.com
23
24  Kaiguang Zhao
25  Joint Global Change Research Institute
26  Pacific Northwest National Laboratory
27  5825 University Research Ct., Ste 3500
28  College Park, MD 20740
29  Email: lidar.rs@gmail.com
30
31  John Laurent
32  Pavemetrics Systems, Inc.
33  150, Boulevard René-Lévesque Est, Suite 1820
34  Québec, Quebec G1R 5B1, Canada
35  Phone: 418 210-3909
36  Email: jlaurent@pavemetrics.com
37
38
39  Paper submitted for presentation at the Transportation Research Board 93rd Annual Meeting and
40  for publication in Transportation Research Record
41
42  November 15, 2013
43
44  Word count: 4,131 + 1 Table + 12 Figures = 7,381 Words
45
46  * Corresponding Author

Page 1 of 15

Case Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS
Trial Exhibit 26

John Laurent
12/21/2021
Exhibit 26
Deanna J. Dean, RDR, CR

PAVEMETRICS0206366

Trial Exhibit 0026   p. 1 of 15

Exhibit 6
313

47   **ABSTRACT**
48   Track inspection is a critical process for both freight and transit rail safety. Currently, many rail
49   transit agencies rely heavily on visual inspection, which is time and resource consuming,
50   inefficient, and sometimes unreliable. Although some rail transit agencies do use ultrasound or
51   track geometry cars for track inspections, these devices can only identify certain types of defects
52   and are usually expensive. Many small- or medium-sized transit agencies cannot afford to
53   purchase them and only hire consultants to do inspections once or twice a year, even though they
54   do have the need to conduct the inspections more frequently. To address this issue, this research
55   introduces a new computer vision framework specially designed for the automatic inspection of
56   railroad tracks. The proposed framework is based on the Laser Crack Measurement System
57   (LCMS), which consists of two high-performance 3D laser profilers that are able to measure
58   complete transverse railroad profiles with 1mm resolution at high speeds. Compared to
59   ultrasound and track geometry cars, the developed system is much more affordable and can be
60   readily mounted on a hi-rail vehicle that virtually every rail transit agency owns. Based on the
61   3D depth map generated by the LCMS, new methods have been developed for measuring rail
62   gauge, detecting missing or broken fasteners, and identifying cracks in concrete ties. Preliminary
63   results reveal that the newly proposed computer vision framework is a promising cost-effective
64   and reliable alternative to the existing inspection methods.
65
66   **KEYWORDS**
67   State of good repair, laser, track, fastener, tie, gauge, transit, inspection, safety
68
69
70   **1. INTRODUCTION**
71   A 2008 United States Federal Transit Administration (FTA) report [*1*] estimated that about 25%
72   of the rail and bus assets in the U.S. were close to or beyond their useful life. For the nine largest
73   transit agencies, the corresponding percentage was nearly 35%. The National Transportation
74   Safety Board (NTSB) was seriously concerned about the safe operations of the current rail transit
75   industry after investigating the July 2006 Chicago Transit Authority Blue Line derailment
76   accident, concluding that the accident was caused by the failure of the tie plates and fastening
77   systems. A member of the NTSB warned that this accident was a *"wake up call ... to all transit*
78   *agencies ... with equipment and infrastructure that age with each passing day."*
79
80   Defects in railroad tracks are also responsible for thousands of accidents annually around the
81   world. In Canada, in 2012 alone a total of 1,011 rail accidents were reported to the
82   Transportation Safety Board (TSB) [*2*] with a large percentage being attributed to track defects.
83   In the United States, the Federal Railroad Administration (FRA) reported that track defects were
84   responsible for more than 33% of all registered rail accidents. Thus, the reliable detection of
85   defects in railroad tracks is of great importance for both freight and transit rail safety.
86
87   A critical aspect of the transit state of good repair is the inspection of rail transit infrastructure.
88   During the last few decades, the practice of railroad inspection has evolved to include a wide
89   variety of inspection methodologies, including human visual inspection (done by inspectors),
90   ultrasound inspection methods [*3,4*], electromagnetic acoustic transducer inspection [*5*], and
91   Ground Penetrating Radar (GPR) inspection [*6*]. Many existing methods require inspection staff
92   to be physically on or beside the track in order to set up the testing apparatus as shown in Figure

93   1. For instance, at Metro St. Louis, ultrasound is used for rail inspection twice a year, and an
94   inspection vehicle is used to check the rail geometry once every year. For all other structures and
95   facilities (e.g., ties and fastening systems), they are inspected manually on a weekly or monthly
96   basis, which requires considerable time and efforts. This practice is very typical for other transit
97   agencies in the United States. Such approaches are slow, labor intensive and ultimately pose a
98   safety risk to inspection workers. An FTA statement [7] released in May 2007 reported that 11
99   track workers died in heavy rail and commuter rail accidents over an 18-month period in the
100  United States.
101
102  Remote sensing technologies have been used by many state Departments of Transportation
103  (DOTs) for highway pavement and bridge inspections. Among them, laser has been tested in
104  several states such as Tennessee, Texas, and Georgia for mapping highway and identifying
105  pavement defects. Due to the encouraging results obtained, laser recently has been receiving
106  increasing attention from state DOTs [8,9]. However, its applications in rail industry are still
107  limited. The ones we found were to use laser for measuring railway clearance [10] and wheel/rail
108  profile [11,12], which are different from the proposed study. Although some companies [13,14]
109  have developed sophisticated inspection vehicles based on laser for track inspection, these
110  vehicles are usually very expensive. Many small- and medium-sized rail transit agencies can
111  only afford to hire these companies to do track inspections once or twice a year, even though
112  they do have the need to conduct automatic inspections more frequently.
113
114  In recent years, a number of researchers have studied the potential to use laser or computer
115  vision as an alternative for the automatic inspection of railroad tracks [15,16,17,18,19,20,21,22].
116  This paper builds upon these studies and introduces a new computer vision-based framework for
117  the automatic inspection of railroad tracks. The proposed framework is based on the Laser Crack
118  Measurement System (LCMS) [23,24]. The LCMS sensor has been used around the world for
119  high-speed highway inspections. By combining high vertical accuracy, intense artificial
120  illumination, and rapid scanning rates, the LCMS is capable of collecting extremely precise and
121  detailed data at speeds up to 100 km/h, day or night, on a wide variety of surface types. Further
122  details as to the performance of the LCMS are provided in the section that follows. The objective
123  of this research is to develop an automated rail infrastructure inspection system based on LCMS
124  for monitoring the health conditions of rail gauge, concrete ties, and fastening systems. This
125  system integrates global positioning systems and geographic information systems and is able to
126  automatically detect and locate those surface safety hazards. Compared to the current manual and
127  automatic inspection methods, this proposed system is a promising cost-effective and reliable
128  alternative.



Figure 1 Manual inspection of rails.

## 2. HARDWARE CONFIGURATION

The LCMS (see Figure 2) combines 3D laser profilers that use high power laser line projectors, custom filters and a camera as the detector [23,24]. During operations, a strip of laser light is projected onto the railroad track and its image is captured by the integrated camera.



Figure 2 Photo of the LCMS system (sensors and controller).

Images from the cameras are sent to a frame grabber to be digitized and then processed by a high-performance computer. Using lossless data compression algorithms, the raw data is compressed. This enables the data to be collected at rates of approximately 20 MB/s or 720

143  MB/km compared to raw data rates of upwards of 30 GB/km at 100 km/h. The key specifications
144  for the LCMS can be found in Table 1.
145
146                              Table 1 LCMS specifications.

| No. of laser profilers | 2 |
|---|---|
| Sampling rate (max.) | 11,200 profiles/s |
| Vehicle speed | 100 km/h (max) |
| Profile spacing | Adjustable |
| 3D points per profile | 4,096 points |
| Transverse field-of-view | 4 m |
| Depth range of operation | 250 mm |
| Z-axis (depth) accuracy | 0.5 mm |
| X-axis (transverse) resolution | 1 mm |

147
148  **3. AUTOMATIC INSPECTION OF RAILROAD**
149  For railroad scanning, the LCMS is mounted on a hi-rail vehicle as seen in Figure 3. The right
150  sensor images the right rail (red triangle) and the left sensor images the left rail (blue triangle).
151  The overlapped area covered by both the left and right sensors is used to merge the data from the
152  two sensors, which makes it possible to obtain a complete view of the entire cross section of the
153  track.
154



155
156                     Figure 3 LCMS on an inspection hi-rail vehicle.
157
158  The 3D shape of the railroad (see Figure 4) is acquired as the hi-rail inspection vehicle travels
159  along the tracks. The 3D data can be collected at user specified distance intervals (e.g., one
160  image every 1mm or 4 mm) depending on the purpose of the data collection and analysis. This is

PAVEMETRICS0206370

Trial Exhibit 0026   p. 5 of 15

Exhibit 6
317

161  done by synchronizing the laser line projectors with the vehicle odometer or an encoder installed
162  on the hi-rail vehicle.
163

164
165              Figure 4 3D Shape of the railroad track acquired by the LCMS.
166
167  LCMS sensors simultaneously acquire both "Range" (height of each pixel) and "Intensity" (the
168  intensity of the reflected laser light for each pixel) images of the scanned surfaces. By merging
169  the range and intensity data, 3D profiles of the scanned surfaces can be obtained. Figure 5 shows
170  the results of the different types of images (i.e., intensity, range, and merged 3D image) that can
171  be produced from the LCMS data.
172



173
174  Figure 5 LCMS data type: Intensity (left), range (center), 3D merged (right).
175
176  The range data acquired by the LCMS system measures the distance from the sensor to the
177  surface (e.g., roadway pavement or railroad track) for every sampled point. The center image in
178  Figure 5 is produced by translating range data values into a grayscale image where farther away
179  points (e.g., the railroad ties) are represented by darker pixels and closer points (e.g., the top of
180  the rails) by lighter pixels.
181
182  **3.1. Rail Gauge Estimation**
183  Rail gauge is the measured distance between two rails at a specific point along the track. It is an
184  important inspection data element as variations in gauge are typically associated with other track
185  defects and can cause devastating accidents. For example, missing fasteners can often lead to
186  changes in rail gauge as the rail is free to move and is no longer properly held in place. To
187  address this key need, this research develops a new vision-based algorithm for rail gauge
188  estimation. This algorithm utilizes the 3D range data from the LCMS sensor as follows:
189
190  1. Based on the realistic assumption that the rail head is the nearest object to the imaging
191     system (the LCMS), the algorithm searches for the coordinate of the shallowest point in
192     the generated range data. It is assumed that this point is on the rail head (see Figure 4).
193
194  2. A new range image is defined by applying a double threshold operator to the original
195     range image from Step 1. The thresholds are a function of the shallowest point value. As
196     a result, this refined range image only contains the area of interest for inspection: the rail
197     head.
198

199  3. A remapping process is applied to convert the new range image (from Step 2) to a
200     grayscale image (pixel values between 0 and 255).
201
202  4. Horizontal and vertical Sobel kernels [25] are applied for edge detection.
203
204  5. The Canny method [26] is applied in order to extract the rail head contour.
205
206  6. The extracted contour often includes discontinuities. In order to address this issue, a
207     technique was developed for closing and refining the rail head contour. In addition, at this
208     step the actual positions of the rail edges are calculated.
209
210  7. Finally, we apply a "Blob Coloring module" which detects and recognizes (extraction of
211     characteristics) blobs in a given binary image. A blob is a region of a digital image in
212     which all the pixels are similar to each other. The final result of this step is that the edges
213     of the rail in a given image are detected and highlighted.
214
215  Figure 6 illustrates the result of this process for a rail segment; the rail edges are correctly
216  detected and highlighted in red. Once the rail positions are localized, the next step in the
217  inspection process is to identify a new Region of Interest (ROI) to detect and recognize other
218  features requiring inspection such as tie-plates and fasteners.



Figure 6 Detection and localization of the rail positions.

### 3.2. Detection of Fasteners

Missing fasteners are critical flaws to detect during track inspection. In order to detect missing fasteners, the first step is to detect all of the fasteners in the ROI. In order to do so, a vision-based approach (as opposed to 3D depth) was developed as follows:

1. First, a new 3D ROI is established based on the detected rail positions from the rail gauge detection algorithm. The new ROI dimensions are established using the known dimensions of the rail. Rail height is used to determine the ROI in terms of vertical/depth space and tie plate (see Figure 7) width is used to define the horizontal ROI. As is the

PAVEMETRICS0206373

Trial Exhibit 0026 p. 8 of 15

Exhibit 6
320

case for the rail heads in the rail gauge detection algorithm, a new range image which targets fasteners specifically is produced by this process.



Figure 7 Pandrol tie plate.

2. Similar to the rail gauge algorithm, a remapping process is applied in order to convert the range image from Step 1 to a grayscale image (pixel values between 0 and 255)

3. The Canny method is applied in order to extract the contours of fasteners.

4. Two morphological operations (dilation followed by erosion) are applied in order to fill small holes and to eliminate isolated points in the detected fasteners.

5. Finally, a "Blob Coloring module" is applied which detects and recognizes (extraction of characteristics) blobs in a given binary image. In the final output, fasteners are detected and highlighted.

The developed algorithm is applied to some sample data collected from St. Louis, Missouri. The experimental results, shown in Figure 8 and Figure 9, reveal the successful detection of fasteners. More importantly, four missing fasteners (three on the right rail and one on the left rail) are not detected as false positives in Figure 8. Also, all fasteners, except for those three missing ones in Figure 9, are correctly identified and highlighted. False positives refer to missing fasteners that are failed to be detected by the algorithm. When this happens, the algorithm considers there are fasteners (e.g., false positives) at those missing spots, although in fact they do not exist. The fact that missing fasteners are not detected as false positives demonstrates the robustness of our algorithm for missing fastener detection. Currently, the team is working on getting additional rail data with missing fasteners to fine tune the developed algorithm.

In summary, the detection of fasteners is done within a specific 3D ROI around the rail position. The recognition of fasteners is conducted via a template matching method, which allows distinguishing between fasteners and ballast/foreign object debris (FOD). Theoretically, it can identify and recognize different kinds of fasteners (e.g., dog spikes, E-clips). In order to detect

PAVEMETRICS0206374

Trial Exhibit 0026 p. 9 of 15

Exhibit 6
321

265 different types of clips, we simply need to identify the entire set of existing clips and include
266 them in the template models. However, one may encounter situations where the fastener is
267 partially or fully occluded. In this case, the detection and recognition of fasteners can fail.
268



269
270 Figure 8 Detection of fasteners in railroad tracks.
271



272
273 Figure 9 Another Example of the Detection of fasteners in railroad tracks.
274

### 3.3. Detections of Cracks

Railroad track structure often suffers from the presence of cracks (see Figure 10). Due to the natural variability of cracking patterns, detecting cracks reliably is far more complex than the approach of applying a threshold on a range image as was adopted for rail gauge and fastener detection. This is especially true for hairline cracks as shown in Figure 11.



Figure 10 A crack (circled in red) in a concrete-tie.



Figure 11 Hairline crack in a concrete tie at Metro St. Louis.

Given the collected 3D LCMS data, the algorithm developed for crack detection involves:

1. The first step is to apply a set of mathematics-based detection operations upon the 3D data set (i.e., the range image) in order to obtain a binary image where the remaining active pixels are potential cracks.

2. The binary image from Step 1 is then filtered to remove many of the false detections which are caused by various design features and general distress on the railroad ties/sleepers which are not cracks.

3. At this point in the processing, most of the remaining pixels can correctly be identified as cracks. However, many of these crack segments need to be joined together in order to avoid multiple detections of the same crack.

4. After the detection process, the next step consists of the characterization of the identified cracks.

5. Finally, the severity level of cracking is determined by evaluating its width (opening). Severity can be further grouped into categories such as low, medium and high by defining width ranges for each level.

The developed algorithm has been applied to both concrete and wood ties. For the hairline crack (see Figure 11) in a concrete tie in St. Louis, we were unable to detect it. However, for large cracks in concrete ties and especially wood ties, the developed algorithm has demonstrated reasonably good performance. Figure 12 shows the range data of a sample wood tie and the detected cracks are highlighted in red. In fact, those hairline cracks in concrete ties do not pose safety concerns that require immediate attention. Also, wood ties tend to develop cracks as they age and most of those cracks do not affect the wood ties' performance. The developed algorithm allows the filtering of such cracks according to their characteristics (e.g., size, area, orientation).



Figure 12 Detection of cracks in wood cross-ties.

## 4. CONCLUSIONS AND FUTURE WORK

The reliable and automatic inspection of railroad track structures is critical for both freight and passenger rail safety. Most rail transit agencies rely heavily on manual inspection methods,

323  which are time consuming, labor intensive, and sometimes unreliable. Although some agencies
324  do employ automatic tools (e.g., ultrasound and geometry cars) for track inspections, these tools
325  are usually very expensive and rail transit agencies (especially small- or medium-sized agencies)
326  cannot afford to own them. They can only hire contractors to do the inspection work using these
327  tools on an annual or bi-annual basis, even though they do have the need to inspect tracks more
328  frequently.
329
330  The use of computer vision techniques has recently been identified as a promising method for
331  railroad inspection. This paper introduced a new computer vision based framework with the goal
332  of automatic inspection of railroad tracks. The current version of the framework is based on the
333  LCMS that consists of two high-performance laser profilers. The developed framework is
334  capable of estimating rail gauge, detection of existing/missing fasteners and the identification of
335  cracks in railroad ties/sleepers. The developed framework has been tested based on the rail data
336  collected from Chicago and Metro St. Louis. The result suggests that the framework is able to
337  accurately measure rail gauge and identify missing fasteners and cracks in cross ties. Also, the
338  developed framework is much more affordable than existing ultrasound and geometry cars. It can
339  be readily mounted on a hi-rail vehicle and is a promising alternative to existing manual and
340  automatic inspection methods.
341
342  The research team is currently working on collecting and analyzing additional rail data from
343  Metro St. Louis and Massachusetts Bay Transit Authority (MBTA), to further test and fine tune
344  the developed framework under various conditions (e.g., different types of ties and fasteners).
345  Since the LCMS can collect rail profiles at 1mm horizontal accuracy and 0.5 mm vertical
346  accuracy, a lot of useful information can be extracted from the acquired detailed 3D profiles.
347  Other than rail gauge, fasteners, and ties, the system setup may be adjusted to allow it to assess
348  the conditions of ballast, running surface, track bed slope, fishplates and their fasteners,
349  wheel/rail profile compatibility, corroded railroad tracks, and overhead power and signal lines.
350  The same system setup can also be used for broad and narrow gauge railways. Additionally, our
351  next steps include a web-based decision support system and a mobile app that can facilitate the
352  data visualization and management, decision making, and field asset inspection. Moving
353  forward, it is expected that the proposed framework will serve as a platform to develop a
354  complete system for the automatic inspection of railroad tracks.
355
356  **5. ACKNOWLEDGMENT**
357  The authors would like to thank the U.S. Department of Transportation's Research and
358  Innovative Technology Administration (USDOT/RITA) for providing financial support
359  (Cooperative Agreement # RITARS-12-H-UML) to this project. However, the views, opinions,
360  findings and conclusions reflected in this paper are the responsibility of the authors only and do
361  not represent the official policy or position of the USDOT/RITA, or any State or other entity.
362
363  **REFERENCES**

1   U.S. Federal Transit Administration. Transit State of Good Repair: Beginning the Dialogue. October, 2008.
2   Transportation Safety Board of Canada. Statistical Summary, Railway Occurrences 2012. Available online at http://www.tsb.gc.ca/eng/stats/rail/2012/ss12.asp, Accessed on July 20, 2013.

3   Hesse, D. and Cawley, P. Surface wave modes in rails. Journal of the Acoustical Society of America, 120(2):733–740, 2006.

4   Sholl, H. A., Ammar, R. A., Ibrahim, S. High-Speed, Real-Time, Ultrasonic Anomaly Surface Profiling for Rail Inspection Applications. CAINE 2008: 209-214.

5   Hirao, M. and Ogi, H. EMATS For Science and Industry, Kluwer Academic Publishers, 2003.

6   Weil, G.J. Non-destructive, remote sensing technologies for locating subsurface anomalies on railroad track beds. Proc. SPIE, Non-destructive Evaluation of Aging Railroads, vol. 2458, pp. 74-81, 1995.

7   James S. Simpson. Track Worker Protection and Maintenance Oversight, May 2007. Available online at http://www.fta.dot.gov/newsroom_6836.html, Accessed on July 20, 2013.

8   Yen, K.S., B. Ravani, and T.A. Lasky. LiDAR for Data Efficiency. Final Report WA-RD 778.1. Washington State Department of Transportation, September, 2012.

9   Veneziano, D., S. Hallmark, and R. Souleyrette. Comparison of LiDAR and Conventional Mapping Methods for Highway Corridor Studies. Final Report, Center for Transportation Research and Education, Iowa State University, 2002.

10  Sawadisavi, S.V., Edwards, J.R., Resendiz, E., and Hart, J.M. Machine-Vision Inspection of Railroad Track. In Proceedings of the 88th Transportation Research Board Annual Meeting, Washington, D.C., January 11–15, 2009.

11  BeenaVision. WheelView: Accurate, Rugged, Reliable, Automatic Wheel Profile Measurement System. Available online at http://www.beenavision.com/products_wheelview.html, Accessed on March 20, 2012.

12  ENSCO. Rail Surface and Wear Condition Measurement Systems. Available online at http://www.ensco.com/index.cfm?page=415, Accessed on March 20, 2012.

13  Holland Engineering Rail Solutions. Available online at http://www.hollandco.com/track-testing, Accessed on July 20, 2013.

14  ENSCO. Rail Technologies. Available online at http://www.ensco.com/products-services/rail-technologies.htm, Accessed on July 20, 2013.

15  Li, Y., C. Otto, N. Haas, Y. Fujiki, and S. Pankanti. Component-Based Track Inspection Using Machine-Vision Technology. In Proceedings of the 1st ACM International Conference on Multimedia Retrieval, ACM New York, NY, USA 2011.

16  Shah, M. Automated Visual Inspection/Detection of Railroad Track. Final Project Report BD550-08. Computer Vision Lab, University of Central Florida, Orlando, Florida, 2010.

17  Camargo, L.F.M., J.R. Edwards, and C.P.L. Barkan. Emerging Condition Monitoring Technologies for Railway Track Components and Special Trackwork. In Proceedings of the 2011 ASME/ASCE/IEEE Joint Rail Conference, Pueblo, Colorado, USA, March 16-18, 2011.

18  Zhang, H., Yang, J., Tao, W. and Zhao, H. Vision method of inspecting missing fastening components in high-speed railway. Applied Optics, Vol. 50, Issue 20, pp. 3658-3665, 2011.

19  Edwards, J.R., Hart, J.M., Sawadisavi, S., Resendiz, E., Barkan, C.P.L., Ahuja, N., "Advancements in Railroad Track Inspection Using Machine-Vision Technology." 2009 AREMA Conference Proceedings, American Railway and Maintenance of Way Association

| | |
|---|---|
| | (AREMA), Chicago, Illinois. |
| 20 | Resendiz, E., Molina L.F., Hart, J.M., Edwards, J.R., Sawadisavi, S., Ahuja, N., Barkan, C.P.L. "Development of a Machine-Vision System for Inspection of Railway Track Components." 12th World Conference on Transport Research, Lisbon, Portugal, 2010. |
| 21 | Babenko, P. "Visual Inspection of Railroad Tracks". Ph.D dissertation, University of Central Florida, Fall 2009. |
| 22 | Zheng, S., et. al. Railway track gauge inspection method based on computer vision. International Conference on Mechatronics and Automation (ICMA), 1292 - 1296, 2012. |
| 23 | Laurent, J., Lefebvre, D. and Samson E. (2008). Development of a New 3D Transverse Profiling System for the Automatic Measurement of Road Cracks. Proceedings of the 6th Symposium on Pavement Surface Caracteristics, Portoroz, Slovenia. |
| 24 | Laurent, J. and Hébert JF. (2002). High Performance 3D Sensors for the Characterization of Road Surface Defects. Proceedings of the IAPR Workshop on Machine Vision Applications, Nara, Japan. |
| 25 | Jähne, B. , Scharr, H., and Körkel, S. Principles of filter design. In Handbook of Computer Vision and Applications. Academic Press, 1999. |
| 26 | Canny, J., A Computational Approach to Edge Detection, IEEE Trans. Pattern Analysis and Machine Intelligence, 8(6):679–698, 1986. |