# EXHIBIT 7



EXHIBIT

Frakes 508 3/18/22 slc

# EXHIBIT M

Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS

**Trial Exhibit
508**

Trial Exhibit 0508   p. 1 of 119

**Exhibit 7
328**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```cpp
622        if(m_eTrendAlgo != _eTrendAlgo){
623            //Invalidate Surface correction results and processing results.
624            m_sValidData.InvalidateSurfCorrectionResults();
625
626            m_eTrendAlgo = _eTrendAlgo;
627        }
628    }
629
630    //-METHOD IMPLEMENTATION------------------------------------------------
631    /*!
632        \param  _piRoiStartLR, _piRoiStopLR : Use only data inside Roi to compute
633                                 mean surface (trend). When these
634                                 parameters are set to 0, all data is
635                                 used.
636        \return
637        \note
638    */
639    //----------------------------------------------------------------------
640    CCrackDetector::eError CCrackDetector::ComputeTrend(int *_piRoiStartStopL, int
    *_piRoiStartStopR)
641    {
642        if(!m_sValidData.bRangeImages[0] && !m_sValidData.bRangeImages[1]) return
    eERROR_NODATASET;
643
644        eError ErrorID = eNO_ERROR;
645
646        //Trend image is a byproduct of 'ComputeCorrectedRangeImage'
647        if(m_sValidData.bRangeImages[0] && ErrorID == eNO_ERROR)
648            ErrorID = ComputeCorrectedRangeImage(eLEFT_SENSOR, _piRoiStartStopL);
649        if(m_sValidData.bRangeImages[1] && ErrorID == eNO_ERROR)
650            ErrorID = ComputeCorrectedRangeImage(eRIGHT_SENSOR, _piRoiStartStopR);
651
652        return ErrorID;
653    }
654    CCrackDetector::eError CCrackDetector::ComputeCorrectedRangeImage(eSensorID _SensorID)
655    {
656        return ComputeCorrectedRangeImage(_SensorID,0);
657    }
658    //-METHOD IMPLEMENTATION------------------------------------------------
659    /*!
660        \param
661        \return
662        \note
663    */
664    //----------------------------------------------------------------------
665    CCrackDetector::eError CCrackDetector::ComputeCorrectedRangeImage(eSensorID _SensorID,
    int *_piRoiStartStop){
666
667        if(m_sValidData.bTrendImages[_SensorID] &&
    m_sValidData.bCorrectedRangeImages[_SensorID])
668            return eNO_ERROR;
669
670        eError ErrorID = eNO_ERROR;
671
672        CCrackAnalyserImage<float> *poRangeImage;
673        CCrackAnalyserImage<float> *poTrendImage;
674        //CCrackAnalyserImage<float> *poTrendImage2;
675        CCrackAnalyserImage<float> *poDiffImage;
676
677        if(_SensorID == eLEFT_SENSOR){
678            poRangeImage  = &m_oLeftImage;
679            poTrendImage  = &m_oLeftTrendImage;
680 //         poTrendImage2 = &m_oLeftTrendImage2;
681            poDiffImage   = &m_oLeftDiffImage;
682        }else{
683            poRangeImage  = &m_oRightImage;
684            poTrendImage  = &m_oRightTrendImage;
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```cpp
685          //        poTrendImage2 = &m_oRightTrendImage2;
686                  poDiffImage   = &m_oRightDiffImage;
687          }
688
689          //Init trend image
690          if(ErrorID == eNO_ERROR){
691              //Note : 'SetResolution' is embedded in the following call to 'SetSize'
692              CCrackBaseImage::eError eImageError = CCrackBaseImage::eNO_ERROR;
693              if(eImageError == CCrackBaseImage::eNO_ERROR){
694                  eImageError = poTrendImage->SetSize(*poRangeImage);
695              }
696              /*if(eImageError == CCrackBaseImage::eNO_ERROR){
697                  eImageError = poTrendImage2->SetSize(*poRangeImage);
698              }*/
699              if(eImageError != CCrackBaseImage::eNO_ERROR){
700                  ErrorID = static_cast<eError>(eImageError);
701              }
702          }
703
704          //If a roi have been specified, use a cropped version of the input range image.
705          //Otherwise, use the original (full size) range image
706          CCrackAnalyserImage<float> oRangeImageCrop;
707          CCrackAnalyserImage<float> oTrendImCrop;
708          //CCrackAnalyserImage<float> oTrendIm2Crop;
709          CCrackAnalyserImage<float> *poRangeImageIn;
710          CCrackAnalyserImage<float> *poTrendImOut;
711          //CCrackAnalyserImage<float> *poTrendIm2Out;
712          if(ErrorID == eNO_ERROR){
713              int iROI_OK = 1;
714              if(_piRoiStartStop!=0){
715                  if(_piRoiStartStop[0]<0 || _piRoiStartStop[0]>=(int)poRangeImage->Width())
716                      iROI_OK = 0;
                     if(_piRoiStartStop[1]<0 || _piRoiStartStop[1]>=(int)poRangeImage->Width())
717                      iROI_OK = 0;
              }
718              if(_piRoiStartStop==0 || !iROI_OK){
719                  //No roi -> Use original range image
720                  poRangeImageIn = poRangeImage;
721                  poTrendImOut   = poTrendImage;
722                  //poTrendIm2Out  = poTrendImage2;
723              }else{
724
725                  //Roi specified -> Alloc a smaller image and copy data located
726                  //inside the roi of the original image.
727                  int iSrcImW = poRangeImage->Width();
728                  int iSrcImH = poRangeImage->Height();
729                  int iDstImW = _piRoiStartStop[1]-_piRoiStartStop[0]+1;
730                  int iDstImH = poRangeImage->Height();
731
732                  CCrackBaseImage::eError eImageError = CCrackBaseImage::eNO_ERROR;
733                  if(eImageError == CCrackBaseImage::eNO_ERROR){
734                      eImageError = oRangeImageCrop.SetSize(iDstImW, iDstImH);
735                  }
736                  if(eImageError == CCrackBaseImage::eNO_ERROR){
737                      eImageError = oTrendImCrop.SetSize(iDstImW, iDstImH);
738                  }
739                  //if(eImageError == CCrackBaseImage::eNO_ERROR){
740                  //    eImageError = oTrendIm2Crop.SetSize(iDstImW, iDstImH);
741                  //}
742                  if(eImageError == CCrackBaseImage::eNO_ERROR){
743                      float *pfSrcIm = &((*poRangeImage)(0));
744                      float *pfDstIm = &((oRangeImageCrop)(0));
745                      int iSrcIndex = 0;
746                      int iDstIndex = 0;
747                      for(int j=0; j<iSrcImH; j++){
748                          iSrcIndex = j*iSrcImW + _piRoiStartStop[0];
749                          for(int i=_piRoiStartStop[0]; i<=_piRoiStartStop[1]; i++){
```

Exhibit 7
330

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
750                     pfDstIm[iDstIndex++] = pfSrcIm[iSrcIndex++];
751                 }
752             }
753         }else{
754             ErrorID = static_cast<eError>(eImageError);
755         }
756
757         //Use the cropped version of the range image as input to the trend algo.
758         oRangeImageCrop.SetResolution(*poRangeImage);
759         oTrendImCrop.SetResolution(*poRangeImage);
760         //oTrendIm2Crop.SetResolution(*poRangeImage);
761         poRangeImageIn = &oRangeImageCrop;
762         poTrendImOut   = &oTrendImCrop;
763         //poTrendIm2Out  = &oTrendIm2Crop;
764
765     }
766 }
767
768     /*LARGE_INTEGER ChronoStart;
769     LARGE_INTEGER ChronoStop;
770     LARGE_INTEGER ChronoFreq;
771     QueryPerformanceFrequency(&ChronoFreq);
772     QueryPerformanceCounter(&ChronoStart);*/
773
774     if(m_eTrendAlgo==eTREND_ALGO_SNAKE3D){
775
776         int iImW = poRangeImageIn->Width();
777         int iImH = poRangeImageIn->Height();
778
779         CCrackAnalyserImage<float> SnakeIni;
780
781         if(ErrorID == eNO_ERROR){
782             CCrackAnalyserImage<float>::eError eImErr;
783             eImErr = SnakeIni.SetSize(iImW, iImH);
784             if(eImErr == CCrackAnalyserImage<float>::eNO_ERROR){
785                 SnakeIni.SetResolution(*poRangeImageIn);
786
787             }else{
788                 ErrorID = static_cast<eError>(eImErr);
789             }
790
791         }
792
793         /*if(ErrorID == eNO_ERROR){
794             CTrendEvaluator oTrendEvaluator;
795             CTrendEvaluator::eError TrendError;
796             CTrendEvaluator::sParameter sDetectionParameter;
797
798             sDetectionParameter.iWidthSubSamplingFactor = 4;
799             sDetectionParameter.iMedianKernelSemiSizeX = 40;
800             sDetectionParameter.iMedianKernelSemiSizeY = 32;
801             sDetectionParameter.iAverageKernelSemiSizeX = 17;
802             sDetectionParameter.iAverageKernelSemiSizeY = 32;
803             sDetectionParameter.fMinPotHoleHeight = 10;
804             sDetectionParameter.fMaxPotHoleWidth = 300;
805
806             oTrendEvaluator.SetParameter(sDetectionParameter);
807             oTrendEvaluator.SetInputImage(*poRangeImageIn);
808             oTrendEvaluator.SetOutputImage(&SnakeIni);
809
810             TrendError = oTrendEvaluator.ComputeTrend();
811             if (TrendError != CTrendEvaluator::eNO_ERROR)
812                 ErrorID = static_cast<eError>(TrendError);
813         }*/
814
815
816         Snake3D oSnake3D;
```

**Exhibit 7**
**331**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
817
818                 if(ErrorID == eNO_ERROR){
819                     Snake3D::eError eSnake3DError;
820                     Snake3D::Snake3DParams SParams = oSnake3D.GetSnake3DParams();
821                     if(cdSnakeRigidityFactor < 0.01 || cdSnakeRigidityFactor > 100.0f)
822                     {
823                         ErrorID = eERROR_INVALID_PARAMETER;
824                     }
825                     if(ErrorID == eNO_ERROR)
826                     {
827                         SParams.Alpha_x =  0.25  * cdSnakeRigidityFactor;
828                         SParams.Beta_x  =  0.031 * cdSnakeRigidityFactor;
829                         SParams.Alpha_y =  0.02  * cdSnakeRigidityFactor;
830                         SParams.Beta_y  =  0.01  * cdSnakeRigidityFactor;
831
832
833                         SParams.Tau    =  2.0;
834                         SParams.OmegaE = -2.0;
835                         SParams.Sigma_z =  1.5;
836                         SParams.NbIter  = 100;
837
838                         SParams.ConvergenceDetect = 1;
839                         SParams.SnakeResolution_x = 0.02; //Physical units (m/sample)
840                         SParams.SnakeResolution_y = 0.05; //Physical units (m/sample)
841                         SParams.MinSamplingInterv_y = 1;  //Force surface down-sampling to
842                         avoid long processing time.
843                         Snake3D::Snake3DParams SParams2 = SParams;
844                         SParams2.Sigma_z = 2.5;
845
846                         double ResX = 1e-3*poRangeImageIn->GetXResolution(); //ResX -> m
847                         double ResY = 1e-3*poRangeImageIn->GetYResolution(); //ResY -> m
848                         oSnake3D.SetSnake3DParams(SParams);
849
850                         /*if(m_iPatchDetectionEnable)
851                         {
852                             eSnake3DError = oSnake3D.FitSurfaceTwice(&((*poRangeImageIn)(0)),
853                             &(SnakeIni(0)), poRangeImageIn->Height(), poRangeImageIn->Width(),
                                ResX, ResY, SParams2, &((*poTrendImOut)(0)), &((*poTrendIm2Out)(0)));
853                             if(eSnake3DError != Snake3D::eNO_ERROR)
854                             {
855                                 if(eSnake3DError == Snake3D::eIMAGE_TOO_SMALL)
856                                     ErrorID = eERROR_NOT_ENOUGH_PROFILE;
857                                 else
858                                     ErrorID =
                                        static_cast<eError>((int)eSnake3DError+(int)eERROR_SNAKE_3D);
859                             }
860                         }
861                         else
862                         {*/
863                             eSnake3DError = oSnake3D.FitSurface(&((*poRangeImageIn)(0)), 0,
                                poRangeImageIn->Height(), poRangeImageIn->Width(), ResX, ResY,
                                &((*poTrendImOut)(0)));
864                             if(eSnake3DError != Snake3D::eNO_ERROR)
865                             {
866                                 if(eSnake3DError == Snake3D::eIMAGE_TOO_SMALL)
867                                     ErrorID = eERROR_NOT_ENOUGH_PROFILE;
868                                 else
869                                     ErrorID =
                                        static_cast<eError>((int)eSnake3DError+(int)eERROR_SNAKE_3D);
870                             }
871                         //}
872                     }
873                 }
874
875                 Log << "Snake 3D Termine " << (int)_SensorID << std::endl;
876
```

Trial Exhibit 0508   p. 5 of 119

Exhibit 7
332

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```cpp
877
878          }else{
879
880              CTrendEvaluator oTrendEvaluator;
881              CTrendEvaluator::eError TrendError;
882              CTrendEvaluator::sParameter sDetectionParameter;
883
884              sDetectionParameter.iWidthSubSamplingFactor = 4;
885              sDetectionParameter.iMedianKernelSemiSizeX = 40;
886              sDetectionParameter.iMedianKernelSemiSizeY = 32;
887              sDetectionParameter.iAverageKernelSemiSizeX = 17;
888              sDetectionParameter.iAverageKernelSemiSizeY = 32;
889              sDetectionParameter.fMinPotHoleHeight = 10;
890              sDetectionParameter.fMaxPotHoleWidth = 300;
891
892              oTrendEvaluator.SetParameter(sDetectionParameter);
893              oTrendEvaluator.SetInputImage(*poRangeImageIn);
894              oTrendEvaluator.SetOutputImage(poTrendImOut);
895
896              TrendError = oTrendEvaluator.ComputeTrend();
897              if (TrendError != CTrendEvaluator::eNO_ERROR)
898                  ErrorID = static_cast<eError>(TrendError);
899          }
900
901          //If a roi was specified, smallers input and output images have been used.
902          //The trend data must now be copied to the full size image buffers.
903          if(ErrorID == eNO_ERROR && _piRoiStartStop!=0){
904
905              int iSrcImW = oTrendImCrop.Width();
906              int iSrcImH = oTrendImCrop.Height();
907              int iDstImW = poTrendImage->Width();
908              int iDstImH = poTrendImage->Height();
909
910              float *pfSrcT1Im = &(oTrendImCrop(0));
911              //float *pfSrcT2Im = &(oTrendIm2Crop(0));
912              float *pfDstT1Im = &((*poTrendImage)(0));
913              //float *pfDstT2Im = &((*poTrendImage2)(0));
914              float *pfOrigRIm = &((*poRangeImage)(0));
915              int i;
916              int iSrcIndex = 0;
917              int iDstIndex = 0;
918              for(int j=0; j<iSrcImH; j++){
919                  for(i=0; i<_piRoiStartStop[0]; i++){
920                      pfDstT1Im[iDstIndex] = pfOrigRIm[iDstIndex];
921                      //pfDstT2Im[iDstIndex] = pfOrigRIm[iDstIndex];
922                      iDstIndex++;
923                  }
924                  for(i=_piRoiStartStop[0]; i<=_piRoiStartStop[1]; i++){
925                      pfDstT1Im[iDstIndex] = pfSrcT1Im[iSrcIndex];
926                      //pfDstT2Im[iDstIndex] = pfSrcT2Im[iSrcIndex];
927                      iSrcIndex++; iDstIndex++;
928                  }
929                  for(i=_piRoiStartStop[1]+1; i<iDstImW; i++){
930                      pfDstT1Im[iDstIndex] = pfOrigRIm[iDstIndex];
931                      //pfDstT2Im[iDstIndex] = pfOrigRIm[iDstIndex];
932                      iDstIndex++;
933                  }
934              }
935          }
936
937          // Initialize difference image with range image.
938          // Then, remove trend from range image.
939          if(ErrorID == eNO_ERROR){
940              try{
941                  *poDiffImage = *poRangeImage;
942                  *poDiffImage -= *poTrendImage;
943                  {/*
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
944              static ImNumber = 0;
945              CFile ImFile;
946              CFileException ex;
947              CString FileName;
948              FileName.Format("c:/temp/Range%d.raw", ImNumber); ImNumber++;
949              if(ImFile.Open(FileName, CFile::modeWrite | CFile::modeCreate |
                 CFile::shareDenyWrite, &ex)){
950                  ImFile.Write(&((*poRangeImage)(0)),
                     poRangeImage->Height()*poRangeImage->Width()*4);
951                  ImFile.Close();
952              }
953          */}
954      }
955      catch(...){
956          ErrorID = eERROR_OUT_OF_MEMORY;
957      }
958  }
959
960  /* QueryPerformanceCounter(&ChronoStop);
961     m_sProcessChronos.ChronoTrend[_SensorID] =
        double(ChronoStop.QuadPart-ChronoStart.QuadPart)/double(ChronoFreq.QuadPart);*/
962
963  if(ErrorID == eNO_ERROR){
964
965      poTrendImage ->SetResolution(*poRangeImage);
966  //      poTrendImage2->SetResolution(*poRangeImage);
967      poDiffImage  ->SetResolution(*poRangeImage);
968
969      m_sValidData.bTrendImages[_SensorID] = true;
970      m_sValidData.bCorrectedRangeImages[_SensorID] = true;
971  }
972
973  return ErrorID;
974  }
975
976  //-METHOD IMPLEMENTATION-------------------------------------------------
977  /*!
978      \brief  Perform low level processing on each sensor range data.
979      \return Error code.
980      \note   exception safety : nothrow
981  */
982  /*
983      This processing is perform in a different thread for each sensors.
984      This way we can take advantage of multiple logical processor systems.
985  */
986  //-----------------------------------------------------------------------
987  CCrackDetector::eError CCrackDetector::PerformPerSensorProcessing()
988  {
989      Log << "Starting LowLevel processing." << std::endl;
990
991      eError Error = eNO_ERROR;
992
993      if(!m_iAutoPavementTypeDetectionEnable){
994          m_ePavementType = m_eUserDefinedPavementType;
995      }else{
996          ThreadWrap<eError> LeftThread = MakeThreadObj(*this,
                 &CCrackDetector::DetectPavementType, eLEFT_SENSOR);
997          ThreadWrap<eError> RightThread = MakeThreadObj(*this,
                 &CCrackDetector::DetectPavementType, eRIGHT_SENSOR);
998
999          if(Error == eNO_ERROR){
1000             if (!LeftThread.Start()) { Error = eERROR_COULD_NOT_CREATE_THREAD; }
1001         }
1002         if(Error == eNO_ERROR){
1003             if (!RightThread.Start()) { Error = eERROR_COULD_NOT_CREATE_THREAD; }
1004         }
1005
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```cpp
1341                        const CCrackAnalyserImage<T> & _RightImage,
1342                        CCrackAnalyserImage<T> & _MergeImage,
1343                        int _Overlap, float _Angle, T _Default = T(0))
1344    {
1345        int i, j;
1346
1347        CCrackAnalyserImage<T>  Temp;
1348        CCrackBaseImage::eError ImRes = CCrackBaseImage::eNO_ERROR;
1349
1350        // Inserted left image.
1351        ImRes = Temp.SetSize(_LeftImage);
1352        if(ImRes != CCrackBaseImage::eNO_ERROR) return (CCrackDetector::eError)ImRes;
1353
1354        Temp = _LeftImage;
1355        ImRes = Temp.Twist(_Angle, _Default);
1356        if(ImRes != CCrackBaseImage::eNO_ERROR) return (CCrackDetector::eError)ImRes;
1357
1358        ImRes = _MergeImage.SetSize(2 * Temp.Width(), Temp.Height());
1359        if(ImRes != CCrackBaseImage::eNO_ERROR) return (CCrackDetector::eError)ImRes;
1360
1361        _MergeImage = _Default;
1362
1363        for (j = 0; j < Temp.Height(); ++j)
1364            for (i = 0; i < Temp.Width() - _Overlap / 2; ++i)
1365                _MergeImage(i + _Overlap / 2, j) = Temp(i, j);
1366
1367        // Inserted right image.
1368        Temp = _RightImage;
1369        ImRes = Temp.Twist(_Angle, _Default);
1370        if(ImRes != CCrackBaseImage::eNO_ERROR) return (CCrackDetector::eError)ImRes;
1371
1372        for (j = 0; j < Temp.Height(); ++j)
1373            for (i = _Overlap / 2; i < Temp.Width(); ++i)
1374                _MergeImage(Temp.Width() + i - _Overlap / 2, j) = Temp(i, j);
1375
1376        // Prepare merged image.
1377        _MergeImage.SetXResolution(_LeftImage.GetXResolution());
1378        _MergeImage.SetYResolution(_LeftImage.GetYResolution());
1379
1380        return CCrackDetector::eNO_ERROR;
1381    }
1382
1383    #endif
1384
1385    //-METHOD IMPLEMENTATION-----------------------------------------
1386    /*!
1387        \brief  Process data.
1388        \return Error code.
1389    */
1390    //-----------------------------------------------------------------
1391    CCrackDetector::eError CCrackDetector::Process()
1392    {
1393        Log << "Entering Process()" << std::endl;
1394
1395        //DELETE this line to enable the sealed crack module!!!!!!!!!!!!!!!!!!!!!!!!
1396        //m_iSealedCrackDetectionEnable = 0;
1397
1398        // Quit if no data are set yet....
1399        if( (!m_sValidData.bRangeImages[0]    && !m_sValidData.bRangeImages[1])    ||
1400            (!m_sValidData.bIntensityImages[0] && !m_sValidData.bIntensityImages[1]) ||
1401            !m_sValidData.bSectionInfo){
1402            return eERROR_NODATASET;
1403        }
1404
1405        m_oDefectListLR[0].clear();
1406        m_oDefectListLR[1].clear();
1407        m_oDropoffResultLR[0].resize(0);
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
1408            m_oDropoffResultLR[1].resize(0);
1409            m_oConcreteJointListLR[0].resize(0);
1410            m_oConcreteJointListLR[1].resize(0);
1411            m_oConcreteJointVertListLR[0].resize(0);
1412            m_oConcreteJointVertListLR[1].resize(0);
1413
1414            m_strXmlResult.clear();
1415            m_strXmlResult_PavementTypeDetection.clear();
1416            m_strXmlResult_Cracks.clear();
1417            m_strXmlResult_NewMacroTexture.clear();
1418            m_strXmlResult_Potholes.clear();
1419            m_strXmlResult_FOD.clear();
1420            m_strXmlResult_MarkingContour.clear();
1421            m_strXmlResult_SealedCrack.clear();
1422            m_strXmlResult_Dropoff.clear();
1423            m_strXmlResult_Curb.clear();
1424            m_strXmlResult_Compilation.clear();
1425            m_strXmlResult_CrackClassification.clear();
1426            m_strXmlResult_TextureFilterMask.clear();
1427            m_strXmlResult_RavelingMask.clear();
1428            m_strXmlResult_JointOnConcretePavemnt.clear();
1429
1430            m_asPavementTypeDetectionResult[0].ePavmntType = PavementType::eUnknown;
1431            m_asPavementTypeDetectionResult[1].ePavmntType = PavementType::eUnknown;
1432
1433            m_oSealedCrackList.clear();
1434            m_oSealedCrackBranchesList.clear();
1435
1436    //  std::list<SealedCrackDetector::SealedCrack>     * poSealedCrackList;
1437    //  poSealedCrackList       = &m_oSealedCrackList;
1438
1439            m_iNumberFODs = 0;
1440
1441            m_ChronoLog.Reset();
1442            m_ChronoLog.Description = "CrackDetector::Process";
1443            m_PerformPerSensorProcChronoLog.Reset();
1444            m_ChronoLog.Start();
1445
1446
1447            eError eErrorID = eNO_ERROR;
1448
1449            //Compute CorrectedRangeImage
1450            if(eErrorID == eNO_ERROR){
1451                ThreadWrap<eError> LeftThread = MakeThreadObj(*this,
1452                &CCrackDetector::ComputeCorrectedRangeImage, eLEFT_SENSOR);
1452                ThreadWrap<eError> RightThread = MakeThreadObj(*this,
1452                &CCrackDetector::ComputeCorrectedRangeImage, eRIGHT_SENSOR);
1453
1454                if(eErrorID == eNO_ERROR){
1455                    if (!LeftThread.Start()) { eErrorID = eERROR_COULD_NOT_CREATE_THREAD; }
1456                }
1457                if(eErrorID == eNO_ERROR){
1458                    if (!RightThread.Start()) { eErrorID = eERROR_COULD_NOT_CREATE_THREAD; }
1459                }
1460
1461                if(eErrorID == eNO_ERROR){
1462                    LeftThread.Wait();
1463                    RightThread.Wait();
1464                }
1465
1466                if(eErrorID == eNO_ERROR){
1467                    eErrorID = LeftThread.GetExitValue();
1468                }
1469
1470                if(eErrorID == eNO_ERROR){
1471                    eErrorID = RightThread.GetExitValue();
1472                }
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
1473
1474              if(eErrorID == eNO_ERROR){
1475                  Log << "End of ComputeCorrectedRangeImage." << std::endl;
1476              }else{
1477                  Log << "End of ComputeCorrectedRangeImage Error: " << eErrorID << std::endl;
1478              }
1479          }
1480
1481
1482          m_ChronoLog.Snap("ComputeCorrectedRangeImage");
1483
1484          CCrackAnalyserImage<unsigned char> oBigLongitudinal;
1485          CCrackAnalyserImage<float>         oRangeMerged;
1486          CCrackAnalyserImage<float>         oDiffMerged;
1487          m_iMergedW = 0;
1488          m_iMergedH = 0;
1489
1490          //2012-03-18: Twist and merge the diff image in all cases, in order to retrive its
1491          dimensions.
1491          if(eErrorID==eNO_ERROR) {// && (m_iCrackDetectionEnable || m_iTextureStatsEnable ||
1491          m_iRavelingDetectionEnable || m_iMacroTextureEnable ||
1491          m_iSealedCrackDetectionEnable)){
1492              eErrorID = TwistAndMerge(m_oLeftDiffImage, m_oRightDiffImage, oDiffMerged,
1492              m_iOverlap_pix, m_iVerticalOverlap_pix, (float)m_dSensorAngle_deg, 0.0f);
1493          }
1494          m_ChronoLog.Snap("Twist And Merge");
1495
1496          if(eErrorID==eNO_ERROR) {// && (m_iCrackDetectionEnable || m_iTextureStatsEnable ||
1496          m_iRavelingDetectionEnable || m_iMacroTextureEnable ||
1496          m_iSealedCrackDetectionEnable)){
1497              m_iMergedW = oDiffMerged.Width();
1498              m_iMergedH = oDiffMerged.Height();
1499          }
1500
1501          ////////////////////////////////////////////////////////////////////
1501          ////////////////////////////////////////////////////////////////////
1501          //      PER SENSOR PROCESSING   -   ALL DEFECTS DETECTION -
1502          ////////////////////////////////////////////////////////////////////
1502          ////////////////////////////////////////////////////////////////////
1503          Log << "Before PerformPerSensorProcessing()" << std::endl;
1504          //m_ChronoLog.Snap("Before PerformPerSensorProcessing()");
1505          eErrorID = PerformPerSensorProcessing();
1506          if (eErrorID != eNO_ERROR){
1507              return eErrorID;
1508          }
1509          m_PerformPerSensorProcChronoLog.AddSubElement(m_PerSensorProcChronoLog[0]);
1510          m_PerformPerSensorProcChronoLog.AddSubElement(m_PerSensorProcChronoLog[1]);
1511          m_PerformPerSensorProcChronoLog.Stop();
1512          m_ChronoLog.AddSubElement(m_PerformPerSensorProcChronoLog);
1513
1514          ////////////////////////////////////////////////////////////////////
1514          ////////////////////////////////////////////////////////////////////
1514          //
1515          ////////////////////////////////////////////////////////////////////
1515          ////////////////////////////////////////////////////////////////////
1516
1517          //Check if the road is highly textured
1518          //if(m_iAutoPavementTypeDetectionEnable && m_ePavementType ==
1518          PavementType::eAsphalt && fMacroTexture[4] > cfHighTextureThreshold_mm )
1519          //      m_ePavementType = PavementType::ePorous;
1520          //m_ChronoLog.Snap("Check if the road is highly textured");
1521
1522          if (m_iCrackDetectionEnable && ciEnhanceCrackDetectionEnable)
1523          {
1524
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
1525        Log << "Executing Enhance Crack Detection" << std::endl;
1526        eErrorID = PerformSmallCrackDetection();
1527        if (eErrorID != eNO_ERROR)
1528            return eErrorID;
1529        Log << "Done : Enhance Crack Detection" << std::endl;
1530    }



1534    if(eErrorID==eNO_ERROR && m_iCrackDetectionEnable){
1535        eErrorID = TwistAndMerge(m_oLongitudinalCrackLeftImage,
        m_oLongitudinalCrackRightImage, oBigLongitudinal, m_iOverlap_pix,
        m_iVerticalOverlap_pix, static_cast<float>(m_dSensorAngle_deg));
1536    }

1538    if(eErrorID==eNO_ERROR && (m_iRavelingDetectionEnable ||
        m_iMacroTextureEnable||m_iSealedCrackDetectionEnable || m_iCrackDetectionEnable)){
1539        eErrorID = TwistAndMerge(m_oLeftAllDefectsMask, m_oRightAllDefectsMask,
        m_oAllDefectsMaskMerged, m_iOverlap_pix, m_iVerticalOverlap_pix,
        static_cast<float>(m_dSensorAngle_deg));
1540    }

1542    if(eErrorID==eNO_ERROR && (m_iConcretePavemntJointDetectEnable)){
1543        eErrorID = TwistAndMerge(m_oLeftImage, m_oRightImage, oRangeMerged,
        m_iOverlap_pix, m_iVerticalOverlap_pix, (float)m_dSensorAngle_deg, 0.0f);
1544    }

1546    //    if(m_iPatchDetectionEnable || m_iPotholesDetectionEnable){
1547    //        if(eErrorID==eNO_ERROR) eErrorID = TwistAndMerge(m_oLeftPotholeImage,
        m_oRightPotholeImage, m_oPotholeMerged, m_iOverlap_pix,
        static_cast<float>(m_dSensorAngle_deg))
1548    ////        if(eErrorID==eNO_ERROR) eErrorID = TwistAndMerge(m_oLeftPatchImage,
        m_oRightPatchImage,    m_oPatchMerged,   m_iOverlap_pix,
        static_cast<float>(m_dSensorAngle_deg));
1549    //    }

1551    if(m_iSealedCrackDetectionEnable){
1552        //if(eErrorID==eNO_ERROR) eErrorID = TwistAndMerge(oSealedIntermedResL,
        oSealedIntermedResR, oSealedIntermedResMerged, m_iOverlap_pix,
        static_cast<float>(m_dSensorAngle_deg));
1553        if(eErrorID==eNO_ERROR) eErrorID = CreateMergedIntensityImage(); // CREATE
        m_oIntensityMerged
1554        //if(eErrorID==eNO_ERROR) eErrorID = TwistAndMerge(m_oLeftAllDefectsMask,
        m_oRightAllDefectsMask, m_oAllDefectsMaskMerged, m_iOverlap_pix,
        static_cast<float>(m_dSensorAngle_deg));
1555        //if(eErrorID==eNO_ERROR) eErrorID = TwistAndMerge(m_oLeftImage, m_oRightImage,
        oRangeMerged, m_iOverlap_pix, (float)m_dSensorAngle_deg, 0.0f);//// CREATE
        oRangeMerged
1556        //if(eErrorID==eNO_ERROR) eErrorID = TwistAndMerge(m_oLeftDiffImage,
        m_oRightDiffImage, oDiffMerged, m_iOverlap_pix, (float)m_dSensorAngle_deg, 0.0f);
1557    }

1559    if(eErrorID!=eNO_ERROR) return eErrorID;


1562    // m_ChronoLog.Snap("TwistAndMerge");
1563    ///////////////////////////////////////////////////////////////////////////
        ///////////////////////////////////////////////////////////////////////////
        ////
1564    // EVALUATE JOINT-FAULTING in CONCRETE ///////////////////////
1565    ///////////////////////////////////////////////////////////////////////////
        ///////////////////////////////////////////////////////////////////////////
        ////
1566    int iConcretePavement = (m_ePavementType==PavementType::eConcrete ||
        m_ePavementType==PavementType::eConcrete_TGrooves ||
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
                  m_ePavementType==PavementType::eConcrete_LGrooves);

1567
1568        if(m_iConcretePavemntJointDetectEnable && iConcretePavement){
1569
1570            int iBandPosLR_pix[2] = {m_BandPosition.iLeftBorder,
                 m_BandPosition.iRightBorder};
1571
1572            //LcmsJointFaultingEvaluator oJointFaultEval;
1573            LcmsJointFaultingEvaluator::eError eJFEErr;
1574            LcmsJointFaultingEvaluator::sMergeInfo sMInfo;
1575            //LcmsJointFaultingEvaluator::ePositionDefinitionMode ePosDefMode;
1576
1577            sMInfo.iImW              = m_oLeftImage.Width();
1578            sMInfo.iImH              = m_oLeftImage.Height();
1579            sMInfo.iMImW             = oRangeMerged.Width();
1580            sMInfo.iMImH             = oRangeMerged.Height();
1581            sMInfo.iOverlap_pix      = m_iOverlap_pix;
1582            sMInfo.fAngle_deg        = static_cast<float>(m_dSensorAngle_deg);
1583            sMInfo.aiMValidMinMaxX_pix[0] = m_aiMergedValidMinMaxX_pix[0];
1584            sMInfo.aiMValidMinMaxX_pix[1] = m_aiMergedValidMinMaxX_pix[1];
1585            sMInfo.aiMValidMinMaxY_pix[0] = m_aiMergedValidMinMaxY_pix[0];
1586            sMInfo.aiMValidMinMaxY_pix[1] = m_aiMergedValidMinMaxY_pix[1];
1587
1588            //Already set in LcmsAnalyser
1589    /*        switch(ciJointFaultEvaluator_PositionDefinitionMode){
1590                case 0  : { ePosDefMode =
                 LcmsJointFaultingEvaluator::eConstantIntervalFromLeftBand;   break; }
1591                case 1  : { ePosDefMode =
                 LcmsJointFaultingEvaluator::eConstantIntervalFromRightBand;  break; }
1592                case 2  : { ePosDefMode =
                 LcmsJointFaultingEvaluator::eSinglePositionFromLeftBand;     break; }
1593                case 3  : { ePosDefMode =
                 LcmsJointFaultingEvaluator::eSinglePositionFromRightBand;    break; }
1594                case 4  : { ePosDefMode =
                 LcmsJointFaultingEvaluator::eSinglePositionFromBothBands;    break; }
1595                default : { ePosDefMode =
                 LcmsJointFaultingEvaluator::eConstantIntervalFromLeftBand;         }
1596            }
1597
1598            eJFEErr = oJointFaultEval.DefineFaultEvalPositions(ePosDefMode,
                 cfJointFaultEvaluator_EvalPositionDistance);
1599            if(eJFEErr!=LcmsJointFaultingEvaluator::eNO_ERROR) return (eError)eJFEErr;
1600    */
1601
1602            eJFEErr = m_oJointFaultEval.ComputeJointFault(m_oConcreteJointListLR,
                 m_oConcreteJointVertListLR, sMInfo, oRangeMerged, m_aiMergedRoiMinMaxX_pix,
                 m_aiMergedRoiMinMaxY_pix, iBandPosLR_pix);
1603            if(eJFEErr!=LcmsJointFaultingEvaluator::eNO_ERROR) return (eError)eJFEErr;
1604
1605            eJFEErr = m_oJointFaultEval.GetXmlResult(m_strXmlResult_JointOnConcretePavemnt,
                 -m_afMergedRoiMinMaxX_mm[0], -m_afMergedRoiMinMaxY_mm[0]);
1606            if(eJFEErr!=LcmsJointFaultingEvaluator::eNO_ERROR) return (eError)eJFEErr;
1607            m_ChronoLog.Snap("ComputeJointFault");
1608            // todo : For debug : remove
1609            //eJFEErr = oJointFaultEval.DumpResult("c:\\temp\\JointMeasurements.txt", 1,
                 m_fRdSectionPosition_m, -m_afMergedRoiMinMaxX_mm[0],
                 -m_afMergedRoiMinMaxY_mm[0]);
1610            //if(eJFEErr!=LcmsJointFaultingEvaluator::eNO_ERROR) return (eError)eJFEErr;
1611        }
1612
1613        if((m_iRavelingDetectionEnable || m_iMacroTextureEnable) && eErrorID==eNO_ERROR) {
1614
1615            //Add potholes to the crack mask. Actives point in the crack mask are
1616            //treated as "don't care" point by the raveling detection algorithm.
1617    //      if(m_iPotholesDetectionEnable){
1618    //          int iMergedW = m_oCrackMaskMerged.Width();
1619    //          int iMergedH = m_oCrackMaskMerged.Height();
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```cpp
1620          //        int iMergedS = iMergedW*iMergedH;
1621          //        unsigned char *pucCrackMask = 0;
1622          //        unsigned char *pucPotholes  = 0;
1623          //        if(iMergedS>0 ){
1624          //            pucCrackMask = &(m_oCrackMaskMerged(0));
1625          //            //pucPotholes = &(m_oPotholeMerged(0));
1626          //            for(int c=0; c<iMergedS; c++){
1627          //                if(m_ePavementType!=PavementType::ePorous) {
1628          //                   if(pucPotholes[c]!=0) { pucCrackMask[c] = 255; }
1629          //                }
1630          //                //else {
1631          //                //For porous road, don't consider the crack mask. Crack on
                                 porous rroad are not real cracks, we want to consider them as
                                 raveling
1632          //                   pucCrackMask[c] = 0;
1633          //                }
1634          //            }
1635          //        }
1636          //    }
1637          }
1638          RavelingDetector::eError eRavelingError = RavelingDetector::eNO_ERROR;
1639          if(m_iRavelingDetectionEnable && eErrorID==eNO_ERROR) {
1640              int     iBandPosLR_pix[2] = {m_BandPosition.iLeftBorder,
                      m_BandPosition.iRightBorder};
1641              eRavelingError =
                      m_oRavelingDetector.Process(oDiffMerged,m_oAllDefectsMaskMerged,m_ePavementType,
                      m_aiMergedRoiMinMaxX_pix,m_aiMergedRoiMinMaxY_pix, iBandPosLR_pix, m_ChronoLog);
1642              if(eRavelingError ==  RavelingDetector::eNO_ERROR) {
1643                  eRavelingError =
                          m_oRavelingDetector.GetXmlResult(m_strXmlResult_RavelingMask);
1644              }
1645              if(eRavelingError ==  RavelingDetector::eNO_ERROR && ciSaveRavelingImage) {
1646                  int iImgW = m_oAllDefectsMaskMerged.Width();
1647                  int iImgH = m_oAllDefectsMaskMerged.Height();
1648
1649                  CCrackAnalyserImage<unsigned char> oOutputRavImage(iImgW,iImgH);
1650                  unsigned char *pucAllDefect = &m_oAllDefectsMaskMerged(0);
1651                  unsigned char *pucRavImage  = &oOutputRavImage(0);
1652                  for(int s=0;s<iImgW*iImgH;s++) {
1653                      if(*pucAllDefect & MaskDefectType::eRAVELING_MASK) *pucRavImage = 255;
1654                      else                                              *pucRavImage = 0;
1655                      pucRavImage++;
1656                      pucAllDefect++;
1657                  }
1658                  float ScaleX = 0.25f;
1659                  float ScaleY = 0.25f*m_fMeanYResolution_mm;
1660
1661                  int iImDS_W = (int)(ScaleX*iImgW);
1662                  int iImDS_H = (int) (ScaleY*iImgH);
1663                  oOutputRavImage.Resize(iImDS_W,iImDS_H);
1664                  oOutputRavImage.WriteFile("c:\\temp\\RavelingImg.bmp");
1665              }
1666          }
1667          if(eRavelingError != RavelingDetector::eNO_ERROR)
1668          {
1669              return (eError)eRavelingError;
1670          }
1671          m_ChronoLog.Snap("Raveling");
1672
1673          if((m_iMacroTextureEnable || m_iCrackDetectionEnable) && eErrorID==eNO_ERROR) {
1674              float *pfTextureData = 0;
1675              m_oMacroTex.SetStripPosition(m_iStripPositions, m_iNbBands);
1676
1677              MacroTextureEvaluator::eError MacroError = MacroTextureEvaluator::eNO_ERROR;
1678              //m_oAllDefectsMaskMerged.WriteFile("c:\\temp\\Mask.bmp");
1679              MacroError = m_oMacroTex.ComputeMacroTexture(oDiffMerged,
                      m_oAllDefectsMaskMerged, m_aiMergedRoiMinMaxY_pix);
```

Trial Exhibit 0508   p. 13 of 119

**Exhibit 7**
**340**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
1680
1681            if(MacroError == MacroTextureEvaluator::eNO_ERROR && m_iMacroTextureEnable)
1682            {
1683                MacroError = m_oMacroTex.GetXmlResult(m_fRdSectionPosition_m,
                    m_afMergedRoiMinMaxX_mm, m_afMergedRoiMinMaxY_mm,
                    m_strXmlResult_NewMacroTexture);
1684            }
1685            if(MacroError == MacroTextureEvaluator::eNO_ERROR && m_iCrackDetectionEnable)
1686            {
1687                int     iWidth      = 0;
1688                int     iHeight     = 0;
1689                float *pfTextureData = NULL;
1690                CCrackBaseImage::eError eImageError = m_oTextureMerged.SetSize(oDiffMerged);
1691                if(eImageError == CCrackBaseImage::eNO_ERROR){
1692                    pfTextureData = m_oMacroTex.GetTextureImage(iWidth,iHeight);
1693                    if(pfTextureData) {
1694                        float *pfTextureMerged = &m_oTextureMerged(0);
1695                        for(int i=0;i<iWidth*iHeight;i++)
1696                            pfTextureMerged[i] = pfTextureData[i];
1697
1698                    }
1699                }
1700                else
1701                    return (eError) eImageError;
1702                if(ciSaveDebugCrackDetection && pfTextureData) {
1703                    gmuImageINOByte
                    oTextureMergedImg(m_oTextureMerged.Width(),m_oTextureMerged.Height());
1704                    for(int i=0;i<m_oTextureMerged.Width();i++)
1705                        for(int j=0;j<m_oTextureMerged.Height();j++) {
1706                            float fTexture = m_oTextureMerged(j*m_oTextureMerged.Width()+i);
1707                            fTexture *=100.0f;
1708                            if(fTexture > 255) fTexture = 255.0f;
1709                            oTextureMergedImg.Pixel(i,j) = fTexture;
1710                        }
1711                    oTextureMergedImg.WriteFile("c:\\Temp\\TextureImgMerged.bmp");
1712                }
1713            }
1714            if(MacroError != MacroTextureEvaluator::eNO_ERROR)
1715            {
1716                return (eError)MacroError;
1717            }
1718        }
1719        m_ChronoLog.Snap("Compute macro-texture");
1720
1721        //****************************************************************************
            ****************************************************************************
1722        //SEALEDCRACK detection : Processing on merged result
1723        //****************************************************************************
            ****************************************************************************
1724
1725        if(eErrorID==eNO_ERROR && m_iSealedCrackDetectionEnable){
1726            SealedCrackDetector::eError eID =
                m_oSealedDetector.Process(m_oAllDefectsMaskMerged,m_oIntensityMerged,
                oDiffMerged, m_oSealedMask, m_BandPosition.iLeftBorder,
                m_BandPosition.iRightBorder, m_aiMergedRoiMinMaxY_pix[1],
                m_aiMergedRoiMinMaxY_pix[0]);
1727            if (eID != SealedCrackDetector::eNO_ERROR)
1728                eErrorID = eERROR_SEALEDCRACK;
1729            m_sValidData.bSealedCrackImage = true;
1730        }
1731        //m_oSealedMask.WriteJPEGFile("C:/Temp/SealedCrackMask.jpg");
1732
1733        m_ChronoLog.AddSubElement(m_oSealedDetector.m_ChronoLog);
1734
1735        //Retreive SealedCrackList
1736        if(eErrorID==eNO_ERROR && m_iSealedCrackDetectionEnable){
1737            m_oSealedDetector.GetSealedCrackList(m_oSealedCrackList,
```

Trial Exhibit 0508   p. 14 of 119

Exhibit 7
341

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
1738               m_oIntensityMerged.Width(), m_oIntensityMerged.Height());
1739          }
1740          m_ChronoLog.Snap("Get SealedCrack list");
1741          //Retreive SealedCrack Skeleton =
1742          if(eErrorID==eNO_ERROR && m_iSealedCrackDetectionEnable){
1743              m_oSealedDetector.GetSealedCrackBranchesList(m_oSealedCrackBranchesList,
                     m_oIntensityMerged.Width(), m_oIntensityMerged.Height());
1744              m_oSealedSkeleton = m_oSealedMask; // allocate skeleton image
1745              m_oSealedSkeleton = 0; // reinit skeleton image
1746              CreateSealedCrackSkeletonImage(); // save skeleton image
1747              //m_oSealedSkeleton.WriteJPEGFile("C:/Temp/SealedCrackMask.jpg");
1748          }
1749          m_ChronoLog.Snap("Get SealedCrackBranches list");

1750          //Add sealed cracks to the crack image (oBigLongitudinal). Actives point in the
               sealedcrack mask are
1751          //treated as "don't care" point by the crack detection algorithm.
1752          if(eErrorID==eNO_ERROR && m_iSealedCrackDetectionEnable){
1753              int iMergedW = oBigLongitudinal.Width();
1754              int iMergedH = oBigLongitudinal.Height();
1755              int iMergedS = iMergedW*iMergedH;
1756              unsigned char *pucCrackMask  = 0;
1757              unsigned char *pucSealedMask = 0;
1758              if(iMergedS>0 && iMergedW==m_oSealedMask.Width() &&
                     iMergedH==m_oSealedMask.Height()){
1759                  pucCrackMask  = &(oBigLongitudinal(0));
1760                  pucSealedMask = &(m_oSealedMask(0));
1761                  for(int c=0; c<iMergedS; c++){
1762                      if(pucSealedMask[c]!=0) { pucCrackMask[c] = 0; }
1763                  }
1764              }
1765          }


1768          if(m_iCrackDetectionEnable && ciTextureFilterEnable){

1770              int    PavementLimitsLR[2]      = {m_BandPosition.iLeftBorder,
                     m_BandPosition.iRightBorder};
1771              float CrackDepthThresholdLR[2] = {cfCrackDepthThresholdL,
                     cfCrackDepthThresholdR};

1773              TextureFilter::TFParameters TFParams = m_oTextureFilter.GetParameters();
1774              TFParams.ConcretePavement                = iConcretePavement;
1775              TFParams.DistributionQuoteThresholdAsphalt  =
                     cdTextureFilterDistribQuoteThresholdAsphalt;
1776              TFParams.DistributionQuoteThresholdConcrete =
                     cdTextureFilterDistribQuoteThresholdConcrete;
1777              TFParams.MinCrackPtsSurfaceRatio            =
                     cdTextureFilterMinCrackPtsSurfaceRatio;
1778              TFParams.AdaptativeDownSampFactor = ciTextureFilterAdaptativeToResolution;
1779              TFParams.CannyFilterWidth         = ciTextureFilterCannyFilterWidth;
1780              TFParams.StdTol                   = cfTextureFilterClassificationStdTol;
1781              TFParams.NbIterMax                = ciTextureFilterClassificationNbIterMax;
1782              TFParams.MaxBlobSize              = ciTextureFilterMaxBlobSize;
1783              TFParams.MinBlobSize              = ciTextureFilterMinBlobSize;

1785              m_oTextureFilter.SetParameters(TFParams);

1787              TextureFilter::eError TFRes;
1788              TFRes = m_oTextureFilter.FilterTexturePoints(oDiffMerged, oBigLongitudinal,
                     CrackDepthThresholdLR, PavementLimitsLR);
1789              if(TFRes != TextureFilter::eNO_ERROR) return (eError)TFRes;

1791              m_ChronoLog.AddSubElement(m_oTextureFilter.m_ChronoLog);
1792          }

1794          if(m_iCrackDetectionEnable && m_iTextureStatsEnable){
```

Trial Exhibit 0508   p. 15 of 119

Exhibit 7
342

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
1795
1796          int PavementLimitsLR[2] = {m_BandPosition.iLeftBorder,
              m_BandPosition.iRightBorder};
1797
1798          TextureDetector::eError TDRes;
1799          TDRes = m_oTextureDetector.ComputeTextureStats(PavementLimitsLR, oDiffMerged,
              36, 90);//736, 90
1800          if(TDRes != TextureDetector::eNO_ERROR) return (eError)TDRes;
1801
1802           m_ChronoLog.Snap("ComputeTextureStats");
1803      }
1804
1805      // Init section info.
1806
1807      CCrackmap LCrackMap;
1808      CCrackmap::eError eCMapErr = CCrackmap::eNO_ERROR;
1809
1810      LCrackMap.SetLogger(m_LogPtr);
1811      LCrackMap.SetStripPosition(m_BandPosition.iLeftBorder, m_BandPosition.iRightBorder);
1812
1813      //if(m_ePavementType == PavementType::ePorous)
1814      //   LCrackMap.SetMinCrackLength(ciMinCrackLengthPorousRoad);
1815      LCrackMap.SetMinCrackLength(m_iMinCrackLength_mm);
1816      LCrackMap.SetMinCrackDepth (m_fMinCrackDepth_mm);
1817
1818      std::vector<CCrackmap::sTransversalFeatures> vsAlligatorCracksBBs;
1819      std::vector<CCrackmap::sTransversalFeatures> vsInputTransFeatures;
1820      std::vector<CCrackmap::sTransversalFeatures> vsOutputTransFeatures;
1821      std::vector<CCrackmap::sTransversalFeatures> vsInputSealedTransFeatures;
1822      std::vector<CCrackmap::sTransversalFeatures> vsOutputSealedTransFeatures;
1823
1824      if(m_iCrackDetectionEnable){
1825
1826          Log << "Performing reconstruction." << std::endl;
1827          //oBigLongitudinal.WriteJPEGFile("C:/Temp/oBigLongitudinal.jpg");
1828          //oDiff.WriteJPEGFile("C:/Temp/oDiff.jpg");
1829          eCMapErr = LCrackMap.PerformCrackReconstruction(oBigLongitudinal,
              oDiffMerged,m_afMergedRoiMinMaxX_mm,m_afMergedRoiMinMaxY_mm);
1830          if (eCMapErr != CCrackmap::eNO_ERROR)
1831              return static_cast<eError>(eCMapErr);
1832
1833          m_ChronoLog.AddSubElement(LCrackMap.m_ChronoLogCrackReconstr);
1834
1835          Log << "Reconstruction done." << std::endl;
1836
1837
1838          // Compute crack severity.
1839          eCMapErr = LCrackMap.ComputeSeverity(oDiffMerged,
              cfCrackWidthEval_MaxSearchDist_mm);
1840          if (eCMapErr != CCrackmap::eNO_ERROR)
1841              return static_cast<eError>(eCMapErr);
1842          m_ChronoLog.Snap("ComputeSeverity");
1843          eCMapErr = LCrackMap.Filter(m_oTextureMerged);
1844          if (eCMapErr != CCrackmap::eNO_ERROR)
1845              return static_cast<eError>(eCMapErr);
1846          m_ChronoLog.AddSubElement(LCrackMap.m_ChronoFilter);
1847          eCMapErr = LCrackMap.ConvertSeverity();
1848          if (eCMapErr != CCrackmap::eNO_ERROR)
1849              return static_cast<eError>(eCMapErr);
1850
1851          //CrackClassification is required for MtqCompilation to work.
1852          //Actually, m_iCrackClassificationEnable is done according to the Mtq standard.
1853          if(m_iCompilationEnable) m_iCrackClassificationEnable = 1;
1854
1855          if(m_iCrackClassificationEnable){
1856
1857              eCMapErr = LCrackMap.FillLongitudinalCrackMapStruct();
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
1858            if (eCMapErr != CCrackmap::eNO_ERROR)
1859                return static_cast<eError>(eCMapErr);
1860
1861            m_ChronoLog.Snap("FillLCrackMapStruct");
1862
1863            DetectAlligatorCracks(LCrackMap, oDiffMerged.Width(), vsAlligatorCracksBBs);
1864
1865            LCrackMap.TagCrackSegmentsInAlligators(vsAlligatorCracksBBs);
1866
1867            m_ChronoLog.Snap("DetectAlligatorCracks");
1868
1869            eCMapErr = LCrackMap.DetectMultipleCracks(m_iStripPositions, m_iNbBands);
1870            if (eCMapErr != CCrackmap::eNO_ERROR)
1871                return static_cast<eError>(eCMapErr);
1872
1873            m_ChronoLog.Snap("DetectMultipleCracks");
1874
1875            eCMapErr = LCrackMap.ProjectCrackmapVertically(oBigLongitudinal,
                    vsInputTransFeatures);
1876            if (eCMapErr != CCrackmap::eNO_ERROR)
1877                return static_cast<eError>(eCMapErr);
1878
1879            m_ChronoLog.Snap("ProjectTransvervalImage");
1880
1881            eCMapErr = LCrackMap.AnalyzeTransversalFeatures(vsInputTransFeatures,
                    vsOutputTransFeatures);
1882            if (eCMapErr != CCrackmap::eNO_ERROR)
1883                return static_cast<eError>(eCMapErr);
1884
1885            m_ChronoLog.Snap("AnalyzeTransversalFeatures");
1886
1887            //cr Tan 18062012 : Transversal for
                SealedCracks-----------------------------------------------------
1888
1889             eCMapErr = LCrackMap.ProjectSealedCrackmapVertically(m_oSealedSkeleton,
                    vsInputSealedTransFeatures);
1890            if (eCMapErr != CCrackmap::eNO_ERROR)
1891                return static_cast<eError>(eCMapErr);
1892
1893            m_ChronoLog.Snap("ProjectTransvervalSealedCrackImage");
1894
1895            eCMapErr =
                LCrackMap.AnalyzeSealedCrackTransversalFeatures(vsInputSealedTransFeatures,
                vsOutputSealedTransFeatures, m_oSealedCrackBranchesList);
1896            if (eCMapErr != CCrackmap::eNO_ERROR)
1897                return static_cast<eError>(eCMapErr);
1898
1899            m_ChronoLog.Snap("AnalyzeSealedCrackTransversalFeatures");
1900
1901
1902
1903
                //------------------------------------------------------------------------
                --------------------------
1904            if(iConcretePavement){
1905                float afThresholdLR[2] = {cfCrackDepthThresholdL,cfCrackDepthThresholdR};
1906                eCMapErr = LCrackMap.IdentifyExpansionJoints(vsOutputTransFeatures,
                    oDiffMerged, afThresholdLR);
1907                if (eCMapErr != CCrackmap::eNO_ERROR) return
                    static_cast<eError>(eCMapErr);
1908                m_ChronoLog.Snap("IdentifyExpansionJoints");
1909            }
1910
1911            /* if(m_iPotholesDetectionEnable || m_iPatchDetectionEnable){
1912                RemovePatchAndPotholesInAlligator(vsAlligatorCracksBBs);
1913                m_ChronoLog.Snap("Remove PatchAndPot In Allig");
1914            }*/
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```cpp
1915
1916                 if(m_iCompilationEnable){
1917
1918                     Log << "Mtq compilation begin" << std::endl;
1919
1920                     LcmsCrackResultCompilation          oResultMtq;
1921                     LcmsCrackResultCompilation::eError eCrackResErr;
1922
1923
                        //oResultMtq.SetCompilationMode((m_eCompileMode==eReseau)?(LcmsCrackResul
                        tCompilation::eReseau):(LcmsCrackResultCompilation::eValidation));
1924                     switch(m_eCompileMode){
1925                         case(CompilationMode::eMTQ_Network)    :
                                {oResultMtq.SetCompilationMode(CompilationMode::eMTQ_Network);
                                break;}
1926                         case(CompilationMode::eMTQ_Validation) :
                                {oResultMtq.SetCompilationMode(CompilationMode::eMTQ_Validation);
                                break;}
1927                         case(CompilationMode::eMTQ_Basic)      :
                                {oResultMtq.SetCompilationMode(CompilationMode::eMTQ_Basic);
                                break;}
1928                         default                             :
                                {oResultMtq.SetCompilationMode(CompilationMode::eMTQ_Basic);
                                break;}
1929                     }
1930
1931                     eCrackResErr = oResultMtq.CompileCrackResult(LCrackMap,
                        vsOutputTransFeatures, m_afMergedRoiMinMaxX_mm,
                        m_afMergedRoiMinMaxY_mm, m_iStripPositions, m_fRdSectionPosition_m);
1932                     if (eCrackResErr != LcmsCrackResultCompilation::eNO_ERROR) return
                        static_cast<eError>(eCrackResErr);
1933
1934
1935                     //cr TAN
1936
1937                     if(m_iSealedCrackDetectionEnable){
1938
1939                         eCrackResErr = oResultMtq.CompileSealedCrackResult(LCrackMap,
                            m_oSealedSkeleton,m_afMergedRoiMinMaxX_mm,
                            m_afMergedRoiMinMaxY_mm,  m_iStripPositions, m_fRdSectionPosition_m);
1940
1941                         if (eCrackResErr != LcmsCrackResultCompilation::eNO_ERROR) return
                            static_cast<eError>(eCrackResErr);
1942                     }
1943
1944
1945                     //if(m_iPotholesDetectionEnable || m_iPatchDetectionEnable){
1946
1947                     //    eCrackResErr =
                        oResultMtq.CompilePatchAndPotholesResult(m_BandPosition.iLeftBorder,
                        m_BandPosition.iRightBorder, m_aiMergedRoiMinMaxX_pix,
                        m_aiMergedRoiMinMaxY_pix, /*m_oPatchMerged,*/ m_oPotholeMerged);
1948                     //    if (eCrackResErr != LcmsCrackResultCompilation::eNO_ERROR) return
                        static_cast<eError>(eCrackResErr);
1949                     //}
1950
1951                     //eCrackResErr =
                        oResultMtq.CompileMacrotextureResult(m_fLeftTextureBand1,
                        m_fLeftTextureBand2, m_fLeftTextureBand3, m_fRightTextureBand3,
                        m_fRightTextureBand4, m_fRightTextureBand5);
1952                     //if (eCrackResErr != LcmsCrackResultCompilation::eNO_ERROR) return
                        static_cast<eError>(eCrackResErr);
1953
1954                     eCrackResErr = oResultMtq.GetXmlResult(m_strXmlResult_Compilation);
1955                     if (eCrackResErr != LcmsCrackResultCompilation::eNO_ERROR) return
                        static_cast<eError>(eCrackResErr);
1956
```

Trial Exhibit 0508   p. 18 of 119

Exhibit 7
345

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
1957              eCMapErr =
                  LCrackMap.GetXmlResult_CrackClassification(m_strXmlResult_CrackClassifica
                  tion, m_iStripPositions, vsOutputTransFeatures, vsAlligatorCracksBBs,
                  vsOutputSealedTransFeatures,-m_afMergedRoiMinMaxX_mm[0],
                  -m_afMergedRoiMinMaxY_mm[0]);
1958              if(eCMapErr != CCrackmap::eNO_ERROR) eErrorID =
                  static_cast<eError>(eCMapErr);
1959
1960              Log << "Mtq compilation end" << std::endl;
1961
1962              m_ChronoLog.Snap("Mtq compilation");
1963          }
1964      }
1965
1966      //In the following function, an offset will be added to the cracks
1967      //coordinates. The specified offset will leads to cracks being
1968      //represented with respect to the origin of the ROI of the merged
1969      //image.
1970      eCMapErr = LCrackMap.GetXmlResult(m_strXmlResult_Cracks,
      -m_afMergedRoiMinMaxX_mm[0], -m_afMergedRoiMinMaxY_mm[0], m_iCompilationEnable);
1971      if(eCMapErr != CCrackmap::eNO_ERROR) eErrorID = static_cast<eError>(eCMapErr);
1972
1973      m_ChronoLog.Snap("GetXmlResult");
1974
1975  }
1976
1977  /*if(m_iPotholesDetectionEnable || m_iPatchDetectionEnable){
1978      RemovePatchAndPotholesOutsideBands(m_BandPosition);
1979      m_ChronoLog.Snap("Remove PatchAndPot OutsideBands");
1980  }*/
1981
1982  //_pResult->GetPatchAndPotholesResult(m_BandPosition.iLeftBorder,
  m_BandPosition.iRightBorder, m_oPatchMerged, m_oPotholeMerged);
1983
1984  //m_ChronoLog.Snap("GetPatchAndPotholesResult");
1985
1986  //float ScaleFactor = OutputImageScaleFactor;
1987
1988  //CCrackBaseImage::eError eImageError;
1989  //eImageError = m_oCrackMap.SetSize(oBigLongitudinal.Width() * ScaleFactor,
  oBigLongitudinal.GetYResolution() * oBigLongitudinal.Height() * ScaleFactor);
1990  //if (eImageError != CCrackBaseImage::eNO_ERROR) return (eError)eImageError;
1991
1992  //m_ChronoLog.Snap("CrackMap Image Alloc and init");
1993
1994  //LCrackMap.ConvertCrackmapToImage(&m_oCrackMap, ScaleFactor,
  vsOutputTransFeatures,vsAlligatorCracksBBs, StripPosition);
1995  //m_sValidData.bCrackMapImage = true;
1996
1997  //m_ChronoLog.Snap("ConvertCrackmapToImage");
1998
1999  //if (RangeBackgroundImage)
2000  //    eErrorID = CreateRangeImage(); if(eErrorID != eNO_ERROR) return eErrorID;
2001
2002  //AddIntensityAndDefectsToCrackMapImage(ScaleFactor);
2003
2004  //m_ChronoLog.Snap("Add Int And Def To CM Image");
2005  if(eErrorID == eNO_ERROR){
2006
2007      if(m_iPotholesDetectionEnable){
2008          eErrorID = CreateXmlResult_Potholes(m_strXmlResult_Potholes);
2009          if(eErrorID != eNO_ERROR) return eErrorID;
2010      }
2011      if(m_iMarkingContourDetectionEnable){
2012          eErrorID = CreateXmlResult_MarkingContour(m_strXmlResult_MarkingContour);
2013          if(eErrorID != eNO_ERROR) return eErrorID;
2014      }
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
2015            if(m_iDropoffDetectionEnable[0] || m_iDropoffDetectionEnable[1]){
2016                eErrorID = CreateXmlResult_Dropoff(m_strXmlResult_Dropoff);
2017                if(eErrorID != eNO_ERROR) return eErrorID;
2018            }
2019            if(m_iDropoffDetectionEnable[0] || m_iDropoffDetectionEnable[1]){
2020                eErrorID = CreateXmlResult_Curb(m_strXmlResult_Curb);
2021                if(eErrorID != eNO_ERROR) return eErrorID;
2022            }
2023            if(m_iCrackDetectionEnable && ciTextureFilterEnable &&
                ciTextureFilterExportMaskToXmlString){
2024                eErrorID =
                    CreateXmlResult_TextureFilterMask(m_strXmlResult_TextureFilterMask);
2025                if(eErrorID != eNO_ERROR) return eErrorID;
2026            }
2027            if(m_iSealedCrackDetectionEnable){
2028                eErrorID = CreateXmlResult_SealedCrack(m_strXmlResult_SealedCrack);
2029                if(eErrorID != eNO_ERROR) return eErrorID;
2030            }
2031            if(m_iFODDetectionEnable){
2032                m_ChronoLog.Snap("Before CreateXmlResult_FOD");
2033                eErrorID = CreateXmlResult_FOD(m_strXmlResult_FOD);
2034                m_ChronoLog.Snap("After CreateXmlResult_FOD");
2035                if(eErrorID != eNO_ERROR) return eErrorID;
2036            }
2037
2038
2039            eErrorID =
                CreateXmlResult_PavementTypeDetection(m_strXmlResult_PavementTypeDetection);
2040            if(eErrorID != eNO_ERROR) return eErrorID;
2041
2042            m_strXmlResult += m_strXmlResult_PavementTypeDetection;
2043            m_strXmlResult += m_strXmlResult_Cracks;
2044            m_strXmlResult += m_strXmlResult_RavelingMask;
2045            m_strXmlResult += m_strXmlResult_SealedCrack;
2046            m_strXmlResult += m_strXmlResult_Potholes;
2047            m_strXmlResult += m_strXmlResult_MarkingContour;
2048            m_strXmlResult += m_strXmlResult_Dropoff;
2049            m_strXmlResult += m_strXmlResult_Curb;
2050            m_strXmlResult += m_strXmlResult_Compilation;
2051            m_strXmlResult += m_strXmlResult_CrackClassification;
2052            m_strXmlResult += m_strXmlResult_TextureFilterMask;
2053            m_strXmlResult += m_strXmlResult_JointOnConcretePavemnt;
2054            m_strXmlResult += m_strXmlResult_NewMacroTexture;
2055            m_strXmlResult += m_strXmlResult_FOD;
2056
2057            m_bDataAreDetected = true;
2058
2059            m_ChronoLog.Snap("CreateDefectsXMLResults");
2060        }
2061        m_ChronoLog.Stop();
2062
2063    /*  QueryPerformanceCounter(&ChronoStop);
2064        m_sProcessChronos.ChronoCrack +=
            double(ChronoStop.QuadPart-ChronoStart.QuadPart)/double(ChronoFreq.QuadPart);
2065        */
2066
2067        /* std::ofstream ResultFile;
2068        ResultFile.open("C://Temp//XMLtemp.xml", std::ios_base::out);
2069        if(ResultFile.is_open()){
2070
2071            ResultFile << m_strXmlResult;
2072
2073            ResultFile.close();
2074        }else{
2075
2076            eErrorID = eERROR_STD_STRING_APPEND;
2077        }*/
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
2078
2079          if(ciWriteChronoToFile) {
2080              FILE *FileId = fopen("C://Temp//ChronoLog.txt", "w");
2081              if(FileId){
2082                  m_ChronoLog.WriteToFile(FileId);
2083                  fclose(FileId);
2084              }
2085          }
2086
2087          return eErrorID;//eNO_ERROR CR:TAN
2088      }
2089
2090      CCrackDetector::eError
          CCrackDetector::CreateXmlResult_PavementTypeDetection(std::string &_strXmlString){
2091
2092          eError eErrorId = eNO_ERROR;
2093
2094          std::ostringstream oss;
2095
2096          oss << "<PavementTypeInformation>" << std::endl;
2097          oss << "<DataFormat>";
2098          oss << "2.0";
2099          oss << "</DataFormat>" << std::endl;
2100          oss << "<Unit>" << std::endl;
2101          oss << "<PeakDetectionThreshold>" << "mm" << "</PeakDetectionThreshold>" <<
              std::endl;
2102          oss << "<BoundingBox>";
2103          oss << "millimeter";
2104          oss << "</BoundingBox>" << std::endl;
2105          oss << "</Unit>" << std::endl;
2106
2107          oss << "<AutoDetectPavementEnable>";
2108          oss << m_iAutoPavementTypeDetectionEnable;
2109          oss << "</AutoDetectPavementEnable>" << std::endl;
2110
2111          oss << "<AutoPeakDetectionThresholdEnable>";
2112          oss << m_iAdaptiveThresholdCrkExtractorEnable;
2113          oss << "</AutoPeakDetectionThresholdEnable>" << std::endl;
2114
2115          oss << "<PeakDetectionThresholdLeft>";
2116          char TextBuf[128];
2117          if(m_iCrackDetectionEnable)
2118              sprintf_s(TextBuf, 32, "%.1f", m_oCrackExtrator[0].GetPeakDetectionThreshold());
2119          else
2120              sprintf_s(TextBuf, 32, "%.1f", -1.0f);
2121          oss << TextBuf;
2122          oss << "</PeakDetectionThresholdLeft>" << std::endl;
2123
2124          oss << "<PeakDetectionThresholdRight>";
2125          if(m_iCrackDetectionEnable)
2126              sprintf_s(TextBuf, 32, "%.1f", m_oCrackExtrator[1].GetPeakDetectionThreshold());
2127          else
2128              sprintf_s(TextBuf, 32, "%.1f", -1.0f);
2129          oss << TextBuf;
2130          oss << "</PeakDetectionThresholdRight>" << std::endl;
2131
2132
2133          if (m_iAutoPavementTypeDetectionEnable){
2134              int iImW, iImH;
2135
2136              if(m_ucSensorEnable[0]){
2137                  iImW = m_oIntensityLeftImage.Width();
2138                  iImH = m_oIntensityLeftImage.Height();
2139              }else{
2140                  iImW = m_oIntensityRightImage.Width();
2141                  iImH = m_oIntensityRightImage.Height();
2142              }
```

**Exhibit 7**
**348**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
2809                                oss << "</Y>" << std::endl;
2810                                oss << "</Node>" << std::endl;
2811
2812                            CurPt++;
2813                        }
2814                        oss << "</Perimeter>" << std::endl;
2815                        oss << "</Pothole>" << std::endl;
2816                    }
2817                }
2818            }
2819            CurDefect++;
2820        }
2821    }
2822 }
2823
2824    oss << "</PotholesInformation>" << std::endl;
2825
2826    _strXmlString = oss.str();
2827
2828    return eErrorId;
2829 }
2830
2831 CCrackDetector::eError CCrackDetector::CreateXmlResult_FOD(std::string &_strXmlString){
2832
2833    eError eErrorId = eNO_ERROR;
2834
2835    int iImW, iImH;
2836    if(m_ucSensorEnable[0]){
2837        iImW = m_oLeftFODImage.Width();
2838        iImH = m_oLeftFODImage.Height();
2839    }else{
2840        iImW = m_oRightFODImage.Width();
2841        iImH = m_oRightFODImage.Height();
2842    }
2843    //int iMergedImW = m_oIntensityMerged.Width();
2844    //int iMergedImH = m_oIntensityMerged.Height();
2845
2846    //float fBandPosLeft_mm  = m_BandPosition.iLeftBorder *m_fMeanXResolution_mm;
2847    //float fBandPosRight_mm = m_BandPosition.iRightBorder*m_fMeanXResolution_mm;
2848    //float fMergedImH_mm    = m_iMergedH*m_fMeanYResolution_mm;
2849
2850    CCrackAnalyserImage<unsigned char> *poFODImage [2] =   {&m_oLeftFODImage,
                                                            &m_oRightFODImage};
2851    CCrackAnalyserImage<float>         *poDiffImage[2] =   {&m_oLeftDiffImage,
                                                            &m_oRightDiffImage};
2852    CCrackAnalyserImage<unsigned char> *poIntImage [2] =   {&m_oIntensityLeftImage,
                                                            &m_oIntensityRightImage};
2853
2854    if(m_iFODStreamMode) m_afMergedRoiMinMaxY_mm[0] = 0;
2855
2856    std::ostringstream oss;
2857    std::ostringstream oss2;
2858
2859    oss.setf(std::ios_base::fixed, std::ios_base::floatfield);
2860    oss2.setf(std::ios_base::fixed, std::ios_base::floatfield);
2861
2862    oss << "<FodInformation>" << std::endl;
2863    oss << "<DataFormat>";
2864    oss << "1.1";
2865    oss << "</DataFormat>" << std::endl;
2866    oss << "<Unit>" << std::endl;
2867    oss << "<Area>";
2868    oss << "cm squared";
2869    oss << "</Area>" << std::endl;
2870    oss << "<AverageHeight>";
2871    oss << "mm";
2872    oss << "</AverageHeight>" << std::endl;
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
2873        oss << "<MaximumHeight>";
2874        oss << "mm";
2875        oss << "</MaximumHeight>" << std::endl;
2876        oss << "<BoundingBox>";
2877        oss << "mm";
2878        oss << "</BoundingBox>" << std::endl;
2879        oss << "<Perimeter>";
2880        oss << "mm";
2881        oss << "</Perimeter>" << std::endl;
2882        oss << "</Unit>" << std::endl;
2883
2884
2885        oss2 << "<LightInformation>" << std::endl;
2886        oss2 << "<DataFormat>";
2887        oss2 << "1.1";
2888        oss2 << "</DataFormat>" << std::endl;
2889        oss2 << "<Unit>" << std::endl;
2890        oss2 << "<Area>";
2891        oss2 << "cm squared";
2892        oss2 << "</Area>" << std::endl;
2893        oss2 << "<AverageHeight>";
2894        oss2 << "mm";
2895        oss2 << "</AverageHeight>" << std::endl;
2896        oss2 << "<MaximumHeight>";
2897        oss2 << "mm";
2898        oss2 << "</MaximumHeight>" << std::endl;
2899        oss2 << "<BoundingBox>";
2900        oss2 << "mm";
2901        oss2 << "</BoundingBox>" << std::endl;
2902        oss2 << "<Perimeter>";
2903        oss2 << "mm";
2904        oss2 << "</Perimeter>" << std::endl;
2905        oss2 << "</Unit>" << std::endl;
2906
2907
2908        /*if(m_iNbrOfCoord > 0) {
2909            oss << "<GPScoordinate>" << std::endl;
2910
2911            int i;
2912
2913            for (i=0;i<m_iNbrOfCoord;i++)
2914                {
2915                oss << "<Longitude>";
2916                oss << m_asGPSdata[i].dLongitude;
2917                oss << "</Longitude>" << std::endl;
2918                oss << "<Latitude>";
2919                oss << m_asGPSdata[i].dLatitude;
2920                oss << "</Latitude>" << std::endl;
2921                oss << "<Altitude>";
2922                oss << m_asGPSdata[i].dAltitude;
2923                oss << "</Altitude>" << std::endl;
2924                }
2925
2926            oss << "</GPScoordinate>" << std::endl;
2927        }*/
2928
2929
2930        int iRoiMinX, iRoiMaxX;
2931
2932        for(int s=0; s<2; s++){
2933            if(m_ucSensorEnable[s]){
2934
2935                if(s==0){
2936                    iRoiMinX = m_BandPositionRaw.iLeftBorder;
2937                    iRoiMaxX = iImW - m_iOverlap_pix/2;
2938                }else{
2939                    iRoiMinX = m_iOverlap_pix/2;
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
2940                        iRoiMaxX = m_BandPositionRaw.iRightBorder+m_iOverlap_pix - iImW;
2941                    }
2942                if(iRoiMaxX>=iImW) iRoiMaxX = iImW-1;
2943
2944                    std::list<DefectDetector::Defect>::iterator CurDefect;
2945                    CurDefect = m_oDefectListLR[s].begin();
2946
2947                    while(CurDefect != m_oDefectListLR[s].end()){
2948
2949                        if(CurDefect->Type==DefectDetector::Defect::FOD && CurDefect->Valid){
2950
2951                            int iSurroundingOffsetAroundFOD_mm = 10;
2952
2953                            int iMinX = (int)(CurDefect->MinX -
                                iSurroundingOffsetAroundFOD_mm/m_fMeanXResolution_mm +0.5);
2954                            int iMaxX = (int)(CurDefect->MaxX +
                                iSurroundingOffsetAroundFOD_mm/m_fMeanXResolution_mm + 0.5);
2955                            int iMinY = (int)(CurDefect->MinY -
                                iSurroundingOffsetAroundFOD_mm/m_fMeanYResolution_mm +0.5);
2956                            int iMaxY = (int)(CurDefect->MaxY +
                                iSurroundingOffsetAroundFOD_mm/m_fMeanYResolution_mm +0.5);
2957                            //Cr MODIF: 2011-10-18:
2958                            if(iMinX<iRoiMinX) iMinX = iRoiMinX;
2959                            if(iMaxX>iRoiMaxX) iMaxX = iRoiMaxX;
2960                            if(iMinY<0)        iMinY = 0;
2961                            if(iMaxY>(iImH-1)) iMaxY = iImH-1;
2962
2963                            //Scanner l'image de sortie pour calculer l'aire
2964                            int   iPixelCntInside = 0;
2965                            int   iFullPixelCnt = 0;
2966                            int   iHalfPixelCnt = 0;
2967                            int   iPixelCntOutside = 0;
2968                            float fMaxHeight     = FLT_MAX;
2969                            float fAvgHeight     = 0;
2970                            int   iPixelCntAvgH = 0;
2971                            int   iAvgIntInside = 0;
2972                            int   iAvgIntOutside = 0;
2973                            unsigned char *pucFODIm  = &((*(poFODImage [s]))(0));
2974                            float         *pfDiffIm  = &((*(poDiffImage[s]))(0));
2975                            unsigned char *poIntIm  = &((*(poIntImage [s]))(0));
2976                            for(int j=iMinY; j<=iMaxY; j++){
2977                                int iBaseIndex = j*iImW;
2978                                for(int i=iMinX; i<=iMaxX; i++){
2979                                    if(pucFODIm[iBaseIndex+i]) {
2980                                        iPixelCntInside++;
2981                                        if(i>iMinX && i<iMaxX && j>iMinY && j<iMaxY) {
2982                                            //Check if we have a full pixel or a border pixel
2983                                            if(pucFODIm[j*iImW+(i+1)] && pucFODIm[j*iImW+(i-1)]
                                                && pucFODIm[(j+1)*iImW+i] && pucFODIm[(j-1)*iImW+i])
2984                                                iFullPixelCnt++;
2985                                            else
2986                                                iHalfPixelCnt++;
2987                                        }
2988                                        else {
2989                                            //Definitely a border pixel
2990                                            iHalfPixelCnt++;
2991                                        }
2992                                        iAvgIntInside+=poIntIm[iBaseIndex+i];
2993                                        if(pfDiffIm[iBaseIndex+i] < -0.25) {
2994                                            fAvgHeight += (-pfDiffIm[iBaseIndex+i]);
2995                                            iPixelCntAvgH++;
2996                                        }
2997                                        //Max height is max. negative value
2998                                        if(pfDiffIm[iBaseIndex+i] < fMaxHeight)
2999                                            fMaxHeight = pfDiffIm[iBaseIndex+i];
3000                                    }
3001                                    else {
```

Trial Exhibit 0508   p. 24 of 119

Exhibit 7
351

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
3002                                  iAvgIntOutside+=poIntIm[iBaseIndex+i];
3003                                  iPixelCntOutside++;
3004                              }
3005
3006                          }
3007                      }
3008              if(iPixelCntAvgH != 0)
3009                  fAvgHeight /= iPixelCntAvgH;
3010              if(iPixelCntOutside != 0)
3011                  iAvgIntOutside /= iPixelCntOutside;
3012              if(iPixelCntInside != 0)
3013                  iAvgIntInside /= iPixelCntInside;
3014              if(iPixelCntInside != 0)
3015                  fMaxHeight = -fMaxHeight;
3016              else fMaxHeight = 0.0f;
3017
3018
3019
3020              if(iPixelCntInside > 0)
3021              {
3022
3023                  float fMinX_mm = m_iMergedW*m_fMeanXResolution_mm;
3024                  float fMaxX_mm = 0;
3025                  float fMinY_mm = m_iMergedH*m_fMeanYResolution_mm;
3026                  float fMaxY_mm = 0;
3027
3028                  float fTx;
3029                  if(s==0) fTx = -m_iOverlap_pix/2.0f;
3030                  else     fTx =  m_iOverlap_pix/2.0f-iImW;
3031
3032                  float fVertOffsetMax_mm  =
                       1.0e3f*m_fSectionWidth_m*static_cast<float>(tan(m_dSensorAngle_de
                       g*3.1415927/180.0));
3033                  float fVertOffsetMax_pix =
                       fVertOffsetMax_mm/m_fMeanYResolution_mm;
3034                  float fVertOffsetFac =
                       -fVertOffsetMax_pix/static_cast<float>(iImW-1);
3035
3036                  float fTy = 0.0f;
3037                  if(m_dSensorAngle_deg<0.0){
3038                      fTy = -fVertOffsetMax_pix;
3039                  }
3040
3041                  std::list<CurveTool::Point>::iterator CurPt;
3042
3043                  CurPt = CurDefect->Perimeter.begin();
3044                  while(CurPt != CurDefect->Perimeter.end()){
3045                      float          fX = (float)(CurPt->X);
3046                      float          fY = (float)(CurPt->Y);
3047                      //Make sure that the X cooordinate is not in the overlapped
                         section
3048                      if(fX<iRoiMinX) fX = iRoiMinX;
3049                      if(fX>iRoiMaxX) fX = iRoiMaxX;
3050
3051                      float fXm = (fX - fTx)
                         *m_fMeanXResolution_mm;
3052                      float fYm = (fY - fX*fVertOffsetFac +
                         fTy)*m_fMeanYResolution_mm;
3053                      if(fXm <
                         m_BandPositionRaw.iLeftBorder)
                         fXm = m_BandPositionRaw.iLeftBorder;
3054                      if(fXm >
                         m_BandPositionRaw.iRightBorder+m_afMergedRoiMinMaxX_mm[0])
                         fXm = m_BandPositionRaw.iRightBorder;
3055                      //if(fYm< 0)            fYm = 0;
3056                      //if(fYm>=fMergedImH_mm)   fYm = fMergedImH_mm;
3057                      if(fYm< m_afMergedRoiMinMaxY_mm[0])    fYm =
```

Exhibit 7
352

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
                                m_afMergedRoiMinMaxY_mm[0];
3058                            if(fYm>=m_afMergedRoiMinMaxY_mm[1])     fYm =
                                m_afMergedRoiMinMaxY_mm[1];
3059
3060                            if(fXm<fMinX_mm) fMinX_mm = fXm;
3061                            if(fXm>fMaxX_mm) fMaxX_mm = fXm;
3062                            if(fYm<fMinY_mm) fMinY_mm = fYm;
3063                            if(fYm>fMaxY_mm) fMaxY_mm = fYm;
3064
3065                            CurPt++;
3066                        }
3067                        //float fFODArea =
                            iPixelCntAvgH*m_fMeanXResolution_mm*m_fMeanYResolution_mm;//
                            mm^2 -> m^2
3068                        float fFODArea = (iFullPixelCnt +
                            0.5f*iHalfPixelCnt)*m_fMeanXResolution_mm*m_fMeanYResolution_mm;/
                            / mm^2 -> m^2
3069                        int   iFODValid = 1;
3070
3071                        float fLowThresholdAvgHeight = cfMinFODAverageHeight_mm;
3072                        //Two conditions where we want to increase the Low Height
                            threshold: Saturated marking and large FODs
3073                        if((iAvgIntInside > ciIntensitySaturationLimit &&
                            iAvgIntOutside > ciIntensitySaturationLimit) || fFODArea >
                            cfExtraLargeFODArea_cm2*100) {
3074                            //Saturated FOD on marking. Make sure it is not a flase
                            positive. Increase the min height threshold (our accuracy
                            is not as good on marking)
3075                            fLowThresholdAvgHeight = cfMinFODAvgHeightOverSat_mm;
3076                        }
3077                        if((fAvgHeight < fLowThresholdAvgHeight)||(fFODArea <
                            cfMinFODArea_cm2*100))
3078                            iFODValid = 0;
3079                        if(fMaxY_mm - fMinY_mm == 0 || fMaxX_mm - fMinX_mm == 0 ||
                            fMaxY_mm - fMinY_mm > cfMaxFodDim_mm || fMaxX_mm - fMinX_mm >
                            cfMaxFodDim_mm)
3080                            iFODValid = 0;
3081
3082                        //if(ciFreakDetectionEnable){
3083                        //  if(iFODValid) {
3084                        //      //--------FREAK detection---------------------need to
                            move this segment code somewhere------------------------------
3085                        //      //LcmsFreakDetector oEmbeddedLightDetector;
3086                        //
                            //oEmbeddedLightDetector.SetModelImg("C:\\Temp\\EmbeddedLight.png
                            ");
3087                        //
                            //--------------------------------------------------------------
                            ------------------
3088                        //      // calculate the central of boundingbox
3089
3090                        //      int iCentreX = iMinX + 0.5*(iMaxX-iMinX);
3091                        //      int iCentreY = iMinY + 0.5*(iMaxY-iMinY);
3092                        //
3093                        //      Rect cROI;//cv::Rect
3094                        //      cROI.x      =
                            iCentreX-ciFreakIntExtRegion/m_fMeanXResolution_mm;
3095                        //      cROI.width  =
                            2*(ciFreakIntExtRegion/m_fMeanXResolution_mm);
3096                        //      cROI.y      =
                            iCentreY-ciFreakIntExtRegion/m_fMeanYResolution_mm;
3097                        //      cROI.height =
                            2*ciFreakIntExtRegion/m_fMeanYResolution_mm;
3098                        //      //cROI.x       =
                            iMinX-ciFreakIntExtRegion/m_fMeanXResolution_mm;
3099                        //      //cROI.width   =
                            (iMaxX-cROI.x)+ciFreakIntExtRegion/m_fMeanXResolution_mm;
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
3100              //      //cROI.y          =
         iMinY-ciFreakIntExtRegion/m_fMeanYResolution_mm;
3101              //      //cROI.height  =
         (iMaxY-cROI.y)+ciFreakIntExtRegion/m_fMeanYResolution_mm;
3102              //      //Check if the ROI is out of image
3103              //      if(cROI.x<iRoiMinX)  cROI.x = iRoiMinX;
3104              //      if(cROI.width+cROI.x>iRoiMaxX) cROI.width =
         iRoiMaxX-cROI.x;
3105              //      if(cROI.y<0)       cROI.y = 0;
3106              //      if(cROI.height>(iImH-1)-cROI.y) cROI.height =
         iImH-1-cROI.y;
3107
3108              //
         m_oEmbeddedLightDetector.FindModelInQueryImg(pfDiffIm,iImW,iImH,c
         ROI);
3109              //      if
         (m_oEmbeddedLightDetector.m_iMaxMatchPts>ciFreakIntThreshold )
         //ciFreakIntThreshold = 15 par default I.E. EmbeddedLight FOUND
         !!!!
3110              //      {
3111              //
3112              //          iFODValid = 0;
3113              //          oss2 << "<EmbeddedLight>" <<
         std::endl;
3114              //          oss2 << "<Area>";
3115              //          oss2 << std::setprecision(2);
3116              //          oss2 << fFODArea*0.01;// cm square
3117              //          oss2 << "</Area>" << std::endl;
3118              //          oss2 << "<MaximumHeight>";
3119              //          oss2 << std::setprecision(1);
3120              //          oss2 << fMaxHeight;
3121              //          oss2 << "</MaximumHeight>" << std::endl;
3122              //          oss2 << "<AverageHeight>";
3123              //          oss2 << std::setprecision(1);
3124              //          oss2 << fAvgHeight;
3125              //          oss2 << "</AverageHeight>" << std::endl;
3126              //          oss2 << "<AverageIntensity>";
3127              //          oss2 << std::setprecision(1);
3128              //          oss2 << iAvgIntInside;
3129              //          oss2 << "</AverageIntensity>" << std::endl;
3130              //          oss2 << "<AverageIntensityAroundLight>";
3131              //          oss2 << std::setprecision(1);
3132              //          oss2 << iAvgIntOutside;
3133              //          oss2 << "</AverageIntensityAroundLight>" <<
         std::endl;
3134              //
3135              //          oss2 << "<Severity>";
3136
3137              //
         if((fAvgHeight>cfMaxFODAverageHeight_mm)&&(fFODArea>cfMaxFODArea_
         cm2*100))
3138              //              oss2 << "High";
3139              //          else
         if((fAvgHeight>cfMidFODAverageHeight_mm)&&(fFODArea>cfMidFODArea_
         cm2*100))
3140              //              oss2 << "Moderate";
3141              //          else
3142              //              oss2 << "Low";
3143              //          /*cfMinFODAverageHeight_mm
3144              //          if(fMaxHeight < 25)
3145              //              oss2 << "Low";
3146              //          else if(fMaxHeight < 50)
3147              //              oss2 << "Moderate";
3148              //          else
3149              //              oss2 << "High";*/
3150              //          oss2 << "</Severity>" << std::endl;
3151              //
```

Trial Exhibit 0508   p. 27 of 119

Exhibit 7
354

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```
3152                    //          oss2 << "<BoundingBox>" << std::endl;
3153                    //          oss2 << "<MinX>";
3154                    //          oss2 << std::setprecision(1);
3155                    //          oss2 << fMinX_mm-m_afMergedRoiMinMaxX_mm[0];
3156                    //          oss2 << "</MinX>" << std::endl;
3157                    //          oss2 << "<MaxX>";
3158                    //          oss2 << fMaxX_mm-m_afMergedRoiMinMaxX_mm[0];
3159                    //          oss2 << "</MaxX>" << std::endl;
3160                    //          oss2 << "<MinY>";
3161                    //          oss2 << fMinY_mm-m_afMergedRoiMinMaxY_mm[0];
3162                    //          oss2 << "</MinY>" << std::endl;
3163                    //          oss2 << "<MaxY>";
3164                    //          oss2 << fMaxY_mm-m_afMergedRoiMinMaxY_mm[0];
3165                    //          oss2 << "</MaxY>" << std::endl;
3166                    //          oss2 << "</BoundingBox>" << std::endl;
3167
3168                    //          oss2 << "<Perimeter>" << std::endl;
3169
3170                    //          //In the following, an offset is added to the computed
3171                    //          //coordinates so that the output is given with respect to
3172                    //          //the ROI of the merged image.
3173
3174                    //          CurPt = CurDefect->Perimeter.begin();
3175                    //          while(CurPt != CurDefect->Perimeter.end()){
3176                    //              float fX  = (float)(CurPt->X);
3177                    //              float fY  = (float)(CurPt->Y);
3178                    //              float fXm = (fX - fTx)*m_fMeanXResolution_mm;
3179                    //              float fYm = (fY - fX*fVertOffsetFac + fTy)*m_fMeanYResolution_mm;
3180                    //              if(fXm< m_BandPositionRaw.iLeftBorder) fXm = m_BandPositionRaw.iLeftBorder;
3181                    //              if(fXm> m_BandPositionRaw.iRightBorder+m_afMergedRoiMinMaxX_mm[0]) fXm = m_BandPositionRaw.iRightBorder;
3182                    //              if(fYm< m_afMergedRoiMinMaxY_mm[0])              fYm = m_afMergedRoiMinMaxY_mm[0];
3183                    //              if(fYm>=m_afMergedRoiMinMaxY_mm[1])              fYm = m_afMergedRoiMinMaxY_mm[1];
3184
3185                    //              oss2 << "<Node>" << std::endl;
3186                    //              oss2 << "<X>";
3187                    //              oss2 << std::setprecision(1) << fXm-m_afMergedRoiMinMaxX_mm[0];
3188                    //              oss2 << "</X>" << std::endl;
3189                    //              oss2 << "<Y>";
3190                    //              oss2 << std::setprecision(1) << fYm-m_afMergedRoiMinMaxY_mm[0];
3191                    //              oss2 << "</Y>" << std::endl;
3192                    //              oss2 << "</Node>" << std::endl;
3193
3194                    //              CurPt++;
3195                    //          }
3196                    //          oss2 << "</Perimeter>" << std::endl;
3197
3198                    //          oss2 << "</EmbeddedLight>" << std::endl;
3199                    //      }
3200
3201                    //  }
3202                    //}
3203                    ////-----------end FREAK detection -------------------------------------------
3204
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```cpp
3205
3206
3207
3208                    if(iFODValid) {
3209                        //In the following, an offset is added to the computed
3210                        //coordinates so that the output is given with respect to
3211                        //the ROI of the merged image.
3212                        //Beep(1000, 200);
3213                        m_iNumberFODs++;
3214                        oss << "<FOD>" << std::endl;
3215                        oss << "<Area>";
3216                        oss << std::setprecision(2);
3217                        oss << fFODArea*0.01;// cm square
3218                        oss << "</Area>" << std::endl;
3219                        oss << "<MaximumHeight>";
3220                        oss << std::setprecision(1);
3221                        oss << fMaxHeight;
3222                        oss << "</MaximumHeight>" << std::endl;
3223                        oss << "<AverageHeight>";
3224                        oss << std::setprecision(1);
3225                        oss << fAvgHeight;
3226                        oss << "</AverageHeight>" << std::endl;
3227                        oss << "<AverageIntensity>";
3228                        oss << std::setprecision(1);
3229                        oss << iAvgIntInside;
3230                        oss << "</AverageIntensity>" << std::endl;
3231                        oss << "<AverageIntensityAroundFOD>";
3232                        oss << std::setprecision(1);
3233                        oss << iAvgIntOutside;
3234                        oss << "</AverageIntensityAroundFOD>" << std::endl;
3235
3236                        oss << "<Severity>";
3237
3238
                            if((fAvgHeight>cfMaxFODAverageHeight_mm)&&(fFODArea>cfMaxFODA
                            rea_cm2*100))
3239                                oss << "High";
3240                            else
                            if((fAvgHeight>cfMidFODAverageHeight_mm)&&(fFODArea>cfMidFODA
                            rea_cm2*100))
3241                                oss << "Moderate";
3242                            else
3243                                oss << "Low";
3244                        /*cfMinFODAverageHeight_mm
3245                        if(fMaxHeight < 25)
3246                            oss << "Low";
3247                        else if(fMaxHeight < 50)
3248                            oss << "Moderate";
3249                        else
3250                            oss << "High";*/
3251                        oss << "</Severity>" << std::endl;
3252
3253                        oss << "<BoundingBox>" << std::endl;
3254                        oss << "<MinX>";
3255                        oss << std::setprecision(1);
3256                        oss << fMinX_mm-m_afMergedRoiMinMaxX_mm[0];
3257                        oss << "</MinX>" << std::endl;
3258                        oss << "<MaxX>";
3259                        oss << fMaxX_mm-m_afMergedRoiMinMaxX_mm[0];
3260                        oss << "</MaxX>" << std::endl;
3261                        oss << "<MinY>";
3262                        oss << fMinY_mm-m_afMergedRoiMinMaxY_mm[0];
3263                        oss << "</MinY>" << std::endl;
3264                        oss << "<MaxY>";
3265                        oss << fMaxY_mm-m_afMergedRoiMinMaxY_mm[0];
3266                        oss << "</MaxY>" << std::endl;
3267                        oss << "</BoundingBox>" << std::endl;
```

**Exhibit 7**
**356**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackDetector.cpp

```cpp
3268
3269                          oss << "<Perimeter>" << std::endl;
3270
3271                          //In the following, an offset is added to the computed
3272                          //coordinates so that the output is given with respect to
3273                          //the ROI of the merged image.
3274
3275                          CurPt = CurDefect->Perimeter.begin();
3276                          while(CurPt != CurDefect->Perimeter.end()){
3277                              float fX  = (float)(CurPt->X);
3278                              float fY  = (float)(CurPt->Y);
3279                              float fXm = (fX - fTx)
                                  *m_fMeanXResolution_mm;
3280                              float fYm = (fY - fX*fVertOffsetFac +
                                  fTy)*m_fMeanYResolution_mm;
3281                              if(fXm< m_BandPositionRaw.iLeftBorder
                                  )                          fXm =
                                  m_BandPositionRaw.iLeftBorder;
3282                              if(fXm>
                                  m_BandPositionRaw.iRightBorder+m_afMergedRoiMinMaxX_mm[0]
                                  ) fXm = m_BandPositionRaw.iRightBorder;
3283                              if(fYm< m_afMergedRoiMinMaxY_mm[0])            fYm
                                  = m_afMergedRoiMinMaxY_mm[0];
3284                              if(fYm>=m_afMergedRoiMinMaxY_mm[1])            fYm
                                  = m_afMergedRoiMinMaxY_mm[1];
3285
3286                              oss << "<Node>" << std::endl;
3287                              oss << "<X>";
3288                              oss << std::setprecision(1) <<
                                  fXm-m_afMergedRoiMinMaxX_mm[0];
3289                              oss << "</X>" << std::endl;
3290                              oss << "<Y>";
3291                              oss << std::setprecision(1) <<
                                  fYm-m_afMergedRoiMinMaxY_mm[0];
3292                              oss << "</Y>" << std::endl;
3293                              oss << "</Node>" << std::endl;
3294
3295                              CurPt++;
3296                          }
3297                          oss << "</Perimeter>" << std::endl;
3298                          oss << "</FOD>" << std::endl;
3299                      }
3300                  }
3301              }
3302              CurDefect++;
3303          }
3304      }
3305  }
3306
3307      //EnterCriticalSection(&m_oLockCrackDetector);
3308      oss << "</FodInformation>" << std::endl;
3309      //LeaveCriticalSection(&m_oLockCrackDetector);
3310      oss2 << "</LightInformation>" << std::endl;
3311
3312      _strXmlString  = oss.str();
3313      _strXmlString += oss2.str();
3314      return eErrorId;
3315  }
3316
3317
3318
3319
3320  CCrackDetector::eError CCrackDetector::CreateXmlResult_Dropoff(std::string
      &_strXmlString){
3321      eError eErrorId = eNO_ERROR;
3322
3323
```

```
6599                            {
6600                                int j;
6601                                // Do the left side.
6602                                for (j = i - 1; j >= 0; --j)
6603                                {
6604                                    if (_Input[j] >= _LowThreshold)
6605                                        Output[j] = 1;
6606                                    else
6607                                        break;
6608                                }
6609
6610                                // Do the right side.
6611                                for (j = i; j < (int)_Input.size(); ++j)
6612                                {
6613                                    if (_Input[j] >= _LowThreshold)
6614                                        Output[j] = 1;
6615                                    else
6616                                        break;
6617                                }
6618
6619                                // Continue to search a new seed point from here.
6620                                i = j;
6621                            }
6622                        }
6623                }
6624
6625            _Output.swap(Output);
6626    }
6627
6628    //--METHOD IMPLEMENTATION-------------------------------------------------
6629    /*!
6630        \brief  Fill small hole in a 1D signal.
6631        \param  _Input          - Signal to be analyze.
6632        \param  _iSmallGapFill  - Biggest hole length to be filled.
6633        \param  _Output         - Returned signal.
6634        \return none.
6635        \post   _Input.size() == _Output.size()
6636        \note   _Input and _Output can be the same variable (in place transformation is
        permitted).
6637        \note   exception safety : strong
6638    */
6639    /*
6640        We skip the first and last element. If they are true we don't care.
6641        If the're false the're not really hole because they are not between to position part.
6642    */
6643    //--------------------------------------------------------------------------
6644    void FillSmallHole(const std::vector<int> & _Input, int _iMaxSmallHole,
        std::vector<int> & _Output)
6645    {
6646        std::vector<int> Value;
6647        std::vector<int> Rep;
6648        RleEncoder(_Input, &Value, &Rep, 0);
6649
6650        for (int i = 1; i < (int)Rep.size() - 1; ++i)
6651            if (Value[i] == 0 && Rep[i] <= _iMaxSmallHole)
6652                Value[i] = 1;
6653
6654        RleDecoder(_Output, Value, Rep);
6655
6656    }
6657
6658    //--METHOD IMPLEMENTATION-------------------------------------------------
6659    /*!
6660        \brief  Fill small hole in a 1D signal.
6661        \param  _Input           - Signal to be analyze.
6662        \param  _iMinPortionLength - Minimum section section length to be kept.
6663        \param  _Output          - Returned signal.
```

```
6664        \return none.
6665        \post  _Input.size() == _Output.size()
6666        \note  _Input and _Output can be the same variable (in place transmation is
            permitted).
6667        \note  exception safety : strong
6668    */
6669    //-----------------------------------------------------------------------
6670    void RemoveSmallSection(const std::vector<int> & _Input, int _iMinPortionLength,
        std::vector<int> & _Output)
6671    {
6672        std::vector<int> Value;
6673        std::vector<int> Rep;
6674        RleEncoder(_Input, &Value, &Rep, 0);
6675
6676        for (int i = 0; i < (int)Rep.size(); ++i)
6677            if (Value[i] == 1 && Rep[i] <= _iMinPortionLength)
6678                Value[i] = 0;
6679
6680        RleDecoder(_Output, Value, Rep);
6681    }
6682
6683    void ExtractBoundingBox(const std::vector<int> & _AlligatorPosition,
        std::vector<CCrackmap::sTransversalFeatures> & _CurrentBandBB, int _iLeftStripPosition,
        int _iRightStripPosition, int iGridStepMM, const std::vector<float> &
        _AlligatorCrackWidth)
6684    {
6685        std::vector<int> Value;
6686        std::vector<int> Rep;
6687        std::vector<int> Position;
6688        RleEncoder(_AlligatorPosition, &Value, &Rep, &Position);
6689
6690        for (int i = 0; i < (int)Value.size(); ++i)
6691            if (Value[i] == 1)
6692            {
6693                CCrackmap::sTransversalFeatures pout;
6694                pout.eBB.left   = _iLeftStripPosition;
6695                pout.eBB.right  = _iRightStripPosition;
6696                pout.eBB.top    = (Position[i] + 0      ) * iGridStepMM;
6697                pout.eBB.bottom = (Position[i] + Rep[i]) * iGridStepMM;
6698                pout.fMaxWidth = _AlligatorCrackWidth[Position[i] + 0];
6699                for (int j = 1; j<Rep[i]+1; j++){
6700                    float ftemp = _AlligatorCrackWidth[Position[i]+j];
6701                    if (ftemp > pout.fMaxWidth) pout.fMaxWidth = ftemp;
6702                }
6703                pout.eType = CCrackmap::eUNSETTYPE;
6704                pout.eBB.NormalizeRect();
6705                _CurrentBandBB.push_back(pout);
6706            }
6707    }
6708
6709    }
6710
6711    /*
6712        CCrackAnalyserImage<unsigned char> oBigIntensity;
6713        int MyHeight = (m_oIntensityLeftImage.Height() < m_oIntensityRightImage.Height()) ?
            m_oIntensityLeftImage.Height() : m_oIntensityRightImage.Height();
6714        oBigIntensity.SetSize(4096, MyHeight);
6715        oSealedMask.SetSize(4096, MyHeight);
6716
6717        {
6718            unsigned char *DstPtr  = &oBigIntensity(0,0);
6719            unsigned char *SrcPtrL = &m_oIntensityLeftImage(0,0);
6720            unsigned char *SrcPtrR = &m_oIntensityRightImage(0,0);
6721
6722            int ImW     = m_oIntensityLeftImage.Width();
6723            int SrcIndex = 0;
6724            int DstIndexL = 0;
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackExtractor.cpp

```cpp
1622                    for(int xs=0; xs<_iDstW; xs++){
1623
1624                        float fX = fSx*(xs+0.5f);
1625                        float fY = fSy*(ys+0.5f);
1626
1627                        int X1 = int(fX);
1628                        int Y1 = int(fY);
1629                        if(X1 < 0)        X1 = 0;
1630                        if(Y1 < 0)        Y1 = 0;
1631                        if(X1 >= _iSrcW) X1 = _iSrcW-1;
1632                        if(Y1 >= _iSrcH) Y1 = _iSrcH-1;
1633
1634                        _pucDstIm[iDstIndex] = pucSrcImDil[Y1*_iSrcW + X1];
1635
1636                        iDstIndex++;
1637                    }
1638                }
1639        }
1640
1641        if(pucSrcImDil) delete [] pucSrcImDil;
1642
1643        return eErrorId;
1644 }
1645
1646
1647
1648 //-METHOD IMPLEMENTATION------------------------------------------------
1649 /*!
1650        \param  none
1651        \return none
1652        \note   This function replace the original 'ThresholdDiffImage'.
1653                Hysteresis thresholding and texture information are not used
1654                anymore in the thresholding operation. This new function
1655                is much more simpler and faster and produce the same result as the
1656                old one.
1657 */
1658 //----------------------------------------------------------------------
1659 CCrackExtractor::eError
1660 CCrackExtractor::ThresholdDiffImage(const CCrackAnalyserImage<float> & _oDiffImage,
1661                                     unsigned char *_pucThresholdImage,
1662                                     unsigned char *_pucLowThresholdImage,
1663                                     float *_pfTextureImage,
1664                                     float _fAvgTexture,
1665                                     int _iImW, int _iImH,
1666                                     int _iLeftLimit,
1667                                     int _iRightLimit,
1668                                     int _iSensorId)
1669 {
1670
1671        if(!_pucThresholdImage)        return eERROR_INVALID_PARAMETER;
1672        if(!_pucLowThresholdImage)     return eERROR_INVALID_PARAMETER;
1673        if(_iImW!=_oDiffImage.Width())  return eERROR_INVALID_PARAMETER;
1674        if(_iImH!=_oDiffImage.Height()) return eERROR_INVALID_PARAMETER;
1675
1676        m_ChronoLogThresholdFnc.Reset();
1677        m_ChronoLogThresholdFnc.SetDescription("Start ThresholdDiffImage");
1678        m_ChronoLogThresholdFnc.Start();
1679
1680
1681        int ImS = _iImW*_iImH;
1682
1683        const float *pfDiffIm       = &(_oDiffImage(0));
1684        float *pfDiffImageLP = new float[ImS];
1685        for(int i=0;i<ImS;i++)
1686            pfDiffImageLP[i] = pfDiffIm[i];
1687
1688        if(ciDiffImageGaussianFilterKernel != 0) {
```

Exhibit 7
360

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackExtractor.cpp

```
1689            int ImFiltErrID = 0;
1690            ImageFilter ImFilterObj;
1691            ImFilterObj.SetBoundaryOption(ImageFilter::SYMMETRIC);
1692            if(ImFiltErrID == 0){
1693                ImFiltErrID =
                    ImFilterObj.SetFilterType(ImageFilter::GAUSSIANH,ciDiffImageGaussianFilterKer
                    nel);
1694            }
1695            if(ImFiltErrID == 0){
1696                ImFiltErrID = ImFilterObj.Filter(pfDiffImageLP, _iImW, _iImH, pfDiffImageLP);
1697            }
1698            if(ImFiltErrID == 0){
1699                ImFiltErrID =
                    ImFilterObj.SetFilterType(ImageFilter::GAUSSIANV,ciDiffImageGaussianFilterKer
                    nel);
1700            }
1701            if(ImFiltErrID == 0){
1702                ImFilterObj.Filter(pfDiffImageLP, _iImW, _iImH, pfDiffImageLP);
1703            }
1704            m_ChronoLogThresholdFnc.Snap("Lowpass filtering on DiffImage");
1705
1706        }
1707
1708
1709        float fThreshold = m_fCrackDetectionThreshold;
1710        float fThresholdLow = fThreshold - cfLowThresholdOfffset;
1711        float fAvgThrd   = 0.0f;
1712
1713        int iCount=0;
1714        for(int j=0; j<_iImH; j++){
1715            for(int i=0; i<_iImW; i++){
1716                if(_pfTextureImage) {
1717                    float fTexture = _pfTextureImage[j*_iImW + i];
1718                    if(fTexture> _fAvgTexture) fTexture = _fAvgTexture;/* +
                        (fTexture-_fAvgTexture)*cfHighTexturePenalty*/;
1719                //  fThreshold = cfPolyFit_A_Param * fTexture * fTexture +
                    cfPolyFit_B_Param * fTexture + cfPolyFit_C_Param;
1720                    fThreshold = cfPolyFit_B_Param * fTexture + cfPolyFit_C_Param;
1721                }
1722                if(fThreshold < cfCrackDetectionLowerLimitThres_mm)
1723                    fThreshold = cfCrackDetectionLowerLimitThres_mm;
1724                else if(fThreshold > cfCrackDetectionUpperLimitThres_mm)
1725                    fThreshold = cfCrackDetectionUpperLimitThres_mm;
1726                fThresholdLow = fThreshold - cfLowThresholdOfffset;
1727                if(fThresholdLow < cfCrackDetectionLowerLowLimitThres_mm)
1728                    fThresholdLow = cfCrackDetectionLowerLowLimitThres_mm;
1729
1730                if(m_ePavementType == PavementType::eConcrete_LGrooves || m_ePavementType
                    == PavementType::eConcrete_TGrooves) {
1731                    if(ciUseFixedThrTiningConcrete)
1732                        fThreshold = cfPeakDetectionThrTinedConc;
1733                    else fThreshold *= cfTiningThrMultFactor;
1734                    fThresholdLow = fThreshold;
1735                }
1736                fAvgThrd += fThreshold;
1737                iCount++;
1738                _pucThresholdImage[j*_iImW + i]                                       =
                    (pfDiffImageLP[j*_iImW + i]>fThreshold)?   255:0;
1739                if(cfCrackDetectionApplyLowOnLPImg) _pucLowThresholdImage[j*_iImW + i] =
                    (pfDiffImageLP[j*_iImW + i]>fThresholdLow)?255:0;
1740                else                                 _pucLowThresholdImage[j*_iImW + i] =
                    (pfDiffIm[j*_iImW + i]    >fThresholdLow)?255:0;
1741            }
1742        }
1743    }
1744    if(iCount != 0) fAvgThrd /=iCount;
1745    m_fCrackDetectionThreshold = fAvgThrd;
```

Trial Exhibit 0508   p. 34 of 119

**Exhibit 7**
**361**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\CrackExtractor.cpp

```
1746            m_ChronoLogThresholdFnc.Snap("Threshold");
1747            //char acBuf[1024];
1748            //sprintf(acBuf, "Sensor: %d, Texture: %f",_iSensorId, m_fCrackDetectionThreshold);
1749            //::MessageBoxA(NULL,acBuf,0,0);
1750
1751            //Remove points outside limits
1752            //Le fait d'enlever les points a l'exterieur des limites ici a une influence
1753            //sur les prochains traitements. Cette influence est toutefois assez limitee.
1754            //On pourrait peut-etre eliminer cet etape ?
1755            for(int j=0; j<_iImH; j++){
1756                for(int i=0; i<_iLeftLimit; i++){
1757                    _pucThresholdImage[j*_iImW+i]    = 0;
1758                    _pucLowThresholdImage[j*_iImW+i] = 0;
1759                }
1760                for(int i=_iRightLimit; i<_iImW; i++){
1761                    _pucThresholdImage[j*_iImW+i]    = 0;
1762                    _pucLowThresholdImage[j*_iImW+i] = 0;
1763                }
1764            }
1765
1766            m_ChronoLogThresholdFnc.Snap("RemOutsideLimPts");
1767
1768            m_ChronoLogThresholdFnc.Stop();
1769            if(pfDiffImageLP) {delete [] pfDiffImageLP; pfDiffImageLP = 0;}
1770            return eNO_ERROR;
1771    }
1772
1773    void CCrackExtractor::SetPeakDetectionThreshold(float _fThreshold)  {
1774            m_fCrackDetectionThreshold = _fThreshold;
1775            /*if(_fThreshold < cfCrackDetectionLowerLimitThres_mm)
1776                m_fCrackDetectionThreshold = cfCrackDetectionLowerLimitThres_mm;
1777            else if(_fThreshold > cfCrackDetectionUpperLimitThres_mm)
1778                m_fCrackDetectionThreshold = cfCrackDetectionUpperLimitThres_mm;
1779            else m_fCrackDetectionThreshold = _fThreshold;*/
1780    }
1781
1782
```

```
254                              }
255
256                       // Compute all angles along crackline.
257                       int s;
258                       for (s = 0; s < vRidgeVector.size() - 1; ++s) {
259                           float fValue = (vRidgeVector[s].x*vRidgeVector[s+1].x+vRidgeVector[s
                              ].y*vRidgeVector[s+1].y)/(vRidgeLength[s]*vRidgeLength[s+1]);
260                           float fAngle;
261                           if(fValue < 1.0f)
262                               fAngle = acos(fValue);
263                           else fAngle = 0.0f;
264                           vAngle.push_back(fAngle);
265                       }
266                       // Remove first extremity if angle is too great.
267                       if((!bUseLength && 57.29577951f*fabs(vAngle.front())>45.0f) || (
                          bUseLength && vRidgeLength.front()>750 ) )
268                       {
269                           m_poCrackmap.GetCrackline(i).EraseNode(0);
270                           bSomethingHasChange = true;
271                       }
272
273                       // Remove first extremity if angle is too great.
274                       if((!bUseLength && 57.29577951f*fabs(vAngle.back())>45.0f) || (
                          bUseLength && vRidgeLength.back()>750) )
275                       {
276                           m_poCrackmap.GetCrackline(i).EraseNode(m_poCrackmap.GetCrackline(i).
                              GetNbNode()-1);
277                           bSomethingHasChange = true;
278                       }
279                   }
280               }
281           }
282
283       // Refresh everything.
284       m_poCrackmap.RefreshCrackline();
285
286       return eNO_ERROR;
287   }
288
289   //-METHOD IMPLEMENTATION----------------------------------------------
290   /*!
291       \param
292       \return none
293       \note
294   */
295   //--------------------------------------------------------------------
296   CCracklineFilter::eError CCracklineFilter::FilterCracklineBasedOnLength(float const
      _cfMinLength, CCrackline::eCracklineType _CrackType)
297   {
298       std::vector<CCrackline> const & vsCrackline = m_poCrackmap.Crackline();
299       int i;
300       for(i=vsCrackline.size()-1;i>=0;--i) {
301           //Measure the distance between the extremity points (useful to remove some
              small strange cracks that almost make a full circle
302           float fDeltaX = (m_poCrackmap.GetCrackPoint(i,0).x-m_poCrackmap.GetCrackPoint(i,
              vsCrackline[i].GetNbNode()-1).x);
303           float fDeltaY = (m_poCrackmap.GetCrackPoint(i,0).y-m_poCrackmap.GetCrackPoint(i,
              vsCrackline[i].GetNbNode()-1).y);
304           float fDist_A_B = sqrt(fDeltaX*fDeltaX+fDeltaY*fDeltaY);
305           //float fTotalLength = vsCrackline[i].GetLength();
306           //if(fSquareDist_A_B <=_cfMinLength*_cfMinLength &&
              vsCrackline[i].Type()==CCrackline::eEXTREMITY_TO_EXTREMITY)
307           //Remove small cracks attached to other cracks
308           //if(fSquareDist_A_B <=_cfMinLength*_cfMinLength && (_CrackType ==
              CCrackline::eALL || vsCrackline[i].Type()==_CrackType))
309           /*float fTotalCrackLength = 0.0f;
310           for(int s=0;s<m_poCrackmap.GetCrackline(i).GetNbNode()-1;++s)
311           {
312               int iDeltaX =
```

```
                    (m_poCrackmap.GetCrackPoint(i,s).x-m_poCrackmap.GetCrackPoint(i,s+1).x);
313             int iDeltaY =
                    (m_poCrackmap.GetCrackPoint(i,s).y-m_poCrackmap.GetCrackPoint(i,s+1).y);
314             int fRidgeLength = sqrt((float) (iDeltaX*iDeltaX+iDeltaY*iDeltaY));
315             fTotalCrackLength += fRidgeLength;
316         }*/
317
318         int iType = vsCrackline[i].Type();
319         if(fDist_A_B <= _cfMinLength && (_CrackType == CCrackline::eALL  || vsCrackline[i
            ].Type()==_CrackType))
320             m_poCrackmap.EraseCrackline(i);
321
322     }
323
324     m_poCrackmap.RefreshCrackline();
325     return eNO_ERROR;
326 }
327
328 CCracklineFilter::eError CCracklineFilter::FilterCracklineBasedOnWidth(float
    _fMinAvgWidth) {
329     std::vector<CCrackline> const & vsCrackline = m_poCrackmap.Crackline();
330     int i;
331     for(i=vsCrackline.size()-1;i>=0;--i) {
332         float fAvgWidth   = 0.0f;
333         int iCmpt        = 0;
334         for(int s=0;s<m_poCrackmap.GetCrackline(i).GetNbNode()-1;++s)
335         {
336             fAvgWidth += m_poCrackmap.GetCrackline(i).Width()[s];
337             iCmpt++;
338         }
339         if(iCmpt != 0) {
340             fAvgWidth   /= iCmpt;
341         }
342
343         if(fAvgWidth <= _fMinAvgWidth)
344             m_poCrackmap.EraseCrackline(i);
345
346     }
347
348     m_poCrackmap.RefreshCrackline();
349     return eNO_ERROR;
350
351 }
352
353
354 CCracklineFilter::eError CCracklineFilter::FilterCracklineBasedOnDepth(float
    _fTextureMultiplier, float _fTextureOffset, CCrackAnalyserImage<float> const &
    _oTextureImage) {
355     std::vector<CCrackline> const & vsCrackline = m_poCrackmap.Crackline();
356     int i;
357     for(i=vsCrackline.size()-1;i>=0;--i) {
358         float fAvgDepth   = 0.0f;
359         int iCmpt        = 0;
360         float fAvgTexture     = 0.0f;
361         float fTotalCrackLength = 0.0f;
362         for(int s=0;s<m_poCrackmap.GetCrackline(i).GetNbNode()-1;++s)
363         {
364             int iDeltaX = (m_poCrackmap.GetCrackPoint(i,s).x-m_poCrackmap.GetCrackPoint(
                i,s+1).x);
365             int iDeltaY = (m_poCrackmap.GetCrackPoint(i,s).y-m_poCrackmap.GetCrackPoint(
                i,s+1).y);
366             int fRidgeLength = sqrt((float) (iDeltaX*iDeltaX+iDeltaY*iDeltaY));
367             fTotalCrackLength += fRidgeLength;
368             fAvgDepth += (m_poCrackmap.GetCrackline(i).Depth()[s]*fRidgeLength);
369             int iXCoord = m_poCrackmap.GetCrackPoint(i,s).x / _oTextureImage.
                GetXResolution();
370             int iYCoord = m_poCrackmap.GetCrackPoint(i,s).y / _oTextureImage.
                GetYResolution();
```

Trial Exhibit 0508   p. 37 of 119

**Exhibit 7**
**364**

```
372            if(iXCoord >=0 && iXCoord < _oTextureImage.Width() && iYCoord >= 0 &&
               iYCoord < _oTextureImage.Height() )
373                fAvgTexture += _oTextureImage(iXCoord,iYCoord);
374            iCmpt++;
375        }
376        if(iCmpt != 0) {
377            //fAvgDepth    /= iCmpt;
378            fAvgDepth    /= fTotalCrackLength;
379            fAvgTexture /= iCmpt;
380        }
381        float fTextureThreshold = _fTextureMultiplier*fAvgTexture+_fTextureOffset;
382        if(fTextureThreshold > cfMaxTextureThreshold) fTextureThreshold =
           cfMaxTextureThreshold;
383        if(fAvgDepth <= fTextureThreshold)
384            m_poCrackmap.EraseCrackline(i);
385
386    }
387    m_poCrackmap.RefreshCrackline();
388    return eNO_ERROR;
389 }
390
391
392 CCracklineFilter::eError CCracklineFilter::FilterCracklineBasedOnDepth(float
    _fMinAvgDepth) {
393    std::vector<CCrackline> const & vsCrackline = m_poCrackmap.Crackline();
394    int i;
395    for(i=vsCrackline.size()-1;i>=0;--i) {
396        float fAvgDepth    = 0.0f;
397        int iCmpt          = 0;
398        float fTotalCrackLength = 0.0f;
399        for(int s=0;s<m_poCrackmap.GetCrackline(i).GetNbNode()-1;++s)
400        {
401            int iDeltaX = (m_poCrackmap.GetCrackPoint(i,s).x-m_poCrackmap.GetCrackPoint(
               i,s+1).x);
402            int iDeltaY = (m_poCrackmap.GetCrackPoint(i,s).y-m_poCrackmap.GetCrackPoint(
               i,s+1).y);
403            int fRidgeLength = sqrt((float) (iDeltaX*iDeltaX+iDeltaY*iDeltaY));
404            fTotalCrackLength += fRidgeLength;
405            fAvgDepth += (m_poCrackmap.GetCrackline(i).Depth()[s]*fRidgeLength);
406            iCmpt++;
407        }
408        if(iCmpt != 0) {
409            fAvgDepth    /= fTotalCrackLength;
410        }
411
412        if(fAvgDepth <= _fMinAvgDepth)
413            m_poCrackmap.EraseCrackline(i);
414
415    }
416    m_poCrackmap.RefreshCrackline();
417    return eNO_ERROR;
418
419 }
420
421
422 //-METHOD IMPLEMENTATION-------------------------------------------------
423 /*!
424    \param
425    \return none
426    \note
427 */
428 //----------------------------------------------------------------------
429 //CCracklineFilter::eError
    CCracklineFilter::FilterRidgeBasedOnAvgDepth(CCrackAnalyserImage<float> const & _oDiff,
    float const _cfFactor, float const _cfThreshold)
430 //{
431 //  std::vector<CCrackline> vGoodCrackline;
432 //  std::vector<CCrackline> * const pvsCrackline = &(m_poCrackmap.Crackline());
433 //
```

```
502    //           //There are 8 chronos included in this function
503    //           ErrorID = DetectPatch();
504    //           //m_ChronoLog.AddSubElement(m_ChronoLogPatch);
505    //       }else{
506    //           CreateEmptyResult(Defect::Patch);
507    //       }
508    // }
509
510
511      //Detect Marking
512      if(ErrorID==eNO_ERROR){
513          if(MarkingDetectionEnable){
514              ErrorID = DetectMarkingContours();
515              m_ChronoLog.AddSubElement(m_ChronoLogMarking);
516          }else{
517              //Does nothing so far...
518              CreateEmptyResult(Defect::Marking);
519          }
520      }
521
522      m_ChronoLog.Stop();
523
524      if(ErrorID==eNO_ERROR){
525          // QueryPerformanceCounter(&ChronoStart);
526
527          ErrorID = FillDefectImages();
528
529          // QueryPerformanceCounter(&ChronoStop);
530          // Chronos[NbValidChronos++] =
             double(ChronoStop.QuadPart-ChronoStart.QuadPart)/double(ChronoFreq.QuadPart);
531      }
532
533      return ErrorID;
534  }
535
536  void DefectDetector::CreateEmptyResult(Defect::eDefectType Type){
537
538      int DSampImS = DSampImW*DSampImH;
539  //  if(Type == Defect::Patch){
540  //      for(int c=0; c<DSampImS; c++){
541  //          DS_PatchIm[c] = 0;
542  //      }
543  //  }
544      if(Type == Defect::Pothole){
545          for(int c=0; c<DSampImS; c++){
546              DS_PotholeIm[c] = 0;
547          }
548      }
549  }
550
551  DefectDetector::eError DefectDetector::ComputeDownSampledImages(){
552
553      eError ErrorID = eNO_ERROR;
554
555      if(ErrorID==eNO_ERROR){
556
557          int DSampDataW = (int)((double)RangeDataW*Params.DownSampFactorW+0.5);
558          int DSampDataH = (int)((double)RangeDataH*Params.DownSampFactorH+0.5);
559
560          ErrorID = AllocDSBuffers(DSampDataW, DSampDataH);
561      }
562
563      float *DiffImLowPass = 0;
564      int   *SubSampPtsX   = 0;
565      int   *SubSampPtsY   = 0;
566
567      if(ErrorID==eNO_ERROR){
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\DefectDetector.cpp

```
568
569                 try{
570                     DiffImLowPass  = new float[RangeDataW*RangeDataH];
571                     SubSampPtsX    = new int[DSampImW];
572                     SubSampPtsY    = new int[DSampImH];
573                 }
574                 catch(...){}
575                 if(!DiffImLowPass || !SubSampPtsX || !SubSampPtsY){
576                     ErrorID = eERROR_OUT_OF_MEMORY;
577                 }
578             }
579
580         double DSampPeriodX, DSampPeriodY;
581         int    GaussFilterW, GaussFilterH;
582
583         if(ErrorID==eNO_ERROR){
584
585             if((RangeDataW - DSampImW)<1) DSampPeriodX = 1.0;
586             else                          DSampPeriodX = (double)(RangeDataW+1)/DSampImW;
587             if((RangeDataH - DSampImH)<1) DSampPeriodY = 1.0;
588             else                          DSampPeriodY = (double)(RangeDataH+1)/DSampImH;
589
590             //Adjust low-pass filter size to avoid aliasing
591             GaussFilterW = int(1.87*DSampPeriodX + 0.5); if(!(GaussFilterW%2))
                 GaussFilterW++;
592             GaussFilterH = int(1.87*DSampPeriodY + 0.5); if(!(GaussFilterH%2))
                 GaussFilterH++;
593         }
594
595     /* double GDSChrono[4] = {0, 0, 0, 0};
596     LARGE_INTEGER ChronoStart;
597     LARGE_INTEGER ChronoStop;
598     LARGE_INTEGER ChronoFreq;
599     QueryPerformanceFrequency(&ChronoFreq);
600     QueryPerformanceCounter(&ChronoStart);*/
601
602         //Filter the corrected surface before down-sampling it
603         if(ErrorID==eNO_ERROR){
604
605             int ImFiltErrID = 0;
606             ImageFilter ImFilterObj;
607
608             ImFilterObj.SetBoundaryOption(ImageFilter::SYMMETRIC);
609
610             int ProcessHor = GaussFilterW>=5;
611             int ProcessVer = GaussFilterH>=5;
612
613             //Low-Pass filtering along 'X'
614             if(ImFiltErrID == 0 && ProcessHor){
615                 ImFiltErrID = ImFilterObj.SetFilterType(ImageFilter::GAUSSIANH,
                     GaussFilterW);
616             }
617             if(ImFiltErrID == 0 && ProcessHor){
618                 ImFiltErrID = ImFilterObj.Filter(DiffImage, RangeDataW, RangeDataH,
                     DiffImLowPass);
619             }
620
621         /* QueryPerformanceCounter(&ChronoStop);
622         GDSChrono[0] =
                 double(ChronoStop.QuadPart-ChronoStart.QuadPart)/double(ChronoFreq.QuadPart);
623         ChronoStart = ChronoStop;*/
624
625             //Low-Pass filtering along 'Y'
626             if(ImFiltErrID == 0 && ProcessVer){
627                 ImFiltErrID = ImFilterObj.SetFilterType(ImageFilter::GAUSSIANV,
                     GaussFilterH);
628             }
```

Exhibit 7
367

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\DefectDetector.cpp

```
629              if(ImFiltErrID == 0 && ProcessVer){
630                  if(ProcessHor){
631                      ImFiltErrID = ImFilterObj.Filter(DiffImLowPass, RangeDataW, RangeDataH,
                         DiffImLowPass);
632                  }else{
633                      ImFiltErrID = ImFilterObj.Filter(DiffImage,     RangeDataW, RangeDataH,
                         DiffImLowPass);
634                  }
635              }

636
637              /*QueryPerformanceCounter(&ChronoStop);
638              GDSChrono[1] =
                 double(ChronoStop.QuadPart-ChronoStart.QuadPart)/double(ChronoFreq.QuadPart);
639              ChronoStart = ChronoStop;*/

640
641              //If no filtering is required, just copy data
642              if(ImFiltErrID == 0 && !(ProcessHor || ProcessVer)){
643                  ImFiltErrID = ImFilterObj.SetFilterType(ImageFilter::IDENTITY);
644              }
645              if(ImFiltErrID == 0 && !(ProcessHor || ProcessVer)){
646                  ImFiltErrID = ImFilterObj.Filter(DiffImage, RangeDataW, RangeDataH,
                     DiffImLowPass);
647              }

648
649              /*QueryPerformanceCounter(&ChronoStop);
650              GDSChrono[2] =
                 double(ChronoStop.QuadPart-ChronoStart.QuadPart)/double(ChronoFreq.QuadPart);*/

651
652              if(ImFiltErrID != 0){
653                  ErrorID = eERROR_IMAGE_FILTER;
654              }
655          }

656
657          //QueryPerformanceCounter(&ChronoStart);

658
659          //Down-sampling the corrected surface as well as the mean surface (the latter
             doesn't need to be low-pass filtered)
660          if(ErrorID==eNO_ERROR){

661
662              int i, j, c;

663
664              for(i=0; i<DSampImW; i++){
665                  SubSampPtsX[i] = (int)( ((i+0.5)*DSampPeriodX-0.5) +0.5 );
666              }
667              for(j=0; j<DSampImH; j++){
668                  SubSampPtsY[j] = (int)( ((j+0.5)*DSampPeriodY-0.5) +0.5 );
669                  //CR_BUG: Condition suppl/mentaire pour les images dont la hauteur est
                     impaire.
670                  if(SubSampPtsY[j] >= RangeDataH)
671                      SubSampPtsY[j] = RangeDataH-1;
672              }

673
674              float FissThresh = Params.FissDepthThreshold;

675
676              c=0;
677              for(j=0; j<DSampImH; j++){
678                  int SrcBaseIndex = SubSampPtsY[j]*RangeDataW;
679                  for(i=0; i<DSampImW; i++){
680                      int SrcIndex = SrcBaseIndex+SubSampPtsX[i];
681                      DS_MeanSurf[c] = MeanSurf[SrcIndex];
682                      DS_IntImage[c] = mpucIntensityData[SrcIndex];
683                      DS_InvMaskIm[c] = mpucInvMaskData[SrcIndex];
684                      DS_RangeIm[c]  = (DiffImLowPass[SrcIndex]+MeanSurf[SrcIndex]);
685                      DS_FissIm[c]    = 255*(DiffImLowPass[SrcIndex]>FissThresh);
686                      DS_FissNegIm[c] = 255*(-DiffImLowPass[SrcIndex]>FissThresh);

687
688                      //DS_SDiffIm[c] =
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\DefectDetector.cpp

```
                            (DiffImLowPass[SrcIndex]+MeanSurf[SrcIndex]-MeanSurfPatch[SrcIndex]);
689                         //if(DS_FissIm[c]) DS_SDiffIm[c] = FissThresh;
690                         c++;
691                     }
692                 }
693                 /*if(Sensor==eRight)
694                 {
695                     gmuImageINOByte oImage(DSampImW,DSampImH);
696                     for(j=0; j<DSampImH; j++){
697                         for(i=0; i<DSampImW; i++){
698                             oImage.Pixel(i,j) = DS_InvMaskIm[j*DSampImW+i];
699                         }
700                     }
701                     oImage.WriteFile("c:\\Temp\\Masktest.bmp");
702                 }*/
703
704
705         }
706
707         // QueryPerformanceCounter(&ChronoStop);
708         // GDSChrono[3] =
                double(ChronoStop.QuadPart-ChronoStart.QuadPart)/double(ChronoFreq.QuadPart);
709
710         /*
711         char FileName[128];
712         sprintf(FileName, "c:/temp/CrackGenDSImChronos%d.txt", k);
713         std::ofstream SnakeIniFile(FileName);
714
715         SnakeIniFile << "Low-Pass Filter : " << GaussFilterW << "x" << GaussFilterH <<
                std::endl;
716         for(int c=0; c<4; c++){
717             SnakeIniFile << 1000.0*GDSChrono[c] << std::endl;
718         }
719         SnakeIniFile.close();
720         */
721
722         if(DiffImLowPass) delete [] DiffImLowPass;
723         if(SubSampPtsX)   delete [] SubSampPtsX;
724         if(SubSampPtsY)   delete [] SubSampPtsY;
725
726         return ErrorID;
727 }
728
729 DefectDetector::eError DefectDetector::PerformEdgeDetectionOnSurfaceImages(){
730
731         eError ErrorID = eNO_ERROR;
732
733         int CEDRes = 0;
734         CannyEdgeDetector EdgeDetectObj;
735
736         //DS_MeanSurf : Patch detection (DS_PatchSupportMask)
737         //if(ErrorID == eNO_ERROR && PatchDetectionEnable){
738         //    EdgeDetectObj.SetUserBufForEs(DS_MeanSurfEs);
739         //    EdgeDetectObj.SetUserBufForGx(DS_MeanSurfDx);
740         //    EdgeDetectObj.SetUserBufForGy(DS_MeanSurfDy);
741         //    EdgeDetectObj.SetThresholds(Params.MeanSurf_EdgeThresholdL,
                Params.MeanSurf_EdgeThresholdH);
742         //    CEDRes = EdgeDetectObj.SetFilterOrder(int(Params.MeanSurf_EdgeFilterW/2));
743         //    if(CEDRes == 0){
744         //        CEDRes = EdgeDetectObj.EdgeDetection(DS_MeanSurf, DSampImW, DSampImH,
                DS_MeanSurfEdges);
745         //    }
746         //    if(CEDRes != 0){
747         //        ErrorID = eERROR_CANNY_EDGE_DETEC;
748         //    }
749         //}
750         ////DS_SDiffIm : Patch detection
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\FastenersDetector.cpp

```cpp
1    #include "FastenersDetector.h"
2    #include "ParameterManager.h"
3    #include "gmuImageINOByte.h"
4
5    ManagedVariable<int>    cimatch_method
     ("FastenersDetector_MatchMethod",           0);
6    ManagedVariable<int>    ciMinContourSize_pix
     ("FastenersDetector_MinContourSize_pix",      100);
7    ManagedVariable<int>    ciSaveDebugImage
     ("FastenersDetector_SaveDebugImage",          1);
8    ManagedVariable<int>    ciThresholdContoursDiff_pix
     ("FastenersDetector_ThresholdContoursDiff_pix", 100);
9    ManagedVariable<int>    ciExtendedSearchArea_Pix
     ("FastenersDetector_ExtSearchArea_pix",       25);
10
11   // Constructor
12   LCMSFastenersDetector::LCMSFastenersDetector()
13   {
14       m_fDetectionScore      = 0.0;       //Score of Template matching
15       m_ShapeMatching        = -1.0;      //Score of Shape matching
16       m_MatchLocalCoord.x    = 0;
17       m_MatchLocalCoord.y    = 0;
18       m_MatchGlobalCoord.x   = 0;
19       m_MatchGlobalCoord.y   = 0;
20   }
21
22   // Destructor
23   LCMSFastenersDetector::~LCMSFastenersDetector()
24   {
25
26   }
27
28   // Member Function: SetImageSource
29   LCMSFastenersDetector::eError LCMSFastenersDetector::SetImageSource(unsigned char *
     ucImgSource, unsigned int uiWidth, unsigned int uiHeight)
30   {
31       eError ErrorID = eNO_ERROR;
32
33       if (ucImgSource == NULL)
34           ErrorID = eERROR_NULL_POINTER;
35       else
36       {
37           Mat IntermediateIm(Size(uiWidth, uiHeight), CV_8UC1, ucImgSource,
             Mat::AUTO_STEP);
38           m_OriginalImage = IntermediateIm;
39
40           //memcpy(m_OriginalImage.data,
             ucImgSource,m_OriginalImage.rows*m_OriginalImage.cols);
41
42           for(int i=0;i<m_OriginalImage.cols;i++)
43               for(int j=0;j<m_OriginalImage.rows;j++)
44                   if(m_OriginalImage.at<unsigned char>(j,i) != 0)
45                       m_OriginalImage.at<unsigned char>(j,i) = 1;
46       }
47       return ErrorID;
48   }
49
50   // Member Function: SetImageSource
51   LCMSFastenersDetector::eError LCMSFastenersDetector::SetImageTemplate(unsigned char *
     ucImgTemplate, unsigned int uiWidth, unsigned int uiHeight)
52   {
53       eError ErrorID = eNO_ERROR;
54
55       if (ucImgTemplate == NULL)
56           ErrorID = eERROR_NULL_POINTER;
57       else
58       {
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\FastenersDetector.cpp

```cpp
 59         Mat IntermediateImage (Size(uiWidth, uiHeight), CV_8UC1, ucImgTemplate,
            Mat::AUTO_STEP);
 60         m_Template = IntermediateImage;
 61
 62         //if(ciFastenersDetector_SaveDebugImage)
 63         //  imwrite( "C:\\Temp\\m_Template.bmp", m_Template );
 64
 65         for(int i=0;i<m_Template.cols;i++)
 66             for(int j=0;j<m_Template.rows;j++)
 67                 if(m_Template.at<unsigned char>(j,i) != 0)
 68                     m_Template.at<unsigned char>(j,i) = 1;
 69     }
 70
 71     return ErrorID;
 72 }
 73
 74 void LCMSFastenersDetector::ResetResults() {
 75
 76     m_fDetectionScore           = 0.0;
 77     m_ShapeMatching             = -1.0;
 78     m_MatchLocalCoord.x         = 0;
 79     m_MatchLocalCoord.y         = 0;
 80     m_MatchGlobalCoord.x        = 0;
 81     m_MatchGlobalCoord.y        = 0;
 82
 83 }
 84
 85
 86 // Member Function Process
 87 LCMSFastenersDetector::eError
    LCMSFastenersDetector::Process(std::vector<CRailDetector::sBoundingBox>   *
    _poCrossTiesList, std::vector<sSegment>   * _poFastenersList)
 88 {
 89     //Make sure initial results are 0/-1.
 90     ResetResults();
 91
 92     eError ErrorID = eNO_ERROR;
 93
 94     //Make sure that the images are not empty
 95     if (m_Template.empty() || m_OriginalImage.empty())
 96     {
 97         ErrorID = eERROR_EMPTY_IMAGE;
 98         return ErrorID;
 99     }
100
101     for (std::vector<CRailDetector::sBoundingBox>::iterator it =
        _poCrossTiesList->begin();  it != _poCrossTiesList->end(); ++it){
102
103         //Define a search region around the bounding box
104         int iXCoordMin = it->P1.x ;
105         int iYCoordMin = it->P1.y;
106         int iXCoordMax = it->P4.x;
107         int iYCoordMax = it->P4.y;
108
109         // Extract a ROI from the original image
110         Mat ROI_OriginalImage (m_OriginalImage, Rect(iXCoordMin, iYCoordMin,
            iXCoordMax, iYCoordMax-iYCoordMin));
111
112         for(int i=0;i<ROI_OriginalImage.cols;i++)
113             for(int j=0;j<ROI_OriginalImage.rows;j++)
114                 if(ROI_OriginalImage.at<unsigned char>(j,i) != 0)
115                     ROI_OriginalImage.at<unsigned char>(j,i) = 255;
116
117         if(ciSaveDebugImage) {
118             imwrite( "C:\\Temp\\ROI_OriginalImage.bmp", ROI_OriginalImage );
119         }
120
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\FastenersDetector.cpp

```
121          // We apply a binarization process
122          for(int i=0;i<ROI_OriginalImage.cols;i++)
123              for(int j=0;j<ROI_OriginalImage.rows;j++)
124                  if(ROI_OriginalImage.at<unsigned char>(j,i) != 0)
125                      ROI_OriginalImage.at<unsigned char>(j,i) = 1;
126
127      Mat Result; // Declare a matrix that will contain the results of the
         matchTemplate method
128
129      // Do the Matching
130
131      if(ROI_OriginalImage.rows>m_Template.rows){
132
133          // Define the result matrix
134          Result.create( ROI_OriginalImage.rows - m_Template.rows + 1,
             ROI_OriginalImage.cols - m_Template.cols + 1, CV_32FC1 ); //CV_8UC1
135
136          matchTemplate( ROI_OriginalImage, m_Template, Result, cimatch_method);
137
138          while (true)
139          {
140              // Localizing the best match with minMaxLoc
141              double dMinVal = 0.0;
142              double dMaxVal = 0.0;
143              Point MinLoc;
144              Point MaxLoc;
145
146              //TODO: How to define the threshold value.
147              double threshold = 80;//m_Template.rows*m_Template.cols;
148
149              //normalize( res, res, 0, 1, NORM_MINMAX, -1, Mat() );
150              minMaxLoc( Result, &dMinVal, &dMaxVal, &MinLoc, &MaxLoc, Mat() );
151
152              // For SQDIFF and SQDIFF_NORMED, the best matches are lower values. For all
                 the other methods, the higher the better
153              if( cimatch_method  == CV_TM_SQDIFF || cimatch_method ==
                 CV_TM_SQDIFF_NORMED )
154              {
155                  m_MatchLocalCoord  = MinLoc;
156                  m_fDetectionScore = 100 - (dMinVal*100)/
                     (m_Template.cols*m_Template.rows);
157              }
158              else
159              {
160                  m_MatchLocalCoord  = MaxLoc;
161                  m_fDetectionScore = (dMaxVal*100)/(m_Template.cols*m_Template.rows);
162              }
163              //Convert local coordinates to global
164              m_MatchGlobalCoord.x = m_MatchLocalCoord.x + iXCoordMin;
165              m_MatchGlobalCoord.y = m_MatchLocalCoord.y + iYCoordMin;
166
167
168              if (m_fDetectionScore >= threshold && m_fDetectionScore != 100)
169              {
170                  sSegment Loc;
171                  Loc.P1.x = m_MatchGlobalCoord.x;
172                  Loc.P1.y = m_MatchGlobalCoord.y;
173                  Loc.P2.x = m_MatchGlobalCoord.x+m_Template.cols;
174                  Loc.P2.y = m_MatchGlobalCoord.y+m_Template.rows;
175                  _poFastenersList->push_back(Loc);
176
177                  //floodFill(res, maxloc, Scalar(0), 0, Scalar(120), Scalar(120));
178                  //floodFill(res, maxloc, Scalar(0), 0, Scalar(200), Scalar(220));
179                  floodFill(Result, MaxLoc, Scalar(0), 0, Scalar(1), Scalar(1));
180
181              }
182              else
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\FastenersDetector.cpp

```
183                     break;
184             }
185         }
186     }
187     return ErrorID;
188 }
189
190 LCMSFastenersDetector::eError LCMSFastenersDetector::GetLastResult(unsigned int &
    uiXCoord, unsigned int & uiYCoord, unsigned int & uiWidth, unsigned int &
    uiHeight,float & fDistance,  float & fShapeDistance)
191 {
192
193     eError ErrorID = eNO_ERROR;
194
195     uiXCoord   = m_MatchGlobalCoord.x;
196     uiYCoord   = m_MatchGlobalCoord.y;
197     uiWidth    = m_Template.cols;
198     uiHeight   = m_Template.rows;
199     fDistance = m_fDetectionScore;
200     fShapeDistance = (float) m_ShapeMatching;
201
202     return ErrorID;
203 }
204
205
206
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAcquisitionLib\LcmsAcquisitionLib.cpp

```cpp
1   // LcmsAcquisitionLib.cpp : Defines the entry point for the DLL application.
2   //
3
4   #include "stdafx.h"
5   #include "LcmsAcquisitionLib.h"
6   #include "LcmsSystem.h"
7
8
9   #ifndef LCMSACQUISITIONLIB_STATIC_LIB
10      #ifdef _MANAGED
11      #pragma managed(push, off)
12      #endif
13
14      BOOL APIENTRY DllMain( HMODULE hModule,
15                             DWORD  ul_reason_for_call,
16                             LPVOID lpReserved
17                           )
18      {
19          switch (ul_reason_for_call)
20          {
21          case DLL_PROCESS_ATTACH:
22          case DLL_THREAD_ATTACH:
23          case DLL_THREAD_DETACH:
24          case DLL_PROCESS_DETACH:
25              break;
26          }
27          return TRUE;
28      }
29   #endif
30
31   #ifdef _MANAGED
32   #pragma managed(pop)
33   #endif
34
35
36   namespace{
37       LcmsSystem & gSystemInstance = LcmsSystem::Instance();
38   }
39
40   LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetLibVersion(char *_pcVersion, int
     *_piBufferSize){
41
42       LcmsSystem::eError eErrorID = gSystemInstance.GetLibVersion(_pcVersion,
         _piBufferSize);
43
44       if(eErrorID != LcmsSystem::eNO_ERROR){
45           ERROR_CODE GetErr = static_cast<unsigned int>(eErrorID);
46           if(eErrorID==LcmsSystem::eERROR_INVALID_PARAMETER)      GetErr =
             CRACKACQUISITION_ERROR_INVALID_PARAMETER;
47           if(eErrorID==LcmsSystem::eERROR_OUTPUT_BUFFER_TOO_SMALL) GetErr =
             CRACKACQUISITION_ERROR_OUTPUT_BUFFER_TOO_SMALL;
48           return GetErr;
49       }else{
50           return CRACKACQUISITION_NO_ERROR;
51       }
52   }
53
54   LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSetLutsPath(const char *_pcLutsPath){
55
56       LcmsSystem::eError eErrorID = gSystemInstance.SetLutsPath(_pcLutsPath);
57
58       if(eErrorID != LcmsSystem::eNO_ERROR){
59           return static_cast<unsigned int>(eErrorID);
60       }else{
61           return CRACKACQUISITION_NO_ERROR;
62       }
63   }
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAcquisitionLib\LcmsAcquisitionLib.cpp

```
64
65    /*LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSetParameterFilePath(const char
      *_pcParamFilePath){
66
67        LcmsSystem::eError eErrorID = gSystemInstance.SetParamFilePath(_pcParamFilePath);
68
69        if(eErrorID != LcmsSystem::eNO_ERROR){
70            return static_cast<unsigned int>(eErrorID);
71        }else{
72            return CRACKACQUISITION_NO_ERROR;
73        }
74    }*/
75
76    LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSetParameterFileName(const char
      *_pcParamFileName){
77
78        LcmsSystem::eError eErrorID = gSystemInstance.SetParamFileName(_pcParamFileName);
79
80        if(eErrorID != LcmsSystem::eNO_ERROR){
81            return static_cast<unsigned int>(eErrorID);
82        }else{
83            return CRACKACQUISITION_NO_ERROR;
84        }
85
86    }
87
88    LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSetParameterFilePath(const char
      *_pcParamFilePath)  {
89
90        LcmsSystem::eError eErrorID = LcmsSystem::eNO_ERROR;
91        if(_pcParamFilePath)  {
92            char acParamsFilePathName[MAX_PATH];
93            sprintf_s(acParamsFilePathName, MAX_PATH, "%s\\%s", _pcParamFilePath,
             "AcquisitionParams.cfg");
94            LcmsSystem::eError eErrorID =
             gSystemInstance.SetParamFileName(acParamsFilePathName);
95        }
96        else
97            LcmsSystem::eError eErrorID = gSystemInstance.SetParamFileName(_pcParamFilePath);
98
99        if(eErrorID != LcmsSystem::eNO_ERROR){
100           return static_cast<unsigned int>(eErrorID);
101       }else{
102           return CRACKACQUISITION_NO_ERROR;
103       }
104
105   }
106
107
108   LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsAcquisitionInitialize(eSensorId
      _eSensId){
109
110       LcmsSystem::eError eErrorID = gSystemInstance.Initialize(_eSensId);
111
112       if(eErrorID != LcmsSystem::eNO_ERROR){
113           return static_cast<unsigned int>(eErrorID);
114       }else{
115           return CRACKACQUISITION_NO_ERROR;
116       }
117   }
118
119   LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsStartAcquisition(){
120
121       LcmsSystem::eError eErrorID = gSystemInstance.StartAcquisition();
122
123       if(eErrorID != LcmsSystem::eNO_ERROR){
124           return static_cast<unsigned int>(eErrorID);
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAcquisitionLib\LcmsAcquisitionLib.cpp

```
125          }else{
126              return CRACKACQUISITION_NO_ERROR;
127          }
128      }
129      LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsStopAcquisition(){
130
131          LcmsSystem::eError eErrorID = gSystemInstance.StopAcquisition();
132
133          if(eErrorID != LcmsSystem::eNO_ERROR){
134              return static_cast<unsigned int>(eErrorID);
135          }else{
136              return CRACKACQUISITION_NO_ERROR;
137          }
138      }
139      LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsAcquisitionUninitialize(){
140
141          LcmsSystem::eError eErrorID = gSystemInstance.Uninitialize();
142
143          if(eErrorID != LcmsSystem::eNO_ERROR){
144              return static_cast<unsigned int>(eErrorID);
145          }else{
146              return CRACKACQUISITION_NO_ERROR;
147          }
148      }
149      LCMSACQUISITIONLIB_API int NAME_CONV LcmsIsSensorInitialized(eSensorId _eSensId){
150
151          return gSystemInstance.IsSensorInitialized(_eSensId);
152      }
153
154      LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSetAcquisitionMode(eAcquisitionMode
         _eAcquiMode){
155
156          LcmsSystem::eError eErrorID = gSystemInstance.SetAcquisitionMode(_eAcquiMode);
157
158          if(eErrorID != LcmsSystem::eNO_ERROR){
159              return static_cast<unsigned int>(eErrorID);
160          }else{
161              return CRACKACQUISITION_NO_ERROR;
162          }
163      }
164      LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSetInternalTrigFrequency(double
         _dFrequency_Hz){
165
166          LcmsSystem::eError eErrorID =
             gSystemInstance.SetInternalTrigFrequency(_dFrequency_Hz);
167
168          if(eErrorID != LcmsSystem::eNO_ERROR){
169              return static_cast<unsigned int>(eErrorID);
170          }else{
171              return CRACKACQUISITION_NO_ERROR;
172          }
173      }
174      LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsTrigProfile(){
175
176          LcmsSystem::eError eErrorID = gSystemInstance.TrigProfile();
177
178          if(eErrorID != LcmsSystem::eNO_ERROR){
179              return static_cast<unsigned int>(eErrorID);
180          }else{
181              return CRACKACQUISITION_NO_ERROR;
182          }
183      }
184
185      LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsTrigSurvey(){
186          LcmsSystem::eError eErrorID = gSystemInstance.TrigSurvey();
187
188          if(eErrorID != LcmsSystem::eNO_ERROR){
```

```
189              return static_cast<unsigned int>(eErrorID);
190          }else{
191              return CRACKACQUISITION_NO_ERROR;
192          }
193      }




198      LCMSACQUISITIONLIB_API eAcquisitionMode NAME_CONV LcmsGetAcquisitionMode(){
199          return gSystemInstance.GetAcquisitionMode();
200      }
201      LCMSACQUISITIONLIB_API double NAME_CONV LcmsGetInternalTrigFrequency(){
202          return gSystemInstance.GetInternalTrigFrequency();
203      }

205      LCMSACQUISITIONLIB_API unsigned int NAME_CONV LcmsGetSystemFault(){
206          return gSystemInstance.GetSystemFault();
207      }
208      LCMSACQUISITIONLIB_API void NAME_CONV LcmsGetSystemFaultDescription(unsigned int
    _uiSysFault, char *_pFaultDescrStr, int _iStrBufferSize){
209          gSystemInstance.GetSystemFaultDescription(_uiSysFault, _pFaultDescrStr,
    _iStrBufferSize);
210      }

212      LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetSystemInfo(sLcmsSystemInfo
    *_psSystemInfo){

214          if(!_psSystemInfo) return CRACKACQUISITION_ERROR_INVALID_PARAMETER;

216          LcmsSystem::eError eErrorID = gSystemInstance.GetSystemInfo(*_psSystemInfo);

218          if(eErrorID != LcmsSystem::eNO_ERROR){
219              return static_cast<unsigned int>(eErrorID);
220          }else{
221              return CRACKACQUISITION_NO_ERROR;
222          }
223      }
224      LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetSystemStatus(sLcmsSystemStatus
    *_psSystemStatus){

226          if(!_psSystemStatus) return CRACKACQUISITION_ERROR_INVALID_PARAMETER;

228          LcmsSystem::eError eErrorID = gSystemInstance.GetSystemStatus(*_psSystemStatus);

230          if(eErrorID != LcmsSystem::eNO_ERROR){
231              return static_cast<unsigned int>(eErrorID);
232          }else{
233              return CRACKACQUISITION_NO_ERROR;
234          }
235      }

237      LCMSACQUISITIONLIB_API void NAME_CONV LcmsGetAcquiStatus(sLcmsAcquisitionStatus
    *_psSensorAcquiStatus){
238          if(_psSensorAcquiStatus) gSystemInstance.GetAcquisitionStatus(*_psSensorAcquiStatus);
239      }

241      LCMSACQUISITIONLIB_API double NAME_CONV LcmsGetAcquisitionTime(){
242          return gSystemInstance.GetAcquisitionTime();
243      }
244      LCMSACQUISITIONLIB_API double NAME_CONV LcmsGetAcquisitionDistance(){
245          return gSystemInstance.GetAcquisitionDistance();
246      }
247      LCMSACQUISITIONLIB_API double NAME_CONV LcmsGetVehicleSpeed(){
248          return gSystemInstance.GetVehicleSpeed();
249      }
250
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAcquisitionLib\LcmsAcquisitionLib.cpp

```
251   LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetSystemParameters(sLcmsSystemParam
      *_pSystemParams){
252
253        LcmsSystem::eError eErrorID = gSystemInstance.GetSystemParam(*_pSystemParams);
254
255        if(eErrorID != LcmsSystem::eNO_ERROR){
256            ERROR_CODE ErrorID = static_cast<unsigned int>(eErrorID);
257            if(eErrorID==LcmsSystem::eERROR_SYSTEM_NOT_INITIALIZE) ErrorID =
      CRACKACQUISITION_ERROR_SYSTEM_NOT_INITIALIZED;
258            return ErrorID;
259        }else{
260            return CRACKACQUISITION_NO_ERROR;
261        }
262   }
263
264   LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetSensorParameters(eSensorId _eSensId,
      sLcmsSensorParam *_pSensorParams){
265
266        LcmsSystem::eError eErrorID = gSystemInstance.GetSensorParam(_eSensId,
      *_pSensorParams);
267
268        if(eErrorID != LcmsSystem::eNO_ERROR){
269            ERROR_CODE ErrorID = static_cast<unsigned int>(eErrorID);
270            if(eErrorID==LcmsSystem::eERROR_SYSTEM_NOT_INITIALIZE) ErrorID =
      CRACKACQUISITION_ERROR_SYSTEM_NOT_INITIALIZED;
271            return ErrorID;
272        }else{
273            return CRACKACQUISITION_NO_ERROR;
274        }
275   }
276
277   LCMSACQUISITIONLIB_API void NAME_CONV LcmsEnableAGC(int _iEnable){
278        gSystemInstance.EnableAGC(_iEnable);
279   }
280
281   LCMSACQUISITIONLIB_API int NAME_CONV LcmsIsAGCEnable(){
282        return gSystemInstance.IsAGCEnable();
283   }
284
285   LCMSACQUISITIONLIB_API void NAME_CONV LcmsEnableAWC(int _iEnable){
286        gSystemInstance.EnableAWC(_iEnable);
287   }
288
289   LCMSACQUISITIONLIB_API int NAME_CONV LcmsIsAWCEnable(){
290        return gSystemInstance.IsAWCEnable();
291   }
292
293
294   LCMSACQUISITIONLIB_API void NAME_CONV LcmsEnableAEC(int _iEnable){
295        gSystemInstance.EnableAEC(_iEnable);
296   }
297
298   LCMSACQUISITIONLIB_API int NAME_CONV LcmsIsAECEnable(){
299        return gSystemInstance.IsAECEnable();
300   }
301
302   LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSetLaserEnable(int _iLaserEnable){
303
304        LcmsSystem::eError eErrorID  = gSystemInstance.SetLaserEnable(_iLaserEnable);
305        if(eErrorID != LcmsSystem::eNO_ERROR){
306            return static_cast<unsigned int>(eErrorID);
307        }else{
308            return CRACKACQUISITION_NO_ERROR;
309        }
310   }
311
312   LCMSACQUISITIONLIB_API ERROR_CODE  NAME_CONV LcmsGetLaserEnable(int *_piLaserEnable){
```

```
313
314         LcmsSystem::eError eErrorID  = gSystemInstance.GetLaserEnable(*_piLaserEnable);
315
316         if(eErrorID != LcmsSystem::eNO_ERROR){
317             return static_cast<unsigned int>(eErrorID);
318         }else{
319             return CRACKACQUISITION_NO_ERROR;
320         }
321     }
322
323     LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetAgcFrameRate(eSensorId _eSensId,
        float *_pfAgcFrameRate){
324
325         LcmsSystem::eError eErrorID = gSystemInstance.GetAgcFrameRate(_eSensId,
            *_pfAgcFrameRate);
326
327         if(eErrorID != LcmsSystem::eNO_ERROR){
328             return static_cast<unsigned int>(eErrorID);
329         }else{
330             return CRACKACQUISITION_NO_ERROR;
331         }
332     }
333
334     LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSetSensorGain(eSensorId _eSensId, float
        _fGain){
335
336         LcmsSystem::eError eErrorID = gSystemInstance.SetSensorGain(_eSensId, _fGain);
337
338         if(eErrorID != LcmsSystem::eNO_ERROR){
339             return static_cast<unsigned int>(eErrorID);
340         }else{
341             return CRACKACQUISITION_NO_ERROR;
342         }
343     }
344
345     LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetSensorGain(eSensorId _eSensId, float
        *_pfGain){
346
347         LcmsSystem::eError eErrorID = gSystemInstance.GetSensorGain(_eSensId, *_pfGain);
348
349         if(eErrorID != LcmsSystem::eNO_ERROR){
350             return static_cast<unsigned int>(eErrorID);
351         }else{
352             return CRACKACQUISITION_NO_ERROR;
353         }
354     }
355
356     LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetProfile(eSensorId _eSensId, int
        _iMilliseconds, sLcmsProfile *_psProfile){
357
358         LcmsSystem::eError eErrorID = gSystemInstance.GetProfile(_eSensId, _iMilliseconds,
            *_psProfile);
359
360         if(eErrorID != LcmsSystem::eNO_ERROR){
361             ERROR_CODE ErrorID = static_cast<unsigned int>(eErrorID);
362             if(eErrorID==LcmsSystem::eERROR_SYSTEM_NOT_INITIALIZE)   ErrorID =
                CRACKACQUISITION_ERROR_SYSTEM_NOT_INITIALIZED;
363             if(eErrorID==LcmsSystem::eERROR_SENSOR_NOT_INITIALIZE)   ErrorID =
                CRACKACQUISITION_ERROR_SENSOR_NOT_INITIALIZED;
364             if(eErrorID==LcmsSystem::eERROR_ACQUISITION_NOT_RUNNING) ErrorID =
                CRACKACQUISITION_ERROR_ACQUISITION_STOPPED;
365             if(eErrorID==LcmsSystem::eERROR_TIMED_OUT)               ErrorID =
                CRACKACQUISITION_ERROR_TIMEOUT;
366             return ErrorID;
367         }else{
368             return CRACKACQUISITION_NO_ERROR;
369         }
```

Exhibit 7
379

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAcquisitionLib\LcmsAcquisitionLib.cpp

```
370    }
371
372    LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetSensorImage(eSensorId _eSensId, int
       _iMilliseconds, unsigned char **_pucSensorImg, int *_piImgWidth, int *_piImgHeight){
373
374        LcmsSystem::eError eErrorID = gSystemInstance.GetSensorImage(_eSensId,
           _iMilliseconds, *_pucSensorImg, *_piImgWidth, *_piImgHeight);
375
376        if(eErrorID != LcmsSystem::eNO_ERROR){
377            ERROR_CODE ErrorID = static_cast<unsigned int>(eErrorID);
378            if(eErrorID==LcmsSystem::eERROR_SYSTEM_NOT_INITIALIZE)   ErrorID =
               CRACKACQUISITION_ERROR_SYSTEM_NOT_INITIALIZED;
379            if(eErrorID==LcmsSystem::eERROR_SENSOR_NOT_INITIALIZE)   ErrorID =
               CRACKACQUISITION_ERROR_SENSOR_NOT_INITIALIZED;
380            if(eErrorID==LcmsSystem::eERROR_ACQUISITION_NOT_RUNNING) ErrorID =
               CRACKACQUISITION_ERROR_ACQUISITION_STOPPED;
381            if(eErrorID==LcmsSystem::eERROR_TIMED_OUT)               ErrorID =
               CRACKACQUISITION_ERROR_TIMEOUT;
382            return ErrorID;
383        }else{
384            return CRACKACQUISITION_NO_ERROR;
385        }
386
387    }
388
389    LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetRoadSection(int _iMilliseconds,
       sLcmsRoadSectionData *_psRoadSectionData){
390
391        LcmsSystem::eError eErrorID = gSystemInstance.GetRoadSection(_iMilliseconds,
           _psRoadSectionData);
392
393        if(eErrorID != LcmsSystem::eNO_ERROR){
394            ERROR_CODE ErrorID = static_cast<unsigned int>(eErrorID);
395            if(eErrorID==LcmsSystem::eERROR_SYSTEM_NOT_INITIALIZE)   ErrorID =
               CRACKACQUISITION_ERROR_SYSTEM_NOT_INITIALIZED;
396            if(eErrorID==LcmsSystem::eERROR_ACQUISITION_NOT_RUNNING) ErrorID =
               CRACKACQUISITION_ERROR_ACQUISITION_STOPPED;
397            if(eErrorID==LcmsSystem::eERROR_TIMED_OUT)               ErrorID =
               CRACKACQUISITION_ERROR_TIMEOUT;
398            return ErrorID;
399        }else{
400            return CRACKACQUISITION_NO_ERROR;
401        }
402    }
403
404    LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSetGPSdata(int _iNbrGPScoord, sGPSdata
       *_psGPSdata){
405
406        LcmsSystem::eError eErrorID = gSystemInstance.SetGPSdata(_iNbrGPScoord, _psGPSdata);
407
408        if(eErrorID != LcmsSystem::eNO_ERROR){
409            ERROR_CODE ErrorID = static_cast<unsigned int>(eErrorID);
410            return ErrorID;
411        }else{
412            return CRACKACQUISITION_NO_ERROR;
413        }
414    }
415
416
417    LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV SaveSurveyData(const char * _pFilename,
       const char * _pUserData, int _iUserDataLen, const sLcmsRoadSectionData
       *_psRdSectionData){
418
419        LcmsSystem::eError eErrorID = gSystemInstance.SaveSurveyData(_pFilename,
           _pUserData, _iUserDataLen, _psRdSectionData);
420
421        if(eErrorID != LcmsSystem::eNO_ERROR){
```

```
422            return static_cast<unsigned int>(eErrorID);
423        }else{
424            return CRACKACQUISITION_NO_ERROR;
425        }
426 }
427
428 LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSaveSurveyData(const char * _pFilename,
    const char * _pUserData, int _iUserDataLen, const sLcmsRoadSectionData
    *_psRdSectionData){
429
430        LcmsSystem::eError eErrorID = gSystemInstance.SaveSurveyData(_pFilename,
        _pUserData, _iUserDataLen, _psRdSectionData);
431
432        if(eErrorID != LcmsSystem::eNO_ERROR){
433            return static_cast<unsigned int>(eErrorID);
434        }else{
435            return CRACKACQUISITION_NO_ERROR;
436        }
437 }
438
439 LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSendSurveyData(const char
    *_pcFileName,const char * _pServerAddress, int _iNbrOfPort,int _iTCP_Port,const char *
    _pUserData, int _iUserDataLen, const sLcmsRoadSectionData *_psRoadSectionData, int
    _iMaxDataSizeBytes) {
440
441        LcmsSystem::eError eErrorID =
        gSystemInstance.SendStreamData(_pcFileName,_pServerAddress, _iNbrOfPort,
        _iTCP_Port, _pUserData, _iUserDataLen, _psRoadSectionData,_iMaxDataSizeBytes);
442
443        if(eErrorID != LcmsSystem::eNO_ERROR){
444            return static_cast<unsigned int>(eErrorID);
445        }else{
446            return CRACKACQUISITION_NO_ERROR;
447        }
448 }
449
450
451 LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetRoadImage(sLcmsRoadSectionImage
    *_psRoadImage, eImageType _eImType){
452
453        LcmsSystem::eError eErrorID = gSystemInstance.GetRoadImage(*_psRoadImage, _eImType);
454
455        if(eErrorID != LcmsSystem::eNO_ERROR){
456            return static_cast<unsigned int>(eErrorID);
457        }else{
458            return CRACKACQUISITION_NO_ERROR;
459        }
460 }
461
462 LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV
    LcmsGetRoadImageRolling(sLcmsRoadSectionImage *_psRoadImage, eImageType _eImType, int
    _iNbProfiles){
463
464        LcmsSystem::eError eErrorID = gSystemInstance.GetRoadImageRolling(*_psRoadImage,
        _eImType, _iNbProfiles);
465
466        if(eErrorID != LcmsSystem::eNO_ERROR){
467            return static_cast<unsigned int>(eErrorID);
468        }else{
469            return CRACKACQUISITION_NO_ERROR;
470        }
471 }
472
473 LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetProfileWidth(int *_piProfWidth){
474
475        LcmsSystem::eError eErrorID = gSystemInstance.GetProfileWidth(*_piProfWidth);
476
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAcquisitionLib\LcmsAcquisitionLib.cpp

```
477         if(eErrorID != LcmsSystem::eNO_ERROR){
478             return static_cast<unsigned int>(eErrorID);
479         }else{
480             return CRACKACQUISITION_NO_ERROR;
481         }
482     }
483
484     LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsAcquireFullFrameSensorImage(eSensorId
        _eSensId, unsigned char **_pucSensorImg, int *_piImgWidth, int *_piImgHeight, int
        iLaserOn)
485     {
486         LcmsSystem::eError eErrorID = gSystemInstance.AcquireFullFrameSensorImage(_eSensId,
        *_pucSensorImg, *_piImgWidth, *_piImgHeight, iLaserOn);
487
488         if(eErrorID != LcmsSystem::eNO_ERROR){
489             return static_cast<unsigned int>(eErrorID);
490         }else{
491             return CRACKACQUISITION_NO_ERROR;
492         }
493     }
494
495
496     LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV
        LcmsDetectProfilePositionOnCmosSensor(eSensorId _eSensId, float &_fProfilePosJ){
497
498         LcmsSystem::eError eErrorID =
        gSystemInstance.DetectProfilePositionOnCmosSensor(_eSensId, _fProfilePosJ);
499
500         if(eErrorID != LcmsSystem::eNO_ERROR){
501             ERROR_CODE ErrorID = static_cast<unsigned int>(eErrorID);
502             if(eErrorID==LcmsSystem::eERROR_ACQUISITION_RUNNING) ErrorID =
        CRACKACQUISITION_ERROR_ACQUISITION_RUNNING;
503             return ErrorID;
504         }else{
505             return CRACKACQUISITION_NO_ERROR;
506         }
507     }
508
509     LCMSACQUISITIONLIB_API void NAME_CONV LcmsEnableEventLog(int _iEnable){
510         gSystemInstance.EnableEventLog(_iEnable);
511     }
512
513     LCMSACQUISITIONLIB_API int  NAME_CONV LcmsIsEventLogEnable(){
514         return gSystemInstance.IsEventLogEnable();
515     }
516
517     LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSaveEventLog(){
518
519         LcmsSystem::eError eErrorID = gSystemInstance.SaveEventLog();
520
521         if(eErrorID != LcmsSystem::eNO_ERROR){
522             return static_cast<unsigned int>(eErrorID);
523         }else{
524             return CRACKACQUISITION_NO_ERROR;
525         }
526     }
527
528     //Processing parameters
529     LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsGetAcquisitionCFGParams(const char
        *_pcSystemParamsString, void *_pUserVarPtr){
530         ERROR_CODE ErrorID = CRACKACQUISITION_NO_ERROR;
531
532         LcmsSystem::eError eGetRes = gSystemInstance.GetSystemParams(_pcSystemParamsString,
        _pUserVarPtr);
533         if(eGetRes!=LcmsSystem::eNO_ERROR){
534             ErrorID = static_cast<ERROR_CODE>(eGetRes);
535             if(ErrorID == static_cast<ERROR_CODE>(LcmsSystem::eERROR_INVALID_PARAMETER))
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAcquisitionLib\LcmsAcquisitionLib.cpp

```
                  ErrorID = CRACKACQUISITION_ERROR_INVALID_PARAMETER;
536           }
537           return ErrorID;
538   }
539
540   LCMSACQUISITIONLIB_API ERROR_CODE NAME_CONV LcmsSetAcquisitionCFGParams(const char
      *_pcSystemParamsString, void *_pUserVarPtr)
541   {
542           ERROR_CODE ErrorID = CRACKACQUISITION_NO_ERROR;
543
544           LcmsSystem::eError eGetRes = gSystemInstance.SetSystemParams(_pcSystemParamsString,
              _pUserVarPtr);
545           if(eGetRes!=LcmsSystem::eNO_ERROR){
546                   ErrorID = static_cast<ERROR_CODE>(eGetRes);
547                   if(ErrorID == static_cast<ERROR_CODE>(LcmsSystem::eERROR_INVALID_PARAMETER))
                      ErrorID = CRACKACQUISITION_ERROR_INVALID_PARAMETER;
548           }
549           return ErrorID;
550   }
551
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\LcmsAnalyser.cpp

```
6566        _pRectifiedRngIm);
            if(eReaderErr != LcmsSurveyDataReader::eNO_ERROR) eErrorId =
            static_cast<eError>(eReaderErr);
6567
6568        return eErrorId;
6569   }
6570
6571   //Get Range profile of the two sensors for the current road section.
6572   //_auiIndexJ -> Index of the profiles to be returned for each sensor. The index
6573   //are defined with respect to the first profile of the current road section.
6574   LcmsAnalyser::eError LcmsAnalyser::GetRngProfiles(unsigned int _auiIndexJ[2], float
       **_pRngProfX, float **_pRngProfZ, int _iInterpolateInvalidPts){
6575
6576        if(!m_iFileIsOpen) return eERROR_NO_OPEN_FILE;
6577
6578        eError eErrorId = eNO_ERROR;
6579
6580        LcmsSurveyDataReader::eError eReaderErr =
            m_oSurveyDataReader.GetRngProfiles(m_sRdSectionInfo.uiSectionID, _auiIndexJ,
            _pRngProfX, _pRngProfZ, _iInterpolateInvalidPts);
6581        if(eReaderErr != LcmsSurveyDataReader::eNO_ERROR) eErrorId =
            static_cast<eError>(eReaderErr);
6582
6583        return eErrorId;
6584   }
6585
6586   //Get Rectified Range profile of the two sensors for the current road section.
6587   //_auiIndexJ -> Index of the profiles to be returned for each sensor. The index
6588   //are defined with respect to the first profile of the current road section.
6589   LcmsAnalyser::eError LcmsAnalyser::GetRectifiedRngProfiles(unsigned int _auiIndexJ[2],
       float **_pRectifiedRngProf, int _iInterpolateInvalidPts){
6590
6591        if(!m_iFileIsOpen) return eERROR_NO_OPEN_FILE;
6592
6593        eError eErrorId = eNO_ERROR;
6594
6595        LcmsSurveyDataReader::eError eReaderErr =
            m_oSurveyDataReader.GetRectifiedRngProfiles(m_sRdSectionInfo.uiSectionID,
            _auiIndexJ, _pRectifiedRngProf, _iInterpolateInvalidPts);
6596        if(eReaderErr != LcmsSurveyDataReader::eNO_ERROR) eErrorId =
            static_cast<eError>(eReaderErr);
6597
6598        return eErrorId;
6599   }
6600
6601   //Get Uncalibrated Range profile of the two sensors for the current road section.
6602   //_auiIndexJ -> Index of the profiles to be returned for each sensor. The index
6603   //are defined with respect to the first profile of the current road section.
6604   LcmsAnalyser::eError LcmsAnalyser::GetRngUncalProfiles(unsigned int _auiIndexJ[2],
       unsigned short **_pUncalRngProf, int _iInterpolateInvalidPts){
6605
6606        if(!m_iFileIsOpen) return eERROR_NO_OPEN_FILE;
6607
6608        eError eErrorId = eNO_ERROR;
6609
6610        LcmsSurveyDataReader::eError eReaderErr =
            m_oSurveyDataReader.GetRngUncalProfiles(m_sRdSectionInfo.uiSectionID, _auiIndexJ,
            _pUncalRngProf, _iInterpolateInvalidPts);
6611        if(eReaderErr != LcmsSurveyDataReader::eNO_ERROR) eErrorId =
            static_cast<eError>(eReaderErr);
6612
6613        return eErrorId;
6614   }
6615
6616   //Export Data of the current road section.
6617   LcmsAnalyser::eError LcmsAnalyser::SaveDataToRawFormat(const char *_pcSavePath, int
       _iInterpolateInvalidPts){
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\LcmsAnalyser.cpp

```cpp
6618
6619          if(!m_iFileIsOpen) return eERROR_NO_OPEN_FILE;
6620
6621          eError eErrorId = eNO_ERROR;
6622
6623          int iSaveToRawAllowed = 0;
6624          if(eErrorId==eNO_ERROR){
6625              eErrorId = IsProcessingModuleEnabledAndAllowed(0x00000001, iSaveToRawAllowed);
6626          }
6627
6628          if(eErrorId==eNO_ERROR && iSaveToRawAllowed){
6629              LcmsSurveyDataReader::eError eReaderErr =
6630              m_oSurveyDataReader.SaveDataToRawFormat(m_sRdSectionInfo.uiSectionID,
6631              _pcSavePath, _iInterpolateInvalidPts);
6630              if(eReaderErr != LcmsSurveyDataReader::eNO_ERROR) eErrorId =
6631              static_cast<eError>(eReaderErr);
6631          }
6632
6633          return eErrorId;
6634      }
6635
6636      LcmsAnalyser::eError LcmsAnalyser::GetProcessingParams(const char
6636      *_pcProcessingParamsString, void *_pUserVarPtr){
6637
6638          if(_pUserVarPtr==0) return eERROR_NULL_POINTER;
6639
6640          eError eErrorId = eNO_ERROR;
6641          if(eErrorId==eNO_ERROR){
6642              eErrorId = LoadConfigFile();
6643          }
6644          if(eErrorId==eNO_ERROR){
6645              if(strcmp(_pcProcessingParamsString,"CrackingModule_Sensitivity") == 0 ) {
6646                  *(float *) _pUserVarPtr = -1.0f;
6647                  eErrorId = eERROR_OBSOLETE_PARAMETER;
6648                  //      *(float *) _pUserVarPtr = m_sProcParams.sCrackParams.fSensitivity;
6649              }
6650              else
6650              if(strcmp(_pcProcessingParamsString,"GeneralParam_ResultImageResolution_mm") ==
6650              0 ) {
6651                  *(float *) _pUserVarPtr = m_sProcParams.fResultImageResolution_mm;
6652              }
6653              else
6653              if(strcmp(_pcProcessingParamsString,"GeneralParam_SensorImagesOverlap_pix") ==
6653              0 ) {
6654                  *(int *) _pUserVarPtr = m_sProcParams.iSensorImagesOverlap_pix;
6655              }
6656              else
6656              if(strcmp(_pcProcessingParamsString,"GeneralParam_SensorImagesVerticalOverlap_pix
6656              ") == 0 ) {
6657                  *(int *) _pUserVarPtr = m_sProcParams.iSensorImagesVerticalOverlap_pix;
6658              }
6659              else if(strcmp(_pcProcessingParamsString,"GeneralParam_CentralBandWidth_mm") ==
6659              0 ) {
6660                  *(int *) _pUserVarPtr = m_sProcParams.iCentralBandWidth_mm;
6661              }
6662              else if(strcmp(_pcProcessingParamsString,"GeneralParam_WheelPathWidth_mm") == 0
6662              ) {
6663                  *(int *) _pUserVarPtr = m_sProcParams.iWheelPathWidth_mm;
6664              }
6665              else if(strcmp(_pcProcessingParamsString,"GeneralParam_CurbDropoffSide") == 0 ) {
6666                  *(int *) _pUserVarPtr = m_sProcParams.iCurbDropoffSide;
6667              }
6668              else if(strcmp(_pcProcessingParamsString,"GeneralParam_ConfigurationAngleDeg")
6668              == 0 ) {
6669                  *(float *) _pUserVarPtr = m_sProcParams.fConfigurationAngleDeg;
6670              }
6671              else if(strcmp(_pcProcessingParamsString,"JointModule_EvalPositionDistance_mm")
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\LcmsAnalyser.cpp

```
7182        //_Cstring.Replace(_T("\""),_T("\&quot;"));// this character should not be in
            string of filename/foldername
7183        _Cstring.Replace(_T("\'"),_T("\&\#39;"));
7184
7185
7186        return eErrorId;
7187    }
7188
7189    LcmsAnalyser::eError LcmsAnalyser::ReadFastenerSourceTemplate(CString cstrFodTemplate)
7190    {
7191
7192        eError eErrorId = eNO_ERROR;
7193
7194        /*if(ciEnableLightDetection && ucLightTemplImg == NULL) {
7195        std::string oTemplateImgFileName((LPCTSTR) cstrFodTemplate);
7196        gmuImageINO::eError eImgError = gmuImageINO::eNO_ERROR;
7197        gmuImageINOByte oTemplateImg;
7198        eImgError = oTemplateImg.ReadFile(oTemplateImgFileName.c_str());
7199
7200        if(eImgError != gmuImageINO::eNO_ERROR)
7201        eErrorId = eERROR_LIGHTDETECTOR_INVALID_TEMPLATE;
7202        if(eErrorId == eNO_ERROR) {
7203        try {
7204        ucLightTemplImg = new unsigned char[oTemplateImg.Width()*oTemplateImg.Height()];
7205        }
7206        catch(...) {
7207        eErrorId = eERROR_OUT_OF_MEMORY;
7208        }
7209        }
7210        if(eErrorId == eNO_ERROR) {
7211
7212        memcpy(ucLightTemplImg,oTemplateImg.PixelAddress(0,0),oTemplateImg.Width()*oTemplateI
            mg.Height());
            uiLightTemplWidth  = oTemplateImg.Width();
7213        uiLightTemplHeight = oTemplateImg.Height();
7214        }
7215        }*/
7216        Mat cvImage;
7217        if(ciEnableFastenerDetection && ucFastenerTemplImg == NULL) {
7218            std::string oTemplateImgFileName((LPCTSTR) cstrFodTemplate);
7219            try {
7220                cvImage = imread(oTemplateImgFileName.c_str(), 0);
7221            }
7222            catch(...) {
7223                eErrorId = eERROR_FASTENERSDETECTOR_INVALID_TEMPLATE;
7224            }
7225            if(eErrorId == eNO_ERROR) {
7226                try {
7227                    ucFastenerTemplImg = new unsigned char[cvImage.rows*cvImage.cols];
7228                }
7229                catch(...) {
7230                    eErrorId = eERROR_OUT_OF_MEMORY;
7231                }
7232            }
7233
7234            if(eErrorId == eNO_ERROR) {
7235
7236                memcpy(ucFastenerTemplImg, cvImage.data,cvImage.rows*cvImage.cols);
7237                uiFastenerTemplWidth  = cvImage.cols;
7238                uiFastenerTemplHeight = cvImage.rows;
7239            }
7240        }
7241
7242        if(eErrorId != eNO_ERROR)
7243            return eErrorId;
7244    }
7245    void LcmsAnalyser::UpdateFolderFastenersSourceTemplateList(string strCur){
```

Trial Exhibit 0508   p. 59 of 119

Exhibit 7
386

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\LcmsAnalyser.cpp

```cpp
7246
7247        if(m_poFolderFileList) delete [] m_poFolderFileList;
7248        m_poFolderFileList    = NULL;
7249        m_uiFolderFileListSize = 0;
7250
7251        //string strCur = strCurFilePath;
7252        CString cstrCurFilePath(strCur.c_str());
7253
7254        if(!m_iFileOpen) return;
7255
7256        std::list<CString> oFolderFileList;
7257
7258        //File search : We are looking for all bmp files located
7259        //in the current folder
7260        CString oSearchStr;
7261        oSearchStr.Format("%s\\*.bmp", cstrCurFilePath);
7262
7263        WIN32_FIND_DATA sFindFileData;
7264        HANDLE          hFind = INVALID_HANDLE_VALUE;
7265
7266        int iContinueSearch = 1;
7267
7268        //Begin file search
7269        hFind = FindFirstFile(oSearchStr.GetBuffer(), &sFindFileData);
7270        if(hFind==INVALID_HANDLE_VALUE){
7271            iContinueSearch = 0;
7272        }
7273
7274        //Continue search until last file reached.
7275        while(iContinueSearch){
7276
7277            CString oCurFileName;
7278            oCurFileName.Format("%s\\%s", cstrCurFilePath, sFindFileData.cFileName);
7279
7280            if(strcmp(sFindFileData.cFileName,".") && strcmp(sFindFileData.cFileName,".."))
7281                oFolderFileList.push_back(oCurFileName);
7282
7283            //Get next file
7284            if(FindNextFile(hFind, &sFindFileData)==0){
7285                iContinueSearch = 0;
7286            }
7287        }
7288
7289        //Search is done, ensure that the search ended because there is no more
7290        //file to read.
7291        DWORD dwError = GetLastError();
7292        FindClose(hFind);
7293        if(dwError != ERROR_NO_MORE_FILES){
7294            AfxMessageBox("Error listing files in folder");
7295        }
7296
7297        if((int)oFolderFileList.size()>0){
7298
7299            int iNbFile = (int)oFolderFileList.size();
7300            try{
7301                m_poFolderFileList    = new CString[iNbFile];
7302                m_uiFolderFileListSize = iNbFile;
7303            }
7304            catch(...){
7305                AfxMessageBox("Error out of memory");
7306            }
7307        }
7308        CString oTextBuf;
7309        oTextBuf.Format("%d",m_uiFolderFileListSize);
7310        //Fill m_poFolderFileList
7311        if(m_uiFolderFileListSize>0 && m_poFolderFileList){
7312
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\LcmsAnalyser.cpp

```
7313            //Copy the file list
7314            int c=0;
7315            std::list<CString>::iterator oCurFile = oFolderFileList.begin();
7316            while(oCurFile != oFolderFileList.end()){
7317                m_poFolderFileList[c] = *oCurFile;
7318                oCurFile++;
7319                c++;
7320            }
7321        }
7322    }
7323
7324
```

```
5467                    if (i>5 && i<iImW-5-1)
5468                    {
5469                        //if (pusUncalibRng[i+j*iImW]!=cusLcmsInvalidDataVal &&
5470                        //    pusUncalibRng[i-1+1*iImW]!=cusLcmsInvalidDataVal &&
5471                        //    pusUncalibRng[i-2*iImW]!=cusLcmsInvalidDataVal)
5472                        //horizontal direction
5473                        if ((int) pusUncalibRng[i+j*iImW]-(int) pusUncalibRng[i-1+j*iImW]>30 ||
5474                            (int) pusUncalibRng[i+j*iImW]-(int) pusUncalibRng[i-2+j*iImW]>30 ||
5475                            (int) pusUncalibRng[i+j*iImW]-(int) pusUncalibRng[i-1+j*iImW]<-30 ||
5476                            (int) pusUncalibRng[i+j*iImW]-(int) pusUncalibRng[i-2+j*iImW]<-30)
5477                        {
5478                            //local median filter
5479                            for (l=-3;l<=3;l++)
5480                                {
5481                                    for (k=-3;k<=3;k++)
5482                                        pusTmpVect[k+3]=pusUncalibRng[i+k+l+j*iImW];
5483
5484                                    std::sort(pusTmpVect,pusTmpVect+7);
5485
5486                                    pusMedianVect[l+3]=pusTmpVect[3];
5487                                }
5488
5489                            for (l=-3;l<=3;l++)
5490                                //if ((int) pusUncalibRng[i+(l+j)*iImW]-(int) pusMedianVect[l+2]>5
                                    ||
5491                                //   (int) pusUncalibRng[i+(l+j)*iImW]-(int) pusMedianVect[l+2]<-5)
5492                                    pusUncalibRng[i+l+j*iImW]=pusMedianVect[l+3];
5493                        }
5494                    }
5495                    //end of filter spikes caused by specular reflections
5496                } //for(i=0; i<iImW; i++)
5497        } //for(j=0; j<iImH; j++)
5498
5499        return static_cast<int>(eNO_ERROR);
5500 }
5501
5502 LcmsDataReader::eError LcmsDataReader::SaveDataToRawFormat(const char *_pcSavePath, int
     _iInterpolateInvalidPts){
5503
5504        if(!m_iFileIsOpen && !m_iStreamIsOpen)  return eERROR_NO_OPEN_FILE;
5505
5506        eError eErrorId = eNO_ERROR;
5507
5508        if(!m_iSurfaceDataLoaded && eErrorId == eNO_ERROR){
5509            eErrorId = ReadSurfaceData();
5510        }
5511        if(!m_iCalRngDataValid && eErrorId == eNO_ERROR){
5512            eErrorId = ApplyLuts();
5513        }
5514        if(!m_iTimeStampsLoaded && eErrorId == eNO_ERROR){
5515            eErrorId = ReadTimeStamps();
5516        }
5517
5518        char acPathName[MAX_PATH];
5519
5520        if(_pcSavePath) strcpy_s(acPathName, MAX_PATH, _pcSavePath);
5521        else            strcpy_s(acPathName, MAX_PATH, m_acInitialPath);
5522
5523        int iPathNameLen = strlen(acPathName);
5524        if(iPathNameLen>1){
5525            if(acPathName[iPathNameLen-1]=='\\'){
5526                acPathName[iPathNameLen-1] = 0;
5527            }
5528        }
5529
5530        for(int s=0; s<2; s++){
5531
5532            if(m_sSysParam.aucSensorEnable[s]){
5533
```

```
5534              float        *pfBuffer  = 0;
5535              unsigned char *pucBuffer = 0;
5536
5537              int iImW = m_sSenParam[s].uiProfileNbPoints;
5538              int iImH = m_sSenParam[s].uiNbProfiles;
5539              int iImS = iImW*iImH;
5540
5541              //Check license for this operation
5542              if(eErrorId == eNO_ERROR){
5543                  if(m_eLicenseInfoStatus[s]==eLicenseValid){
5544                      if(!m_asLicenseData[s].aucOptionFlag[0]){
5545                          eErrorId = eERROR_LICENSE_OPTION_NOT_ALLOWED;
5546                      }
5547                  }else{
5548                      switch(m_eLicenseInfoStatus[s]){
5549                          case eLicenseFileNotFound : { eErrorId =
5550                              eERROR_LICENSE_FILE_NOT_FOUND; break; }
                             case eLicenseExpired      : { eErrorId = eERROR_EXPIRED_LICENSE;
5551                              break; }
                             case eLicenseInvalid      : { eErrorId = eERROR_INVALID_LICENSE;
5552                              break; }
                             case eLicenseRestricAcquiLibVer : { eErrorId =
5553                              eERROR_LICENCE_ACQUI_LIB_VER_NOT_SUPPORTED; break; }
                             default                   : { eErrorId =
5554                              eERROR_LICENSE_FILE_NOT_FOUND; break; }
                         }
5555                  }
5556              }
5557
5558              if(eErrorId == eNO_ERROR && !_iInterpolateInvalidPts){
5559                  try{
5560                      pfBuffer  = new float        [iImS];
5561                      pucBuffer = new unsigned char[iImS];
5562                  }
5563                  catch(...){
5564                      eErrorId = eERROR_NOT_ENOUGH_MEMORY;
5565                  }
5566              }
5567
5568              if(eErrorId == eNO_ERROR){
5569
5570                  if(iImS){
5571                      std::ofstream ImFileInt, ImFileRngX, ImFileRngZ, TimeStampFile;
5572                      char acFilePathName[MAX_PATH];
5573
5574                      sprintf_s(acFilePathName, MAX_PATH, "%s\\Intensity_%06d_%d.raw",
                         acPathName, m_sRdSectionInfo.uiSectionID, s);
5575                      ImFileInt.open(acFilePathName, std::ios_base::binary | std::ios_base
                         ::out);
5576                      // sgsgsg: Remove this line 10 august 2009
5577                      //sprintf_s(acFilePathName, MAX_PATH, "%s\\RangeX_%06d_%d.raw",
                         acPathName, m_sRdSectionInfo.uiSectionID, s);
5578                      //ImFileRngX.open(acFilePathName, std::ios_base::binary |
                         std::ios_base::out);
5579                      sprintf_s(acFilePathName, MAX_PATH, "%s\\RangeZ_%06d_%d.raw",
                         acPathName, m_sRdSectionInfo.uiSectionID, s);
5580                      ImFileRngZ.open(acFilePathName, std::ios_base::binary | std::
                         ios_base::out);
5581                      // sgsgsg: Remove this line 10 august 2009
5582                      //sprintf_s(acFilePathName, MAX_PATH, "%s\\TimeStamps_%06d_%d.raw",
                         acPathName, m_sRdSectionInfo.uiSectionID, s);
5583                      //TimeStampFile.open(acFilePathName, std::ios_base::binary |
                         std::ios_base::out);
5584
5585                      if(ImFileInt.is_open()){
5586
5587                          unsigned char *pucDataOut;
5588
5589                          if(_iInterpolateInvalidPts){
```

Trial Exhibit 0508   p. 63 of 119

**Exhibit 7**
**390**

```
5590                    pucDataOut = m_pucIntData[s];
5591                }else{
5592                    unsigned char *pucSrc     = m_pucIntData[s];
5593                    unsigned char *pucDst     = pucBuffer;
5594                    unsigned char *pucInvMask = m_pucInvalidMask[s];
5595                    for(int c=0; c<iImS; c++){
5596                        pucDst[c] = (pucInvMask[c]==0)?pucSrc[c]:0;
5597                    }
5598                    pucDataOut = pucDst;
5599                }
5600
5601
5602                ImFileInt.write((char*)&iImW, sizeof(int));
5603                ImFileInt.write((char*)&iImH, sizeof(int));
5604                ImFileInt.write((char*)pucDataOut, iImS);
5605                ImFileInt.close();
5606            }else{
5607                eErrorId = eERROR_COULD_NOT_OPEN_FILE;
5608            }
5609            // sgsgsg: Remove this line 10 august 2009
5610            //if(ImFileRngX.is_open()){
5611            //    float *pfDataOut;
5612            //
5613            //    if(_iInterpolateInvalidPts){
5614            //        pfDataOut = m_pfRngXData[s];
5615            //    }else{
5616            //        float        *pfSrc     = m_pfRngXData[s];
5617            //        float        *pfDst     = pfBuffer;
5618            //        unsigned char *pucInvMask = m_pucInvalidMask[s];
5619            //        for(int c=0; c<iImS; c++){
5620            //            pfDst[c] =
5621    (pucInvMask[c]==0)?pfSrc[c]:cfLcmsInvalidDataVal;
5622            //        pfDataOut = pfDst;
5623            //    }
5624            //    ImFileRngX.write((char*)&iImW, sizeof(int));
5625            //    ImFileRngX.write((char*)&iImH, sizeof(int));
5626            //    ImFileRngX.write((char*)pfDataOut, iImS*sizeof(float));
5627            //    ImFileRngX.close();
5628            //}else{
5629            //    eErrorId = eERROR_COULD_NOT_OPEN_FILE;
5630            //}
5631            if(ImFileRngZ.is_open()){
5632
5633                float *pfDataOut;
5634
5635                if(_iInterpolateInvalidPts){
5636                    pfDataOut = m_pfRngZData[s];
5637                }else{
5638                    float        *pfSrc     = m_pfRngZData[s];
5639                    float        *pfDst     = pfBuffer;
5640                    unsigned char *pucInvMask = m_pucInvalidMask[s];
5641                    for(int c=0; c<iImS; c++){
5642                        pfDst[c] = (pucInvMask[c]==0)?pfSrc[c]:
5643    cfLcmsInvalidDataVal;
5644                    }
5645                    pfDataOut = pfDst;
5646                }
5647                ImFileRngZ.write((char*)&iImW, sizeof(int));
5648                ImFileRngZ.write((char*)&iImH, sizeof(int));
5649                ImFileRngZ.write((char*)pfDataOut, iImS*sizeof(float));
5650                ImFileRngZ.close();
5651            }else{
5652                eErrorId = eERROR_COULD_NOT_OPEN_FILE;
5653            }
5654            // sgsgsg: Remove this line 10 august 2009
5655            //if(TimeStampFile.is_open()){
5656            //    TimeStampFile.write((char*)&iImH, sizeof(int));
```

```
5657                      //    TimeStampFile.write((char*)m_pdTimeStamp[s],
                          iImH*sizeof(double));
5658                      //    TimeStampFile.close();
5659                      //}else{
5660                      //    eErrorId = eERROR_COULD_NOT_OPEN_FILE;
5661                      //}
5662                  }
5663              }
5664
5665              if(pfBuffer)  delete [] pfBuffer;
5666              if(pucBuffer) delete [] pucBuffer;
5667
5668              if(eErrorId != eNO_ERROR) break;
5669          }
5670      }
5671
5672      char cEventStr[1024];
5673      sprintf(cEventStr, "%07d SaveDataToRawFormat", (int)eErrorId);
5674      LogEvent(cEventStr);
5675
5676      return eErrorId;
5677  }
5678
5679  /*
5680  LcmsDataReader::eError LcmsDataReader::ReadIntData(){
5681
5682      if(m_psFileID==0) return eERROR_NO_OPEN_FILE;
5683
5684      eError eErrorId = eNO_ERROR;
5685
5686      unsigned char ucSensEnable[2] = {m_sSysParam.aucSensorEnable[0],
              m_sSysParam.aucSensorEnable[1]};
5687
5688      sDataExtractionInfo sExtrInfoLeft (this, 0, eIntData);
5689      sDataExtractionInfo sExtrInfoRight (this, 1, eIntData);
5690      sDataExtractionInfo *psExtrInfoLR[2] = {&sExtrInfoLeft, &sExtrInfoRight};
5691      HANDLE          hDataExtractionThreads[2] = {0, 0};
5692      int             iNbThreads = 0;
5693
5694      int s;
5695      for(s=0; s<2; s++){
5696
5697          if(ucSensEnable[s]){
5698
5699              sLcmsSensorParam &sCurSenParam    = m_sSenParam[s];
5700              char             *pcCompInt       = m_pcCompInt[s];
5701              int              &iCompIntSize    = m_aiCompIntSize[s];
5702              int              &iCompIntBufSize = m_aiCompIntBufSize[s];
5703
5704              iCompIntSize = 0;
5705
5706              unsigned int uiFileIndex = 0;
5707              unsigned int uiDataSize  = 0;
5708
5709              eErrorId = AllocSensorDataBuffers(s, sCurSenParam.uiProfileNbPoints,
                  sCurSenParam.uiNbProfiles);
5710
5711              if(eErrorId==eNO_ERROR){
5712                  int iDirIndex = FindDirectoryIndex(m_psFileDirEntry, m_iFileNbDirEntry,
                      LCMS_FIELD_TAG_INTENSITY_DATA, s, 1);
5713                  if(iDirIndex>=0){
5714                      uiFileIndex = m_psFileDirEntry[iDirIndex].uiDataIndex;
5715                      uiDataSize  = m_psFileDirEntry[iDirIndex].uiDataLength;
5716                      if((int)uiDataSize > iCompIntBufSize) { eErrorId =
                          eERROR_INVALID_FILE_FORMAT; }
5717                  }else{
5718                      eErrorId = eERROR_INVALID_FILE_FORMAT;
5719                  }
5720              }
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\Internal\Utility\LCMSFake3D.cpp

```
1    #include <algorithm>
2    #include "LcmsFake3D.h"
3    #include "ImageFilter.h"
4
5    #ifdef max
6      #undef max
7    #endif
8    #ifdef min
9      #undef min
10   #endif
11
12
13   LcmsFake3D::LcmsFake3D(int Width, int Height, float* pRangeZ, float* pRangeX, unsigned
     char* pIntensity, float SpacingY, float InvalidVal)
14     : m_Width(Width),
15       m_Height(Height),
16       m_pRangeZ(pRangeZ),
17       m_pRangeX(pRangeX),
18       m_pIntensity(pIntensity),
19       m_SpacingY(SpacingY),
20       m_fInvalidVal(InvalidVal),
21       m_ZFilterX(1),
22       m_ZFilterY(1)
23   {
24       InitLights();
25   }
26
27   LcmsFake3D::LcmsFake3D(int Width, int Height, float* pRangeZ, float SpacingX, unsigned
     char* pIntensity, float SpacingY, float InvalidVal)
28     : m_Width(Width),
29       m_Height(Height),
30       m_pRangeZ(pRangeZ),
31       m_SpacingX(SpacingX),
32       m_pRangeX(0),
33       m_pIntensity(pIntensity),
34       m_SpacingY(SpacingY),
35       m_fInvalidVal(InvalidVal),
36       m_ZFilterX(1),
37       m_ZFilterY(1)
38   {
39       InitLights();
40   }
41
42   LcmsFake3D::~LcmsFake3D(void)
43   {
44   }
45
46   LcmsFake3D::eError LcmsFake3D::InitLights()
47   {
48       m_LightVec0 = inoMT3D::Vector3f(-sqrt(2.0f) * 0.5f, 0.0f, sqrt(2.0f) * 0.5f);
49       m_LightVec1 = inoMT3D::Vector3f(0.0f, -sqrt(2.0f) * 0.5f, sqrt(2.0f) * 0.5f);
50       m_DiffuseLight0 = 0.6f;
51       m_DiffuseLight1 = 0.6f;
52
53       return eNO_ERROR;
54   }
55
56   LcmsFake3D::eError LcmsFake3D::ComputeNormals()
57   {
58       eError Error = eNO_ERROR;
59
60       std::vector<sTempNormal> TempNormals0;
61       std::vector<sTempNormal> TempNormals1;
62       try
63       {
64           int Size = m_Width * m_Height;
65           m_Normals.resize(Size);
```

Exhibit 7
393

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\Internal\Utility\LCMSFake3D.cpp

```
66
67                  TempNormals0.resize(m_Width);
68                  TempNormals1.resize(m_Width);
69          }
70          catch (...)
71          {
72                  // Not enough memory
73                  Error = eERROR_NOT_ENOUGH_MEMORY;
74          }
75
76          if (Error == eNO_ERROR)
77          {
78                  std::vector<sTempNormal>* pTempNormals0 = &TempNormals0;
79                  std::vector<sTempNormal>* pTempNormals1 = &TempNormals1;
80
81                  inoMT3D::Vector3f Vect01;
82                  inoMT3D::Vector3f Vect02;
83                  inoMT3D::Vector3f Normal;
84                  inoMT3D::Point3f Point0;
85                  inoMT3D::Point3f Point1;
86                  inoMT3D::Point3f Point2;
87
88                  int Index0;
89                  int Index1;
90                  int Index2;
91                  bool Valid0;
92                  bool Valid1;
93                  bool Valid2;
94
95                  for (int y = 0; y < m_Height - 1; ++y)
96                  {
97                          Index0 = y * m_Width;
98                          Index1 = Index0 + m_Width;
99                          Index2 = Index0 + 1;
100                         Valid0 = GetPosition(0, y,     Point0);
101                         Valid1 = GetPosition(0, y + 1, Point1);
102                         for (int x = 0; x < m_Width - 1; ++x)
103                         {
104                                 // 0 2
105                                 // 1
106                                 Valid2 = GetPosition(x + 1, y, Point2);
107                                 // Always valid because always interpolated
108                                 //if (Valid0 && Valid1 && Valid2)
109                                 {
110                                         Vect01 = Point1 - Point0;
111                                         Vect02 = Point2 - Point0;
112                                         Normal = Vect01.Cross(Vect02);
113                                         // Accumulate normals
114                                         (*pTempNormals0)[x].Push(Normal);
115                                         (*pTempNormals1)[x].Push(Normal);
116                                         (*pTempNormals0)[x + 1].Push(Normal);
117                                 }
118
119                                 //   0
120                                 // 1 2
121                                 Valid0 = Valid2;
122                                 Point0 = Point2;
123                                 Index0 = Index2;
124                                 Index2 = Index1 + 1;
125                                 Valid2 = GetPosition(x + 1, y + 1, Point2);
126                                 // Always valid because always interpolated
127                                 //if (Valid0 && Valid1 && Valid2)
128                                 {
129                                         Vect01 = Point1 - Point0;
130                                         Vect02 = Point2 - Point0;
131                                         Normal = Vect01.Cross(Vect02);
132                                         // Accumulate normals
```

Trial Exhibit 0508   p. 67 of 119

**Exhibit 7**
**394**

```
133                        (*pTempNormals0)[x + 1].Push(Normal);
134                        (*pTempNormals1)[x].Push(Normal);
135                        (*pTempNormals1)[x + 1].Push(Normal);
136                    }
137
138                    Valid1 = Valid2;
139                    Point1 = Point2;
140                    Index1 = Index2;
141                    Index2 = Index0 + 1;
142                }
143
144                // Set completed line normals
145                SetNormals(y, m_Width, *pTempNormals0);
146
147                std::swap(pTempNormals0, pTempNormals1);
148            }
149
150            // Set last line normals
151            Error = SetNormals(m_Height - 1, m_Width, *pTempNormals0);
152        }
153
154        return Error;
155    }
156
157    LcmsFake3D::eError LcmsFake3D::SetLight(int LightNum, float Intensity, float DirX,
    float DirY, float DirZ)
158    {
159        LcmsFake3D::eError eError = LcmsFake3D::eNO_ERROR;
160
161        if (LightNum < 0 || LightNum > 1)
162        {
163            eError = eERROR_INVALID_PARAMETER;
164        }
165
166        if (eError == eNO_ERROR)
167        {
168            if (LightNum == 0)
169            {
170                m_LightVec0 = inoMT3D::Vector3f(DirX, DirY, DirZ);
171                m_LightVec0.Normalize();
172                m_DiffuseLight0 = Intensity;
173            }
174            else if (LightNum == 1)
175            {
176                m_LightVec1 = inoMT3D::Vector3f(DirX, DirY, DirZ);
177                m_LightVec1.Normalize();
178                m_DiffuseLight1 = Intensity;
179            }
180        }
181
182        return eError;
183    }
184
185    LcmsFake3D::eError LcmsFake3D::Get3DIntensity(unsigned char* p3DInt)
186    {
187        eError Error = eNO_ERROR;
188
189        // Apply 3x3 median and small 3x3 gaussian filter to intensity
190        // Apply 7x3 (somewhat close to scanner aspect ratio) gaussian filter to Z position
191
192        if (Error == eNO_ERROR)
193        {
194            Error = ApplyMedianFilter(1, 1, m_pIntensity, m_FilteredIntensity);
195        }
196
197        if (Error == eNO_ERROR)
198        {
```

Exhibit 7
395

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\Internal\Utility\LCMSFake3D.cpp

```cpp
199            Error = ApplyGaussianFilter(1, 1, m_pIntensity, m_FilteredIntensity);
200            Error = ApplyGaussianFilter(m_ZFilterX, m_ZFilterY, m_pRangeZ, m_FilteredZ);
201        }
202
203        if (Error == eNO_ERROR)
204        {
205            Error = ComputeNormals();
206        }
207
208        inoMT3D::Vector3f VectDown(0.0f, 0.0f, 1.0f);
209
210        if (Error == eNO_ERROR)
211        {
212            //float AmbientLight = 1.0f;
213            //float AmbientMat = 0.25f;
214
215            for (int y = 0; y < m_Height; ++y)
216            {
217                for (int x = 0; x < m_Width; ++x)
218                {
219                    int Offset = (y * m_Width) + x;
220                    inoMT3D::Vector3f& rNormal = m_Normals[Offset];
221
222                    float DiffuseMat = GetIntensity(x, y);
223
224                    float Intensity = 0.0f;
225                    Intensity += std::max(0.0f, rNormal.Dot(m_LightVec0)) * m_DiffuseLight0
                            * DiffuseMat;
226                    Intensity += std::max(0.0f, rNormal.Dot(m_LightVec1)) * m_DiffuseLight1
                            * DiffuseMat;
227                    //Intensity += AmbientLight * AmbientMat;
228
229                    p3DInt[Offset] = static_cast<unsigned char>(std::max(0.0f,
                            std::min(255.0f, 255.0f * Intensity + 0.5f)));
230                }
231            }
232        }
233
234        return Error;
235    }
236
237    LcmsFake3D::eError LcmsFake3D::SetNormals(int y, int SizeX, std::vector<sTempNormal>&
        rVecTempNormals)
238    {
239        int NormalIndex = y * SizeX;
240        for (int x = 0; x < SizeX; ++x)
241        {
242            rVecTempNormals[x].Normalize(m_Normals[NormalIndex++]);
243            rVecTempNormals[x].Clear();
244        }
245
246        return eNO_ERROR;
247    }
248
249    template <class In, class Out>
250    LcmsFake3D::eError LcmsFake3D::ApplyMedianFilter(int _iSemiSizeX, int _iSemiSizeY, In
        *&pIn, std::vector<Out> &rOut)
251    {
252        return ApplyFilter(ImageFilter::MEDIANH, ImageFilter::MEDIANV, _iSemiSizeX,
                _iSemiSizeY, pIn, rOut);
253    }
254
255    template <class In, class Out>
256    LcmsFake3D::eError LcmsFake3D::ApplyGaussianFilter(int _iSemiSizeX, int _iSemiSizeY, In
        *&pIn, std::vector<Out> &rOut)
257    {
258        return ApplyFilter(ImageFilter::GAUSSIANH, ImageFilter::GAUSSIANV, _iSemiSizeX,
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\Internal\Utility\LCMSFake3D.cpp

```cpp
259            _iSemiSizeY, pIn, rOut);
260    }
261    template <class In, class Out>
262    LcmsFake3D::eError LcmsFake3D::ApplyFilter(int FilterX, int FilterY, int _iSemiSizeX,
       int _iSemiSizeY, In *&pIn, std::vector<Out> &rOut)
263    {
264        if(!pIn) return eERROR_INVALID_PARAMETER;
265
266        eError eErrorId = eNO_ERROR;
267
268        int ImW = m_Width;
269        int ImH = m_Height;
270        int ImS = ImW*ImH;
271
272        float *pfFiltBuf = 0;
273        float *pfImIn   = 0;
274
275        try{
276            pfImIn    = new float[ImS];
277            pfFiltBuf = new float[ImS];
278            rOut.resize(ImS);
279        }
280        catch(...) {
281            delete [] pfImIn;
282            delete [] pfFiltBuf;
283            eErrorId = eERROR_NOT_ENOUGH_MEMORY;
284        }
285
286        if(eErrorId==eNO_ERROR) {
287            //Convert to float
288            for(int i=0; i<ImS; i++){
289                pfImIn[i] = pIn[i];
290            }
291        }
292
293        if(eErrorId==eNO_ERROR){
294
295            int ImFiltErrID = 0;
296            ImageFilter ImFilterObj;
297
298            ImFilterObj.SetBoundaryOption(ImageFilter::SYMMETRIC);
299
300            if(ImFiltErrID == 0){
301                ImFiltErrID = ImFilterObj.SetFilterType((ImageFilter::eFilterType) FilterX,
                   2*_iSemiSizeX+1);
302            }
303            if(ImFiltErrID == 0){
304                ImFiltErrID = ImFilterObj.Filter(pfImIn, ImW, ImH, pfFiltBuf);
305            }
306            if(ImFiltErrID == 0){
307                ImFiltErrID = ImFilterObj.SetFilterType((ImageFilter::eFilterType) FilterY,
                   2*_iSemiSizeY+1);
308            }
309            if(ImFiltErrID == 0){
310                ImFiltErrID = ImFilterObj.Filter(pfFiltBuf, ImW, ImH, pfImIn);
311            }
312            if(ImFiltErrID != 0){
313                eErrorId = eERROR_IMAGE_FILTER;
314            }
315        }
316        if(eErrorId==eNO_ERROR) {
317            //Convert from float
318            for(int i=0; i<ImS; i++){
319                rOut[i] = static_cast<Out>(pfImIn[i]);
320            }
321            // Set output pointer to output data
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\Internal\Utility\LCMSFake3D.cpp

```cpp
322            pIn = &rOut[0];
323        }
324
325        delete [] pfFiltBuf;
326        delete [] pfImIn;
327
328        return eErrorId;
329
330    }
331
332    LcmsFake3D::eError LcmsFake3D::SetZFilterSize(int SizeX, int SizeY)
333    {
334        // Filter size of 1 means no filtering
335        if (SizeX < 1 || SizeX > 15 ||
336            SizeY < 1 || SizeY > 15)
337        {
338            return eERROR_INVALID_PARAMETER;
339        }
340        // Return error if not odd
341        if ((SizeX & 0x1) == 0 ||
342            (SizeY & 0x1) == 0)
343        {
344            return eERROR_INVALID_PARAMETER;
345        }
346
347        // Received full filter size, but we internally use semi-size.
348        // Convert to semi-size.
349        // 1 (no filtering) will become 0 (which is the proper semi-size for no filtering).
350        m_ZFilterX = SizeX / 2;
351        m_ZFilterY = SizeY / 2;
352
353        return eNO_ERROR;
354    }
355
```

Exhibit 7
398

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```
4245            case LcmsAnalyser::eERROR_INVALID_PARAMETER           : { _ErrorMsg =
                "Invalid parameter"; break; }
4246            case LcmsAnalyser::eERROR_LICENSE_OPTION_NOT_ALLOWED : { _ErrorMsg = "This
                license option is not enabled"; break; }
4247            case LcmsAnalyser::eERROR_LICENSE_FILE_NOT_FOUND     : { _ErrorMsg =
                "License file not found"; break; }
4248            case LcmsAnalyser::eERROR_EXPIRED_LICENSE            : { _ErrorMsg =
                "License expired"; break; }
4249            case LcmsAnalyser::eERROR_INVALID_LICENSE            : { _ErrorMsg =
                "Invalid license (sensor-license mismatch)"; break; }
4250            case LcmsAnalyser::eERROR_LICENCE_ACQUI_LIB_VER_NOT_SUPPORTED   : {
                _ErrorMsg = "Invalid license (Acquisition lib version not supported)";
                break; }
4251            case LcmsAnalyser::eERROR_LICENCE_ANALYSIS_LIB_VER_NOT_SUPPORTED : {
                _ErrorMsg = "Invalid license (Analysis lib version not supported)"; break; }
4252            case LcmsAnalyser::eERROR_COULD_NOT_OPEN_FILE        : {
                _ErrorMsg = "Could not open file for writing"; break; }
4253            case LcmsAnalyser::eERROR_NOT_ENOUGH_MEMORY          : {
                _ErrorMsg = "Out of memory"; break; }
4254            default : { _ErrorMsg.Format("Error retrieving analysis results. Err no
                %d", static_cast<int>(eReaderErr)); }
4255        }
4256
4257        iError = 1;
4258    }
4259
4260    return iError;
4261 }
4262
4263 int CLcmsRoadInspectDlg::SaveAnalysisResult(sSaveOptions &_sSaveOpt, CString &_ErrorMsg){
4264
4265    int iSaveOn = 0;
4266    if(_sSaveOpt.bSaveXML)        iSaveOn = 1;
4267    if(_sSaveOpt.bSaveResultImInt) iSaveOn = 1;
4268    if(_sSaveOpt.bSaveResultImRng) iSaveOn = 1;
4269    if(_sSaveOpt.bSaveResultIm3D) iSaveOn = 1;
4270    if(_sSaveOpt.bSaveOverlayImInt) iSaveOn = 1;
4271    if(_sSaveOpt.bSaveOverlayImRng) iSaveOn = 1;
4272    if(_sSaveOpt.bSaveOverlayIm3D) iSaveOn = 1;
4273    if(!iSaveOn) return 0;
4274
4275    int iError = 0;
4276
4277    CString cstrFileName;
4278
4279    if (!_sSaveOpt.bUseRdSectionIDName){// If not use RdSectionID for naming the result
        files
4280        CString cstrTemp;
4281        int PathEndPos = m_oCurFilePathName.ReverseFind('\\');
4282        if(PathEndPos>0){
4283            cstrTemp =
                m_oCurFilePathName.Right(m_oCurFilePathName.GetLength()-(PathEndPos+1));
4284        }
4285        int ExtPos = cstrTemp.ReverseFind('.');
4286        cstrFileName = cstrTemp.Left(ExtPos);
4287    }
4288
4289
4290    char cFileName[MAX_PATH];
4291
4292    EnterCriticalSection(&m_oLockResultBuffers);
4293
4294    if(iError == 0 && m_pcXmlResultString && _sSaveOpt.bSaveXML){
4295        if (!_sSaveOpt.bUseSubFolder){// If not use SubFolder for saving the result files
4296            if (!_sSaveOpt.bUseRdSectionIDName){// If not use RdSectionID for naming
                the result files
4297                sprintf_s(cFileName, MAX_PATH,
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```
                        "%s%s.xml",_sSaveOpt.oSavePath.GetBuffer(), cstrFileName);
4298              }else{
4299                  sprintf_s(cFileName, MAX_PATH, "%s%s_%06d.xml",
                      _sSaveOpt.oSavePath.GetBuffer(), _sSaveOpt.oFileNamePrefix.GetBuffer(),
4300                  m_uiResultRdSecId);
              }
4301          }else{ // Use SubFolder for XML
4302              char acResultPathName[1024];
4303              sprintf_s(acResultPathName, MAX_PATH,
                  "%sXML\\",_sSaveOpt.oSavePath.GetBuffer());
4304              BOOL bRes = CreateDirectory(acResultPathName,NULL);// create Results folder
4305              if(bRes  == 0 && GetLastError() != ERROR_ALREADY_EXISTS)  {_ErrorMsg =
                  "Could not create directory";iError   = 1;}//  ErrorID =
                  eERROR_CANNOT_CREATE_DIR;
4306              if(iError == 0 ) {
4307                  if (!_sSaveOpt.bUseRdSectionIDName){// If not use RdSectionID for
                      naming the result files
4308                      sprintf_s(cFileName, MAX_PATH,
                          "%sXML\\%s.xml",_sSaveOpt.oSavePath.GetBuffer(), cstrFileName);
4309                  }else{
4310                      sprintf_s(cFileName, MAX_PATH, "%sXML\\%s_%06d.xml",
                          _sSaveOpt.oSavePath.GetBuffer(),
                          _sSaveOpt.oFileNamePrefix.GetBuffer(), m_uiResultRdSecId);
4311                  }
4312              }
4313          }
4314          if(iError == 0){
4315              std::ofstream ResultFile;
4316              ResultFile.open(cFileName, std::ios_base::out);
4317              if(ResultFile.is_open()){
4318
4319                  ResultFile << m_pcXmlResultString;
4320
4321                  ResultFile.close();
4322              }else{
4323                  _ErrorMsg = "Could not open XML result file for writing";
4324                  iError    = 1;
4325              }
4326          }
4327      }
4328
4329      if(iError == 0 && m_pucResImInt && _sSaveOpt.bSaveResultImInt){
4330          if (!_sSaveOpt.bUseSubFolder){// If not use SubFolder for saving the result files
4331              if (!_sSaveOpt.bUseRdSectionIDName){// If not use RdSectionID for naming
                  the result files
4332                  sprintf_s(cFileName, MAX_PATH,
                      "%s%s_ImageInt.jpg",_sSaveOpt.oSavePath.GetBuffer(), cstrFileName);
4333              }else{
4334                  sprintf_s(cFileName, MAX_PATH, "%s%s_ImageInt_%06d.jpg",
                      _sSaveOpt.oSavePath.GetBuffer(), _sSaveOpt.oFileNamePrefix.GetBuffer(),
                      m_uiResultRdSecId);
4335              }
4336          }else{ // Use SubFolder for Intensity
4337              char acResultPathName[1024];
4338              sprintf_s(acResultPathName, MAX_PATH,
                  "%sIntensity\\",_sSaveOpt.oSavePath.GetBuffer());
4339              BOOL bRes = CreateDirectory(acResultPathName,NULL);// create Results folder
4340              if(bRes  == 0 && GetLastError() != ERROR_ALREADY_EXISTS)  {_ErrorMsg =
                  "Could not create directory";iError    = 1;}//  ErrorID =
                  eERROR_CANNOT_CREATE_DIR;
4341              if(iError == 0 ){
4342                  if (!_sSaveOpt.bUseRdSectionIDName){// If not use RdSectionID for
                      naming the result files
4343                      sprintf_s(cFileName, MAX_PATH,
                          "%sIntensity\\%s_ImageInt.jpg",_sSaveOpt.oSavePath.GetBuffer(),
                          cstrFileName);
4344                  }else{
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```
4345                         sprintf_s(cFileName, MAX_PATH, "%sIntensity\\%s_ImageInt_%06d.jpg",
                                 _sSaveOpt.oSavePath.GetBuffer(),
                                 _sSaveOpt.oFileNamePrefix.GetBuffer(), m_uiResultRdSecId);
4346                     }
4347                 }
4348             }
4349             if(iError == 0){
4350                 sLcmsResultImage sResImInt;
4351                 sResImInt.iWidth       = m_iResImW;
4352                 sResImInt.iHeight      = m_iResImH;
4353                 sResImInt.pvImageData  = m_pucResImInt;
4354                 sResImInt.iImageType   = LCMS_RESULT_IMAGE_INTENSITY;
4355
4356                 LcmsAnalyser::eError eSaveErr = LcmsAnalyser::eNO_ERROR;
4357
4358                 eSaveErr = m_oAnalyser.SaveResultImage(cFileName, sResImInt);
4359
4360                 if(eSaveErr != LcmsAnalyser::eNO_ERROR){
4361                     _ErrorMsg = "Could not write intensity result image";
4362                     iError    = static_cast<int>(eSaveErr);
4363                 }
4364             }
4365         }
4366         if(iError == 0 && m_pucResImRng && _sSaveOpt.bSaveResultImRng){
4367             if (!_sSaveOpt.bUseSubFolder){// If not use SubFolder for saving the result
                     files
4368                 if (!_sSaveOpt.bUseRdSectionIDName){// If not use RdSectionID for naming
                         the result files
4369                     sprintf_s(cFileName, MAX_PATH, "%s%s_ImageRng.jpg",
                                 _sSaveOpt.oSavePath.GetBuffer(), cstrFileName);
4370                 }else{
4371                     sprintf_s(cFileName, MAX_PATH, "%s%s_ImageRng_%06d.jpg",
                                 _sSaveOpt.oSavePath.GetBuffer(), _sSaveOpt.oFileNamePrefix.GetBuffer(),
                                 m_uiResultRdSecId);
4372                 }
4373             }else{ // Use SubFolder for Range
4374                 char acResultPathName[1024];
4375                 sprintf_s(acResultPathName, MAX_PATH,
                             "%sRange\\",_sSaveOpt.oSavePath.GetBuffer());
4376                 BOOL bRes = CreateDirectory(acResultPathName,NULL);// create Results folder
4377                 if(bRes  == 0 && GetLastError() != ERROR_ALREADY_EXISTS)  {_ErrorMsg =
                         "Could not create directory";iError   = 1;}//  ErrorID =
                         eERROR_CANNOT_CREATE_DIR;
4378                 if(iError == 0 ){
4379                     if (!_sSaveOpt.bUseRdSectionIDName){// If not use RdSectionID for
                             naming the result files
4380                         sprintf_s(cFileName, MAX_PATH,
                                 "%sRange\\%s_ImageRng.jpg",_sSaveOpt.oSavePath.GetBuffer(),
                                 cstrFileName);
4381                     }else{
4382                         sprintf_s(cFileName, MAX_PATH, "%sRange\\%s_ImageRng_%06d.jpg",
                                 _sSaveOpt.oSavePath.GetBuffer(),
                                 _sSaveOpt.oFileNamePrefix.GetBuffer(), m_uiResultRdSecId);
4383                     }
4384                 }
4385             }
4386             if(iError == 0){
4387                 sLcmsResultImage sResImRng;
4388                 sResImRng.iWidth       = m_iResImW;
4389                 sResImRng.iHeight      = m_iResImH;
4390                 sResImRng.pvImageData  = m_pucResImRng;
4391                 sResImRng.iImageType   = LCMS_RESULT_IMAGE_RANGE;
4392
4393                 LcmsAnalyser::eError eSaveErr = LcmsAnalyser::eNO_ERROR;
4394
4395                 eSaveErr = m_oAnalyser.SaveResultImage(cFileName, sResImRng);
4396
```

Trial Exhibit 0508   p. 74 of 119

**Exhibit 7**
**401**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```
4397            if(eSaveErr != LcmsAnalyser::eNO_ERROR){
4398                _ErrorMsg = "Could not write range result image";
4399                iError    = static_cast<int>(eSaveErr);
4400            }
4401        }
4402    }
4403    if(iError == 0 && m_pucResIm3D && _sSaveOpt.bSaveResultIm3D && m_iImg3DValid){
4404        if (!_sSaveOpt.bUseSubFolder){// If not use SubFolder for saving the result files
4405            if (!_sSaveOpt.bUseRdSectionIDName){// If not use RdSectionID for naming
                 the result files
4406                sprintf_s(cFileName, MAX_PATH, "%s%s_Image3D.jpg",
                     _sSaveOpt.oSavePath.GetBuffer(), cstrFileName);
4407            }else{
4408                sprintf_s(cFileName, MAX_PATH, "%s%s_Image3D_%06d.jpg",
                     _sSaveOpt.oSavePath.GetBuffer(), _sSaveOpt.oFileNamePrefix.GetBuffer(),
                     m_uiResultRdSecId);
4409            }
4410        }else{ // Use SubFolder for 3D
4411            char acResultPathName[1024];
4412            sprintf_s(acResultPathName, MAX_PATH,
                 "%s3D\\",_sSaveOpt.oSavePath.GetBuffer());
4413            BOOL bRes = CreateDirectory(acResultPathName,NULL);// create Results folder
4414            if(bRes  == 0 && GetLastError() != ERROR_ALREADY_EXISTS)  {_ErrorMsg =
                 "Could not create directory";iError   = 1;}//  ErrorID =
                 eERROR_CANNOT_CREATE_DIR;
4415            if(iError == 0 ){
4416                if (!_sSaveOpt.bUseRdSectionIDName){// If not use RdSectionID for
                     naming the result files
4417                    sprintf_s(cFileName, MAX_PATH,
                         "%s3D\\%s_Image3D.jpg",_sSaveOpt.oSavePath.GetBuffer(),
                         cstrFileName);
4418                }else{
4419                    sprintf_s(cFileName, MAX_PATH, "%s3D\\%s_Image3D_%06d.jpg",
                         _sSaveOpt.oSavePath.GetBuffer(),
                         _sSaveOpt.oFileNamePrefix.GetBuffer(), m_uiResultRdSecId);
4420                }
4421            }
4422        }
4423        if(iError == 0){
4424            sLcmsResultImage sResIm3D;
4425            sResIm3D.iWidth      = m_iResImW;
4426            sResIm3D.iHeight     = m_iResImH;
4427            sResIm3D.pvImageData = m_pucResIm3D;
4428            sResIm3D.iImageType  = LCMS_RESULT_IMAGE_3D;
4429
4430            LcmsAnalyser::eError eSaveErr = LcmsAnalyser::eNO_ERROR;
4431
4432            eSaveErr = m_oAnalyser.SaveResultImage(cFileName, sResIm3D);
4433
4434            if(eSaveErr != LcmsAnalyser::eNO_ERROR){
4435                _ErrorMsg = "Could not write 3D result image";
4436                iError    = static_cast<int>(eSaveErr);
4437            }
4438        }
4439    }
4440
4441    if(iError == 0 && (_sSaveOpt.bSaveOverlayImInt || _sSaveOpt.bSaveOverlayImRng ||
         _sSaveOpt.bSaveOverlayIm3D)){
4442
4443        LcmsAnalyser::eError eReaderErr = LcmsAnalyser::eNO_ERROR;
4444
4445        for(int c=0; c<3; c++){
4446
4447            sLcmsResultImage  sBackgroundIm;
4448            sLcmsResultImage *psOverlayIm   = 0;
4449            int               iSaveCurOvrly = 0;
4450
```

Trial Exhibit 0508   p. 75 of 119

Exhibit 7
402

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```
4451              //if(c==0){
4452              //    if(_sSaveOpt.bSaveOverlayImInt) iSaveCurOvrly = 1;
4453              //    sBackgroundIm.iImageType  = LCMS_RESULT_IMAGE_INTENSITY;
4454              //    sBackgroundIm.pvImageData = m_pucResImInt;
4455              //}else if(c==1){
4456              //    if(_sSaveOpt.bSaveOverlayImRng) iSaveCurOvrly = 1;
4457              //    sBackgroundIm.iImageType  = LCMS_RESULT_IMAGE_RANGE;
4458              //    sBackgroundIm.pvImageData = m_pucResImRng;
4459              //}else {
4460              //    if(_sSaveOpt.bSaveOverlayIm3D && m_iImg3DValid) iSaveCurOvrly = 1;
4461              //    sBackgroundIm.iImageType  = LCMS_RESULT_IMAGE_3D;
4462              //    sBackgroundIm.pvImageData = m_pucResIm3D;
4463              //}
4464
4465              switch (c)
4466              {
4467              case 0:
4468                  if(_sSaveOpt.bSaveOverlayImInt) iSaveCurOvrly = 1;
4469                  sBackgroundIm.iImageType  = LCMS_RESULT_IMAGE_INTENSITY;
4470                  sBackgroundIm.pvImageData = m_pucResImInt;
4471                  break;
4472              case 1:
4473                  if(_sSaveOpt.bSaveOverlayImRng) iSaveCurOvrly = 1;
4474                  sBackgroundIm.iImageType  = LCMS_RESULT_IMAGE_RANGE;
4475                  sBackgroundIm.pvImageData = m_pucResImRng;
4476                  break;
4477              default:
4478                  if(_sSaveOpt.bSaveOverlayIm3D && m_iImg3DValid) iSaveCurOvrly = 1;
4479                  sBackgroundIm.iImageType  = LCMS_RESULT_IMAGE_3D;
4480                  sBackgroundIm.pvImageData = m_pucResIm3D;
4481                  break;
4482              }
4483
4484
4485
4486
4487              sBackgroundIm.iWidth      = m_iResImW;
4488              sBackgroundIm.iHeight     = m_iResImH;
4489
4490              if(iSaveCurOvrly){
4491
4492                  if(sBackgroundIm.pvImageData){
4493                      eReaderErr = m_oAnalyser.CreateOverlayImage(m_pcXmlResultString,
                          _sSaveOpt.uiOverlaySelectedModules, 0, &sBackgroundIm, &psOverlayIm);
4494                  }
4495
4496                  if(eReaderErr == LcmsAnalyser::eNO_ERROR && psOverlayIm){
4497                      char acResultPathName[1024];
4498                      char cFileName[MAX_PATH];
4499                      BOOL bRes;
4500                      if (!_sSaveOpt.bUseSubFolder){// If not use SubFolder for saving
                          the result files
4501                          if (!_sSaveOpt.bUseRdSectionIDName){// If not use RdSectionID
                              for naming the result files
4502                          /*    if(sBackgroundIm.iImageType==LCMS_RESULT_IMAGE_INTENSITY){
4503                                  sprintf_s(cFileName, MAX_PATH, "%s%s_OverlayInt.jpg",
                                      _sSaveOpt.oSavePath.GetBuffer(),
                                      cstrFileName);
4504                              }else if(sBackgroundIm.iImageType==LCMS_RESULT_IMAGE_RANGE){
4505                                  sprintf_s(cFileName, MAX_PATH, "%s%s_OverlayRng.jpg",
                                      _sSaveOpt.oSavePath.GetBuffer(),
                                      cstrFileName);
4506                              }else{
4507                                  sprintf_s(cFileName, MAX_PATH, "%s%s_Overlay3D.jpg" ,
                                      _sSaveOpt.oSavePath.GetBuffer(),
                                      cstrFileName);
4508                              }*/
```

**Exhibit 7**
**403**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```
4509                        switch(sBackgroundIm.iImageType)
4510                        {
4511                        case LCMS_RESULT_IMAGE_INTENSITY:
4512                            sprintf_s(cFileName, MAX_PATH, "%s%s_OverlayInt.jpg",
                                _sSaveOpt.oSavePath.GetBuffer(),
                                cstrFileName);
4513                            break;
4514                        case LCMS_RESULT_IMAGE_RANGE:
4515                            sprintf_s(cFileName, MAX_PATH, "%s%s_OverlayRng.jpg",
                                _sSaveOpt.oSavePath.GetBuffer(), cstrFileName);
4516                            break;
4517                        default :
4518                            sprintf_s(cFileName, MAX_PATH, "%s%s_Overlay3D.jpg" ,
                                _sSaveOpt.oSavePath.GetBuffer(),
                                cstrFileName);
4519                            break;
4520                        }
4521
4522                    }else{
4523                        /*if(sBackgroundIm.iImageType==LCMS_RESULT_IMAGE_INTENSITY){
4524                            sprintf_s(cFileName, MAX_PATH,
                                "%s%s_OverlayInt_%06d.jpg",
                                _sSaveOpt.oSavePath.GetBuffer(),
                                _sSaveOpt.oFileNamePrefix.GetBuffer(),
                                m_uiResultRdSecId);
4525                        }else if(sBackgroundIm.iImageType==LCMS_RESULT_IMAGE_RANGE){
4526                            sprintf_s(cFileName, MAX_PATH,
                                "%s%s_OverlayRng_%06d.jpg",
                                _sSaveOpt.oSavePath.GetBuffer(),
                                _sSaveOpt.oFileNamePrefix.GetBuffer(),
                                m_uiResultRdSecId);
4527                        }else{
4528                            sprintf_s(cFileName, MAX_PATH,
                                "%s%s_Overlay3D_%06d.jpg" ,
                                _sSaveOpt.oSavePath.GetBuffer(),
                                _sSaveOpt.oFileNamePrefix.GetBuffer(),
                                m_uiResultRdSecId);
4529                        }*/
4530                        switch(sBackgroundIm.iImageType)
4531                        {
4532                        case LCMS_RESULT_IMAGE_INTENSITY:
4533                            sprintf_s(cFileName, MAX_PATH,
                                "%s%s_OverlayInt_%06d.jpg",
                                _sSaveOpt.oSavePath.GetBuffer(),
                                _sSaveOpt.oFileNamePrefix.GetBuffer(),
                                m_uiResultRdSecId);
4534                            break;
4535                        case LCMS_RESULT_IMAGE_RANGE:
4536                            sprintf_s(cFileName, MAX_PATH,
                                "%s%s_OverlayRng_%06d.jpg",
                                _sSaveOpt.oSavePath.GetBuffer(),
                                _sSaveOpt.oFileNamePrefix.GetBuffer(),
                                m_uiResultRdSecId);
4537                            break;
4538                        default :
4539                            sprintf_s(cFileName, MAX_PATH,
                                "%s%s_Overlay3D_%06d.jpg" ,
                                _sSaveOpt.oSavePath.GetBuffer(),
                                _sSaveOpt.oFileNamePrefix.GetBuffer(),
                                m_uiResultRdSecId);
4540                            break;
4541                        }
4542
4543
4544                    }
4545                }else{ // Use SubFolder
4546                    if (!_sSaveOpt.bUseRdSectionIDName){// If not use RdSectionID
```

Trial Exhibit 0508   p. 77 of 119

**Exhibit 7**
**404**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```
                         for naming the result files

4547                     //if(sBackgroundIm.iImageType==LCMS_RESULT_IMAGE_INTENSITY){

4548                     //  sprintf_s(acResultPathName, MAX_PATH,
                         "%sIntensity\\",_sSaveOpt.oSavePath.GetBuffer());
4549                     //  BOOL bRes = CreateDirectory(acResultPathName,NULL);//
                         create Results folder
4550                     //  if(bRes  == 0 && GetLastError() !=
                         ERROR_ALREADY_EXISTS)  {_ErrorMsg = "Could not create
                         directory";iError   = 1;}//  ErrorID =
                         eERROR_CANNOT_CREATE_DIR;
4551                     //  if(iError == 0 ){
4552                     //      sprintf_s(cFileName, MAX_PATH,
                         "%sIntensity\\s_OverlayInt.jpg",
                         _sSaveOpt.oSavePath.GetBuffer(), cstrFileName);
4553                     //  }
4554                     //}else
                         if(sBackgroundIm.iImageType==LCMS_RESULT_IMAGE_RANGE){
4555                     //  sprintf_s(acResultPathName, MAX_PATH,
                         "%sRange\\",_sSaveOpt.oSavePath.GetBuffer());
4556                     //  BOOL bRes = CreateDirectory(acResultPathName,NULL);//
                         create Results folder
4557                     //  if(bRes  == 0 && GetLastError() !=
                         ERROR_ALREADY_EXISTS)  {_ErrorMsg = "Could not create
                         directory";iError   = 1;}//  ErrorID =
                         eERROR_CANNOT_CREATE_DIR;
4558                     //  if(iError == 0 ){
4559                     //      sprintf_s(cFileName, MAX_PATH,
                         "%sRange\\s_OverlayRng.jpg",
                         _sSaveOpt.oSavePath.GetBuffer(), cstrFileName);
4560                     //  }
4561                     //}else{
4562                     //  sprintf_s(acResultPathName, MAX_PATH,
                         "%s3D\\",_sSaveOpt.oSavePath.GetBuffer());
4563                     //  BOOL bRes = CreateDirectory(acResultPathName,NULL);//
                         create Results folder
4564                     //  if(bRes  == 0 && GetLastError() !=
                         ERROR_ALREADY_EXISTS)  {_ErrorMsg = "Could not create
                         directory";iError   = 1;}//  ErrorID =
                         eERROR_CANNOT_CREATE_DIR;
4565                     //  if(iError == 0 ){
4566                     //      sprintf_s(cFileName, MAX_PATH,
                         "%s3D\\s_Overlay3D.jpg", _sSaveOpt.oSavePath.GetBuffer(),
                         cstrFileName);
4567                     //  }
4568                     //}
4569
4570                     switch(sBackgroundIm.iImageType)
4571                     {
4572                     case LCMS_RESULT_IMAGE_INTENSITY:
4573                         sprintf_s(acResultPathName, MAX_PATH,
                             "%sIntensity\\",_sSaveOpt.oSavePath.GetBuffer());
4574                         bRes = CreateDirectory(acResultPathName,NULL);// create
                             Results folder
4575                         if(bRes  == 0 && GetLastError() !=
                             ERROR_ALREADY_EXISTS)  {_ErrorMsg = "Could not create
                             directory";iError   = 1;}//  ErrorID =
                             eERROR_CANNOT_CREATE_DIR;
4576                         if(iError == 0 ){
4577                             sprintf_s(cFileName, MAX_PATH,
                                 "%sIntensity\\s_OverlayInt.jpg",
                                 _sSaveOpt.oSavePath.GetBuffer(), cstrFileName);
4578                         }
4579                         break;
4580                     case LCMS_RESULT_IMAGE_RANGE:
4581                         sprintf_s(acResultPathName, MAX_PATH,
```

Trial Exhibit 0508   p. 78 of 119

**Exhibit 7**
**405**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```
                        "%sRange\\",_sSaveOpt.oSavePath.GetBuffer());
4582                    bRes = CreateDirectory(acResultPathName,NULL);// create
                        Results folder
4583                    if(bRes  == 0 && GetLastError() !=
                        ERROR_ALREADY_EXISTS)  {_ErrorMsg = "Could not create
                        directory";iError    = 1;}// ErrorID =
                        eERROR_CANNOT_CREATE_DIR;
4584                    if(iError == 0 ){
4585                        sprintf_s(cFileName, MAX_PATH,
                            "%sRange\\%s_OverlayRng.jpg",
                            _sSaveOpt.oSavePath.GetBuffer(), cstrFileName);
4586                    }
4587                    break;
4588                default :
4589                    sprintf_s(acResultPathName, MAX_PATH,
                        "%s3D\\",_sSaveOpt.oSavePath.GetBuffer());
4590                    bRes = CreateDirectory(acResultPathName,NULL);// create
                        Results folder
4591                    if(bRes  == 0 && GetLastError() !=
                        ERROR_ALREADY_EXISTS)  {_ErrorMsg = "Could not create
                        directory";iError    = 1;}// ErrorID =
                        eERROR_CANNOT_CREATE_DIR;
4592                    if(iError == 0 ){
4593                        sprintf_s(cFileName, MAX_PATH,
                            "%s3D\\%s_Overlay3D.jpg",
                            _sSaveOpt.oSavePath.GetBuffer(), cstrFileName);
4594                    }
4595                    break;
4596                }
4597            }else{  // use RdSectionID for naming the result files
4598
                    //if(sBackgroundIm.iImageType==LCMS_RESULT_IMAGE_INTENSITY){
4599                    //  sprintf_s(acResultPathName, MAX_PATH,
                        "%sIntensity\\",_sSaveOpt.oSavePath.GetBuffer());
4600                    //  BOOL bRes = CreateDirectory(acResultPathName,NULL);//
                        create Results folder
4601                    //  if(bRes  == 0 && GetLastError() !=
                        ERROR_ALREADY_EXISTS)  {_ErrorMsg = "Could not create
                        directory";iError    = 1;}//  ErrorID =
                        eERROR_CANNOT_CREATE_DIR;
4602                    //  if(iError == 0 ){
4603                    //      sprintf_s(cFileName, MAX_PATH,
                        "%sIntensity\\%s_OverlayInt_%06d.jpg",
                        _sSaveOpt.oSavePath.GetBuffer(),
                        _sSaveOpt.oFileNamePrefix.GetBuffer(), m_uiResultRdSecId);
4604                    //  }
4605                    //}else
                    if(sBackgroundIm.iImageType==LCMS_RESULT_IMAGE_RANGE){
4606                    //  sprintf_s(acResultPathName, MAX_PATH,
                        "%sRange\\",_sSaveOpt.oSavePath.GetBuffer());
4607                    //  BOOL bRes = CreateDirectory(acResultPathName,NULL);//
                        create Results folder
4608                    //  if(bRes  == 0 && GetLastError() !=
                        ERROR_ALREADY_EXISTS)  {_ErrorMsg = "Could not create
                        directory";iError    = 1;}//  ErrorID =
                        eERROR_CANNOT_CREATE_DIR;
4609                    //  if(iError == 0 ){
4610                    //      sprintf_s(cFileName, MAX_PATH,
                        "%sRange\\%s_OverlayRng_%06d.jpg",
                        _sSaveOpt.oSavePath.GetBuffer(),
                        _sSaveOpt.oFileNamePrefix.GetBuffer(), m_uiResultRdSecId);
4611                    //  }
4612                    //}else{
4613                    //  sprintf_s(acResultPathName, MAX_PATH,
                        "%s3D\\",_sSaveOpt.oSavePath.GetBuffer());
4614                    //  BOOL bRes = CreateDirectory(acResultPathName,NULL);//
```

**Exhibit 7**
**406**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```cpp
                    create Results folder
4615                // if(bRes  == 0 && GetLastError() !=
                    ERROR_ALREADY_EXISTS)  {_ErrorMsg = "Could not create
                    directory";iError    = 1;}//  ErrorID =
                    eERROR_CANNOT_CREATE_DIR;
4616                // if(iError == 0 ){
4617                //     sprintf_s(cFileName, MAX_PATH,
                    "%s3D\\%s_Overlay3D_%06d.jpg" ,
                    _sSaveOpt.oSavePath.GetBuffer(),
                    _sSaveOpt.oFileNamePrefix.GetBuffer(), m_uiResultRdSecId);
4618                // }
4619                //}
4620
4621                switch(sBackgroundIm.iImageType)
4622                {
4623                case LCMS_RESULT_IMAGE_INTENSITY:
4624                    sprintf_s(acResultPathName, MAX_PATH,
                    "%sIntensity\\",_sSaveOpt.oSavePath.GetBuffer());
4625                    bRes = CreateDirectory(acResultPathName,NULL);// create
                    Results folder
4626                    if(bRes  == 0 && GetLastError() !=
                    ERROR_ALREADY_EXISTS)  {_ErrorMsg = "Could not create
                    directory";iError    = 1;}//  ErrorID =
                    eERROR_CANNOT_CREATE_DIR;
4627                    if(iError == 0 ){
4628                        sprintf_s(cFileName, MAX_PATH,
                        "%sIntensity\\%s_OverlayInt_%06d.jpg",
                        _sSaveOpt.oSavePath.GetBuffer(),
                        _sSaveOpt.oFileNamePrefix.GetBuffer(),
                        m_uiResultRdSecId);
4629                    }
4630                    break;
4631                case LCMS_RESULT_IMAGE_RANGE:
4632                    sprintf_s(acResultPathName, MAX_PATH,
                    "%sRange\\",_sSaveOpt.oSavePath.GetBuffer());
4633                    bRes = CreateDirectory(acResultPathName,NULL);// create
                    Results folder
4634                    if(bRes  == 0 && GetLastError() !=
                    ERROR_ALREADY_EXISTS)  {_ErrorMsg = "Could not create
                    directory";iError    = 1;}//  ErrorID =
                    eERROR_CANNOT_CREATE_DIR;
4635                    if(iError == 0 ){
4636                        sprintf_s(cFileName, MAX_PATH,
                        "%sRange\\%s_OverlayRng_%06d.jpg",
                        _sSaveOpt.oSavePath.GetBuffer(),
                        _sSaveOpt.oFileNamePrefix.GetBuffer(),
                        m_uiResultRdSecId);
4637                    }
4638                    break;
4639                default :
4640                    sprintf_s(acResultPathName, MAX_PATH,
                    "%s3D\\",_sSaveOpt.oSavePath.GetBuffer());
4641                    bRes = CreateDirectory(acResultPathName,NULL);// create
                    Results folder
4642                    if(bRes  == 0 && GetLastError() !=
                    ERROR_ALREADY_EXISTS)  {_ErrorMsg = "Could not create
                    directory";iError    = 1;}//  ErrorID =
                    eERROR_CANNOT_CREATE_DIR;
4643                    if(iError == 0 ) {
4644                        sprintf_s(cFileName, MAX_PATH,
                        "%s3D\\%s_Overlay3D_%06d.jpg" ,
                        _sSaveOpt.oSavePath.GetBuffer(),
                        _sSaveOpt.oFileNamePrefix.GetBuffer(),
                        m_uiResultRdSecId);
4645                    }
4646                    break;
4647                }
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```
4648                             }
4649                         }
4650                         eReaderErr = m_oAnalyser.SaveResultImage(cFileName, *psOverlayIm);
4651
4652                         if(eReaderErr != LcmsAnalyser::eNO_ERROR){
4653                             iError = static_cast<int>(eReaderErr);
4654                             _ErrorMsg = "Could not write overlay result image";
4655                             break;
4656                         }
4657                     }else{
4658                         _ErrorMsg = "Error Creating Overlay image";
4659                         iError = static_cast<int>(eReaderErr);
4660                         break;
4661                     }
4662                 }
4663             }
4664         }
4665
4666     LeaveCriticalSection(&m_oLockResultBuffers);
4667
4668     return iError;
4669 }
4670
4671 void CLcmsRoadInspectDlg::SaveCurrentAnalysisResult(void* pThis, sSaveOptions
    &_sSaveOpt, int &_iErrorId, CString &_oErrorMsg){
4672
4673     CLcmsRoadInspectDlg *pDlg = (CLcmsRoadInspectDlg*)pThis;
4674
4675     if(pDlg){
4676         if(pDlg->m_poAnalysisResultDlg){
4677             _iErrorId = pDlg->SaveAnalysisResult(_sSaveOpt, _oErrorMsg);
4678         }
4679     }
4680 }
4681 int CLcmsRoadInspectDlg::SaveBatchProcessingReport(sSaveOptions &_sSaveOpt, CString
    &_ErrorMsg, char acBatchProcStartDateTime[30]){
4682
4683     int iError = 0;
4684
4685     LARGE_INTEGER sTimeStamp;
4686     QueryPerformanceCounter(&sTimeStamp);
4687     unsigned int uiTimeID = static_cast<unsigned int>(sTimeStamp.LowPart & 0x00FFFFFF);
4688     if(uiTimeID%2){
4689         //Randomly make a second call to 'QueryPerformanceCounter'
4690         QueryPerformanceCounter(&sTimeStamp);
4691         uiTimeID = static_cast<unsigned int>(sTimeStamp.LowPart & 0x00FFFFFF);
4692     }
4693
4694     char cFileName[MAX_PATH];
4695     sprintf_s(cFileName, MAX_PATH, "%sBatchAnalysisReport_%08u.txt",
    _sSaveOpt.oSavePath.GetBuffer(), uiTimeID);
4696
4697     std::ofstream ReportFile;
4698     ReportFile.open(cFileName, std::ios_base::out);
4699     if(ReportFile.is_open()){
4700
4701         char acAnalyerLibVersion[32];
4702         m_oAnalyser.GetLibVersion(acAnalyerLibVersion);
4703         ReportFile << "Analyser Lib Version  : " << acAnalyerLibVersion << std::endl;
4704
4705         ReportFile << "Start date and time   : " << acBatchProcStartDateTime <<
    std::endl;
4706         ReportFile << "SurveyID             : " << m_sSurveyInfo.uiSurveyID <<
    std::endl;
4707         ReportFile << "SurveyPath           : " << m_sSurveyInfo.acSurveyPath <<
    std::endl;
4708
```

Exhibit 7
408

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```
4709              EnterCriticalSection(&m_oLockProcessInfo);
4710
4711              ReportFile << "Save Path               : " <<
                  /*m_sProcessSaveOptions*/_sSaveOpt.oSavePath << std::endl;
4712              ReportFile << "Save File Name Prefix : " <<
                  /*m_sProcessSaveOptions*/_sSaveOpt.oFileNamePrefix << std::endl;
4713
4714              int iNbRdSecToProcess =
                  (m_iProcessLastSectionIndex-m_iProcessFirstSectionIndex+1);
4715              int iNbPocessedRdSec  = (int)m_oProcessRdSecEndStatus.size();
4716
4717              ReportFile << std::endl;
4718              ReportFile << "Nb. of road sections to analyse : " << iNbRdSecToProcess <<
                  std::endl;
4719              ReportFile << "Nb. of analysed road sections  : " << iNbPocessedRdSec <<
                  std::endl;
4720              ReportFile << "Nb. of error(s)                : " << m_iProcessErrorCount <<
                  std::endl;
4721              ReportFile << std::endl;
4722
4723              if(m_iProcessAborted){
4724                  ReportFile << "--> Batch analysis have been aborded at user request <---"
                      << std::endl;
4725                  ReportFile << std::endl;
4726              }
4727
4728              std::list<sRdSecEndProcStatus>::iterator CurStatus =
                  m_oProcessRdSecEndStatus.begin();
4729              while(CurStatus != m_oProcessRdSecEndStatus.end()){
4730                  ReportFile << "Section Id = " << CurStatus->uiSectionID << "; ";
4731                  if(CurStatus->iErrorId==0){
4732                      ReportFile << "Ended with no error" << std::endl;
4733                  }else{
4734                      if(CurStatus->oErrorMsg.IsEmpty()){
4735                          ReportFile << "Ended with error code : " << CurStatus->iErrorId <<
                          std::endl;
4736                      }else{
4737                          ReportFile << "Ended with error code : " << CurStatus->iErrorId <<
                          " -> " << CurStatus->oErrorMsg << std::endl;
4738                      }
4739                  }
4740                  CurStatus++;
4741              }
4742
4743              LeaveCriticalSection(&m_oLockProcessInfo);
4744
4745              ReportFile.close();
4746          }else{
4747              _ErrorMsg = "Report file for writing";
4748              iError   = 1;
4749          }
4750
4751          return iError;
4752      }
4753
4754      void CLcmsRoadInspectDlg::UpdateAnalysisResult(){
4755
4756          if(!m_poAnalysisResultDlg)                 return;
4757          if(!m_poAnalysisResultDlg->IsDlgVisible()) return;
4758
4759
4760          int iBackImType = 0;
4761          int iTextResults = 0;
4762      //
                  if(m_poAnalysisResultDlg->GetSelectedImageType()==LcmsAnalysisResultDlg::eIntensity)
4763          //  iBackImType = LCMS_RESULT_IMAGE_INTENSITY;
4764          //else
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```
        if(m_poAnalysisResultDlg->GetSelectedImageType()==LcmsAnalysisResultDlg::eRange)
4765    //        iBackImType = LCMS_RESULT_IMAGE_RANGE;
4766    //    else if(m_poAnalysisResultDlg->GetSelectedImageType()==LcmsAnalysisResultDlg::e3D)
4767    //        iBackImType = LCMS_RESULT_IMAGE_3D;
4768        //else iTextResults = 1;
4769    //
4770        switch(m_poAnalysisResultDlg->GetSelectedImageType()){
4771            case LcmsAnalysisResultDlg::eIntensity        : { iBackImType =
                LCMS_RESULT_IMAGE_INTENSITY; break; }
4772            case LcmsAnalysisResultDlg::eRange            : { iBackImType =
                LCMS_RESULT_IMAGE_RANGE; break; }
4773            case LcmsAnalysisResultDlg::e3D               : { iBackImType =
                LCMS_RESULT_IMAGE_3D; break; }
4774            default                                       : { iTextResults = 1;}
4775        }
4776
4777        EnterCriticalSection(&m_oLockResultBuffers);
4778
4779        if(m_iResultValid){
4780
4781            m_poAnalysisResultDlg->SetXMLResultString(m_pcXmlResultString);// Pass
                XMLstring to AnalysisResultDlg
4782
4783            LcmsAnalyser::eError eReaderErr = LcmsAnalyser::eNO_ERROR;
4784
4785            sLcmsResultImage *psOverlayIm = 0;
4786            sLcmsResultImage  sBackgroundIm;
4787
4788            sBackgroundIm.iWidth        = m_iResImW;
4789            sBackgroundIm.iHeight       = m_iResImH;
4790            sBackgroundIm.iImageType    = iBackImType;
4791
4792            int iImageToDisplay = 0;
4793            if(iBackImType==LCMS_RESULT_IMAGE_INTENSITY)              {
                sBackgroundIm.pvImageData = m_pucResImInt;   iImageToDisplay = 1;}
4794            else if(iBackImType==LCMS_RESULT_IMAGE_RANGE)
                sBackgroundIm.pvImageData = m_pucResImRng;   iImageToDisplay = 1;}
4795            else  if(iBackImType==LCMS_RESULT_IMAGE_3D && m_iImg3DValid) {
                sBackgroundIm.pvImageData = m_pucResIm3D;   iImageToDisplay = 1;}
4796
4797            if(iImageToDisplay) {
4798                if(eReaderErr == LcmsAnalyser::eNO_ERROR){
4799                    eReaderErr = m_oAnalyser.CreateOverlayImage(m_pcXmlResultString,
                    m_uiResultViewSelectedModules, 0, &sBackgroundIm, &psOverlayIm);
4800                }
4801                if(eReaderErr == LcmsAnalyser::eNO_ERROR && psOverlayIm){
4802                    m_poAnalysisResultDlg->SetResultImage((RGBQUAD
                    *)psOverlayIm->pvImageData, psOverlayIm->iWidth, psOverlayIm->iHeight);
4803                }
4804            }
4805            else {
4806                m_poAnalysisResultDlg->ClearDisplayImage();
4807            }
4808            if(iTextResults) {
4809                LcmsXmlResultParser oResultParser;
4810                oResultParser.ReadFromString(m_pcXmlResultString);
4811                if(oResultParser.m_MacroTextureInfo.m_iInfoAvailable) {
4812                    std::vector<float>
                    vfMacroTexture(oResultParser.m_MacroTextureInfo.m_uiNbBands,0);
4813                    std::vector<int>
                    viTextureValuesPerBand(oResultParser.m_MacroTextureInfo.m_uiNbBands,0);
4814                    std::list<LcmsXmlResultParser::MacroTextureData>::iterator
                    oCurTextureData = oResultParser.m_MacroTextureInfo.m_lMacroData.begin();
4815                    while(oCurTextureData !=
                    oResultParser.m_MacroTextureInfo.m_lMacroData.end()) {
4816                        for(int i=0;i<oCurTextureData->m_vfMPD.size();i++) {
4817                            if(oCurTextureData->m_vfMPD[i] != -1) {
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsRoadInspect\LcmsRoadInspectDlg.cpp

```
4818                          vfMacroTexture[i] += oCurTextureData->m_vfMPD[i];
4819                          viTextureValuesPerBand[i]++;
4820                      }
4821                      else if(oCurTextureData->m_vfMTD[i] != -1) {
4822                          vfMacroTexture[i] += oCurTextureData->m_vfMTD[i];
4823                          viTextureValuesPerBand[i]++;
4824                      }
4825                  }
4826                  oCurTextureData++;
4827              }
4828              for(int i=0;i<vfMacroTexture.size();i++)
4829                  if(oResultParser.m_MacroTextureInfo.m_uiNbMeasurements != 0) {
4830                      if(viTextureValuesPerBand[i] != 0) vfMacroTexture[i] /=
4831                      viTextureValuesPerBand[i];
                          else                              vfMacroTexture[i] = -1;
4832                  }
4833              m_poAnalysisResultDlg->SetMacroTextureResults(vfMacroTexture);
4834          }
4835          if(oResultParser.m_RutInfo.m_iInfoAvailable) {
4836              std::vector<float> vfRutPositions(oResultParser.m_RutInfo.m_Ruts.size());
4837              std::vector<float> vfRutDepth   (oResultParser.m_RutInfo.m_Ruts.size());
4838              std::list<LcmsXmlResultParser::RutData>::iterator oCurRutData =
                  oResultParser.m_RutInfo.m_Ruts.begin();
4839              int i=0;
4840              while(oCurRutData != oResultParser.m_RutInfo.m_Ruts.end()) {
4841                  vfRutPositions[i] = oCurRutData->m_fPosition;
4842                  vfRutDepth[i]     = oCurRutData->m_fDepth;
4843                  i++;
4844                  oCurRutData++;
4845              }
4846              m_poAnalysisResultDlg->SetRuttingResults(vfRutPositions, vfRutDepth);
4847
4848          }
4849          if(oResultParser.m_RavelingInfo.m_iInfoAvailable) {
4850
                  m_poAnalysisResultDlg->SetRavelingResults(oResultParser.m_RavelingInfo.m_
                  fAVC_Avg,oResultParser.m_RavelingInfo.m_fRI_Avg,oResultParser.m_RavelingI
                  nfo.m_fRI_Max);
4851          }
4852
4853          //roughness
4854          if(oResultParser.m_sRoughnessInfo.m_iInfoAvailable) {
4855
                  m_poAnalysisResultDlg->SetRoughnessResults(oResultParser.m_sRoughnessInfo
                  .m_sBelowSpeed
4856
                                                              ,oResultParser.m_sRoughnessInfo
                                                              .m_IRIProfileData[0].m_fIRI
4857
                                                              ,oResultParser.m_sRoughnessInfo
                                                              .m_IRIProfileData[1].m_fIRI
4858
                                                              ,oResultParser.m_sRoughnessInfo
                                                              .m_IRIProfileData[0].m_fPositio
                                                              n
4859
                                                              ,oResultParser.m_sRoughnessInfo
                                                              .m_IRIProfileData[1].m_fPositio
                                                              n);
4860          }
4861
4862          if(oResultParser.m_PavementTypeInfo.m_iInfoAvailable) {
4863
                  m_poAnalysisResultDlg->SetPavementInfoValues(oResultParser.m_PavementType
                  Info.m_strPavementType,
                  oResultParser.m_PavementTypeInfo.m_fPeakDetectionInfoLeft,oResultParser.m
                  _PavementTypeInfo.m_fPeakDetectionInfoRight);
```

```
4864                      }
4865                  }
4866          }
4867
4868          LeaveCriticalSection(&m_oLockResultBuffers);
4869  }
4870
4871  void CLcmsRoadInspectDlg::NotifyResultImTypeChanged(void* pThis){
4872
4873          CLcmsRoadInspectDlg *pDlg = (CLcmsRoadInspectDlg*)pThis;
4874
4875          if(pDlg){
4876              pDlg->UpdateAnalysisResult();
4877          }
4878  }
4879
4880  int CLcmsRoadInspectDlg::StartProcessThread(CString & _ErrorMsg){
4881
4882          int iProcThreadRunning = WaitForSingleObject(m_hProcessThreadTerminated, 0) !=
4883              WAIT_OBJECT_0;
          if(iProcThreadRunning) return 0;
4884
4885          int iError = 0;
4886
4887          DWORD dwProcThreadID;
4888          m_hProcessThread = CreateThread(NULL, NULL, InitProcessThread, this,
              CREATE_SUSPENDED, &dwProcThreadID);
4889          if(!m_hProcessThread){
4890              _ErrorMsg = "Unable to start process Thread";
4891              iError = 1;
4892          }else{
4893              SetThreadPriority(m_hProcessThread, THREAD_PRIORITY_NORMAL);
4894              ResumeThread(m_hProcessThread);
4895          }
4896
4897          return iError;
4898  }
4899
4900  void CLcmsRoadInspectDlg::StopProcessThread(){
4901
4902          int iProcThreadRunning = WaitForSingleObject(m_hProcessThreadTerminated, 0) !=
4903              WAIT_OBJECT_0;
          if(!iProcThreadRunning) return;
4904
4905          int iError = 0;
4906
4907          SetEvent(m_hStopProcessThread);
4908
4909          int WaitResult = WaitForSingleObject(m_hProcessThreadTerminated, 30000);
4910
4911          if(WaitResult == WAIT_OBJECT_0){
4912              ResetEvent(m_hStopProcessThread);
4913              CloseHandle(m_hProcessThread);
4914          }
4915  }
4916
4917  int CLcmsRoadInspectDlg::ProcessThread(){
4918
4919          ResetEvent(m_hProcessThreadTerminated);
4920
4921          HANDLE ahStartProc[2] = {m_hStopProcessThread, m_hStartProcessing};
4922
4923          int iStopProcThread = 0;
4924
4925          while(!iStopProcThread){
4926
4927              //Wait for a start processing event or a thread termination event
```

C:\Source Code\matlab_cracks.m

```
1    %%%%%%%%%%%%%%
2
3    pkg load image
4
5    fid=fopen('debug_crack_int_586.bin','rb')
6    int_img=fread(fid,[4160 2890],'uchar');
7    fclose(fid)
8    int_img=int_img';
9
10   fid=fopen('debug_crack_rng_586.bin','rb')
11   rng_img=fread(fid,[4160 2890],'float32');
12   fclose(fid)
13   rng_img=rng_img';
14
15   %range
16   fid=fopen('LcmsData_000645.fis_rng.dat','rb')
17   rng_img=fread(fid,[2080 4000],'float32');
18   fclose(fid)
19   rng_img=rng_img';
20   rng_img=rng_img(2001:end,:);
21
22   fid=fopen('LcmsData_000645.fis_int.dat','rb')
23   int_img=fread(fid,[2080 4000],'uchar');
24   fclose(fid)
25   int_img=int_img';
26   int_img=int_img(2001:end,:);
27
28   %interpolation
29   z=rng_img;
30
31   for i=320:1450
32       y=rng_img(:,i);
33       index=find(y~=-10000);
34       z(:,i)=interp1(index,y(index),1:2000);
35   end
36
37   %ties detection
38   %std img
39   z=rng_img;
40   img_std=stdfilt(z,ones(5,5));
41
42   [m,n]=size(img_std);
43   img_std_bin=zeros(m,n);
44
45   [x,y]=find(img_std<1);
46
47   for i=1:length(x)
48       img_std_bin(x(i),y(i))=1;
49   end
50
51   p_std=sum(img_std_bin(:,400:1400)');
52   %p_std=sum(img_std_bin(:,1600:2600)');
53
54   nbr_ties=0;
55   index=1;
56   debut=0;
57   fin=0;
58
59   while (index<length(p_std))
60       debut=0;
61       fin=0;
62       while (index<length(p_std) && p_std(index)<600)
63           disp(index);
64           index=index+1;
65       endwhile
66       if (p_std(index)>=600)
67           debut=index;
```

C:\Source Code\matlab_cracks.m

```matlab
68            endif
69
70            while (index<length(p_std) && p_std(index)>=600)
71                disp(index);
72                index=index+1;
73            endwhile
74
75            if (p_std(index)<600 && debut>0)
76                fin=index;
77                nbr_ties=nbr_ties+1;
78            endif
79
80            if (debut>0)
81                if (debut>0 && fin==0)
82                    fin=length(p_std);
83                    nbr_ties=nbr_ties+1;
84                endif
85                disp([nbr_ties debut fin]);
86                debut_vect(nbr_ties)=debut;
87                fin_vect(nbr_ties)=fin;
88            endif
89    endwhile
90
91    %edge detection
92    fh=[ones(1,3);zeros(1,3);-1*ones(1,3)]/3;
93    %fh=[ones(1,11);zeros(1,11);-1*ones(1,11)]/11;
94
95    %range
96    e_rng=conv2(z,fh,'same');
97
98    [m,n]=size(e_rng);
99    bw=zeros(m,n);
100
101   for k=1:nbr_ties
102       for i=debut_vect(k)+5:fin_vect(k)-5
103           for j=1:n
104               if e_rng(i,j)>=2
105                   bw(i,j)=1;
106               end
107           end
108       end
109   end
110
111   bw=imdilate(bw,ones(1,3));
112   [L, num] = bwlabel(bw);
113
114   for k=1:num
115       [i,j]=find(L==k);
116       if length(i)<5
117           for l=1:length(i)
118               L(i,j)=0;
119           end
120       end
121   end
122
123   %imagesc(int_img);
124   %imagesc(rng_img,[2100 2350]);
125   imagesc(e_rng,[0 10]);
126   hold on
127
128   for k=1:nbr_ties
129       for i=debut_vect(k)+5:fin_vect(k)-5
130           for j=1600:2600
131               if L(i,j)>0
132                   plot(j,i,'rx');
133               end
134           end
```

C:\Source Code\matlab_cracks.m

```matlab
135          end
136     end
137
138     %intensity
139     e_int=conv2(int_img,fh,'same');
140
141     [m,n]=size(e_int);
142     bw=zeros(m,n);
143
144     for k=1:nbr_ties
145         for i=debut_vect(k)+5:fin_vect(k)-5
146             for j=1:n
147                 if e_int(i,j)>=40
148                     bw(i,j)=1;
149                 end
150             end
151         end
152     end
153
154     imagesc(int_img);
155     %imagesc(e_int,[40 100]);
156     %imagesc(rng_img,[2100 2350]);
157     hold on
158
159     bw2=imdilate(bw,ones(1,3));
160     [Lint, num] = bwlabel(bw2);
161
162     %large blobs
163     nbr_blobs=0;
164     for k=1:num
165         [i,j]=find(Lint==k);
166         minx=min(j);
167         maxx=max(j);
168         miny=min(i);
169         maxy=max(i);
170         blob_width=maxx-minx+1;
171         blob_height=maxy-miny+1;
172         ar=blob_width/blob_height;
173
174         if blob_width<15
175             for l=1:length(i)
176                 Lint(i,j)=0;
177             end
178         end
179         if blob_width>=15
180             rectangle('Position',[minx miny blob_width blob_height]);
181             nbr_blobs=nbr_blobs+1;
182             blobs_list1(nbr_blobs,:)=[minx maxx miny maxy];
183         end
184     end
185
186     for k=1:nbr_ties
187         for i=debut_vect(k)+5:fin_vect(k)-5
188             for j=1600:2600
189                 if Lint(i,j)>0
190                     plot(j,i,'bo');
191                 end
192             end
193         end
194     end
195
196     %%%%%%%%%%%%%%%%%%%%%%%%%
197
198     [m,n]=size(z);
199     img_std=zeros(m,n);
200     roi=zeros(5,5);
201
```

C:\Source Code\matlab_cracks.m

```
202    for i=1+2:m-2
203        for j=400:1400
204            roi=z(i-2:i+2,j-2:j+2);
205            img_std(i,j)=std2(roi);
206        end
207    end
208
209    %%%%%%%%%%%%%%%%%%%%%%%%%%
210
211    clear;
212
213    LibVer = LcmsMatlabDataReader('GetLibVersion');
214
215    disp(['Library version : ' LibVer]);
216
217    % LcmsMatlabDataReader('help');
218
219    % FilePath = 'I:\Projet07\077801-6\Commun\AcquisitionsTest\2009_11_11_F003_Validation\';
220    % FileName = 'LcmsData_000001.fis';
221    FilePath = 'C:\Data\LVM\134\';
222    FileName = 'LcmsData_000037.fis';
223
224    RdSectionId = LcmsMatlabDataReader('OpenRoadSection', [FilePath FileName]);
225
226    RdSectionInfo = LcmsMatlabDataReader('GetRoadSectionInfo');
227    SurveyInfo    = LcmsMatlabDataReader('GetSurveyInfo');
228    RdSecList = LcmsMatlabDataReader('GetSurveyRoadSectionList');
229
230    [sLcmsSystemParam sLcmsSystemStatus sLcmsSystemInfo sLcmsSensorParam
       sLcmsSensorAcquiStatus] = LcmsMatlabDataReader('GetSystemData');
231
232
233    [IntensityL IntensityR] = LcmsMatlabDataReader('GetIntData');
234    figure;
235    subplot(1,2,1);
236    imshow(IntensityL, [0 255]); axis normal;
237    subplot(1,2,2);
238    imshow(IntensityR, [0 255]); axis normal;
239
240     [RangeXL RangeZL RangeXR RangeZR] = LcmsMatlabDataReader('GetRngData');
241
242
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
1    //-------------------------------------------------------------------
     -------------------------------------//
2    //------------------------------------------------------------- Samy Metari
     ----------------------------------------------------//
3    //------------------------------------------------------- September 2012
     ----------------------------------------------//
4    //----------------------------------------------------- RailDetector
     ----------------------------------------//
5    //-------------------------------------------------------------------
     -------------------------------------//
6
7    #ifdef _MSC_VER
8    #pragma warning(disable:4786)
9    #endif
10
11
12   //--FILE INCLUDES--------------------------------------------------
13
14   #include "RailDetector.h"
15   #include "gmuImageINOByte.h"
16   #include "BlobColoring.h"
17
18   #include <iomanip>
19
20   //File manip
21   #include <iostream>
22   #include <fstream>
23   using namespace std;
24
25   #ifdef USE_INTEL_IPP_LIB
26   #include "ipp.h"
27   #include "ippi.h"
28   #include "ippcv.h"
29   #endif
30
31   #ifndef PI
32   #define PI 3.14159265358979
33   #endif
34
35   //--LOCAL DEFINITIONS---------------------------------------------
36
37   ManagedVariable<int>    ciFirstParameter
     ("RailModule_RailDetection",          0);
38   ManagedVariable<int>    ciEnableSaveImage
     ("RailModule_EnableSaveImg",          1);
39   ManagedVariable<int>    ciDepth_mm
     ("RailModule_Depth_mm",              20);
40   ManagedVariable<int>    ciDepthFast_mm
     ("RailModule_DepthFast_mm",         120);  // Depth of fasteners
41   ManagedVariable<int>    ciRailEdgesThr_pix
     ("RailModule_RailEdgesThr_pix",      10);  // Distance threshold between two rail
     edges
42   ManagedVariable<int>    ciCrossTieHeight_pix
     ("RailModule_CrossTieHeight_pix",    230);  // Width of the CrossTie.
43   ManagedVariable<int>    ciCrossTieRecROIHeight_pix
     ("RailModule_CrossTieRecROIHeight_pix", 180); // Width of the ROI - CrossTie
     recognition
44   ManagedVariable<int>    ciVertDistance_pix
     ("RailModule_VertDistance_pix",      70);  // Vertical distance between two points
45   ManagedVariable<int>    ciDiffMeansAreas
     ("RailModule_DiffMeansAreas",        55);  // Difference between the means of two
     successive areas
46   ManagedVariable<int>    ciDepthROICrossTie
     ("RailModule_ciDepthROICrossTie",    20);  // Depth of the cross tie ROI
47
48
49   //--CONSTRUCTOR---------------------------------------------------
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```cpp
50
51    CRailDetector::CRailDetector()
52    {
53        for (int s=0; s<2; s++){
54
55            m_pfImagesZ[s] = NULL;
56            m_pucImagesBin[s] = NULL;
57            m_pucImagesBina[s] = NULL;
58            m_pucImagesBinary[s] = NULL;
59            m_pfImagesFasZ[s] = NULL;
60            m_pfImagesX[s] = NULL;
61            m_pucImagesI[s] = NULL;
62            m_iCoordinates[s] = NULL;
63            m_apucInvalidMask[s] = NULL;
64        }
65
66        // Image width and height
67        m_iImageWidth  = 0;
68        m_iImageHeight = 0;
69
70        //Start position and width of the ROI
71        m_iROI_XStart_pix = 0;
72        m_iROI_Width_pix = 0;
73
74        // Variables used to define the 3D-ROI
75        m_iDepth_mm = ciDepth_mm;
76        m_iDepthFast_mm = ciDepthFast_mm;
77
78        //File for intermediate results
79        m_myfile.open ("example.txt",ios::ate);
80    }
81
82    //-DESTRUCTOR----------------------------------------------------------
83
84    CRailDetector::~CRailDetector()
85    {
86        for (int s=0; s<2; s++) {
87
88            if (m_pfImagesZ[s]) delete [] m_pfImagesZ[s];
89
90            if (m_pucImagesBin[s]) delete [] m_pucImagesBin[s];
91
92            if (m_pucImagesBina[s]) delete [] m_pucImagesBina[s];
93
94            if (m_pucImagesBinary[s]) delete [] m_pucImagesBinary[s];
95
96            if (m_pfImagesFasZ[s]) delete [] m_pfImagesFasZ[s];
97
98            if (m_pfImagesX[s]) delete [] m_pfImagesX[s];
99
100           if (m_pucImagesI[s]) delete [] m_pucImagesI[s];
101
102           if (m_iCoordinates[s]) delete [] m_iCoordinates[s];
103
104           if (m_apucInvalidMask[s]) delete [] m_apucInvalidMask[s];
105       }
106
107       m_myfile.close();
108   }
109
110   //---------------------------------------------------------------------------
111   CRailDetector::eError CRailDetector::SetData(int _iProfileNbPts, int _iNbProfiles,
112       float *_apfRangeX[2], float *_apfRangeZ[2], unsigned char *_apucIntensity[2], unsigned
          char *_apucInvalidMask[2], unsigned char *_ucSensorEnable[2], double _dResX_mm, double
          _dResY_mm, double _dSensorAngle_Deg, int _iOverlap_pix, int _iVerticalOverlap_pix, int
          _aiSectionRoiMinMaxY_pix[2])
112   {
```

Trial Exhibit 0508   p. 91 of 119

Exhibit 7
418

C:\Source Code\r8320_20140509_branch_(LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
113         eError eErrorId = eNO_ERROR;
114
115         //Resolution according to X and Y.
116         m_fXResolution_mm = static_cast<float>(_dResX_mm);
117         m_fYResolution_mm = static_cast<float>(_dResY_mm);
118
119         //Check input parameters
120         if(_iNbProfiles==0 || _iProfileNbPts==0)              eErrorId =
            eERROR_INVALID_PARAMETER;
121         if(_dResX_mm<1.0e-9 || _dResY_mm<1.0e-9 )             eErrorId =
            eERROR_INVALID_PARAMETER;
122
123         int s;
124         if(eErrorId == eNO_ERROR){
125             for(s=0; s<2; s++){
126                 if(_ucSensorEnable[s]){
127                     if(!_apfRangeX  [s] || !_apfRangeZ    [s]) eErrorId =
                        eERROR_INVALID_PARAMETER;
128                     if(!_apucIntensity[s])                    eErrorId =
                        eERROR_INVALID_PARAMETER;
129                     if(!_apucInvalidMask[s])                  eErrorId =
                        eERROR_INVALID_PARAMETER;
130                 }
131             }
132         }
133
134         m_iSectionWidth_pix = _iProfileNbPts;
135         m_fSectionWidth_m = m_iSectionWidth_pix*m_fXResolution_mm/1000;
136         m_dSensorAngle_deg = _dSensorAngle_Deg;
137         m_iOverlap_pix = _iOverlap_pix;
138         m_iVerticalOverlap_pix = _iVerticalOverlap_pix;
139         m_iSectionLength_pix  = _iNbProfiles;
140
141         if(eErrorId == eNO_ERROR)
142         {
143             for(int s=0; s<2; s++){
144
145                 // The following "if statement" deals with the case when we upload new
                    images with different sizes
146                 // If the image pointers are non NULL (i.e. we are not at the first step of
                    the image upload)
147                 //and the member variables m_iImageWidth and m_iImageHeight are different
                    from the current width and height values
148                 //(i.e. the dimensions of the new images are different from the current ones)
149                 if ((m_pfImagesZ[s] != NULL || m_pfImagesX[s] != NULL || m_pucImagesI[s] !=
                    NULL) && (m_iImageWidth != _iProfileNbPts || m_iImageHeight !=
                    _iNbProfiles)){
150
151                     try{
152                         delete [] m_pfImagesZ[s];
153                         m_pfImagesZ[s] = NULL;
154
155                         delete [] m_pfImagesFasZ[s];
156                         m_pfImagesFasZ[s] = NULL;
157
158                         delete [] m_pfImagesX[s];
159                         m_pfImagesX[s] = NULL;
160
161                         delete [] m_pucImagesI[s];
162                         m_pucImagesI[s] = NULL;
163
164                         delete [] m_pucImagesBin[s];
165                         m_pucImagesBin[s] = NULL;
166
167                         delete [] m_pucImagesBina[s];
168                         m_pucImagesBina[s] = NULL;
169
```

Exhibit 7
419

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
170                    delete [] m_pucImagesBinary[s];
171                    m_pucImagesBinary[s] = NULL;
172
173                    delete [] m_iCoordinates[s];
174                    m_iCoordinates[s] = NULL;
175
176                    delete [] m_apucInvalidMask[s];
177                    m_apucInvalidMask[s] = NULL;
178
179                } catch(...) {
180                    eErrorId = eERROR_OUT_OF_MEMORY;
181                }
182            }
183
184            //If we are at the first step of image upload
185            //if (m_pfImagesZ[s] == NULL && m_pfImagesX[s] == NULL && m_pucImagesI[s]
                == NULL){
186            if (m_pfImagesZ[s] == NULL || m_pfImagesX[s] == NULL || m_pucImagesI[s] ==
                NULL){
187
188                m_iImageWidth  = _iProfileNbPts;
189                m_iImageHeight = _iNbProfiles;
190
191                try{
192                    m_pfImagesZ[s]      = new float [m_iImageWidth*m_iImageHeight];
193                    m_pfImagesFasZ[s]   = new float [m_iImageWidth*m_iImageHeight];
194                    m_pfImagesX[s]      = new float [m_iImageWidth*m_iImageHeight];
195                    m_pucImagesBin[s]   = new unsigned char
                        [m_iImageWidth*m_iImageHeight];
196                    m_pucImagesBina[s]  = new unsigned char
                        [m_iImageWidth*m_iImageHeight];
197                    m_pucImagesBinary[s] = new unsigned char
                        [m_iImageWidth*m_iImageHeight];
198                    m_apucInvalidMask[s] = new unsigned char
                        [m_iImageWidth*m_iImageHeight];
199                    m_pucImagesI[s]     = new unsigned char
                        [m_iImageWidth*m_iImageHeight];
200                    m_iCoordinates[s]   = new int [2];
201                } catch(...) {
202                    eErrorId = eERROR_OUT_OF_MEMORY;
203                }
204            }
205
206            m_iROI_Width_pix = m_iImageWidth/2;
207
208            memcpy(m_pfImagesZ[s], _apfRangeZ[s],
                sizeof(float)*m_iImageWidth*m_iImageHeight);
209            memcpy(m_pfImagesFasZ[s], _apfRangeZ[s],
                sizeof(float)*m_iImageWidth*m_iImageHeight);
210            memcpy(m_pfImagesX[s], _apfRangeX[s],
                sizeof(float)*m_iImageWidth*m_iImageHeight);
211            memcpy(m_pucImagesI[s], _apucIntensity[s], sizeof(unsigned
                char)*m_iImageWidth*m_iImageHeight);
212            memcpy(m_apucInvalidMask[s], _apucInvalidMask[s], sizeof(unsigned
                char)*m_iImageWidth*m_iImageHeight);
213
214            m_aiSectionRoiMinMaxY_pix[s] = _aiSectionRoiMinMaxY_pix[s];
215        }
216    }
217
218    UpdateRoadSectionInfo();
219    return eErrorId;
220 }
221 //--------------------------------------------------------------------------
222 CRailDetector::eError CRailDetector::Process()
223 {
224    eError eErrorId = eNO_ERROR;
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
225         IppStatus eErrorIPP = ippStsNoErr;
226
227         // Define INO Image
228         gmuImageINOByte ImageZ(m_iImageWidth,m_iImageHeight);
229
230         float        * pfImagesZ[2];
231         float        * pfImagesFasZ[2]; // Fas for fasteneres
232         float        * pfImagesCrossZ[2]; // Cross for CrossTies
233         unsigned char * pucImagesI[2];
234         unsigned char * pucImagesCrossI[2];
235         unsigned char * gpucImagesI[2];
236         unsigned int  * uiImageOutput[2];
237
238         // Variables - Canny method
239         int size, size1;
240
241         // Derivative images - Sobel kernel
242         signed short *dx[2];
243         signed short *dy[2];
244
245         // ROIs definition
246         IppiSize imgSize    = {m_iImageWidth, m_iImageHeight};
247         IppiSize imgSizeBor = {m_iImageWidth-2, m_iImageHeight-2}; // Bor for Border
248         IppiSize roiSizeBor = {m_iROI_Width_pix-2, m_iImageHeight-2}; // Bor for Border
249         IppiSize roiSizeLineV = {1, m_iImageHeight-2}; // ROI corresponding to a vertical
            line
250
251         for(int s=0; s<2; s++){
252
253             try{
254                 pfImagesZ[s]      = new float [m_iImageWidth*m_iImageHeight];
255                 pfImagesFasZ[s]   = new float [m_iImageWidth*m_iImageHeight];
256                 pfImagesCrossZ[s]  = new float [m_iImageWidth*m_iImageHeight];
257                 pucImagesI[s]     = new unsigned char [m_iImageWidth*m_iImageHeight];
258                 pucImagesCrossI[s] = new unsigned char [m_iImageWidth*m_iImageHeight];
259                 gpucImagesI[s]    = new unsigned char [m_iImageWidth*m_iImageHeight];
260                 uiImageOutput[s]  = new unsigned int [m_iImageWidth*m_iImageHeight];
261                 dx[s]             = new signed short [m_iImageWidth*m_iImageHeight];
262                 dy[s]             = new signed short [m_iImageWidth*m_iImageHeight];
263             } catch(...) {
264                 eErrorId = eERROR_OUT_OF_MEMORY;
265             }
266
267             m_iCoordinates[s][0] = 0;
268             m_iCoordinates[s][1] = 0;
269         }
270         bool bTest = true;
271         bool bTest1 = true;
272         bool bTest2 = true;
273             bool bTest8 = true;
274
275         float fMin = 10000.;
276         float fStep = 1;
277         double vMeanLineV = 0;
278
279         // Detection and recogniton of rails.
280         if(eErrorId==eNO_ERROR){
281             for(int s=0; s<2; s++){
282
283                 // Processing the invalid data
284                 for(int i=0;i<m_iImageWidth*m_iImageHeight;i++){
285
286                     //Correction of the range image to detect rails.
287                     if(m_apucInvalidMask[s][i] ==  255) // Invalid data
288                         m_pfImagesZ[s][i] = +10000;//10000;
289                     else // Correction of the slope
290                         if (s==0)
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
291                     m_pfImagesZ[s][i] = m_pfImagesZ[s][i] + (i%m_iImageWidth)*0.15;
                        //tan(9.1* PI / 180.0);
292                 else
293                     m_pfImagesZ[s][i] = m_pfImagesZ[s][i] +   (m_iImageWidth -
                        (i%m_iImageWidth)) * 0.13;//0.17; //tan(9.1* PI / 180.0);
294
295             //Correction of the range image to detect cross-ties.
296             if (s==0)
297                 m_pfImagesFasZ[s][i] = m_pfImagesFasZ[s][i] +
                    (i%m_iImageWidth)*0.15; //tan(9.1* PI / 180.0);
298             else
299                 m_pfImagesFasZ[s][i] = m_pfImagesFasZ[s][i] +  (m_iImageWidth -
                    (i%m_iImageWidth)) * 0.17; //tan(9.1* PI / 180.0);
300         }
301
302
303         //------------------------- fastener extraction for 3D template
            matching-----------------------------//
304
305         if (s==0){
306             float ucImgSourceLI[6120];
307             int k = 0;
308             for(int i=21; i<72; i++)
309                 for(int j=1270; j<1390; j++){
310                     ucImgSourceLI[k] = m_pfImagesFasZ[s][j*m_iImageWidth+i];
311                     k++;
312                 }
313
314             Mat IntermediateImI(Size(51, 120), CV_32FC1, &ucImgSourceLI,
                Mat::AUTO_STEP);
315             m_LeftTemplateImI = IntermediateImI;
316
317             //imwrite("LeftTemplateI.jpg", IntermediateImI);
318
319             float ucImgSourceLII[21895];
320             int f = 0;
321             for(int i=200; i<345; i++)
322                 for(int j=1254; j<1405; j++){
323                     ucImgSourceLII[f] = m_pfImagesFasZ[s][j*m_iImageWidth+i];
324                     f++;
325                 }
326
327             Mat IntermediateImII(Size(145, 151), CV_32FC1, &ucImgSourceLII,
                Mat::AUTO_STEP);
328             m_LeftTemplateImII = IntermediateImII;
329
330             //imwrite("LeftTemplateII.jpg", IntermediateImII);
331         }
332         else
333         {
334
335             float ucImgSourceLI[15400];
336             int k = 0;
337             for(int i=1680; i<1820; i++)
338                 for(int j=775; j<885; j++){
339                     ucImgSourceLI[k] = m_pfImagesFasZ[s][j*m_iImageWidth+i];
340                     k++;
341                 }
342
343             Mat IntermediateImI(Size(140, 110), CV_32FC1, &ucImgSourceLI,
                Mat::AUTO_STEP);
344             m_RightTemplateImI = IntermediateImI;
345
346             //imwrite("RightTemplateI.jpg", IntermediateImI);
347
348             float ucImgSourceLII[5750];
349             int f = 0;
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
350            for(int i=1945; i<1995; i++)
351                for(int j=770; j<885; j++){
352                    ucImgSourceLII[f] = m_pfImagesFasZ[s][j*m_iImageWidth+i];
353                    f++;
354                }
355
356            Mat IntermediateImII(Size(50, 115), CV_32FC1, &ucImgSourceLII,
                Mat::AUTO_STEP);
357            m_RightTemplateII = IntermediateImII;
358
359            for(int row=0; row<50; row++)
360                for(int col=0; col<115; col++)
361                    float fTemp = m_RightTemplateII.at<float>(row,col);
362
363                //imwrite("RightTemplateII.jpg", IntermediateImII);
364        }
365
366
            //------------------------------------------------------------------------
            ----------------------//
367
368
369        // Intermediate results
370        if(ciEnableSaveImage){
371
372            for(int i=0; i<m_iImageWidth; i++)
373                for(int j=0; j<m_iImageHeight; j++)
374                    ImageZ.Pixel(i,j) = (m_apucInvalidMask[s][j*m_iImageWidth+i]);
                    //ImageZ.Pixel(i,m_iImageHeight-1-j)
375
376            // If bTest1 is true, we save the left Invalid Mask
377            if(bTest1){
378                ImageZ.WriteFile("c:\\Temp\\LeftInvalidMask.bmp");
379                bTest1 = false;
380            }
381            else // We save the right Invalid Mask
382                ImageZ.WriteFile("c:\\Temp\\RightInvalidMask.bmp");
383
384
                //-----------------------------------------------------------------------
                ----------------------------------
385
386            for(int i=0; i<m_iImageWidth; i++)
387                for(int j=0; j<m_iImageHeight; j++)
388                    ImageZ.Pixel(i,j) = (m_pfImagesZ[s][j*m_iImageWidth+i]);
                    //ImageZ.Pixel(i,m_iImageHeight-1-j)
389            // If bTest1 is true, we save the left Invalid Mask
390            if(bTest){
391                ImageZ.WriteFile("c:\\Temp\\LeftRangeImage.bmp");
392                bTest = false;
393            }
394            else // We save the right Invalid Mask
395                ImageZ.WriteFile("c:\\Temp\\RightRangeImage.bmp");
396        }
397
398        if (s==0) // left image
399            m_iROI_XStart_pix = 0; // vs m_iROI_XStart_pix = 1;
400        else // right image
401            m_iROI_XStart_pix = m_iImageWidth/2-1; // vs m_iROI_XStart_pix =
                m_iImageWidth/2;
402
403        if (s==1){
404            fMin = 10000;
405            fStep = 1.5;
406        }
407        // Calculate the average minimum value according to a specific ROI (that
            corresponds to the nearest point to the camera).
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```cpp
408             for(int i = 0; i<m_iImageWidth/2-2; i++){

410                 eErrorIPP = ippiMean_32f_C1R((const Ipp32f *)
                    (m_pfImagesZ[s]+(int)(fStep*m_iImageWidth)+i),
                    m_iImageWidth*sizeof(float), roiSizeLineV, &vMeanLineV, ippAlgHintNone);
411                 if (vMeanLineV<fMin)
412                     fMin = vMeanLineV;
413             }

415             // The nearest point to the camera should correspond to a point on the rail
                head
416             //eErrorIPP = ippiMin_32f_C1R((const Ipp32f *)
                (m_pfImagesZ[s]+m_iImageWidth+m_iROI_XStart_pix),
                m_iImageWidth*sizeof(float), roiSizeBor, &fMin); // Setting of Chicago rails

418             //Apply a double threshold operator to the range image m_pfImagesZ in order
                to extract the rail head.
419             //eErrorIPP = ippiThreshold_LTValGTVal_32f_C1R((const Ipp32f *)
                (m_pfImagesZ[s]+m_iImageWidth+m_iROI_XStart_pix),
                m_iImageWidth*sizeof(float), (Ipp32f *)
                (pfImagesZ[s]+m_iImageWidth+m_iROI_XStart_pix),
                m_iImageWidth*sizeof(float), roiSizeBor, fMin-m_iDepth_mm, 0.0,
                fMin+m_iDepth_mm, 0.0);
420             eErrorIPP = ippiThreshold_LTValGTVal_32f_C1R((const Ipp32f *)
                (m_pfImagesZ[s]+m_iImageWidth), m_iImageWidth*sizeof(float), (Ipp32f *)
                (pfImagesZ[s]+m_iImageWidth), m_iImageWidth*sizeof(float), imgSizeBor,
                fMin-m_iDepth_mm, 0.0, fMin+m_iDepth_mm, 0.0);
421             eErrorIPP = ippiThreshold_LTValGTVal_32f_C1R((const Ipp32f *)
                (m_pfImagesFasZ[s]+m_iImageWidth), m_iImageWidth*sizeof(float), (Ipp32f *)
                (pfImagesZ[s]+m_iImageWidth), m_iImageWidth*sizeof(float), imgSizeBor,
                fMin+80, 0.0, fMin+1000, 0.0);
422             eErrorIPP = ippiThreshold_LTValGTVal_32f_C1R((const Ipp32f *)
                (m_pfImagesZ[s]+m_iImageWidth), m_iImageWidth*sizeof(float), (Ipp32f *)
                (pfImagesCrossZ[s]+m_iImageWidth), m_iImageWidth*sizeof(float), imgSizeBor,
                fMin+120, 0.0, fMin+150, 0.0);//fMin-20, 0, fMin-80, 0);
423             //eErrorIPP = ippiThreshold_LTValGTVal_32f_C1R((const Ipp32f *)
                (m_pfImagesZ[s]+m_iImageWidth+m_iROI_XStart_pix), (Ipp32f *)
                (pfImagesZ[s]+m_iImageWidth+m_iROI_XStart_pix),
                m_iImageWidth*sizeof(float), roiSizeBor, fMin-10, 0.0, fMin+m_iDepth_mm,
                0.0);

425             eErrorIPP = ippiScale_32f8u_C1R((const Ipp32f*) pfImagesCrossZ[s],
                m_iImageWidth*sizeof(float), (Ipp8u *) pucImagesCrossI[s],
                m_iImageWidth*sizeof(unsigned char), imgSize, 0, fMin + 150); // Without ROI.
426             memcpy(m_pucImagesBina[s], pucImagesCrossI[s], sizeof(unsigned
                char)*m_iImageWidth*m_iImageHeight);

428             if(ciEnableSaveImage){
429                 for(int i=0; i<m_iImageWidth; i++)
430                     for(int j=0; j<m_iImageHeight; j++)
431                         ImageZ.Pixel(i,j) = (pfImagesZ[s][j*m_iImageWidth+i]);

433                 if(bTest2){
434                     ImageZ.WriteFile("c:\\Temp\\LeftRectifiedImageRangeROI.bmp");
435                     bTest2 = false;
436                 }
437                 else
438                     ImageZ.WriteFile("c:\\Temp\\RightRectifiedImageRangeROI.bmp");

440                 for(int i=0; i<m_iImageWidth; i++)
441                     for(int j=0; j<m_iImageHeight; j++)
442                         ImageZ.Pixel(i,j)=pfImagesCrossZ[s][j*m_iImageWidth+i];

444                 if(bTest8){
445                     ImageZ.WriteFile("c:\\Temp\\LeftCross.bmp");
446                     bTest8 = false;
```

Trial Exhibit 0508   p. 97 of 119

**Exhibit 7**
**424**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
447                    }
448                    else
449                            ImageZ.WriteFile("c:\\Temp\\RightCross.bmp");
450                    }
451
452            // The following function allows the remapping of the pixel values (0..255
                   instead of Min..Max)
453            eErrorIPP = ippiScale_32f8u_C1R((const Ipp32f*) pfImagesZ[s],
               m_iImageWidth*sizeof(float), (Ipp8u *) gpucImagesI[s],
               m_iImageWidth*sizeof(unsigned char), imgSize, 0, fMin + m_iDepth_mm); //
               Without ROI.
454
455            //Application of the Canny method
456            eErrorIPP = ippiFilterSobelNegVertGetBufferSize_8u16s_C1R(imgSizeBor,
               ippMskSize3x3, &size);
457            eErrorIPP = ippiFilterSobelHorizGetBufferSize_8u16s_C1R(imgSizeBor,
               ippMskSize3x3, &size1);
458
459            if (size<size1) size=size1;
460            ippiCannyGetSize(imgSizeBor, &size1);
461
462            if (size<size1) size=size1;
463            Ipp8u *buffer = ippsMalloc_8u(size);
464
465            eErrorIPP = ippiFilterSobelNegVertBorder_8u16s_C1R ((const
               Ipp8u*)(gpucImagesI[s] + m_iImageWidth +1), m_iImageWidth*sizeof(unsigned
               char), (Ipp16s *) (dx[s]+ m_iImageWidth +1), m_iImageWidth*sizeof(signed
               short), imgSizeBor, ippMskSize3x3, ippBorderRepl, 0, buffer);
466
467            eErrorIPP = ippiFilterSobelHorizBorder_8u16s_C1R((const
               Ipp8u*)(gpucImagesI[s]+ m_iImageWidth +1), m_iImageWidth*sizeof(unsigned
               char), (Ipp16s *) (dy[s]+ m_iImageWidth +1), m_iImageWidth*sizeof(signed
               short), imgSizeBor, ippMskSize3x3, ippBorderRepl, 0, buffer);
468
469            eErrorIPP = ippiCanny_16s8u_C1R(dx[s]+ m_iImageWidth +1,
               m_iImageWidth*sizeof(signed short), dy[s]+ m_iImageWidth +1,
               m_iImageWidth*sizeof(signed short), gpucImagesI[s],
               m_iImageWidth*sizeof(unsigned char), imgSizeBor, 250, 255, buffer);
470
471            ippsFree(buffer);
472
473            if(eErrorIPP != ippStsNoErr)
474                    eErrorId = eERROR_PROCESSING_IPP;
475        }//End for
476    }//End if
477
478    //---------------------------Find the rail position--------------------------------
479
480    float *fRailEdgesRightImage = new float [m_iImageWidth];
481    float *fRailEdgesLeftImage = new float [m_iImageWidth];
482    float fMax[2][2] = {{0.0,0.0},{0.0,0.0}};
483    bool bTest3 = true, bTest4 = true;
484    for (int i = 0; i<m_iImageWidth; i++){
485        fRailEdgesRightImage[i] = 0.0;
486        fRailEdgesLeftImage[i] = 0.0;
487    }
488
489    for (int s=0; s<2; s++)
490    {
491        for(int i=0; i<m_iImageWidth; i++)
492            for(int j=0; j<m_iImageHeight; j++)
493                ImageZ.Pixel(i,j) =
                   (gpucImagesI[s][j*m_iImageWidth+i]);//ImageZ.Pixel(i,m_iImageHeight-1-j);
494
495            // If bTest3 is true, we process the left range images
496            if(bTest3){
```

Trial Exhibit 0508   p. 98 of 119

**Exhibit 7**
**425**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
497
498                 // Fill the vector fRailEdgesLeftImage (It will contain the left-rail
                     coordinates)
499                 for(int i=0; i<m_iImageWidth; i++)
500                     for(int j=0; j<m_iImageHeight; j++)
501                         if (ImageZ.Pixel(i,j)!= 0)
502                             fRailEdgesLeftImage[i] += 1;
503
504
505                 // Get the highest score from the array fRailEdgesLeftImage
506                 // This score corresponds to the coordinate of the first rail-head edge.
507                 for(int i=0; i<m_iImageWidth; i++)
508                     if (fRailEdgesLeftImage[i] > fMax[0][0]){
509                         fMax[0][0] = fRailEdgesLeftImage[i] ;
510                         m_iCoordinates[0][0] = i;
511                     }
512
513                 //Get the second highest score from the array fRailEdgesLeftImage
514                 // This second score corresponds to the coordinate of the second
                     rail-head edge.
515                 for(int i=0; i<m_iImageWidth; i++)
516                     if (fRailEdgesLeftImage[i] > fMax[0][1] && fRailEdgesLeftImage[i] <
                         fMax[0][0] && abs(i-m_iCoordinates[0][0])>ciRailEdgesThr_pix ){
517                         fMax[0][1] = fRailEdgesLeftImage[i] ;
518                         m_iCoordinates[0][1] = i;
519                     }
520                 bTest3 = false;
521             }
522         else{ // We process the right range image k
523
524                 // Fill the vector fRailEdgesRightImage that contains the right rail
                     coordinates
525                 for(int i=0; i<m_iImageWidth; i++)
526                     for(int j=0; j<m_iImageHeight; j++)
527                         if (ImageZ.Pixel(i,j)!= 0)
528                             fRailEdgesRightImage[i] += 1;
529
530                 // Get the highest score from the array fRailEdgesRightImage
531                 // This score corresponds to the coordinate of the first rail-head edge.
532                 for(int i=0; i<m_iImageWidth; i++)
533                     if (fRailEdgesRightImage[i] > fMax[1][0]){
534                         fMax[1][0] = fRailEdgesRightImage[i] ;
535                         m_iCoordinates[1][0] = i;
536                     }
537
538                 //Get the second highest score from the array fRailEdgesRightImage
539                 // This second score corresponds to the coordinate of the second
                     rail-head edge.
540                 for(int i=0; i<m_iImageWidth; i++)
541                     if (fRailEdgesRightImage[i] > fMax[1][1] && fRailEdgesRightImage[i]
                         < fMax[1][0] && abs(i-m_iCoordinates[1][0])>ciRailEdgesThr_pix){
542                         fMax[1][1] = fRailEdgesRightImage[i] ;
543                         m_iCoordinates[1][1] = i;
544                     }
545             }
546         }
547
548         //--------------Connect the rail edges of the candidate
            images--------------------------
549         for (int s=0; s<2; s++){
550
551             if (m_iCoordinates[s][0]<m_iCoordinates[s][1]){
552
553                 for(int i=m_iCoordinates[s][0]; i<=m_iCoordinates[s][1]; i++){
554                     gpucImagesI[s][i] = 255;
555                     gpucImagesI[s][(m_iImageHeight-1)*m_iImageWidth+i] = 255;
556                 }
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
558                     for(int j=0; j<m_iImageHeight; j++){
559                         gpucImagesI[s][j*m_iImageWidth+m_iCoordinates[s][1]] = 255;
560                         gpucImagesI[s][j*m_iImageWidth+m_iCoordinates[s][0]] = 255;
561                     }
562                 }
563                 else{
564                     for(int i=m_iCoordinates[s][1]; i<=m_iCoordinates[s][0]; i++){
565                         gpucImagesI[s][i] = 255;
566                         gpucImagesI[s][(m_iImageHeight-1)*m_iImageWidth+i] = 255;
567                     }
568
569                     for(int j=0; j<m_iImageHeight; j++){
570                         gpucImagesI[s][j*m_iImageWidth+m_iCoordinates[s][1]] = 255;
571                         gpucImagesI[s][j*m_iImageWidth+m_iCoordinates[s][0]] = 255;
572                     }
573                 }
574             }
575
576             //-------------------------------------------------Cross-Ties
                processing-------------------------------------------------
577
578
579             bool bTest5 = true;
580             bool bTest6 = true;
581             bool bTest7 = true;
582
583
584             IppiSize roiSizeLine = {m_iImageWidth/2,1}; //{m_iImageWidth/3,1};
585
586             for(int s=0; s<2; s++)
587             {
588                 if(eErrorId==eNO_ERROR){
589
590                     if (s==0) // left image
591                         m_iROI_XStart_pix = 0;
592                     else // right image
593                         m_iROI_XStart_pix = m_iImageWidth/2-1;
594
595                     float fMin = 10000;
596                     double vMeanLine = 0;
597                     double *aMeanTab = new double[m_iImageHeight-2];
598
599                     // Calculate the relative minimum pixel value (that corresponds to the
                        nearest point to the camera) according to a specific ROI.
600                     for(int i = 0; i<m_iImageHeight-2; i++)
601                     {
602                         eErrorIPP = ippiMean_32f_C1R((const Ipp32f *)
                            (m_pfImagesFasZ[s]+(i+1)*m_iImageWidth+m_iImageWidth/4),
                            m_iImageWidth*sizeof(float), roiSizeLine, &vMeanLine, ippAlgHintNone);
603                         aMeanTab[i] = vMeanLine;
604                     }
605                     fMin = (aMeanTab[0]+aMeanTab[1]+aMeanTab[2]+aMeanTab[3]+aMeanTab[4])/5;
606                     for(int i = 5; i<m_iImageHeight-7; i++)
607                     {
608                         int vTemp =
                            (aMeanTab[i]+aMeanTab[i+1]+aMeanTab[i+2]+aMeanTab[i+3]+aMeanTab[i+4])/5;
609                         if (vTemp<fMin)
610                             fMin =
                                (aMeanTab[i]+aMeanTab[i+1]+aMeanTab[i+2]+aMeanTab[i+3]+aMeanTab[i+4])
                                /5;
611                     }
612
613                     delete [] aMeanTab;
614
615
616                     //Apply a double threshold operator to the image m_pfImagesZ.
```

Trial Exhibit 0508   p. 100 of 119

**Exhibit 7**
**427**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
617             eErrorIPP = ippiThreshold_LTValGTVal_32f_C1R((const Ipp32f *)
                (m_pfImagesFasZ[s]+m_iImageWidth), m_iImageWidth*sizeof(float), (Ipp32f *)
                (pfImagesFasZ[s]+m_iImageWidth), m_iImageWidth*sizeof(float), imgSizeBor,
                fMin-ciDepthROICrossTie, 0, fMin+ciDepthROICrossTie, 0); // Replace 20 by 12

618
619             // Intermediate results
620             if(ciEnableSaveImage){
621                 for(int i=0; i<m_iImageWidth; i++)
622                     for(int j=0; j<m_iImageHeight; j++)
623                         ImageZ.Pixel(i,j)=pfImagesFasZ[s][j*m_iImageWidth+i];
624
625                 if(bTest5){
626                     ImageZ.WriteFile("c:\\Temp\\LeftRectifiedImageRange+ROI.bmp");
627                     bTest5 = false;
628                 }
629                 else
630                     ImageZ.WriteFile("c:\\Temp\\RightRectifiedImageRange+ROI.bmp");
631
632             }
633
634             eErrorIPP = ippiScale_32f8u_C1R((const Ipp32f*) pfImagesFasZ[s],
                m_iImageWidth*sizeof(float), (Ipp8u *) pucImagesI[s],
                m_iImageWidth*sizeof(unsigned char), imgSize, 0,  fMin+ciDepthROICrossTie);
                // Replace 20 by 12
635
636             //Erode and Dilate the candidate image to supress small blobs
637             int ciMarkingDilateSizeBis = 25;
638
639             for (int i=0; i<2; i++)
640             {
641                 if(eErrorId==eNO_ERROR){
642
643                     ImageMorph ImageMorphObj;
644                     ImageMorph::eError ImMorphRes = ImageMorph::eNO_ERROR;
645
646                     if(ImMorphRes==ImageMorph::eNO_ERROR)
647                         ImMorphRes =
                        ImageMorphObj.SetStructuringElement(ImageMorph::eTYPE_RECTANGLE,c
                        iMarkingDilateSizeBis,ciMarkingDilateSizeBis);
648
649                     if(ImMorphRes==ImageMorph::eNO_ERROR)
650                         ImMorphRes = ImageMorphObj.Erode(pucImagesI[s], m_iImageWidth,
                        m_iImageHeight, pucImagesI[s]);
651
652                     if(ImMorphRes==ImageMorph::eNO_ERROR)
653                         ImMorphRes = ImageMorphObj.Dilate(pucImagesI[s], m_iImageWidth,
                        m_iImageHeight, pucImagesI[s]);
654
655                     if(ImMorphRes!=ImageMorph::eNO_ERROR)
656                         eErrorId = eERROR_IMAGE_MORPH;
657                 }
658             }
659
660             memcpy(m_pucImagesBinary[s], pucImagesI[s], sizeof(unsigned
                char)*m_iImageWidth*m_iImageHeight);
661
662             // Intermediate results
663             if(ciEnableSaveImage){
664                 for(int i=0; i<m_iImageWidth; i++)
665                     for(int j=0; j<m_iImageHeight; j++)
666                         ImageZ.Pixel(i,j) = (m_pucImagesBinary[s][j*m_iImageWidth+i]);
667
668                 if(bTest6){
669                     ImageZ.WriteFile("c:\\Temp\\LeftScaledImage.bmp");
670                     bTest6 = false;
671                 }
672                 else
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
673                         ImageZ.WriteFile("c:\\Temp\\RightScaledImage.bmp");
674                     }
675
676                     //Application of the Canny method
677                     eErrorIPP = ippiFilterSobelNegVertGetBufferSize_8u16s_C1R(imgSizeBor,
                         ippMskSize3x3, &size);
678                     eErrorIPP = ippiFilterSobelHorizGetBufferSize_8u16s_C1R(imgSizeBor,
                         ippMskSize3x3, &size1);
679
680                     if (size<size1) size=size1;
681                     ippiCannyGetSize(imgSizeBor, &size1);
682
683                     if (size<size1) size=size1;
684                     Ipp8u *buffer = ippsMalloc_8u(size);
685
686                     eErrorIPP = ippiFilterSobelNegVertBorder_8u16s_C1R ((const
                         Ipp8u*)(pucImagesI[s] + m_iImageWidth +1), m_iImageWidth*sizeof(unsigned
                         char), (Ipp16s *)(dx[s]+ m_iImageWidth +1), m_iImageWidth*sizeof(signed
                         short), imgSizeBor, ippMskSize3x3, ippBorderRepl, 0, buffer);
687
688                     eErrorIPP = ippiFilterSobelHorizBorder_8u16s_C1R((const
                         Ipp8u*)(pucImagesI[s] + m_iImageWidth +1), m_iImageWidth*sizeof(unsigned
                         char), (Ipp16s *)(dy[s]+ m_iImageWidth +1), m_iImageWidth*sizeof(signed
                         short), imgSizeBor, ippMskSize3x3, ippBorderRepl, 0, buffer);
689
690                     // Intermediate results
691                     if(ciEnableSaveImage){
692
693                         for(int i=0; i<m_iImageWidth; i++)
694                             for(int j=0; j<m_iImageHeight; j++)
695                                 ImageZ.Pixel(i,j) = (dy[s][j*m_iImageWidth+i]);
696
697                         if(bTest7){
698                             ImageZ.WriteFile("c:\\Temp\\LeftHorzSobel.bmp");
699                             bTest7 = false;
700                         }
701                         else
702                             ImageZ.WriteFile("c:\\Temp\\RightHorzSobel.bmp");
703                     }
704                     eErrorIPP = ippiCanny_16s8u_C1R(dx[s]+ m_iImageWidth +1,
                         m_iImageWidth*sizeof(signed short), dy[s]+ m_iImageWidth +1,
                         m_iImageWidth*sizeof(signed short), pucImagesI[s],
                         m_iImageWidth*sizeof(unsigned char),  imgSizeBor,250, 255, buffer);   //
                         Take care of the threshold values.
705
706                     ippsFree(buffer);
707
708                     if(eErrorIPP != ippStsNoErr)
709                         eErrorId = eERROR_PROCESSING_IPP;
710                 }
711
712             }
713
714             // Remove image borders
715             for (int s=0; s<2; s++){
716
717                 for(int i=0; i<m_iImageWidth; i++){
718                     for(int j=0; j<4; j++){
719                         pucImagesI[s][j*m_iImageWidth+i]=0;
720                     }
721                     for(int j=m_iImageHeight-4; j<m_iImageHeight; j++){
722                         pucImagesI[s][j*m_iImageWidth+i]=0;
723                     }
724                 }
725
726                 for(int j=0; j<m_iImageHeight; j++){
727                     for(int i=0; i<4; i++){
```

```
728                     pucImagesI[s][j*m_iImageWidth+i]=0;
729                 }
730                 for(int i=m_iImageWidth-4; i<m_iImageWidth; i++){
731                     pucImagesI[s][j*m_iImageWidth+i]=0;
732                 }
733             }

734
735         // Assign the binary image pucImagesI to the member variable m_pucImagesBin
736         memcpy(m_pucImagesBin[s], pucImagesI[s], sizeof(unsigned
               char)*m_iImageWidth*m_iImageHeight);
737     }

738
739
740     // Intermediate results
741     if(ciEnableSaveImage){

742
743         bTest3 = true;

744
745         for (int s=0; s<2; s++){

746
747             for(int i=0; i<m_iImageWidth; i++)
748                 for(int j=0; j<m_iImageHeight; j++)
749                     ImageZ.Pixel(i,j) =
                       (pucImagesI[s][j*m_iImageWidth+i]);

750
751
752             if(bTest3){
753                 ImageZ.WriteFile("c:\\Temp\\ImageLZ.bmp");
754                 bTest3 = false;
755             }
756             else
757                 ImageZ.WriteFile("c:\\Temp\\ImageRZ.bmp");
758         }
759     }

760
761     //Dilate and erode the candidate image to fill very small holes (isolated points)
762     int ciMarkingDilateSize = 2;

763
764     for (int s=0; s<2; s++)
765     {
766         if(eErrorId==eNO_ERROR){
767             ImageMorph ImageMorphObj;
768             ImageMorph::eError ImMorphRes = ImageMorph::eNO_ERROR;
769             if(ImMorphRes==ImageMorph::eNO_ERROR){
770                 ImMorphRes =
                   ImageMorphObj.SetStructuringElement(ImageMorph::eTYPE_RECTANGLE,ciMarking
                   DilateSize,ciMarkingDilateSize);
771             }
772             if(ImMorphRes==ImageMorph::eNO_ERROR){
773                 ImMorphRes = ImageMorphObj.Dilate(gpucImagesI[s], m_iImageWidth,
                   m_iImageHeight, gpucImagesI[s]);
774             }
775             if(ImMorphRes==ImageMorph::eNO_ERROR){
776                 ImMorphRes = ImageMorphObj.Erode(gpucImagesI[s], m_iImageWidth,
                   m_iImageHeight, gpucImagesI[s]);
777             }
778             if(ImMorphRes!=ImageMorph::eNO_ERROR){
779                 eErrorId = eERROR_IMAGE_MORPH;
780             }
781         }
782     }

783
784     //-----------------------------------Blob Coloring
        process-------------------------------------

785
786     int NbBlob = 0;
787     BlobColoring BlobColoringObj;
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
788        unsigned char *BlobSelectTable = 0;
789        BlobColoring::BlobInfo *BlobInfoArray = 0;
790
791
792        for (int s=0; s<2; s++){
793
794            m_ListPerimeter[s].clear();
795            //Get properties of candidate regions of gpucImagesI
796            if(eErrorId==eNO_ERROR){
797                BlobColoring::eError BCRes;
798                BCRes = BlobColoringObj.ApplyBlobColoring(gpucImagesI[s], m_iImageWidth,
                   m_iImageHeight, uiImageOutput[s], NbBlob);
799                if(BCRes != BlobColoring::eNO_ERROR){
800                    eErrorId = eERROR_BLOB_COLORING;
801                }
802                if(NbBlob>1){
803                    try{
804                        BlobSelectTable = new unsigned char[NbBlob];
805                        BlobInfoArray   = new BlobColoring::BlobInfo[NbBlob];
806                    }
807                    catch(...){}
808                    if(!BlobSelectTable || !BlobInfoArray){
809                        eErrorId = eERROR_OUT_OF_MEMORY;
810                    }
811                }
812            }
813            // Extract the perimeter
814            if(eErrorId==eNO_ERROR){
815                BlobColoring::eError BCRes;
816                BCRes = BlobColoringObj.GetBlobInfo(NbBlob, BlobInfoArray,
                   uiImageOutput[s],  m_iImageWidth, m_iImageHeight, BLOB_INFO_TYPE_ALL);
817                if(BCRes != BlobColoring::eNO_ERROR){
818                    eErrorId = eERROR_BLOB_COLORING;
819                }
820            }
821
822            if(eErrorId==eNO_ERROR ){
823                if(NbBlob>1){
824                    //Init selection table
825                    for(int i=0; i<NbBlob; i++){
826                        BlobSelectTable[i] = 0;
827                    }
828                    int c;
829
830                    for(c=0; c<m_iImageWidth*m_iImageHeight; c++){
831                        if(uiImageOutput[s][c]){
832                            BlobSelectTable[uiImageOutput[s][c]] = 255;
833                        }
834                    }
835                    //Redraw gpucImagesI
836                    for(c=0; c<m_iImageWidth*m_iImageHeight; c++){
837                        gpucImagesI[s][c] = BlobSelectTable[uiImageOutput[s][c]];
838                    }
839                }
840                else{
841                    for(int c=0; c<m_iImageWidth*m_iImageHeight; c++){
842                        gpucImagesI[s][c] = 0;
843                    }
844                }
845            }
846
847            if(ciEnableSaveImage){
848                for(int i=0; i<m_iImageWidth; i++)
849                    for(int j=0; j<m_iImageHeight; j++)
850                        ImageZ.Pixel(i,j) =
                         (gpucImagesI[s][j*m_iImageWidth+i]);
851
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
852                     if(bTest4){
853                         ImageZ.WriteFile("c:\\Temp\\ImageLW.bmp");
854                         bTest4 = false;
855                     }
856                     else
857                         ImageZ.WriteFile("c:\\Temp\\ImageRW.bmp");
858                 }
859
860             if(eErrorId==eNO_ERROR){
861
862                 if(BlobSelectTable) BlobSelectTable[0] = 0;
863
864                 for(int i=1; i<NbBlob; i++)
865                     if(BlobInfoArray[i].Perimeter.size()>250){ // We only consider blobs
                        having a perimeter higher than 250 pixels.
866
867                         m_Perimeter.clear();
868                         double PerimSupport = 0;
869
870                         list<CurveTool::Point> CurBlobPerim;
871
872                         list<BlobColoring::Point>::iterator CurPt;
873                         list<BlobColoring::Point>::iterator LastPt;
874                         BlobColoring::BlobInfo &CurBlob = BlobInfoArray[i];
875                         int ciRailResampleData = 10;
876
877                         CurPt  = CurBlob.Perimeter.begin();
878                         LastPt = CurBlob.Perimeter.end(); LastPt--;
879
880                         //Copy all points but the last since it is the same as the first one
881                         try{
882                             while(CurPt != LastPt){
883                                 CurveTool::Point CurPPoint;
884                                 CurPPoint.X = CurPt->X; CurPPoint.Y = CurPt->Y;
885                                 CurBlobPerim.push_back(CurPPoint);
886
887                                 int PosX = int(CurPPoint.X); int PosY = int(CurPPoint.Y);
888                                 if(PosX < 0)        PosX =0;
889                                 if(PosX>=m_iImageWidth) PosX = m_iImageWidth-1;
890                                 if(PosY < 0)        PosY =0;
891                                 if(PosY>=m_iImageHeight) PosY = m_iImageHeight-1;
892                                 int ImIndex = PosY*m_iImageWidth+PosX;
893
894                                 int iCmpt=0;
895                                 while(CurPt != LastPt && iCmpt < ciRailResampleData){
896                                     CurPt++;
897                                     iCmpt++;
898                                 }
899                             }
900                         }
901                         catch(...){
902                             eErrorId = eERROR_STD_LIST;
903                         }
904                         if (1) {   //TODO: Add a condition (if necessary) to filter some
                            blobs
905                             BlobSelectTable[i] = 255;
906                             m_Perimeter = CurBlobPerim;
907
908                             try{
909                                 m_ListPerimeter[s].push_back(m_Perimeter);
910                             }
911                             catch(...){
912                                 eErrorId = eERROR_STD_LIST;
913                             }
914                         }else{
915                             BlobSelectTable[i] = 0;
916                         }
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
917                     }
918                 }
919                 if(eErrorId==eNO_ERROR){
920                     if(BlobSelectTable)
921                         delete [] BlobSelectTable;
922                     if(BlobInfoArray)
923                         delete [] BlobInfoArray;
924                 }
925             }
926
927         // Deallocate all the allocated memory
928         delete [] fRailEdgesRightImage;
929         delete [] fRailEdgesLeftImage;
930
931         for(int s=0; s<2; s++){
932             delete [] pucImagesI[s];
933             delete [] pucImagesCrossI[s];
934             delete [] gpucImagesI[s];
935             delete [] uiImageOutput[s];
936             delete [] pfImagesZ[s];
937             delete [] pfImagesFasZ[s];
938             delete [] pfImagesCrossZ[s];
939             delete [] dx[s];
940             delete [] dy[s];
941         }
942
943         return eErrorId;
944     }
945
946     //-------------------------------------------------------------------------------
                ------------------------------
947     CRailDetector::eError CRailDetector::GetXmlResult(string &_rXmlString){
948
949         //if(!m_iProcessDone) return eERROR_NO_AVAILABLE_RESULT;
950
951         eError eErrorId = eNO_ERROR;
952
953         _rXmlString.clear();
954         ostringstream oss;
955         oss.setf(ios_base::fixed, ios_base::floatfield);
956
957         oss << "<RailInformation>" << endl;
958         oss << "<DataFormat>";oss << "1.0"; oss << "</DataFormat>" << endl;
959         oss << "<Unit>" << endl;
960         oss << "<PositionX>";oss << "millimeter";oss << "</PositionX>" << endl;
961         oss << "<PositionY>";oss << "millimeter";oss << "</PositionY>" << endl;
962         oss << "<Height>";oss << "millimeter";oss << "</Height>" << endl;
963         oss << "<Perimeter>";oss << "millimeter";oss << "</Perimeter>" << endl;
964         oss << "</Unit>" << endl;
965
966         float   fResX_mm        = m_fXResolution_mm;
967         float   fResY_mm        = m_fYResolution_mm;
968
969         //if(m_sSystemParam.dOdometerCountPerMeter>FLT_EPSILON) fResY_mm =
                static_cast<float>(1.0e3/m_sSystemParam.dOdometerCountPerMeter);
970
971         int    iSectionWidth_pt = m_iSectionWidth_pix;
972         float  fSectionWidth_mm = 1.0e-3f*m_fSectionWidth_m;
973         float  fSensorAngle_rad = (float) (m_dSensorAngle_deg)*static_cast<float>(PI/180.0);
974
975         float  fVertOffsetMax_m = m_fSectionWidth_m*tan(fSensorAngle_rad);
976         float  fVertOffsetAtX0_m = fVertOffsetMax_m;
977
978         if(fVertOffsetMax_m<0.0f){
979             //Negative sensor angle
980             fVertOffsetAtX0_m = 0;
981         }
```

Exhibit 7
433

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
982
983        float fVertOffsetMax_pix = 1.0e3f*fVertOffsetMax_m/m_fYResolution_mm;
984        float fVertOffsetFac    =
           -fVertOffsetMax_pix/static_cast<float>(iSectionWidth_pt-1);
985        float fTy = 0.0f;
986        if(m_dSensorAngle_deg<0.0){
987            fTy = -fVertOffsetMax_pix;
988        }
989
990        float fTx;
991        float fFirstRailEdge = 0.0;
992        float fSecondRailEdge = 0.0;
993        float fLeftRailLeftEdge = 0.0;
994        float fRightRailRightEdge = 0.0;
995
996        oss << "<Rail>" <<  endl;
997        for(int s=0; s<2; s++){
998            if(s==0) fTx = -m_iOverlap_pix/2.0f;
999            else     fTx =  m_iOverlap_pix/2.0f-iSectionWidth_pt;
1000
1001           oss << "<RailCoordinate>" <<  endl;
1002           //for (int i=0; i<2; i++)
1003
1004           float fX  = (float)(m_iCoordinates[s][0]);
1005           float fY  = (float)(0);
1006           float fXm = (fX - fTx)*m_fXResolution_mm;
1007           float fYm = (fY - fTy)*m_fYResolution_mm;
1008           fFirstRailEdge = fXm-m_afMergedRoiMinMaxX_mm[0];
1009           oss << "<PositionXFirst>";
1010           oss << setprecision(1) << fFirstRailEdge;
1011           oss << "</PositionXFirst>" << endl;
1012
1013           fX  = (float)(m_iCoordinates[s][1]);
1014           fY  = (float)(0);
1015           fXm = (fX - fTx)*m_fXResolution_mm;
1016           fYm = (fY - fTy)*m_fYResolution_mm;
1017           fSecondRailEdge = fXm-m_afMergedRoiMinMaxX_mm[0];
1018           oss << "<PositionXSecond>";
1019           oss << setprecision(1) << fSecondRailEdge;
1020           oss << "</PositionXSecond>" << endl;
1021
1022           if (s==0)
1023               if (fFirstRailEdge>fSecondRailEdge)
1024                   fLeftRailLeftEdge = fFirstRailEdge;
1025               else
1026                   fLeftRailLeftEdge = fSecondRailEdge;
1027
1028           else
1029               if (fFirstRailEdge>fSecondRailEdge)
1030                   fRightRailRightEdge = fSecondRailEdge;
1031               else
1032                   fRightRailRightEdge = fFirstRailEdge;
1033
1034           oss << "</RailCoordinate>" <<  endl;
1035
1036       }
1037
1038       oss << "</Rail>" <<  endl;
1039       oss << "<GaugeWidth>";oss << setprecision(1) <<
           (fRightRailRightEdge-fLeftRailLeftEdge);oss << "</GaugeWidth>" <<  endl;
1040       m_myfile << (fRightRailRightEdge-fLeftRailLeftEdge) <<endl;
1041
1042
1043       //----------------------------------------------------------------------------
           ----
1044
```

Exhibit 7
434

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```cpp
1045        list<list<CurveTool::Point>>::iterator CurPerim;
1046
1047        for(int s=0; s<2; s++){
1048
1049            CurPerim = m_ListPerimeter[s].begin();
1050
1051            while(CurPerim != m_ListPerimeter[s].end()){
1052
1053                //oss << "<Curb>" << endl;
1054
1055                oss << "<Perimeter>" << endl;
1056
1057                //In the following, an offset is added to the computed
1058                //coordinates so that the output is given with respect to
1059                //the ROI of the merged image.
1060
1061                //float fTx;
1062                if(s==0) fTx = -m_iOverlap_pix/2.0f;
1063                else     fTx =  m_iOverlap_pix/2.0f-m_iImageWidth;
1064
1065                list<CurveTool::Point>::iterator CurPt;
1066
1067                CurPt = CurPerim->begin();
1068                while(CurPt != CurPerim->end()){
1069                    float fX = (float)(CurPt->X);
1070                    float fY = (float)(CurPt->Y);
1071                    float fXm = (fX - fTx) *m_fXResolution_mm;
1072                    // Accounting the VerticalOverlap by adding m_iVerticalOverlap_pix only
to the RIGHT_IMAGE's results
1073                    float fYm = (fY - fX*fVertOffsetFac + fTy +
s*m_iVerticalOverlap_pix)*m_fYResolution_mm;
1074                    if(fYm<m_afMergedRoiMinMaxY_mm[0])          fYm =
m_afMergedRoiMinMaxY_mm[0];
1075                    if(fYm>=m_afMergedRoiMinMaxY_mm[1])         fYm =
m_afMergedRoiMinMaxY_mm[1];
1076
1077                    oss << "<Node>" << std::endl;
1078                    oss << "<X>";
1079                    oss << std::setprecision(1) << fXm-m_afMergedRoiMinMaxX_mm[0];
1080                    oss << "</X>" << std::endl;
1081                    oss << "<Y>";
1082                    oss << std::setprecision(1) << fYm-m_afMergedRoiMinMaxY_mm[0];
1083                    oss << "</Y>" << std::endl;
1084                    oss << "</Node>" << std::endl;
1085
1086                    CurPt++;
1087                }
1088
1089                oss << "</Perimeter>" << endl;
1090                CurPerim++;
1091            }
1092        }
1093
1094
        //-------------------------------------------------------------------------------
----
1095        oss << "</RailInformation>" << endl;
1096        _rXmlString = oss.str();
1097        return eErrorId;
1098    }
1099
1100    void CRailDetector::UpdateRoadSectionInfo(){
1101
1102        // Compute the final - Merged - result ROI
1103
1104        double dVertOffsetByAngle_mm  = 0;
1105        double dVertOffsetByUser_mm   = 0;
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
1379    //m_iImageHeight-1;
1379    //                                          }
1380    //                              else
1381    //                              {
1382    //                                      it->P1.x = 0;
1383    //                                      it->P2.x = m_iImageWidth-1;
1384    //                                      it->P2.y = it->P1.y -ciCrossTieHeight_pix;
1385    //
1386    //                              }
1387    //                      }
1388    //                      else
1389    //                      {
1390    //                              it->P1.x = -1;
1391    //                              it->P1.y = -1;
1392    //                              it->P2.x = -1;
1393    //                              it->P2.y = -1;
1394    //                      }
1395    //              }
1396    //      }
1397    //      else{
1398    //
1399    //              it->P1.x = -1;
1400    //              it->P1.y = -1;
1401    //              it->P2.x = -1;
1402    //              it->P2.y = -1;
1403    //      }
1404    //  }
1405    // }
1406    // return eErrorId;
1407    //}
1408
1409    CRailDetector::eError CRailDetector::CrossTiesIdentification(
        std::vector<CrossTieDetector::sSegment> *_poCrossTiesList[2], std::vector<sBoundingBox>
        *_poBoundingBoxList[2])
1410    {
1411        eError eErrorId = eNO_ERROR;
1412        IppStatus eErrorIPP;
1413
1414        IppiSize roiSize = {m_iImageWidth/2, ciCrossTieRecROIHeight_pix };
1415
1416        sSegment Segment, PreSegment;
1417        sBoundingBox BoundingBox, PreBoundingBox;
1418
1419        double dMean = 0.0;
1420        double dStdDev = 0.0;
1421        double dMeanUp = 0.0;
1422        double dStdDevUp = 0.0;
1423
1424        double dPreMean = 0.0;
1425        double dPreStdDev = 0.0;
1426        double dPreMeanUp = 0.0;
1427        double dPreStdDevUp = 0.0;
1428
1429        bool bTest = false, bDraw = false;
1430        int iCount = 0;
1431        int iNbrLines = 0;
1432
1433        for(int s = 0; s<2; s++){
1434
1435            std::sort(_poCrossTiesList[s]->begin(), _poCrossTiesList[s]->end(),
                oCompObject);
1436            for (std::vector<CrossTieDetector::sSegment>::iterator it =
                _poCrossTiesList[s]->begin();  it != _poCrossTiesList[s]->end(); ++it){
1437
1438                iNbrLines++;
1439                //
1440                if(std::fabs(double (it->P1.y-it->P2.y))<=ciVertDistance_pix){
```

Exhibit 7
436

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
1441
1442                    ValAffect4(Segment.P1.x, it->P1.x, Segment.P1.y, it->P1.y,
                    Segment.P2.x, it->P2.x, Segment.P2.y, it->P2.y);
1443                    int y = (Segment.P1.y+Segment.P2.y)/2;
1444
1445                    if (y>=ciCrossTieHeight_pix &&
                    y<=m_iImageHeight-ciCrossTieHeight_pix){//----------------------------
                    ------------------------------------
1446
1447                        eErrorIPP = ippiMean_StdDev_8u_C1R((const Ipp8u *)
                        (m_pucImagesBinary[s]+(int)(y+0.25)*m_iImageWidth),
                        m_iImageWidth*sizeof(unsigned char), roiSize, &dMean, &dStdDev);
1448                        eErrorIPP = ippiMean_StdDev_8u_C1R((const Ipp8u *)
                        (m_pucImagesBinary[s]+(int)(y-ciCrossTieRecROIHeight_pix
                        +0.25)*m_iImageWidth), m_iImageWidth*sizeof(unsigned char),
                        roiSize, &dMeanUp, &dStdDevUp);
1449                        if (abs(dMean-dMeanUp)<ciDiffMeansAreas/*65-70*/){
1450
1451                            ValAffect4(it->P1.x, -1, it->P1.y, -1, it->P2.x, -1, it->P2.y,
                            -1);
1452                            if (iCount == 1){
1453                                if (PreSegment.P1.x<PreSegment.P2.x){
1454                                    ValAffect(BoundingBox, 0, PreSegment.P1.y,
                                    m_iImageWidth-1, PreSegment.P2.y, 0,
                                    PreSegment.P1.y+230, m_iImageWidth-1,
                                    PreSegment.P2.y+230);
1455                                    //ValAffect4(BoundingBox.P1.x, 0, BoundingBox.P1.y,
                                    PreSegment.P1.y, BoundingBox.P2.x, m_iImageWidth-1,
                                    BoundingBox.P2.y, PreSegment.P2.y);
1456                                    //ValAffect4(BoundingBox.P3.x, 0, BoundingBox.P3.y,
                                    PreSegment.P1.y+230, BoundingBox.P4.x, m_iImageWidth-1,
                                    BoundingBox.P4.y, PreSegment.P2.y+230);
1457                                }
1458                                else{
1459                                    ValAffect(BoundingBox, 0, PreSegment.P2.y,
                                    m_iImageWidth-1, PreSegment.P1.y, 0,
                                    PreSegment.P2.y+230, m_iImageWidth-1,
                                    PreSegment.P1.y+230);
1460                                    //ValAffect4(BoundingBox.P1.x, 0, BoundingBox.P1.y,
                                    PreSegment.P2.y, BoundingBox.P2.x, m_iImageWidth-1,
                                    BoundingBox.P2.y, PreSegment.P1.y);
1461                                    //ValAffect4(BoundingBox.P3.x, 0, BoundingBox.P3.y,
                                    PreSegment.P2.y+230, BoundingBox.P4.x, m_iImageWidth-1,
                                    BoundingBox.P4.y, PreSegment.P1.y+230);
1462                                }
1463                                bTest = true;
1464                            }
1465                        }
1466                        else //abs(dMean-dMeanUp)>ciDiffMeansAreas
1467                            if (dMean > dMeanUp)
1468                            {
1469                                if (iCount == 1){
1470                                    if (PreSegment.P1.x<PreSegment.P2.x){
1471                                        ValAffect4(BoundingBox.P1.x, 0, BoundingBox.P1.y,
                                        PreSegment.P1.y, BoundingBox.P2.x, m_iImageWidth-1,
                                        BoundingBox.P2.y, PreSegment.P2.y);
1472                                        ValAffect4(BoundingBox.P3.x, 0, BoundingBox.P3.y,
                                        PreSegment.P1.y+230, BoundingBox.P4.x,
                                        m_iImageWidth-1, BoundingBox.P4.y,
                                        PreSegment.P2.y+230);
1473                                    }
1474                                    else{
1475                                        ValAffect4(BoundingBox.P1.x, 0, BoundingBox.P1.y,
                                        PreSegment.P2.y, BoundingBox.P2.x, m_iImageWidth-1,
                                        BoundingBox.P2.y, PreSegment.P1.y);
1476                                        ValAffect4(BoundingBox.P3.x, 0, BoundingBox.P3.y,
                                        PreSegment.P2.y+230, BoundingBox.P4.x,
```

```
                                        m_iImageWidth-1, BoundingBox.P4.y,
                                        PreSegment.P1.y+230);
1477                                }
1478                                bTest = true;
1479                                iCount = 0;
1480                            }
1481
1482                            if(iNbrLines != _poCrossTiesList[s]->size() ){
1483                                ValAffect4(PreSegment.P1.x, Segment.P1.x,
                                    PreSegment.P1.y, Segment.P1.y, PreSegment.P2.x,
                                    Segment.P2.x, PreSegment.P2.y, Segment.P2.y);
1484                                iCount++;
1485                            }
1486                            else{
1487                                if (Segment.P1.x<Segment.P2.x){
1488                                    ValAffect4(BoundingBox.P1.x, 0, BoundingBox.P1.y,
                                        Segment.P1.y, BoundingBox.P2.x, m_iImageWidth-1,
                                        BoundingBox.P2.y, Segment.P2.y);
1489                                    ValAffect4(BoundingBox.P3.x, 0, BoundingBox.P3.y,
                                        Segment.P1.y+230, BoundingBox.P4.x,
                                        m_iImageWidth-1, BoundingBox.P4.y, Segment.P2.y+230);
1490                                }
1491                                else{
1492                                    ValAffect4(BoundingBox.P1.x, 0, BoundingBox.P1.y,
                                        Segment.P2.y, BoundingBox.P2.x, m_iImageWidth-1,
                                        BoundingBox.P2.y, Segment.P1.y);
1493                                    ValAffect4(BoundingBox.P3.x, 0, BoundingBox.P3.y,
                                        Segment.P2.y+230, BoundingBox.P4.x,
                                        m_iImageWidth-1, BoundingBox.P4.y, Segment.P1.y+230);
1494                                }
1495                                bTest = true;
1496                            }
1497                        }
1498                        else{ // dMean < dMeanUp
1499                            if (iCount== 1 && abs(Segment.P1.y-PreSegment.P1.y)<250 &&
                                abs(Segment.P2.y-PreSegment.P2.y)<250){
1500
1501                                if (PreSegment.P1.x<PreSegment.P2.x)
1502                                    ValAffect4(BoundingBox.P1.x, 0, BoundingBox.P1.y,
                                        PreSegment.P1.y, BoundingBox.P2.x, m_iImageWidth-1,
                                        BoundingBox.P2.y, PreSegment.P2.y);
1503                                else
1504                                    ValAffect4(BoundingBox.P1.x, 0, BoundingBox.P1.y,
                                        PreSegment.P2.y, BoundingBox.P2.x, m_iImageWidth-1,
                                        BoundingBox.P2.y, PreSegment.P1.y);
1505
1506                                if (Segment.P1.x<Segment.P2.x)
1507                                    ValAffect4(BoundingBox.P3.x, 0, BoundingBox.P3.y,
                                        Segment.P1.y, BoundingBox.P4.x, m_iImageWidth-1,
                                        BoundingBox.P4.y, Segment.P2.y);
1508                                else
1509                                    ValAffect4(BoundingBox.P3.x, 0, BoundingBox.P3.y,
                                        Segment.P2.y, BoundingBox.P4.x, m_iImageWidth-1,
                                        BoundingBox.P4.y, Segment.P1.y);
1510
1511                                bTest = true;
1512                            }
1513                            else{
1514                                if (Segment.P1.x<Segment.P2.x){
1515                                    ValAffect4(BoundingBox.P1.x, 0, BoundingBox.P1.y,
                                        Segment.P1.y-230, BoundingBox.P2.x,
                                        m_iImageWidth-1, BoundingBox.P2.y, Segment.P2.y-230);
1516                                    ValAffect4(BoundingBox.P3.x, 0, BoundingBox.P3.y,
                                        Segment.P1.y, BoundingBox.P4.x, m_iImageWidth-1,
                                        BoundingBox.P4.y, Segment.P2.y);
1517                                }
1518                                else{
```

Exhibit 7
438

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
1519                                    ValAffect4(BoundingBox.P1.x, 0, BoundingBox.P1.y,
                                        Segment.P2.y-230, BoundingBox.P2.x,
                                        m_iImageWidth-1, BoundingBox.P2.y, Segment.P1.y-230);
1520                                    ValAffect4(BoundingBox.P3.x, 0, BoundingBox.P3.y,
                                        Segment.P2.y, BoundingBox.P4.x, m_iImageWidth-1,
                                        BoundingBox.P4.y, Segment.P1.y);
1521                                }
1522                                bTest = true;
1523                            }
1524                        }
1525                        dPreMean = dMean;
1526                        dPreMeanUp = dMeanUp;
1527                    }
                    //------------------------------------------------------------------
                    ----------------------------------------------------------//
1528                else
1529                    if(y<ciCrossTieHeight_pix)
1530                    {
1531                        IppiSize roiSizeCaseMin = {m_iImageWidth/2, y-1};
1532                        eErrorIPP = ippiMean_StdDev_8u_C1R((const Ipp8u *)
                            (m_pucImagesBinary[s]+(int)(y+0.25)*m_iImageWidth),
                            m_iImageWidth*sizeof(unsigned char), roiSize, &dMean, &dStdDev);
1533                        eErrorIPP = ippiMean_StdDev_8u_C1R((const Ipp8u *)
                            (m_pucImagesBinary[s]+(int)(1.25)*m_iImageWidth),
                            m_iImageWidth*sizeof(unsigned char), roiSizeCaseMin, &dMeanUp,
                            &dStdDevUp);

1534
1535                        if (abs(dMean-dMeanUp)<ciDiffMeansAreas/*65-70*/){
1536
1537                            ValAffect4(it->P1.x, -1, it->P1.y, -1, it->P2.x, -1,
                                it->P2.y, -1);
1538                            if (iCount == 1){
1539                                if (PreSegment.P1.x<PreSegment.P2.x)
1540                                    ValAffect(BoundingBox, 0, PreSegment.P1.y,
                                        m_iImageWidth-1, PreSegment.P2.y, 0,
                                        PreSegment.P1.y+230, m_iImageWidth-1,
                                        PreSegment.P2.y+230);
1541                                else
1542                                    ValAffect(BoundingBox, 0, PreSegment.P2.y,
                                        m_iImageWidth-1, PreSegment.P1.y, 0,
                                        PreSegment.P2.y+230, m_iImageWidth-1,
                                        PreSegment.P1.y+230);
1543                                bTest = true;
1544                            }
1545                            else{
1546                                if(dMeanUp>dMean){
1547                                    if (Segment.P1.x<Segment.P2.x){
1548                                        ValAffect4(BoundingBox.P1.x, 0, BoundingBox.P1.y,
                                            0, BoundingBox.P2.x, m_iImageWidth-1,
                                            BoundingBox.P2.y, 0);
1549                                        ValAffect4(BoundingBox.P3.x, 0, BoundingBox.P3.y,
                                            Segment.P1.y, BoundingBox.P4.x, m_iImageWidth-1,
                                            BoundingBox.P4.y, Segment.P2.y);
1550                                    }
1551                                    else{
1552                                        ValAffect4(BoundingBox.P1.x, 0, BoundingBox.P1.y,
                                            0, BoundingBox.P2.x, m_iImageWidth-1,
                                            BoundingBox.P2.y, 0);
1553                                        ValAffect4(BoundingBox.P3.x, 0, BoundingBox.P3.y,
                                            Segment.P2.y, BoundingBox.P4.x, m_iImageWidth-1,
                                            BoundingBox.P4.y, Segment.P1.y);
1554                                    }
1555                                    bTest = true;
1556                                }
1557                                else{   //dMeanUp<dMean
1558                                    ValAffect4(PreSegment.P1.x, it->P1.x, PreSegment.P1.y,
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
                                it->P1.y, PreSegment.P2.x, it->P2.x, PreSegment.P2.y,
                                it->P2.y);
                            iCount++;
1560
1561
1562                    }
1563                    dPreMean = dMean;
1564                    dPreMeanUp = dMeanUp;
1565                }
1566                else
                    //------------------------------------------------------------
                    ----------------------------------------------------------//
1567                    if(m_iImageHeight-y<ciCrossTieHeight_pix)
1568                    {
1569                        IppiSize roiSizeCaseMax = {m_iImageWidth/2,
                            m_iImageHeight-y-1};
1570                        eErrorIPP = ippiMean_StdDev_8u_C1R((const Ipp8u *)
                            (m_pucImagesBinary[s]+(int)(y+0.25)*m_iImageWidth),
                            m_iImageWidth*sizeof(unsigned char), roiSizeCaseMax,
                            &dMean, &dStdDev);
1571                        eErrorIPP = ippiMean_StdDev_8u_C1R((const Ipp8u *)
                            (m_pucImagesBinary[s]+(int)(y-ciCrossTieRecROIHeight_pix
                            +0.25)*m_iImageWidth), m_iImageWidth*sizeof(unsigned char),
                            roiSize, &dMeanUp, &dStdDevUp);

1572
1573                        if (abs(dMean-dMeanUp)<ciDiffMeansAreas/*65-70*/){
1574                            ValAffect4(it->P1.x, -1, it->P1.y, -1, it->P2.x, -1,
                                it->P2.y, -1);
1575                            if (iCount == 1){
1576                                if (PreSegment.P1.x<PreSegment.P2.x)
1577                                    ValAffect(BoundingBox, 0, PreSegment.P1.y,
                                        m_iImageWidth-1, PreSegment.P2.y, 0,
                                        PreSegment.P1.y+230, m_iImageWidth-1,
                                        PreSegment.P2.y+230);
1578                                else
1579                                    ValAffect(BoundingBox, 0, PreSegment.P2.y,
                                        m_iImageWidth-1, PreSegment.P1.y, 0,
                                        PreSegment.P2.y+230, m_iImageWidth-1,
                                        PreSegment.P1.y+230);
1580                                bTest = true;
1581                            }
1582                        }
1583                        else{
1584                            if(dMean>dMeanUp) {
1585                                if (iCount == 1){
1586                                    if (PreSegment.P1.x<PreSegment.P2.x){
1587                                        ValAffect4(PreBoundingBox.P1.x, 0,
                                            PreBoundingBox.P1.y, PreSegment.P1.y,
                                            PreBoundingBox.P2.x, m_iImageWidth-1,
                                            PreBoundingBox.P2.y, PreSegment.P2.y);
1588                                        ValAffect4(PreBoundingBox.P3.x, 0,
                                            PreBoundingBox.P3.y, PreSegment.P1.y+230,
                                            PreBoundingBox.P4.x, m_iImageWidth-1,
                                            PreBoundingBox.P4.y, PreSegment.P2.y+230);
1589                                    }
1590                                    else{
1591                                        ValAffect4(PreBoundingBox.P1.x, 0,
                                            PreBoundingBox.P1.y, PreSegment.P2.y,
                                            PreBoundingBox.P2.x, m_iImageWidth-1,
                                            PreBoundingBox.P2.y, PreSegment.P1.y);
1592                                        ValAffect4(PreBoundingBox.P3.x, 0,
                                            PreBoundingBox.P3.y, PreSegment.P2.y+230,
                                            PreBoundingBox.P4.x, m_iImageWidth-1,
                                            PreBoundingBox.P4.y, PreSegment.P1.y+230);
1593                                    }
1594                                    bDraw = true;
1595                                    iCount = 0;
1596                                }
```

Trial Exhibit 0508   p. 113 of 119

**Exhibit 7**
**440**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
1597
1598                                          if (Segment.P1.x<Segment.P2.x){
1599                                              ValAffect4(BoundingBox.P1.x, 0,
                                                 BoundingBox.P1.y, it->P1.y, BoundingBox.P2.x,
                                                 m_iImageWidth-1, BoundingBox.P2.y, it->P2.y);
1600                                              ValAffect4(BoundingBox.P3.x, 0,
                                                 BoundingBox.P3.y, m_iImageHeight-1,
                                                 BoundingBox.P4.x, m_iImageWidth-1,
                                                 BoundingBox.P4.y, m_iImageHeight-1);
1601                                          }
1602                                          else{
1603                                              ValAffect4(BoundingBox.P1.x, 0,
                                                 BoundingBox.P1.y, it->P2.y, BoundingBox.P2.x,
                                                 m_iImageWidth-1, BoundingBox.P2.y, it->P1.y);
1604                                              ValAffect4(BoundingBox.P3.x, 0,
                                                 BoundingBox.P3.y, m_iImageHeight-1,
                                                 BoundingBox.P4.x, m_iImageWidth-1,
                                                 BoundingBox.P4.y, m_iImageHeight-1);
1605                                          }
1606                                          bTest = true;
1607                                      }
1608                                      else{ //dMean<dMeanUp
1609                                          if (iCount == 1){
1610                                              if (Segment.P1.x<Segment.P2.x)
1611                                                  ValAffect4(BoundingBox.P3.x, 0,
                                                     BoundingBox.P3.y, Segment.P1.y,
                                                     BoundingBox.P4.x, m_iImageWidth-1,
                                                     BoundingBox.P4.y, Segment.P2.y);
1612                                              else
1613                                                  ValAffect4(BoundingBox.P3.x, 0,
                                                     BoundingBox.P3.y, Segment.P2.y,
                                                     BoundingBox.P4.x, m_iImageWidth-1,
                                                     BoundingBox.P4.y, Segment.P1.y);
1614
1615                                              if (PreSegment.P1.x<PreSegment.P2.x)
1616                                                  ValAffect4(BoundingBox.P1.x, 0,
                                                     BoundingBox.P1.y, PreSegment.P1.y,
                                                     BoundingBox.P2.x, m_iImageWidth-1,
                                                     BoundingBox.P2.y, PreSegment.P2.y);
1617                                              else
1618                                                  ValAffect4(BoundingBox.P1.x, 0,
                                                     BoundingBox.P1.y, PreSegment.P2.y,
                                                     BoundingBox.P2.x, m_iImageWidth-1,
                                                     BoundingBox.P2.y, PreSegment.P1.y);
1619                                          }
1620                                          else{ // iCount == 0
1621                                              if (Segment.P1.x<Segment.P2.x){
1622                                                  ValAffect4(BoundingBox.P1.x, 0,
                                                     BoundingBox.P1.y, Segment.P1.y - 230,
                                                     BoundingBox.P2.x, m_iImageWidth-1,
                                                     BoundingBox.P2.y, Segment.P2.y - 230);
1623                                                  ValAffect4(BoundingBox.P3.x, 0,
                                                     BoundingBox.P3.y, Segment.P1.y,
                                                     BoundingBox.P4.x, m_iImageWidth-1,
                                                     BoundingBox.P4.y, Segment.P2.y);
1624                                              }
1625                                              else{
1626                                                  ValAffect4(BoundingBox.P1.x, 0,
                                                     BoundingBox.P1.y, Segment.P2.y - 230,
                                                     BoundingBox.P2.x, m_iImageWidth-1,
                                                     BoundingBox.P2.y, Segment.P1.y - 230);
1627                                                  ValAffect4(BoundingBox.P3.x, 0,
                                                     BoundingBox.P3.y, Segment.P2.y,
                                                     BoundingBox.P4.x, m_iImageWidth-1,
                                                     BoundingBox.P4.y, Segment.P1.y);
1628                                              }
1629                                          }
```

**Exhibit 7**
**441**

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\RailDetector.cpp

```
1630                                    bTest = true;
1631                                }
1632                            }
1633                            dPreMean = dMean;
1634                            dPreMeanUp = dMeanUp;
1635                        }
1636
                            //----------------------------------------------------------
                            ---------------------
1637                        if (bDraw == true){
1638                            _poBoundingBoxList[s]->push_back(PreBoundingBox);
1639                            iCount = 0;
1640                            bDraw = false;
1641                        }
1642                        if (bTest == true){
1643                            _poBoundingBoxList[s]->push_back(BoundingBox);
1644                            iCount = 0;
1645                            bTest = false;
1646                        }
1647                    }
1648                    else{
1649                        ValAffect4(it->P1.x, -1, it->P1.y, -1, it->P2.x, -1, it->P2.y, -1);
1650
1651                        if (iCount == 1){
1652                            if (PreSegment.P1.x<PreSegment.P2.x){
1653                                ValAffect4(PreBoundingBox.P1.x, 0, PreBoundingBox.P1.y,
                                    PreSegment.P1.y, PreBoundingBox.P2.x, m_iImageWidth-1,
                                    PreBoundingBox.P2.y, PreSegment.P2.y);
1654                                ValAffect4(PreBoundingBox.P3.x, 0, PreBoundingBox.P3.y,
                                    PreSegment.P1.y+230, PreBoundingBox.P4.x, m_iImageWidth-1,
                                    PreBoundingBox.P4.y, PreSegment.P2.y+230);
1655                            }
1656                            else{
1657                                ValAffect4(PreBoundingBox.P1.x, 0, PreBoundingBox.P1.y,
                                    PreSegment.P2.y, PreBoundingBox.P2.x, m_iImageWidth-1,
                                    PreBoundingBox.P2.y, PreSegment.P1.y);
1658                                ValAffect4(PreBoundingBox.P3.x, 0, PreBoundingBox.P3.y,
                                    PreSegment.P2.y+230, PreBoundingBox.P4.x, m_iImageWidth-1,
                                    PreBoundingBox.P4.y, PreSegment.P1.y+230);
1659                            }
1660                            bDraw = true;
1661                            iCount = 0;
1662                        }
1663                        if (bDraw == true){
1664                            _poBoundingBoxList[s]->push_back(PreBoundingBox);
1665                            iCount = 0;
1666                            bDraw = false;
1667                        }
1668                    }
1669
1670                }
1671                //Before processing the second image (right one)
1672                iCount = 0;
1673                iNbrLines = 0;
1674                ValAffect4(PreSegment.P1.x, 0, PreSegment.P1.y, 0, PreSegment.P2.x, 0,
                    PreSegment.P2.y, 0);
1675            }
1676            return eErrorId;
1677    }
1678
1679    CRailDetector::eError CRailDetector::GetData(float _afMergedRoiMinMaxX_mm[2], float
            _afMergedRoiMinMaxY_mm[2], unsigned char * _pucImagesBin[2], unsigned char *
            _pucImagesBinary[2])
1680    {
1681        eError eErrorId = eNO_ERROR;
1682
1683        for(int s = 0; s <2; s++){
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\LcmsAnalyser.cpp

```
3735                sRoadGeoParams.fFirstEvalPosition_m           =
                    m_sProcParams.sRoadGeometryParams.fFirstEvalPosition_m;
3736                sRoadGeoParams.fEvaluationWidth_mm            =
                    m_sProcParams.sRoadGeometryParams.fEvaluationWidth_mm;
3737
3738                eRoadGeoErr = oRoadGeometry.SetParameters(sRoadGeoParams);
3739
3740
3741                if(eRoadGeoErr==LcmsRoadGeometry::eNO_ERROR){
3742                    eRoadGeoErr = oRoadGeometry.Process(m_oSurveyDataReader, m_sRdSectionInfo);
3743                }
3744
3745                if(eRoadGeoErr==LcmsRoadGeometry::eNO_ERROR){
3746                    eRoadGeoErr = oRoadGeometry.GetXmlResult(m_strXmlResult_RoadGeometry);
3747                }
3748            }
3749            //////////////////////////////////
3750            //m_sProcParams.sEnabledModules.iRailDetectorEnable = 0;
3751            // Rail process
3752            if (eErrorId==eNO_ERROR && m_sProcParams.sEnabledModules.iRailDetectorEnable)
3753            {
3754                if(!m_pRailDetector){
3755                    try{          m_pRailDetector = new CRailDetector; }
3756                    catch(...){ eErrorId = eERROR_NOT_ENOUGH_MEMORY;      }
3757                }
3758
3759                CRailDetector::eError eRailErr;
3760
3761                eRailErr = m_pRailDetector->SetData(iSectionWidth_pix, iTotalNbProfiles,
                    m_oRdSecProcData.fRangeX, m_oRdSecProcData.fRangeZ,
                    m_oRdSecProcData.ucIntensity, m_oRdSecProcData.ucInvMask,
                    m_sSystemParam.aucSensorEnable, dResX_mm, dResY_mm,
                    m_sProcParams.fConfigurationAngleDeg, iOverlap_pix,
                    m_sProcParams.iSensorImagesVerticalOverlap_pix, m_oRdSecProcData.aiRoiMinMaxY);
3762                if(eRailErr != CRailDetector::eNO_ERROR) eErrorId =
                    static_cast<eError>(eRailErr);
3763
3764                eRailErr = m_pRailDetector->Process();
3765                if(eRailErr != CRailDetector::eNO_ERROR) eErrorId =
                    static_cast<eError>(eRailErr);
3766
3767                if(eRailErr==CRailDetector::eNO_ERROR)
3768                    eRailErr = m_pRailDetector->GetXmlResult(m_strXmlResult_Rail);
3769
3770
3771                if(eRailErr==CRailDetector::eNO_ERROR)
3772                    eRailErr = m_pRailDetector->GetData(m_afMergRoiMinMaxX_mm,
                    m_afMergRoiMinMaxY_mm, m_pucImagesBin, m_pucImagesBinary);
3773
3774
3775                std::vector<CrossTieDetector::sSegment>        oLinesListLR[2];
3776                std::vector<CrossTieDetector::sSegment>        * poLinesListLeft =
                    &oLinesListLR[0];
3777                std::vector<CrossTieDetector::sSegment>        * poLinesListRight =
                    &oLinesListLR[1];
3778
3779                m_uiCrossTiesImageWidth = iSectionWidth_pix;
3780                m_uiCrossTiesImageHeight = iTotalNbProfiles;
3781
3782                int DataLimits[2] = {0, m_uiCrossTiesImageWidth-1};
3783
3784                for(int s = 0; s <2; s++){
3785                    if(!m_oCrossTieDetector[s]){
3786                        try{         m_oCrossTieDetector[s] = new CrossTieDetector; }
3787                        catch(...){ eErrorId = eERROR_NOT_ENOUGH_MEMORY;      }
3788                    }
3789
```

Exhibit 7
443

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\LcmsAnalyser.cpp

```
3790            CrossTieDetector::eError eCrossTieDErr;
3791
3792            eCrossTieDErr =
                m_oCrossTieDetector[s]->FindLinesCrossTies(m_pucImagesBin[s],
                m_uiCrossTiesImageWidth, m_uiCrossTiesImageHeight, 1.0, 1.0, DataLimits, s);
3793            if(eCrossTieDErr!=CrossTieDetector::eNO_ERROR){ return
                static_cast<eError>(eCrossTieDErr); }
3794
3795
3796            if (s == 0)
3797                *poLinesListLeft = m_oCrossTieDetector[s]->GetSegmentVector();
3798            else
3799                *poLinesListRight = m_oCrossTieDetector[s]->GetSegmentVector();
3800        }
3801
3802        std::vector<CRailDetector::sBoundingBox>    * poCrossTiesList[2];
3803        for (int i = 0; i<2; i++)
3804            poCrossTiesList[i] = new std::vector<CRailDetector::sBoundingBox>;
3805
3806        std::vector<CrossTieDetector::sSegment> * poLinesList[2];
3807        poLinesList[0] = poLinesListLeft;
3808        poLinesList[1] = poLinesListRight;
3809
3810        FillXmlResult_CrossTies(poLinesList);
3811
3812        if(eRailErr==CRailDetector::eNO_ERROR){
3813            eRailErr = m_pRailDetector->CrossTiesIdentification(poLinesList,
                poCrossTiesList);
3814        }
3815
3816
            //-------------------------------------------------------------------------
            -----
3817
3818        std::vector<LCMSFastenersDetector::sSegment>    * poFastenersList[2];
3819        for (int i = 0; i<2; i++)
3820            poFastenersList[i] = new std::vector<LCMSFastenersDetector::sSegment>;
3821
3822        String strRep;
3823        for(int s=0; s<2; s++){
3824
3825                // List of light-source templates
3826            if (s==0)
3827                strRep = "c:\\Temp\\Templates\\Left";
3828            else
3829                strRep = "c:\\Temp\\Templates\\Right";
3830
3831            UpdateFolderFastenersSourceTemplateList(strRep);
3832            ReadFastenerSourceTemplate(m_poFolderFileList[0]);
3833
3834            LCMSFastenersDetector::eError eErrFastenerDetector =
                LCMSFastenersDetector::eNO_ERROR;
3835            if(ciEnableFastenerDetection) {
3836
3837                // TODO: Lire l'image binaire FULL et non pas l'images des contours.
3838                eErrFastenerDetector =
                m_oFastenerDetector[s].SetImageSource(m_pucImagesBinary[s],m_uiCrossTiesI
                mageWidth,m_uiCrossTiesImageHeight);
3839
3840                if(eErrFastenerDetector != LCMSFastenersDetector::eNO_ERROR)
3841                    return eERROR_FASTENERSDETECTOR_PROCESSING;
3842                //eErrLightDetector =
                m_oLightDetector.SetImageTemplate(ucLightTemplImg,uiLightTemplWidth,uiLig
                htTemplHeight);
3843                //if(eErrLightDetector != LCMSLightDetector::eNO_ERROR)
3844                //  return eERROR_LIGHTDETECTOR_PROCESSING;
3845            }
```

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\LcmsAnalyser.cpp

```
3846
3847                    float fMaxScore = 0.0;
3848                    int i =0;
3849                    unsigned int uiLightMinX,uiLightMinY,uiLightDimX, uiLightDimY;
3850                    float fTemplateMatchingScore = 0.0f;
3851                    float fShapeMatchingScore = 0.0f;
3852
3853                    while(i< m_uiFolderFileListSize)
3854                    {
3855                        if(ucFastenerTemplImg) {
3856                            delete [] ucFastenerTemplImg; ucFastenerTemplImg = NULL;}
3857                        ReadFastenerSourceTemplate(m_poFolderFileList[i]);
3858                        eErrFastenerDetector =
3859                        m_oFastenerDetector[s].SetImageTemplate(ucFastenerTemplImg,uiFastenerTemp
                            lWidth,uiFastenerTemplHeight);
                        if(eErrFastenerDetector != LCMSFastenersDetector::eNO_ERROR)
3860                            return eERROR_FASTENERSDETECTOR_PROCESSING;
3861
3862                        eErrFastenerDetector =
                        m_oFastenerDetector[s].Process(poCrossTiesList[s], poFastenersList[s]);
3863                        if(eErrFastenerDetector != LCMSFastenersDetector::eNO_ERROR){
3864                            i++;
3865                            continue;
3866                        }
3867                        //// Identify the best (highest) score with the corresponding template
3868                        //if (m_oFastenerDetector[s].m_fDetectionScore > fMaxScore)
3869                        //{
3870                        //  fMaxScore = m_oFastenerDetector[s].m_fDetectionScore;
3871                        //  m_iUsedTemplate = i+1;
3872                        //  eErrFastenerDetector =
                        m_oFastenerDetector[s].GetLastResult(uiLightMinX,uiLightMinY,uiLightDimX,
                         uiLightDimY,fTemplateMatchingScore, fShapeMatchingScore);
3873                        //  if(eErrFastenerDetector != LCMSFastenersDetector::eNO_ERROR)
3874                        //      return eERROR_FASTENERSDETECTOR_PROCESSING;
3875                        //}
3876
3877                        i++;
3878                    }
3879
3880                }
3881
3882                //----------------------------------------------------------------------------
                    -----
3883                FillXmlResult_CrossTie(poLinesList);
3884                FillXmlResult_CrossTie_Box(poCrossTiesList);
3885                FillXmlResult_Fasteners_Box(poFastenersList);
3886
3887                for (int i = 0;  i<2; i++){
3888                    delete poCrossTiesList[i];
3889                    delete poFastenersList[i];
3890                }
3891
3892                //Modifier l'utilisation multiple des vecteurs
3893                if(! poLinesListLeft)
3894                    //delete poLinesListLeft;
3895                    poLinesListLeft->clear();
3896
3897                if(! poLinesListRight)
3898                    //delete poLinesListRight;
3899                    poLinesListRight->clear();
3900
3901                for (int i = 0;  i<2; i++){
3902                    oLinesListLR[i].clear();
3903                    if(! poLinesList[i])
3904                        //delete poLinesList[i];
3905                        poLinesList[i]->clear();
```

Exhibit 7
445

C:\Source Code\r8320_20140509_branch_LcmsTools_V3.3.3.0_Rail (U Mass)\LcmsAnalyser\LcmsAnalyser.cpp

```cpp
3906                }
3907            }
3908
3909            //----------------------------------------------------------------------------
                 ----------------------------
3910
3911            //End Processing Status
3912            m_eRdSecEndProcStatus = eErrorId;
3913
3914            if(eErrorId==eNO_ERROR){
3915                eErrorId =
                    FillXmlResult_ResultImageInfo(m_sProcParams.fResultImageResolution_mm);
3916            }
3917
3918            if(eErrorId==eNO_ERROR){
3919                eErrorId = CreateFinalXmlResult();
3920            }
3921
3922            if(eErrorId==eNO_ERROR){
3923                m_iRdSecAnalysisResValid = 1;
3924            }
3925
3926            return eErrorId;
3927        }
3928
3929        LcmsAnalyser::eError LcmsAnalyser::FillXmlResult_ProcessingInfo(){
3930
3931            eError eErrorId = eNO_ERROR;
3932
3933            m_strXmlResult_ProcessingInfo.clear();
3934
3935            char TextBuf[32];
3936
3937            try{
3938                m_strXmlResult_ProcessingInfo  = "<ProcessingInformation>\n";
3939
3940                m_strXmlResult_ProcessingInfo += "<DataFormat>";
3941                m_strXmlResult_ProcessingInfo += "1.1";
3942                m_strXmlResult_ProcessingInfo += "</DataFormat>\n";
3943                //m_strXmlResult_ProcessingInfo += "<Unit>\n";
3944                //m_strXmlResult_ProcessingInfo += "<SensorImagesOverlap_pix>";
3945                //m_strXmlResult_ProcessingInfo += "pixel";
3946                //m_strXmlResult_ProcessingInfo += "</SensorImagesOverlap_pix>\n";
3947                //m_strXmlResult_ProcessingInfo += "<ResultImageResolution_mm>";
3948                //m_strXmlResult_ProcessingInfo += "millimeter";
3949                //m_strXmlResult_ProcessingInfo += "</ResultImageResolution_mm>\n";
3950                //m_strXmlResult_ProcessingInfo += "</Unit>\n";
3951
3952                //sprintf_s(TextBuf, 32, "%.3f", _fResultImageResolution_mm);
3953                m_strXmlResult_ProcessingInfo += "<RoadSectionFileName>";
3954                // Validate and replace the unrecognized character in XML --------------
3955                CString _String = m_acFileName;
3956                XmlStringValidation(_String);
3957                m_strXmlResult_ProcessingInfo += _String;
3958                //----------------------------------------------------------------------
3959                //m_strXmlResult_ProcessingInfo += m_acFileName;
3960                m_strXmlResult_ProcessingInfo += "</RoadSectionFileName>\n";
3961                m_strXmlResult_ProcessingInfo += "<AnalyserLibVersion>";
3962                m_strXmlResult_ProcessingInfo += LCMS_ANALYSER_LIB_VERSION;
3963                m_strXmlResult_ProcessingInfo += "</AnalyserLibVersion>\n";
3964                m_strXmlResult_ProcessingInfo += "<DateAndTime>";
3965                m_strXmlResult_ProcessingInfo += m_acProcessStartTimeAndDate;
3966                m_strXmlResult_ProcessingInfo += "</DateAndTime>\n";
3967
3968                if(m_acDetectedCpuType[0] != 0){
3969                    m_strXmlResult_ProcessingInfo += "<CpuInformation>";
```