# EXHIBIT 8

**RITARS-12-H-UML 3rd Quarterly Meeting Minutes**
**Project Title: An Automated System for Rail Transit Infrastructure Inspection**
**May 14, 2013**
**Time: 2:15 p.m. – 4:10 p.m.**
**Location: Video Conference Meeting**

**Attendees**

| | |
|---|---|
| Mr. Gary Carr | Chief-Track Division, Federal Railroad Administration |
| Mr. Hugh Thompson | Program Manager, Federal Railroad Administration |
| Dr. Ted Sussmann | John A. Volpe National Transportation Systems Center |
| Dr. Ross F. Nelson | AST- Earth SCI Remote Sensing, NASA |
| Mr. Lennart Long | Technical Advisory Committee Member |
| Dr. Yuanchang Xie | Assistant Professor, UMass Lowell |
| Mrs. Sushma Srinivas | Ph.D. Student, UMass Lowell |
| Dr. Tian Xia | Associate Professor, University of Vermont |
| Dr. Jenny Liu | Associate Professor, University of Alaska Fairbanks |
| Dr. Kaiguang Zhao | Post Doc., Joint Global Change Research Institute |
| Mr. Samy Metari | Vice President, Pavemetrics Systems Inc. |
| Mr. Mario Talbot | Vice President, Pavemetrics Systems Inc. |
| Mr. Ronald Humphrey | President, CodeRed Business Solutions |

**Introduction**

- Dr. Xie welcomed all participants to the 3rd Quarterly RITARS meeting and requested all members to briefly introduce themselves.

- Dr. Xie presented an outline of the tasks that were scheduled to be accomplished during the third quarter and informed the participants that he would ask the concerned team members to provide an update on what they have accomplished in the past quarter.

- Dr. Xie mentioned that the task of creating a Ground Penetrating Radar (GPR) lab at UMass Lowell was nearing completion and he invited Dr. Ted Sussmann to visit the lab during testing.

**Presentation**

- Dr. Xie started the presentation by listing the tasks that were scheduled to be worked on in the 3rd quarter, viz., tasks 3, 4, 6, 7, 8, 9, 11, 12, 13 and 16.

- Accomplishments

    o **Task 3 & 4:** Dr. Xie stated that the project website is up and running and showed a screen shot of the webpage. He invited all members to access the website

Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS

**Trial Exhibit
565**

(www.uml.edu/Research/CRS-SI/). Task 4 was about the quarterly meeting and report. The team has submitted the 3rd report on time and is now having the 3rd quarterly meeting.

- **Task 6 & 8:** Dr.Xie mentioned that task 6 was about developing a GPR hardware system and task 8 was about testing it in the GPR lab at UMass Lowell. He requested Dr. Xia to provide an update. Dr. Xia listed the major accomplishments of tasks 6 & 8 in the third quarter: *Pulse generator circuit development and testing; Integration of encoder into the system for data registration; Performed test validations at University of Vermont (UVM) and UMass Lowell GPR labs; and GUI interface development in LabView*. The pulse generator is a monocycle pulse generator with a power amplifier. Pulse width is 500 ps ~ 1.2 ns, pulse amplitude is 7 Vpp, PRF up to 30 KHz. He mentioned that high design complexity and high cost were the limitations of the circuit design. Dr. Xia tested a borrowed GSSI antenna and a homemade horn antenna. The homemade horn antenna was used to detect a rebar in the lab and in the field in the Fleming West side Walkway of UVM under both stationary and moving scenarios. A comparative GPR test with the Mala system was also performed at UVM. The team moved the GPR system to the lab at UMass Lowell and conducted tests with and without lumbers. They found that the GPR system developed by Dr. Xia's team detected the lumbers that were used to emulate wooden ties on a railway track. Dr. Xie added that some engineers at MBTA were interested in the detection of underground pipes. Hence, this part was added into the research study despite its not being mentioned in the proposal. He also added that in the coming days tests would be conducted on clean and fouled ballast.

➢ There was a brief technical issue and the meeting resumed after all participants except the speaker was muted. Dr. Xie apologized for the inconvenience and requested all participants to type their requests if they have questions.

- **Task 7:** Dr. Xie requested Dr. Liu to provide an update on task 7 which involved the development of GPR algorithm. Dr. Liu explained that the team tried two approaches namely: Short time Fourier Transform (STFT) Analysis and Low and High Pass (HP) Filter Application for algorithm development. Her team found very high and very low spurious frequencies outside the intended area of signal frequencies. They adopted a high pass filter to remove low frequency clutter and implemented a zero phase filter to maintain temporal ordering. A cross section of the data before and after applying the HP filter was shown. She also described her next steps as: Fine tune filtering for specific bandwidth; scattering amplitude envelope analysis; Signal gain processing; and Wavelet threshold noise reduction.

➢ Dr. Xie mentioned that the project had three major components:
  i. GPR System development handled by Dr. Xia and Dr. Liu.
  ii. Laser System development handled by Dr. Zhao, Mr. Samy Metari, Mr. Mario Talbot, and Dr. Xie.
  iii. Web based Decision Support System development handled by Dr. Xie.

- ➢ Dr. Xie requested the members who joined in later to introduce themselves and informed the team that the meeting was being recorded. The presentation was resumed by Mr. Metari and Mr. Talbot.

    - o **Task 11:** Mr. Mario summarized the Laser algorithm that was developed as a part of task 11. It includes: detect the nearest point to the camera; extract a new range image based on the detected point; apply a remapping process on the new range image; apply Canny method for rail edge detection; and refine the detected rail edges. He showed the team screen shots of 3D data that detects the cracks in wooden ties. ==Future work consists of: estimating the gauge width; detecting rail fasteners; detecting missing features; and detecting cross-ties.== Dr. Xie mentioned that data was collected in St. Louis. For the existing data set, hairline cracks in concrete ties were not detected by the Laser system; hence a switch was made to wooden ties. The cost of the sensors is about $250,000 and the accuracy is 1mm in both X and Y direction and 0.5 mm for elevation. At a resolution of 1mm, measurements can be taken at 20 to 30 mph. At lower resolution (or sampling rate), speeds can be 100 mph. In addition, Dr. Zhao explained how laser triangulation system was used in this project and demonstrated its accuracy. Dr. Zhao demonstrated the template that can be used to detect missing features. He also demonstrated how the triangulation data can be converted into GIS data.

- ➢ Dr. Xie stated that he would be talking about tasks 12, 13 and 16. He mentioned that task 12 was the responsibility of Dr. Huang and since Dr. Huang was out of town and could not make it to the meeting, an update would be provided by Dr. Huang in the next meeting.

    - o **Task 13 & 16:** Dr. Xie mentioned that a GPS encoder was purchased to geo-reference the GPR and Laser data. A web based DSS was developed for transit agencies. He outlined the design features, differences and layout of the previous version versus the latest version of the DSS. Since the system is not online yet, he explained the web based DSS by the help of multiple screen shots. He demonstrated how the 'identify' tool would be integrated with the GPR and Laser data and all defects on any section of the railway track can be accessed by rail transit inspection personnel. Tools such as 'search by attributes' and 'search by location' were added to the software. Additional options are planned to be added in the future. Dr. Xie also mentioned developing a system similar to Google maps street view. He mentioned that the only constraint for the development of such a system was funding as the camera required for taking 360 degree pictures and zoom-in to the location costs over $10,000. Finally he mentioned that the program manager was interested in the DSS and the team would like to add additional query options, add linear referencing system to visualize rail gauge and fouled ballast data and develop a mobile app to facilitate data collection and rail inspection.

- ➢ **Future Plans**

- o Dr. Xie outlined all the tasks for the 4th quarter. He mentioned that tasks 3, 4, 6, 7, 8, 9, 11, 12, 16 and 20 were the ones that needed to be worked on. He said that different moisture levels and fouled ballast would be tested in the future. He stated that tasks 9, 14 and 15 would be combined since vehicles can be rented for a period of 1 month and all tests would be done at MBTA and St. Louis during this period. He also asked all team members to start summarizing their research findings in order to start publishing and reminded the team that the deadline for submitting to TRB was August 1st. He also reminded the team that he has sent out emails to everyone regarding the call for papers by the remote sensing committee at TRB.

- ➤ Project Deliverables: Dr. Xie stated that the 3rd quarterly report has been submitted on time.

**Questions & Comments**

- ➤ *Comment #1:* Dr. Ted Sussmann from Volpe Transportation Center said that from his past experience, if the test setup is next to a block wall, signal interference is observed unless the antenna is well shielded and may skew the data. He suggested placing the test set-up away from the wall.
- ➤ *Comment #2:* Dr. Sussmann pointed out that the lumbers used in the tests have different dielectric properties and conductive properties than wooden ties that have been treated with preservatives on a railway track. He suggested that for the next step, when calculating the dielectric properties, a material similar to the treated wooden ties on tracks should be used.
- ➤ *Response:* Dr. Xie responded by saying that he would consider both comments and act upon them.
- ➤ *Question #1:* Dr. Sussmann wanted to know the goal of developing the GPR system. He wanted a clarification on whether the system was meant to emulate a commercially available GPR system or whether the GPR system was being developed to address the weakness found in the existing GPR systems. He pointed out that the generation of the pulse, frequency of the pulse, the ultra-white band and the characteristics of the pulse itself can be an issue. He suggested adopting a step frequency system or a 3D radar system might be useful. He also pointed out that the antenna footprint is an issue. He requested a clarification on the purpose of the development of the GPR system from Dr. Xia.
- ➤ *Response:* Dr. Xia responded by saying that the major difference between the GPR system developed by his team and existing systems is that his system uses a real time high speed data collection unit that is faster than any existing GPR systems. The developed GPR system has a higher spatial resolution compared to existing commercial GPR systems. The system collects data at low frequency but higher pulse amplitude displaying better performance.
- ➤ *Question #2:* Dr. Sussmann wanted to know whether the system would receive one signal per transmit.
- ➤ *Response:* Dr. Xia responded in affirmative. Signal dynamic range in FCW is very high. The limitation is that at low speed if the pulse has to be scanned then frequencies have to be scanned sequentially. His team at UVM is developing FCW radar for lower speeds. He

said that for this project, he hopes to have a higher scanning range. In response to the antenna footprint issue, Dr. Xia mentioned that his team is working on narrowing the antenna footprint.
- *Comment #3:* Dr. Sussmann encouraged the team to look at the 3D radar step frequency GPR systems that claim to work at high speeds of 100 mph.
- *Question #3:* Dr. Nelson wanted to know the top to bottom distance on the B-Scan image presented by Dr. Xia.
- *Response*: Dr. Xia responded by saying that the distance between lumbers is 7 inches and the distance from the ballast surface to the first re-bar is 1.6 ft. and to the second re-bar distance is 2.3 ft.
- *Question #4:* Dr. Nelson asked what the depth of the 20 ns mark would be or what the speed of the radar was in soil, ballast, etc.
- *Response:* Dr. Xia responded by saying that the dielectric constants were not yet measured and the speed is dependent on dielectric constants.
- *Question #5:* Dr. Nelson further queried what would be the effect of moisture on the test results.
- *Response:* Dr. Xia responded by saying that moisture would definitely influence the test results and the signal amplitude would be much smaller, dielectric constant will increase and signal speed will be much lower. Dr. Xia mentioned that moisture levels in the ballast would be varied in future tests and the results would be tabulated and presented in the next quarter.
- **Comment #4:** Dr. Sussmann observed that the four steps mentioned by Dr. Liu viz.: fine tune filtering for specific bandwidth; scattering amplitude envelope analysis; signal gain processing and; and wavelet threshold noise reduction are not correlated and wanted to know the next course of action. He mentioned that looking at STFT analysis was a more beneficial course of action.
- **Comment #5:** Dr. Sussmann mentioned that characterizing frequencies from moisture affecting ballast and impurities affecting ballast by using Fourier Transform and developing a look-up table or guideline on frequencies reflected seemed like an attainable and useful goal.
- **Response:** Dr. Liu responded by saying that her team looked at a lot of research data and findings including those from a UIUC team and used their data for preliminary studies. The STFT is a very common approach used so far and the team wants to develop an algorithm to reduce noise and increase data quality. Hence, the team used STFT and High Pass Filter Application approach. She also mentioned that they are looking at different approaches. Dr. Xia added that real time data analysis is challenging and at UVM they use an approach where they borrow the entropy analysis theory which identifies unique areas in the data and reduce the area of data. He mentioned that his team submitted a paper and he would be willing to share his paper with anyone interested by email.
- **Comment #6:** Dr. Sussmann thanked Dr. Xia for the clarification and added that cleaning up data is important but focusing on physical properties such as dielectric constants, conductivity etc. will simplify data analysis and provide more reliable results. He stressed on the importance of avoiding false positive data.
- **Response:** Dr. Xie appreciated the comments by Dr. Sussmann and stated that future experiments are scheduled to observe the impact of moisture and fouling on ballast.

- **Comment #7:** Dr. Sussmann showed keen interest in assessing the impact of moisture and fouling on ballast and suggested a comparative data collection and analysis between the system developed by Dr. Xia's team and commercially available GPR systems.
- **Response:** Dr. Xie said he would get in touch with Dr. Sussmann and discuss the potential use of the GPR laboratory at UMass Lowell with him.
- **Question #6:** Mr. Carr wanted to know how much field of view was there for the Lidar sensors.
- **Response:** Dr. Xie responded by saying that they adopted a narrower field of view system due to budget constraints. The systems that can be used for wider area are expensive but the system being adopted by the team is better in terms of accuracy.
- **Comment #8:** Mr. Carr suggested that detecting cracks in concrete ties can be accomplished by wetting the tie before recording sensor data.
- **Response:** Mr. Talbot agreed with Mr. Carr's suggestion.
- **Question #7:** Mr. Carr wanted to know who developed the Lidar system.
- **Response:** Dr. Xie responded that the system was developed by Pavemetrics. Dr. Xie requested Mr. Carr to share the information about the Lidar system used by FRA.
- **Comment #9:** Dr. Sussmann wanted to know if elevation data could be recorded from the camera Laser system and commended the work done by Dr. Zhao.
- **Response:** Dr. Xie replied in negative.
- **Question #8:** Dr. Sussmann asked whether the web based system was an ESRI based system.
- **Response:** Dr. Xie said yes.
- **Question #9:** Mr. Hugh Thompson wanted a copy of the presentation and Dr. Xie said he would email it to him.
- **Comment #10:** Dr. Ted Sussmann commented that the web based DSS system being developed in this project is more like an asset database as opposed to a system that tells transit agencies what to do like the ECOTRACK in Europe.
- **Response:** Dr. Xie mentioned that his team has plans of adding additional components to the DSS to make it an actual DSS and not an asset database such as clustering analysis of defects, and to find potential connections between different defects such as missing fasteners and rail gauge. He mentioned that the team would be trying to correlate different types of defects and add modules such as life cycle analysis, collect additional data, and see the changes in concrete ties over a period of time. Dr. Sussmann agreed that once these goals are met, the web based system can be termed as a DSS. He however cautioned the team to be absolutely certain about the data in the database to improve the accuracy of the DSS.
- **Comment #11:** Dr. Sussmann suggested the team look at Rail doctor developed by Road Scanner in Finland which was similar to the street view mode in Google but for rails. He said he would share the information with Dr. Xie. He also stressed on the importance of developing the linear referencing system for data to identify problem areas.
- **Comment #12:** Dr. Xie stated that summarizing data and creating meaningful reports is a critical area that needs to be worked upon.
- **Comment #13:** Dr. Ted Sussmann suggested looking at OPTRAM which is a database based DSS developed by Bentley.

➢ **Comment #14:** Dr. Sussmann wanted Dr. Xie to update him about the time and dates the tests would be conducted at UMass Lowell and showed interest in meeting with Dr. Xie's team. Dr. Xie said he would inform Dr. Sussmann.

**Meeting adjourned at 4:10 pm.**

# Detection of rail edge positions

Algorithm summary:

1- Detect the nearest point to the camera (supposed to be on the rail head).
2- Extract a new range image based on the detected point.
3- Apply a remapping process on the new range image.
4- Apply the Canny method for rail edge detection.
5- Refine the detected rail edges.

# Intensity data



## Intensity data - detection



# Range data



# Range data - detection



# 3D data



Trial Exhibit 0565   p. 13 of 15

Exhibit 8
459

# 3D data - detection



Trial Exhibit 0565   p. 14 of 15

**Exhibit 8**
**460**

# Current and Future work

- Estimating the gauge width.
- Detecting rail fasteners.
- Detecting missing fasteners.
- Detection of the cross-ties.