# EXHIBIT 9

# 5ᵗʰ Quarterly Report for Project Titled "An Automated System for Rail Transit Infrastructure Inspection"

**Under Cooperative Agreement**
No. RITARS-12-H-UML

Between

U.S. Department of Transportation
Research and Innovative Technology Administration

And

University of Massachusetts Lowell
Office of Research Administration
600 Suffolk Street
Lowell, MA 01852

Program Manager
Mr. Caesar Singh

Project Principal Investigator
Yuanchang Xie, University of Massachusetts Lowell

Quarter Start Date: July 1, 2013
Quarter End Date: September 30, 2013
Report Submitted on: October 15, 2013

Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS

**Trial Exhibit
566**

# Table of Contents

1.   **Glossary** ................................................................................................................ 1

2.   **Executive Summary** ........................................................................................... 1

3.   **Accomplishments** ............................................................................................... 2

5.   **Problems Encountered** ..................................................................................... 17

6.   **Future Plans** ..................................................................................................... 17

7.   **Funds Expended and Program Schedule** ....................................................... 18

8.   **Labor Hours** ..................................................................................................... 18

9.   **Project Deliverables** ........................................................................................ 19

10.   **Meetings and Collaborations** ........................................................................ 19

Exhibit 9
463

## 1.   Glossary

CRBS – CodeRed Business Solutions
DSS – Decision Support System
GIS – Geographic Information System
GPS – Global Positioning System
GPR – Ground Penetrating Radar
GUI – Graphical User Interface
LCMS – Laser Crack Measurement System
MBTA – Massachusetts Bay Transportation Authority
STFT – Short Time Fourier Transform
TAC – Technical Advisory Committee
TRB – Transportation Research Board
UMass Lowell – University of Massachusetts Lowell
UVM – University of Vermont

## 2.   Executive Summary

In the 5th quarter, the team has been focusing on the following tasks: 1) further improving GPR hardware and algorithms; 2) developing and improving laser algorithms; 3) conducting field tests of the GPR and laser systems at MBTA and Metro St. Louis; 4) analyzing the collected GPR and laser data; 6) developing and improving track dynamic model; and 7) developing and improving the WebGIS-based decision support system.

The GPR hardware has been finalized. To avoid delaying the field data collections, the team borrowed a digitizer and finished the data collections in Boston and St. Louis in the past quarter. The integrated laser and GPR system proved to work well. The team has collected about 300 GB GPR data and 200 GB laser data from the two transit agencies. Testing the developed system and collecting data is one of the most important tasks. We are very happy that this task has been successfully accomplished.

The team is currently focusing on analyzing the collected GPR and laser data. The GPR group has developed some promising algorithms, which are detailed later in this report. For the laser data analysis, the team has almost finalized the algorithms for missing fastener and rail gauge detections. The laser group is currently focusing on developing algorithms for detecting cracks in concrete ties. The newly collected data contains many cracked concrete ties and is ideal for the algorithm development. Also, software tools are being developed to integrate and automate the rail gauge and missing fastener algorithms. We are optimistic that the laser and GPR algorithms development will be finished on schedule.

During the field data collection, the team also collected rail roughness data using an accelerometer. This data set and the rail profile data sets requested from both MBTA and Metro St. Louis have been sent to Dr. Huang at Penn State Altoona for further analysis. Based on the results, Dr. Huang has submitted an abstract to the 2014 Joint Rail Conference in Colorado Springs.

In the previous quarter, one student working on this task graduated and the other student left for summer internship. This delayed the development of the DSS. In the past quarter (more accurately, the past 1.5 months), the DSS group has made a lot of progress. They fixed some bugs in the DSS and added new features such as new base maps, reorder layer, enhanced legend control, and enhanced the zoom-in and zoom-out tools. The team is working on develop mobile app and adding routing and advanced query features to the DSS.

The team submitted two research papers to the 93rd Transportation Research Board Annual Meeting in the past quarter. One paper on laser algorithms has been accepted for presentation and received very positive comments. Other than being invited to present this paper at a regular TRB session, **the team has been invited to discuss this paper at the TRB Rail Transit Infrastructure Committee (AR055)**. We should know the peer-review results for the other paper on GPR system design very soon. We are optimistic that this paper will be accepted as well.

### 3.  Accomplishments

This section summarizes what the research team has accomplished during the 5th project quarter for each task.

***Task 1 – Establish project Technical Advisory Committee (TAC)***
This task has been completed.

***Task 2 – Project kick-off meeting***
This task has been completed.

***Task 3 – Create and maintain a project website***
The project website is up-to-date.

***Task 4 – Conduct quarterly meetings and submit quarterly status reports to RITA***
The team held the 4th quarterly meeting on August 15, 2013 and submitted the 4th quarterly report on July 15, 2013.

***Task 5 – Conduct an expanded and comprehensive review of relevant remote sensing technologies and algorithms for rail inspections***
This task has been completed.

***Task 6 – Develop the GPR subsystem hardware***
This task has been completed.

***Task 7 – Develop algorithms and software tools to interpret the GPR data***
The University of Alaska group has continued to develop signal processing techniques to extract features from the GPR data collected in the UMass Lowell GPR lab. They have also been developing a GUI to interface the techniques together.

The previous filtering and analysis features have been incorporated into a GUI for ease of performing data analysis. Figure 1 presents the updated GUI. The filters and analysis tools have been assigned to their own drop-down menus, and the ability to load in segments of raw TDMS data as well as .MAT formatted data has been added to the general features. An "auto apply" has been added to the filtering tool bar, which allows for a one-click application of band pass filtering and Karhunen-Loeve transform de-correlation for background filtering. An additional feature that was developed was a "Resize Data" feature which allows the user to resize the window of interest presented to more constrained dimensions than the initially loaded data. This is effective for zooming in on regions of interest.



Figure 1  Example of Pre and Post Processing Data Visualization with the updated interface

Both the scattering amplitude envelope and short time Fourier transform (STFT) are still being developed and tested. Figure 2 shows an example of STFT processing of the data in Figure 1. The timing and frequency information from the STFT can be compared with known decay rates for materials to spot anomalies and fouled ballast regions. Figure 2 is an example of the STFT analysis, which provides information about the state of material by showing changes in attenuation of frequencies with time. Uniformity of amplitude indicates a uniformity of material.



Figure 2  Short Time Fourier Transform

The following three sections summarize what the UVM team has accomplished in this project quarter.

### 1) Ballast contamination assessment

For ballast contamination assessment, different ballast condition (clean ballast, fouled ballast and moisture ballast) can be characterized through measuring ballast reflection signal power that varies due to the size difference of air voids in ballast of different fouling conditions. For clean ballast, the air voids among ballast region are large, which lead to stronger scattering effect, so the reflection signal power is high. While for fouled ballast, the air voids are relatively small, thus the scattering effect and reflection signal power become weak. When the fouled ballast has a high degree moisture, the back scattering is further reduced which will significantly decrease reflection signal power. Therefore, by measuring reflection signal power, the ballast fouling condition can be assessed. Multiple steps signal processings have been developed to improve the GPR ballast B-Scan image quality. The first step is to remove systematic and environmental noise by performing averaging operation. The second step is to use Bicubic interpolation algorithm to enhance image resolution. The third step is to apply the adaptive gain enhancement. The fourth step is applying Hilbert Transform to extract ballast layer reflection signal power information. The last signal processing step is background removal to leverage the visualization.

For design validation, we create test setups for GPR to test ballast conditions at UVM lab by digging a hole (2 feet long, 1 foot wide and 3 inches deep) with different ballast filled in. Comparative experiments containing dry ballast, fouled ballast and moisten fouled ballast are shown in Figure 3 (a), (b) and (c), respectively. For dry ballast setup, clean ballast is used to fill the test hole. For fouled ballast setup, clean ballast is mixed with soil and sand. For moisten fouled ballast setup, water is added to the fouled ballast layer.



(a) Dry Ballast          (b) Foul Ballast          (c) Wet Foul Ballast

Figure 3 Ballast condition assessment test configuration

For the dry and clean ballast, large air voids exist in the ballast layer, thus the signal scattering effect is strong. For the fouled ballast, since the soil or sand fill in the ballast voids, the scattering effect is relatively low. While for moisten fouled ballast, the air voids are filled with soil, sand and water, which results in the weakest scattering and the lowest reflection signal power.



(a) Raw B-scan          (b) Interpolation + Adaptive          (c) Envelope and Energy Bar          (d) Background Removal and Normalized Energy Map
                        Gain Enhancement

Figure 4  B-Scan for dry ballast



(a) Raw B-scan          (b) Interpolation + Adaptive          (c) Envelope and Energy Bar          (d) Background Removal and Normalized Energy Map
                        Gain Enhancement

Figure 5  B-Scan for fouled ballast



Figure 6  B-Scan for moisten fouled ballast

Figure 4(a), Figure 5(a) and Figure 6(a) show the de-noised B-Scan images for dry ballast, fouled ballast and moisten fouled ballast tests, respectively. In the image, the direct coupling signal between the transmitter antenna and the receiver antenna locates between 1 ns and 4 ns along the vertical trace. The ballast top surface reflection signal locates at 5 ns, the ballast layer reflection locates between 6 ns and 8 ns and the ballast bottom layer reflection is at 8 ns. Comparing the three raw images, the image difference among different conditioned ballast can be observed but fuzzy. Thus we apply multi-step signal processings to leverage image quality.

For dry ballast, as shown in Figure 4(b), after interpolation and adaptive gain adjustment, the image resolution becomes much higher, and the small features become much more distinctive. Figure 4(c) is plotted using signal envelope data obtained upon Hilbert transform. After background removal, the power distribution feature of reflection signal is extracted and the normalized energy map is constructed in Figure 4(d). The same processing results are shown in Figure 5(a)-(d) and Figure 6(a)-(d) for fouled ballast and moisten fouled ballast.

Comparing the color energy bar in Figure 4(c), Figure 5(c) and Figure 6(c), the reflection signal energy of dry ballast area is 4, while reflection energy of fouled ballast is 3.5 and that of moisture fouled ballast is 2.5. The normalized power maps for three different ballasts are also shown in Figure 4(d), 5(d) and 6(d). For dry and clean ballast, the normalized energy of ballast area is close to 1, while the normalized energy of fouled ballast is 0.9 and moisten fouled ballast is only 0.5. These quantitative power parameters and differences are consistent with the theoretical analysis based on the ballast condition setups described above.

## 2) Migration Algorithm

Migration of seismic data moves dipping events to their correct position and collapses diffractions, which increases spatial resolution and resolves areas of complex geology much better than non-migrated images. Migration is one most important GPR processing method. In our GPR B-Scan, the subsurface object is presented as a hyperbola. When several objects are very close among each other, their hyperbola features in the B-Scan will overlap. This overlapping area makes it difficult to distinguish the object's real position.

To solve the problem above, we try to use the F-K Migration method to reduce hyperbola overlap and enhance the subsurface spatial feature. F-K Migration works by transforming the data to the Frequency-Wavenumber (F-K) domain and applying the migration equation $\tan \alpha = \sin \beta$ to shift the data vertically on the frequency axis and to transform the data to the migrated dip. After the inverse transformation, the migrated solution is obtained. We implement the F-K Migration using the open source Library MATGPR, and test it both on some sample data from commercial GPR system and field test GPR data from our own UVM GPR system.

Figure 7 shows the non-migrated and migrated B-Scan from Seismic Unix system. In the raw B-Scan, 6 hyperbolas overlap, while in the processed B-Scan, all these hyperbolas shift to their real positions. Figure 8 shows the non-migrated and migrated B-Scan from RAMAC system. In the raw B-Scan, the object in within red marker is blurred with background, while this object becomes prominent in the processed B-Scan. Figure 9 shows the non-migrated and migrated B-Scan from our own UVM GPR system. In the raw B-Scan, the subsurface spatial resolution is poor, while the resolution of the processed B-Scan is improved considerably.



Figure 7  Seismic Unix data

Exhibit 9
470



Figure 8  RAMAC data



Figure 9  UVM data

**Exhibit 9**
471

### 3)  Interesting Region Localization and Enhancement

In the GPR B-Scan, only a small portion of region contains the subsurface feature of interest while other regions are all pretty much common background. So we choose to calculate image entropy firstly to identify these interesting regions, and then apply post processing algorithms to enhance these regions for subsurface feature characterizations. The processing procedures include:

> *Step 1:* Calculate the local entropy of B-Scan image;
> *Step 2:* Apply adaptively threshold using OTSU algorithm to identify the interest regions;
> *Step 3:* Apply morphological dilate to mark the interesting regions;
> *Step 4:* Apply local enhancement algorithms to improve regional image quality.

We test our signal processing algorithms on two sets of field data. The first data set is the Boston Green Line (Segment 5100 - 5500) GPR data, and the second one is UVM pavement data. Figure 10 shows the Segments 5100-5500 of Boston Green Line data. The results upon each processing step are shown as Figure 11, Figure 12, Figure 13 and Figure 14, respectively. In Figure 14, the interesting regions upon post processing are marked by the red arrows.



Figure 10  GPR data after background removal



Figure 11  Local entropy



Figure 12  Entropy thresholding image



Figure 13  Morphological dilate image



Figure 14  Interesting region enhancement image

The preliminary results demonstrate that entropy calculating algorithms can effectively detect the interesting regions, while post processing algorithms need further investigations so as to leverage GPR image quality, which will be the focus of the next quarter's research.

***Task 8 – Test the developed GPR system in lab at UMass Lowell***
The GPR lab tests at UMass Lowell are almost done. The lab testing results have been used for interpreting the field-collected GPR data. Due to the failure of a digitizer, some of the planned

GPR lab tests were delayed. In the past quarter, the team has been focusing on the joint test of the GPR and laser systems at MBTA and Metro St. Louis. The remaining GPR lab tests will be completed in the next few weeks.

### Task 9 – Test the developed GPR system at MBTA

The team has successfully completed the field tests of both the GPR and Laser systems at MBTA and Metro St. Louis in August 2013. More details are provided under Task 14. It took the team a lot of time to design and assemble the GPR and Laser racks for the field tests. A more challenging task was to find an appropriate hi-rail vehicle for the field tests. To save costs, the team rented a hi-rail SUV from Colvin's Aerial Trucks in Waltham, MA. The team used the same SUV for the data collections at both MBTA and Metro St. Louis. The team would like to express their sincere gratitude to Colvins Aerial Trucks for allowing the team to modify their SUV. Without their kind support, the data collections would not be made possible.

### Task 10 – Collect laser data at MBTA

The team conducted the first laser data collection in St. Louis instead of Boston in December 2012. This task is completed.

### Task 11 – Develop algorithms and software tools to interpret the 3D laser data

In the past quarter, the Pavemetrics Systems Inc. group submitted a research paper to the 93rd Transportation Research Board (TRB) Annual Meeting. In addition, the Pavemetrics group has developed a new algorithm for the detection and recognition of missing fasteners. The key steps of this algorithm are summarized below:

1) Identify existing fastener models shown in Figure 15



(a)                              (b)                              (c)

Figure 15  Fastener models

2) For each fastener model, apply a set of image processing tools to extract the corresponding template model in Figure 16

Trial Exhibit 0566   p. 13 of 21

**Exhibit 9**
**474**

UMass Lowell RITARS-12-H-UML          5th Quarterly Report                    Page 12 of 19



Figure 16  Template model of the fastener shown in Figure 15.

3) Based on the template model of Figure 16, define a new set of template models for missing fasteners in Figure 17



Figure 17  template models for missing fasteners

4) Apply the template matching method between the template model (Figure 18 a) and the target image (Figure 18 b).



(a)

(b)

Figure 18  Object recognition based on template matching.

In the past quarter, Dr. Kaiguang Zhao refined the previous fastener detection algorithms by incorporating morphological operators. The utility of morphology analysis for our laser data has been previously demonstrated in the results from Pavemetrics. The new algorithms first use the morphological open operator to generate a reliable mask for pre-filtering the raw laser data (Figure 19). The pre-filtering gives a much cleaner image to work on for feature detection. To detect potential fasteners, another morphological operator called the top-hat transform is applied to the pre-filtered data. The preliminary results are then incorporated into the previous template-matching algorithms for improved detection. Dr. Zhao implemented these morphological analysis algorithms that are very efficient and fast. He has been working with one of Dr. Xie's graduate students, Mr. Shan Cao, to integrate the old and new algorithms for fast implementation. He has also started working on a research paper to document the development of laser algorithms and the use of our laser system for transportation applications.



Figure 19  An example depicting the use of morphological operations to improve the pre-processing laser data for feature detection.

### Task 12 – Develop track dynamic model
In the past quarter, Dr. Huang's team has accomplished the following tasks:

1. In the process of constructing critical rail deflection spectrum for hanging ties; Critical conditions such as track with one tie without support will be simulated by the dynamic track model; Rail deflection at the wheel rail contact point will be collected followed by Fourier transform to obtain the spectrum for one tie hanging scenario;
2. Student is in the process of learning the vehicle simulation package "Vampire® " to generate realistic wheel-rail contact forces as the input for the track model; A typical high rail vehicle will be simulated in Vampire to generate the wheel rail contact force to be used in the dynamic track model;
3. Received the revised acceleration data; in the process of digitalizing the data; Filtering and double integration will be realized by a Matlab code;
4. Submitted an abstract to the Joint Rail Conference in Colorado Springs, 2014.

### Task 13 – Develop the GIS&GPS subsystem to georeference the collected data
This task has been completed.

### Task 14 – Joint test of the GPR and laser systems at MBTA

During the week of August 5th, CodeRed coordinated the Right-of-Way (ROW) Safety Training with MBTA staff for the project team.  On August 14th the project team members designated to collect the laser and GPR data along the MBTA Green and Red Lines attended the ROW Safety Training at Cabot Yard Training Facility.  On August 15th the project team along with the MBTA staff arrived at the Blandford grade crossing on Commonwealth Avenue. The project team then began equipping the hi-rail vehicle with the test instrumentation.  CodeRed coordinated with MBTA staff the ROW access as well as walking the segment of westbound track to conduct track gauge measurements approximately every 100'.  The hi-rail vehicle accessed the ROW to begin collecting the LCMS and GPR data from Blandford grade crossing to Summit Street for approximately 6 miles traveling westbound.  In addition, CodeRed assisted the project team in conducting the track gauge measurements and sample collection of ballast for approximately 3 miles from Blandford grade crossing to Packards Corner.  After the data collection CodeRed discussed with MBTA staff about the next day morning's test site location along the Red Line that prompted us to relocate the data collection to the Mattapan High Speed Line due to time constraints and safety concerns.  Also, during the afternoon CodeRed participated in the monthly progress meeting via Fuze Meeting.

On August 16th, the project team along with the MBTA staff arrived at Central Ave grade crossing along the Mattapan High Speed Line. The hi-rail vehicle accessed the ROW to begin collecting the LCMS and GPR data from Mattapan Station to Cedar Grove Station for approximately 3 miles traveling northbound.  CodeRed assisted the project team in conducting the track gauge measurements every 100' and the collection of sample ballast for approximately 1.5 miles from Central Ave Station to Valley Road Station.

### Task 15 – Test the system at Metro St. Louis
During the week of August 12th CodeRed coordinated the Right-of-Way (ROW) Safety Training with St. Louis Metro staff for the project team.  On August 19th the project team members designated to collect the LCMS and GPR data along Metro attended the ROW Safety Training at the Ewing Maintenance Facility.  Later that evening of August 19th and during the morning of August 20th CodeRed assisted the project team with collecting LCMS and GPR data along Metro's ROW from Shiloh-Scott Station to Belleville Station for approximately 6 miles.  Also, CodeRed coordinated with Metro staff the ROW access as well as riding in a separate hi-rail vehicle along the east and westbound tracks to conduct track gauge measurements every 100'.

On August 21st CodeRed assisted the project team with collecting LCMS and GPR data from Forest Park Station to Sunnen Station along the Cross County extension for approximately 6 miles.  In addition, CodeRed coordinated with Metro staff the ROW access as well as riding in a separate hi-rail vehicle along the track segment to conduct track gauge measurements approximately every 1000'.  Due to safety concerns based on the track elevation and super elevated curves we limited the number of track gauge measurements.  Also, the westbound data collections ended near Big Bend Station due to the test hi-rail vehicle loss of battery power that supported the test instrumentation.  Figure 20 and Figure 21 show the GPR system mounted on the railroad vehicle.


Figure 20  GPR system


Figure 21 Team members working on the GPR system

During the field test in Boston and St. Louis, we have collected about 300 GB data totally using the GPR system. Also, the team collected close to 200 GB laser data using the LCMS.

Because of the huge GPR data capacity, we determine to focus on some selected data sets to explore signal processing and analysis. We divide the large GPR data file into data blocks, each containing 500 segments. The Boston Green Line data file has 12 B-Scan blocks. After removing the background from the raw data, we can clearly visualize that some layer patterns between 15ns and 20ns in Blocks 1, 5, 8, 9 and 11. Such patterns are fuzzy in other blocks. Figure 22 and Figure 23 show some of the interesting B-Scan blocks that are under characterizations.

Exhibit 9
478



Figure 22  Boston Green Line block 1



Figure 23  Boston Green Line block 5

### Task 16 – Develop a WebGIS-Based Decision Support System (DSS)

In the previous quarter, one student working on this task graduated and the other student left for summer internship. This delayed the development of the DSS. In the past quarter (more accurately, the past 1.5 months), the DSS group has completed the following tasks: 1) fixed some bugs in the DSS, 2) added new base maps. The new base map design can fetch nine base maps from ArcGIS gallery automatically, 3) added reorder layer feature. This important feature allows users to change the way the results are displayed by moving a particular layer up and down, 4) modified the legend feature. Now only the legends of visible layers are displayed, 5) enhanced the zoom-in and zoom-out tools, 6) modified the toolbar icons so that the currently selected tool is highlighted. The team is working on develop mobile app and adding routing and advanced query features to the DSS. In addition, the team will load the collected raw and processed data into the DSS in the next quarter.

### Task 17 – Develop training materials

This task is scheduled to begin in the 7th quarter.

### Task 18 – Organize workshop

This task is scheduled to begin in the 8th quarter.

### Task 19 – Prepare and submit the Final Project Report

This task is scheduled to begin in the 8th quarter.

### Task 20 – Publish papers and make presentations

Exhibit 9
479

Based on the results of this project, the team has submitted the following research papers. Among them, the laser paper has been accepted for presentation at the 93rd Transportation Research Board (TRB) Annual Meeting. We received very positive comments on the laser paper and were invited to discuss the paper at the **TRB Rail Transit Infrastructure Committee (AR055)**. This paper may very likely be accepted for publication in the Journal of Transportation Research Record if we address the comments properly. In addition, Dr. Huang at Penn State Altoona has submitted an abstract based on this research to the 2014 Joint Rail Conference in Colorado Spring.

- Samy Metari (Pavemetrics Systems Inc.), Yuanchang Xie (UMass Lowell), Mario Talbot (Pavemetrics Systems Inc.), Kaiguang Zhao (Pacific Northwest National Laboratory), John Laurent (Pavemetrics Systems Inc.). Automatic Track Inspection Using 3D Laser Profilers to Improve Rail Transit Asset Condition Assessment and State of Good Repair – A Preliminary Study, submitted to the 93rd Transportation Research Board (TRB) Annual Meeting.
- Yu Zhang (University of Vermont), Anbu Selvam Venkatachalam (University of Vermont), Yuanchang Xie (UMass Lowell), and Tian Xia (University of Vermont). Development of a High-Speed Ultra Wideband UWB Ground Penetrating Radar for Railroad Ballast Inspection, submitted to the 93rd Transportation Research Board (TRB) Annual Meeting.

## 5.  Problems Encountered

The team encountered the following problems in the past quarter. These problems have all been successfully addressed.

**GPR and laser racks**: developing the GPR and laser racks took longer than expected. The most difficult part was to find a hi-rail vehicle that can be modified, as most car rental companies won't allow customers to modify their vehicles. The team was very lucky and found Colvin's Aerial Trucks, a truck rental company in Waltham, MA.  This company helped the team modify their vehicle to mount the developed GPR and laser racks. They also helped the team develop the mounts for the encoder and accelerometer. In addition, the team experienced a power supply problem with the computer for the GPR system. This computer requires a pure sine wave power input. We did not realize this problem until one day before the field tests in Boston. This company also helped us solve this critical problem.

## 6.  Future Plans

The following summarizes some of the important work planned for the 6th quarter.

*Task 7 - Develop algorithms and software tools to interpret the GPR data:* The team will continue to refine filtering and analysis techniques and develop the GUI.  Methods used in the GUI can be tested with field data that has been collected and improved with the use of a calibration technique to establish the ground interface.  Data with known examples of fouled ballast and subterranean objects can be used to further hone the

analysis and filtering methods being implemented. The scattered envelope amplitude method requires further development with such data. The GUI itself will need more debugging and development as features are changed and added.

***Task 8 – Test the developed GPR system in lab at UMass Lowell:*** the team will finished the GPR lab tests at UMass Lowell.

***Task 11 – Develop algorithms and software tools to interpret the 3D laser data:*** The team will continue to develop the laser algorithms. User interfaces will be developed to automate the laser algorithms.

***Task 16 – Develop a WebGIS-Based Decision Support System (DSS):*** The DSS group will start to load the processed laser and GPR data from MBTA and Metro St. Louis into the WebGIS-Based Decision Support System.

## 7. Funds Expended and Program Schedule

There are no major changes to the schedule described in Table 2 of the proposal. Table 1 below summarizes the funds expended as of October 15, 2013. Since the team has completed the hardware development and all field tests, funds in the equipment and supplies and materials categories have almost all been spent.

Table 1 Summary of funds expended.

| | Month to Date Expenditure | Year to Date Expenditure | Budget | Project to Date Expenditure | Encumbrance | Balance | % Remaining |
|---|---|---|---|---|---|---|---|
| Regular Salary | 0.00 | 4,692.00 | 17,404.00 | 7,738.07 | 0.00 | 9,665.93 | 55.54% |
| Special Salary | 2,300.04 | (8,050.44) | 56,653.00 | 2,300.04 | 4,600.08 | 49,752.88 | 87.82% |
| Fringe Benefits | 0.00 | 66.63 | 4,169.00 | 105.93 | 0.00 | 4,063.07 | 97.46% |
| National Travel | 0.00 | 5,310.59 | 10,380.00 | 6,902.76 | 0.00 | 3,477.24 | 33.50% |
| Other Non-Personnel | 0.00 | (2,250.00) | 9,000.00 | 0.00 | 0.00 | 9,000.00 | 100.00% |
| Supplies and Materials | (34.63) | 6,580.33 | 14,244.00 | 12,962.11 | 0.00 | 1,281.89 | 9.00% |
| Subrecipient < $25K | 0.00 | 22,862.53 | 150,000.00 | 115,340.60 | 34,659.43 | (0.03) | (0.00%) |
| Subrecipient > $25K | 0.00 | 18,429.57 | 440,256.00 | 75,991.50 | 364,264.50 | 0.00 | 0.00% |
| Equipment | 0.00 | 0.00 | 169,028.00 | 167,128.60 | 0.00 | 1,899.40 | 1.12% |
| **Direct Expenses Total** | **2,265.41** | **47,641.21** | **871,134.00** | **388,469.61** | **403,524.01** | **79,140.38** | **9.08%** |
| Indirect Costs | 1,155.36 | 16,045.43 | 128,953.00 | 74,128.30 | 0.00 | 54,824.70 | 42.52% |
| **Indirect** | **1,155.36** | **16,045.43** | **128,953.00** | **74,128.30** | **0.00** | **54,824.70** | **42.52%** |
| **Total** | **3,420.77** | **63,686.64** | **1,000,087.00** | **462,597.91** | **403,524.01** | **133,965.08** | **13.40%** |

## 8. Labor Hours

The following table shows the estimated labor hours expended by task for all staff categories for the UMass Lowell group, including both cost sharing and requested labor hours. Detailed reports on the labor hours expended for other groups of the project team are available upon request.

**Exhibit 9**
**481**

Table 2 Labor hours expended by task for all staff categories.

| Tasks | PI/Co-PI | | | Graduate Student | | |
|---|---|---|---|---|---|---|
| | Planned | Actual | Cumulative | Planned | Actual | Cumulative |
| 1. Establish project TAC | 0 | 0 | 20 | | | |
| 2. Project kick-off meeting | 0 | 0 | 10 | | | |
| 3. Create and maintain website | 3 | 3 | 13 | 20 | 20 | 100 |
| 4. Quarterly meetings and reports | 10 | 10 | 50 | 10 | 10 | 50 |
| 5. Literature review | 0 | 0 | 10 | 0 | 0 | 80 |
| 6. Develop GPR hardware | 1 | 51 | 57 | | | |
| 7. Develop GPR algorithm | 1 | 1 | 7 | | | |
| 8. Test GPR in lab | 0 | 10 | 67 | 0 | 20 | 620 |
| 9. Test GPR at MBTA | 0 | 0 | 40 | 0 | 0 | 80 |
| 10. Collect laser data at MBTA | 0 | 0 | 40 | 0 | 0 | 80 |
| 11. Develop laser algorithm | 30 | 30 | 115 | 100 | 100 | 767 |
| 12. Develop track dynamic model | 1 | 1 | 7 | | | |
| 13. Develop the GIS&GPS system | 0 | 0 | 100 | 0 | 0 | 400 |
| 14. Joint test of GPR and laser at MBTA | 40 | 80 | 80 | 80 | 160 | 160 |
| 15. Tests at Metro St. Louis | 50 | 100 | 100 | 0 | 100 | 100 |
| 16. Develop WebGIS-based DSS | 30 | 30 | 178 | 200 | 200 | 712 |
| 20. Journal papers & presentations | 0 | 10 | 23 | 0 | 20 | 40 |

## 9.    Project Deliverables

Based on Attachment #2 of the Cooperative Agreement between RITA and UMass Lowell, the following deliverables are due in this quarter.

   a)  Create and maintain a project website.
   b)  Quarterly status and progress reports, draft final project report, and final project report will be prepared and submitted to RITA in accordance with ArticleVI.F.2, 3, and 4 of the Basic Agreement.

The project website has been kept up-to-date. The 5th quarterly report will be submitted on time on October 15, 2013.

## 10.  Meetings and Collaborations

The 4th project quarterly meeting was held on August 14, 2013 using the Fuze Meeting system. Other than the 4th project quarterly meeting, the team had bi-weekly meetings every two weeks on Wednesday at 2:00 PM for the laser group. The radar group met every two weeks on Friday at 1:30 PM.  Since we conducted our field data collections in the past quarter, the PI also had a lot of conference calls with CRBS.