# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | CASE NO. 2:21-cv-1289 MCS-MMA |
| Plaintiff, | **[PROPOSED] ORDER ON TETRA TECH'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING INVALIDITY AND MOTION FOR NEW TRIAL** |
| v. | |
| TETRA TECH, INC. | |
| Defendant. | Honorable Mark C. Scarsi |
| AND RELATED COUNTERCLAIMS. | |

## ORDER

This matter comes before the Court on Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech")'s Motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(b) that claims 1 and 21 of the '293 patent and claim 8 of the '557 patent are not invalid, and a new trial under Federal Rule of Civil Procedure 59(a)(1)(A) based on the repeated misconduct by Pavemetrics' counsel at trial.

The Court, having considered the papers submitted in support of and opposing the Motion, the related exhibits, and the arguments of counsel, and finding good cause having been shown, Tetra Tech's Motion is **GRANTED** and **IT IS HEREBY ORDERED** that:

1. Judgment as a matter of law is entered in favor of Tetra Tech as follows:

    a. Pavemetrics did not prove by clear and convincing evidence that claims 1 and 21 of the '293 patent would have been obvious to a person of ordinary skill in the art in view of Pavemetrics' UML Sale and Support and/or UML-TRB2014, either alone or in combination with EC-TRB2014;

    b. Pavemetrics did not prove by clear and convincing evidence that claim 21 of the '293 patent would have been obvious to a person of ordinary skill in the art in view of Pavemetrics' UML Sale and Support and/or UML-TRB2014, in combination with EC-TRB2014 and Gibert-Serra; and

    c. Pavemetrics did not prove by clear and convincing evidence that claim 8 of the '557 patent would have been obvious to a person of ordinary skill in the art in view of Pavemetrics' UML Sale and Support and/or UML-TRB2014.

2. The Judgment on Jury Verdict (Dkt. 320) is hereby **VACATED** and a new trial is granted on issues of infringement and damages.

**IT IS SO ORDERED.**

Dated: _____        _____

                                HONORABLE MARK C. SCARSI
                                UNITED STATES DISTRICT JUDGE

1

1  Presented by:

4  Donald L. Ridge

5  *Attorneys for Defendant and Counterclaim Plaintiffs*
   *TETRA TECH, INC. AND TETRA TECH TAS INC.*

2