Christy G. Lea (SBN 212060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

**THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA<br><br>**PAVEMETRICS' *EX PARTE* APPLICATION REGARDING BRIEFING AND HEARING ON TETRA TECH'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING INVALIDITY AND MOTION FOR NEW TRIAL**<br><br>Honorable Mark C. Scarsi |

Pursuant to Local Rule 7-19 and this Court's orders and procedures, Plaintiff Pavemetrics Systems, Inc. ("Pavemetrics") submits this *Ex Parte* Application regarding briefing and hearing on Tetra Tech's Renewed Motion for Judgment as a Matter of Law and Tetra Tech's Motion for New Trial. Pavemetrics requests (1) moving the noticed hearing for both motions to October 24, 2022; and (2) setting the deadline for Pavemetrics to file oppositions to both motions, including any opposing affidavits, to October 3, 2022.

In accordance with Local Rule 7-19, Pavemetrics' counsel notified Tetra Tech's counsel of this Application on September 19, 2022, by e-mail. Zovko Decl. ¶ 3 & Ex. 1. Tetra Tech has agreed to move the hearing date to October 24, but opposes moving the deadline for oppositions to October 3. *Id*. Pavemetrics understands that Tetra Tech intends to file an opposition to this Application. *Id*.

The name, address, telephone number, and email address of opposing counsel are provided in the attached proof of service.

## MEMORANDUM OF POINTS AND AUTHORITIES

On September 14, 2022, Tetra Tech filed both a Renewed Motion for Judgment as a Matter of Law and a Motion for New Trial. ECF 323. Tetra Tech noticed a hearing on both motions for October 17, 2022. Under Local Rule 7-9, the current deadline for Pavemetrics to file oppositions to both motions is September 26, 2022.

Due to various scheduling conflicts, Pavemetrics requested if Tetra Tech would extend a professional courtesy and agree to move the hearing for both motions to October 24, 2022. Tetra Tech did agree and thus does not oppose this portion of this Application. Zovko Decl., Ex. 1 at 3 ("Tetra Tech agrees to move the hearing date to October 24."). Pavemetrics also requested that Tetra Tech agree to move the deadline for Pavemetrics to file its oppositions to both motions, including any opposing affidavits, to October 3, 2022, which is when the opposition to Tetra Tech's JMOL motion would be due under Local Rule 7-9.

But Tetra Tech stated it would oppose this request for a short 5-day extension. *Id*. at 1-3.

The Court's Standing Order states that "[a]ny motion that is filed and set for a hearing to be held fewer than 35 days from the date of the filing of the motion shall be briefed pursuant to Local Rules 7-9 and 7-10." ECF 11 at 5. Under Local Rule 7-9, Pavemetrics has 10 days after service of Tetra Tech's new trial motion to file its opposition to the new trial motion, and 21 days before the hearing date to file its opposition to Tetra Tech's JMOL motion.

If the hearing date is moved to October 24, the hearing will be more than 35 days from the date when Tetra Tech filed its motions. In this scenario, the Court's Standing Order states that "any opposition must be filed no later than 14 days after the filing of the motion…" *Id*. As such, the deadline for oppositions for both motions would be September 28, 2022. However, under Local Rule 7-9, the deadline for Tetra Tech's JMOL motion would have been October 3, 2022.

Due to attorney schedules, and to allow Pavemetrics sufficient time to review the entirety of the trial record to oppose Tetra Tech's motions, Pavemetrics respectfully requests setting the deadline for Pavemetrics' Oppositions to both motions to October 3, 2022. *See* Zovko Decl. ¶ 4. This short five-day extension would provide Pavemetrics with 19 days total to oppose the motions, while Tetra Tech had 21 days to prepare its motions. Moreover, Tetra Tech would suffer no prejudice by the short extension. Tetra Tech has merely stated that it "seeks a timely resolution of the issues raised in its motion." Zovko Decl., Ex. 1 at 1. But Pavemetrics' requested five-day extension to file its oppositions does not change the agreed-upon hearing date of October 24, and thus has no effect on when Tetra Tech's motions will be resolved.

Pavemetrics has lodged for the Court's consideration a Proposed Order granting its *Ex Parte* Application.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: September 19, 2022 | By: */s/ Christy G. Lea* |
| 3 |  | **KNOBBE, MARTENS, OLSON & BEAR, LLP** |
| 4 |  |  |
| 5 |  | Christy G. Lea<br>Joseph R. Re<br>Nicholas M. Zovko<br>Alan G. Laquer<br>Raymond S. Lu |
| 6 |  |  |
| 7 |  |  |
| 8 |  | Attorneys for Plaintiff/Counterclaim Defendant<br>PAVEMETRICS SYSTEMS, INC. |

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On September 19, 2022, I served the within **PAVEMETRICS'** *EX PARTE* **APPLICATION REGARDING BRIEFING AND HEARING ON TETRA TECH'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING INVALIDITY AND MOTION FOR NEW TRIAL** on the parties or their counsel shown below, via CM/ECF and by transmitting it electronically to the address as follows:

| | |
|---|---|
| James R. Barney<br>James.barney@finnegan.com<br>Aaron L. Parker<br>aaron.parker@finnegan.com<br>Nicholas A. Cerulli<br>nicholas.cerulli@finnegan.com<br>Daniel G. Chung<br>daniel.chung@finnegan.com<br>Kelly S. Horn<br>kelly.horn@finnegan.com<br>**FINNEGAN HENDERSON**<br>901 New York Ave NW<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400 | Donald L. Ridge<br>dridge@clarkhill.com<br>**Clark Hill LLC**<br>1055 West Seventh Street Ste 2400<br>Los Angeles, CA 90017-2503<br>Telephone: 213-891-9100<br>Facsimile: 213-488-117<br><br>Jency J. Mathew<br>Jency.mathew@finnegan.com<br>**FINNEGAN HENDERSON**<br>1875 Explorer Street 8th Floor<br>Reston, VA 20190<br>Telephone: (571) 203-2700<br>Facsimile: (571) 203-2777 |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 19, 2022.

*/s/ Linda Dunn*
Linda P. Dunn

56321153