Christy G. Lea (SBN 212060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289 MCS-MMA <br><br> **[PROPOSED] ORDER RE PAVEMETRICS' *EX PARTE* APPLICATION REGARDING BRIEFING AND HEARING ON TETRA TECH'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING INVALIDITY AND MOTION FOR NEW TRIAL** <br><br> Honorable Mark C. Scarsi |

Having considered Pavemetrics' *Ex Parte* Application Regarding Briefing and Hearing on Tetra Tech's Renewed Motion for Judgment as a Matter of Law and Motion for New Trial, the Court hereby **GRANTS** the request. The Court Orders as follows:

1. The deadline for Pavemetrics to file Oppositions to Tetra Tech's Renewed Motion for Judgment as a Matter of Law and Tetra Tech's Motion for New Trial, including any opposing affidavits, is October 3, 2022.

2. The hearing for Tetra Tech's Renewed Motion for Judgment as a Matter of Law and Tetra Tech's Motion for New Trial is scheduled for October 24, 2022 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____

                                        Hon. Mark C. Scarsi
                                        United States District Court Judge