Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **DECLARATION OF NICHOLAS M. ZOVKO IN SUPPORT OF PAVEMETRICS' *EX PARTE* APPLICATION RE BRIEFING AND HEARING ON TETRA TECH'S RENEWED MOTION FOR JMOL AND MOTION FOR NEW TRIAL** |

I, Nicholas M. Zovko, declare and state as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP and am counsel of record for Plaintiff Pavemetrics Systems, Inc.

2. I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could testify competently thereto.

3. Attached as **Exhibit 1** is a true and correct copy of an email chain with correspondence between Pavemetrics' counsel and Tetra Tech's counsel, including an email from Jency Mathew, counsel of record for Tetra Tech, to myself. As shown therein, on September 15, the day after Tetra Tech filed its motions, I wrote counsel for Tetra Tech to propose moving the hearing for both of Tetra Tech's motions to October 24 and the deadline for Pavemetrics to file oppositions to both motions to October 3. Ex. 1 at 5–6. After some back and forth, on September 19, Ms. Mathew stated that Tetra Tech agrees to move the hearing date to October 24. *Id*. at 3. Ms. Mathew stated that Tetra Tech does not agree to moving the date for Pavemetrics' oppositions. *Id*. at 3. Later that day, I notified Tetra Tech's counsel of Pavemetrics' intent to seek a short extension due to attorney schedules by *Ex Parte* Application. *Id*. at 1. Ms. Mathew responded that Tetra Tech opposes Pavemetrics' request for a short extension. *Id*.

4. Pavemetrics' counsel of record has various scheduling conflicts between September 15 and September 28, 2022. For example, Pavemetrics' counsel of record has many deadlines in other matters, including other district court and appellate briefs and hearings. Joseph Re, the Immediate Past President and current Executive Committee member and Officer of the AIPLA, is traveling and will be attending an annual AIPLA Board of Directors meeting in Portland, Maine from September 21 to September 25, 2022.

-1-

#:15678

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on September 19, 2022 at Irvine, California.

                                                */s/ Nicholas M. Zovko*
                                                Nicholas M. Zovko

# EXHIBIT 1

| | |
|---|---|
| **From:** | Mathew, Jency |
| **To:** | Nicholas Zovko; Cerulli, Nicholas; Barney, James; Parker, Aaron; Chung, Daniel; Horn, Kelly; Ecklund, Steve; Ridge, Donald L. |
| **Cc:** | Christy Lea; Joe Re; Alan Laquer; Raymond Lu; Lit PAVEL.001L |
| **Subject:** | RE: Pavemetrics v. Tetra Tech - Tetra Tech"s Pending Motions |
| **Date:** | Monday, September 19, 2022 3:39:02 PM |

Nick,

Tetra Tech opposes Pavemetrics' request because Pavemetrics has not provided a sufficient basis for departing from the Court's regular procedures and because Tetra Tech seeks a timely resolution of the issues raised in its motion.

Jency

**Jency J. Mathew**
Attorney at Law

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Office: 571.203.2419 | Mobile: 845.981.9880

---

**From:** Nicholas Zovko <Nicholas.Zovko@knobbe.com>
**Sent:** Monday, September 19, 2022 5:30 PM
**To:** Mathew, Jency <Jency.Mathew@finnegan.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>
**Cc:** Christy Lea <Christy.Lea@knobbe.com>; EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Alan Laquer <Alan.Laquer@knobbe.com>; Raymond Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - Tetra Tech's Pending Motions

**EXTERNAL Email:**

Jency,

Pavemetrics intends to seek a short extension due to attorney schedules.  Please let us know by 3:30 pm Pacific today if Tetra Tech opposes a 4-day extension (using the dates you provided) and, if so, the basis for any opposition.  Otherwise, Pavemetrics will move ex parte and Tetra Tech's opposition will be due within 24 hours.

Best regards,

Nick

**Nicholas Zovko**
Partner

949-721-5295 **Direct**

- 1 -

**Knobbe Martens**

---

**From:** Mathew, Jency <Jency.Mathew@finnegan.com>
**Sent:** Monday, September 19, 2022 1:45 PM
**To:** Nicholas Zovko <Nicholas.Zovko@knobbe.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>
**Cc:** Christy Lea <Christy.Lea@knobbe.com>; Joe Re <Joe.Re@knobbe.com>; Alan Laquer <Alan.Laquer@knobbe.com>; Raymond Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - Tetra Tech's Pending Motions

Nick,

As an initial matter, Tetra Tech does not agree with Pavemetrics' calculated due dates. Under Judge Scarsi's Standing Order, the due date for any opposition to Tetra Tech's motion for JMOL and motion for new trial is due on September 29 and Tetra Tech's reply is due on October 6. Please let us know if Pavemetrics still seeks an extension. To the extent Pavemetrics maintains its request, please provide Pavemetrics' basis.

Regards,
Jency

**Jency J. Mathew**
Attorney at Law
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Office: 571.203.2419 | Mobile: 845.981.9880

---

**From:** Nicholas Zovko <Nicholas.Zovko@knobbe.com>
**Sent:** Monday, September 19, 2022 2:43 PM
**To:** Mathew, Jency <Jency.Mathew@finnegan.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>
**Cc:** Christy Lea <Christy.Lea@knobbe.com>; EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Alan Laquer <Alan.Laquer@knobbe.com>; Raymond Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - Tetra Tech's Pending Motions

**EXTERNAL Email:**

Dear Jency,

Thank you for agreeing to move the hearing date to October 24.

Under Local Rule 7-9, Pavemetrics' opposition to the JMOL motion will be due on October 3 and Tetra Tech's reply due on October 10.  But Pavemetrics' opposition to the new trial motion is due within 10 days, which makes it due on September 26.  *See* L.R. 7-9.  Given the different due dates, Pavemetrics again requests that Tetra Tech stipulate to Pavemetrics' oppositions both being due on October 3.

Please confirm by 2:00 pm Pacific time today that Tetra Tech will stipulate.  Otherwise, Pavemetrics intends to move ex parte for the extension.  If Tetra Tech intends to oppose, please provide Tetra Tech's reason for opposing.

Best regards,

Nick

**Nicholas Zovko**
Partner
949-721-5295 Direct
**Knobbe Martens**

---

**From:** Mathew, Jency <Jency.Mathew@finnegan.com>
**Sent:** Monday, September 19, 2022 9:41 AM
**To:** Nicholas Zovko <Nicholas.Zovko@knobbe.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>
**Cc:** Christy Lea <Christy.Lea@knobbe.com>; Joe Re <Joe.Re@knobbe.com>; Alan Laquer <Alan.Laquer@knobbe.com>; Raymond Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - Tetra Tech's Pending Motions

Nick,

Tetra Tech agrees to move the hearing date to October 24. Tetra Tech does not, however, agree to Pavemetrics' request for a one-week extension for filing its opposition. Tetra Tech also opposes Pavemetrics' request to the extent it seeks to file two opposition briefs in response to Tetra Tech's single, 25-page memorandum in support of its motions.

Jency

**Jency J. Mathew**
Attorney at Law
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Office: 571.203.2419 | Mobile: 845.981.9880

**From:** Nicholas Zovko <Nicholas.Zovko@knobbe.com>
**Sent:** Friday, September 16, 2022 2:48 PM
**To:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>
**Cc:** Christy Lea <Christy.Lea@knobbe.com>; EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Alan Laquer <Alan.Laquer@knobbe.com>; Raymond Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - Tetra Tech's Pending Motions

**EXTERNAL Email:**

Nick,

Thank you for clarifying. We checked Judge Scarsi's web page yesterday at about 10:30 am and the date was already closed. But perhaps the Court updated its web page shortly after Tetra Tech filed its motions.

Nevertheless, Pavemetrics has a scheduling conflict on October 17 and also requests a one-week extension for filing its oppositions to Tetra Tech's motions. If Tetra Tech would like an additional week to file its reply briefs, Pavemetrics would not oppose.

Please let us know if Tetra Tech agrees to a one-week extension for oppositions and moving the hearing date to either October 24 or a later date that works for both sides.

Best regards,

Nick

**Nicholas Zovko**
Partner
Nicholas.Zovko@knobbe.com
949-721-5295  Direct
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/nicholas-zovko

**From:** Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>
**Sent:** Friday, September 16, 2022 9:38 AM
**To:** Nicholas Zovko <Nicholas.Zovko@knobbe.com>; Barney, James <James.Barney@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>

**Cc:** Christy Lea <Christy.Lea@knobbe.com>; Joe Re <Joe.Re@knobbe.com>; Alan Laquer <Alan.Laquer@knobbe.com>; Raymond Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** RE: Pavemetrics v. Tetra Tech - Tetra Tech's Pending Motions

Nick,

At the time of filing our motion, October 17 was not listed as a closed date on Judge Scarsi's calendar. Thus, we believe our filing may have caused the Judge's calendar to be full and the date to "close." We do not believe any stipulation is necessary under these circumstances.

Best regards,
Nick

**Nicholas Cerulli**
Associate
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4248 | fax: 202.408.4400 | nicholas.cerulli@finnegan.com | www.finnegan.com

FINNEGAN

---

**From:** Nicholas Zovko <Nicholas.Zovko@knobbe.com>
**Sent:** Thursday, September 15, 2022 5:55 PM
**To:** Barney, James <James.Barney@finnegan.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Mathew, Jency <Jency.Mathew@finnegan.com>; Ecklund, Steve <steve.ecklund@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>
**Cc:** Christy Lea <Christy.Lea@knobbe.com>; EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Alan Laquer <Alan.Laquer@knobbe.com>; Raymond Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** Pavemetrics v. Tetra Tech - Tetra Tech's Pending Motions

**EXTERNAL Email:**

Counsel:

Tetra Tech noticed the hearings for both motions that it filed yesterday for October 17, 2022. However, October 17 is a closed motion date for Judge Scarsi, meaning Judge Scarsi will not have motion hearings on that date and thus Tetra Tech cannot notice hearings for October 17. See ECF 11 at 6 and Judge Scarsi's Procedures and Schedules web page at
 https://www.cacd.uscourts.gov/honorable-mark-c-scarsi.

Pavemetrics proposes filing a stipulation by tomorrow to move the hearings for both of Tetra Tech's motions to October 24 and the deadline for Pavemetrics to file oppositions to both motions to

- 5 -

October 3.  If you disagree with this approach, please let us know.

In the meantime, we will prepare a draft stipulation for your review.

Best regards,

Nick

**Nicholas Zovko**
Partner
Nicholas.Zovko@knobbe.com

**949-721-5295** Direct

**Knobbe Martens**

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/nicholas-zovko

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

- 7 -

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.