UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  2:21-cv-01289-MCS-MAA                    Date  September 22, 2022

Title  *Pavemetrics Sys., Inc. v. Tetra Tech, Inc.*

Present: The Honorable  Mark C. Scarsi, United States District Judge

|  Stephen Montes Kerr  |  Not Reported  |
|---|---|
|  Deputy Clerk  |  Court Reporter  |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                            None Present

**Proceedings: (IN CHAMBERS) ORDER RE: EX PARTE APPLICATION REGARDING BRIEFING AND HEARING SCHEDULE (ECF NO. 324)**

Plaintiff Pavemetrics Systems, Inc., applies ex parte for an order resetting the briefing and hearing schedule for the post-trial motion of Defendant Tetra Tech, Inc. (Appl., ECF No. 324.) Defendant filed a brief agreeing to a continuance of the hearing date but opposing a continuance of the briefing schedule. (Opp'n, ECF No. 325.)

The Court grants the unopposed request to continue the hearing to October 24. The Court agrees with Defendant that Plaintiff's cause for ex parte relief from the original briefing schedule is weak, but it need not show cause to benefit from Local Rule 7-11, which provides that "the entry of an order continuing the hearing of a motion automatically extends the time for filing and serving opposing papers and reply papers to twenty-one (21) days and fourteen (14) days, respectively, preceding the new hearing date." The Court sees no reason to depart from this rule. For clarity, the Court sets the following schedule:

| Event | Date |
|---|---|
| Deadline to file opposition brief | October 3, 2022 |
| Deadline to file reply brief | October 11, 2022 |
| Hearing on post-trial motion (ECF No. 323) | October 24, 2022, at 9:00 a.m. |

In its opposition, Defendant requests clarity on whether Plaintiff may file multiple briefs that together exceed 25 pages in opposition to its motion. (Opp'n 2–3.) An opposition brief is not an appropriate vehicle for an affirmative request for relief. *See* C.D. Cal. R. 6-1 ("[E]very motion shall be presented by written notice of motion."); *Smith v. Premiere Valet Servs., Inc.*, No. 2:19-cv-09888-CJC-MAA, 2020 U.S. Dist. LEXIS 228465, at *42 (C.D. Cal. Aug. 4, 2020) (collecting cases for the proposition that "a request for affirmative relief is not proper when raised for the first time in an opposition"). Regardless, the Court notes that Defendant included all its Rule 50(b) and 59(a) arguments in a single brief. Plaintiff should have no difficulties responding to Defendant's arguments within the 25-page limit prescribed by Local Rule 11-6 and Initial Standing Order § 9(d).

**IT IS SO ORDERED.**