Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., | Case No. 2:21-cv-1289-MCS-MMA |
| Plaintiff, | Honorable Mark C. Scarsi |
| v. | **PAVEMETRICS SYSTEMS, INC.'S NOTICE OF FILING** |
| TETRA TECH, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Plaintiff Pavemetrics Systems, Inc. hereby files the following excerpts of deposition testimony played in Court during trial in this matter:

690 – Testimony of Richard Fox-Ivey;

691 – Testimony of Mario Talbot;

692 – Testimony of Thanh Nguyen;

693 – Testimony of Ali Hafiz;

694 – Testimony of Brad Spencer;

695 – Testimony of Bernard Teufele;

696 – Testimony of Robert Olenoski.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 22, 2022    By: */s/ Christy G. Lea*
Christy G. Lea
Joseph R. Re
Nicholas M. Zovko
Alan G. Laquer
Raymond S. Lu

*Attorneys for Plaintiff/Counterclaim Defendant*,
PAVEMETRICS SYSTEMS, INC.

56192128