Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **DECLARATION OF ALAN LAQUER IN SUPPORT OF PAVEMETRICS' OPPOSITION TO TETRA TECH'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW REGARDING INVALIDITY AND MOTION FOR NEW TRIAL** |

I, Alan G. Laquer, declare and state as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. in the above-captioned action. I am licensed to practice law in the State of California. I am a member of the bar of this Court, and I declare the following statements are true to the best of my knowledge, information, and belief.

2. I submit this declaration in support of Pavemetrics' Opposition to Tetra Tech's Renewed Motion for Judgment as a Matter of Law Regarding Invalidity and Motion for New Trial pursuant to Rule 59(c) of the Federal Rules of Civil Procedure.

3. Because I have a Bachelor's degree in Information and Computer Science and have worked as a software programmer, I was responsible for making Pavemetrics' source-code and neural network files available for Tetra Tech's attorneys and expert witness to inspect pursuant to the Protective Order in this action.

## I. TETRA TECH'S INFRINGEMENT CONTENTIONS

4. On June 10, 2021, Tetra Tech served its Preliminary Infringement Contentions and Identification of Asserted Claims. Tetra Tech's Preliminary Infringement Contentions did not accuse or otherwise mention LRAIL's neural network.

5. On August 30, 2021, Tetra Tech served its First Supplemental Infringement Contentions. Tetra Tech's First Supplemental Infringement Contentions also did not accuse or otherwise mention LRAIL's neural network.

6. On December 20, 2021, Tetra Tech served its Second Supplemental Infringement Contentions. Tetra Tech's Second Supplemental Infringement Contentions accused LRAIL's neural network of performing claim limitations forming part of Tetra Tech's infringement theory.

## II. SOURCE CODE INSPECTION

7. On May 17 2021, this Court entered a Stipulated Protective Order. ECF 70. The Protective Order provided procedures for inspection of source code material. The Protective Order recites that "[t]he receiving Party may, at its own expense, request that the producing Party install software on Source Code Review computer(s) to perform searched or analysis of the Source Code Material." *Id*. at 8. The Protective Order further provided that "[t]he receiving Party must provide the producing Party with appropriate access to such software tool(s) at least five (5) days in advance of the date upon which the receiving Party wishes to have the additional software available for use on the Source Code Review computer(s)." *Id*. The Protective Order was amended in November 2021 (ECF 100-1), with no material changes to the above-mentioned provisions.

8. In May 2021, pursuant to the Stipulated Protective Order, I configured a computer (the "Source Code Inspection Computer") to host secure, offline access to several versions of Pavemetrics' LRAIL source code and neural network files. I configured that computer for Tetra Tech's counsel and experts to inspect the code at their request pursuant to the Protective Order. Specifically, I received and loaded onto the Source Code Inspection Computer versions of source code from each year in the range 2012 through 2021. The source code versions from 2020 and 2021 included neural network files with the "pb" file extension. Specifically, the r10205 software code version, which Tetra Tech printed source pages from during its May inspection at my offices, included neural network files.

9. I placed copies of those source code versions on the Source Code Inspection Computer. Each version was identified by version number and date in its folder name on the Source Code Inspection Computer. I also placed a copy of Pavemetrics' source code log on the Source Code Inspection Computer,

which included the date, time, version +number, revision notes, and author for all code revisions between May 4, 2010 and May 7, 2021. I configured the Source Code Inspection Computer with the software requested by Tetra Tech's counsel for use during their inspection, including Visual Studio Code and Understand, and additional software that I believed may be useful for the inspection, including Eclipse and Notepad++.

10. On May 27, and 28, 2021, I provided for inspection the Source Code Inspection Computer in my law firm's Irvine, California office to Tetra Tech attorneys and its expert witness, Dr. Vassilios Morellas. They conducted that inspection from approximately 8:00 a.m. until approximately 6:00 p.m. on both of those days.

11. In early June 2021, in response to a request by counsel for Tetra Tech, I worked on and managed adding additional content to the Source Code Inspection Computer. Specifically, I added a complete, working, offline copy of Pavemetrics' LRAIL GitLab software repository that included current and historical versions of its software and revisions, including LRAIL source code and related neural network files. I configured the Source Code Inspection Computer with the GitLab client software tool GitHub Desktop that Tetra Tech's counsel requested for use during inspecting Pavemetrics' source code in the GitLab source code repository to enable viewing revision history information. I also installed the GitLab client software tool TortoiseGit that I believed may be useful for inspecting the source code in the GitLab source code repository. I verified that inspecting Pavemetrics' GitLab source code repository using either of the GitLab client software tools on the Source Code Inspection Computer provided access to Pavemetrics' current and historical versions of its LRAIL source code contained within the Git repository.

12. On July 14, 15, and 16, 2021, I provided for inspection the Source Code Inspection Computer in my law firm's Irvine office to a Tetra Tech

attorney, Tetra Tech's expert Dr. Morellas, and another Tetra Tech expert. They conducted those inspections from approximately 8:00 a.m. until approximately 6:00 p.m. on each of those three days.

13. On December 8, 2021, in response to a request by counsel for Tetra Tech, I worked on and managed further configuring the Source Code Inspection Computer to install a working, executable copy of Pavemetrics' LRAIL software on the computer to enable Tetra Tech to review FIS and SRV format files obtained from non-parties CSX and STOP/AID.

14. On December 9 and 10, 2021, I provided for inspection the Source Code Inspection Computer in my law firm's Irvine office to Victor Palace, Tetra Tech's attorney, and Dr. Morellas. They performed that inspection from approximately 8:00 a.m. until approximately 6:00 p.m. on both of those days.

15. Attached as **Exhibit E** is a true and correct copy of an e-mail that Victor Palace sent to counsel for Pavemetrics at 8:25 a.m. on December 10, 2021, shortly after he and Dr. Morellas began inspecting the Source Code Computer that morning in my law firm's office. As shown in this email, Mr. Palace, requested: "Please install TensorBoard on the Source Code Review computer. The installer may be found here: https://github.com/tensorflow/tensorboard." TensorBoard is a viewing tool for TensorFlow neural network files. Pavemetrics' neural network files are TensorFlow neural network files. A few minutes after I received that email from Mr. Palace, I met with him in person during the inspection and discussed his request that Pavemetrics install TensorBoard on the computer.

16. Despite having five days under the Protective Order to address software installation requests, I completed the installation requested by Mr. Palace that same day. Specifically, while Mr. Palace and Dr. Morellas took their lunch break on December 10, 2021, I oversaw having TensorBoard loaded onto the Source Code Inspection Computer using the link Mr. Palace provided

in his email. When Mr. Palace returned from lunch, I returned the Source Code Inspection Computer to him and confirmed to him that my office had placed the TensorBoard software that he requested on it. Tetra Tech never requested that any other software be added to the Source Code Inspection Computer.

17. Attached as **Exhibit F** is a true and correct copy of a December 15, 2021 email that Mr. Palace sent counsel for Pavemetrics requesting to inspect Pavemetrics' source code on December 20 and 21, 2021. As shown therein, Mr. Palace wrote: "As with the previous inspections, please have Visual Studio Code, Understand (SciTools), SmartGit, WinMerge, and TensorBoard installed on the Source Code review computer."

18. On December 15, 2021, I worked on and managed further configuring the Source Code Inspection Computer to load an updated copy of Pavemetrics' LRAIL GitLab repository to show subsequent updates to the repository.

19. On December 20 and 21, 2021 my co-counsel Raymond Lu provided for inspection the Source Code Inspection Computer in my law firm's Irvine office to Mr. Palace. I understand Mr. Palace inspected the source code from approximately 8:00 a.m. until approximately 6:00 p.m. on both of those days. Dr. Morellas did not attend those inspection dates with Mr. Palace. I understand that during those inspection dates, counsel for Tetra Tech did not raise any concern related to the neural network files on the Source Code Inspection Computer.

20. Fact discovery in this litigation closed on January 20, 2022. Initial expert disclosures were served on February 18, 2022. Tetra Tech never requested or conducted any further inspection of the Source Code Inspection Computer after Mr. Palace's vists on December 20 and 21, 2021. Dr. Morellas never returned to inspect Pavemetrics' Source Code Inspection Computer after his inspection visit on December 10, 2021. Furthermore, Tetra Tech did not

raise the any discovery concern related to Pavemetrics' neural network files on the Source Code Inspection Computer.

21. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the Rebuttal Expert Report on Non-Infringement of David Frakes, Ph.D. and Exhibit L thereto, which Pavemetrics served on March 11, 2022.

22. On March 23, 2022, I took the deposition of Dr. Vassilios Morellas remotely via Zoom. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the transcript of that deposition.

23. Attached hereto as **Exhibit I** is a true and correct copy of a transcript of the Federal Judicial Center's "The Patent Process: An Overview for Jurors" video, which was played during the trial.

24. Attached hereto as **Exhibit J** is a true and correct copy of a excerpts from the Initial Expert Report on Invalidity of David Frakes, Ph.D.

25. Attached hereto as **Exhibit K** is a true and correct copy of ECF 2947 (Order Denying Samsung's Motion for Judgment as a Matter of Law, Remittur, or a New Trial; Denying Apple's Motion for Judgment as a Matter of Law and Other Post-Trial Relief) in *Apple, Inc. v. Samsung Elecs Co.*, Case No. 11-CV-01846-LHK (N.D. Cal. Feb. 7, 2014).

26. Attached hereto as **Exhibit 12** is a true and correct copy of Trial Exhibit 12.

27. Attached hereto as **Exhibit 40** is a true and correct copy of Trial Exhibit 40.

28. Attached hereto as **Exhibit 510** is a true and correct copy of Trial Exhibit 510

29. Attached hereto as **Exhibit 526** is a true and correct copy of Trial Exhibit 526.

30. Attached hereto as **Exhibit 527** is a true and correct copy of Trial Exhibit 527.

| | |
|---|---|
| 1 | 31. Attached hereto as **Exhibit 528** is a true and correct copy of Trial |
| 2 | Exhibit 528. |
| 3 | 32. Attached hereto as **Exhibit 555** is a true and correct copy of Trial |
| 4 | Exhibit 555. |
| 5 | 33. Attached hereto as **Exhibit 572** is a true and correct copy of Trial |
| 6 | Exhibit 572. |
| 7 | 34. Attached hereto as **Exhibit 686** is a true and correct copy of Trial |
| 8 | Exhibit 686. |
| 9 | |
| 10 | I declare under penalty of perjury that the foregoing is true and correct. |
| 11 | Executed on October 3, 2022 at Irvine, California. |
| 12 | |
| 13 | /s/ Alan G. Laquer |
| | Alan G. Laquer |