# EXHIBIT 527




# Laser Crack Measurement System

## LCMS Hardware and Software Installation Manual
(Rev 2.5)
## August 2012



Copyright © 2012 by Pavemetrics Systems inc. All rights reserved. Reproduction in whole or part in any way without written permission from Pavemetrics is strictly prohibited.

Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS

**Trial Exhibit**
**527**

RESTRICTED - ATTORNEYS' EYES ONLY                    PAVEMETRICS0002159





2

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002160

Exhibit 527

-156-





# Acknowledgment

INO and Pavemetrics would like to thank the Quebec Ministry of Transportation for its support and precious collaboration throughout the development of the Laser Crack Measurement System.

3

RESTRICTED - ATTORNEYS' EYES ONLY                                    PAVEMETRICS0002161

Trial Exhibit 0527   p. 3 of 45

Exhibit 527
-157-

  

# GENERAL SAFETY WARNING

Review the following safety precautions to avoid injury and prevent damage to this product.

To avoid potential hazards, use this product as specified.

Only qualified personnel should perform service procedures.

## To Avoid Fire or Personal Injury:

**Use Proper Power Cord.** Use only the power cord specified for this product and certified for the country of use. Refer to the specification table in Section 2 for the power cord specifications. The power cord must be in good condition.

**Ground the Product.** This product is grounded through the grounding conductor of the power cord. To avoid electric shock, the grounding conductor must be connected to earth ground. Before using this product, ensure that it is properly grounded.

**Power Source.** Use a power source that delivers 100 to 240 VAC, 50 to 60 Hz. Refer to the specification table in Section 2 for details about the electrical interface.

**Do Not Operate Without Covers.** Do not operate this product with covers or panel removed.

**Do Not Operate With Suspected Failures.** If you suspect that there is damage to this product, have it inspected by qualified service personnel.

**Do Not Operate in an Explosive Atmosphere.**

**Use Proper Fuse.** Use only the fuse type and rating specified for this product. Refer to the specification table in Section 2 for fuse type specifications.

**Keep Product Clean.** Refer to Section 6 for details on cleaning this product.

**Provide Proper Ventilation.** To prevent product overheating, provide proper ventilation to allow adequate air flow around the controller and the two laser profilers.

## Terms in this Manual

These terms may appear in this manual:

 **Warning.** *Warning statements identify conditions or practices that could result in injury or loss of less.*

4

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002162

Exhibit 527
-158-




 **Caution.** *Caution statements identify conditions or practices that could result in damage to this product or other property.*

## Symbols and Terms on the Product

These terms may appear on the product:

- WARNING indicates an injury hazard not immediately accessible as you read the marking

- CAUTION indicates a hazard to property including the product.

- DANGER indicates a potential injury hazard from invisible laser radiation. Refer to Eye-Safety Warning paragraph for details on laser safety procedures that must be followed by the user.

The following symbols may appear on the product:

     

| CAUTION: Refer to manual | DANGER: Shock Hazard | Alternating Current | Direct Current | DANGER: Laser invisible radiation : Warning triangle | DANGER : Laser invisible radiation : explicative label |

 The system complies with the provisions of the CE marking.

 When the following license condition is respected, the system complies with the safety requirements for electrical equipments (EN61010-1:2001) and for laser equipments (EN 60825-1:2007).

*License condition: the laser sensors must have the remote interlock connected to the vehicle odometer in order to disable the lasers when the vehicle is stopped, or is moving at a slow pace. It is the user/integrator responsibility to ensure that the above condition is respected.*

5

 

# MESURES DE SÉCURITÉ - GÉNÉRALITÉS

Veuillez lire attentivement les précautions et mesures de sécurité suivantes afin d'éviter toute blessure et l'endommagement éventuel de ce produit et des produits qui lui sont reliés.

Pour éviter tout danger éventuel, utilisez uniquement ce produit dans les conditions spécifiées

Seules des personnes qualifiées peuvent exécuter les opérations de maintenance.

### **Pour éviter tout risque d'incendie ou de blessure**

**Utilisez le cordon d'alimentation approprié.** Utilisez uniquement le cordon d'alimentation spécifié pour ce produit et homologué aux normes du pays d'utilisation. Référez-vous aux spécifications mentionnées à la Section 2. Le cordon d'alimentation doit être en bonne condition.

**Mettez le produit à la terre..** Ce produit est mis à la terre par l'intermédiaire du conducteur de masse du cordon d'alimentation. Pour éviter tout choc électrique, le conducteur de masse doit être connecté à une prise de terre. Veillez à ce que le produit soit correctement mis à la terre

**Source d'alimentation.** Utilisez une source d'alimentation 100 à 240 VAC, 50 à 60 Hz. Référez-vous au tableau des spécifications de la section 2 pour plus de détails à propos des spécifications électriques.

**Ne mettez pas l'appareil en service sans ses couvercles.** Ne mettez pas l'appareil en service si ses couvercles ou panneaux ont été retirés.

**N'utilisez pas le produit si vous soupçonnez un mauvais fonctionnement.** Si vous soupçonnez que le produit est endommagé, faites-le inspecter par Pavemetrics.

**N'utilisez pas le produit en atmosphère explosive.**

**Utilisez les fusibles recommandés.** Utilisez seulement des fusibles du même type et possédant les mêmes caractéristiques que celles décrites dans le tableau des spécifications à la Section 2.

**Gardez le produit propre.** Référez-vous à la Section 6 pour les procédures de nettoyage.

**Assurez une ventilation adéquate.** Pour éviter que le produit ne surchauffe, assurez-vous qu'il y ait une circulation d'air suffisante autour des capteurs et du contrôleur.

6

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002164

Exhibit 527

-160-





### Termes utilisés dans ce manuel

Les termes suivants peuvent figurer dans ce manuel:

 **Avertissement.** *Les avertissements identifient des conditions ou des interventions pouvant entraîner des blessures graves ou mortelles.*

 **Attention.** *Les précautions identifient des conditions ou des interventions pouvant entraîner l'endommagement du produit ou d'autres biens.*

### Symboles et termes figurant sur le produit

Les termes suivants peuvent figurer sur le produit:

- WARNING indique un risque non immédiat de blessure à la lecture de l'étiquette.

- CAUTION indique un risque d'endommagement de propriété, incluant le produit.

- DANGER indique un risque de blessure oculaire dû aux rayonnements laser invisible. Référez-vous à la section Avertissement de Sécurité Laser pour plus de détails sur les procédures de sécurité qui doivent être suivies.

Les symboles suivants peuvent figurer sur le produit:

         

| CAUTION: Référez-vous au manuel | DANGER: Risque de choc électrique | Courant alternatif | Courant continu | DANGER: Faisceaux lasers invisibles : triangle d'avertissement | DANGER : Faisceaux laser invisibles : étiquette explicative |

 Le système est conforme à la réglementation européenne (marquage CE).

7

Trial Exhibit 0527   p. 7 of 45

Exhibit 527
-161-

 



Lorsque la condition de licence mentionnée ci-dessous est respectée, le système est conforme aux règles de sécurité électrique (EN 61010-1 :2007) et de sécurité laser (EN 60825-1 :2007)

*Condition de licence: le connecteur de verrouillage à distance (remote interlock) doit être relié à l'odomètre du véhicule de telle sorte que les lasers ne soient pas en fonction lorsque le véhicule est l'arrêt, ou encore se déplace à basse vitesse. L'utilisateur est responsable de s'assurer que la condition ci-dessus est respectée.*

8

RESTRICTED - ATTORNEYS' EYES ONLY
PAVEMETRICS0002166

Exhibit 527
-162-

 

# EYE-SAFETY WARNING



The LCMS uses high power invisible infrared laser line projectors that are classified as a Class IIIb laser products according to CDRH regulations (21CFR 1040.10 and 1040.11) and as a Class 3B products according to EN 60825-1 regulations. In all cases, extreme care must be taken to avoid direct eye exposure to the laser beam. The laser beams are invisible and it is thus important to never look into the bottom laser windows when the system is firing. For security reasons, aperture warning labels are permanently affixed above those laser windows. In addition, a warning logotype can also be found on the front panel of the LCMS controller.

Standard safety procedures for this class of lasers require operators to wear protective eye gear (OD4 or better at 808 nm). You can obtain these glasses from Edmund Scientific at www.edmundoptics.com. Goggle models NT53-740, NT55-590, NT57-663 or NT58-108 are recommended. You can also consider buying a handheld infrared viewer (model NT37-826) or a simple IR detection card (which we prefer) model NT55-292. In all cases, it will not be possible to see the laser line in full sunlight. The IR viewer or card will only work indoors or at night.

9

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002167

Exhibit 527
-163-







**Warning.** *It is very important when operating the inspection vehicle that appropriate safeguards are used to avoid firing the lasers when the inspection vehicle is not moving or is moving at a very slow pace. When the LCMS laser profilers are mounted as recommended in the installation manual, the laser hazard zone is located between the emission windows and the pavement surface 2m behind the sensors.*



**Warning.** *Use of controls or adjustments or performance of procedures other than those specified herein may result in hazardous radiation exposure or other risks.*



**Warning.** *There are two LEDs locating on the front plate of each sensor: a green LED and a red LED. The green LED means that the sensors are powered on. The red LEDs means that the sensors are powered on and that the lasers are armed and that they could be firing at any time. Appropriate safeguards must be taken when the red LEDs are turned on.*

10

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002168

Exhibit 527

-164-





# AVERTISSEMENT DE SÉCURITÉ LASER



Le LCMS utilise des lasers invisibles haute-puissance de classe IIIb selon les normes du CDRH (21CFR 1040.10 and 1040.11) et de classe 3B selon la norme EN 60825-1. En tous temps, il est primordial de prendre les précautions nécessaires afin d'éviter d'être exposé directement aux faisceaux lasers. Les faisceaux lasers sont invisibles, il est donc important de ne jamais regarder à travers les fenêtres lasers lorsque le système est en opération. Pour des raisons de sécurité, des étiquettes d'avertissement laser sont fixées de manière permanente au-dessus des fenêtres lasers. Par ailleurs, un logo d'avertissement est également apposé sur le contrôleur du LCMS.

Les procédures de sécurité des lasers de classe 3B ou IIIb exigent que l'utilisateur porte des lunettes de sécurité oculaire (densité optique 4 (OD4) ou plus à 808 nm) lors de l'utilisation du système. À titre indicatif, nous recommandons l'utilisation des modèles NT53-740, NT55-590, NT57-663 et NT58-108 disponible sur le site d'Edmund Scientific (www.edmundoptics.com). Il est aussi possible de se procurer une caméra infrarouge (modèle NT37-826) ou encore une carte de détection infrarouge (modèle NT55-292). Notez que dans tous les cas, il ne sera pas possible de voir la ligne laser en plein soleil. La caméra infrarouge ne fonctionnera qu'à l'intérieur, ou encore à l'extérieur la nuit.

11

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002169

Exhibit 527

-165-







**Avertissement.** *Il est très important de prendre les mesures nécessaires pour éviter que les lasers soient en opération lorsque le véhicule est à l'arrêt ou se déplace à basse vitesse. Lorsque les capteurs sont installés tel que recommandé dans le manuel, la zone à risque pour la sécurité oculaire est toute la section de 2 mètres se trouvant derrière le véhicule.*



**Avertissement.** *L'utilisation des commandes ou réglages ou l'exécution des procédures autres que celles spécifiées dans les présentes exigences peuvent être la cause d'une exposition à un rayonnement dangereux ou à d'autres risques.*



**Avertissement.** *Deux LEDs se trouvent sur la face avant de chaque capteur : une LED verte et une LED rouge. La LED verte, lorsqu'elle est allumée, signifie que les capteurs sont alimentés. La LED rouge signifie quant à elle que les lasers sont armés et peuvent être en opération à tout moment. Les mesures de sécurité laser doivent être en place lorsque les LEDs rouges sont allumées.*

12

PAVEMETRICS0002170

Exhibit 527
-166-





## Table of Contents

ACKNOWLEDGMENT ........................................................................................................................... 3
GENERAL SAFETY WARNING ......................................................................................................... 4
MESURES DE SÉCURITÉ - GÉNÉRALITÉS ..................................................................................... 6
EYE-SAFETY WARNING ................................................................................................................... 9
AVERTISSEMENT DE SÉCURITÉ LASER ...................................................................................... 11

**INTRODUCTION** .............................................................................................................................. **15**

**1    SYSTEM COMPONENTS** ........................................................................................................ **16**

**2    SPECIFICATIONS** .................................................................................................................... **17**

    2.1    LASER PROFILER SPECIFICATIONS (2 PER SYSTEM) ................................................. 17
    2.2    LCMS CONTROLLER SPECIFICATIONS ........................................................................ 17
    2.3    IMU SPECIFICATIONS ....................................................................................................... 18

**3    HARDWARE INSTALLATION** .............................................................................................. **19**

    3.1    LASER PROFILERS INSTALLATION ............................................................................... 19
    3.2    FRAME GRABBER INSTALLATION ................................................................................ 21
    3.3    CONTROLLER AND CABLES INSTALLATION .............................................................. 22
    3.4    INSTALLING THE IMUS (OPTIONAL) ............................................................................ 23
    3.5    USING THE EXTERNAL TRIGGER .................................................................................. 24

**4    SOFTWARE INSTALLATION** ............................................................................................... **26**

    4.1    MATROX MIL LITE 9.0 (MATROX IMAGING LIBRARY) ............................................. 26
    4.2    LCMSTOOLS ...................................................................................................................... 26
        4.2.1    LcmsAcquisitionControl ......................................................................................... 27
        4.2.2    LcmsDataViewer ..................................................................................................... 27
        4.2.3    LcmsDataViewer3D ................................................................................................ 29
        4.2.4    LcmsAcquisition SDK ............................................................................................ 29
    4.3    LCMS ANALYZER AND SDK ........................................................................................... 30
        4.3.1    LcmsRoadInspect ................................................................................................... 30
        4.3.2    LcmsAnalyser SDK ................................................................................................ 31

**5    CONFIGURATION FILES** ...................................................................................................... **33**

    5.1    LOOK-UP TABLES FILES – ACQUISITION LEVEL ........................................................ 33
    5.2    CAMERA CONFIGURATION FILE – ACQUISITION LEVEL .......................................... 33
    5.3    PARAMETER FILE (ACQUISITIONPARAMS.CFG) – ACQUISITION LEVEL ................ 33
    5.4    LICENSE FILE (LICENSE.TXT) – PROCESSING LEVEL ............................................... 33
    5.5    PARAMETER FILE (LCMSANALYSERPARAM.CFG) – PROCESSING LEVEL ............. 34

**6    MAINTENANCE, SUPPORT AND WARRANTY** ................................................................. **35**

**7    LCMSVALIDATIONTOOL (OPTIONAL)** ............................................................................ **36**

RESTRICTED - ATTORNEYS' EYES ONLY
Trial Exhibit 0527   p. 13 of 45
PAVEMETRICS0002171

Exhibit 527
-167-





| 7.1 | SOFTWARE INSTALLATION | 36 |
| 7.2 | VALIDATION PROCEDURE | 36 |
| 7.3 | RANGE VALIDATION | 37 |
| 7.4 | FOCUS VALIDATION | 39 |
| 7.5 | RESULT INTERPRETATION | 40 |

**APPENDIX A:  ELECTRICAL INTERFACES** .................................................................**42**

**APPENDIX B : MECHANICAL DRAWINGS** .................................................................**43**

**APPENDIX C : ENCODER INSTALLATION GUIDE** .......................................................**44**

14





## Introduction

Pavemetrics' Laser Crack Measurement System (LCMS) is a transverse profiling system. Capable of acquiring full 4-meter width profiles of a highway lane at normal traffic speed, the system uses two laser profilers that acquire the shape of the pavement. Custom optics and high power laser line projectors allow the system to operate in full daylight or in night time conditions. Road profile data are collected onboard the inspection vehicle.

The LCMS is delivered with a complete Windows XP-Windows 7 (32-bits or 64-bits) DLL library of C/C++ functions that allows the user to easily configure and operate the system.

This document presents the LCMS components and their recommended installation.

15

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002173

Exhibit 527
-169-





# 1   System Components

The Laser Crack Measurement System (LCMS) includes the following components:

- *Laser profilers (2)*: The two laser profilers capture the left and right side transverse profiles of the road. Each profiler is composed of a high-power laser line projector and a high-resolution camera to measure deformations of the laser line profile.

- *Inertial Measurement Unit (IMU) units (2)*: (OPTIONAL) The two IMUs measure the vertical acceleration of the inspection vehicle which is then used in the measurement of the longitudinal profile of the road. The longitudinal profile allows measuring the IRI (International Roughness Index).

- *Frame grabber board (2)*: The two PCIe x4 frame grabber boards are used to digitize the images coming out from the laser profilers' cameras.

- *Controller*: The LCMS controller is a standard 19-inch 2U rack-mount unit interfacing data and control signals between the host computer (not included) and the laser profilers.

- *Acquisition Software library*: The LCMS acquisition software library (LCMSAcquisitionLib) is a standard Win32 DLL (Dynamic Link Library) for Microsoft Windows XP or Windows 7. The library configures and operates the LCMS by the means of C-language declared functions. More information about the LCMS acquisition software library can be found on the "LCMS Data Acquisition Library: User Manual.

- *Processing Software library*: The LCMS processing software library (LCMSAnalyzerLib) is a standard Win32 DLL (Dynamic Link Library) for Microsoft Windows XP or Windows 7. The library processes the data captured by the LCMS sensors. The processing includes crack detection, rut measurement, lane marking detection, potholes detection, macro-texture evaluation. More information about the LCMS processing software library can be found on the "LCMS Data Processing Library: User Manual.

- *All necessary cables*: All necessary power, data and control cables are also supplied with the LCMS.

- *Carrying case*: The above components are delivered in a custom design carrying case. This case is very robust and should be used to move the LCMS when it is not installed on the inspection vehicle. The dimensions of this case are 100 cm (width) × 61 cm (height) × 61 cm (depth).

- *Validation object* (optional): The validation object is an optional tool that can be used to evaluate the calibration of a LCMS sensor. The validation object comes with its own carrying case (66cm x 60cm x 22cm) and a dedicated software application.

16

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002174

Exhibit 527

-170-

 

## 2   Specifications

### 2.1   Laser profiler Specifications (2 per system)

| Feature/Specification | Value | Notes |
|---|---|---|
| Laser class | 3B  (IEC) | IEC60825-1:2001 |
|  | IIIb (FDA) | 21CFR 1040.10 and 1040.11 |
| Wavelength | 808 nm ± 3nm | Continuous, infrared (invisible) |
| Enclosure | IP-65 | IEC 60529:2001-02 |
|  | NEMA 4 |  |
| Sampling rate | 11 200 Hz | configurable |
| Depth range of operation | 250 mm | configurable |
| Transversal resolution | 4160 points | 2080 point per sensor |
| Vehicle speed | 0-100 km/h |  |
| Transversal field-of-view | 4 m | at nominal height |
| Nominal depth precision | ± 0.5 mm |  |
| Transversal accuracy | ± 1 mm |  |
| Dimensions | 137mm x 421mm x 261 mm | 25.4mm = 1inch |
| Weight | 10 kg |  |
| Electrical interface |  |  |
|     Input voltage | 12 VCC |  |
|     Operation Current (AC) | 1.2A |  |
| Environmental conditions |  |  |
|     Operation | +0 / +40 degrees C |  |
|     Storage | -20 / +50 degrees C |  |
|     Altitude | 2000 m. | Maximum altitude for which the system has been designed. |

### 2.2   LCMS Controller Specifications

| Feature/Specification | Value | Notes |
|---|---|---|
| Dimensions | 400mm x 480mm x 90 mm | Standard 19-inch 2U rack-mount unit |
| Weight | 3.6 kg |  |
| Electrical interface |  |  |
|     Input voltage | 100-240 VAC |  |
|     Frequency | 60/50Hz |  |
|     Power consumption | 150W |  |
|     Operation Current (AC) | 0.8A |  |
|     Power cord | 3 x 18 AWG | 3 conductors, conductor size = 18 AWG |

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002175

Exhibit 527
-171-





| Fuses | | | |
|---|---|---|---|
| | Type | Slow blow, long time lag | Original fuses are model GDC-2A from Cooper/Bussman, (UL Recognized) |
| | Voltage-rated | 250V | |
| | Current | 2A | |
| | Package / case | 5 x 20mm | |
| | Interrupting rating at rated voltage (50Hz) | 35A | |
| Environment conditions | | | |
| | Operation | +0 / +40 degrees C | |
| | Storage | -30 / +50 degrees C | Maximum altitude for which the system has been design. |
| | Altitude | 2000 m. | |

### 2.3   IMU specifications

| Feature/Specification | Value | Notes |
|---|---|---|
| Dynamic range (acceleration) | ±5 g | |
| Enclosure | IP-65 NEMA 4 | IEC 60529:2001-02 |
| Sampling rate | 150 Hz | |
| Vehicle speed | 0-100 km/h | |
| Dimensions | 52 mm x 96 mm x 22 mm | 25.4mm = 1inch |
| Electrical interface | USB | |
| Environnemental conditions | | |
| Operation | +0 / +70 degrees C | |
| Storage | -55 / +125 degrees C | |

gamic       range       (acceleration)hich       is       used       in       the       longitudinal profile

18

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002176

Trial Exhibit 0527   p. 18 of 45

Exhibit 527

-172-

   

# 3   Hardware Installation

### 3.1   Laser profilers installation

As shown in Figure 1, the laser profilers should be installed **2200 mm (±50mm)** above the road surface and their laser beams must be projected perpendicularly towards the road surface. By convention, the left sensor is always located on the driver side. The sensors **must** be installed **parallel to each other and with a 15° yaw angle with respect to the vehicle**; if not, the left and right scanning regions may have cross-talk issues in the data (see Figure 2).



**Figure 1 LCMS hardware configuration**

19

RESTRICTED - ATTORNEYS' EYES ONLY

 



**Figure 2 LCMS hardware configuration: View from Top**

As seen in Figure 2, a minimum overlapping region is required between the two sensors to ensure that the cracks at the junction of the two sensors will be detected. The following equations can be used to determine the total transverse width (TW) seen by the LCMS sensors and the optimal distance (D) between the sensors. These equations depend on both the mounting height (H) of the system (as defined in Figure 1) and the configuration angle (A):

$$TW = D + [\tan(25.3) \cdot H \cdot 2] \cdot \cos(A)$$

$$D_{mx} = [\tan(25.3) \cdot H \cdot 2] \cdot \cos(A)$$

The above equations give approximate results (±10mm). Before bolting the system at its final position, it is recommended to verify the presence of a minimum overlapping region, especially if $D \approx D_{mx}$ .

Once the LCMS configuration is established, the laser profilers can be bolted to the inspection vehicle using the 4 fixation holes located on the corners of each unit. These holes have a diameter of 9.5 mm. The sensors should be fixed using $5/16 - 18$ UNC or M18 x1.25 stainless steel bolts. Dimensions and location of the fixation holes can be found in Appendix B of this document.

20

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002178

Exhibit 527
-174-

 

The structure on which the laser profilers are installed shall be rigid enough. Cantilever installations, where the laser profilers would be mounted on a beam supported on only one end, are not recommended. Contact Pavemetrics in case you need more technical assistance regarding the installation on your vehicle.

 **Caution.** *Before you install the LCMS sensors on the vehicle and connect them to the LCMS controller and computer, some precautionary measures must be taken. Turn off the power to the LCMS controller and to the computer, and drain static electricity from your body (by touching a metal part of the mounting structure). Power must always be turned off when you connect or unconnect the LCMS sensors.*

 **Caution.** *As stated in Section 2.1, the laser profilers have a IP-65 degree of protection according to IEC 60529:2001-02. Accordingly, they will be protected against dust and water jets from any direction when they are mounted outside the inspection vehicle. **However, the laser profilers have not been designed to resist powerful water jet, and a protection is required in these cases**. For instance, rain or water projection hitting the laser profilers <u>directly</u> at 100 km/h should be considered a powerful water jet. Users must install a rain deflector to ensure that rain does not hit the sensors when the vehicle is operated at normal speed.*

### 3.2    Frame grabber installation

The LCMS system is delivered with two Solios PCI Express (PCIe x4) frame grabber boards manufactured by Matrox Imaging[1] (see Figure 3). These Solios boards are used to digitize the images coming out from the laser profilers' cameras.



**Figure 3 Matrox PCIe Solios frame grabber board**

The boards must be installed inside the user's host computer. To perform the installation, first make sure the computer is turned off and open the computer case. Check that you have two empty PCIe slots (x4, x8

---

[1] For further details, you can download the frame grabber board documentation from www.matrox.com.

21

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002179

Exhibit 527
-175-





or x16) to install the Matrox Solios boards. Position each Matrox Solios board in their selected slot and press the board firmly but carefully into the connector of the slot.



**Caution.** *When you boot your computer, Windows' Plug-and-Play system will detect a new Multimedia Video Device and you will be asked to assign it a driver. At this point, you should click on Cancel. The driver for the Solios boards will be installed during the installation of the LCMS software*

### 3.3   Controller and cables installation

The LCMS controller is a standard 19-inch 2U rack-mount unit that should be fixed into a rack-mount cabinet (not included). The controller interfaces data and control signals between the host computer and the laser profilers.

.



**Figure 4 : LCMS controller unit (front panel)**



**Figure 5 : LCMS controller unit (back panel)**

As shown in Figure 5, there are height different connectors on the back panel of the LCMS controller (in addition to the AC power outlet):

- **Left and Right Sensor**: These two 26 pins male military connectors allow connecting the controller to the laser profilers using the two 7m laser profiler cables. Cables supplied.

- **Right and Left Acquisition Board**: These two male DB9 connectors allow connecting the controller to the frame grabbers. Cables supplied.

22





- **PC COM**: This connector allows connecting the controller to any of the computer USB port. Cable supplied.

- **Encoder Input:** This connector is the input for the vehicle DMI (Distance Measurement Instrument). See Section 3.4 for further details on how to use the external trigger mode. External trigger cable not supplied.

- **Status output.** This optional connector can be used to output information about the system status. See Appendix A for further details. Status output cable not supplied.

- **Remote interlock:** The remote interlock connector is an electric circuit that should be used as a safety feature to prevent accidents when firing the lasers. When the circuit is closed, the system is working normally. If the circuit is open, then the lasers are automatically turned off. Remote interlock cable not supplied.

In addition, the two 7m camera link cables (supplied with the system) are the only cables that do not connect to the controller. Instead, the camera link cables connect the laser profilers to the Solios boards.



**Warning.** *The remote interlock must be connected to the vehicle's odometer (or DMI) in order to disable the lasers when the vehicle is stopped, or is moving at a slow pace. In case you prefer to use a different safety procedure (for instance a light curtain or a motion detection sensor), then it is important to leave the BNC termination on it.* ***It is the user responsibility to take the appropriate safeguards to avoid firing the lasers when someone is standing behind the vehicle****. Consult the LCMS Laser Safety Manual for details on laser safety procedures.*



**Caution.** *In principle, it is not possible to misconnect any cables in such a way that it would cause damage to the LCMS. However, make sure to connect all cables as indicated, and do not apply excessive force when attempting to connect them.*

### 3.4   Installing the IMUs (OPTIONAL)

Two IMUs are delivered with the optional roughness module. They are fixed on the LCMS sensors using three hexagonal screws (use a 3/32" key). The short screws (7/16") are used for the top corner fixation holes and the long screw (11/16") is used for the bottom center hole (see Figure 6). The IMU must be connected to USB ports on the acquisition computer using the supplied 7 m cables. The IMU's ID (see label on IMU cover) and position (left or right) should be noted since this information will have to be entered in the acquisition parameters file.

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002181

Exhibit 527
-177-







**Figure 6: IMUs fixed to the LCMS sensors.**

## 3.5    Using the external trigger

While collecting data on roads, the LCMS must be externally triggered by a DMI (Distance Measurement Instrument) to ensure that the 3D road profiles are equally spaced along the longitudinal axis of the road. In this way, the hardware triggering mechanism allows the system to be independent of the speed of the vehicle. It also allows synchronizing the LCMS with other devices that share the same triggers.  Typically, the spacing between the 3D road profiles is usually 5mm, although this value is configurable (see Section 5- System Parameters in the "LCMS Data Acquisition Library: User Manual").

When the LCMS is operated in external trigger mode, it waits until a trigger pulse (DMI pulse) is received before firing the lasers and capturing a 3D transversal profile of the road. The DMI pulse must be a square wave with a 0V low level state and a 5V high level state (TTL signal). A profile is captured each time 1) a rising edge is detected and 2) the DMI pulse duration is at least 1 microsecond. The DMI pulses are sent to the controller through the "Encoder Input" connector on the back panel (see Section 3.3 and Appendix A for the pin out of the external trigger cable (not supplied with the system).

Two operational modes are available to trigger the LCMS. The user chooses the mode that best suits his application by setting the parameter `EncoderOutputSelect`  in file AcquisitionParams.cfg (see Section 5- System Parameters in the LCMS Data Acquisition Library: User Manual):

- **Direct Input:** The DMI pulses are sent to the laser profilers without being intercepted and modified by the controller. The controller simply redirects the DMI pulses to the Solios boards, and then to the laser profilers.  In this mode, the user controls the exact distance between successive pulses (e.g.: 5mm).

24

PAVEMETRICS0002182

Exhibit 527
-178-

 

- **Built-in frequency divider:** In some cases, the user can not set his DMI to get the desired inter-profile spacing for the LCMS (e.g. 5mm). In this case, the build-in frequency divider of the LCMS controller box can be used to divide DMI pulses in such a way that the desired inter-profile spacing is reached. However, in order to get a precise spacing interval, the use of this feature requires that the ratio between the desired inter-profile spacing and the actual DMI spacing is greater than 20:1. In practice, this means that in order to capture a 3D road profile at every 5 mm, the DMI must send pulses to the LCMS controller at least at every 0.25mm.

25

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002183

Exhibit 527

-179-

 

# 4   Software Installation

The LCMS is delivered with software and libraries that require the installation of external drivers to function properly. The LCMS Setup application will automatically install all the components (software, libraries, drivers, documentation) that are needed to operate the LCMS sensors.



**Figure 7 LCMS Setup**

 **Caution.** *It is strongly recommended to first uninstall any previous release of the LCMS software or libraries before proceeding with a software upgrade. To remove a previous release, use the Windows Uninstall tool (or Add/Remove Programs) in Control Panel.*

## 4.1   Matrox Mil Lite 9.0 (Matrox Imaging Library)

Matrox's MIL Lite 9 must be installed on the computer that will perform the data survey (*acquisition computer*). MIL9 is not required on computers that will only process the data (*processing computers*).

The user must follow the instructions given in the "LCMS MatroxMil90 Installation Instructions" document to ensure a proper installation of MIL9 on his computer. This document can be found in the Documentation sub-folder of the installation CD.

 **Caution.** *When the MIL Lite 9 installation is completed, the software will ask you to restart your computer. **DO NOT restart your computer at this time**. Let the LCMS installation procedure complete before doing so.*

## 4.2   LcmsTools

The LcmsTools package can be installed on both the acquisition and the processing computers. The installation procedure is straightforward; the user can accept all default settings. The following software and libraries will be installed on your computer:

26

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002184

Exhibit 527

-180-

  

### 4.2.1   LcmsAcquisitionControl

The LcmsAcquisitionControl software can be used to ensure that the LCMS works properly. It also has features that allow you to save data to do road surveys and tests; the software initializes the system, starts data acquisition and can saves the captured road sections on files.

The LCMSAcquisitionControl software is linked with the LCMSDataAcquisition library. The user can use this software but the user will have to develop his own applications if he needs to integrate the LCMS system and data with data from other systems and sensors.



**Figure 8 LCMS Acquisition Control screenshot**

### 4.2.2   LcmsDataViewer

This software tool allows the user to read and view the road sections that were captured by the LCMS system. A road section is typically 4 meters wide by 2 to 10 meters long. A set of road sections is called a survey, or a road survey. The LcmsAcquisitionControl software saves the road sections with a .fis extension (.fis files). More details about the road sections can be found in the "LCMS Data Acquisition" and the "LCMS Data Processing" manuals.

27

RESTRICTED - ATTORNEYS' EYES ONLY







**Figure 9 LCMS Data Viewer screenshot**

As shown in Figure 9, the LcmsDataViewer software is easy to use:

- Click on the Open button to load a road section (.fis file).
- Use the < and > buttons to navigate between the different road sections that belong to the same survey.
- Two images are shown: one for the left and one for right sensor.
- Four different views are available for the images: Intensity, Range, Rectified Range and 3D
  - Intensity: This image is created using the intensity values returned of the laser line. The intensity image does not contain any 3D information, but it is still useful to detect 2D road features such as marking lanes, sealed cracks, etc...
  - Range: The real range (3D) image, mapped into a 2D image viewer. Darker values mean data points that are further away (deeper, or at a greater distance) from the sensors. For example, cracks or joints between concretes slabs appear in black
  - Rectified range: This is the range image from which low frequencies such as rutting, vehicle tilting and bumping are filtered out of the raw data. The rectified range image increases the visual contrast between cracks and pavement surface.
  - 3D: The 3D image is resulting from the merging of both the intensity and range images. The 3D effect is created by positioning two artificial lighting sources over the image. The result is similar to the 3D images created by the LcmsDataViewer3D software.

28

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002186

Exhibit 527
-182-

 

- Clicking anywhere on either the left or right image makes a horizontal blue line to appear at this exact location. In doing so, the user manually selects a specific profile to be displayed in the lower XY graph. Navigation between different profiles using either the mouse (clicking somewhere in the images) or the up and down arrows from the Profile Display options. As with the images, profiles can be displayed based on their Intensity, Range or Rectified Range values.
- Zooming in a profile is possible by holding down the left mouse button. A right-click will zoom out.

### 4.2.3    LcmsDataViewer3D

The LCMSDataViewer3D allows the visualization of the road sections using a dynamic 3D viewer. Furthermore, the detection results (cracks, potholes and lane markings) from the LCMS Processing library, if available, can also be displayed in overlay over the 3D images[2]. More details on how to manipulate road section data with the LcmsDataViewer3D can be found in the "README_LcmsDataViewer3D" document (available in the Documentation folder).



**Figure 10 LcmsdataViewer3D screenshot**

### 4.2.4    LcmsAcquisition SDK

Figure 11 lists the files that are included with the Lcms Acquisition SDK toolkit. These files are required for the user to develop his acquisition software.

---

[2] A valid processing licence file is required to display the processing results. Contact Pavemetrics in case your license file has expired.

29

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002187

Exhibit 527
-183-

 



**Figure 11 LCMS Acquisition SDK folder**

## 4.3    LCMS Analyzer and SDK

The LcmsAnalyzer package is typically installed only on the processing computers. The installation procedure is similar to the LcmsTools package; the user can accept all default settings. The following software and libraries will be installed on your computer.

### 4.3.1    LcmsRoadInspect

The LcmsRoadInspect software is very similar to the LcmsDataViewer software (see Section 4.2.2), except that it has additional functionalities to analyze the road sections in order to obtain the detection results (cracks, rutting, potholes, and so on.). A valid license file is required to activate the different processing modules.



**Figure 12 LCMSRoadInspect screenshot**

30

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002188

Exhibit 527

-184-




As shown in Figure 13a), the LcmsRoadInspect software can be used not only to detect cracks for the current image being displayed, but also to process and save the detection results, in batch, for multiple road sections of a survey. Besides, by loading a text file containing both the folder paths of different surveys (including the name of any .fis file from the survey) and the paths where to save the results, the software can also processes multiple road sections from many different surveys. A sample of such a text file is presented in Figure 13b). Two restrictions are imposed when building the text file:

- Each line must contained exactly two strings separate by one or more blank spaces (no blank spaces are allowed in the path names (eg: "c:\Program Files" has a blank space))

- The output folder path must include a trailing backslash at the end, as shown in Figure 13.

Moreover, the user can also choose the filename prefix when saving the results by selecting the appropriate radio button in the FileName Options box. The default filename prefix is: "LcmsResult_<RoadSectionID>.*", where <RoadSectionID> is the road section index contained in the .fis file being processed. The other option is that the filename prefix is the same as the road section .fis filename prefix.



a)                                                    b)

**Figure 13 Processing multiple files in batch with LcmsRoadInspect software.**

### 4.3.2   LcmsAnalyser SDK

This SDK allows the user to develop his own software for processing the road sections. See the "Lcms Data Processing User Manual" for details on how the LcmsAnalyserLib library can be interfaced.

31

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002189

Exhibit 527
-185-







**Figure 14 LCMS Analyser SDK**

32





## 5   Configuration files

The LCMS is delivered with a set of configuration files required to operate the sensors, or to process the captured road sections. These files are typically delivered by email, while some of them can be found on the installation CD.  Contact Pavemetrics in case one or more of the files described above are missing.

### 5.1   Look-up tables files – Acquisition Level

Each LCMS laser profiler (sensor) is aligned and calibrated in our laboratories prior to shipping. The result of this calibration process is the generation of X-axis (.ltx) and Z-axis (.ltz) look-up tables (LUT). These LUT files are specific to a given sensor, and they are necessary to initialize the system. When using the LcmsAcquisitionControl software, the files must be copied in the .\LUTs directory. In case the user develops his own acquisition software, he can specify to the acquisition library where the files are located using the `LcmsSetLutsPath` function. If the LUT files are not found, the system will return the error code number 1115 (`eERROR_READING_LUTS`).

### 5.2   Camera configuration file – Acquisition Level

The Lcms200.dcf configuration file is required to initialize the system. It configures the area scan cameras of the laser profilers. This file must be located in your working directory (.\). It is not specific to each sensor, and it can be found in both the LcmsAcquisitionSDK and LcmsTools folders.

### 5.3   Parameter file (AcquisitionParams.cfg) – Acquisition Level

This configuration file defines some system parameters that must be determined by the user before operating the LCMS. These parameters depend on how the system is mounted on the inspection vehicle. Although they all have default values, users should configure them properly to optimize the performances of the system. See Section 5: System parameters in the "Data Acquisition User Manual" for further details on how to set the system parameters properly.

### 5.4   License file (license.txt) – Processing Level

A valid license file is needed to process the road sections of a survey, extract the detection results and save them on files.  The license file contains encrypted strings that define the different rights of use for the LcmsAnalyserLib processing library. The license file is specific to a system. The rights of use may include:

- The identification of the sensors that can be processed with this license;

- The processing modules that can be activated (e.g. cracking, rutting, potholes, etc.);

- The expiration date for the license;

- The version of the processing library that can be used with the license.

While developing his application, the user should specify where the license file is located by calling function `LcmsSetLicensePath`.  More details can be found in the "Lcms Data Processing" manual.

33

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002191

Exhibit 527

-187-

 

### 5.5   Parameter file (LcmsAnalyserParam.cfg) – Processing Level

This file defines processing parameters that can be adjusted by the user. See the "Lcms Data Processing User Manual" document for further details.

34

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002192

Exhibit 527

-188-





# 6   Maintenance, support and warranty



**Caution.** *The LCMS laser profilers are sealed against humidity. Do not open the sensors; otherwise this will void the warranty. The laser profilers are high precision instruments; handle them with care.*



**Caution. *Do not apply grease*** *(or gels, or sprays) on any components of the LCMS system, including the cables. In dusty environment, grease can attract metal particles that can potentially damage the sensor's electronic boards.*



**Caution. *The laser profilers have not been designed to resist powerful water jets.*** *Do not use a high pressure hose or water gun to clean the laser profilers or the controller. Make sure that a rain deflector is in place to protect the sensors.*

When necessary, all the windows should be cleaned with a soft fabric using isopropanol or methanol. Avoid scratches that could potentially damage the optical quality of windows and affect system performances. It is recommended to protect the external windows with covers when the LCMS is not in use. The controller and the sensor's body should be cleaned with a soft fabric using water.

An overall system maintenance and recalibration is recommended once a year. Pavemetrics recommends that you use the supplied carrying case to ship back the LCMS. Make sure the equipment is packed properly and the shipping case is in good condition. If the LCMS controller box is not included in the shipping case, put an object (for instance, a box full of uncompressible material, or several blocks of solid foam) over the central panel of the case to prevent it from opening. The object must be able to withstand a weight of 30kg without being crushed.

The LCMS is guaranteed, parts and labor, for one year after delivery. Phone/e-mail support and bug fixes are also provided for one year after delivery.

An extended warranty program and an annual service contract can be purchased after the first year of operation. Contact Pavemetrics to get more information about the extended warranty program and the annual service contract.

35

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002193

Exhibit 527
-189-

  

# 7   LcmsValidationTool (optional)

The LCMSValidationTool module uses a calibrated pyramidal object to validate the calibration of a LCMS sensor. This optional module includes the validation object (see Figure 15) and the validation software (LcmsValidationTool).



**Figure 15 Calibrated pyramidal object for validation**

## 7.1   Software Installation

The   LCMSValidationTool   software   is   delivered   on   a   separate   installation   CD (CD_Installation3_ValidTool_VX_Y_Z).   The installation procedure is straightforward: double-click on the Install.bat file in order to install all necessary software and drivers.  Accept all default settings.

## 7.2   Validation procedure

First, launch the LcmsValidationTool software, initialize the system by clicking on the "Init" button and then "Start" to begin the acquisition, as shown in Figure 16.

   **Warning.** *From this point, make sure to take all necessary laser eye safety precautions. For more information refer to the LCMS laser safety manual.*

The validation steps are divided in two parts. The first part (Range Validation) verifies the sensor alignment in order to make sure that calibration tables (.ltx and .ltz files) are still valid. The second part (Focus Validation) assesses the sensors optical quality. Different portions of the reference object will be used depending on which test is performed. These two steps must be performed for three positions (left/center/right) in the field of view of each sensor.

36

PAVEMETRICS0002194







**Figure 16 LCMSValidationTool graphical user interface.**

## 7.3   Range Validation

To perform the range validation procedure, the calibrated pyramidal object must be placed under the sensor (left/center/right section) so the laser cuts the object transversally (see Figure 17). For this part of the test, the laser line **must not** touch the portion of the object with the line pattern. The user should ensure that the object is leveled. The leveling may be adjusted using the two levels installed on the sides of the object.

37

PAVEMETRICS0002195

Exhibit 527
-191-







**Figure 17 : Laser line position on the reference object for the Range Validation Test.**

The laser line is almost impossible to see with the human eye, however most basic cameras (i.e.: cell phone cameras) are sensitive in the near infrared spectrum. Using such a camera makes it very easy to position the reference object properly. When testing for the left or right part of the field of view of the sensor, the user should position the calibrated object such that the object is always completely included within the field of view of the camera (Figure 18).

38

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002196

Exhibit 527
-192-







**Figure 18 : Example where the reference object is on the left side extremity**

When the object is positioned and leveled properly, the user can select the test he wants to perform by clicking on the background box where the test results are displayed. The selected test will be displayed in dark grey (for instance: Range – Left is selected in Figure 18). The next step is to click on the "Snap" button. The operation takes about 2 seconds before the validation results are displayed. When the current test section is done, the user can reposition the calibrated object to a different part of the field of view of the sensor (Range - Left , Range - Center and Range - Right).

## 7.4   Focus Validation

The focus validation is performed in the same manner as the range validation, except that the calibrated pyramidal object must be position so the laser line passes through the line pattern (Figure 19).

39

RESTRICTED - ATTORNEYS' EYES ONLY
Trial Exhibit 0527   p. 39 of 45

        



**Figure 19 Laser line position on the reference object for the Focus Validation.**

Once again, click on the background box that corresponds to the test to be performed (Focus – Left, Focus Center, Focus – Right) and click on the button Snap. Repeat the same procedure for all 3 sections of the field of view of the sensors (Left/Center/Right).

When all six validation measures are completed, a report can be saved by clicking on the Save Report button.

### 7.5    Result interpretation

After each test, the different textboxes will be filled with a numerical value and the background set to a given color. Green means the sensor passed the test successfully. On the opposite color range, red means a failure for that particular test. If the color shade is in between red and green then the sensor is acceptable.

The Table 1 gives the mapping between the numerical values for each indicator and the sensor status.

**Table 1 : Mapping between indicators values and sensor status**

| Indicator | Fail | Good | Excellent |
|-----------|------|------|-----------|
| Accuracy X 1 | > 3.5 | 3.0 to 3.5 | < 3.0 |
| Accuracy X 2 | > 3.5 | 3.0 to 3.5 | < 3.0 |
| Accuracy Z 1 | > 1.2 | 1.1 to 1.2 | < 1.1 |

40





| | | | |
|---|---|---|---|
| Accuracy Z 2 | > 1.2 | 1.1 to 1.2 | < 1.1 |
| Noise Level Z 1 | > 1.2 | 1.0 to 1.2 | < 1.0 |
| Noise Level Z 2 | > 1.0 | 0.5 to 1.0 | < 0.5 |
| Focus Quality | < 0.4 | 0.4 to 0.5 | > 0.5 |

41

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002199

Exhibit 527

-195-

 

## Appendix A:
## Electrical interfaces

Encoder input (DB9F)

| Signal Description | Pin number | note |
|---|---|---|
| GND | 1 | |
| GND | 2 | |
| GND | 3 | |
| RESERVED | 4 | |
| DMI_SIG | 5 | Isolated 5V Input |
| +5V | 6 | Output (1A max) |
| +15V | 7 | Output (1A max) |
| RESERVED | 8 | |
| DMI_GND | 9 | Isolated GND |

Status output (DB15F)

| Signal Description | Pin number | note |
|---|---|---|
| S1_PWR_ON | 1 | TTL Signal<br>High state - Left sensor is powered. |
| S2_PWR_ON | 2 | TTL Signal<br>High state - Right sensor is powered. |
| S1_LAS_READY | 3 | TTL Signal<br>High state - Left sensor is ready to fire |
| S2_LAS_READY | 4 | TTL Signal<br>High state - Right sensor is ready to fire |
| TRIG_OUT | 5 | TTL Signal<br>Send a pulse each time a profile is acquired. |
| GND | 6 | |
| GND | 7 | |
| GND | 8 | |
| GND | 9 | |
| GND | 10 | |
| RESERVED | 11 | |
| RESERVED | 12 | |
| RESERVED | 13 | |
| RESERVED | 14 | |
| RESERVED | 15 | |

Remote interlock (BNC)

| Signal Description | Pin number | note |
|---|---|---|
| INTERLOCK | 1 | TTL Signal |
| GND | 2 | |

42

RESTRICTED - ATTORNEYS' EYES ONLY

Trial Exhibit 0527   p. 42 of 45

PAVEMETRICS0002200

Exhibit 527
-196-





# Appendix B :
## Mechanical Drawings

**(All dimensions in inches: 1 in = 25,4 mm)**



43

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002201

Trial Exhibit 0527   p. 43 of 45

Exhibit 527

-197-

 

# Appendix C :
# Encoder installation guide

The following encoder model has been tested with the LCMS: Dynapar HA725-10000-0241

Main features: 10 000 pulses/revolution, flange mount, differential output, line driver (5V in, 5V out), side connector, IP66 rating (dust proof, washdown).



**Figure 20: Dynapar HA725 industrial encoder.**

See the following link for more information:

http://www.dynapar.com/Products_and_Solutions/Series_HA725_Shafted_Encoder/

Note: Other brands or models can be used provided they are rugged enough and that they have a high enough pulses per revolution count (see paragraph on the built-in frequency divider p. 25).

**Table 2: Electrical connections between the LCMS controller (DB9F) and the 10 pin (#1400635) encoder cable.**

| Signal Description (DB9, LCMS) | Pin number | note | Pin (color, #1400635 cable) | Signal Description (encoder) |
|---|---|---|---|---|
| GND | 1 | | F (BLK) | Com |
| GND | 2 | | - | |
| GND | 3 | | - | |
| RESERVED | 4 | | - | |
| DMI_SIG | 5 | Isolated 5V Input | A (BRN) | Sig. A |
| +5V | 6 | Output (1A max) | D (RED) | Power V+ |
| +15V | 7 | Output (1A max) | - | |
| RESERVED | 8 | | - | |
| DMI_GND | 9 | Isolated GND | H (BRN/WHT) | Sig. A_NOT |

44





See Figure 21 for a typical installation on a vehicle. The encoder must be fixed on the body of the vehicle
so it does not turn with the wheel.



**Figure 21: An example of encoder installation on a trailer. Other configurations are possible.**

45

EXHIBIT 528




# Laser Crack Measurement System

LCMSDataAcquisition Library: User Manual (Rev 2.0.2.0)
Septembre 2012



**Case**
**Pavemetrics v. Tetra Tech**
**Case No: 2:21-cv-1289 MCS**

**Trial Exhibit**
**528**

Copyright © 2012 by Pavemetrics Systems inc. All rights reserved.
Reproduction in whole or part in any way without written
permission from Pavemetrics is strictly prohibited.

RESTRICTED - ATTORNEYS' EYES ONLY

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002048

Exhibit 528
-201-

## Table of Contents

1   INTRODUCTION ................................................................................................. 6

2   SPECIFICATIONS: SYSTEM REQUIREMENTS ................................................. 7

3   DEFINITIONS: PROFILE, ROAD SECTION AND SURVEY ................................. 7

    3.1   PROFILE ...................................................................................................... 7
    3.2   LONGITUDINAL PROFILE .................................................................................. 8
    3.3   ROAD SECTION ............................................................................................. 8
    3.4   SURVEY ...................................................................................................... 8

4   ROAD DATA ACQUISITION: QUICK START GUIDE ..................................... 10

    4.1   SETTING UP THE SYSTEM PARAMETERS ............................................................. 10
    4.2   SYSTEM INITIALIZATION ................................................................................ 10
    4.3   SETTING UP THE ACQUISITION PARAMETERS ..................................................... 10
    4.4   STARTING ACQUISITION ................................................................................ 10
    4.5   RETRIEVING AND SAVING ROAD SECTIONS ....................................................... 11
    4.6   ENDING THE ACQUISITION ............................................................................. 11
    4.7   UN-ALLOCATING THE SENSORS ...................................................................... 11
    4.8   "GET TYPE" FUNCTIONS (OPTIONAL) .............................................................. 11
    4.9   ADVANCED FUNCTIONS (OPTIONAL) ................................................................ 11

5   SYSTEM PARAMETERS ................................................................................ 11

6   FUNCTIONS DESCRIPTION .......................................................................... 17

    6.1   MUST FUNCTIONS ...................................................................................... 17
        6.1.1   *LcmsSetLutsPath* .............................................................................. 17
        6.1.2   *LcmsSetParameterFileName* .............................................................. 18
        6.1.3   *LcmsSetParameterFilePath* ................................................................ 18
        6.1.4   *LcmsAcquisitionInitialize* .................................................................. 18
        6.1.5   *LcmsStartAcquisition* ....................................................................... 19
        6.1.6   *LcmsGetRoadSection* ....................................................................... 19
        6.1.7   *LcmsSaveSurveyData (SaveSurveyData)* .............................................. 20
        6.1.8   *LCMSStopAcquisition* ....................................................................... 20
        6.1.9   *LcmsAcquisitionUninitialize* .............................................................. 20
    6.2   CONFIGURATION FUNCTIONS .......................................................................... 21
        6.2.1   *LcmsSetAcquisitionMode* .................................................................. 21
        6.2.2   *LcmsSetInternalTrigFrequency* .......................................................... 21

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002049

Exhibit 528
-202-

| | | |
|---|---|---|
| *6.2.3* | *LcmsEnableAGC* | 22 |
| *6.2.4* | *LcmsSetSensorGain* | 22 |
| *6.2.5* | *LcmsSetAcquisitionCFGParams* | 22 |
| 6.3 | "GET TYPE" FUNCTIONS | 23 |
| *6.3.1* | *LcmsGetLibVersion* | 23 |
| *6.3.2* | *LcmsIsSensorInitialized* | 23 |
| *6.3.3* | *LcmsDetectProfilePositionOnCmosSensor* | 23 |
| *6.3.4* | *LcmsGetAcquisitionMode* | 24 |
| *6.3.5* | *LcmsGetInternalTrigFrequency* | 24 |
| *6.3.6* | *LcmsIsAGCEnable* | 24 |
| *6.3.7* | *LcmsGetSensorGain* | 24 |
| *6.3.8* | *LcmsGetRoadImage* | 25 |
| *6.3.9* | *LcmsGetSystemInfo* | 26 |
| *6.3.10* | *LcmsGetSystemStatus* | 26 |
| *6.3.11* | *LcmsGetSystemParameters* | 27 |
| *6.3.12* | *LcmsGetSensorParameters* | 27 |
| *6.3.13* | *LcmsGetAcquiStatus* | 28 |
| *6.3.14* | *LcmsGetAcquisitionTime* | 29 |
| *6.3.15* | *LcmsGetAcquisitionDistance* | 29 |
| *6.3.16* | *LcmsGetVehicleSpeed* | 29 |
| *6.3.17* | *LcmsGetSystemFault* | 29 |
| *6.3.18* | *LcmsGetSystemFaultDescription* | 30 |
| *6.3.19* | *LcmsGetAcquisitionCFGParams* | 30 |
| 6.4 | ADVANCED FUNCTIONS | 31 |
| *6.4.1* | *LcmsTrigSurvey* | 31 |
| *6.4.2* | *LcmsTrigProfile* | 31 |
| *6.4.3* | *LcmsGetProfile* | 31 |
| *6.4.4* | *LcmsGetProfileWidth* | 32 |
| *6.4.5* | *LcmsSetLaserEnable* | 32 |
| *6.4.6* | *LcmsGetLaserEnable* | 32 |

**APPENDIX A: LCMS CONFIGURATION: SPEED, FIELD OF VIEW AND LONGITUDINAL SPACING** ................................................................................................................**34**

**APPENDIX B: HOW TO DETERMINE CMOSROISTARTLINES USING LCMSACQUISITIONCTRL35**

**APPENDIX C: HOW TO DETERMINE THE OVERLAP PARAMETER BETWEEN THE TWO SENSORS**................................................................................................................**37**

**APPENDIX D: HOW TO VALIDATE THE CONFIGURATION ANGLE OF THE TWO SENSORS**....**40**

**APPENDIX E: SYSTEM FAULT DESCRIPTION** .......................................................**42**

APPENDIX F: LIST OF ERROR CODES ..............................................................................43

## 1    Introduction

Pavemetrics' Laser Crack Measurement System (LCMS) is a high-speed and high-resolution transverse profiling system. Capable of acquiring full 4-meter width 3D profiles of a highway lane at normal traffic speed, the system uses two laser profilers that acquire the shape of the pavement. Both the resolutions and acquisition rate of the LCMS are high enough to enable the detection of    cracks at highway speeds. Custom optics and high power pulsed laser line projectors allow the system to operate in full daylight or in night time conditions. The LCMS is delivered with two complete Windows XP-Windows 7 (32-bits ir 64-bits) libraries (DLL) of C/C++ functions that allow the user to easily configure and operate the system. One library is dedicated to data acquisition (LCMSDataAcquisition), while the second library is used for road surface analysis (LCMSDataProcessing).

This document describes how the user should link his software with the LCMSDataAcquistion library in order to control the LCMS sensors and realize acquisitions of road data profiles. Using the library is easy and requires only a few steps: 1) initialization of the LCMS sensors, 2) start the acquisition survey, 3) collect and save road section data, 4) stop the acquisition and finally 5) un-allocating the sensors.

Section 2 first gives the minimal requirements for your computer in order to be able to operate the LCMS sensors to their full capacity. The fundamental terms are defined in Section 3. In Section 4 each of the steps described above are briefly discussed. Finally, Section 5 and Section 6 both describe in more details all the system parameters and functions.



**Figure 1 LCMS Software Organization**

6

## 2   Specifications: System requirements

The LCMS system is a high-performance acquisition system that requires high-performance computer to be operated at its full capacity. Table 1 summarizes the minimum requirements of the computer that should be used for data collection.

| Characteristic | Requirements | Notes |
|---|---|---|
| **Operating System** | Windows XP and Windows 7 ( 32-bits or 64-bits) | The LCMS system has not been tested on any other OS. |
| **PCI Bus Interface** | Two PCIe x4 slots | PCIe x8 or PCIe x16 would also work. |
| **Processor – Type** | High-end Intel processors (LCMS software uses Intel processing libraries, which are optimized for Intel processors) | The LCMS system has been tested on:<br>– Intel Xeon Dual Quad Core X5567 processors (3.0GHz)<br>– Intel i7 990X (3,47GHz, 6 cores). |
| **Hard disk – Interface** | SATA | |
| **Hard disk – Capacity** | 700MB/km | This is the amount of data that the system will be collecting per kilometer (distance between profiles = 5mm) |
| **Other** | 1 USB Port for the controller box + 2 USB ports for the longitudinal profile acquisition (optional) | Each IMU (inertial measurement unit) connects to the computer using a USB port. |

**Table 1 LCMS Requirements for Data Acquisition**

## 3   Definitions: Profile, road section and survey

In order to facilitate the understanding of the document, some basic definitions are given. These definitions help explain how the LCMS system works at both levels, that is the acquisition and processing levels.

It should be noted that this section of the document is common to both the Data Acquisition User Manual and the Data Processing User Manual.

### 3.1   Profile

A road profile is a set of (X,Z) data points captured along the transversal axis of the road (see Figure 2).   A profile is captured each time the LCMS controller receives a trigger signal from the vehicle's odometer[1]. Typically, the LCMS system can capture one road profile every few

---

[1]   Synonym: Distance Measurement Instrument (DMI)

7

millimetres (5 mm at 100km/h). Each profile consists of up to 4160 data points. This value will be referred to later in this document as being the **number of points per profile**.

## 3.2 Longitudinal profile

The longitudinal profile of the road is generated by measuring its shape along an imaginary line in the direction of travel or longitudinal axis of the road (see Figure 2). The longitudinal profile can then be used to compute various roughness indexes such as the IRI (International Roughness Index).

## 3.3 Road section

A road section is a set of consecutive profiles that are merged together and saved in a common file. A road section can be seen as a set of 3D coordinates (X,Y,Z), where X is the coordinate along the transversal axis of the road, Y along the longitudinal axis, and Z is the depth axis. The road section length is configurable and is set by the user before starting the acquisition. A typical road section length is between 5 to 10 meters. The **number of profiles per road section** depends on the encoder pitch of the vehicle's odometer. Road sections are saved by the acquisition library using a proprietary file format. The file format includes all necessary data required for the processing library:

- Depth map of the road surface (also referred to as range data, or XYZ image)
- Intensity Image of the road surface (that is the intensity of the laser line at each data point)
- IMUs (vertical acceleration) data that will be used to generate the longitudinal profile of the road (optional).
- Time stamp associated with each profile of the road section
- User data (additional data that the user may want to attach to the road section at acquisition time)
- Acquisition parameters and system status at acquisition time.
- Information about the road section relative to the survey it belongs to.
- Etc...

## 3.4 Survey

A survey is a group of road sections. A new survey is created each time a new acquisition is started from the acquisition library. Each survey is identified by a unique identification number (Survey ID) and each road section of a survey is labeled with a sequential number (Section ID). A single survey can be composed of thousands of road sections, which would correspond to hundreds of kilometers of road pavement having been inspected by the vehicle. The Section ID of the first road section of a survey is always 0. All road sections from a same survey must be saved in the same folder.

8

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002054

Exhibit 528
-207-



**Figure 2 LCMS Data Definitions**

9

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002055

Exhibit 528
-208-

## 4    Road data acquisition: Quick start guide

This section describes a typical acquisition sequence with the LCMS sensors. The different steps are presented sequentially, in the same order as they should appear in user's software. Optional and advanced functionalities are also available for the user in case he wants to include additional features to his software, such as displaying live captured images, reporting system and acquisition status, etc... The reader is referred to Section 6 for a complete and detailed description of all functions that are available from the LCMS Data Acquisition library.

### 4.1    Setting up the system parameters

*System parameters are system dependant and are unlikely to change over time*

Before initializing the system, the user must first configure some system parameters. Most of these parameters can be edited manually from the configuration file that was delivered with your system (*AcquisitionParams.cfg*), or they can be changed by calling function `LcmsSetAcquisitionCFGParams`. System parameters are system dependant and should be set only once and remain constant thereafter. For instance, they include the number of pulses per meter sent by the vehicle's odometer, the spacing between consecutive profiles, the size of the grabbed window, the use or not of the pulse divider, the desired road section length, etc. Section 5 describes in detail each of the system parameters that can (and must) be configured by the user.

### 4.2    System initialization

The LCMS sensors are supplied with lookup table (LUT) files (.ltz and .ltx). These LUT files are necessary for system initialization. The user must provide the path to access these tables prior to the initialization of the sensors.    This can be done using the `LCMSSetLUTsPath` function.

Once the path of the LUT files is set, the user can initialize the sensors by calling function `LcmsAcquisitionInitialize`.  A good programming practice is to make sure that this function does not return an error code (see Appendix C for the list of error codes).

### 4.3    Setting up the acquisition parameters

*Acquisition parameters can be changed by software calls based on user's needs.*

In contrast with system parameters, acquisition parameters may vary under certain conditions. For instance, acquisition parameters include the acquisition mode (software periodic, software manual or hardware trigger), the AGC (Automatic Gain Control) settings (enabled or not), gain values for the cameras (in case the AGC is disabled), etc... Based on his specific needs, the user can call the functions `LcmsSetAcquisitionMode`, `LcmsEnableAGC` or `LCMSSetAnalogGain` in order to change the values of those parameters before starting the acquisition.

The detailed descriptions of those three functions are presented in Section 6, as well as default values for acquisition parameters.

### 4.4    Starting acquisition

At this point, an acquisition survey can be started by using either the default acquisition parameters or the parameters defined by the user. A call to `LcmsStartAcquisition` activates the data acquistion process, and road sections will start to be collected.

A call to `LcmsStartAcquisition` also starts firing the lasers. It is the user's responsibility to make sure that eye safety is ensured before starting the lasers.

10

## 4.5  Retrieving and saving road sections

The user can retrieve the road sections by making periodic calls to function `LcmsGetRoadSection`. This function must be called in a separate thread in order to not freeze the user's application. `LcmsGetRoadSection` is a blocking function that will not exit until 1) a timeout has occurred or 2) a road section is available or 3) the acquisition has been stopped by the user.

When a road section is returned, the user can attach additional data to it (for instance, GPS coordinates, timestamps values, etc...) and save the result in a file using the function `LcmsSaveSurveyData` (`SaveSurveyData`). The file naming convention is chosen by the user.

## 4.6  Ending the acquisition

A call to `LcmsStopAcquisition` stops the current acquisition survey immediately. The lasers will stop firing and no more profiles will be collected following a call to this function, even if the LCMS controller is still receiving external triggers. Any pending call to `LcmsGetRoadSection`() will exit and incomplete road sections will not be returned by the library. The system stays in an idle state until `LcmsStartAcquisition()` is called again.

It should be noted that all road sections that were captured between a `LcmsStartAcquisition`-`LcmsStopAcquisition()` sequence are automatically tagged by the library as belonging to the same survey.

## 4.7  Un-allocating the sensors

A call to `LcmsAcquisitionUninitialize()` will un-initialize the LCMS sensors and will also free all the memory that has been allocated by the library.

## 4.8  "Get Type" functions (OPTIONAL)

In addition to the "Init-Start-Get-Save-Stop-Uninit" sequence described in the preceding paragraphs, the LCMSDataAcquisition library also provides several "Get Type" functions that can be called at any moment.   These functions are useful either to read back some configuration parameters (for instance `LcmsGetSystemParameters` or `LcmsGetSensorParameters` or to display the range or intensity images on a screen (`LcmsGetRoadImage`). A detailed description of each Get Type function is given in Section 6.2.5.

## 4.9  Advanced functions (OPTIONAL)

Advanced functions provide access to low level data such as the raw images captured by the camera's sensors, on-demand 3D profiles, etc... It is not necessary for the reader to master these advanced features to take full advantage of the LCMS Data Acquisition library.

## 5  System parameters

The set of system parameters are contained into a text file named *AcquisitionParams.cfg*. A template of that file, already filled with default values, can be found on the installation CD

11

delivered with your LCMS system. Once modified with your own values, the *AcquisitionParams.cfg* must be copied in the same directory as the user's software.

Here is an example of the first few lines of a typical system parameter file.

```
EncoderCountPerMeter        4000.0        % Actual, calibrated value
AcquisitionResolution_mm    5.0           % Distance between profiles
RoadSectionLength_m         10.0          %

InterSensorDistance_um      2000000
SensorAngle_deg             15.0

EncoderOutputSelect                       % 0->Encoder input;
                                          %1->Frequency divider;

CmosRoiHeight               28
CmosRoiStartLine_Left       830
CmosRoiStartLine_Right      830
...
...
...
```

The syntax of the file is easy to master:
- All characters that follow the symbol % are ignored.
- Empty lines are ignored.
- The first character string of a line is the name of the system parameter (the key). The key name can't be changed by the user.
- Next to the key name is the value of the parameter. Key name and value must be separated by spaces or tabs
- The value of any parameter can be manually edited by the user
- In case a key name is repeated on several lines, the value associated to this key name is the one from the last line.

The following table lists all system parameters that must be edited by the user. Except for the overlap parameter, all these parameters MUST absolutely be set by the user; otherwise the acquisition library will return an error code. System parameters are system dependant and are unlikely to change over time. It should also be noted that some of these parameters can have an impact on the performance of the system, for instance in terms of acquisition speed, depth field of view, etc... Appendix A gives more details about the relationship between the different systems parameters.

12

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002058

Exhibit 528
-211-

| System Parameter | Value | Description |
|---|---|---|
| EncoderCountPerMeter | double | Actual number of pulses per meter that are returned by the vehicle's DMI or odometer. This parameter must absolutely be set to the correct value when using the system in Hardware Trigger mode. The correct value must be determined by the user based on his configuration. This parameter is ignored when the system is being operated in Internal Trigger Mode (either Manual or Periodic) |
| AcquisitionResolution_mm | double | Spacing distance between successive profiles when using the Hardware Trigger mode. Note that the camera window height, the vehicle's speed and the EncoderCountPerMeter parameter must all be taken into account when setting this parameter. See Appendix A for the exact relationship between those parameters.<br><br>In Internal Trigger Mode, the library assumes the profiles are captured at every AcquisitionResolution_mm millimeters. |
| RoadSectionLength_m | double | The road section length. See Section 3 for the definition of a road section. The number of profiles per road section depends on the AcquisitionResolution_mm parameter. It is recommended to not exceed 2000 profiles per road section. (for instance, 10m road section using a 5mm acquisition resolution = 2000 profiles) |
| InterSensorDistance_um | unsigned int | Distance in microns between the two sensors (center-to-center) as they are mounted on the inspection vehicle (see the installation manual). |
| SensorAngle_deg | float | Angle between the sensor's main axis and the transversal axis of the road (see the installation manual) |
| EncoderOutputSelect | unsigned char[0,1] | When this parameter is set to 1, the LCMS built-in frequency divider acquires a profile at every AcquisitionResolution_um, no |

13

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002059

Exhibit 528
-212-

| | | matter how many encoder pulses per meter (`EncoderCountPerMeter`) are sent to the system. When this parameter is set to 0, the system captures one profile each time an encoder pulse is received by the LCMS controller. When merging the profiles together to form a road section, the library will assume that the encoder pulses have occurred at every `AcquisitionResolution_mm`. In that case, `EncoderCountPerMeter` value is not considered. |
|---|---|---|
| `CmosRoiHeight` | *unsigned integer* | Height of the region of interest for the camera. <u>Changing this parameter will affect both the field of depth (along the Z axis) and the maximal acquisition rate of your system.</u> See Appendix A for more details. |
| `CmosRoiStartLine_Left` `CmosRoiStartLine_Right` | *unsigned integer* | The start line parameters must be set such that both laser lines are centered in the middle of the grab window. The first step is to determine the actual vertical positions (`Y_Left` and `Y_Right`) of the laser lines on the camera's sensors. These positions depend on the mounting height of the LCMS sensors on the vehicle. They can be determined only when the sensors are permanently installed on the vehicle.<br><br>`Y_Left` and `Y_Right` can be determined by calling either `LcmsDetectProfilePositionOnCmosSensor` (see Section 6.3.3), or by using the *LCMSAcquisitionCtrl* software directly (see Appendix B ).<br><br>Once Y_Left and Y_Right are known, one can compute the start line parameters using this formula:<br>`CmosRoiStartLine_Left = Y_Left - (CmosRoiHeight/2)`<br>`CmosRoiStartLine_Right = Y_Right - (CmosRoiHeight/2)`<br><br>It is recommended to verify these settings |

14

PAVEMETRICS0002060

Exhibit 528
-213-

| | | each time the configuration of the vehicle changes (new tires, mechanical adjustment, etc...). |
|---|---|---|
| AgcEnable | *unsigned char* | Enable (1) or disable (0) the Automatic Gain Control (AGC) algorithm. This parameter can also be changed later on using the function LCMSEnableAGC. |
| CamGainAnalog | *float* | The initial gain value for the camera (in case the AGC is disabled). This parameter can be changed later on with a call to LcmsSetSensorGain. |
| CamExposureTime_us | *float (the exposure time must be a multiple of 4.56us.)* | The camera exposure time in microseconds. This parameter can be slightly increased or decreased to adjust the camera's sensitivity. However, changing this parameter will affect the synchronization of the cameras and the maximum acquisition rate of your system. Contact Pavemetrics to help you decide which value is appropriate for your application. |
| Sensor_Overlap_pix (OPTIONAL) | *int (default = 0 pixel)* | The number of overlapping pixels between the left and right images. This parameter is necessary for the LCMS Data processing library (LcmsAnalyserLib) to merge the left and right images into a single image. The number of overlapping pixels can be determined by searching for features (cracks, holes, etc.) common at the intersection of the left and right images. It should be noted that the number of overlapping pixels can also be set (or reset) by the LCMS Data Processing library. See Appendix C for details on how to determine the overlap. |
| AcquireImuData_Left (OPTIONAL) | *Int (Default=disable)* | Disable (0) or enable (1) acquisition of IMU data for the left sensor. This data can later be used to generate the longitudinal profile of the road. |
| AcquireImuData_Right (Optional) | *Int (Default=disable)* | Disable (0) or enable (1) acquisition of IMU data for the right sensor. This data can later be used to generate the longitudinal profile of the road. |

15

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002061

Exhibit 528
-214-

| ImuDeviceId_Left | *Int*<br>*(example: 12345)* | The ID written on the IMU must be entered by the user in order for the system to know on which side a given IMU is installed. |
|---|---|---|
| ImuDeviceId_Right | *Int*<br>*(example: 12346)* | The ID written on the IMU must be entered by the user in order for the system to know on which side a given IMU is installed. |

16

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002062

Exhibit 528
-215-

# 6    Functions description

This section describes in detail each function available from the acquisition library. Unless otherwise specified, each function returns either CRACKACQUISITION_NO_ERROR=0, or an error code. It is a good programming practice to make sure that each call to any function of the library is successful and that no error codes are returned. Appendix C lists all possible error codes, as well as their meanings and how to resolve the errors.

The section is divided into four sub-sections. First, Section 6.1 presents the functions that **MUST** be called in order to perform data acquition. These are functions that control the Init-Start-Get-Save-Stop-Uninit sequence. Then, Section 6.2 lists the fonctions that **COULD** be called in order to set the different acquisition parameters. Default values for the acquisition parameters are also given in that section.   In Section 6.2.5, we list a number of **"Get Type"** functions that could be called to get more information about the system, or to retrieve the captured intensity and range images. Finally, Section 6.3.19 enumerates other **ADVANCED** fonctions that could be used for testing, debugging or performing advanced tasks that are occasionnally needed   for road data collection.

## 6.1    MUST functions

### 6.1.1    LcmsSetLutsPath

```
ERROR_CODE LcmsSetLutsPath(const char * _pcLutsPath)
```

**Description :**
Specify the path where the LUTs data files can be found. The LUT files are specific to each LCMS sensor. There are two files per sensor: LCMS-XXX-FYYY-CalZZZ.LTX and LCMS-XXX-FYYY-CalZZZ.LTZ

**Parameters :**
_pcLutsPath: Pointer to the string giving the path of the location of the LUTs data files. The name must not include any trailing backslash.

**Preconditions :**
This function must be called prior to the first call to LcmsAcquisitionInitialize.

**Post conditions :**
When the call is successful, the library is ready to be initialized

**Notes:**
In case this function is not called by the user's software, then the library will search for the LUT files in the "./LUTs" sub-directory ("./" being the user's working folder).

17

### 6.1.2 LcmsSetParameterFileName

```
ERROR_CODE LcmsSetParameterFileName(const char *_pcParamFileName)
```

**Description :**
Specify the path and the name of the configuration file where the system parameters are defined. Default value is ``*AcquisitionParams.cfg*`` in the working directory. Alternately, the user may choose to copy AcquisitionParams.cfg in a different folder and call `LcmsSetParameterFilePath`.

**Parameters :**
`_pcParamFileName`: Pointer to the string giving the path and the name of the configuration file..

**Preconditions :**
This function must be called prior to the first call to `LcmsAcquisitionInitialize`.

**Post conditions :**
When the call is successful, the library is ready to be initialized

**Notes:**
If this function is not called, then the library will search for the configuration file in the user's working folder. This file is required to initialize the library. An error message
(`eERROR_CONFIG_FILE_NOT_FOUND`) is returned in case the configuration file is not found.

### 6.1.3 LcmsSetParameterFilePath

```
ERROR_CODE LcmsSetParameterFilePath(const char *_pcParamFilePath)
```

**Description :**
Specify the path where the configuration file ``*AcquisitionParams.cfg*`` is located. This configuration file defines the system parameters. Default path is the working directory. Alternately, the user may choose to rename the configuration file and call `LcmsSetParameterFileName`.

**Parameters :**
`_pcParamFilePath`: Pointer to the string giving the path where the AcquisitionParams.cfg file is located..

**Preconditions :**
This function must be called prior to the first call to `LcmsAcquisitionInitialize`.

**Post conditions :**
When the call is successful, the library is ready to be initialized.

**Notes:**
If this function is not called, then the library will search for the configuration file in the user's working folder. This file is required to initialize the library. An error message
(`eERROR_CONFIG_FILE_NOT_FOUND`) is returned in case the configuration file is not found.

### 6.1.4 LcmsAcquisitionInitialize

```
ERROR_CODE LcmsAcquisitionInitialize(eSensorId _eSensId)
```

**Description :**
Initialize the system so that it is ready to start collecting data

**Parameters :**
`_eSensID`: The sensors that should be initialized (`eLeft`, `eRight`, or `eAll`).

**Preconditions :**
- The controller must be turned on for at least 10 seconds
- The LUTs path must have been set, otherwise the library will look for the LUTs in the "./LUTs" sub-directory.
- Appropriate safeguards must be taken so that laser eye safety is ensured.

18

**Post conditions :**
If the returned error code is CRACKACQUISITION_NO_ERROR, then the system is idle and ready to collect data. Otherwise, the system remains uninitialized.

### 6.1.5 LcmsStartAcquisition

ERROR_CODE LcmsStartAcquisition()

**Description :**

Start a new acquisition survey. In cases where the acquisition mode is set to either eHardwareTrigger or eInternalTriggerPeriodic, then the system starts to accumulate road profiles into its internal buffers as soon as LcmsStartAcquisition exits[2]. If the acquisition mode is rather eHardwareTriggerManual or eInternalTriggerManual, then the system waits for a call to function LcmsTrigSurvey before collecting road profiles.

When the buffers are filled, the library will make the road sections available for saving by the user[3]. The user can retrieve the road sections by calling the function LCMSGetRoadSections in a separate thread. A call to LCMSStopAcquisition will stop the survey. Until that ending call, all road sections that have been collected are automatically tagged as belonging to the current survey.

**Preconditions :**
* The system must be initialized
* System parameters and acquisition settings must have been programmed; otherwise default values will be used. System parameters can be set using the *AcquisitionParam.cfg* file (see Section 5), while acquisition settings (Automatic Gain Control settings, acquisition modes, etc...) can be changed using the appropriate functions
* Trigger pulses must be sent to the controller (unless the operation mode is Software Trigger). See Section 6.2.1
* Appropriate safeguards must be taken so that laser eye safety is ensured.

**Post conditions :**
If the returned error code is CRACKACQUISITION_NO_ERROR, and the acquisition mode is either eHardwareTrigger or eInternalTriggerPeriodic, then the system is grabbing and road section data can be retrieved by calling LCMSGetRoadSection().

### 6.1.6 LcmsGetRoadSection

ERROR_CODE LcmsGetRoadSection(int _iMilliseconds, sLcmsRoadSectionData * _psRoadSectionData)

**Description :**
Retrieve the last road sections captured by the system. This function is blocking until a road section is available. It should thus be called from a separate thread.

**Parameters :**
_iMilliseconds: A timeout value after which the function will return in case no road sections are available. If a timeout occurred, then the error code CRACKACQUISITION_ERROR_TIMEOUT is returned.
_psRoadSectionData: A pointer on a sLCMSRoadSectionData structure. This structure contains all the necessary data that needs to be saved for the processing library. The resulting data is compressed into a proprietary format and can only be saved using the LcmsSaveSurveyData (SaveSurveyData) function.

**Preconditions :**

---

[2] LcmsStartAcquisition may take up to 1 second before exiting. This is the time required to synchronize and reset all data buffers.

[3] We recall that a survey is a set of road sections and a road section is a set of 3D profiles. See Section 3 for details

19

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002065

Exhibit 528
-218-

This function must be called when the system is grabbing.

**Post conditions :**
In order to save the data, this function should be followed by a call to Lcms`SaveSurveyData`
(`SaveSurveyData`).

### 6.1.7 LcmsSaveSurveyData (SaveSurveyData)

```
ERROR_CODE LcmsSaveSurveyData(const char * _pFilename, const char *
_pUserData, int _iUserDataLen, const sLcmsRoadSectionData
*_psRoadSectionData)
```

Same as:

```
ERROR_CODE SaveSurveyData(const char * _pFilename, const char * _pUserData,
int _iUserDataLen, const sLcmsRoadSectionData *_psRoadSectionData)
```

Note: The function name SaveSurveyData will become obsolete in the future.

**Description :**
Save a road section on file. At the same time, additional user data (GPS coordinates, timestamps, etc…) can also be attached to the road section. Road sections that belong to the same survey must be saved in the same directory. The file naming convention must be determined by the user. It is preferable that you adopt an incremental naming strategy to make sure that you do not overwrite any road sections from previous surveys (ex: Survey_01_00001.abc, Survey_01_00002.abc, etc…).

**Parameters :**
_pFilename: A pointer to a string which holds the filename.
_pUserData: A pointer to a string which contains additional user data that should be saved with the road section.
_iUserDataLen: A pointer to an integer that indicates the dimension of user data string.
_psRoadSectionData: A pointer to the data structure that the user want to save on file.

**Preconditions :**
• This function must be called when the system is grabbing.
• This function must be called after LCMSGetRoadSection().

### 6.1.8 LCMSStopAcquisition

```
ERROR_CODE LCMSStopAcquistion()
```

**Description :**
Terminates the survey and stops collecting data. A call to this function stops the lasers from firing, even if external trigger pulses are still sent to the controller.

**Preconditions :**
The system must be grabbing.

**Post conditions :**
The system remains initialized and idle until a new survey is started.

### 6.1.9 LcmsAcquisitionUninitialize

```
ERROR_CODE LcmsAcquisitionbUninitialize()
```

**Description :**
Free all allocated resources.   This function must be called before leaving the application.

**Preconditions :**
The system must be initialized.

20

## 6.2    Configuration functions

### 6.2.1    LcmsSetAcquisitionMode

ERROR_CODE LcmsSetAcquisitionMode(eAcquisitionMode _eAcquiMode)

**Description :**
Sets the acquisition mode for capturing data.

**Parameters :**
_eAcquiMode: Three acquisition modes are supported by the library:

- eHardwareTrigger: In this mode, the profiles are captured only when a hardware pulse is received by the system.   See the LCMS Installation Manual for the specifications of these pulses.   Instead of using the raw input pulses typically provided by the vehicle's odometer, the user can set the EncoderOutputSelect system parameter to divide the input frequency in order to get a desired longitudinal spacing of precisely AcquisitionResolution_mm millimeters. Refer to Section 5 for more details about the system parameters.
- eHardwareTriggerManual: This mode is similar to eHardwareTrigger, except that the profiles will be captured following a single call to LcmsTrig^Survey.   Note that in this case, the user must still call the LcmsStartAcquisition function in order to prepare the acquisition process. This mode allows the user to trigger the acquisitions more quickly.
- eInternalTriggerPeriodic: The profiles are captured periodically. The acquisition of the profiles starts as soon as the LcmsStartAcquisition exits. The constant trigger frequency is set by a call to LcmsSetInternalTrigFrequency(). The maximum theorical frequency can be determined by the user based on the system parameters (see Appendix A). Since the acquisition rate is constant in this mode and does not adapt to the speed of the vehicle, it should not be used for real road surface acquisition.
- eInternalTriggerManual: The profiles are manually triggered each time the LcmsTrigProfile function is called. This acquisition mode should be used only for testing. It is not fast enough to be used for real road surface acquisition.
- eInternalTriggerManualCalib: Reserved, not supported, do not use.

**Preconditions :**
This function can be called at any time, even when the system is already grabbing.

**Default value :**
In case this function is not called by the user, the Hardware Trigger mode will automatically be used for the acquisition mode.

### 6.2.2    LcmsSetInternalTrigFrequency

ERROR_CODE LcmsSetInternalTrigFrequency(double _dFrequency_Hz)

**Description :**
Sets the internal trigger frequency in case the acquisition mode is eInternalTriggerPeriodic. The user should note that since the acquisition rate is constant in this mode and does not adapt to the speed of the vehicle, it should not be used for real road surface acquisition.

**Parameters :**
_dFrequency_Hz: The frequency of the internal trigger, in profiles per second (Hertz).   The theoretical maximal value for this parameter can be computed using the different system parameters. See Appendix A for details. Exceeding the maximal value will result in missing profiles.

**Preconditions :**
This function can be called at any time, even when the system is already grabbing. The internal trigger frequency will be effective only if the acquisition mode is set to eInternalTriggerPeriodic.

**Default value :**
In case this function is not called by the user, the input trigger frequency will automatically be set to

21

Exhibit 528
-220-

2800.

### 6.2.3   LcmsEnableAGC

```
ERROR_CODE LcmsEnableAGC(int _iEnable)
```

**Description :**
Turns ON/OFF the AGC (Automatic Gain Control) algorithm. In order to get uniform images on different
types of pavement, the AGC algorithm automatically adapts the camera's analog gain to optimal values
based on the surface reflectivity. Darker pavement results in higher gain values, and vice versa.

**Parameters :**
_iEnable: Enable (≠0) or not the AGC algorithm

**Preconditions :**
This function can be called at any time, even if the system is already grabbing.

**Default values :**
The AGC is turned ON by default.

### 6.2.4   LcmsSetSensorGain

```
ERROR_CODE LcmsSetSensorGain(eSensorId _eSensId, float _fGain)
```

**Description :**
Sets the sensor's analog gain value.   This function takes effect only if the AGC algorithm is turned off
(see function LcmsEnableAGC()). Increasing the gain value results in brighter images, and vice versa.
When changing the gain values, the user should ensure that the intensity road images do not become
over- or under- exposed, otherwise the accuracy of the 3D measurements will be affected. Intensity
images can be retrieved by calling function LcmsGetRoadImages().

It should be noted that the current gain value of a sensor can also be retrieved with a call to
LcmsGetAnalogGain().

**Parameters :**
_eSensorId: The index of the sensor (eLeft or eRight) for which we want to set a new gain value.
This function can't be called for both sensors at the same time (eAll)
_fGain: The gain value that will be set (valid values are between [0,100]).

**Preconditions :**
This function can be called at any time, even if the system is already grabbing. It has no effect if the
AGC is turned ON.

### 6.2.5   LcmsSetAcquisitionCFGParams

```
ERROR_CODE LcmsSetAcquisitionCFGParams(const char *_pcSystemParamsString, void
*_pUserVarPtr)
```

**Description :**
This function sets a new value to system parameter.

**Parameters :**
_ pcSystemParamsString: String that describes the system parameter that will be set. See the table
in Section 5 for the list of system parameters (including their string description).
_pUserValPtr: Pointer to the system parameter value.

**Preconditions :**
This function must be called BEFORE LcmsAcquisitionInitialize.

**Default values :**

22

PAVEMETRICS0002068

Exhibit 528
-221-

> In case this function is not called, the value sets in the AcquisitionParams.cfg file will be used. System
> parameters must be set either in the AcquisitionParams.cfg file, or by calling this function.

## 6.3    "Get Type" functions

### 6.3.1    LcmsGetLibVersion

```
ERROR_CODE LcmsGetLibVersion (char *_pcVersion, int *_piBufferSize)
```

**Description :**
Returns the software version of the acquisition library. The software version is in the form A.B.C.D,
where A, B, C and D are four digit numbers. When tracking differences between versions, digit A refers
to major upgrades or major bug fix, while digit D corresponds to very minor improvements that typically
have no impact on the behaviour of the library. Digits B and C are used when the changes are
significant, but not as important as digit A. For instance, there should not be any major differences
between versions 1.2.3.4 and 1.2.3.5. However, upgrading from version 1.2.3.4 to 2.0.0.0 would involve
major changes.

**Parameters :**
_pcVersion: The function returns a pointer to a character string that contains the software version of
the library. The string format is in the form A.B.C.D.

_piBufferSize:  The size of the string that is provided by the user to hold the descriptions. A string
length of 32 is typically more than enough.

**Preconditions :**
This function can be called at any time.

### 6.3.2    LcmsIsSensorInitialized

```
int LcmsIsSensorInitialized (eSensorId _eSensId)
```

**Description :**
Calls to check if a sensor (left or right) has been initialized. This function can be useful if your software
allows the user to initialize a single sensor.

**Parameters :**
_eSensorId: The index of the sensor (eLeft or eRight) for which   it is desired to check the
initialization status.   This function can't be called for both sensors at the same time (eAll)

**Return :**

This function returns 0 in case the sensor has not been initialized, and anything else (≠0) otherwise.

**Preconditions :**
This function can be called at any time.

### 6.3.3    LcmsDetectProfilePositionOnCmosSensor

```
ERROR_CODE LcmsDetectProfilePositionOnCmosSensor(eSensorId _eSensId, float
& fProfilePosJ)
```

**Description :**
This function is used to retrieve the nominal vertical position of the laser line on the camera's sensor.
Knowing that position is necessary to establish precisely what should be the value of parameter
CmosRoiStartLine_Left and CmosRoiStartLine_Right in the AcquisitionParams.cfg
configuration file (see Section 5 for details on how to set this parameter).

**Parameters :**
_ eSensId: The index of the sensor (eLeft or eRight) for which it is desired to grab an image. This

23

function can't be called for both sensors at the same time (eAll).
_ fProfilePosJ: A pointer to a float which will be set to the vertical position of the laser on the camera's sensor. The position is returned in CMOS coordinates.

**Preconditions :**
- This function should not be called when a survey is in progress.
- The sensor must be mounted on the vehicle in the exact same position as it will be used for real data collection.
- The sensor should be perpendicular to the ground (or the vehicle must be parallel to the ground)
- The sensor will be firing over the ground, which must be flat with no discontinuity.

### 6.3.4 LcmsGetAcquisitionMode

eAcquisitionMode LcmsGetAcquisitionMode()

**Description :**
Returns the acquisition mode used for triggering the lasers. See the description of the function LcmsSetAcquisitionMode() for more details.

**Return :**
This function returns the acquisition mode.

**Preconditions :**
This function can be called at any time, even if LcmsSetAcquisitionMode() has not been set by the user. In this case, the function will return the acquisition mode used by default.

### 6.3.5 LcmsGetInternalTrigFrequency

double LcmsGetInternalTrigFrequency()

**Description :**
Returns the internal trigger frequency that is used when the acquisition mode is set to eInternalTriggerPeriodic. See the description of the function LcmsSetAcquisitionMode for more details.

**Return :**
This function returns the internal trigger frequency used by the software periodic acquisition mode.

**Preconditions :**
This function can be called at any time.

### 6.3.6 LcmsIsAGCEnable

int LcmsIsAGCEnable()

**Description :**
Returns the status of the AGC (Automatic Gain Control) setting, whether it is enabled or not. See the description of function LcmsEnableAGC() for more details.

**Return :**
This function returns 0 in case the AGC is disabled, and anything else (≠0) otherwise.

**Preconditions :**
This function can be called at any time.

### 6.3.7 LcmsGetSensorGain

ERROR_CODE LcmsGetSensorGain(eSensorId _eSensId, float * _pfGain)

**Description :**

24

PAVEMETRICS0002070

Exhibit 528
-223-

This function is used to retrieve the gain value for the left or right sensor. This function can be called even if the AGC (Automatic Gain Control) is turned on.   In that case, LcmsGetSensorGain will return the last gain value that has been automatically computed and set by the AGC algorithm.

**Parameters :**
_eSensorId: The index of the sensor (eLeft or eRight) for whichit is desired to get the gain value. This function can't be called for both sensors at the same time (eAll)
_pfGain: The gain value of the sensor (as a pointer to a float). Valid range is between 0 (minimum gain) and 100 (maximum gain).

**Preconditions :**
This function can be called at any time.

### 6.3.8   LcmsGetRoadImage

```
ERROR_CODE LcmsGetRoadImage(sLcmsRoadSectionImage *_psRoadImage, eImageType
_eImType)
```

**Description :**
For each sensor, this function returns an image representation of the last road section that has been retrieved by the user (see description of function LcmsGetRoadSection()). These images can be useful if the user wants to display an overview of the road sections in a GUI (Graphical User Interface). Two different types of images are available for the user to select: range or intensity.

The range images $R_{Left}$ and $R_{Right}$ are the set of 3D profiles captured for the left and right sensor that are merged together along the longitudinal axis of the road. In order to ease their display on a screen, the images are cast from float values to unsigned char values. The image width and height are the same for both the $R_{Left}$ and $R_{Right}$ images. The dimensions of the images can be retrieved with a call to function LcmsGetSensorParameters():

$$[W, H] = [sLcmsSensorParam.uiProfileNbPoints, sLcmsSensorParam.uiNbProfiles],$$

Each pixel value $R_{Left}(i, j)$ and $R_{Right}(i, j)$ are normalized as follows:

$$R_{i,j} = \left(\frac{Z_{i,j} - Z_{MIN}}{Z_{MAX} - Z_{MIN}}\right),$$

where $Z_{i,j}$ is the depth value (or Z coordinate) of the $i^{th}$ data point from the $j^{th}$ profile, $0 \leq i \leq W$, $0 \leq j \leq H$ and $Z_{MIN}$ and $Z_{MAX}$ are respectively the minimal and maximal depth values for the whole road section.  The range images $R_{Left}$ and $R_{Right}$ that are created are cast to 8-bit unsigned char so that they can easily be used for display purposes.

The intensity images $I_{Left}$ and $I_{Right}$ are created in the same way as the range images, except that the depth value is replaced with the intensity value of the laser. In this case, there is no mapping or casting since the intensity data are already available as unsigned char values. The intensity image representation is useful to observe 2D artefacts that are invisible in 3D (such as lane markings, sealed cracks, etc...).

IMPORTANT NOTES WHEN USING THIS FUNCTION:
• The road images do not correct for the installation angle (SensorAngle_deg ) or the overlap between the two sensors (computed from InterSensorDistance_um).
• The road images do not correct for disparities between the longitudinal resolution or spacing (AcquisitionResolution_mm ) and the transversal resolution (1mm).
• Because $Z_{MIN}$ and $Z_{MAX}$ will typically vary between different road sections, same depth values from different road sections may result in different $R_{i,j}$ values.

**Parameters :**
_psRoadImage: A pointer to the structure which contains both road images. The memory space holding the structure has been allocated inside the library and should not be deleted by the user. Moreover, the user should not keep any reference to this pointer. Instead, he must copy the information in another

25

memory location that he has allocated himself. The pointer remains valid until the next call to
LcmsAcquisitionUninitialize().
- int iSectionID: The index of the road section within the survey to which it belongs.
- unsigned char *pucImageLR[2]: An array of two pointers to the road images, one for the left sensor
  and one for the right sensor.
- iImageWidth: The width of the image
- iImageHeight: The height of the image
- _eImType: The image type that the user wants to retrieve (valid values are eRange and eIntensity).

### 6.3.9  LcmsGetSystemInfo

ERROR_CODE LcmsGetSystemInfo(sLcmsSystemInfo * _psSystemInfo)

**Description :**
This function is used to retrieve information about the system.

**Parameters :**
_psSystemInfo: A pointer to a structure which contains all the system information:
- ciSystemInfoVersion: Version number of the system information structure
- aucSensorEnable[2]: Array of two unsigned char to specify if the left ([0]) or right ([1]) are
  enabled (≠0) or not (=0).
- acSoftwareVersion: A string that contains the software version (this string can also be retrieved
  with a call to LcmsGetSoftwareVersion()).
- sCtrlModuleInfo: A structure that gives detailed information about the controller's electronic
  board (serial number, firmware number, firmware revision number, etc…). See the header file
  LCMSStruct.h for the full list of parameters available from this structure.
- asSensorBoardInfo[2]: An array of two structures that gives detailed information about the
  sensor's electronic board (serial number, firmware number, firmware revision number, etc…) See
  the header file LCMSStruct.h for the full list of parameters available from this structure.
- asCamInfo[2]:  An array of two structures that gives detailed information about the cameras
  (serial number, firmware number, firmware revision number, etc…) The user can consult the
  LCMSStruct.h file for the full list of parameters available from this structure.
- asIMUInfo[2]:  An array of the structures that gives information about the IMUs (optional). See
  the header file LCMSStruct.h for the full list of parameters available from this structure
- chReserve[128]: A string reserved for future usage.

**Preconditions :**
This system must be initialized.

### 6.3.10  LcmsGetSystemStatus

ERROR_CODE LcmsGetSystemStatus(sLcmsSystemStatus * _psSystemStatus)

**Description :**
Call this function to retrieve information about the system status.

**Parameters :**
_psSystemStatus: A pointer to a structure which contains all the system status information:
- ciSystemStatusVersion: Version number of the system status structure
- acSystemTimeAndDate[30]: Array of 30 characters that gives the current date and time. The
  format of the character string is "YYYY/MM/DD HH:MM:SS.dddd".
- uiSystemFault: An unsigned integer which specifies if the system is in fault (0 = no fault). The
  same system fault status can also be retrieved with a call to LcmsGetSystemFault() or
  LcmsGetAcquisitionStatus(). If there is a fault, the user should then call
  LcmsGetSystemFaultDescription to identify the fault source and get a description of the

26

problem. In all cases, system faults require troubleshooting to identify the source of the problems. The system should be halted when a system fault is returned.

- `cLaserInterlockState`: The connection status of the remote interlock that is located on the LCMS controler. The remote interlock is typically used to shutdown the lasers when the vehicle is moving at a slow pace. A value of 0 means that the circuit is opened, and thus the lasers are not firing. In this case, a system fault status will also be signaled (see function `LcmsGetSystemFault()`). A value is 1 indicates that the circuit is closed, the lasers can fire as expected.   More details about the remote interlock connector can be found in the LCMS Installation Manual.
- `uiCtrlModuleMonitorErrorState`: Error state for the sensor monitoring process. 0 = no error. Control module errors typically refer to communication troubles between the host computer and the LCMS controller.
- `aucSensorEnable [2]`:  Array of two unsigned char to indicate if the left ([0]) or right ([1]) sensors are enabled (≠0) or not (=0).
- `asSensorHeadStatus`: An array of two structures that give detailed information about each sensor status, including board and camera temperatures, laser status, camera status, etc… See the header file LCMSStruct.h for the full list of parameters available from this structure.
- `chReserve[64]`: A string reserved for future usage.

**Preconditions :**
The LCMS system must be initialized.

### 6.3.11 LcmsGetSystemParameters

```
ERROR_CODE LcmsGetSystemParameters(sLcmsSystemParam * pSystemParams)
```

**Description :**
This function is called to retrieve information about the system parameters. System parameters are the odometer settings, the physical distance between the two sensors, etc… Most of these parameters have been set by the user in the *AcquisitionParam.cfg* configuration file. See Section 5 for more details.

**Parameters :**
_pSystemParams: A pointer to a structure which contains all system parameters.
- `ciSystemParamVersion`: Version number of the system parameters structure
- `aucSensorEnable[2]`: Array of two unsigned char to indicate if the left ([0]) or right ([1]) sensors are enabled (≠0) or not (=0).
- `dOdometerCountPerMeter`:  The number of pulses per meter that are sent by the user's DMI to the LCMS controller.
- `dClockFrequency`:  The number of clock counts per second.
- `uiInterSensorDistance_um`:  The distance between the two sensors as they are mounted on the vehicle (in microns). That distance is measured center-to-center.
- `ucEncoderInputDebouncing`:  Internal parameter for the acqusition library.
- `ucEncoderInputChannel`: Not in use.
- `ucEncoderOutputSelect`:  Specify if the raw encoder inputs are used (=0) or if frequency divider is used (=1) to adjust the spacing between captured profiles
- `uiEncoderRatio`:  Internal parameter for the acqusition library.
- `chReserve[128]`:  Reserved for future usage

**Preconditions :**
The LCMS system must be initialized.

### 6.3.12 LcmsGetSensorParameters

```
ERROR_CODE LcmsGetSensorParameters(eSensorId _eSensId, sLcmsSensorParam * pSensorParams)
```

**Description :**

27

This function is used to retrieve information about the parameters of a sensor. The sensor parameters are those that control the acquisition process. For instance, they include the grabbed window dimensions, the AGC settings, the analog gain of the camera, the number of points in each 3D profile, the number of profiles in each road section, etc... These parameters can either be internal settings of the library or parameters defined by the user using the configuration file (*AcquisitionParams.cfg*) or one of the configuration functions presented in Section 6.2.

**Parameters :**
_eSensId: The index of the sensor (eLeft or eRight) for which we want to get the parameters. This function can't be called for both sensors at the same time (eAll)
_pSensorParams: A pointer to a structure which contains all system parameters. The structure is not expanded here since most of these parameters have already been discussed in either Section 5: System Parameters or in Section 6.2: Configuration Functions. You can also refer to LCMSStruct.h for the exhaustive list of parameters available.

**Preconditions :**
The LCMS system must be initialized.

### 6.3.13 LcmsGetAcquiStatus

```
void LcmsGetAcquiStatus(sLcmsAcquisitionStatus * _psAcquiStatus)
```

**Description :**
This function is used to instantaneously retrieve the status of the acquisition that is currently running. Acquisition status includes information such as the total traveled distance (that is to say since the beginning of the survey), the speed of the vehicle, the number of encoder pulses received by the LCMS controller, etc.

**Parameters :**
_ psAcquiStatus: A pointer to a structure which contains all acquisition status.
- ucAcquisitionInProgress: Indicates if an acquisition is in progress (≠0) or not (=0). If not, most other status variables (such as the survey index, the distance, the time, etc...) are set to 0.
- uiSurveyId: A unique index to identify the survey that is in progress
- dDistance_m: The distance travelled by the vehicle, in meters, since the beginning of the survey. Distance D=0 meter coincides to the position on the road of the first profile captured following a call to LcmsStartAcquisition(). The resolution of this measurement is similar to the acquisition resolution (distance between successive profiles), that is about AcquisitionResolution_mm millimeters. See also LcmsGetAcquisitionDistance()
- dTime_s: The number of seconds elapsed since the beginning of the survey. See also LcmsGetAcquisitionTime().
- dSpeed_kmh: The instantaneous speed of the vehicle, in kilometres per hour. The vehicle speed is computed based on the odometer counts received by the LCMS controller and is refreshed automatically by the library every 100ms. See also LcmsGetVehicleSpeed().
- uiEncoderCount: Total number of pulses that have been received by the LCMS controller.
- aucSensorEnable[2]: Array of two unsigned char to indicate if the left ([0]) or right ([1]) sensors are enabled (≠0) or not (=0).
- auiCurrentProfileId[2]: An array of two unsigned integer that indicates, for each sensor, the index (within the road section that is in progress) of the last profile that has been grabbed by the library . Index 0 means the first profile of the road section.
- auiCurrentRoadSectionId[2]: An array of two unsigned char integers that indicates, for each sensor, the index (within the survey in progress) of the last road sections captured by the library. Index 0 means the first road section of the survey.
- uiSystemFault: An unsigned integer which specifies if the system is in fault (0 = no fault). The same system fault status can also be retrieved with a call to LcmsGetSystemFault() or LcmsGetSystemStatus(). If there is a fault, the user should then call LcmsGetSystemFaultDescription() to identify the fault source and get a description of the problem. In all cases, system faults require troubleshooting to identify the source of the problems.

28

The system should be halted when a system fault is returned.
- `asSensorAcquiStatus[2]`: An array of two structures that gives status information not about the acquisition process, but about the sensors themselves. Refer to LCMSStruct.h for the exhaustive list of parameters available in that structure.

**Preconditions :**
The LCMS system must be initialized. This function is typically called when a survey is in progress.

### 6.3.14 LcmsGetAcquisitionTime

```
double LcmsGetAcquisitionTime()
```

**Description :**
This function is used to retrieve the number of seconds elapsed since the current survey was started.
See also `LcmsGetAcquisitionStatus()`

**Returns :**
This functions returns a double that indicates the acquisition time elapsed since the beginning of the survey.

**Preconditions :**
The LMCS system must be initialized. This function is typically called when a survey is in progress.

### 6.3.15 LcmsGetAcquisitionDistance

```
double LcmsGetAcquisitionDistance()
```

**Description :**
This function is used to retrieve the distance travelled by the vehicle, in meters, since the beginning of the survey. Distance D=0 meter coincides to the position on the road of the first profile captured following a call to `LcmsStartAcquisition()`. The resolution of this measure is similar to the acquisition resolution (distance between successive profiles), that is `AcquisitionResolution_mm` millimeters. See Also `LcmsGetAcquisitionStatus()`.

**Returns :**
This functions returns a double that indicates the travelled distance since the beginning of the survey.

**Preconditions :**
The LCMS system must be initialized. This function is typically called when a survey is in progress.

### 6.3.16 LcmsGetVehicleSpeed

```
double LcmsGetVehicleSpeed()
```

**Description :**
Call this function to retrieve the instantaneous speed of the vehicle, in kilometers per hour.  The vehicle speed is computed based on the odometer counts received by the LCMS controller and is refreshed automatically by the library every 100ms. See also `LcmsGetAcquisitionStatus()`

**Returns :**
This functions returns a double that indicates the instantaneous speed of the vehicle, in kilometers per hour.

**Preconditions :**
The LCMS system must be initialized. This function is typically called when a survey is in progress.

### 6.3.17 LcmsGetSystemFault

```
Unsigned int LcmsGetSystemFault()
```

29

PAVEMETRICS0002075

Exhibit 528
-228-

**Description :**
Call this function to check the fault status of the system.   The fault status can also be retrieved from calls to LcmsGetSystemStatus() or LcmsGetAcquisitionStatus(). In case a fault is signaled, the user should then call function LcmsGetSystemFaultDescription() to identify the source of the problem.
It is a good programming practice to periodically check for errors and monitor the system fault status.

**Returns :**
This functions returns an unsigned int that indicates if there is a system fault (≠0) or not (=0). If there is a system fault, the unsigned int value returned by LcmsGetSystemFault() can be decrypted by LcmsGetSystemFaultDescription() to identify the source of the fault.

**Preconditions :**
This function can be called at any time.

**Postconditions :**
In all cases, if a system fault is signaled, the system should be halted and troubleshooting actions should be performed by the operator to identify and fix the source of the problem. The system should not be operated when a system fault is signaled.

### 6.3.18  LcmsGetSystemFaultDescription

```
void LcmsGetSystemFaultDescription(unsigned int _uiSysFault, char
* _pFaultDescrStr, int _iStrBufferSize)
```

**Description :**
Call this function to get the description of system faults signaled by the library. System fault status can be retrieved from one of these three functions: LcmsGetSystemFault(), LcmsGetSystemStatus() or LcmsGetAcquisitionStatus().

**Returns :**
Void.

**Parameters :**
_uiSysFault: An unsigned integer that corresponds to the system fault status.
_pFaultDescrStr: Pointer to a string that will be filled with the system fault description. The string must be allocated by the user and must be long enough to contain the full description
_iStrBufferSize: The size of the string that is provided by the user to hold the descriptions. A string length of 1024 is typically more than enough.

**Preconditions :**
This function should be called when a system fault is signaled from the library.

**Postconditions :**
In all cases, if a system fault is signaled, the system should be halted and troubleshooting actions should be performed by the operator to identify and fix the source of the problem. The system should not be operated when a system fault is signaled.

### 6.3.19  LcmsGetAcquisitionCFGParams

```
ERROR_CODE LcmsGetAcquisitionCFGParams(const char *_pcSystemParamsString, void
*_pUserVarPtr)
```

**Description :**
This function returns the value of a system parameter.

**Parameters :**
_ pcSystemParamsString: Descriptive string of the system parameter. See the table in Section 5 for

30

the list of system parameters (including their descriptive string).
`_pUserValPtr`: Pointer to the system parameter value.

## 6.4   Advanced functions

### 6.4.1   LcmsTrigSurvey

`ERROR_CODE LcmsTrigSurvey()`

**Description :**
The system starts to accept external triggers when this function exits, and when the acquisition mode is set to eHardwareTriggerManual.

**Preconditions :**
- The system must be initialized
- The function LcmsStartAcquisition must have been called

**Post conditions :**
If the returned error code is CRACKACQUISITION_NO_ERROR, and the acquisition mode is either eHardwareTriggerManual , then the system is grabbing and road section data can be retrieved by calling `LCMSGetRoadSection()`.

### 6.4.2   LcmsTrigProfile

`ERROR_CODE LcmsTrigProfile()`

**Description :**
This function is used to Trigger the acquisition of a single profile in the case where the acquisition mode is set to `eInternalTriggerManual`. The user should note that this acquisition mode is not fast enough to be used for real road surface acquisition. It should be used only for testing and debugging purposes. A call to `LcmsTrigProfile()` is usually followed by a call to `LcmsGetProfile()`.

**Preconditions :**
This function can be called at any time, even if the system is already grabbing. A call to this function will be considered only if the acquisition mode is set to `eInternalTriggerManual`.

### 6.4.3   LcmsGetProfile

`ERROR_CODE LcmsGetProfile(eSensorId _eSensId, int _iMilliseconds, sLcmsProfile * _psProfile)`

**Description :**
This function returns the last profile captured by the sensor.   If the acquisition mode is `eInternalTriggerManual`, then this function will return the next profile that is captured following a call to `LcmsTrigProfile()`. Otherwise, if the acquisition mode is set to eHardwareTrigger mode or `eInternalTriggerPeriodic`, this function returns the most recent profile captured by the library for display purposes.

It should be noted that this function is not fast enough to capture all road profiles.   One purpose of this advanced function would be to display some 3D profiles onto the user's GUI. For instance, when a survey is in progress, the user could want to display some of the captured profiles on screen every few seconds.

**Parameters :**
`_ eSensId`: The index of the sensor (`eLeft` or `eRight`) for which we want to retrieve a profile. This function can't be called for both sensors at the same time (`eAll`).
`_iMilliseconds`:  A timeout value after which the function will return in case no profiles are available. A

31

value of -1 means an infinite timeout. A call to `LcmsStopAcquisition()` will cause this function to exit immediately.

_`psProfile`: A pointer to the profile structure. The memory space holding that structure has been allocated inside the library and should not be deleted by the user. Moreover, the user should not keep any references to this pointer. Instead, he must copy the information to another memory location that he has allocated himself. The pointer remains valid until the next call to `LcmsAcquisitionUninitialize()`

- `uiProfileId`: The index of the profile within the road section to which it belongs. Index 0 is used to identify the first profile of the road section.
- `dTimeStamp`: A timestamp value that gives, in seconds, the time at which the profile was captured. The timestamp 0 corresponds to the moment at which the first profile of the survey in progress has been captured. See also `LcmsGetAcquisitionTime()`.
- `iProfileWidth`: The number of data points in the profile.
- `psData`: A pointer to a structure that defines a data point. The pointer points to where all data points are stored:
  - `ucV`: Unsigned char that gives the intensity value of the laser line.
  - `usJ`: Unsigned short that gives the vertical position of the laser line. The value must be divided by 32 (sub-pixel resolution) to be transferred in a CMOS coordinate.
  - `fX`: The X coordinate (along the transversal axis of the road) of the data point.
  - `fZ`: The Z coordinate (along the depth axis).

### 6.4.4   LcmsGetProfileWidth

```
ERROR_CODE LcmsGetProfileWidth(int * _piProfWidth)
```

**Description :**
This function returns the number of data points of each captured profile. This number is identical for each profile and is typically equal to `CmosRoiWidth` (see the description of *AcquisitionParams.cfg* in Section 5). This function indicates to the user how many `sLCMSDataPt` points he should allocate to copy the data returned by the `LcmsGetProfile()` function.

**Parameters :**
_`piProfWidth`: A pointer to an integer which isset to the number of points per profile.

### 6.4.5   LcmsSetLaserEnable

```
ERROR_CODE LcmsSetLaserEnable(int _iLaserEnable)
```

**Description :**
Turns ON/OFF the lasers while the system is grabbing. It should be noted that the cameras will continue to grab images even if the lasers are OFF.   This function is effective for all initialized sensors.

**Parameters :**
_`iEnable`: Enable (≠0) or not the laser algorithm

**Preconditions :**
This function can be called at any time. However, the laser state will be changed only if the system is currently grabbing..

### 6.4.6   LcmsGetLaserEnable

```
ERROR_CODE LcmsGetLaserEnable(int * _piLaserEnable)
```

**Description :**
Gets the laser state (enable-disable) of the lasers.

**Parameters :**

32

PAVEMETRICS0002078

Exhibit 528
-231-

_piLaserEnable; Pointer to the laser state of the lasers. Laser sate = 0 if none of the lasers are not firing, otherwise laser state ≠0.

**Preconditions :**
This function can be called at any time.

33

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002079

Exhibit 528
-232-

## Appendix A: LCMS Configuration: Speed, field of view and longitudinal spacing

Three system parameters have a direct impact on two important specifications of the LCMS system, that is the maximal acquisition speed (*MAS*) and the depth of field (*DOF*). These three parameters are:

- Longitudinal acquisition resolution (or the distance between successive profiles) AcquisitionResolution_mm,
- Exposure time of the cameras (CamExposureTime_us)
- Height of the grabbed window for the camera (CmosRoiHeight).

The two equations below give the relationship between all these parameters and their effects on the specifications of the LCMS:

$$DOF \cong CmoisRoiHeight * 8mm^4$$

$$MAS = \frac{AcquisitionResolution\_mm}{[(CmoisRoiHeight-1)*4.56+CamExposureTime\_us]} * 3600 \,,$$

where *DOF* is expressed in millimetres and *MAS* is expressed in kilometres per hour. It should be noted that the main specifications of the LCMS system (*DOF* = 250mm and *MAS* = 100km/h) are obtained with the following default values:

- CmosRoiHeight =          28,
- CamExposureTime_us  =    54.72,
- AcquisitionResolution_mm  =  5

Based on his specific needs, the user may decide to set these parameters to different values. When doing this, the user should be aware the system performances will be affected.    In case of doubt, contact Pavemetrics in order to validate the configuration of your system.

---

[4]  Because of non-linearity, it's difficult to determine a short equation that returns the exact relationship between *DOF* and CmoisRoiHeight. In order to keep things simple, we propose that easy formula which returns a good approximation of *DOF*. That formula should be used only as a rule of thumb.

34

## Appendix B: How to determine CmosROIStartLines using LcmsAcquisitionCtrl

System parameters CmosRoiStartLine_Left and CmosRoiStartLine_Right must be set such that when the vehicle is stationary, the two laser lines are centered in the middle of the grabbing windows, as shown in Figure 3. The *LcmsAcquisitionCtrl* software can be used to determine their optimal values:

1- The sensors must be installed on the inspection vehicle at their final mounting height.
2- The floor surface must be flat and uniform (no 3D objects in the field of view of the sensors)
3- Make sure all cables are connected, turn on the controller box, and initialize the system by clicking the **Init** button.
4- Click on the **Detect: Profile CCD** button.
5- The Y positions for the left and right laser lines (Y_Left and Y_Right) will be displayed in the **Event** Window.
6- Open the AcquisitionParams.cfg file (using Notepad) and edit the CMOS Start Line parameters as follows[5]:
   a. CmosRoiStartLine_Left =   (round to nearest integer) ( Y_Left – (CmosRoiHeight/2))
   b. CmosRoiStartLine_Right = (round to nearest integer) (Y_Right – (CmosRoiHeight/2)
7- Reload the acquisition parameter file to take into account the new values. First, click on the **Uninit** button, and then **Init** again.
8- Click on **Start** grabbing and confirm that the laser lines are centered in the images, as shown in Figure 3. **Be careful, the lasers will fire, ensure that eye safety procedures are in place.**
9- Click on the **Stop** button. Zoom on the blue profiles and make sure that both 3D profiles are horizontal. A 25mm slope is acceptable. Otherwise, you should better adjust the sensors on the installation structure. For instance, a shim or a spacer may be needed to ensure that the sensors are levelled.

---

[5] CmosRoiHeight is a system parameter that is also defined in AcquisitionParams.cfg. The default value for CmosRoiHeight is 32 lines.

35



Figure 3 LcmsAcquisitionCtrl software.

36

## Appendix C: How to determine the overlap parameter between the two sensors

The easiest way to determine the overlap between the two sensors (system parameter `SensorOverlap_pix`) is to load a set of road sections previously collected on the road and search for common features in the overlapping section. The overlap must be determined after the two sensors are installed on the vehicle at their final positions.

1. Open any road section (.fis files) using LcmsRoadInspect or LcmsDataViewer (see the Lcms Installation Manual for information about these software)
2. Locate a section of the images that have at least one common feature in the overlapping region. The feature can be anything: a crack, a small hole, dirt on pavement, etc. It could be a 2D feature visible in the intensity images or a 3D feature visible in the 3D images (range, rectified range or 3D image). For instance, see Figure 4.
3. For both the left and right images, click the Zoom 100% button and move the horizontal and vertical sliders such that the feature (crack, hole, etc...) you are trying to match is visible in both images. For example, see Figure 5.
4. For the left image, position the cursor of your mouse over the feature you are trying to match. The position of the cursor is displayed below the image. Keep in note the X coordinate. For example, $X\_Left$ = 1791 pixels for the example in Figure 5.
5. Repeat Step 4 for the right image. Make sure the cursor is positioned over the same feature. For example, in Figure 6, $X\_Right$ = 33 pixels
6. Compute the total overlap in pixels as follows:   $Sensor\_Overlap\_pix = (2080-X\_Left) + X\_Right$, where 2080 is the total number of pixels per camera.
7. Edit the AcquisitionParams.cfg file and set the correct value for parameter $Sensor\_Overlap\_pix.$

37



**Figure 4 Two common cracks in the overlapping region.**

**Figure 5 Cursor position for left image.**

38

RESTRICTED - ATTORNEYS' EYES ONLY

Trial Exhibit 0528   p. 38 of 46

PAVEMETRICS0002084

Exhibit 528
-237-



**Figure 6 Cursor position for right image.**

39

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002085

Exhibit 528
-238-

## Appendix D: How to validate the configuration angle of the two sensors

LCMSRoadInspect can be used to validate that the configuration angle (system parameter `SensorAngle_deg`) has been set properly by the user in the AcquisitionParams.cfg configuration file.

1. First of all, follow the instructions given in Appendix C to determine the overlap between the two sensors.    Make sure the data were collected with the correct overlap value. If this is not the case, then you can also set the overlap parameter at processing level by editing LcmsAnalyserParams.cfg configuration file[6]. When doing this, user should note that the overlap parameter stored in the .fis files at the acquisition level is overwritten by the overlap parameter that is set at processing level. See the LCMS Data Processing Manual for more details.
2. Open a road section (.fis file) that has a visible transversal crack.
3. Click on the Process button and check the resulting range image. A transversal crack that is well aligned means that the angle is set properly. See Figure 7. In this case, there is nothing to change.
4. In case the crack is not aligned perfectly, as for example in Figure 8, then open the LcmsAnalyserParams.cfg file and set a different value to parameter `GeneralParam_ConfigurationAngleDeg`. For example, if the left section of the merged image appears lower than the right section, then this means that the angle must be slightly increased.
5. Restart the LcmsRoadInspect application, load the road section and click on Process.
6. Repeat Step 5 until the transversal crack is well aligned.
7. Once the good angle value is found, make sure to set it properly at acquisition level (Acquisitionparams.cfg) for your next data acquisition.

---

[6] LcmsAnalyserParams.cfg is an optional configuration file. If present, the file will be located in the same folder as LcmsRoadInspect. If the file does not exist, then the user can simply create the file. See LCMS data Processing Manual for more details.

40

RESTRICTED - ATTORNEYS' EYES ONLY



Figure 7 Transversal crack is well aligned: configuration angle is set to the correct value.



Figure 8 Transversal crack is not aligned: configuration angle is too small.

41

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002087

Exhibit 528
-240-

## Appendix E: System Fault Description

Table 2 lists the different system faults that can be returned by the LCMS system. System faults are different than error codes (See Appendix C) in that they can be generated by the library at any time.    Thus, it is important that the user periodically monitor the system fault status using `LCMSGetSystemFault()`.

| System Fault Description | Explanation |
|---|---|
| `Laser Interlock Open` | The laser safety interlock circuit on the back panel of the LCMS controller is open, and thus the laser is not firing. This might be a normal condition if the user has implemented a laser safety mechanism that is triggered on the LCMS's remote interlock. Consult the LCMS Installation Manual for more details about that interlock |
| `Sensor Board Is Faulty` | Electronic problem with the sensor's main board. Contact Pavemetrics for assistance. |
| `Laser TEC Is Faulty` | Problem with the laser driver. Contact Pavemetrics for assistance. |
| `Camera Is Faulty` | Problem with the camera. Contact Pavemetrics for assistance. |
| `Camera max temp exceeded` | The camera has reached its maximum internal temperature. Shut down the system and contact Pavemetrics for assistance. |
| `Frame Grabber error raised` | Frame grabber error. Consult Pavemetrics for assistance. |
| `Data compression failed` | Internal problem with the data compression. Consult Pavemetrics. |
| `Control module monitoring process error` | Processing error. Consult Pavemetrics. |
| `Camera monitoring process error` | Processing error. Consult Pavemetrics. |
| `Sensor board monitoring process error` | Processing error. Consult Pavemetrics. |

**Table 2 System Fault Description**

42

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002088

Exhibit 528
-241-

## Appendix F: List of Error Codes

| Class | Error code | Description |
|---|---|---|
| | 0 | CRACKACQUISITION_NO_ERROR |
| | 1 | CRACKACQUISITION_ERROR_TIMEOUT |
| | 2 | CRACKACQUISITION_ERROR_SYSTEM_NOT_INITIALIZED |
| | 3 | CRACKACQUISITION_ERROR_ACQUISITION_STOPPED |
| | 4 | CRACKACQUISITION_ERROR_RUNNING |
| | 5 | CRACKACQUISITION_ERROR_INVALID_PARAMETER |
| | 6 | CRACKACQUISITION_ERROR_ERROR_OUTPUT_BUFFER_TOO_SMALL |
| | 7 | CRACKACQUISITION_ERROR_SENSOR_NOT_INITIALIZED |
| | 1001 | eERROR_SYSTEM_NOT_INITIALIZE |
| | 1002 | eERROR_SYSTEM_ALREADY_INITIALIZE |
| | 1003 | eERROR_CONFIG_FILE_NOT_FOUND |
| | 1004 | eERROR_INVALID_PARAMETER |
| | 1005 | eERROR_SENSOR_DISABLE |
| | 1006 | eERROR_ODOMETER_INTIALIZATION_FAILED |
| | 1007 | eERROR_COULD_NOT_ADJUST_PRIORITY |
| | 1008 | eERROR_SERIAL_COMMUNICATION |
| | 1009 | eERROR_CANNOT_OPEN_EXTERN_ODOMETER_FILE |
| | 1010 | eERROR_SYSTEM_STATE_MUST_BE_SAVING |
| Acquisition System | 1011 | eERROR_SYSTEM_STATE_MUST_BE_GRABBING |
| | 1012 | eERROR_SYSTEM_STATE_MUST_BE_READY |
| | 1013 | eERROR_SYSTEM_STATE_MUST_BE_IDLE |
| | 1014 | eERROR_SYSTEM_STATE_MUST_BE_UNINITIALIZE |
| | 1015 | eERROR_EXTERNAL_TRIG |
| | 1016 | eERROR_INVALID_SENSOR_ID |
| | 1017 | eERROR_CONTROL_MODULE_CONNECTION |
| | 1018 | eERROR_REQUESTED_SENSOR_NOT_FOUND |
| | 1019 | eERROR_SENSOR_NOT_INITIALIZE |
| | 1020 | eERROR_ACQUISITION_RUNNING |
| | 1021 | eERROR_ACQUISITION_NOT_RUNNING |
| | 1022 | eERROR_SENSOR_ACQUI_OUT_OF_SYNC |
| | 1023 | eERROR_NOT_ENOUGH_MEMORY |
| | 1024 | eERROR_TIMED_OUT |
| | 1025 | eERROR_INVALID_CONFIG_FILE |
| | 1026 | eERROR_CREATE_EVENT |
| | 1027 | eERROR_UNABLE_TO_START_MONITOR_THREAD |
| | 1028 | eERROR_UNABLE_TO_STOP_MONITOR_THREAD |
| | 1029 | eERROR_UNABLE_TO_OPEN_FILE |
| | 1030 | eERROR_UNABLE_TO_GET_PROFILE |

43

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002089

Exhibit 528
-242-

| | 1031 | eERROR_OUTPUT_BUFFER_TOO_SMALL |
|---|---|---|
| | 1032 | eERROR_REQUESTED_IMU_DEVICE_NOT_FOUND |
| | 1033 | eERROR_NULL_POINTER |
| | 1034 | eERROR_IMU_SERIAL_NUMBER_MISMATCH |
| Acquisition Sensor | 1101 | eERROR_OUT_OF_MEMORY |
| | 1102 | eERROR_INVALID_PARAMETERS |
| | 1103 | eERROR_NOT_INITIALIZED |
| | 1104 | eERROR_SENSOR_IDENTIFICATION_FAILED |
| | 1105 | eERROR_ACQUISITION_RUNNING |
| | 1106 | eERROR_ACQUISITION_NOT_RUNNING |
| | 1107 | eERROR_SENSOR_STATE |
| | 1108 | eERROR_SENSOR_COMMUNICATION |
| | 1109 | eERROR_CREATE_EVENT |
| | 1110 | eERROR_UNABLE_TO_CREATE_WAIT_TIMER |
| | 1111 | eERROR_UNABLE_TO_START_MONITOR_THREAD |
| | 1112 | eERROR_UNABLE_TO_STOP_MONITOR_THREAD |
| | 1113 | eERROR_WAIT_ABANDONED |
| | 1114 | eERROR_TIMED_OUT |
| | 1115 | eERROR_READING_LUTS |
| | 1116 | eERROR_RESIZING_LUTS |
| | 1117 | eERROR_UNABLE_TO_START_AUX_ACQUI_THREAD |
| | 1118 | eERROR_UNABLE_TO_STOP_AUX_ACQUI_THREAD |
| | 1119 | eERROR_UNABLE_TO_CONNECT_TO_AUX_DEVICE |
| | 1120 | eERROR_UNABLE_TO_CONNECT_TO_CAMERA |
| | 1121 | eERROR_UNABLE_TO_ALLOCATE_ACQUI_BOARD |
| | 1122 | eERROR_COULD_NOT_OPEN_DCF_FILE |
| Image acquisition | 1201 | eERROR_OUT_OF_MEMORY |
| | 1202 | eERROR_INVALID_PARAMETERS |
| | 1203 | eERROR_NOT_INITIALIZED |
| | 1204 | eERROR_ACQUISITION_RUNNING |
| | 1205 | eERROR_ACQUISITION_NOT_RUNNING |
| | 1206 | eERROR_NOTHING_TO_SAVE |
| | 1207 | eERROR_SAVE_PATH_NAME_NOT_SET |
| | 1208 | eERROR_UNABLE_TO_START_ACQUI_THREAD |
| | 1209 | eERROR_UNABLE_TO_STOP_ACQUI_THREAD |
| | 1210 | eERROR_UNABLE_TO_START_PROC_THREAD |
| | 1211 | eERROR_UNABLE_TO_STOP_PROC_THREAD |
| | 1212 | eERROR_UNABLE_TO_OPEN_DATA_FILE |
| | 1213 | eERROR_UNABLE_TO_WRITE_DATA_FILE |
| | 1214 | eERROR_CREATE_SEMAPHORE |
| | 1215 | eERROR_WAIT_TIMEOUT |

44

PAVEMETRICS0002090

Exhibit 528
-243-

| | 1216 | eERROR_DATA_BUFFERS_LOCKED |
|---|---|---|
| | 1217 | eERROR_UNEXPECTED_ERROR |
| Profile Acquisition | 1301 | eERROR_NOT_INITIALIZED |
| | 1302 | eERROR_ACQUISITION_NOT_STARTED |
| | 1303 | eERROR_MIL_APP_ALLOC |
| | 1304 | eERROR_MIL_SYS_ALLOC |
| | 1305 | eERROR_MIL_DIG_ALLOC |
| | 1306 | eERROR_MIL_BUF_ALLOC |
| | 1307 | eERROR_MIL_DIG_CTRL |
| | 1308 | eERROR_UNSUPPORTED_FRAME_GRABBER_MODEL |
| | 1309 | eERROR_UNABLE_TO_OPEN_FILE |
| | 1310 | eERROR_NOT_ENOUGH_MEMORY |
| | 1311 | eERROR_CREATE_SEMAPHORE |
| | 1312 | eERROR_CREATE_EVENT |
| | 1313 | eERROR_CREATE_WAITABLE_TIMER |
| | 1314 | eERROR_UNABLE_TO_START_GRAB_THREAD |
| | 1315 | eERROR_UNABLE_TO_STOP_GRAB_THREAD |
| | 1316 | eERROR_UNABLE_TO_START_TRANSFER_THREAD |
| | 1317 | eERROR_UNABLE_TO_STOP_TRANSFER_THREAD |
| | 1318 | eERROR_UNABLE_TO_START_ACQUI_THREAD |
| | 1319 | eERROR_UNABLE_TO_STOP_ACQUI_THREAD |
| | 1320 | eERROR_UNABLE_TO_START_PROC_THREAD |
| | 1321 | eERROR_UNABLE_TO_STOP_PROC_THREAD |
| | 1322 | eERROR_UNABLE_TO_START_AGC_THREAD |
| | 1323 | eERROR_UNABLE_TO_STOP_AGC_THREAD |
| | 1324 | eERROR_UNABLE_TO_START_MONITOR_THREAD |
| | 1325 | eERROR_UNABLE_TO_STOP_MONITOR_THREAD |
| | 1326 | eERROR_UNABLE_TO_START_VEHCL_SPEED_THREAD |
| | 1327 | eERROR_UNABLE_TO_STOP_VEHCL_SPEED_THREAD |
| | 1328 | eERROR_UNABLE_TO_SET_WAITABLE_TIMER |
| | 1329 | eERROR_ACQUISITION_RUNNING |
| | 1330 | eERROR_MUST_BE_UNITIALIZED |
| | 1331 | eERROR_WAIT_ABANDONED |
| | 1332 | eERROR_TIMED_OUT |
| | 1333 | eERROR_NO_COM_PORT_ON_DEVEICE |
| | 1334 | eERROR_UNABLE_TO_CONNECT_TO_CAMERA |
| | 1335 | eERROR_NO_CAMERA_CONNECTED |
| | 1336 | eERROR_CAMERA_COMMUNICATION |
| | 1337 | eERROR_UNABLE_TO_SET_CAMERA_PARAMS |
| | 1338 | eERROR_IMAGE_GRAB_NOT_COMPLETED |
| | 1339 | eERROR_CHNG_START_TIME_NOT_AVAILABLE |

45

                    PAVEMETRICS0002091

Exhibit 528
-244-

| | 1340 | eERROR_INVALID_PARAMETERS |
|---|---|---|
| | 1341 | eERROR_COULD_NOT_OPEN_DCF_FILE |
| Frame ID Generator | 1401 | eERROR_NOT_INITIALIZED |
| | 1402 | eERROR_NOT_ENOUGH_MEMORY |
| | 1403 | eERROR_CREATE_SEMAPHORE |
| | 1404 | eERROR_CREATE_EVENT |
| Grab Synchronization | 1501 | eERROR_NOT_ENOUGH_MEMORY |
| | 1502 | eERROR_INVALID_PARAMETERS |
| Odometer | 1601 | eERROR_OUT_OF_MEMORY |
| | 1602 | eERROR_INVALID_PARAMETERS |
| | 1603 | eERROR_NOT_INITIALIZED |
| | 1604 | eERROR_CREATE_EVENT |
| | 1605 | eERROR_UNABLE_TO_START_ENC_UPDATE_THREAD |
| | 1606 | eERROR_UNABLE_TO_STOP_ENC_UPDATE_THREAD |
| | 1607 | eERROR_UNABLE_TO_OPEN_FILE |
| | 1608 | eERROR_CONTROL_MODULE_CONNECTION |
| Data writer | 204001 | eERROR_INVALID_PARAMETERS |
| | 204002 | eERROR_NOT_ENOUGH_MEMORY |
| | 204003 | eERROR_COULD_NOT_OPEN_FILE |
| | 204004 | eERROR_ERROR_WRITING_FILE |

Table 3 Error codes.

46

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002092

Exhibit 528
-245-

EXHIBIT 555



# INVOICE

Invoice No.:     246

Date:          27/09/2012

## Pavemetrics Systems inc.

**150, boul. René-Lévesque Est, suite 1820**
**Québec, Québec G1R 5B1**
**Canada**

| Contact: | **Richard Habel** |
|---|---|
| | **+1 418 210 3629** |
| | **rhabel@pavemetrics.com** |

**Sold to:**

**University Of Massachusetts Lowell**

Accounts Payable Financial
Services, Suite 415
600, sutfolk Street
Lowell, MA  01854
USA

**Ship to:**

University Of Massachusetts Lowell
Civil and Environmental Engin
UMass Lowell - Pasteur Hall
1 University Ave
Lowell, MA  01854
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Client Reference Number : 0005248785 | | |
| | Pavemetrics Reference Number : SL 0125 | | |
| 1 | Laser Crack Measurement System (LCMS) | 109 375.00 | US$109,375.00 |
| 1 | IMU option | 15 312.50 | US$15,312.50 |
| 1 | Calibration validation object, software and carrying case | 2 187.50 | US$2,187.50 |
| 1 | Extra Year : Technical support, software Upgrades, bug fixes and end of year maintenance of LCMS System | 13 125.00 | US$13,125.00 |

> **Case**
> **Pavemetrics v. Tetra Tech**
> **Case No: 2:21-cv-1289 MCS**
>
> **Trial Exhibit**
> **555**

GST- 844248450      QST - 1215844630

| Terms: Net 30. Due 27/10/2012.<br><br>Administration charges of 1.5% per month on all overdue accounts. | **Total Amount** | US$140,000.00 |
|---|---|---|

Exhibit 555
-246-

EXHIBIT 572

*Pavemetrics*

www.pavemetrics.com

# Laser Rail Inspection System (LRAIL)

## KEY FEATURES

- Inspection at speeds up to up to 100 km/h
- Simultaneous 3D geometry measurement and high-resolution Imaging
- Day or night-time operation
- Automated railway inspection:
  - Track geometry
  - Gauge width, alignment, cant/cross-level, twist, longitudinal level
  - Rail head 3D profile and wear
  - Tie detection and counting
  - Missing or broken fastener detection
  - Concrete tie cracking detection
- Data are automatically location-referenced using inertial corrected GPS (x, y and z)
- Compact; sensors weigh only 10kg each and can be mounted on a high-rail vehicle or a dedicated inspection car.
- Rugged components are mounted in environmentally-sealed enclosures.



 

Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS

**Trial Exhibit 572**

*Vision Systems* for the Automated Inspection of Transportation Infrastructures

**Pavemetrics**

www.pavemetrics.com

# Laser Rail Inspection System (LRAIL)

**The Laser Rail Inspection (LRAIL)** System uses high speed cameras, custom optics and laser line projectors to acquire both 2D images and high resolution 3D profiles of railways to create incredibly detailed 3D images of railways. The LRAIL is compact, light-weight, and requires only a small amount of power to operate.  During data collection the LRAIL can be mounted on a high-rail vehicle or a dedicated inspection car.

The LRAIL's automated processing software automatically detects railway features such as rails, ties and fasteners as well as defects such as cracking of ties.

The LRAIL can be operated both during daytime and night-time and is capable of scanning any rail surface at inspection speeds up to 100 km/h. The entire track and railway tie (sleeper) width is scanned at rates up to 44,800,000 points per second. The end result is high resolution digital images as well as 3D models of the rails, ties and ballast area.

Vertical accuracy per point is 0.5mm and horizontal resolution of captured images is 1mm. Longitudinal resolution is user configurable and can be set between 1mm and 5mm in order to enable the user to favour resolution over storage requirements or vice versa

The user can easily work with output data files as images can be exported using JPEG format and rail condition and geometry data can be output in XML format. XML data can be easily imported into Railway Management Systems, databases or spreadsheets.

## SYSTEM SPECIFICATIONS

• Number of laser profiles : 2
• Sampling rate : 5,600 profiles/s
• Vehicle speed : 0 to 100km/h
• Profile spacing : 1 to 5mm (adjustable)
• Transversal field of view : 4m
• Transversal accuracy : 1mm
• Transversal resolution : 4096 points/profile
• Depth accuracy : 0.5mm
• Depth resolution : 0.25mm
• Laser profiler dimensions :
428mm (h) x 265mm (l) x 139mm (w)
• Weight : 10kg
• Power consumption (max):
150W at 120/240 VAC



*Vision Systems* for the Automated Inspection of Transportation Infrastructures

# EXHIBIT 686

| **From**: | Robert Olenoski [robol@InternationalCybernetics.com] |
|---|---|
| **Sent**: | 10/22/2014 10:13:08 PM |
| **To**: | Mesher, Darel [Darel.Mesher@tetratech.com] |
| **CC**: | Kung, Ewing [Ewing.Kung@tetratech.com] |
| **Subject**: | FW: New Rail Inspection Datasheet |
| **Attachments**: | Laser InspectionLRAILflyer web.pdf |

fyi

**From:** Richard Fox-Ivey [mailto:rfoxivey@pavemetrics.com]
**Sent:** Wednesday, October 22, 2014 10:26 AM
**To:** Robert Olenoski
**Subject:** New Rail Inspection Datasheet

Hi Rob,

We just released this, not sure if I sent it to you the other day or not.

Also, FYI we are going to be at the NWPMA conference (http://nwpma-online.org) in Seattle next week in case you are sending Eric or someone else there.

Cheers,

Rich

---

**Richard Fox-Ivey**
**Principal Consultant**
**Pavemetrics Systems Inc.**

**Office:** +1.519.342.6305
**Web:** www.pavemetrics.com
**Email:** rfoxivey@pavemetrics.com



Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS

**Trial Exhibit
686**

CONFIDENTIAL

TETRATECH_0128624

Exhibit 686
-249-

**Pavemetrics**

www.pavemetrics.com

# Laser Rail Inspection System (LRAIL)

## KEY FEATURES

- Inspection at speeds up to up to 100 km/h.
- Simultaneous 3D geometry measurement and high-resolution Imaging.
- Day or night-time operation.
- Automated railway inspection:
  - Track geometry
  - Gauge width, alignment, cant/cross-level, twist, longitudinal level
  - Rail head 3D profile and wear
  - Tie detection and counting
  - Missing or broken fastener detection
  - Concrete tie cracking detection.
- Data are automatically location-referenced using an optical encoder for linear distance as well as inertially corrected GPS (x, y and z).
- Compact; sensors weigh only 10kg each and can be mounted on a high-rail vehicle or a dedicated inspection car.
- Rugged components are mounted in environmentally-sealed enclosures.






*Vision Systems* for the Automated Inspection of Transportation Infrastructures

CONFIDENTIAL

TETRATECH_0128625



**Pavemetrics**

www.pavemetrics.com

# Laser Rail Inspection System (LRAIL)

**The Laser Rail Inspection System (LRAIL)** uses high speed cameras, custom optics and laser line projectors to acquire both high-resolution digital images and 3D profiles of the rails and bed. The LRAIL system is compact, light-weight, and low power to operate. LRAIL sensors can be mounted on a high-rail vehicle or a dedicated inspection car.

The LRAIL's processing software automatically detects railway features such as rails, ties and fasteners as well as defects such as cracking of concrete ties. Track geometry, as well as gauge width, alignment, cant/cross-level, twist, longitudinal level and rail head 3D profile and wear are also measured.

The LRAIL can be operated both during daytime and night-time and is capable of scanning any rail surface at inspection speeds up to 100 km/h. The entire track and railway tie (sleeper) width is scanned at rates up to 22,400,000 points per second. Vertical accuracy per point is 0.5mm and horizontal resolution of captured images is 1mm. Longitudinal spacing is user configurable and can be set between 1mm and 5mm per profile. The output data are images in JPEG format and rail condition and geometry data that are output in XML format. XML data can be easily imported into Railway Management Systems or databases.

## SYSTEM SPECIFICATIONS

- Number of laser profiles : 2
- Sampling rate : 5,600 profiles/s
- Vehicle speed : 0 to 100km/h
- Profile spacing : 1 to 5mm (adjustable)
- Transversal field of view : 3m
- Transversal accuracy : 1mm
- Transversal resolution :
  4096 points/profile
- Depth accuracy : 0.5mm
- Depth resolution : 0.25mm
- Laser profiler dimensions :
  428mm (h) x 265mm (l) x 139mm (w)
- Weight : 10kg
- Power consumption (max):
  150W at 120/240 VAC



*Vision Systems for the Automated Inspection of Transportation Infrastructures*

CONFIDENTIAL

TETRATECH_0128626

Exhibit 686
-251-