UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.   2:21-cv-01289-MCS-MAA                            Date   October 24, 2022

Title   *Pavemetrics Systems, Inc. v. Tetra Tech, Inc.*

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Christy L. Lea<br>Joseph R. Re<br>Alan G. Laquer<br>Nicholas M. Zovko | Nicolas A. Cerulli<br>James R. Barney<br>Donald L. Ridge |

**Proceedings:** Motion for Judgment as a Matter of Law on the basis of: Regarding Invalidity and Motion for New Trial filed by Defendant and Counterclaim Plaintiffs Tetra Tech Tas, Inc., and Tetra Tech, Inc. (ECF No. 323)

The motion hearing is held. Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.