Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond S. Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **PAVEMETRICS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER GRANTING NEW TRIAL ON INFRINGEMENT OF '293 PATENT ONLY** <br><br> Hearing Date: March 6, 2023 <br> Time: 9:00 a.m. <br> Ctrm: 7C <br><br> Honorable Mark C. Scarsi |

PLEASE TAKE NOTICE that, on March 6, 2023, at 9:00 am, or as soon thereafter as the subject matter of this Motion may be heard before the Honorable Mark C. Scarsi, in Courtroom 7C at 350 W. 1st Street, 7th Floor, Los Angeles, CA 90012, Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. will, and hereby does, move the Court for partial reconsideration of its January 23, 2023 Order Granting Tetra Tech's Motion for a New Trial and Denying as Moot Defendant Tetra Tech's Motion for Judgment as a Matter of Law Regarding Invalidity (Dkt. No. 335).

Pavemetrics bases this Motion on the concurrently filed Memorandum of Points and Authorities, the Declaration of Alan Laquer and accompanying exhibits, any Reply brief, and all records on file with the Court in connection with this case or which may be submitted prior to or at the time of the hearing.

Pursuant to L.R. 7-3, this motion is made following the conference of counsel during trial on August 24, 2022 (Day 5, Tr. 145:11-146:5, 148:13-150:12) and in subsequent discussions and correspondence between counsel in the days after trial and after this Court's order granting a new trial, including on February 2-3, 2023.

.

Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 6, 2023    /s/ Christy G. Lea
Joseph R. Re
Christy G. Lea
Nicholas M. Zovko
Alan G. Laquer
Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

-1-