1
2
3
4
5
6
7
8
9
10                    **IN THE UNITED STATES DISTRICT COURT**
11                  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12                              **WESTERN DIVISION**
13
14   PAVEMETRICS SYSTEMS, INC.,           ) Case No. 2:21-cv-1289-MCS-MMA
                                          )
15            Plaintiff,                  )
                                          ) **[PROPOSED] ORDER ON**
16        v.                              ) **PAVEMETRICS' MOTION FOR**
                                          ) **RECONSIDERATION OF ORDER**
17   TETRA TECH, INC.,                    ) **GRANTING NEW TRIAL ON**
                                          ) **INFRINGEMENT OF '293 PATENT**
18            Defendant.                  ) **ONLY**
                                          )
19   ─────────────────────────            )
     AND RELATED COUNTERCLAIMS            ) Honorable Mark C. Scarsi
20                                        )
21
22
23
24
25
26
27
28

Having considered Pavemetrics Systems, Inc.'s Motion for Reconsideration of the Court's Order Granting New Trial on the '293 Patent Only, and any other moving papers submitted by the parties, the Court hereby **GRANTS** Pavemetrics' Motion. Upon reconsideration of Tetra Tech's Motion for a New Trial [ECF No. 323], the Court concludes that Tetra Tech failed to show that a new trial is warranted with respect to infringement of U.S. Patent No. 10,362,293. Accordingly, that issue shall not be tried at the new trial.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Mark C. Scarsi
United States District Court Judge