Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **DECLARATION OF ALAN LAQUER IN SUPPORT OF PAVEMETRICS' MOTION FOR RECONSIDERATION OF ORDER GRANTING NEW TRIAL ON INFRINGEMENT OF '293 PATENT ONLY** |

1    I, Alan G. Laquer, declare and state as follows:

2    1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. in the above-captioned action. I am licensed to practice law in the State of California. I am a member of the bar of this Court, and I declare the following statements are true to the best of my knowledge, information, and belief.

3    2. I submit this declaration in support of Pavemetrics' Motion for Reconsideration of the Court's Order Granting a New Trial on Infringement of '293 Patent pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Local Rule 7-18.

4    3. Attached hereto as **Exhibit 2** is a true and correct copy of the Transcript of Proceedings held on August 18, 2022 (Trial Day 2).

5    4. Attached hereto as **Exhibit 3** is a true and correct copy of the Transcript of Proceedings held on August 19, 2022 (Trial Day 3).

6    5. Attached hereto as **Exhibit 4** is a true and correct copy of the Transcript of Proceedings held on August 23, 2022 (Trial Day 4).

7    6. Attached hereto as **Exhibit 5** is a true and correct copy of the Transcript of Proceedings held on August 24, 2022 (Trial Day 5).

8    7. Attached hereto as **Exhibit 12** is a true and correct copy of Certified Copy of U.S. Patent No. 10,362,293 (Trial Exhibit 12).

9    8. Attached hereto as **Exhibit 28** is a true and correct copy of LCMS-2 Hardware and Software Installation Manual, dated March 2021 (Trial Exhibit 28).

10   9. Attached hereto as **Exhibit 40** is a true and correct copy of Pavemetrics Quotation No. 20-Q1686 to CSX Transportation, dated April 7, 2020 (Trial Exhibit 40).

10. Attached hereto as **Exhibit 658** is a true and correct copy of an LRAIL license file for sensors F625 and F626 (Trial Exhibit 658).

11. Attached hereto as **Exhibit 811** is a true and correct copy of Pavemetrics Quotation No. 21-Q1890 to CSX Transportation, dated February 15, 2021 (Trial Exhibit 811).

12. Attached hereto as **Exhibit 843** is a true and correct copy of a Goods Agreement between CSX Transportation and Pavemetrics, dated November 5, 2020 (Trial Exhibit 844).

13. Attached hereto as **Exhibit 844** is a true and correct copy of a Goods Agreement between CSX Transportation and Pavemetrics, dated March 15, 2021 (Trial Exhibit 844).

14. Attached hereto as **Exhibit 849** is a true and correct copy of Pavemetrics Invoice No. 1617 to CSX Transportation, dated April 21, 2021 (Trial Exhibit 849).

15. Attached hereto as **Exhibit 850** is a true and correct copy of Pavemetrics Invoice No. 1618 to CSX Transportation, dated April 21, 2021 (Trial Exhibit 850).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2023 at Irvine, California.

*/s/ Alan G. Laquer*
Alan G. Laquer