
*Pavemetrics*

# LCMS®-2
# Hardware & Software
# Installation Manual

Guideline for Road and Rail Applications
Rev. 2.6, March 2021



Copyright © 2021 by Pavemetrics Systems Inc.
All rights reserved.

Reproduction in whole or part in any way without written
permission from Pavemetrics is strictly prohibited


John Laurent
12/21/2021
**Exhibit 28**
Deanna J. Dean, RDR, CR

Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS

**Trial Exhibit
28**



*Pavemetrics and INO would like to thank the Quebec Ministry of Transportation for its support and precious collaboration throughout the development of the Laser Crack Measurement System.*

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0001954

**EXHIBIT 28**

**-316-**

# CONTENTS

General safety warning ........................................................................................................... 5

   Terms in this manual ......................................................................................................... 6

   Symbols and Terms on the Product ................................................................................. 6

Mesure de sécurité – Généralités ....................................................................................... 7

   Termes utilisés dans ce manuel ....................................................................................... 8

   Symboles et termes figurant sur le produit ................................................................... 8

Eye-safety warning ............................................................................................................... 9

Avertissement de sécurité laser ......................................................................................... 11

1    Introduction ................................................................................................................ 13

   1.1    The Laser Crack Measurement System 2 (LCMS-2) components ......................... 13

2    Specifications ............................................................................................................... 15

   2.1    Laser profiler specifications (2 per system) ......................................................... 15

   2.2    LCMS-2 controller specification .......................................................................... 16

3    Hardware installation .................................................................................................. 18

   3.1    Laser profilers installation for pavement scanning purpose ............................... 18

   3.2    Laser profiler installation for railway scanning purpose ..................................... 20

   3.3    Frame grabber installation ................................................................................... 21

   3.4    Controller and cables installation ........................................................................ 23

   3.5    Using external trigger .......................................................................................... 25

   3.6    Connecting the emergency button to the remote interlock ............................... 26

4    Software installation .................................................................................................... 27

   4.1    Matrox mil lite 10 (matrox imaging library) ........................................................ 28

   4.2    LcmsTools ............................................................................................................. 28

      4.2.1    LcmsAcquisitionControl ............................................................................... 28

      4.2.2    LcmsAcquisition SDK ................................................................................... 30

   4.3    LCMS analyzer and SDK ........................................................................................ 30

      4.3.1    LcmsRoadInspect ........................................................................................ 30

      4.3.2    LcmsAnalyser SDK ....................................................................................... 33

5    Configuration files ....................................................................................................... 35

   5.1    Look-up tables files – acquisition level ................................................................ 35

   5.2    Camera configuration file – acquisition level ....................................................... 35

5.3     Parameter file (AcquisitionParams.cfg) – acquisition level ........................................ 35

5.4     License file (license.txt) – processing level .................................................................. 35

5.5     Parameter file (LcmsAnalyserParam.cfg) – processing level .................................... 36

6     Maintenance, support and warranty ................................................................................... 37

7     Optional software: LcmsValidationTool and LcmsCalibrationTool ............................... 38

7.1     LcmsValidationTool (optional) ........................................................................................ 38

7.2     LcmsCalibrationTool (optional) ...................................................................................... 39

7.3     Software Installation ........................................................................................................ 39

7.4     Validation procedure: step by step ............................................................................... 40

7.4.1     Range validation ..................................................................................................... 41

7.4.2     Focus validation ...................................................................................................... 44

7.4.3     Result Interpretation .............................................................................................. 45

Appendix A: Electrical interfaces ................................................................................................ 46

Appendix B: Mechanical drawings ............................................................................................. 47

Appendix C: Cables connectors dimensions ........................................................................... 49

Appendix D : Encoder installation guide .................................................................................. 50

Appendix E: Why more pulses per revolution is better ......................................................... 52

Appendix F: Laser beam characteristics ................................................................................... 53

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0001956

EXHIBIT 28
-318-

## GENERAL SAFETY WARNING

Review the following safety precautions to avoid injury and prevent damage to this product.
To avoid potential hazards, use this product as specified.
Only qualified personnel should perform service procedures.

### TO AVOID FIRE OR PERSONAL INJURY:

**Use proper power cord.** Use only the power cord specified for this product and certified for the country of use. Refer to the specification table in *Section 2* for the power cord specifications. The power cord must be in good condition.

**Ground the product.** This product is grounded through the grounding conductor of the power cord. To avoid electric shock, the grounding conductor must be connected to earth ground.  Before using this product, ensure that it is properly grounded.

**Power source.** Use a power source that delivers 100 to 240 VAC, 50 to 60 Hz. Refer to the specification table in *Section 2* for details about the electrical interface.

**Laser source.** The device emits infrared laser radiation at a level above the maximum permissible exposure. Apply appropriate laser safety measures**.**

**Do not operate without covers.** Do not operate this product with covers or panel removed.

**Do not operate with suspected failures.** If you suspect that there is damage to this product, have it inspected by qualified service personnel.

**Do not operate in an explosive atmosphere.**

**Use proper fuse.** Use only the fuse type and rating specified for this product. Refer to the specification table in *Section 2* for fuse type specifications.

**Keep product clean.** Refer to *Section 6* for details on cleaning this product.

**Provide proper ventilation.** To prevent product overheating, provide proper ventilation to allow adequate air flow around the controller and the two laser profilers.

**Electrical storms.** Do not use this product during electrical storms.

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0001957

EXHIBIT 28
-319-

## TERMS IN THIS MANUAL

These terms may appear in this manual:

 **Warning.** *Warning statements identify conditions or practices that could result in injury or loss of less.*

 **Caution.** *Caution statements identify conditions or practices that could result in damage to this product or other property.*

## SYMBOLS AND TERMS ON THE PRODUCT

These terms may appear on the product:

- **WARNING** indicates an injury hazard not immediately accessible as you read the marking

- **CAUTION** indicates a hazard to property including the product.

- **DANGER** indicates a potential injury hazard from invisible laser radiation. Refer to Eye-Safety Warning paragraph for details on laser safety procedures that must be followed by the user.

The following symbols may appear on the product:


CAUTION: Refer to manual


DANGER: Shock Hazard


Alternating Current


Direct Current


DANGER: Laser invisible radiation, warning triangle


Laser Class Explicative Label


Enclosure Access Label


Laser Aperture Label




The system complies with the provisions of the CE marking.

When the following license condition is respected, the system complies with the safety requirements for electrical equipment (EN61010-1:2010) and for laser equipment (EN 60825-1:2014).
**License condition: the laser sensors must have the remote interlock connected to the vehicle odometer in order to disable the lasers when the vehicle is stopped, or is moving at a slow pace. It is the user/integrator responsibility to ensure that the above condition is respected.**

# MESURE DE SÉCURITÉ – GÉNÉRALITÉS

Veuillez lire attentivement les précautions et mesures de sécurité suivantes afin d'éviter toute blessure et l'endommagement éventuel de ce produit et des produits qui lui sont reliés.
Pour éviter tout danger éventuel, utilisez uniquement ce produit dans les conditions spécifiées
Seules des personnes qualifiées peuvent exécuter les opérations de maintenance.

POUR ÉVITER TOUT RISQUE D'INCENDIE OU DE BLESSURE:

**Utilisez le cordon d'alimentation approprié.** Utilisez uniquement le cordon d'alimentation spécifié pour ce produit et homologué aux normes du pays d'utilisation. Référez-vous aux spécifications mentionnées à la *Section 2*. Le cordon d'alimentation doit être en bonne condition.

**Mettez le produit à la terre.** Ce produit est mis à la terre par l'intermédiaire du conducteur de masse du cordon d'alimentation. Pour éviter tout choc électrique, le conducteur de masse doit être connecté à une prise de terre. Veillez à ce que le produit soit correctement mis à la terre.

**Source d'alimentation.** Utilisez une source d'alimentation 100 à 240 VAC, 50 à 60 Hz. Référez-vous au tableau des spécifications de la *Section 2* pour plus de détails à propos des spécifications électriques.

**Source Laser.** Ce produit émet des radiations laser infrarouges au-delà des limites permises d'exposition. Prenez les précautions laser nécessaires.

**Ne mettez pas l'appareil en service sans ses couvercles.** Ne mettez pas l'appareil en service si ses couvercles ou panneaux ont été retirés.

**N'utilisez pas le produit si vous soupçonnez un mauvais fonctionnement.** Si vous soupçonnez que le produit est endommagé, faites-le inspecter par Pavemetrics.

**N'utilisez pas le produit en atmosphère explosive.**

**Utilisez les fusibles recommandés.** Utilisez seulement des fusibles du même type et possédant les mêmes caractéristiques que celles décrites dans le tableau des spécifications à la *Section 2.*

**Gardez le produit propre.** Référez-vous à la *Section 6* pour les procédures de nettoyage.

**Assurez une ventilation adéquate.** Pour éviter que le produit ne surchauffe, assurez-vous qu'il y ait une circulation d'air suffisante autour des capteurs et du contrôleur.

**Tempêtes électriques.** N'utilisez pas ce produit durant une tempête électrique.

## TERMES UTILISÉS DANS CE MANUEL

Les termes suivants peuvent figurer dans ce manuel :

 **Avertissement.** *Les avertissements identifient des conditions ou des interventions pouvant entraîner des blessures graves ou mortelles.*

 **Attention.** *Les précautions identifient des conditions ou des interventions pouvant entraîner l'endommagement du produit ou d'autres biens.*

## SYMBOLES ET TERMES FIGURANT SUR LE PRODUIT

Les termes suivants peuvent figurer sur le produit :

- **WARNING** indique un risque non immédiat de blessure à la lecture de l'étiquette.

- **CAUTION** indique un risque d'endommagement de propriété, incluant le produit.

- **DANGER** indique un risque de blessure oculaire dû aux rayonnements laser invisible. Référez-vous à la section *Avertissement de sécurité laser* pour plus de détails sur les procédures de sécurité qui doivent être suivies.

Les symboles suivants peuvent figurer sur le produit :


CAUTION: Référez-vous au manuel


DANGER: Risque de choc électrique


Courant alternatif


Courant continu


DANGER: Faisceaux lasers invisibles : triangle d'avertissement


Étiquette explicative sur la classe du laser


Étiquette d'accès au laser


Étiquette d'ouverture du laser

 Le système est conforme à la réglementation européenne (marquage CE)

 Lorsque la condition de licence mentionnée ci-dessous est respectée, le système est conforme aux règles de sécurité électrique (EN61010-1 : 2010) et de sécurité laser (EN 60825-1 : 2014). *Condition de licence : le connecteur de verrouillage à distance (remote interlock) doit être relié à l'odomètre du véhicule de telle sorte que les lasers ne soient pas en fonction lorsque le véhicule est à l'arrêt, ou encore se déplace à basse vitesse. L'utilisateur est responsable de s'assurer que la condition ci-dessus est respectée.*

PAVEMETRICS0001960

**EXHIBIT 28**
**-322-**

# EYE-SAFETY WARNING

The LCMS-2 uses high power invisible infrared laser line projectors that are classified as a Class IIIb or Class IV laser products according to CDRH regulations (21CFR 1040.10 and 1040.11) and as a Class 3B or Class 4 products according to EN 60825-1 regulations depending on the model. In all cases, extreme care must be taken to avoid direct eye exposure to the laser beam. The laser beams are invisible and it is thus important to never look into the bottom laser windows when the system is firing. For security reasons, aperture warning labels are permanently affixed above those laser windows. In addition, a warning logotype can also be found on the front panel of the LCMS-2 controller.



Standard safety procedures for this class of lasers require operators to wear protective eye gear (OD4 or better at 808 nm). You can obtain these glasses from Edmund Scientific at www.edmundoptics.com. Goggle models NT53-740, NT57-663 or NT58-108 are examples of recommended laser safety eyewears. You can also consider buying a handheld infrared viewer (model NT37-826) or a simple IR detection card (which we prefer) model NT55-292. In all cases, it will not be possible to see the laser line in full sunlight. The IR viewer or card will only work indoors or at night.

RESTRICTED - ATTORNEYS' EYES ONLY
PAVEMETRICS0001961

EXHIBIT 28
-323-

 **Warning.** *It is very important when operating the inspection vehicle that appropriate safeguards are used to avoid firing the lasers when the inspection vehicle is not moving or is moving at a very slow pace. When the LCMS-2 laser profilers are mounted as recommended in the installation manual, the laser nominal ocular hazard area (NOHA) is located vertically between the laser emission windows and the pavement surface, the NOHA having a minimum footprint of about 5.0 m large by 2.0 m deep located behind the inspection vehicle and under the 3D sensor.*

 **Warning.** *Use of controls or adjustments or performance of procedures other than those specified herein may result in hazardous radiation exposure or other risks.*

 **Warning.** *There are two LEDs locating on the front plate of each sensor: a green LED and a red LED. The green LED means that the sensors are powered on. The red LEDs means that the sensors are powered on and that the lasers are armed and that they could be firing at any time. Appropriate safeguards must be taken when the red LEDs are turned on.*

# AVERTISSEMENT DE SÉCURITÉ LASER

Le LCMS-2 utilise des lasers invisibles haute-puissance de classe IIIb ou classe IV selon les normes du CDRH (21CFR 1040.10 and 1040.11) et de classe 3B ou classe 4 selon la norme EN 60825-1. En tout temps, il est primordial de prendre les précautions nécessaires afin d'éviter d'être exposé directement aux faisceaux lasers. Les faisceaux lasers sont invisibles, il est donc important de ne jamais regarder à travers les fenêtres lasers lorsque le système est en opération. Pour des raisons de sécurité, des étiquettes d'avertissement laser sont fixées de manière permanente au-dessus des fenêtres lasers. Par ailleurs, un logo d'avertissement est également apposé sur le contrôleur du LCMS-2.



Les procédures de sécurité pour ce type de laser exigent que l'utilisateur porte des lunettes de sécurité oculaire (densité optique 4 (OD4) ou plus à 808 nm) lors de l'utilisation du système. À titre indicatif, nous recommandons l'utilisation des modèles NT53-740, NT55-590, NT57-663 et NT58-108 disponible sur le site d'Edmund Scientific www.edmundoptics.com. Il est aussi possible de se procurer une caméra infrarouge (modèle NT37-826) ou encore une carte de détection infrarouge (modèle NT55-292). Notez que dans tous les cas, il ne sera pas possible de voir la ligne laser en plein soleil. La caméra infrarouge ne fonctionnera qu'à l'intérieur, ou encore à l'extérieur la nuit.

RESTRICTED - ATTORNEYS' EYES ONLY

 **Avertissement.** *Il est très important de prendre les mesures nécessaires pour éviter que les lasers soient en opération lorsque le véhicule est à l'arrêt ou se déplace à basse vitesse. Lorsque les capteurs sont installés tel que recommandé dans le manuel, la zone à risque pour la sécurité oculaire est toute la section comprise verticalement entre la fenêtre laser et le sol d'une largeur minimale de 5,0 m et une profondeur de 2,0 m derrière le véhicule d'inspection et sous les capteurs.*

 **Avertissement.** *L'utilisation des commandes ou réglages ou l'exécution des procédures autres que celles spécifiées dans les présentes exigences peuvent être la cause d'une exposition à un rayonnement dangereux ou à d'autres risques.*

 **Avertissement.** *Deux LEDs se trouvent sur la face avant de chaque capteur : une LED verte et une LED rouge. La LED verte, lorsqu'elle est allumée, signifie que les capteurs sont alimentés. La LED rouge signifie quant à elle que les lasers sont armés et peuvent être en opération à tout moment. Les mesures de sécurité laser doivent être en place lorsque les LEDs rouges sont allumées.*

EXHIBIT 28
-326-

# 1   INTRODUCTION

Pavemetrics Laser Crack Measurement System 2 (LCMS-2) is a transverse profiling system. Capable of acquiring full 4-meter width profiles of a highway lane at normal traffic speed, the system uses two laser profilers that acquire the shape of the pavement. Custom optics and high-power laser line projectors allow the system to operate in full daylight or in night time conditions. Road profile data are collected onboard the inspection vehicle.

The LCMS-2 is delivered with a complete Windows 7, Windows 10 (64-bits) DLL library of C/C++ functions that allows the user to easily configure and operate the system.

This document presents the LCMS-2 components and their recommended installation.

## 1.1   THE LASER CRACK MEASUREMENT SYSTEM 2 (LCMS-2) COMPONENTS

**Laser profilers (2):** The two laser profilers (LCMS-300 class 3b model and LCMS-400 class 4) capture the left and right-side transverse profiles of the road. Each profiler is composed of a high-power laser line projector and a high-resolution camera to measure deformations of the laser line profile.

**Frame grabber board (2):** The two PCIe 2.0 x8 frame grabber boards are used to digitize the images coming out from the laser profilers' cameras.

**Controller:** The LCMS-2 controller (LCMS-D200 class 3b, LCMS-D300 and LCMS-D300 DC class 3b & 4) is a standard 19-inch 2U rack-mount unit interfacing data and control signals between the host computer (not included) and the laser profilers.

**Emergency button and cable:** The emergency button is a laser safety device connected to the LCMS-2 controller. By simply pushing the button, the user can immediately stop the acquisition.

**Acquisition Software library:** The LCMS-2 acquisition software library (*LCMSAcquisitionLib*) is a standard 64 bits DLL (Dynamic Link Library) for Microsoft Windows 7. The library configures and operates the LCMS-2 by the means of C-language declared functions. More information about the LCMS-2 acquisition software library can be found on the "*LCMS Data Acquisition Manual*".

**Analyzer Software library:** The LCMS processing software library (*LCMSAnalyzerLib*) is a standard DLL (Dynamic Link Library) for Windows 7, Windows 8 or Windows 10. The library processes the data captured by the LCMS-2 sensors. The processing includes crack detection, rut measurement, lane marking detection, potholes detection, macro-texture evaluation, etc. More information about the LCMS analyzer software library can be found on the *LCMS Analyzer Manual*.

**All necessary cables:** All necessary power, data and control cables are supplied with the LCMS-2.

RESTRICTED - ATTORNEYS' EYES ONLY
PAVEMETRICS0001965

**EXHIBIT 28**
**-327-**

**Sesnor Cable Covers (2):** Two Sensor Cable Covers are provided to secure and protect the Power and CoaxPress Cables to the sensor's back.

**Carrying case:** The above components are delivered in a custom design carrying case. This case is very robust and should be used to move the LCMS-2 when it is not installed on the inspection vehicle. The dimensions of this case are 100 cm (width) × 61 cm (height) × 61 cm (depth).

**Validation object (optional):** The validation object is an optional tool that can be used to evaluate the calibration of a LCMS-2 sensor. The validation object comes with its own carrying case (66cm x 60cm x 22cm) and a dedicated software application.





*Figure 1: LCMS-2 System Components*

# 2   SPECIFICATIONS

## 2.1   LASER PROFILER SPECIFICATIONS (2 PER SYSTEM)

| Feature/Specification | Value | Notes |
|---|---|---|
| Laser class | LCMS-300: class3B<br>LCMS-400: class 4 | IEC60825-1:2014 |
| Wavelength | 808 nm ± 3 nm | Continuous, infrared (invisible) |
| Enclosure | IP-65<br>NEMA 4 | IEC 60529 |
| Sampling rate | 28 000 Hz | Configurable |
| Depth range of operation | 250 mm | Configurable |
| Transversal resolution | 4160 points | 2080 points per sensor |
| Vehicle speed | 0-100 km/h | |
| Transversal field-of-view | 4 m | At nominal height |
| Nominal depth precision | ± 0.25 mm | |
| Transversal accuracy | ± 1 mm | |
| Dimensions | 139 mm x 527 mm x 262 mm | 25.4 mm = 1 inch |
| Weight | 13 kg | |
| Electrical interface<br>Input voltage<br>Operation current (DC) | <br>24 VDC<br>1.2 A | |
| Environmental conditions<br>Operation<br>Storage<br>Altitude | <br>+0 / +40 degrees C<br>-20 / +50 degrees C<br>2000 m | <br><br><br>Maximum altitude for which the system has been designed |
| Total Laser Power Output (Po) | LCMS-300: 4W max<br>LCMS-400: 8W max | |
| Accessible Laser Emission (AE) | LCMS-300: 500mW max<br>LCMS-400: 1.2W max | |
| Maximum Permissible Exposure (MPE) | 1.64 mW/cm$^2$ | |
| Nominal Ocular Hazard Distance (NOHD) | LCMS-300: 12.3 meters<br>LCMS-400: 17.2 meters | If exposed to free propagation of the direct laser radiation for a naked eye. |
| Beam divergence | Line axis: ~55° (divergent)<br>Focus axis: ~0.1° (convergent) | See figures in *Appendix F: Laser beam characteristics* |

*Table 1: Laser Profiler Specification*

## 2.2 LCMS-2 CONTROLLER SPECIFICATION

| Feature/Specification | Value | Notes |
|---|---|---|
| **Model** | LCMS-D200 | Can only be use with LCMS-300 sensors |
| | LCMS-D300 | Can be use with both LCMS-300 and LCMS-400 sensors |
| **Dimensions** | 400 mm x 480 mm x 90 mm | Standard 19-inch 2U rack-mount unit |
| **Weight** | 3.6 kg | |
| **Electrical interface** | | |
| Input voltage | 100-240 VAC | True sine wave power source is required. |
| Frequency | 60/50 Hz | |
| Power consumption | 150 W | |
| Operation current (AC) | 0.8 A | |
| Power cord | 3 x 18 AWG | 3 conductors, conductor size = 18 AWG |
| **Fuses** | | |
| Type | Slow blow, long time lag | Original fuses are model BK/S506-3.15R from Cooper/Bussman (UL Recognized) |
| Voltage-rated | 250 V | |
| Current | 3.15 A | |
| Package/case | 5 x 20 mm | |
| Interrupting rating at rated voltage (50 Hz) | 35 A | |
| **Environmental conditions** | | |
| Operation | +0 / +40 degrees C | |
| Storage | -20 / +50 degrees C | |
| Altitude | 2000 m | Maximum altitude for which the system has been designed |

*Table 2: LCMS-D200 and D300 Controller Specification*

RESTRICTED - ATTORNEYS' EYES ONLY

**EXHIBIT 28**
-330-

| Feature/Specification | Value | Notes |
|---|---|---|
| **Model** | LCMS-D300-DC | Can be use with both LCMS-300 and LCMS-400 sensors |
| **Dimensions** | 400 mm x 480 mm x 90 mm | Standard 19-inch 2U rack-mount unit |
| **Weight** | 3.8 kg | |
| **Electrical interface** | | |
| Input voltage | 12-24 VDC | Low ripple DC current is required |
| Frequency | N/A | |
| Power consumption | 150 W | |
| Operation current (AC) | 12.5 A | |
| **Fuses** | | |
| Type | Slow blow, Time-delay | Original fuses are model MDA-20-R from Bussmann/Eaton (UL Recognized) |
| Voltage-rated | 125 V | |
| Current | 20 A | |
| Package/case | 3AB (¼" x 1¼") | |
| Interrupting rating at 125 VDC | 10kA | |
| **Environmental conditions** | | |
| Operation | +0 / +40 degrees C | |
| Storage | -20 / +50 degrees C | |
| Altitude | 2000 m | Maximum altitude for which the system has been designed |

*Table 3: LCMS-D300-DC Controller Specification*

# 3 HARDWARE INSTALLATION

## 3.1 LASER PROFILERS INSTALLATION FOR PAVEMENT SCANNING PURPOSE

As shown in *Figure 2*, the laser profilers should be installed **2200 mm (±50 mm)** above the road surface and their laser beams must be projected perpendicularly towards the road surface. By convention, the sensor connected on the left connector of the LCMS controller box is installed on the left side of the vehicle when looking at it from the back. **The sensors must be installed parallel to each other and with a 5° yaw angle (minimum) (A) with respect to the vehicle**; if not, the left and right scanning regions may have cross-talk issues in the data (see *Figure 3*).



*Figure 2: Hardware Configuration*



*Figure 3: Hardware Configuration (View from Top)*

As seen in Figure 3, a minimum overlapping region of 50 mm is required between the two sensors to ensure that the cracks at the junction of the two sensors will be detected. The following equations can be used to determine the total transverse width (TW) seen by the LCMS-2 sensors and the optimal distance (D) between the sensors. These equations depend on both the mounting height (H) of the system (as defined in *Figure 2*) and the configuration angle (A) (*Figure 3*):

$$D_{max} = [\tan(25.3) \cdot H \cdot 2] \cdot \cos(A)$$

$$TW = D + [\tan(25.3) \cdot H \cdot 2] \cdot \cos(A)$$

The above equations give approximate results (±10mm). Before bolting the system at its final position, it is recommended to verify the presence of a minimum overlapping region, especially if $D \approx D_{max}$ .

In addition to the previous requirement, the position of the sensors apart from the rear bumper of the vehicle must be in function of the following equation as shown in *Figure 4*.

$$X = (L) \div 2 \cdot \sin(A)$$
where $\qquad L = [\tan(25.3) \cdot H \cdot 2]$



*Figure 4: Distance from Rear Bumper (X)*

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0001971

**EXHIBIT 28**

-333-

A typical installation would therefore command for a minimal distance between the laser window and the rear bumper of the vehicle (X) of 91 mm where the transverse width (L) is 2 080 mm and the configuration angle (A) is 5o. This way, the rear bumper of the vehicle does not obstruct the projected laser line.

Once the LCMS-2 configuration is established, the laser profilers can be bolted to the inspection vehicle using the 4 fixation holes located on the corners of each unit. These holes have a diameter of 9.5 mm. The sensors should be fixed using 5/16 – 18 UNC or M18 x1.25 stainless steel bolts. Dimensions and location of the fixation holes can be found in *Appendix B: Mechanical drawings*.

The structure on which the laser profilers are installed shall be rigid enough. Cantilever installations, where the laser profilers would be mounted on a beam supported on only one end, are not recommended. Contact Pavemetrics in case you need more technical assistance regarding the installation on your vehicle.

## 3.2   LASER PROFILER INSTALLATION FOR RAILWAY SCANNING PURPOSE

As shown in *Figure 5*, the laser profilers should be installed directly over each rail at a mounting height of **2,000 mm (±50 mm)** measured from top of the rails to the sensors, **with an eight (8) degree rotation (tilt) towards the front of the inspection vehicle.**

On standard gauge track center-to-center distance between the sensors will be roughly 1,435mm. Center-to-center distance should be adjusted up or down from this value when configuring for broad or narrow gauge track in order to ensure proper sensor-to-rail alignment.

Lastly, **the sensors must be installed parallel to each other with a five (5) degree yaw** measured against the longitudinal centerline of the inspection vehicle (*Figure 6*).



*Figure 5: Railway Hardware Configuration*



*Figure 6: Railway Sensor Installation (View from Top)*

 **Caution.** *Before you install the LCMS-2 sensors on the vehicle and connect them to the LCMS-2 controller and computer, some precautionary measures must be taken. Turn off the power to the LCMS-2 controller and to the computer, and drain static electricity from your body (by touching a metal part of the mounting structure). Power must always be turned off when you connect or disconnect the LCMS-2 sensors.*

 **Caution.** *As stated in Section 2.1, the laser profilers have a IP-65 degree of protection according to IEC 60529:2001-02. Accordingly, they will be protected against dust and water jets from any direction when they are mounted outside the inspection vehicle. However, the laser profilers have not been designed to resist powerful water jet, and a protection is required in these cases. For instance, rain or water projection hitting the laser profilers directly at 100 km/h should be considered a powerful water jet. Users must install a rain deflector to ensure that rain does not hit the sensors when the vehicle is operated at normal speed.*

## 3.3  FRAME GRABBER INSTALLATION

The LCMS-2 system is delivered with two Radient eV-CXP PCI Express (PCIe 2.0 x8) frame grabber boards manufactured by Matrox Imaging[1] (see *Figure 7*). These Radient boards are used to digitize the images coming out from the laser profilers' cameras.

---

[1] *For further details, you can download the frame grabber board documentation from www.matrox.com.*



*Figure 7: Matrox Radient eV-CXP PCIe Frame Grabber Board*

The boards must be installed inside the user's host computer. Please refer to *Section 4* for the minimum requirements of the computer that should be used for data collection.  To perform the installation of the board, first make sure the computer is turned off and open the computer case. Check that you have two empty PCIe slots (x8 or x16) to install the Matrox Radient boards. Position each Matrox Radient board in their selected slot and press the board firmly but carefully into the connector of the slot.

 **Caution.** *When you boot your computer, Windows will detect a new Multimedia Video Device and you will be asked to assign it a driver. At this point, you should click on Cancel. The driver for the Radient boards will be installed during the installation of the LCMS-2 software*

 **Caution.** *Do not connect auxiliary power to the frame grabber boards. It may damage or cause malfunction to the system.*

### 3.4  CONTROLLER AND CABLES INSTALLATION

The LCMS-2 controller is a standard 19-inch 2U rack-mount unit that should be fixed into a rack-mount cabinet (not included). The controller interfaces data and control signals between the host computer and the laser profilers





*Figure 8: Controller Front and Back Panel*

As shown in *Figure 8*, there are height different connectors on the back panel of the LCMS-2 controller (in addition to the AC power outlet):

1. **Left and Right Sensor:** These two 26 pins male military connectors allow connecting the controller to the laser profilers using the two 7m laser profiler cables. Cables supplied.

2. **Right and Left FG Board:** These two male DB15 connectors allow connecting the controller to the frame grabbers. Cables supplied.

3. **PC COM:** This connector allows connecting the controller to any of the computer USB port. Cable supplied.

4. **Encoder Input:** This connector is the input for the vehicle DMI (Distance Measurement Instrument). See *Section 3.5* for further details on how to use the external trigger mode. External trigger cable not supplied.

5. **Status Output:** This optional connector can be used to output information about the system status. See Appendix A for further details. Status output cable not supplied.

6. **Laser Gating:** The laser gating connector is an electric circuit that should be used as a safety feature to prevent accidents when firing the lasers. This optional connector can be linked to the vehicle odometer to shut down the laser when the vehicle speed gets below a certain speed. When the circuit is closed, the

system is working normally. If the circuit is open, then the lasers are automatically turned off. Laser gating device and cable not supplied.

7. **Remote Interlock:** This mandatory connector is used to plug in the emergency button. The remote interlock connector is an electric circuit that is used as a safety feature to stop firing the lasers in case of an emergency. See *Section 3.6* for further details. Emergency button and cable supplied.

8. **IMU:** These two connectors allow both IMU inside each sensor to send information send data to the computer.

In addition, the two 7m CoaXPress (CXP) cables (supplied with the system) are the only cables that do not connect to the controller. Instead, the CXP cables connect the laser profilers to the Radient boards. hen connecting the CXP cable to the sensor, use the end of the cable labeled ''Sensor''. This end can also be recognized by its shorter CXP3 grey cable in comparison to CPX0, CPX1 and CPX2 cables (See Figure 9). The cable end labeled ''PC'' must be connected to the frame grabber in the computer using the connection order indicated on the board.  The CXP ends must be connected to the sensor in conformity with the letters indicated on the CXP Connector area on the sensor's back (G=Green, B=Blue, R=Red, W=White) using the CXP cable end labelled ''Sensor''.

*Figure 9: CXP Cable Connectors*



Furthermore, the sensor and CPX Cable must be secured to the sensor back using the cable block, the sensor cable covers, screws and Allen key (supplied with the systems). Unless your sensors are already enclosed in a weatherproof protection, the covers must be installed on the LCMS-2 sensor per instructions given below:

1. Once the sensor and CPX cables are connected to the sensor's back, secure the cables with the rubber holder labeled ''POWER'' and ''COAX'' in the sensor's cable holder block (See Step 1 of Figure 10).

2. Align cover on top of the cable in alignment with the screw holes on the sensor's back (See Step 2 of Figure 10).

3. Secure the cover to the sensor's back using the screws (6 per sensor) and Allen Key supplied (See Step 3 of Figure 10). The screws <u>do not</u> need to be tightened strongly.

4. Repeat for second sensor profiler

  

Step 1: Secure Cable Connection              Step 2: Align Cover              Step 3: Screw Cover in Place

*Figure 10: Cables Connection and Covers Installation Steps*

 **Warning.** *The remote interlock must be connected to the vehicle's odometer (or DMI) in order to disable the lasers when the vehicle is stopped, or is moving at a slow pace. In case you prefer to use a different safety procedure (for instance a light curtain or a motion detection sensor), then it is important to leave the BNC termination on it.* ***It is the user responsibility to take the appropriate safeguards to avoid firing the lasers when someone is standing behind the vehicle.*** *Consult the LCMS Laser Safety Manual for details on laser safety procedures.*

 **Caution.** *In principle, it is not possible to misconnect any cables in such a way that it would cause damage to the LCMS-2. However, make sure to connect all cables as indicated, and do not apply excessive force when attempting to connect them.*

## 3.5   USING EXTERNAL TRIGGER

While collecting data on roads, the LCMS-2 must be externally triggered by a DMI (Distance Measurement Instrument) to ensure that the 3D road profiles are equally spaced along the longitudinal axis of the road. In this way, the hardware triggering mechanism allows the system to be independent of the speed of the vehicle. It also allows synchronizing the LCMS-2 with other devices that share the same triggers. Typically, the spacing between

PAVEMETRICS0001977

**EXHIBIT 28**
**-339-**

the 3D road profiles is usually 1mm, although this value is configurable (see Section 5- System Parameters in the *LCMS Data Acquisition Manual*).

When the LCMS-2 is operated in external trigger mode, it waits until a trigger pulse (DMI pulse) is received before firing the lasers and capturing a 3D transversal profile of the road. The DMI pulse must be a square wave with a 0V low level state and a 5V high level state (TTL signal). A profile is captured each time 1) a rising edge is detected and 2) the DMI pulse duration is at least 1 microsecond. The DMI pulses are sent to the controller through the "Encoder Input" connector on the back panel (see *Section 3.4* and for the pin out of the external trigger cable (not supplied with the system).

Two operational modes are available to trigger the LCMS-2. The user chooses the mode that best suits his application by setting the parameter `EncoderOutputSelect` in file `AcquisitionParams.cfg` (see Section 5- System Parameters in the *LCMS Data Acquisition Manual*):

> **Direct Input:** The DMI pulses are sent to the laser profilers without being intercepted and modified by the controller. The controller simply redirects the DMI pulses to the Radient boards, and then to the laser profilers. In this mode, the user controls the exact distance between successive pulses (e.g.: 1mm).

> **Built-in frequency divider:** In some cases, the user can not set his DMI to get the desired inter-profile spacing for the LCMS-2 (e.g. 1mm). In this case, the build-in frequency divider of the LCMS-2 controller box can be used to divide DMI pulses in such a way that the desired inter-profile spacing is reached. However, in order to get a precise spacing interval, the use of this feature requires that the ratio between the desired inter-profile spacing and the actual DMI spacing is greater than 20:1. In practice, this means that in order to capture a 3D road profile at every 1 mm, the DMI must send pulses to the LCMS-2 controller at least at every 0.05mm (0.25 mm for a 5 mm resolution).

## 3.6   CONNECTING THE EMERGENCY BUTTON TO THE REMOTE INTERLOCK

An emergency button and cable are supplied with the LCMS-2. The emergency button device is a mandatory safety measure. It allows the user to stop instantly the firing of the lasers. It should be placed somewhere near the operator and be reachable at all times during data acquisition.

In order for the LCMS-2 lasers to fire, two conditions must be met **before** powering on the LCMS-2 controller:

1. The emergency button must be plugged in the Remote Interlock connector of the LCMS-2 controller.

2. The emergency button must be disarmed. Twist the red button clockwise to disarm the safety device (the button will protrude). See *Figure 11*.

In case of operator can down the LCMS-2 pressing the (see *Figure 12*).



emergency, the immediately shut lasers by simply emergency button



*Figure 11: Disarming the Emergency Button*

*Figure 12: Pushing the Emergency Button*

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0001978

EXHIBIT 28

-340-

Once the acquisition can resume safely, follow the steps listed below:

1. Turn off the LCMS-2 controller by using the key on the front panel or using the switch on the rear panel of the controller;

2. Disarm the emergency button. Note that disarming the emergency button prior to turning off the controller (step 1) will not turn on the lasers;

3. Turn on the LCMS-2 controller by using the key or the switch and proceed with the data acquisition normally.

## 4   SOFTWARE INSTALLATION

The LCMS system is a high-performance acquisition system that requires high-performance computer to be operated at its full capacity. *Table 4* summarizes the minimum requirements of the computer that should be used for data collection.

| Characteristic | Requirements | Notes |
|---|---|---|
| Operating System | Windows 7 or Windows 10 (64-bit OS) | LCMS-2 has not been tested on any other OS. |
| PCI Bus Interface | The PCI slot interface for the two (2) frame grabber boards - PCIe x8 (or better) | PCIe x16 would also work |
| Processor -Type | Minimum: Dual 8-core Xeon for a total of 16 cores. (32 threads.) | The LCMS-2 was tested with Dual 6-core (12 cores, 24 threads) and that configuration was not fast enough to operate at 100kmh with 1mm resolution. |
| Hard disk – Interface | SSD | SATA would also work, but SSD is strongly recommended (more robust) |
| Hard disk – Capacity | 3.5GB/km | This is the amount of data that the system will be collecting per |

| | | kilometer (distance between profiles = 1mm) |
|---|---|---|
| **Other** | 3 USB ports (one USB port for the controller box + two USB ports for the IMUs) | |

*Table 4: Requirements for Data Acquisition*

The LCMS-2 is delivered with software and libraries that require the installation of external drivers to function properly. The LCMS-2 Setup application will automatically install all the components (software, libraries, drivers, documentation) that are needed to operate the LCMS-2 sensors.



*Figure 13: LCMS Setup*

 **Caution.** *It is strongly recommended to first uninstall any previous release of the LCMS-2 software or libraries before proceeding with a software upgrade.  To remove a previous release, use the Windows Uninstall tool (or Add/Remove Programs) in Control Panel.*

## 4.1   MATROX MIL LITE 10 (MATROX IMAGING LIBRARY)

Matrox's MIL Lite 10 must be installed on the computer that will perform the data survey (acquisition computer). MIL9 is not required on computers that will only process the data (processing computers).The user must follow the instructions given in the "LCMS-2 MatroxMil10 Installation Instructions" document to ensure a proper installation of MIL10 on his computer. This document can be found in the Documentation sub-folder of the installation CD.

 **Caution.** *When the MIL Lite 10 installation is completed, the software will ask you to restart your computer at this time.* **DO NOT restart your computer at this time.** *Let the LCMS-2 installation procedure complete before doing so.*

 **Caution.** *The first time you will initialize the LCMS-2 system, Matrox will ask to update its firmware before continuing. You must click Yes and follow the instructions.*

RESTRICTED - ATTORNEYS' EYES ONLY

## 4.2   LcmsTools

The *LcmsTools* package can be installed on both the acquisition and the processing computers. The installation procedure is straightforward; the user can accept all default settings. The following software and libraries will be installed on your computer.

### 4.2.1   LcmsAcquisitionControl

The *LcmsAcquisitionControl* software can be used to ensure that the LCMS-2 works properly. It also has features that allow you to save data to do road surveys and tests; the software initializes the system, starts data acquisition and can saves the captured road sections on files.

The *LCMSAcquisitionControl* software is linked with the *LCMSDataAcquisition* library. The user can use this software but the user will have to develop his own applications if he needs to integrate the LCMS-2 system and data with data from other systems and sensors.

 **Caution.** *The first time you will initialize the LCMS-2 system with LcmsAcquisitionControl (or with any other software), Matrox will ask to update its firmware before continuing. You must click Yes and follow the instructions.*



*Figure 14: Acquisition Control Screenshot*

#### 4.2.2    LcmsAcquisition SDK

*Figure 15* lists the files that are included with the LCMS-2 Acquisition SDK toolkit. These files are required for the user to develop his acquisition software.



*Figure 15: Acquisition SDK Folder*

### 4.3    LCMS ANALYZER AND SDK

The *LcmsAnalyzer* package is typically installed only on the processing computers. The installation procedure is similar to the *LcmsTools* package; the user can accept all default settings. The following software and libraries will be installed on your computer.

#### 4.3.1    LcmsRoadInspect

This software tool allows the user to read and view the road sections that were captured by the LCMS-2 system as well as analyze them in order to obtain the detection results (cracks, rutting, potholes, and so on.). A road section is typically 4 meters wide by 2 to 10 meters long. A set of road sections is called a survey, or a road survey. The *LcmsAcquisitionControl* software saves the road sections with a .fis extension (.fis files). More details about the road sections can be found in the "*LCMS Data Acquisition*" and the "*LCMS Data Analyser*" manuals. A valid license file is required to activate the different processing modules.

As shown in *Figure 16*, the *LcmsRoadInspect* software is easy to use:

- Click on the Open button to load a road section (.fis file).
- Use the < and > buttons to navigate between the different road sections that belong to the same survey.

Two images are shown: one for the left and one for right sensor.

Four different views are available for the images: **Intensity, Range, Rectified Range** and **3D**

**Intensity:** This image is created using the intensity values returned of the laser line. The intensity image does not contain any 3D information, but it is still useful to detect 2D road features such as marking lanes, sealed cracks, etc...

**Range:** The real range (3D) image, mapped into a 2D image viewer. Darker values mean data points that are further away (deeper, or at a greater distance) from the sensors. For example, cracks or joints between concretes slabs appear in black

**Rectified range:** This is the range image from which low frequencies such as rutting, vehicle tilting and bumping are filtered out of the raw data. The rectified range image increases the visual contrast between cracks and pavement surface.

**3D:** The 3D image is resulting from the merging of both the intensity and range images. The 3D effect is created by positioning two artificial lighting sources over the image. The result is similar to the 3D images created by the LcmsDataViewer3D software.

Clicking anywhere on either the left or right image makes a horizontal blue line to appear at this exact location. In doing so, the user manually selects a specific profile to be displayed in the lower XY graph. Navigation between different profiles using either the mouse (clicking somewhere in the images) or the up and down arrows from the Profile Display options. As with the images, profiles can be displayed based on their Intensity, Range or Rectified Range values.



*Figure 16: LcmsRoadInspect Functionalities*

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0001983

EXHIBIT 28
-345-



*Figure 17: LcmsRoadInspect Screenshot*

The *LcmsRoadInspect* software can be used not only to detect cracks for the current image being displayed, but also to process and save the detection results, in batch, for multiple road sections of a survey (as shown in *Figure 18*. Additionally, by loading a text file containing both the folder paths of different surveys (including the name of any .fis file from the survey) and the paths where to save the results, the software can also process multiple road sections from many different surveys. A sample of such a text file is presented in *Figure 19*. Two restrictions are imposed when building the text file:

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0001984

**EXHIBIT 28**

**-346-**



*Figure 18: Processing Multiple Files in Batch with LcmsRoadInspect*



*Figure 19: Text File when Processing Multiple Files in Batch with LcmsRoadInspect*

Starting with version 4.5.10.0, it is possible to select which processing modules will be used by adding tags at the beginning of the batch file. For example, adding the tags #ModuleSelection, #LaneMarking, #Cracking, #Rutting and #Potholes (one tag per line) would enable the following processing modules: Lane marking, cracking, rutting and potholes. The #ModuleSelection tag should always be first and always be present. Also note that the processing module selection is case-insensitive (#Cracking or #cracking will work). The following tags are available: #ModuleSelection, #LaneMarking, #Cracking, #Rutting, #MacroTexture, #Potholes, #Raveling, #ConcreteJoints, #CurbsDropOff, #SealedCracking, #Patching, #Pumping, #MTQcracking, #Roughness, #Paser, #FOD, #RoadGeometry, #PickoutsPopouts, #Bleeding and #Manholes.

```
#ModuleSelection
#LaneMarking
#Cracking
#Rutting
#Potholes
D:\Data\survey1\LcmsData_000000.fis D:\Results1\
D:\Data\survey2\LcmsData_000000.fis D:\Results2\
```

*Figure 20 Example of a batch file with processing module selection.*

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0001985

EXHIBIT 28
-347-

It is possible to pass the file name of a batch file in argument to LcmsRoadInspect which makes it easy to start multiple instances in parallel. For example, the DOS batch file (.bat) shown in Figure 21 would start 4 instances of LcmsRoadInspect in parallel, each working on its own batch file.

```
RunMultipleInstances.bat
1    start LcmsRoadInspect batch_file1.txt
2    start LcmsRoadInspect batch_file2.txt
3    start LcmsRoadInspect batch_file3.txt
4    start LcmsRoadInspect batch_file4.txt
```

*Figure 21 Example of a DOS batch file that starts 4 instances of LcmsRoadInspect in parallel.*

### 4.3.2   LcmsAnalyser SDK

This SDK allows the user to develop his own software for processing the road sections. See the "*LCMS Data Analyser Manual*" for details on how the *LcmsAnalyserLib* library can be interfaced.



*Figure 22: LCMS Analyser SDK*

# 5 CONFIGURATION FILES

The LCMS-2 is delivered with a set of configuration files required to operate the sensors, or to process the captured road sections. These files are typically delivered by email, while some of them can be found on the installation CD. Contact Pavemetrics in case one or more of the files described above are missing.

## 5.1 LOOK-UP TABLES FILES – ACQUISITION LEVEL

Each LCMS-2 laser profiler (sensor) is aligned and calibrated in our laboratories prior to shipping. The result of this calibration process is the generation of X-axis (.ltx) and Z-axis (.ltz) look-up tables (LUT). These LUT files are specific to a given sensor, and they are necessary to initialize the system. When using the *LcmsAcquisitionControl* software, the files must be copied in the .\LUTs directory. In case the user develops his own acquisition software, he can specify to the acquisition library where the files are located using the `LcmsSetLutsPath` function. If the LUT files are not found, the system will return the error code number 1115 (`eERROR_READING_LUTS`).

## 5.2 CAMERA CONFIGURATION FILE – ACQUISITION LEVEL

The Lcms300.dcf configuration file is required to initialize the system. It configures the area scan cameras of the laser profilers. This file must be located in your working directory (.\). It is not specific to each sensor, and it can be found in both the *LcmsAcquisitionSDK* and *LcmsTools* folders.

## 5.3 PARAMETER FILE (ACQUISITIONPARAMS.CFG) – ACQUISITION LEVEL

This configuration file defines some system parameters that must be determined by the user before operating the LCMS-2. These parameters depend on how the system is mounted on the inspection vehicle. Although they all have default values, users should configure them properly to optimize the performances of the system. *See Section 5: System parameters in the Data Acquisition Manual* for further details on how to set the system parameters properly.

## 5.4 LICENSE FILE (LICENSE.TXT) – PROCESSING LEVEL

A valid license file is needed to process the road sections of a survey, extract the detection results and save them on files. The license file contains encrypted strings that define the different rights of use for the *LcmsAnalyserLib* processing library. The license file is specific to a system. The rights of use may include:

- The identification of the sensors that can be processed with this license;
- The processing modules that can be activated (e.g. cracking, rutting, potholes, etc.);
- The expiration date for the license;
- The version of the analyser library that can be used with the license.

While developing his application, the user should specify where the license file is located by calling function `LcmsSetLicensePath`. More details can be found in the *LCMS Data Analyser Manual*.

## 5.5 PARAMETER FILE (LCMSANALYSERPARAM.CFG) – PROCESSING LEVEL

This file defines processing parameters that can be adjusted by the user. See the *LCMS Data Analyser Manual* document for further details.

# 6   MAINTENANCE, SUPPORT AND WARRANTY

 **Caution.** *The LCMS-2 laser profilers are sealed against humidity. Do not open the sensors; otherwise this will void the warranty. The laser profilers are high precision instruments; handle them with care.*

 **Caution. Do not apply grease** *(or gels, or sprays) on any components of the LCMS-2 system, including the cables. In dusty environment, grease can attract metal particles that can potentially damage the sensor's electronic boards.*

 **Caution. The laser profilers have not been designed to resist powerful water jets.** *Do not use a high-pressure hose or water gun to clean the laser profilers or the controller. Make sure that a rain deflector is in place to protect the sensors.*

 **Caution.** *It is recommended to protect the external windows with covers when the LCMS-2 is not in use. The covers can fall from the systems' external windows when the vehicle is in movement.*

When necessary, all the windows should be cleaned with a soft fabric using isopropanol or methanol. Avoid scratches that could potentially damage the optical quality of windows and affect system performances. The controller and the sensor's body should be cleaned with a soft fabric using water.

An overall system maintenance and recalibration is recommended once a year. **Pavemetrics recommends that you use the supplied carrying case to ship back the LCMS-2.** Make sure the equipment is packed properly and the shipping case is in good condition. If the LCMS-2 controller box is not included in the shipping case, **put an object (for instance, a box full of uncompressible material, or several blocks of solid foam) over the central panel of the case to prevent it from opening.** The object must be able to withstand a weight of 30kg without being crushed.

The LCMS-2 is guaranteed, parts and labor, for one year after delivery. Phone/e-mail support and bug fixes are also provided for one year after delivery.

An extended warranty program and an annual service contract can be purchased after the first year of operation. Contact Pavemetrics to get more information about the extended warranty program and the annual service contract.

# 7   OPTIONAL SOFTWARE: LCMSVALIDATIONTOOL AND LCMSCALIBRATIONTOOL

## 7.1   LCMSVALIDATIONTOOL (OPTIONAL)

The *LCMSValidationTool* software uses a calibrated pyramidal object ("the calibration validation object") to validate the calibration of a LCMS-2 sensor. This optional module includes the validation object (see *Figure 23*) and the validation software (*LcmsValidationTool.exe*).

**Notes:**

- The *LcmsValidationTool* software **does not** calibrate the sensor. Instead, it checks the calibration status by comparing actual measurements against a known reference object.

- For example, in the event that a component is misaligned (laser or camera), the actual measurements of the validation object as measured by the LCMS-2 sensor will no longer match the known references. As a result, the validation software will indicate that the system is misaligned. In that case, the system should be sent back to factory for a recalibration. (IMPORTANT: Make sure to contact Pavemetrics before sending back the sensors. Most of the time, the validation procedure fails because of a wrong setting, etc.)

- Even if the validation procedure is successful, an overall system maintenance and recalibration is recommended once a year. Indeed, because the validation procedure is not performed in laboratory conditions, it does not detect slight misalignments.

- The report produced by the *LcmsValidationTool* software can be used as a calibration certificate.



*Figure 23: Calibrated Pyramidal Object for Validation*

RESTRICTED - ATTORNEYS' EYES ONLY

## 7.2   LCMSCALIBRATIONTOOL (OPTIONAL)

The *LcmsCalibrationTool* (synonym: "*Lcms Slope-CrossSlope Tool*") software allows creating the calibration file required for the Road Geometry module. The Road Geometry module includes the computation of the longitudinal grade (slope), the crossfall (cross-slope) and the curvature. The Road geometry module is an optional module. **Users who did not purchase this module do not need to install the *LcmsCalibrationTool* software.** Details on how to use the *LcmsCalibrationTool* software can be found in *LCMS Data Acquisition Manual, Appendix H.*

## 7.3   SOFTWARE INSTALLATION

Both the *LCMSValidationTool* and *LcmsCalibrationTool* software are delivered on a separate installation package (*CD_Installation3_LCMS2_MIL10_64bit_CalibTools_VX_Y_Z*). The installation procedure is straightforward: double-click on *LcmsSetup.exe* and choose the modules you need to install. See *Figure 24*.

**Notes:**

- *Matlab Runtime Engine* MUST be installed.

- *LcmsValidationTool* will initialize the sensors and capture images. Thus, it also requires the installation of the Matrox drivers (see *Section 4.1*).

- Because it performs real acquisition, the *LcmsValidationTool* software must be installed on the acquisition computer (in the vehicle).

- *LcmsCalibrationTool* (or "*Lcms Slope-CrossSlope Tool*") is only required in case the Road Geometry module was purchased. It will post-process files captured with the sensors in order to create the calibration file required for Road Geometry computation. The *LcmsCalibrationTool* software can be installed either on the acquisition computer (in the vehicle) or on any processing computer (laptop, desktop, etc.).  See *LCMS Data Acquisition Manual, Appendix H.*



*Figure 24: Lcms Calibration Tools setup*

## 7.4    VALIDATION PROCEDURE: STEP BY STEP

Before using the *LcmsValidationTool* software, the configuration file *AcquisitionParams.cfg* and the LUT folder (./LUTs)  must be copied to the directory where the validation software was installed (default folder is *C:\Program Files\Pavemetrics\Lcms2Validation*). See *Section 5* for more information about the configuration files.

Also, the parameters *CmosRoiStartLine_Left* and *CmosRoiStartLine_Right* must have already been set to proper values.  Refer to the *LCMS Data Acquisition Manual, Appendix B* for details on how to set these parameters properly.

Once the required files are copied and the system is configured, launch the *LcmsValidationTool* software, click on the "**Init**" button, and then click on "**Start**" to begin the acquisition. See *Figure 25*.

 **Warning**. *From this point, make sure to take all necessary laser eye safety precautions. For more information refer to the LCMS-2 Laser Safety Manual.*



*Figure 25: LcmsValidationTool Graphical User Interface*

The validation steps are divided in two parts. The first part ''*Range Validation*'' verifies the sensor alignment in order to make sure that calibration tables (.ltx and .ltz files) are still valid. The second part "*Focus Validation*'' assesses the sensors optical quality. Different portions of the reference object will be used depending on which test is performed. These two steps must be performed for three positions (left/center/right) in the field of view of each sensor.

### 7.4.1   Range validation

To perform the range validation procedure, the calibrated pyramidal object (validation object) must be positioned under the sensor (left/center/right sections) so the laser cuts the object transversally, as shown in *Figure 26*. For this part of the test, the laser line **must not** touch the portion of the object with the line pattern.

 **Warning.** *Be very careful when positioning the object. Never look at the laser window when the system is in operation. Wear laser safety glasses. Refer to the LCMS-2 Laser Safety Manual.*

Note that it is not necessary anymore to level the validation object[2]. In fact, the validation procedure works better if the pyramidal object is not perfectly levelled. Indeed, because the surface of the pyramidal object is metallic, specular reflections can be introduced if it is perfectly parallel to the sensor (laser light is reflected directly through the camera). Specular reflections could cause over-saturation. That is why slightly tilting the pyramidal object by a few degrees works better (maximum tilt angle of roughly 5 degrees).



---

[2] *Older version of the software required the validation object to be levelled. This is not the case anymore.*

*Figure 26:Laser Line Position on the Reference Object for the Range Validation Test*

The laser line is invisible to the human eye, except in completely dark environment. Some smartphone cameras are sensitive in the near infrared spectrum and will see the laser line (*Figure 26*), while others will not see it[3]. Using a camera that sees the laser line could make it easier for the operator to position the reference object properly.

Otherwise, the *LcmsValidationTool* software displays real-time information that can be very useful to assist the operator who manipulates the validation object. As shown in *Figure 27*:

- The top window shows the actual image captured by the validation software (CCD Image Window). The laser line should be visible and centered in the Image Window. The validation object should also be visible in the CCD image window.

- There are also two profile graphs displayed in the bottom section of the graphical interface. The one on top shows the 3D shape of the pyramidal object (3D Profile graph). The Y-axis gives the distance from the surface to the sensor, in mm.

- The graph below shows the intensity level of the surface (Intensity Profile graph). The Y-axis returns the intensity values of the laser line. 0 is black, 255 is white.



---

[3] The laser line will be invisible for the latest iPhones.

*Figure 27: Example of Validation Object on the Left*

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0001994

EXHIBIT 28
-356-

When the object is positioned properly, the user can select the test he wants to perform by clicking on the background box where the test results are displayed. The selected test will be displayed in dark grey (for instance: Range – Left is selected in *Figure 27*). **The next step is to click on the Snap button**. The operation takes about 2 seconds before the validation results are displayed. When the current test section is done, the user can reposition the calibrated object to a different part of the field of view of the sensor (Range - Left , Range - Center and Range - Right).

**Tips to be successful when performing the validation procedure:**

- **Always make sure that the entire shape of the validation object is visible in the 3D Profile graph.** The profiles of the two rectangular prisms and the profile of the pyramid should be visible. Make sure the top of the pyramid is clearly visible. If the top is missing, it means that configuration parameter `CmosRoiHeight` is set to a too small value. Close the software, open file *AcquisitionParams.cfg*[4] (using any text editor) and set `CmosRoiHeight 64`. That value will significantly increase the field of the depth of the sensor. Restart the *LcmsValidationTool* software and make sure the top of the pyramid is now visible.

- When performing validation for the left and right sides, make sure that the validation object is not positioned outside of the field of view of the sensors. The two rectangular prisms must be visible in the 3D profile graph.

- Avoid over-saturation. Over-saturation means the image of the validation object is too bright. There are two indicators to check for over-saturation:

  o The CCD image will appear to be blasted. See *Figure 28*. In that example, the laser line illuminates several rows of the camera. In that case, the software can't estimate properly the 3D coordinates, and the *LcmsValidationTool* will typically fail.

  o The intensity profile will peak at 255. See *Figure 29*.

- To avoid over-saturation, users should try the following:

  o **Check if the Automatic Gain Control (AGC) is enabled** (top-right corner of the GUI). The AGC algorithm adapts the gain of the camera in real-time. If the floor surface is very dark compared to the validation object, then the camera will increase the gain value and the validation object could become over-saturated. The solution is to disable the AGC and manually decrease the gain value. AGC control and gain value can be adjusted directly from the interface (top-right corner of *LcmsValidationTool*). The minimum gain value is 0. If the image is still over-saturated with a gain value of 0, then try the other solutions below.

  o **Slightly tilt the validation object.** The validation object does not need to be levelled. Introducing a slight tilt could help in reducing the saturation issue.

---

[4] *Do not edit the AcquisitionParams.cfg file that is used for road data acquisition. Only edit the file that is located in the same folder as LcmsValidationTool.*

o **Decrease the exposure time.** Some lasers are more powerful than others. In that case, the best solution is to set the exposure time to a lower value. Edit file *AcquisitionParams.cfg*[5] and set the exposure to a lower value (for instance: `CamExposureTime_us 16`).

o **Contact Pavemetrics** if none of the solutions above is working, then contact Pavemetrics for support.



*Figure 28: Over-saturation issue in CCD image window*



*Figure 29: Intensity Profile is Over-Saturated at 255*

### 7.4.2   Focus validation

The focus validation is performed in the same manner as the range validation, except that the calibrated pyramidal object must be position so the laser line passes through the line pattern (*Figure 30*).

---

[5] *Do not edit the AcquisitionParams.cfg file that is used for road data acquisition. Only edit the file that is located in the same folder as LcmsValidationTool.*



*Figure 30: Laser Line Position on the Reference Object for the Focus Validation*

Once again, click on the background box that corresponds to the test to be performed (Focus – Left, Focus Center, Focus – Right) and click on the button Snap. Repeat the same procedure for all 3 sections of the field of view of the sensors (Left/Center/Right).

When all six validation measures are completed, a report can be saved by clicking on the Save Report button.

### 7.4.3    Result Interpretation

After each test, the different textboxes will be filled with a numerical value and the background set to a given color. Green means the sensor passed the test successfully. On the opposite color range, red means a failure for that particular test. If the color shade is in between red and green then the sensor is acceptable.

The *Table 5* gives the mapping between the numerical values for each indicator and the sensor status.

| Indicator | Fail | Good | Excellent |
|---|---|---|---|
| Accuracy X 1 | > 3.5 | 3.0 to 3.5 | < 3.0 |
| Accuracy X 2 | > 3.5 | 3.0 to 3.5 | < 3.0 |
| Accuracy Z 1 | > 1.2 | 1.1 to 1.2 | < 1.1 |
| Accuracy Z 2 | > 1.2 | 1.1 to 1.2 | < 1.1 |
| Noise Level Z 1 | > 1.2 | 1.1 to 1.2 | < 1.0 |
| Noise Level Z 2 | > 1.0 | 0.5 to 1.0 | < 0.5 |
| Focus Quality | < 0.4 | 0.4 to 0.5 | > 0.5 |

*Table 5: Mapping between Indicators Values and Sensor Status*

PAVEMETRICS0001997

**EXHIBIT 28**
**-359-**

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0001998

**EXHIBIT 28**

**-360-**

# APPENDIX A: ELECTRICAL INTERFACES

Encoder Input (DB9F)

| Signal Description | Pin Number | Note |
|---|---|---|
| GND | 1 | |
| GND | 2 | |
| GND | 3 | |
| DMI_SIGB | 4 | Isolated 5V Input |
| DMI_SIGA | 5 | Isolated 5V Input |
| +5V | 6 | Output (500mA max) |
| +24V | 7 | Output (500mA max) |
| DMI_SIGB_NOT/DMI_GND | 8 | Isolated GND |
| DMI_SIGA_NOT/DMI_GND | 9 | Isolated GND |

Status Output (DB15M)

| Signal Description | Pin Number | Note |
|---|---|---|
| S1_PWR_ON | 1 | TTL Signal High state - Left sensor is powered. |
| S2_PWR_ON | 2 | TTL Signal High state - Right sensor is powered. |
| S1_LAS_READY | 3 | TTL Signal High state - Left sensor is ready to fire |
| S2_LAS_READY | 4 | TTL Signal High state - Right sensor is ready to fire |
| TRIG_OUT | 5 | TTL Signal Send a pulse each time a profile is acquired. |
| GND | 6 | |
| GND | 7 | |
| GND | 8 | |
| GND | 9 | |
| GND | 10 | |
| RESERVED | 11 | |
| RESERVED | 12 | |
| RESERVED | 13 | |
| RESERVED | 14 | |
| RESERVED | 15 | |

Remote Interlock (BNC)

| Signal Description | Pin Number | Note |
|---|---|---|
| INTERLOCK | 1 | TTL Signal |
| GND | 2 | |

## APPENDIX B: MECHANICAL DRAWINGS

LCMS-2 sensor with the cable cover



RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002000

**EXHIBIT 28**
**-362-**

LCMS-2 Sensor without the cable cover



RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002001

EXHIBIT 28
-363-

## APPENDIX C: CABLES CONNECTORS DIMENSIONS

CoaXPress Cable Connectors Dimensions



Sensor Power Cable Connectors Dimensions



RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002002

**EXHIBIT 28**
-364-

RESTRICTED - ATTORNEYS' EYES ONLY
PAVEMETRICS0002003

**EXHIBIT 28**
-365-

## APPENDIX D : ENCODER INSTALLATION GUIDE

The following encoder model has been tested with the LCMS: Dynapar HD25-250000430
Main features: 5 000 pulses/revolution, flange mount, differential output, line driver (5V in, 5V out), side connector, IP67 rating (dust proof, immersion up to 1 m).



*Figure 31: Dynapar HD25 Industrial Encoder*

See the following link for more information:

https://ecatalog.dynapar.com/ecatalog/incremental-encoders/en/HD25

Note: Other brands or models can be used provided they are rugged enough and that they have a high enough pulses per revolution count (see paragraph on the built-in frequency divider in Section 3.5).

| Signal Description (DB9, LCMS) | Pin number | Note | Pin (color, #108596 cable) | Signal Description (encoder) |
|---|---|---|---|---|
| GND | 1 | | F (BLK) | Com |
| GND | 2 | | - | |
| GND | 3 | | - | |
| DMI_SIGB | 4 | Isolated 5V Input | B (ORG) | Sig. B |
| DMI_SIGA | 5 | Isolated 5V Input | A (BRN) | Sig. A |
| +5V | 6 | Output (1A max) | D (RED) | Power V+ |
| +24V | 7 | Output (1A max) | - | |
| DMI_GND | 8 | Isolated GND | E (ORG/WHT) | Sig. B_NOT |
| DMI_GND | 9 | Isolated GND | C (BRN/WHT) | Sig. A_NOT |

*Table 6: Electrical Connections between the LCMS-2 Controller (DB9F) and the 7-pin (#108596) Encoder cable*

See Figure 32 for a typical installation on a vehicle. The encoder must be fixed on the body of the vehicle so it does not turn with the wheel.

RESTRICTED - ATTORNEYS' EYES ONLY



*Figure 32: Example of Encoder Installation on Vehicle (Other Configuraton Are Possible)*

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002005

**EXHIBIT 28**
-367-

## APPENDIX E: WHY MORE PULSES PER REVOLUTION IS BETTER

For the purpose of the discussion, we will use the following values:

- LCMS2: 32 lines per image, $f_{max}$=28 000 Hz
- Vehicle speed: 100 km/h (27.8 m/s)
- Acquisition resolution: 1 mm (1000 pulses/m)
- Encoder/wheel assembly output: 2500 pulses/m



At 100 km/h (27.8 m/s), the DMI output frequency is: 27.8 m/s X 2500 pulses/m=69 500 pulses/s. Hence, $t_1$=1/69 500 Hz=14.4 us.

The acquisition resolution is 1 mm (1000 pulses/m) and the DMI output is 2500 pulses/m so the divider will be set to 2.5.

The divider will accomplish this by selecting 2 out of every 5 pulses as illustrated in the figure above.
From the figure, we can see that $t_2$=2 x $t_1$ and $t_3$=3 x $t_1$, hence $f_2$=1/$t_2$=34 722 Hz and $f_3$=1/$t_3$=23 148 Hz. Since $t_2$ and $t_3$ are different, $d_2$ and $d_3$ (acquisition resolution) will be different but the average value on a road section will be 1 mm. The library will use 1 mm as acquisition resolution.

Since $f_2$ > $f_{max}$ (28 000 Hz), black lines will appear in the images.

In order to minimize the chance of this problem occurring and maximizing the speed limit of the vehicle, an encoder giving a high number of pulses per revolution should be chosen (divider of 10 or more).

At expense of flexibility, one could choose to have a divider that is an integer value by adjusting the longitudinal resolution.

RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002006

EXHIBIT 28
-368-

## APPENDIX F: LASER BEAM CHARACTERISTICS

**LCMS-300 laser characteristics**



**LCMS-400 laser characteristics**



RESTRICTED - ATTORNEYS' EYES ONLY

PAVEMETRICS0002008

**EXHIBIT 28**

-370-