

# Quotation

Date: 07-Apr-2020                                                                 Quotation Nº: 20-Q1686

| Supplied to: | Conditions: | |
|---|---|---|
| | Quotation valid for: | 90 days |
| Bill Larson | Delivery date: | To be confirmed upon order. Typical delivery is within 2-3 months or sooner but depends upon workload at time of order. |
| CSX Transportation | | |
| 500 Water St. J355, | | |
| Jacksonville, FL  32202 | Terms of delivery: | EXW Quebec |
| USA | All taxes and duty fees are extra | |
| William_Larson@csx.com | Terms of payment: | 75% pre-shipment, 25% net 30 days |
| | | Pavemetrics reserves the right to revoke the licence in case of payment default. |

## Standard Equipment

| Item | Description | Price (USD) |
|---|---|---|
| 1 | **Turnkey LRAIL Inspection System:**<br>This quotation includes all of the necessary sensor and data processing hardware and software to automatically inspect railway assets in the field.<br>• Onsite installation assistance on a customer-supplied high-rail is included in the quoted pricing.<br>• The system may also be installed onsite on a customer-supplied rail-car but there may be additional costs to do so.<br>• The system can be operated via a customer-supplied laptop over the included Wi-Fi network<br><br>Included Hardware<br>• LRAIL LCMS-2 sensor system<br>  (includes 2 sensors, 1 controller, 2 frame grabbers and cabling)<br>• Equipment enclosure and sensor mounts<br>• 19" computer racking system<br>• Industrial computers for data acquisition, processing and real-time user interface.<br>• Onboard data storage (approximately 800 mile capacity)<br>• Distance measurement instrument (an optical encoder)<br>• Sub-metre accuracy GNSS receiver<br>• Wi-Fi hub to enable wireless operation using customer-supplied laptop<br>• DC to AC power invertor<br>• Laser safety disconnect switch<br>• Calibration Validation Object | $395,000 |



Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS
**Trial Exhibit 40**

John Laurent
12/21/2021
**Exhibit 40**
Deanna J. Dean, RDR, CR

Pavemetrics Systems Inc.
150, boul. René-Lévesque Est, suite 1820 | Québec (QC) | G1R 5B1 Canada

Issue 01 – Revision 00

RESTRICTED - ATTORNEYS' EYES ONLY                                                                 PAVEMETRICS0199996
Trial Exhibit 0040   p. 1 of 6

EXHIBIT 40
-371-



# Quotation

| | Standard Equipment (continuation) | |
|---|---|---|
| Item | Description | Price (USD) |
| | Included Software<br>• Data acquisition software, data processing software and real-time user interface software<br>• Automated inspection software supports measurements on normal gauge, wide gauge and embedded track (metro/trolly)<br>• Note that the included data processing software is non-transferable and its use is limited to processing data from the included sensors (it cannot be used to process data from other sensors)<br>• Included inspection functionality:<br>  - Rail X, Y and Z position mapping<br>  - Geometry measurement (gauge, crosslevel, alignment)<br>  - Embedded track rail wear<br>  - Rail surface defect inspection (dimensions, location)<br>  - Concrete tie/sleeper inspection (count, location, chips, cracks, skew angle)<br>  - Wooden tie/sleeper inspection (count, location, cracks/splits, skew angle)<br>  - Joint inspection (location, gap measurement)<br>  - Joint bar inspection (count, location, bolt count)<br>  - Fastener inspection (count, location, present/missing/covered status)<br>  - Ballast inspection (over or under height, presence of fouling) | |
| | Included Onsite Training, Warranty, Support and Documentation<br>• System documentation (PDF)<br>• 3-5 days of onsite training<br>• 1 year of software updates and software technical support (phone/email)<br>• 1 year full parts and labor warranty (excluding any applicable shipping and travel expenses) | |

| | Optional Equipment | |
|---|---|---|
| Item | Description | Price (USD) |
| 2 | **Auxillary Power Pack**<br>Up to 9 hours of battery power supply with "shore power" connector for recharging from 110/220VAC outlet | $7,500 |
| 3 | **High-Rail Trailer Upgrade**<br>This option is designed to complement Item 1 by installing the complete LRAIL inspection system on a high-rail gear-equipped trailer. This gives the user more flexibility as the LRAIL does not need to be permanently installed in a single vehicle. Additionally, this option keeps the bed of the high-rail free for tool storage. Set-on and set-off with this trailer is quick and easy; it requires just 5 minutes for a trained operator. | $35,000 |

Pavemetrics Systems Inc.
150, boul. René-Lévesque Est, suite 1820 | Québec (QC) | G1R 5B1 Canada

Issue 01 - Revision 00



# Quotation

| | Optional Equipment (continuation) | |
|---|---|---|
| Item | Description | Price (USD) |
| 4 | **LRAIL Installation on the Exterior of a Boxcar**<br>Pavemetrics will work with CSX to devise, fabricate and install a mounting system which will allow for the sensors to be mounted on one end of a boxcar and to also permit the coupling of the boxcar to another car without interfering with the laser scan path. The remaining LRAIL system electronics will be mounted in the interior of the boxcar. Signals for DMI and GPS will be acquired for the LRAIL through connection to existing CSX hardware. | $40,000 |
| 5 | **LRAIL Installation on the Interior of a Boxcar**<br>Pavemetrics will work with CSX to devise, fabricate and install a mounting system which will allow for the sensors to be mounted inside a boxcar projecting downward through the floor. Pavemetrics will advise on the size and locations of required holes. The remaining LRAIL system electronics will be mounted in the interior of the boxcar. Signals for DMI and GPS will be acquired for the LRAIL through connection to existing CSX hardware. | $40,000 |

| | Extended Support Options | |
|---|---|---|
| Item | Description | Price (USD) |
| | **Extended Support Options**<br>A 1 year full parts and labor warranty is included with the initial purchase. At the end of the 1 year warranty period the customer may elect to purchase an extended support package on an annual basis.. Two support plans are available to choose from: The **Gold Plan** and the **Silver Plan**. | |
| 6A | **Gold Plan**<br>A complete support package which provides the following:<br>- Full parts and labor warranty (excluding any applicable shipping and travel expenses)<br>- Annual factory sensor maintenance and recalibration (requires the customer to ship their sensors to Pavemetrics)<br>- 1 year software suppport plan including bug fixes and new feature upgrades<br>- Phone and email technical support | $45,000/year |
| <u>OR</u><br>6B | **Silver Plan**<br>A basic support package which provides the following:<br>- Annual factory sensor maintenance and recalibration (requires the customer to ship their sensors to Pavemetrics)<br>- 1 year software suppport plan including bug fixes and new feature upgrades<br>- Phone and email technical support | $25,000/year |

Pavemetrics Systems Inc.
150, boul. René-Lévesque Est, suite 1820 | Québec (QC) | G1R 5B1 Canada

Issue 01 - Revision 00



## Quotation

**Transportation**

The goods listed herein are offered ExWorks Quebec City, QC, meaning that the client is responsible for all transportation charges and insurance fees from Quebec City to their offices. Upon order the client should provide specific transportation instructions (name of carrier and account number), including any insurance arrangements, in the Purchase Order. Alternatively, if desired by the client, Pavemetrics can designate a carrier and add the applicable delivery and handling charges to the client's invoice.

Prepared by:   *Julie Alcaraz*
                 Julie Alcaraz

Please write our quotation number and specify
the shipping instructions on your purchase order and forward it to:
Pavemetrics Systems Inc.
150, Boulevard René-Lévesque Est, suite 1820
Québec (Québec)
Canada G1R 5B1
Fax : +1 418 522 3345
www.pavemetrics.com

Pavemetrics Systems Inc.
150, boul. René-Lévesque Est, suite 1820 | Québec (QC) | G1R 5B1 Canada

Issue 01 – Revision 00

RESTRICTED - ATTORNEYS' EYES ONLY              PAVEMETRICS0199999
Trial Exhibit 0040   p. 4 of 6

EXHIBIT 40
-374-



# Quotation

## WARRANTY

**WARRANTY ON PRODUCTS.** Pavemetrics warrants that its products as described in the attached quotation (the "Products") for a period of 365 days from the day of pickup of such Products (the "Warranty Period") when installed and used in accordance with specifications described in user manuals, technical materials and any related writings published by Pavemetrics with respect to such Products, will be free from defects in materials and workmanship.

**WARRANTY ON REPAIRS.** Pavemetrics warrants that its repairs as described in the attached quotation (the "Repairs") for a period of 90 days from the day of pickup of such Repairs (the "Warranty Period") when installed and used in accordance with specifications described in user manuals, technical materials and any related writings published by Pavemetrics with respect to such Repairs, will be free from defects in materials and workmanship.

**WARRANTY SERVICES PROCEDURES.** In order to benefit of the above-mentioned warranty, the purchaser shall notify in writing Pavemetrics within the Warranty Period in order to obtain a Return Material Authorization ("RMA"). The sensor serial number shall be provided in order to obtain a RMA. In any event, even if a RMA is provided to purchaser, Pavemetrics reserves the right to inspect the damaged Product or non-compliant Services before the final decision of repairing, replacing or reimbursing such Product or Services.

The defective Product or part shall be returned to Pavemetrics, accompanied by the RMA number with prepaid shipping charges at the address mentioned below. The purchaser must insure the shipment or accept the risk of loss or damage during the shipment. The Purchaser shall also pay any tariff or duty applicable to the return of defective part or Product.

During the Warranty Period, Pavemetrics will, at its sole option, repair, replace or reimburse the price paid for, any Product that is confirmed to be defective by Pavemetrics. Pavemetrics owns all parts removed from a repaired Product. If Pavemetrics repairs a Product, its warranty is not extended. If Pavemetrics replaces a Product, the replaced Product is warranted for the remainder of the original term or thirty (30) days, whichever is longer. Pavemetrics will not pay any transportation costs to return repaired goods or goods repaired under warranty.

In case of Services confirmed to be non-compliant, Pavemetrics, at its sole option, will re-execute or reimburse the price paid for such Services.

Products with a RMA should be sent to the following location:
Pavemetrics
RMA PAVE-XXX
2740, Einstein
Québec, Québec, Canada G1P 4S4

**EXCLUSION OF OTHER WARRANTIES.** The above warranty is the sole warranty applicable and there are no express, legal or implied warranties or conditions in relation to any Products, Third Party Product or Services including any implied warranty or condition of merchantability, non-infringement, specific performance or fitness for a particular purpose and those otherwise arising by statute or otherwise in law or from a course of dealing or usage of trade, which are expressly disclaimed. No oral or written information or advice given by Pavemetrics or its employees or representatives shall create a warranty or condition or in any way increase the scope of Pavemetrics obligation. Among others, Pavemetrics does not warrant that the business results obtained from the use of the Products or Services will be appropriate or adequate for the purchaser or its customers.

**EXCLUSION.** The above-mentioned warranties do not cover and shall not apply to:
- the damages caused during the transportation and shipping of the Products;
- damages caused by accidents, abuse, misuse, a force majeure or external cause;
- Products altered, modified, repaired or with broken seals not expressly authorized by Pavemetrics;

**LIMITATION OF LIABILITY.** To the maximum extent permitted by applicable law, in no event will Pavemetrics be liable to the purchaser or any third party for any indirect, special, consequential, incidental or exemplary damages whatsoever, including but not limited to loss or revenue or profit, lost or damaged data, business interruption or any other pecuniary loss whether based in contract, extra-contractual or other causes of action, even if Pavemetrics has been advised of the possibility

Pavemetrics Systems Inc.
150, boul. René-Lévesque Est, suite 1820 | Québec (QC) | G1R 5B1 Canada

Issue 01 - Revision 00

RESTRICTED - ATTORNEYS' EYES ONLY                    PAVEMETRICS0200000
Trial Exhibit 0040   p. 5 of 6

EXHIBIT 40
-375-

interruption or any other pecuniarily loss whether based in contract, extra-contractual or other causes of action, even if Pavemetrics has been advised of the possibility of such damages. In any event, the total liability of Pavemetrics arising from any cause of action or claim whatsoever, arising out of, connected with, or resulting from the Products or the furnishing of any Service or otherwise related to the attached quotation/proposal shall in no event exceed the price allocable to and paid to Pavemetrics for the individual unit of Products or Service or part thereof which gives rise to the cause of action or claim.

RESTRICTED - ATTORNEYS' EYES ONLY
PAVEMETRICS0200001
Trial Exhibit 0040  p. 6 of 6
EXHIBIT 40
-376-