LRAIL1-MN0400-SNF625-FFEUF3-W8SMBJ-PKXHTZ-W64F42-D7B3K8-RVM87J-KNDDWR-73HGY2-P6TANO
LRAIL1-MN0400-SNF626-J8QTJP-FW52TX-4WWKGX-YJ6FVP-B63NFP-G2II53-SA69RN-J8AQPJ-KI2ANO

Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS

**Trial Exhibit 658**

RESTRICTED - ATTORNEYS' EYES ONLY                                          PAVEMETRICS0155651

Trial Exhibit 0658   p. 1 of 1

**EXHIBIT 658**
-377-