# INVOICE

Invoice No.: 1617
Date: 21/04/2021

**Pavemetrics Systems inc.**
150, boul. René-Lévesque Est, suite 1820
Québec, Québec G1R 5B1
Canada

Contact: Maxime Beaupré
+1 418 930 2534
mbeaupre@pavemetrics.com

Sold to:

CSX Transportation, Inc.
500 Water Street, J-430
Jacksonville, Florida  32202
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
|  | Client Reference Number : Goods Agreement<br>Fully Executed CSX Pavemetrics ATAC 6-8 LRAIL Inspection Systems and Support<br>Pavemetrics Reference Number : SL 0772 | | |
| 3 | LRAIL Hardware and Software | 350,000.00 | US$1,050,000.00 |
|  | Payment Terms : Payable on Receipt | | |
|  | Subtotal: | | US$1,050,000.00 |

**USD WIRE TRANSFER**

Beneficiary's Bank : FÉDÉRATION DES CAISSES DESJARDINS DU QUÉBEC, LÉVIS, CANADA
SWIFT / BIC Code : CCDQCAMM
Beneficiary's Branch ID : CC081520100
Beneficiary's Account Number : 0815201008600660
Beneficiary's Complete Name : Pavemetrics Systems inc.

**Clearly state the following information in the "Purpose of Payment" section :**
         - Invoice No: XXXX Please pay in USD.
         - DO NOT convert funds. If converted, funds will be returned

 GST- 844248450         QST - 1215844630

| | Total Amount | US$1,050,000.00 |
|---|---|---|

Pavemetrics reserves the right to revoke the licence in case of payment default
Administration charges of 1.5% per month on all overdue accounts.

Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS

**Trial Exhibit
849**

RESTRICTED - ATTORNEYS' EYES ONLY                                         PAVEMETRICS0015617

**EXHIBIT 849**
-441-

Trial Exhibit 0849 P. 1 of 1