# INVOICE

Invoice No.:  1618
Date:  21/04/2021

## Pavemetrics Systems inc.
150, boul. René-Lévesque Est, suite 1820
Québec, Québec G1R 5B1
Canada

Contact:  Maxime Beaupré
+1 418 930 2534
mbeaupre@pavemetrics.com

**Sold to:**

CSX Transportation, Inc.
500 Water Street, J-430
Jacksonville, Florida  32202
USA

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Client Reference Number : Goods Agreement | | |
| | Fully Executed CSX Pavemetrics ATAC 6-8 LRAIL inspection Systems and Support | | |
| | Pavemetrics Reference Number : SL 0772 | | |
| | Special Hardware for Autonomous Operation | | |
| 3 | Field Data acquisition hardware | 13,566.00 | US$40,698.00 |
| 3 | Reel-time data processing hardware | 84,775.00 | US$254,325.00 |
| 3 | Data storage hardware | 36,836.00 | US$110,508.00 |
| 3 | High-accuracy GNSS | 22,000.00 | US$66,000.00 |
| 3 | Networking system, power bars, junction boxes, monitor switch and miscellaneous hardware | 5,110.00 | US$15,330.00 |
| | Payment Terms : Payable on Receipt | | |
| | Subtotal: | | US$486,861.00 |

**USD WIRE TRANSFER**

Beneficiary's Bank : FÉDÉRATION DES CAISSES DESJARDINS DU QUÉBEC, LÉVIS, CANADA
SWIFT / BIC Code : CCDQCAMM
Beneficiary's Branch ID : CC081520100
Beneficiary's Account Number : 0815201008600660
Beneficiary's Complete Name : Pavemetrics Systems inc.

**Clearly state the following information in the "Purpose of Payment" section :**
 - Invoice No: XXXX Please pay in USD.
 - DO NOT convert funds. If converted, funds will be returned

GST- 844248450        QST - 1215844630

Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS
**Trial Exhibit 850**

| | Total Amount | US$486,861.00 |
|---|---|---|

Pavemetrics reserves the right to revoke the licence in case of payment default
Administration charges of 1.5% per month on all overdue accounts.