|   |   |
|---|---|
| CLARK HILL LLP<br>Donald L. Ridge, Esq. (SBN: 13171)<br>555 South Flower Street, 24th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 891-9100<br>Facsimile: (213) 488-1178<br>DRidge@clarkhill.com<br><br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>James R. Barney (*Pro Hac Vice*)<br>james.barney@finnegan.com<br>Aaron L. Parker (*Pro Hac Vice*)<br>aaron.parker@finnegan.com<br>Daniel G. Chung (*Pro Hac Vice*)<br>daniel.chung@finnegan.com<br>Nicholas A. Cerulli (*Pro Hac Vice*)<br>nicholas.cerulli@finnegan.com<br>Kelly S. Horn (*Pro Hac Vice*)<br>kelly.horn@finnegan.com<br>901 New York Avenue NW<br>Washington, D.C. 20001-4413<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Jency J. Mathew (*Pro Hac Vice*)<br>jency.mathew@finnegan.com<br>1875 Explorer Street, Suite 800<br>Reston, Virginia 20190-6023<br>Telephone:  (571) 203-2700<br>Facsimile:   (571) 203-2777<br><br>*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC. | KNOBBE, MARTENS, OLSON & BEAR, LLP<br>Joseph R. Re (SBN 134,479)<br>joe.re@knobbe.com<br>Christy G. Lea (SBN 212,060)<br>christy.lea@knobbe.com<br>Nicholas M. Zovko (SBN 238,248)<br>nicholas.zovko@knobbe.com<br>Alan G. Laquer (SBN 259,257)<br>alan.laquer@knobbe.com<br>Raymond Lu (SBN 340,873)<br>raymond.lu@knobbe.com<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA  92614<br>Phone: (949) 760-0404<br>Facsimile: (949) 760-9502<br><br>*Attorneys for Plaintiff/Counterclaim Defendant*<br>PAVEMETRICS SYSTEMS, INC. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>TETRA TECH, INC.,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA<br><br>**JOINT STIPULATION TO MODIFY CASE SCHEDULE**<br><br>Honorable Mark C. Scarsi<br>Honorable Maria A. Audero |

Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") and Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Third-Party Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech") submit this Joint Stipulation and Proposed Order to modify the case schedule.

WHEREAS, on February 6, 2023, Pavemetrics filed a Motion for Reconsideration of Order Granting New Trial on Infringement of the '293 Patent Only ("the Motion for Reconsideration") and noticed a hearing on the Motion for Reconsideration for March 6, 2023 (ECF 338);

WHEREAS, the deadline for Tetra Tech's Opposition to the Motion for Reconsideration is February 13, 2023;

WHEREAS, the parties agree to modify deadlines related to the Motion for Reconsideration and the hearing date;

WHEREAS, the parties jointly submit that good cause exists to modify the current schedule given attorney conflicts on the March 6 hearing date. The proposed modification to the current schedule would provide the parties adequate time to complete their Motion for Reconsideration briefing.

NOW, THEREFORE, the parties hereby stipulate to and jointly request that the Court modify the briefing deadlines and hearing date and enter an Order setting the following new dates:

| Event | Current Date | New Date |
|---|---|---|
| Tetra Tech's Opposition to the Motion for Reconsideration | February 13, 2023 | February 20, 2023 |
| Pavemetrics' Reply to Tetra Tech's Opposition to the Motion for Reconsideration | February 20, 2023 | March 6, 2023 |
| Hearing on Motion for Reconsideration | March 6, 2023 | March 20, 2023 |

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 7, 2023

By: /s/ Christy G. Lea
Joseph R. Re
Christy G. Lea
Nicholas M. Zovko
Alan G. Laquer
Raymond Lu

*Attorneys for Plaintiff/Counterclaim Defendant*, PAVEMETRICS SYSTEMS, INC.

CLARK HILL LLP

Dated: February 7, 2023

By: /s/ Donald L. Ridge
Donald Ridge

| | | |
|---|---|---|
| | | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | Dated: February 7, 2023 | By: */s/ Aaron L. Parker*<br>James R. Barney<br>Aaron L. Parker<br>Daniel G. Chung<br>Nicholas A. Cerulli<br>Kelly S. Horn<br>Jency J. Mathew |
| | | *Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC. |

**ATTESTATION OF E-FILED SIGNATURE**

I, Aaron Parker, attest that all signatories listed above have read and approved this stipulation and consent to the filing of same in this action.

Dated: February 7, 2023

By: */s/ Aaron Parker*
James R. Barney
Aaron L. Parker
Daniel G. Chung
Nicholas A. Cerulli
Kelly S. Horn
Jency J. Mathew

*Attorneys for Defendant and Counterclaim Plaintiffs* TETRA TECH, INC. and TETRA TECH TAS INC.