# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-01289-MCS-MAA<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY CASE SCHEDULE (ECF No. 341)**<br><br>Honorable Mark C. Scarsi<br>Honorable Maria A. Audero |

The Court, having reviewed and considered the parties' Joint Stipulation to Modify the Case Schedule, and finding good cause, approves of the Joint Stipulation. The Court modifies the case deadlines as follows:

| Event | Current Date | New Date |
|---|---|---|
| Tetra Tech's Opposition to the Motion for Reconsideration | February 13, 2023 | February 20, 2023 |
| Pavemetrics' Reply to Tetra Tech's Opposition to the Motion for Reconsideration | February 20, 2023 | March 6, 2023 |
| Hearing on Motion for Reconsideration | March 6, 2023 | March 20, 2023, at 9:00 a.m. |

**IT IS SO ORDERED.**

DATED: February 8, 2023    BY: *Mark C. Scarsi*
Mark C. Scarsi
United States District Judge

-2-