Donald Ridge, Esq. (SBN: 132171)
**CLARK HILL LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

James R. Barney (*pro hac vice*)
james.barney@finnegan.com
Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*pro hac vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*pro hac vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*pro hac vice*)
kelly.horn@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jency J. Mathew (*pro hac vice*)
jency.mathew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

*Attorneys for Defendant and Counterclaim Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>Defendant.<br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:21-cv-1289 MCS-MMA<br><br>**DECLARATION OF AARON L. PARKER IN SUPPORT OF TETRA TECH'S OPPOSITION TO PAVEMETRICS' MOTION FOR RECONSIDERATION**<br><br>Honorable Mark C. Scarsi<br>Date: March 20, 2022<br>Time: 9:00 a.m<br>Courtroom: 7C |

I, Aaron L. Parker, hereby declare as follows:

1. I am an attorney at law admitted to practice in the Commonwealth of Virginia and the District of Columbia, and before the United States Court of Appeals for the Federal Circuit and the United States Court of Appeals for the Fourth Circuit, among others, and I have been granted admission pro hac vice in this matter.

2. I am a partner of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys for Defendant and Counterclaim Plaintiffs Tetra Tech, Inc. and Tetra Tech TAS Inc. (collectively, "Tetra Tech"), in the above-captioned matter. The facts stated herein are true and correct and of my personal knowledge, and if called and sworn as a witness, I could and would competently testify thereto under oath.

3. I submit this declaration in support of Tetra Tech's Opposition to Pavemetrics' Motion for Reconsideration of Order Granting New Trial on Infringement of the '293 Patent Only.

4. Attached as **Exhibit 6** hereto is a true and correct copy of an email correspondence between Pavemetrics' counsel and Tetra Tech's counsel, dated February 2, 2023.

5. Attached as **Exhibit 24** hereto is a true and correct copy of Trial Exhibit 24.

6. Attached as **Exhibit 98** hereto is a true and correct copy of Trial Exhibit 98.

7. Attached as **Exhibit 117** hereto is a true and correct copy of Trial Exhibit 117.

8. Attached as **Exhibit 740** hereto is a true and correct copy of pages 295-326 of Trial Exhibit 740.

9. Attached as **Exhibit 905** hereto is a true and correct copy of Trial Exhibit 905.

10. Attached as **Exhibit 990** hereto is a true and correct copy of Trial Exhibit 990.

1     I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Washington, D.C. on February 20, 2023.

By: _____
Aaron L. Parker