# EXHIBIT 6

| | |
|---|---|
| **From:** | Nicholas Zovko |
| **To:** | Parker, Aaron; Barney, James; Chung, Daniel; Cerulli, Nicholas; Horn, Kelly; Mathew, Jency; Ridge, Donald L. |
| **Cc:** | Christy Lea; EXT- joe.re@knobbe.com; Alan Laquer; Raymond Lu; Lit PAVEL.001L |
| **Subject:** | Pavemetrics v. Tetra Tech, Case No. 2:21-cv-01289 - Meet and Confer |
| **Date:** | Thursday, February 2, 2023 4:10:16 PM |

**EXTERNAL Email:**

Dear Counsel,

Pavemetrics intends to move for reconsideration of the Court's Order Granting Tetra Tech's Motion for a New Trial (ECF 335) because no conduct could have affected the outcome of the trial as a matter of law.

We are available tomorrow, February 3 between 9:00 am and 2:00 pm Pacific to meet and confer on Pavemetrics' contemplated motion.  Please let us know what time tomorrow works best for you to meet and confer and we will circulate a call-in number.

Best regards,

Nick

**Nicholas Zovko**
Partner
Nicholas.Zovko@knobbe.com
949-721-5295 Direct

**Knobbe Martens**

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/nicholas-zovko

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**EXHIBIT 6**

3