# EXHIBIT 24





Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS

**Trial Exhibit 24**

John Laurent
12/21/2021

**Exhibit 24**

Deanna J. Dean, RDR, CR

1

PAVEMETRICS0005981







## Project Overview

- Mission
  - Evaluate the potential for 3D Laser Triangulation and Deep Convolution Neural Network (DNN) technologies to provide value-added inspection data to existing geometry car inspection systems
- Timeline
  - Phase 1 - May 2019 → October 2020
  - Phase 2 – November 2020 → April 2022
- Objectives
  - Improve railway network safety through improved reliability and robustness of track inspections
  - Provide value-added inspection data to existing geometry car inspection systems in two different scenarios:
    - A. No prior knowledge inspections
    - B. Repeat inspections (change detection)

**Project Partners:**

RAILTEC UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Railmetrics

**Industry Partners:**

BNSF RAILWAY

CN

CSX

AREMA Virtual 2021 CONFERENCE

## Current Methods and Proposed Technology

- Current visual inspections (FRA Class 6+)
  - Costly
  - Time consuming
  - Impacts track capacity
  - Personnel on track (safety risk)

- Alternative technologies
  - Machine learning (already in use)
    - Can process large amounts of data
    - But relies on human-derived algorithms
    - Limited to problems designer can solve
  - Deep Neural Network (DNN)
    - Subset of machine learning
    - Develops own analysis method
    - No need to retrain

AREMA Virtual 2021 CONFERENCE

Project Approach
Field Work
DCNN Training Data Preparation
DCNN Training
Testing and Evaluating the Trained DCNN
Change Detection
• TTCI High Tonnage Loop
• 6 Weeks of FAST operations
• Walking ground-truth surveys
• LRAIL scanning
• RailTEC manual image review to build a database
• Feature identification
• Condition of interest identification
• Input of training set
• DCNN feature and condition identification
• Review and correction of DCNN analysis
• Retraining of DCNN
• A set of "Novel" images are presented
• DCNN processes the images detects features and conditions
• DCNN performance analysis
• DCNN processes two separate runs
• Run-to-run alignment
• Change detection algorithm detects differences between runs
AREMA Virtual 2021 CONFERENCE



## Convolution Neural Network

- A type of Deep Neural Network
- Specialized multi-layer Neural Network that is designed to recognize visual patterns directly from pixel images with minimal preprocessing
- Normally computers "see" images as just an array of numbers
- However, CNNs analyze images in a way similar to how a human would analyze them
- Train CNN by presenting several different images of the features/conditions that the programmer wants it to recognize

What We See

What Computers See

https://adeshpande3.github.io/A-Beginner%27s-Guide-To-Understanding-Convolutional-Neural-Networks/

AREMA Virtual 2021 CONFERENCE



PAVEMETRICS0005986





PAVEMETRICS0005988













# Dataset Collection

- High Tonnage Loop (TTC)
  - Fall 2019 FAST operations
- Data Collection via Hi-Rail
  - Six weeks of data collection (Sep 10 to Oct 23)
  - 22 runs around the HTL
  - Roughly 2,000 3D scan files per run
- Ground Truth Inspections
  - Tablet used to record manual inspection data in the field
  - Spreadsheet of features prepared prior to arrival
  - 15 features of interest
  - Approximately 7,500 ties inspected by type, section, number, material

AREMA Virtual 2021 CONFERENCE

# DNN Training Process

- **Training Set Preparation**
  - 1 run selected out of 22 runs
  - RailTEC used Railmetrics software tool used to highlight features of interest and conditions of interest
  - Manually annotated images sent to Railmetrics for training
- **DNN Training**
  - Manually-annotated images fed into DNN for learning
  - Trained DNN used to re-process the training data set
  - Output sent to RailTEC for review
- **Training Refinement**
  - RailTEC manual annotation of errors in DNN processing
  - Annotated images sent to Railmetrics for re-training (process repeats)

**Railmetrics Training**

**RailTEC Refinement**

AREMA Virtual 2021 CONFERENCE

## DNN Analysis Example



**Starting Images**

15

PAVEMETRICS0005995



Rail Identification (Pink)



Crosstie Identification (Green)

17

PAVEMETRICS0005997





PAVEMETRICS0005999



20

PAVEMETRICS0006000



21
PAVEMETRICS0006001









25
PAVEMETRICS0006005



DNN Training Notes

► Best *and* worst case scenario
  • Plenty of change in a short period of time
  • However, from a DNN training perspective, it's challenging

► Training (humans and DNNs) relies on lots of similar examples of each condition
  • Unfortunately, the HTL is heterogeneous and constantly changes along its length
  • Plus...numerous crosstie types
  • Plus...numerous clip types
  • Plus...numerous clip install plates
  • Plus...numerous spike patterns
  • Plus...strange hardware along the track that algorithms must ignore

► **Essentially it is harder to train a DNN on the HTL instead of regular track**

AREMA *Virtual* 2021 CONFERENCE

26

PAVEMETRICS0006006



PAVEMETRICS0006007









Ballast Level Decrease Over Time



Joint Bar Examples

Joint Installed Between Runs

2.4 mm Joint Gap Decrease

PAVEMETRICS0006012



PAVEMETRICS0006013



34

PAVEMETRICS0006014



PAVEMETRICS0006015







## Project Team Contact Information

**J. Riley Edwards, Ph.D., P.E.**
*Research Sci. and Sr. Lecturer*
jedward2@Illinois.edu

**Marcus S. Dersch, P.E.**
*Principal Research Engineer*
mdersch2@Illinois.edu

**Arthur de O. Lima**
*Research Engineer*
aolima@Illinois.edu

**Ryan M. Harrington**
*Graduate Research Assistant*
rhrrngt2@Illinois.edu

RAILTEC
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

**Richard Fox-Ivey**
*Principal Consultant*
rfoxivey@pavemetrics.com

**John Laurent**
*CTO and VP Sales & Marketing*
jlaurent@pavemetrics.com

**Ngoc-Thanh Nguyen**
*Scientist*
thanh@pavemetrics.com

Railmetrics

AREMA Virtual 2021 CONFERENCE

PAVEMETRICS0006018

Trial Exhibit 0024   p. 38 of 65
**EXHIBIT 24**
**41**



LR*AI*L Deep Neural Network

- The **LR*AI*L** uses a Deep Neural Network (a type of AI)
- In a DNN the AI develops its own methods of analysis
- Training is similar to the way a human brain learns

Neuron

input layer
hidden layer 1    hidden layer 2
(Stanford University, 2017)
("Deep" NN have at least 2 hidden layers)

output layer

- Made up of: Layers, Neurons and Weights
- In this example:
  - 32 weights (each path through is 1 weight)
  - 9 biases (neurons in hidden + output)
  - 41 learnable parameters (weights + biases)

AREMA *Virtual* 2021 CONFERENCE

39
PAVEMETRICS0006019







# A Few Notes about the TTCI - HTL Environment (Related to Training)

- Best *and* worst case scenario
- Plenty of change in a short period of time…just what we need
- However, from a DNN training perspective, it's challenging
- Training (humans and DNNs) relies on lots of similar examples of each thing/condition
  - Unfortunately, the HTL is pretty heterogenous and constantly changes along its length
  - Plus…numerous tie types
  - Plus…numerous clip types
  - Plus…numerous clip install plates
  - Plus…numerous spike patterns
  - Plus…strange hardware along the track that algorithms must ignore
- The upshot? The HTL is harder to train on than regular track

Large Variety of Clips and Installations

AREMA Virtual 2021 CONFERENCE

PAVEMETRICS0006022



PAVEMETRICS0006023



PAVEMETRICS0006024



PAVEMETRICS0006025



PAVEMETRICS0006026





PAVEMETRICS0006028



PAVEMETRICS0006029





PAVEMETRICS0006031





PAVEMETRICS0006033





PAVEMETRICS0006035



PAVEMETRICS0006036



PAVEMETRICS0006037



PAVEMETRICS0006038



PAVEMETRICS0006039



60
PAVEMETRICS0006040



PAVEMETRICS0006041



PAVEMETRICS0006042



PAVEMETRICS0006043



64

PAVEMETRICS0006044



PAVEMETRICS0006045