# EXHIBIT 98




Office of Research,
Development and Technology
Washington, DC 20590

---

# Use of 3D Laser Scanning, Deep Convolutional Neural Networks (DCNNs), and Change Detection Technology for Railway Safety Inspections



DOT/FRA/ORD-6993JJ6-18-C-000005

Case
Pavemetrics v. Tetra Tech
Case No: 2:21-cv-1289 MCS

Trial Exhibit
98

Re



NOTICE

This document is disseminated under the sponsorship of the Department of Transportation in the interest of information exchange. The United States Government assumes no liability for its contents or use thereof. Any opinions, findings and conclusions, or recommendations expressed in this material do not necessarily reflect the views or policies of the United States Government, nor does mention of trade names, commercial products, or organizations imply endorsement by the United States Government. The United States Government assumes no liability for the content or use of the material contained in this document.

NOTICE

The United States Government does not endorse products or manufacturers. Trade or manufacturers' names appear herein solely because they are considered essential to the objective of this report.

| REPORT DOCUMENTATION PAGE | | | Form Approved OMB No. 0704-0188 |
|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.

| 1. AGENCY USE ONLY (Leave blank) | 2. REPORT DATE | 3. REPORT TYPE AND DATES COVERED |
|---|---|---|
| | 24 February 2021 | Technical Report |

4. TITLE AND SUBTITLE
Use of 3D Laser Scanning, Deep Neural Networks (DCNNs), and Change Detection Technology for Railway Safety Inspections

5. FUNDING NUMBERS
693JJ619C000004

6. AUTHOR(S)
Ryan M. Harrington[1], Arthur de O. Lima[1], J. Riley Edwards[1], Marcus S. Dersch[1], Richard Fox-Ivey[2], John Laurent[2], and Thanh Nguyen[2]

7. PERFORMING ORGANIZATION NAME(S) AND ADDRESS(ES)
University of Illinois at Urbana-Champaign[1]
506 S. Wright St.
Urbana, IL 61801-3620

Pavemetrics Systems Inc.[2]
150 Boulevard René-Lévesque E #1820
Québec, QC G1R 5B1

8. PERFORMING ORGANIZATION REPORT NUMBER
N/A

9. SPONSORING/MONITORING AGENCY NAME(S) AND ADDRESS(ES)
U.S. Department of Transportation
Federal Railroad Administration
Office of Railroad Policy and Development
Office of Research and Development
Washington, DC 20590

10. SPONSORING/MONITORING AGENCY REPORT NUMBER

1. 11. SUPPLEMENTARY NOTES
COR: Cameron Stuart

12a. DISTRIBUTION/AVAILABILITY STATEMENT
This document is available to the public through the FRA Web site at http://www.fra.dot.gov.

12b. DISTRIBUTION CODE

13. ABSTRACT (Maximum 200 words)

RailTEC at the University of Illinois at Urbana-Champaign partnered with Railmetrics (a trade name of Pavemetrics Systems Inc.) to demonstrate the feasibility of automated track change detection inspection using its Laser Rail Inspection System (LR*AI*L). LR*AI*L is a rail inspection system based on the principle of laser triangulation and combines pulsed high-power, invisible, laser line projectors and synchronized cameras to capture a high-resolution intensity image and three-dimensional range profile of the railway track bed. In this project, the LR*AI*L was mounted on a hi-rail trailer and deployed for testing on the High Tonnage Loop (HTL) at the Transportation Technology Center.

The LR*AI*L system includes a library of computer algorithms designed to make automatic measurements, create inventory features, and detect changes in track bed infrastructure. Researchers used algorithms to record and detect changes in fastener presence, spike height, crosstie condition, joint gap and joint bar bolting, and ballast levels and fouling. Field validation included a comparison of the LR*AI*L results to a manual ground-truth inspection by human evaluators. The primary outcome of this project was field-validated evidence of the technology's ability to automatically detect changes in the track structure and highlight these changes for review and possible action.

14. SUBJECT TERMS

3D laser triangulation, artificial intelligence, deep convolutional neural networks, algorithms, change detection, safety, operational efficiency, inspection

15. NUMBER OF PAGES
59

16. PRICE CODE

| 17. SECURITY CLASSIFICATION OF REPORT | 18. SECURITY CLASSIFICATION OF THIS PAGE | 19. SECURITY CLASSIFICATION OF ABSTRACT | 20. LIMITATION OF ABSTRACT |
|---|---|---|---|
| Unclassified | Unclassified | Unclassified | |

NSN 7540-01-280-5500

Standard Form 298 (Rev. 2-89)
Prescribed by ANSI Std. 239-18
298-102

# METRIC/ENGLISH CONVERSION FACTORS

## ENGLISH TO METRIC

### LENGTH (APPROXIMATE)

| | | |
|---|---|---|
| 1 inch (in) | = | 2.5 centimeters (cm) |
| 1 foot (ft) | = | 30 centimeters (cm) |
| 1 yard (yd) | = | 0.9 meter (m) |
| 1 mile (mi) | = | 1.6 kilometers (km) |

### AREA (APPROXIMATE)

| | | |
|---|---|---|
| 1 square inch (sq in, $in^2$) | = | 6.5 square centimeters ($cm^2$) |
| 1 square foot (sq ft, $ft^2$) | = | 0.09 square meter ($m^2$) |
| 1 square yard (sq yd, $yd^2$) | = | 0.8 square meter ($m^2$) |
| 1 square mile (sq mi, $mi^2$) | = | 2.6 square kilometers ($km^2$) |
| 1 acre = 0.4 hectare (he) | = | 4,000 square meters ($m^2$) |

### MASS - WEIGHT (APPROXIMATE)

| | | |
|---|---|---|
| 1 ounce (oz) | = | 28 grams (gm) |
| 1 pound (lb) | = | 0.45 kilogram (kg) |
| 1 short ton = 2,000 pounds (lb) | = | 0.9 tonne (t) |

### VOLUME (APPROXIMATE)

| | | |
|---|---|---|
| 1 teaspoon (tsp) | = | 5 milliliters (ml) |
| 1 tablespoon (tbsp) | = | 15 milliliters (ml) |
| 1 fluid ounce (fl oz) | = | 30 milliliters (ml) |
| 1 cup (c) | = | 0.24 liter (l) |
| 1 pint (pt) | = | 0.47 liter (l) |
| 1 quart (qt) | = | 0.96 liter (l) |
| 1 gallon (gal) | = | 3.8 liters (l) |
| 1 cubic foot (cu ft, $ft^3$) | = | 0.03 cubic meter ($m^3$) |
| 1 cubic yard (cu yd, $yd^3$) | = | 0.76 cubic meter ($m^3$) |

### TEMPERATURE (EXACT)

[(x-32)(5/9)] °F = y °C

## METRIC TO ENGLISH

### LENGTH (APPROXIMATE)

| | | |
|---|---|---|
| 1 millimeter (mm) | = | 0.04 inch (in) |
| 1 centimeter (cm) | = | 0.4 inch (in) |
| 1 meter (m) | = | 3.3 feet (ft) |
| 1 meter (m) | = | 1.1 yards (yd) |
| 1 kilometer (km) | = | 0.6 mile (mi) |

### AREA (APPROXIMATE)

| | | |
|---|---|---|
| 1 square centimeter ($cm^2$) | = | 0.16 square inch (sq in, $in^2$) |
| 1 square meter ($m^2$) | = | 1.2 square yards (sq yd, $yd^2$) |
| 1 square kilometer ($km^2$) | = | 0.4 square mile (sq mi, $mi^2$) |
| 10,000 square meters ($m^2$) | = | 1 hectare (ha) = 2.5 acres |

### MASS - WEIGHT (APPROXIMATE)

| | | |
|---|---|---|
| 1 gram (gm) | = | 0.036 ounce (oz) |
| 1 kilogram (kg) | = | 2.2 pounds (lb) |
| 1 tonne (t) | = | 1,000 kilograms (kg) |
| | = | 1.1 short tons |

### VOLUME (APPROXIMATE)

| | | |
|---|---|---|
| 1 milliliter (ml) | = | 0.03 fluid ounce (fl oz) |
| 1 liter (l) | = | 2.1 pints (pt) |
| 1 liter (l) | = | 1.06 quarts (qt) |
| 1 liter (l) | = | 0.26 gallon (gal) |
| 1 cubic meter ($m^3$) | = | 36 cubic feet (cu ft, $ft^3$) |
| 1 cubic meter ($m^3$) | = | 1.3 cubic yards (cu yd, $yd^3$) |

### TEMPERATURE (EXACT)

[(9/5) y + 32] °C = x °F

## QUICK INCH - CENTIMETER LENGTH CONVERSION




## QUICK FAHRENHEIT - CELSIUS TEMPERATURE CONVERSIO




For more exact and or other conversion factors, see NIST Miscellaneous Publication 286, Units of Weights and Measures. Price $2.50 SD Catalog No. C13 10286

Updated 6/17/98

## Contents

Executive Summary ........ 7

1. Introduction ........ 8
   - 1.1 Background ........ 8
   - 1.2 Objectives ........ 9
   - 1.3 Overall Approach ........ 10
   - 1.4 Scope ........ 12
   - 1.5 Organization of the Report ........ 13
2. Field Data Collection ........ 14
   - 2.1 Test Site Characteristics ........ 14
   - 2.2 Ground Truth Walking Inspection ........ 14
   - 2.3 Three-Dimensional Laser Scan Data Collection ........ 15
3. Training of the Deep Convolutional Neural Network (DCNN) and Performance Compared to a Human Evaluator ........ 18
   - 3.1 Configuration and Application of the DNN ........ 18
   - 3.2 DCNN Training Data Preparation ........ 18
   - 3.3 DCNN Training ........ 19
   - 3.4 Managing and Evaluating the Progress of DCNN Training ........ 21
   - 3.5 Evaluating the Performance of the Trained DCNN Compared to a Human Evaluator ........ 23
   - 3.6 Discussion of Trained DCNN Performance Compared to Human Evaluator ........ 25
4. Processing DCNN Outputs to Detect Changes in Track Conditions ........ 26
   - 4.1 Dataset Selection and DCNN Processing ........ 26
   - 4.2 Run-to-run Alignment ........ 27
   - 4.3 Change Analysis ........ 27
   - 4.4 Ballast Height Change Detection ........ 28
   - 4.5 Ballast Fouling Change Detection ........ 33
   - 4.6 Crosstie Skew Change Detection ........ 36
   - 4.7 Crosstie Condition Rating Change Detection ........ 38
   - 4.8 Joint Bar (and Welding Strap) Bolt Count and Joint Gap Change Detection ........ 41
   - 4.9 Fastener Inventory Change Detection ........ 46
   - 4.10 Spike Height Change Detection ........ 49
5. Conclusion ........ 54
6. Future Research ........ 55
7. References ........ 56

## Illustrations

Figure 1. Project Flow Chart ........ 11
Figure 2. Satellite View of TTC's High Tonnage Loop in Pueblo, Colorado ........ 14
Figure 3. Features of Interest Data from HTL Ground Truth Walking Inspection ........ 15
Figure 4. Hi-rail Pick-Up Truck Pulling Hi-rail Test Trailer ........ 15
Figure 5. Images from System, 2D Intensity (Left) and 3D Rectified Range (Right) ........ 16
Figure 6. Colorized Combination of Intensity and Range Imaging (LAS file) ........ 16
Figure 7. Research Team with Hi-rail Test Trailer at HTL at TTC ........ 17
Figure 8. Intensity Image Showing DCNN-Detected Bounding Boxes (Blue) and Human Review Correction Bounding Boxes (Red) ........ 19
Figure 9. "Dogbone" Tie with Six Skl Tension Clamp Installation Positions ........ 20
Figure 10. Missing Spike Detected Since the Surrounding Tie Plates Have Five Spikes ........ 21
Figure 11. Improvement of DCNN Performance Through Training ........ 22
Figure 12. DCNN Training and Evaluation Cycle ........ 22
Figure 13. Generalized Confusion Matrix for DCNN Evaluation (Left) and Example of Confusion Matrix for Spike Condition Recognition (Right) ........ 23
Figure 14. Performance Evaluation of DCNN Feature Identification for Novel Datasets ........ 24
Figure 15. Summary Performance of DCNN Feature Identification Results ........ 25
Figure 16. Change Detection Process Flow ........ 26
Figure 17. Automated Run-to-run Alignment ........ 27
Figure 18. Ballast Height Measurements Locations for Shoulders (Yellow) and Crib (Red) ........ 28
Figure 19. Ballast Height Measurement between Ballast and Rails ........ 29
Figure 20. Left Shoulder Ballast Height Changes with Respect to Baseline Run (Sep. 10) ........ 29
Figure 21. Crib Ballast Height Changes with Respect to Baseline Run (Sep. 10) ........ 30
Figure 22. Right Ballast Height Changes with Respect to Baseline Run (Sep. 10) ........ 30
Figure 23. Ballast Height Changes per Meter of Travel (Sep. 10 vs Oct 23) ........ 31
Figure 24. Ballast Levels between Sections 415 and 419 (Sep. 10 vs Oct. 3 vs Oct. 23) ........ 32
Figure 25. Ballast Levels between Sections 935 and 985 (Sep. 10 vs Oct. 3 vs Oct. 23) ........ 32
Figure 26. Ballast Levels between Sections 1,500 and 1,520 (Oct. 7 vs Oct. 14 vs Oct. 23) ........ 33
Figure 27. Left Ballast Fouling Area Change with Respect to Baseline Run (Sep. 10) ........ 34
Figure 28. Crib Ballast Fouling Area Change with Respect to Baseline Run (Sep. 10) ........ 34
Figure 29. Right Ballast Fouling Area Change with Respect to Baseline Run (Sep. 10) ........ 35
Figure 30. Ballast Fouling per Twenty-Meter Stretch (Sep. 10 vs Oct. 23) ........ 35

Figure 31. Ballast Fouling at Section Reference Number 13 (Sep. 10 vs Oct. 23) ..................... 36
Figure 32. Ballast Fouling at Section Reference Number 1561 (Sep. 10 vs Oct. 23) ................. 36
Figure 33. Timber Crosstie Skew Example ..................................................................... 37
Figure 34. Change in Crosstie Skew with Respect to Baseline Run (Sep. 10)............................ 37
Figure 35. Example of Crosstie Skew Angle Decrease (Sep. 10 vs Oct. 23) ............................ 38
Figure 36. Example of Crosstie Skew Angle Increase (Sep. 10 vs Oct. 23) ............................. 38
Figure 37. Timber Crosstie Showing Color-Coded Defects .................................................. 39
Figure 38. Intensity Image Showing Automatic Detection of Cracking and Spalling on Concrete Crossties ..................................................................................................... 40
Figure 39. Change in Acceptable Crossties with Respect to Baseline Run (Sep. 10) ................. 41
Figure 40. Changes in Bolt Count per Joint Bar with Respect to Baseline Run (Sep. 10)........... 42
Figure 41. Joint Bar Bolting Change Locations (Sep. 10 vs Oct. 23)...................................... 42
Figure 42. No Joint Bar (Sep. 10, Left) and Two Joint Bars (Oct. 23, Right)............................ 43
Figure 43. No Joint Bars (Sep. 10, Left) and One Joint Bar (Oct. 23, Right) ............................ 43
Figure 44. Joint Bar Only Present on October 3 (Center)...................................................... 44
Figure 45. Changes in Joint Gap with Respect to Baseline Run (Sep. 10)................................ 44
Figure 46. Original Joint Gap (Sep. 10, Left) and Contracted Joint Gap (Oct. 23, Right)........... 45
Figure 47. Original Joint Gap (Sep. 10, Left) and Expanded Joint Gap (Oct. 23, Right) ............ 46
Figure 48. Significant Changes in Fastener Count with Respect to Baseline Run (Sep. 10) ....... 46
Figure 49. Areas with Significant Fastener Count Changes (Sep. 10 vs Oct. 23)...................... 48
Figure 50. First Fastener Change Identification (Sep. 10 vs Oct. 23) ...................................... 48
Figure 51. Second Fastener Change Identification (Sep. 10 vs Oct. 23).................................... 49
Figure 52. Third and Fourth Fastener Change Identifications (Sep. 10 vs Oct. 23).................... 49
Figure 53. The Four ROI Sections for Consideration............................................................. 50
Figure 54. ROI 1 Spike Height Changes with Respect to Baseline Run (Sep. 10) ..................... 50
Figure 55. ROI 2 Spike Height Changes with Respect to Baseline Run (Sep. 10) ..................... 51
Figure 56. ROI 3 Spike Height Changes with Respect to Baseline Run (Sep. 10) ..................... 51
Figure 57. ROI 4 Spike Height Changes with Respect to Baseline Run (Sep. 10) ..................... 52
Figure 58. Areas with Significant Spike Height Changes (Sep. 10 vs Oct. 23) ......................... 52
Figure 59. Spike Height Increase in ROI One (Sep. 10 vs Oct. 23) .......................................... 53
Figure 60. Spike Height Decrease in ROI Two (Sep. 10 vs Oct. 23) ......................................... 53

## Tables

Table 1. Areas of Interest for Change Detection ........ 10
Table 2. Overall Roles and Responsibilities ........ 13
Table 3. Crosstie Severity Rating for Individual Defects ........ 39
Table 4. Overall Crosstie Condition Score Based on Individual Defects ........ 40
Table 5. Joint Bar Gap Changes Between (Sep. 10 vs Oct. 23) ........ 45
Table 6. Threshold Fastener Changes (Sep. 10 vs Oct. 3) ........ 47
Table 7. Threshold Fastener Changes (Sep. 10 vs Oct. 23) ........ 47
Table 8. Change Detection Results Summary ........ 54



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114294

## Executive Summary

The Rail Transportation and Engineering Center (RailTEC) at the University of Illinois at Urbana-Champaign (Illinois) and Railmetrics, Inc. partnered together to evaluate the use of three dimensional (3D) laser scanning, Deep Convolutional Neural Networks (DCNNs), and change detection technology for railway track safety inspections. The objective of this project was to evaluate the potential use of these combined technologies to provide value-added inspection data to traditional track inspection methods. The project was conducted between April 2019 and October 2020.

This report provides a discussion of current inspection approaches and technologies and compares them with this new approach leveraging 3D laser triangulation and change detection. Next, it describes the process for 3D image capture and DCNN training, followed by a comparison between the inspection performance of the trained DCNN and human evaluators. Finally, change detection results generated from repeat scans of the Transportation Technology Center's (TTC) High Tonnage Loop (HTL) are presented. These data were captured in conjunction with Fall 2019 Facility for Accelerated Service Testing (FAST) train operations.

Results from this study suggest that a combination of 3D laser triangulation technology and DCNNs can reliably detect, identify, and quantify a variety of track components and conditions. Trained DCNNs were able to detect and evaluate e-Clips, PR clips, and Skl tension clamps with percent agreements ranging between 97% and 100%. They were also able to classify spikes as present or missing with percent agreements between 97% and 100%. Ultimately all DCNN feature identification results successfully exceeded the pre-established project criteria of 75% agreement with the human evaluator.

The ability of the technology to go beyond simple pass/fail assessments – typical of current inspection approaches – was clearly demonstrated. Specifically, a wide range of both small and large changes related to premium fasteners, spikes, joint bar gaps, joint bar bolting, crosstie skew, ballast level, and ballast fouling were successfully detected across the seven-week FAST operating period.

Given these promising results, the research team recommends future testing with this technology on revenue service Class I track. This would increase sample sizes for features of interest, increase overall accuracy, and present results for other environmental conditions. Additionally, to quantify the effects of feature changes on safe track operations, the research team recommends the development a Condition Change Index (CCI) to objectively quantity the impact of observed changes on the strength and performance of the track system and its components.

# 1. Introduction

This project was a continuation of earlier Federal Railroad Administration (FRA)-funded change detection research by Railmetrics. This research is directly applicable to the FRA Track Research Division's strategic priority of developing track inspection technologies that detect features of interest before they become in service failures.

## 1.1 Background

The FRA regulates track inspection intervals based on track class and its corresponding maximum authorized operating speed. Higher track classes correspond to increasing train operating speeds and more frequent track inspection requirements—as often as twice per week for FRA Classes 4 and 5 [1]. Railroads often impose more restrictive inspection practices than the FRA's minimum safety requirements to ensure infrastructure resilience. These inspections are typically performed manually by walking track or by employing hi-rail vehicles. While inspectors often possess a great deal of knowledge and experience, the process is nevertheless subjective and the logistics and accuracy of performing detailed inspections across the entire track area at hi-rail speeds are very challenging. These challenges have driven the industry to develop machine-based inspections tools which leverage digital imaging, image processing and artificial intelligence (AI) to augment human inspections with the objective of leveraging the best of both approaches.

To date, several companies have developed machine vision inspection systems. Loram Technologies' (formerly Georgetown Rail) Aurora Xiv system inspects and grades timber and concrete crossties, identifies rail base corrosion, and quantifies ballast levels by capturing light reflected off the track [2]; [3]. High powered xenon lights are employed by ENSCO's track imaging system to illuminate rails, where the reflected light is captured by a set of two-dimensional (2D) cameras in order to identify joint bar cracks [4]. Similarly, bvSys' Railcheck also captures reflected light from light emitting diodes to produce 2D images which are analyzed to determine rail, concrete crosstie, fastener, and ballast level anomalies [5]. MERMEC uses optics in its chord-based Rail Corrugation System to identify rail corrugations through 2D laser profiling [6]. Lastly, Railmetrics' Laser Rail Inspection System (LR*AI*L) captures three-dimensional (3D) profiles and 2D images simultaneously (along with inertial data) to measure rail geometry, and inspect rail surfaces, fasteners, spikes, ballast, and crossties [7]. To date, most automated inspection technologies are designed for defect location and detecting when railway components have reached either a railway maintenance threshold value, or an FRA-mandated safety value. There is little to no evidence of the use a change-based approach that instead seeks to detect changes in track conditions over time, prior to reaching an established maintenance or safety threshold.

The AI utilized in this research involves Deep Convolutional Neural Networks (DCNNs), which are machine learning programs that use deep learning for image recognition. Over the past two decades, these programs have outperformed other pattern recognition methods since they incorporate reinforcement learning to learn and interact with unknown environments [8]. Several studies pair DCNNs with image capture technology for identifying different features of interest along the railway from 2D images. Chen et al [9] employed a DCNN to identify defects on catenary system support elements. Similarly, DCNNs have proven effective at detecting other features along the track from 2D images, including rail surface defects [10], fasteners [11], and

concrete crosstie cracks [12]; [13]. Despite the success of these projects in demonstrating DCNNs' capabilities for feature identification, comparatively little research has been done to investigate how DCNNs can be paired with other algorithms to expand their utility beyond binary "pass/fail" inspections to more sophisticated tasks such as change detection. Change detection programs automatically identify changes in features over a given time-period by comparing new data to a preexisting dataset. When paired with image recognition software, change detection can identify alterations in track component conditions by locating changes that would be virtually impossible to detect by traditional human vision inspection.

This potential benefit led to the development of two FRA-funded change detection research programs. The first—conducted by ENSCO under FRA contract DTFR53-17-C-00001—comprised of a study collecting and evaluating 2D "before" and "after" images within two time intervals [14]. The software developed by ENSCO was able to identify alterations in fastener condition, crosstie condition, and rail surface in 2D track images [14]. Railmetrics conducted the second research program under FRA contracts DTFR5317C00005 and 693JJ618C000023, with the first involving an initial proof of concept and the second utilizing a further-developed prototype of a 3D imaging and scanning system referred to as the "LR*AI*L" [15]; [16]. In the second project, LR*AI*L technology was used to evaluate datasets captured two months apart on Amtrak's Northeast Corridor (NEC). The prototype system was shown to be capable of identifying changes to crosstie skew angle, fasteners, joint gap, joint bar bolting, and ballast levels with repeatability in excess of 95% [16].

The most recent work related to the latter technology, and the topic of this report, involved extended field trialing of a refined version of the technology on the Transportation Technology Center's (TTC) High Tonnage Loop (HTL) during the fall 2019 cycle of Facility for Accelerated Service Testing (FAST) train operations. Thus, the focus of this research is the development and field trialing of a 3D laser-based approach which uses AI to objectively analyze 3D scans and create an input into change detection algorithms. These algorithms are then used to detect both track deterioration as well as restoration through maintenance.

### 1.2 Objectives

The objective of this project was to evaluate the potential for the use of 3D laser-imaging, DCNNs, and change detection algorithms to provide value-added inspection data to existing geometry car inspection systems.

Since DCNN analysis results would subsequently be used as inputs for change detection, the research team established a 75% performance target for agreement between the DCNN and human evaluator for the identification of:

- Ballast conditions (i.e., fouled, too little ballast, excessive ballast)
- Fastener conditions (i.e., multiple missing fasteners in a stretch, multiple poorly aligned fasteners in a stretch)
- Concrete crosstie conditions (i.e., significant cracking, large chips, excessive skew)
- Timber crosstie conditions (i.e., surface cracking and other deterioration, excessive skew)

Likewise, a set of change detecting sensitivity targets were developed at the project's onset to evaluate system performance against meaningful railroad metrics. These thresholds were developed through consultation with the FRA, Amtrak, CN, and BNSF Railway (**Table 1**). The only region of interest not covered in this report is rail head change detection, as the research team did not have time to pursue this task.

**Table 1. Areas of Interest for Change Detection**

| Region of Interest | Reporting Metric |
|---|---|
| Shoulder ballast | Significant changes in average level relative to top of rail within a crib or along a stretch of track (**a change ≥ 30% in average height (less ballast compared to the last run) for an individual crib or ≥ 10% in area for ≥ 3 m**), changes in fouling (presence of non-ballast materials), changes in the presence of surface water or moisture (**a change in affected area ≥ 0.15 m$^2$**). |
| Crib ballast | Significant changes in average level relative to top of rail (**a change ≥ 10% in volume or area in a single crib**), changes in fouling (presence of non-ballast materials), changes in the presence of water or moisture (**a change in affected area ≥ 0.15 m$^2$**). |
| Field and gauge-side fastener areas | Significant changes in present fastener counts per km as a percentage (**± 1%**), significant changes in the position of multiple fasteners (**≥ 10 mm for three consecutive fasteners in the same position along the same rail**) |
| Tie ends and centers | Significant changes to individual ratings of crossties per km (**≥ 10% change in any crosstie rating category**), significant changes to skew angle of multiple crossties (**at least 3 consecutive crossties with an increase ≥ 2 degrees per 1 km**) |
| Rail head (not pursued) | Significant changes in surface defects (**at least a 10% increase in total surface area of defects per 1 km of track**), significant changes in joint gaps (**an increase of at least 10 mm for any given joint**) |
| Joint bars | Significant changes to bolting (**one or more missing bolts for any given bar**). |

## 1.3 Overall Approach

The major phases of the project included an initial field data collection stage to capture 3D laser scan data followed by the preparation of training data, DCNN training, evaluation of the performance of the trained DCNN, and finally the automated detection of changes in track conditions using output data from the trained DCNNs as inputs (**Figure 1**).




**Figure 1. Project Flow Chart**

### *1.3.1 Field Data Collection*

The LR*AI*L technology was deployed by the research team to scan the HTL at TTC on a repeated basis over a period of seven consecutive weeks between September 10, 2019 and October 23, 2019. This period overlapped the fall 2019 FAST train operating schedule with LRAIL scans being performed during the daytime and the FAST train being operated in the evenings. On average, each week of FAST operations represented 8 million gross tons (MGT) of traffic with a total of 57 MGT accumulated through the entire test period. A total of five scans of the HTL were collected on the first day of field testing (September 10) allowing for sufficient data to permit one inspection run to be used for as a change baseline dataset and a completely separate dataset to be used for training the DCNN. Additionally, a physical walking inspection of the HTL loop was also performed on first day of field testing to provide ground-truth information to assist with subsequent data interpretation. This allowed the Rail Transportation and Engineering Center (RailTEC) to build a feature database that categorized various conditions of interest. In total, there were six separate deployments; each deployment involved two or more scans of the HTL in forward and/or reverse direction for a total of thirty-five 3D scans of the HTL.

### *1.3.2 Training Data Preparation*

One dataset was selected from the five collected in the first deployment to serve as a training dataset. This dataset was analyzed using preexisting algorithms to identify features in each image collected. Subsequently, researchers manually reviewed all images and markings to ensure accuracy. This included adding new markings for missed features and removing markings on incorrectly identified features while also relying on walking inspection data to ensure accurate representation of the initial conditions.

### *1.3.3 DNN Training*

Manually-labeled images from the training data preparation phase were used as inputs to the DCNN training process. In total, three rounds of training and validation were repeated with more than 1,200,000 epochs (a complete cycle through the training images) completed in each round.

#### *1.3.4 Testing and Evaluation*

Once trained, the performance of the DCNN was evaluated against the performance of a human evaluator. Following evaluation of its performance, the trained DCNN was used to process a track scan from each of the seven weeks of operation to create datasets to compare against the September 10 baseline for change detection purposes.

#### *1.3.5 Change Detection*

Following the successful validation of the DCNN's performance, change detection algorithms were developed and applied to the data results to provide information relating to location-specific changes in track condition in the period of monitoring. The change detection process can be broadly summarized into three steps: DCNN processing of individual runs, run-to-run alignment, and change analysis.

### 1.4 Scope

RailTEC at the University of Illinois at Urbana-Champaign (Illinois) partnered with Railmetrics (a trade name of Pavemetrics Systems, Inc.) to demonstrate the feasibility of automated track change detection inspection using its LR*AI*L system. LR*AI*L is a rail inspection system based on the principle of laser triangulation and combines pulsed high-power, invisible, laser line projectors and synchronized cameras to capture a high-resolution intensity image and three-dimensional range profile of the railway track bed. In this project, the LR*AI*L was mounted on a hi-rail trailer and deployed for testing on the HTL at TTC.

The LR*AI*L system includes a library of computer algorithms designed to make automatic measurements, create inventory features, and detect changes in track bed infrastructure. Researchers used algorithms to record and detect changes in fastener presence, spike height, crosstie condition, joint gap and joint bar bolting, and ballast levels and fouling. Field validation included a comparison of the LR*AI*L results to a manual ground-truth inspection by human evaluators. The primary outcome of this project was field-validated evidence of the technology's ability to automatically detect changes in the track structure and highlight these changes for review and possible action.

This report documents field data collection and data analysis efforts directed at the development of an automated track change detection system. The scope of this report includes a description of the measurement system, data processing methods, and detailed results from the collected data.

#### *1.4.1 Roles and Responsibilities*

Railmetrics and Illinois divided responsibilities for the project based on academic expertise and prior research experience. BNSF and CN served as industry partners by sharing concerns about various features of interest to aid in project prioritization. The roles of all project partners are shown in **Table 2**.

**Table 2. Overall Roles and Responsibilities**

| Project Partners | Responsibility |
|---|---|
| University of Illinois at Urbana-Champaign (Illinois) | Provide expert opinion on demanding service environments and types of features to identify |
| | Operate sensors in the field and regular transmission of collected data to Railmetrics |
| | Manually review captured data to build a database of features for training DCNN |
| | Evaluation of DCNN classification performance |
| Railmetrics, Inc. | Design and fabrication of sensor mounting system |
| | Installation and calibration of the sensors |
| | Configuration and training of the DCNN |
| | Processing of test data by the DCNN |
| | Generation of change detection results |
| BNSF and CN | Provide expert opinion on track component features and areas of concern |
| | Prioritization and selection of features of interest |

### 1.5 Organization of the Report

This report is divided into five sections, including this introduction. Section two documents the field data collection efforts. Section three provides a detailed review of DCNN development and validation. Section four presents change detection results, and section five summarizes the projects conclusions and presents recommendations for future work.

## 2. Field Data Collection

Data collection at the HTL involved both a walking ground-truth inspection as well as 3D laser scanning for DCNN training and change detection analysis.

### 2.1 Test Site Characteristics

The research team collected field data on the HTL at TTC in Pueblo, Colorado (**Figure 2**). The 2.7 mile (4.3 km) HTL is home to FAST train operations, which accumulates high traffic tonnage in relatively short durations compared to typical revenue service operations on a Class I railroad [17]. Beyond the expedited accumulation of tonnage, one of the primary benefits of collecting data on the HTL was the high level of variability in track components. This variability permitted inspections of several identified features of interest including tie plates, ballast, spikes, various elastic clip types, and a combination of roughly 10,000 timber and concrete crossties. The increased wear rate due to FAST operations provided quantifiable changes in feature condition after each week of FAST operation, which shortened this research program's timeline by decreasing the gap between necessary deployments.



**Figure 2. Satellite View of TTC's High Tonnage Loop in Pueblo, Colorado**

### 2.2 Ground Truth Walking Inspection

To aid in the accuracy of feature identification during DCNN training, Illinois undertook a walking ground-truth inspection during the first deployment (prior to the start of FAST operations). Each feature of interest was labeled once per crosstie for HTL sections one to three, five to nine, and 23 to 33 for this inspection. In total, approximately 7,500 crossties were inspected for 15 unique features (**Figure 3**).




**Figure 3. Features of Interest Data from HTL Ground Truth Walking Inspection**

## 2.3 Three-Dimensional Laser Scan Data Collection

Three-dimensional scans were captured via two 3D laser sensor heads mounted on a hi-rail test trailer that was pulled by a hi-rail pick-up truck (**Figure 4**).



**Figure 4. Hi-rail Pick-Up Truck Pulling Hi-rail Test Trailer**

The sensors project high-speed (up to 28,000 Hertz) laser lines across the track bed while synchronized cameras use custom filters to capture images of each projected line. During

capture, software automatically compiles and merges successive lines from the left and right camera views into a continuous 3.6 m (11.8 ft) wide image of the track bed.

An optical encoder mounted on a rear wheel of the hi-rail trailer is used to measure vehicle speed and to trigger image capture on a distance basis (every 2 m, 6.6 ft, of travel along the track). Additionally, a blended inertial navigation system (GPS coupled with an Inertial Measurement Unit) captured the test trailer's latitude, longitude, and elevation, which was also integrated into each 3D profile.

The resulting dataset contains geo-referenced 2D intensity and 3D range data with a longitudinal, transverse, and vertical resolution of one millimeter by one millimeter by 0.1 mm (0.039 in by 0.039 in by 0.0039 in), respectively, which is consistent with previous research [16]. 3D range data usable in both 3D point cloud (LAS) format as well as in JPEG format as a grayscale image – wherein the shade of pixels corresponds to the distance between the sensor and the surface – are generated as shown in **Figure 5** (light-shaded pixels corresponded to higher elevations). These can be combined to form a continuous track profile (**Figure 6**).



**Figure 5. Images from System, 2D Intensity (Left) and 3D Rectified Range (Right)**



**Figure 6. Colorized Combination of Intensity and Range Imaging (LAS file)**

Latitude, longitude, and elevation data were subsequently used to preliminarily align repeat runs for change detection with 3D shape matching of railway components (e.g., crossties and fasteners), which were used to refine positions and precisely match runs on a crosstie-by-crosstie basis.

The research team (**Figure 7**) undertook six field data collection deployments over the seven-week period—each with multiple repeat inspection runs—during fall 2019 FAST operations. In total, the HTL accumulated approximately 57 MGT during this period. The first deployment occurred one week before FAST operations began (September 10, 2019) and included several repeat runs. One of the initial runs was reserved to serve as a baseline for change detection, and another was selected to serve as a DCNN training dataset.

The remaining five deployments occurred on a weekly basis throughout the duration of fall 2019 FAST operations. For certain deployments, a subset of the HTL was unavailable due to maintenance operations, thus comparisons were not feasible on those sections. Since the DCNNs only needed one dataset (i.e., one run) from the first deployment for training, no ground-truth inspections were carried out for the later five deployments.

The research team amassed a total of 22 datasets over all six deployments. Among the selected novel datasets used for DCNN evaluation (described within this report), the amount of overlapping data between them represented approximately 66% of the HTL.



**Figure 7. Research Team with Hi-rail Test Trailer at HTL at TTC**

# 3. Training of the Deep Convolutional Neural Network (DCNN) and Performance Compared to a Human Evaluator

## 3.1 Configuration and Application of the DNN

Railmetrics' DCNN consists of a multilayer Region Proposal Network (RPN) and a multilayer classifier network based on fast region-based convolutional neural network architecture. The output layers of both the RPN and the classifier network are softmax and regressor classifiers.

In terms of application, the DCNN was used as a pre-processing tool in advance of the ultimate step of change detection. The function of the DCNN was to accurately and repeatably (1) detect railway features of interest and (2) classify them in ways that created meaningful data for subsequent change detection. For example, training for premium fasteners (clips) included the detection of both missing and present clips, as well as the further classification of present clips as properly installed, loose, damaged or covered. Doing so permitted subsequent change detection regarding a wide variety of classifications (e.g., missing to present, present to loose, etc.).

Given output from the DCNNs would be used as an input to the subsequent change detection process, the accuracy and repeatability of the DCNNs would directly influence the accuracy and repeatability of the change detection process. Thus, an important first step in this project was to train the DCNN in the proper identification and classification of features of interest.

## 3.2 DCNN Training Data Preparation

The second inspection run from the first deployment was selected as the training dataset as it captured the full length of the HTL and coincided with the performance of the ground-truth walking survey. In total, the training set contained 3,800 images; 1,900 2D intensity images and 1,900 3D range images.

The first step of the training data preparation process involved the automated analysis of the training dataset using an existing DCNN which had been partially trained from other project work. The objective was to create a dataset wherein the shortcomings of the preliminarily-trained DCNN could be manually reviewed and marked by a human evaluator in order to create an efficient feedback loop for training improvement.

The second step of the training data preparation process involved the image-by-image review of the initial results from the DCNN and the marking of features which the DCNN either did not detect or did not properly classify (**Figure 8**). Marked features included tie plates, missing spikes, high spikes, missing and damaged clips, joint bars and joint gaps, damaged crossties, and rail surface defects. The research team also used the ground-truth inspection data during this task to add supplemental information when necessary.



**Figure 8. Intensity Image Showing DCNN-Detected Bounding Boxes (Blue) and Human Review Correction Bounding Boxes (Red)**

This process effectively reproduced the human evaluator's assessment in a digital format with the exact pixel position of each feature demarcated as well as the correct classification information (e.g., clip type, whether it was loose, etc.) in both 2D intensity as well as 3D range data. The DCNN training process used this enhanced dataset to align AI evaluations with that of the human evaluator.

### 3.3 DCNN Training

Manually-labeled intensity and range datasets from the training data preparation phase were used as an input to the DCNN training process. In total, three rounds of training and validation were repeated with more than 1,200,000 epochs (a complete cycle through the training images) completed in each round.

The DCNN was trained to detect both the presence and the absence of track features. For features that were present, the DCNN was further trained to classify/label each feature to include additional metadata.

For example, the DCNN was trained to detect both missing and present clips. For present clips, the DCNN was further trained to identify whether a clip was properly installed, loose, damaged or covered to some degree.

Similarly, the DCNN was trained to detect and classify tie plates (type, covered status, missing spike status), spikes (too high status), crossties (material, tie grade), joint bars (bolt count), and joint gaps (width measurement).

For brevity, discussion of training details has been limited to two examples; clips and spikes. However, it should be noted that the training process for these features is representative of the training process for the other features.

### *3.3.1 Training Example: Premium Fasteners (Clips)*

The DCNN was trained to detect both the presence and the absence of clips using the prepared training images containing examples of each fastener type (e.g., e-Clip) as well as each fastener classification (e.g., loose).

Fastener types trained for included: e-clips, PR clips, Safelok clips (including Safelok I and III), Skl tension clamps, and Pandrol Fastclips. While other clip types were present in the HTL, these five types comprised most of the data and they represent most of the systems currently used in North America.

Fastener classifications that the DCNN was trained for included whether they were properly installed, loose, damaged, or covered.

Training for absent clip detection required training images depicting both standard installations, with four clip positions per tie, as well as unusual scenarios such as the "dogbone" crosstie shown in **Figure 9** containing six clip positions per tie.



**Figure 9. "Dogbone" Tie with Six Skl Tension Clamp Installation Positions**

### *3.3.2 Training Example: Spikes*

The DCNN was trained to detect both the presence and the absence of spikes using the prepared training images containing examples of each spiking pattern utilized as well as each spike classification including properly installed, spikes that are high, and broken spikes (missing head).

The DCNN was trained for spiking pattern recognition to support missing spike classification of tie plates. Spiking pattern analysis was used as opposed to the simple detection of empty plate holes as individual missing spikes are not considered notable conditions for railroads.

Spiking pattern analysis involved both the comparison of spiking patterns between left and right rails as well as the comparison of spiking patterns between adjacent crossties. Crossties with mismatched patterns between left and right rails, or ones with spiking patterns which did not match the patterns of proceeding and/or following crossties were classified as missing spike(s) (**Figure 10**).




**Figure 10. Missing Spike Detected Since the Surrounding Tie Plates Have Five Spikes**

### 3.4 Managing and Evaluating the Progress of DCNN Training

TensorFlow Core was utilized to manage and to monitor the performance of training during each epoch, or training cycle. Performance was tracked in terms of precision and recall of the DCNN:

- Precision: Indicates the level of false positives which the DCNN generates; or the tendency to report a condition as true when it is actually false. Precision is calculated as the proportion of true positives to the sum of true positives and false positives.
- Recall: Indicates the level of false negatives which the DCNN generates; or the tendency to report a condition as false when it is actually true. Recall is calculated as the proportion of true positives to the total number of true positives and false negatives.

Overall performance of the DCNN was evaluated in terms of the combined precision and recall performance by plotting precision against recall and calculating the area under the curve with the result being expressed as mAP Loss.

Thus mAP Loss achieved for each round of training was used as an indicator of the overall effectiveness and progress of training; with lower mAP Loss values indicating higher performance.

The Scalars Dashboard in TensorBoard was used to track mAP Loss across each training aspect (feature detection and feature classification) with the progress of each plotted using a different color (**Figure 11**).




**Figure 11. Improvement of DCNN Performance Through Training**

As was expected, at the start of the training cycle (e.g., cycles 0-10,000) the general level of error (mAP Loss) for the DCNN was high across all aspect that were being trained for (indicating poor DCNN performance). However, over time the graphs asymptote indicating a reduction in DCNN model error and ultimately a successful training approach (low false positives and low false negatives). Approximately 1,350,000 training cycles were required in each round of training before the mAP successfully approached a zero level (high performance) (**Figure 11**).

Following each round of training (after approximately 1,350,000 epochs), the newly trained DCNN models were implemented into the railway inspection software and again used to automatically process a complete inspection run as a way of evaluating the performance of the improved models using non-training data (**Figure 12**).




**Figure 12. DCNN Training and Evaluation Cycle**

In total, three rounds of training and model testing were completed before the DCNN models where deemed as being ready for a formal performance evaluation.

### 3.5 Evaluating the Performance of the Trained DCNN Compared to a Human Evaluator

Following the completion of training, the performance of the fully-trained DCNN was formally evaluated by comparing DCNN outputs to outputs generated by a human evaluator for fasteners.

To provide a fair comparison of DCNN performance, two new datasets, which were not used to train the DCNN, were selected. The first dataset was selected from the initial field deployment on September 10th, 2019 and the second dataset was selected from the final field deployment on October 23rd, 2019. The rationale for selecting datasets from both the start and end of the field work was to maximize the potential for significant changes in track conditions.

Each dataset was then processed using the fully-trained DCNN in order to detect and classify railway features (e.g., clips, spikes, tie plates, etc.). Each DCNN detection and classification result was then manually reviewed by a human evaluator in order to generate statistics regarding the trained DCNN's sensitivity (**Equation 1**), specificity (**Equation 2**), and percent agreement (**Equation 3**) [18].

$$Sensitivity = \frac{Feature\ Present}{Feature\ Present + Type\ 2\ Error} * 100\% \quad (1)$$

$$Specificity = \frac{Feature\ Absent}{Type\ 1\ Error + Feature\ Absent} * 100\% \quad (2)$$

$$Percent\ Agreement = \frac{Feature\ Present + Feature\ Absent}{Feature\ Present + Type\ 1\ Error + Type\ 2\ Error + Feature\ Absent} * 100\% \quad (3)$$

The values for the metrics can be easily calculated when summarizing DCNN and human evaluator results in a confusion matrix (**Figure 13**). **Figure 13** also provides example results from the most common type of rail fixation encountered on the HTL: standard cut spikes. In each matrix, green shaded cells represent conditions of agreement between the DCNN and the human evaluator – for either presence or absence of a feature – whereas red shading represents conditions of disagreement between the two.




**Figure 13. Generalized Confusion Matrix for DCNN Evaluation (Left) and Example of Confusion Matrix for Spike Condition Recognition (Right)**

Subsequent confusion matrices display the results for all features. First, **Figure 14** details feature detection quantities based on feature type and the agreement classification between the DCNN and the human evaluator (research team).

**First Deployment**

| | Human Evaluator: **Spikes** | | **e-Clips** | | **Safelok** | | **Skl Tension Clamp** | | **Pandrol** | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DNN Results** | Present | Absent/ Broken | Present | Absent/ Broken | Present | Absent/ Broken | Present | Absent/ Broken | Present | Absent/ Broken |
| Present | 28,956 | 169 | 9,228 | 8 | 2,552 | 1 | 2,496 | 4 | 395 | 3 |
| Absent/ Broken | 264 | 185 | 11 | 53 | 3 | 9 | 32 | 18 | 1 | 1 |
| | Sensitivity **99%** | Specificity **52%*** | Sensitivity **100%** | Specificity **87%*** | Sensitivity **100%** | Specificity **90%*** | Sensitivity **99%** | Specificity **82%*** | Sensitivity **100%** | Specificity **25%*** |
| | Percent Agreement **99%** | | Percent Agreement **100%** | | Percent Agreement **100%** | | Percent Agreement **99%** | | Percent Agreement **99%** | |

**Last Deployment**

| | Human Evaluator: **Spikes** | | **e-Clips** | | **Safelok** | | **Skl Tension Clamp** | | **Pandrol** | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DNN Results** | Present | Absent/ Broken | Present | Absent/ Broken | Present | Absent/ Broken | Present | Absent/ Broken | Present | Absent/ Broken |
| Present | 28,686 | 153 | 9,181 | 11 | 2,568 | 5 | 2,530 | 16 | 369 | 3 |
| Absent/ Broken | 392 | 209 | 21 | 63 | 3 | 9 | 30 | 25 | 4 | 2 |
| | Sensitivity **99%** | Specificity **58%*** | Sensitivity **100%** | Specificity **85%*** | Sensitivity **100%** | Specificity **64%*** | Sensitivity **99%** | Specificity **61%*** | Sensitivity **99%** | Specificity **40%*** |
| | Percent Agreement **98%** | | Percent Agreement **100%** | | Percent Agreement **100%** | | Percent Agreement **98%** | | Percent Agreement **98%** | |

**Figure 14. Performance Evaluation of DCNN Feature Identification for Novel Datasets**

Next, **Figure 15** summarizes the data for spikes and fasteners (summation of e-Clips, PR clips, Safelok, Skl tension clamps, and Pandrol Fastclips) while also showing the overall count (i.e. summation of all features) and corresponding values for sensitivity, specificity, and percent agreement.



First Deployment

| DNN Results | Human Evaluator: Spikes – Present | Spikes – Absent/Broken | Fasteners – Present | Fasteners – Absent/Broken | Overall – Present | Overall – Absent/Broken |
|---|---|---|---|---|---|---|
| Present | 28,956 | 169 | 14,651 | 16 | 43,607 | 185 |
| Absent/Broken | 264 | 185 | 47 | 81 | 311 | 266 |
| | Sensitivity 99% | Specificity 52%* | Sensitivity 100% | Specificity 84%* | Sensitivity 99% | Specificity 59%* |
| | Percent Agreement 99% | | Percent Agreement 100% | | Percent Agreement 99% | |

First Deployment

| DNN Results | Human Evaluator: Spikes – Present | Spikes – Absent/Broken | Fasteners – Present | Fasteners – Absent/Broken | Overall – Present | Overall – Absent/Broken |
|---|---|---|---|---|---|---|
| Present | 28,686 | 153 | 14,648 | 35 | 43,334 | 188 |
| Absent/Broken | 392 | 209 | 58 | 99 | 450 | 308 |
| | Sensitivity 99% | Specificity 58%* | Sensitivity 100% | Specificity 74%* | Sensitivity 99% | Specificity 62%* |
| | Percent Agreement 98% | | Percent Agreement 99% | | Percent Agreement 99% | |

**Figure 15. Summary Performance of DCNN Feature Identification Results**

### 3.6 Discussion of Trained DCNN Performance Compared to Human Evaluator

The overall percent agreement and sensitivity of the DCNN results for spike and clip inspection compared to the human evaluator were excellent; ranging between 99-100%. This result greatly exceeded the project goal of 75% agreement which was targeted in order to ensure a suitable input for the subsequent change detection process.

However, specificity values (the ability of the DCNN to detect missing spikes and clips) were notably lower, with clip specificity ranging between 74% and 84% and spike specificity ranging between 52% and 58%. This disparity is likely due to significantly lower numbers of available training examples for missing features compared to present features. This is not surprising as a typical railroad environment will have many more present spikes and clips than missing ones. For example, the September 10th dataset contained nearly 29,000 present spikes, compared to less than 200 missing or broken spikes.

Naturally, this imbalance has a negative impact on DCNN training success which can be seen in the relatively lower specificity values. However, as the DCNN's performance for the detection of present fasteners was excellent (based on a large number of training samples) it is fully expected that the DCNN's performance for the detection of missing fasteners can be raised to a similar level over time as the number of missing training samples is increased through additional data collection.

The overall performance of the DCNN compared to the human evaluator easily exceeded the requirement for a suitable input into the change detection process which is treated in the following section.

## 4. Processing DCNN Outputs to Detect Changes in Track Conditions

Following the successful validation of the DCNN's performance, the research team shifted to the task of change detection. The change detection process can be broadly summarized into three steps: DCNN processing of individual runs, run-to-run alignment, and execution of change analysis (**Figure 16**).




**Figure 16. Change Detection Process Flow**

### 4.1 Dataset Selection and DCNN Processing

First, a single dataset was selected from each of the seven weeks of field operations to provide a snapshot of the changing HTL track conditions throughout the FAST Train operating period. Next, each of the subsequent datasets were processed by the validated DCNN to provide a rich dataset of detected and classified features to be analyzed for change detection.

The earliest captured dataset, from September 10th, 2019, was selected to act as a "baseline" run to report changes against for the other subsequent six selected inspection runs. Thus, the comparison datasets for the detection of changes included:

1. September 10 vs. September 23
2. September 10 vs. October 3
3. September 10 vs. October 7
4. September 10 vs. October 14
5. September 10 vs. October 23

Output of the DCNN processing is in the form of a geo-referenced XML report, JPEG images and 3D files (LAS) generated continuously on a two-meter basis for the entire length of track inspected. XML files contain the DCNN geo-referenced detection and classification results which will be compared between runs in order to detect changes.



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114314

## 4.2 Run-to-run Alignment

The run-to-run alignment process effectively involves ensuring that the DCNN processing results pertaining to features from one run can be directly compared to the DCNN processing results for a second run (**Figure 17**).




**Figure 17. Automated Run-to-run Alignment**

The alignment process is fully automatic. First the algorithm uses GPS coordinates (longitude, latitude, and elevation) stored in the DCNN XML output files from each run to obtain a rough positional match between the two sets of files (within approximately one meter).

The process then continues to match individual DCNN-detected features from each run to allow for a feature-to-feature comparison to detect changes. Feature matching is conducted based on 3D shape analysis to first select a crosstie that is present in both runs. From the preliminary crosstie match, the algorithm works outward using 3D analysis on a variety of railway components including tie plates, fasteners, and adjacent crossties to confirm the positional match between runs.

The result was a crosstie-by-crosstie match between runs allowing for the development of change statistics on a crosstie-by-crosstie basis as well as using higher summary values.

## 4.3 Change Analysis

Following the run-to-run alignment, the change detection algorithm compares DCNN-reported features and feature classification data on a one-to-one basis to flag differences between comparison runs. Differences are then aggregated and summarized to provide change metrics for reporting purposes.

Change reports were generated for a range of track-related parameters including:

1. Ballast height

2. Ballast fouling
3. Crosstie skew
4. Crosstie condition
5. Joint bar (and welding strap) bolting and joint gap
6. Fastener inventory
7. Spike height

### 4.4 Ballast Height Change Detection

Ballast plays an important role in the proper functioning, and ultimately safety, of railroad track. Ballast transmits and distributes the load of the track and rolling equipment to the subgrade, and restrains the track laterally, longitudinally, and vertically. It also facilitates drainage of water, maintains proper cross level, surface, and elevation, as well as inhibits the growth of vegetation.

However, due to weather, train loading, and differences in ballast material quality, ballast can degrade in condition and become less effective over time. As such, the detection of change in the levels of ballast present in the shoulders and crib can provide a valuable indicator of potentially worsening track strength.

To detect changing ballast levels, run-to-run comparisons were made to determine the mean level of ballast material present in the crib (red) and shoulders (yellow) over one meter of track (**Figure 18**).



**Figure 18. Ballast Height Measurements Locations for Shoulders (Yellow) and Crib (Red)**

Ballast level was measured as the absolute distance between the planer surface of the top-most point on each rail and the mean height of the ballast surface (**Figure 19**). Thus, a negative value

implies an increase in ballast level since the absolute distance between the rails and the ballast surface decreased. Conversely, a positive value indicates a decrease in ballast height.




**Figure 19. Ballast Height Measurement between Ballast and Rails**

**Figure 20**, **Figure 21**, and **Figure 22** present the run-to-run comparisons between three deployments: September 10 vs September 23, September 10 vs October 3, and September 10 vs October 23 for the left shoulder, crib, and right shoulder, respectively. The difference in each ballast height measurement are along the Y-axis and the location for each comparison are along the X-axis. The portion of the track between LR*AI*L section numbers 260 and 360 contained a confidential experiment, thus no data were captured in this region.




**Figure 20. Left Shoulder Ballast Height Changes with Respect to Baseline Run (Sep. 10)**




**Figure 21. Crib Ballast Height Changes with Respect to Baseline Run (Sep. 10)**




**Figure 22. Right Ballast Height Changes with Respect to Baseline Run (Sep. 10)**

Crib ballast heights measured on September 10 (first deployment) versus those measured in the October 23 (last deployment) are shown in **Figure 23**.



RESTRICTED - ATTORNEYS' EYES ONLY 




**Figure 23. Ballast Height Changes per Meter of Travel (Sep. 10 vs Oct 23)**

Portions of the track with the most pronounced change are demarcated with symbols using relatively "warm" colors (e.g., yellow and red) while less significant changes are denoted using "cool" colors (e.g., purple and blue). There are numerous track locations with ballast level changes greater than 10 mm. Ballast level decreases are the predominant change between September and October. However, there are a few instances of small increases.

**Figure 24** shows an example using elevation-colorized 3D scan data (in LAS format) of ballast migration from the crib to the bottom shoulder between September and October for section reference numbers 415 to 419. Note that the scanners captured these images on a curve with superelevation, thus the bottom shoulder (shown mostly in red) is at a higher elevation than the top shoulder (shown mostly in blue).



**Figure 24. Ballast Levels between Sections 415 and 419 (Sep. 10 vs Oct. 3 vs Oct. 23)**

**Figure 25** shows an example of crib ballast level decrease between September and October for section reference numbers 935 to 985. These data were also captured on a curve.



**Figure 25. Ballast Levels between Sections 935 and 985 (Sep. 10 vs Oct. 3 vs Oct. 23)**

**Figure 26** shows an example of a large ballast level decrease and increase between September and October for section reference numbers 1,500 to 1,520, which includes HTL turnout number 408. The ballast level first decreases (note the shift towards blue pixels) between October 7 and October 14, then the ballast level increases (note the shift towards red pixels) between October 14 and October 23. There is no design superelevation for this section, so the left and right shoulders should have approximately equivalent ballast heights to the right of the image.



**Figure 26. Ballast Levels between Sections 1,500 and 1,520 (Oct. 7 vs Oct. 14 vs Oct. 23)**

### 4.5 Ballast Fouling Change Detection

Ballast can become fouled due to the fracture and abrasion of ballast particles, infiltration from underlying layers, and lading that spills from railcars during transport. Wet-dry cycles often exacerbate fouling, and fouled ballast can result in poor drainage and ultimately track surface deviation due to increased layer stiffness. However, ballast inspection is often a subjective process due to the lack of a formal definition for when ballast is fouled and the largely manual process of inspection. Thus, changes in fouled ballast over time can point to potential problem areas

To detect changing ballast fouling conditions, run-to-run comparisons of the fouling status of ballast material present were made. Similar to ballast height change detection, track analysis was divided into the crib (red) and shoulders (yellow) as shown in **Figure 19**. The total area of fouled ballast per 20 m of track length was used as a statistic for change detection.

**Figure 27**, **Figure 28**, and **Figure 29** present the run-to-run comparisons between three deployments: September 10 vs September 23, September 10 vs October 3, and finally September 10 vs October 23. For the left shoulder, crib, and right shoulder respectively, with the difference in ballast fouling plotted along the Y-axis and the location for each comparison plotted along the X-axis. Each point in the plot represents either a change in ballast fouling. The track section between section numbers 260 and 360 contained a confidential experiment, thus no data exists for this portion.



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114321




**Figure 27. Left Ballast Fouling Area Change with Respect to Baseline Run (Sep. 10)**




**Figure 28. Crib Ballast Fouling Area Change with Respect to Baseline Run (Sep. 10)**




**Figure 29. Right Ballast Fouling Area Change with Respect to Baseline Run (Sep. 10)**

Numerous changes to ballast fouling occurred over the test period. The locations of these changes between September 10 (first deployment) and October 23 (last deployment) are presented in **Figure 30**.




**Figure 30. Ballast Fouling per Twenty-Meter Stretch (Sep. 10 vs Oct. 23)**

As shown in the legend, portions of the track with the most pronounced change are indicated using symbols with relatively "warm" colors (e.g., yellow and red) while less significant changes are denoted using "cool" colors (e.g., purple and blue). There are numerous track locations with

significant changes greater than 0.2 $m^2$. The predominant change between September and October are decreases in ballast fouling, but there are some small increases as well.

**Figure 31** presents an example of a significant change with a 1.78 $m^2$ of ballast fouling. The reduction of brown highlighted ballast zones in the left and right shoulders indicates this change.



**Figure 31. Ballast Fouling at Section Reference Number 13 (Sep. 10 vs Oct. 23)**

**Figure 32** shows an example of a small change with a reduction of 0.36 $m^2$ of ballast fouling. The reduction of brown highlighted ballast zones in the crib and right shoulders indicates this change.



**Figure 32. Ballast Fouling at Section Reference Number 1561 (Sep. 10 vs Oct. 23)**

### 4.6 Crosstie Skew Change Detection

Crossties serve three primary functions: maintain correct gauge, transmit axle loads to ballast, and prevent excessive lateral, longitudinal, and vertical rail movement [19]. As crossties skew relative to the longitudinal direction of the track, their ability to function properly and maintain gauge diminishes. Additionally, crosstie skew may be an indication of longitudinal rail stress challenges. Thus, the detection of changes to crosstie skew overtime is meaningful and can provide an input to quantification of track movement and residual strength.

To detect changes in crosstie skew over time, run-to-run comparisons were made of the degree of crosstie skew angle (**Figure 33**).



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114324



**Figure 33. Timber Crosstie Skew Example**

**Figure 34** presents the run-to-run comparison for crosstie skew angle between three fall 2019 deployments: September 10 vs September 23, September 10 vs October 3, and finally September 10 vs October 23. Differences in measurements are along the Y-axis and the location for comparison are along the X-axis. Each point represents a skew angle comparison between runs for an individual crosstie. The track section between section numbers 260 and 360 contained a confidential experiment, thus no data were collected within this range. Bridges and special track work have values of zero degrees.




**Figure 34. Change in Crosstie Skew with Respect to Baseline Run (Sep. 10)**



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114325

**Figure 35** presents an example of a significant crosstie skew decrease of 1.84 degrees. Note that this image contains timber crossties, which are inherently more difficult to measure the skew angle of compared to concrete crossties due to their lack of uniformity and less-defined edges.



**Figure 35. Example of Crosstie Skew Angle Decrease (Sep. 10 vs Oct. 23)**

**Figure 36** shows an example of a significant crosstie skew increase of 2.65 degrees. Note that this image contains concrete crossties, which are easier for the DCNN to correctly identify the crosstie geometry.



**Figure 36. Example of Crosstie Skew Angle Increase (Sep. 10 vs Oct. 23)**

## 4.7 Crosstie Condition Rating Change Detection

Timber and concrete crosstie systems degrade over time and thus require inspections to ensure their integrity. Timber crossties can develop large splits or suffer from rot and decay, and thus fail to properly support the track. Concrete crossties can develop both longitudinal and transverse cracking, can be damaged in derailments, and can receive damage from tamping operations.

An algorithm automatically performed crosstie grading through the analysis of 3D crosstie scans with dimensions of crosstie defects and well as a four-level overall grading reported for each crosstie. It then grouped crossties into two categories: acceptable versus unacceptable based on their individual gradings. Run-to-run comparisons regarding the percentage of acceptable crossties per half-mile for both timber and concrete crossties were made with changes reported.

3D crosstie scans were analyzed for timber crossties in order to detect and quantify cracking, splits and holes in the surface of the crosstie with individual defects grouped according to severity and color-coded according to severity (**Figure 37** and **Table 3**).



RESTRICTED - ATTORNEYS' EYES ONLY 



**Figure 37. Timber Crosstie Showing Color-Coded Defects**

**Table 3. Crosstie Severity Rating for Individual Defects**

| Defect Colour | Depth | Width | Length |
|---|---|---|---|
| *Very Severe* | Defects in ties which contain ballast materials | | |
| *Severe* | 2 cm+ | 5 cm+ | 60 cm+ |
| *Moderate* | 1-2 cm | 3-5 cm | 15-60 cm |
| *Light* | Not considered | 1-3 cm | 10-15 cm |
| *Very Light* | Not considered | 0.5-1 cm | Not considered |
| *Unmarked* | Not considered | Under 0.5 cm | Not considered |

Additionally, an overall crosstie grade was assessed for each timber crosstie based on the aggregate defects (**Table 4**), with the bounding box of each timber crosstie highlighted using a different color in order to indicate its resulting grade.



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114327

**Table 4. Overall Crosstie Condition Score Based on Individual Defects**

| Tie Box Colour | Overall Tie Rating |
|---|---|
| ***D: Failed Tie*** | More than 3.7% of tie surface area contains ***Very Severe, Severe, Moderate or Light*** defects. |
| ***C: Near Failure Tie*** | Between 3.7% and 3.1% of tie surface area contains ***Very Severe, Severe, Moderate or Light*** defects. |
| ***B: Fair Condition Tie*** | Between 3.1% and 2.6% of tie surface area contains ***Very Severe, Severe, Moderate or Light*** defects. |
| ***A: Good Condition Tie*** | Any tie which does not fall into the 3 above categories. |

For concrete crossties, spalls and cracks were first detected (**Figure 38**). Next, an overall condition was determined based upon a combination of defect size and defect location on the crosstie. Like timber crossties, a DCNN used bounding boxes of different colors to indicate the overall grading of each concrete crosstie.



**Figure 38. Intensity Image Showing Automatic Detection of Cracking and Spalling on Concrete Crossties**

Following individual grading, the system grouped concrete crossties into two categories (acceptable and unacceptable) with the number of crossties falling into each category reported on a per half-mile basis. It then reported changes between the percentage of acceptable versus unacceptable crossties per mile. **Figure 39** shows the percentage of acceptable crossties per half-mile between runs with the difference plotted along the Y-axis and the location for each comparison plotted along the X-axis.



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114328




**Figure 39. Change in Acceptable Crossties with Respect to Baseline Run (Sep. 10)**

As expected, given the relatively short (seven week) duration of the project, there was little change detected in percent acceptable crossties even when considering the extremities of inspections (September 10 vs. October 23). Reported change was typically around 1% for each run-to-run comparison with the maximum difference being only approximately 2%. As crossties predominantly deteriorate due to long periods of exposure to the elements, the conditions were not sufficient during the project duration to produce a meaningful change in crosstie grade.

## 4.8 Joint Bar (and Welding Strap) Bolt Count and Joint Gap Change Detection

Rail joints consist of joint bars on either side of the rail as well as bolting which secure the two rail ends through their connection to joint bars, which attempt to provide the same strength, stiffness, flexibility, and uniformity across the rail [19].

Changes in joint gap and joint bar bolt count are directly linked to the proper functioning of a joint. Joints with both too small of a gap as well as too wide of a gap may fail to avoid buckling and can provide for a rough transition between rail sections thereby generating impact loads. Joints include multiple bolts on each rail, and loss of bolts can point to unsafe conditions. Thus, change in joint gap and joint bar bolt count are useful track safety metrics.

Change detection results included changes joint presence, joint bar bolt count, and joint gap change between runs.

Changes in bolt count from zero to some positive number indicated the installation of a new joint, while negative changes in bolt count indicated either the loss of bolts or the removal of a joint and welding of the track section. Joint bar bolt counts from each of the five deployments were compared, with the difference in bolt count plotted along the Y-axis and the location of each comparison plotted along the X-axis (**Figure 40**).



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114329




**Figure 40. Changes in Bolt Count per Joint Bar with Respect to Baseline Run (Sep. 10)**

In total, there were four organic changes to joint bar bolt count detected over the test period. These included one new joint that was later removed, and three instances of new joints.

**Figure 41** presents two of the detected changes (yellow pins) along with six other detected joint bars (red pins) between September 10 (first deployment) and October 23 (last deployment). An orange circle shows the location of the temporary joint.




**Figure 41. Joint Bar Bolting Change Locations (Sep. 10 vs Oct. 23)**

Two organic changes can be found in section reference number 933, where the rail was continuous as of September 10 and September 23 but was found to have two new joints installed as of October 23 (**Figure 42**).



RESTRICTED - ATTORNEYS' EYES ONLY 




**Figure 42. No Joint Bar (Sep. 10, Left) and Two Joint Bars (Oct. 23, Right)**

Similarly, the third organic change is found in section reference number 1390, where in the rail is continuous as of September 10, but has a new joint as of October 23 (**Figure 43**).




**Figure 43. No Joint Bars (Sep. 10, Left) and One Joint Bar (Oct. 23, Right)**

Lastly, the fourth organic change exists in section reference number 415. As of September 10, the rail is continuous, however by October 3 a new joint has been installed on the left rail, and then is removed again by October 23 (**Figure 44**).



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114331



**Figure 44. Joint Bar Only Present on October 3 (Center)**

Additionally, joint gaps changes between the six deployments were also analyzed (**Figure 45**). The change in the joint gap between each comparison set are along the Y-axis and the location of each comparison are along the X-axis. Each point in the plot represents a report of the change in joint gap at a detected joint between runs for a total of thirteen joints.




**Figure 45. Changes in Joint Gap with Respect to Baseline Run (Sep. 10)**

**Table 5** shows the changes in joint gap for the thirteen detected joints between September 10 (first deployment) and October 23 (last deployment). Values in bold indicate joint gap changes greater than two millimeters for joints present across all runs.



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114332

**Table 5. Joint Bar Gap Changes Between (Sep. 10 vs Oct. 23)**

| Sep. 10 Section ID | Oct. 23 Section ID | Sep. 10 Joint Gap (mm) | Oct. 23 Joint Gap (mm) | Joint Gap Change |
|---|---|---|---|---|
| 245 | 239 | 3.2 | 1 | **-2.2** |
| 246 | 240 | 1 | 3.5 | **2.5** |
| 994 | 990 | 1.8 | 2.1 | 0.3 |
| 1,054 | 1,050 | 1 | 2.2 | 1.2 |
| 1,510 | 1,507 | 4.1 | 1 | -3.1 |
| 933 | 928 | 0 | 3.2 | 3.2 |
| 934 | 930 | 0 | 18.2 | 18.2 |
| 993 | 989 | 5.3 | 4.1 | -1.2 |
| 1,009 | 1,005 | 1 | 2.3 | 1.3 |
| 1,054 | 1,050 | 1 | 1 | 0 |
| 1,493 | 1,490 | 2.3 | 1 | -1.3 |
| 1,509 | 1,506 | 1.6 | 1 | -0.6 |
| 1,390 | 1,387 | 0 | 0 | 0 |

Only two joint bars had gap changes greater than two millimeters between the two deployments (**Table 5**). **Figure 46** shows the joint gap for section reference number 245, and **Figure 47** shows the joint gap for section reference number 246.



**Figure 46. Original Joint Gap (Sep. 10, Left) and Contracted Joint Gap (Oct. 23, Right)**



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114333
Trial Exhibit 0098 p. 47 of 60
**EXHIBIT 98**
**115**



**Figure 47. Original Joint Gap (Sep. 10, Left) and Expanded Joint Gap (Oct. 23, Right)**

### 4.9 Fastener Inventory Change Detection

Premium fasteners (clips) are responsible for connecting rails to the underlying tie plate which ensures that rails securely connect to underlying crossties. Additionally, these fasteners help resist gage widening and rail rollover and reduce the need for re-spiking compared to traditional cut spike fasteners [19].

Missing, loose, and damaged clips degrade the overall performance of the fastening system and thus their detection is an important railway inspection task. However, clip inspection can be a challenging task for traditional 2D machine vision systems as they come in a wide variety of shapes, sizes and designs thus making them difficult to detect from 2D data alone. The addition of matching 3D scans for each 2D image significantly improves the DCNN dataset leading to more robust and reliable detection results.

Clip change detection involved run-to-run comparisons related to the number of acceptable (present and properly seated/installed) fasteners versus unacceptable fasteners (missing or loose). Fastener counts from the five deployments were compared (**Figure 48**). Each point represents a 10 m stretch where the system detected three or more fastener changes. The number of fastener status changes are along the Y-axis and the locations for these comparisons are along the X-axis.




**Figure 48. Significant Changes in Fastener Count with Respect to Baseline Run (Sep. 10)**

These results are summarized in **Table 6** and **Table 7** for September 10 vs October 3 and September 10 vs October 23, respectively.

**Table 6. Threshold Fastener Changes (Sep. 10 vs Oct. 3)**

| Sep. 10 Beginning Section ID | Sep. 10 Ending Section ID | Oct. 3 Beginning Section ID | Oct. 3 Ending Section ID | Number of Changes |
|---|---|---|---|---|
| 411 | 412 | 411 | 411 | 3 |
| 423 | 425 | 423 | 425 | 3 |
| 569 | 571 | 568 | 571 | 3 |
| 608 | 613 | 608 | 612 | 4 |
| 859 | 865 | 858 | 864 | 3 |
| 1,156 | 1,159 | 1,152 | 1,154 | 19 |
| 1,278 | 1,286 | 1,273 | 1,281 | 6 |
| 1,295 | 1,308 | 1,290 | 1,302 | 6 |

**Table 7. Threshold Fastener Changes (Sep. 10 vs Oct. 23)**

| Sep. 10 Beginning Section ID | Sep. 10 Ending Section ID | Oct. 23 Beginning Section ID | Oct. 23 Ending Section ID | Number of Changes |
|---|---|---|---|---|
| 422 | 425 | 416 | 419 | 4 |
| 571 | 584 | 565 | 578 | 7 |
| 608 | 613 | 603 | 608 | 4 |
| 925 | 928 | 921 | 923 | 4 |
| 971 | 972 | 967 | 968 | 3 |
| 1,156 | 1,159 | 1,153 | 1,155 | 20 |
| 1,219 | 1,230 | 1,215 | 1,226 | 7 |
| 1,281 | 1,308 | 1,277 | 1,304 | 11 |

Areas with significant changes in fastener count between September 10 (first deployment) and October 23 (last deployment) are displayed in **Figure 49**.



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114335




**Figure 49. Areas with Significant Fastener Count Changes (Sep. 10 vs Oct. 23)**

The change detection results from the first detection from **Table 7**—which as shown by the lower-most pink pin in **Figure 49**—are shown in **Figure 50**, **Figure 51**, and **Figure 52** below.



**Figure 50. First Fastener Change Identification (Sep. 10 vs Oct. 23)**

As shown in **Figure 50**, the DNN correctly identified a fastener that change from being absent or covered to present or visible.

While at first a fastener is incorrectly classified as present on September 10, its condition changes (deteriorates) leading up to October 23. This change was detected and the fastener is now correctly evaluated as missing/damaged **(Figure 51**).



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114336



**Figure 51. Second Fastener Change Identification (Sep. 10 vs Oct. 23)**

Lastly, a change is detected in fastener status as two fasteners which were covered as of September 10 are subsequently uncovered as of October 23 (**Figure 52**).



**Figure 52. Third and Fourth Fastener Change Identifications (Sep. 10 vs Oct. 23)**

### 4.10 Spike Height Change Detection

Spikes play a crucial part in the safe and proper functioning of railway fastening systems by providing some level of restraint to vertical rail movement but primarily restrain the rails laterally to ensure proper track gauge [19]. Spikes come in a variety of shapes and types with some of the most common being cut spikes and screw spikes.

High spikes degrade the overall performance of the fastening system by reducing gauge restraint, thus their detection is an important railway inspection task.

In order to detect changes in spike height between runs, a mean spike height statistic was automatically calculated for each of four regions of interest (ROI) on each crosstie (**Figure 53**).




**Figure 53. The Four ROI Sections for Consideration**

Change detection was used to detect changes in mean spike height in each ROI between runs. **Figure 54**, **Figure 55**, **Figure 56**, and **Figure 57** present the run-to-run comparisons between September 10 (first deployment) vs September 23, September 10 vs. October 3, and finally September 10 vs. October 23 (last deployment) for the four ROIs. The differences in spike height are along the Y-axis and the location for each comparison are along the X-axis. Each point represents a spike height comparison between runs, with each separated by their respective ROI. Section number gaps indicate areas that were either confidential (no data recorded) or did not have fastening systems with spikes (e.g., concrete crossties).




**Figure 54. ROI 1 Spike Height Changes with Respect to Baseline Run (Sep. 10)**



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114338
Trial Exhibit 0098 p. 52 of 60
**EXHIBIT 98**
**120**




**Figure 55. ROI 2 Spike Height Changes with Respect to Baseline Run (Sep. 10)**




**Figure 56. ROI 3 Spike Height Changes with Respect to Baseline Run (Sep. 10)**




**Figure 57. ROI 4 Spike Height Changes with Respect to Baseline Run (Sep. 10)**

Areas with spike height changes greater than one millimeter between September 10 (first deployment) and October 23 (last deployment) are displayed in **Figure 58** with the most pronounced changes being demarcated using symbols with relatively "warm" colors (e.g., yellow and red) while less significant changes are denoted using "cool" colors (e.g., purple and blue).




**Figure 58. Areas with Significant Spike Height Changes (Sep. 10 vs Oct. 23)**

**Figure 59** shows an example of a large spike height increase in ROI one with a 19 mm increase between September 10 and October 23. This increase occurred in section reference number 27.




**Figure 59. Spike Height Increase in ROI One (Sep. 10 vs Oct. 23)**

**Figure 60** shows an example of a large spike height decrease in ROI two with a 15 mm reduction between September 10 and October 23. This decrease occurred in section reference number 1,288.




**Figure 60. Spike Height Decrease in ROI Two (Sep. 10 vs Oct. 23)**



RESTRICTED - ATTORNEYS' EYES ONLY 

## 5. Conclusion

The objective of this project was to evaluate the potential for the use of 3D laser triangulation, DCNN, and change detection technology to provide value-added inspection data to existing geometry car and ATGMS inspection systems.

In this study, 3D laser triangulation and DCNN analysis were proven to be an accurate and reliable inspection method for a variety of railroad components including premium fasteners and spikes. Percent agreement between the DCNN and a human evaluator for both premium fasteners and spikes well exceeded the target threshold of 75%. In fact, percent agreement for both premium fasteners (i.e. e-clips, PR clips, and Skl tension clamps) and spikes were between 97% and 100%.

Change detection analysis using DCNN results as inputs was also successfully demonstrated across a wide variety of track conditions and parameters including ballast level, ballast fouling, joint bar bolting, joint bar gap, fastener and spike presence and condition, and crosstie skew and condition (**Table 8**).

**Table 8. Change Detection Results Summary**

| Region of Interest | Change Detection Results |
|---|---|
| Shoulder ballast | Changes in shoulder ballast level and fouling successfully detected |
| Crib ballast | Changes in crib ballast level and fouling successfully detected |
| Field- and gauge-side fastener areas | Changes in spike height and presence and fastener features and presence successfully detected |
| Tie ends and centers | Tie skew changes successfully detected, although there was not enough change between deployments for successful crosstie change evaluation |
| Joint bars | Joint bar bolting and gap width successfully detected |

This research has demonstrated encouraging progress in automating the track inspection process to help meet and exceed current FRA track inspection standards, with the ultimate objective of improving both safety and efficiency of rail operations. It can detect subtle changes and goes beyond the traditional "pass/fail" approach to meet maintenance and safety thresholds. With sample size increases from revenue service deployments on Class I track, these DCNNs could advance the system further beyond a prototype concept.



RESTRICTED - ATTORNEYS' EYES ONLY PAVEMETRICS0114342
Trial Exhibit 0098 p. 56 of 60
EXHIBIT 98
124

## 6. Future Research

Based on this project's results, the research team first recommends the development of a Condition Change Index (CCI). This would facilitate quantification of how changes in certain features of interest influence track strength and safe train operations.

Development of a CCI would directly support the FRA Office of Research and Development Track Research Division's strategic priority of developing track inspection technologies that detect features of interest before they become failures in-service by providing continuous change-detection capabilities across the network.

Additionally, the research team also recommends the deployment of this technology on a hi-rail or autonomous test platform in revenue service on a Class I railroad. This would present an opportunity to collect additional data and evaluate the impact of higher data collection speeds. It will also facilitate further evaluation of system repeatability and would allow researchers to evaluate the DCNN's performance with differing environmental conditions while allowing DCNN training over larger datasets of features and conditions using revenue service track conditions.

## 7. References

[1] Federal Railroad Administration, "Track and Rail and Infrastructure Integrity Compliance Manual: Volume I - Chapter 2 - Field Reporting Procedures and Forms," March 2018. [Online]. Available: https://railroads.dot.gov/elibrary/track-and-rail-and-infrastructure-integrity-compliance-manual-volume-i-chapter-2-field-1. [Accessed 24 6 2020].

[2] "Aurora XivTM," Georgetown Rail Equipment, [Online]. Available: https://georgetownrail.com/Track-Inspection/Aurora-Xiv-1. [Accessed 18 April 2020].

[3] S. C. Orrell, J. A. Nagle and V. Christopher, "System and Method for Inspecting Railroad Track". United States Patent US 7.616,329 B2, 10 November 2009.

[4] A. Berry, X. Gibert-Serra, D. McNew and B. Nejikovsky, "High Speed Video Inspection of Joint Bars Using Advanced Image Collection and Processing Techniques," in *World Congress on Railway Research*, Seoul, 2008.

[5] "Railcheck," bvSys Bildverarbeitungssysteme GmbH, [Online]. Available: https://www.bvsys.de/58.html. [Accessed 18 April 2020].

[6] "Rail Corrugation," MERMEC Group, [Online]. Available: http://www.mermecgroup.com/inspect/track-measurement/61/rail-corrugation.php.%20Accessed%20Apr.%2018,%202020.. [Accessed 18 April 2020].

[7] "Laser Rail Inspection System (LRAIL)," Pavemetrics, [Online]. Available: http://www.pavemetrics.com/applications/rail-inspection/laser-rail-inspection-system/. [Accessed 27 June 2020].

[8] J. Schmidhuber, "Deep Learning in Neural Networks: An Overview," *Neural Networks,* vol. 61, pp. 85-117, January 2015.

[9] J. Chen, Z. Liu, H. Wang, A. Nunez and Z. Han, "Automatic Defect Detection of Fasteners on the Catenary Support Device Using Deep Convolutional Neural Network," *IEEE Transactions on Instrumentation and Measurement,* vol. 67, no. 2, pp. 257-269, 2018.

[10] S. Faghih-Roohi, S. Hajizadeh, A. Nunez, R. Barbuska and B. De Schutter, "Deep convolutional neural networks for detection of rail surface defects," in *2016 International Joint Conference on Neural Networks (IJCNN)*, Vancouver, 2016.

[11] X. Wei, Z. Yang, Y. Liu, D. Wei, L. Jia and Y. Li, "Railway track fastener defect detection based on image processing and deep learning techniques: A comparative study," *Engineering Applications of Artificial Intelligence,* vol. 80, pp. 66-81, 2019.

[12] X. Giben, V. M. Patel and R. Chellappa, "Material classification and semantic segmentation of railway track images with deep convolutional neural networks," in *2015 IEEE International Conference on Image Processing (ICIP)*, Quebec City, 2015.

[13] R. Chellappa, G. Xavier and P. Vishal, "Robust Anomaly Detection for Vision-Based Inspection of Railway Components," Department of Transportation, Federal Railroad Administration, Washington DC, 2015.

[14] H. Henderson and A. Borsholm, "Demonstration of Commercial-Off-The-Shelf Change Detection on Railway Images," Department of Transportation, Federal Railroad Administration, Washington DC, 2019.

[15] R. Fox-Ivey, T. Nguyen and J. Laurent, "Laser Triangulation for Track Change and Defect Detection," Department of Transportation, Federal Railroad Administration, Washington DC, 2020a.

[16] R. Fox-Ivey, T. Nguyen and J. Laurent, "Extended Field Trials of LRAIL for Automated Track Change Detection," Department of Transportation, Federal Railroad Administation, Washington DC, 2020b.

[17] "High Tonnage Loop (HTL/FAST)," Transportation Technology Center Inc., [Online]. Available: https://www.ttci.tech/onsitetrack/#htlfast. [Accessed 10 June 2020].

[18] A. Agresti, An introduction to categorical data analysis. 2nd ed., Hoboken: Wiley-Interscience, 2007.

[19] W. W. Hay, Railroad Engineering, New York: John Wiley & Sons, 1982.

## Abbreviations and Acronyms

| ACRONYMS | EXPLANATION |
|---|---|
| 2D | Two Dimensional |
| 3D | Three Dimensional |
| AI | Artificial Intelligence |
| CN | Canadian National Railroad |
| CCI | Condition Change Index |
| DCNN | Deep Convolutional Neural Network |
| FAST | Facility for Accelerated Service Testing |
| FRA | Federal Railroad Administration |
| HTL | High Tonnage Loop |
| LRAIL | Laser Rail Inspection System |
| LAS | 3D Point Cloud File |
| mAP | Mean Average Precision |
| RailTEC | Rail Transportation and Engineering Center |
| RPN | Region Proposal Network |
| TTC | Transportation Technology Center |