# EXHIBIT 740

```
////////////////////////////////////////////////////////////////////////////
//This function will detect fastener for current section using NN
//
LcmsRailAnalyser::eError LcmsRailAnalyser::DetectFastenerNN()
{

...

    //Load network if needed
    if (m_bFastenerNetworkLoaded == false && eErrorID == eNO_ERROR)
    {
        //Load the model
        eErrorIDTFObjDet =
        m_oFastenerNetwork.LoadGraph(m_sParams.strFastenerInferenceGraphFilePath);
        if (eErrorIDTFObjDet != TFObjectDetection::eNO_ERROR)
        {
            eErrorID = static_cast<eError>(eErrorIDTFObjDet);
        }
        else
        {
            m_bFastenerNetworkLoaded = true;
        }
    }
    if (m_bFastenerNetworkLoaded && eErrorID == eNO_ERROR)
    {
        //Set params
        TFObjectDetection::sTFObjDetParams asTFObsDetParam;
        asTFObsDetParam.fDetectionThres = m_sParams.fFastenerDetectionThreshold;
        m_oFastenerNetwork.SetParams(asTFObsDetParam);
        //Pass image through network
        if (ciUseFake3DImForFastenerNN)
        {
            eErrorIDTFObjDet =
            m_oFastenerNetwork.RunLrail(m_sFeatureOnTieNNArg.pucInFake3DImRGB,
            m_sFeatureOnTieNNArg.iInImW, m_sFeatureOnTieNNArg.iInImH);
        }
        else
        {
            eErrorIDTFObjDet =
            m_oFastenerNetwork.RunLrail(m_sFeatureOnTieNNArg.pucInRngImRGB,
            m_sFeatureOnTieNNArg.iInImW, m_sFeatureOnTieNNArg.iInImH);
        }
        //Extract the detected objects
        std::list<TFObjectDetection::sObjectData> sDetectedObjectList;
        std::list<TFObjectDetection::sObjectData> sDetectedObjectListForDebug;
        std::list<TFObjectDetection::sObjectData>::iterator CurrentObj;
        if (eErrorIDTFObjDet == TFObjectDetection::eNO_ERROR)
        {
            eErrorIDTFObjDet = m_oFastenerNetwork.GetObjectList(sDetectedObjectList);
        }
        else
        {
            eErrorID = static_cast<eError>(eErrorIDTFObjDet);
        }
        if (eErrorID == eNO_ERROR && sDetectedObjectList.size())
        {
            CurrentObj = sDetectedObjectList.begin();
            bool bIsObjectOnTie;
            bool bIsObjectInRoi;
            bool bIsObjectReported;
            vector<sTie>::iterator CurrentTie = m_pTies->begin();
            while (CurrentObj != sDetectedObjectList.end() && eErrorID == eNO_ERROR)
            {
                strObjLabelName.clear();
                strObjLabelName += CurrentObj->cLabelName;
                iPos = strObjLabelName.find(strFeatureName);
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
//If it's a fastener. The format of labelname will be:
Fastener_TypeName_Condition
if (iPos != std::string::npos)
{
    if (ciEnableSaveDebugImageRailAnalyser)
    {
        sDetectedObjectListForDebug.emplace_back(*CurrentObj);
    }
    //sometime we the bbox for missing fastener is created in a way
    that includes 2 rois with the
    //rail in the middle. We need to handle this situation. In case
    that we have big bbox for missing
    //fastener we will divide it in 2 so we will say there's 2 missing
    fastener
    bNeedDivideFastener = false;
    iNbFastener         =  ;
    iPos                = strObjLabelName.find("        ");
    if (iPos != std::string::npos)
    {
        iMinX = int(double(CurrentObj->MinX) *
        m_sFeatureOnTieNNArg.dDSfactor) +
        m_sFeatureOnTieNNArg.iBeginMergedImX;
        iMaxX = int(double(CurrentObj->MaxX) *
        m_sFeatureOnTieNNArg.dDSfactor) +
        m_sFeatureOnTieNNArg.iBeginMergedImX;
        if ((iMinX < m_iRailPos[0][0] && iMaxX > m_iRailPos[0][ ])
            || (iMinX < m_iRailPos[ ][0] && iMaxX > m_iRailPos[ ][ ]))
        {
            bNeedDivideFastener = true;
            iNbFastener         =  ;
        }
    }
    for (int iFas =  ; iFas < iNbFastener; iFas++)
    {
        LcmsRailAnalyser::sFastener NewFastener;
        //Get fastener type name
        iPrePos                         = strObjLabelName.find("_");
        iPrePos                         = iPrePos +  ;
        iPos                            = strObjLabelName.find(" ",
        iPrePos,  );
        strTmp.clear();
        strTmp                          =
        strObjLabelName.substr(iPrePos, iPos - iPrePos);
        strcpy_s(NewFastener.m_cFastenerTypeName, 1024, &strTmp[ ]);
        //Similarity

...

                //Coordinate of object
                NewFastener.m_BBox.iMinX = iMinX;
                NewFastener.m_BBox.iMaxX = m_iRailPos[ ][ ];
                NewFastener.m_BBox.iMinY =
                int(double(CurrentObj->MinY) *
                m_sFeatureOnTieNNArg.dDSfactor/
                m_sFeatureOnTieNNArg.dUSfactorY) +
                int(double(m_sFeatureOnTieNNArg.iBeginY)/
                m_sFeatureOnTieNNArg.dUSfactorY) +
                m_sFeatureOnTieNNArg.iBeginMergedImY;
                NewFastener.m_BBox.iMaxY =
                int(double(CurrentObj->MaxY) *
                m_sFeatureOnTieNNArg.dDSfactor/
                m_sFeatureOnTieNNArg.dUSfactorY) +
                int(double(m_sFeatureOnTieNNArg.iBeginY)/
                m_sFeatureOnTieNNArg.dUSfactorY) +
                m_sFeatureOnTieNNArg.iBeginMergedImY;

...
```


C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
                //Area
                NewFastener.m_fArea = (NewFastener.m_BBox.iMaxX-
                NewFastener.m_BBox.iMinX+ )*(NewFastener.m_BBox.iMaxY -
                NewFastener.m_BBox.iMinY + ) /
                m_sFeatureOnTieNNArg.dUSfactorY;

    ...

            //Position of object
            NewFastener.m_Position_m =
            m_sRoadSectionInfo.uiSectionID*m_sRoadSectionInfo.uiNbProfiles +
                0.5*(NewFastener.m_BBox.iMinY + NewFastener.m_BBox.iMaxY) -
                m_aiMergedValidMinMaxY_pix[0];
            NewFastener.m_Position_m =
            NewFastener.m_Position_m*m_sFeatureOnTieNNArg.dInResY*(      );
            //Condition of object
            iPos = strObjLabelName.find("Good");
            if (iPos != std::string::npos)
            {
                NewFastener.m_iCondition =  ;
            }
            else
            {
                iPos = strObjLabelName.find("      ");
                if (iPos != std::string::npos)
                {
                    NewFastener.m_iCondition =  ;
                }
                else
                {
                    iPos = strObjLabelName.find("      ");
                    if (iPos != std::string::npos)
                    {
                        NewFastener.m_iCondition =  ;
                    }
                    else
                    {
                        iPos = strObjLabelName.find("      ");
                        if (iPos != std::string::npos)
                        {
                            NewFastener.m_iCondition =  ;
                        }
                        else
                        {
                            iPos = strObjLabelName.find("      ");
                            if (iPos != std::string::npos)
                            {
                                NewFastener.m_iCondition =  ;
                            }
                            else
                            {
                                iPos = strObjLabelName.find("      ");
                                if (iPos != std::string::npos)
                                {
                                    NewFastener.m_iCondition =  ;
                                }
                            }
                        }
                    }
                }
            }
            //Determine if the object is on tie
            bIsObjectOnTie = false;
            ucMax =  ;
            if (m_pTies->size())
            {
```

```
                ippRoiSize.width  = NewFastener.m_BBox.iMaxX -
                NewFastener.m_BBox.iMinX +  ;
                ippRoiSize.height = NewFastener.m_BBox.iMaxY -
                NewFastener.m_BBox.iMinY +  ;
                IppStat =
                ippiMax_8u_C1R(&m_pucTieMaskFull[NewFastener.m_BBox.iMinY*m_i
                MergedImageW + NewFastener.m_BBox.iMinX], sizeof(unsigned
                char)*m_iMergedImageW, ippRoiSize, &ucMax);
                if (IppStat != ippStsNoErr)
                {
                    eErrorID = eERROR_PROCESSING_IPP;
                }
                if (eErrorID == eNO_ERROR)
                {
                    if (ucMax)
                    {
                        bIsObjectOnTie = true;
                        CurrentTie = m_pTies->begin();
                        while (CurrentTie != m_pTies->end())
                        {
                            if (CurrentTie->m_iID == ucMax)
                            {
                                NewFastener.m_Position_m =
                                CurrentTie->m_Position_m;
                                NewFastener.m_bIsOnTie    = true;
                                break;
                            }
                            CurrentTie++;
                        }
                    }
                }
            }
            //Determine if the object is in ROI
            bIsObjectInRoi = false;
            if (eErrorID == eNO_ERROR)
            {
                obj1.left   = NewFastener.m_BBox.iMinX;
                obj1.right  = NewFastener.m_BBox.iMaxX;
                obj1.top    = NewFastener.m_BBox.iMaxY;
                obj1.bottom = NewFastener.m_BBox.iMinY;

                obj2.left   = 0;
                obj2.right  = m_iMergedImageW;
                obj2.top    = m_aiMergedValidMinMaxY_pix[1];
                obj2.bottom = m_aiMergedValidMinMaxY_pix[0];
                OverlapBetweenRectObj(obj1, obj2, bIsThereOverlap,
                fOverlapArea);
                if (bIsThereOverlap && fOverlapArea >
                0. *NewFastener.m_fArea)
                {
                    NewFastener.m_bIsSeenMoreThanHalf = true;
                }
                bIsObjectInRoi = true;
            }
            //Determine if it's already reported
            bIsObjectReported = false;
            if (eErrorID == eNO_ERROR/* && (bIsObjectOnTie ||
            bIsObjectInRoi)*/)
            {
                LcmsRailAnalyser::sGetGeoRefAtPos aTmpSGetGeoRefAtPos =
                m_sGetGeoRefAtPosArg;
                aTmpSGetGeoRefAtPos.iX = int(   *(NewFastener.m_BBox.iMinX
                + NewFastener.m_BBox.iMaxX));
                aTmpSGetGeoRefAtPos.iY = int(   *(NewFastener.m_BBox.iMinY
                + NewFastener.m_BBox.iMaxY));
                eErrorID                = GetGeoRefAtPos(aTmpSGetGeoRefAtPos);
                if (eErrorID == eNO_ERROR)
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
{
    NewFastener.m_iUtmZone = aTmpSGetGeoRefAtPos.iUtmZone;
    NewFastener.m_dUtmX    = aTmpSGetGeoRefAtPos.dUtmXYZ[ ];
    NewFastener.m_dUtmY    = aTmpSGetGeoRefAtPos.dUtmXYZ[ ];
    NewFastener.m_dUtmZ    = aTmpSGetGeoRefAtPos.dUtmXYZ[ ];
    NewFastener.m_dLat     = aTmpSGetGeoRefAtPos.dLatLong[ ];
    NewFastener.m_dLong    = aTmpSGetGeoRefAtPos.dLatLong[ ];
}
else
{
    eErrorID = eNO_ERROR;
}
if (m_Fasteners.size() && eErrorID == eNO_ERROR)
{
    for (int iF =  ; iF < m_Fasteners.size(); iF++)
    {
        obj1.left   = NewFastener.m_BBox.iMinX;
        obj1.right  = NewFastener.m_BBox.iMaxX;
        obj1.top    = NewFastener.m_BBox.iMaxY;
        obj1.bottom = NewFastener.m_BBox.iMinY;

        obj2.left   = m_Fasteners[iF].m_BBox.iMinX;
        obj2.right  = m_Fasteners[iF].m_BBox.iMaxX;
        obj2.top    = m_Fasteners[iF].m_BBox.iMaxY;
        obj2.bottom = m_Fasteners[iF].m_BBox.iMinY;
        OverlapBetweenRectObj(obj1, obj2, bIsThereOverlap,
        fOverlapArea);
        if (bIsThereOverlap &&
            (fOverlapArea >= 0.5*NewFastener.m_fArea ||
            fOverlapArea >= 0.5*m_Fasteners[iF].m_fArea))
        {
            bIsObjectReported = true;
            //if they're same condition, we prefer the one
            with higher area
            //else
            //we prefer to keep the defect object over good
            object
            //then we consider the area and score
            if (NewFastener.m_iCondition ==
            m_Fasteners[iF].m_iCondition)
            {
                if (NewFastener.m_fArea >
                m_Fasteners[iF].m_fArea)
                {
                    m_Fasteners[iF] = NewFastener;
                    break;
                }
            }else
            {
                //we have to take care the missing
                condition since we may have big bbox for
                missing
                if (NewFastener.m_iCondition !=  )
                {
                    if (m_Fasteners[iF].m_iCondition ==  )
                    {
                        if (NewFastener.m_iCondition !=  )
                        {
                            m_Fasteners[iF] = NewFastener;
                            break;
                        }
                    }
                    else
                    {
                        if (NewFastener.m_fArea >
                        m_Fasteners[iF].m_fArea)
                        {
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
                                                            m_Fasteners[iF] = NewFastener;
                                                            break;
                                                        }
                                                    }
                                                }
                                                else
                                                {
                                                    if (m_Fasteners[iF].m_iCondition == 3)
                                                    {
                                                        m_Fasteners[iF] = NewFastener;
                                                        break;
                                                    }
                                                }
                                            }
                                        }
                                    }
                                }
```

RESTRICTED CONFIDENTIAL SOURCE CODE PAVE-SRC-300

Trial Exhibit 0740 P. 300 of 349
EXHIBIT 740
142

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
//////////////////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////
// This function detects the joint bar on the surface of the
rails                                                                         //
// We assume the
followings:
                                  //
//  - We detect joint bar on the 2 main rails
only                                                                                      //
//  - The rails are straight and
detecte
                       //
//  - We know the length of the joint
bar
      //
//////////////////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////
LcmsRailAnalyser::eError LcmsRailAnalyser::DetectJointBar(float* _pfRailRngImg,
unsigned char* _pucRailIntImg, unsigned char* _pucRailRectRngImg,
    unsigned char* _pucRailInvalidMask, unsigned char* _pucRailMask, float*
    _pfRailUtmZImg, unsigned char* _pucHighIntensityPixelMask,
    int _iImW, int _iImH, int _iFirstPointOfRoiX, int _iFirstPointOfRoiY, int
    _iHorOffset, sJointBar &_saJointBar, bool &_bIsThereJointBar,
    std::vector<sRail>::iterator _CurrentRail)
{

...

        //From the acceptable pixel we will find the mean of the surface of rail at
        specific position
        float fOffsetHeight = cfDetectJointBarDistanceToTop_mm;//This is the depth that
        we will go down from rail's top to look for joint bar
        float fMean;
        double dMean;
        int iHalfHeight     =   ;
        for (int iH =   ; iH<_iImH && eErrorID == eNO_ERROR; iH++)
        {
            if (iH < iHalfHeight)
            {
                ippRoiSize.height = iHalfHeight;
                ippRoiSize.width  = _iImW -   * _iHorOffset;
                IppStat = ippiMean_32f_C1MR(&_pfRailRngImg[iH*_iImW + _iHorOffset],
                sizeof(float)*_iImW, &pucAcceptablePixelMask[iH*_iImW + _iHorOffset],
                    sizeof(unsigned char)*_iImW, ippRoiSize, &dMean);
            }
            else
            {
                if (iH >= iHalfHeight && iH < _iImH- -iHalfHeight)
                {
                    ippRoiSize.height =  *iHalfHeight+ ;
                    ippRoiSize.width  = _iImW -   * _iHorOffset;
                    IppStat = ippiMean_32f_C1MR(&_pfRailRngImg[(iH - iHalfHeight)*_iImW
                    + _iHorOffset], sizeof(float)*_iImW, &pucAcceptablePixelMask[(iH -
                    iHalfHeight)*_iImW + _iHorOffset],
                        sizeof(unsigned char)*_iImW, ippRoiSize, &dMean);
                }
                else
                {
                    ippRoiSize.height = iHalfHeight;
                    ippRoiSize.width  = _iImW -   * _iHorOffset;
                    IppStat = ippiMean_32f_C1MR(&_pfRailRngImg[(iH - iHalfHeight)*_iImW
                    + _iHorOffset], sizeof(float)*_iImW, &pucAcceptablePixelMask[(iH -
                    iHalfHeight)*_iImW + _iHorOffset],
                        sizeof(unsigned char)*_iImW, ippRoiSize, &dMean);
                }
            }
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
            fMean = static_cast<float>(dMean);
            if (IppStat == ippStsNoErr && fMean > fOffsetHeight)
            {
                ippRoiSize.height =  ;
                ippRoiSize.width  = _iImW;
                IppStat           =
                ippiCompareEqualEpsC_32f_C1R(&_pfRailRngImg[iH*_iImW],
                sizeof(float)*_iImW, fMean, &pucObjCloseToRailTopMaskTmp[iH*_iImW],
                    sizeof(unsigned char)*_iImW, ippRoiSize, fOffsetHeight);
                if (IppStat == ippStsNoErr)
                {
                    //refine the rail mask to reduce the effect of rail's boundaries
                    IppStat = ippiCompareEqualEpsC_32f_C1R(&_pfRailRngImg[iH*_iImW],
                    sizeof(float)*_iImW, fMean, &pucRailMask[iH*_iImW],
                        sizeof(unsigned char)*_iImW, ippRoiSize,
                        cfDetectJointBarDistanceToTopForRail_mm);
                }
            }

...

        //Remove the rails from the mask of objects close to rail
        if (eErrorID == eNO_ERROR)
        {
            memcpy_s(pucObjCloseToRailTopTmp, sizeof(unsigned char)*_iImW*_iImH,
            pucObjCloseToRailTopMaskTmp, sizeof(unsigned char)*_iImW*_iImH);
            ippRoiSize.width  = _iImW;
            ippRoiSize.height = _iImH;
            IppStat           = ippiSet_8u_C1MR( , pucObjCloseToRailTopTmp, sizeof(unsigned
            char)*_iImW, ippRoiSize, pucRailMask, sizeof(unsigned char)*_iImW);
            if (IppStat == ippStsNoErr)
            {
                IppStat = ippiSet_8u_C1MR( , pucObjCloseToRailTopTmp, sizeof(unsigned
                char)*_iImW, ippRoiSize, _pucRailInvalidMask, sizeof(unsigned char)*_iImW);
            }

            if (IppStat != ippStsNoErr)
            {
                eErrorID = eERROR_PROCESSING_IPP;
            }
        }
        if (eErrorID == eNO_ERROR && ciEnableSaveDebugImageRailAnalyser)
        {
            char strImName[] =
            "                                                                  ";
            ImWrite(pucObjCloseToRailTopTmp, _iImW, _iImH, strImName);
        }

...

        //candidates for jointbar are vertical object with propriate length and width

...

            for (int i = ; i < NbBlob; i++)
            {
                if (BlobSelectTable[i] ==    )
                {
                    BlobSelectTable[i] =  ;
                    for (int iJbLen =  ; iJbLen < iNbJointbarLen; iJbLen++)
                    {
                        fJbarLenThresMinMax[ ] = fLenFacMin * (vfJointbarLength[iJbLen]
                        / fYResolution_mm);
                        fJbarLenThresMinMax[ ] = fLenFacMax * (vfJointbarLength[iJbLen]
                        / fYResolution_mm);
                        if (BlobInfoArray[i].PcaBlobLength > fJbarLenThresMinMax[ ] &&
                        BlobInfoArray[i].PcaBlobLength < fJbarLenThresMinMax[1]
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
                                    && BlobInfoArray[i].PcaBlobHeight >(fJbarWidthThres +
                                    iRailWidth))
                                {
                                    dSum = 0;
                                    ippRoiSize.width = BlobInfoArray[i].MaxX -
                                    BlobInfoArray[i].MinX;
                                    ippRoiSize.height = BlobInfoArray[i].MaxY -
                                    BlobInfoArray[i].MinY;

    ...

                }
                if (iNbCandidate == 1)
                {
                    _bIsThereJointBar = true;//assume that there's only 1 joint/rail/section
                    for (int i = 0; i < _iImW*_iImH; i++) pucObjCloseToRailTopMask[i] =
                    BlobSelectTable[puiLabelMarkerMergedBW[i]];
                }
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\RailDetector.cpp

```
////////////////////////////////////////////////////////////////////////////////
//This function is to determine if a section is no ballast
CRailDetector::eError CRailDetector::DetectNoBallastSection(float* _pfOrientVecZen,
unsigned char* _pucEdgeMergedDSRngBW, unsigned int* _puiLabelMarkerMergedDSRngBW,
    bool _bIsOnBridgeOrInsideTunnel, bool _bIsInsideTunnel)
{

...

    ippRoiSize.width  = m_iMergedDSImW;
    ippRoiSize.height = m_iMergedDSImH;
    IppStat           = ippiCompareC_32f_C1R(_pfOrientVecZen,
    sizeof(float)*m_iMergedDSImW, fThresholdDegree, _pucEdgeMergedDSRngBW,
        sizeof(unsigned char)*m_iMergedDSImW, ippRoiSize, ippCmpGreaterEq);
    if (IppStat != ippStsNoErr)
    {
        eErrorID = eERROR_PROCESSING_IPP;
    }
    if (eErrorID == eNO_ERROR)
    {
        ippRoiSize.width  = m_iMergedDSImW;
        ippRoiSize.height = m_iMergedDSImH;

        IppStat = ippiXorC_8u_C1R(_pucEdgeMergedDSRngBW, sizeof(unsigned
        char)*m_iMergedDSImW, 255,
            m_pucAllObjectMask, sizeof(unsigned char)*m_iMergedDSImW, ippRoiSize);
        if (IppStat == ippStsNoErr)
        {
            IppStat = ippiSet_8u_C1MR(0, m_pucAllObjectMask, m_iMergedDSImW *
            sizeof(unsigned char), ippRoiSize,
                m_pucRailMaskWFootDS, m_iMergedDSImW * sizeof(unsigned char));
        }
        if (IppStat != ippStsNoErr)
        {
            eErrorID = eERROR_PROCESSING_IPP;
        }
        if (eErrorID == eNO_ERROR)
        {
            IppStat = ippiSet_8u_C1MR(0, m_pucAllObjectMask, m_iMergedDSImW *
            sizeof(unsigned char), ippRoiSize,
                m_pMergedDSImZero, m_iMergedDSImW * sizeof(unsigned char));
            if (IppStat != ippStsNoErr)
            {
                eErrorID = eERROR_PROCESSING_IPP;
            }
        }
    }
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\RailDetector.cpp

```
//This function detect the rail in the image
//Assumptions:
//-There're rails on both side of the road section
//-The distance between of the rails (gage width) < 2m
//-The rails are vertical and pass through the road section
//-The width of the rails is about 80mm
//-The smoothness of the rail surface (std in range data) < 12mm
//-The rail is highest around it position.
CRailDetector::eError CRailDetector::DetectRail()
{

...

    //Determine if there's a road crossing or tramway

...

    if (eErrorID == eNO_ERROR && ciGeometryRealtimeWoodenRailSim == 0
        && (m_bIsSectionEnvironmentSet == false || m_sParams.iSectionEnvironment ==
        || m_sParams.iSectionEnvironment ==  ))
    {
        eErrorID = IsTramwayOrRoadCrossing(bIsTramwayOrRoadCrossing, pucGrooveMask);
    }

...

    //Boundaries of the rails
    unsigned char *pucEdgeMergedDSRngBW = NULL;
    if (eErrorID == eNO_ERROR)
    {
        try
        {
            pucEdgeMergedDSRngBW = new unsigned char[m_iMergedDSImW*m_iMergedDSImH];
        }
        catch (...)
        {
            eErrorID = eERROR_NOT_ENOUGH_MEMORY;
        }
    }
    if (eErrorID == eNO_ERROR)
    {
        eErrorIDRailAnalyser = LcmsRailAnalyser::EdgeDetectionNormalMap(m_pMergedDSRng,
        m_iMergedDSImW, m_iMergedDSImH, pucEdgeMergedDSRngBW,
            pfOrientVecZen, fThresholdDegree);
    }
    if (eErrorID == eNO_ERROR && ciEnableSaveDebugImage)
    {
        char strImName[] = "";
        LcmsRailAnalyser::ImWrite(pucEdgeMergedDSRngBW, m_iMergedDSImW, m_iMergedDSImH,
        strImName);
    }

...

    //The rails are supposed to be vertical, so we keep only the vertical object

    ////////////////////////////////////////////////////////////////////////////////////////
    ////////////////////////////////////////////////

...

        if (eErrorID == eNO_ERROR && ImMorphRes == ImageMorph::eNO_ERROR)
        {
            ImMorphRes =
            ImageMorphObj.SetStructuringElement(ImageMorph::eTYPE_RECTANGLE,
            iRectSize[ ], iRectSize[ ]);
```

```
        }
        if (eErrorID == eNO_ERROR && ImMorphRes == ImageMorph::eNO_ERROR)
        {
            ImMorphRes = ImageMorphObj.Dilate(pucEdgeMergedDSRngBW, m_iMergedDSImW,
            m_iMergedDSImH, pucMorphologyMergedDSRngBW);
        }
        if (eErrorID == eNO_ERROR && ImMorphRes != ImageMorph::eNO_ERROR)
        {
            eErrorID = eERROR_IMAGE_MORPH;
        }
        if (eErrorID == eNO_ERROR && ImMorphRes == ImageMorph::eNO_ERROR &&
        ciEnableSaveDebugImage)
        {
            char strImName[] = "                                          ";
            LcmsRailAnalyser::ImWrite(pucMorphologyMergedDSRngBW, m_iMergedDSImW,
            m_iMergedDSImH, strImName);
        }
    }

...

    //keep only the vertical rectangular objects

...

    if (eErrorID == eNO_ERROR)
    {
        ippRoiSize.width  = m_iMergedDSRoiMinMaxX_pix[ ] - m_iMergedDSRoiMinMaxX_pix[ ];
        ippRoiSize.height = m_iMergedDSRoiMinMaxY_pix[ ] - m_iMergedDSRoiMinMaxY_pix[ ];

        ippsZero_8u(pucMainRailMergedDSRngBW, m_iMergedDSImW*m_iMergedDSImH);
        IppStat = ippiCopy_8u_C1R(&pucInvertMergedDSRngBW[m_iMergedDSRoiMinMaxY_pix[ ]
        * m_iMergedDSImW + m_iMergedDSRoiMinMaxX_pix[ ]], m_iMergedDSImW *
        sizeof(unsigned char),
            &pucMainRailMergedDSRngBW[m_iMergedDSRoiMinMaxY_pix[ ] * m_iMergedDSImW +
            m_iMergedDSRoiMinMaxX_pix[ ]], m_iMergedDSImW * sizeof(unsigned char),
            ippRoiSize);
        if (IppStat == ippStsNoErr)
        {
            ippRoiSize.width  = int(m_iMergedDSImW /  ) - int(cfRailDistanceMax_mm /
            / m_fXResolution_mm*m_fDSfactorX);
            ippRoiSize.height = m_iMergedDSImH;
            ippiSet_8u_C1R( , pucMainRailMergedDSRngBW, m_iMergedDSImW *
            sizeof(unsigned char), ippRoiSize);
        }
        if (IppStat == ippStsNoErr)
        {
            ippRoiSize.width  = int(cfRailDistanceMin_mm /
            m_fXResolution_mm*m_fDSfactorX);
            ippRoiSize.height = m_iMergedDSImH;
            ippiSet_8u_C1R( , &pucMainRailMergedDSRngBW[int(m_iMergedDSImW /  ) -
            int(cfRailDistanceMin_mm /   / m_fXResolution_mm*m_fDSfactorX)],
                m_iMergedDSImW * sizeof(unsigned char), ippRoiSize);
        }
        if (IppStat == ippStsNoErr)
        {
            ippRoiSize.width  = int(m_iMergedDSImW /  ) - int(cfRailDistanceMax_mm /
            / m_fXResolution_mm*m_fDSfactorX);
            ippRoiSize.height = m_iMergedDSImH;
            ippiSet_8u_C1R( , &pucMainRailMergedDSRngBW[int(m_iMergedDSImW /  ) +
            int(cfRailDistanceMax_mm /   / m_fXResolution_mm*m_fDSfactorX)],
                m_iMergedDSImW * sizeof(unsigned char), ippRoiSize);
        }

...

            //the rails are normally the highest object in the section so we keep the
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\RailDetector.cpp

```
object with highest mean range value for left and right
//of the section
double dOffset =   ;
if (m_sParams.iSectionEnvironment ==  ) dOffset =   ;
for (int i =  ; i < viCandidateId.size(); i++)
{
    if (BlobInfoArray[viCandidateId[i]].MaxX <     *m_iMergedDSImW)
    {
        if (vdCandidateMeanHeight[i] > (dMeanHeightMinLR[ ] + dOffset))
        {
            BlobSelectTable[viCandidateId[i]] =  ;
            vdCandidateT[i] =  ;
        }
    }
    if (BlobInfoArray[viCandidateId[i]].MinX >     *m_iMergedDSImW)
    {
        if (vdCandidateMeanHeight[i] > (dMeanHeightMinLR[ ] + dOffset))
        {
            BlobSelectTable[viCandidateId[i]] =  ;
            vdCandidateT[i] =  ;
        }
    }
}

//sometime we have the joint that separates the rails, so we will revisit
to make sure that we keep all part of the rails
for (int i =  ; i < viCandidateId.size(); i++)
{
    if (BlobSelectTable[viCandidateId[i]])
    {
        for (int j =  ; j < NbBlob; j++)
        {
            int iOverlapL =  ;
            if (j != viCandidateId[i] && BlobSelectTable[j] ==  )
            {
                if (BlobInfoArray[j].MaxX <
                BlobInfoArray[viCandidateId[i]].MinX
                    || BlobInfoArray[j].MinX >
                    BlobInfoArray[viCandidateId[i]].MaxX)
                {
                }
                else
                {
                    for (int iBlobW = BlobInfoArray[j].MinX; iBlobW <=
                    BlobInfoArray[j].MaxX; iBlobW++)
                    {
                        if (iBlobW >= BlobInfoArray[viCandidateId[i]].MinX
                        &&iBlobW <= BlobInfoArray[viCandidateId[i]].MaxX)
                        iOverlapL++;
                    }
                    if (iOverlapL >    *(BlobInfoArray[j].MaxX -
                    BlobInfoArray[j].MinX +  ) &&
                        iOverlapL >
                           *BlobInfoArray[viCandidateId[i]].PcaBlobHeight)
                    {
                        BlobSelectTable[j] =    ;
                    }
                }
            }
        }
    }
}
for (int i =  ; i < m_iMergedDSImW*m_iMergedDSImH; i++)
{
    pucMainRailMergedDSRngBW[i] = BlobSelectTable[puiRailLabelMarkerBW[i]];
}
}
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\RailDetector.cpp

```
        //For crossing road section, the rails are normally next to a groove
        if (eErrorID == eNO_ERROR && NbBlob >   && (m_sParams.iSectionEnvironment==  ))
        {
            BlobSelectTable[ ] =  ;
            double dT, dAngle;
            for (int i =  ; i < NbBlob && eErrorID == eNO_ERROR; i++)
            {
                BlobSelectTable[i] =  ;
                if (BlobInfoArray[i].PcaBlobHeight >= 0. *iRailWidthDS
                    && BlobInfoArray[i].PcaBlobHeight <= 1.5*iRailWidthDS
                    && BlobInfoArray[i].PcaBlobLength >= 0.1*m_iMergedDSImH)
                {
                    dT = static_cast<double>(BlobInfoArray[i].Area) /
                        (static_cast<double>(BlobInfoArray[i].MaxY -
                        BlobInfoArray[i].MinY +  )*
                            static_cast<double>(BlobInfoArray[i].MaxX -
                            BlobInfoArray[i].MinX +  ));
                    dAngle = std::abs(std::atan(BlobInfoArray[i].EigVectXY[ ] /
                    BlobInfoArray[i].EigVectXY[0])) * 180 / PI;
                    //we should see the groove on the right of the rail
                    if (BlobInfoArray[i].MaxX < m_iMergedDSImW /  )
                    {
                        ippRoiSize.width  = int(0.5*iRailWidthDS);
                        ippRoiSize.height = BlobInfoArray[i].MaxY -
                        BlobInfoArray[i].MinY;
                        double dSum       =  ;
                        IppStat           =
                        ippiSum_8u_C1R(&pucGrooveMask[BlobInfoArray[i].MinY*m_iMergedDSIm
                        W + BlobInfoArray[i].MaxX],
                            sizeof(unsigned char)*m_iMergedDSImW, ippRoiSize, &dSum);
                        if (IppStat != ippStsNoErr)
                        {
                            eErrorID = eERROR_PROCESSING_IPP;
                        }
                        if (eErrorID == eNO_ERROR && dSum >  ) BlobSelectTable[i] =     ;
                    }
                    //we should see the groove on the left of the rail
                    if (BlobInfoArray[i].MaxX > m_iMergedDSImW /  )
                    {
                        ippRoiSize.width = int(0.5*iRailWidthDS);
                        ippRoiSize.height = BlobInfoArray[i].MaxY -
                        BlobInfoArray[i].MinY;
                        double dSum =  ;
                        IppStat =
                        ippiSum_8u_C1R(&pucGrooveMask[BlobInfoArray[i].MinY*m_iMergedDSIm
                        W + BlobInfoArray[i].MinX- int(0.5*iRailWidthDS)],
                            sizeof(unsigned char)*m_iMergedDSImW, ippRoiSize, &dSum);
                        if (IppStat != ippStsNoErr)
                        {
                            eErrorID = eERROR_PROCESSING_IPP;
                        }
                        if (eErrorID == eNO_ERROR && dSum >  ) BlobSelectTable[i] =     ;
                    }
                    if (BlobSelectTable[i] ==  )
                    {
                        if ((std::isnan(dAngle) || dAngle >   ) && dT > 0.9
                            && BlobInfoArray[i].PcaBlobHeight >= 0. *iRailWidthDS
                            && BlobInfoArray[i].PcaBlobHeight <=    *iRailWidthDS
                            && BlobInfoArray[i].PcaBlobLength >=
                            0.5*(m_iMergedDSRoiMinMaxY_pix[1] -
                            m_iMergedDSRoiMinMaxY_pix[0])) BlobSelectTable[i] =    ;
                    }
                }
            }
            for (int i =  ; i < m_iMergedDSImW*m_iMergedDSImH; i++)
            {
                pucMainRailMergedDSRngBW[i] = BlobSelectTable[puiRailLabelMarkerBW[i]];
```

```
                }
            }
        }
...
        //Many cases, when crossing road or tramway algo does not see the edge of rail in
        range data well. In this case, if we have 2 grooves then we can assign
        //two rail next to these grooves.

        if (eErrorID == eNO_ERROR && (m_sParams.iSectionEnvironment ==    ||
        m_sParams.iSectionEnvironment ==    )
            && m_Rails.size()<   && bIsTheSectionBlack == false)
        {
            m_Rails.clear();
            BCRes = BlobColoringObj.ApplyBlobColoringIpp(pucGrooveMask, m_iMergedDSImW,
            m_iMergedDSImH, puiRailLabelMarkerBW, NbBlob);
            if (BCRes != BlobColoring::eNO_ERROR)
            {
                eErrorID = eERROR_BLOB_LABELLING;
            }
            if (eErrorID == eNO_ERROR && NbBlob >   )
            {
                try
                {
                    BlobSelectTable = new unsigned char[NbBlob];
                    BlobInfoArray   = new BlobColoring::BlobInfo[NbBlob];
                }
                catch (...) {}
                if (!BlobSelectTable || !BlobInfoArray)
                {
                    eErrorID = eERROR_NOT_ENOUGH_MEMORY;
                }
                if (eErrorID == eNO_ERROR)
                {
                    BCRes = BlobColoringObj.GetBlobInfo(NbBlob, BlobInfoArray,
                        puiRailLabelMarkerBW, m_iMergedDSImW, m_iMergedDSImH,
                        BLOB_INFO_TYPE_PCA);
                    if (BCRes != BlobColoring::eNO_ERROR)
                    {
                        eErrorID = eERROR_BLOB_LABELLING;
                    }
                }
            }
...

            if (eErrorID == eNO_ERROR && NbBlob ==   )
            {
                if (BlobSelectTable) { delete[]BlobSelectTable; BlobSelectTable = NULL; }
                if (BlobInfoArray)   { delete[]BlobInfoArray  ; BlobInfoArray   = NULL; }

                NbBlob =  ;

                ippsZero_8u(pucMainRailMergedDSRngBW, m_iMergedDSImW*m_iMergedDSImH);
                ImMorphRes = ImageMorph::eNO_ERROR;
                ImMorphRes =
                ImageMorphObj.SetStructuringElement(ImageMorph::eTYPE_RECTANGLE, int(   *
                iRailWidthDS),   );

                if (ImMorphRes == ImageMorph::eNO_ERROR)
                {
                    ImMorphRes = ImageMorphObj.Dilate(pucGrooveMask, m_iMergedDSImW,
                    m_iMergedDSImH, pucMainRailMergedDSRngBW);
                }
                if (ImMorphRes != ImageMorph::eNO_ERROR)
                {
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\RailDetector.cpp

```
                eErrorID = eERROR_IMAGE_MORPH;
            }
            if (eErrorID == eNO_ERROR)
            {
                ippRoiSize.height = m_iMergedDSImH;
                ippRoiSize.width  = m_iMergedDSImW;
                IppStat = ippiSet_8u_C1MR([illegible], pucMainRailMergedDSRngBW, sizeof(unsigned
                char)*m_iMergedDSImW, ippRoiSize, pucGrooveMask, sizeof(unsigned
                char)*m_iMergedDSImW);
                if (IppStat != ippStsNoErr)
                {
                    eErrorID = eERROR_PROCESSING_IPP;
                }
            }
            if (eErrorID == eNO_ERROR && ciEnableSaveDebugImage)
            {
                char strImName[] = "c:\\Temp\\[illegible]";
                LcmsRailAnalyser::ImWrite(pucMainRailMergedDSRngBW, m_iMergedDSImW,
                m_iMergedDSImH, strImName);
            }
            if (eErrorID == eNO_ERROR)
            {
                BCRes = BlobColoringObj.ApplyBlobColoringIpp(pucMainRailMergedDSRngBW,
                m_iMergedDSImW, m_iMergedDSImH, puiRailLabelMarkerBW, NbBlob);
                if (BCRes != BlobColoring::eNO_ERROR)
                {
                    eErrorID = eERROR_BLOB_LABELLING;
                }
                if (eErrorID == eNO_ERROR && NbBlob > [illegible])
                {
                    try
                    {
                        BlobSelectTable = new unsigned char[NbBlob];
                        BlobInfoArray   = new BlobColoring::BlobInfo[NbBlob];
                    }
                    catch (...) {}
                    if (!BlobSelectTable || !BlobInfoArray)
                    {
                        eErrorID = eERROR_NOT_ENOUGH_MEMORY;
                    }
                    if (eErrorID == eNO_ERROR)
                    {
                        BCRes = BlobColoringObj.GetBlobInfo(NbBlob, BlobInfoArray,
                            puiRailLabelMarkerBW, m_iMergedDSImW, m_iMergedDSImH,
                            BLOB_INFO_TYPE_PERIM);
                        if (BCRes != BlobColoring::eNO_ERROR)
                        {
                            eErrorID = eERROR_BLOB_LABELLING;
                        }
                    }
                }
                if (eErrorID == eNO_ERROR && NbBlob == [illegible])
                {
                    int iMostExteriorLeft, iMostExteriorRight;
                    iMostExteriorLeft = iMostExteriorRight = [illegible];
                    BlobSelectTable[[illegible]] = [illegible];
                    for (int i = [illegible]; i < NbBlob; i++)
                    {
                        if (BlobInfoArray[i].MinX <
                        BlobInfoArray[iMostExteriorLeft].MinX)
                        {
                            iMostExteriorLeft = i;
                        }
                        if (BlobInfoArray[i].MaxX >
                        BlobInfoArray[iMostExteriorRight].MaxX)
                        {
                            iMostExteriorRight = i;
```

```
        }
    }
    float fMean, fStdDev;
    float fLeftBorSum    =  ;
    float fRightBorSum   =  ;
    int iLeftBorNumPnt   =  ;
    int iRightBorNumPnt =  ;
    for (int i =  ; i < NbBlob; i++)
    {
        if (i != iMostExteriorLeft && i != iMostExteriorRight)
        {
            BlobSelectTable[i] =  ;
        }
        else
        {
            BlobSelectTable[i]  =   ;
            fLeftBorSum         =  
            fRightBorSum        =  ;
            iLeftBorNumPnt      =  ;
            iRightBorNumPnt     =  ;
            LcmsRailAnalyser::sRail NewRail;
            NewRail.m_Area       = BlobInfoArray[i].Area;
            NewRail.m_CentroidX = BlobInfoArray[i].CentroidX;
            NewRail.m_CentroidY = BlobInfoArray[i].CentroidY;
            NewRail.m_fAngle     =
            std::abs(std::atan(BlobInfoArray[i].EigVectXY[ ] /
            BlobInfoArray[i].EigVectXY[0])) * 180 / PI; // 90;
            if (BlobInfoArray[i].CentroidX<float(m_iMergedDSImW) /  )
            {
                NewRail.m_RailType = LcmsRailAnalyser::eLEFT_RAIL;
                bIsLeftRailLoaded  = true;
            }
            else
            {
                NewRail.m_RailType = LcmsRailAnalyser::eRIGHT_RAIL;
                bIsRightRailLoaded = true;
            }
            for (int iBlobH = BlobInfoArray[i].MinY; iBlobH <=
            BlobInfoArray[i].MaxY; iBlobH++)
            {
                int iStart = BlobInfoArray[i].MinX;
                int iEnd   = BlobInfoArray[i].MaxX;
                while (puiRailLabelMarkerBW[iBlobH*m_iMergedDSImW +
                iStart] != i && iStart <    *(BlobInfoArray[i].MinX +
                BlobInfoArray[i].MaxX)) iStart++;
                if (iStart <    *(BlobInfoArray[i].MinX +
                BlobInfoArray[i].MaxX))
                {
                    fLeftBorSum = fLeftBorSum + iStart;
                    iLeftBorNumPnt++;
                }
                while (puiRailLabelMarkerBW[iBlobH*m_iMergedDSImW +
                iEnd] != i && iEnd >    *(BlobInfoArray[i].MinX +
                BlobInfoArray[i].MaxX)) iEnd--;
                if (iEnd >    *(BlobInfoArray[i].MinX +
                BlobInfoArray[i].MaxX))
                {
                    fRightBorSum = fRightBorSum + iEnd;
                    iRightBorNumPnt++;
                }
            }
            eErrorIDRailAnalyser =
            LcmsRailAnalyser::CalculateMeanStdOfObjSurface(m_pMergedDSRng
            , puiRailLabelMarkerBW,
                m_iMergedDSImW, m_iMergedDSImH, &BlobInfoArray[i], i,
                fMean, fStdDev);
            if (eErrorIDRailAnalyser != LcmsRailAnalyser::eNO_ERROR)
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\RailDetector.cpp

```
{
    eErrorID = static_cast<eError>(eErrorIDRailAnalyser);
}
if (iLeftBorNumPnt ==    || iRightBorNumPnt ==  ) continue;
NewRail.m_fMeanHeight = fMean;
fLeftBorSum = fLeftBorSum /
static_cast<float>(iLeftBorNumPnt);
fRightBorSum = fRightBorSum /
static_cast<float>(iRightBorNumPnt);

NewRail.m_LeftBorder.P1.first  =
static_cast<int>(fLeftBorSum);
NewRail.m_LeftBorder.P1.second =
m_iMergedDSRoiMinMaxY_pix[ ];
NewRail.m_LeftBorder.P2.first  =
static_cast<int>(fLeftBorSum);
NewRail.m_LeftBorder.P2.second =
m_iMergedDSRoiMinMaxY_pix[ ];

NewRail.m_RightBorder.P1.first  =
static_cast<int>(fRightBorSum);
NewRail.m_RightBorder.P1.second =
m_iMergedDSRoiMinMaxY_pix[ ];
NewRail.m_RightBorder.P2.first  =
static_cast<int>(fRightBorSum);
NewRail.m_RightBorder.P2.second =
m_iMergedDSRoiMinMaxY_pix[ ];

if ((fRightBorSum - fLeftBorSum) >= (fRailWidth -
cfRailWidthOffset_mm) / m_fXResolution_mm * m_fDSfactorX
    && (fRightBorSum - fLeftBorSum) <= (fRailWidth +
    cfRailWidthOffset_mm) / m_fXResolution_mm * m_fDSfactorX
    && (fRightBorSum - fLeftBorSum) >=    *cfRailWidth_mm
    / m_fXResolution_mm * m_fDSfactorX
    && (fRightBorSum - fLeftBorSum) <=     *cfRailWidth_mm
    / m_fXResolution_mm * m_fDSfactorX)
{
    NewRail.m_fConfidencePercent =     ;
}

LcmsRailAnalyser::sPrfPt fPnt;
std::list<BlobColoring::Point>::iterator CurPt;
CurPt = BlobInfoArray[i].Perimeter.begin();

NewRail.m_vBorderCoordX.reserve(BlobInfoArray[i].Perimeter.si
ze());

NewRail.m_vBorderCoordY.reserve(BlobInfoArray[i].Perimeter.si
ze());
while (CurPt != BlobInfoArray[i].Perimeter.end())
{
    NewRail.m_vBorderCoordX.emplace_back(CurPt->X);
    NewRail.m_vBorderCoordY.emplace_back(CurPt->Y);
    CurPt++;
}
if (eErrorID == eNO_ERROR)
{
    m_Rails.emplace_back(NewRail);
}
                }
            }
        }
    }
}
...
```

RESTRICTED CONFIDENTIAL SOURCE CODE                    PAVE-SRC-312

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\RailDetector.cpp

```
//If we find many rails, we will choose which pair we should keep.
//The pair is kept basing on the distance between them. We will calculate distance
between one rail from left to the rail from the right
//and choose one pair whose distance is closet to gauge value
if (m_Rails.size() >    && eErrorID == eNO_ERROR && bIsTheSectionBlack == false)
{
    int iCandidateLR[ ]        = { -  };
    double dCandidateDistance = - ;
    double dRailDistance       =  ;

    for (int iR =  ; iR < m_Rails.size() && eErrorID == eNO_ERROR; iR++)
    {
        if (m_Rails[iR].m_RailType == LcmsRailAnalyser::eLEFT_RAIL)
        {
            for (int iC =  ; iC < m_Rails.size()  && eErrorID == eNO_ERROR; iC++)
            {
                if (m_Rails[iC].m_RailType == LcmsRailAnalyser::eRIGHT_RAIL)
                {
                    dRailDistance =  ;
                    eErrorID      = RailDistanceCalculation(m_Rails[iR],
                    m_Rails[iC], dRailDistance);
                    if (dCandidateDistance <  )
                    {
                        if (dRailDistance > (m_sParams.fGageWStandard_mm -
                        cfLowGaugeLimit)
                            && dRailDistance < (m_sParams.fGageWStandard_mm +
                            cfHighGaugeLimit))
                        {
                            dCandidateDistance = dRailDistance;
                            iCandidateLR[ ]    = iR;
                            iCandidateLR[ ]    = iC;
                        }
                    }
                    else
                    {
                        if (ciGeometryRealtimeProcess)
                        {
                            //if the new couple of rails is straightener than the
                            othe couple then we will replace. This is to avoid in
                            turnout sometime the
                                    //distance of diverge rail is closer to the
                                    gauge than the main rails.
                            if (dRailDistance > m_sParams.fGageWStandard_mm
                                &&std::abs(dRailDistance -
                                m_sParams.fGageWStandard_mm - fRailWidth) <
                                std::abs(dCandidateDistance -
                                m_sParams.fGageWStandard_mm - fRailWidth)
                                && (m_Rails[iCandidateLR[ ]].m_fAngle +
                                m_Rails[iCandidateLR[ ]].m_fAngle) <
                                (m_Rails[iR].m_fAngle + m_Rails[iC].m_fAngle))
                            {
                                dCandidateDistance = dRailDistance;
                                iCandidateLR[ ]    = iR;
                                iCandidateLR[ ]    = iC;
                            }
                        }
                        else
                        {
                            if (std::abs(std::abs(dRailDistance -
                            m_fDistanceBetweenRail) - std::abs(dCandidateDistance -
                            m_fDistanceBetweenRail)) < 5
                                || std::abs(dRailDistance - m_fDistanceBetweenRail)
                                < std::abs(dCandidateDistance -
                                m_fDistanceBetweenRail))
                            {
                                if ((m_Rails[iCandidateLR[ ]].m_fAngle +
                                m_Rails[iCandidateLR[ ]].m_fAngle) <
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\RailDetector.cpp

```
                                        (m_Rails[iR].m_fAngle + m_Rails[iC].m_fAngle))
                                        {
                                            dCandidateDistance = dRailDistance;
                                            iCandidateLR[0]    = iR;
                                            iCandidateLR[1]    = iC;
                                        }
                                    }
                                }
                            }
                        }
                    }
                }
            }
            if (eErrorID == eNO_ERROR && iCandidateLR[0] >= 0 && iCandidateLR[1] >= 0)
            {
                //Keep only 2 rail whose distance closet to gauge
                std::vector <LcmsRailAnalyser::sRail> vTmpRails;
                vTmpRails.emplace_back(m_Rails[iCandidateLR[0]]);
                vTmpRails.emplace_back(m_Rails[iCandidateLR[1]]);
                m_Rails.clear();
                m_Rails.emplace_back(vTmpRails[0]);
                m_Rails.emplace_back(vTmpRails[1]);
            }
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
////////////////////////////////////////////////////////////////////////////
//This function will detect spike for current section using NN
//
LcmsRailAnalyser::eError LcmsRailAnalyser::DetectSpikeNN()
{

...

    //Load network if needed
    if (m_bSpikeNetworkLoaded == false && eErrorID == eNO_ERROR)
    {
        //Load the model
        eErrorIDTFObjDet =
        m_oSpikeNetwork.LoadGraph(m_sParams.strSpikeInferenceGraphFilePath);
        if (eErrorIDTFObjDet != TFObjectDetection::eNO_ERROR)
        {
            eErrorID = static_cast<eError>(eErrorIDTFObjDet);
        }
        else
        {
            m_bSpikeNetworkLoaded = true;
        }
    }
    if (m_bSpikeNetworkLoaded && eErrorID == eNO_ERROR)
    {
        //Set params
        TFObjectDetection::sTFObjDetParams asTFObsDetParam;
        asTFObsDetParam.fDetectionThres = m_sParams.fSpikeDetectionThreshold;
        m_oSpikeNetwork.SetParams(asTFObsDetParam);
        //Pass image through network
        if (ciUseFake3DImForSpikeNN)
        {
            eErrorIDTFObjDet =
            m_oSpikeNetwork.RunLrail(m_sFeatureOnTieNNArg.pucInFake3DImRGB,
            m_sFeatureOnTieNNArg.iInImW, m_sFeatureOnTieNNArg.iInImH);
        }
        else
        {
            eErrorIDTFObjDet =
            m_oSpikeNetwork.RunLrail(m_sFeatureOnTieNNArg.pucInRngImRGB,
            m_sFeatureOnTieNNArg.iInImW, m_sFeatureOnTieNNArg.iInImH);
        }
        //Extract the detected objects
        std::list<TFObjectDetection::sObjectData> sDetectedObjectList;
        std::list<TFObjectDetection::sObjectData> sDetectedObjectListForDebug;
        std::list<TFObjectDetection::sObjectData>::iterator CurrentObj;
        if (eErrorIDTFObjDet == TFObjectDetection::eNO_ERROR)
        {
            eErrorIDTFObjDet = m_oSpikeNetwork.GetObjectList(sDetectedObjectList);
        }
        else
        {
            eErrorID = static_cast<eError>(eErrorIDTFObjDet);
        }
        if (eErrorID == eNO_ERROR && sDetectedObjectList.size())
        {
            CurrentObj = sDetectedObjectList.begin();
            bool bIsObjectOnTie;
            bool bIsObjectInRoi;
            bool bIsObjectReported;
            vector<sTie>::iterator CurrentTie = m_pTies->begin();
            while (CurrentObj != sDetectedObjectList.end() && eErrorID == eNO_ERROR)
            {
                strObjLabelName.clear();
                strObjLabelName += CurrentObj->cLabelName;
                iPos = strObjLabelName.find(strFeatureName);
```

```
        //If it's a spike. The format of labelname will be:
        Spike_TypeName_Condition
        if (iPos != std::string::npos)
        {
            if (ciEnableSaveDebugImageRailAnalyser)
            {
                sDetectedObjectListForDebug.emplace_back(*CurrentObj);
            }
            LcmsRailAnalyser::sSpike NewSpike;
            //Get spike type name
            iPrePos = strObjLabelName.find("_");
            iPrePos = iPrePos + ;
            iPos    = strObjLabelName.find(" ", iPrePos, );
            strTmp.clear();
            strTmp  = strObjLabelName.substr(iPrePos, iPos - iPrePos);
            strcpy_s(NewSpike.m_cSpikeTypeName,      , &strTmp[ ]);

            if (std::strcmp(NewSpike.m_cSpikeTypeName, "") !=    &&
            ciDetectSpikeTTCI)
            {
                //only for TTCI where we have to combine 2 models.
                CurrentObj++;
                continue;
            }

            //Similarity
            NewSpike.m_fCorrelationValue = CurrentObj->fscore;
            //Area
            NewSpike.m_fArea = float(double(CurrentObj->fArea) *
            m_sFeatureOnTieNNArg.dDSfactor * m_sFeatureOnTieNNArg.dDSfactor);
            //Coordinate of object
            NewSpike.m_BBox.iMinX = int(double(CurrentObj->MinX) *
            m_sFeatureOnTieNNArg.dDSfactor) +
            m_sFeatureOnTieNNArg.iBeginMergedImX;
            NewSpike.m_BBox.iMaxX = int(double(CurrentObj->MaxX) *
            m_sFeatureOnTieNNArg.dDSfactor) +
            m_sFeatureOnTieNNArg.iBeginMergedImX;
            NewSpike.m_BBox.iMinY = int(double(CurrentObj->MinY) *
            m_sFeatureOnTieNNArg.dDSfactor / m_sFeatureOnTieNNArg.dUSfactorY) +
            int(double(m_sFeatureOnTieNNArg.iBeginY) /
            m_sFeatureOnTieNNArg.dUSfactorY) +
            m_sFeatureOnTieNNArg.iBeginMergedImY;
            NewSpike.m_BBox.iMaxY = int(double(CurrentObj->MaxY) *
            m_sFeatureOnTieNNArg.dDSfactor / m_sFeatureOnTieNNArg.dUSfactorY) +
            int(double(m_sFeatureOnTieNNArg.iBeginY) /
            m_sFeatureOnTieNNArg.dUSfactorY) +
            m_sFeatureOnTieNNArg.iBeginMergedImY;
            NewSpike.m_fArea        = float(double(NewSpike.m_fArea) /
            m_sFeatureOnTieNNArg.dUSfactorY);

...

            //Position of object
            NewSpike.m_fPosition_m =
            m_sRoadSectionInfo.uiSectionID*m_sRoadSectionInfo.uiNbProfiles +
                *(NewSpike.m_BBox.iMinY + NewSpike.m_BBox.iMaxY) -
                m_aiMergedValidMinMaxY_pix[ ];
            NewSpike.m_fPosition_m =
            NewSpike.m_fPosition_m*m_sFeatureOnTieNNArg.dInResY*(        );
            //Condition of object
            iPos = strObjLabelName.find("    ");
            if (iPos != std::string::npos)
            {
                NewSpike.m_iCondition =  ;
            }
            iPos = strObjLabelName.find("       ");
            if (iPos != std::string::npos)
```

```
{
    NewSpike.m_iCondition = ;
}
iPos = strObjLabelName.find("");
if (iPos != std::string::npos)
{
    NewSpike.m_iCondition = ;
}
iPos = strObjLabelName.find("");
if (iPos != std::string::npos)
{
    NewSpike.m_iCondition = ;
}
iPos = strObjLabelName.find("");
if (iPos != std::string::npos)
{
    NewSpike.m_iCondition = ;
}
iPos = strObjLabelName.find("");
if (iPos != std::string::npos)
{
    NewSpike.m_iCondition = ;
}
//Determine if the object is on tie
bIsObjectOnTie = false;
ucMax = ;
if (m_pTies->size())
{
    ippRoiSize.width  = NewSpike.m_BBox.iMaxX -
    NewSpike.m_BBox.iMinX + ;
    ippRoiSize.height = NewSpike.m_BBox.iMaxY -
    NewSpike.m_BBox.iMinY + ;
    IppStat          =
    ippiMax_8u_C1R(&m_pucTieMaskFull[NewSpike.m_BBox.iMinY*m_iMergedI
    mageW + NewSpike.m_BBox.iMinX], sizeof(unsigned
    char)*m_iMergedImageW, ippRoiSize, &ucMax);
}
if (IppStat != ippStsNoErr)
{
    eErrorID = eERROR_PROCESSING_IPP;
}
if (eErrorID == eNO_ERROR)
{
    if (ucMax)
    {
        bIsObjectOnTie = true;
        CurrentTie = m_pTies->begin();
        while (CurrentTie != m_pTies->end())
        {
            if (CurrentTie->m_iID == ucMax)
            {
                NewSpike.m_fPosition_m = CurrentTie->m_Position_m;
                NewSpike.m_bIsOnTie     = true;
                if (strTmp.compare("") == )
                {
                    CurrentTie->m_IsThereSpike = true;
                }
                break;
            }
            CurrentTie++;
        }
    }
}
//Determine if the object is in ROI
bIsObjectInRoi = false;
if (eErrorID == eNO_ERROR)
{
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
                obj1.left   = NewSpike.m_BBox.iMinX;
                obj1.right  = NewSpike.m_BBox.iMaxX;
                obj1.top    = NewSpike.m_BBox.iMaxY;
                obj1.bottom = NewSpike.m_BBox.iMinY;

                obj2.left   =  ;
                obj2.right  = m_iMergedImageW;
                obj2.top    = m_aiMergedValidMinMaxY_pix[ ];
                obj2.bottom = m_aiMergedValidMinMaxY_pix[ ];

                OverlapBetweenRectObj(obj1, obj2, bIsThereOverlap, fOverlapArea);
                if (bIsThereOverlap && fOverlapArea >    *NewSpike.m_fArea)
                bIsObjectInRoi = true;
            }
            //Determine if it's already reported
            bIsObjectReported = false;
            if (eErrorID == eNO_ERROR && (bIsObjectOnTie || bIsObjectInRoi))
            {
                //Calculate the height of spike and determine if it's high or
                normal
                CalculateSpikeHeight(NewSpike);
                if (std::strcmp(NewSpike.m_cSpikeTypeName, "        ") ==   &&
                NewSpike.m_fSpikeHeight > m_sParams.fHighSpikeThreshold)
                NewSpike.m_iCondition =  ;
                //Calculate the UTM coordinates and GPS coordinates
                LcmsRailAnalyser::sGetGeoRefAtPos aTmpSGetGeoRefAtPos =
                m_sGetGeoRefAtPosArg;
                aTmpSGetGeoRefAtPos.iX = int(   *(NewSpike.m_BBox.iMinX +
                NewSpike.m_BBox.iMaxX));
                aTmpSGetGeoRefAtPos.iY = int(   *(NewSpike.m_BBox.iMinY +
                NewSpike.m_BBox.iMaxY));
                eErrorID = GetGeoRefAtPos(aTmpSGetGeoRefAtPos);
                if (eErrorID == eNO_ERROR)
                {
                    NewSpike.m_iUtmZone = aTmpSGetGeoRefAtPos.iUtmZone;
                    NewSpike.m_dUtmX    = aTmpSGetGeoRefAtPos.dUtmXYZ[ ];
                    NewSpike.m_dUtmY    = aTmpSGetGeoRefAtPos.dUtmXYZ[ ];
                    NewSpike.m_dUtmZ    = aTmpSGetGeoRefAtPos.dUtmXYZ[ ];
                    NewSpike.m_dLat     = aTmpSGetGeoRefAtPos.dLatLong[ ];
                    NewSpike.m_dLong    = aTmpSGetGeoRefAtPos.dLatLong[ ];
                }
                else
                {
                    eErrorID = eNO_ERROR;
                }
                if (m_Spikes.size() && eErrorID == eNO_ERROR)
                {
                    for (int iS =  ; iS < m_Spikes.size(); iS++)
                    {
                        obj1.left   = NewSpike.m_BBox.iMinX;
                        obj1.right  = NewSpike.m_BBox.iMaxX;
                        obj1.top    = NewSpike.m_BBox.iMaxY;
                        obj1.bottom = NewSpike.m_BBox.iMinY;

                        obj2.left   = m_Spikes[iS].m_BBox.iMinX;
                        obj2.right  = m_Spikes[iS].m_BBox.iMaxX;
                        obj2.top    = m_Spikes[iS].m_BBox.iMaxY;
                        obj2.bottom = m_Spikes[iS].m_BBox.iMinY;
                        OverlapBetweenRectObj(obj1, obj2, bIsThereOverlap,
                        fOverlapArea);
                        if (bIsThereOverlap &&
                            (fOverlapArea >=   *NewSpike.m_fArea ||
                            fOverlapArea >=   *m_Spikes[iS].m_fArea))
                        {
                            bIsObjectReported = true;
                            //if they're same condition, we prefer the one with
                            higher area
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
                        //else
                        //we prefer to keep the defect object over good
                        object
                        //then we consider the area and score
                        if (NewSpike.m_iCondition ==
                        m_Spikes[iS].m_iCondition)
                        {
                            if (NewSpike.m_fArea > m_Spikes[iS].m_fArea)
                            {
                                m_Spikes[iS] = NewSpike;
                                break;
                            }
                        }
                        else
                        {
                            if (NewSpike.m_iCondition !=  )
                            {
                                if (m_Spikes[iS].m_iCondition ==  )
                                {
                                    m_Spikes[iS] = NewSpike;
                                    break;
                                }
                                else
                                {
                                    if (NewSpike.m_fArea >
                                    m_Spikes[iS].m_fArea)
                                    {
                                        m_Spikes[iS] = NewSpike;
                                        break;
                                    }
                                }
                            }
                        }
                    }
                }
            }
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\RailDetector.cpp

```
////////////////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////
//This function detects the ties in range image
//ASSUMPTIONS:
//-There're rails on both side of the road section and they're detected
//-The ties are horizontal and pass through the rails
//-We know where to look for the ties (relating to the rails position, offset from the
rails)
//-The width of the ties is about 230mm
CRailDetector::eError CRailDetector::DetectTie(/*LcmsTerrainMappingTool *
_poTerrainMappingTool, LcmsSurveyDataReader &_oSurveyDataReader*/)
{

...

        float fThresholdDegree = cfTieNormalMapThreshold;
        //memset(pfOrientVecZen, 0, sizeof(float)*m_iMergedImageW*m_iMergedImageH);
        eErrorIDRailAnalyser = LcmsRailAnalyser::EdgeDetectionNormalMap(m_pMergedDSRng,
        m_iMergedDSImW, m_iMergedDSImH, pucEdgeMergedDSRngBW,
            pfOrientVecZen, fThresholdDegree);
        if (eErrorIDRailAnalyser != LcmsRailAnalyser::eNO_ERROR)
        {
            eErrorID = static_cast<eError>(eErrorIDRailAnalyser);
        }
        if (eErrorID == eNO_ERROR && ciEnableSaveDebugImage)
        {
            char strImName[] = "                                    ";
            LcmsRailAnalyser::ImWrite(pucEdgeMergedDSRngBW, m_iMergedDSImW,
            m_iMergedDSImH, strImName);
        }

...

    //Determine if no ballast.
    bool bIsOnBridgeOrInsideTunnel = false;
    bool bIsInsideTunnel           = false;
    if (eErrorID == eNO_ERROR)
    {
        eErrorID = DetectNoBallastSection(pfOrientVecZen, pucEdgeMergedDSRngBW,
        puiTieLabelMarkerMergedDSRngBW, bIsOnBridgeOrInsideTunnel, bIsInsideTunnel);
    }

    if (eErrorID == eNO_ERROR)
    {
        ippRoiSize.width  = m_iMergedDSImW;
        ippRoiSize.height = m_iMergedDSImH;

        IppStat = ippiXorC_8u_C1R(pucEdgeMergedDSRngBW, sizeof(unsigned
        char)*m_iMergedDSImW,     ,
            pucInvertMergedDSRngBW, sizeof(unsigned char)*m_iMergedDSImW, ippRoiSize);
        if (IppStat == ippStsNoErr)
        {
            IppStat = ippiSet_8u_C1MR( , pucInvertMergedDSRngBW, m_iMergedDSImW *
            sizeof(unsigned char), ippRoiSize,
                m_pucRailMaskWFootDS/*m_pMergedDSRailMask*/, m_iMergedDSImW *
                sizeof(unsigned char));
        }
        if (IppStat != ippStsNoErr)
        {
            eErrorID = eERROR_PROCESSING_IPP;
        }
        if (eErrorID == eNO_ERROR)
        {
            IppStat = ippiSet_8u_C1MR( , pucInvertMergedDSRngBW, m_iMergedDSImW *
            sizeof(unsigned char), ippRoiSize,
                m_pMergedDSImZero, m_iMergedDSImW * sizeof(unsigned char));
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\RailDetector.cpp

```
                if (m_sParams.sRailEnabledModules.iBallastInspectionEnable == 0)
                {
                    memcpy_s(m_pucAllObjectMask, m_iMergedDSImW * m_iMergedDSImH *
                    sizeof(unsigned char),
                        pucInvertMergedDSRngBW, m_iMergedDSImW * m_iMergedDSImH *
                        sizeof(unsigned char));
                }
                if (IppStat != ippStsNoErr)
                {
                    eErrorID = eERROR_PROCESSING_IPP;
                }
            }
            if (eErrorID == eNO_ERROR && ciEnableSaveDebugImage)
            {
                char strImName[] = "[illegible]";
                LcmsRailAnalyser::ImWrite(pucInvertMergedDSRngBW, m_iMergedDSImW,
                m_iMergedDSImH, strImName);
            }
        }
```

```
///////////////////////////////////////////////////////////////////////////
//This function will detect spike for current section using NN
//
LcmsRailAnalyser::eError LcmsRailAnalyser::DetectTiePlateNN()
{

...

    //Load network if needed
    if (m_bTieplateNetworkLoaded == false && eErrorID == eNO_ERROR)
    {
        //Load the model
        eErrorIDTFObjDet =
        m_oTieplateNetwork.LoadGraph(m_sParams.strFastenerInferenceGraphFilePath);
        if (eErrorIDTFObjDet != TFObjectDetection::eNO_ERROR)
        {
            eErrorID = static_cast<eError>(eErrorIDTFObjDet);
        }
        else
        {
            m_bTieplateNetworkLoaded        = true;
        }
    }
    if (m_bTieplateNetworkLoaded && eErrorID == eNO_ERROR)
    {
        //Set params
        TFObjectDetection::sTFObjDetParams asTFObsDetParam;
        asTFObsDetParam.fDetectionThres = m_sParams.fRailSupportDetectionThreshold;
        m_oTieplateNetwork.SetParams(asTFObsDetParam);
        //Pass image through network
        if (ciUseFake3DImForTieplateNN)
        {
            eErrorIDTFObjDet =
            m_oTieplateNetwork.RunLrail(m_sFeatureOnTieNNArg.pucInFake3DImRGB,
            m_sFeatureOnTieNNArg.iInImW, m_sFeatureOnTieNNArg.iInImH);
        }
        else
        {
            eErrorIDTFObjDet =
            m_oTieplateNetwork.RunLrail(m_sFeatureOnTieNNArg.pucInRngImRGB,
            m_sFeatureOnTieNNArg.iInImW, m_sFeatureOnTieNNArg.iInImH);
        }
        //Extract the detected objects
        std::list<TFObjectDetection::sObjectData> sDetectedObjectList;
        std::list<TFObjectDetection::sObjectData> sDetectedObjectListForDebug;
        std::list<TFObjectDetection::sObjectData>::iterator CurrentObj;
        if (eErrorIDTFObjDet == TFObjectDetection::eNO_ERROR)
        {
            eErrorIDTFObjDet = m_oTieplateNetwork.GetObjectList(sDetectedObjectList);
        }
        else
        {
            eErrorID = static_cast<eError>(eErrorIDTFObjDet);
        }
        if (eErrorID == eNO_ERROR && sDetectedObjectList.size())
        {
            CurrentObj = sDetectedObjectList.begin();
            bool bIsObjectOnTie;
            bool bIsObjectInRoi;
            bool bIsObjectReported;
            vector<sTie>::iterator CurrentTie = m_pTies->begin();
            while (CurrentObj != sDetectedObjectList.end() && eErrorID == eNO_ERROR)
            {
                strObjLabelName.clear();
                strObjLabelName += CurrentObj->cLabelName;
                iPos = strObjLabelName.find(strFeatureName);
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
        //If it's a tiplate. The format of labelname will be:
        Tieplate_TypeName_Condition
        if (iPos != std::string::npos)
        {
            if (ciEnableSaveDebugImageRailAnalyser)
            {
                sDetectedObjectListForDebug.emplace_back(*CurrentObj);
            }
            LcmsRailAnalyser::sTiePlate NewTiePlate;
            //Get tieplate type name
            iPrePos = strObjLabelName.find(" ");
            iPrePos = iPrePos + ;
            iPos    = strObjLabelName.find(" ", iPrePos, );
            strTmp.clear();
            strTmp  = strObjLabelName.substr(iPrePos, iPos - iPrePos);
            strcpy_s(NewTiePlate.m_cTiePlateTypeName, , &strTmp[ ]);

            //Similarity
            NewTiePlate.m_fCorrelationValue = CurrentObj->fscore;
            //Area
            NewTiePlate.m_fArea = CurrentObj->fArea *
            m_sFeatureOnTieNNArg.dDSfactor * m_sFeatureOnTieNNArg.dDSfactor /
            m_sFeatureOnTieNNArg.dUSfactorY;
            //Coordinate of object
            NewTiePlate.m_BBox.iMinX = int(double(CurrentObj->MinX) *
            m_sFeatureOnTieNNArg.dDSfactor) +
            m_sFeatureOnTieNNArg.iBeginMergedImX;
            NewTiePlate.m_BBox.iMaxX = int(double(CurrentObj->MaxX) *
            m_sFeatureOnTieNNArg.dDSfactor) +
            m_sFeatureOnTieNNArg.iBeginMergedImX;
            NewTiePlate.m_BBox.iMinY = int(double(CurrentObj->MinY) *
            m_sFeatureOnTieNNArg.dDSfactor/ m_sFeatureOnTieNNArg.dUSfactorY) +
            int(double(m_sFeatureOnTieNNArg.iBeginY)/
            m_sFeatureOnTieNNArg.dUSfactorY) +
            m_sFeatureOnTieNNArg.iBeginMergedImY;
            NewTiePlate.m_BBox.iMaxY = int(double(CurrentObj->MaxY) *
            m_sFeatureOnTieNNArg.dDSfactor/ m_sFeatureOnTieNNArg.dUSfactorY) +
            int(double(m_sFeatureOnTieNNArg.iBeginY) /
            m_sFeatureOnTieNNArg.dUSfactorY) +
            m_sFeatureOnTieNNArg.iBeginMergedImY;

...

            //Position of object
            NewTiePlate.m_fPosition_m =
            m_sRoadSectionInfo.uiSectionID*m_sRoadSectionInfo.uiNbProfiles +
                    *(NewTiePlate.m_BBox.iMinY + NewTiePlate.m_BBox.iMaxY) -
                m_aiMergedValidMinMaxY_pix[ ];
            NewTiePlate.m_fPosition_m =
            NewTiePlate.m_fPosition_m*m_sFeatureOnTieNNArg.dInResY*(      );
            //Condition of object
            iPos = strObjLabelName.find("      ");
            if (iPos != std::string::npos)
            {
                NewTiePlate.m_iCondition = ;
            }
            iPos = strObjLabelName.find("      ");
            if (iPos != std::string::npos)
            {
                NewTiePlate.m_iCondition = ;
            }
            iPos = strObjLabelName.find("      ");
            if (iPos != std::string::npos)
            {
                NewTiePlate.m_iCondition = ;
            }
            iPos = strObjLabelName.find("      ");
```

RESTRICTED CONFIDENTIAL SOURCE CODE PAVE-SRC-323

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
if (iPos != std::string::npos)
{
    NewTiePlate.m_iCondition =  ;
}
iPos = strObjLabelName.find("Misalignment");
if (iPos != std::string::npos)
{
    NewTiePlate.m_iCondition =  ;
}
iPos = strObjLabelName.find("MissingSpike");
if (iPos != std::string::npos)
{
    NewTiePlate.m_iCondition =  ;
}
iPos = strObjLabelName.find("Other");
if (iPos != std::string::npos)
{
    NewTiePlate.m_iCondition =  ;
}
//Determine if the object is on tie
bIsObjectOnTie = false;
ucMax =  ;
if (m_pTies->size())
{
    ippRoiSize.width  = NewTiePlate.m_BBox.iMaxX -
    NewTiePlate.m_BBox.iMinX +  ;
    ippRoiSize.height = NewTiePlate.m_BBox.iMaxY -
    NewTiePlate.m_BBox.iMinY +  ;
    IppStat            =
    ippiMax_8u_C1R(&m_pucTieMaskFull[NewTiePlate.m_BBox.iMinY*m_iMerg
    edImageW + NewTiePlate.m_BBox.iMinX], sizeof(unsigned
    char)*m_iMergedImageW, ippRoiSize, &ucMax);
}
if (IppStat != ippStsNoErr)
{
    eErrorID = eERROR_PROCESSING_IPP;
}
if (eErrorID == eNO_ERROR)
{
    if (ucMax)
    {
        bIsObjectOnTie = true;
        CurrentTie = m_pTies->begin();
        while (CurrentTie != m_pTies->end())
        {
            if (CurrentTie->m_iID == ucMax)
            {
                NewTiePlate.m_fPosition_m = CurrentTie->m_Position_m;
                NewTiePlate.m_bIsOnTie     = true;
                break;
            }
            CurrentTie++;
        }
    }
}
//Determine if the object is in ROI
bIsObjectInRoi = false;
if (eErrorID == eNO_ERROR)
{
    obj1.left   = NewTiePlate.m_BBox.iMinX;
    obj1.right  = NewTiePlate.m_BBox.iMaxX;
    obj1.top    = NewTiePlate.m_BBox.iMaxY;
    obj1.bottom = NewTiePlate.m_BBox.iMinY;

    obj2.left   =  ;
    obj2.right  = m_iMergedImageW;
    obj2.top    = m_aiMergedValidMinMaxY_pix[ ];
```

```
                    obj2.bottom = m_aiMergedValidMinMaxY_pix[ ];

                    OverlapBetweenRectObj(obj1, obj2, bIsThereOverlap, fOverlapArea);
                    if (bIsThereOverlap && fOverlapArea > 0.5*NewTiePlate.m_fArea)
                    bIsObjectInRoi = true;
                }
                //Determine if it's already reported
                bIsObjectReported = false;
                if (eErrorID == eNO_ERROR && (bIsObjectOnTie || bIsObjectInRoi))
                {
                    //Calculate the UTM coordinates and GPS coordinates
                    LcmsRailAnalyser::sGetGeoRefAtPos aTmpSGetGeoRefAtPos =
                    m_sGetGeoRefAtPosArg;
                    aTmpSGetGeoRefAtPos.iX = int(    *(NewTiePlate.m_BBox.iMinX +
                    NewTiePlate.m_BBox.iMaxX));
                    aTmpSGetGeoRefAtPos.iY = int(    *(NewTiePlate.m_BBox.iMinY +
                    NewTiePlate.m_BBox.iMaxY));
                    eErrorID = GetGeoRefAtPos(aTmpSGetGeoRefAtPos);
                    if (eErrorID == eNO_ERROR)
                    {
                        NewTiePlate.m_iUtmZone = aTmpSGetGeoRefAtPos.iUtmZone;
                        NewTiePlate.m_dUtmX    = aTmpSGetGeoRefAtPos.dUtmXYZ[ ];
                        NewTiePlate.m_dUtmY    = aTmpSGetGeoRefAtPos.dUtmXYZ[ ];
                        NewTiePlate.m_dUtmZ    = aTmpSGetGeoRefAtPos.dUtmXYZ[ ];
                        NewTiePlate.m_dLat     = aTmpSGetGeoRefAtPos.dLatLong[ ];
                        NewTiePlate.m_dLong    = aTmpSGetGeoRefAtPos.dLatLong[ ];
                    }
                    else
                    {
                        eErrorID = eNO_ERROR;
                    }
                    if (m_TiePlates.size() && eErrorID == eNO_ERROR)
                    {
                        for (int iT =  ; iT < m_TiePlates.size(); iT++)
                        {
                            obj1.left   = NewTiePlate.m_BBox.iMinX;
                            obj1.right  = NewTiePlate.m_BBox.iMaxX;
                            obj1.top    = NewTiePlate.m_BBox.iMaxY;
                            obj1.bottom = NewTiePlate.m_BBox.iMinY;

                            obj2.left   = m_TiePlates[iT].m_BBox.iMinX;
                            obj2.right  = m_TiePlates[iT].m_BBox.iMaxX;
                            obj2.top    = m_TiePlates[iT].m_BBox.iMaxY;
                            obj2.bottom = m_TiePlates[iT].m_BBox.iMinY;
                            OverlapBetweenRectObj(obj1, obj2, bIsThereOverlap,
                            fOverlapArea);
                            if (bIsThereOverlap &&
                                (fOverlapArea >=    *NewTiePlate.m_fArea ||
                                fOverlapArea >=    *m_TiePlates[iT].m_fArea))
                            {
                                bIsObjectReported = true;
                                //if they're same condition, we prefer the one with
                                higher area
                                //else
                                //we prefer to keep the defect object over good
                                object
                                //then we consider the area and score
                                if (NewTiePlate.m_iCondition ==
                                m_TiePlates[iT].m_iCondition)
                                {
                                    if (NewTiePlate.m_fArea >
                                    m_TiePlates[iT].m_fArea)
                                    {
                                        m_TiePlates[iT] = NewTiePlate;
                                        break;
                                    }
                                }
```

C:\Source Code\r10323_trunk (CSX)\LcmsAnalyser\LcmsRailAnalyser.cpp

```
                        else
                        {
                            if (NewTiePlate.m_iCondition !=  )
                            {
                                if (m_TiePlates[iT].m_iCondition ==  )
                                {
                                    m_TiePlates[iT] = NewTiePlate;
                                    break;
                                }
                                else
                                {
                                    if (NewTiePlate.m_fArea >
                                    m_TiePlates[iT].m_fArea)
                                    {
                                        m_TiePlates[iT] = NewTiePlate;
                                        break;
                                    }
                                }
                            }
                        }
                    }
                }
            }
```

RESTRICTED CONFIDENTIAL SOURCE CODE PAVE-SRC-326

Trial Exhibit 0740 P. 326 of 349

EXHIBIT 740

168