# EXHIBIT 990



1  Joseph R. Re (SBN 134,479)
   joe.re@knobbe.com
2  Christy G. Lea (SBN 212,060)
   christy.lea@knobbe.com
3  Nicholas M. Zovko (SBN 238,248)
   nicholas.zovko@knobbe.com
4  Alan G. Laquer (SBN 259,257)
   alan.laquer@knobbe.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
6  Irvine, CA  92614
   Phone: (949) 760-0404
7  Facsimile: (949) 760-9502

8  *Attorneys for Plaintiff/Counterclaim Defendant*
   PAVEMETRICS SYSTEMS, INC.
9

10          IN THE UNITED STATES DISTRICT COURT

11        FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                  WESTERN DIVISION

13

14  PAVEMETRICS SYSTEMS, INC.,          ) Case No. 2:21-cv-1289-MCS-MMA
                                        )
15          Plaintiff,                  )
                                        ) **DECLARATION OF JEAN-**
16      v.                              ) **FRANCOIS HEBERT IN SUPPORT**
                                        ) **OF PAVEMETRICS'**
17  TETRA TECH, INC.,                   )
                                        )
18          Defendant.                  )
                                        )
19  ──────────────────────────         )
                                        ) Honorable Mark C. Scarsi
20  AND RELATED COUNTERCLAIMS          ) Honorable Maria A. Audero

21      FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT
22              DATED: 1/21/2022 [ECF #119]

23

24              CONTAINS PAVEMETRICS'

25      **RESTRICTED - ATTORNEYS' EYES-ONLY INFORMATION**

26

27                                        Case
                                   Pavemetrics v. Tetra Tech
                                   Case No: 2:21-cv-1289 MCS
28
                                      **Trial Exhibit
                                          990**

1    I, Jean-François Hébert, declare and state as follows:

2    1.    In 2009, I co-founded Pavemetrics Systems, Inc.  I am still a co-

3    owner and serve as the Vice President of R&D and Operations.  I have a Ph.D.

4    in Electrical & Computing Engineering with specialization in neural networks.

5    I am responsible for, and actively involved in, directing the development of

6    Pavemetrics' LRAIL and other products, including their software source code.  I

7    am intimately familiar with the functionality of Pavemetrics' products,

8    including the software that is responsible for the products' operations, and the

9    algorithms used in the software.

10    2.    I submit this Declaration in support of Pavemetrics' ███████

11    ██████████████████████████████████████████.  I have personal

12    knowledge of the matters set forth in this Declaration, and if I am called upon to

13    testify, I could testify competently about all matters in it.

14    **I.  <u>PAVEMETRICS' LRAIL</u>**

15    3.    Since its founding in 2009, Pavemetrics has been making systems

16    for the automated inspection of transportation infrastructure, such as roads and

17    railway tracks.  We began inspecting roads using our Laser Crack Measurement

18    System (LCMS) product.   Later, Pavemetrics began using LCMS to inspect

19    railway tracks.  We later rebranded the LCMS to be called Laser Rail Inspection

20    System (LRAIL) when the system is going to be used to inspect railway tracks.

21    4.    Aside from testing the LRAIL with the United States government,

22    Pavemetrics has sold six LRAIL systems in the United States.  Those sales were

23    turnkey sales that basically included (1) LRAIL hardware, (2) LRAIL

24    acquisition software, and (3) LRAIL processing software.

25
26
27
28

-1-

5.     Pavemetrics customizes its LRAIL software based on each client's needs. Pavemetrics' LRAIL software is based on source code that is frequently updated.   Each time Pavemetrics makes an LRAIL sale, it sends software compiled from a recent version of source code to the client.   In discussing LRAIL processing features, I will discuss the software versions provided to these US customers.

6.     Pavemetrics' LCMS and LRAIL systems are based on laser triangulation technology.  Laser triangulation involves a sensor projecting a line laser onto the surface being scanned to detect where the laser line hit that surface.  The sensor camera captures images of the laser line, commonly called a laser beam.   An algorithm analyzes the captured image and detects the position of the laser line in the image and does so for each column of the image. The position of the laser line can later be used for computing the distance between the sensor and the surface, called range data or elevation data.   An illustration of LRAIL's use of laser triangulation is shown below.



-2-

7.     When determining the position of the laser line at each column, LRAIL also records the intensity value at that position.  Intensity value is the amount of light that is reflected to the camera at the position where the laser line has been detected.

8.     A complete LRAIL package includes two 3D laser triangulation sensors that can be mounted on a train car or hi-rail vehicle to capture high-resolution scans of a railway.  It also includes executable copies of acquisition software compiled from LRAIL software source code.  The sensors send signals to the computer system running the acquisition software.  The acquisition software then produces output files in the "FIS format," which is a file format designed specifically by Pavemetrics.

9.     FIS files contain (1) intensity data, (2) position data of the laser line in the image, from which range data can be calculated, and (3) other information that may be gathered by LRAIL sensors, such as, for example, GPS data. Depending on capabilities, customers may process the FIS files or send them to Pavemetrics in Canada for processing.  The LRAIL processing software analyzes FIS files using image processing and deep neural network algorithms.

10.     At times, an LRAIL algorithm will use intensity values to create an image of intensity data.  That image is made of several pixels, each of which represents the intensity of light that the sensor captured for that pixel's particular location.  For example, intensity pixels corresponding to a dark location have values representing low intensity, while intensity pixels corresponding to a lighter location have values representing higher intensity.

-3-

11.     Range data is different.  An image of range data is also made of several pixels, but each range pixel represents the vertical distance between the origin of the sensor's coordinate reference system and the railway track surface at that pixel's particular location that reflected the beam back to the sensor.  For example, range pixels corresponding to a location where the railway track surface is far from the sensor have high values representing high distance between sensor and surface.  Similarly, range pixels corresponding to a location where the railway track surface is close to the sensor have low values representing low distance between sensor and surface.

12.     Depending on the function, LRAIL processing software analyzes 2D images that contain either intensity data or range data (after computing the range data from the position data of the laser line).  No LRAIL algorithm combines the range and intensity data into an image to analyze that image.  No LRAIL algorithm identifies a track bed feature from an image containing both range and intensity data.

13.     I have read the '293 patent and the Court's Claim Construction Order.  Claim 1 requires an algorithm that includes the step of "c. identifying a railway track bed feature from the track elevation map further including the steps of: i. defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated and ii. moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor."  Claim 22 requires a similar step.  The Court construed "track elevation map" and "three dimensional elevation map" to mean "representation of both the height (elevation) and intensity of reflected laser light (intensity) at each data point within an area across the entire railway track bed."

-4-

14.     LRAIL processing software never generates a track elevation map or three dimensional elevation map as defined by the Court.  As a result, it never analyzes such a 3D map.  It also follows that no LRAIL algorithm identifies a railway track bed feature from such a 3D map.

## II.  PAVEMETRICS SOURCE CODE

15.     In May 2010, Pavemetrics used a single Apache Subversion ("SVN") revision control repository to store its LCMS road source code.  In 2012, Pavemetrics began developing LRAIL source code and created a separate branch in the SVN for its LRAIL source code.

16.     In 2015, we merged the LRAIL source code with our LCMS road source code in our master branch, which is called the trunk.  After the merge, LRAIL source code and LCMS source code evolved in the same trunk.  Since 2015, Pavemetrics has maintained its road and rail inspection software in the same trunk.

17.     In May 2021, I extracted from SVN eleven versions of LRAIL source code and provided them to Knobbe Martens so Tetra Tech could inspect them in this litigation.  I selected generally one from each year to show the development and evolution of the source code.  Specifically, I extracted the following versions:

- 2012 version of Pavemetrics' source code for its rail inspection software,
- 2013 version of Pavemetrics' source code for its rail inspection software,
- 2014 version of Pavemetrics' source code for its rail inspection software,
- source code relevant to rail inspection from Pavemetrics' initial version of Pavemetrics' merged source code for road and rail inspection software, and
- source code relevant to rail inspection from one version of Pavemetrics' road and rail inspection software from each subsequent year (i.e., one version from each of the following years: 2015, 2016, 2017, 2018, 2019,

-5-

1    2020, and 2021).

2    18.    I labeled each version with its SVN revision number (rNNNN)
3    and the date the source code was committed to SVN (20YY-MM-DD).  For the
4    2020 version, I selected a version (r10205) that had been sent to CSX on
5    October 30, 2020.

6    19.    With the eleven versions of LRAIL source code, I also provided a
7    source code historical log that identified revision notes, versions, version
8    number, dates of revision, and authors for our source code.

9    20.    In June 2021, Pavemetrics migrated a copy of its code from its
10   SVN repository to a Gitlab repository.  Since the migration, Pavemetrics has
11   used the Gitlab revision control repository to store its source code for LRAIL
12   (and LCMS for roads), including updates to that source code.  Gitlab is an open-
13   source, end-to-end software development platform with built-in version control.
14   Pavemetrics continually updates its source code and has over 4000 versions
15   (also called revisions) in its Gitlab repository.

16   21.    On June 7, 2021, I provided to Knobbe Martens our entire Gitlab
17   repository of source code for Pavemetrics' software as it existed at that time for
18   this litigation.   The Gitlab repository contained all versions of Pavemetrics'
19   source code as of June 3, 2021, including versions r10205, r10323, and r10494.

20   22.    After we provided the Gitlab repository on June 7, 2021, we
21   continued to make updates to our source code, which generated new versions.
22   Also, Pavemetrics recently changed the naming conventions for its source code
23   versions.  On December 15, 2021, I provided to Knobbe Martens Pavemetrics'
24   updated Gitlab repository of source code for its software as it existed at that
25   time.  The Gitlab repository contained all versions of Pavemetrics' source code
26   as of December 10, 2021, including version 4.80.2.0-c4e9aa15f.

27   23.    Pavemetrics has sent the following LRAIL software versions to its
28   U.S. customers (excluding the U.S. government):

-6-

a. In October 2020, Pavemetrics delivered to CSX LRAIL software version r10205 and an executable file to override r10205 with version r10323 (2020-10-26).

b. In February 2021, Pavemetrics delivered to Advanced Infrastructure Design (AID) LRAIL software version r10494 (2021-01-19).

c. In December 2021, Pavemetrics delivered to CSX LRAIL software version 4.80.2.0-c4e9aa15f (2021-12-09).

## III. IMAGES TETRA TECH CONTENDS GENERATE A TRACK ELEVATION MAP

24.   I have read Tetra Tech's First Supplemental Infringement Contentions dated August 30, 2021 and its Second Supplemental Infringement Contentions dated December 20, 2021.  For the claim requirement, "generating a track elevation map," Tetra Tech points to three different types of images.

- The first type of image is a "combined result" image from our 3D viewer software that is used in our marketing materials.
- The second type of image is referred to in our source code as a "Fake3D" image.
- The third type of image is referred to in our source code as a "Mixed" image.

As explained below, none of these images is a track elevation map generated by LRAIL processing software.

-7-

**A.    "Combined Result" Image from Pavemetrics' 3D Viewer Software**

25.    Tetra Tech alleges "elevation maps are produced by mapping the elevation of each measurement point, intensity maps are produced by mapping the intensity of reflected laser light, and combined '3D' maps are produced from the elevation and intensity data, resulting in a scan of the railway."  For support, Tetra Tech points to the following documents: TETRATECH_0000157-158; PAVEMETRICS0006675-77;    TETRATECH_0000108-110;    TETRATECH _0000081-86; TETRATECH_0002754-2757."   Ex. 3 (TT Ex. A at 12-14). Each of these documents shows the same image: an image generated by Pavemetrics' 3D viewer software.

26.    Pavemetrics developed its own 3D viewer software, called LcmsPV3D, to create a three-dimensional image reflecting the surface being inspected.  LcmsPV3D is not included with the software provided to customers for railway applications.  Pavemetrics generates the image, if at all, only to help customers visualize the railway tracks.  LcmsPV3D software is separate from, and not linked with, the LRAIL processing software provided to customers. Thus, the LRAIL processing software never analyzes that image for any purpose.

27.    The LcmsPV3D software also does not identify features from the image.  LcmsPV3D reads FIS files captured by LRAIL and displays them as point cloud data in a 3D environment.  LcmsPV3D does not perform any analysis on the generated point cloud.

-8-

28.    The marketing materials and reports that Tetra Tech points to include an image generated from Pavemetrics' 3D viewer software.   For example, Tetra Tech points to an April 2020 Final Report (TETRATECH_0000157-158) that includes such an image shown below as Figure 7:



-9-

29.     Tetra Tech also points to a presentation titled LRAIL AI-Enhanced Laser Rail Inspection System (PAVEMETRICS00006675-77).  It includes the same image as Figure 7 and labels it "Combined Result," as shown below:



30.     Tetra Tech also points to three other documents, which show the same "Combined Result" image as shown above.  TETRATECH_0000108-110; TETRATECH_0000081-86; TETRATECH_0002754-2757.

31.     LRAIL processing software does not generate or analyze the Figure 7 or "Combined Result" image.  The software never identifies any feature from it.  Pavemetrics uses its LcmsPV3D software to produce the image only to help customers visualize the railway tracks.

**B.     LRAIL "Fake3D" Image**

32.     Tetra Tech's Contentions allege that "the LRAIL generates '3D' maps that 'result[] from the merging of both the intensity and range images.'"  Laquer Ex. 3 (TT Ex. A at 11-12).  It points to the following Pavemetrics documents:     0001983; 0306841; 0001347; 0004297; 0001849; 0411580; 0344173; 0411183.

-10-

33.    Those documents are our installation and user manuals that explain
the options for saving result images after the processing software has been run
to identify features from either a range image or an intensity image.  Users may
select among three options for saving result images: "Range," "Intensity," and
"3D."  Users may also select an "Overlay Image" for each of those options that
allows them to see the identified features overlayed onto the result images, as
shown in the viewer interface box below:



-11-

34.     Each result and overlay image is generated after the processing has been completed and the features have been identified from other images. Selecting one or more result or overlay images has no effect on the processing algorithms.  The processing software runs the same algorithms on either a range image or an intensity image, regardless of which result or overlay image the user chooses to save.

35.     The "3D" result image is an enhanced intensity image that Pavemetrics refers to as "Fake3D" in its source code.  That image does not contain range data, which is why we call it Fake3D internally and in our source code.  Externally, we refer to it as "3D" or as having a "3D effect."

36.     Fake3D images are 2D intensity images that have been enhanced with multiple artificial light sources to make them appear like 3D images.  As their name implies, Fake3D images are not 3D images because they do not contain any range data.  An example of a Fake3D image is shown below:



37.     Range data is used to direct the lighting sources to create the 3D effect on the intensity image, but the output (Fake3D) image does not contain range data.  It contains intensity data only.  I have examined the relevant source code and confirmed this fact.

-12-

38.     If the user selects "Save Overlay Image – 3D," then that same Fake3D result image would be shown with the previously identified features (from either a range or intensity image) overlayed onto the image in color, as shown below:



39.     In its contentions, Tetra Tech points to Pavemetrics' installation and user manuals to support its incorrect conclusion that the Fake3D image is a track elevation map.   Laquer Ex. 3 (TT Ex. A at 11-12).   We created Pavemetrics' viewer interface and user manuals to be customer friendly.   They do not reflect every detail of the source code.

40.     The "3D image" referred to in our installation manuals and the "LCMS_RESULT_IMAGE_3D" referred to in our user manuals is the same enhanced intensity image referred to as Fake3D by our programmers in the source code.   When our manuals refer to the "merging of both the intensity and range images" or "a mix of both the intensity and range images," that refers to how the source code uses range data to determine where to create shadows with artificial light sources on the intensity image.

-13-

41.   As our source code shows, the output image does not contain range data.  The manuals explain that the "3D effect is created by positioning two artificial lighting sources over the image" and "a 3D effect is simulated with artificial lighting."  We refer to a "3D effect" because the image is not actually 3D and does not contain 3D range data.  We also say the "result is similar" to 3D images from a 3D viewer software because the result appears to be a 3D image.  But it is not a 3D image containing both intensity and range data.

**C.   <u>LRAIL "Mixed" Image</u>**

42.   Tetra Tech points to a "2021 source code excerpt" to allege that Pavemetrics' LRAIL generates a "Mixed" image.  Laquer Ex. 3 (Ex. A at 22-24).  The Mixed image was an R&D feature that was developed for internal testing purposes only by one of our programmers in Canada in June 2021.  The results of the test were not successful, and we never used a Mixed image to process any data for our customers.

43.   The source code cited by Tetra Tech is version 4.78.6.0, which relates to software sent to a customer for road inspection, not for rail inspection. Even for that version, the software was not configured to generate or analyze the Mixed image.  To enable the system to process Mixed images, Pavemetrics would have had to provide a neural network model trained with Mixed images.  Such a neural network model does not exist.  Moreover, the processing software could not have generated or analyzed the Mixed image without Pavemetrics modifying the LRAIL deep neural network training software and the LRAIL configuration software or the LRAIL processing software.

-14-

## IV. ALGORITHMS TETRA TECH CONTENDS IDENTIFY A FEATURE FROM A TRACK ELEVATION MAP BY MOVING A GRADIENT NEIGHBORHOOD OVER 3D ELEVATION DATA

44.   Tetra Tech's infringement contentions also address the claim requirement reciting using a "gradient neighborhood" to identify a railway track bed feature from the track elevation map, by "defining an appropriate gradient neighborhood representing a small 2D track section over which differential vertical measurements are calculated" and then "moving the gradient neighborhood like a sliding window over the 3D elevation data using the processor." Laquer Ex. 3 (Ex. A at 24-46).

45.   Even though Tetra Tech relied on the "Figure 7," "Combined Result" image for the "generating a track elevation map" limitation, it does not rely upon that image to show "identifying a railway track bed feature from the track elevation map." Tetra Tech could not correctly do so, because LRAIL does not include an algorithm that analyzes that image.

46.   Instead, Tetra Tech contends that Pavemetrics:

- identifies features from the Fake3D image using either "overlaying identifiers" or the "neural network option" (Ex. A at 24-27);
- identifies features from the "Mixed" image using the "neural network option" (Ex. A at 26-27);
- identifies features from range data using three algorithms in the LRAIL source code (Ex. A at 30-41); and
- identifies features using "vertical measurement information" using "the neural network option" (Ex. A at 41-46).

As explained below, these allegations are either not true or do not show that LRAIL identifies a feature from a track elevation map by moving a gradient neighborhood over 3D elevation data.

-15-

**A.   Fake3D Images**

47.     Tetra Tech alleges that LRAIL identifies features from the Fake3D images "by overlaying identifiers over railway track bed features."  Laquer Ex. 3 (Ex. A at 24-25).  As discussed above, Fake3D images are intensity images, not a track elevation map.  In addition, the result image (i.e., Fake3D) and overlay image that Tetra Tech points to on page 25 are generated, if at all, after the step of identifying features has been completed.  In other words, LRAIL identifies features from either an intensity image or a range image.  Only after LRAIL identified the features does it create a result image and overlay the features identified from the intensity or range images onto the result image.  Thus, the identification of features was not from the result Fake3D image.

48.     Tetra Tech also alleges that LRAIL uses "the neural network option" to identify features from a Fake3D image.  Laquer Ex. 3 (Ex. A at 26).  Because the Fake3D image does not contain elevation data, the neural network cannot possibly identify a feature from the Fake3D image by moving a gradient neighborhood over 3D elevation data.

**B.   Mixed Images**

49.     Tetra Tech also alleges that LRAIL uses "the neural network option" to identify features from Mixed images.  Laquer Ex. 3 (Ex. A at 26).  As explained above, a neural network model trained with Mixed images does not exist.  LRAIL processing software cannot identify features from Mixed images without a neural network trained with Mixed images.

-16-

## C.    Range Data

50.    Tetra Tech contends that three algorithms identify a railway track bed feature from a three-dimensional map by moving a gradient neighborhood. Laquer Ex. 3 (Ex. A at 30).  As I explain below, those three algorithms do not analyze a three-dimensional map representative of both elevation and intensity data.  All three of the algorithms analyze only elevation data and not intensity data.  They also do not use a gradient neighborhood that moves to identify the features.

**Accused Algorithm 1: Fine tuning the "rail mask"**

51.    Tetra Tech first points to an algorithm that fine-tunes the "rail mask."  Laquer Ex. 3 (Ex. A at 26-34).  Accused Algorithm 1 does not identify any feature, because the rail mask is a set of pixel locations previously identified as belonging to the rail.  The algorithm computes the mean elevation value of the pixels in an image. Then, it compares individual pixel elevation values within that image to the mean elevation plus a fixed elevation tolerance threshold.  If a given pixel's elevation exceeds the mean elevation plus the fixed elevation threshold, the pixel value of the rail mask corresponding to the same location in the image is set to zero, effectively removing it from the rail mask.

52.    Accused Algorithm 1 analyzes only elevation data.  Specifically, it analyzes the variable "pfVgZLR"— an array of floating-point values reflecting only elevation data in the vehicle coordinate system.  In accordance with Pavemetrics' variable naming conventions, "pf" refers to a pointer to floating-point values. "Z" refers to an elevation value and "Vg" refers to that elevation value being expressed in the vehicle coordinate system rather than in the sensor's coordinate reference system. "LR" refers to the variable containing elevation data from both the left and right sensors.

-17-

53.     Each value in the array pfVgZLR corresponds to one position. Because pfVgZLR is a pointer to an array of floating-point values, pfVgZLR cannot represent both elevation and intensity data because the floating-point number for each position represents the position's elevation value and a floating-point value cannot represent both an elevation value and an intensity value.

54.     No steps of Accused Algorithm 1 identify a feature from a track elevation map representing both elevation and intensity data.

55.     No steps of the algorithm generate an appropriate gradient neighborhood or sequentially and completely apply any such neighborhood to the elevation data.

56.     In its First Supplemental Infringement Contentions, Tetra Tech contended that Blobs with an x-coordinate of 'iBlobW' and a y-coordinate of 'iBlobH' were "small 2D windows of the track" that slide over the elevation data using two inner "for" loops.  But the algorithm never moves the blob or updates the coordinates of the blob. The blob is always defined by the same minimum and maximum coordinates along the X and Y axes.

57.     In its Second Supplemental Infringement Contentions, Tetra Tech changed its contention.  It now contends that "a small 2D track section of 1 pixel by 1 pixel" is an appropriate gradient neighborhood.  Laquer Ex. 3 (Ex. A at 31).

58.     A single 1x1 pixel in the blob is not a gradient neighborhood because it cannot compute differential vertical measurements. A gradient operator is a weighted convolution operator using the neighboring pixels for the operation.  Differential vertical measurements cannot be computed without any neighboring pixels.

**Accused Algorithm 2: Identifying joint bars**

-18-

59.     Tetra Tech points to a second algorithm that is used in the process of identifying joint bars.  Laquer Ex. 3 (Ex. A at 34-37).  The function computes the mean elevation values for a short section of the top of the rail and adds to the rail mask all pixels that are within some threshold range.  Accused Algorithm 2 analyzes only elevation data.

60.     Accused Algorithm 2 analyzes the variable "_pfRailRngImg"—an array of floating-point values reflecting only elevation data.  In accordance with Pavemetrics' variable naming conventions, "pf" refers to a pointer to floating-point values. "RngImg" refers to the variable containing range data.



Rail's head mask          Rail mask + objects that are not too far from rail's head

61.     Because pfRailRngImg is a pointer to an array of floating-point values, pfRailRngImg cannot represent both elevation and intensity data.   It contains only one floating-point number for each position.   In this case, each floating-point number represents an elevation value.

62.     No steps of the algorithm identify a feature from a track elevation map representing both elevation and intensity data.

-19-

63.　In its contentions, Tetra Tech identifies a "small 2D track section having a width represented as 'ippRoiSize.width' and a height represented as 'ippRoiSize.height'" as corresponding to an "appropriate gradient neighborhood" that moves like a sliding window.  Laquer Ex. 3 (Ex. A at 34).

64.　In Accused Algorithm 2, the variable ippRoiSize represents an area in the image defined by a height and width.  A neighborhood (average) smoothing filter is applied to the area for computing the average elevation value of the area (variable dMean).  Then, for each position of ippRoiSize, the algorithm scans ippRoiSize pixel by pixel and compares the elevation value of each pixel with the average elevation value (dMean).  This pixel is added to the rail mask if the elevation value is smaller than the average elevation value of ippRoiSize (dMean) plus the threshold fOffsetHeight. The algorithm never measures a gradient within ippRoiSize.  Instead, the algorithm computes the average elevation value using a neighborhood (average) smoothing filter defined with only positive weighting. ippRoiSize is not a gradient neighborhood.

-20-

**Accused Algorithm 3: Calculating ballast volume**

65. Tetra Tech points to a third algorithm that is used in the process of calculating the ballast volume between ties. Laquer Ex. 3 (Ex. A at 37-41). Accused Algorithm 3 analyzes only elevation data.

66. Accused Algorithm 3 analyzes the variable "m_pfMergedDSUtmZ"—a pointer to an array of floating-point numbers reflecting only elevation data. In accordance with Pavemetrics' variable naming conventions, "pf" refers to a pointer to floating-point values. "Merged" refers to the variable containing elevation data from both the left and right sensors. "Z" refers to an elevation value and "Utm" refers to that elevation value being expressed in the Universal Transverse Mercator coordinate system.

67. Because m_pfMergedDSUtmZ is a pointer to an array of floating-point values, m_pfMergedDSUtmZ cannot represent both elevation and intensity data. It contains only one floating-point number for each position. In this case, each floating-point number represents an elevation value.

68. No steps of the algorithm identify a feature from a track elevation map representing both elevation and intensity data.

69. No steps of the algorithm generate an appropriate gradient neighborhood or sequentially and completely apply any such neighborhood to the elevation data.

-21-

70.   In its Contentions, Tetra Tech contends "the algorithm defines an appropriate gradient neighborhood having an area represented as "fAreaUnit," an x-coordinate "iX," and a y-coordinate "iY," thus being a zone of limited area. It continued that the appropriate gradient neighborhood is moved like a sliding window over 3D elevation data represented below as "Blobs," and it is applied sequentially and completely to the 3D elevation data in a blob using the two inner "for" loops below, one of which slides in the x-axis (and hence sets the value of "iX") and the other which slides in the y-axis (and hence sets the value of "iY")." Laquer Ex. 3 (Ex. A at 37-38).

71.   The algorithm never moves the blob or updates the coordinates of the blob. The blob is always defined by the same minimum and maximum coordinates along the X and Y axes.

72.   A single 1x1 pixel in the blob is not a gradient neighborhood because it cannot compute differential vertical measurements. A gradient operator is a weighted convolution operator using the neighboring pixels for the operation. Differential vertical measurements cannot be computed without any neighboring pixels.

**D.   "Vertical Measurement Information" Using "The Neural Network Option"**

73.   Tetra Tech contends that "when utilizing the neural network option to detect certain railway track bed features, Pavemetrics' LRAIL utilizes vertical measurement information to identify railway track bed features." Laquer Ex. 3 (Ex. A at 41-42). In support, Tetra Tech cites to a paper, titled Deep Learning for Railroad Inspection – Phase 2, written by my colleagues for a conference in 2019. *Id.* (citing PAVEMETRICS0005679). While I disagree with Tetra Tech's characterizations and analysis of that paper and the other documents it cites, Pavemetrics never implemented the deep neural network (DNN) described in that paper in the LRAIL source code.

-22-

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on January 9, 2022 at Quebec City, Canada

3

4                By:_____

5                         Jean-François Hébert

6

7

8

9

10

11

12

13

14

15

54784886

16

17

18

19

20

21

22

23

24

25

26

27

28

-23-