Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> Honorable Mark C. Scarsi <br><br> **DECLARATION OF ALAN LAQUER IN SUPPORT OF PAVEMETRICS' REPLY FOR MOTION FOR RECONSIDERATION OF ORDER GRANTING NEW TRIAL ON INFRINGEMENT OF '293 PATENT ONLY** |

-1-

I, Alan G. Laquer, declare and state as follows:

1.     I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. in the above-captioned action.  I am licensed to practice law in the State of California.  I am a member of the bar of this Court, and I declare the following statements are true to the best of my knowledge, information, and belief.

2.     I submit this declaration in support of Pavemetrics' Reply for Motion for Reconsideration of the Court's Order Granting a New Trial on Infringement of '293 Patent pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Local Rule 7-18.

3.     On Friday, September 9, 2022, Aaron Parker, counsel of record for Tetra Tech, e-mailed Joe Re and Christy Lea, my law partners and counsel of record for Pavemetrics, informing them that Tetra Tech "intends to renew its JMOLs presented to the Court on August 24, 2022." Mr. Parker stated that "Tetra Tech also plans to include a motion for a new trial." Mr. Parker also stated that "[w]e are available to meet and confer before the September 14, 2022 deadline, if you believe any further conferral is necessary." Attached hereto as **Exhibit A** is a redacted copy of that email.[1]  Five days later, on September 14, 2022, Tetra Tech filed its motion for judgment as a matter of law and its motion for a new trial.

4.     On January 23, 2023, the Court issued its Order granting Tetra Tech's motion for a new trial.  On February 2, 2023, Nicholas Zovko, my law partner and counsel of record for Pavemetrics, e-mailed counsel for Tetra Tech. Mr. Zovko explained the basis for Pavemetrics' motion for reconsideration and

---

[1] The redacted portions of the email are unrelated to any request for a meet and confer on the new trial motion.

requested Tetra Tech's availability on February 3 to meet and confer by telephone.  On the morning of February 3,  Jency Mathew, counsel of record for Tetra Tech, replied that "Tetra Tech intends to oppose" Pavemetrics' motion but did not respond to Pavemetrics' request for Tetra Tech's availability to meet and confer.  Less than an hour later, on February 3, Mr. Zovko replied to Ms. Mathew.  Mr. Zovko confirmed that Pavemetrics understood Tetra Tech intended to oppose Pavemetrics' motion and requested that Tetra Tech inform Pavemetrics if Tetra Tech would like to have an oral meet and confer.  Tetra Tech's counsel never replied to Mr. Zovko's email of February 3.  Attached hereto as **Exhibit B** is a true and correct copy of that email chain, which I am copied on.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2023 at Irvine, California.

*/s/ Alan G. Laquer*
Alan G. Laquer

57163316