# EXHIBIT A

| | |
|---|---|
| **From:** | Parker, Aaron |
| **To:** | Joe Re; Christy Lea |
| **Cc:** | TT-PM-Attorneys; Ecklund, Steve |
| **Subject:** | RE: |
| **Date:** | Friday, September 9, 2022 2:45:34 PM |

Joe,



As part of its post-trial briefing, Tetra Tech intends to renew its JMOLs presented to the Court on August 24, 2022. Tetra Tech also plans to include a motion for a new trial. We understand Pavemetrics will oppose these motions. We are available to meet and confer before the September 14, 2022 deadline, if you believe any further conferral is necessary.

Best regards,
Aaron

**Aaron L. Parker** (Bio)
**Partner**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4387 | fax: 202.408.4400 | Aaron.Parker@finnegan.com | www.finnegan.com

# EXHIBIT B

| | |
|---|---|
| **From:** | Nicholas Zovko |
| **To:** | Mathew, Jency; Parker, Aaron; Barney, James; Chung, Daniel; Cerulli, Nicholas; Horn, Kelly; Ridge, Donald L. |
| **Cc:** | Christy Lea; Joe Re; Alan Laquer; Raymond Lu; Lit PAVEL.001L |
| **Subject:** | RE: Pavemetrics v. Tetra Tech, Case No. 2:21-cv-01289 - Meet and Confer |
| **Date:** | Friday, February 3, 2023 9:14:52 AM |

Jency,

Thank you for the quick response. We understand that Tetra Tech intends to oppose Pavemetrics' motion. If Tetra Tech would like to have an oral meet and confer today or over the weekend, please let us know.

Best regards,

Nick

**Nicholas Zovko**
Partner
949-721-5295 Direct
**Knobbe Martens**

**From:** Mathew, Jency <Jency.Mathew@finnegan.com>
**Sent:** Friday, February 3, 2023 8:38 AM
**To:** Nicholas Zovko <Nicholas.Zovko@knobbe.com>; Parker, Aaron <Aaron.Parker@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>
**Cc:** Christy Lea <Christy.Lea@knobbe.com>; Joe Re <Joe.Re@knobbe.com>; Alan Laquer <Alan.Laquer@knobbe.com>; Raymond Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** Re: Pavemetrics v. Tetra Tech, Case No. 2:21-cv-01289 - Meet and Confer

Counsel,

Tetra Tech intends to oppose Pavemetrics' motion for reconsideration of the Court's Order granting Tetra Tech's Motion for a New Trial (Dkt. 335) at least on the merits and for failing to comply with Local Rule 7-18.

Regards,
Jency

**From:** Nicholas Zovko <Nicholas.Zovko@knobbe.com>
**Sent:** Thursday, February 2, 2023 4:10 PM
**To:** Parker, Aaron <Aaron.Parker@finnegan.com>; Barney, James <James.Barney@finnegan.com>; Chung, Daniel <Daniel.Chung@finnegan.com>; Cerulli, Nicholas <Nicholas.Cerulli@finnegan.com>; Horn, Kelly <Kelly.Horn@finnegan.com>; Mathew,

Jency <Jency.Mathew@finnegan.com>; Ridge, Donald L. <dridge@clarkhill.com>
**Cc:** Christy Lea <Christy.Lea@knobbe.com>; EXT- joe.re@knobbe.com <joe.re@knobbe.com>; Alan Laquer <Alan.Laquer@knobbe.com>; Raymond Lu <Raymond.Lu@knobbe.com>; Lit PAVEL.001L <LitPAVEL.001L@knobbe.com>
**Subject:** Pavemetrics v. Tetra Tech, Case No. 2:21-cv-01289 - Meet and Confer

**EXTERNAL Email:**

Dear Counsel,

Pavemetrics intends to move for reconsideration of the Court's Order Granting Tetra Tech's Motion for a New Trial (ECF 335) because no conduct could have affected the outcome of the trial as a matter of law.

We are available tomorrow, February 3 between 9:00 am and 2:00 pm Pacific to meet and confer on Pavemetrics' contemplated motion. Please let us know what time tomorrow works best for you to meet and confer and we will circulate a call-in number.

Best regards,

Nick

**Nicholas Zovko**
Partner
Nicholas.Zovko@knobbe.com
**949-721-5295** Direct
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/nicholas-zovko

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.