Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

**CLARK HILL LLP**
Donald Ridge, Esq. (SBN: 132171)
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
James R. Barney (pro hac vice)
James.barney@finnegan.com
Aaron L. Parker (*Pro Hac Vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*Pro Hac Vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*Pro Hac Vice*)
kelly.horn@finnegan.com
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jency J. Mathew (*Pro Hac Vice*)
jency.mathew@finnegan.com
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

*Attorneys for Defendant/ Counterclaim Plaintiffs*
TETRA TECH, INC AND TETRA TECH TAS, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | **Case No.** 2:21-cv-1289-MCS-MMA <br><br> **JOINT STIPULATION TO MODIFY THE FINAL STATUS CONFERENCE AND TRIAL DATES** <br><br> Honorable Mark C. Scarsi |

1

Plaintiff and Counterclaim Defendant Pavemetrics Systems, Inc. ("Pavemetrics") and Defendant and Counterclaim Plaintiff Tetra Tech, Inc. and Counterclaim Plaintiff Tetra Tech TAS Inc. (collectively, "Tetra Tech") submit this Joint Stipulation and Proposed Order to modify the Final Pretrial Conference and Trial dates.

WHEREAS, on March 21, 2023, the Court set a new trial date for May 16, 2023, and permitted the parties to stipulate to a different trial date no later than 60 days from May 16, 2023. ECF 348;

WHEREAS, on April 5, 2023, the Court set a Final Pretrial Conference date of May 1, 2023, and set a deadline of April 24, 2023 for the parties to stipulate to different pretrial and trial dates. ECF 349;

WHEREAS, the parties jointly submit that good cause exists to modify the pretrial and trial dates due to witness availability.

NOW, THEREFORE, the parties hereby stipulate to and jointly request that the Court enter an Order modifying the pretrial and trial dates:

| Event | Current Date (ECF 348, 349) | Proposed Date |
|---|---|---|
| Final Pretrial Conference | May 1, 2023 at 2:00 p.m. | May 8, 2023 at 2:00 p.m. |
| Trial Begins | May 16, 2023 at 8:30 a.m. | May 23, 2023 at 8:30 a.m. |

Respectfully Submitted,

Dated: April 24, 2023    By: /s/Christy G. Lea
                        **KNOBBE, MARTENS, OLSON & BEAR, LLP**

|   |   |
|---|---|
|   | Joseph R. Re<br>Christy G. Lea<br>Nicholas M. Zovko<br>Alan G. Laquer<br>Raymond S. Lu |
|   | Attorneys for Plaintiff/Counterclaim Defendant<br>PAVEMETRICS SYSTEMS, INC. |
| Dated: April 24, 2023 | By: */s/ Donald L. Ridge* |
|   | **FINNEGAN, HENDERSON, FARABOW, GARRETT AND DUNNER LLP** |
|   | James R. Barney<br>Aaron L. Parker<br>Daniel G. Chung<br>Nicholas A. Cerulli<br>Kelly S. Horn<br>Jency J. Mathew |
|   | **CLARK HILL**<br>Donald L. Ridge |
|   | Attorneys for Defendant/Counterclaim Plaintiff<br>TETRA TECH, INC. and TETRA TECH TAS, INC. |

### SIGNATURE ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 24, 2023              **CLARK HILL LLP**

By: */s/ Donald L. Ridge*

Donald L. Ridge