1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC. | Case No. 2:21-cv-1289 MCS-MMA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY THE FINAL PRETRIAL CONFERENCE AND TRIAL DATES** |
| v. | |
| TETRA TECH, INC. | |
| Defendant. | |
| | Honorable Mark C. Scarsi |
| AND RELATED COUNTERCLAIMS | |

The Court, having reviewed and considered the parties' Joint Stipulation to modify the Final Pretrial Conference and Trial dates, and finding good cause, approves of the Joint Stipulation.  The Court modifies the case deadlines as follows:

| Event | Current Date (ECF 348, 349) | Proposed Date |
|---|---|---|
| Final Pretrial Conference | May 1, 2023 at 2:00 p.m. | May 8, 2023 at 2:00 p.m. |

| Event | Current Date (ECF 348, 349) | Proposed Date |
|---|---|---|
| Trial Begins | May 16, 2023 at 8:30 a.m. | May 23, 2023 at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED: _____       BY: _____
                                                        Honorable Mark C. Scarsi
                                                        UNITED STATES DISTRICT JUDGE