Joseph R. Re (SBN 134,479)
joe.re@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Alan G. Laquer (SBN 259,257)
alan.laquer@knobbe.com
Raymond Lu (SBN 340,873)
raymond.lu@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff/Counterclaim Defendant*
PAVEMETRICS SYSTEMS, INC.

**CLARK HILL LLP**
Donald Ridge, Esq. (SBN: 132171)
1055 West Seventh Street, Ste. 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
DRidge@clarkhill.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
James R. Barney (pro hac vice)
James.barney@finnegan.com
Aaron L. Parker (*Pro Hac Vice*)
aaron.parker@finnegan.com
Daniel G. Chung (*Pro Hac Vice*)
daniel.chung@finnegan.com
Nicholas A. Cerulli (*Pro Hac Vice*)
nicholas.cerulli@finnegan.com
Kelly S. Horn (*Pro Hac Vice*)
kelly.horn@finnegan.com
901 New York Avenue NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jency J. Mathew (*Pro Hac Vice*)
jency.mathew@finnegan.com
1875 Explorer Street, Suite 800
Reston, Virginia 20190-6023
Telephone:  (571) 203-2700
Facsimile:   (571) 203-2777

*Attorneys for Defendant/ Counterclaim Plaintiffs*
TETRA TECH, INC. and TETRA TECH TAS INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAVEMETRICS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-1289-MCS-MMA <br><br> **NOTICE OF SETTLEMENT** <br><br> Honorable Mark C. Scarsi |

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have agreed to settle this action according to the terms of a confidential settlement agreement signed by the parties on April 27, 2023. The parties anticipate filing a joint stipulated dismissal within seven (7) business days of April 27, 2023.

Respectfully Submitted,

Dated: April 28, 2023     By: */s/ Christy G. Lea*

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Christy G. Lea
Joseph R. Re
Nicholas M. Zovko
Alan G. Laquer
Raymond S. Lu

Attorneys for Plaintiff/Counterclaim Defendant
PAVEMETRICS SYSTEMS, INC.

Dated: April 28, 2023     By: */s/ Donald L. Ridge*

**CLARK HILL LLP**
Donald L. Ridge

**FINNEGAN, HENDERSON, FARABOW, GARRETT AND DUNNER LLP**

James R. Barney
Aaron L. Parker
Daniel G. Chung
Nicholas A. Cerulli
Kelly S. Horn
Jency J. Mathew

Attorneys for Defendant/Counterclaim Plaintiff
TETRA TECH, INC. and TETRA TECH TAS, INC.

**SIGNATURE ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**CLARK HILL LLP**

Dated: April 28, 2023      By: */s/ Donald L. Ridge*
                                               Donald L. Ridge